# **EXHIBIT A**

9623199 v1

Energy Futures Holdings Official Fee Committee

```
            FEE STATEMENT FOR SERVICES RENDERED
                 AND EXPENSES INCURRED BY
           BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD MAY 1, 2016         THROUGH MAY 31, 2016
```

Service Category                                              Tab

    Case Administration                         .............   1

    Fee Applications -- Others                  .............   2

    Employment Applications                     .............   3

Expenses

    General                                     .............   4

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
MAY 1, 2016          THROUGH MAY 31, 2016

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 0.90 | $414.00 |
| | | | 0.90 | $414.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 0.90 | $292.50 |
| | | | 0.90 | $292.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 2.80 | $756.00 |
| | | | 2.80 | $756.00 |
| | | TOTAL: | 4.60 | $1,462.50 |

Combined Average Hourly Rate:   $317.93

Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 05/02/16 | CAH | Attend meeting at PG&S regarding transfer of case (.4); review pertinent documents and discuss final fee application for PG&S (.6) | 1.00 |
| 05/11/16 | JRH | Review items for scheduled hearing | 0.30 |
| 05/11/16 | WMA | Review e-mail from K. Boucher regarding CNO approval and upcoming dates/tasks | 0.10 |
| 05/18/16 | JRH | Review internal emails regarding hearing | 0.20 |
| 05/20/16 | CAH | Confer with W. Alleman and J. Hoover regarding scheduling deadlines; appearance at Court and drafting of necessary documents | 0.20 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 0.50 | $230.00 |
| | | | 0.50 | $230.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 0.10 | $32.50 |
| | | | 0.10 | $32.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 1.20 | $324.00 |
| | | | 1.20 | $324.00 |
| | | TOTAL: | 1.80 | $586.50 |

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 05/19/16 | CAH | Calendar dates for documents to be filed in case on behalf of Godfrey Kahn and Richard Gitlin related to fee applications | 0.20 |
| 05/20/16 | CAH | Email to K. Boucher to obtain time period for fee applications; draft Notices for Gitlin's and Godfrey Kahn's fee applications after review of compensation order; forward to W. Alleman for review. | 0.40 |
| 05/31/16 | WMA | Conf. with C. Hartman regarding fee app deadline | 0.10 |

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 0.10 | $32.50 |
| | | | 0.10 | $32.50 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 0.60 | $162.00 |
| | | | 0.60 | $162.00 |
| | | TOTAL: | 0.70 | $194.50 |

Employment Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 05/02/16 | WMA | Review and comment on notice of substitution of counsel | 0.10 |
| 05/02/16 | CAH | Review and revise Substitution of counsel | 0.20 |
| 05/09/16 | CAH | Review of docket and draft Certificate of No objection to the Benesch retention application; forward to W. Alleman for review | 0.40 |
| 05/10/16 | JRH | Telephone conference regarding filing of Benesch CNO with Richards Layton & Finger, P.A. | 0.10 |
| 05/10/16 | WMA | Review draft CNO for Benesch retention application and conf. with C. Hartman regarding same | 0.10 |
| 05/13/16 | JRH | Emails with J. Madron regarding CNO filing | 0.10 |
| 05/16/16 | JRH | Review of filing of CNO and proposed agenda | 0.20 |
| 05/16/16 | WMA | Conf. with C. Hartman, J. Hoover regarding Benesch retention app CNO | 0.10 |
| 05/18/16 | WMA | Review as-entered Benesch retention order | 0.10 |
| 05/20/16 | WMA | Conf. with C. Hartman regarding notice of substitution of counsel, upcoming fee hearing issues | 0.30 |
| 05/20/16 | CAH | Revise Substitution of Counsel and upon approval by W. Alleman, file with the Court and send to Claims Agent for service of same on 2002 list | 0.40 |

Employment Applications

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 0.40 | $184.00 |
| | | | 0.40 | $184.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 0.70 | $227.50 |
| | | | 0.70 | $227.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 1.00 | $270.00 |
| | | | 1.00 | $270.00 |
| | | TOTAL: | 2.10 | $681.50 |