# **EXHIBIT B**

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
MAY 1, 2016        THROUGH MAY 31, 2016

| Expense | Amount |
|---|---|
| Court Case Mgmt charges-Pacer | $4.30 |
| TOTAL: | $4.30 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|---|---|---|---:|
| 05/18/16 | XXX | Court Document Charges | 1.60 |
| 05/18/16 | XXX | Court Document Charges | 0.90 |
| 05/18/16 | XXX | Court Document Charges | 0.20 |
| 05/20/16 | XXX | Court Document Charges | 0.90 |
| 05/20/16 | XXX | Court Document Charges | 0.70 |
| | | TOTAL: | $4.30 |