IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 14-10979 (CSS)<br>: (Jointly Administered)<br>:<br>: **Obj. Deadline: 10/28/2016 at 4:00 p.m.**<br>:<br>: |

**COVER SHEET FOR THE JUNE FEE STATEMENT OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP, FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ENERGY FUTURE HOLDINGS CORP. FEE COMMITTEE FOR THE PERIOD FROM JUNE 1, 2016 THROUGH JUNE 30, 2016**

| | |
|---|---|
| Name of Applicant: | Benesch Friedlander Coplan & Aronoff LLP |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp. Fee Committee |
| Date of Retention: | May 16, 2016 *nunc pro tunc* to April 7, 2016 |
| Period for which Compensation and Reimbursement of Expenses is Sought | June 1, 2016 through June 30, 2016 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary | $2,640.00 |
| 80% of Amount of Compensation Sought as Actual, Reasonable, and Necessary | $2,112.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $5.00 |
| Total Requested: | $2,117.00 |

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

9623369 v1

## TIMEKEEPER SUMMARY

| Name of Professional | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jennifer R. Hoover, Esquire | Partner since 2012. Member of the DE Bar since 2007. Member of the PA Bar since 2001. | $460.00 | 1.40 | 644.00 |
| William M. Alleman, Jr., Esquire | Associate since 2014. Member of the DE Bar since 2010. | $325.00 | 3.40 | $1,105.00 |
| Celeste A. Hartman, Paralegal | Paralegal since 1977 | $270.00 | 3.30 | $891.00 |
| TOTAL | | | 8.10 | $2,640.00 |
| BLENDED RATE | | | | $325.93 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours 6/1/2016-6/30/2016 | Total Fees 6/1/2016-6/30/2016 |
|---|---|---|
| Case Administration | 2.20 | $860.00 |
| Fee Applications-Others | 4.40 | $1,303.50 |
| Fee Applications-Benesch | 0.10 | $32.50 |
| Court Appearances | 1.40 | $444.00 |
| Totals | 8.10 | $2,640.00 |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Fees 6/1/2016-6/30/2016 |
|---|---|---|
| Delivery Fee | DLS Discovery | $5.00 |
| Totals | | $5.00 |

2

9623369 v1

Dated: October 7, 2016

**BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP**

/s/ Jennifer R. Hoover
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Counsel Energy Future Holdings Corp. Fee Committee*