# **EXHIBIT A**

Energy Futures Holdings Official Fee Committee

FEE STATEMENT FOR SERVICES RENDERED
AND EXPENSES INCURRED BY
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD JUNE 1, 2016      THROUGH JUNE 30, 2016

| Service Category | | Tab |
|---|---|---|
| Case Administration | .............. | 1 |
| Fee Applications -- Others | .............. | 2 |
| Fee Applications -- Benesch | .............. | 3 |
| Court Appearances | .............. | 4 |

Expenses

| | | |
|---|---|---|
| General | .............. | 5 |

```
                BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
                       SUMMARY OF SERVICES RENDERED
             JUNE 1, 2016        THROUGH JUNE 30, 2016
```

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 1.40 | $644.00 |
| | | | 1.40 | $644.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 3.40 | $1,105.00 |
| | | | 3.40 | $1,105.00 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 3.30 | $891.00 |
| | | | 3.30 | $891.00 |
| | | TOTAL: | 8.10 | $2,640.00 |

Combined Average Hourly Rate:    $325.93

Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 06/06/16 | JRH | Review of EFH pro hac admissions | 0.20 |
| 06/06/16 | CAH | Assist Katherine Stadler with status of pro hac vice eligibility for 2016 and email receipt to K. Boucher | 0.20 |
| 06/21/16 | JRH | Review of internal emails regarding status | 0.20 |
| 06/21/16 | CAH | Email to and from K. Boucher to ascertain status of filing of Fee Report | 0.10 |
| 06/23/16 | JRH | Review external emails re: filing of fee committee's report. | 0.20 |
| 06/23/16 | CAH | Download and prepare binder for 6-27 hearing to add to notebook for J. Hoover; review of same | 0.20 |
| 06/24/16 | CAH | Complete preparation of hearing binder for J. Hoover | 0.30 |
| 06/26/16 | JRH | Internal exchange of emails regarding preparation for hearing | 0.30 |
| 06/27/16 | JRH | Review agenda and matters for hearing, coordinate with W. Alleman regarding appearance at hearing on fee applications | 0.50 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 1.40 | $644.00 |
| | | | 1.40 | $644.00 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 0.80 | $216.00 |
| | | | 0.80 | $216.00 |
| | | TOTAL: | 2.20 | $860.00 |

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 06/03/16 | WMA | Review, comment (.4), and coordinate filing of Gitlin fourth interim fee application (.3); review, comments (.4), and coordinate filing of Godfrey Kahn fee app (.2) | 1.30 |
| 06/03/16 | CAH | Revise notices for Fee applications of Godfrey & Kahn and Gitlin for the Fourth Fee Period. | 0.30 |
| 06/03/16 | CAH | Confer with W. Alleman and J. Hoover about the fee application filing; revise pleadings after consultation with K. Boucher | 0.40 |
| 06/03/16 | CAH | File fee application for Gitlin and for Godfrey & Kahn and send to Garden City Group to serve | 0.40 |
| 06/06/16 | CAH | Email from and to K. Boucher regarding upcoming filing | 0.10 |
| 06/08/16 | WMA | Review fee binder for submission to Court and conf. with C. Hartman regarding same | 0.20 |
| 06/08/16 | CAH | Prepare Fee Binder and forward to W. Alleman for review prior to sending to K. Stadler | 0.60 |
| 06/13/16 | WMA | Call from J. Bird regarding fee submission question and follow up e-mails regarding same | 0.10 |
| 06/13/16 | CAH | Review of email from W. Alleman and email question to K. Stadler concerning applications | 0.10 |
| 06/14/16 | WMA | E-mail from K. Stadler regarding uploading electronic fee data (.1); call with J. Bird regarding same (.1) | 0.20 |
| 06/23/16 | WMA | Review fee report for fifth interim period and conf. with C. Harman regarding filing of same | 0.30 |
| 06/23/16 | CAH | Confer with W. Alleman for review of documents; email to K. Boucher concerning changes; revise report signature block and file; forward to counsel and GCG to serve | 0.40 |

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 2.10 | $682.50 |
| | | | 2.10 | $682.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 2.30 | $621.00 |
| | | | 2.30 | $621.00 |
| | | TOTAL: | 4.40 | $1,303.50 |

Fee Applications -- Benesch

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2016

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/21/16 | WMA | Exchange of emails with C. Hartman, K. Stadler regarding fee committee report and attendance at 6/27 hearing | 0.10 |

Fee Applications -- Benesch

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 0.10 | $32.50 |
| | | | 0.10 | $32.50 |
| | | TOTAL: | 0.10 | $32.50 |

Court Appearances

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2016

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 06/26/16 | WMA | Review of documents for hearing prep and exchange e-mails regarding same | 0.30 |
| 06/27/16 | WMA | Prep for and attend fee hearing | 0.90 |
| 06/27/16 | CAH | Assist with preparation for hearing | 0.20 |

Court Appearances

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 1.20 | $390.00 |
| | | | 1.20 | $390.00 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 0.20 | $54.00 |
| | | | 0.20 | $54.00 |
| | | TOTAL: | 1.40 | $444.00 |