# **EXHIBIT B**

9623369 v1

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
JUNE 1, 2016    THROUGH JUNE 30, 2016

| Expense | Amount |
|---|---|
| Delivery Fee - Outside | $5.00 |
| TOTAL: | $5.00 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|---|---|---|---|
| 06/27/16 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 06/16 Bankrupcy Court - Judge Sontchi - deliver fee binder | 5.00 |
| | | TOTAL: | $5.00 |