# EXHIBIT A

Energy Futures Holdings Official Fee Committee

FEE STATEMENT FOR SERVICES RENDERED
AND EXPENSES INCURRED BY
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD AUGUST 1, 2016 THROUGH AUGUST 31, 2016

| Service Category | Tab |
|---|---|
| Case Administration .............. | 1 |
| Fee Applications -- Others .............. | 2 |
| Court Appearances .............. | 3 |
| **Expenses** | |
| General .............. | 4 |

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
AUGUST 1, 2016 THROUGH AUGUST 31, 2016

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 2.30 | $1,058.00 |
| | | | 2.30 | $1,058.00 |
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 4.00 | $1,300.00 |
| | | | 4.00 | $1,300.00 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 2.20 | $594.00 |
| | | | 2.20 | $594.00 |
| | | TOTAL: | 8.50 | $2,952.00 |

Combined Average Hourly Rate: $347.29

Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/08/16 | JRH | Confer internally regarding status of pleadings | 0.30 |
| 08/08/16 | CAH | Update docket and review pleadings filed | 0.20 |
| 08/09/16 | JRH | Coordinate regarding status of pleadings for hearing | 0.30 |
| 08/12/16 | JRH | Review emails and filings in connection with August 16th hearing | 0.50 |
| 08/14/16 | JRH | Exchange emails with W. Alleman regarding status and filings for hearing | 0.20 |
| 08/15/16 | JRH | Conference call with W. Alleman regarding filings (.5); review draft fee committee report and exchange emails with K. Stadler regarding same (.2) | 0.70 |
| 08/16/16 | JRH | Coordinate with W. Alleman regarding appearance at hearing and discuss outstanding issues | 0.30 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 2.30 | $1,058.00 |
| | | | 2.30 | $1,058.00 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 0.20 | $54.00 |
| | | | 0.20 | $54.00 |
| | | TOTAL: | 2.50 | $1,112.00 |

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 08/08/16 | WMA | E-mails with K. Stadler regarding matters for 8/16 hearing | 0.20 |
| 08/08/16 | CAH | Review of email from K. Stadler concerning filing on Friday and attendance at hearing on August 16, 2016 | 0.20 |
| 08/10/16 | CAH | Email to and from K. Boucher regarding upcoming filing of report of approved fees | 0.20 |
| 08/11/16 | WMA | Review and comment on supplemental fee report for 8/16 hearing | 0.40 |
| 08/11/16 | WMA | Conf. with C. Hartman and coordinate filing of supplemental fee report | 0.10 |
| 08/11/16 | CAH | Email to and from K. Boucher concerning filing of fee report and timing for same | 0.10 |
| 08/11/16 | CAH | Revise Fee Committee's Report Concerning Uncontested Interim Fee Applications and Section 503(b) Fee Requests for Hearing at Scheduled Omnibus Hearing on August 16, 2016 at 10:00 a.m.; once approved, scan, file and send to Garden City Group to serve | 0.50 |
| 08/12/16 | WMA | Review e-mail from K. Boucher regarding revised fee order and multiple confs. with C. Hartman regarding revising and filing same | 0.50 |
| 08/12/16 | CAH | Draft Notice of Filing of Revised Proposed Form of Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses (.4); review same with W. Alleman and also create clean red-line version of order (.3); file document and send to Garden City Group for service (.3) | 1.00 |
| 08/14/16 | WMA | Review e-mails from K. Stadler regarding Monday filings; review White & Case letter to Court regarding scope of fee committee review | 0.30 |
| 08/15/16 | WMA | Review and coordinate filing of response letter to White and Case letter (.3); calls/e-mails with K. Boucher and J. Hoover regarding White & Case letter (.2); e-mail J. Bird regarding White & Case letter | 0.60 |

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 2.10 | $682.50 |
| | | | 2.10 | $682.50 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 2.00 | $540.00 |
| | | | 2.00 | $540.00 |
| | | TOTAL: | 4.10 | $1,222.50 |

Court Appearances

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2016

| Date | Atty | Services | Hours |
| --- | --- | --- | --- |
| 08/16/16 | WMA | Prepare for and attend fee hearing | 1.90 |

Court Appearances

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 1.90 | $617.50 |
| | | | 1.90 | $617.50 |
| | | TOTAL: | 1.90 | $617.50 |