# **EXHIBIT B**

9623541 v1

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
AUGUST 1, 2016    THROUGH AUGUST 31, 2016

| Expense | Amount |
|---|---|
| Court Case Mgmt charges-Pacer | $11.60 |
| TOTAL: | $11.60 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|---|---|---|---:|
| 08/08/16 | XXX | Court Document Charges | 0.90 |
| 08/08/16 | XXX | Court Document Charges | 3.00 |
| 08/08/16 | XXX | Court Document Charges | 0.20 |
| 08/10/16 | XXX | Court Document Charges | 3.00 |
| 08/10/16 | XXX | Court Document Charges | 1.30 |
| 08/10/16 | XXX | Court Document Charges | 0.90 |
| 08/10/16 | XXX | Court Document Charges | 0.70 |
| 08/11/16 | XXX | Court Document Charges | 0.20 |
| 08/11/16 | XXX | Court Document Charges | 0.50 |
| 08/11/16 | XXX | Court Document Charges | 0.90 |
| | | TOTAL: | $11.60 |