**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  |  | **Re: D.I. 9635** |

**CERTIFICATION OF COUNSEL REGARDING "TCEH DEBTORS'
MOTION FOR ENTRY OF AN ORDER ESTIMATING ASBESTOS
CLAIMS FILED AGAINST THE TCEH DEBTORS" [D.I. 9635]**

The undersigned hereby certifies as follows:

1. On September 22, 2016, Texas Competitive Electric Holdings Company LLC ("TCEH" and, together with its direct parent company, Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's direct and indirect subsidiaries, the "TCEH Debtors") filed the *TCEH Debtors' Motion for Entry of an Order Estimating Asbestos Claims Filed Against the TCEH Debtors* [D.I. 9635] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the TCEH Debtors are seeking the entry of an order of the Bankruptcy Court determining the maximum value, for distribution purposes only (and not for purposes of adjudicating any individual claim), of the aggregate resolution costs (including, but not limited to, indemnity and defense costs) for present and future asbestos-related bodily injury claims against the TCEH Debtors. In support of the Motion,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the TCEH Debtors filed the *Summary Report Regarding Forecast of the Cost of Resolving All Pending and Proofs of Claim Filings of Asbestos-Related Bodily Injury Claims Against Energy Future Holding Corp. – Claims Associated with TCEH*, which was attached as "Exhibit 1" to "Exhibit A" to the Motion (the "Summary Ankura Report").

2. Pursuant to the *Re-Notice of "TCEH Debtors' Motion for Entry of an Order Estimating Asbestos Claims Filed Against the TCEH Debtors" and Hearing Thereon* [D.I. 9664], filed and served on September 26, 2016, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on October 6, 2016 (the "Objection Deadline").[2] A hearing to consider the relief requested in the Motion is scheduled to take place before the Bankruptcy Court on October 14, 2016 starting at 2:00 p.m. (Eastern Daylight Time).

3. Prior to the Objection Deadline, the TCEH Debtors received two informal responses to the Motion in the form of telephone calls from two *pro se* claimants, Sydney Luckett ("Luckett") and Bennie Oliver ("Oliver"), each of whom filed one or more claims against one or more of the TCEH Debtors on account of alleged unmanifested asbestos-related injuries. Luckett and Oliver both indicated that they intended to object to the Motion, however, as of the expiration of the Objection Deadline and the filing of this certification of counsel, neither Luckett nor Oliver have filed a written objection to the Motion nor have the TCEH Debtors received a formal written response from either of Luckett or Oliver to the Motion. Other than the informal *pro se* responses of Luckett and Oliver, the TCEH Debtors did not receive any other responses or objections to the Motion prior to the Objection Deadline nor do any responses

---

[2] The TCEH Debtors also filed and served the *Notice of "TCEH Debtors' Motion for Entry of an Order Estimating Asbestos Claims Filed Against the TCEH Debtors" and Hearing Thereon* contemporaneously with the Motion on September 22, 2016, which also provided notice of the Objection Deadline.

or objections to the Motion appear on the Bankruptcy Court's docket in the above-captioned chapter 11 cases.

4. A copy of the proposed order granting the relief in the Motion (the "Proposed Order") is attached hereto as **Exhibit A**, and a redline of the Proposed Order marked against the copy of the order filed on September 22, 2016, is attached hereto as **Exhibit B.** The Proposed Order contains non-material changes that were necessary based on the above.

5. Consequently, as a result of the foregoing, and based upon the representations set forth in the Motion and upon the information contained in the Summary Ankura Report, the TCEH Debtors respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

3

RLF1 15357034v.1

| | |
|---|---|
| Dated:  October 7, 2016<br>Wilmington, Delaware | */s/ Joseph C. Barsalona II*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Joseph C. Barsalona II (No. 6102)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:          collins@rlf.com<br>                    defranceschi@rlf.com<br>                    madron@rlf.com<br>                    barsalona@rlf.com |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 15357034v.1