# Exhibit B

**Redline of Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | **Re: D.I. 9635** |

### ORDER ESTIMATING ASBESTOS CLAIMS FILED AGAINST THE TCEH DEBTORS

Upon the motion (the "Motion")[2] of the TCEH Debtors for entry of an order (this "Order") estimating the TCEH Asbestos Claims; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion (the "Hearing") under the circumstances; and the Court having reviewed the Motion and ~~having heard the statements~~ the evidence provided in support of the relief requested ~~therein at the Hearing~~; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing (if any) establish just cause for the relief granted herein; and the Court having

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

<u>noted that no objections were filed</u>; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. As reflected in Scenario 1 in **Exhibit 1** to the Motion, the high-end nominal value of $17.2 million for the aggregate resolution costs (including, but not limited to, indemnity and defense costs) for present and future asbestos-related claims against the TCEH Debtors shall constitute, for distribution purposes only, the maximum value of the TCEH Asbestos Claims (the "Maximum Value").

3. The Maximum Value is not an admission or an agreement by the TCEH Debtors that said amount is the true value of the TCEH Asbestos Claims.

4. This Order does not prejudice the rights of the TCEH Debtors, or any other party in interest, to object to any of the TCEH Asbestos Claims on any and all grounds whatsoever and to assert any and all defenses related thereto. Moreover, the TCEH Debtors retain all further substantive and/or procedural objections they have with respect to every TCEH Asbestos Claim.

5. The TCEH Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Dated: October _____, 2016
      Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**Summary Ankura Report**

| Comparison Details | |
|---|---|
| Title | **pdfDocs compareDocs Comparison Results** |
| Date & Time | 10/7/2016 6:27:56 PM |
| Comparison Time | 2.53 seconds |
| compareDocs version | v4.1.500.10 |

| Sources | |
|---|---|
| Original Document | \\netapp2\home\bjw\WindowsProfile\Desktop\EFH - Certification of Counsel Regarding Motion to Estimate Asbestos Claims Liability Against TCEH D.DOC |
| Modified Document | \\netapp2\home\bjw\WindowsProfile\Desktop\K&E Edits - EFH - Certification of Counsel Regarding Motion to Estimate Asbestos Claims Liability Against TCEH D.doc |

| Comparison Statistics | |
|---|---|
| Insertions | 2 |
| Deletions | 3 |
| Changes | 3 |
| Moves | 0 |
| TOTAL CHANGES | 8 |

| Word Rendering Set Markup Options | |
|---|---|
| Name | Standard |
| Insertions | |
| Deletions | |
| Moves / Moves | |
| Inserted cells | |
| Deleted cells | |
| Merged cells | |
| Formatting | Color only. |
| Changed lines | Mark left border. |
| Comments color | By Author. |
| Balloons | False |

| compareDocs Settings Used | Category | Option Selected |
|---|---|---|
| Open Comparison Report after Saving | General | Always |
| Report Type | Word | Track Changes |
| Character Level | Word | False |
| Include Headers / Footers | Word | True |
| Include Footnotes / Endnotes | Word | True |
| Include List Numbers | Word | True |
| Include Tables | Word | True |
| Include Field Codes | Word | True |
| Include Moves | Word | True |
| Show Track Changes Toolbar | Word | True |
| Show Reviewing Pane | Word | False |
| Update Automatic Links at Open | Word | False |
| Summary Report | Word | End |
| Include Change Detail Report | Word | Separate |
| Document View | Word | Print |
| Remove Personal Information | Word | False |
| Flatten Field Codes | Word | False |