# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 6 | [ALL] Case Administration | 17.40 | $7,810.00 |
| 7 | [ALL] Cash Management | 0.80 | $624.00 |
| 8 | [ALL] Claims Administration & Objections | 112.90 | $96,185.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 35.40 | $22,940.00 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 23.80 | $17,950.00 |
| 12 | [ALL] Hearings | 0.80 | $860.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 87.40 | $44,600.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 4.50 | $2,065.50 |
| 21 | [ALL] Plan and Disclosure Statements | 28.80 | $25,974.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 17.70 | $19,936.50 |
| 29 | [ALL] Tax Issues | 178.70 | $219,785.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 4.90 | $3,635.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 5.40 | $4,828.00 |
| 39 | [TCEH] Claims Administration & Objection | 54.20 | $34,461.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 2,876.30 | $2,178,476.50 |
| 42 | [TCEH] Environmental Issues | 21.80 | $20,733.00 |
| 43 | [TCEH] Hearings | 716.90 | $459,466.50 |
| 48 | [TCEH] Non-Working Travel | 136.60 | $102,213.00 |
| 51 | [TCEH] Plan/Disclosure Statements | 130.00 | $121,257.50 |
| 54 | [TCEH] Retiree and Employee Issues/OPEB | 34.10 | $23,615.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 124.90 | $123,233.00 |
| 68[1] | [EFIH] Contested Matters & Advers. Pro. | 48.20 | $44,335.50 |
| 70 | [EFIH] Hearings | 5.80 | $5,743.50 |
| 73 | [EFIH] Non-Working Travel | 3.90 | $2,359.50 |
| 76 | [EFIH] Plan / Disclosure Statement | 408.10 | $342,616.50 |
| 101 | [EFH] Retiree and Employee Issues/OPEB | 10.50 | $8,367.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 2.80 | $1,694.00 |
| 113 | [ALL] Enforcement of TTI Rights | 0.70 | $628.50 |
| 115 | [TCEH] Exit Financing | 278.80 | $217,749.00 |
| | **Totals:** | **5,372.10** | **$4,154,143.50** |

---

[1] Amounts billed to [EFIH] matters 68, 70, 73, and 76 are allocated 90% to EFIH and 10% to EFH Corp. reflecting the corresponding debt amounts.

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,701.76 |
| Standard Copies or Prints | $4,901.90 |
| Color Copies or Prints | $3,581.10 |
| Production Blowbacks | $624.20 |
| Closing/Mini Books | $600.00 |
| Overnight Delivery | $648.99 |
| Outside Messenger Services | $132.40 |
| Local Transportation | $622.17 |
| Travel Expense | $58,850.94 |
| Airfare | $36,802.47 |
| Transportation to/from airport | $4,306.73 |
| Travel Meals | $3,834.86 |
| Car Rental | $121.00 |
| Other Travel Expenses | $849.11 |
| Court Reporter Fee/Deposition | $6,773.98 |
| Other Court Costs and Fees | $14,984.59 |
| Professional Fees | $90.00 |
| Outside Contract Attorneys, Document Review | $156,444.26 |
| Outside Printing Services | $2,377.68 |
| Working Meals/K&E Only | $36.31 |
| Working Meals/K&E and Others | $40.00 |
| Catering Expenses | $4,836.00 |
| Outside Retrieval Service | $16,343.00 |
| Computer Database Research | $187.00 |
| Westlaw Research | $2,482.98 |
| LexisNexis Research | $785.31 |
| Overtime Transportation | $629.43 |
| Overtime Meals - Non-Attorney | $120.00 |
| Overtime Meals - Attorney | $918.37 |
| Rental Expenses | $1,716.10 |
| **Total:** | **$327,342.64** |