# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Barton | Associate | 2010 | Executive Compensation | 940.00 | 4.80 | $4,512.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 605.00 | 21.40 | $12,947.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 695.00 | 25.60 | $17,792.00 |
| Ryan Copeland | Associate | 2012 | Corporate - Debt Finance | 775.00 | 18.30 | $14,182.50 |
| Katherine Coverdale | Associate | 2010 | Executive Compensation | 605.00 | 14.00 | $8,470.00 |
| Katherine Coverdale | Associate | 2010 | Executive Compensation | 695.00 | 15.30 | $10,633.50 |
| Thomas Dobleman | Associate | 2011 | Corporate - Debt Finance | 895.00 | 30.40 | $27,208.00 |
| Thomas Dobleman | Associate | 2011 | Corporate - Debt Finance | 945.00 | 19.70 | $18,616.50 |
| Emily Geier | Associate | 2012 | Restructuring | 845.00 | 101.90 | $86,105.50 |
| Emily Geier | Associate | 2012 | Restructuring | 895.00 | 31.90 | $28,550.50 |
| Nicholas Hemmingsen | Associate | 2013 | Corporate - Investment Funds | 850.00 | 0.30 | $255.00 |
| Sam Hong | Associate | 2008 | Technology & IP Transactions | 895.00 | 1.60 | $1,432.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 695.00 | 78.70 | $54,696.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 780.00 | 59.70 | $46,566.00 |
| Jacob Johnston | Associate | 2013 | Litigation - General | 755.00 | 45.80 | $34,579.00 |
| Jacob Johnston | Associate | 2013 | Litigation - General | 795.00 | 10.70 | $8,506.50 |
| Lina Kaisey | Associate | 2015 | Corporate - Debt Finance | 605.00 | 3.10 | $1,875.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 675.00 | 7.90 | $5,332.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 760.00 | 0.70 | $532.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 675.00 | 0.90 | $607.50 |
| James C Melchers | Associate | 2012 | Corporate - General | 695.00 | 7.60 | $5,282.00 |
| Mark Menzies | Associate | 2014 | Litigation - General | 675.00 | 76.50 | $51,637.50 |
| Mark Menzies | Associate | 2014 | Litigation - General | 760.00 | 37.90 | $28,804.00 |
| Kristen Molloy | Associate | 2015 | Corporate - General | 510.00 | 70.50 | $35,955.00 |
| Kristen Molloy | Associate | 2015 | Corporate - General | 610.00 | 14.70 | $8,967.00 |
| David Moore | Associate | 2015 | Corporate - General | 510.00 | 3.70 | $1,887.00 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 895.00 | 17.50 | $15,662.50 |
| Veronica Nunn | Associate | 2010 | Corporate - M&A/Private Equity | 945.00 | 6.20 | $5,859.00 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 510.00 | 13.00 | $6,630.00 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 610.00 | 23.50 | $14,335.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 895.00 | 117.30 | $104,983.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 945.00 | 35.80 | $33,831.00 |
| Daniel Sito | Associate | 2015 | Taxation | 640.00 | 5.80 | $3,712.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 755.00 | 220.40 | $166,402.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 795.00 | 64.40 | $51,198.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 585.00 | 220.10 | $128,758.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Anna Terteryan | Associate | 2014 | Litigation - General | 680.00 | 72.10 | $49,028.00 |
| McClain Thompson | Associate | 2014 | Restructuring | 605.00 | 103.50 | $62,617.50 |
| McClain Thompson | Associate | 2014 | Restructuring | 695.00 | 34.80 | $24,186.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 695.00 | 15.40 | $10,703.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 775.00 | 172.40 | $133,610.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 850.00 | 80.30 | $68,255.00 |
| Jack N Bernstein | Of Counsel | 1995 | Employee Benefits | 1,075.00 | 3.40 | $3,655.00 |
| Katherine Bolanowski | Partner | 2009 | Corporate - Debt Finance | 940.00 | 4.90 | $4,606.00 |
| Katherine Bolanowski | Partner | 2009 | Corporate - Debt Finance | 945.00 | 5.20 | $4,914.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,325.00 | 16.50 | $21,862.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,380.00 | 4.00 | $5,520.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,010.00 | 20.40 | $20,604.00 |
| Rana B Dawson | Partner | 2008 | Litigation - General | 900.00 | 0.30 | $270.00 |
| Barack S Echols | Partner | 1999 | Litigation - General | 1,010.00 | 97.40 | $98,374.00 |
| Barack S Echols | Partner | 1999 | Litigation - General | 1,025.00 | 30.00 | $30,750.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,030.00 | 53.90 | $55,517.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 875.00 | 312.30 | $273,262.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,325.00 | 70.10 | $92,882.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,445.00 | 35.60 | $51,442.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 307.80 | $277,020.00 |
| Warren Haskel | Partner | 2009 | Litigation - General | 900.00 | 0.80 | $720.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,120.00 | 7.30 | $8,176.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 955.00 | 0.20 | $191.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 196.10 | $213,749.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 17.80 | $19,580.00 |
