# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $2,701.76 |
| Standard Copies or Prints | $1,444.80 |
| Color Copies or Prints | $1,524.30 |
| Production Blowbacks | $624.20 |
| Closing/Mini Books | $600.00 |
| Overnight Delivery | $648.99 |
| Outside Messenger Services | $132.40 |
| Local Transportation | $622.17 |
| Travel Expense | $58,850.94 |
| Airfare | $36,802.47 |
| Transportation to/from airport | $4,306.73 |
| Travel Meals | $3,834.86 |
| Car Rental | $121.00 |
| Other Travel Expenses | $849.11 |
| Court Reporter Fee/Deposition | $6,773.98 |
| Other Court Costs and Fees | $14,984.59 |
| Professional Fees | $90.00 |
| Outside Contract Attorneys, Document Review | $156,444.26 |
| Outside Printing Services | $2,377.68 |
| Working Meals/K&E Only | $36.31 |
| Working Meals/K&E and Others | $40.00 |
| Catering Expenses | $4,836.00 |
| Outside Retrieval Service | $16,343.00 |
| Computer Database Research | $187.00 |
| Westlaw Research | $2,482.98 |
| LexisNexis Research | $785.31 |
| Overtime Transportation | $629.43 |
| Overtime Meals - Non-Attorney | $120.00 |
| Overtime Meals - Attorney | $918.37 |
| Rental Expenses | $1,716.10 |
| **Total:** | **$321,828.74** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $2,975.70 |
| Color Copies or Prints | $217.50 |
| **Total:** | **$3,193.20** |

## **EFIH - Expense Summary**[1]

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $56.90 |
| Color Copies or Prints | $1.80 |
| **Total:** | **$58.70** |

---

[1] Amounts billed to [EFIH] matters are allocated 90% to EFIH and 10% to EFH Corp. reflecting the corresponding debt amounts.

RLF1 15375995v.1

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $424.50 |
| Color Copies or Prints | $1,837.50 |
| **Total:** | **$2,262.00** |