# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM JUNE 1, 2016 THROUGH JUNE 30, 2016

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Fee Applications (30090) | 6.00 | $2,371.50 |
| Clean Air Transport Rule (10040) | 1.30 | $1,253.20 |
| Regional Haze (10050) | 6.80 | $6,555.20 |
| EFH Corporate Services Company / Corporate Governance (65892-10020) | 3.00 | $2,685.00 |
| **TOTALS:** | **17.10** | **$12,864.90** |