# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of June 1, 2016 to June 30, 2016 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $964 | 8.10 | $7,808.40 |
| Rebecca Grapsas | Counsel | 2002 | Corporate | $895 | 3.00 | $2,685.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $780 | .30 | $234.00 |
| | | | | **Attorney Totals** | **11.40** | **$10,727.40** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $375 | 5.70 | $2,137.50 |
| | | | | **Paraprofessional Totals** | **5.70** | **$2,137.50** |

|  |  | **Total Fees Requested** | **17.10** | **$12,864.90** |
|---|---|---|---|---|

RLF1 15389212v.1