# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**June 1, 2016 to June 30, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---:|
| Duplicating | | $.10 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.60** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

2

## TCEH – Expense Summary for June 1, 2016 to June 30, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| **Total:** | | **$0.00** |

## EFH Corporate Services – Expense Summary for June 1, 2016 to June 30, 2016

| Service Description | Service Providers | Amount |
|---|---|---|
| **Total:** | | **$0.00** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

2

**EFH - Expense Summary for June 1, 2016 to June 30, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $0.10 |
| Legal Support Services | | $442.50 |
| **Total:** | | **$442.60** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.