## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 06/16/16 | CPY | 06/15/16-Duplicating charges Time: 15:28:00 | $0.10 |
| 06/18/16 | LIT | 06/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| | | **Total Expenses** | **$442.60** |