<u>**EXHIBIT A**</u>

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM JULY 1, 2016 THROUGH JULY 31, 2016**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Fee Applications (30090) | 2.80 | $1,374.00 |
| Regional Haze (10050) | 4.50 | $4,337.60 |
| **TOTALS:** | **7.30** | **$5,711.60** |