# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of July 1, 2016 to July 31, 2016 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $964 | 2.70 | $2,602.80 |
| Peter D. Keisler | Partner | 1989 | Litigation | $1,066 | .80 | $852.80 |
| Roger R. Martella | Partner | 1997 | Environmental | $882 | 1.00 | $882.00 |
| | | | | | | |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $780 | .80 | $624.00 |
| | | | | **Attorney Totals** | **5.30** | **$4,961.60** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $375 | 2.00 | $750.00 |
| | | | | **Paraprofessional Totals** | **2.00** | **$750.00** |

| | | | | **Total Fees Requested** | **7.30** | **$5,711.60** |