## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 07/14/16 | TEL | 06/24/16-Telephone Charges Conference Call | $0.39 |
| 07/14/16 | LIT | 07/01/16-Monthly Electronic Data Hosting Fee 88.50 GB @ $5.00 | 442.50 |
| 07/21/16 | TEL | 07/20/16-Telephone Call (Non-Local) To: 13125043369 Chicago, IL | 1.05 |
| | | **Total Expenses** | **$443.94** |