To Who This MAY Concern
 I MAURICE JEFFERSON Recive this letter A liittle late Concerning the Case No. 14-10979 (SSS)

 Concerning - Estimating Claims filed Against the TCEH Debtors (D.I. 9635) Motion with the United States Bankruptcy Court I have No OBJECTIONS Pleas Send What You think is Fair Contibutions.
   Thank you

   MAURIE JEFFERSON

