# EXHIBIT A

## Statement of Fees By Subject Matter

*Exhibit A*

## *Combined - All Entities*
## *Summary of Time Detail by Task*
## *August 1, 2016 through August 31, 2016*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|
| Accounting/Cut-off | 5.6 | $4,340.00 |
| Bankruptcy Support | 21.4 | $11,250.00 |
| Business Plan | 19.1 | $7,162.50 |
| Claims | 286.7 | $137,187.50 |
| Contracts | 105.2 | $67,280.00 |
| Coordination & Communication with other Creditor Constituents | 5.1 | $2,715.00 |
| Coordination & Communication with UCC | 0.6 | $375.00 |
| Court | 62.9 | $53,980.00 |
| Fee Applications | 28.6 | $10,695.00 |
| POR / Disclosure Statement | 87.6 | $52,405.00 |
| Status Meetings | 1.5 | $1,087.50 |
| Travel Time | 25.0 | $16,525.00 |
| UST Reporting Requirements | 18.3 | $10,065.00 |
| Vendor Management | 2.3 | $1,782.50 |
| *Total* | **669.9** | **$376,850.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

***TCEH***
***Summary of Time Detail by Task***
***August 1, 2016 through August 31, 2016***

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|
| Accounting/Cut-off | 4.2 | $3,255.00 |
| Bankruptcy Support | 14.9 | $7,668.53 |
| Business Plan | 10.5 | $3,925.16 |
| Claims | 225.0 | $107,611.05 |
| Contracts | 78.8 | $50,180.00 |
| Coordination & Communication with other Creditor Constituents | 4.0 | $2,027.50 |
| Coordination & Communication with UCC | 0.6 | $375.00 |
| Court | 53.6 | $46,636.25 |
| Fee Applications | 20.8 | $7,783.38 |
| POR / Disclosure Statement | 40.6 | $27,265.32 |
| Status Meetings | 1.1 | $791.44 |
| Travel Time | 18.4 | $12,164.11 |
| UST Reporting Requirements | 13.3 | $7,324.89 |
| Vendor Management | 1.7 | $1,336.87 |
| *Total* | **487.5** | **$278,344.49** |

***Travel time billed at 50% of time incurred***

*Exhibit A*

***EFH***
***Summary of Time Detail by Task***
***August 1, 2016 through August 31, 2016***

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|
| Accounting/Cut-off | 1.4 | $1,085.00 |
| Bankruptcy Support | 4.7 | $2,535.04 |
| Business Plan | 5.2 | $1,955.04 |
| Claims | 48.1 | $23,130.08 |
| Contracts | 26.4 | $17,100.00 |
| Coordination & Communication with other Creditor Constituents | 0.6 | $343.75 |
| Court | 8.8 | $6,868.75 |
| Fee Applications | 5.9 | $2,204.43 |
| POR / Disclosure Statement | 27.0 | $15,247.41 |
| Status Meetings | 0.3 | $224.15 |
| Travel Time | 5.5 | $3,678.17 |
| UST Reporting Requirements | 3.8 | $2,074.58 |
| Vendor Management | 0.6 | $445.63 |
| ***Total*** | **138.1** | **$76,892.03** |

***Travel time billed at 50% of time incurred***

*Exhibit A*

# EFIH
## Summary of Time Detail by Task
## August 1, 2016 through August 31, 2016

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 1.8 | $1,046.43 |
| Business Plan | 3.4 | $1,282.30 |
| Claims | 13.6 | $6,446.37 |
| Coordination & Communication with other Creditor Constituents | 0.6 | $343.75 |
| Court | 0.5 | $475.00 |
| Fee Applications | 1.9 | $707.19 |
| POR / Disclosure Statement | 20.1 | $9,892.27 |
| Status Meetings | 0.1 | $71.91 |
| Travel Time | 1.1 | $682.72 |
| UST Reporting Requirements | 1.2 | $665.53 |
| ***Total*** | **44.3** | **$21,613.48** |

*Travel time billed at 50% of time incurred*