**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - All Entities
### Summary of Time Detail by Professional
### August 1, 2016 through August 31, 2016

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 41.0 | $38,950.00 |
| Emmett Bergman | Managing Director | $775.00 | 93.6 | $72,540.00 |
| John Stuart | Managing Director | $775.00 | 68.0 | $52,700.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 84.4 | $52,750.00 |
| Matt Frank | Director | $625.00 | 0.6 | $375.00 |
| Kevin Sullivan | Director | $550.00 | 18.5 | $10,175.00 |
| Paul Kinealy | Director | $550.00 | 8.3 | $4,565.00 |
| Richard Carter | Consultant | $450.00 | 173.2 | $77,940.00 |
| Michael Williams | Consultant | $375.00 | 56.9 | $21,337.50 |
| Peyton Heath | Analyst | $375.00 | 38.8 | $14,550.00 |
| Sarah Pittman | Analyst | $375.00 | 66.5 | $24,937.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 20.1 | $6,030.00 |
| | | **Total** | **669.9** | **$376,850.00** |

*Exhibit B*

### TCEH
### Summary of Time Detail by Professional
### August 1, 2016 through August 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 36.7 | $34,908.78 |
| Emmett Bergman | Managing Director | $775.00 | 69.0 | $53,485.69 |
| John Stuart | Managing Director | $775.00 | 44.2 | $34,276.51 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 63.9 | $39,917.67 |
| Matt Frank | Director | $625.00 | 0.6 | $375.00 |
| Kevin Sullivan | Director | $550.00 | 13.5 | $7,404.94 |
| Paul Kinealy | Director | $550.00 | 6.0 | $3,322.22 |
| Richard Carter | Consultant | $450.00 | 142.2 | $63,982.10 |
| Michael Williams | Consultant | $375.00 | 41.4 | $15,528.55 |
| Peyton Heath | Analyst | $375.00 | 9.1 | $3,429.58 |
| Sarah Pittman | Analyst | $375.00 | 46.2 | $17,325.07 |
| Mary Napoliello | Paraprofessional | $300.00 | 14.6 | $4,388.38 |
| | | **Total** | **487.5** | **$278,344.49** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### August 1, 2016 through August 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 2.2 | $2,107.06 |
| Emmett Bergman | Managing Director | $775.00 | 24.3 | $18,798.08 |
| John Stuart | Managing Director | $775.00 | 19.2 | $14,884.74 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 15.9 | $9,967.63 |
| Kevin Sullivan | Director | $550.00 | 3.8 | $2,097.25 |
| Paul Kinealy | Director | $550.00 | 1.7 | $940.93 |
| Richard Carter | Consultant | $450.00 | 24.1 | $10,857.38 |
| Michael Williams | Consultant | $375.00 | 11.7 | $4,398.04 |
| Peyton Heath | Analyst | $375.00 | 14.8 | $5,565.46 |
| Sarah Pittman | Analyst | $375.00 | 16.1 | $6,032.57 |
| Mary Napoliello | Paraprofessional | $300.00 | 4.1 | $1,242.89 |
| | | **Total** | **138.1** | **$76,892.03** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### August 1, 2016 through August 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 2.0 | $1,934.16 |
| Emmett Bergman | Managing Director | $775.00 | 0.3 | $256.23 |
| John Stuart | Managing Director | $775.00 | 4.6 | $3,538.75 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 4.6 | $2,864.71 |
| Kevin Sullivan | Director | $550.00 | 1.2 | $672.81 |
| Paul Kinealy | Director | $550.00 | 0.5 | $301.85 |
| Richard Carter | Consultant | $450.00 | 6.9 | $3,100.53 |
| Michael Williams | Consultant | $375.00 | 3.8 | $1,410.91 |
| Peyton Heath | Analyst | $375.00 | 14.8 | $5,554.96 |
| Sarah Pittman | Analyst | $375.00 | 4.2 | $1,579.86 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.3 | $398.72 |
| | | *Total* | **44.3** | **$21,613.48** |