## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*August 1, 2016 through August 31, 2016*

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $6,346.61 |
| Lodging | $3,323.72 |
| Meals | $428.16 |
| Transportation | $1,410.38 |
| **Total** | **$11,508.87** |

*Exhibit C*

## *TCEH*
### *Summary of Expense Detail by Category*
### *August 1, 2016 through August 31, 2016*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $4,619.06 |
| Lodging | $2,419.01 |
| Meals | $311.62 |
| Transportation | $1,026.48 |
| *Total* | **$8,376.17** |

*Exhibit C*

*EFH*
*Summary of Expense Detail by Category*
*August 1, 2016 through August 31, 2016*

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $1,308.04 |
| Lodging | $685.00 |
| Meals | $88.25 |
| Transportation | $290.68 |
| **Total** | **$2,371.97** |

*Exhibit C*

***EFIH***
***Summary of Expense Detail by Category***
***August 1, 2016 through August 31, 2016***

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $419.51 |
| Lodging | $219.71 |
| Meals | $28.29 |
| Transportation | $93.22 |
| **Total** | **$760.73** |

*Page 1 of 1*