# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*August 1, 2016 through August 31, 2016*

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/6/2016 | $1,002.20 | Airfare roundtrip San Francisco/Dallas. |
| Richard Carter | 8/2/2016 | $772.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 8/8/2016 | $347.06 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 8/10/2016 | $337.06 | Airfare one-way coach Dallas/Chicago. |
| John Stuart | 8/10/2016 | $488.10 | Airfare one-way coach Tulsa/Chicago. |
| John Stuart | 8/11/2016 | $423.98 | Airfare one-way coach Chicago/Dallas. |
| Richard Carter | 8/18/2016 | $762.20 | Airfare roundtrip coach Chicago/Dallas. |
| John Stuart | 8/21/2016 | $570.00 | Airfare one-way coach Dallas/Philadelphia. |
| John Stuart | 8/22/2016 | $621.00 | Airfare one-way coach Philadelphia/Dallas. |
| Jodi Ehrenhofer | 8/23/2016 | $416.27 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 8/25/2016 | $606.54 | Airfare one-way coach Dallas/Chicago. |
| **Expense Category Total** | | **$6,346.61** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/7/2016 | $458.78 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 8/9/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 8/9/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| John Stuart | 8/10/2016 | $533.00 | Hotel in Chicago - 1 night. |
| John Stuart | 8/21/2016 | $284.90 | Hotel in Philadelphia - 1 night. |
| Jodi Ehrenhofer | 8/24/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 8/24/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| **Expense Category Total** | | **$3,323.72** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/6/2016 | $27.73 | Out of town dinner - E. Bergman. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**August 1, 2016 through August 31, 2016**

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/7/2016 | $21.24 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 6/8/2016 | $40.00 | Out of town dinner - E. Bergman. |
| Jodi Ehrenhofer | 8/8/2016 | $5.61 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/8/2016 | $51.14 | Out of town dinner - R. Carter, J. Ehrenhofer - 2. |
| Richard Carter | 8/8/2016 | $10.98 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 8/9/2016 | $44.33 | Out of town dinner - R. Carter, J. Ehrenhofer - 2. |
| Richard Carter | 8/9/2016 | $8.24 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Jodi Ehrenhofer | 8/10/2016 | $30.70 | Out of town dinner - J. Ehrenhofer. |
| Richard Carter | 8/10/2016 | $23.99 | Out of town dinner - R. Carter. |
| Richard Carter | 8/10/2016 | $8.24 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| John Stuart | 8/21/2016 | $34.60 | Out of town dinner - J. Stuart. |
| Jodi Ehrenhofer | 8/23/2016 | $5.61 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 8/23/2016 | $7.97 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 8/24/2016 | $23.97 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/24/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 8/24/2016 | $23.16 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 8/25/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 8/25/2016 | $6.59 | Out of town breakfast - R. Carter. |
| Richard Carter | 8/25/2016 | $15.40 | Out of town dinner - R. Carter. |
| Richard Carter | 8/26/2016 | $30.70 | Out of town dinner - R. Carter. |
| **Expense Category Total** | | **$428.16** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/6/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 6/8/2016 | $10.40 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 6/8/2016 | $73.11 | Taxi from San Francisco Airport to home. |
| Jodi Ehrenhofer | 8/8/2016 | $54.54 | Taxi from DFW Airport to Energy. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**August 1, 2016 through August 31, 2016**

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 8/8/2016 | $5.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 8/8/2016 | $42.80 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 8/8/2016 | $5.00 | Taxi from dinner to hotel. |
| Richard Carter | 8/8/2016 | $58.15 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 8/9/2016 | $5.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 8/9/2016 | $5.08 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 8/9/2016 | $5.00 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 8/10/2016 | $58.62 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 8/10/2016 | $45.00 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 8/10/2016 | $3.00 | Taxi from hotel to Energy. |
| John Stuart | 8/10/2016 | $57.30 | Taxi: Taxi from Airport to Office |
| Richard Carter | 8/10/2016 | $105.00 | Parking at O'Hare Airport. |
| Richard Carter | 8/10/2016 | $58.80 | Taxi from Energy to DFW Airport. |
| John Stuart | 8/11/2016 | $51.00 | Parking at Dallas Airport. |
| John Stuart | 8/11/2016 | $38.00 | Taxi from office to Chicago Airport. |
| John Stuart | 8/21/2016 | $65.14 | Taxi to hotel. |
| John Stuart | 8/22/2016 | $81.96 | Taxi to Philadelphia Airport. |
| John Stuart | 8/22/2016 | $74.55 | Parking at Dallas Airport. |
| Jodi Ehrenhofer | 8/23/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 8/23/2016 | $45.20 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 8/23/2016 | $5.61 | Taxi from Energy to hotel. |
| Richard Carter | 8/23/2016 | $54.60 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 8/24/2016 | $5.85 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 8/24/2016 | $5.82 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 8/24/2016 | $5.61 | Taxi from Energy to hotel. |
| Richard Carter | 8/24/2016 | $6.77 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 8/25/2016 | $45.00 | Taxi from O'Hare Airport to home. |
| Richard Carter | 8/25/2016 | $9.67 | Taxi from hotel to Energy. |
| Richard Carter | 8/25/2016 | $58.80 | Taxi from Energy to DFW Airport. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## August 1, 2016 through August 31, 2016

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 8/26/2016 | $105.00 | Parking at O'Hare Airport. |
| **Expense Category Total** | | **$1,410.38** | |
| *Grand Total* | | $11,508.87 | |