# Exhibit A

**Fee Summary by Professional for the Period
August 1, 2016 through August 31, 2016**

# EFH Corp

# Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

**August 01, 2016 - August 31, 2016**

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Blair, Kirk | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 2.6 | $1,872.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 36.3 | $26,136.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 16.4 | $11,808.00 |
| Mitrovich, Lisa | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Parker, Matt | Partner/Principal | $720.00 | 32.9 | $23,688.00 |
| Craig, Valerie | Managing Director | $720.00 | 3.0 | $2,160.00 |
| Favor, Rick | Managing Director | $720.00 | 6.3 | $4,536.00 |
| Hickl, Jeff | Managing Director | $720.00 | 4.4 | $3,168.00 |
| Hynes, John | Managing Director | $720.00 | 1.2 | $864.00 |
| Sasso, Anthony | Managing Director | $720.00 | 15.4 | $11,088.00 |
| Alimchandani, Hero | Senior Manager | $620.00 | 2.5 | $1,550.00 |
| Auyeung, Tungjun | Senior Manager | $620.00 | 100.9 | $62,558.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 6.3 | $3,906.00 |
| Freeman, Mike | Senior Manager | $620.00 | 0.8 | $496.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 13.7 | $8,494.00 |
| Singh, Amit | Senior Manager | $620.00 | 87.8 | $54,436.00 |
| Coetzee, Rachelle | Manager | $540.00 | 7.2 | $3,888.00 |
| Morehead, David | Manager | $540.00 | 8.5 | $4,590.00 |
| Murawski, Bryan | Manager | $540.00 | 15.5 | $8,370.00 |
| Babanova, Maria | Senior Consultant | $425.00 | 0.8 | $340.00 |
| Baily, Brianna | Senior Consultant | $425.00 | 0.5 | $212.50 |
| Butler, Mike | Senior Consultant | $425.00 | 14.1 | $5,992.50 |
| Casey, Chris | Senior Consultant | $425.00 | 9.2 | $3,910.00 |
| Henry, Diane | Senior Consultant | $425.00 | 0.7 | $297.50 |
| Koprivnik, Xander | Senior Consultant | $425.00 | 7.9 | $3,357.50 |
| Richards, Lauren | Senior Consultant | $425.00 | 0.4 | $170.00 |
| **Professional Subtotal:** | | | **398.1** | **$249,904.00** |

