**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.[1], | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | **Response Deadline: November 3, 2016 at 4:00 p.m. (ET)** |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF
MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE OF AN
ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES INCURRED FROM JULY 1, 2016 THROUGH JULY 31, 2016**

| **Name of Applicant** | **Munger, Tolles & Olson LLP** |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC. Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order Entered on January 13, 2015 (Effective as of November 16, 2014) |
| Period for which compensation and reimbursement is sought: | July 1, 2016 through July 31, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary: | $248,201.60 (80% of $310,252.00[2]) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $4,936.24[3] |

This is a **X** monthly ___ interim __ final application. No prior application filed.[4]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] To comply with the guidelines established by the fee committee, Munger, Tolles & Olson LLP ("MTO") voluntarily reduced its fees by $14,677.50 in the Fee Period (as defined herein).

[3] To comply with the caps and guidelines established by the fee committee, MTO voluntarily reduced its expenses by $77.20 in the Fee Period (as defined herein). Consequently, MTO does not seek payment of these expenses in this Monthly Fee Statement (as defined herein).

[4] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective* Nunc Pro Tunc *to November 16, 2014,* dated January 13, 2015 [D.I. 3279] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm Munger, Tolles & Olson LLP ("MTO"), counsel for the debtors and debtors in possession Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $248,201.60 for the reasonable and necessary legal services MTO rendered to the TCEH Debtors from July 1, 2016 through July 31, 2016 (the "Fee Period") (80% of $310,252.00); and (ii) reimbursement for the actual and necessary expenses that MTO incurred, in the amount of $4,936.24 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

    - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by MTO partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories MTO established in accordance with its internal billing procedures. As reflected in Exhibit A, MTO incurred $310,252.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, MTO seeks reimbursement for 80% of such fees ($248,201.60 in the aggregate).

2

- **Exhibit B** is a schedule providing certain information regarding the MTO attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of MTO expended a total of 427.30 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which MTO is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for MTO's out-of-pocket expenses.

- **Exhibit D** consists of MTO's records of expenses incurred during the Fee Period in the rendition of the professional services to the TCEH Debtors and their estates.

**Proposed Payment Allocation**

2. In accordance with paragraph 2 of the Interim Compensation Order, all MTO's fees and expenses sought in this Application are allocated to TCEH.

**Representations**

3. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. MTO reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, MTO requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $253,137.84 consisting of (a) $248,201.60 of which is 80% of the fees incurred by the TCEH Debtors for reasonable and necessary professional services rendered by MTO; and (b) $4,936.24 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the TCEH Debtors' estates.

Dated: October 13, 2016

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
David P. Primack (No. 4449)
300 Delaware Avenue, Suite 770
Wilmington, Delaware 19801
Telephone: (302) 300-4515
Facsimile: (302) 654-4031
Email: dprimack@mdmc-law.com

-and-

**MUNGER, TOLLES & OLSON LLP**
*/s/ Todd J. Rosen*
Thomas B. Walper (admitted *pro hac vice*)
Todd J. Rosen (admitted *pro hac vice*)
Seth Goldman (admitted *pro hac vice*)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: thomas.walper@mto.com
todd.rosen@mto.com
seth.goldman@mto.com

Co-Counsel to the TCEH Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## VERIFICATION OF TODD J. ROSEN

1. I am Todd J. Rosen, a partner in the law firm of Munger, Tolles & Olson LLP ("MTO"), located at 355 S. Grand Ave., 35th Floor, Los Angeles, California, 90071. I am a lead attorney from MTO working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of California, and I have been admitted to practice in the United States District Courts for the Central, Northern, Eastern, and Southern District of California; and the Ninth Circuit Court of Appeals. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by MTO as conflicts counsel to the TCEH Debtors and am familiar with all other work performed on behalf of the TCEH Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for MTO complies with Rule 2016-2.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

>Respectfully submitted,
>
>*/s/ Todd J. Rosen*
>Todd J. Rosen
>Partner of Munger, Tolles & Olson LLP

# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 001 | [TCEH] Asset Disposition/Purchases | 0.30 | $234.00 |
| 008 | [TCEH] Corporate Governance | 89.90 | $82,249.50 |
| 010 | [TCEH] Hearings | 3.10 | $2,418.00 |
| 013 | [TCEH] MTO Retention and Fee Applications | 13.10 | $7,918.50 |
| 014 | [TCEH] Non-Working Travel | 15.20 | $14,677.50 |
| 015 | [TCEH] Official and Ad Hoc Committee Issues and Meetings | 3.30 | $3,564.00 |
| 017 | [TCEH] Plan / Disclosure Statement | 179.30 | $109,393.50 |
| 018 | [TCEH] Private Letter Ruling / IRS Matters / Tax Issues | 123.10 | $89,797.00 |
| **Total:** | | **427.30** | **$310,525.00** |

| Service Description | Amount |
|---|---:|
| Meals | $15.24 |
| Other Expense | $125.00 |
| Travel - Airfare | $4001.76 |
| Travel – Ground[1] | $785.37 |
| Telephone – Conference Call | $8.87 |
| **Total:**[2] | **$4,936.24** |

---

[1] Reflects a voluntary reduction in the amount of $77.20 to comply with the caps and guidelines established by the fee committee.

[2] Reflects a voluntary reduction in the amount of $77.20 to comply with the caps and guidelines established by the fee committee.

# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The MTO attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas B. Walper | Partner | 1980 | Restructuring | $1,110.00 | 57.75 | $64,102.50 |
| Kevin S. Allred | Partner | 1986 | Litigation | $865.00 | 23.60 | $20,414.00 |
| Stephen D. Rose | Partner | 1991 | Tax | $995.00 | 58.30 | $58,008.50 |
| Seth Goldman | Partner | 2002 | Restructuring | $780.00 | 78.95 | $61,581.00 |
| Michael J. O'Sullivan | Partner | 1992 | Corporate | $975.00 | 34.10 | $33,247.50 |
| Todd J. Rosen | Partner | 1999 | Restructuring | $910.00 | 7.00 | $6,370.00 |
| Bradley R. Schneider | Partner | 2004 | Litigation | $705.00 | 5.10 | $3,595.50 |
| Emily A. Bussigel | Associate | 2010 | Restructuring | $675.00 | 18.70 | $12,622.50 |
| Peter E. Boos | Associate | 2014 | Tax | $470.00 | 60.40 | $28,388.00 |
| Alicia M. Barlow | Specialist | N/A | Litigation | $250.00 | 5.40 | $1,350.00 |
| Bruce M. Gordon | Paralegal | N/A | Litigation | $230.00 | 58.50 | $13,455.00 |
| Allen Ng | Automated Litigation Specialist | N/A | Litigation | $365.00 | 19.50 | $7,117.50 |
| **Total:** | | | | | **427.30** | **$310,252.00** |

## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Expense Summary**[1]

| Service Description | Amount |
|---|---:|
| Meals | $15.24 |
| Other Expense | $125.00 |
| Travel - Airfare | $4001.76 |
| Travel – Ground | $785.37 |
| Telephone – Conference Call | $8.87 |
| **Total:** | **$4,936.24** |

---

[1] Reflects an aggregate voluntary reduction in the amount of $77.20, as previously detailed.

# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|
| Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 7.98 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, Philadelphia Hotel/Philadelphia Train Station - 010013036402 |
| Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 14.22 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, WASHINGTON, D.C. TRAIN STATION/KIRKLAND ELLIS OFFICE - 010013036402 |
| Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 10.73 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, PROSKAUER OFFICE/WASHINGTON, D.C. TRAIN STATION - 010013036402 |
| Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 8.44 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, PHILADELPHIA TRAIN STATION/PHILADELPHIA HOTEL - 010013036402 |
| Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 114 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Train, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE: EFH, 06/15/2016, PHILADELPHIA/WASHINGTON, D.C., AMTRAK - 010013036402 |
| Rose, Stephen D. | Partner | Meals | 5.92 | Meals STEPHEN D. ROSE - Meals Other, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, FABER BOOKSTORE - 30TH STREET STATION - 010013036402 |
| Rose, Stephen D. | Partner | Meals | 4.94 | Meals STEPHEN D. ROSE - Meals Other, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, SBARR0 - UNION STATION - 010013036402 |
| Rose, Stephen D. | Partner | Meals | 4.38 | Meals STEPHEN D. ROSE - Meals Other, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, AU BON PAIN - 010013036402 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 90 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 05/24/16, Travel to New York to attend client meetings., LAX Parking Lot P7 - 010012988819 |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 93 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 04/29/16, Travel to New York to attend client meetings., New South Parking LAX Lot P7 - 010012989278 |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 60 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 05/04/16, Travel to Dallas to attend client meetings., New South Parking LAX Lot P4 - 010012989650 |
| Firm, Firm | | Other Expense | 37 | Other Expense - Vendor: COURTCALL, LLC INV #063016 - U.S. BANKRUPTCY COURT - DELAWARE, HONORABLE CHRISTOPHER S. SONTCHI ON 6/16/16 - S GOLDMAN |
| Rosen, Todd J. | Partner | Other Expense | 30 | Other Expense - Vendor: COURTCALL, LLC INV #071516 - U.S. BANKRUPTCY COURT - DELAWRE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 6/27/16 - T ROSEN |
| Walper, Thomas B. | Partner | Telephone - Conference Call | 8.87 | Telephone - Conference Call  West Unified May 2016  5/2-5/20/16 |
| Goldman, Seth | Partner | Other Expense | 58 | Other Expense - Vendor: COURTCALL, LLC INV #073116 - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 7/20/16 - S GOLDMAN |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 75 | Travel - Ground (Out of Town) - Vendor: MUSIC EXPRESS, INC.  - INV-LA-01087117 - 07/28/16 - From Dallas to DFW - S. Goldman |

1

| Goldman, Seth | Partner | Travel - Airfare | 1,046.20 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 07/28/2016 STMT GOLDMAN/SETH - 07/27/2016 LAX DFW LAX |
|---|---|---|---|---|
| Walper, Thomas B. | Partner | Travel - Airfare | 835.6 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 07/28/2016 STMT WALPER/THOMAS B - 07/17/2016 LAX EWR LAX |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 294 | Travel - Ground (Out of Town) - Vendor: AMERICAN EXPRESS - 07/28/2016 STMT WALPER/THOMAS B - N/A LAX SAN (Amtrak - Roundtrip) |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 18 | Travel - Ground (Out of Town) - Vendor: AMERICAN EXPRESS - 07/28/2016 STMT WALPER/THOMAS B - N/A WIL NYP (Amtrak - Oneway) |
| Schneider, Bradley R. | Of counsel | Travel – Airfare | 37.31 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 06/28/2016 STMT - SCHNEIDER/BRADLEY R - 06/13/2016 - PHL LAX |
| Allred, Kevin | Partner | Travel – Airfare | 109 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 06/28/2016 STMT - ALLRED /ECONOMY P - 06/14/2016 - LAX-IAH |
| Allred, Kevin | Partner | Travel – Airfare | 113 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 06/28/2016 STMT - ALLRED /ECONOMY P - 06/14/2016 - LAX-IAH |
| Schneider, Bradley R. | Of counsel | Travel – Airfare | 93 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 06/28/2016 STMT - SCHNEIDER /ECONOMY P - 06/14/2016 - LAX-IAH |
| Schneider, Bradley R. | Of counsel | Travel – Airfare | 113 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 06/28/2016 STMT - SCHNEIDER /ECONOMY P - 06/14/2016 - LAX-IAH |
| Schneider, Bradley R. | Of counsel | Travel – Airfare | 1035.10 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 06/28/2016 STMT - SCHNEIDER/BRADLEY R - 06/16/2016 - PHL/LAX |
| Schneider, Bradley R. | Of counsel | Travel – Airfare | 619.55 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 06/28/2016 STMT - SCHNEIDER/BRADLEY R - 06/14/2016 - LAX IAH PHL |
| **Disbursement Total:** | | | **$4,936.24** | |