## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 54.00 | $36,104.00 |
| 813 | Fee/Employment Applications | 3.30 | $1,963.50 |
|  | **TOTAL** | **57.30** | **$38,067.50** |