## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 18.20 | $15,470.00 |
| Ryan A. Wagner | Associate | $595 | 34.50 | $20,527.50 |
| Brian Wheaton | Associate | $450 | 4.60 | $2,070.00 |
| **Total** | | | **57.30** | **$38,067.50** |