## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 813 | Fee/Employment Applications | 0.80 | $476.00 |
| 833 | Court Hearings | 0.40 | $238.00 |
| EFH.ET | Energy Trading | 66.10 | $47,464.00 |
| | **TOTAL** | **67.30** | **$48,178.00** |

RLF1 15397786v.1