## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 31.90 | $27,115.00 |
| Ryan A. Wagner | Associate | $595 | 35.40 | $21,063.00 |
| **Total** | | | **67.30** | **$48,178.00** |