## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | United Airlines | $731.10 |
| Lodging | Dallas Marriott City Center | $607.42 |
| Car Rental | Budget Rental | $150.00 |
| Parking | Various Vendors | $170.78 |
| Business Meal | Dallas Marriott City Center | $38.97 |
| Miscellaneous | Shell Gas | $4.04 |
| **TOTAL** | | **$1,702.31** |