# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**Expense Detail by Category**

**June 1, 2016 through June 30, 2016**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 5, 2016 | $731.10 | Roundtrip Airfare Coach Newark/Dallas |

**Expense Category Total:** **$731.10**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2016 | $326.19 | Dallas Marriott City Center |
| Iskender H. Catto | June 9, 2016 | $281.23 | Dallas Marriott City Center |

**Expense Category Total:** **$607.42**

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2016 – June 10, 2016 | $150.00 | Budget Car Rental (2 days @ $75.00/day, taxes and fees included) |

**Expense Category Total:** **$150.00**

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8 – June 10, 2016 | $62.78 | Dallas Marriott City Center Parking |
| Iskender H. Catto | June 10, 2016 | $9.00 | Stall Parking |
| Iskender H. Catto | June 10, 2016 | $99.00 | Newark Liberty International Airport Parking |

**Expense Category Total:** **$170.78**

RLF1 15397786v.1

## *BUSINESS MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 9, 2016 | $38.97 | Dallas Marriott City Center Meal |

**Expense Category Total:** **$38.97**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 10, 2016 | $4.04 | Shell Gas |

**Expense Category Total:** **$4.04**