## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 57.10 | $40,221.00 |
| 813 | Fee/Employment Applications | 4.50 | $1,795.50 |
| | **TOTAL** | **61.60** | **$42,016.50** |

RLF1 15397792v.1