## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Gregory Lawrence | Shareholder | $1,050 | 3.70 | $3,885.00 |
| Iskender H. Catto | Shareholder | $850 | 19.50 | $16,575.00 |
| Ryan A. Wagner | Associate | $595 | 32.70 | $19,456.50 |
| Thomas Lemon | Associate | $400 | 2.10 | $840.00 |
| Ishmael Taylor-Kamara | Paralegal | $350 | 3.60 | $1,260.00 |
| **Total** | | | **61.60** | **$42,016.50** |