## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 53.80 | $36,903.00 |
| 813 | Fee/Employment Applications | 10.40 | $4,154.50 |
|  | **TOTAL** | **64.20** | **$41,057.50** |