## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 20.00 | $17,000.00 |
| Ryan A. Wagner | Associate | $595 | 32.70 | $19,456.50 |
| Leo Muchnik | Associate | $530 | 3.20 | $1,696.00 |
| Ishmael Taylor-Kamara | Paralegal | $350 | 8.30 | $2,905.00 |
| **Total** | | | **64.20** | **$41,057.50** |