# **EXHIBIT A**

Invoice Date: 10/13/16
Invoice Number: 736384
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 61.20 | $37,520.50 |
| 010 | Employment and Fee Applications (MMWR) | 1.70 | $525.50 |
| 011 | Employment and Fee Applications (Others) | 4.00 | $998.50 |
| 016 | Plan and Disclosure Statement | 93.00 | $58,693.00 |
| 021 | Hearings | 45.50 | $27,839.50 |
| 030 | Asbestos-Related Matters | 2.00 | $1,350.00 |
| | Matter Total | 207.40 | $126,927.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**