# **<u>EXHIBIT B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 36.40 | $24,570.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 166.80 | $101,748.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **203.20** | **$126,318.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 4.20 | $609.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **4.20** | **$609.00** |
| **TOTAL ALL PROFESSIONALS** | | | **207.40** | **$126,927.00** |