# **EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Duplicating - Internal | $0.30 |
| Postage | $0.94 |
| Consultant Fees | $776.00 |
| Federal Express | $46.82 |
| **Total:** | **$824.06** |