**EXHIBIT D**

Invoice Date: 10/13/16
Invoice Number: 736384
Client Matter Number: 66471.00003
I.D.# 01051

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 08/31/16 | Postage | $ | 0.94 |
| 08/31/16 | Printing & Duplicating - Internal | $ | 0.30 |
| 08/04/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of June, 2016 | $ | 626.00 |
| 08/11/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of July, 2016 | $ | 150.00 |
| 08/12/16 | Federal Express - PAID TO: Federal Express Corp Federal Express Corp-PAID TO: Federal Express Corp.#783812134804 - deliv. from MMWR-NY to Mark A. Fink, Wilmington, DE on 081516 | $ | 23.41 |
| 08/12/16 | Federal Express - PAID TO: Federal Express Corp Federal Express Corp-PAID TO: Federal Express Corp.#783812178674 - deliv. from MMWR-NY to Mark A. Fink, Wilmington, DE on 081516 | $ | 23.41 |
| | Total Disbursements | $ | 824.06 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**