## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 90.20 | 109,664.50 |
| Tax Issues | 2.10 | 1,962.00 |
| Employment & Fee Application | 7.30 | 3,905.50 |
| | | |
| **TOTAL** | **99.60** | **$115,532.00** |