## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 77.50 | 96,875.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 9.30 | 11,625.00 |
| A. Hagena | Associate | 2015 | Tax | 740 | 1.30 | 962.00 |
| A. Larkin | Associate | 2015 | Litigation | 535 | 9.20 | 4,922.00 |
| C. Ricciardi | Associate | 2016 | Corporate | 535 | 2.00 | 1,070.00 |
| C. Smith | Legal Assistant | n/a | Litigation Support | 260 | 0.30 | 78.00 |
| | | | | **TOTAL** | **99.60** | **$115,532.00** |