## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---:|
| OTHER DATABASE RESEARCH | 57.27 |
| TOTAL | $ 57.27 |