## EXHIBIT D

### Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|--------|------|------|-------------|--------|-----------|
| 11205-003 | 8/31/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 57.27 | Public Document Retrieval - Pacer |
| | | | | **57.27** | |