## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 12.2 | $3,538.00 | $2,830.40 |
| B161 | Budget/Staffing Plan | 2.2 | $1,434.00 | $1,147.20 |
| B162 | Fee Applications | 10.3 | $5,063.00 | $4,050.40 |
| B240 | Tax Issues | 30.3 | $17,356.50 | $13,885.20 |
| | **Totals** | **55.0** | **$27,391.50** | **$21,913.20** |