## **EXHIBIT A**
### **Statement of Fees by Subject Matter**

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Employment Applications | 4.9 | $1,901.00 | $1,520.80 |
| B161 | Budget/Staffing Plan | 1.4 | $680.00 | $544.00 |
| B162 | Fee Applications | 3.3 | $1,373.00 | $1,098.40 |
| B210 | Business Operations | .4 | $208.00 | $166.40 |
| B240 | Tax Issues | 4.3 | $3,483.00 | $2,786.40 |
| | **Totals** | **14.3** | **$7,645.00** | **$6,116.00** |