**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Energy Future Holdings Corp., *et. al.*,[1] | Case No. 14-10979 (CSS)<br>Jointly Administered |
| Debtors. | District Ct. C. A. No. 16-00888 (RGA) |
| | **Related to Docket No. 9584 and 9719** |

**APPELLANTS' STATEMENT OF ISSUES ON**
**APPEAL, CERTIFICATE REGARDING TRANSCRIPTS, AND**
**DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for

the District of Delaware, appellants Shirley Fenicle, individually, and as successor-in-interest to

the Estate of George Fenicle, David William Fahy, and John H. Jones (collectively with their

respective successors and assigns, "Fenicle", "Fahy", and "Jones", together "Appellants"),

respectfully submit this (i) statement of issues to be presented on appeal from the *Order, (A)*

*Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing*

*Entry Into and Performance Under Plan Support Agreement* dated September 19, 2016, [D.I.

9584] (the "Merger Order"); and (ii) designation of items to be included in the record on appeal.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## <u>Statement of Issues to be Presented on Appeal</u>

1. Did the Bankruptcy Court err in approving, and authorizing the Debtors to enter into, the Merger Agreement and Plan Support Agreement, when those agreements obligate the Debtors' to support a plan that is not confirmable because it violates due process in that it would discharge the claims of persons who will, in the future suffer injuries caused by prepetition exposure to the Debtors' asbestos-containing products ("Unmanifested Asbestos Claimants"), and who did not file proofs of claim?

2. Did the Bankruptcy Court err in approving the payment of the Termination Fee as an allowed administrative expense to the extent that it becomes due and payable pursuant to the terms and conditions of the Merger Agreement, where the Debtors have not demonstrated that the Termination Fee is necessary to preserve the value of the estate, as required by Section 503(b) of the Bankruptcy Code?

3. Did the Bankruptcy Court err in approving the payment of the Termination Fee as an allowed administrative expense to the extent that it becomes due and payable pursuant to the terms and conditions of the Merger Agreement, even though the Termination Fee could become due and payable if the Debtors were to support and have confirmed a plan that would not contain the discharge provisions that would violate the due process rights of Unmanifested Asbestos Claimants?

<u>**Designation of Items to be Included in the Record on Appeal**</u>

**A. Documents Filed in Chapter 11 Case No. 14-10979.**

1.    Chapter 11 Voluntary Petition. [Docket No. 1];

2.    Motion for Joint Administration Filed by  4Change Energy Company,  4Change Energy Holdings LLC,  Big Brown 3 Power Company LLC,  Big Brown Lignite Company LLC,  Big Brown Power Company LLC,  Brighten Energy LLC,  Brighten Holdings LLC,  DeCordova Power Company LLC,  EBASCO SERVICES OF CANADA LIMITED,  EEC Holdings, Inc. [Docket No. 17];

3.    EECI, Inc.,  EFH Australia (No. 2) Holdings Company,  EFH Corporate Services Company,  Eagle Mountain Power Company LLC,  Energy Future Holdings Corp.,  TXU Electric Company, Inc.,  TXU Energy Receivables Company LLC,  TXU Energy Retail Company LLC,  Texas Competitive Electric Holdings Company LLC,  Tradinghouse Power Company LLC.

4.    Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions. [Docket No. 98];

5.    Interim Order Directing Joint Administration of the Debtors' Chapter 11 Cases. [Docket No. 287];

6.    Notice of Appointment of Committee of Unsecured Creditors. [Docket No. 420];

7.    Notice of Enhanced Terms Relating to Alternative Second Lien DIP Financing Proposed by NextEra Energy, Inc. and EFIH Second Lien Group[Docket No. 1224];

8.    Schedules/Statements filed: Sch. A, Sch. B, Sch. C, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, , Sum of Schs., Decl. Concerning Debtors Schs., Energy Futures Holdings Corp. [Docket No. 1237];

9.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Brighten Energy LLC 14-10991). [Docket No. 1238];

10.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Brighten Holdings LLC 14-10995). [Docket No. 1239];

11.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Colin Power Company LLC 14-10998). [Docket No. 1240];

12.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Dallas Power & Light Company, Inc. 14-11000) [Docket No. 1241];

13.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sum of Schs., Decl. Concerning Debtors Schs., (4Change Energy Company 14-10980). [Docket No. 1242];

14.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning  Debtors Schs., (EFH Australia (No. 2) Holdings Company 14-10994). [Docket No. 1243];

15.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (DeCordova II Power Company 14-11003). [Docket No. 1244];

16.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sum of Schs., Decl. Concerning Debtors Schs., (4Change Energy Holdings LLC  14-10981). [Docket No. 1245];

17.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Big Brown Lignite Company LLC 14-10986). [Docket No. 1246];

18.     Statement of Financial Affairs for EFH Corporate Services Co. [Docket No. 1247];

19.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Big Brown Power Company LLC 14-10988). [Docket No. 1248];

20.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (EFH CG Holdings Company LP 14-11047). [Docket No. 1249];

21.     Statement of Financial Affairs for EEC Holdings, Inc. [Docket No. 1250];

22.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Big Brown 3 Power Company LLC 14-10983). [Docket No. 1251];

23.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (EFH Finance (No. 2) Holdings Company 14-10999). [Docket No. 1252];

24.     Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (EFH CG Management Company LLC  14-11048). [Docket No. 1253];

25. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (DeCordova Power Company LLC 14-10982). [Docket No. 1254];

26. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Generation SVC Company 14-11025). [Docket No. 1255];

27. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Eagle Mountain Power Company LLC 14-10984). [Docket No. 1256];

28. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Energy Future Intermediate Holding Company LLC 14-11008). [Docket No. 1257];

29. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (EBASCO SERVICES OF CANADA LIMITED 14-10987). [Docket No. 1258];

30. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Lake Creek 3 Power Company LLC 14-11029). [Docket No. 1259];

31. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Generation Development Company LLC 14-11017). [Docket 1260];

32. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (EFH FS Holdings Company 14-11004). [Docket No. 1261];

33. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Generation MT Company LLC 14-11021). [Docket No. 1262];

34. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (EFH Renewables Company LLC 14-11006). [Docket No. 1623];

35. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (EFIH FINANCE INC. 14-11001). [Docket No. 1264];

36. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Luminant Energy Company LLC 14-11023). [Docket No. 1265];

37.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Lone Star Energy Company, Inc. 14-11031). [Docket No. 1266]

38.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Luminant Energy Trading California Company 14-11026). [Docket No. 1267];

39.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Lone Star Pipeline Company, Inc. 14-11036). [Docket No. 1268];

