## Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

RLF1 15252158v.1

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed | | Fees Billed in this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Mark D. Collins | Director | Bankruptcy | 1998 | $170.00 | | 0.2 | | $850 | $160.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $86,190.00 | | 112.8 | $750 | $775 | $81,780.00 |
| Russell C. Silberglied | Director | Bankruptcy | 1996 | $145.00 | | 0.2 | | $725 | $140.00 |
| Marcos A. Ramos | Director | Bankruptcy | 2003 | $175.50 | | 0.3 | | $585 | $168.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $300,962.50 | | 559.8 | $525 | $550 | $274,302.00 |
| Joseph C. Barsalona II | Associate | Bankruptcy | 2014 | $39,278.00 | | 125.3 | $260 | $360 | $31,325.00 |
| Andrew M. Dean | Associate | Bankruptcy | 2015 | $5,750.00 | | 20.5 | $260 | $295 | $5,330.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $68,836.50 | | 289.9 | $235 | $240 | $68,126.50 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 14 | $2,781.00 | | 11.7 | $235 | $240 | $2,749.50 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $3,106.00 | | 13.2 | | $235 | $3,102.00 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 1 | $1,767.50 | | 7.5 | $235 | $240 | N/A |
| Cynthia M. McMenamin | Paralegal | Bankruptcy | 1 | $916.50 | | 3.9 | | $235 | N/A |
| Lesley Morris | CMA | Bankruptcy | 1 | $78.00 | | 0.6 | | $130 | N/A |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $1,440.00 | | 6.0 | | $240 | N/A |
| Total | | | | $511,596.50 | | 1,151.9 | | | $467,183.00 |

**TOTAL FEES** $511,596.50