## Exhibit F

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $0.00 |
| Business Meals | | | $896.39 |
| Conference Calling | | | $1,896.94 |
| Court Reporter | Leonard A. Dibbs | | $960.01 |
| Document Retrieval | Pacer | $.10/pg. | $3,097.90 |
| Electronic Legal Research | Bloomberg & Westlaw | | $1,677.80 |
| Equipment Rental | | | $0.00 |
| Filing/Court Fee | American Express | | $175.00 |
| Long distance telephone charges | | | $290.59 |
| Messenger and delivery service | Fed Ex & Blue Marble | | $1,433.58 |
| Overtime | | | $0.00 |
| Photocopying/Printing - outside vendor | Parcels Inc. | | $17,512.63 |
| Photocopying/Printing | | $.10/pg. | $3,910.51 |
| Postage | | | $132.21 |
| Travel Expense | | | $0.00 |
| **TOTAL** | | | **$31,983.56** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.