# Exhibit G

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 81.6 | 90.0 | $29,828.50 | $31,711.50 |
| 180326B | [ALL] Creditor Inquiries | 1.1 | 1.2 | $505.00 | $560.00 |
| 180326C | [ALL] Meetings | 11.8 | 13.0 | $7,070.00 | $7,777.00 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 3.5 | 3.9 | $861.50 | $947.10 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 23.6 | 26.0 | $11,757.50 | $12,933.30 |
| 180326G | [ALL] Use, Sale of Assets | 4.5 | 5.0 | $1,683.00 | $1,851.30 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.4 | 1.0 | $120.00 | $800.00 |
| 180326I | [ALL] Claims Administration | 89.0 | 98.0 | $36,069.50 | $39,676.50 |
| 180326J | [ALL] Court Hearings | 85.5 | 94.0 | $33,700.00 | $37,070.00 |
| 180326K | [ALL] General Corporate/Real Estate | 17.2 | 18.9 | $9,129.00 | $10,042.00 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 6.3 | 6.9 | $2,643.50 | $2,907.90 |
| 180326M | [ALL] Employee Issues | 15.3 | 16.8 | $5,741.50 | $6,315.70 |
| 180326N | [ALL] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [ALL] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 111.8 | 123.0 | $48,367.00 | $53,203.70 |
| 180326Q-1 | [ALL] RL&F Retention | 0.9 | 1.0 | $430.50 | $800.00 |
| 180326Q-2 | [ALL] Retention of Others | 20.9 | 23.0 | $9,309.00 | $10,240.00 |
| 180326R-1 | [ALL] RL&F Fee Applications | 79.6 | 87.6 | $33,882.50 | $37,270.80 |
| 180326R-2 | [ALL] Fee Applications of Others | 131.7 | 144.9 | $52,031.00 | $57,234.10 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [TCEH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [TCEH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [TCEH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [TCEH] Executory Contracts/Unexpired Leases | 5.4 | 6.0 | $2,301.50 | $2,531.70 |
| 180326E | [TCEH] Automatic | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| | Stay/Adequate Protection | | | | |
| 180326F | [TCEH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [TCEH] Use, Sale of Assets | 11.9 | 13.1 | $4,295.50 | $4,725.10 |
| 180326H | [TCEH] Cash Collateral/DIP Financing | 3.6 | 4.0 | $1,514.00 | $1,665.40 |
| 180326I | [TCEH] Claims Administration | 15.2 | 16.7 | $7,752.00 | $8,527.20 |
| 180326J | [TCEH] Court Hearings | 16.6 | 18.3 | $8,661.50 | $9,527.70 |
| 180326K | [TCEH] General Corporate/Real Estate | 0.6 | 1.0 | $330.00 | $800.00 |
| 180326L | [TCEH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [TCEH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [TCEH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [TCEH] Tax Issues | 5.6 | 6.2 | $2,666.00 | $2,932.60 |
| 180326P | [TCEH] Litigation/Adversary Proceedings | 23.5 | 25.9 | $12,478.50 | $13,726.40 |
| 180326Q-1 | [TCEH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [TCEH] Retention of Others | 4.7 | 5.2 | $2,439.50 | $2,683.50 |
| 180326R-1 | [TCEH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [TCEH] Fee Applications of Others | 2.9 | 3.2 | $1,369.50 | $1,506.50 |
| 180326S | [TCEH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [TCEH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [TCEH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [TCEH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.7 | 1.0 | $367.50 | $800.00 |
| 180326B | [EFIH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFIH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326G | [EFIH] Use, Sale of Assets | 1.9 | 2.1 | $1,045.00 | $1,149.50 |
| 180326H | [EFIH] Cash Collateral/DIP Financing | 0.6 | 1.0 | $228.00 | $800.00 |
| 180326I | [EFIH] Claims Administration | 1.0 | 2.0 | $236.00 | $1,600.00 |
| 180326J | [EFIH] Court Hearings | 16.2 | 17.8 | $9,222.50 | $10,144.80 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 68.9 | 75.8 | $34,580.00 | $38,038.00 |
| 180326Q-1 | [EFIH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-1 | [EFIH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 1.9 | 2.1 | $844.00 | $928.40 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 0.3 | 1.0 | $157.50 | $800.00 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFH] Meetings | 0.5 | 1.0 | $275.00 | $800.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [EFH] Use, Sale of Assets | 0.7 | 1.0 | $367.50 | $800.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 0.6 | 1.0 | $257.00 | $800.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326J | [EFH] Court Hearings | 63.1 | 69.4 | $30,080.00 | $33,088.00 |
| 180326K | [EFH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 218.0 | 239.8 | $105,731.00 | $116,304.10 |
| 180326Q-1 | [EFH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 0.2 | 1.0 | $47.50 | $800.00 |
| 180326R-1 | [EFH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 2.6 | 2.9 | $1,221.00 | $1,343.10 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |