## **EXHIBIT A**

**Energy Future Holdings et. al**
**De Minimis Asset Sales Motion Reporting**
**For the Period September 1, 2016 to October 3, 2016**

*De Minimis Asset sales with a sales price less than $250,000*

| Aggregate net sales price |
|---|
| $88,382.08 |

*De Minimis Asset sales / transfers with a sales price greater than $250,000* [1]

| General description of asset sold | Name of purchasing parties incl. details of relationship with TCEH Debtors and their estates | Sales price | Details (incl. amount) of third parties receiving commission |
|---|---|---|---|
| Tradinghouse Land Sale | DRRH, LLC | $1,285,149.65 | |

*De Minimis Asset Abandonments with an estimated book value less than $250,000*

| Aggregate estimated book value of abandonments |
|---|
| None recorded during the period September 1, 2016 to October 3, 2016 |

*De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| General description of asset abandoned | Estimated book value |
|---|---|
| None recorded during the period September 1, 2016 to October 3, 2016 | |

[1] On September 27, 2016, Luminant Generation Company paid the Texas Commission on Environmental Quality $2,765,516.00 in consideration for their release of all environmental liabilities, historic and future, related to the contamination at the North Main site. An additional $10,921.80 was paid in regards to closing costs (primarily property taxes). Please see docket no. 9683 and the Debtors' Plan of Reorganization for further details.