## EXHIBIT D

### Summary of Jenner & Block LLP Blended Hourly Rates
### (Customary And Comparable Compensation Disclosures)

| Timekeeper Category | | Worked and Billed in 2015 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | $676 | $1,074.88 |
| | Partner - Sr | $739 | $1,074.88 |
| | Partner - Mid | $631 | N/A |
| | Partner - Jr | $576 | N/A |
| Associate | | $453 | N/A |
| | Associate - Sr | $500 | 705.00 |
| | Associate - Mid | $506 | N/A |
| | Associate - Jr | $429 | N/A |
| Total (including Staff Attys, Paralegals & Project Assistants) | | $491 | $1,046.32 |

Case Name: Energy Future Intermediate Holding Company LLC
Case Number: 14-10979 (CSS)
Applicant's Name: Jenner & Block LLP
Date of Application: October 17, 2016
Interim or Final: Interim

2486765.1

=