**EXHIBIT E**

**Summary of Jenner & Block LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours[1] | Total Compensation[1] |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Restructuring | $1,200 | 70.05 | $84,060.00 |
| Vincent E. Lazar | Partner | 1990 | Restructuring | $975 | 87.75 | $85,556.25 |
| Carl Wedoff | Associate | 2010 | Restructuring | $705 | 13.2 | $9,306.00 |
| **TOTAL** | | | | | **171.0** | **$178,922.25** |

---

[1] Reflects reduction for travel time billed at 50%.

2486765.1