## EXHIBIT F

## Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---:|
| Travel | $4,019.49 |
| Telephone Expense | $58.59 |
| Lexis Research | $52.56 |
| Pacer Charge | $11.60 |
| Other Professional Services | $123.00 |
| **TOTAL** | **$4,265.24** |

2486765.1