## EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 135.1 | $140,916.00 |
| Employment and Fee Applications | 23.9 | $25,125.00 |
| Non-working Travel | 12.0[1] | $12,881.25[1] |
| **TOTAL** | **171.0** | **$178,922.25** |

---

[1] Reflects 50% discount for non-working travel.

2486765.1