# EXHIBIT H

## Detailed Time Records for Jenner & Block LLP

**ENERGY FUTURES INTERMEDIATE HOLDING / PLAN AND DISCLOSURE (55152-10034)**

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 05/02/2016 | VINCENT E. LAZAR | 1.40 | 1,365.00 | Reviewed scheduling order entered by Judge Sontchi (.2); reviewed NextEra proposal (.4); telephone conferences with R. Levin, P. Gelston, D. Prager re impact of same, strategy considerations and DDA position on potential conflict (.6); telephone conference with M. Thomas re Dallas meeting, plan process (.2). |
| 05/02/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Telephone conference with R. Levin re issues for board meetings, and follow-up emails re same (.3); prepared materials for board meeting (.3). |
| 05/02/2016 | RICHARD B. LEVIN | 2.40 | 2,880.00 | Review NextEra proposal (.4); telephone conference M. Thomas re same (.2); emails re same (.4); telephone conference V. Lazar, D. Prager re same (.8); telephone conference M. Kieselstein re same (.3); telephone conference C. Cremens re same (.3). |
| 05/03/2016 | RICHARD B. LEVIN | 4.70 | 5,640.00 | Confer D. Prager re Nextera proposal, value, DDAs, Cravath, Goldin re same and general Plan B terms and approach (4.1); email J. Brody re 2L meetings re same (.2). |
| 05/03/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Attended EFIH board meeting. |
| 05/03/2016 | VINCENT E. LAZAR | 5.50 | 5,362.50 | Meetings with DDAs in Dallas re alternative plan, evaluation of NextEra offer, strategy considerations and related matters. |
| 05/03/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Attend EFIH Board meeting (.6). |
| 05/04/2016 | RICHARD B. LEVIN | 2.40 | 2,880.00 | Meetings in Dallas with CROs, Kirkland, DDAs re Plan B; sale alternative (1.6); Board meeting re same (.8). |
| 05/04/2016 | VINCENT E. LAZAR | 3.50 | 3,412.50 | Prepared for and attended joint board meeting re restructuring update, NextEra offer. |

2486765.1

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 05/05/2016 | RICHARD B. LEVIN | 2.90 | 3,480.00 | Meeting Kramer Levin, Rothschild, Kirkland re Plan B, 2L proposal (2.6); emails C. Cremens re 2L meeting (.3). |
| 05/05/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Reviewed revised scheduling order, and email with R. Levin re attending DE hearing re same (.3); reviewed emails re analysis of tentative IRS position on COD income, potential impact on plan structure (.2). |
| 05/06/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed report on 2L meeting, email with R. Levin re same (.2); reviewed telephonic hearing notice, emails with R. Levin re same, potential impact on plan schedule (.2). |
| 05/09/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Skimmed draft redline plan (.3); emails re board meeting for approval, process (.2); emails re 2L negotiation update (.2); skimmed 1L, trustee document requests (.2); reviewed scheduling objection from Akin (.1); emails re timing, process on revised DS (.1). |
| 05/10/2016 | RICHARD B. LEVIN | 6.80 | 8,160.00 | Meetings at Kirkland with CROs, PIKs, Akin Gump, 2Ls, Kramer Levin, Fidelity, Fried Frank re Plan B (5.5); Review Board materials re same (.2); telephone conference C. Cremens re same (.4); Board meeting re same (.7). |
| 05/10/2016 | VINCENT E. LAZAR | 6.20 | 6,045.00 | Reviewed new Disclosure Statement and Plan and office conference with R. Levin re terms of same (1.2); prepared for and attended 2L meeting (2.0); prepared for and attended PIK meeting (1.5); prepared for and attended Fidelity meeting (1.5). |
| 05/10/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Conference call with C. Cremens re results of meetings, DS terms (.4); attended board meeting (.7). |
| 05/16/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Telephone conferences P. Gelston re Plan B next steps (.2); telephone conference M. Kieselstein re same (.1); Review scheduling motion responses (.3). |

