# EXHIBIT I

## Detailed Expense Records for Jenner & Block LLP

| Date | Description | Amt | VendorNarrative |
|---|---|---|---|
| 05/10/2016 | Travel | 1,224.88 | Travel, VINCENT E. LAZAR, 05/03-06/2016 to Dallas, TX for Business. |
| 05/10/2016 | Travel | 1,225.70 | Travel, RICHARD LEVIN, 05/03-04/2016 to Dallas, TX; EFIH Board Meeting. |
| 05/13/2016 | Telephone Expense | 2.70 | Telephone Expense, SOUNDPATH CONFERENCING, 04/12/2016 |
| 05/17/2016 | Travel | 1,568.91 | Travel, VINCENT E. LAZAR, 05/09-13/2016 to New York, NY for Meetings. |
| 05/17/2016 | Telephone Expense | 30.00 | Other -, VINCENT E. LAZAR, 04/28/2016 Teleconf/Videoconf- CourtCall |
| 06/16/2016 | Telephone Expense | 11.62 | Telephone Expense, SOUNDPATH CONFERENCING, 05/12/2016 |
| 06/16/2016 | Telephone Expense | 3.79 | Telephone Expense, SOUNDPATH CONFERENCING, 05/12/2016 |
| 06/16/2016 | Telephone Expense | 4.45 | Telephone Expense, SOUNDPATH CONFERENCING, 05/12/2016 |
| 06/16/2016 | Telephone Expense | 6.03 | Telephone Expense, SOUNDPATH CONFERENCING, 05/12/2016 |
| 06/30/2016 | Lexis Research | 52.56 | Lexis Research |
| 07/05/2016 | Pacer Charges | 11.60 | Pacer Charges; PACER SERVICE CENTER; 07/05/2016 |
| 07/29/2016 | Other Professional Services | 72.00 | Other Professional Services; Elan Corp Payments; 6/27/16; Docket 6/16 Stmt; Phone Conference Fee for R. Levine; 5/27/16 |
| 07/29/2016 | Other Professional Services | 51.00 | Other Professional Services; Elan Corp Payments; 6/27/16; Docket 6/16 Stmt; Phone Conference Fee for R. Levine on 6/16/16; Case Name: Energy Future Holdings Corp |
| | | **4,265.24** | |

2486765.1