**EXHIBIT K**

**Comparison of Jenner & Block LLP Budgeted and Actual Fees**

**May through August 2016**

|  |  | 1<br>10010 Ch. 11 | 3<br>10034 Plan | 4<br>10042 Interco | 5<br>10050 Tax | 8<br>10085 Empl. | 9<br>10093 Travel | Total |
|---|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | | |
| May | Budget | 20.0 | 145.0 | | 25.0 | 20.0 | 18.0 | 228.0 |
| | Actual | | 62.5 | | | 1.8 | 12.0 | 76.3 |
| | Difference | 20.0 | 82.5 | | 25.0 | 18.2 | 6.0 | 151.7 |
| | | | | | | | | |
| June | Budget | | 120.0 | | 5.0 | 20.0 | 18.0 | 163.0 |
| | Actual | | 32.7 | | | 20.1 | | 52.8 |
| | Difference | | 87.3 | | 5.0 | (0.1) | 18.0 | 110.2 |
| | | | | | | | | |
| July | Budget | | 110.0 | | 5.0 | 6.0 | | 121.0 |
| | Actual | | 27.6 | | | 1.0 | | 28.6 |
| | Difference | | 82.4 | | 5.0 | (5.0) | | (92.4) |
| | | | | | | | | |
| August | Budget | | 70.0 | | | 3.0 | 6.0 | 79.0 |
| | Actual | | 12.3 | | | 1.0 | | 13.3 |
| | Difference | | 57.7 | | | 2.0 | 6.0 | 65.7 |
| | | | | | | | | |
| **Total** | **Budget** | 20.0 | 445.0 | | 35.0 | 49.0 | 42.0 | 591.0 |
| | **Actual** | | 135.1 | | | 23.9 | 12.0 | 171.0 |
| | **Difference** | 20.0 | 309.9 | | 35.0 | 25.1 | 30.0 | 420.0 |

10/14/2016 SL1 1435848v1 109285.00005

2486765.1

|  |  | 1<br>**10010 Ch. 11** | 3<br>**10034 Plan** | 4<br>**10042 Interco** | 5<br>**10050 Tax** | 6<br>**10069 Sale** | 8<br>**10085 Empl.** | 9<br>**10093 Travel** | **Total** |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** |  |  |  |  |  |  |  |  |  |
| May | Budget | 21,750.00 | 151,500.00 |  | 27,750.00 |  | 20,625.00 | 9,450.00 | 231,075.00 |
|  | Actual |  | 65,793.00 |  |  |  | 2,092.50 | 12,881.25 | 80,766.75 |
|  | Difference | (21,750.00) | 85,707.00 |  | 27,750.00 |  | 18,532.50 | (3,431.25) | 150,308.25 |
| June | Budget |  | 128,925.00 |  | 6,000.00 |  | 20,625.00 | 9,450.00 | 165,000.00 |
|  | Actual |  | 32,958.00 |  |  |  | 20,632.50 |  | 53,590.50 |
|  | Difference |  | 95,967.00 |  | 6,000.00 |  | (7.50) | 9,450.00 | $111,409.50 |
| July | Budget |  | 118,050.00 |  | 6,000.00 |  | 6,525.00 |  | 130,575.00 |
|  | Actual |  | 29,925.00 |  |  |  | 1,200.00 |  | 31,125.00 |
|  | Difference |  | 88,125.00 |  | 6,000.00 |  | 5,325.00 |  | 99,450.00 |
| August | Budget |  | 75,900.00 |  |  |  | 3,600.00 | 2,925.00 | 82,425.00 |
|  | Actual |  | 12,240.00 |  |  |  | 1,200.00 |  | 13,440.00 |
|  | Difference |  | 63,660.00 |  |  |  | 2,400.00 | 2,925.00 | 68,985.00 |
| **Total** | **Budget** | 21,750.00 | 474,375.00 |  | 39,750.00 |  | 51,375.00 | 21,825.00 | 609,075.00 |
|  | **Actual** |  | 140,916.00 |  |  |  | 25,125.00 | 12,881.25 | 178,922.25 |
|  | **Difference** | 21,750.00 | 333,459.00 |  | 39,750.00 |  | 26,250.00 | 8,943.75 | 430,152.75 |

10/14/2016 SL1 1435848v1 109285.00005

2486765.1