# Exhibit A

## Prior Statements, Applications and Allowances

| Filing, Date Filed, ECF | Period Covered | Total Fees (100%) | Requested | | Approved | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| First Monthly Feb. 10, 2015 ECF 3505 | Dec. 11-31, 2014 | $150,000 | $120,000 (80%) | $1,805.69 | $120,000 (80%) | $1,805.69 |
| First Interim Feb. 18, 2015 ECF 3579 | Dec. 11-31, 2014 | - | $30,000 (20%) | - | $30,000 | ($1,758.47) (agreed reduction) |
| Second Monthly March 25, 2015 ECF 3975 | Jan. 1-31, 2015 | $150,000 | $120,000 (80%) | $3,853.81 | $120,000 (80%) | $3,853.81 |
| Third Monthly March 26, 2015 ECF 3983 | Feb. 1-28, 2015 | $150,000 | $120,000 (80%) | $8,144.64 | $120,000 (80%) | $8,144.64 |
| Fourth Monthly April 22, 2015 ECF 4248 | Mar. 1-31, 2015 | $150,000 | $120,000 (80%) | $9,078.33 | $120,000 (80%) | $9,078.33 |
| Sixth Monthly May 20, 2015 ECF 4538 | Apr. 1-30, 2015 | $150,000 | $120,000 (80%) | $2,071.44 | $120,000 (80%) | $2,071.44 |
| Second Interim June 15, 2015 ECF 4715 | Jan 1. – Apr. 30, 2015 | - | $120,000 (20%) | - | $120,000 (20%) | - |
| Sixth Monthly June 22, 2015 ECF 4815 | May 1-31, 2015 | $150,000 | $120,000 (80%) | $8,734.12 | $120,000 (80%) | $8,734.12 |
| Seventh Monthly July 22, 2015 ECF 5037 | June 1-30, 2015 | $150,000 | $120,000 (80%) | $833.84 | $120,000 (80%) | $833.84 |
| Eighth Month August 21, 2015 ECF 5616 | July 1-31, 2015 | $150,000 | $120,000 (80%) | $4,108.53 | $120,000 (80%) | $4,108.53 |
| Ninth Monthly Sept. 30, 2015 ECF 6234 | Aug. 1-31, 2015 | $150,000 | $120,000 (80%) | $390.80 | $120,000 (80%) | $390.80 |
| Third Interim Oct. 16, 2015 ECF 6492 | May 1. – Aug. 31, 2015 | - | $120,000 (20%) | - | $120,000 (20%) | ($3,561.13) |
| Tenth Monthly Oct. 20, 2015 ECF 6540 | Sept. 1-30, 2015 | $150,000 | $120,000 (80%) | $30.69 | $120,000 (80%) | $30.69 |
| Eleventh Monthly Nov. 23, 2015 ECF 7091 | Oct. 1-31, 2015 | $150,000 | $120,000 (80%) | $32.68 | $120,000 (80%) | $32.68 |
| Twelfth Monthly Dec. 22, 2015 ECF 7435 | Nov. 1-30, 2015 | $150,000 | $120,000 (80%) | $14.91 | $120,000 (80%) | $14.91 |

SL1 1435832v2 109285.00005

| | | | | | | |
|---|---|---|---|---|---|---|
| Thirteenth Monthly Jan. 22, 2016 ECF 7716 | Dec. 1-31, 2015 | $150,000 | $120,000 (80%) | $109.99 | 120,000 (80% | $109.99 |
| Fourth Interim Feb. 17, 2016 ECF 7874 | Sept. 1 – Dec. 31, 2015 | - | $120,000 (20%) | - | $120,000 (20%) | - |
| Fourteenth Monthly Feb. 23, 2016 ECF 7916 | Jan. 1-31, 2016 | $150,000 | $120,000 (80%) | $731.03 | $120,000 (80%) | $731.03 |
| Fifteenth Monthly March 22, 2016 ECF 8054 | Feb. 1,-28 2016 | $150,000 | $120,000 (80%) | $3,032.72 | $120,000 (80%) | $3,032.72 |
| Sixteenth Monthly April 21, 2016 ECF 8255 | March 1-31, 2016 | $150,000 | $120,000 (80%) | $1,040.80 | $120,000 (80%) | $1,040.80 |
| Seventeenth Monthly May 25, 2016 ECF 8542 | April 1-30, 2016 | $150,000 | $120,000 (80%) | $221.71 | $120,000 (80%) | $221.71 |
| Fifth Interim June 17, 2016 ECF 8771 | Jan. 1 – Apr. 30, 2015 | - | $120,000 (20%) | - | - | - |
| Eighteenth Monthly June 27, 2016 ECF 8826 | May 1-31, 2016 | $150,000 | $120,000 (80%) | $4,778.83 | $120,000 (80%) | $4,778.83 |
| Nineteenth Monthly July 22, 2016 ECF 8988 | June 1-30, 2016 | $150,000 | $120,000 (80%) | $702.87 | $120,000 (80%) | $702.87 |
| Twentieth Monthly August 21, 2016 ECF 9387 | July 1-31, 2016 | $150,000 | $120,000 (80%) | $176.89 | $120,000 (80%) | $176.89 |
| Not Filed[1] | August 1-31, 2016 | $150,000 | - | - | - | - |
| **Total** | | **$3,150,000** | **$2,910,000** | **$49,894.32** | **$2,790,000** | **$44,574.72** |

---

[1] Goldin did not file a separately Monthly Fee Statement for the month of August 2016, but makes such application herewith.

