## Exhibit B

## Hours Expended by Goldin Professional

| | | |
|---|---|---|
| Harrison J. Goldin | Sr. Managing Director | 2.1 |
| David Prager | Managing Director | 74.1 |
| Karthik Bhavaraju | Director | 92.4 |
| Deborah Praga | Analyst | 209.4 |
| **Total** | | **378.0** |