## Exhibit C

## Hours Expended by Subject Matter

| | |
|---|---:|
| Board/Director Communications | 39.1 |
| Plan Development | 53.6 |
| Sales Process | 274.4 |
| General Case Matters/Other | 11.2 |
| **Total** | **378.0** |