## **Exhibit D**

**Expenses by Category**

| | |
|---|---:|
| Meals | 643.96 |
| Photocopies | 170.52 |
| Research | 1,974.34 |
| Teleconference | 115.98 |
| Travel | 2,753.79 |
| **Total** | **$5,658.59** |