**EXHIBIT E--DETAIL OF HOURS EXPENDED**

| TIMEKEEPER NAME | TITLE | DATE | HOURS | MATTER NAME | TASK DESCRIPTION |
|---|---|---|---|---|---|
| Goldin, Harrison J. | Sr. Managing Director | 7/22/2016 | 0.5 | 01 Board/Director Communications | Board call |
| Goldin, Harrison J. | Sr. Managing Director | 7/29/2016 | 1.6 | 01 Board/Director Communications | Review of board material; EFIH call |
| **Goldin, Harrison J. Total** | | | **2.1** | | |
| Prager, David | Managing Director | 5/2/2016 | 0.5 | 05 Sales Process | Call with counsel re: bid received |
| Prager, David | Managing Director | 5/2/2016 | 2.0 | 05 Sales Process | Review and analysis of bid |
| Prager, David | Managing Director | 5/2/2016 | 0.5 | 05 Sales Process | Discuss case with K. Bhavaraju |
| Prager, David | Managing Director | 5/2/2016 | 2.0 | 04 Plan Development | Analysis of recovery assumptions |
| Prager, David | Managing Director | 5/3/2016 | 1.0 | 01 Board/Director Communications | Board meeting |
| Prager, David | Managing Director | 5/3/2016 | 1.5 | 01 Board/Director Communications | Meetings with DDAs |
| Prager, David | Managing Director | 5/3/2016 | 2.5 | 05 Sales Process | Review of bid received; discuss with counsel |
| Prager, David | Managing Director | 5/3/2016 | 3.0 | 04 Plan Development | Review of plan and related board documents |
| Prager, David | Managing Director | 5/3/2016 | 3.0 | 10 General Case Matters/Other | Non-working travel (NY to Dallas) |
| Prager, David | Managing Director | 5/4/2016 | 1.5 | 01 Board/Director Communications | Board meeting |
| Prager, David | Managing Director | 5/4/2016 | 1.5 | 01 Board/Director Communications | Meetings with DDAs and review of board materials |
| Prager, David | Managing Director | 5/4/2016 | 0.2 | 04 Plan Development | Discuss case with K. Bhavaraju |
| Prager, David | Managing Director | 5/4/2016 | 5.0 | 10 General Case Matters/Other | Non-working travel (Dallas to NY) |
| Prager, David | Managing Director | 5/10/2016 | 1.5 | 04 Plan Development | Meetings with PIKs |
| Prager, David | Managing Director | 5/10/2016 | 1.0 | 04 Plan Development | Meeting with 2Ls |
| Prager, David | Managing Director | 5/10/2016 | 1.0 | 04 Plan Development | Meeting with Fidelity |
| Prager, David | Managing Director | 5/10/2016 | 1.0 | 04 Plan Development | Discuss plan with advisors |
| Prager, David | Managing Director | 5/10/2016 | 1.0 | 01 Board/Director Communications | Review of board materials |
| Prager, David | Managing Director | 5/10/2016 | 0.5 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 5/5/2016 | 1.5 | 04 Plan Development | Meeting with 2Ls |
| Prager, David | Managing Director | 5/5/2016 | 0.5 | 04 Plan Development | Meeting with Counsel re: Plan |
| Prager, David | Managing Director | 5/5/2016 | 1.0 | 04 Plan Development | Review plan related issues |
| Prager, David | Managing Director | 5/17/2016 | 0.5 | 04 Plan Development | Plan update emails |
| Prager, David | Managing Director | 5/18/2016 | 3.0 | 05 Sales Process | Review of bid and prepare analysis |
| Prager, David | Managing Director | 5/19/2016 | 0.8 | 04 Plan Development | DDA call |
| Prager, David | Managing Director | 5/19/2016 | 1.5 | 05 Sales Process | Review and reconcile Evercore bid analysis |
| Prager, David | Managing Director | 5/20/2016 | 0.8 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 5/20/2016 | 1.2 | 05 Sales Process | Oncor valuation discussion with K. Bhavaraju and D. Praga |
| Prager, David | Managing Director | 5/24/2016 | 0.5 | 04 Plan Development | Correspondence re: claims treatment and charging lien |
| Prager, David | Managing Director | 6/1/2016 | 0.5 | 05 Sales Process | Bid correspondence with counsel |
| Prager, David | Managing Director | 6/8/2016 | 1.5 | 05 Sales Process | Review of Oncor valuation; discuss with K. Bhavaraju and D. Praga |
| Prager, David | Managing Director | 6/7/2016 | 1.5 | 05 Sales Process | Review of Oncor valuation; discuss with K. Bhavaraju and D. Praga |
