### EXHIBIT F--DETAIL OF EXPENSES INCURRED

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Meals | 4/19/2016 | Prager, David | 27.88 | D. Prager - Jet Rock Bar - Food for Trip |
| Meals | 4/19/2016 | Prager, David | 10.74 | D. Prager - Hudson News - Food for Trip |
| Meals | 5/2/2016 | Bhavaraju, Karthik | 24.15 | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1725981638 - K. Bhavaraju |
| Meals | 5/3/2016 | Bhavaraju, Karthik | 23.99 | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1724738845 - K. Bhavaraju |
| Meals | 5/2/2016 | Praga, Deborah | 23.81 | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1724329081 - D. Praga |
| Meals | 5/2/2016 | Prager, David | 24.15 | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1724370965 - D. Prager |
| Meals | 5/11/2016 | Praga, Deborah | 23.91 | SeamlessWeb - Inv # 2392833 - Working Dinner - Ref # 1727200689 - D. Praga |
| Meals | 5/15/2016 | Praga, Deborah | 13.08 | SeamlessWeb - Inv # 2392833 - Weekend Lunch - Ref # 1727954688 - D. Praga |
| Meals | 5/15/2016 | Praga, Deborah | 20.53 | SeamlessWeb - Inv # 2392833 - Weekend Dinner - Ref # 1727980244 - D. Praga |
| Meals | 5/21/2016 | Praga, Deborah | 15.65 | SeamlessWeb - Inv. # 2397922 - Weekend Lunch - Ref # 1729881219 - D. Praga |
| Meals | 5/17/2016 | Praga, Deborah | 21.76 | SeamlessWeb - Inv. # 2397922 - Working Dinner - Ref # 1728765620 - D. Praga |
| Meals | 5/20/2016 | Praga, Deborah | 18.72 | SeamlessWeb - Inv. # 2397922 - Working Dinner - Ref # 1729821395 - D. Praga |
| Meals | 6/5/2016 | Praga, Deborah | 21.70 | SeamlessWeb - Inv # 2407794 - Weekend Dinner - Ref # 1733381063 - D. Praga |
| Meals | 6/1/2016 | Praga, Deborah | 24.11 | SeamlessWeb - Inv # 2407794 - Working Dinner - Ref # 1732585269 - D. Praga |
| Meals | 6/3/2016 | Praga, Deborah | 17.52 | SeamlessWeb - Inv # 2407794 - Working Dinner - Ref # 1733273783 - D. Praga |
| Meals | 6/6/2016 | Praga, Deborah | 24.11 | SeamlessWeb - Inv # 2412738 - Working Dinner - Ref # 1733743824 - D. Praga |
| Meals | 6/8/2016 | Praga, Deborah | 24.15 | SeamlessWeb - Inv # 2412738 - Working Dinner - Ref # 1734579759 - D. Praga |
| Meals | 5/4/2016 | Prager, David | 38.56 | D. Prager -- Cafe Fino - Dinner |
| Meals | 5/4/2016 | Prager, David | 10.99 | D. Prager - Hudson News - Food while traveling |
| Meals | 5/4/2016 | Prager, David | 27.66 | D. Prager - Jet Rock Bar & Grill - Food while traveling |
| Meals | 5/3/2016 | Prager, David | 2.00 | D. Prager - 7 Eleven - Food for traveling |
| Meals | 5/3/2016 | Prager, David | 6.91 | D. Prager - 7 Eleven - Food for traveling |
| Meals | 6/13/2016 | Bhavaraju, Karthik | 22.68 | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1735698287 - K. Bhavaraju |
| Meals | 6/15/2016 | Bhavaraju, Karthik | 14.62 | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1736546045 - K. Bhavaraju |
| Meals | 6/13/2016 | Praga, Deborah | 24.09 | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1735658603 - D. Praga |
| Meals | 6/14/2016 | Praga, Deborah | 22.68 | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1736155631 - D. Praga |
