**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

**SUMMARY OF THE SIXTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP SEEKING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC.
FOR THE PERIOD FROM MAY 1, 2016 THROUGH AUGUST 31, 2016**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 12, 2015 *nunc pro tunc* to November 20, 2014 |
| Period for which compensation and reimbursement are sought: | May 1, 2016 through August 31, 2016 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $11,285.00 (100% of fees) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n): monthly  _X_ interim __final application

---

1       The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## SUMMARY OF FEES AND EXPENSES REQUESTED TO DATE FOR SERVICES PERFORMED BY ALIXPARTNERS LLP ON BEHALF OF THE COMMITTEE

| Date and Docket No. | Compensation Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | 20% Holdback | Approved |
|---|---|---|---|---|---|---|---|
| 01/26/2015 [Docket No. 3370] | 11/20/2014-11/30/2014 | $ 70,696.00 | $ 361.81 | $ 56,556.80 | $ 361.81 | $ 14,139.20 | yes |
| 02/05/2015 [Docket No. 3458] | 12/01/2014-12/31/2014 | $308,412.50 | $ 35,784.90 | $246,730.00 | $35,784.90 | $ 61,682.50 | yes |
| 02/26/2015 [Docket No. 3686] | 01/01/2015-01/31/2015 | $410,600.75 | $ 38,637.84 | $328,480.60 | $38,637.84 | $ 82,120.15 | yes |
| 03/24/2015 [Docket No. 3954] | 02/01/2015-02/28/2015 | $337,222.75 | $ 17,005.72 | $269,778.20 | $17,005.72 | $ 67,444.55 | yes |
| 04/22/2015 [Docket No. 4246] | 03/01/2015-03/31/2015 | $274,643.25 | $ 46,858.60 | $219,714.60 | $46,858.60 | $ 54,928.65 | yes |
| 05/22/2015 [Docket No. 4573] | 04/01/2015-04/30/2015 | $234,922.00 | $ 76,095.56 | $187,937.60 | $76,095.56 | $ 46,984.40 | yes |
| 6/22/2015 [Docket No. 4814] | 05/01/2015 -05/31/2015 | $ 75,366.00 | $ 35,486.96 | $ 60,292.80 | $35,486.96 | $ 15,073.20 | yes |
| 07/21/2015 [Docket No. 5058] | 06/01/2015 -06/30/2015 | $ 69,462.00 | $ 8.41 | $ 55,569.60 | $ 8.41 | $ 13,892.40 | yes |
| 08/24/2015 [Docket No. 5692] | 07/01/2015 -07/31/2015 | $ 61,433.00 | $ 29,225.85 | $ 49,146.40 | $29,225.85 | $ 12,286.60 | yes |
| 09/25/2015 [Docket No. 6185] | 08/01/2015 -08/31/2015 | $217,347.25 | $ 11,607.87 | $173,877.80 | $11,607.87 | $ 43,469.45 | yes |
| 10/21/2015 [Docket No. 6546] | 09/01/2015 -09/30/2015 | $360,246.00 | $ (217.80) | $287,979.00 | $ - | $ 72,049.20 | yes |
| 11/30/2015 [Docket No. 7171] | 10/01/2015 -10/31/2015 | $576,049.50 | $ 49,103.99 | $460,839.60 | $49,103.99 | $ 115,209.90 | yes |
| 1/19/2016 [Docket No. 7689] | 11/01/2015 -11/30/2015 | $178,044.00 | $ 4,354.32 | $142,435.20 | $ 4,354.32 | $ 35,608.80 | pending |
| 02/03/2016 [Docket No. 7779] | 12/01/2015 -12/31/2015 | $ 4,496.00 | $ 47,781.09 | $ 3,596.80 | $47,781.09 | $ 899.20 | pending |
| 03/08/2016 [Docket No. 7975] | 01/01/2016-01/31/2016 | $ 7,706.00 | $ - | $ 6,164.80 | $ - | $ 1,541.20 | pending |
| 03/23/2016 [Docket No. 8060] | 02/01/2016-02/29/2016 | $ 4,983.00 | $ - | $ 3,986.40 | $ - | $ 996.60 | pending |
| 04/22/2016 [Docket No. 8259] | 03/01/2016-03/31/2016 | $ 3,314.00 | $ - | $ 2,651.20 | $ - | $ 662.80 | pending |
| 05/23/2016 [Docket No. 8506] | 04/01/2016-04/30/2016 | $ 3,199.00 | $ - | $ 2,559.20 | $ - | $ 639.80 | pending |
| 06/22/2016 [Docket No. 8793] | 05/01/2016-05/31/2016 | $ 2,913.00 | $ - | $ 2,330.40 | $ - | $ 582.60 | pending |
| 07/27/2016 [Docket No. 9033] | 06/01/2016-06/30/2016 | $ 5,085.00 | $ - | pending | pending | $ 1,017.00 | pending |
| 08/24/2016 [Docket No. 9386] | 07/01/2016-07/31/2016 | $ 1,845.00 | $ - | pending | pending | $ 369.00 | pending |
| 09/27/2016 [Docket No. 9685] | 08/01/2016-08/31/2016 | $ 1,442.00 | $ - | pending | pending | $ 289.00 | pending |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY ALIXPARTNERS LLP
ON BEHALF OF THE COMMITTEE BY PROJECT CATEGORY FOR
THE COMPENSATION PERIOD
MAY 1, 2016 THROUGH AUGUST 31, 2016**

