**EXHIBIT D**

**Summary of Bielli & Klauder, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas Bielli | Partner | 2006 (PA) | Bankruptcy | $350.00 | 3.0 | $1,050.00 |
| David Klauder | Partner | 2012 | Bankruptcy | $350.00 | 85.1 | $29,785.00 |
| Nella Bloom | Of Counsel | 2010 | Bankruptcy | $325.00 | 5.0 | $1,625.00 |
| Cory Stephenson | Associate | 2015 | Bankruptcy | $205.00 | 12.7 | $2,603.50 |
| Cory Stephenson | Associate | 2015 | Bankruptcy | $102.50 | 1.6 | $164.00 |
| Amy Huber | Paralegal | N/A | Bankruptcy | $125.00 | 29.9 | $3,737.50 |
| **TOTAL** | | | | | **137.3** | **$38,965.00** |