## **Exhibit F**

[Summary, by Project Category, of Fees Budgeted and Fees Incurred During the Fee Period]

## SUMMARY OF LEGAL SERVICES RENDERED

| Project Category | Hours | | Total Compensation | |
|---|---|---|---|---|
| | Budgeted | Billed | Budgeted | Billed |
| [ALL] Automatic Stay | 5 | 0 | $1,250.00 | $0.00 |
| [ALL] Case Administration | 30 | 6.5 | $7,500.00 | $1,746.00 |
| [ALL] Cash Management | 0 | 0 | $0.00 | $0.00 |
| [ALL] Claims Administration & Objections | 10 | 5.0 | $2,500.00 | $1,210.00 |
| [ALL] Contested Matters & Adv. Proceed. | 10 | 0.4 | $2,500.00 | $140.00 |
| [ALL] Corporate and Securities Issues | 0 | 0 | $0.00 | $0.00 |
| [ALL] Exec. Contracts & Unexpired Leases | 0 | 0 | $0.00 | $0.00 |
| [ALL] Fee/Employment Applications - Retained Professionals | 0 | 0 | $0.00 | $0.00 |
| [ALL] Hearings | 50 | 49.0 | $12,500.00 | $15,285.00 |
| [ALL] Insurance | 0 | 0 | $0.00 | $0.00 |
| [ALL] Non-BK Retention and Fee Applications | 20 | 9.2 | $5,000.00 | $1,960.00 |
| [ALL] Non-Working Travel | 0 | 1.6 | $0.00 | $164.00 |
| [ALL] BK Retention and Fee Applications | 20 | 23.4 | $5,000.00 | $4,297.50 |
| [ALL] Official Committee Issues & Meet. | 0 | 0 | $0.00 | $0.00 |
| [ALL] Plan and Disclosure Statements | 40 | 41.8 | $10,000.00 | $14,022.50 |
| [ALL] Private Letter Ruling/IRS Matters | 0 | 0 | $0.00 | $0.00 |
| [ALL] Retiree and Employee Issues/OPEB | 0 | 0 | $0.00 | $0.00 |
| [ALL] Schedules, SoFAs | 0 | 0 | $0.00 | $0.00 |
| [ALL] Tax Issues | 0 | 0.4 | $0.00 | $140.00 |
| [ALL] Valuation | 0 | 0 | $0.00 | $0.00 |
| [EFH] Contested Matters & Advers. Proc. | 0 | 0 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| [EFH] EFH Properties | 0 | 0 | $0.00 | $0.00 |
| [EFH] Expenses | 0 | 0 | $0.00 | $0.00 |
| [EFH] Official Committee Issues & Meet. | 0 | 0 | $0.00 | $0.00 |
| TOTAL | 185 | 137.3 | $46,250.00 | $38,965.00 |