**EXHIBIT G**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Task Code | Total Billed Hours | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 23.4 | $   4,297.50 |
| | | |
| [ALL] Case Administration | 6.5 | $   1,746.00 |
| | | |
| [ALL] Claims Administration & Objections | 5.0 | $   1,210.00 |
| | | |
| [ALL] Contested Matters & Adv. Proceed. | 0.4 | $      140.00 |
| | | |
| [ALL] Hearings | 49.0 | $ 15,285.00 |
| | | |
| [ALL] Non-BK Retention and Fee Applications | 9.2 | $   1,960.00 |
| | | |
| [ALL] Non-Working Travel | 1.6 | $      164.00 |
| | | |
| [ALL] Plan and Disclosure Statements | 41.8 | $14,022.50 |
| | | |
| [ALL] Tax Issues | 0.4 | $      140.00 |
| | | |
| | 137.3 | $38,965.00 |