# **EXHIBIT J**

**Detailed Expenses for Bielli & Klauder, LLC**

| Date | Provider | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|
| 05-04-2016 | PACER | Filing/Court Fees | $ 0.10 | 17 | $ 1.70 |
| 05-10-2016 | CourtCall | Conference Call | $ - | | $ 30.00 |
| 05-11-2016 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 05-26-2016 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 06-16-2016 | PACER | Filing/Court Fees | $ 0.10 | 94 | $ 9.40 |
| 06-20-2016 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 06-27-2016 | Bielli & Klauder, LL | In-House Reproductic | $ 0.10 | 22 | $ 2.20 |
| 06-27-2016 | Bielli & Klauder, LL | In-House Reproductic | $ 0.10 | 1 | $ 0.10 |
| 06-30-2016 | PACER | Filing/Court Fees | $ 0.10 | 7 | $ 0.70 |
| 07-20-2016 | PACER | Filing/Court Fees | $ 0.10 | 27 | $ 2.70 |
| 07-21-2016 | PACER | Filing/Court Fees | $ 0.10 | 3 | $ 0.30 |
| 07-28-2016 | PACER | Filing/Court Fees | $ 0.10 | 23 | $ 2.30 |
| 08-15-2016 | Bielli & Klauder, LL | In-House Reproductic | $ 0.10 | 10 | $ 1.00 |
| 08-17-2016 | PACER | Filing/Court Fees | $ 0.10 | 38 | $ 3.80 |
| 08-22-2016 | | Parking | $ - | | $ 11.00 |
| | | | | | |
| **Grand Total** | | | | | **$ 74.20** |