## **EXHIBIT K**

**Summary of Bielli & Klauder, LLC Expenses**

| Service Description | Amount |
|---|---|
| **Conference Call** | $ 30.00 |
| **Filing/Court Costs** | $ 29.90 |
| **In-House Reproduction** | $ 3.30 |
| Total | $ 74.20 |