**Exhibit D**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Professional Person | Position with the Applicant | Fees Billed In this application | Hours Billed In this application | Hourly Rate Billed | | Fees Billed In this application at First Interim Application billing rate |
|---|---|---|---|---|---|---|
| | | | | In this Application | In the first Interim Application | |
| Todd W. Filsinger | Senior Managing Director | $379,425.00 | 505.9 | $750 | $750 | $379,425.00 |
| Jean Agras | Managing Director | $450,720.00 | 626.0 | $720 | $720 | $450,720.00 |
| Gary Germeroth | Managing Director | $507,240.00 | 704.5 | $720 | $720 | $507,240.00 |
| Dave Andrus | Director | $597,270.00 | 926.0 | $645 | n/a | n/a |
| Scott Davis | Director | $243,070.00 | 446.0 | $545 | $545 | $243,070.00 |
| Michael Green | Director | $108,625.00 | 197.5 | $550 | n/a | n/a |
| Paul Harmon | Director | $170,200.00 | 296.0 | $575 | $575 | $170,200.00 |
| Tim Wang | Director | $304,175.00 | 529.0 | $575 | $575 | $304,175.00 |
| Sean Costello | Managing Consultant | $85,698.00 | 211.6 | $405 | n/a | n/a |
| Kimberly Eckert | Managing Consultant | $16,087.50 | 32.5 | $495 | n/a | n/a |
| Michael Gadsden | Managing Consultant | $130,226.00 | 283.1 | $460 | $460 | $130,226.00 |
| Jill Kawakami | Managing Consultant | $279,930.00 | 651.0 | $430 | $430 | $279,930.00 |
| Buck Monday | Managing Consultant | $220,950.00 | 491.0 | $450 | $450 | $220,950.00 |
| Michael Perry | Managing Consultant | $33,005.00 | 80.5 | $410 | $410 | $33,005.00 |
| Nathan Pollak | Managing Consultant | $274,620.00 | 597.0 | $460 | $405 | $241,785.00 |
| Samuel Schreiber | Managing Consultant | $343,980.00 | 756.0 | $455 | $455 | $343,980.00 |
| Laura Hatanaka | Consultant | $179,010.00 | 459.0 | $390 | $390 | $179,010.00 |
| Pamela Morin | Consultant | $15,618.00 | 41.1 | $380 | $380 | $15,618.00 |
| Thomas Weiderspon | Analyst | $11,520.00 | 64.0 | $180 | n/a | $11,520.00 |
| | Totals:[1] | $4,351,369.50 | 7,897.7 | $550.97 | | |

---

[1]     Blended hourly rate shown.