**Exhibit E**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense[1] | Amount |
|---|---:|
| Lodging | $47,909.57 |
| Airfare | $59,924.79 |
| Taxi | $9,155.61 |
| Travel Meals | $11,384.89 |
| Other Travel Expenses | $5,379.80 |
| Market Research | $11,000.00 |
| Vehicle Rental | $7,480.58 |
| Copies & Postage | $25.87 |
| Other | $30.00 |
| **Totals:** | **$152,291.11** |

---

[1] Travel expense categories included in this table have been summarized compared to the Detailed Description of Expenses Incurred (Exhibit H). These expenses include an additional $834.48 incurred during the Fee Period but not previously reported in FEP's monthly fee statements.