**Exhibit F**

**Summary of Fees and Expenses by Project Category for the Fee Period**

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 1 | Long-Range Forecast | 906.2 | $502,527.00 | $0.00 | $502,527.00 |
| 2 | Metric Analysis | 18.4 | $12,882.00 | $0.00 | $12,882.00 |
| 3 | Generation Analysis | 972.3 | $491,390.50 | $0.00 | $491,390.50 |
| 4 | Retail Analysis | 127.1 | $59,688.00 | $0.00 | $59,688.00 |
| 5 | Commodity Analysis | 405.7 | $199,566.50 | $0.00 | $199,566.50 |
| 6 | Competitor Analysis | 126.5 | $79,562.50 | $0.00 | $79,562.50 |
| 7 | EBITDA Projection | 219.5 | $125,363.50 | $0.00 | $125,363.50 |
| 8 | Environmental Analysis | 113.0 | $59,872.50 | $0.00 | $59,872.50 |
| 9 | Short-Range Forecast | 5.1 | $3,111.00 | $0.00 | $3,111.00 |
| 10 | Capital Projects | 10.5 | $6,930.00 | $0.00 | $6,930.00 |
| 11 | Wholesale Operations | 211.8 | $125,955.00 | $0.00 | $125,955.00 |
| 12 | Retail Operations | 69.0 | $39,810.00 | $0.00 | $39,810.00 |
| 13 | T&D Operations | 914.10 | $457,941.50 | $0.00 | $457,941.50 |
| 14 | Data Collection and Diligence | 455.5 | $212,154.50 | $0.00 | $212,154.50 |
| 15 | Reports | 439.2 | $239,871.50 | $0.00 | $239,871.50 |
| 16 | Hearings | 90.2 | $66,192.00 | $4,030.86 | $70,222.86 |
| 17 | On Site Diligence | 348.0 | $206,122.50 | $148,260.25 | $354,382.75 |
| 18 | Project Management | 23.0 | $16,420.00 | $0.00 | $16,420.00 |
| 19 | Project Administration | 0.0 | $0.00 | $0.00 | $0.00 |
| 20 | T&D Forecast | 923.1 | $585,745.00 | $0.00 | $585,745.00 |
| 21 | Fee Objection & Litigation | 0.0 | $0.00 | $0.00 | $0.00 |
| 22 | Fee Application | 53.6 | $23,813.00 | $0.00 | $23,813.00 |
| 23 | Business Services Analysis | 2.5 | $1,137.50 | $0.00 | $1,137.50 |
| 24 | Retail Margins | 58.0 | $30,420.00 | $0.00 | $30,420.00 |
| 25 | T&D Market Research | 61.9 | $25,479.00 | $0.00 | $25,479.00 |
| 26 | Wholesale Market Research | 33.3 | $15,864.00 | $0.00 | $15,864.00 |
| 27 | Retail Market Research | 253.0 | $135,037.50 | $0.00 | $135,037.50 |
| 28 | Performance Analysis | 21.6 | $11,340.00 | $0.00 | $11,340.00 |
| 29 | Sales, General & Administrative Analysis | 54.5 | $26,212.50 | $0.00 | $26,212.50 |

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 30 | Portfolio Analysis | 34.6 | $19,832.50 | $0.00 | $19,832.50 |
| 31 | Oncor Revenue Analysis | 44.0 | $27,907.50 | $0.00 | $27,907.50 |
| 32 | Oncor Capital Structure | 27.0 | $14,570.00 | $0.00 | $14,570.00 |
| 33 | Regulatory Analysis | 2.8 | $2,013.00 | $0.00 | $2,013.00 |
| 34 | Claims & Settlement Issues | 5.0 | $3,020.00 | $0.00 | $3,020.00 |
| 35 | Property Tax Analysis | 106.0 | $54,052.50 | $0.00 | $54,052.50 |
| 36 | Analysis of Competitive Portfolios | 761.7 | $469,565.00 | $0.00 | $469,565.00 |
| **Totals** | | | **$4,351,369.50** | **$152,291.11** | **$4,503,660.61** |

RLF1 15430020v.1