## Exhibit C

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 28.0 | $37,800.00 | $35,700.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 211.8 | $195,915.00 | $185,325.00 |
| Michael E. Ellis | Partner | 2007 | Corporate | $925 | 44.8 | $41,440.00 | $35,840.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 351.7 | $360,492.50 | $342,907.50 |
| | | | | | 32.5 | $16,656.25[1] | $15,843.75[1] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 100.0 | $105,000.00 | $100,000.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200 | 10.3 | $12,360.00 | $11,587.50 |
| Paul Possinger | Partner | 1993 | Corporate | $1,025 | 11.0 | $11,275.00 | $10,725.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 147.4 | $140,030.00 | $132,660.00 |
| Andrea S. Rattner | Partner | 1987 | Tax | $1300 | 1.7 | $2,210.00 | $2,167.50 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 95.0 | $128,250.00 | $121,125.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 574.6 | $689,520.00 | $646,425.00 |
| | | | | $600 | 98.4 | $59,040.00[1] | $55,350.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 732.8 | $732,800.00 | $677,840.00 |
| | | | | $500 | 131.6 | $65,800.00[1] | $60,865.00[1] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575 | 39.8 | $22,885.00 | $22,885.00 |
| $62Kunal Dogra | Associate | 2010 | Corporate | $825 | 75.8 | $62,535.00 | $62,535.00 |
| Damian Myers | Associate | 2011 | Litigation | $850 | 7.1 | $6,035.00 | $6,035.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 85.9 | $73,015.00 | $68,290.50 |
| Rochelle Schultz | Associate | 2014 | Litigation | $465 | 27.5 | $12,787.50 | $12,787.50 |
| Martine Seiden | Associate | 2016 | Tax | $495 | 2.3 | $1,138.50 | $1,138.50 |
| Gary Silber | Associate | 2011 | Tax | $770 | 88.2 | $67,914.00 | $61,299.00 |
| Jeramy Webb | Associate | 2015 | Corporate | $445 | 3.3 | $1,468.50 | $1,303.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 62.3 | $51,397.50 | $47,659.50 |
| Mani Kakkar | Law Clerk | N/A | Tax | $445 | 13.2 | $5,874.00 | $5,874.00 |
| **Total** | | | | | **2,977.0** | **$2,903,638.75** | **$2,724,168.75** |

---

[1]  Represents a fifty percent (50%) reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 5.0 | $1,500.00 | $1,425.00 |
| Johanna K. Pitcairn | Practice Support | 2.5 years | Professional Resources | $350 | 0.1 | $35.00 | $35.00 |
| Susan Schomburg | Legal Assistant | 1.75 years | Litigation | $250 | 0.5 | $125.00 | $117.50 |
| Michael H. Su | Paralegal | 2.5 years | Information Services | $135 | 2.8 | $378.00 | $378.00 |
| **Total** | | | | | **8.4** | **$2,038.00** | **$1,955.50** |

| | | | |
|---|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **2,985.40** | **$2,905,676.75** | **$2,726,124.25** |