# **Exhibit D**

[Summary of Actual and Necessary Expenses for the Fee Period]

62202659v2

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Reproduction Costs (at $0.10 per page) | $2,879.60 |
| Telecommunications | $58.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $4,051.25 |
| Litigation and Corporate Support Services[2] | $739.10 |
| Postage | $54.23 |
| Travel Out-of-Town – Transportation | $16,942.03[3] |
| Taxi, Carfare, Mileage, Parking | $6,986.35[4] |
| Business Meals | $1,818.52[5] |
| Out-of-Town Lodging | $15,504.87[6] |
| Word Processing | $0.00[7] |
| **Total** | **$49,033.95** |

---

[1] Includes a reduction of $25.32 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and outside copying expenses.

[3] Includes non-refundable first-class airfare reduced by fifty percent (50%) to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the concerns of the Fee Committee with respect to such expenses.

[4] Includes a reduction of $1,089.08 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the Fee Committee.

[5] Includes a reduction of $2,750.04 for business meal expenses in excess of the reimbursable cap imposed by the Fee Committee.

[6] Includes a reduction of $6,432.41 for lodging expenses in excess of the reimbursable cap imposed by the Fee Committee.

[7] Reflects a reduction of $911.30 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.