## Exhibit E

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 10.0 | $7,232.50 |
| 003 | EFH Business Operations | 19.6 | $19,632.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 13.6 | $13,607.50 |
| 005 | EFH Corporate Governance and Board Matters | 194.1 | $212,497.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 398.9 | $408,676.00 |
| 008 | Fee Applications and Objections | 84.4 | $76,485.00 |
| 009 | Financing and Cash Collateral | 3.6 | $3,605.00 |
| 010 | Hearings | 128.9 | $137,637.50 |
| 011 | Claims Investigations, Analyses and Objections | 38.4 | $36,112.50 |
| 014 | Non-Working Travel | 262.5 | $141,496.25 |
| 015 | Plan and Disclosure Statement | 1,300.3 | $1,316,225.50 |
| 016 | Tax | 530.7 | $532,069.00 |
| 018 | Valuation | 0.4 | $400.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **2,985.4** | **$2,905,676.75** |