# Exhibit G

[Summary, by Matter Number, of Fees Budgeted and Fees Incurred During the Fee Period]

**Summary of Legal Services Rendered**

| Matter Number | Matter Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 001 | Case Administration | 20-24 | 10.0 | $20,000-$24,000 | $7,232.50 |
| 003 | EFH Business Operations | 8-12 | 19.6 | $8,000-$12,000 | $19,632.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 20-24 | 13.6 | $20,000-$24,000 | $13,607.50 |
| 005 | EFH Corporate Governance and Board Matters | 235-282 | 194.1 | $277,000-$333,000 | $212,497.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 280-336 | 398.9 | $264,000-$318,000 | $408,676.00 |
| 008 | Fee Applications and Objections | 90-108 | 84.4 | $104,000-$126,000 | $76,485.00 |
| 009 | Financing and Cash Collateral | 20-24 | 3.6 | $20,000-$24,000 | $3,605.00 |
| 010 | Hearings | 220-264 | 128.9 | $239,000-$288,000 | $137,637.50 |
| 011 | Claims Investigations, Analyses and Objections | 125-150 | 38.4 | $117,000-$142,000 | $36,112.50 |
| 014 | Non-Working Travel | 0 | 262.5 | $0 | $141,496.25 |
| 015 | Plan and Disclosure Statement | 1,805-2,166 | 1,300.3 | $1,734,000-$2,083,000 | $1,316,225.50 |
| 016 | Tax | 1,475-1,770 | 530.7 | $1,427,000-$1,714,000 | $532,069.00 |
| 018 | Valuation | 0 | 0.4 | $0 | $400.00 |
| **TOTAL** | | **4,298-5,160** | **2,985.4** | **$4,230,000-$5,088,000** | **$2,905,676.75** |