**Exhibit E**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

**Summary, by Individual Timekeeper, of Total**
**Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | | In this Application at First Interim Application Billing Rate |
| Andrew Calder, P.C. | Partner | Corporate - M&A/Private Equity | 2003 | 722,125.00 | 545.00 | 1 | 1,325.00 | 1,195.00 | | 651,275.00 |
| Andrew Calder, P.C. | Partner | Corporate - M&A/Private Equity | 2003 | 5,520.00 | 4.00 | N/A | 1,380.00 | 1,195.00 | | 4,780.00 |
| John Donley, P.C. | Partner | Litigation - General | 1985 | 9,355.50 | 8.10 | N/A | 1,155.00 | 1,025.00 | | 8,302.50 |
| Barack S Echols | Partner | Litigation - General | 1999 | 187,052.00 | 185.20 | 1 | 1,010.00 | 890.00 | | 164,828.00 |
| Barack S Echols | Partner | Litigation - General | 1999 | 30,750.00 | 30.00 | N/A | 1,025.00 | 890.00 | | 26,700.00 |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 498,200.00 | 376.00 | 1 | 1,325.00 | 1,195.00 | | 449,320.00 |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 51,442.00 | 35.60 | N/A | 1,445.00 | 1,195.00 | | 42,542.00 |
| Chad J Husnick | Partner | Restructuring | 2004 | 532,138.00 | 488.20 | N/A | 1,090.00 | 915.00 | | 446,703.00 |
| Atif Khawaja | Partner | Litigation - General | 2003 | 4,040.00 | 4.00 | 1 | 1,010.00 | 880.00 | | 3,520.00 |
| Atif Khawaja | Partner | Litigation - General | 2003 | 4,817.50 | 4.70 | N/A | 1,025.00 | 880.00 | | 4,136.00 |
| Marc Kieselstein, P.C. | Partner | Restructuring | 1988 | 355,665.00 | 271.50 | N/A | 1,310.00 | 1,125.00 | | 305,437.50 |
| Michelle Kilkenney | Partner | Corporate - Debt Finance | 2002 | 240,352.00 | 214.60 | N/A | 1,120.00 | 995.00 | | 213,527.00 |
| Joshua N Korff, P.C. | Partner | Corporate - Capital Markets | 1994 | 26,765.00 | 20.20 | N/A | 1,325.00 | 1,195.00 | | 24,139.00 |
| Christopher Landau, P.C. | Partner | Litigation - Appellate | 1990 | 2,790.00 | 2.00 | N/A | 1,395.00 | 1,225.00 | | 2,450.00 |
| Adam D Larson, P.C. | Partner | Corporate - M&A/Private Equity | 2007 | 3,262.00 | 2.80 | N/A | 1,165.00 | 1,095.00 | | 3,066.00 |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 409,079.50 | 283.10 | 1 | 1,445.00 | 1,295.00 | | 366,614.50 |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 42,159.00 | 28.20 | N/A | 1,495.00 | 1,295.00 | | 36,519.00 |
| Andrew R McGaan, P.C. | Partner | Litigation - General | 1986 | 306,909.00 | 252.60 | N/A | 1,215.00 | 1,025.00 | | 258,915.00 |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | 648,547.50 | 603.30 | N/A | 1,075.00 | 925.00 | | 558,052.50 |
| Scott A Moehrke, P.C. | Partner | Corporate - Investment Funds | 2003 | 1,270.00 | 1.00 | N/A | 1,270.00 | 1,095.00 | | 1,095.00 |
| Kevin L Morris | Partner | Corporate - M&A/Private Equity | 2002 | 272,376.00 | 261.90 | N/A | 1,040.00 | 965.00 | | 252,733.50 |
| Dennis M Myers, P.C. | Partner | Corporate - Capital Markets | 1996 | 9,672.50 | 7.30 | N/A | 1,325.00 | 1,195.00 | | 8,723.50 |
| Linda K Myers, P.C. | Partner | Corporate - Debt Finance | 1990 | 513,774.00 | 372.30 | N/A | 1,380.00 | 1,245.00 | | 463,513.50 |

