## Exhibit F

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

RLF1 15435651v.1

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---:|
| Third Party Telephone Charges | Intercall | | $10,831.98 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | $12,895.20 |
| Binding | Internal (Kirkland & Ellis LLP) | | $0.00 |
| Tabs/Indexes/Dividers | | | $0.00 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $24,337.80 |
| Scanned Images | | | $0.00 |
| Production Blowbacks | Internal (Kirkland & Ellis LLP) | $0.10 per page | $2,780.60 |
| Closing/Mini Books | Internal (Kirkland & Ellis LLP) | $0.10 per page | $600.00 |
| 4" Binders | | | $0.00 |
| Postage | Federal Express | | $1.15 |
| Overnight Delivery | | | $1,131.07 |
| Outside Messenger Services | | | $472.87 |
| Local Transportation | | | $1,843.10 |
| Travel Expense | | | $110,151.84 |
| Airfare | | | $82,417.26 |
| Transportation to/from airport | | | $12,141.21 |
| Travel Meals | | | $7,344.07 |
| Car Rental | | | $121.00 |
| Other Travel Expenses | | | $1,754.25 |
| Court Reporter Fee/Deposition | | | 14,660.11 |
| Other Court Costs and Fees | | | $17,744.19 |
| Professional Fees | | | $90.00 |
| Outside Paralegal Assistance | | | $216,508.64 |
| Outside Printing Services | | | $2,377.68 |
| Outside Copy/Binding Services | | | $0.00 |
| Working Meals/K&E Only | | | $76.31 |
| Working Meals/K&E and Others | | | $40.00 |
| Catering Expenses | | | $16,215.33 |
| Outside Retrieval Service | | | $28,455.14 |
| Computer Database Research | | | $4,389.00 |
| Westlaw Research | | | $9,770.81 |
| LexisNexis Research | | | $2,717.10 |
| Overtime Transportation | | | $2,714.49 |
| Overtime Meals - Non-Attorney | Seamless North America Inc. | | $200.00 |
| Overtime Meals - Attorney | Seamless North America Inc. | | $3,769.63 |
| Secretarial Overtime | | | $0.00 |
| Document Services Overtime | | | $0.00 |
| Rental Expenses | | | $1,716.10 |
| Miscellaneous Office Expenses | | | $0.00 |
| Cash Credits | | | (148.00) |
| **Total** | | | **$590,119.93** |

---

[1] Kirkland may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.