**Exhibit G**

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

RLF1 15435651v.1

## Summary, by Matter Category, of Actual
## Fees and Expenses Incurred During the Fee Period

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0002 | Chapter 11 Bankruptcy Filing | 0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | [ALL] Automatic Stay | 0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | [ALL] Bond Issues | 0.20 | $191.00 | $0.00 | $191.00 |
| 0005 | [ALL] Business Operations | 0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | [ALL] Case Administration | 78.90 | $42,287.00 | $0.00 | $42,287.00 |
| 0007 | [ALL] Cash Management | 0.80 | $624.00 | $0.00 | $624.00 |
| 0008 | [ALL] Claims Administration & Objections | 544.60 | $425,307.50 | $0.00 | $425,307.50 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 911.70 | $586,625.50 | $0.00 | $586,625.50 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 1,423.80 | $1,293,920.50 | $0.00 | $1,293,920.50 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 36.80 | $27,215.00 | $0.00 | $27,215.00 |
| 0012 | [ALL] Hearings | 45.20 | $40,663.50 | $0.00 | $40,663.50 |
| 0013 | [ALL] Insurance | 0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | [ALL] K&E Retention and Fee Applications | 503.80 | $231,117.50 | $0.00 | $231,117.50 |
| 0015 | [ALL] Mediation | 0.00 | $0.00 | $0.00 | $0.00 |
| 0016 | [ALL] Non-Debtor Affiliates | 0.00 | $0.00 | $0.00 | $0.00 |
| 0017 | [ALL] Non-K&E Retentions & Fee Apps | 11.80 | $7,075.00 | $0.00 | $7,075.00 |
| 0018 | [ALL] Non-Working Travel | 81.80 | $85,417.00 | $0.00 | $85,417.00 |
| 0019 | [ALL] Official Committee Issues & Meet. | 0.00 | $0.00 | $0.00 | $0.00 |
| 0020 | [ALL] Oncor | 0.00 | $0.00 | $0.00 | $0.00 |
| 0021 | [ALL] Plan and Disclosure Statements | 817.60 | $838,750.50 | $0.00 | $838,750.50 |
| 0022 | [ALL] Private Letter Ruling/IRS Matters | 0.00 | $0.00 | $0.00 | $0.00 |
| 0023 | [ALL] Regulatory Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0024 | [ALL] Rest. Support Agrmt./Global Settle | 0.00 | $0.00 | $0.00 | $0.00 |
| 0025 | [ALL] Retention of Professionals | 0.00 | $0.00 | $0.00 | $0.00 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 115.80 | $101,009.00 | $0.00 | $101,009.00 |
| 0027 | [ALL] Schedules, SoFAs | 0.00 | $0.00 | $0.00 | $0.00 |
| 0028 | [ALL] Shared Services | 0.00 | $0.00 | $0.00 | $0.00 |
| 0029 | [ALL] Tax Issues | 1,001.20 | $1,179,583.00 | $0.00 | $1,179,583.00 |
| 0030 | [ALL] U.S. Trustee Issues | 1.00 | $695.00 | $0.00 | $695.00 |
| 0031 | [ALL] Utilities | 0.00 | $0.00 | $0.00 | $0.00 |
| 0032 | [ALL] Valuation | 0.00 | $0.00 | $0.00 | $0.00 |
| 0033 | [ALL] Vendor and Other Creditor Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 31.30 | $21,854.00 | $0.00 | $21,854.00 |
| 0035 | [TCEH] Automatic Stay | 0.40 | $242.00 | $0.00 | $242.00 |
