# Exhibit H

## Budget and Staffing Plan

## Budget and Staffing Plan for the Fee Period

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 20 - 40 | $12,000 - $20,000 |
| 6 | [ALL] Case Administration | 130 - 150 | $80,000 - $100,000 |
| 7 | [ALL] Cash Management | 20 - 40 | $12,000 - $20,000 |
| 8 | [ALL] Claims Administration and Objections | 600 - 680 | $400,000 - $440,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 8,565 - 9,600 | $5,800,000 - $6,340,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 1,635 - 1,830 | $1,260,000 - $1,340,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 70 - 90 | $54,000 - $70,000 |
| 12 | [ALL] Hearings | 160 - 180 | $150,000 - $170,000 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 705 - 795 | $340,000 - $380,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 60 - 80 | $40,000 - $60,000 |
| 18 | [ALL] Non-Working Travel | 270 - 300 | $284,000 - $322,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 20 - 40 | $20,000 - $40,000 |
| 21 | [ALL] Plan and Disclosure Statement | 7,665 - 8,580 | $8,100,000 - 9,030,000 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 740 - 820 | $370,000 - $510,000 |
| 29 | [ALL] Tax Issues | 1,345 - 1,500 | $1,600,000 - $1,740,000 |
| 30 | [ALL] U.S. Trustee Issues | 20 - 40 | $16,000 - $20,000 |
| 32 | [ALL] Valuation | 200 - 220 | $170,000 - $190,000 |
| 113 | [ALL] Enforcement of TTI Rights | 100 - 140 | $110,000 - $140,000 |
| 114 | [ALL] Drag Along Rights | 120 - 160 | $90,000 - $160,000 |
| Applicable to TCEH Debtors | | | |
| 34 | [TCEH] Asset Disposition | 20 - 40 | $16,000 - $25,000 |
| 37 | [TCEH] Business Operations | 40 - 60 | $55,000 - $80,000 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 40 - 60 | $40,000 - $60,000 |
| 39 | [TCEH] Claims Administration and Objections | 280 - 310 | $150,000 - $170,000 |
| 40 | [TCEH] Contested Matters and Adversary Proceedings | 300 - 340 | $212,000 - $260,000 |
| 41 | [TCEH] Corporate Governance and Securities Law Issues | 20 - 40 | $12,000 - $20,000 |
| 42 | [TCEH] Environmental Issues | 40 - 60 | $40,000 - $60,000 |
| 46 | [TCEH] Non-Debtor Affiliates | 20 - 40 | $12,000 - $20,000 |
| 48 | [TCEH] Non-Working Travel | 40 - 60 | $20,000 - $32,000 |
| 49 | [TCEH] Official Committee Issues and Meetings | 40 - 60 | $12,000 - $20,000 |
| 51 | [TCEH] Plan/Disclosure Statement | 70 - 95 | $80,000 - $114,000 |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 57 | [TCEH] Trading and Hedging Contracts | 100 - 120 | $56,000 - $80,000 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 120 - 140 | $80,000 - $100,000 |
| 108 | [TCEH] Exec. Contracts & Unexpired Leases | 1,015 - 1,145 | $620,000 - $700,000 |
| 115 | [TCEH] Exit Financing | 130 - 170 | $100,000 - $160,000 |
| Applicable to EFIH Debtors | | | |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 100 - 120 | $122,000 - $140,000 |
| 68 | [EFIH] Contested Matters and Adversary Proceedings | 1,225 - 1,375 | $1,080,000 - $1,200,000 |
| 70 | [EFIH] Hearings | 480 - 540 | $290,000 - $340,000 |
| 73 | [EFIH] Non-Working Travel | 40 - 60 | $40,000 - $60,000 |
| 74 | [EFIH] Official Committee Issues and Meetings | 40 - 60 | $12,000 - $20,000 |
| Applicable to EFH Corp. Debtors | | | |
| 87 | [EFH] Corporate Governance and Securities Law Issues | 45 - 65 | $40,000 - $60,000 |
| 89 | [EFH] EFH Properties | 120 - 140 | $80,000 - $100,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 20 - 40 | $16,000 - $20,000 |
| 96 | [EFH] Official Committee Issues and Meetings | 40 - 60 | $12,000 - $20,000 |
| **Total** | | **26,830 - 30,485** | **$22,105,000 - $24,953,000** |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 27 | $1,127 |
| Associate | 17 | $718 |
| Legal Assistant | 6 | $327 |
| Case Assistant | 2 | $213 |
| Project Assistants (and other support staff) | 5 | $327 |
| **Total Attorney** | **44** | **$970** |
| **Total Non-Attorney** | **13** | **$308** |
| **Total** | **57** | **$823** |

---

[1] The "Average Hourly Rate" is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.