# Exhibit I

**Summary, by Matter Category, of Fees**
**Budgeted and Fees Incurred During the Fee Period**

## Summary of Legal Services Rendered

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 0003 | [ALL] Automatic Stay | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0004 | [ALL] Bond Issues | 0 | 0.20 | $0.00 | $191.00 |
| 0006 | [ALL] Case Administration | 130 - 150 | 78.90 | $80,000 - $100,000 | $42,287.00 |
| 0007 | [ALL] Cash Management | 20 - 40 | 0.80 | $12,000 - $20,000 | $624.00 |
| 0008 | [ALL] Claims Administration & Objections | 600 - 680 | 544.60 | $400,000 - $440,000 | $425,307.50 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 8,565 - 9,600 | 911.70 | $5,800,000 - $6,340,000 | $586,625.50 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 1,635 - 1,830 | 1,423.80 | $1,260,000 - $1,340,000 | $1,293,920.50 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 70 - 90 | 36.80 | $54,000 - $70,000 | $27,215.00 |
| 0012 | [ALL] Hearings | 160 - 180 | 45.20 | $150,000 - $170,000 | $40,663.50 |
| 0014 | [ALL] Kirkland Retention and Fee Applications | 705 - 795 | 503.80 | $340,000 - $380,000 | $231,117.50 |
| 0017 | [ALL] Non-Kirkland Retentions & Fee Apps | 60 - 80 | 11.80 | $40,000 - $60,000 | $7,075.00 |
| 0018 | [ALL] Non-Working Travel | 270 - 300 | 81.80 | $284,000 - $322,000 | $85,417.00 |
| 0019 | [ALL] Official Committee Issues & Meet. | 20 - 40 | 0 | $20,000 - $40,000 | $0.00 |
| 0021 | [ALL] Plan and Disclosure Statements | 7,665 - 8,580 | 817.60 | $8,100,000 - 9,030,000 | $838,750.50 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 740 - 820 | 115.80 | $370,000 - $510,000 | $101,009.00 |
| 0029 | [ALL] Tax Issues | 1,345 - 1,500 | 1,001.20 | $1,600,000 - $1,740,000 | $1,179,583.00 |
| 0030 | [ALL] U.S. Trustee Issues | 20 - 40 | 1.00 | $16,000 - $20,000 | $695.00 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 20 - 40 | 31.30 | $16,000 - $25,000 | $21,854.00 |
| 0035 | [TCEH] Automatic Stay | 0 | 0.40 | $0.00 | $242.00 |
| 0037 | [TCEH] Business Operations | 40 - 60 | 2.80 | $55,000 - $80,000 | $1,910.00 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 40 - 60 | 36.00 | $40,000 - $60,000 | $32,174.00 |
| 0039 | [TCEH] Claims Administration & Objection | 280 - 310 | 176.70 | $150,000 - $170,000 | $111,452.50 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 300 - 340 | 5,657.20 | $212,000 - $260,000 | $4,038,661.00 |
| 0041 | [TCEH] Corporate Governance and Securities Law Issues | 20 - 40 | 0.40 | $12,000 - $20,000 | $430.00 |
| 0042 | [TCEH] Environmental Issues | 40 - 60 | 86.10 | $40,000 - $60,000 | $84,062.00 |
| 0043 | [TCEH] Hearings | 0 | 752.30 | $0.00 | $493,241.00 |
| 0046 | [TCEH] Non-Debtor Affiliates | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0048 | [TCEH] Non-Working Travel | 40 - 60 | 174.60 | $20,000 - $32,000 | $140,877.50 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 40 - 60 | 0 | $12,000 - $20,000 | $0.00 |
| 0051 | [TCEH] Plan/Disclosure Statement | 70 - 95 | 527.90 | $80,000 - $114,000 | $463,430.00 |
| 0054 | [TCEH] Retiree and Employee Issues/OPEB | 0 | 34.10 | $0.00 | $23,615.50 |
| 0057 | [TCEH] Trading and Hedging Contracts | 100 - 120 | 0.60 | $56,000 - $80,000 | $465.00 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 120 - 140 | 0 | $80,000 - $100,000 | $0.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 100 - 120 | 128.20 | $122,000 - $140,000 | $127,631.00 |
| 0067 | [EFIH] Claims Administration & Objection | 0 | 19.50 | $0.00 | $23,692.50 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 1,225 - 1,375 | 445.90 | $1,080,000 - $1,200,000 | $422,808.50 |
| 0069 | [EFIH] Corp. Governance and Sec. Issues | 0 | 0.40 | $0.00 | $430.00 |
| 0070 | [EFIH] Hearings | 480 - 540 | 5.80 | $290,000 - $340,000 | $5,743.50 |
| 0073 | [EFIH] Non-Working Travel | 40 - 60 | 34.90 | $40,000 - $60,000 | $35,414.50 |
| 0074 | [EFIH] Official Committee Issues and Meetings | 40 - 60 | 0 | $12,000 - $20,000 | $0.00 |
| 0076 | [EFIH] Plan/Disclosure Statement | 0 | 3,047.90 | $0.00 | $2,893,291.00 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 45 - 65 | 0 | $40,000 - $60,000 | $0.00 |
| 0089 | [EFH] EFH Properties | 120 - 140 | 0 | $80,000 - $100,000 | $0.00 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 20 - 40 | 0 | $16,000 - $20,000 | $0.00 |
| 0096 | [EFH] Official Committee | 40 - 60 | 0 | $12,000 - | $0.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| | Issues & Meet. | | | $20,000 | |
| 0101 | [EFH] Retiree and Employee Issues/OPEB | 0 | 10.50 | $0.00 | $8,367.00 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 1,015 - 1,145 | 24.00 | $620,000 - $700,000 | $15,864.00 |
| 0113 | [ALL] Enforcement of TTI Rights | 100 - 140 | 70.70 | $110,000 - $140,000 | $57,026.00 |
| 0114 | [ALL] Drag Along Rights | 120 - 160 | 1.00 | $90,000 - $160,000 | $900.00 |
| 0115 | [TCEH] Exit Financing | 130 - 170 | 2,376.40 | $100,000 - $160,000 | $2,071,786.00 |
| **Total** | | **26,830 - 30,485** | **19,220.60** | **$22,105,000 - $24,953,000** | **$15,935,849.50** |