**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: D.I. 5373, 5374, 5802, 6050, 6776** |

**CERTIFICATION OF COUNSEL REGARDING
"TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO (CERTAIN IMPROPERLY ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007 AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 5373]**

The undersigned hereby certifies as follows:

1.  On August 17, 2015, Energy Future Holdings Corp. ("EFH Corp."), one of the above-captioned debtors and debtors in possession, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 5373] (the "Objection").[2] On August 17, 2015, EFH Corp. also filed the *Declaration of Michael Carter in Support of the Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

3003, and 3007 and Local Bankruptcy Rule 3007-1 [D.I. 5374] in connection with, and in support of the relief requested in, the Objection.

2. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on August 31, 2015 (the "Response Deadline").

3. Prior to the Response Deadline, EFH Corp. received one informal response and one formal response from the following claimants (together, the "Claimants") with respect to which EFH Corp. adjourned the Objection:

- Informal response of Airgas USA, LLC ("Airgas") regarding the Objection with respect to Proof of Claim number 3314.

- Verizon Wireless ("Verizon") filed a response [D.I. 5802] regarding the Objection with respect to Proof of Claim number 6264.

4. On September 16, 2015, the Court entered the *Order Sustaining Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 6050].

5. On October 30, 2015, the Court entered the *Order (Second) Sustaining Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 6776] (the "Second Order Sustaining Twenty-Eighth Omnibus Objection to Claims").

6. Following the entry of the Second Order Sustaining Twenty-Eighth Omnibus Objection to Claims:

- Airgas and EFH Corp. have resolved the Objection with respect to Proof of Claim number 3314 and the Objection is going forward solely with respect to the Wrong Debtor Basis for Objection on a consensual basis.

2

- Verizon and EFH Corp. have resolved the Objection with respect to Proof of Claim number 6264 and the Objection will go forward as a Wrong Debtor and Modify Amount Basis for Objection on the modified terms as set forth on **Exhibit 2** to **Exhibit A** attached hereto.

7. Therefore, EFH Corp. seeks entry of an order, substantially in the form attached hereto as **Exhibit A**, disposing of the Objection solely with respect to the Proofs of Claim filed by the Claimants.

WHEREFORE, EFH Corp. respectfully requests that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit A**, at the convenience of the Court.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  October 18, 2016 | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone:    (302) 803-4600<br>Facsimile:      (302) 397-2557<br>Email:            dklauder@bk-legal.com<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br><br>Jeff J. Marwil (admitted *pro hac vice*)<br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone:    (312) 962-3550<br>Facsimile:      (312) 962-3551<br>Email:            jmarwil@proskauer.com<br>                       mthomas@proskauer.com<br>                       pyoung@proskauer.com<br><br>*Co-Counsel to Debtor*<br>*Energy Future Holdings Corp.* |

52496638v1