**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF SETTLEMENT OF CERTAIN CLAIMS**

PLEASE TAKE NOTICE that, on September 9, 2015, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Corrected Order Authorizing and Approving Settlement Procedures for Settling Certain Prepetition Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding* [D.I. 5899] (the "Claims Settlement Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Claims Settlement Order, the Court, among other things, authorized and approved certain settlement procedures for settling certain prepetition claims and causes of action brought by or against the above-captioned debtors and debtors in possession (collectively, the "Debtors") in a judicial, administrative, arbitral, or other action or proceeding.

PLEASE TAKE FURTHER NOTICE that, on July 10, 2015, Energy Future Holdings Corp. ("EFH Corp."), one of the Debtors, filed with the Court the *Twenty-Second Omnibus (Non-Substantive) Objection to Claims (Wrong Debtor) Pursuant to Section 502(b) of the Bankruptcy*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Code, Bankruptcy Rules 3001, 3003 and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 4976] (the "Twenty-Second Omnibus Claims Objection"), objecting to certain proofs of claim filed against one or more of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to it in the Claims Settlement Order, EFH Corp. hereby provides notice that it has fully and finally settled the claim set forth on **Exhibit A** hereto, which was subject to the Twenty-Second Omnibus Claims Objection.

PLEASE TAKE FURTHER NOTICE that, on August 17, 2015, EFH Corp. filed with the Court the *Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1* [D.I. 5373] (the "Twenty-Eighth Omnibus Claims Objection"), objecting to certain proofs of claim filed against one or more of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to it in the Claims Settlement Order, EFH Corp. hereby provides notice that it has fully and finally settled the claims set forth on **Exhibit B** hereto, which were subject to the Twenty-Eighth Omnibus Claims Objection.

PLEASE TAKE FURTHER NOTICE that, to the extent that EFH Corp. settles additional claims subject to pending claim objections pursuant to the authority granted to it in the Claims Settlement Order, EFH Corp. shall file a further notice with the Court.

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  October 18, 2016 | **BIELLI & KLAUDER, LLC**<br><br>*/s/  David M. Klauder*<br>David M. Klauder (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 803-4600<br>Facsimile:    (302) 397-2557<br>Email:          dklauder@bk-legal.com<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br><br>Jeff J. Marwil (admitted *pro hac vice*)<br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone:   (312) 962-3550<br>Facsimile:    (312) 962-3551<br>Email:          jmarwil@proskauer.com<br>                     mthomas@proskauer.com<br>                     pyoung@proskauer.com<br><br>*Co-Counsel to Debtor*<br>*Energy Future Holdings Corp.* |