**Exhibit A**

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Docket Response |
|---|---|---|---|
| 22nd [D.I. 4976] | 3736 | Global Technical Training Services Inc. | N/A |

62359214v1