**Exhibit B**

| Omnibus Objection to Which Claim is Subject | Claim No. | Claimant | Claimant Docket Response |
|---|---|---|---|
| 28th [ECF No. 5373] | 5776 | Benetech, Inc. | 5834 |
| 28th [ECF No. 5373] | 1776 | Shale-Inland Holdings LLC | N/A |

62359214v1