# **EXHIBIT B**

## UMMARY OF PROFESSIONAL SERVICES

The MMWR attorneys and paralegals that rendered professional services in these cases during the Compensation Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 67.40 | $45,495.00 |
| Natalie D. Ramsey | Non-Working Travel | $337.50 | 0.40 | $135.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 336.60 | $205,326.00 |
| Mark A. Fink | Non-Working Travel | $305.00 | 5.50 | $1,677.50 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 1.20 | $702.00 |
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of DE Bar since 2001 | $540.00 | 13.40 | $6,231.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **424.50** | **$259,566.50** |
| **ASSOCIATES** | | | | |
| **TOTAL ASSOCIATES** | | | **0.0** | **$0.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 36.20 | $5,249.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **36.20** | **$5,249.00** |
| **TOTAL ALL PROFESSIONALS** | | | **460.70** | **$264,815.50** |