# **<u>EXHIBIT C</u>**

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED

| Expense Category | Expense Amount |
|---|---|
| Miscellaneous Expense | $281.50 |
| Postage | $1.88 |
| Consultant Fees | $1,076.00 |
| Filing Fee - Other | $30.00 |
| Travel - Rail Fare | $234.00 |
| Pacer | $314.80 |
| Duplicating - Internal | $53.20 |
| Federal Express | $100.45 |
| Telephone | $7.97 |
| Westlaw On-Line Legal Research | $53.46 |
| **Total** | **$2,153.26** |