# **EXHIBIT D**

# **MAY 2016**

|  |  |
|---|---|
| Invoice Date: | 7/14/16 |
| Invoice Number: | 733427 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 05/31/16 | Postage | $ | 0.47 |
| 05/31/16 | Pacer | $ | 241.60 |
| 05/13/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 4/28/16, Court Call Hearing Expense | $ | 30.00 |
| 05/17/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of April, 2016 | $ | 150.00 |
| 05/23/16 | Travel - Rail Fare - PAID TO: Mark A. Fink 05/23/16 Roundtrip Amtrak rail from New York to Wilmington DE - Attend EFH hearing | $ | 234.00 |
| 05/26/16 | Filing Fee - Other - PAID TO: American Express - CCAll ID # 7534524 charge on 4/15/2016 for Natalie Ramsey on 4/5/2016 | $ | 30.00 |
| | Total Disbursements | $ | 686.07 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 7/14/16 |
| Invoice Number: | 733427 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description | Amount |
|---|---|---|
| 0008 | Miscellaneous Expense | $ 30.00 |
| 0014 | Postage | $ 0.47 |
| 0046 | Consultant Fees | $ 150.00 |
| 0058 | Filing Fee - Other | $ 30.00 |
| 0092 | Travel - Rail Fare | $ 234.00 |
| 0163 | Pacer | $ 241.60 |
|  | Total: | $ 686.07 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **<u>JUNE 2016</u>**

|  |  |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734900 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 06/30/16 | Postage | $ | 0.47 |
| 06/30/16 | Printing & Duplicating - Internal | $ | 52.90 |
| 06/30/16 | Pacer | $ | 105.50 |
| 03/30/16 | Federal Express Federal Express Package returning stamped Proof of Claim - Invoice #:537832233 Mark A Fink Montgomery McCracken 1105 North Market Street WILMINGTON DE US 19801 Tracking #:795128510926 | $ | 20.77 |
| 06/06/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 5/10/16, Court Call Expense for attendance at hearing via Court Call | $ | 30.00 |
| 06/06/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 5/23/16, Attendance at Hearing via Court Call | $ | 86.00 |
| 06/16/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of May, 2016 | $ | 150.00 |
| 06/16/16 | Federal Express Federal Express Package - Invoice #:546033359 Erin A West Godfrey & Kahn | $ | 32.86 |
| 06/22/16 | Westlaw On-Line Legal Research | $ | 17.82 |
| 06/28/16 | Westlaw On-Line Legal Research | $ | 17.82 |
| 06/29/16 | Telephone - PAID TO: Soundpath Conferencing - Conference call at 2:26pm on 5/26/16 with 3 participants | $ | 7.97 |
| | Total Disbursements | $ | 522.11 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | Invoice Date: | 8/31/16 |
|---|---|---|
| | Invoice Number: | 734900 |
| | Client Matter Number: | 66471.00003 |
| | I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges
## Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---|
| Cost | Cost Code Description | $ | Amount |
| 0008 | Miscellaneous Expense | $ | 116.00 |
| 0013 | Duplicating - Internal | $ | 52.90 |
| 0014 | Postage | $ | 0.47 |
| 0046 | Consultant Fees | $ | 150.00 |
| 0117 | Federal Express | $ | 53.63 |
| 0137 | Telephone | $ | 7.97 |
| 0152 | Westlaw On-Line Legal Research | $ | 35.64 |
| 0163 | Pacer | $ | 105.50 |
| | Total: | $ | 522.11 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **<u>JULY 2016</u>**

Invoice Date: 8/31/16
Invoice Number: 734901
Client Matter Number: 66471.00003
I.D.# 01051

# Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---|
| 07/31/16 | Pacer | $ 73.20 |
| 07/07/16 | Westlaw On-Line Legal Research | $ 17.82 |
| 07/13/16 | Miscellaneous Expense - PAID TO: Mark A. Fink 6/27/16, Court Call expense for attending an EFH court conference on 6/27/16 at 10:00am | $ 30.00 |
| | Total Disbursements | $ 121.02 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  | |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734901 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges
## Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---|
| 0008 | Miscellaneous Expense | $ | 30.00 |
| 0152 | Westlaw On-Line Legal Research | $ | 17.82 |
| 0163 | Pacer | $ | 73.20 |
|  | Total: | $ | 121.02 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **<u>AUGUST 2016</u>**

| | |
|---|---|
| Invoice Date: | 10/13/16 |
| Invoice Number: | 736384 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 08/31/16 | Postage | $ | 0.94 |
| 08/31/16 | Printing & Duplicating - Internal | $ | 0.30 |
| 08/04/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of June, 2016 | $ | 626.00 |
| 08/11/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of July, 2016 | $ | 150.00 |
| 08/12/16 | Federal Express - PAID TO: Federal Express Corp Federal Express Corp-PAID TO: Federal Express Corp.#783812134804 - deliv. from MMWR-NY to Mark A. Fink, Wilmington, DE on 081516 | $ | 23.41 |
| 08/12/16 | Federal Express - PAID TO: Federal Express Corp Federal Express Corp-PAID TO: Federal Express Corp.#783812178674 - deliv. from MMWR-NY to Mark A. Fink, Wilmington, DE on 081516 | $ | 23.41 |
| | Total Disbursements | $ | 824.06 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 10/13/16 |
| Invoice Number: | 736384 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description |  | Amount |
|---|---|---|---|
| Cost | Cost Code Description | $ | Amount |
| 0013 | Duplicating - Internal | $ | 0.30 |
| 0014 | Postage | $ | 0.94 |
| 0025 | Printing - Internal | $ | 0.00 |
| 0046 | Consultant Fees | $ | 776.00 |
| 0217 | Federal Express | $ | 46.82 |
|  | Total: | $ | 824.06 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**