# **EXHIBIT E**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

| **PROJECT CATEGORY** | **DESCRIPTION** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| 001 | Asset Analysis | 0.00 | $0.00 |
| 002 | Asset Disposition | 0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0.00 | $0.00 |
| 005 | Business Operations | 0.00 | $0.00 |
| 006 | Case Administration | 141.90 | $86,083.50 |
| 007 | Claims Administration and Objections | 0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 18.90 | $3,996.00 |
| 011 | Employment and Fee Applications (Others) | 22.40 | $5,433.50 |
| 012 | Financing, Cash Collateral, Make Whole | 10.50 | $6,405.00 |
| 013 | Other Litigation | 0.00 | $0.00 |
| 014 | Meetings and Communications with Creditors | 6.10 | $3,721.00 |
| 015 | Non-Working Travel | 5.90 | $1,812.50 |
| 016 | Plan and Disclosure Statement | 178.60 | $111,994.50 |
| 017 | Relief from Stay and Adequate Protection | 0.00 | $0.00 |
| 018 | Tax | 0.00 | $0.00 |
| 019 | Valuation | 0.00 | $0.00 |
| 020 | Discovery | 0.00 | $0.00 |
| 021 | Hearings | 56.00 | $34,413.50 |
| 022 | First and Second Day Motions | 0.00 | $0.00 |
| 023 | Claims Investigation | 0.00 | $0.00 |
| 024 | Lien Investigation | 0.00 | $0.00 |
| 025 | Intercompany Claims | 0.00 | $0.00 |
| 026 | Other Motions/Applications | 0.00 | $0.00 |
| 027 | Schedules and Statements | 0.00 | $0.00 |
| 028 | Time Entry Review | 0.00 | $0.00 |
| 029 | Budgeting (Case) | 0.00 | $0.00 |
| 030 | Asbestos-Related Matters | 20.40 | $10,956.00 |
| 031 | Derivative Litigation Investigation | 0.00 | $0.00 |
| | **Total** | **460.70** | **$264,815.50** |