# EXHIBIT F

# MAY 2016

Invoice Date:             7/14/16
Invoice Number:           733427
Client Matter Number:  66471.00003
I.D.#                      01051

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 10.50 | $5,574.50 |
| 010 | Employment and Fee Applications (MMWR) | 5.70 | $1,059.00 |
| 011 | Employment and Fee Applications (Others) | 5.40 | $1,620.00 |
| 012 | Financing, Cash Collateral, Make Whole | 2.30 | $1,403.00 |
| 014 | Meetings and Communications with Creditors | 1.70 | $1,037.00 |
| 015 | Non-Working Travel | 5.90 | $1,812.50 |
| 016 | Plan and Disclosure Statement | 53.50 | $33,096.50 |
| 021 | Hearings | 5.20 | $3,341.00 |
|  | Matter Total | 90.20 | $48,943.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 7/14/16 |
| Invoice Number: | 733427 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 5/2/16 | MA Fink | 006 | Reviewing press and filings re PUCT activities in REIT process for Oncor | 1.90 |
| 5/4/16 | MA Fink | 006 | Reviewing 3rd circuit opinion re EFIH settlement | 0.80 |
| 5/9/16 | KT Mangan | 006 | Filing third supplemental declaration (0.5); coordinating service of same with KCC (0.2) | 0.70 |
| 5/9/16 | MA Fink | 006 | Attending committee update telephone call (.8); reviewing filings related to new plan process (.7) | 1.50 |
| 5/9/16 | MB Sheppard | 006 | Reviewing notices re scheduling motion and discovery | 0.10 |
| 5/9/16 | ND Ramsey | 006 | Attending telephonic meeting of committee | 0.80 |
| 5/12/16 | MB Sheppard | 006 | Reviewing correspondence re Fenicle/Fahy | 0.10 |
| 5/13/16 | MB Sheppard | 006 | Reviewing notice re Fenicle/Fahy document requests | 0.10 |
| 5/13/16 | KT Mangan | 006 | Preparing research materials for N. Ramsey based on latest filings | 0.20 |
| 5/16/16 | KT Mangan | 006 | Conferring with M. Fink re statement (0.2); filing statement re plan scheduling (0.4); coordinating service with KCC re same (0.2) | 0.80 |
| 5/16/16 | MA Fink | 006 | Correspondence with A. Kranzley (S&C) re filing service of objections | 0.30 |
| 5/16/16 | MA Fink | 006 | Reviewing press coverage released to objections | 0.40 |
| 5/16/16 | MA Fink | 006 | Conference with N. Ramsey re hearings | 0.50 |
| 5/16/16 | MB Sheppard | 006 | Reviewing notices re objections and responses to scheduling motion | 0.10 |
| 5/16/16 | ND Ramsey | 006 | Conferring with M. Fink re hearings | 0.50 |
| 5/17/16 | ND Ramsey | 006 | Email correspondence with M. Fink re hearings | 0.30 |
| 5/17/16 | MA Fink | 006 | Correspondence with N. Ramsey re hearings | 0.30 |
| 5/19/16 | KT Mangan | 006 | Arranging CourtCall appearance for M. Fink | 0.30 |
| 5/19/16 | MB Sheppard | 006 | Reviewing notice re TCEH supplemental response to scheduling motion | 0.10 |
| 5/21/16 | ND Ramsey | 006 | Reviewing draft modified plan confirmation schedule circulated by Aparna Yenamandra | 0.20 |
| 5/24/16 | MA Fink | 006 | Reviewing correspondence/inquiries from committee members re 5/23 hearing results and next steps | 0.30 |
| 5/27/16 | MB Sheppard | 006 | Reviewing notices re service of various discovery requests | 0.20 |

Task Total    10.50

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                     7/14/16
Invoice Number:                  733427
Client Matter Number:  66471.00003
I.D.#                            01051

### SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 6.00 | $610.00 | $3,660.00 |
| 09064 | Mangan, KT | 2.00 | $145.00 | $290.00 |
| 01051 | Ramsey, ND | 1.80 | $675.00 | $1,215.00 |
| 07249 | Sheppard, MB | 0.70 | $585.00 | $409.50 |
| | Task Total | 10.50 | | $5,574.50 |

| | |
|---|---|
| Invoice Date: | 7/14/16 |
| Invoice Number: | 733427 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/24/16 | MA Fink | 010 | Reviewing/finalizing CNOs for January and February 2016 | 0.50 |
| 5/24/16 | KT Mangan | 010 | Drafting MMWR certificate of no objection for January (0.4); drafting MMWR certificate of no objection for February (0.4); filing certificates (0.3); coordinating service with KCC re same (0.2) | 1.30 |
| 5/25/16 | KT Mangan | 010 | Drafting MMWR March monthly fee application and supporting documents (1.6); drafting MMWR April monthly fee application and supporting documents (1.4); conferring with M. Fink re application (0.3); filing monthly fee applications for March and April (0.4); coordinating service with KCC re same (0.2) | 3.90 |
| | | | Task Total | 5.70 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                          7/14/16
Invoice Number:                      733427
Client Matter Number:  66471.00003
I.D.#                                      01051

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.50 | $610.00 | $305.00 |
| 09064 | Mangan, KT | 5.20 | $145.00 | $754.00 |
| | Task Total | 5.70 | | $1,059.00 |

| | | | Invoice Date: | 7/14/16 |
| | | | Invoice Number: | 733427 |
| | | | Client Matter Number: | 66471.00003 |
| | | | I.D.# | 01051 |

### Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/4/16 | MA Fink | 011 | Reviewing and finalizing Guggenheim CNO (.1) and monthly application (.3) | 0.40 |
| 5/4/16 | KT Mangan | 011 | Filing Guggenheim monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 5/4/16 | KT Mangan | 011 | Filing Guggenheim certificate of no objection (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 5/9/16 | MA Fink | 011 | Reviewing and coordinating filing and service of AlixPartners supplemental declaration | 0.70 |
| 5/13/16 | KT Mangan | 011 | Filing S&C certificate of no objection (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 5/13/16 | MA Fink | 011 | Reviewing and responding to inquiries re service of S&C CNO | 0.30 |
| 5/23/16 | KT Mangan | 011 | Filing AlixPartners monthly fee application (0.4); coordinating service with KCC (0.2) | 0.60 |
| 5/23/16 | KT Mangan | 011 | Filing S&C monthly fee application (0.4); coordinating service with KCC re same (0.2) | 0.60 |
| 5/24/16 | KT Mangan | 011 | Filing AlixPartners certificate of no objection for March (0.4); coordinating service with KCC re same (0.2) | 0.60 |
| 5/24/16 | MA Fink | 011 | Reviewing/finalizing AlixPartners' CNO (0.2); correspondence with Alix re same (0.2) | 0.40 |

