# **EXHIBIT G**

## BUDGET AND STAFFING PLAN

| Code | Project Category | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|---|
| | | *Low* | *High* | *Low* | *High* |
| 001 | Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| 002 | Asset Disposition | 0 | 0 | $0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | $0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | $0.00 | $0.00 |
| 006 | Case Administration | 80 | 260 | $34,800.00 | $78,300.00 |
| 007 | Claims Administration and Objections | 0 | 0 | $0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 40 | 100 | $17,400.00 | $26,100.00 |
| 011 | Employment and Fee Applications (Others) | 20 | 60 | $8,700.00 | $17,400.00 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | $0.00 | $0.00 |
| 013 | Other Litigation | 0 | 0 | $0.00 | $0.00 |
| 014 | Meetings and Communications with Creditors | 40 | 140 | $17,400.00 | $43,500.00 |
| 015 | Non-Working Travel | 0 | 0 | $0.00 | $0.00 |
| 016 | Plan and Disclosure Statement | 215 | 485 | $93,525.00 | $117,450.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| 018 | Tax | 0 | 0 | $0.00 | $0.00 |
| 019 | Valuation | 0 | 0 | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) | 0 | 0 | $0.00 | $0.00 |
| 021 | Hearings | 110 | 320 | $47,850.00 | $91,350.00 |
| 022 | First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| 024 | Lien Investigation | 0 | 0 | $0.00 | $0.00 |
| 025 | Intercompany Claims | 0 | 0 | $0.00 | $0.00 |
| 026 | Other Motions/Applications | 40 | 140 | $17,400.00 | $43,500.00 |
| 027 | Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| 028 | Time Entry Review | 60 | 160 | $26,100.00 | $43,500.00 |
| 029 | Budgeting (Case) | 8 | 20 | $3,480.00 | $5,220.00 |
| 030 | Asbestos-Related Matters | 0 | 0 | $0.00 | $0.00 |
| 031 | Derivative Litigation | 0 | 0 | $0.00 | $0.00 |
| | **TOTAL:** | **613** | **1685** | **$266,655.00** | **$466,320.00** |

-2-

| Category of Timekeeper | Total Number in Category Expected to Work on Matter | Estimated Average Hourly Rate [1] |
|---|---|---|
| Partner | 2 | $642.50 |
| Of Counsel | 0 | $0.00 |
| Associate | 1 | $310.00 |
| Legal Assistant | 1 | $145.00 |

Notes:
[1] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | *Low* | *High* | *Hours through 8/31* | *Low* | *High* | *Actual Fees through 8/31* |
| 001 | Asset Analysis | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 002 | Asset Disposition | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 006 | Case Administration | 80 | 260 | 141.90 | $34,800.00 | $78,300.00 | $86,083.50 |
| 007 | Claims Administration and Objections | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 40 | 100 | 18.90 | $17,400.00 | $26,100.00 | $3,996.00 |
| 011 | Employment and Fee Applications (Others) | 20 | 60 | 22.40 | $8,700.00 | $17,400.00 | $5,433.50 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | 10.50 | $0.00 | $0.00 | $6,405.00 |
| 013 | Other Litigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 014 | Meetings and Communications with Creditors | 40 | 140 | 6.10 | $17,400.00 | $43,500.00 | $3,721.00 |
| 015 | Non-Working Travel | 0 | 0 | 5.90 | $0.00 | $0.00 | $1,812.50 |
| 016 | Plan and Disclosure Statement | 215 | 485 | 178.60 | $93,525.00 | $117,450.00 | $111,994.50 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 018 | Tax | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 019 | Valuation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 021 | Hearings | 110 | 320 | 56.00 | $47,850.00 | $91,350.00 | $34,413.50 |
| 022 | First and Second Day Motions | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 024 | Lien Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 025 | Intercompany Claims | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 026 | Other Motions/Applications | 40 | 140 | 0.00 | $17,400.00 | $43,500.00 | $0.00 |
| 027 | Schedules and Statements | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 028 | Time Entry Review | 60 | 160 | 0.00 | $26,100.00 | $43,500.00 | $0.00 |
| 029 | Budgeting (Case) | 8 | 20 | 0.00 | $3,480.00 | $5,220.00 | $0.00 |
| 030 | Asbestos-Related Matters | 0 | 0 | 20.40 | $0.00 | $0.00 | $10,956.00 |
| 031 | Derivative Litigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL:** | **613** | **1685** | **460.70** | **$266,655.00** | **$466,320.00** | **$264,815.50** |

-4-

| Category of Timekeeper | Total Number in Category Expected to Work on Matter [1] | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 2 | 3 | 3 |
| Of Counsel | 0 | 1 | 1 |
| Associate | 1 | 0 | 0 |
| Legal Assistant [2] | 1 | 1 | 1 |

Notes:
[1] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.
[2] Includes Paralegals, Librarians, and Automated Litigation Support Specialists