## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS – OTHERS | 3.30 | $1,216.00 |
| FEE APPLICATIONS – S&L | .40 | $142.00 |
| HEARINGS | 2.20 | $1,573.00 |
| PLANS OF REORGANIZATION | 2.8 | $2,002.00 |
| **TOTAL** | **8.70** | **$4,933.00** |