## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 8/1/16 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 8/2/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/3/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/3/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/9/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/9/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/9/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/10/16 | COMPUTER RESEARCH | $31.50 |
| 109285-00002 | 8/12/16 | DOCUMENT REPRODUCTION | $3.90 |
| 109285-00002 | 8/12/16 | DOCUMENT REPRODUCTION | $2.10 |
| 109285-00002 | 8/15/16 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00002 | 8/17/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 8/17/16 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 8/24/16 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 8/24/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/24/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/24/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/24/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/24/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/24/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/24/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/29/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/29/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/29/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/29/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/29/16 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 8/29/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/29/16 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 8/30/16 | DOCUMENT REPRODUCTION | $11.50 |
|  |  | **TOTAL** | **$ 53.00** |