# **EXHIBIT A**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 1.00 | $ 492.00 |
| Assumption/Rejection of Leases & Contracts | | | 0.10 | $ 48.00 |
| Bankruptcy-Related Advice | | | 18.80 | $ 8,050.00 |
| Business Operations | | | 0.10 | $ 43.00 |
| Case Administration | | | 1.80 | $ 864.00 |
| Claims Administration & Objections | | | 2.00 | $ 910.00 |
| Employment/Fee Applications | | | 11.80 | $ 5,113.00 |
| Financing & Cash Collateral | | | 1.30 | $ 653.00 |
| General Bankruptcy Advice/Opinions | | | 1.80 | $ 774.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 3.10 | $ 1,497.00 |
| Meetings of & Communications with Creditors or the Comm | | | 2.20 | $ 1,075.00 |
| Operations | | | 1.70 | $ 993.00 |
| Plan & Disclosure Statement (including business plan) | | | 10.90 | $ 5,172.00 |
| Tax Issues | | | 0.20 | $ 86.00 |
| | | | 56.80 | $ 25,770.00 |

# **EXHIBIT B**

54784489.1

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 455.00 | 0.70 | 650.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 250.00 | 0.40 | 625.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 17,328.00 | 36.10 | 480.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 1,330.00 | 1.90 | 700.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 3,913.00 | 9.10 | 430.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 2,494.00 | 8.60 | 290.00 | - | 0 |
| | | | | $ 25,770.00 | 56.80 | 453.70 | | |

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 479.53 | $ 495.22 |
| Associate | $ 354.90 | $ 430.00 |
| Paralegal | $ 240.02 | $ 290.00 |
| | | |
| All timekeepers averaged | $ 454.58 | $ 453.70 |

# **EXHIBIT C**

54784489.1

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
| --- | --- |
| Meals | $ 133.51 |
| Miscellaneous | $ 51.00 |
| Transcript of Proceedings | $ 765.60 |
| | $ 950.11 |

# EXHIBIT D

54784489.1



# Invoice Detail

For Professional Services Through 9/30/16  
File No. 078582-475724  
**Re: Energy Future Holdings Bankruptcy**

Page 21  
October 18, 2016  
Invoice No: 1340994

## Disbursements

| Date | | Amount |
|---|---|---:|
| 08/24/16 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy of transcript | $164.40 |
| 08/25/16 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 234.00 |
| 08/30/16 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 69.60 |
| 09/02/16 | Telephonic Appearance for Justin Edelson A7803244 | 51.00 |
| 09/02/16 | Meals Reliable Wilmington working lunch filing fee app (pcikup/delivery) | 60.00 |
| 09/20/16 | Meals Reliable Wilmington pickup/delivery lunch for : Energy Future Hearing (EFH/EFIH Disclosure Statement) | 73.51 |
| 09/21/16 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy of transcript | 212.40 |
| 09/27/16 | Transcript of Proceedings Veritext New York Reporting Co. Transcript | 85.20 |
| | **Total Disbursements** | **$950.11** |

Total Disbursements                                                                 950.11

**Total Current Charges Due**                                                       **$26,720.11**