| Atif Khawaja | Partner | 2003 | Litigation - General | 1,010.00 | 4.00 | $4,040.00 |
| Atif Khawaja | Partner | 2003 | Litigation - General | 1,025.00 | 4.70 | $4,817.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 53.40 | $69,954.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 16.20 | $18,144.00 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | Technology & IP Transactions | 1,195.00 | 1.80 | $2,151.00 |
| Christopher Landau, P.C. | Partner | 1990 | Litigation - Appellate | 1,395.00 | 2.00 | $2,790.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,445.00 | 47.60 | $68,782.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,495.00 | 28.20 | $42,159.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 13.10 | $15,916.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,075.00 | 260.40 | $279,930.00 |
| Kevin L Morris | Partner | 2002 | Corporate - M&A/Private Equity | 1,040.00 | 4.50 | $4,680.00 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,325.00 | 1.00 | $1,325.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt | 1,380.00 | 76.10 | $105,018.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | Finance | | | |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 32.40 | $29,160.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 5.90 | $5,870.50 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,325.00 | 4.30 | $5,697.50 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,380.00 | 4.90 | $6,762.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 940.00 | 1.50 | $1,410.00 |
| Jeffrey S Quinn | Partner | 1998 | Employee Benefits | 1,075.00 | 5.30 | $5,697.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 940.00 | 0.40 | $376.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 33.80 | $33,631.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 31.40 | $41,134.00 |
| Lucas Spivey | Partner | 2007 | Corporate - Debt Finance | 995.00 | 0.50 | $497.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 25.50 | $35,190.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 314.50 | $300,347.50 |
| Jason M Wilcox | Partner | 2011 | IP Litigation | 875.00 | 1.20 | $1,050.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,020.00 | 5.90 | $6,018.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 81.80 | $100,205.00 |
| **Grand Total** | | | | | **4,152.40** | **$3,771,552.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jason Douangsanith | Case Assistant | 6 months | Litigation - General | 205.00 | 12.90 | $2,644.50 |
| Jonathon Merriman | Case Assistant | 5 months | Litigation - General | 220.00 | 0.30 | $66.00 |
| Barbara Siepka | Case Assistant | 3 years | Corporate - General | 220.00 | 9.50 | $2,090.00 |
| Elizabeth Burns | Legal Assistant | 10 years | Corporate - General | 360.00 | 29.80 | $10,728.00 |
| Stephanie Ding | Legal Assistant | 6 months | Litigation - General | 220.00 | 199.00 | $43,780.00 |
| Stephanie Ding | Legal Assistant | 6 months | Litigation - General | 280.00 | 52.00 | $14,560.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 280.00 | 10.60 | $2,968.00 |
| Michael S. Fellner | Legal Assistant | 9.5 years | Litigation - General | 310.00 | 1.10 | $341.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 400.00 | 4.30 | $1,720.00 |
| Paul Jones | Legal Assistant | 5 months | Litigation - General | 345.00 | 256.30 | $88,423.50 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 370.00 | 160.40 | $59,348.00 |
| Robert Orren | Legal Assistant | 6.5 years | Restructuring | 325.00 | 91.20 | $29,640.00 |
| Kenneth Sturek | Legal Assistant | 15.5 years | Litigation - General | 370.00 | 1.00 | $370.00 |
| Charlotte Willingham | Legal Assistant | 3 months | Corporate - General | 280.00 | 1.30 | $364.00 |
| Colleen Caamano | Litigation Suppt Cons | 3 years | Litigation - General | 325.00 | 1.70 | $552.50 |
| Chad Pappenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 72.00 | $23,760.00 |
| Jigna Dalal | Litigation Suppt Cons | 2 months | Litigation - General | 325.00 | 8.60 | $2,795.00 |
| Ruby Allen | Other | 8 years | Admin Services | 190.00 | 0.80 | $152.00 |
| Olivia Altmayer | Other | 1 year | Litigation - Antitrust/Competition | 245.00 | 8.70 | $2,131.50 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 560.00 | 7.50 | $4,200.00 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 610.00 | 1.60 | $976.00 |
| Nisha Shah | Project Assistant | 6 months | Corporate - General | 220.00 | 0.90 | $198.00 |
| Matthew Smith | Trial Tech Consultant | 11 years | Litigation - General | 315.00 | 142.90 | $45,013.50 |
| Roman Bielski | Trial Tech Consultant | 2.5 years | Litigation General | 315.00 | 145.30 | $45,769.50 |

RLF1 15375995v.1

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Grand Total** | | | | | **1,219.70** | **$382,591.00** |
| | | | | **Total Fees Requested** | **5,372.10** | **$4,154,143.50** |