# EFH Corp

# Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

**August 01, 2016 - August 31, 2016**

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Becker, Paul | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Benesh, Kay | Partner/Principal | $365.00 | 6.5 | $2,372.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Durand, Danny | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 59.0 | $21,535.00 |
| Parker, Matt | Partner/Principal | $365.00 | 80.1 | $29,236.50 |
| Poindexter, Heath | Partner/Principal | $365.00 | 5.4 | $1,971.00 |
| Shah, Shahid | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Slyh, John | Partner/Principal | $365.00 | 15.9 | $5,803.50 |
| Winger, Julie | Partner/Principal | $365.00 | 9.7 | $3,540.50 |
| Craig, Valerie | Managing Director | $365.00 | 140.5 | $51,282.50 |
| Favor, Rick | Managing Director | $365.00 | 6.5 | $2,372.50 |
| Sasso, Anthony | Managing Director | $365.00 | 9.4 | $3,431.00 |
| Alimchandani, Hero | Senior Manager | $290.00 | 0.5 | $145.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 118.2 | $34,278.00 |
| Freeman, Mike | Senior Manager | $290.00 | 24.7 | $7,163.00 |
| Garner, Kristen | Senior Manager | $290.00 | 1.0 | $290.00 |
| Salazar, Manny | Senior Manager | $290.00 | 4.2 | $1,218.00 |
| Alvarado, Jason | Manager | $265.00 | 17.2 | $4,558.00 |
| Coetzee, Rachelle | Manager | $265.00 | 8.9 | $2,358.50 |
| Kowalk, Bennett | Manager | $265.00 | 1.8 | $477.00 |
| Morehead, David | Manager | $265.00 | 156.6 | $41,499.00 |
| Murawski, Bryan | Manager | $265.00 | 109.0 | $28,885.00 |
| Schneider, Stephen | Manager | $265.00 | 52.3 | $13,859.50 |
| Wendel, Ashley | Manager | $265.00 | 11.0 | $2,915.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 133.8 | $28,767.00 |
| Baylis, Jessica | Senior Consultant | $215.00 | 19.6 | $4,214.00 |
| Brunson, Steve | Senior Consultant | $215.00 | 16.6 | $3,569.00 |
| Casey, Chris | Senior Consultant | $215.00 | 115.4 | $24,811.00 |
| Chawla, Nisheet | Senior Consultant | $215.00 | 2.9 | $623.50 |
| Evetts, Erin | Senior Consultant | $215.00 | 61.4 | $13,201.00 |
| Henry, Diane | Senior Consultant | $215.00 | 107.0 | $23,005.00 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 7.7 | $1,655.50 |
| Pansari, Anubhav | Senior Consultant | $215.00 | 110.2 | $23,693.00 |
| Persons, Hillary | Senior Consultant | $215.00 | 166.4 | $35,776.00 |
| Platt, Bo | Senior Consultant | $215.00 | 13.6 | $2,924.00 |
| Pothoulakis, Tony | Senior Consultant | $215.00 | 146.0 | $31,390.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 50.8 | $10,922.00 |
| Twigge, Daniel | Senior Consultant | $215.00 | 37.0 | $7,955.00 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 20.5 | $4,407.50 |

# EFH Corp

# Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

**August 01, 2016 - August 31, 2016**

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Yu, David | Senior Consultant | $215.00 | 117.3 | $25,219.50 |
| Benvenuti, Christina | Consultant | $175.00 | 178.2 | $31,185.00 |
| Deswal, Neha | Consultant | $175.00 | 63.5 | $11,112.50 |
| Glynn, Greg | Consultant | $175.00 | 19.1 | $3,342.50 |
| Jain, Abhishek | Consultant | $175.00 | 13.0 | $2,275.00 |
| Jain, Rachna | Consultant | $175.00 | 15.0 | $2,625.00 |
| Lirely, Loren | Consultant | $175.00 | 145.0 | $25,375.00 |
| Mizell, Madison | Consultant | $175.00 | 30.3 | $5,302.50 |
| Moscatelli, David | Consultant | $175.00 | 100.7 | $17,622.50 |
| Nasa, Srishti | Consultant | $175.00 | 12.2 | $2,135.00 |
| Oxman, Jeffrey | Consultant | $175.00 | 19.0 | $3,325.00 |
| Werth, Aaron | Consultant | $175.00 | 1.2 | $210.00 |
| **Professional Subtotal:** | | | **2,566.8** | **$607,659.00** |

# EFH Corp

# Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

**August 01, 2016 - August 31, 2016**

*Non-Working Travel*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Sasso, Anthony | Managing Director | $365.00 | 19.5 | $7,117.50 |
| Auyeung, Tungjun | Senior Manager | $290.00 | 30.0 | $8,700.00 |
| Benvenuti, Christina | Consultant | $175.00 | 5.0 | $875.00 |
| **Professional Subtotal:** | | | **54.5** | **$16,692.50** |

| Adjustment | |
|---|---|
| Less 50% Non-Working Travel Deduction | ($8,346.25) |
| **Total** | **$8,346.25** |

# EFH Corp

# Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

**August 01, 2016 - August 31, 2016**

*Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Parker, Matt | Partner/Principal | $365.00 | 1.1 | $401.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 1.7 | $493.00 |
| Murawski, Bryan | Manager | $265.00 | 5.4 | $1,431.00 |
| Casey, Chris | Senior Consultant | $215.00 | 3.0 | $645.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 36.9 | $6,457.50 |
| **Professional Subtotal:** | | | **48.1** | **$9,428.00** |