40.    Statement of Financial Affairs for EECI, Inc. [Docket No. 1269];

41.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Luminant   Generation Company LLC 14-11032).[Docket No. 1270];

42.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Luminant ET Services Company 14-11030). [Docket No. 1271]

43.    Statement of Financial Affairs for LSGT Gas Company LLC [Docket No. 1272];

44.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Luminant Holding Company LLC 14-11037). [Docket No. 1274];

45.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Luminant Mineral Development Company LLC 14-11040). [Docket No. 1275];

46.    Statement of Financial Affairs for LSGT SACROC, Inc. [Docket No. 1276];

47.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Morgan Creek 7 Power Company LLC 14-11014). [Docket No. 1277];

48.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (NCA Resources Development Company LLC 14-11019). [Docket No. 1278];

49.    Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Luminant Big Brown Mining Company LLC 14-11018). [Docket No. 1279];

50. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning  Debtors Schs., (Luminant Mining Company LLC  14-11042). [Docket No. 1280];

51. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, , Sum of Schs., Decl. Concerning Debtors Schs., (NCA Development Company LLC 14-11016). [Docket No. 1281];

52. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, , Sum of Schs., Decl. Concerning Debtors Schs., (Oak Grove Management Company LLC 14-11022). [Docket No. 1282];

53. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, , Sum of Schs., Decl. Concerning Debtors Schs., (Luminant Renewables Company LLC 14-11044). [Docket No. 1283];

54. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, , Sum of Schs., Decl. Concerning Debtors Schs., (Martin Lake 4 Power Company LLC 14-11010). [Docket No. 1284];

55. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, , Sum of Schs., Decl. Concerning Debtors Schs., (Oak Grove Mining Company LLC). [Docket No. 1285];

56. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, , Sum of Schs., Decl. Concerning Debtors Schs., (Texas Electric Service Company, Inc. 14-11034). [Docket No.1286];

57. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, , Sum of Schs., Decl. Concerning Debtors Schs., (Oak Grove Power Company LLC 14-11027). [Docket No. 1287];

58. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, , Sum of Schs., Decl. Concerning Debtors Schs., (Monticello 4 Power Company LLC 14-11011). [Docket No. 1288];

59. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, , Sum of Schs., Decl. Concerning Debtors Schs., (Southwestern Electric Service Company, Inc. 14-11035). [Docket No. 1289];

60. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, , Sum of Schs., Decl. Concerning Debtors Schs., (Texas Power & Light Company, Inc. 14-11041). [Docket No. 1290];

61. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Sandow Power Company LLC  14-11033). [Docket No. 1291];

62.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Texas Energy Industries Company, Inc. 14-11038). [Docket No. 1292];

63.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (TCEH Finance, Inc.  14-11028). [Docket No. 1293];

64.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Texas Competitive Electric Holdings Company LLC 14-10978). [Docket No. 1294];

65.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (TXU Energy Solutions Company LLC  14-11002). [Docket No. 1295];

66.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (TXU Electric Company, Inc., 14-10989). [Docket No. 1296];

67.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Texas Utilities Company, Inc. 14-11043). [Docket No. 1297];

68.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (TXU Energy Receivables Company LLC 14-10993). [Docket No. 1298];

69.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Tradinghouse 3 & 4 Power Company LLC 14-11046). [Docket No. 1299];

70.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (TXU Receivables Company 14-11007). [Docket No. 1300];

71.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (TXU Energy Retail Company LLC 14-10997). [Docket No. 1301];

72.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Texas Utilities Electric Company, Inc.  14-11045). [Docket No. 1302];

73.  Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Tradinghouse Power Company LLC  14-10985). [Docket No. 1303];

74. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (TXU Retail Services Company 14-11009). [Docket No. 1304];

75. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Valley Power Company LLC 14-11020). [Docket No. 1305];

76. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs.,  (TXU SEM Company (14-11013). [Docket No. 1306];

77. Schedules/Statements filed: Sch. A, Sch. B, Sch. D, Sch. E, Sch. F, Sch. G, Sch. H, Sum of Schs., Decl. Concerning Debtors Schs., (Valley NG Power Company LLC 14-11015). [Docket No. 1307];

78. Schedules/Statements filed: Stmt.. of Financial Affairs,. (EFH Australia (No. 2) Holdings Company 14-10994). [Docket No. 1319];

79. Schedules/Statements filed:  Stmt. of Financial Affairs,. (4Change Energy Company 14-10980). [Docket No. 1320];

80.  Schedules/Statements filed: Stmt. of Financial Affairs,. (EFH CG Holdings Company LP 14-11047). [Docket No. 1321];

81. Schedules/Statements filed: Stmt. of Financial Affairs,. (4Change Energy Holdings LLC 14-10981). [Docket No. 1322];

82. Schedules/Statements filed: Stmt. of Financial Affairs,. (Big Brown 3 Power Company LLC 14-10983). [Docket No. 1323];

83. Schedules/Statements filed: Stmt. of Financial Affairs,. (EFH CG Management Company LLC 14-11048). [Docket No. 1324];

84. Schedules/Statements filed: Stmt. of Financial Affairs,. (Big Brown Lignite Company LLC 14-10986). [Docket No. 1325];

85. Schedules/Statements filed: Stmt. of Financial Affairs,. (EFH Finance (No. 2) Holdings Company 14-10999). [Docket No. 1326];

86. Schedules/Statements filed: Stmt. of Financial Affairs,.  (Big Brown Power Company LLC 14-10988). [Docket No. 1327];

87. Schedules/Statements filed: Stmt. of Financial Affairs,. (Brighten Energy LLC 14-10991). [Docket No. 1328];

88. Schedules/Statements filed: Stmt. of Financial Affairs,. (EFH FS Holdings Company 14-11004). [Docket No. 1329];

89.     Schedules/Statements filed: Stmt. of Financial Affairs,. (EFH Renewables Company LLC 14-11006). [Docket No. 1331];

90.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Brighten Holdings LLC 14-10995). [Docket No. 1332];

91.     Schedules/Statements filed: Stmt. of Financial Affairs,. (EFIH Finance Inc. 14-1100I). [Docket No. 1333];

92.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Collin Power Company LLC 14-10998). [Docket No. 1334];

93.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Dallas Power & Light Company, Inc. 14-11000). [Docket No. 1335];

94.     Schedules/Statements filed: Stmt. of Financial Affairs,. (DeCordova II Power Company LLC 14-11003). [Docket No. 1336];

95.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Energy Future Competitive Holdings Company LLC 14-11005). [Docket No. 1337];

96.     Schedules/Statements filed: Stmt. of Financial Affairs,. (DeCordova Power Company LLC 14-10982). [Docket No. 1338];