2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 05/16/2016 | VINCENT E. LAZAR | 1.90 | 1,852.50 | Reviewed Contrarian scheduling objection (.3); reviewed Fenicle scheduling objection (.2); reviewed NextEra objection (.2); reviewed EFH committee response (.2); revised Fidelity objection (.2); reviewed AST objection (.2); reviewed EFIH 2L trustee objection (.2); reviewed TCEH First Lien Ad Hoc Committee response (.2); reviewed PIK scheduling objection (.2). |
| 05/17/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Emails, telephone conference M. Kieselstein re scheduling motion (.3). |
| 05/17/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Skimmed objection summary; email with R. Levin re same, NextEra process. |
| 05/18/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Review draft Reply to Scheduling Motion objections (.4); miscellaneous emails (.2). |
| 05/18/2016 | VINCENT E. LAZAR | 0.80 | 780.00 | Reviewed draft reply in support of scheduling motion, Proskauer and MTO comments (.4); reviewed revised NextEra bid, Evercore and Goldin analyses of financial terms (.4). |
| 05/19/2016 | RICHARD B. LEVIN | 1.10 | 1,320.00 | Review Nextera bid materials (.5); telephone conference M. Thomas (.3); P. Gelston (.3) re same; emails and press re same (.3). |
| 05/19/2016 | RICHARD B. LEVIN | 1.30 | 1,560.00 | Telephone conferences M. Kieselstein re 2L plan proposal (.2); telephone conference C. Cremens re same (.2); telephone conference J. Brody re same (.2); Kirkland DDA conference call re Plan B process (.5); confer C. Wedoff re intercreditor issues (.2). |
| 05/19/2016 | CARL N. WEDOFF | 0.80 | 564.00 | Conferred with R. Levin re intercreditor dispute (.2); reviewed and analyzed background materials re same (.6). |
| 05/19/2016 | VINCENT E. LAZAR | 1.60 | 1,560.00 | Reviewed revised NextEra bid re contingencies, emails re: same (.3); reviewed omnibus scheduling reply as filed (.2); attended conference call with DDAs, K&E re same, strategy for negotiations, potential other suitors (.6); reviewed TCEH 1L supplemental response, draft plan and disclosure statement (.5). |
| 05/20/2016 | RICHARD B. LEVIN | 1.20 | 1,440.00 | Board meeting (.8); telephone conference T. Mayer re 2L Plan B proposal (.2); miscellaneous emails re same (.2). |

10/14/2016 SL1 1435848v1 109285.00005

2486765.1

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 05/20/2016 | RICHARD B. LEVIN | 0.70 | 840.00 | Telephone conferences J. Sprayregen re Plan B sale option and 2L's (.3); telephone conference P. Gelston re same (.3); miscellaneous emails re same (.1). |
| 05/20/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Emails with R. Levin, D. Prager re economic analysis of NextEra bid, reconciliation (.2); emails from R. Levin re NextEra deal documents, negotiation process (.2). |
| 05/20/2016 | VINCENT E. LAZAR | 0.80 | 780.00 | Prepare for and attended board call re update on NextEra bid, dual-track confirmation process, related matters. |
| 05/23/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Reviewed revised scheduling order (.2); reviewed NextEra correspondence, emails re: documentation of proposal (.2); emails with R. Levin re bifurcated plan confirmation hearings, scheduling hearing (.2); telephone conference with R. Levin re same, potential open intercompany tax issues, NextEra proposal (.2); emails with D. Prager et al re proper treatment of PIK charging lien claim, reviewed Evercore analysis re same (.3). |
| 05/23/2016 | RICHARD B. LEVIN | 2.70 | 3,240.00 | Attend (telephone) plan process scheduling hearing (2.3); telephone conference V. Lazar re same (.2); telephone conference P. Gelston re sale process (.2). |
| 05/24/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed emails with K&E re standalone equity value, creditor treatment (.2); office conference with R. Levin re same, issues with analysis of plan treatment (.2). |
| 05/26/2016 | CARL N. WEDOFF | 0.20 | 141.00 | Corresponded with R. Levin re research. |
| 05/26/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed revised NextEra bid, email correspondence re same (.3); telephone conference with R. Levin re same (.1). |
| 05/31/2016 | CARL N. WEDOFF | 4.60 | 3,243.00 | Reviewed and analyzed relevant indentures, collateral trust agreement, briefing, case law, and secondary authority (4.1); drafted memorandum re same (.5). |
| 05/31/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed emails re plan process, calendar. |
| 06/01/2016 | CARL N. WEDOFF | 1.60 | 1,128.00 | Drafted and revised memo re intercreditor lawsuit. |