SL1 1435832v2 109285.00005

**Payments by Date**

| **Filing, Date Filed, ECF** | **Period Covered** | **Date of Payment** | **Payment** |
|---|---|---|---|
| First Monthly<br>Feb. 10, 2015<br>ECF 3505 | Dec. 11-31, 2014 | March 13, 2015 | $121,805.69 |
| Second Monthly<br>March 25, 2015<br>ECF 3975 | Jan. 1-31, 2015 | May 1, 2015 | $123,853.81 |
| Third Monthly<br>March 26, 2015<br>ECF 3983 | Feb. 1-28, 2015 | May 1, 2015 | $128,144.64 |
| Fourth Monthly<br>April 22, 2015<br>ECF 4248 | Mar. 1-31, 2015 | May 19, 2015 | $129,078.33 |
| Fifth Monthly<br>May 20, 2015<br>ECF 4538 | Apr. 1-30, 2015 | June 19, 2015 | $122,071.44 |
| Sixth Monthly<br>June 22, 2015<br>ECF 4815 | May 1-31, 2015 | June 24, 2015 | $128,734.12 |
| First Interim<br>Feb. 18, 2015<br>ECF 3579 | Dec. 11-31, 2014 | July 29, 2015 | $28,241.53 |
| Seventh Monthly<br>July 22, 2015<br>ECF 5037 | June 1-30, 2015 | August 24, 2015 | $120,833.84 |
| Eighth Month<br>August 21, 2015<br>ECF 5616 | July 1-31, 2015 | September 22, 2015 | $124,108.53 |
| Ninth Monthly<br>Sept. 30, 2015<br>ECF 6234 | Aug. 1-31, 2015 | Oct. 29, 2015 | $120,390.80 |
| Second Interim<br>June 15, 2015<br>ECF 4715 | Jan. 1 – Apr. 30, 2016 | Oct. 29, 2015 | $116,438.87 |
| Tenth Monthly<br>Oct. 20, 2015<br>ECF 6540 | Sept. 1-30, 2015 | Nov. 20, 2015 | $120,030.69 |
| Eleventh Monthly<br>Nov. 23, 2015<br>ECF 7091 | Oct. 1-31, 2015 | Dec. 22, 2015 | $120,032.68 |
| Twelfth Monthly<br>Dec. 22, 2015<br>ECF 7435 | Nov. 1-30, 2015 | Feb. 1, 2016 | $120,014.91 |

| Thirteenth Monthly Jan. 22, 2016 ECF 7716 | Dec. 1-31, 2015 | Feb. 23, 2016 | $120,109.99 |
|---|---|---|---|
| Third Interim Oct. 16, 2015 ECF 6492 | May 1. – Aug. 31, 2015 | July 5, 2016 | $120,000.00 |
| Fourteenth Monthly Feb. 23, 2016 ECF 7916 | Jan. 1-31, 2016 | May 9, 2016 | $120,731.03 |
| Fifteenth Monthly March 22, 2016 ECF 8054 | Feb. 1-29, 2016 | May 9, 2016 | $123,032.72 |
| Sixteenth Monthly April 21, 2016 ECF 8255 | March 1-31, 2016 | May 23, 2016 | $121,040.80 |
| Seventeenth Monthly May 25, 2016 ECF 8542 | April 1-30, 2016 | June 24, 2016 | $120,221.71 |
| Fourth Interim Feb. 17, 2016 ECF 7874 | Sept. 1 – Dec. 31, 2015 | July 5, 2016 | $120,000.00 |
| Eighteenth Monthly June 27, 2016 ECF 8826 | May 1-31, 2016 | Aug. 3, 2016 | $124,778.83 |
| Nineteenth Monthly July 22, 2016 ECF 8988 | June 1-30, 2016 | Sept. 7, 2016 | $120,702.87 |
| Twentieth Monthly August 21, 2016 ECF 9387 | July 1-31, 2016 | Oct. 6, 2016 | $120,176.89 |
| Fifth Interim June 17, 2016 ECF 8771 | Jan. 1 – Apr. 30, 2016 | | - |
| **Total** | | | **$2,834,574.72** |