| Prager, David | Managing Director | 6/6/2016 | 2.0 | 05 Sales Process | Review of updated data room files |
| Prager, David | Managing Director | 6/3/2016 | 0.5 | 05 Sales Process | Sales process update |
| Prager, David | Managing Director | 6/2/2016 | 2.0 | 05 Sales Process | Sales process review and updates; review of Oncor valuation |
| Prager, David | Managing Director | 6/2/2016 | 0.5 | 01 Board/Director Communications | Review of board update materials |
| Prager, David | Managing Director | 6/10/2016 | 1.0 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 6/10/2016 | 0.5 | 01 Board/Director Communications | Review of Board materials |
| Prager, David | Managing Director | 6/9/2016 | 1.0 | 05 Sales Process | Review of Oncor valuation |
| Prager, David | Managing Director | 6/16/2016 | 1.0 | 05 Sales Process | Review of data room postings |
| Prager, David | Managing Director | 6/24/2016 | 1.0 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 6/24/2016 | 0.5 | 01 Board/Director Communications | Review of board materials |
| Prager, David | Managing Director | 6/28/2016 | 0.5 | 05 Sales Process | Review and analysis of Oncor bids |
| Prager, David | Managing Director | 6/29/2016 | 1.0 | 01 Board/Director Communications | Call with C. Cremens and counsel |
| Prager, David | Managing Director | 6/29/2016 | 0.5 | 05 Sales Process | Meeting with team re: valuation issues |
| Prager, David | Managing Director | 7/19/2016 | 0.1 | 05 Sales Process | Discuss sales process update with R. Levin |
| Prager, David | Managing Director | 7/19/2016 | 0.5 | 05 Sales Process | Call with R. Levin re: sales process |
| Prager, David | Managing Director | 7/22/2016 | 0.5 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 7/22/2016 | 0.5 | 01 Board/Director Communications | Review of board materials |
| Prager, David | Managing Director | 7/25/2016 | 0.5 | 01 Board/Director Communications | Correspondence with disinterested director FAs re: upcoming board meetings |
| Prager, David | Managing Director | 7/26/2016 | 1.5 | 01 Board/Director Communications | Review of board materials |
| Prager, David | Managing Director | 7/27/2016 | 1.5 | 01 Board/Director Communications | Review board materials |
| Prager, David | Managing Director | 7/27/2016 | 3.5 | 01 Board/Director Communications | Board meeting |
| Prager, David | Managing Director | 7/28/2016 | 4.0 | 01 Board/Director Communications | Board Call |
| Prager, David | Managing Director | 7/28/2016 | 1.0 | 05 Sales Process | Review Oncor valuation materials |
| Prager, David | Managing Director | 7/28/2016 | 0.5 | 01 Board/Director Communications | Call with C. Cremens re: approval of Oncor sale |
| Prager, David | Managing Director | 7/29/2016 | 1.0 | 05 Sales Process | Review NextEra bid materials; discuss with D. Praga |
| Prager, David | Managing Director | 8/11/2016 | 1.0 | 04 Plan Development | Review plan and merger disclosures |
| Prager, David | Managing Director | 8/26/2016 | 1.0 | 04 Plan Development | Monitor case proress and filings |
| **Prager, David Total** | | | **74.1** | | |

| Name | Title | Date | Hours | Category | Description |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | Director | 5/2/2016 | 2.6 | 04 Plan Development | Review updated term sheet from bidder and discuss terms with D. Prager |
| Bhavaraju, Karthik | Director | 5/2/2016 | 0.5 | 04 Plan Development | Discuss updated assumptions respecting cash and debt at Oncor and EFH with D. Prager and D. Praga |
| Bhavaraju, Karthik | Director | 5/2/2016 | 1.1 | 04 Plan Development | Check new bid analysis prepared by D. Prager |
| Bhavaraju, Karthik | Director | 5/4/2016 | 0.7 | 10 General Case Matters/Other | General case administration |
| Bhavaraju, Karthik | Director | 5/5/2016 | 1.0 | 04 Plan Development | Conference call with certain EFIH investors, R. Levin, D. Prager and P. Gelston |
| Bhavaraju, Karthik | Director | 5/13/2016 | 1.0 | 04 Plan Development | Discuss valuation issues with D. Praga |
| Bhavaraju, Karthik | Director | 5/13/2016 | 0.6 | 04 Plan Development | Review valuation draft prepared by D. Praga |