| Meals | 6/15/2016 | Praga, Deborah | 11.49 | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1736548806 - D. Praga |
| Meals | 6/22/2016 | Praga, Deborah | 15.44 | SeamlessWeb - Inv # 2420291 - Working Dinner - Ref # 1738657753 - D. Praga |
| Meals | 6/23/2016 | Praga, Deborah | 20.67 | SeamlessWeb - Inv # 2420291 - Working Dinner - Ref # 1738998041 - D. Praga |
| Meals | 6/29/2016 | Praga, Deborah | 24.04 | SeamlessWeb - Inv # 2429300 - Working Dinner - Ref # 1740668710 - D. Praga |
| Meals | 7/20/2016 | Praga, Deborah | 18.05 | SeamlessWeb - Inv # 2442873 - Working Dinner - Ref # 1746465949 - D. Praga |
| Meals | 7/28/2016 | Praga, Deborah | 24.12 | SeamlessWeb - Inv # 2456693 - Working Dinner - Ref # 1749075716 - D. Praga |
| **Meals Total** | | | **643.96** | |
| Photocopies | 5/31/2016 | | 49.21 | Photocopies for the period of May 1 through May 31, 2016 (703 pages at $0.07 per page) |
| Photocopies | 6/30/2016 | | 121.31 | Photocopies for the period of June 1 through June 30, 2016 (1,733 pages at $0.07 per page) |
| **Photocopies Total** | | | **170.52** | |
| Research | 4/30/2016 | | 752.80 | Thomson Reuters - Service Dates 4/1/16 - 4/30/16»AJ |
| Research | 4/30/2016 | | 207.10 | Capital IQ - research for the period 4/1 - 4/30 - Cap IQ discounted rate: retail rate per click would equal $1017.26 |
| Research | 5/31/2016 | | 105.69 | Capital IQ - research for the period 5/1 - 5/31 - Cap IQ discounted rate: retail rate per click would equal $278.36 |
| Research | 5/31/2016 | | 583.92 | Thomson Reuters - Service Dates 5/1/16 - 5/31/16 |
| Research | 6/30/2016 | | 211.23 | Capital IQ - research for the period 6/1 - 6/30 - Cap IQ discounted rate: retail rate per click would equal $2446.99 |
| Research | 6/30/2016 | | 13.60 | PACER - Inv # 2552207-Q22016 - 4/1/2016 - 6/30/2016 |
| Research | 7/31/2016 | | 100.00 | Capital IQ - research for the period 7/1 - 7/31 - Cap IQ discounted rate (per click rate would be $234.30) |
| **Research Total** | | | **1,974.34** | |
| Teleconference | 4/19/2016 | Prager, David | 36.95 | D. Prager - Gogoair.com - Inflight Internet |
| Teleconference | 5/25/2016 | | 30.96 | AT&T - actual service dates 4/26/15 through 5/25/15 |
| Teleconference | 5/3/2016 | Prager, David | 26.95 | D. Prager - Gogoair.com - In flight internet |
| Teleconference | 7/25/2016 | | 21.12 | AT&T - actual service dates 6/26/15 through 7/25/15 |
| **Teleconference Total** | | | **115.98** | |

| | | | | |
|---|---|---|---:|---|
| Travel | 4/14/2016 | Prager, David | 616.20 | D. Prager - Virgin America - LGA to DAL - Departure Date: 4/19/16 |
| Travel | 4/19/2016 | Prager, David | 44.81 | D. Prager - Philadelphia Taxi - Taxi from Home to LGA |
| Travel | 4/19/2016 | Prager, David | 45.41 | D. Prager - Philadelphia Taxi - Taxi from LGA to Home |
| Travel | 4/19/2016 | Prager, David | 28.80 | D. Prager - Demilew -  Taxi from Office to DAL |
| Travel | 4/19/2016 | Prager, David | 32.00 | D. Prager - Olympic Enterprise - Taxi from DAL to Office |
| Travel | 4/13/2016 | Prager, David | 20.16 | D. Prager - Way2Ride - Taxi to meeting at Jenner |