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 9021.00155 | Claims Analysis | 0.3 | $ 216.00 |
| 9021.00170 | Miscellaneous Motions | 0.6 | $ 432.00 |
| 9021.00190 | Committee Meetings | 5.0 | $ 4,818.00 |
| 9021.00197 | Fee Applications and Retention | 7.8 | $ 5,819.00 |
| **Total Fees Requested** | | **13.7** | **$ 11,285.00** |

**SUMMARY OF PROFESSIONAL FEES EARNED BY ALIXPARTNERS LLP ON
BEHALF OF THE COMMITTEE FOR THE COMPENSATION PERIOD
MAY 1, 2016 THROUGH AUGUST 31, 2016**

| Name of Professional | Description of Function | Hourly Rate   2016 | Total Hours | Total Compensation |
|---|---|---|---|---|
| Alan Holtz | Managing Director | $ 1,010.00 | 4.9 | $           4,949.00 |
| Adam Z. Hollerbach | Director | $    720.00 | 8.8 | $           6,336.00 |
| | | **Total:** | **13.7** | **$         11,285.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[2] | ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: January 31, 2107 at 4:00 p.m. |

**SIXTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP**
**SEEKING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS**
**CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH**
**FINANCE INC., AND EECI, INC.**
**FOR THE PERIOD FROM MAY 1, 2016 THROUGH AUGUST 31, 2016**

Pursuant to sections 328 and 1103 of title 11 of the United States Code, and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on September 16, 2014 [Docket No. 2066] (the "***Interim Compensation Order***"), and the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "***Fee Committee Order***"), AlixPartners, LLP ("***AlixPartners***"), Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. (the "***Committee***") in the above-captioned chapter 11 matter, hereby files its fifth interim fee application (the "***Fee Application***") seeking compensation for services rendered during the period of May 1, 2016 through August 31, 2016

---

2      The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(the "***Application Period***"). Specifically, AlixPartners seeks approval of $11,285.00 (representing 100% of fees earned) incurred during the Application Period. In support of its Fee Application, AlixPartners respectfully represents as follows:

## BACKGROUND

1.　　　On April 29, 2014 (the "***Petition Date***"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court, District of Delaware (the "***Chapter 11 Cases***").

2.　　　On October 27, 2014, the Office of the United States Trustee for the District of Delaware (the "***U.S. Trustee***") pursuant to section 1102 of the Bankruptcy Code, appointed the Committee to represent the interests of unsecured creditors[3] in these Chapter 11 Cases pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 2570]. The Committee is reconstituted from time to time. Currently, the following five parties serve as members of the Committee: (i) American Stock Transfer & Trust, Co., LLC, c/o Erica J. Goodstein; (ii) Brown & Zhou, LLC, c/o Belleair Aviation, LLC (attn.: Kurt Altman); (iii) Peter Tinkham; (iv) Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, c/o Kazan, McClain, Satterley & Greenwood, PLC, (attn.: Steven Kazan); (v) David William Fahy, c/o Early, Lucarelli, Sweeney & Meisenkothen, LLC (attn.: Ethan Early).