RLF1 15435651v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Adam C Paul | Partner | Restructuring | 1999 | 9,483.00 | 8.70 | N/A | 1,090.00 | 965.00 | 8,395.50 |
| Scott D Price | Partner | Executive Compensation | 1998 | 28,355.00 | 21.40 | 1 | 1,325.00 | 1,175.00 | 25,145.00 |
| Scott D Price | Partner | Executive Compensation | 1998 | 6,762.00 | 4.90 | N/A | 1,380.00 | 1,175.00 | 5,757.50 |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 305,230.00 | 233.00 | N/A | 1,310.00 | 1,125.00 | 262,125.00 |
| Joseph Serino, Jr., P.C. | Partner | Litigation - General | 1988 | 612.50 | 0.50 | N/A | 1,225.00 | 1,075.00 | 537.50 |
| Dean S Shulman, P.C. | Partner | Taxation | 1992 | 1,156.00 | 0.80 | N/A | 1,445.00 | 1,245.00 | 996.00 |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 200,928.00 | 145.60 | N/A | 1,380.00 | 1,245.00 | 181,272.00 |
| Sara B Zablotney | Partner | Taxation | 2003 | 282,607.50 | 230.70 | N/A | 1,225.00 | 1,095.00 | 252,616.50 |
| Andrew Barton | Partner | Executive Compensation | 2010 | 12,220.00 | 13.00 | N/A | 940.00 | 795.00 | 10,335.00 |
| William J Benitez | Partner | Corporate - M&A/Private Equity | 2009 | 796.00 | 0.80 | N/A | 995.00 | 840.00 | 672.00 |
| Katherine Bolanowski | Partner | Corporate - Debt Finance | 2009 | 236,786.00 | 251.90 | 1 | 940.00 | 795.00 | 200,260.50 |
| Katherine Bolanowski | Partner | Corporate - Debt Finance | 2009 | 4,914.00 | 5.20 | N/A | 945.00 | 795.00 | 4,134.00 |
| Marin K Boney | Partner | Litigation - Antitrust/Competition | 2008 | 1,620.00 | 1.80 | N/A | 900.00 | 775.00 | 1,395.00 |
| Jeanne T Cohn-Connor | Partner | Environment - Transactional | 1985 | 135,138.00 | 133.80 | N/A | 1,010.00 | 895.00 | 119,751.00 |
| Thad Davis | Partner | Taxation | 2005 | 6,165.50 | 5.90 | N/A | 1,045.00 | 925.00 | 5,457.50 |
| Rana B Dawson | Partner | Litigation - General | 2008 | 270.00 | 0.30 | N/A | 900.00 | 775.00 | 232.50 |
| Thomas Dobleman | Partner | Corporate - Debt Finance | 2011 | 417,696.50 | 466.70 | 1 | 895.00 | 755.00 | 352,358.50 |
| Thomas Dobleman | Partner | Corporate - Debt Finance | 2011 | 18,616.50 | 19.70 | N/A | 945.00 | 755.00 | 14,873.50 |
| Lisa G Esayian | Partner | Litigation - General | 1991 | 129,986.00 | 126.20 | N/A | 1,030.00 | 920.00 | 116,104.00 |
| Michael Esser | Partner | Litigation - General | 2009 | 645,050.00 | 737.20 | N/A | 875.00 | 750.00 | 552,900.00 |
| Jonathan F Ganter | Partner | Litigation - General | 2010 | 316,080.00 | 351.20 | N/A | 900.00 | 775.00 | 272,180.00 |
| Stefanie I Gitler | Partner | Environment - Transactional | 2009 | 5,370.00 | 6.00 | N/A | 895.00 | 795.00 | 4,770.00 |
| Jeffrey M Gould | Partner | Litigation - General | 2008 | 7,926.50 | 8.30 | N/A | 955.00 | 795.00 | 6,598.50 |
| Warren Haskel | Partner | Litigation - General | 2009 | 51,570.00 | 57.30 | N/A | 900.00 | 775.00 | 44,407.50 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | 29,904.00 | 26.70 | N/A | 1,120.00 | 995.00 | 26,566.50 |
| Edward B Holzwanger | Partner | Labor & Employment | 2004 | 855.00 | 0.90 | N/A | 950.00 | 825.00 | 742.50 |