| 0036 | [TCEH] Bond Issues | 0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 0037 | [TCEH] Business Operations | 2.80 | $1,910.00 | $0.00 | $1,910.00 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 36.00 | $32,174.00 | $0.00 | $32,174.00 |
| 0039 | [TCEH] Claims Administration & Objection | 176.70 | $111,452.50 | $0.00 | $111,452.50 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 5,657.20 | $4,038,661.00 | $0.00 | $4,038,661.00 |
| 0041 | [TCEH] Corp. Governance and Sec. Issues | 0.40 | $430.00 | $0.00 | $430.00 |
| 0042 | [TCEH] Environmental Issues | 86.10 | $84,062.00 | $0.00 | $84,062.00 |
| 0043 | [TCEH] Hearings | 752.30 | $493,241.00 | $0.00 | $493,241.00 |
| 0044 | [TCEH] Insurance | 0.00 | $0.00 | $0.00 | $0.00 |
| 0045 | [TCEH] Letter of Credit Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0046 | [TCEH] Non-Debtor Affiliates | 0.00 | $0.00 | $0.00 | $0.00 |
| 0047 | [TCEH] Non-K&E Retention & Fee Apps | 0.00 | $0.00 | $0.00 | $0.00 |
| 0048 | [TCEH] Non-Working Travel | 174.60 | $140,877.50 | $0.00 | $140,877.50 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 0.00 | $0.00 | $0.00 | $0.00 |
| 0050 | [TCEH] Oncor | 0.00 | $0.00 | $0.00 | $0.00 |
| 0051 | [TCEH] Plan/Disclosure Statements | 527.90 | $463,430.00 | $0.00 | $463,430.00 |
| 0052 | [TCEH] Private Letter Ruling/IRS Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0053 | [TCEH] Rest. Support Agrmt./Global Sett. | 0.00 | $0.00 | $0.00 | $0.00 |
| 0054 | [TCEH] Retiree and Employee Issues/OPEB | 34.10 | $23,615.50 | $0.00 | $23,615.50 |
| 0055 | [TCEH] Schedules, SoFAs | 0.00 | $0.00 | $0.00 | $0.00 |
| 0056 | [TCEH] Shared Services | 0.00 | $0.00 | $0.00 | $0.00 |
| 0057 | [TCEH] Trading and Hedging Contracts | 0.60 | $465.00 | $0.00 | $465.00 |
| 0058 | [TCEH] Transition Services | 0.00 | $0.00 | $0.00 | $0.00 |
| 0059 | [TCEH] U.S. Trustee Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0060 | [TCEH] Utilities | 0.00 | $0.00 | $0.00 | $0.00 |
| 0061 | [TCEH] Valuation | 0.00 | $0.00 | $0.00 | $0.00 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0063 | [EFIH] Asset Dispositions and Purchases | 0.00 | $0.00 | $0.00 | $0.00 |
| 0064 | [EFIH] Automatic Stay | 0.00 | $0.00 | $0.00 | $0.00 |
| 0065 | [EFIH] Bond Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Makewhole | 128.20 | $127,631.00 | $0.00 | $127,631.00 |
| 0067 | [EFIH] Claims Administration & Objection | 19.50 | $23,692.50 | $0.00 | $23,692.50 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 445.90 | $422,808.50 | $0.00 | $422,808.50 |
| 0069 | [EFIH] Corp. Governance and Sec. Issues | 0.40 | $430.00 | $0.00 | $430.00 |
| 0070 | [EFIH] Hearings | 5.80 | $5,743.50 | $0.00 | $5,743.50 |
| 0071 | [EFIH] Insurance | 0.00 | $0.00 | $0.00 | $0.00 |
| 0072 | [EFIH] Non-K&E Retention & Fee Applications | 0.00 | $0.00 | $0.00 | $0.00 |
| 0073 | [EFIH] Non-Working Travel | 34.90 | $35,414.50 | $0.00 | $35,414.50 |
| 0074 | [EFIH] Official Committee Issues & Meet. | 0.00 | $0.00 | $0.00 | $0.00 |
| 0075 | [EFIH] Oncor | 0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| 0076 | [EFIH] Plan / Disclosure Statement | 3,047.90 | $2,893,291.00 | $0.00 | $2,893,291.00 |