Task Total    5.40

| | |
|---|---|
| Invoice Date: | 7/14/16 |
| Invoice Number: | 733427 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.80 | $610.00 | $1,098.00 |
| 09064 | Mangan, KT | 3.60 | $145.00 | $522.00 |
| | Task Total | 5.40 | | $1,620.00 |

Invoice Date:              7/14/16
Invoice Number:            733427
Client Matter Number:  66471.00003
I.D.#                       01051

### Detail for Fee Services Rendered - 012 Financing, Cash Collateral, Make Whole

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/24/16 | MA Fink | 012 | Reviewing 2nd lien appeal briefs to 3rd Circuit | 2.30 |
| | | | Task Total | 2.30 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|                        |             |
|------------------------|-------------|
| Invoice Date:          | 7/14/16     |
| Invoice Number:        | 733427      |
| Client Matter Number:  | 66471.00003 |
| I.D.#                  | 01051       |

## SUMMARY FOR FEE SERVICES RENDERED
### 012 Financing, Cash Collateral, Make Whole

| TK#   | Timekeeper Name | Hours | Rate     | Amount     |
|-------|-----------------|-------|----------|------------|
| 07722 | Fink, MA        | 2.30  | $610.00  | $1,403.00  |
|       | Task Total      | 2.30  |          | $1,403.00  |

Invoice Date:                    7/14/16
Invoice Number:                  733427
Client Matter Number:  66471.00003
I.D.#                              01051

**Detail for Fee Services Rendered - 014 Meetings and Communications with Credito**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/11/16 | MA Fink | 014 | Responding to inquiries re revised plan and disclosure statement | 0.60 |
| 5/16/16 | MA Fink | 014 | Responding to creditor inquiries re hearing for 5/18 and 5/23 | 0.70 |
| 5/24/16 | MA Fink | 014 | Responding to inquires re schedule established by court | 0.40 |
| | | | Task Total | 1.70 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    7/14/16
Invoice Number:                733427
Client Matter Number:  66471.00003
I.D.#                              01051

## SUMMARY FOR FEE SERVICES RENDERED
### 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.70 | $610.00 | $1,037.00 |
| | Task Total | 1.70 | | $1,037.00 |

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              7/14/16
Invoice Number:           733427
Client Matter Number:  66471.00003
I.D.#                         01051

**Detail for Fee Services Rendered - 015 Non-Working Travel**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/23/16 | MA Fink | 015 | Non-working travel between NYC and Wilmington for hearing | 5.50 |
| 5/23/16 | ND Ramsey | 015 | Non-working travel to and from hearing | 0.40 |
| | | | Task Total | 5.90 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                          7/14/16
Invoice Number:                      733427
Client Matter Number:  66471.00003
I.D.#                                      01051

### SUMMARY FOR FEE SERVICES RENDERED
### 015 Non-Working Travel

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 5.50 | $305.00 | $1,677.50 |
| 01051 | Ramsey, ND | 0.40 | $337.50 | $135.00 |
| | Task Total | 5.90 | | $1,812.50 |

Invoice Date:           7/14/16
Invoice Number:         733427
Client Matter Number:  66471.00003
I.D.#                    01051

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/2/16 | ND Ramsey | 016 | Reviewing new plan and disclosure statement, related motions, particularly with regard to treatment of legacy claims, impact on appeal by asbestos claimants, and scheduling matters (1.5); telephone calls and email correspondence with M. Fink (.2) | 1.70 |
| 5/2/16 | MA Fink | 016 | Reviewing motion for expedited relief (.7), order denying relief (.2); telephone calls/correspondence with N. Ramsey re same (.2); beginning review of plan documents (2.8) | 3.90 |
| 5/3/16 | MA Fink | 016 | Reviewing plan documents | 6.00 |
| 5/4/16 | MA Fink | 016 | Reviewing documents filed in connection with plan | 4.00 |
| 5/4/16 | ND Ramsey | 016 | Continuing review of amended plan and plan documents, disclosure statement | 3.10 |
| 5/5/16 | MA Fink | 016 | Continuing review of disclosure statement and plan materials | 7.80 |
| 5/6/16 | MA Fink | 016 | Preparing memo re disclosure statement (2.4); reviewing documents filed (4.4) | 6.80 |
| 5/9/16 | MA Fink | 016 | Reviewing filed documents in light of comments made during committee telephone call | 2.30 |
| 5/11/16 | MA Fink | 016 | Reviewing redlines of plan and disclosure statement (4.9); correspondence with N. Ramsey re same (.3) | 5.20 |
| 5/11/16 | ND Ramsey | 016 | Email correspondence with M. Fink re plan and disclosure statement | 0.30 |
| 5/16/16 | MA Fink | 016 | Reviewing EFH committee statement (multiple drafts) | 0.60 |
| 5/16/16 | MA Fink | 016 | Reviewing various objections/reservations filed by creditors and parties in interest regarding plan | 3.00 |
| 5/19/16 | MA Fink | 016 | Reviewing TCEH plan | 4.80 |
| 5/19/16 | MA Fink | 016 | Debtor reply re scheduling | 2.00 |
| 5/20/16 | ND Ramsey | 016 | Reviewing TCEH plan with regard to E-side implications | 2.00 |

Task Total    53.50

| | | | |
|---|---|---|---|
| Invoice Date: | | | 7/14/16 |
| Invoice Number: | | | 733427 |
| Client Matter Number: | | 66471.00003 | |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 46.40 | $610.00 | $28,304.00 |
| 01051 | Ramsey, ND | 7.10 | $675.00 | $4,792.50 |
| | Task Total | 53.50 | | $33,096.50 |

Invoice Date:                              7/14/16
Invoice Number:                           733427
Client Matter Number:  66471.00003
I.D.#                                       01051

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/23/16 | MA Fink | 021 | Attending hearing | 2.60 |
| 5/23/16 | ND Ramsey | 021 | Preparing for (.5) and attending hearing (2.1) on plan scheduling and hearing on supplemental bar date | 2.60 |

Task Total    5.20

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 7/14/16 |
| Invoice Number: | 733427 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
#### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.60 | $610.00 | $1,586.00 |
| 01051 | Ramsey, ND | 2.60 | $675.00 | $1,755.00 |
| | Task Total | 5.20 | | $3,341.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    7/14/16
Invoice Number:              733427
Client Matter Number:  66471.00003
I.D.#                                 01051

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 5.50 | $305.00 | $1,677.50 |
| 07722 | MA Fink | 61.30 | $610.00 | $37,393.00 |
| 01051 | ND Ramsey | 0.40 | $337.50 | $135.00 |
| 01051 | ND Ramsey | 11.50 | $675.00 | $7,762.50 |
| 07249 | MB Sheppard | 0.70 | $585.00 | $409.50 |
| 09064 | KT Mangan | 10.80 | $145.00 | $1,566.00 |
| | Matter Total | 90.20 | | $48,943.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **JUNE 2016**

| | | |
|---|---|---|
| Invoice Date: | | 8/31/16 |
| Invoice Number: | | 734900 |
| Client Matter Number: | 66471.00003 |
| I.D.# | | 01051 |