97.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Luminant Big Brown Mining Company 14-11018). [Docket No. 1339];

98.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Eagle Mountain Power Company LLC 14-10984). [Docket No. 1340];

99.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Luminant Energy Company LLC 14-11023). [Docket No. 1341];

100.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Luminant Energy Trading California 14-11026). [Docket No. 1342];

101.    Schedules/Statements filed: Stmt. of Financial Affairs,. (EBASCO SERVICES OF CANADA  14-10987). [Docket No. 1343];

102.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Luminant ET Services Company 14-11030). [Docket No. 1344];

103.    Schedules/Statements, Stmt.. of Financial Affairs, Filed by Energy Future Holdings Corp. [Docket No. 1345];

104.    Schedules/Statements filed: Stmt. of Financial Affairs,. (EEC Holdings, Inc. 14-10990). [Docket No. 1346];

105.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Luminant Generation Company LLC 14-11032). [Docket No. 1347];

106.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Luminant Holding Company LLC 14-11037). [Docket No. 1348];

107.     Schedules/Statements filed: Stmt. of Financial Affairs,. (EECI, Inc. 14-10992). [Docket No. 1349];

108.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Luminant Mineral Development Company LLC 14-11040). [Docket No. 1350];

109.     Schedules/Statements filed: Stmt. of Financial Affairs,.(Luminant Mining Company LLC 14-11042). [Docket No. 1351];

110.     Schedules/Statements filed:  Stmt. of Financial Affairs,.  (Energy Future Intermediate Holding Company LLC 14-11008). [Docket No. 1352];

111.     Schedules/Statements filed:  Stmt. of Financial Affairs,. (Luminant Renewables Company LLC 14-11044). [Docket No. 1353];

112.     Schedules/Statements filed:  Stmt. of Financial Affairs,. (Generation Development Company LLC 14-11017). [Docket No. 1354];

113.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Martin Lake 4 Power Company LLC 14-11010). [Docket No. 1355];

114.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Monticello 4 Power Company LLC 14-11011). [Docket No. 1356];

115.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Generation MT Company LLC 14-11021). [Docket No. 1357];

116.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Morgan Creek 7 Power Company LLC 14-11014). [Docket No. 1358];

117.     Schedules/Statements filed: Stmt. of Financial Affairs,. (NCA Development Company LLC  I 4-11016)  Schedules/Statements filed: Stmt. of Financial Affairs,. (TCEH Finance, Inc. 14-11028). [Docket No. 1359];

118.     Schedules/Statements filed:  Stmt. of Financial Affairs,.  (TCEH Finance, Inc. 14-11028). [Docket No. 1360];

119.     Schedules/Statements filed:  Stmt. of Financial Affairs,.  (NCA Resources Development Company LLC 14-11019). [Docket No. 1361];

120.     Schedules/Statements filed: Stmt. of Financial Affairs,. (Generation    SVC Company 14-11025). [Docket No. 1362];

121.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Oak Grove Management Company LLC 14-11022). [Docket No. 1363];

122.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Texas Competitive Electric Holdings Company LLC 14-10978). [Docket No. 1364];

123.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Oak Grove Mining Company LLC 14-11024). [Docket No. 1365];

124.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Texas Electric Service Company, Inc. 14-11034). [Docket No. 1366];

125.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Oak Grove Power Company LLC 14-11027). [Docket No. 1367];

126.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Texas Energy Industries Company, Inc. 14-11038). [Docket No. 1368];

127.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Sandow Power Company LLC 14-11033). [Docket No. 1369];

128.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Lake Creek 3 Power Company LLC 14-11029). [Docket No. 1370];

129.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Texas Power & Light Company, Inc. 14-11041). [Docket No. 1371];

130.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Lone Star Energy Company, Inc. 14-11031). [Docket No. 1372];

131.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Texas Utilities Company, Inc. 14-11043). [Docket No. 1373];

132.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Texas Utilities Electric Company, Inc. 14-11045). [Docket No. 1374];

133.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Lone Star Pipeline Company, Inc. 14-11036). [Docket No. 1375];

134.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Tradinghouse 3 & 4 Power Company LLC 14-11046). [Docket No. 1376];

135.    Schedules/Statements filed: Stmt. of Financial Affairs,. (LSGT Gas Company LLC 14-11039). [Docket No. 1377];

136.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Tradinghouse Power Company LLC 14-10985). [Docket No. 1378];

137.    Schedules/Statements filed: Stmt. of Financial Affairs,. (LSGT SACROC, Inc. 14-11012). [Docket No. 1379];

138.    Schedules/Statements filed: Stmt. of Financial Affairs,. (TXU Electric Company, Inc. 14-10989). [Docket No. 1380];

139.    Schedules/Statements filed: Stmt. of Financial Affairs,. (TXU Energy Receivables Company LLC 14-10993). [Docket No. 1381];

140.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Southwestern Electric Service Company, Inc. 14-11035). [Docket No. 1382];

141.    Schedules/Statements filed: Stmt. of Financial Affairs,. (TXU Energy Retail Company LLC 14-10997). [Docket No. 1383];

142.    Schedules/Statements filed: Stmt. of Financial Affairs,. (TXU Energy Solutions Company LLC 14-11002). [Docket No. 1384];

143.    Schedules/Statements filed: Stmt. of Financial Affairs,. (TXU Receivables Company 14-11007). [Docket No. 1385];

144.    Schedules/Statements filed: Stmt. of Financial Affairs,. (TXU Retail Services Company 14-11009). [Docket No. 1386];

145.    Schedules/Statements filed: Stmt. of Financial Affairs,. (TXU SEM Company 14-11013). [Docket No. 1387];

146.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Valley NG Power Company LLC 14-11015). [Docket No. 1388];

147.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Valley Power Company LLC 14-11020). [Docket No. 1389];

148.    Schedules/Statements filed: Stmt. of Financial Affairs,. (EFH Corporate Services Company 14-10996). [Docket No. 1391];

149.    Amended Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit Programs. [Docket No. 1441];

150.    Notice of Strategic Proposal by NextEra Energy, Inc. and EFIH Second Lien Group. [Docket No.1593];

151.    Schedules/Statements filed: Stmt. of Financial Affairs,. (Oak Grove Management Company LLC 14-11022) Filed by Energy Motion to Establish Deadline to File Proofs of Claim (Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and

Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form and Manner of Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof). [Docket No. 1682];

152.    Motion for Leave (Debtors Motion for Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof"). [Docket No. 1772];

153.    Order Granting Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof". [Docket No. 1782];

154.    Objection of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., et al., For Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof. [Docket No. 1791];