10/14/2016 SL1 1435848v1 109285.00005

2486765.1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/01/2016 | VINCENT E. LAZAR | 0.80 | 780.00 | Reviewed K&E plan marked against NextEra proposed plan (.5); skimmed redlined MA (.3). |
| 06/02/2016 | CARL N. WEDOFF | 0.40 | 282.00 | Conferred with R. Levin re intercreditor dispute memo (.2); drafted and revised same (.2). |
| 06/02/2016 | RICHARD B. LEVIN | 1.40 | 1,680.00 | Telephone conferences T. Mayer (.2); J. Brody, M. Kieselstein re plan negotiation status (.5); review 2L term sheet (.3); email C. Cremens re same (.2); telephone conference C. Wedoff re intercreditor issues (.2). |
| 06/02/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Skimmed 2L equitization proposal (.2); reviewed emails re: scheduling, discovery (.2). |
| 06/03/2016 | CARL N. WEDOFF | 5.60 | 3,948.00 | Drafted and revised intercreditor dispute memorandum (5.3); corresponded with R. Levin re same (.3). |
| 06/03/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Review 1L-2L intercreditor decision (.3); telephone conference J. Sprayregen re M&A process (.2). |
| 06/03/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Skimmed revised MA from NextEra (.3); reviewed Oncor letter agreement from NextEra (.2). |
| 06/07/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Office conference with M. Thomas re Fidelity position, Piks, 2L positions. |
| 06/08/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Reviewed revised Disclosure Statement draft (.9); email to R. Levin summarizing tax and approval issue (.2). |
| 06/09/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed draft Disclosure Statement reply. |
| 06/10/2016 | RICHARD B. LEVIN | 1.20 | 1,440.00 | Attend Board meeting (1.0); telephone conference P. Gelston re NextEra negotiations (.2). |
| 06/10/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Telephone conference with R. Levin re Disclosure Statement hearing, potential EFIH estate implications (.2); skimmed amended plan, amended Disclosure Statement, amended Disclosure Statement order as filed (.4); skimmed revised merger agreement with K&E comments (.3). |
| 06/11/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Skimmed redline merger agreement transmitted to NextEra. |
| 06/13/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Revise board minutes. |
| 06/13/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed email from Cravath reporting on tax matters agreement negotiations, telephone conference with R. Levin re same. |

5

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/14/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed agenda (.2); reviewed Disclosure Statement objection chart, additional inserts (.4). |
| 06/15/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Skimmed revised Disclosure Statement order, plan redline, Disclosure Statement redline, Tax Matters Agreement for Disclosure Statement hearing. |
| 06/16/2016 | VINCENT E. LAZAR | 1.90 | 1,852.50 | Attended Disclosure Statement hearing telephonically (1.5); reviewed further plan, Disclosure Statement updates (.4). |
| 06/16/2016 | RICHARD B. LEVIN | 1.40 | 1,680.00 | Attend (telephonic) disclosure statement hearing. |
| 06/17/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Telephone conference C. Ball re Oncor issues; telephone conference P. Gelston re same; telephone conference M. Kieselstein re same. |
| 06/17/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed redlined disclosure statement (.4); emailed R. Levin re tax risk description and basis for same (.2). |
| 06/20/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Skimmed NEE plan revisions. |
| 06/21/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Telephone conference C. Ball re Oncor issues in a transaction. |
| 06/21/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed deposition notices, participation emails. |
| 06/22/2016 | RICHARD B. LEVIN | 0.70 | 840.00 | Telephone conference P. Gelston re Oncor negotiations (.4); telephone conference M. Kieselstein re same (.3). |
| 06/23/2016 | RICHARD B. LEVIN | 0.80 | 960.00 | Conference call P. Villareal, C. Ball re Oncor liabilities. |
| 06/24/2016 | RICHARD B. LEVIN | 1.70 | 2,040.00 | Attend Board meeting re plan negotiation status (.9); telephone conference P. Gelston re same (.5); telephone conference S. Dore re Oncor issues (.3). |
| 06/24/2016 | RICHARD B. LEVIN | 1.70 | 2,040.00 | Telephone conference P. Gelston re asbestos issues (.2); research re same (.8); telephone conference Husnick re same (.7). |
| 06/24/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed comments on NEE plan, including open issues. |
| 06/26/2016 | RICHARD B. LEVIN | 0.80 | 960.00 | Review revised plan. |
| 06/27/2016 | RICHARD B. LEVIN | 1.50 | 1,800.00 | Telephone conferences P. Gelston re asbestos issues (.3); telephone conference C. Husnick re same (1.0); telephone conference V. Lazar re same (.2). |
| 06/27/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed redlined NEE plan (.4); telephone conference with R. Levin re filing update, asbestos claims (.2). |