| Bhavaraju, Karthik | Director | 5/12/2016 | 0.5 | 10 General Case Matters/Other | General case administration |
| Bhavaraju, Karthik | Director | 5/11/2016 | 1.0 | 04 Plan Development | Discuss valuation issues with D. Praga |
| Bhavaraju, Karthik | Director | 5/10/2016 | 2.0 | 04 Plan Development | Meeting with EFIH PIK notes holders, their counsel, R. Levin, P. Gelston, D. Prager and D. Praga |
| Bhavaraju, Karthik | Director | 5/10/2016 | 2.0 | 04 Plan Development | Meeting with EFIH 2L notes holders, their counsel, R. Levin, P. Gelston, D. Prager and D. Praga |
| Bhavaraju, Karthik | Director | 5/10/2016 | 2.0 | 04 Plan Development | Meetings with debtors' counsel, Evercore and other interested parties |
| Bhavaraju, Karthik | Director | 5/10/2016 | 1.0 | 04 Plan Development | Review board materials including plan documents |
| Bhavaraju, Karthik | Director | 5/10/2016 | 0.6 | 04 Plan Development | Conference call with C. Cremens, R. Levin, D. Prager, D. Praga and P. Gelston |
| Bhavaraju, Karthik | Director | 5/10/2016 | 1.0 | 04 Plan Development | Review dataroom for updated information respecting Oncor projections |
| Bhavaraju, Karthik | Director | 5/9/2016 | 1.3 | 04 Plan Development | Review certain Evercore materials related to Oncor and EFIH respecting cash and debt |
| Bhavaraju, Karthik | Director | 5/17/2016 | 2.4 | 04 Plan Development | Check certain company financial information used to prepare Oncor valuation |
| Bhavaraju, Karthik | Director | 5/18/2016 | 2.5 | 04 Plan Development | Review revised bid letter and discuss related analysis with D. Prager |
| Bhavaraju, Karthik | Director | 5/18/2016 | 0.8 | 04 Plan Development | Review draft Oncor valuation analysis prepared by D. Praga |
| Bhavaraju, Karthik | Director | 5/18/2016 | 0.8 | 04 Plan Development | Review certain supporting information for bid comparison analysis prepared by D. Prager |
| Bhavaraju, Karthik | Director | 5/19/2016 | 3.0 | 04 Plan Development | Review revised bid comparison analysis, related assumptions and other anayses prepared by Evercore |
| Bhavaraju, Karthik | Director | 5/19/2016 | 0.7 | 04 Plan Development | Conference call with certain EFH advisors and counsel to discuss bankrutpcy process and strategy |
| Bhavaraju, Karthik | Director | 5/19/2016 | 1.5 | 04 Plan Development | Discuss Oncor valuation with D. Prager and D. Praga |
| Bhavaraju, Karthik | Director | 5/19/2016 | 1.3 | 04 Plan Development | Final review of Oncor valuation model and related presentation before discussion with D. Prager |
| Bhavaraju, Karthik | Director | 5/20/2016 | 1.0 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 5/20/2016 | 0.5 | 10 General Case Matters/Other | General case administration |
| Bhavaraju, Karthik | Director | 5/20/2016 | 1.3 | 04 Plan Development | Discuss proposed changes and related followup to Oncor valuation with D. Praga |
| Bhavaraju, Karthik | Director | 5/24/2016 | 0.3 | 04 Plan Development | Review certain information related to debt amounts at EFIH and Oncor |
| Bhavaraju, Karthik | Director | 5/24/2016 | 0.4 | 04 Plan Development | Review updates to Oncor valuation model prepared by D. Praga |
| Bhavaraju, Karthik | Director | 5/25/2016 | 1.5 | 04 Plan Development | Review updates to Oncor valuation model prepared by D. Praga |
| Bhavaraju, Karthik | Director | 5/26/2016 | 0.8 | 04 Plan Development | Review modeling changes made by D. Praga to Oncor valuation model |
| Bhavaraju, Karthik | Director | 5/31/2016 | 1.1 | 04 Plan Development | Review information related to recent Great Plains-Westar merger for possible inclusion as transaction comparable |
| Bhavaraju, Karthik | Director | 5/31/2016 | 1.5 | 10 General Case Matters/Other | General case administration |
| Bhavaraju, Karthik | Director | 6/1/2016 | 2.5 | 05 Sales Process | Review Oncor valuation presentation draft and discuss key issues and updates |
| Bhavaraju, Karthik | Director | 6/1/2016 | 1.0 | 05 Sales Process | Research 704 c tax issues and review EFIH financial statements |