| Travel | 4/27/2016 | Praga, Deborah | 11.16 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 4/26/2016 | Praga, Deborah | 9.99 | D. Praga - RMT Management - Working Late - Taxi from GA Office to Home |
| Travel | 4/26/2016 | Bhavaraju, Karthik | 115.08 | PrimeTime - Inv. # 506791 - Working Late - Car from Office to Home - Ref # 520412 - K. Bhavaraju |
| Travel | 5/2/2016 | Bhavaraju, Karthik | 118.15 | PrimeTime - Inv # 4592601 - Working Late - Car from Office to Home - Ref # 520204 - K. Bhavaraju |
| Travel | 5/21/2016 | Praga, Deborah | 5.88 | D. Praga - NYC Taxi - Working Weekend - Taxi from GA Office to Home  Partial amount of $11.75 |
| Travel | 5/18/2016 | Praga, Deborah | 9.96 | D. Praga - JTL Management - Working Late - Taxi from GA Office to Home |
| Travel | 5/17/2016 | Praga, Deborah | 13.55 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 4/28/2016 | Praga, Deborah | 12.96 | D. Praga - JTL Management - Working Late - Taxi from GA Office to Home |
| Travel | 5/2/2016 | Praga, Deborah | 12.96 | D. Praga - RMT Management - Working Late - Taxi from GA Office to Home |
| Travel | 5/19/2016 | Bhavaraju, Karthik | 122.31 | PrimeTime - Inv # 4604791 - Working Late - Car from Office to Home - Ref # 517333 - K. Bhavaraju |
| Travel | 5/18/2016 | Bhavaraju, Karthik | 115.08 | PrimeTime - Inv # 4604791 - Working Late - Car from Office to Home - Ref # 520832 - K. Bhavaraju |
| Travel | 5/2/2016 | Prager, David | 502.10 | D. Prager -- American Airlines - DFW to LGA - Departure Date: 5/4/16 - one way |
| Travel | 5/2/2016 | Prager, David | 308.10 | D. Prager -- Virgin American - LGA to DAL - Departure Date: 5/3/16 - one way |
| Travel | 5/4/2016 | Prager, David | 316.40 | D. Prager -- Westin Dallas - Travel Date: 5/3/16 |
| Travel | 5/4/2016 | Prager, David | 44.81 | D.Prager - Way2 Ride Taxi -  Taxi from GA Office to LGA |
| Travel | 5/3/2016 | Prager, David | 43.01 | D. Prager - Way2 Ride Taxi -  Taxi from Home to :GA |
| Travel | 5/4/2016 | Prager, David | 18.02 | D. Prager - Uber - Taxi from Office to Lunch |
| Travel | 5/4/2016 | Prager, David | 31.30 | D. Prager - Uber - Taxi from Lunch to Airport |
| Travel | 5/3/2016 | Prager, David | 30.00 | D. Prager - Yellow .com - taxi from airport to client |
| Travel | 5/10/2016 | Prager, David | 22.56 | D. Prager  - Way2Ride -  Taxi while attending meeting by phone |
| Travel | 6/22/2016 | Praga, Deborah | 12.35 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/14/2016 | Praga, Deborah | 11.75 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/6/2016 | Praga, Deborah | 8.75 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/2/2016 | Praga, Deborah | 15.36 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/1/2016 | Praga, Deborah | 12.35 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/3/2016 | Praga, Deborah | 12.96 | D. Praga - Maug Y. Mon - Working Late - Taxi from GA Office to Home |
| Travel | 6/5/2016 | Praga, Deborah | 18.35 | D. Praga - NYC Taxi - Working Weekend - Taxi from Home to  GA Office |
| Travel | 6/5/2016 | Praga, Deborah | 11.16 | D. Praga - S&R Medalion -  Working Weekend - Taxi from GA Office to Home |
| **Travel Total** | | | **2,753.79** | |
| **Grand Total** | | | **5,658.59** | |