3.　　　On January 12, 2015, the Court entered an Order Authorizing the Committee to Employ and Retain AlixPartners as its Restructuring Advisor *Nunc Pro Tunc* to November 20, 2014 (the "***Retention Order***") [Docket No. 3242] in accordance with the terms and conditions of AlixPartners' Engagement Letter with the Committee (as referenced and defined in the Retention Order).

---

[3]　　　Composed of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc., and EECI, Inc., this committee represents the interests of the unsecured creditor of the aforementioned debtors and no others.

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### Summary of Monthly Statements

5.      Pursuant to the Engagement Letter, as approved and amended by the terms of the Retention Order, AlixPartners is entitled to compensation for fees earned in its role advising the Committee during the pendency of the Debtors' Chapter 11 Cases.

6.      This Fee Application and the description of services set forth herein are in compliance with the requirements of Del.Bankr.L.R. 2016-2, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Alan D. Holtz is attached hereto as **Exhibit 1.**

7.      AlixPartners seeks allowance pursuant to the Interim Compensation Order with respect to the sum of $11,285.00 as compensation for services rendered for the Application Period.

8.      All services for which compensation is requested by AlixPartners in this Fee Application were performed for or on behalf of the Committee. There is no agreement or understanding between AlixPartners and any other person for the sharing of compensation to be received for services rendered in these cases.

9.      Annexed hereto as **Exhibit 2** is AlixPartners' time detail for the Application Period.

### SUMMARY OF PROFESSIONAL SERVICES RENDERED

10.      During the Application Period, AlixPartners provided very limited services to the Committee. All services for which compensation is requested by AlixPartners were performed for or on behalf of the Committee.

11.     Services provided to the Committee for the Application Period included the following:

## A.  <u>CLAIMS ANALYSIS</u>

12.     During the Application Period, AlixPartners' services performed in connection with this category relate to review of the claims related to EFH Corporate Services. AlixPartners' work in this area involved the assessment of claims and the claims evaluation/reconciliation process, and was critical to the Committee because of the impact that the ultimate claim amounts have on unsecured creditor recoveries. AlixPartners seeks compensation for 0.3 hours of reasonable and necessary professional fees incurred for Claims Analysis in the total amount of $216.00.

## B.  <u>MISCELLANEOUS MOTIONS</u>

13.     During the Application Period, AlixPartners' services performed in connection with this category relate to review of a motion related to closing of certain bank accounts at Debtor entities.  AlixPartners seeks compensation for 0.6 hours of reasonable and necessary professional fees incurred for Miscellaneous Motions in the total amount of $432.00.

## C.  <u>COMMITTEE MEETINGS</u>

14.     During the Application Period, AlixPartners prepared for and attended telephonic meetings with the Committee. AlixPartners' participation in these meetings was important because AlixPartners' personnel shared information and advice based on the work it performed for the Committee, gained the insights of work performed by other Committee professionals, and participated in strategic discussions with the Committee. AlixPartners seeks compensation for 5.0 hours of reasonable and necessary professional fees incurred for participation in Committee Meetings in the total amount of $4,818.00.

## D.  FEE APPLICATIONS AND RETENTION

15.     During the Application Period, AlixPartners' services performed in connection with this category relate to preparation and review of various documents and schedules to facilitate retention related issues, monthly billing statements, and interim fee applications.  The significant majority of the time on this matter was billed in June and related to preparation of the Fifth Interim Fee Application.  AlixPartners seeks compensation for 7.8 hours of reasonable and necessary professional fees incurred for Fee Applications and Retention in the total amount of $5,819.00.

## STATEMENT OF ALIXPARTNERS

16.     The foregoing professional services performed by AlixPartners were appropriate and necessary to the effective administration of these Chapter 11 Cases. They were in the best interests of creditors, the Debtors' estate, and other parties-in-interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the issues involved. Professional services rendered by AlixPartners were performed in an appropriately expeditious and efficient manner. In addition, AlixPartners has made every effort to minimize its expense disbursements in these Chapter 11 Cases.