| Richard U S Howell | Partner | Litigation - General | 2006 | 10,696.00 | 11.20 | N/A | 955.00 | 795.00 | 8,904.00 |

RLF1 15435651v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Ellen M Jakovic | Partner | Litigation - Antitrust/Competition | 1985 | 46,970.00 | 42.70 | N/A | 1,100.00 | 975.00 | 41,632.50 |
| Matthew D Keiser | Partner | Labor & Employment | 1998 | 3,435.00 | 3.00 | N/A | 1,145.00 | 1,025.00 | 3,075.00 |
| Gregg G Kirchhoefer, P.C. | Partner | Technology & IP Transactions | 1982 | 27,843.50 | 23.30 | N/A | 1,195.00 | 1,075.00 | 25,047.50 |
| Michael Krasnovsky | Partner | Executive Compensation | 2004 | 205.00 | 0.20 | N/A | 1,025.00 | 925.00 | 185.00 |
| Daniel Lewis | Partner | Technology & IP Transactions | 2008 | 4,290.00 | 4.40 | N/A | 975.00 | 840.00 | 3,696.00 |
| Amber J Meek | Partner | Corporate - M&A/Private Equity | 2009 | 497.50 | 0.50 | N/A | 995.00 | 775.00 | 387.50 |
| Roberto S Miceli | Partner | Real Estate | 2000 | 3,681.50 | 3.70 | N/A | 995.00 | 885.00 | 3,274.50 |
| Veronica Nunn | Partner | Corporate - M&A/Private Equity | 2010 | 806,395.00 | 901.00 | 1 | 895.00 | 685.00 | 617,185.00 |
| Veronica Nunn | Partner | Corporate - M&A/Private Equity | 2010 | 5,859.00 | 6.20 | N/A | 945.00 | 685.00 | 4,247.00 |
| Michael A Petrino | Partner | Litigation - General | 2008 | 198,000.00 | 220.00 | N/A | 900.00 | 775.00 | 170,500.00 |
| John Pitts | Partner | Corporate - M&A/Private Equity | 2010 | 262,481.00 | 263.80 | N/A | 995.00 | 840.00 | 221,592.00 |
| William T Pruitt | Partner | Litigation - General | 2004 | 16,732.00 | 17.80 | N/A | 940.00 | 840.00 | 14,952.00 |
| Jeffrey S Quinn | Partner | Employee Benefits | 1998 | 126,527.50 | 117.70 | N/A | 1,075.00 | 965.00 | 113,580.50 |
| Brenton A Rogers | Partner | Litigation - General | 2007 | 30,738.00 | 32.70 | N/A | 940.00 | 825.00 | 26,977.50 |
| Joshua Samis | Partner | Corporate - Debt Finance | 2007 | 127,260.50 | 127.90 | N/A | 995.00 | 840.00 | 107,436.00 |
| Steven Serajeddini | Partner | Restructuring | 2010 | 12,314.00 | 13.10 | N/A | 940.00 | 795.00 | 10,414.50 |
| Lucas Spivey | Partner | Corporate - Debt Finance | 2007 | 497.50 | 0.50 | N/A | 995.00 | 840.00 | 420.00 |
| Bryan M Stephany | Partner | Litigation - General | 2007 | 476,258.50 | 498.70 | N/A | 955.00 | 795.00 | 396,466.50 |
| R Timothy Stephenson | Partner | Labor & Employment | 1990 | 6,755.50 | 5.90 | N/A | 1,145.00 | 1,025.00 | 6,047.50 |
| Michael Thorpe | Partner | Litigation - General | 2010 | 175.00 | 0.20 | N/A | 875.00 | 750.00 | 150.00 |
| Brandon Vongsawad | Partner | Corporate - M&A/Private Equity | 2009 | 2,632.00 | 2.80 | N/A | 940.00 | 795.00 | 2,226.00 |
| Jason M Wilcox | Partner | IP Litigation | 2011 | 1,050.00 | 1.20 | N/A | 875.00 | 770.00 | 924.00 |
| Wayne E Williams | Partner | Corporate - Capital Markets | 2006 | 50,490.00 | 49.50 | N/A | 1,020.00 | 875.00 | 43,312.50 |
| Jack N Bernstein | Of Counsel | Employee Benefits | 1995 | 43,430.00 | 40.40 | N/A | 1,075.00 | 965.00 | 38,986.00 |
| Elizabeth Gottschalk | Of Counsel | Corporate - Investment Funds | 2001 | 886.50 | 0.90 | N/A | 985.00 | 985.00 | 886.50 |