| 0077 | [EFIH] Private Letter Ruling/IRS Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0078 | [EFIH] Rest. Support Agrmt./Global Sett. | 0.00 | $0.00 | $0.00 | $0.00 |
| 0079 | [EFIH] Schedules, SoFAs | 0.00 | $0.00 | $0.00 | $0.00 |
| 0080 | [EFIH] Shared Services | 0.00 | $0.00 | $0.00 | $0.00 |
| 0081 | [EFIH] Valuation | 0.00 | $0.00 | $0.00 | $0.00 |
| 0082 | [EFH] Asset Dispositions and Purchases | 0.00 | $0.00 | $0.00 | $0.00 |
| 0083 | [EFH] Automatic Stay | 0.00 | $0.00 | $0.00 | $0.00 |
| 0084 | [EFH] Bond Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0085 | [EFH] Claims Administration & Objections | 0.00 | $0.00 | $0.00 | $0.00 |
| 0086 | [EFH] Contested Matters & Advers. Proc. | 0.00 | $0.00 | $0.00 | $0.00 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0088 | [EFH] EFH Corporate Services | 0.00 | $0.00 | $0.00 | $0.00 |
| 0089 | [EFH] EFH Properties | 0.00 | $0.00 | $0.00 | $0.00 |
| 0090 | [EFH] Hearings | 0.00 | $0.00 | $0.00 | $0.00 |
| 0091 | [EFH] Insurance | 0.00 | $0.00 | $0.00 | $0.00 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 0.00 | $0.00 | $0.00 | $0.00 |
| 0093 | [EFH] Non-Debtor Affiliates | 0.00 | $0.00 | $0.00 | $0.00 |
| 0094 | [EFH] Non-K&E Retention & Fee Apps | 0.00 | $0.00 | $0.00 | $0.00 |
| 0095 | [EFH] Non-Working Travel | 0.00 | $0.00 | $0.00 | $0.00 |
| 0096 | [EFH] Official Committee Issues & Meet. | 0.00 | $0.00 | $0.00 | $0.00 |
| 0097 | [EFH] Oncor | 0.00 | $0.00 | $0.00 | $0.00 |
| 0098 | [EFH] Plan/Disclosure Statement | 0.00 | $0.00 | $0.00 | $0.00 |
| 0099 | [EFH] Private Letter Ruling/IRS Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0100 | [EFH] Rest. Support Agrmt./Global Sett. | 0.00 | $0.00 | $0.00 | $0.00 |
| 0101 | [EFH] Retiree and Employee Issues/OPEB | 10.50 | $8,367.00 | $0.00 | $8,367.00 |
| 0102 | [EFH] Schedules, SoFAs | 0.00 | $0.00 | $0.00 | $0.00 |
| 0103 | [EFH] Shared Services | 0.00 | $0.00 | $0.00 | $0.00 |
| 0104 | [EFH] Valuation | 0.00 | $0.00 | $0.00 | $0.00 |
| 0105 | [EFH] Vendor and Other Creditor Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 0106 | [ALL] Venue | 0.00 | $0.00 | $0.00 | $0.00 |
| 0107 | [ALL] Invoice Review | 0.00 | $0.00 | $0.00 | $0.00 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 24.00 | $15,864.00 | $0.00 | $15,864.00 |
| 0109 | [ALL] Expenses | 0.00 | $0.00 | $568,829.33 | $568,829.33 |
| 0110 | [TCEH] Expenses | 0.00 | $0.00 | $8,658.20 | $8,658.20 |
| 0111 | [EFIH] Expenses | 0.00 | $0.00 | $10,370.40 | $10,370.40 |
| 0112 | [EFH] Expenses | 0.00 | $0.00 | $2,262.00 | $2,262.00 |
| 0113 | [ALL] Enforcement of TTI Rights | 70.70 | $57,026.00 | $0.00 | $57,026.00 |
| 0114 | [ALL] Drag Along Rights | 1.00 | $900.00 | $0.00 | $900.00 |
| 0115 | [TCEH] Exit Financing | 2,376.40 | $2,071,786.00 | $0.00 | $2,071,786.00 |
| **Totals** | | **19,220.60** | **$15,935,849.50** | **$590,119.93** | **$16,525,969.43** |