**SUMMARY FOR FEE SERVICES RENDERED BY TASK**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 48.80 | $29,889.00 |
| 010 | Employment and Fee Applications (MMWR) | 7.50 | $1,552.50 |
| 011 | Employment and Fee Applications (Others) | 7.40 | $1,631.00 |
| 012 | Financing, Cash Collateral, Make Whole | 5.50 | $3,355.00 |
| 014 | Meetings and Communications with Creditors | 3.00 | $1,830.00 |
| 016 | Plan and Disclosure Statement | 9.70 | $6,294.00 |
| 021 | Hearings | 2.40 | $1,464.00 |
| 030 | Asbestos-Related Matters | 18.40 | $9,606.00 |
| | Matter Total | 102.70 | $55,621.50 |

| | | |
|---|---|---|
| Invoice Date: | | 8/31/16 |
| Invoice Number: | | 734900 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 6/1/16 | MA Fink | 006 | Reviewing objection to disclosure statement filed by various parties (3.8); reviewing document request (1.4) | 5.20 |
| 6/1/16 | ND Ramsey | 006 | Reviewing designation of subsequently identified co-defendants | 0.30 |
| 6/2/16 | ND Ramsey | 006 | Correspondence with M. Fink re opinion on motion to dismiss 2nd lien | 0.20 |
| 6/2/16 | MA Fink | 006 | Reviewing opinion re motion to dismiss 2nd lien (1.8); correspondence with N. Ramsey re same (0.2); Reviewing motion to partially vacate (1.1) | 3.10 |
| 6/3/16 | MB Sheppard | 006 | Reviewing notices re debtors' response and objections | 0.10 |
| 6/6/16 | MB Sheppard | 006 | Reviewing correspondence re Debtors production | 0.10 |
| 6/6/16 | ND Ramsey | 006 | Participating in telephonic meeting of unsecured creditors' committee | 0.60 |
| 6/6/16 | MA Fink | 006 | Participating in committee call | 0.60 |
| 6/6/16 | MA Fink | 006 | Reviewing filings re proposed sale | 2.60 |
| 6/7/16 | MA Fink | 006 | Reviewing financing motion and exhibits | 3.70 |
| 6/7/16 | MB Sheppard | 006 | Reviewing Debtors' production letter | 0.10 |
| 6/13/16 | MA Fink | 006 | Reviewing amended disclosure statement (1.8) and plan (0.5) | 2.30 |
| 6/14/16 | MA Fink | 006 | Reviewing filings by Debtor re disclosure statement objections (0.2); deposition notices (0.4) | 0.60 |
| 6/14/16 | ND Ramsey | 006 | Reviewing and analyzing form of tax matters agreement | 2.80 |
| 6/15/16 | MA Fink | 006 | Reviewing disclosure statement materials in advance of hearing (1.4); reviewing tax sharing agreement (4.6) | 6.00 |
| 6/16/16 | ND Ramsey | 006 | Telephone call with M. Brown re resignation from committee | 0.30 |
| 6/17/16 | MA Fink | 006 | Reviewing notice of confirmation hearing and deadlines set (0.2); reviewing Bank of New York reply brief in connection with mootness (1.2); reviewing plan related notices (0.6); reviewing amended filings re plan (0.6); disclosure statement (0.7); financing (1.4); disclosure statement order (1.0) | 5.70 |
| 6/20/16 | MA Fink | 006 | Attending committee call (0.8); reviewing post-petition financing order (1.9) | 2.70 |
| 6/20/16 | MB Sheppard | 006 | Reviewing correspondence re Debtors' production | 0.10 |
| 6/21/16 | MB Sheppard | 006 | Reviewing notice re deposition | 0.10 |
| 6/22/16 | MA Fink | 006 | Reviewing papers re first lien allocation(0.9); reviewing 3rd Circuit filings in follow up brief of 2nd lien trustees in make whole dispute (4.7) | 5.60 |
| 6/23/16 | MA Fink | 006 | Reviewing appellate briefing at 3d Cir. on computershare appeal | 4.20 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | Invoice Date: | 8/31/16 |
| | | | Invoice Number: | 734900 |
| | | | Client Matter Number: | 66471.00003 |
| | | | I.D.# | 01051 |

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/23/16 | MA Fink | 006 | Reviewing agenda (0.1); correspondence with C. Ma (S&C) re same (0.2) | 0.30 |
| 6/23/16 | KT Mangan | 006 | Coordinating CourtCall appearance for M. Fink for 6/27/16 hearing | 0.30 |
| 6/29/16 | MA Fink | 006 | Reviewing order and exhibits re financing | 1.20 |

Task Total    48.80

| | | |
|---|---|---|
| Invoice Date: | | 8/31/16 |
| Invoice Number: | | 734900 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 43.80 | $610.00 | $26,718.00 |
| 09064 | Mangan, KT | 0.30 | $145.00 | $43.50 |
| 01051 | Ramsey, ND | 4.20 | $675.00 | $2,835.00 |
| 07249 | Sheppard, MB | 0.50 | $585.00 | $292.50 |
| | Task Total | 48.80 | | $29,889.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                              8/31/16
Invoice Number:                           734900
Client Matter Number:  66471.00003
I.D.#                                      01051

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/16/16 | KT Mangan | 010 | Drafting MMWR certificate of no objection for April 2016 (0.6); filing certificate of no objection (0.4); coordinating service of same with KCC (0.2) | 1.20 |
| 6/17/16 | KT Mangan | 010 | Drafting MMWR interim fee application and supporting documents | 3.40 |
| 6/20/16 | MA Fink | 010 | Reviewing, revising and finalizing MMWR quarterly application | 0.60 |
| 6/20/16 | KT Mangan | 010 | Filing MMWR's interim fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 6/20/16 | KT Mangan | 010 | Drafting MMWR 5th interim application with supporting documents | 1.30 |
| 6/22/16 | MA Fink | 010 | Preparing MMWR monthly fee application | 0.40 |

Task Total    7.50

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              8/31/16
Invoice Number:           734900
Client Matter Number:  66471.00003
I.D.#                      01051