155.    Objection - Corrected of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof. [Docket No. 1796];

156.    Debtors Reply in Support of Bar Date with Respect to Asbestos Claims). [Docket No. 1804];

157.    Notice of Filing of Revised Proposed Form of "Order

158.    (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof". [Docket No. 1828];

159.    Certification of Counsel Concerning Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof. [Docket No. 1864]

160.    Order (A) Setting Bar Dates For Filing Non-Customer Proofs Of Claim And Request For Payment, (B) Approving The Form Of And Manner For Filing Non-Customer Proofs Of Claim And Request For Payment. And (C) Approving The Notice. [Docket No. 1866];

161.    Transcript regarding Hearing Held 08/19/2014 RE: Telephonic Conference. [Docket No. 1892]

162.    Affidavit/Declaration of Service of Pete Caris of Epiq Bankruptcy Solutions, LLC (Debtors Reply in Support of Bar Date with Respect to Asbestos Claims) [Docket No. 1908];

163.    Notice of Filing of Revised Proposed Form of "Order (A) Setting Bar Dates for Filing Non- Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof". [Docket No. 1913];

164.    Notice of Withdrawal of Strategic Proposal by NextEra Energy, Inc. and EFIH Second Lien Group. [Docket No. 1924];

165.    Transcript for Hearings dated August 13 and August 14, 2015. [Docket No. 1945];

166.    Brief - Supplemental of the Personal Injury Law Firms in Opposition to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants. [Docket No. 1983];

167.    Debtors Supplemental Brief in Support of Bar Date with Respect to Asbestos Claims). [Docket No. 1984];

168.    Emergency Motion of Certain Asbestos Claimants to Continue September 16, 2014 Hearing with Respect to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants). [Docket No. 2011];

169.    Objection (Debtors Objection to the PI Law Firms Emergency Motion to Continue the September 16, 2014 Hearing with Respect to the Imposition of a Bar Date for Personal Injury Asbestos Claims). [Docket No. 2012];

170.    Order (I) Granting Emergency Motion Of Certain Asbestos Claimants To Continue September 16, 2014 Hearing With Respect To The Imposition Of A Claims Bar Date Affecting Present And Future Asbestos Personal Injury Claimants And (II) Shortening Notice Relating To The Emergency Motion. [Docket No. 2013];

171.    Transcript of Hearing dated September 16, 2014. [Docket No. 2081];

172.    Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2087];

173.    Declaration of William O. Hiltz in Support of 169. Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2088]

174.    Notice of Service of Official Committee of Unsecured Creditors First Request for the Production of Documents from Debtors in Connection with the Bidding Procedures Motion Filed by The Official Committee of Unsecured Creditors. [Docket No. 2107];

175.    Notice of Service of First Set of Document Requests to Debtors by Delaware Trust Company, as Indenture Trustee, in Connection With Bidding Procedures Motion Filed by Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee. [Docket No. 2119]

176.    Amended Schedules/Statements, Sch. G, Decl. Concerning Debtors Schs., Stmt.. of Financial Affairs, Filed by Energy Future Holdings Corp. [Docket No. 2146];

177.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Collin Power Company LLC - Case No. 14-10998). [Docket No. 2147];

178.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (EFH Finance (No. 2) Holdings Company - Case No. 14-10999). [Docket No. 2148];

179.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (Dallas Power & Light Company, Inc. - Case No. 14-11000). [Docket No. 2149];

180.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (EFIH Finance Inc. - Case No. 14-11001). [Docket No. 2150];

181.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (TXU Energy Solutions Company LLC - Case No. 14-11002). [Docket No. 2151];

182.    Amended Schedules/Statements filed: Sch. D, Sch. G, Decl. Concerning Debtors Schs., Fee Amount $30. (Decordova II Power Company LLC - Case No. 14-11003). [Docket No. 2152];

183.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (EFH FS Holdings Company - Case No. 14-11004). [Docket No. 2153];

184.    Amended Schedules/Statements filed: Sch. B, Sch. D, Sch. F, Decl. Concerning Debtors Schs., Fee Amount $30. (Texas Competitive Electric Holdings Company LLC Case No. 14- 10978). [Docket No. 2154];

185.    Amended Schedules/Statements filed: Sch. D, Sch. F, Decl. Concerning Debtors Schs., Fee Amount $30. (Energy Future Competitive Holdings Company LLC - Case No. 14-11005). [Docket No. 2155];

186.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (EFH Renewables Company LLC - Case No. 14- 11006). [Docket No. 2156];

187.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (TXU Receivables Company - Case No. 14- 11007).[Docket No. 2157];

188.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (4Change Energy Company Case No. 14-10980). [Docket No. 2158]

189.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (Energy Future Intermediate Holding Company LLC - Case No. 14-11008). [Docket No. 2159];

190.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (TXU Retail Services Company - Case No. 14-11009). [Docket No. 2160];

191.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (4Change Energy Holdings LLC Case No. 14-10981). [Docket No. 2161];

192.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Martin Lake 4 Power Company LLC - Case No. 14-11010). [Docket No. 2162];

193.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Monticello 4 Power Company LLC - Case No. 14-11011). [Docket No. 2163];

194.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Decordova Power Company LLC Case No. 14-10982) ). [Docket No. 2164];

195.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Big Brown 3 Power Company LLC Case No. 14-10983). [Docket No. 2165];

196.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Eagle Mountain Power Company LLC Case No. 14-10984). [Docket No. 2166];

197.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Tradinghouse Power Company LLC - Case No. 14-10985). [Docket No. 2167];

198.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (LSGT SACROC, Inc. - Case No. 14-11012). [Docket No. 2168];

199.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Big Brown Lignite Company LLC - Case No. 14-10986). [Docket No. 2169];

200.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (TXU SEM Company - Case No. 14-11013). [Docket No. 2170];

201.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (EBASCO SERVICES OF CANADA LIMITED - Case No. 14-10987). [Docket No. 2171];

202.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Morgan Creek 7 Power Company LLC - Case No. 14-11014). [Docket No. 2172];

203.    Amended Schedules/Statements filed: Sch. D, Sch. G, Decl. Concerning Debtors Schs., Fee Amount $30. ( Big Brown Power Company LLC - Case No. 14-10988). [Docket No. 2173];

204.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Valley NG  Power Company LLC - Case No. 14-11015). [Docket No. 2174];

205.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs.,   (TXU Electric  Company, Inc. - Case No. 14- I 0989). [Docket No. 2175];

206.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (EEC Holdings, Inc. - Case No. I 0990). [Docket No. 2176];

207.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (Brighten Energy LLC - Case No. 14-10991). [Docket No. 2177];