10/14/2016 SL1 1435848v1 109285.00005

2486765.1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 06/28/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed draft NEE PSA. |
| 06/29/2016 | RICHARD B. LEVIN | 0.80 | 960.00 | Conference call C. Cremens, P. Gelston (.6); telephone conference V. Lazar re asbestos issues (.2). |
| 06/29/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Participated in update call with client (.6); telephone conference with R. Levin re asbestos trust question, timing on RSA and M&A documents (.3). |
| 07/01/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed deposition notices and email with C. Husnick re scheduling, asbestos update. |
| 07/05/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Conference call company, NextEra re asbestos claims. |
| 07/05/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Email with C. Husnick re asbestos process, plan negotiations with buyers (.2); reviewed update re split participation, NEE agreements (.2). |
| 07/07/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed emails and attachments re open issues on TMA, sharing agreement and allocations (.4); emails with K&E, R. Levin re update re EFH plan progress, buyer negotiations (.2). |
| 07/11/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed supplement order (.2); reviewed Contrarian mediation motion (.2). |
| 07/12/2016 | RICHARD B. LEVIN | 0.70 | 840.00 | Telephone conference P. Gelston re T-side transition agreements (.3); conference call Kirkland re same (.4). |
| 07/12/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Skimmed emails re discovery requests, depositions. |
| 07/13/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Telephone conference V. Lazar re status, Tax matters Agreement; emails re same. |
| 07/13/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Reviewed discovery demands, emails re same (.2); telephone conference with R. Levin re TMA, potential conflict claims arising from tax issues (.3). |
| 07/14/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Attended update call w/ client re: TMA, negotiations (.4); reviewed emails re Disclosure Statement hearing, discovery (.2). |
| 07/14/2016 | RICHARD B. LEVIN | 0.80 | 960.00 | Conference call C. Cremens, Cravath re bid status (.6); telephone conference C. Huswick re asbestos (.2). |
| 07/15/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Telephone conference M. Thomas re plan process, status, asbestos (.3); emails re same (.2). |