| Bhavaraju, Karthik | Director | 6/1/2016 | 0.5 | 05 Sales Process | Discuss certain valuation issues related to Oncor valuation with D. Praga |
| Bhavaraju, Karthik | Director | 6/2/2016 | 0.4 | 05 Sales Process | Discuss updates to Oncor valuation based on changes to certain key assumptions including net debt and cash with D. Praga |
| Bhavaraju, Karthik | Director | 6/2/2016 | 1.5 | 05 Sales Process | Meeting with D. Prager and D. Praga to review Oncor valuation draft |
| Bhavaraju, Karthik | Director | 6/3/2016 | 1.5 | 05 Sales Process | Research alternatives for equity risk premium in valuations and court opinions about the same |
| Bhavaraju, Karthik | Director | 6/3/2016 | 2.0 | 05 Sales Process | Review certain updated financial information respecting Oncor added to the data room |
| Bhavaraju, Karthik | Director | 6/3/2016 | 1.0 | 05 Sales Process | Discuss updates to Oncor valuation with D. Praga based on new information and feedback from D. Prager |
| Bhavaraju, Karthik | Director | 6/6/2016 | 1.0 | 05 Sales Process | Review certain information related to updated bids from interested parties |
| Bhavaraju, Karthik | Director | 6/6/2016 | 1.3 | 05 Sales Process | Check and discuss updates to Oncor valuation with D. Praga |
| Bhavaraju, Karthik | Director | 6/7/2016 | 1.3 | 05 Sales Process | Meeting with D. Prager and D. Praga to review updated Oncor valuation analysis |
| Bhavaraju, Karthik | Director | 6/7/2016 | 1.5 | 05 Sales Process | Review and discuss updates to Oncor Valuation analysis with D. Praga |
| Bhavaraju, Karthik | Director | 6/8/2016 | 1.4 | 05 Sales Process | Review dataroom, and EFIH and Oncor financial statements for information on certain regulatory assets, debt and other balance sheet information |
| Bhavaraju, Karthik | Director | 6/10/2016 | 2.7 | 05 Sales Process | Review updated financial model from Oncor posted to dataroom; discuss information with D. Praga |
| Bhavaraju, Karthik | Director | 6/10/2016 | 1.1 | 05 Sales Process | Check updates to financial projections used in Oncor valuation based on updated financial projections from Oncor |
| Bhavaraju, Karthik | Director | 6/10/2016 | 1.0 | 01 Board/Director Communications | Joint board call |
| Bhavaraju, Karthik | Director | 6/10/2016 | 0.7 | 01 Board/Director Communications | Review restructuring materials posted for discussion on joint board call |
| Bhavaraju, Karthik | Director | 6/13/2016 | 2.3 | 05 Sales Process | Review updated materials in the dataroom related Oncor financial projections |
| Bhavaraju, Karthik | Director | 6/14/2016 | 1.6 | 05 Sales Process | Check updates to Oncor projections included in the draft valuation prepared by D. Praga |
| Bhavaraju, Karthik | Director | 6/14/2016 | 1.1 | 05 Sales Process | Research certain issues related to tax allocation across partnerships in connection with valuation of Oncor |
| Bhavaraju, Karthik | Director | 6/15/2016 | 1.5 | 05 Sales Process | Check Oncor projection updates in data room and review related assumptions in the draft Oncor valuation prepared by D. Praga |
| Bhavaraju, Karthik | Director | 6/16/2016 | 1.2 | 05 Sales Process | Meeting with D. Prager and D. Praga to review draft Oncor valuation |
| Bhavaraju, Karthik | Director | 6/16/2016 | 1.0 | 05 Sales Process | Final review of Oncor valuation draft before discussion with D. Prager |
| Bhavaraju, Karthik | Director | 6/20/2016 | 3.5 | 05 Sales Process | Discuss dividend payments made by Oncor in 2015 with D. Praga; review historical dividend payments to assess abnormal payments in 2015 |
| Bhavaraju, Karthik | Director | 6/20/2016 | 1.5 | 05 Sales Process | Review Oncor financial models to assess unfunded pension and OPEB budgeting and forecasting |
| Bhavaraju, Karthik | Director | 6/21/2016 | 1.5 | 05 Sales Process | Review and discuss updates to Oncor financial projections with D. Praga |
| Bhavaraju, Karthik | Director | 6/21/2016 | 1.0 | 05 Sales Process | Review recent proposals from certain bidders for Oncor |