17.     These Chapter 11 Cases are large and complicated, made especially difficult because of the fundamental conflict of interest between "E-Side" and "T-Side" creditors, and the need for any fair plan to strike a balance between their competing interests.

18.     The three most important issues that will affect ultimate recoveries for E-Side unsecured creditors are: (1) the realized value of the assets from which E-Side claims will derive a recovery, (2) the size of the E-Side unsecured claims pool, and (3) the magnitude of intercompany claims between the two sides. The majority of the work performed by AlixPartners during the Application Period (including Claims Analysis and Potential Litigation) was related to

the third of these – intercompany claims. To put the size of this issue in perspective, one need only compare the intercompany settlement in the Debtors' proposed plan of reorganization – $700 million – to the amount that had been approved by EFH at the commencement of the case: $0. Hundreds of millions of dollars are at stake in these Chapter 11 Cases, and the important work performed by AlixPartners with respect thereto on behalf of the Committee and all "E-side" unsecured creditors during the Application Period was reasonable, necessary, and of great value.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

19.     The services for which AlixPartners seeks compensation in this Fee Application were, at the time rendered, necessary for, beneficial to, and in the best interests of, the Committee and the Debtors' estates. During the Application Period, AlixPartners worked diligently to maximize the value of the Debtors' estates for the benefit of all unsecured creditors. The services rendered by AlixPartners were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by AlixPartners is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, and (d) the value of such services.

## RELIEF REQUESTED

20.     At the time of this Fee Application, AlixPartners has received payments (80% of approved amount of fees and 100% of expenses) on account for the March, April, and May 2016 Monthly Fee Statements in the aggregate amount of $7,540.80. At the time of the filing of this Fee Application, AlixPartners has not received any payment with respect to the June, July, and August 2016 Monthly Fee Statements. Therefore, and pursuant to the Administrative Order, AlixPartners hereby requests payment of the remaining 20% for the monthly fee statement periods

of March, April, and May 2016 in the amount of $1,885.20 and 100% of its fees earned and expenses incurred during the fee statement periods of June, July, and August 2016 in the amount of $8,372.00. In accordance with the Administrative Order, notice of this Fee Application has been given to the Notice Parties identified in paragraph 2 (a) of the Administrative Order. Because of the nature of the relief requested, such notice is sufficient and that no further notice of the relief requested in the Fee Application need be provided.

## NO PRIOR REQUEST

21.    No prior application for the relief requested herein has been made to this or any other Court.

## RESERVATION OF RIGHTS AND NOTICE

22.    Although every effort has been made to include all fees and expenses incurred in the Application Period, some fees and expenses might not be included in this Interim Fee Application due to delays caused by accounting and processing during the Application Period. AlixPartners reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

WHEREFORE, AlixPartners respectfully requests (i) that this Court enter an order awarding payment of 100% of compensation for professional services rendered in the amount of $11,285.00, and (ii) that this Court grant AlixPartners such other and further relief as is just.

Dated: New York, NY
October 17, 2016                          ALIXPARTNERS, LLP

                                          */s/Alan D. Holtz*_____
                                          Alan D. Holtz
                                          Managing Director
                                          AlixPartners, LLP

**EXHIBIT 1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **ENERGY FUTURE HOLDINGS CORP., et al.,**[4] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

**CERTIFICATION OF ALAN D HOLTZ UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT TO THE SIXTH INTERIM APPLICATION OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR FOR THE EFH OFFICIAL COMMITTEE SEEKING COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD <u>FROM MAY 1, 2016 THROUGH AUGUST 31, 2016</u>**

I, Alan D. Holtz, make this declaration and state as follows:

1.      I am a Managing Director of AlixPartners, LLP ("***AlixPartners***"), which maintains offices at, among other locations, 909 Third Avenue, New York, NY 10022.

2.      This certification is made in respect of the Firm's compliance with Local Rule 2016-2 (c)-(g) of the Local Rules of Bankruptcy Practice and the Procedure for the United States Bankruptcy Court of the District of Delaware (the "***Local Rule***"), the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, dated January 30, 1996 (the "***UST Guidelines***" and, together with the Local Rule, the "***Guidelines***"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] for interim compensation and reimbursement of fees for the period commencing May 1, 2016 through August 31, 2016 in accordance with the Guidelines.