| John S Irving, Jr. | Of Counsel | Labor & Employment | 1965 | 572.50 | 0.50 | N/A | 1,145.00 | 1,025.00 | 512.50 |
| JoAnne Nagjee | Of Counsel | Taxation | 2009 | 34,299.00 | 33.30 | N/A | 1,030.00 | 895.00 | 29,803.50 |

RLF1 15435651v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 94,985.00 | 157.00 | 1 | 605.00 | 450.00 | 70,650.00 |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 17,792.00 | 25.60 | N/A | 695.00 | 450.00 | 11,520.00 |
| Kevin Chang | Associate | Litigation - General | 2014 | 25,389.00 | 43.40 | N/A | 585.00 | 450.00 | 19,530.00 |
| Michael C Cline | Associate | Corporate - General | 2015 | 6,375.00 | 12.50 | N/A | 510.00 | 450.00 | 5,625.00 |
| Ryan Copeland | Associate | Corporate - Debt Finance | 2012 | 240,327.50 | 310.10 | N/A | 775.00 | 625.00 | 193,812.50 |
| Katherine Coverdale | Associate | Executive Compensation | 2010 | 8,470.00 | 14.00 | 1 | 605.00 | 450.00 | 6,300.00 |
| Katherine Coverdale | Associate | Executive Compensation | 2010 | 10,633.50 | 15.30 | N/A | 695.00 | 450.00 | 6,885.00 |
| Emily Geier | Associate | Restructuring | 2012 | 402,811.50 | 476.70 | 1 | 845.00 | 685.00 | 326,539.50 |
| Emily Geier | Associate | Restructuring | 2012 | 28,550.50 | 31.90 | N/A | 895.00 | 685.00 | 21,851.50 |
| Phil Giglio | Associate | Corporate - Investment Funds | 2014 | 208.50 | 0.30 | N/A | 695.00 | 535.00 | 160.50 |
| Nicholas Hemmingsen | Associate | Corporate - Investment Funds | 2013 | 7,750.00 | 10.00 | 1 | 775.00 | 625.00 | 6,250.00 |
| Nicholas Hemmingsen | Associate | Corporate - Investment Funds | 2013 | 255.00 | 0.30 | N/A | 850.00 | 625.00 | 187.50 |
| Shayne Henry | Associate | Litigation - General | 2014 | 22,990.50 | 39.30 | N/A | 585.00 | 450.00 | 17,685.00 |
| Sam Hong | Associate | Technology & IP Transactions | 2008 | 11,069.50 | 13.10 | 1 | 845.00 | 685.00 | 8,973.50 |
| Sam Hong | Associate | Technology & IP Transactions | 2008 | 1,432.00 | 1.60 | N/A | 895.00 | 685.00 | 1,096.00 |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 319,074.50 | 459.10 | 1 | 695.00 | 535.00 | 245,618.50 |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 46,566.00 | 59.70 | N/A | 780.00 | 535.00 | 31,939.50 |
| Samuel Ikard | Associate | Litigation - General | 2014 | 18,895.50 | 32.30 | N/A | 585.00 | 450.00 | 14,535.00 |
| Miles Johnson | Associate | Taxation | 2015 | 2,887.50 | 5.50 | N/A | 525.00 | 475.00 | 2,612.50 |
| Jacob Johnston | Associate | Litigation - General | 2013 | 73,914.50 | 97.90 | 1 | 755.00 | 595.00 | 58,250.50 |
| Jacob Johnston | Associate | Litigation - General | 2013 | 8,506.50 | 10.70 | N/A | 795.00 | 595.00 | 6,366.50 |
| Cyril V Jones | Associate | Corporate - M&A/Private Equity | 2011 | 1,014.00 | 1.20 | N/A | 845.00 | 685.00 | 822.00 |
| Vinu Joseph | Associate | Litigation - General | 2013 | 16,402.50 | 24.30 | N/A | 675.00 | 520.00 | 12,636.00 |
| Lina Kaisey | Associate | Corporate - Debt Finance | 2015 | 110,110.00 | 182.00 | N/A | 605.00 | 450.00 | 81,900.00 |
| Howard Kaplan | Associate | Litigation - General | 2011 | 31,641.00 | 39.80 | N/A | 795.00 | 665.00 | 26,467.00 |