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.00 | $610.00 | $610.00 |
| 09064 | Mangan, KT | 6.50 | $145.00 | $942.50 |
| | Task Total | 7.50 | | $1,552.50 |

| | |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734900 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/14/16 | MA Fink | 011 | Addressing CNO filings for AlixPartners | 0.10 |
| 6/14/16 | KT Mangan | 011 | Filing Sullivan & Cromwell certificate of no objection for April 2016 (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 6/14/16 | KT Mangan | 011 | Filing AlixPartners certificate of no objection for April 2016 (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 6/15/16 | KT Mangan | 011 | Drafting notice of interim application for AlixPartners (0.6); filing AlixPartners 5th interim fee application (0.4); coordinating service of same with KCC (0.2) | 1.20 |
| 6/15/16 | KT Mangan | 011 | Filing Guggenheim's 5th interim fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 6/15/16 | KT Mangan | 011 | Filing Sullivan & Cromwell's 5th interim fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 6/15/16 | MA Fink | 011 | Reviewing and finalizing fee applications of Alix (0.4); Guggenheim (0.2); and S&C (0.1) for filing | 0.70 |
| 6/17/16 | KT Mangan | 011 | Filing Guggenheim certificate of no objection for April 2016 (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 6/21/16 | MA Fink | 011 | Reviewing and coordinating filing of S&C fee application | 0.20 |
| 6/21/16 | KT Mangan | 011 | Filing S&C monthly fee application (0.4) and coordinating service of same with KCC (0.2) | 0.60 |
| 6/22/16 | KT Mangan | 011 | Drafting notice of monthly fee application for AlixPartners (0.6); filing AlixPartners monthly fee application (0.6); coordinating service of same with KCC (0.2) | 1.40 |
| 6/22/16 | MA Fink | 011 | Reviewing and finalizing AlixPartners' 19th application for filing | 0.20 |

Task Total    7.40

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                           8/31/16
Invoice Number:                        734900
Client Matter Number:  66471.00003
I.D.#                                    01051

### SUMMARY FOR FEE SERVICES RENDERED
#### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.20 | $610.00 | $732.00 |
| 09064 | Mangan, KT | 6.20 | $145.00 | $899.00 |
| | Task Total | 7.40 | | $1,631.00 |

| | |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734900 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 012 Financing, Cash Collateral, Make Whole**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/9/16 | MA Fink | 012 | Reviewing stipulation re stay motion | 0.80 |
| 6/10/16 | MA Fink | 012 | Reviewing appeal in adversary re adequate protection (0.9); reviewing briefs in 1st lien litigation (3.8) | 4.70 |

Task Total    5.50

Invoice Date:                    8/31/16
Invoice Number:                734900
Client Matter Number:  66471.00003
I.D.#                              01051

## SUMMARY FOR FEE SERVICES RENDERED
### 012 Financing, Cash Collateral, Make Whole

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 5.50 | $610.00 | $3,355.00 |
| | Task Total | 5.50 | | $3,355.00 |

Invoice Date:             8/31/16
Invoice Number:           734900
Client Matter Number:  66471.00003
I.D.#                      01051

### Detail for Fee Services Rendered - 014 Meetings and Communications with Credito

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/28/16 | MA Fink | 014 | Research to respond to inquiry re entities added to asbestos bar date using publicly available information only (2.7); correspondence with N. Ramsey re same (0.3) | 3.00 |
| | | | Task Total | 3.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                8/31/16
Invoice Number:              734900
Client Matter Number:  66471.00003
I.D.#                          01051

## SUMMARY FOR FEE SERVICES RENDERED
### 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 3.00 | $610.00 | $1,830.00 |
| | Task Total | 3.00 | | $1,830.00 |

|                          |            |
|--------------------------|------------|
| Invoice Date:            | 8/31/16    |
| Invoice Number:          | 734900     |
| Client Matter Number:    | 66471.00003|
| I.D.#                    | 01051      |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/12/16 | ND Ramsey | 016 | Reviewing email communication from A. Kranzley regarding amended plan filed by debtors | 0.20 |
| 5/15/16 | ND Ramsey | 016 | Reviewing communication from B. Glueckstein to committee (.1), proposed E-side statement regarding amended plan (.2) | 0.30 |
| 5/23/16 | ND Ramsey | 016 | Reviewing amended schedule circulated by debtors | 0.10 |
| 6/5/16 | ND Ramsey | 016 | Telephone call with B. Glueckstein regarding debtors' response to asbestos discovery | 0.30 |
| 6/8/16 | ND Ramsey | 016 | Telephone call and email correspondence with B. Glueckstein regarding asbestos document production by debtor (.2); conferring with L. Krepto re same (.2) | 0.40 |
| 6/9/16 | MA Fink | 016 | Correspondence with A. Kranzley re disclosure statement hearing | 0.20 |
| 6/9/16 | ND Ramsey | 016 | Reviewing amended plan, particularly with regard to impact on available assets at EFH, treatment of inter-debtor claims | 3.20 |
| 6/10/16 | MA Fink | 016 | Reviewing revised plan and disclosure statement materials (3.0); reviewing omnibus reply to disclosure statement objections (0.7) | 3.70 |
| 6/17/16 | ND Ramsey | 016 | Reviewing notice of further revised order in connection with TCEH Debtors and EFH Shared Services Debtors (.5); reviewing third amended disclosure statement (.8) | 1.30 |

Task Total    9.70

| | |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734900 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 3.90 | $610.00 | $2,379.00 |
| 01051 | Ramsey, ND | 5.80 | $675.00 | $3,915.00 |
| | Task Total | 9.70 | | $6,294.00 |

| | | |
|---|---|---|
| Invoice Date: | | 8/31/16 |
| Invoice Number: | | 734900 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/16/16 | MA Fink | 021 | Attending disclosure statement hearing for T-side plan | 2.40 |
| | | | Task Total | 2.40 |

|                        |            |
|------------------------|-----------:|
| Invoice Date:          | 8/31/16    |
| Invoice Number:        | 734900     |
| Client Matter Number:  | 66471.00003 |
| I.D.#                  | 01051      |

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK#   | Timekeeper Name | Hours | Rate     | Amount     |
|-------|-----------------|-------|----------|------------|
| 07722 | Fink, MA        | 2.40  | $610.00  | $1,464.00  |
|       | Task Total      | 2.40  |          | $1,464.00  |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              8/31/16
Invoice Number:         734900
Client Matter Number:  66471.00003
I.D.#                          01051

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/4/16 | ND Ramsey | 030 | Reviewing and analyzing Debtors' responses to Fenicle and Fahey discovery (.5); email correspondence with S. Kazan (.1), B. Glueckstein (.1) re same | 0.70 |
| 6/8/16 | LA Krepto | 030 | Telephone call with N. Ramsey regarding asbestos discovery and research re same (.2); canvassing document lists re asbestos information (1.5) | 1.70 |
| 6/9/16 | LA Krepto | 030 | Continuing to canvass documents re asbestos discovery (1.0); reviewing files re asbestos discovery issues (4.7) | 5.70 |
| 6/14/16 | LA Krepto | 030 | Drafting memo to N. Ramsey re insurance policies review | 2.50 |
| 6/14/16 | ND Ramsey | 030 | Reviewing memorandum from L. Krepto re insurance inquiry (.2); email correspondence to L. Krepto re same (.1) | 0.30 |
| 6/15/16 | ND Ramsey | 030 | Conferring with L. Krepto re insurance document review | 0.50 |
| 6/15/16 | LA Krepto | 030 | Discussing status of insurance document review with N. Ramsey | 0.50 |
| 6/15/16 | LA Krepto | 030 | Reviewing asbestos databases for discovery for insurance information (2.5); drafting communication to N. Ramsey re same (.5) | 3.00 |
| 6/23/16 | ND Ramsey | 030 | Reviewing documents pertaining to asbestos receivables provided to S. Kazan | 0.30 |
| 6/27/16 | ND Ramsey | 030 | Reviewing schedules of financial affairs, petitions, first day filings (1.2), corporate history (.6), lawsuits compiled from asbestos bar (.8), corporate charts (.4) re existence, disposition of EECI Holdings, Inc.; email correspondence with S. Kazan re same (.2) | 3.20 |