208.    Amended Schedules/Statements filed: Sch. G,  Decl. Concerning Debtors Schs., (EECI, Inc. - Case No. 14-10992). [Docket No. 2178];

209.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (NCA Development Company LLC - Case No. 14-11016). [Docket No. 2179];

210.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (Generation Development Company LLC - Case No. 14-11017). [Docket No. 2180];

211.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (TXU Energy Receivables Company LLC - Case No. 14-10993). [Docket No. 2181];

212.    Amended Schedules/Statements filed: Sch. D, Sch. G, Decl. Concerning Debtors Schs., Fee Amount $30. (Luminant Big Brown Mining Company LLC - Case No. 14-11018). [Docket No. 2182];

213.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (EFH Australia (No. 2) Holdings Company - Case No. 14-10994). [Docket No. 2183];

214.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (NCA Resources Development Company LLC - Case No. 14-11019). [Docket No. 2184];

215.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (Brighten Holdings LLC - Case No. 14-10995). [Docket No. 2185];

216.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Valley Power Company LLC - Case No. 14-11020). [Docket No. 2186];

217.    Amended Schedules/Statements filed: Sch. G, Decl. Concerning Debtors Schs., (EFH Corporate Services Company - Case No. 14-10996). [Docket No. 2187];

218.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Generation MT Company LLC - Case No. 14-11021). [Docket No. 2188];

219.    Amended Schedules/Statements filed: Sch. D, Sch. G, Decl. Concerning Debtors Schs., Fee Amount $30. (0ak Grove Management Company LLC - Case No. 14-11022). [Docket No. 2189];

220.    Amended Schedules/Statements filed: Sch. D, Sch. G, Decl. Concerning Debtors Schs., Fee Amount $30. (Luminant Energy Company LLC - Case No. 14-11023). [Docket No. 2190];

221.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (0ak Grove Mining Company LLC - Case No. 14-11024). [Docket No. 2191];

222.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Generation SVC Company - Case No. 14-11025). [Docket No. 2192];

223.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Luminant Energy Trading California Company - Case No. 14-11026). [Docket No. 2193];

224.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (TXU Energy Retail Company LLC - 14-10997). [Docket No. 2194];

225.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (0ak Grove Power Company  LLC - Case No. 14-11027). [Docket No. 2195];

226.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (TCEH Finance, Inc. - Case No. 14-11028). [Docket No. 2196];

227.     Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Lake Creek 3 Power Company LLC - Case No. 14-11029). [Docket No. 2197];

228.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Luminant ET Services Company - Case No. 14-11030). [Docket No. 2198];

229.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Luminant Renewables Company LLC - Case No. 14-11044). [Docket No. 2199];

230.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs.,  (Lone Star Energy Company,  Inc. - Case No. 14- 11031). [Docket No. 2200];

231.    Amended Schedules/Statements filed: Sch. D, Sch. G, Decl. Concerning  Debtors Schs., Fee Amount $30. (Luminant Generation Company  LLC - Case No. 14-11032). [Docket No. 2201];

232.    Amended Schedules/Statements filed: Sch. G,  Decl. Concerning  Debtors Schs., (Texas Utilities Electric Company Case No. 14-11045). [Docket No. 2202];

233.    Amended Schedules/Statements filed: Sch. D, Sch. G, Decl. Concerning Debtors Schs., Fee Amount $30. (Sandow Power Company LLC - Case No. 14-11033). [Docket No. 2203];

234.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (Texas Electric Service Company, Inc. – Case No. 14-11034). [Docket No. 2204];

235.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Tradinghouse 3 & 4 Power Company LLC - Case No. 14-11046). [Docket No. 2205];

236.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (Southwestern Electric Service Company, Inc. - Case No. 14-11035). [Docket No. 2206];

237.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs.,  (Lone Star Pipeline  Company, Inc. - Case No. 14-11036). [Docket No. 2207];

238.    Amended Schedules/Statements filed: Sch. D, Sch. F, Decl. Concerning Debtors Schs., Fee Amount $30. (Luminant Holding Company LLC - Case No. 14-11037). [Docket No. 2208];

239.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (Texas Energy Industries Company, Inc. - Case No. 14-11038). [Docket No. 2209];

240.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (LSGT Gas Company LLC - Case No. 14-11039). [Docket No. 2210];

241.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (EFH CG Holdings Company LP - Case No. 14- 11047). [Docket No. 2211];

242.    Amended Schedules/Statements filed: Sch. D, Decl. Concerning Debtors Schs., Fee Amount $30. (Luminant Mineral Development Company LLC - Case No. 14-11040). [Docket No. 2212];

243.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (Texas Power & Light Company, Inc. - Case No. 14-11041). [Docket No. 2213];

244.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs.,   (EFH CG Management  Company LLC  - Case No. 14-11048). [Docket No. 2214];

245.    Amended Schedules/Statements filed: Sch. D, Sch. G, Decl. Concerning Debtors Schs., Fee Amount $30. (Luminant Mining Company  LLC - Case No. 14-11042). [Docket No. 2215];

246.    Amended Schedules/Statements filed: Decl. Concerning Debtors Schs., (Texas Utilities Company, Inc. - Case No. 14- 11043). [Docket No. 2216];

247.    Notice of Service /Ad Hoc Group Of TCEH Unsecured Noteholders Requests For Production Of Documents To The Debtors  Concerning The Bidding Procedures Motion  Pursuant To Rules 7026 And 7034 Filed by Ad Hoc Group of TCEH Unsecured Noteholders. [Docket No. 2257];

248.    Letter from Bridget K. O'Connor, Esq. to The Honorable Christopher S. Sontchi Concerning Discovery Disputes in Connection With Motion to Approve Bidding Procedures With Respect to Stalking Horse Selection for Reorganized EFH Equity Sale Process. [Docket No. 2294]

249.    Letter to The Honorable Christopher S. Sontchi Regarding Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2301];

250.    Objection of Wilmington Savings Fund Society, FSB to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [REDACTED]. [Docket No. 2368];

251.    Declaration in Support // Declaration of Jeremy B. Coffey in Support of Objection of Wilmington Savings Fund Society, FSB to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [SEALED]. [Docket No. 2369];

252.    Motion for Entry of An Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) An Unredacted Version of Its Objection to Motion of Energy Future Holdings Corp., et al, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof Under Seal and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection. [Docket No. 2370];

253.    Motion of Wilmington Savings Fund Society, FSB Pursuant to Local Rules 9006-1(c) And 9006-1(e) for an Order Shortening the Time to Consider Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) An Unredacted Version of its Objection to Motion of Energy Future Holdings Corp., et al, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, And (C) Approving the Form and Manner of Notice Thereof and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection. [Docket No. 2371]