10/14/2016 SL1 1435848v1 109285.00005

2486765.1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 07/15/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Skimmed [REDACTED] merger agreement, TSA, tax matters and side letter re potential issues impacting EFIH. |
| 07/18/2016 | VINCENT E. LAZAR | 1.20 | 1,170.00 | Skimmed split participant redline (Oncor comments) (.2); reviewed [REDACTED] comments to draft merger agreement (.3); reviewed NEE comments of merger agreement (.2); reviewed draft Contrarian mediation opposition (.2); skimmed [REDACTED] comments to transition services agreement, tax matters agreement and side letter (.3). |
| 07/19/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Confer R. Bojmel re plan process; alternatives (.3). |
| 07/20/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference J. Huston re T-side status report hearing. |
| 07/20/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Review and revise Board check. |
| 07/20/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Reviewed NEE redline separation agreement (.2); reviewed NEE revised merger agreement (.2); reviewed draft board deck, and office conference with R. Levin re same (.3). |
| 07/21/2016 | RICHARD B. LEVIN | 1.00 | 1,200.00 | Review and revise Board deck. |
| 07/21/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Skimmed additional changed pages for NEE merger agreement (.2); skimmed updated board deck (.2). |
| 07/22/2016 | RICHARD B. LEVIN | 1.10 | 1,320.00 | EFH Joint Board meeting. |
| 07/22/2016 | VINCENT E. LAZAR | 1.00 | 975.00 | Attended board restructuring update call. |
| 07/24/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Skimmed redlined NEE merger agreement (.2); reviewed draft board resolutions (.2). |
| 07/25/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Attended update call with C. Cremens et al (.5); reviewed draft board deck for Wednesday meeting (.3); reviewed A&M rebuttal report (.3). |
| 07/25/2016 | RICHARD B. LEVIN | 2.00 | 2,400.00 | Review and revise July 27 board presentation (.8); conference call C. Cremens, Cravath re Ancillary Document for TCEH plan (1.2). |
| 07/26/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Skimmed revised separation agreement for DDA review. |
| 07/27/2016 | RICHARD B. LEVIN | 1.90 | 2,280.00 | Attend Board meeting re merger agreement (telephone). |
| 07/27/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference P. Gelston re merger agreement. |
| 07/27/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Reviewed board handouts re restructuring options, NEE agreement (.3); skimmed revised separation agreement (.2); reviewed |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | revised NEE merger agreement (.2). |
| 07/27/2016 | VINCENT E. LAZAR | 1.20 | 1,170.00 | Attended joint board meeting (partial). |
| 07/28/2016 | RICHARD B. LEVIN | 3.20 | 3,840.00 | Attend Board meeting re merger agreement. |
| 07/28/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Review and revise EFIH Board minutes. |
| 07/28/2016 | VINCENT E. LAZAR | 1.90 | 1,852.50 | Skimmed DDA revisions to EFH resolutions (.2); reviewed redline re further revisions to merger agreement for DDA review (.2); reviewed NEE PSA (.3); reviewed amended POR for NEE proposal, email with R. Levin re same (1.2). |
| 07/29/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Skimmed full final package of EFIH and related agreements in final form (NEE proposal). |
| 07/29/2016 | VINCENT E. LAZAR | 1.50 | 1,462.50 | Attended joint board meeting re NEE plan approval (1.0); email with R. Levin re report on same, break-up fee structure (.3); skimmed amended plan resolutions (.2). |
| 08/02/2016 | VINCENT E. LAZAR | 1.70 | 1,657.50 | Reviewed and prepared comments to disclosure statement, forwarded same to K&E. |
| 08/04/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed as-filed NEE approval motion, Ying and Hiltz declarations (.4); reviewed draft E-Side scheduling motion (.2). |
| 08/07/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Reviewed updated scheduling order, draft motion (.3); reviewed proposed pretrial order (.2); reviewed redline version of revised Disclosure Statement (.4). |
| 08/08/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed T-side confirmation order, email with R. Levin re same and impact on E-Side. |
| 08/09/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed T-side confirmation objections chart. |
| 08/12/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed draft scheduling and disclosure statement bridge order (.2); telephone conference with R. Levin re T-side confirmation hearing logistics, E-Side logistics, confirmation hearing issues (.3); reviewed W&C letter re fee review (.1). |
| 08/15/2016 | VINCENT E. LAZAR | 1.00 | 975.00 | Reviewed TCEH confirmation brief draft (.3); reviewed draft TMA consent (.2); reviewed T-Side pretrial order and revised schedule (.2); reviewed final draft TMA, redline (.3). |

9

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/16/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Emails, telephone conference P. Gelston re TMA, confirmation hearing. |
| 08/16/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed update re: E-side disclosure statement hearing schedule, NextEra settlement discussions (.2); emails with J. Huston re update on proceedings (.2). |
| 08/17/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Review confirmation hearing report. |
| 08/17/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed hearing update report. |
| 08/18/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Review summaries of confirmation hearing. |
| 08/18/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed hearing update report. |
| 08/19/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed hearing update report. |
| 08/20/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed letters from PUC and Cities re Hunt proposal, emails re same. |
| 08/22/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed S. Dore restructuring update (.2); reviewed report from hearing (.2); reviewed objection, response re E-Side timing (.2). |
| 08/23/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed docket, emails re hearing update. |
| 08/24/2016 | VINCENT E. LAZAR | 0.80 | 780.00 | Reviewed emails, reports re hearing update (.2); reviewed redline T-Side confirmation order (.3); reviewed EFIH trustee post-trial brief (.3). |
| 08/25/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Reviewed report of closing arguments, email with R. Levin re same, potential impact on EFIH plan (.3); reviewed revised T-Side order (.2). |
| 08/26/2016 | VINCENT E. LAZAR | 1.20 | 1,170.00 | Skimmed confirmation brief (.2); attended confirmation ruling hearing (telephonic) (1.0). |
| 08/29/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed objections to merger agreement (.3); emails with R. Levin, P. Gelston re potential negotiations with Proskauer re allocation of break fee (.2); reviewed press re NextEra financing announcement for Oncor merger (.1). |
| 08/30/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Skimmed docket and reviewed scheduling order re participation notices, Disclosure Statement hearing. |
| 08/31/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Emails re Friday board meeting, and reviewed file re potential EFIH / EFH conflicts issue. |
| 08/31/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference M. Thomas re termination fee allocation; follow up. |
| | | **135.10** | **140,916.00** | |