| Bhavaraju, Karthik | Director | 6/24/2016 | 1.0 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 6/24/2016 | 0.6 | 01 Board/Director Communications | Review board materials related to the restructuring in preparation for board call |
| Bhavaraju, Karthik | Director | 6/28/2016 | 2.0 | 05 Sales Process | Review draft Oncor valuation report prepared by D. Praga |
| Bhavaraju, Karthik | Director | 6/29/2016 | 0.7 | 05 Sales Process | Conference call with C. Cremens, R. Levin, P. Gelston, D. Prager and D. Praga to review EFIH sale process |
| Bhavaraju, Karthik | Director | 6/29/2016 | 1.0 | 05 Sales Process | Review Oncor valuation analysis draft prepared by D. Praga |
| Bhavaraju, Karthik | Director | 6/29/2016 | 0.4 | 05 Sales Process | Review recent proposals from interested parties for Oncor acquisition |
| Bhavaraju, Karthik | Director | 7/14/2016 | 2.0 | 05 Sales Process | Review certain financial models and related information received from data room to assess certain updated normalized dividend calculations |
| Bhavaraju, Karthik | Director | 7/14/2016 | 1.0 | 04 Plan Development | EFH docket review for updated key dates and other plan related filings |
| Bhavaraju, Karthik | Director | 7/14/2016 | 0.5 | 05 Sales Process | Discuss certain changes to valuation analysis with D. Praga |
| Bhavaraju, Karthik | Director | 7/18/2016 | 1.2 | 05 Sales Process | Review recent filings and other dataroom information for case status and updates on sale process and relevant drivers |
| Bhavaraju, Karthik | Director | 7/20/2016 | 1.0 | 05 Sales Process | Discuss certain valuation issues with D. Praga related to comparable company analysis |
| Bhavaraju, Karthik | Director | 7/28/2016 | 1.0 | 01 Board/Director Communications | EFH joint board call re: recent M&A proposals for Oncor |
| Bhavaraju, Karthik | Director | 7/28/2016 | 0.6 | 05 Sales Process | Discuss Oncor valuation issues with D. Prager and D. Praga |
| Bhavaraju, Karthik | Director | 7/28/2016 | 0.5 | 01 Board/Director Communications | Review board materials respecting recent proposals for Oncor sale |
| **Bhavaraju, Karthik Total** | | | **92.4** | | |

| Name | Title | Date | Hours | Category | Description |
|---|---|---|---|---|---|
| Praga, Deborah | Analyst | 5/2/2016 | 1.4 | 05 Sales Process | Searching for and reviewing Committee Settlement and description in DS |
| Praga, Deborah | Analyst | 5/2/2016 | 0.5 | 05 Sales Process | Review of NextEra bid |
| Praga, Deborah | Analyst | 5/2/2016 | 2.1 | 05 Sales Process | QC of NextEra bid analysis |
| Praga, Deborah | Analyst | 5/5/2016 | 1.0 | 05 Sales Process | Call with advisors |
| Praga, Deborah | Analyst | 5/10/2016 | 0.8 | 05 Sales Process | Searching for Oncor revised projections |
| Praga, Deborah | Analyst | 5/10/2016 | 0.5 | 01 Board/Director Communications | Board call |
| Praga, Deborah | Analyst | 5/11/2016 | 0.6 | 05 Sales Process | Meetings with K. Bhavaraju to discuss Evercore deck and Oncor projections |
| Praga, Deborah | Analyst | 5/11/2016 | 0.8 | 05 Sales Process | Review of Evercore deck and searching for updated Onor projections |
| Praga, Deborah | Analyst | 5/13/2016 | 0.7 | 05 Sales Process | Review of Evercore deck and updated Oncor projections |
| Praga, Deborah | Analyst | 5/15/2016 | 2.1 | 05 Sales Process | Research for Oncor Valuation update |
| Praga, Deborah | Analyst | 5/15/2016 | 3.4 | 05 Sales Process | Updating Oncor Valuation |
| Praga, Deborah | Analyst | 5/15/2016 | 1.1 | 05 Sales Process | Review of Evercore deck and updated Oncor projections |
| Praga, Deborah | Analyst | 5/17/2016 | 0.2 | 05 Sales Process | Call with K. Bhavaraju regarding Oncor valuation |
| Praga, Deborah | Analyst | 5/17/2016 | 3.1 | 05 Sales Process | Revisions to Oncor valuation and research |
| Praga, Deborah | Analyst | 5/18/2016 | 0.9 | 05 Sales Process | QC of Oncor valuation |
| Praga, Deborah | Analyst | 5/18/2016 | 2.2 | 05 Sales Process | Meetings with K. Bhavaraju regarding Oncor valuation |