---

[4]      The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3.    In respect of Section (g) of the Local Rule, I certify that I have reviewed the requirements of the Local Rule and to the best of my knowledge, information, and belief formed after reasonable inquiry, the Fee Application complies with the Local Rule.

Pursuant to 28 U.S.C. § 1746,  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, NY
       October 17, 2016

ALIXPARTNERS, LLP

*/s/ Alan D. Holtz*
Alan D. Holtz
Managing Director
AlixPartners, LLP

## EXHIBIT 2

**Time Detail**



June 15, 2016

Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Client:      009021
Inv. No.:   2079900                                       Federal Tax ID 38-3637158

For Professional Services:  May 1, 2016 through May 31, 2016

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Alan Holtz | Managing Director | 2.10 | 1,010.00 | 2,121.00 |
| Adam Z Hollerbach | Director | 1.10 | 720.00 | 792.00 |
| **Total Hours & Fees** | | **3.20** | | **2,913.00** |

| **Total Amount Due** | **USD** | **2,913.00** |
|---|---|---|

**Please reference the invoice number noted above on any payment remittance.  Thank You.**

| **Send check remittance to:** | **If Remitting in USD:** | **If Remitting in any other Currency:** |
|---|---|---|
| AlixPartners LLP | Account Name:  AlixPartners LLP | Account Name:  AlixPartners LLP |
| P.O. Box 5838 | Account Number:  003-58897 | IBAN:  GB27 DEUT 4050 8189 039614 |
| Carol Stream, IL 60197-5838 | Bank Name:  Deutsche Bank | Account Number:  89039614 |
| | ABA:  021-001-033 | Bank Name:  Deutsche Bank AG London |
| | SWIFT:  BKTRUS33XXX | SWIFT:  DEUTGB2LXXX |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Project Code | Description | Amount |
|---|---|---|
| 009021.00155 | Claims Analysis | 216.00 |
| 009021.00190 | UCC Meetings | 2,697.00 |
| **Total Fees Incurred** | | **2,913.00** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Invoice # | 2079900-1 |
| --- | --- |
| Re: | Claims Analysis |
| Client/Matter # | 009021.00155 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 05/27/16 | AZH | Follow up on request from counsel | 0.30 |
| | | **Total Hours** | **0.30** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Invoice #                    2079900-1

Re:                          Claims Analysis
Client/Matter #              009021.00155

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Adam Z Hollerbach | 0.30 | 720.00 | 216.00 |
| **Total Hours & Fees** | **0.30** | | **216.00** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Invoice #                         2079900-2

Re:                                UCC Meetings
Client/Matter #              009021.00190

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/09/16 | AH | Bi-weekly UCC update | 0.80 |
| 05/09/16 | AZH | Call with UCC and advisors to update on the status of the case | 0.80 |
| 05/25/16 | AH | UCC update call | 1.30 |
| | | **Total Hours** | **2.90** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201


Invoice #                2079900-2

Re:                      UCC Meetings
Client/Matter #          009021.00190

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.10 | 1,010.00 | 2,121.00 |
| Adam Z Hollerbach | 0.80 | 720.00 | 576.00 |
| **Total Hours & Fees** | **2.90** | | **2,697.00** |

909 Third Avenue  |  New York, NY 10022  |  212.490.2500  |  212.490.1344 fax  |  www.alixpartners.com



July 15, 2016

Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201


Client:    009021
Inv. No.:  2080901                                                    Federal Tax ID 38-3637158