| Austin Klar | Associate | Litigation - General | 2013 | 182,385.00 | 270.20 | 1 | 675.00 | 520.00 | 140,504.00 |
| Austin Klar | Associate | Litigation - General | 2013 | 532.00 | 0.70 | N/A | 760.00 | 520.00 | 364.00 |

RLF1 15435651v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Serafima Krikunova | Associate | Litigation - General | 2012 | 26,425.00 | 35.00 | N/A | 755.00 | 595.00 | 20,825.00 |
| Nick Laird | Associate | Litigation - General | 2013 | 20,587.50 | 30.50 | N/A | 675.00 | 520.00 | 15,860.00 |
| James C Melchers | Associate | Corporate - General | 2012 | 252,841.00 | 363.80 | N/A | 695.00 | 535.00 | 194,633.00 |
| Mark D Menzies | Associate | Litigation - General | 2014 | 164,092.50 | 243.10 | 1 | 675.00 | 520.00 | 126,412.00 |
| Mark D Menzies | Associate | Litigation - General | 2014 | 28,804.00 | 37.90 | N/A | 760.00 | 520.00 | 19,708.00 |
| Kristen Molloy | Associate | Corporate - General | 2015 | 156,978.00 | 307.80 | 1 | 510.00 | 450.00 | 138,510.00 |
| Kristen Molloy | Associate | Corporate - General | 2015 | 8,967.00 | 14.70 | N/A | 610.00 | 450.00 | 6,615.00 |
| David Moore | Associate | Corporate - General | 2015 | 136,782.00 | 268.20 | N/A | 510.00 | 450.00 | 120,690.00 |
| Jennie L Morawetz | Associate | Environment - Transactional | 2013 | 1,875.50 | 3.10 | N/A | 605.00 | 450.00 | 1,395.00 |
| Aaron J Newell | Associate | Environment - Transactional | 2013 | 969.00 | 1.90 | N/A | 510.00 | 450.00 | 855.00 |
| Bryan M O'Keefe | Associate | Labor & Employment | 2011 | 528.50 | 0.70 | N/A | 755.00 | 595.00 | 416.50 |
| Erin Ramamurthy | Associate | Litigation - General | 2014 | 24,921.00 | 42.60 | N/A | 585.00 | 450.00 | 19,170.00 |
| Daniel Rudewicz | Associate | Restructuring | 2016 | 26,826.00 | 52.60 | 1 | 510.00 | 450.00 | 23,670.00 |
| Daniel Rudewicz | Associate | Restructuring | 2016 | 14,335.00 | 23.50 | N/A | 610.00 | 450.00 | 10,575.00 |
| Michael Saretsky | Associate | Environment - Transactional | 2015 | 121.00 | 0.20 | N/A | 605.00 | 450.00 | 90.00 |
| Michael A Schulman | Associate | Labor & Employment | 2012 | 1,590.00 | 2.00 | N/A | 795.00 | 595.00 | 1,190.00 |
| Anthony Sexton | Associate | Taxation | 2011 | 469,248.50 | 524.30 | 1 | 895.00 | 685.00 | 359,145.50 |
| Anthony Sexton | Associate | Taxation | 2011 | 33,831.00 | 35.80 | N/A | 945.00 | 685.00 | 24,523.00 |
| Daniel Sito | Associate | Taxation | 2015 | 3,712.00 | 5.80 | N/A | 640.00 | 475.00 | 2,755.00 |
| Justin Sowa | Associate | Litigation - General | 2013 | 503,736.00 | 667.20 | 1 | 755.00 | 595.00 | 396,984.00 |
| Justin Sowa | Associate | Litigation - General | 2013 | 51,198.00 | 64.40 | N/A | 795.00 | 595.00 | 38,318.00 |
| Anna Terteryan | Associate | Litigation - General | 2014 | 470,223.00 | 803.80 | 1 | 585.00 | 450.00 | 361,710.00 |
| Anna Terteryan | Associate | Litigation - General | 2014 | 49,028.00 | 72.10 | N/A | 680.00 | 450.00 | 32,445.00 |
| McClain Thompson | Associate | Restructuring | 2014 | 200,618.00 | 331.60 | 1 | 605.00 | 450.00 | 149,220.00 |
| McClain Thompson | Associate | Restructuring | 2014 | 24,186.00 | 34.80 | N/A | 695.00 | 450.00 | 15,660.00 |