Task Total    18.40

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734900 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07347 | Krepto, LA | 13.40 | $465.00 | $6,231.00 |
| 01051 | Ramsey, ND | 5.00 | $675.00 | $3,375.00 |
| | Task Total | 18.40 | | $9,606.00 |

|                        |           |
|------------------------|-----------|
| Invoice Date:          | 8/31/16   |
| Invoice Number:        | 734900    |
| Client Matter Number:  | 66471.00003 |
| I.D.#                  | 01051     |

## SUMMARY FOR FEE SERVICES RENDERED

| TK#   | Timekeeper Name | Hours  | Rate     | Amount      |
|-------|-----------------|--------|----------|-------------|
| 07722 | MA Fink         | 60.80  | $610.00  | $37,088.00  |
| 01051 | ND Ramsey       | 15.00  | $675.00  | $10,125.00  |
| 07249 | MB Sheppard     | 0.50   | $585.00  | $292.50     |
| 07347 | LA Krepto       | 13.40  | $465.00  | $6,231.00   |
| 09064 | KT Mangan       | 13.00  | $145.00  | $1,885.00   |
|       | Matter Total    | 102.70 |          | $55,621.50  |

# **<u>JULY 2016</u>**

| | |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734901 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 21.40 | $13,099.50 |
| 010 | Employment and Fee Applications (MMWR) | 4.00 | $859.00 |
| 011 | Employment and Fee Applications (Others) | 5.60 | $1,184.00 |
| 012 | Financing, Cash Collateral, Make Whole | 2.70 | $1,647.00 |
| 014 | Meetings and Communications with Creditors | 1.40 | $854.00 |
| 016 | Plan and Disclosure Statement | 22.40 | $13,911.00 |
| 021 | Hearings | 2.90 | $1,769.00 |
| | Matter Total | 60.40 | $33,323.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734901 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/11/16 | MA Fink | 006 | Reviewing motion to compel mediation (0.5); motion to shorten (0.2); correspondence with N. Ramsey re 2019 issues raised by movant (0.3); reviewing scheduling order (0.6); coordinating calendaring of relevant dates (0.2) | 1.80 |
| 7/12/16 | MA Fink | 006 | Preparing for and participating in committee call (1.0); reviewing order on motion to compel (0.2); correspondence with A. Kranzley re same (0.2) | 1.40 |
| 7/12/16 | ND Ramsey | 006 | Participating in Committee telephonic meeting | 0.70 |
| 7/13/16 | MA Fink | 006 | Reviewing expert reports delivered by Debtors in support of T-side plan | 4.50 |
| 7/19/16 | MA Fink | 006 | Reviewing objections regarding motion to compel mediation | 2.00 |
| 7/20/16 | MA Fink | 006 | Correspondence with B. Glueckstein re confirmation of T-side plan | 0.20 |
| 7/25/16 | MA Fink | 006 | Attending committee call | 0.70 |
| 7/26/16 | MA Fink | 006 | Reviewing expert reports | 1.20 |
| 7/28/16 | MA Fink | 006 | Begin review of tax agreement | 3.50 |
| 7/29/16 | MA Fink | 006 | Reviewing materials re Oncor purchase (1.0); continuing review of tax agreement (3.9); reviewing motion filed for 8/16 hearing (0.5) | 5.40 |

Task Total    21.40

Invoice Date:                       8/31/16
Invoice Number:                     734901
Client Matter Number:  66471.00003
I.D.#                                01051

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 20.70 | $610.00 | $12,627.00 |
| 01051 | Ramsey, ND | 0.70 | $675.00 | $472.50 |
| | Task Total | 21.40 | | $13,099.50 |

| | |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734901 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/6/16 | MA Fink | 010 | Reviewing and revising MMWR May fee application | 0.30 |
| 7/7/16 | MA Fink | 010 | Preparing materials for interim application review | 0.30 |
| 7/7/16 | KT Mangan | 010 | Reviewing ledes data files for 5th interim period | 0.60 |
| 7/14/16 | KT Mangan | 010 | Drafting MMWR's 19th monthly fee application and supporting documents (1.8); compiling ledes data for 19th monthly fee application (0.4); filing MMWR's monthly fee application (0.4); coordinating service of same with KCC (0.2) | 2.80 |

Task Total    4.00

Invoice Date:                    8/31/16
Invoice Number:                 734901
Client Matter Number:  66471.00003
I.D.#                               01051

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.60 | $610.00 | $366.00 |
| 09064 | Mangan, KT | 3.40 | $145.00 | $493.00 |
| | Task Total | 4.00 | | $859.00 |

Invoice Date:          8/31/16
Invoice Number:          734901
Client Matter Number:  66471.00003
I.D.#          01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/8/16 | KT Mangan | 011 | Filing Guggenheim's monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 7/8/16 | MA Fink | 011 | Reviewing and finalizing fee application of Guggenheim | 0.30 |
| 7/13/16 | MA Fink | 011 | Reviewing and finalizing S&C CNO for filing | 0.20 |
| 7/13/16 | KT Mangan | 011 | Filing S&C certificate of no objection (0.4); and coordinating service of same with KCC (0.2) | 0.60 |
| 7/14/16 | KT Mangan | 011 | Drafting AlixPartners' certificate of no objection (0.6); filing certificate of no objection (0.4); coordinating service of same with KCC (0.2) | 1.20 |
| 7/21/16 | KT Mangan | 011 | Filing Guggenheim's monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 7/22/16 | KT Mangan | 011 | Filing S&C monthly fee application for June 2016 (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 7/22/16 | MA Fink | 011 | Finalizing (0.2) and coordinating filing (0.1) of S&C fee application | 0.30 |
| 7/27/16 | KT Mangan | 011 | Drafting notice for AlixPartners monthly fee application (0.6); filing monthly fee application and supporting documents of Alixpartners (0.4); coordinating service of same with KCC (0.2) | 1.20 |

Task Total      5.60

| | |
|---|---|
| Invoice Date: | 8/31/16 |
| Invoice Number: | 734901 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.80 | $610.00 | $488.00 |
| 09064 | Mangan, KT | 4.80 | $145.00 | $696.00 |
| | Task Total | 5.60 | | $1,184.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:           8/31/16
Invoice Number:         734901
Client Matter Number:  66471.00003
I.D.#                   01051

**Detail for Fee Services Rendered - 012 Financing, Cash Collateral, Make Whole**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/28/16 | MA Fink | 012 | Reviewing completed make whole briefing | 2.70 |
| | | | Task Total | 2.70 |