254.    Statement In Support and Reservation of Rights of EFIH First Lien Dip Agent With Respect to The Motion of Energy Future Holdings Corp., et al., for Entry of An Order (A) Approving Bidding Procedures, (B) Scheduling An Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2374];

255.  Objection to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [REDACTED]. [Docket No. 2377]

256.  Order Granting Motion of Wilmington Savings Fund Society, FSB for an Order Shortening the Time to Consider Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal (I) An Unredacted Version of its Objection to Motion of Energy Future Holdings Corp., et al, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, And (C) Approving the Form and Manner of Notice Thereof and (II) Exhibits 1 and 2 to the Declaration of Jeremy B. Coffey in Support of the Objection.[Docket No. 2378];

257.  Objection of the EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group to Debtors Motion to Approve Bidding Procedures [REDACTED]. [Docket No. 2379];

258.  Declaration of Charles L. Kerr in Support of Opposition to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof [REDACTED], [Docket No. 2381];

259.  Declaration of David S. Kurtz in Support of Opposition to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof.[Docket No. 2383];

260.  Motion to File Under Seal Unredacted Versions of: (I) Objection of the EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group to Debtors Motion to Approve Bidding Procedures; and (II) Exhibit A Thereto (related document(s)[2379]) Filed by EFIH 2nd Lien Notes Indenture Trustee. [Docket No. 2384];

261.  Objection of Delaware Trust Company, as Indenture Trustee, to Debtors Motion for Approval of Bidding Procedures (related document(s)[2087]) Filed by Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee. [Docket No. 2385];

262.  Reservation of Rights Statement and Reservation of Rights of UMB Bank, N.A., as Indenture Trustee, With Respect to Motion for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2386];

263.  Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving

Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2389];

264.    Response of the Ad Hoc Committee of EFIH Unsecured Noteholders to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2390]

265.    Joinder of Law Debenture Trust Company of New York, as Indenture Trustee, to the Objections of the Official Committee of Unsecured Creditors and the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2392];

266.    Limited Objection to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2395];

267.    Objection (FILED UNDER SEAL) Of The Ad Hoc Group Of TCEH Unsecured Noteholders To The Motion Of Energy Future Holdings, Corp.,et al For Entry Of An Order (A) Approving Bidding Procedures, (B) Scheduling An Auction And Related Deadlines And Hearings, And (C) Approving The Form And Manner Of Notice Thereof. [Docket No. 2445];

268.    Joinder //The EFH Notes Indenture Trustees Statement in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 2446];

269.    Debtors Omnibus Reply to Objections to Bidding Procedures Motion. [Docket No. 2447]

270.    Order Authorizing Wilmington Savings Fund Society, FSB To File Under Seal (I) An Unredacted Version Of Its Objection To Motion Of Energy Future Holdings Corp., Et Al, For Entry Of An Order (A) Approving Bidding Procedures, (B) Scheduling An Auction And Related Deadlines And Hearings, And (C) Approving The Form And Manner Of Notice Thereof And (II) Exhibits 1 And 2 To The Declaration Of Jeremy B. Coffey In Support Of The Objection. [Docket No. 2492];

271.    Transcript regarding Hearing Held October 17, 2014. [Docket No. 2510];

272.   Notice of Filing of Revised Proposed Form of "Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof".[Docket No. 2511];

273.   Transcript Regarding Hearing Held October 21, 2014. [Docket No. 2520];

274.   Notice of Appointment of Committee of Unsecured Creditors. [Docket No. 2570];

275.   Transcript of Hearing Held on October 20, 2014. [Docket No. 2579];

276.   Transcript of Hearing Held on October 27, 2014. [Docket No. 2581]

277.   Transcript of Hearing Held on November 3, 2014. [Docket No, 2699];

278.   Transcript of Hearing dated October 28, 2014. [Docket No. 2701];

279.   Supplemental Certification of Counsel Concerning Order (A) Approving Revised Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof. [Docket No. 3284];

280.   Order (A) Approving Revised Bidding Procedures, (B) Scheduling An Auction And Related Deadlines and Hearings, And (C) Approving The Form And Manner of Notice Thereof.. [Docket No. 3295];

281.   Transcript of Hearing Held on January 13, 2015. [Docket No. 3308];

282.   First Amended Notice of Appointment of Committee of Unsecured Creditors. [Docket No. 3313];

283.   Reservation of Rights Statement of the EFH Official Committee Regarding Asbestos Claimants With Unmanifested Injuries. [Docket No. 3329];

284.   Opinion dated January 7, 2015. [Docket No. 3183];

285.   Second Amended Notice of Appointment of Committee of Unsecured Creditors. [Docket No. 3403];

286.   Notice of Filing of Proposed Form of Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof, dated March 24, 2015. [Docket No. 3965];

287.   Brief (Debtors Supplemental Memorandum of Law with Respect to the Bar Date Motion and in Support of (A) the Form of and Manner for Filing Asbestos Proofs of Claim and (B) the Form and Manner of Notice of Bar Date with Respect to Asbestos Proofs of Claim). [Docket No. 3966];

288.    Declaration of Cameron Azari in Support of the Form and Manner of Notice of Bar Date with Respect to Asbestos Proofs of Claims. [Docket No. 3967];

289.    Declaration of James Katchadurian in Support of the Bar Date Motion and in Support of (A) the Form of and Manner for Filing Asbestos Proofs of Claim and (B) the Form and manner of Notice of Bar Date with Respect to Asbestos Proofs of Claim. [Docket No. 3968];

290.    Findings of Fact and Conclusions of Law. [Docket No. 3984];

291.    Order (Stipulation) And Agreed Order Extending Dates In Order Regarding A Protocol For Certain Case Matters. [Docket No. 4012];

292.    Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 4142];

293.    Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 4143];

294.    Order (A) Authorizing The Retention And Employment Of Kinsella Media, LLC As Asbestos Noticing Expert To The EFH Official Committee Nunc Pro Tune To March 27, 2015 And (B) Waiving Certain Information Requirements. [Docket No. 4159];

295.    Notice of Emergency Motion of the EFH Official Committee for Entry of an Order (I) Adjourning the Hearing, Currently Scheduled for June 1, 2015, on the Debtors' Proposed Form of "Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof, dated May 21, 2015. [Docket No. 4553];

296.    Objection of Energy Future Holdings Corp., et al., to the Emergency Motion of the EFH Official Committee for Entry of an Order (I) Adjourning the Hearing, Currently Scheduled for June 1, 2015, on the Debtors Proposed Form of Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof and (II) Shortening Notice with Respect to the Emergency Motion. [Docket No. 4565];