10/14/2016 SL1 1435848v1 109285.00005

2486765.1

**ENERGY FUTURES INTERMEDIATE HOLDING / EMPLOYMENT AND FEE APPLICATIONS (55152-10085)**

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 05/09/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Revise Fifth Supplemental Disclosure; finalize. |
| 05/18/2016 | RICHARD B. LEVIN | 0.80 | 960.00 | Prepare June budgets. |
| 05/19/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Finalize June budget. |
| 05/24/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Skimmed prior applications, and email with Cravath, Jenner teams re material for next fee application. |
| 06/08/2016 | VINCENT E. LAZAR | 0.80 | 780.00 | Reviewed January through April supporting materials for fee application; began updating same. |
| 06/09/2016 | VINCENT E. LAZAR | 1.00 | 975.00 | Reviewed, compiled exhibits for Third Jenner Fee Application. |
| 06/10/2016 | VINCENT E. LAZAR | 3.20 | 3,120.00 | Drafted third fee application (1.7); worked on exhibits and comparison materials required under UST (1.5). |
| 06/11/2016 | VINCENT E. LAZAR | 1.30 | 1,267.50 | Reviewed Cravath exhibits, and email with Cravath re information needed under guidelines (.4); prepared edits to fee application narrative (.9). |
| 06/13/2016 | VINCENT E. LAZAR | 2.90 | 2,827.50 | Reviewed Cravath draft, email with Cravath re additional calculations needed under guidelines, additional information (.5); revised, reconciled rate comparisons and budget estimates for Jenner application (1.8); edited narrative (.6). |
| 06/14/2016 | RICHARD B. LEVIN | 0.90 | 1,080.00 | Review and revise third Jenner Fee Application. |
| 06/14/2016 | VINCENT E. LAZAR | 3.90 | 3,802.50 | Proofed, finalized Jenner fee application (.4); reviewed R. Levin comments, imputed same and email with J. Huston re same, filing, exhibits (.8); continued drafting Cravath fee application and exhibits (2.5); email with Cravath re additional information needed to finalize, UST guidelines (.2). |
| 06/15/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Worked on revised Exhibit K for Cravath application. |
| 06/15/2016 | RICHARD B. LEVIN | 1.00 | 1,200.00 | Review and revise Cravath Fifth Interim Fee Application. |

11

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 06/16/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Telephone conference with Cravath accounting re reports needed for UST guidelines (.3); reviewed and inputted same into fee application (.3); revised Exhibit K, spreadsheets re: budget and actual figures (.4); email with Cravath re 2016 rate questions (.1). |
| 06/16/2016 | RICHARD B. LEVIN | 2.30 | 2,760.00 | Revise Cravath fee application (.8); prepare July budgets (1.5). |
| 06/17/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Finalized and reconciled Exhibit K (.3); exchanged emails with Cravath, Swaine & Moore re final version of fee application and approving same for filing (.3). |
| 06/20/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed, email with J. Huston, re filing Cravath fee application. |
| 06/23/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Prepare Sixth Supplemental Levin Declaration. |
| 07/15/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Prepare 2016-17 budget. |
| 07/26/2016 | RICHARD B. LEVIN | 0.70 | 840.00 | Prepare August budget. |
| 08/16/2016 | RICHARD B. LEVIN | 1.00 | 1,200.00 | Prepare September budget. |
|  |  | **23.90** | **25,125.00** |  |

## ENERGY FUTURES INTERMEDIATE HOLDING / NON WORKING TRAVEL (55152-10093)

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 05/03/2016 | RICHARD B. LEVIN | 4.90 | 5,880.00 | Travel to Dallas for Board meetings and DDA discussions. |
| 05/03/2016 | VINCENT E. LAZAR | 3.50 | 3,412.50 | Traveled to board meeting. |
| 05/04/2016 | RICHARD B. LEVIN | 5.60 | 6,720.00 | Return to New York. |
| 05/04/2016 | VINCENT E. LAZAR | 4.00 | 3,900.00 | Traveled from Board meeting (non-productive). |
| 05/09/2016 | VINCENT E. LAZAR | 3.50 | 3,412.50 | Traveled to New York for 2L PIK meetings (delayed). |
| 05/13/2016 | VINCENT E. LAZAR | 2.50 | 2,437.50 | Traveled from New York to Chicago (non-productive). |
|  |  | **24.00** | **25,762.50** |  |

10/14/2016 SL1 1435848v1 109285.00005

2486765.1