| Praga, Deborah | Analyst | 5/18/2016 | 3.4 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 5/19/2016 | 0.4 | 05 Sales Process | Review of revised bid |
| Praga, Deborah | Analyst | 5/19/2016 | 0.5 | 05 Sales Process | Call with advisors |
| Praga, Deborah | Analyst | 5/19/2016 | 0.8 | 05 Sales Process | Reconciliation of Evercore cash and debt from various presentations |
| Praga, Deborah | Analyst | 5/19/2016 | 1.0 | 05 Sales Process | Bid analysis QC |
| Praga, Deborah | Analyst | 5/20/2016 | 0.8 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 5/20/2016 | 0.7 | 05 Sales Process | Meetings with K. Bhavaraju regarding Oncor valuation |
| Praga, Deborah | Analyst | 5/20/2016 | 1.2 | 05 Sales Process | Meeting with D. Prager and K. Bhavaraju regarding revisions to valuation |
| Praga, Deborah | Analyst | 5/20/2016 | 0.9 | 01 Board/Director Communications | Board call |
| Praga, Deborah | Analyst | 5/21/2016 | 0.7 | 05 Sales Process | Searching Intralinks for documents |
| Praga, Deborah | Analyst | 5/21/2016 | 2.1 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 5/23/2016 | 3.5 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 5/24/2016 | 3.1 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 5/24/2016 | 0.7 | 05 Sales Process | Meeting with K. Bhavaraju to discuss valuation |
| Praga, Deborah | Analyst | 5/31/2016 | 1.7 | 05 Sales Process | Westar Energy research and updating valuation |
| Praga, Deborah | Analyst | 6/1/2016 | 3.1 | 05 Sales Process | Updating Oncor valuation |
| Praga, Deborah | Analyst | 6/1/2016 | 0.7 | 05 Sales Process | Research for Oncor valuation upate |
| Praga, Deborah | Analyst | 6/2/2016 | 0.7 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 6/2/2016 | 3.1 | 05 Sales Process | Meetings with K. Bhavaraju regarding valuation |
| Praga, Deborah | Analyst | 6/2/2016 | 1.1 | 05 Sales Process | Section 704( c ) research |
| Praga, Deborah | Analyst | 6/2/2016 | 1.6 | 05 Sales Process | Meeting with D. Prager and K. Bhavaraju to discuss valuation |
| Praga, Deborah | Analyst | 6/3/2016 | 1.5 | 05 Sales Process | Meetings with K. Bhavaraju regarding valuation |
| Praga, Deborah | Analyst | 6/3/2016 | 2.1 | 05 Sales Process | Review of new Oncor financial projections posted |
| Praga, Deborah | Analyst | 6/3/2016 | 3.1 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 6/3/2016 | 3.0 | 05 Sales Process | Updating valuation for new numbers |
| Praga, Deborah | Analyst | 6/3/2016 | 0.3 | 05 Sales Process | Ibbotson handbook research on risk premium |
| Praga, Deborah | Analyst | 6/3/2016 | 0.4 | 05 Sales Process | Meeting with D. Prager re: valuation |
| Praga, Deborah | Analyst | 6/3/2016 | 1.0 | 05 Sales Process | Bloomberg research regarding BETA function |
| Praga, Deborah | Analyst | 6/5/2016 | 4.1 | 05 Sales Process | Research and revisions to Oncor valuation |
| Praga, Deborah | Analyst | 6/6/2016 | 0.8 | 05 Sales Process | Meetings with K. Bhavaraju regarding valuation |
| Praga, Deborah | Analyst | 6/6/2016 | 0.4 | 05 Sales Process | Downloading new diligence documents posted to Intralinks |
| Praga, Deborah | Analyst | 6/6/2016 | 3.7 | 05 Sales Process | Revisions to valuation |
| Praga, Deborah | Analyst | 6/7/2016 | 2.5 | 05 Sales Process | Meeting with D. Prager and K. Bhavaraju regarding valuation |
| Praga, Deborah | Analyst | 6/7/2016 | 1.4 | 05 Sales Process | Meetings with K. Bhavaraju regarding valuation |
| Praga, Deborah | Analyst | 6/7/2016 | 3.1 | 05 Sales Process | Revisions to valuation |
| Praga, Deborah | Analyst | 6/8/2016 | 4.1 | 05 Sales Process | Revisions to valuation |
| Praga, Deborah | Analyst | 6/8/2016 | 0.7 | 05 Sales Process | Researching betas on Bloomberg re: WACC calculation |
| Praga, Deborah | Analyst | 6/8/2016 | 1.0 | 05 Sales Process | Meeting with D. Prager and K. Bhavaraju regarding valuation |
| Praga, Deborah | Analyst | 6/9/2016 | 2.4 | 05 Sales Process | Revisions to valuation |
| Praga, Deborah | Analyst | 6/9/2016 | 0.3 | 05 Sales Process | Meeting with K. Bhavaraju regarding valuation |