---

For Professional Services:  June 1, 2016 through June 30, 2016

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Alan Holtz | Managing Director | 0.90 | 1,010.00 | 909.00 |
| Adam Z Hollerbach | Director | 5.80 | 720.00 | 4,176.00 |
| **Total Hours & Fees** | | **6.70** | | **5,085.00** |

| **Total Amount Due** | | **USD** | **5,085.00** |
|---|---|---|---|

**Please reference the invoice number noted above on any payment remittance.  Thank You.**

| **Send check remittance to:** | **If Remitting in USD:** | **If Remitting in any other Currency:** |
|---|---|---|
| AlixPartners LLP | Account Name:  AlixPartners LLP | Account Name:  AlixPartners LLP |
| P.O. Box 5838 | Account Number:  003-58897 | IBAN:  GB27 DEUT 4050 8189 039614 |
| Carol Stream, IL 60197-5838 | Bank Name:  Deutsche Bank | Account Number:  89039614 |
| | ABA:  021-001-033 | Bank Name:  Deutsche Bank AG London |
| | SWIFT:   BKTRUS33XXX | SWIFT:   DEUTGB2LXXX |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Project Code | Description | Amount |
|---|---|---:|
| 009021.00190 | UCC Meetings | 505.00 |
| 009021.00197 | Fee Applications and Retention | 4,580.00 |
| **Total Fees Incurred** | | **5,085.00** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| | |
|---|---|
| Invoice # | 2080901-1 |
| Re: | UCC Meetings |
| Client/Matter # | 009021.00190 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/06/16 | AH | UCC Meeting (telephonic) | 0.50 |
| | | **Total Hours** | **0.50** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Invoice #                  2080901-1

Re:                        UCC Meetings
Client/Matter #            009021.00190

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.50 | 1,010.00 | 505.00 |
| **Total Hours & Fees** | **0.50** | | **505.00** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Invoice # | 2080901-2 |
| --- | --- |
| Re: | Fee Applications and Retention |
| Client/Matter # | 009021.00197 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 06/13/16 | AZH | Review draft interim fee application and provide comments to internal team | 1.30 |
| 06/14/16 | AZH | Review of revised interim fee application and provide comments to internal team | 2.00 |
| 06/15/16 | AH | Review 5th interim fee application | 0.40 |
| 06/15/16 | AZH | Final review of interim fee application and follow up with local counsel | 1.20 |
| 06/17/16 | AZH | Review backup data for fee statement | 1.30 |
| | | **Total Hours** | **6.20** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Invoice #               2080901-2

Re:                     Fee Applications and Retention
Client/Matter #         009021.00197

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.40 | 1,010.00 | 404.00 |
| Adam Z Hollerbach | 5.80 | 720.00 | 4,176.00 |
| **Total Hours & Fees** | **6.20** | | **4,580.00** |



August 19, 2016

Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Client:      009021
Inv. No.:  2081885                                              Federal Tax ID 38-3637158

For professional services rendered on behalf of the Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. from July 1, 2016 through July 31, 2016

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Alan Holtz | Managing Director | 0.9 | $1,010 | $909.00 |
| Adam Z Hollerbach | Director | 1.3 | 720 | 936.00 |
| **Total Hours & Fees** | | **2.2** | | **1,845.00** |
| **Total Amount Due** | | | | **$1,845.00** |

**Please reference the invoice number noted above on any payment remittance.  Thank You.**

| Send check remittance to: | If Remitting in USD: | If Remitting in any other Currency: |
|---|---|---|
| AlixPartners LLP | Account Name:  AlixPartners LLP | Account Name:  AlixPartners LLP |
| P.O. Box 5838 | Account Number:  003-58897 | IBAN:  GB27 DEUT 4050 8189 039614 |
| Carol Stream, IL 60197-5838 | Bank Name:  Deutsche Bank | Account Number:  89039614 |
| | ABA:  021-001-033 | Bank Name:  Deutsche Bank AG London |
| | SWIFT:   BKTRUS33XXX | SWIFT:   DEUTGB2LXXX |

909 Third Avenue  |  New York, NY 10022  |  212.490.2500  |  212.490.1344 fax  |  www.alixpartners.com



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Project Code | Description | Amount |
|---|---|---|
| 009021.00190 | UCC Meetings | $606.00 |
| 009021.00197 | Fee Applications and Retention | 1,239.00 |
| **Total Fees Incurred** | | **$1,845.00** |

Due to expense billing entry and reporting lags, certain expenses incurred during this period will be billed in subsequent periods.