| Holly R Trogdon | Associate | Litigation - General | 2014 | 5,967.00 | 10.20 | N/A | 585.00 | 450.00 | 4,590.00 |
| Andrew D Walker | Associate | Corporate - General | 2014 | 2,541.00 | 4.20 | N/A | 605.00 | 450.00 | 1,890.00 |

RLF1 15435651v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | | Fees Billed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | In this Application | In the First Interim Application | | In this Application at First Interim Application Billing Rate |
| Jesse T Wallin | Associate | Corporate - General | 2014 | 65,400.50 | 108.10 | N/A | 605.00 | 450.00 | | 48,645.00 |
| Charles D Wineland, III | Associate | IP Litigation | 2013 | 34,627.50 | 51.30 | N/A | 675.00 | 520.00 | | 26,676.00 |
| Spencer A Winters | Associate | Restructuring | 2013 | 54,696.50 | 78.70 | N/A | 695.00 | 535.00 | | 42,104.50 |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 470,735.00 | 607.40 | 1 | 775.00 | 625.00 | | 379,625.00 |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 68,255.00 | 80.30 | N/A | 850.00 | 625.00 | | 50,187.50 |

RLF1 15435651v.1

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Elizabeth Burns | Legal Assistant | Corporate - General | N/A | 22,896.00 | 63.60 | N/A | 360.00 | 325.00 | 20,670.00 |
| Stephanie Ding | Legal Assistant | Litigation - General | N/A | 53,988.00 | 245.40 | 1 | 220.00 | 195.00 | 47,853.00 |
| Stephanie Ding | Legal Assistant | Litigation - General | N/A | 14,560.00 | 52.00 | N/A | 280.00 | 195.00 | 10,140.00 |
| Gary A Duncan | Legal Assistant | Litigation - General | N/A | 24,097.50 | 76.50 | N/A | 315.00 | 280.00 | 21,420.00 |
| Michael S Fellner | Legal Assistant | Litigation - General | N/A | 8,680.00 | 31.00 | 1 | 280.00 | 250.00 | 7,750.00 |
| Michael S Fellner | Legal Assistant | Litigation - General | N/A | 341.00 | 1.10 | N/A | 310.00 | 250.00 | 275.00 |
| Beth Friedman | Legal Assistant | Restructuring | N/A | 4,120.00 | 10.30 | N/A | 400.00 | 355.00 | 3,656.50 |
| Shavone Green | Legal Assistant | Restructuring | N/A | 7,670.00 | 26.00 | N/A | 295.00 | 265.00 | 6,890.00 |
| Paul M Jones | Legal Assistant | Litigation - General | N/A | 212,175.00 | 615.00 | N/A | 345.00 | 265.00 | 162,975.00 |
| Travis J Langenkamp | Legal Assistant | Litigation - General | N/A | 89,355.00 | 241.50 | N/A | 370.00 | 330.00 | 79,695.00 |
| Robert Orren | Legal Assistant | Restructuring | N/A | 79,267.50 | 243.90 | N/A | 325.00 | 290.00 | 70,731.00 |
| Meghan Rishel | Legal Assistant | Litigation - General | N/A | 21,924.00 | 78.30 | N/A | 280.00 | 250.00 | 19,575.00 |
| Laura Saal | Legal Assistant | Restructuring | N/A | 100.50 | 0.30 | N/A | 335.00 | 300.00 | 90.00 |
| Kenneth J Sturek | Legal Assistant | Litigation - General | N/A | 555.00 | 1.50 | N/A | 370.00 | 330.00 | 495.00 |
| Charlotte M Willingham | Legal Assistant | Corporate - General | N/A | 364.00 | 1.30 | N/A | 280.00 | 250.00 | 325.00 |
| Jason Douangsanith | Case Assistant | Litigation - General | N/A | 14,534.50 | 70.90 | N/A | 205.00 | 195.00 | 13,825.50 |
| Abdulyekinni A Fasinro | Case Assistant | Restructuring | N/A | 1,155.00 | 5.50 | N/A | 210.00 | 195.00 | 1,072.50 |