Invoice Date:                      8/31/16
Invoice Number:                    734901
Client Matter Number:  66471.00003
I.D.#                              01051

**SUMMARY FOR FEE SERVICES RENDERED**
**012 Financing, Cash Collateral, Make Whole**

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.70 | $610.00 | $1,647.00 |
| | Task Total | 2.70 | | $1,647.00 |

Invoice Date:            8/31/16
Invoice Number:          734901
Client Matter Number:  66471.00003
I.D.#                     01051

**Detail for Fee Services Rendered - 014 Meetings and Communications with Credito**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/1/16 | MA Fink | 014 | Collecting information from public filings | 1.40 |
| | | | Task Total | 1.40 |

| | | | Invoice Date: | 8/31/16 |
| | | | Invoice Number: | 734901 |
| | | | Client Matter Number: | 66471.00003 |
| | | | I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.40 | $610.00 | $854.00 |
| | Task Total | 1.40 | | $854.00 |

Invoice Date:              8/31/16
Invoice Number:            734901
Client Matter Number:  66471.00003
I.D.#                        01051

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/7/16 | ND Ramsey | 016 | Reviewing supplement to the scheduling order entered by the Bankruptcy Court on May 24, 2016 suspending the E-side schedule | 0.20 |
| 7/7/16 | MA Fink | 016 | Reviewing briefing re PSA as form of solicitation | 5.00 |
| 7/8/16 | MA Fink | 016 | Reviewing various notices of deposition filed in connection with T-side confirmation (0.8); supplement to confirmation order (0.6) | 1.40 |
| 7/14/16 | MA Fink | 016 | Reviewing expert reports of Filsinger (1.6); Herr (1.2) | 2.80 |
| 7/15/16 | MA Fink | 016 | Reviewing expert reports by Stuart (2.9) and Ying (2.1) | 5.00 |
| 7/19/16 | MA Fink | 016 | Reviewing McKaine letter re pretrial | 0.30 |
| 7/22/16 | MA Fink | 016 | Reviewing various expert reports exchanged re confirmation issues | 4.10 |
| 7/28/16 | ND Ramsey | 016 | Reviewing Form of Tax Matters Agreement by and Among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and [Reorganized TCEH]'; (II) 'Transition Services Agreement'; and (III) 'Separation Agreement' in Connection with Confirmation Proceedings on the 'Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code' as it Relates to the TCEH Debtors and EFH Shared Services Debtors | 3.20 |
| 7/29/16 | ND Ramsey | 016 | Reviewing NextEra's press release of purchase of Oncor (.3); email correspondence with S. Kazan and E. Early re same (.1) | 0.40 |

Task Total    22.40

Invoice Date:                              8/31/16
Invoice Number:                           734901
Client Matter Number:  66471.00003
I.D.#                                       01051

### SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 18.60 | $610.00 | $11,346.00 |
| 01051 | Ramsey, ND | 3.80 | $675.00 | $2,565.00 |
| | Task Total | 22.40 | | $13,911.00 |

Invoice Date:                          8/31/16
Invoice Number:                       734901
Client Matter Number:  66471.00003
I.D.#                                    01051

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/20/16 | MA Fink | 021 | Attending hearing on status IRS and motion for mediation | 2.90 |
| | | | Task Total | 2.90 |

Invoice Date:                          8/31/16
Invoice Number:                        734901
Client Matter Number:  66471.00003
I.D.#                                   01051

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.90 | $610.00 | $1,769.00 |
| | Task Total | 2.90 | | $1,769.00 |

| | | |
|---|---|---|
| Invoice Date: | | 8/31/16 |
| Invoice Number: | | 734901 |
| Client Matter Number: | | 66471.00003 |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 47.70 | $610.00 | $29,097.00 |
| 01051 | ND Ramsey | 4.50 | $675.00 | $3,037.50 |
| 09064 | KT Mangan | 8.20 | $145.00 | $1,189.00 |
| | Matter Total | 60.40 | | $33,323.50 |

# **AUGUST 2016**

Invoice Date:                         10/13/16
Invoice Number:                       736384
Client Matter Number:  66471.00003
I.D.#                                  01051

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 61.20 | $37,520.50 |
| 010 | Employment and Fee Applications (MMWR) | 1.70 | $525.50 |
| 011 | Employment and Fee Applications (Others) | 4.00 | $998.50 |
| 016 | Plan and Disclosure Statement | 93.00 | $58,693.00 |
| 021 | Hearings | 45.50 | $27,839.50 |
| 030 | Asbestos-Related Matters | 2.00 | $1,350.00 |
| | Matter Total | 207.40 | $126,927.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 10/13/16 |
| Invoice Number: | 736384 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/20/16 | ND Ramsey | 006 | Participating in telephonic meeting of the committee | 0.80 |
| 6/28/16 | ND Ramsey | 006 | Continued investigation into EECI Holdings, Inc. (.5); conferring with M. Fink re same (.2); communicating with S. Kazan re same (.2) | 0.90 |
| 8/1/16 | MA Fink | 006 | Reviewing term sheet (1.4); beginning review of APA (6.0); reviewing plan objection filed (0.2) | 7.60 |
| 8/2/16 | MA Fink | 006 | Continuing review of APA (4.2) and private letter ruling (2.9) | 7.10 |
| 8/3/16 | MA Fink | 006 | Reviewing merger agreement | 7.40 |
| 8/4/16 | MA Fink | 006 | Reviewing draft pretrial order for T-side confirmation (0.3); reviewing merger agreement motion (1.8); reviewing declarations in support (0.8); drafting amended plan, beginning review of draft amended plan (4.9) | 7.80 |
| 8/5/16 | MA Fink | 006 | Reviewing revised E-side plan circulated by Debtors (6.8); reviewing notices circulated re T-side plan process (0.6) | 7.40 |
| 8/7/16 | ND Ramsey | 006 | Participating in telephonic committee call | 1.20 |
| 8/7/16 | MA Fink | 006 | Continuing review of papers filed in connection with the motion to enter merger agreement | 7.00 |
| 8/8/16 | MA Fink | 006 | Participating in committee call | 1.10 |
| 8/11/16 | MA Fink | 006 | Reviewing examiners report re 8/K hearing | 0.30 |
| 8/15/16 | MA Fink | 006 | Reviewing orders re motion in limine (0.2); beginning review of direct examinations in support of plan (4.7) | 4.90 |
| 8/16/16 | MA Fink | 006 | Attending hearing on fees and E-side scheduling (2.8); preparing materials for hearing (0.7) | 3.50 |
| 8/19/16 | MA Fink | 006 | Reviewing materials circulated summarizing day 3 of trial (0.2); finish reviewing confirmation(1.0) | 1.20 |
| 8/19/16 | MA Fink | 006 | Reviewing objections to timing of E-side plan | 0.50 |
| 8/20/16 | MA Fink | 006 | Reviewing Dore declaration | 1.90 |
| 8/22/16 | MA Fink | 006 | Committee call | 0.60 |