297.    Reply in Support of Emergency Motion of the EFH Official Committee for Entry of an Order (I) Adjourning the Hearing, Currently Scheduled for June 1, 2015, on the Debtors Proposed Form of Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof and (II) Shortening Notice with Respect to the Emergency Motion. [Docket No. 4580];

298.    Order "WITH REVISIONS MADE BY THE COURT" Granting Emergency Motion Of The EFH Official Committee For Entry Of An Order (I) Adjourning the Hearing, Currently Scheduled for June I , 2015, on the Debtors Proposed Form of Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof and (II) Shortening Notice with Respect to the Emergency Motion. [Docket No. 4581];

299.    Order (A) Scheduling Certain Hearing Dates and Deadlines, (B) Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization, and (C) Revising Certain Dates in the Disclosure Statement Scheduling Order. [Docket No. 4916];

300.    Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof. Order Signed on 7/30/2015. [Docket No. 4916];

301.    Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof. Order Signed on 7/15/2015. [Docket No. 4997];

302.    Motion to Allow Appointment of Legal Representative to Represent the Interests of the Unmanifested Claimants Filed by Charlotte and Curtis Liberda. [Docket No. 5072];

303.    Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof. Order Signed on 7/30/2015. [Docket No. 5171];

304.    Joinder of Shirley Fenicle, as Successor-In-Interest To The Estate of George Fenicle, and David William Fahy To the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative. [Docket No. 5194];

305.    Objection (Objection of Energy Future Holdings Corp., et al., to the Motion of Charlotte Liberda and Curtis Liberda to Appoint Legal Representative and Joinder of Shirley Fenicle, as Successor-in-Interest to the Estate of George Fenicle, and David William Fahy to the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative). [Docket No. 5209].

306.    Limited Objection of the Official Committee of TCEH Unsecured Creditors to the Motion to Allow Appointment of Legal Representative to Represent the Interests of the Unmanifested Claimants Filed by Charlotte and Curtis Liberda. [Docket No. 5210];

307.    Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement. [Docket No. 5249];

308.    Order Denying Motion of Charlotte Liberda and Curtis Liberda to Appoint Legal Representative. [Docket No. 5265];

309.    Transcript Regarding Hearing Held 8/11/2015. [Docket No. 5275];

310.    Objection of the EFH Official Committee to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Vote on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents (related document(s)[4144], [5244], [5246]) Filed by The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. [Docket No. 5356];

311.    Joinder of Fenicle and Fahy to The Objections of the EFH Official Committee of Unsecured Creditors to the Motion of Energy Future Holdings Corp., Et. Al., for Entry of an Order Approving the Disclosure Statement, et. al. [Docket No. 5361];

312.    Notice of Filing of Revised Exhibit to Order in Connection with "Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement". [Docket No. 6085];

313.    Debtors' Omnibus Reply to Objections to Disclosure Statement Motion. [Docket No. 6061];

314.    Exhibit(s) (Notice of Filing of Revised Summary of Debtors' Responses to Objections to the Disclosure Statement). [Docket No. 6114];

315.    Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 6122];

316.    Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code Filed by Energy Future Holdings Corp. [Docket No. 6124];

317.    Motion for Entry of an Order Authorizing Energy Future Holdings Corp., et al., to File  Redacted Portions of Motion of Energy Future Holdings Corp., et al., for Entry  of an Order Authorizing,  But Not Requiring,  the TCEH Debtors (A) to Participate in a Competitive Bidding Process, and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition Filed by Energy Future Holdings Corp. [Docket No. 6394];

318.    Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing, But Not Requiring, the TCEH Debtors (A) to Participate in a Competitive  Bidding Process, and (B) If Selected as the Winning Bidder, to

Consummate a Proposed Acquisition (REDACTED VERSION). [Docket No. 6395];

319.    Plan Supplement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 6544];

320.    Trial Brief and Omnibus Objection of Fenicle and Fahy to (I) Motion of Energy Future Holdings Corp., *et al,* to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings, Corp. *et al.,* Filed by Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle, and David William Fahy  [Docket No. 6610];

321.    Objection (Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter and Perform under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 6627];

322.    Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization Filed by Energy Future Holdings Corp. [Docket No. 6647];

323.    Declaration of Brenton A, Rogers, Esq. in Support of the Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization. [Docket No. 6648];

324.    Transcript Regarding Hearing Held 10/26/2015. [Docket No. 6675];

325.    Joint Stipulated Final Pre-Trial Order. (D.I. 6748);

326.    Transcript Regarding Hearing Held 10/28/2015. [Docket No. 6767];

327.    Omnibus Reply to Plan Confirmation Objections Filed by Energy Future Holdings Corp. [Docket No. 6817];

328.    Declaration in Support of Brenton A. Rogers, Esq., in Support of the Debtors' Omnibus Reply to Plan Confirmation Objections Filed by Energy Future Holdings Corp. [Docket No. 6818];

329.    Exhibit(s) (Notice of Filing of Summary of Debtors' Responses to Objections to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 6819];

330.    Omnibus Reply in Support of Motion of Energy Future Holdings Corp, et al, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement.  [Docket No. 6820];

331. Declaration of Brenton A. Rogers, Esq. in Support of the Omnibus Reply in Support of Motion of Energy Future Holdings Corp, et al, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement. [Docket No. 6824];

332. Transcript Regarding Hearing Held 11/03/2015. [Docket No. 6878];

333. Transcript Regarding Hearing Held 11/05/2015. [Docket No. 6920];

334. Notice of Service (Statement with Respect to Pending Confirmation Matters and Feasible Alternative Restructuring). [Docket No. 7028];

335. Order Granting Oral Motion To Strike Statement Of NextEra Energy, Inc. With Respect To Pending Confirmation Matters And Feasible Alternative Restructuring. [Docket No. 7066];

336. Transcript Regarding Hearing Held 11/25/2015. [Docket No. 7165];

337. Notice of Filing of Proposed Confirmation Order Filed by Energy Future Holdings Corp. [Docket No. 7180];

338. Amended Chapter 11 Plan (Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 7187];

339. Plan Supplement(First Amended Plan Supplement for the Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 7191];

340. Exhibit(s) (Notice of Filing of Further Updated Summary of Debtors' Responses to Objections to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 7193];

341. Order Granting the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement. [Docket No. 7243];

342. Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 7244];

343. Transcript Regarding Hearing Held 12/2/2015. [Docket No. 7254];

344. Transcript Regarding Hearing Held 12/3/2015. [Docket No. 7255];

345. Order (Amended) Confirming The Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [Docket No. 7285];

346. Motion to Establish Deadline to File Proofs of Claim // Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures. [Docket No. 8150];