| Praga, Deborah | Analyst | 6/9/2016 | 1.0 | 05 Sales Process | Transaction comp research |
| Praga, Deborah | Analyst | 6/10/2016 | 0.3 | 01 Board/Director Communications | Reviewing board materials from board vantage |
| Praga, Deborah | Analyst | 6/10/2016 | 1.0 | 01 Board/Director Communications | Board call |
| Praga, Deborah | Analyst | 6/10/2016 | 0.3 | 05 Sales Process | Meeting with K. Bhavaraju regarding valuation |
| Praga, Deborah | Analyst | 6/13/2016 | 6.2 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 6/13/2016 | 2.7 | 05 Sales Process | Meetings with K. Bhavaraju to discuss valuation |
| Praga, Deborah | Analyst | 6/13/2016 | 1.2 | 05 Sales Process | Review of revised Oncor projections |
| Praga, Deborah | Analyst | 6/13/2016 | 0.6 | 05 Sales Process | Review of documents posted to Intralinks |
| Praga, Deborah | Analyst | 6/14/2016 | 0.8 | 05 Sales Process | Review of documents posted to Intralinks |
| Praga, Deborah | Analyst | 6/14/2016 | 2.8 | 05 Sales Process | Meetings with K. Bhavaraju to discuss valuation |
| Praga, Deborah | Analyst | 6/14/2016 | 5.2 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 6/14/2016 | 0.8 | 05 Sales Process | Research on transaction comps |
| Praga, Deborah | Analyst | 6/15/2016 | 5.8 | 05 Sales Process | Updating valuation and reviewing new projections |
| Praga, Deborah | Analyst | 6/15/2016 | 1.7 | 05 Sales Process | Meetings with K. Bhavaraju to discuss valuation |
| Praga, Deborah | Analyst | 6/16/2016 | 0.9 | 05 Sales Process | Meeting with D. Prager and K. Bhavaraju regarding valuation |
| Praga, Deborah | Analyst | 6/16/2016 | 3.4 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 6/17/2016 | 1.7 | 05 Sales Process | Revisions to Oncor valuation |
| Praga, Deborah | Analyst | 6/20/2016 | 3.6 | 05 Sales Process | Updating Oncor valuation |
| Praga, Deborah | Analyst | 6/20/2016 | 3.6 | 05 Sales Process | Review of Oncor projections model |
| Praga, Deborah | Analyst | 6/20/2016 | 0.4 | 05 Sales Process | Meeting with K. Bhavaraju to discuss Oncor projections |
| Praga, Deborah | Analyst | 6/21/2016 | 1.0 | 05 Sales Process | Updating Oncor valuation |
| Praga, Deborah | Analyst | 6/21/2016 | 1.6 | 05 Sales Process | Review of Oncor valuation model |
| Praga, Deborah | Analyst | 6/21/2016 | 3.1 | 05 Sales Process | Review of Oncor projections model |
| Praga, Deborah | Analyst | 6/21/2016 | 0.4 | 05 Sales Process | Review of new documents posted on Intralinks |
| Praga, Deborah | Analyst | 6/21/2016 | 0.4 | 05 Sales Process | Review of rating agency reports posted on Intralinks |
| Praga, Deborah | Analyst | 6/22/2016 | 0.7 | 05 Sales Process | Updating Oncor valuation |
| Praga, Deborah | Analyst | 6/22/2016 | 1.1 | 05 Sales Process | Meetings with K. Bhavaraju to discuss model |
| Praga, Deborah | Analyst | 6/22/2016 | 0.8 | 05 Sales Process | Review of rating agency reports posted on Intralinks |
| Praga, Deborah | Analyst | 6/22/2016 | 3.1 | 05 Sales Process | Analysis of dividends and free cash flow in projection model |
| Praga, Deborah | Analyst | 6/22/2016 | 1.1 | 05 Sales Process | Analysis of 704( c ) calculation |
| Praga, Deborah | Analyst | 6/23/2016 | 1.2 | 05 Sales Process | Updating Oncor valuation |
| Praga, Deborah | Analyst | 6/23/2016 | 0.4 | 05 Sales Process | Review of new documents posted on Intralinks |
| Praga, Deborah | Analyst | 6/23/2016 | 3.1 | 05 Sales Process | Review of Oncor projections model |
| Praga, Deborah | Analyst | 6/23/2016 | 1.7 | 05 Sales Process | Meetings with K. Bhavaraju to discuss model |
| Praga, Deborah | Analyst | 6/24/2016 | 1.3 | 05 Sales Process | Updating Oncor valuation |
| Praga, Deborah | Analyst | 6/24/2016 | 0.8 | 01 Board/Director Communications | Board call |
| Praga, Deborah | Analyst | 6/27/2016 | 2.6 | 05 Sales Process | Revisions and updates to Oncor valuation model |
| Praga, Deborah | Analyst | 6/27/2016 | 0.4 | 05 Sales Process | Review of new documents posted to Intralinks |
| Praga, Deborah | Analyst | 6/27/2016 | 1.2 | 05 Sales Process | Research on section 704( c ) e: value implications |