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Invoice #                   2081885-1

Re:                         UCC Meetings
Client/Matter #             009021.00190

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/12/16 | AH | Bi-weekly UCC update call | 0.6 |
| | | **Total Hours** | **0.6** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201


Invoice #                 2081885-1

Re:                       UCC Meetings
Client/Matter #           009021.00190

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.6 | $1,010 | $606.00 |
| **Total Hours & Fees** | **0.6** | | **$606.00** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Invoice # | 2081885-2 |
| --- | --- |
| Re: | Fee Applications and Retention |
| Client/Matter # | 009021.00197 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 07/05/16 | AZH | Follow up on fee committee requests | 0.8 |
| 07/26/16 | AZH | Review fee application draft | 0.5 |
| 07/26/16 | AH | Review monthly invoice and fee application | 0.3 |
| | | **Total Hours** | **1.6** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201


Invoice #                    2081885-2

Re:                          Fee Applications and Retention
Client/Matter #              009021.00197

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.3 | $1,010 | $303.00 |
| Adam Z Hollerbach | 1.3 | 720 | 936.00 |
| **Total Hours & Fees** | **1.6** | | **$1,239.00** |



September 9, 2016

Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201


Client:     009021
Inv. No.:  2082720                                          Federal Tax ID 38-3637158

For professional services rendered on behalf of the Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. from August 1, 2016 through August 31, 2016

| Current Charges: | | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| Alan Holtz | Managing Director | 1.0 | $ | 1,010 | $ | 1,010.00 |
| Adam Z Hollerbach | Director | 0.6 | | 720 | | 432.00 |
| **Total Hours & Fees** | | **1.6** | | | | **1,442.00** |
| | | | | | | |
| **Total Amount Due** | | | | | **$** | **1,442.00** |

**Please reference the invoice number noted above on any payment remittance.  Thank You.**

| **Send check remittance to:** | **If Remitting in USD:** | **If Remitting in any other Currency:** |
|---|---|---|
| AlixPartners LLP | Account Name:  AlixPartners LLP | Account Name:  AlixPartners LLP |
| P.O. Box 5838 | Account Number:  003-58897 | IBAN:  GB27 DEUT 4050 8189 039614 |
| Carol Stream, IL 60197-5838 | Bank Name:  Deutsche Bank | Account Number:  89039614 |
| | ABA:  021-001-033 | Bank Name:  Deutsche Bank AG London |
| | SWIFT:   BKTRUS33XXX | SWIFT:   DEUTGB2LXXX |

909 Third Avenue  |  New York, NY 10022  |  212.490.2500  |  212.490.1344 fax  |  www.alixpartners.com



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Project Code | Description | | Amount |
|---|---|---|---|
| 009021.00170 | Miscellaneous Motions | $ | 432.00 |
| 009021.00190 | UCC Meetings | | 1,010.00 |
| **Total Fees Incurred** | | **$** | **1,442.00** |

Due to expense billing entry and reporting lags, certain expenses incurred during this period will be billed in subsequent periods.



Energy Future Holdings Corp., et al
Attn: Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Invoice # | 2082720-1 |
|---|---|
| Re: | Miscellaneous Motions |
| Client/Matter # | 009021.00170 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/24/16 | AZH | Review of latest data in relation to the closing of certain bank accounts | 0.6 |
| | | **Total Hours** | **0.6** |



Energy Future Holdings Corp., et al
Attn: Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX 75201

| Invoice # | 2082720-1 |
|---|---|
| Re: | Miscellaneous Motions |
| Client/Matter # | 009021.00170 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Adam Z Hollerbach | 0.6 $ | 720 $ | 432.00 |
| **Total Hours & Fees** | **0.6** | **$** | **432.00** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Invoice #                    2082720-2

Re:                          UCC Meetings
Client/Matter #              009021.00190

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/22/16 | AH | Bi-weekly UCC update call | 1.0 |
| | | **Total Hours** | **1.0** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Invoice #        | 2082720-2      |
|------------------|----------------|
| Re:              | UCC Meetings   |
| Client/Matter #  | 009021.00190   |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Alan Holtz | 1.0 $ | 1,010 $ | 1,010.00 |
| **Total Hours & Fees** | **1.0** | **$** | **1,010.00** |

909 Third Avenue  |  New York, NY 10022  |  212.490.2500  |  212.490.1344 fax  |  www.alixpartners.com