| Jonathon P Merriman | Case Assistant | Litigation - General | N/A | 9,570.00 | 43.50 | N/A | 220.00 | 195.00 | 8,482.50 |
| Barbara M Siepka | Case Assistant | Corporate - General | N/A | 2,640.00 | 12.00 | N/A | 220.00 | 195.00 | 2,340.00 |
| Anthony C Abate | Project Assistant | Restructuring | N/A | 132.00 | 0.60 | N/A | 220.00 | 195.00 | 117.00 |
| Nathan Draper | Project Assistant | Corporate - General | N/A | 2,552.00 | 11.60 | N/A | 220.00 | 195.00 | 2,262.00 |
| Julia Foster | Project Assistant | Restructuring | N/A | 242.00 | 1.10 | N/A | 220.00 | 195.00 | 214.50 |
| Taylor Poland | Project Assistant | Corporate - General | N/A | 880.00 | 4.00 | N/A | 220.00 | 195.00 | 780.00 |
| Nisha Shah | Project Assistant | Corporate - General | N/A | 8,646.00 | 39.30 | N/A | 220.00 | 195.00 | 7,663.50 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Library Factual Research | Support Staff | Admin Services | N/A | 945.00 | 3.00 | N/A | 315.00 | 280.00 | 840.00 |
| Library Business Research | Support Staff | Admin Services | N/A | 724.50 | 2.30 | N/A | 315.00 | 280.00 | 644.00 |
| Ruby A Allen | Support Staff | Admin Services | N/A | 285.00 | 1.50 | N/A | 190.00 | 170.00 | 255.00 |
| Olivia Altmayer | Support Staff | Litigation - Antitrust/Competition | N/A | 14,577.50 | 59.50 | N/A | 245.00 | 220.00 | 13,090.00 |
| Eileen Drabek | Support Staff | Admin Services | N/A | 770.00 | 3.50 | N/A | 220.00 | 195.00 | 682.50 |
| Stephen P Garoutte | Support Staff | Admin Services | N/A | 3,525.00 | 14.10 | N/A | 250.00 | 200.00 | 2,820.00 |
| Allison Graybill | Support Staff | Admin Services | N/A | 5,500.00 | 22.00 | N/A | 250.00 | 180.00 | 3,960.00 |
| Leah Lancaster | Support Staff | Admin Services | N/A | 7,900.00 | 39.50 | N/A | 200.00 | 180.00 | 7,110.00 |
| Kenneth Sampson | Support Staff | Admin Services | N/A | 2,900.00 | 11.60 | N/A | 250.00 | 195.00 | 2,262.00 |
| Elaine S Santucci | Support Staff | Admin Services | N/A | 4,680.00 | 20.80 | N/A | 225.00 | 195.00 | 4,056.00 |
| Kurt J Wunderlich | Support Staff | Litigation - Antitrust/Competition | N/A | 13,608.00 | 24.30 | 1 | 560.00 | 500.00 | 12,150.00 |
| Kurt J Wunderlich | Support Staff | Litigation - Antitrust/Competition | N/A | 976.00 | 1.60 | N/A | 610.00 | 500.00 | 800.00 |
| Jigna Dalal | Support Staff | Litigation - General | N/A | 13,455.00 | 41.40 | N/A | 325.00 | 290.00 | 12,006.00 |
| Colleen C Caamano | Support Staff | Litigation - General | N/A | 16,705.00 | 51.40 | N/A | 325.00 | 290.00 | 14,906.00 |
| Jason Goodman | Support Staff | Litigation - General | N/A | 1,625.00 | 5.00 | N/A | 325.00 | 290.00 | 1,450.00 |
| Chad M Papenfuss | Support Staff | Litigation - General | N/A | 75,537.00 | 228.90 | N/A | 330.00 | 295.00 | 67,525.50 |
| Katelyn Ye | Support Staff | Litigation - General | N/A | 162.50 | 0.50 | N/A | 325.00 | 290.00 | 145.00 |
| Roman Bielski | Support Staff | Litigation - General | N/A | 45,769.50 | 145.30 | N/A | 315.00 | 300.00 | 43,590.00 |
| Matthew Smith | Support Staff | Litigation - General | N/A | 45,013.50 | 142.90 | N/A | 315.00 | 300.00 | 42,870.00 |

RLF1 15435651v.1