Task Total    61.20

Invoice Date:           10/13/16
Invoice Number:          736384
Client Matter Number:  66471.00003
I.D.#                     01051

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 58.30 | $610.00 | $35,563.00 |
| 01051 | Ramsey, ND | 2.90 | $675.00 | $1,957.50 |
| | Task Total | 61.20 | | $37,520.50 |

Invoice Date:           10/13/16
Invoice Number:      736384
Client Matter Number:  66471.00003
I.D.#                01051

### Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 8/11/16 | KT Mangan | 010 | Drafting MMWR certificate of no objection for May 2016 (0.7); filing same and coordinating service with KCC (0.4) | 1.10 |
| 8/31/16 | MA Fink | 010 | Review and finalize MMWR fee statement for June (0.3); and July (0.3). | 0.60 |

Task Total   1.70

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 10/13/16 |
| Invoice Number: | | 736384 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.60 | $610.00 | $366.00 |
| 09064 | Mangan, KT | 1.10 | $145.00 | $159.50 |
| | Task Total | 1.70 | | $525.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:          10/13/16
Invoice Number:          736384
Client Matter Number:  66471.00003
I.D.#          01051

### Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/1/16 | KT Mangan | 011 | Filing Guggenheim's monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 8/15/16 | KT Mangan | 011 | Filing S&C certificate of no objection for June (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 8/23/16 | KT Mangan | 011 | Filing Guggenheim certificate of no objection (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 8/24/16 | KT Mangan | 011 | Drafting notice of monthly fee application of AlixPartners | 0.70 |
| 8/24/16 | KT Mangan | 011 | Filing AlixPartners monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 8/24/16 | MA Fink | 011 | Reviewing AlixPartners' fee statement (0.1); reviewing notice (0.1); coordinating filing/service of same(0.1); reviewing (0.2) and coordinating filing and service (0.1) of Guggenheim fee statement | 0.60 |
| 8/31/16 | MA Fink | 011 | Review (0.1) and correspondence with counsel for Guggenheim(Dentons)(0.2)supplemental declaration of Gojenel. | 0.30 |

Task Total    4.00

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              10/13/16
Invoice Number:            736384
Client Matter Number:  66471.00003
I.D.#                       01051

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|------|----------------|-------|------|--------|
| 07722 | Fink, MA | 0.90 | $610.00 | $549.00 |
| 09064 | Mangan, KT | 3.10 | $145.00 | $449.50 |
| | Task Total | 4.00 | | $998.50 |

| | | |
|---|---|---|
| Invoice Date: | 10/13/16 |
| Invoice Number: | 736384 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/3/16 | ND Ramsey | 016 | Reviewing Guggenheim analysis of NextEra plan terms | 0.30 |
| 8/4/16 | ND Ramsey | 016 | Reviewing and analyzing revised plan re asbestos treatment (2.5); email correspondence with S. Kazan, E. Early re same (.3) | 2.80 |
| 8/5/16 | ND Ramsey | 016 | Further review of draft plan and related documents re asbestos matters (2.2); telephone call with B. Glueckstein (.7) | 2.90 |
| 8/7/16 | ND Ramsey | 016 | Drafting email to B. Glueckstein re telephone call with S. Kazan (.2); reviewing email correspondence re financial analysis of plan treatment (.3) | 0.50 |
| 8/8/16 | MA Fink | 016 | Beginning review of latest E-side disclosure statement (4.8); reviewing objections to T-side plan (2.6) | 7.40 |
| 8/6/16 | ND Ramsey | 016 | Telephone call with R. Miller re asbestos concerns with NextEra plan (.4); telephone call with S. Kazan re same (.5); cursory review of asbestos plan re asbestos settlement (.7) | 1.60 |
| 8/9/16 | MA Fink | 016 | Reviewing filed objection by various E-side constituents to T-side plan (4.9); reviewing various motions in limine filed by or against E-side constituents to T-side plan (2.7) | 7.60 |
| 8/9/16 | ND Ramsey | 016 | Reviewing EFH indenture trustee motion and memorandum of law in support of motion in limine to preclude evidence as to which privilege was alleged during discovery (.4); reviewing motion in limine and memorandum of law to preclude Fenell and Fahey from raising arguments at the TCEH confirmation hearing (.3); reviewing motion in limine re testimony of Jack Williams (.2); reviewing objection to plan filed by EFH indenture trustee and declarations in support (1.2) | 2.10 |
| 8/10/16 | MA Fink | 016 | Continuing review of T-side joint plan (3.3) and disclosure statement (4.3) | 7.60 |
| 8/11/16 | MA Fink | 016 | Reviewing documents filed in connection with T-side plan confirmation (5.8); reviewing objections re use of certain exhibits (0.1) and order re motions in limine (0.2) | 6.10 |
| 8/11/16 | ND Ramsey | 016 | Reviewing Debtors' objections to the Plan Objectors' Final Exhibit and Witness Lists | 0.30 |
| 8/12/16 | MA Fink | 016 | Reviewing motion in limine responses (2.7); letter to court re 8/16 hearing (0.3); reviewing confidentiality designation provided (0.6); reviewing objections to exhibits and witness lists (0.8); reviewing revised scheduling orders (0.4) | 4.80 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:          10/13/16
Invoice Number:        736384
Client Matter Number:  66471.00003
I.D.#                  01051

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/15/16 | ND Ramsey | 016 | Reviewing the written direct examinations of Carla Howard (.2), David Ying (.3);,Billie Williamson (.3), David Herr (.1), Jane Sullivan (.1), and Todd Filsinger (.1) | 1.10 |
| 8/15/16 | ND Ramsey | 016 | Reviewing reply of the disinterested directors of debtor Energy Future Holdings Corp. to EFH indenture trustee and Contrarian Capital Management, LLC's objection to confirmation of third amended joint plan of reorganization of Energy Future Holdings Corp., et al., pursuant to Chapter 11 of the bankruptcy code | 0.30 |
| 8/31/16 | MA Fink | 016 | Review of discovery requests several in connection with E-Side Plan(2.4); Review of objections to E-Side merger agreement(0.8); Review of scheduling order to E-Side Plan. | 5.70 |
| 8/16/16 | ND Ramsey | 016 | Reviewing debtors' memorandum of law in support of confirmation of the third amended joint plan of reorganization as it applies to the TCEH debtors and EFH shared services debtors (2.7); reviewing declaration of Michael P. Esser, Esq. in support of debtors' memorandum of law in support of confirmation of third amended joint plan of reorganization of Energy Future Holdings Corp., et al., pursuant to Chapter 11 of the Bankruptcy Code as it applies to the TCEH debtors and EFH shared services debtors (1.8); reviewing order denying debtors' motion limine to preclude E-side asbestos claimants Fenicle and Fahy from raising certain arguments at the TCEH confirmation hearing (.1), order denying EFH indenture trustee's motion and memorandum of law in support of its motion in limine to preclude debtors from offering evidence at trial as to which they asserted attorney client privilege and prevented discovery (.1), order granting in part, denying in part debtors' motion in limine to exclude the testimony of Jack F. Williams (.2) | 4.90 |
| 8/16/16 | ND Ramsey | 016 | Reviewing pre-trial brief of EFH indenture trustee regarding standard of review applicable to approval of EFH 363 transactions (.3) and related corporate governance matters and  Pretrial Brief of EFH Indenture Trustee regarding applicable fraudulent transfer law (.6) | 0.90 |
| 8/16/16 | MA Fink | 016 | Beginning review of declaration in support (5.8); reviewing briefs re standard of review filed by Trustee (1.6); reviewing filings by Trustee re exhibits and testimony objections (1.5) | 8.90 |
| 8/16/16 | MA Fink | 016 | Continuing review of further amended T-side plan | 0.70 |