347. Limited Objection of Shirley Fenicle, Individually, and as Successor-In-Interest to the Estate of George Fenicle, and David William Fahy to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures. [Docket No. 8244];

348. Debtors Reply in Support of Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures). [Docket No. 8261];

349. Chapter 11 Plan of Reorganization (Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [Docket No. 8355];

350. Disclosure Statement for the New Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code, [Docket No. 8356];

351. Motion of Energy Future Holdings Corp, et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents. [Docket No. 8357];

352. Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement. [Docket No. 8358];

353. Motion of Energy Future Holdings Corp., et al., to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement". [Docket No. 8359];

354.    Objection of NextEra to Motion for Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement. [Docket No. 8452];

355.    Order (A) Setting A Supplemental Bar Date For Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, And (C) Establishing Related Procedures. [Docket No. 8507];

356.    Notice of Designation of Supplemental Bar Date in Accordance with "Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures". [Docket No. 8553];

357.    Transcript regarding Hearing Held 5/23/16 [Docket No. 8520];

358.    Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 8355];

359.    Disclosure Statement for the New Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 8356];

360.    Amended Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 8421];

361.    Disclosure Statement to the Amended Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 8423];

362.    Amended Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 8687];

363.    Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors [Docket No. 8689];

364.    Second Amended Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 8745];

365.    Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors [Docket No. 8747];

366.    Third Amended Notice of Appointment of Committee of Unsecured Creditors. [Docket No. 8955];

367.   Plan Supplement as it Relates to the TCEH Debtors and EFH Shared Services Debtors for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 9188];

368.   Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [Docket No. 9190];

369.   Declaration of William O. Hiltz in Support of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [Docket No. 9191];

370.   Declaration of David Ying in Support of Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [Docket No. 9192];

371.   Third Amended Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 9199];

372.   Disclosure Statement for the Third Amended Joint Plan of Reorganization of Entry Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [Docket No. 9200];

373.   Notice of Intent of NextEra to Participate in Disclosure Statement and Confirmation Proceedings. [Docket No. 9211];

374.   Reservation of Rights of NextEra to Confirmation of the Third Amended Joint Plan of Reorganization as it Relates to the TCEH Debtors and EFH Shared Services Debtors.[Docket No. 9212];

375.   Notice of Modifications to Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 9321];

376.   Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 9374];

377.   Objection of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or Its Affiliates to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [Docket No. 9397];

378.   Objection of Shirley Fenicle, David William Fahy, and John H. Jones to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger

Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [Docket No. 9398];

379.    Objection //EFH Indenture Trustees Objection to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [Docket No. 9399];

380.    Objection and Joinder of Contrarian Capital Management, LLC to Motion of EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [Docket No. 9402];

381.    Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [Docket No. 9493];

382.    EFH/EFIH Debtors' Omnibus Reply to Objections to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [Docket No. 9536];

383.    Declaration in Support (Declaration of Jonathan F. Ganter, Esq. in Support of the EFH/EFIH Debtors' Omnibus Reply to Objections to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement)(Redacted) [Docket No. 9537]

384.    Notice of Filing of Revised Order in Connection with "Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement" [Docket No. 9542];

385.    Declaration of Jonathan F. Ganter, Esq. in Support of the EFH/EFIH Debtors' Omnibus Reply to Objections to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement)(Sealed) [Docket No. 9543];

386.    Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [Docket No. 9557];

387.    Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [Docket No. 9584];

388.    Transcript Regarding Hearing Held on September 19, 2016 [Docket No. 9606];

389.    Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 9612];

390.    Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [Docket No. 9616];

391.    Joint Letter From NextEra Energy, Inc. and Energy Future Holdings Corp. to The Honorable Christopher S. Sontchi Concerning Termination Fee and Proposed Oncor Transaction). [Docket No. 9655];

392.    Notice of Appeal of Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones from the Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee and (C) Authorizing Entry Into and Performance Under Plan Support Agreement [Docket No. 9719];

393.    Clerks' Notice Regarding Filing of Appeal [Docket No. 9731];

394.    Transmittal of Record on Appeal to District Court (BAP-16-47) [Docket No. 9732];

## B. Additional Documents

395.    Transcripts of Depositions and Designations of Stacey Dore, Paul Keglevic, Don Evans, and Billie Williamson; and

396.    Written Direct Testimony of Stacey Dore, Paul Keglevic, Don Evans, and Billie Williamson as entered into the confirmation record by Debtors.

397.    The following Proofs of Claim filed in the In re Energy Future Holdings Corp. et al., Case No. 14-10979:

| Proof of Claim | Tab |
| --- | --- |
| Asbestos Proof of Claim filed by David Fahy, received December 11, 2015 [Claim No. 16606] | 753 |
| Asbestos Proof of Claim filed on behalf of the Estate of George Fenicle, received December 11, 2015 [Claim No. 17201] | 754 |
| Asbestos Proof of Claim filed on behalf of the Estate of George Fenicle, received December 11, 2015 [Claim No. 17202] | 755 |
| Asbestos Proof of Claim filed on behalf of the Estate of George Fenicle, received December 11, 2015 [Claim No. 17203] | 756 |
| Asbestos Proof of Claim filed on behalf of the Estate of George Fenicle, received December 11, 2015 [Claim No. 17204] | 757 |

| | |
|---|---|
| Asbestos Proof of Claim filed on behalf of the Estate of George Fenicle, received December 11, 2015 [Claim No. 17205] | 758 |
| Unmanifested Asbestos Injury Proof of Claim filed by Mark Fenicle, received  December  10, 2015  [Claim No. 30874] | 759 |
| Unmanifested Asbestos Injury Proof of Claim filed by Shirley Fenicle, received December 10, 2015 [Claim No. 30875] | 760 |

## Certificate Regarding Transcripts

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that Appellant is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated:  October 14, 2016                     Respectfully submitted:

By:     /s/ *Daniel K. Hogan*
        Daniel K. Hogan (DE Bar # 2814)
        **HOGAN♦McDANIEL**
        1311 Delaware Avenue
        Wilmington, Delaware 19806
        Telephone: (302) 656-7597
        Facsimile: (302) 656-7599
        dkhogan@dkhogan.com

        *Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones*

        -and-

        Steven Kazan (CA Bar # 46855)
        Kazan McClain Satterley & Greenwood
        A Professional Law Corporation
        Jack London Market
        55 Harrison Street, Suite 400
        Oakland, CA 94607
        Telephone: (510) 302-1000
        Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Meisenkothen
One Century Tower
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*