| Praga, Deborah | Analyst | 6/28/2016 | 3.1 | 05 Sales Process | Revisions and updates to Oncor valuation model |
| Praga, Deborah | Analyst | 6/28/2016 | 0.3 | 05 Sales Process | Searching Intralinks for TTI IRR calculation document |
| Praga, Deborah | Analyst | 6/28/2016 | 1.1 | 05 Sales Process | Reviewing TTI IRR calculation document |

| | | | | | | |
|---|---|---|---|---|---|---|
| Praga, Deborah | Analyst | 6/29/2016 | 0.5 | 05 Sales Process | | Call with C. Cremens, R. Levin, P. Gelston, D. Prager, K. Bhavaraju to discuss status |
| Praga, Deborah | Analyst | 6/29/2016 | 1.0 | 05 Sales Process | | Meeting with D. Prager and K. Bhavaraju to discuss valuation, TTI IRR calculation and status |
| Praga, Deborah | Analyst | 6/29/2016 | 0.3 | 05 Sales Process | | Meeting with K. Bhavaraju to discuss changes to model |
| Praga, Deborah | Analyst | 6/29/2016 | 2.8 | 05 Sales Process | | Revisions and updates to Oncor valuation model |
| Praga, Deborah | Analyst | 6/30/2016 | 2.4 | 05 Sales Process | | Revisions and updates to Oncor valuation model |
| Praga, Deborah | Analyst | 6/30/2016 | 1.3 | 05 Sales Process | | Research on Oncor developments |
| Praga, Deborah | Analyst | 6/30/2016 | 0.3 | 05 Sales Process | | Review of new documents posted to Intralinks |
| Praga, Deborah | Analyst | 7/1/2016 | 0.9 | 05 Sales Process | | Revisions and updates to Oncor valuation model |
| Praga, Deborah | Analyst | 7/5/2016 | 2.2 | 05 Sales Process | | Updates to Oncor valuation |
| Praga, Deborah | Analyst | 7/5/2016 | 0.3 | 05 Sales Process | | Reviewing new documents posted to Intralinks |
| Praga, Deborah | Analyst | 7/5/2016 | 1.0 | 05 Sales Process | | Reading about TECO re: valuation implications |
| Praga, Deborah | Analyst | 7/6/2016 | 1.8 | 05 Sales Process | | Updates to Oncor valuation |
| Praga, Deborah | Analyst | 7/7/2016 | 1.5 | 05 Sales Process | | Updates to Oncor valuation |
| Praga, Deborah | Analyst | 7/11/2016 | 2.6 | 05 Sales Process | | Updating valuation model |
| Praga, Deborah | Analyst | 7/11/2016 | 0.7 | 05 Sales Process | | Reviewing documents posted on Intralinks |
| Praga, Deborah | Analyst | 7/12/2016 | 2.1 | 05 Sales Process | | Updating valuation model |
| Praga, Deborah | Analyst | 7/13/2016 | 2.4 | 05 Sales Process | | Updating valuation model |
| Praga, Deborah | Analyst | 7/18/2016 | 2.7 | 05 Sales Process | | Updating Oncor valuation model |
| Praga, Deborah | Analyst | 7/18/2016 | 0.4 | 05 Sales Process | | Meeting with K. Bhavaraju to discuss dividend calculation |
| Praga, Deborah | Analyst | 7/19/2016 | 0.3 | 05 Sales Process | | Meeting with K. Bhavaraju to discuss dividend calculation |
| Praga, Deborah | Analyst | 7/19/2016 | 1.3 | 05 Sales Process | | Oncor valuation updates |
| Praga, Deborah | Analyst | 7/20/2016 | 1.7 | 05 Sales Process | | Oncor valuation updates |
| Praga, Deborah | Analyst | 7/20/2016 | 0.7 | 05 Sales Process | | Researching Hawaiian Electric/NextEra failed deal |
| Praga, Deborah | Analyst | 7/22/2016 | 1.1 | 01 Board/Director Communications | | Board call |
| Praga, Deborah | Analyst | 7/25/2016 | 1.0 | 05 Sales Process | | Updating Oncor valuation model |
| Praga, Deborah | Analyst | 7/26/2016 | 2.4 | 05 Sales Process | | Updating Oncor valuation model |
| Praga, Deborah | Analyst | 7/27/2016 | 1.5 | 05 Sales Process | | Updating Oncor valuation model |
| Praga, Deborah | Analyst | 7/28/2016 | 3.2 | 05 Sales Process | | Updating Oncor valuation model |
| Praga, Deborah | Analyst | 7/28/2016 | 0.5 | 05 Sales Process | | Call with C. Cremens, P. Gelston and R. Davis regarding M&A updates |
| Praga, Deborah | Analyst | 7/28/2016 | 1.0 | 05 Sales Process | | Meeting with D. Prager to discuss to-dos |
| Praga, Deborah | Analyst | 7/29/2016 | 1.8 | 01 Board/Director Communications | | Board call |
| Praga, Deborah | Analyst | 8/29/2016 | 2.1 | 05 Sales Process | | Review of disclosure statement |
| **Praga, Deborah Total** | | | **209.4** | | | |
| **Grand Total** | | | **378.0** | | | |