| | | Invoice Date: | 10/13/16 |
|---|---|---|---|
| | | Invoice Number: | 736384 |
| | | Client Matter Number: | 66471.00003 |
| | | I.D.# | 01051 |

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 8/17/16 | ND Ramsey | 016 | Reviewing third revised joint stipulated final pre-trial order (.4) and reports on continuing negotiations received from M. Fink (.2), S. Kazan (.2); reviewing report of first day of T-side confirmation hearing as regards evidence relevant to E-side confirmation hearing received from B. Glueckstein, M. Fink (.4); reviewing notice of hearing to consider approval of the motion of the EFH/EFIH debtors for order authorizing entry into merger agreement and for related relief (2.7) | 3.90 |
| 8/18/16 | ND Ramsey | 016 | Reviewing notice of modifications to third amended joint plan of reorganization of Energy Future Holdings Corp., et al., pursuant to Chapter 11 of the Bankruptcy Code (1.8); reviewing notice of filing of proposed confirmation order (3.3) | 5.10 |
| 8/18/16 | MA Fink | 016 | Reviewing draft confirmation order (1.4); reviewing brief in support of plan confirmation (3.3); reviewing revised plan showing 2037 bondholder resolution (0.4) | 5.10 |
| 8/19/16 | MA Fink | 016 | Reviewing indenture trustee emergency motion re admissibility | 0.40 |
| 8/19/16 | ND Ramsey | 016 | Reviewing B. Glueckstein email report of hearing (.2); exchange of emails with E. Early, B. Glueckstein, S. Kazan regarding asbestos treatment under E-side plan, discovery re same (.4) | 0.60 |
| 8/21/16 | MA Fink | 016 | Reviewing counter-designations (0.1), objections to written directs (0.4); reviewing debtors circulated demonstratives for 8/22 hearing (0.5) | 1.00 |
| 8/22/16 | MA Fink | 016 | Reviewing debtor's objection to Trustee motion for reconsideration clarification | 0.50 |
| 8/22/16 | ND Ramsey | 016 | Email correspondence with S. Kazan (.1)and investigation (.3) regarding Hunt competing bid for Oncor | 0.40 |
| 8/25/16 | ND Ramsey | 016 | Reviewing objections of Fidelity (.3), Fenicle Fahy and Jones (.3), and EFH Trustee (.2) to Merger Agreement | 0.80 |
| 8/26/16 | ND Ramsey | 016 | Reviewing Proposed Amended Confirmation Order - particularly regarding matters implicating treatment of E-side asbestos claimants | 1.30 |
| 8/26/16 | ND Ramsey | 016 | Reviewing report from M. Fink re confirmation rulings | 0.40 |
| 8/26/16 | MA Fink | 016 | Reviewing indenture trustee brief (2.0); and debtor brief (2.0); attending confirmation ruling (1.8); reviewing latest draft of confirmation order (1.2) | 7.00 |

Task Total    93.00

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              10/13/16
Invoice Number:              736384
Client Matter Number:  66471.00003
I.D.#                        01051

## SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| 07722 | Fink, MA | 62.80 | $610.00 | $38,308.00 |
| 01051 | Ramsey, ND | 30.20 | $675.00 | $20,385.00 |
| | Task Total | 93.00 | | $58,693.00 |

Invoice Date:            10/13/16
Invoice Number:          736384
Client Matter Number:  66471.00003
I.D.#                    01051

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/15/16 | MA Fink | 021 | Attending scheduling conference for T-side plan | 2.00 |
| 8/17/16 | MA Fink | 021 | Preparing for (1.9) and attending (6.5) T-side confirmation hearing | 8.40 |
| 8/17/16 | MA Fink | 021 | Beginning review of draft confirmation order | 2.10 |
| 8/18/16 | MA Fink | 021 | Attending day 2 of T-side confirmation hearing (6.7); preparing for hearing (0.6) | 7.30 |
| 8/19/16 | MA Fink | 021 | Preparing for (1.0) and attending (5.6) day 3 of confirmation hearing | 6.60 |
| 8/22/16 | MA Fink | 021 | Preparing for (1.3) and attending (5.6) day 4 of confirmation hearing | 6.90 |
| 8/23/16 | MA Fink | 021 | Preparing for (0.8) and attending (4.5) hearing on T-side confirmation and E-side scheduling | 5.30 |
| 8/23/16 | ND Ramsey | 021 | Attending scheduling hearing for E-side confirmation | 1.30 |
| 8/24/16 | MA Fink | 021 | Preparing for (0.6) and attending (5.0) closing argument for confirmation hearing | 5.60 |

Task Total    45.50

Invoice Date:                        10/13/16
Invoice Number:                      736384
Client Matter Number:  66471.00003
I.D.#                                01051

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | | Hours | Rate | Amount |
|-----|-----------------|---|-------|------|--------|
| 07722 | Fink, MA | | 44.20 | $610.00 | $26,962.00 |
| 01051 | Ramsey, ND | | 1.30 | $675.00 | $877.50 |
| | | Task Total | 45.50 | | $27,839.50 |

Invoice Date:              10/13/16
Invoice Number:            736384
Client Matter Number:  66471.00003
I.D.#                        01051

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/1/16 | ND Ramsey | 030 | Reviewing PSA and merger agreement re asbestos treatment (1.7); email correspondence with S. Kazan and E. Early re same (.3) | 2.00 |

Task Total   2.00

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    10/13/16
Invoice Number:                   736384
Client Matter Number:  66471.00003
I.D.#                               01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 01051 | Ramsey, ND | 2.00 | $675.00 | $1,350.00 |
| | Task Total | 2.00 | | $1,350.00 |

Invoice Date:                          10/13/16
Invoice Number:                        736384
Client Matter Number:  66471.00003
I.D.#                                  01051

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 166.80 | $610.00 | $101,748.00 |
| 01051 | ND Ramsey | 36.40 | $675.00 | $24,570.00 |
| 09064 | KT Mangan | 4.20 | $145.00 | $609.00 |
| | Matter Total | 207.40 | | $126,927.00 |