## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 9188** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

SID GARABATO, being duly sworn, deposes and says:

1. I am employed as a Manager of Client Services by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served:

   a. the "Notice Regarding Executory Contracts and Unexpired Leases to be Rejected Pursuant to the Plan," dated August 3, 2016, *related to Docket No. 9188*, to which was attached a personalized "Exhibit A," a sample of which is annexed hereto as <u>Exhibit A</u>, (the "Custom Rejection Notice"),

   b. the "Notice of (A) Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan; (B) Cure Amounts, if any; and (C) Related Procedures in Connection Therewith," dated August 3, 2016, *related to Docket No. 9188*, to which was attached a personalized "Exhibit A," a sample of which is annexed hereto as <u>Exhibit B</u>, (the "Custom Assumption Notice"), and

   c. the "Notice of (A) Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan; (B) Cure Amounts, if any; and (C) Related Procedures in Connection Therewith," dated August 4, 2016, *related to Docket No. 9188*, to which was attached a personalized "Exhibit A," annexed hereto as <u>Exhibit C</u>, (the "Pooled Equipment Inventory Assumption Notice"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

by causing true and correct copies of the:

i.   Custom Rejection Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D, on August 3, 2016,

ii.  Custom Assumption Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E, on August 3, 2016, and

iii. Pooled Equipment Inventory Assumption Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the following party: *Pooled Equipment Inventory Co, Attn: Geoff Huddleston, P.O. Box 2625, Birmingham, Al 35202*, on August 4, 2016.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Sid Garabato

Sworn to before me this
11ᵗʰ day of October, 2016

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20 /8

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**NOTICE REGARDING EXECUTORY CONTRACTS AND
UNEXPIRED LEASES TO BE REJECTED PURSUANT TO THE PLAN**

**PLEASE TAKE NOTICE THAT** on June 17, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 8761] (the "TCEH Disclosure Statement Order"):  (a) authorizing Texas Competitive Electric Holdings Company LLC ("TCEH" and, together with its direct parent company, Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's direct and indirect subsidiaries, the "TCEH Debtors") to solicit acceptances for the *Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8355] (as may be modified, amended or supplemented from time to time, the "Plan") as it applies to the TCEH Debtors and EFH Shared Services Debtors;[2] (b) approving the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors*, including all exhibits and schedules thereto [D.I. 8747] (as may be modified, amended or supplemented from time to time, the "TCEH Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** on May 24, 2016, the Court entered an *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of Debtors' Disclosure Statement* [D.I. 8514] (as amended by D.I. 8972, the "Scheduling Order")

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

(a) scheduling dates and deadlines in connection with the approval of the TCEH Disclosure Statement and the confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors and (b) establishing certain protocols in connection with those proceedings.

**PLEASE TAKE FURTHER NOTICE THAT** on August 3, 2016, the TCEH Debtors and EFH Shared Services Debtors filed the *Plan Supplement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp.*, et al., *Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the TCEH Debtors and the EFH Shared Services Debtors* (the "TCEH Plan Supplement").

**PLEASE TAKE FURTHER NOTICE THAT** the TCEH Debtors and EFH Shared Services Debtors filed the *List of Executory Contracts and Unexpired Leases to be Rejected on the TCEH Effective Date* (the "Rejection Schedule") with the Court as part of the TCEH Plan Supplement.  The determination to reject the agreements identified on the Rejection Schedule is subject to revision.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors (the "TCEH Confirmation Hearing") will commence at **10 a.m. prevailing Eastern Time on August 17, 2016**, before the Honorable Judge Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, Fifth Floor, Wilmington, Delaware 19801.

---

**PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS NOTICE BECAUSE THE RECORDS OF THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS REFLECT THAT YOU ARE A PARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE THAT WILL BE REJECTED PURSUANT TO THE PLAN. THEREFORE, YOU ARE ADVISED TO REVIEW CAREFULLY THE INFORMATION CONTAINED IN THIS NOTICE AND THE RELATED PROVISIONS OF THE PLAN.[3]**

**PLEASE TAKE FURTHER NOTICE THAT THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS ARE PROPOSING TO REJECT THE EXECUTORY CONTRACT(S) AND/OR UNEXPIRED LEASE(S) TO WHICH YOU ARE A PARTY, AS LISTED ON EXHIBIT A.**

---

[3]    Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Rejected Executory Contract and Unexpired Lease List, nor anything contained in the Plan, shall constitute an admission by the TCEH Debtors or EFH Shared Services Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that any Reorganized Debtor has any liability thereunder.  Further, the TCEH Debtors and EFH Shared Services Debtors expressly reserve the right to (a) remove any Executory Contract or Unexpired Lease from the Rejection Schedule and assume such Executory Contract or Unexpired Lease pursuant to the terms of the Plan, up until the TCEH Effective Date and (b) contest any Claim asserted in connection with rejection of any Executory Contract or Unexpired Lease.

**PLEASE TAKE FURTHER NOTICE THAT** all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases by the TCEH Debtors or EFH Shared Services Debtors, pursuant to the Plan or the TCEH Confirmation Order, if any, must be filed within **30 days** after the later of: (1) the date of entry of an order of the Bankruptcy Court (including the TCEH Confirmation Order) approving such rejection; and (2) the effective date of such rejection. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed within such time will be automatically disallowed, forever barred from assertion and shall not be enforceable against the TCEH Debtors OR EFH Shared Services Debtors or the Reorganized Debtors, the Estates or their property without the need for any objection by the Reorganized Debtors or further notice to, or action, order or approval of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** all Claims arising from the rejection by any Debtor of any Executory Contract or Unexpired Lease pursuant to section 365 of the Bankruptcy Code shall be treated as General Unsecured Claims and may be objected to in accordance with Plan and the applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

**PLEASE TAKE FURTHER NOTICE THAT** rejection of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise shall not constitute a termination of preexisting obligations owed by the Executory Contract or Unexpired Lease counterparty or counterparties to the TCEH Debtors OR EFH Shared Services Debtors or the Reorganized Debtors, as applicable, under such Executory Contracts or Unexpired Leases.

**Plan Objection Deadline**. The deadline for filing objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors is **August 8, 2016, at 4:00 p.m. prevailing Eastern Time** (the "TCEH Plan Objection Deadline"). All objections to the relief sought at the TCEH Confirmation Hearing must be: (a) in writing; (b) conform to the Bankruptcy Rules, the Local Rules and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be **actually received** on or before **August 8, 2016 at 4:00 p.m. prevailing Eastern Time**:

|  |  |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>Attn: Edward O. Sassower, P.C.<br>Attn: Stephen E. Hessler, Esq.<br>Attn: Brian E. Schartz, Esq.<br>601 Lexington Avenue<br>New York, New York 10022<br><br>Attn: James H.M. Sprayregen, P.C.<br>Attn: Marc Kieselstein, P.C.<br>Attn: Chad J. Husnick, Esq.<br>Attn: Steven N. Serajeddini, Esq.<br>300 North LaSalle<br>Chicago, Illinois 60654 | **RICHARDS, LAYTON & FINGER, P.A.**<br>Attn: Mark D. Collins, Esq.<br>Attn: Daniel J. DeFranceschi, Esq.<br>Attn: Jason M. Madron, Esq.<br>920 North King Street<br>Wilmington, Delaware 19801 |

*Co-Counsel to the Debtors*

| | |
|---|---|
| **PROSKAUER ROSE LLP.**<br>Attn: Jeff J. Marwil, Esq.<br>Attn: Mark K Thomas, Esq.<br>Attn: Peter J. Young, Esq.<br>Three First National Plaza<br>70 W. Madison ST STE 3800<br>Chicago, IL 60602 | **BIELLI & KLAUDER, LLP**<br>Attn: David M. Klauder, Esq.<br>1204 N. King Street<br>Wilmington, DE 19801 |

*Co-Counsel to Energy Future Holdings Corp.*

| | |
|---|---|
| **MUNGER, TOLLES & OLSON LLP**<br>Attn: Thomas B. Walper, Esq.<br>Attn: Todd J Rosen, Esq.<br>Attn: Seth Goldman, Esq.<br>Attn: John W. Spiegel, Esq.<br>355 S. Grand Ave 35th FL<br>Los Angeles, CA 90071 | **MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP**<br>Attn: David P. Primack, Esq.<br>300 Delaware Ste 770<br>Wilmington, Delaware 19801 |

*Co-Counsel to the TCEH Debtors*

| | |
|---|---|
| **CRAVATH, SWAIN, & MOORE LLP**<br>Attn: Michael A Paskin, Esq.<br>Worldwide Plaza<br>825 Eighth Ave<br>New York, NY 10019-7475<br><br>**JENNER & BLOCK LLP**<br>Attn: Richard Levin, Esq.<br>919 Third Ave<br>New York, NY 10022-3908 | **STEVENS & LEE PC**<br>Attn: Joseph H. Hutson Jr, Esq.<br>1105 N. Market St STE 700<br>Wilmington, DE 19801 |

*Co-Counsel to Energy Future Intermediate Holding Company LLC*

| |
|---|
| **THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**<br>Attn: Richard L. Schepacarter, Esq.<br>Attn: Andrea B. Schwartz, Esq.<br>844 King Street, Suite 2207<br>Wilmington, Delaware  19801 |

| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br>Attn: James M. Peck, Esq.<br>Attn: Brett H. Miller, Esq.<br>Attn: Lorenzo Marinuzzi, Esq.<br>Attn: Todd M. Goren, Esq.<br>Attn: Samantha Martin, Esq.<br>250 West 55th Street<br>New York, New York 10019 | **POLSINELLI PC**<br>Attn: Christopher A. Ward, Esq.<br>Attn: Justin K. Edelson, Esq.<br>Attn: Shanti M. Katona, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 |

*Co-Counsel to the TCEH Creditors' Committee*

| | |
|---|---|
| **SULLIVAN & CROMWELL LLP**<br>Attn: Andrew G. Dietderich, Esq.<br>Attn: Brian D. Glueckstein, Esq.<br>Attn: Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004 | **MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**<br>Attn: Natalie D. Ramsey, Esq.<br>Attn: Davis Lee Wright, Esq.<br>Attn: Mark A. Fink, Esq.<br>1105 N. Market St 15th FL<br>Wilmington, DE 19801 |

*Co-Counsel to the EFH Creditors' Committee*

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the TCEH Disclosure Statement, the Plan, the TCEH Plan Supplement or related documents, you

should contact Epiq Bankruptcy Solutions, LLC, the voting and claims agent retained by the Debtors in these Chapter 11 Cases, by:  (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at: http://www.efhcaseinfo.com; and/or (c) email to efhvote@epiqsystems.com and reference "TCEH" in the subject line.  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

---

ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.D. CONTAINS A THIRD-PARTY RELEASE**.  THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT EPIQ BANKRUPTCY SOLUTIONS, LLC.**

---

[*Remainder of page intentionally left blank.*]

Wilmington, Delaware
Dated:  August 3, 2016

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:         (302) 651-7700
Facsimile:         (302) 651-7701
Email:              1irklan@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:         (212) 446-4800
Facsimile:         (212) 446-4900
Email:              edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:         (312) 862-2000
Facsimile:         (312) 862-2200
Email:              james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

**Rejection Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref # | Debtor | Description of Contract or Lease | Counterparty | Counterparty Address | Description of Property to be Abandoned, if any | Rejection Date |
| 232 | TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ISDA | BARCLAYS BANK PLC | 5 THE NORTH COLONNADE CANARY WHARF LONDON  E14 4BB UNITED KINGDOM | | ON THE TCEH EFFECTIVE DATE |

**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF (A) EXECUTORY CONTRACTS
## AND UNEXPIRED LEASES TO BE ASSUMED
## PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
## IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

**PLEASE TAKE NOTICE THAT** on June 17, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 8761] (the "TCEH Disclosure Statement Order"):  (a) authorizing Texas Competitive Electric Holdings Company LLC ("TCEH" and, together with its direct parent company, Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's direct and indirect subsidiaries, the "TCEH Debtors") to solicit acceptances for the *Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al., *Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8355] (as may be modified, amended or supplemented from time to time, the "Plan") as it applies to the TCEH Debtors and EFH Shared Services Debtors;[2] (b) approving the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors,* including all exhibits and schedules thereto [D.I. 8747] (as may be modified, amended or supplemented from time to time, the "TCEH Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** on May 24, 2016, the Court entered an *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of*

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

*Debtors' Disclosure Statement* [D.I. 8514] (as amended by D.I. 8972, the "Scheduling Order") (a) scheduling dates and deadlines in connection with the approval of the TCEH Disclosure Statement and the confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors and (b) establishing certain protocols in connection with those proceedings.

**PLEASE TAKE FURTHER NOTICE THAT** on August 3, 2016, the TCEH Debtors and EFH Shared Services Debtors filed the *Plan Supplement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp.*, et al., *Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the TCEH Debtors and the EFH Shared Services Debtors* (the "TCEH Plan Supplement").

**PLEASE TAKE FURTHER NOTICE THAT** the TCEH Debtors and EFH Shared Services Debtors filed the *List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized Debtors on the TCEH Effective Date* (the "Assumption Schedule") with the Court as part of the TCEH Plan Supplement.  The determination to assume the agreements identified on the Assumption Schedule is subject to revision.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors (the "TCEH Confirmation Hearing") will commence at **10 a.m. prevailing Eastern Time on August 17, 2016**, before the Honorable Judge Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, Fifth Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT you are receiving this notice because the records of the TCEH Debtors and EFH Shared Services Debtors reflect that you are a party to a contract that is listed on the Assumption Schedule.  Therefore, you are advised to review carefully the information contained in this notice and the related provisions of the Plan, including the Assumption Schedule.**

**PLEASE TAKE FURTHER NOTICE that the TCEH Debtors and/or EFH Shared Services Debtors are proposing to assume the Executory Contract(s) and Unexpired Lease(s) listed below to which you are a party, as listed on Exhibit A attached hereto:[3]**

**PLEASE TAKE FURTHER NOTICE THAT** section 365(b)(1) of the Bankruptcy Code requires a chapter 11 debtor to cure, or provide adequate assurance that it will promptly

---

[3] Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's schedule of assets and liabilities, shall constitute an admission by the TCEH Debtors and EFH Shared Services Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease capable of assumption, that any Reorganized Debtor(s) has any liability thereunder or that such Executory Contract or Unexpired Lease is necessarily a binding and enforceable agreement.  Further, the TCEH Debtors and EFH Shared Services Debtors expressly reserve the right to (a) remove any Executory Contract or Unexpired Lease from the Assumption Schedule and reject such Executory Contract or Unexpired Lease pursuant to the terms of the Plan, up until the TCEH Effective Date and (b) contest any Claim (or cure amount) asserted in connection with assumption of any Executory Contract or Unexpired Lease.

cure, any defaults under executory contracts and unexpired leases at the time of assumption. Accordingly, the TCEH Debtors and EFH Shared Services Debtors have conducted a thorough review of their books and records and have determined the amounts required to cure defaults, if any, under the Executory Contract(s) and Unexpired Lease(s), which amounts are listed on **Exhibit A**. Please note that if no amount is stated for a particular Executory Contract or Unexpired Lease, the TCEH Debtors and EFH Shared Services Debtors believe that there is no cure amount outstanding for such contract or lease.

**PLEASE TAKE FURTHER NOTICE THAT** absent any pending dispute, the monetary amounts required to cure any existing defaults arising under the Executory Contract(s) and Unexpired Lease(s) identified in **Exhibit A** will be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by the TCEH Debtors and EFH Shared Services Debtors in Cash on the TCEH Effective Date. In the event of a dispute, however, payment of the cure amount would be made following the entry of a final order(s) resolving the dispute and approving the assumption. If an objection to the proposed assumption or related cure amount is sustained by the Court, however, the TCEH Debtors and EFH Shared Services Debtors, in their sole option, may elect to reject such Executory Contract or Unexpired Lease in lieu of assuming it.

**PLEASE TAKE FURTHER NOTICE THAT** any objection by a party to an Executory Contract or Unexpired Lease to a proposed assumption or related cure amount by the TCEH Debtors or EFH Shared Services Debtors must be filed, served, and actually received by the Debtors at least seven days before the TCEH Confirmation Hearing. Any such objection will be scheduled to be heard by the Bankruptcy Court at the first scheduled omnibus hearing after which such objection is timely filed. In the event of a dispute regarding (1) the amount of any payments to cure such a default, (2) the ability of the Reorganized Debtors or any assignee to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed by the TCEH Debtors or EFH Shared Services Debtors, or (3) any other matter pertaining to assumption, the cure payments required by section 365(b)(1) of the Bankruptcy Code shall be made following the entry of a Final Order resolving the dispute and approving the assumption; provided that notwithstanding anything to the contrary herein, the Debtors or the Reorganized Debtors, as applicable, in consultation with the Plan Sponsors and the TCEH Supporting First Lien Creditors, as applicable, reserve the right to alter, amend, modify, or supplement the schedules of Executory Contracts and Unexpired Leases with respect to such Debtors and Reorganized Debtors at any time through and including 45 days after the TCEH Effective Date, without incurrence of any penalty or changing the priority or security of of any Claim as a result of such treatment change.

**PLEASE TAKE FURTHER NOTICE THAT** each Executory Contract and Unexpired Lease reflected on the Assumption Schedule and assumed pursuant to the Plan or by any order of the Bankruptcy Court, which has not been assigned to a third party before the TCEH Confirmation Date, shall revest in and be fully enforceable by the Reorganized Debtors in accordance with its terms, except as such terms are modified by the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law.

**Objection Deadline**.  The deadline for filing objections to a proposed assumption or related cure amount is **August 10, 2016, at 4:00 p.m. prevailing Eastern Time**.  Any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption or cure amount will be deemed to have consented to such assumption or proposed cure amount.  All objections must be:  (a) in writing; (b) conform to the Bankruptcy Rules, the Local Rules and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be **actually** **received** on or before **August 10, 2016 at 4:00 p.m. prevailing Eastern Time**:

| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>Attn: Edward O. Sassower, P.C.<br>Attn: Stephen E. Hessler, Esq.<br>Attn: Brian E. Schartz, Esq.<br>601 Lexington Avenue<br>New York, New York 10022<br><br>Attn: James H.M. Sprayregen, P.C.<br>Attn: Marc Kieselstein, P.C.<br>Attn: Chad J. Husnick, Esq.<br>Attn: Steven N. Serajeddini, Esq.<br>300 North LaSalle<br>Chicago, Illinois 60654 | **RICHARDS, LAYTON & FINGER, P.A.**<br>Attn: Mark D. Collins, Esq.<br>Attn: Daniel J. DeFranceschi, Esq.<br>Attn: Jason M. Madron, Esq.<br>920 North King Street<br>Wilmington, Delaware 19801 |
| *Co-Counsel to the Debtors* | |
| **PROSKAUER ROSE LLP.**<br>Attn: Jeff J. Marwil, Esq.<br>Attn: Mark K Thomas, Esq.<br>Attn: Peter J. Young, Esq.<br>Three First National Plaza<br>70 W. Madison ST STE 3800<br>Chicago, IL 60602 | **BIELLI & KLAUDER, LLP**<br>Attn: David M. Klauder, Esq.<br>1204 N. King Street<br>Wilmington, DE 19801 |
| *Co-Counsel to Energy Future Holdings Corp.* | |
| **MUNGER, TOLLES & OLSON LLP**<br>Attn: Thomas B. Walper, Esq.<br>Attn: Todd J Rosen, Esq.<br>Attn: Seth Goldman, Esq.<br>Attn: John W. Spiegel, Esq.<br>355 S. Grand Ave 35th FL<br>Los Angeles, CA 90071 | **MCELROY, DEUTSCH, MUVANEY, &<br>CARPENTER, LLP**<br>Attn: David P. Primack, Esq.<br>300 Delaware Ste 770<br>Wilmington, Delaware 19801 |
| *Co-Counsel to the TCEH Debtors* | |
| **CRAVATH, SWAIN, & MOORE LLP**<br>Attn: Michael A Paskin, Esq.<br>Worldwide Plaza<br>825 Eighth Ave<br>New York, NY 10019-7475<br><br>**JENNER & BLOCK LLP**<br>Attn: Richard Levin, Esq.<br>919 Third Ave<br>New York, NY 10022-3908 | **STEVENS & LEE PC**<br>Attn: Joseph H. Hutson Jr, Esq.<br>1105 N. Market St STE 700<br>Wilmington, DE 19801 |
| *Co-Counsel to Energy Future Intermediate Holding Company LLC* | |

**THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**
Attn: Richard L. Schepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Wilmington, Delaware  19801

| **MORRISON & FOERSTER LLP**<br>Attn: James M. Peck, Esq.<br>Attn: Brett H. Miller, Esq.<br>Attn: Lorenzo Marinuzzi, Esq.<br>Attn: Todd M. Goren, Esq.<br>Attn: Erica Richards, Esq.<br>250 West 55th Street<br>New York, New York 10019 | **POLSINELLI PC**<br>Attn: Christopher A. Ward, Esq.<br>Attn: Justin K. Edelson, Esq.<br>Attn: Shanti M. Katona, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 |
|---|---|

*Co-Counsel to the TCEH Creditors' Committee*

| **SULLIVAN & CROMWELL LLP**<br>Attn: Andrew G. Dietderich, Esq.<br>Attn: Brian D. Glueckstein, Esq.<br>Attn: Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004 | **MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**<br>Attn: Natalie D. Ramsey, Esq.<br>Attn: Davis Lee Wright, Esq.<br>Attn: Mark A. Fink, Esq.<br>1105 N. Market St 15th FL<br>Wilmington, DE 19801 |
|---|---|

*Co-Counsel to the EFH Creditors' Committee*

**PLEASE TAKE FURTHER NOTICE THAT** any objections to the Plan in connection with the assumption of the Executory Contract(s) and Unexpired Lease(s) identified above and/or related cure or adequate assurances proposed in connection with the Plan that remain unresolved as of the TCEH Confirmation Hearing will be heard at the TCEH Confirmation Hearing (or such other date as fixed by the Court).

**PLEASE TAKE FURTHER NOTICE THAT any counterparty to an Executory Contract that fails to object timely to the proposed assumption or cure amount will be deemed to have assented to such assumption and cure amount.**

**PLEASE TAKE FURTHER NOTICE THAT ASSUMPTION OF ANY EXECUTORY CONTRACT OR UNEXPIRED LEASE PURSUANT TO THE PLAN OR OTHERWISE SHALL RESULT IN THE FULL RELEASE AND SATISFACTION OF ANY CLAIMS OR DEFAULTS, WHETHER MONETARY OR NONMONETARY, INCLUDING DEFAULTS OF PROVISIONS RESTRICTING THE CHANGE IN CONTROL OR OWNERSHIP INTEREST COMPOSITION OR OTHER BANKRUPTCY-RELATED DEFAULTS, ARISING UNDER ANY ASSUMED EXECUTORY CONTRACT OR UNEXPIRED LEASE AT ANY TIME BEFORE THE DATE OF THE DEBTORS OR REORGANIZED DEBTORS ASSUME SUCH EXECUTORY CONTRACT OR UNEXPIRED LEASE.  ANY PROOFS OF CLAIM FILED WITH RESPECT TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE THAT HAS BEEN ASSUMED SHALL BE DEEMED DISALLOWED AND EXPUNGED, WITHOUT FURTHER NOTICE TO OR ACTION, ORDER OR APPROVAL OF THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the TCEH Disclosure Statement, the Plan, the TCEH Plan Supplement or related documents, you should contact Epiq Bankruptcy Solutions, LLC, the voting and claims agent retained by the Debtors in these Chapter 11 Cases, by:  (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at: http://www.efhcaseinfo.com; and/or (c) email to efhvote@epiqsystems.com and reference "TCEH" in the subject line.  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

---

ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.D. CONTAINS A THIRD-PARTY RELEASE**.  THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT EPIQ BANKRUPTCY SOLUTIONS, LLC.**

---

*[Remainder of page intentionally left blank.]*

Wilmington, Delaware
Dated:  August 3, 2016

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:       (302) 651-7700
Facsimile:        (302) 651-7701
Email:             collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:       (212) 446-4800
Facsimile:        (212) 446-4900
Email:             edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:        (312) 862-2200
Email:             james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

## Assumption Schedule

| | Details of Contract (s) | | | Counterparty Information | | | Other Information | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 2611 | LUMINANT GENERATION COMPANY LLC | CONFIDENTIALITY AGREEMENT | VHSC CEMENT, LLC | 3331 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) | | $0.00 | LUMINANT GENERATION COMPANY LLC- $0.00 | | ON THE TCEH EFFECTIVE DATE |

**EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF (A) EXECUTORY CONTRACTS
## AND UNEXPIRED LEASES TO BE ASSUMED
## PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
## IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

**PLEASE TAKE NOTICE THAT** on June 17, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 8761] (the "TCEH Disclosure Statement Order"):  (a) authorizing Texas Competitive Electric Holdings Company LLC ("TCEH" and, together with its direct parent company, Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's direct and indirect subsidiaries, the "TCEH Debtors") to solicit acceptances for the *Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al., *Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 8355] (as may be modified, amended or supplemented from time to time, the "Plan") as it applies to the TCEH Debtors and EFH Shared Services Debtors;[2] (b) approving the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors*, including all exhibits and schedules thereto [D.I. 8747] (as may be modified, amended or supplemented from time to time, the "TCEH Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan as to the TCEH Debtors and EFH Shared Services Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** on May 24, 2016, the Court entered an *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Plan of Reorganization and the Approval of*

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.

*Debtors' Disclosure Statement* [D.I. 8514] (as amended by D.I. 8972, the "Scheduling Order") (a) scheduling dates and deadlines in connection with the approval of the TCEH Disclosure Statement and the confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors and (b) establishing certain protocols in connection with those proceedings.

**PLEASE TAKE FURTHER NOTICE THAT** on August 3, 2016, the TCEH Debtors and EFH Shared Services Debtors filed the *Plan Supplement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp.*, et al., *Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the TCEH Debtors and the EFH Shared Services Debtors* (the "TCEH Plan Supplement").

**PLEASE TAKE FURTHER NOTICE THAT** the TCEH Debtors and EFH Shared Services Debtors filed the *List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized Debtors on the TCEH Effective Date* (the "Assumption Schedule") with the Court as part of the TCEH Plan Supplement.  The determination to assume the agreements identified on the Assumption Schedule is subject to revision.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan as to the TCEH Debtors and EFH Shared Services Debtors (the "TCEH Confirmation Hearing") will commence at **10 a.m. prevailing Eastern Time on August 17, 2016**, before the Honorable Judge Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, Fifth Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT you are receiving this notice because the records of the TCEH Debtors and EFH Shared Services Debtors reflect that you are a party to a contract that is listed on the Assumption Schedule.  Therefore, you are advised to review carefully the information contained in this notice and the related provisions of the Plan, including the Assumption Schedule.**

**PLEASE TAKE FURTHER NOTICE that the TCEH Debtors and/or EFH Shared Services Debtors are proposing to assume the Executory Contract(s) and Unexpired Lease(s) listed below to which you are a party, as listed on Exhibit A attached hereto:[3]**

**PLEASE TAKE FURTHER NOTICE THAT** section 365(b)(1) of the Bankruptcy Code requires a chapter 11 debtor to cure, or provide adequate assurance that it will promptly

---

[3]  Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's schedule of assets and liabilities, shall constitute an admission by the TCEH Debtors and EFH Shared Services Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease capable of assumption, that any Reorganized Debtor(s) has any liability thereunder or that such Executory Contract or Unexpired Lease is necessarily a binding and enforceable agreement.  Further, the TCEH Debtors and EFH Shared Services Debtors expressly reserve the right to (a) remove any Executory Contract or Unexpired Lease from the Assumption Schedule and reject such Executory Contract or Unexpired Lease pursuant to the terms of the Plan, up until the TCEH Effective Date and (b) contest any Claim (or cure amount) asserted in connection with assumption of any Executory Contract or Unexpired Lease.

cure, any defaults under executory contracts and unexpired leases at the time of assumption. Accordingly, the TCEH Debtors and EFH Shared Services Debtors have conducted a thorough review of their books and records and have determined the amounts required to cure defaults, if any, under the Executory Contract(s) and Unexpired Lease(s), which amounts are listed on **Exhibit A**.  Please note that if no amount is stated for a particular Executory Contract or Unexpired Lease, the TCEH Debtors and EFH Shared Services Debtors believe that there is no cure amount outstanding for such contract or lease.

**PLEASE TAKE FURTHER NOTICE THAT** absent any pending dispute, the monetary amounts required to cure any existing defaults arising under the Executory Contract(s) and Unexpired Lease(s) identified in **Exhibit A** will be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by the TCEH Debtors and EFH Shared Services Debtors in Cash on the TCEH Effective Date.  In the event of a dispute, however, payment of the cure amount would be made following the entry of a final order(s) resolving the dispute and approving the assumption. If an objection to the proposed assumption or related cure amount is sustained by the Court, however, the TCEH Debtors and EFH Shared Services Debtors, in their sole option, may elect to reject such Executory Contract or Unexpired Lease in lieu of assuming it.

**PLEASE TAKE FURTHER NOTICE THAT** any objection by a party to an Executory Contract or Unexpired Lease to a proposed assumption or related cure amount by the TCEH Debtors or EFH Shared Services Debtors must be filed, served, and actually received by the Debtors at least seven days before the TCEH Confirmation Hearing.  Any such objection will be scheduled to be heard by the Bankruptcy Court at the first scheduled omnibus hearing after which such objection is timely filed.  In the event of a dispute regarding (1) the amount of any payments to cure such a default, (2) the ability of the Reorganized Debtors or any assignee to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed by the TCEH Debtors or EFH Shared Services Debtors, or (3) any other matter pertaining to assumption, the cure payments required by section 365(b)(1) of the Bankruptcy Code shall be made following the entry of a Final Order resolving the dispute and approving the assumption; provided that notwithstanding anything to the contrary herein, the Debtors or the Reorganized Debtors, as applicable, in consultation with the Plan Sponsors and the TCEH Supporting First Lien Creditors, as applicable, reserve the right to alter, amend, modify, or supplement the schedules of Executory Contracts and Unexpired Leases with respect to such Debtors and Reorganized Debtors at any time through and including 45 days after the TCEH Effective Date, without incurrence of any penalty or changing the priority or security of of any Claim as a result of such treatment change.

**PLEASE TAKE FURTHER NOTICE THAT** each Executory Contract and Unexpired Lease reflected on the Assumption Schedule and assumed pursuant to the Plan or by any order of the Bankruptcy Court, which has not been assigned to a third party before the TCEH Confirmation Date, shall revest in and be fully enforceable by the Reorganized Debtors in accordance with its terms, except as such terms are modified by the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law.

**Objection Deadline**.  The deadline for filing objections to a proposed assumption or related cure amount is **August 10, 2016, at 4:00 p.m. prevailing Eastern Time**.  Any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption or cure amount will be deemed to have consented to such assumption or proposed cure amount.  All objections must be:  (a) in writing; (b) conform to the Bankruptcy Rules, the Local Rules and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be **actually received** on or before **August 10, 2016 at 4:00 p.m. prevailing Eastern Time**:

| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>Attn: Edward O. Sassower, P.C.<br>Attn: Stephen E. Hessler, Esq.<br>Attn: Brian E. Schartz, Esq.<br>601 Lexington Avenue<br>New York, New York 10022<br><br>Attn: James H.M. Sprayregen, P.C.<br>Attn: Marc Kieselstein, P.C.<br>Attn: Chad J. Husnick, Esq.<br>Attn: Steven N. Serajeddini, Esq.<br>300 North LaSalle<br>Chicago, Illinois 60654 | **RICHARDS, LAYTON & FINGER, P.A.**<br>Attn: Mark D. Collins, Esq.<br>Attn: Daniel J. DeFranceschi, Esq.<br>Attn: Jason M. Madron, Esq.<br>920 North King Street<br>Wilmington, Delaware 19801 |
| *Co-Counsel to the Debtors* | |
| **PROSKAUER ROSE LLP.**<br>Attn: Jeff J. Marwil, Esq.<br>Attn: Mark K Thomas, Esq.<br>Attn: Peter J. Young, Esq.<br>Three First National Plaza<br>70 W. Madison ST STE 3800<br>Chicago, IL 60602 | **BIELLI & KLAUDER, LLP**<br>Attn: David M. Klauder, Esq.<br>1204 N. King Street<br>Wilmington, DE 19801 |
| *Co-Counsel to Energy Future Holdings Corp.* | |
| **MUNGER, TOLLES & OLSON LLP**<br>Attn: Thomas B. Walper, Esq.<br>Attn: Todd J Rosen, Esq.<br>Attn: Seth Goldman, Esq.<br>Attn: John W. Spiegel, Esq.<br>355 S. Grand Ave 35th FL<br>Los Angeles, CA 90071 | **MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP**<br>Attn: David P. Primack, Esq.<br>300 Delaware Ste 770<br>Wilmington, Delaware 19801 |
| *Co-Counsel to the TCEH Debtors* | |
| **CRAVATH, SWAIN, & MOORE LLP**<br>Attn: Michael A Paskin, Esq.<br>Worldwide Plaza<br>825 Eighth Ave<br>New York, NY 10019-7475<br><br>**JENNER & BLOCK LLP**<br>Attn: Richard Levin, Esq.<br>919 Third Ave<br>New York, NY 10022-3908 | **STEVENS & LEE PC**<br>Attn: Joseph H. Hutson Jr, Esq.<br>1105 N. Market St STE 700<br>Wilmington, DE 19801 |
| *Co-Counsel to Energy Future Intermediate Holding Company LLC* | |

| **THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**<br>Attn: Richard L. Schepacarter, Esq.<br>Attn: Andrea B. Schwartz, Esq.<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801 | |
|---|---|
| **MORRISON & FOERSTER LLP**<br>Attn: James M. Peck, Esq.<br>Attn: Brett H. Miller, Esq.<br>Attn: Lorenzo Marinuzzi, Esq.<br>Attn: Todd M. Goren, Esq.<br>Attn: Erica Richards, Esq.<br>250 West 55th Street<br>New York, New York 10019 | **POLSINELLI PC**<br>Attn: Christopher A. Ward, Esq.<br>Attn: Justin K. Edelson, Esq.<br>Attn: Shanti M. Katona, Esq.<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 |
| *Co-Counsel to the TCEH Creditors' Committee* | |
| **SULLIVAN & CROMWELL LLP**<br>Attn: Andrew G. Dietderich, Esq.<br>Attn: Brian D. Glueckstein, Esq.<br>Attn: Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004 | **MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**<br>Attn: Natalie D. Ramsey, Esq.<br>Attn: Davis Lee Wright, Esq.<br>Attn: Mark A. Fink, Esq.<br>1105 N. Market St 15th FL<br>Wilmington, DE 19801 |
| *Co-Counsel to the EFH Creditors' Committee* | |

**PLEASE TAKE FURTHER NOTICE THAT** any objections to the Plan in connection with the assumption of the Executory Contract(s) and Unexpired Lease(s) identified above and/or related cure or adequate assurances proposed in connection with the Plan that remain unresolved as of the TCEH Confirmation Hearing will be heard at the TCEH Confirmation Hearing (or such other date as fixed by the Court).

**PLEASE TAKE FURTHER NOTICE THAT any counterparty to an Executory Contract that fails to object timely to the proposed assumption or cure amount will be deemed to have assented to such assumption and cure amount.**

**PLEASE TAKE FURTHER NOTICE THAT ASSUMPTION OF ANY EXECUTORY CONTRACT OR UNEXPIRED LEASE PURSUANT TO THE PLAN OR OTHERWISE SHALL RESULT IN THE FULL RELEASE AND SATISFACTION OF ANY CLAIMS OR DEFAULTS, WHETHER MONETARY OR NONMONETARY, INCLUDING DEFAULTS OF PROVISIONS RESTRICTING THE CHANGE IN CONTROL OR OWNERSHIP INTEREST COMPOSITION OR OTHER BANKRUPTCY-RELATED DEFAULTS, ARISING UNDER ANY ASSUMED EXECUTORY CONTRACT OR UNEXPIRED LEASE AT ANY TIME BEFORE THE DATE OF THE DEBTORS OR REORGANIZED DEBTORS ASSUME SUCH EXECUTORY CONTRACT OR UNEXPIRED LEASE. ANY PROOFS OF CLAIM FILED WITH RESPECT TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE THAT HAS BEEN ASSUMED SHALL BE DEEMED DISALLOWED AND EXPUNGED, WITHOUT FURTHER NOTICE TO OR ACTION, ORDER OR APPROVAL OF THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the TCEH Disclosure Statement, the Plan, the TCEH Plan Supplement or related documents, you should contact Epiq Bankruptcy Solutions, LLC, the voting and claims agent retained by the Debtors in these Chapter 11 Cases, by:  (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at: http://www.efhcaseinfo.com; and/or (c) email to efhvote@epiqsystems.com and reference "TCEH" in the subject line.  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

---

ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.D. CONTAINS A THIRD-PARTY RELEASE**.  THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT EPIQ BANKRUPTCY SOLUTIONS, LLC.**

---

*[Remainder of page intentionally left blank.]*

Wilmington, Delaware
Dated:  August 4, 2016

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:        (302) 651-7700
Facsimile:        (302) 651-7701
Email:        collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900
Email:        edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200
Email:        james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

7

**Exhibit A**

## Assumption Schedule

| | Details of Contract (s) | | Counterparty Information | | Other Information | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 1946 | LUMINANT GENERATION COMPANY LLC | SERVICES AGREEMENT DATED 03/15/1985 | POOLED EQUIPMENT INVENTORY CO | ATTN: GEOFF HUDDLESTON P.O. BOX 2625 BIRMINGHAM, AL  35202 | TEX CP COMPANY LLC | $62,062.80 | LUMINANT GENERATION COMPANY LLC- $62,062.80 | | ON THE TCEH EFFECTIVE DATE |

**EXHIBIT D**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**Exhibit A - Notice of Rejection**

ABSOLUTE CONSULTING, INC.
7552 NAVARRE PARKWAY
SUITE 63
NAVARRE, FL  32566

AGGREKO LLC
627 GRIGSBY WAY
CEDAR HILL, TX  75104

AGGREKO TEXAS LP
655 GRIGSBY WAY
SUITE A
CEDAR HILL, TX  75104

AGR GROUP LLC
13100 56TH COURT
CLEARWATER, FL  33760

ALLIED ENVIRONMENTAL SOLUTIONS, INC.
9730 PATUXENT WOODS DR. STE.100
COLUMBIA, MD  21046

ARAMARK UNIFORM SERVICES
205 E. MORNINGSIDE DR.
FORT WORTH, TX  76104

ARAMARK UNIFORM SERVICES
22014 BUSH DR.
WACO, TX  76712

AREVA NP INC.
155 MILL RIDGE RD.
LYNCHBERG, VA  24502

BARCLAYS BANK PLC
5 THE NORTH COLONNADE
CANARY WHARF
LONDON  E14 4BB
UNITED KINGDOM

BCS STOP & GO POTTIES
P.O. BOX 5449
BRYAN, TX  77805-5449

BEACON AVIATION, INC.
194 COUNTY ROAD 2950
ALBA, TX  75410

BORAL MATERIAL TECHNOLOGIES INC.
45 NORTHEAST LOOP 410 STE. 700
SAN ANTONIO, TX  78216

CITIBANK, N.A
388 GREENWICH STREET
ATTN: CAPITAL MARKETS LEGAL DEPT
NEW YORK, NY  10013

CLARY E & I SERVICES, LLC
P.O. BOX 343
OVERTON, TX  75684

DENNIS CAMERON CONSTRUCTION AND
EQUIPMENT, LLC
1406 INDUSTRIAL ROAD
MT PLEASANT, TX  75455

EAST TEXAS TESTING LABORATORY, INC.
1717 EAST ERWIN STREET
TYLER, TX  75702

ENDURING RESOURCES LLC
ADDRESS ON FILE

ENDURING RESOURCES LLC
ADDRESS ON FILE

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**Exhibit A - Notice of Rejection**

ENERCON SERVICES INC
12916 TAMPA OAKS BLVD
SUITE 131
TEMPLE TERRACE, FL  33637

ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC
ATTN: MR. JEFF WALKER
1601 BRYAN ST.
DALLAS, TX  75201-3411

ETTL ENGINEERS & CONSULTANTS, INC.
1717 EAST ERWIN ST
TYLER, TX  75702-6398

F.L. SMIDTH AIRTECH INC.
3231 SCHOENERSVILLE ROAD
BETHLEHEM, PA  18017

FUTUREGEN INDUSTRIAL ALLIANCE, INC.
1101 PENNSYLVANIA AVE., 6TH FL
WASHINGTON, DC  20004

HITECH TESTING SERVICE INC
35 FRJ DRIVE
LONGVIEW, TX  75607

JANIKING, INC.
ALPHA SERVICES CORPORATION
4335 SUNBELT DR
ADDISON, TX  75001

JANIKING, INC.
VENDOR RECOVERY FUND IV ASIGNEE
OFJANI-KING OF DALLAS
C/O DRUM CAPITAL MANAGEMENT
4 STAMFORD PLAZA
STAMFORD, CT  06902

KONECRANES NUCLEAR EQUIPMENT &
SERVICES
5300 SOUTH EMMER DRIVE
NEW BERLIN, WI  53151

LRSRDC INC.
P.O. BOX 2335
MT. PLEASANT, TX  75456

MAMMOET USA SOUTH, INC.
20525 FM 521
ROSHARON, TX  77583

MERRILL LYNCH CAPITAL SERVICES, INC.
250 VESEY ST  N. TOWER  22ND FL
WORLD FINANCIAL TOWER
NEW YORK, NY  10281

NOMURA GLOBAL FINANCIAL PRODUCTS INC.
2 WORLD FINANCIAL CENTER, BLDG B
NEW YORK, NY  10281-1198

OEAAT, INC
755 SUMMERSONG LANE
ENCINITAS, CA  92024

ONCOR ELECTRIC DELIVERY COMPANY
1616 WOODALL ROGERS FREEWAY
SUITE 6C
DALLAS, TX  75201

RAILWORKS TRACK SYSTEMS
6060 ARMOUR DR.
HOUSTON, TX  77020

SOJITZ CORPORATION OF AMERICA
ATTN: KENGO WADA
1120 AVENUE OF THE AMERICAS
44TH FLOOR
NEW YORK, NY  10036

STEWART & STEVENSON POWER PRODUCTS
LLC
506 EASTWOOD
HOUSTON, TX  77011

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**NOTICE REGARDING EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES TO BE REJECTED PURSUANT TO THE PLAN**

**Notices mailed by:  August 03, 2016**

**Exhibit A - Notice of Rejection**

SWEETWATER WIND POWER LLC
ATTN: GREG FAIR
5307 E MOCKINGBIRD LANE
7TH FLOOR
DALLAS, TX  75206

TEAM INDUSTRIAL SERVICES, INC.
PO BOX 10279
LONGVIEW, TX  75607

TEXAS ECO SERVICES INC
5232 SAUNDERS
FORT WORTH, TX  76119

TNT CRANE & RIGGING, INC.
5533 SOUTH FM ROAD 2087
LONGVIEW, TX  75603

TPG GLOBAL, LLC
301 COMMERCE STREET
SUITE 3300
FORT WORTH, TX  76102

TRC COMPANIES INC
9225 U.S. 183 SOUTH
AUSTIN, TX  78747

W.W. GRAINGER, INC.
300 WEST VICKERY BOULEVARD
FORT WORTH, TX  76104-1201

WATCO COMPANIES, INC.
315 W. 3RD
PITTSBURG, KS  66762

WELLS FARGO BANK NORTHWEST, N.A.
260 N. CHARLES LINDBERGH DRIVE
SALT LAKE CITY, UT  84116

WELLS FARGO BANK NORTHWEST, N.A.
79 S. MAIN ST MAC: U1254031
SALT LAKE CITY, UT  84111

WILLIAMS SCOTSMAN, INC.
ATTN: TOM MATRANGA
4590 CAREY STREET
FORT WORTH, TX  76119

WINSTEAD PC
KEVIN A. SULLIVAN, CHAIRMAN & CEO
500 WINSTEAD BUILDING
2728 N. HARWOOD STREET
DALLAS, TX  75201

WORLD MARKETING, INC.
8801 AUTOBAHN DRIVE
SUITE 100
DALLAS, TX  75237

Total Parties: 49

**EXHIBIT E**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

2H TRANSPORT, INC.
P.O. BOX 9543
LONGVIEW, TX  75456

2R ENVIRONMENTAL SYSTEMS, LLC
105 S. MARION STREET
ATHENS, AL  35611

3 DEGREES
6 FUNTON STREET, SUITE A
THE PRESIDIO OF SAN FRANCISCO
SAN FRANCISCO, CA  94129

3B DOZER SERVICE, LLC
2614 FM 2954
BREMOND, TX  76629

3E ENERGY, INC.
4318 GREENWOOD LANE
GRAPEVINE, TX  76051

4CHANGE ENERGY COMPANY
PO BOX 660361
DALLAS, TX  75266

4-L ENGINEERING COMPANY, INC.
2010 SILVER ROAD
GARLAND, TX  75042

9G ENERGY CONSULTING
10066 COPPEDGE LN
DALLAS, TX  75229

A BETTER ANSWER COMMUNICATION
CENTERS, INC.
ATTN: HILDIE CIEJKA
1410 G AVENUE
PLANO, TX  75074

A&K RAILROAD MATERIALS, INC.
P.O BOX 30076
SALT LAKE CITY, UT  84130

A. E. BRUGGEMANN & COMPANY INC.
111 ROWAYTON AVENUE
ROWAYTON, CT  06853

ABB, INC.
222 W LAS COLINAS BLVD., STE. 1222
IRVING, TX  75039

ABM TECHNICAL SERVICES
8529 E. COUNTY ROAD 3005
PLAINFIELD, IN  46168-9605

ABOVENET COMMUNICATIONS, INC.
360 HAMILTON AVENUE
WHITE PLAINS, NY  10601

ABRON, TRISTON & MISTY
ADDRESS ON FILE

ACAP HEALTH CONSULTING, LLC
ATTN: DAVID TOOMEY
3102 OAK LAWN
SUITE 250
DALLAS, TX  75219

ACCENTURE LLP FKA UTILITIES ANALYSES INC
450 OLD PEACHTREE RD NW
STE 102
ATLANTA, GA  30024

ACCENTURE LLP
161 N. CLARK ST.
CHICAGO, IL  60601

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

ACCENTURE LLP
LAS COLINAS
5221 NORTH O'CONNOR BOULEVARD, SUITE 1400
IRVING, TX  75039

ACCLAIM ENERGY, LTD
TWO RIVERWAY
SUITE 800
HOUSTON, TX  77056

ACCUDATA SYSTEMS, INC.
ATTN: RICK EGGLESTON
13700 VETERANS MEMORIAL, SUITE 280
HOUSTON, TX  777014

ACE CASH EXPRESS, INC.
ATTN: CHIEF FINANCIAL OFFICER
1231 GREENWAY DRIVE, SUITE 800
IRVING, TX  75038

ACE LOCKSMITH SERVICE
1013 S MAYS, SUITE C
ROUND ROCK, TX  78664

ACE
ATTN: ANNE ESLER
TWO RIVERWAY
SUITE 900
HOUSTON, TX  77056

ACF TARP & AWNING, INC.
5960
EAST LOOP 820 SOUTH
FORT WORTH, TX  76119

ACME PACKET, INC.
100 CROSBY DRIVE
BEDFORD, MA  01730

ACTION CLEANING SYSTEMS
1325 SOUTH BENNETT AVE.
TYLER, TX  75703

ACUMEN LEARNING LLC
226 NORTH OREM BOULEVARD
OREM, UT  84097

AD HOC UTILITIES GROUP
500 N AKARD, 13TH FLOOR
DALLAS, TX  75201

ADA-ES, INC.
8100 SOUTHPARK WAY, UNIT B
LITTLETON, CO  80120-4525

ADK SOLUTIONS
350 HAMILTON ST
LEWISVILLE, TX  75067

ADL HIGH VOLTAGE INC
4706 ABBOTT AVE
ARLINGTON, TX  76018

ADM INVESTOR SERVICES, INC.
140 BROADWAY FLOOR 23
NEW YORK, NY  10005-1108

ADM INVESTOR SERVICES, INC.
CBOT BUILDING, SUITE 1600A
141 WEST JACKSON BLVD
ATTN: HEAD OF RISK MANAGEMENT
CHICAGO, IL  60604

ADOBE SYSTEMS INC
345 PARK AVENUE
SAN JOSE, CA  95110-2704

ADP INC
3401 TECHNOLOGY DRIVE
FINDLAY, OH  45840

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:   14-10979 (CSS)**

**Notices mailed by:   August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

**Exhibit A - Notice of Assumption**

ADP TAXWARE DIVISION OF ADP, INC
ATTN: DAVID FORBES
401 EDGEWATER PLACE
SUITE 260
WAKEFIELD, MA  01180

ADVANCED ANALYTICAL LABORATORIES, LLC
3507 WESTWAY STREET
TYLER, TX  75703

ADVANCED ANALYTICAL LABORATORIES, LLC
P.O. BOX 760
WHITEHOUSE, TX  75791

ADVANCED DISCOVERY
13915 N. MOPAC EXPWY.
SUITE 400
AUSTIN, TX  78728

ADVOCATE ENERGY GROUP, LLC
11757 KATY FREEWAY
SUITE 1300
HOUSTON, TX  77079

AEC POWERFLOW LLC
3775 MARQUIS DRIVE
STE. 125
GARLAND, TX  75042

AEGIS
8001 BENT BRANCH DRIVE
IRVING, TX  75063

AEGIS
ATTN: STEVE WAGNER
1 MEADOWLANDS PLAZA
RUTHERFORD, NJ  07073

AEROTEK ENGERY SERVICES, INC.
7301 HANOVER PKWY DR.
BALTIMORE, MD  21076

AFFILIATED ELECTRIC GROUP LLC  (AEG)
2401 FOUNTAINVIEW DR
SUITE 462
HOUSTON, TX  77057

AGGREKO TEXAS LP
655 GRIGSBY WAY
SUITE A
CEDAR HILL, TX  75104

AGILENT TECHNOLOGIES
1410 RENNER RD
STE 100
RICHARDSON, TX  75082

AGR INSPECTION INC
149 LOVELL ROAD
TEMPLE, GA  30179

AHA PROCESS INC
PO BOX 727
HIGHLANDS, TX  77562

AHAAN PARTNERS LLC
1901 POST OAK BLVD, STE 706
HOUSTON, TX  77056

AIR HYGIENE INTERNATIONAL INC
5634 S. 122ND E. AVE
SUITE F
TULSA, OK  74146

AIR POWER SALES AND SERVICE
823 W. MARSHALL AVE
LONGVIEW, TX  75601

AIRGAS
6260 I35 EAST
WAXAHACHIE, TX  75165

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

AIRROSTI REHAB CENTERS LLC
911 CENTRAL PARKWAY NORTH
SUITE 300
SAN ANTONIO, TX  78232

AIRWAYS FREIGHT CORP
P.O. BOX 1888
FAYETTEVILLE, AR  72702

AKRON CONSULTING LLC
414 NE LOOP 281
SUITE 15
LONGVIEW, TX  75605

ALCATEL-LUCENT USA INC
600-700 MOUNTAIN AVE
MURRAY HILL, NJ  07974-2008

ALDINGER COMPANY
1440 PRUDENTIAL
DALLAS, TX  75235

ALERE WELLBEING, INC.
999 3RD AVE
21ST FL
SEATTLE, WA  98104

ALEXANDER, KELSEY
ADDRESS ON FILE

ALFRED ALVAREZ
120 MARTIN DR
WYLIE, TX  75098

ALL PREPAID CARDS AND ELECTRIC
P.O. BOX 721099
HOUSTON, TX  77272

ALLCONNECT INC
FOUR COURSE PARKWAY
SUITE 410
ATLANTA, GA  30328

ALLEN'S ELECTRIC MOTOR SERVICE, INC.
400 HOPPY HOPKINS DRIVE
VIVIAN, LA  71082

ALLIED ENERGY RESOURCES CORPORATION
1330 POST OAK BLVD., SUITE 2200
HOUSTON, TX  77056

ALLISON MCCOMBE SMALL
AMS CONSULTING
5402 RIDGE OAK DR
AUSTIN, TX  78731

ALMAN CONSTRUCTION SERVICES LP
7677 HUNNICUT ROAD
DALLAS, TX  75228

ALN APARTMENT DATA, INC. A/K/A ALN AND
ALN APARTMENT DATA
2611 WESTGROVE SUITE 107
CARROLLTON, TX  75006

ALONTI
700 N. PEARL STREET
FOOD COURT
DALLAS, TX  75201

ALPHA COAL SALES CO., LLC
ONE ALPHA PLACE
BRISTOL, VA  24202

ALSTOM POWER INC
10293 CR 2213
TYLER, TX  75707

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Page 5 of 107

**Exhibit A - Notice of Assumption**

ALSTOM POWER INC.
200 GREAT POND ROAD
WINDSOR, CT  06095

ALSTOM POWER, INC.
2000 DAY HILL ROAD
WINDSOR, CT  06095

ALSTON ENVIRONMENTAL COMPANY, INC.
414 B EAST MULBERRY STREET
AMITE, LA  70422

ALSTON EQUIPMENT COMPANY
2665 VILLA CREEK, SUITE 121
DALLAS, TX  75234

AMBRE ENERGY LIMITED
170 S. MAIN ST. STE 700
SALT LAKE CITY, UT  84101

AMERENUE
PO BOX 66301
ST LOUIS, MO  63166-6301

AMERESCO
111 SPEEN ST
SUITE 410
FRAMINGHAM, MA  01701

AMEREX BROKERS LLC
ONE SUGAR CREEK CENTER BLVD #700
SUGAR LAND, TX  77478

AMERICAN AIRLINES, CENTER OPERATING
COMPANY, L.P., DALLAS BASKETBALL
LIMITED, DALLAS STARS, L.P.
2500 VICTORY AVE.
DALLAS, TX  75219

AMERICAN CANCER SOCIETY, INC.
8900 JOHN W. CARPENTER FRWY.
DALLAS, TX  75247

AMERICAN EFFICIENCY SERVICES LLC
15925 NORTH ACENUE
WOODBINE, MD  21797

AMERICAN ELECTRIC POWER SERVICE CORP
155 WEST NATIONWIDE BLVD.
COLUMBUS, OH  43215

AMERICAN ELECTRIC POWER
8C COOK PLANT - ONE COOK PLACE
BRIDGMAN, MI  49106

AMERICAN ELEVATOR TECHNOLOGIES LLC
2253 CR 108
CARHAGE, TX  75633

AMERICAN ENERGY CORP, INC.
14090 SOUTHWEST FRWY, SUITE 200
SUGAR LAND, TX  77478

AMERICAN ENERPOWER, INC
14027 MEMORIAL DR
#158
HOUSTON, TX  77079-6828

AMERICAN EQUIPMENT COMPANY, INC.
427 ENE LOOP 323
TYLER, TX  75706

AMERICAN GAS MARKETING, INC.
500 N 3RD ST STE 107
FAIRFIELD, IA  52556

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Page 6 of  107

**Exhibit A - Notice of Assumption**

AMERICAN GOLF CARS
BEZCO MANAGEMENT, INC.
855 SOUTH LOOP 12
IRVING, TX  75060

AMERICAN INSTITUTE OF CPAS
220 LEIGH FARM ROAD
DURHAM, NC  277707-8110

AMERICAN LIST COUNSEL
4300 US ROUTE I CN- 5219
PRINCETON, NJ  08543

AMERICAN RED CROSS
2025 E STREET, NW
WASHINGTON, DC  20006

AMERICAN REPUBLIC INSURANCE COMPANY,
AS LOAN PARTICIPANT
C/O ADVANTUS CAPITAL MANAGEMENT INC.
ATTN: CLIENT ADMINISTRATOR
400 ROBERT STREET NORTH
ST PAUL, MN  55101

AMERICAN SOFTWARE INC
ATTN: JAMES C. EDENFIELD
470 EAST PACES FERRY ROAD
ATLANTA, GA  30305

AMERIPOWER, LLC
2808 GRANT LAKE BLVD
P.O. BOX 16206
UNIT 503
SUGARLAND, TX  77479-1379

AMERITEK PLANT SERVICES LLC
420 SOUTH 16TH STREET
LA PORTE, TX  77571

AMPLIFINTY, INC
912 NORTH MAIN STREET
SUITE 100
ANN ARBOR, MI  48104

AMSTED RAIL
311 S WACKER
SUITE 5300
CHICAGO, IL  60606

ANADARKO ENERGY SERVICES COMPANY
ADDRESS ON FILE

ANALYSIS AND MEASUREMENT CORPORATION
(AMS)
9119 CROSS PARK DRIVE
KNOXVILLE, TN  37923

ANALYTIC PARTNERS, INC.
360 LEXINGTON AVE
NEWY YORK, NY  10017

ANALYTIC STRESS, INC.
111 NORTH 16TH STREET
LAPORTE, TX  77571

ANDERSON CHAVET AND ANDERSON INC
1646 N. LITCHFIELD ROAD
SUITE 140
GOODYEAR, AZ  85395

ANDERSON GREENWOOD CROSBY VALVE
55 CABOT BLVD
MANSFIELD, MA  02048

ANN MCGEE COOPER &
4236 HOCKADAY DR
DALLAS, TX  75229

ANTON PAAR
ADDRESS ON FILE

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

Notices mailed by:  **August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Page 7 of 107

**Exhibit A - Notice of Assumption**

AON ESOLUTIONS, INC.
531 ROSELANE ST.
SUITE 800
MARIETTA, GA  30060

AON HEWITT
ATTN: GENERAL COUNSEL
100 HALF DAY ROAD
LINCOLNSHIRE, IL  60069

AON RISK SERVICES SOUTHWEST INC
75 REMITTANCE DR STE 1943
CHICAGO, IL  60675-1943

AON RISK SERVICES SOUTHWEST, INC.
ATTN: JERRY FERREIRA
AON RISK SERVICES SOUTHWEST, INC.
2711 NORTH HASKELL AVE., 8TH FL.
DALLAS, TX  75204

APEX POWER, LLC
1527 HIGHWAY 114 W.
SUITE 500
GRAPEVINE, TX  76051

APG CONSULTING DBA ALLIANCE POWER
GROUP INC
5757 WESTHEIMER RD
SUITE 3178
HOUSTON, TX  77028

APNA HOLDINGS LLC
ADDRESS ON FILE

APPLE
20525 MARIANI AVE
CUPERTINO, CA  95014

APPLEGATE COMMODITIES LLC
125 HALF MILE RD, STE 200
RED BANK, NJ  07701

APPLIED ENERGY COMPANY LLC
1205 VENTURE CT.
SUITE 100
CARROLLTON, TX  75006

APPLIED INDUSTRIAL TECHNOLOGIES
15100 INDEPENDENCE PKWY.
FORT WORTH, TX  75178

APPLIED SECURITY TECHNOLOGIES, INC.
17774 CYPRESS ROSE HILL ROAD
SUITE 900
CYPRESS, TX  77429

APPROACH OPERATING LLC
ADDRESS ON FILE

APPROVA CORPORATION
1950 ROLAND CLARKE PLACE
SUITE 300
RESTON, VA  20191

AQUILEX HYDROCHEM, INC.
900 GEORGIA AVE.
DEER PARK, TX  77536

ARANET, INC. (DBA BRANDPOINT)
850 FIFTH ST. SOUTH
HOPKINS, MN  55343

ARCH COAL SALES COMPANY, INC.
1 CITYPLACE DRIVE, STE 300
ST. LOUIS, MO  63141

ARCH ENERGY RESOURCES INC. INDV. & AGENT
CITYPLACE ONE, SUITE 300
ST. LOUIS, MO  63141

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

ARCHON RESOURCES
ADDRESS ON FILE

AREVA INC.
PO BOX 533041
CHARLOTTE, NC  20814-2991

AREVA NP INC.
155 MILL RIDGE RD.
LYNCHBURG, VA  24502-4321

AREVA T&D INC.
10865 WILLOWS ROAD NE
REDMOND, WA  98052

ARGUS MEDIA INC.
3040 POST OAK BLVD., SUITE 550
HOUSTON, TX  77056

ARGUS SERVICES CORPORATION, INC.
811 S. CENTRAL EXPRESSWAY
SUITE 440
RICHARDSON, TX  75080

ARIBA, INC.
807 11TH AVE.
SUNNYVALE, CA  94089

ARIZONA PUBLIC SERVICE
PO BOX 52034
STATION # 6320
PHOENIX, AR  85072-2034

ARNOLD & PORTER LLP
JIM TURNER
555 TWELFTH STREET N W
WASHINGTON, DC  20004-1206

ARROW GEOMATICS INC.
ATTN: GORDON LUCKETT
20 SUFFOLK STREET WEST
GUELPH, ON  N1G 2H8  CANADA

ARROWHEAD OPERATING, INC.
10 DESTA DR. STE 550 E.TOWER
MIDLAND, TX  79705

ASCEND MARKETING LLC
1450 HUGHES ROAD
SUITE 106
GRAPEVINE, TX  76051

ASHLEY AUTOMATION AND TECHNOLOGY, INC.
5937 PLUM, SUITE V
WATAUGA, TX  76148

ASSOCIATED SUPPLY COMPANY, INC.
20419 AIRPORT FREEWAY
EULESS, TX  76040

AT&T CORP.
2200 N GREENVILLE AVE STE 200W
RICHARDSON, TX  75082

AT&T
P.O. BOX 97061
REDMOND, WA  98073

ATLAS COMMODITIES LLC
24 E.GREENWAY PLAZA, SUITE 445
HOUSTON, TX  77046

ATLAS COPCO INDUSTRIAL COMPRESSORS, INC.
9879 CHARTWELL
DALLAS, TX  78243

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

ATLAS MANUFACTURING CO. INC.
622 MCPHERSON DR.
PO BOX 1969
MONTICELLO, MS  39654

ATMOS ENERGY CORPORATION
ADDRESS ON FILE

ATMOS ENERGY CORPORATION
P.O. BOX 223705
DALLAS, TX  75222-3705

ATMOS ENERGY MARKETING, LLC
13430 NORTHWEST FRWY. STE 700
HOUSTON, TX  77040

ATMOS PIPLINE, TEXAS DIVISION OF ATMOS
ENERGY CORPORATION, LLC
ADDRESS ON FILE

ATS LOGISTICS SERVICES, INC .
725 OPPORTUNITY DR.
PO BOX 1377
ST. CLOUD, MN  53601

ATTENTION: DIRECTOR OF SALES, COSTAR
REALTY INFORMATION, INC.
1331 L. ST. NW
WASHINGTON, DC  20005-4101

ATTSI
PO BOX 25418
GREENVILLE, SC  29616

AUSTIN ENERGY
721 BARTON SPRINGS RD, STE 200
AUSTIN, TX  78704

AUTOMATIC DOOR SYSTEMS
2707 JOE FIELD ROAD
DALLAS, TX  75229

AUTOMATIC SYSTEMS, INC.
9230 E. 47TH
KANSAS CITY, MO  64133

AVEPOINT, INC.
3 SECOND FLOOR
9TH FLOOR
JERSEY CITY, NJ  07311

AWALT, WARREN
249 FM 833 EAST
FAIRFIELD, TX  75840

AXIOM RETAIL ENERGY, LLC
4203 MONTROSE BLVD
#650
HOUSTON, TX  77006

AXIS TECHNOLOGIES
5904 CHAPEL HILL ROAD
SUITE 205
PLANO, TX  75093

AXIS
ATTN: ANGELA OSBORNE
THREE RIVERWAY
SUITE 903
HOUSTON, TX  77056

AXON SOLUTIONS, INC.
ATTN: CHIEF FINANCIAL OFFICER
15 EXCHANGE PLACE
SUITE 730
JERSEY CITY, NJ  07302

AXURE SOFTWARE SOLUTIONS, INC.
33 KNIGHTSBRIDGE ROAD
PISCATAWAY, NJ  08854-3925

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

AXWAY INC.
6811 E. MAYO BLVD.
FOURTH FLOOR
PHOENIX, AZ  85054

B & L PORTABLE TOILETS
PO BOX 1371
GEORGETOWN, TX  788627 [SIC]

B E CONSULTING INC.
15002 MEADOWLAKE STREET
ODESSA, FL  33556

B.E. BARNES, LP DBA B.G CONSTRUCTIONS
3226 FM 1997 NORTH
MARSHALL, TX  75670

BABCOCK AND WILCOX POWER
20 S. VAN BUREN AVENUE
BARBERTON, OH  44203-0351

BADGER DAYLIGHTING
116 BENNETT HILLS DR.
WEATHERFORD, TX  76088

BAILEY, JIM AND JENNIE
11990 MOREHEAD ROAD
BREMOND, TX  76629

BAKER SIGN COMPANY
5213 SUN VALLEY DRIVE
FORT WORTH, TX  76119

BAKER'S RIB
488 WEST I-30
GARLAND, TX  75043

BANE SECURITY, LLC
9910 SANDALWOOD DR
WOODWAY, TX  76712

BANK OF AMERICA
ATTN: LARSON MCNEIL
2000 CLAYTON ROAD, BLDG, D. 6TH FLOOR
CONCORD, CA  94520

BANK OF AMERICA, N.A.
233 S WACKER DR  STE 2800
CHICAGO, IL  60606-6306

BANK OF TEXAS
ATTN: NICOLE GILBERT
6105 WEST PARK BLVD
PLANO, TX  75093

BARCLAYS BANK PLC
5 THE NORTH COLONNADE
CANARY WHARF
LONDON  E14 4BB  UNITED KINGDOM

BARCLAYS BANK PLC
C/O BARCLAYS CAPITAL
200 PARK AVENUE, 4TH FLOOR
ATTN: ROBERT COPPOLA
NEW YORK, NY  10166

BARCLAYS CAPITAL INC.
200 PARK AVENUE
NEW YORK, NY  10166

BARKAT ALI
1406 KENNEWICK CT
SUGAR LAND, TX  77479

BARR ENGINEERING COMPANY
4700 WEST 77TH STREET
MINNEAPOLIS, MN  55435

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  August 03, 2016

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

Page 11 of 107

BASA RESOURCES, INC.
ADDRESS ON FILE

BASIS TECHNOLOGIES, INC.
THREE WESTLAKES
1055 WESTLAKES DRIVE
BERWYN, PA  19312

BASS ENGINEERING CO.
3200 BRENT RD.
LONGVIEW, TX  75615

BASS ENGINEERING COMPANY INC
P.O. BOX 5609
LONGVIEW, TX  75608

BASTROP SCALE CO., INC.
P.O. DRAWER 2100
BASTROP, TX  78602

BATES, MARK  & HOLLY
ADDRESS ON FILE

BAY AREA/GENERAL CRANE SERVICE CO.
4206 WESLOW
HOUSTON, TX  77087

BAYARD, P.A.
222 DELAWARE AVENUE
SUITE 900
WILMINGTON, DE  19899

BAYLOR HEALTH CARE SYSTEM
CB RICHARD ELLIS
2625 ELM STREET, SUITE 208
ATTN: KEN LAWSON
DALLAS, TX  75226

BAZAARVOICE, INC.
3900 N. CAPITAL OF TEXAS HWY.
SUITE 300
AUSTIN, TX  78746

BEACH STREET CONSULTING, INC.
5625 FOXCROFT WAY
COLUMBIA, MD  21045

BEACON HILL STAFFING
14841 NORTH DALLAS PARKWAY
SUITE 125
DALLAS, TX  75254

BECHT ENGINEERING CO., INC
114 COLUMBIA POINT DR., SUITE A
RICHLAND, WA  99352

BECHTEL SOFTWARE, INC.
50 BEALE STREET
SAN FRANCISCO, CA  94105

BEHRINGER HARVARD BURNET PLAZA LP
17300 DALLAS PARKWAY, SUITE 1010
ATTN: RYAN PRESLEY
DALLAS, TX  75248

BELLOMY RESEARCH
175 SUNNYNOLL COURT
WINSTON SALEM, NC  27106

BENCHMARK INDUSTRIAL SERVICES INC
6942 SATSUMA DRIVE
HOUSTON, TX  77041

BENCHMARK INDUSTRIAL SERVICES, INC.
PO BOX 931
KILGORE, TX  75663

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

BENETECH INCORPORATED
2245 SEQUOIA DRIVE SUITE 300
AURORA, IL  60506

BENTEK ENERGY LLC
32045 CASTLE COURT, SUITE 200
EVERGREEN, CO  80439

BEST MECHANICAL
BEST MECHANICAL, INC.
844 DALWORTH DRIVE, #13
MESQUITE, TX  75149

BFI WASTE SERVICES OF TEXAS, LP D/B/A
REPUBLIC SERVICES OF AUSTIN
3424 FM 973
ATTN: LEE KUHN
DEL VALLE, TX  78617

BFI WASTE SYSTEMS OF NORTH AMERICA LLC
BFI WASTE SYSTEMS OF NORTH AMERICA, LLC
2559 FM 66
ITASCA, TX  76055

BG ENERGY MERCHANTS, LLC
811 MAIN STREET, SUITE 3400
BG GROUP PLACE
HOUSTON, TX  77002

BGC ENVIRONMENTAL BROKERAGE SERVICES,
LP
199 WATER STREET, 19TH FLOOR
NEW YORK, NY  10038

BI INFORM GLOBAL
54 RAINEY STREET SUITE 913
AUSTIN, TX  78701

BIDURENERGY, INC
4455 GENESEE ST
BLDG 6
BUFFALO, NY  14225

BIENVILLE INC.
13151 ROAD E
ATTN: JAMES L. PARRISH
BAY ST. LOUIS, MS  39520

BIG COUNTRY ENERGY
P.O. BOX 1008
BRECKENRIDGE, TX  76424

BIGHORN WALNUT, LLC
ADDRESS ON FILE

BIGSPEAK INC
23 SOUTH HOPE AVE STE E
SANTA BARBARA, CA  93105

BISHOP LIFTING PRODUCTS
P.O. BOX 15610
125 MCCARTY STREET
HOUSTON, TX  77220

BJS SERVICES, INC.
ATTN: ROBIN BUTCHER
8302 PORTSMOUTH
ROWLETT, TX  75088

BLACK AND VEATCH
11401 LAMAR AVENUE
OVERLAND PARK, KS  66211

BLACK BARREL ENERGY, L.P.
5850 SAN FELIPE  STE 111
HOUSTON, TX  77057

BLACKLANDS RAILROAD
641 CHURCH STREET
SULPHUR SPRINGS, TX  75482

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  August 03, 2016

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

Page 13 of  107

BLACKMON, RANDY
ADDRESS ON FILE

BLANK ROME LLP
1201 MARKET STREET
SUITE 800
WILMINGTON, DE  19801

BLOOMBERG RAFT
731 LEXINGTON AVENUE
NEW YORK, NY  10022

BLOOMBERG
499 PARK AVENUE
NEW YORK, NY  10022

BLU TREND, LLC
2221 PEACHTREE RD NE
STE D192
ATLANTA, GA  30309

BLUE & SILVER ENERGY CONSULTING LLC DBA
PRO-STAR ENERGY SERVICES
1021 MAIN ST
SUITE 1571
HOUSTON, TX  77002

BLUE CROSS AND BLUE SHIELD OF FLORIDA
INC., AS LOAN PARTICIPANT
C/O ADVANTUS CAPITAL MANAGEMENT INC.
ATTN: CLIENT ADMINISTRATOR
400 ROBERT STREET NORTH
ST PAUL, MN  55101

BLUE CROSS AND BLUE SHIELD OF TEXAS
1001 E LOOKOUT DRIVE
RICHARDSON, TX  75082

BLUEBONNET ELECTRIC COOPERATIVE, INC.
650 HIGHWAY 21 EAST
P.O. BOX 729
BASTROP, TX  78602

BLUEWATER STRATEGIES LLC
25 MASSACHUSETTS AVE NW STE 820
WASHINGTON, DC  20001

BNP PARIBAS ENERGY TRADING GP
333 CLAY STREET, SUITE 2400
HOUSTON, TX  77002

BNP PARIBAS
787 SEVENTH AVENUE, 30TH FLOOR
CIT GROUP
NEW YORK, NY  10019

BNSF RAILWAY COMPANY
2650 LOU MENK DRIVE
FORT WORTH, TX  76131-2830

BOARD VANTAGE INC
4300 BOHANNON DR STE 110
MENLO PARK, CA  94025

BOB LILLY PROFESSIONAL MARKETING
GROUP, INC
12850 SPURLING ROAD
SUITE 100
DALLAS, TX  75230

BOBKAT AGRICULTURAL SERVICES AND
CONSTRUCTION
2516 HWY 27 N
PITTSBURG, TX  75686

BODYCOTE INTERNATIONAL, INC.
155 RIVER STREET
ANDOVER, MA  01810

BOLDWATER BROKERS LP
6363 WOODWAY, SUITE 415
HOUSTON, TX  77057

**NOTICE OF (A) EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES TO BE ASSUMED**
**PURSUANT TO THE PLAN; (B) CURE AMOUNTS,**
**IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

BOLIN CONSTRUCTION INC
PO BOX 91
COLORADO CITY, TX  79512

BOLTTECH-MANNINGS INC
17575 ALDINE WESTFIELD RD
HOUSTON, TX  77073

BOOMI, INC
801 CASSATT ROAD
SUITE 120
BERWYN, PA  19312

BORAL BRICKS INC.
200 MANSELL CT. E. STE. 305
ROSWELL, GA  30076-4852

BORAL BRICKS INCORPORATED
1630 ARTHERN RD.
AUGUSTA, GA  30901

BORAL MATERIAL TECHNOLOGIES INC.
45 NORTHEAST LOOP 410 STE. 700
SAN ANTONIO, TX  78216

BORGWARNER INC.
3850 HAMLIN ROAD
AUBURN HILLS, MI  48326

BOSWORTH BROKERS, LLC
309 WILLOW AVENUE
HOBOKEN, NJ  07030

BOWLES ENERGY, INC.
ADDRESS ON FILE

BOX, INC
4440 EL CAMINO REAL
LOS ALTOS, CA  94022

BP AMERICA PRODUCTION COMPANY
ADDRESS ON FILE

BP CORPORATION NORTH AMERICA INC.
550 WESTLAKE BLVD
HOUSTON, TX  77079-2696

BP ENERGY COMPANY
201 HELIOS WAY
HOUSTON, TX  77079

BP ENERGY COMPANY
C/O BP NORTH AMERICA GAS & POWER
201 HELIOS WAY 5.142D, ATTN: CORPORATE
CREDIT SERVICES- GUARANTEES
HOUSTON, TX  77079-2678

BRACEWELL & GIULIANI LLP
BROCK BAILEY, MANAGING PARTNER
1445 ROSS AVENUE, SUITE 3800
DALLAS, TX  75202-2724

BRAD LEWIS
13900 NICKLAUS DR
OVERLAND PARK, KS  66223

BRAHMTEX INC.
5756 EASTERLING DRIVE
BRYAN, TX  77808

BRAKE SUPPLY CO, INC.
2101 HWY. 1187
MANSFIELD, TX  76063

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

BRAKE SUPPLY COMPANY, INC
5501 FOUNDATION BLVD.
EVANSVILLE, IN  47725

BRAZOS ELECTRIC POWER COOPERATIVE, INC.
2404 LA SALLE AVE
WACO, TX  76702-2585

BRAZOS VALLEY ENERGY, LP
4401 FAIR LAKES COURT, SUITE 400
C/O PACE GLOBAL ENERGY SERVICES
FAIRFAX, VA  22033

BRAZOS WIND LP
910 LOUISIANA STREET, SUITE 586A
ATTN: JV MANAGER
HOUSTON, TX  77002-4916

BREEZE LLC D/B/A BREEZE POWER LLC
400 ST. PAUL ST, STE 1400
DALLAS, TX  75201

BRIDGEVUE ENERGY SERVICES, LLC
5068 W PLANO PARKWAY
SUITE 300
PLANO, TX  75093

BRIEN WATER WELLS
5214 SOUTH HWY 6
HEARNE, TX  77859

BRIGHTCOVE, INC
290 CONGRESS STREET
BOSTON, MA  02210

BRILLIANT ENERGY, LLC
800 WILCREST DR, SUITE 109
HOUSTON, TX  77042

BROKER ONLINE EXCHANGE LLC
600 RELLA BLVD
SUITE 160
SUFFERN, NY  10901

BROUSSARD LOGISTICS
5151 KATY FREEWAY, SUITE 310
HOUSTON, TX  77007

BRYAN PENDLETON SWATS AND MCALLISTER
LLC
4500 I-55 NORTH
HIGHLAND VILLAGE, SUITE 266
JACKSON, MS  39211

BRYAN TEXAS UTILITIES
205 E. 28TH STREET
BRYAN, TX  77803

BSG TPV LLC
7411 JOHN SMITH DRIVE
SUITE 1500
LEGAL DEPT
SAN ANTONIO, TX  78229

BTU BROKERS, INC.
299 SOUTH MAIN STREET
SALT LAKE CITY, UT  84111

BUCKMAN LABORATORIES INC
1256 N. MCLEAN BLVD
MEMPHIS, TN  38108

BUCKSKIN MINING COMPANY
1000 KIEWIT PLAZA
OMAHA, NE  68131

BUFFALO INDUSTRIAL SUPPLY, INC.
PO BOX N
BUFFALO, TX  75831

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

BUFFCO PRODUCTION, INC.
ADDRESS ON FILE

BULLARD, INC./DEPEND-A-CAN CO.
PO BOX 1518
PALESTINE, TX  75802

BULLINGTON TRUCK TERMINAL
CITY OF DALLAS
C/O MARK BAGGETT, ASST. CITY ATTORNEY,
1500 MARIDA STREET
7BN
DALLAS, TX 75201

BULLOCK BENNETT AND ASSOCIATES LLC
165 N. LAMPASAS STREET
BERTRAM, TX 78605

BURNS & MCDONNELL ENGINEERING CO., INC.
ATTN: STEVE GOSOROSKI
9400 WARD PARKWAY
KANSAS CITY, MO  64114

BURNS AND MCDONNELL ENGINEERING
COMPANY, INC.
ADDRESS ON FILE

BURNS AND MCDONNELL ENGINEERING
COMPANY, INC.
ATTN: RAYMOND KOWALIK
9400 WORD PARKWAY
KANSAS CITY, MO  64114

BURNS ENGINEERING SERVICES
113 CASTLEWOOD DRIVE
CARY, NC  27511

BUSINESS IMAGING SYSTEMS, INC
13900 N. HARVEY AVENUE
EDMOND, OK  73103

C & I ENERGY PARTNERS, LLC
12740 HOMESTRETCH DR
FORT WORTH, TX  76244

C AND S FILTER CO., INC.
P.O. BOX 870425
MESQUITE, TX  75187

C&E AIR CONDITIONING SERVICES COMPANY
ATTN: TROY ETHERIDGE
11338 COMAL DRIVE
ALLEN, TX  75013

C. LEROY MELCHER
ADDRESS ON FILE

CABALLO COAL COMPANY
701 MARKET STREET
ATTN: CREDIT MANAGER
ST LOUIS, MO  63101

CABOT OIL AND GAS CORPORATION
ADDRESS ON FILE

CACTUS ENVIRONMENTAL SERVICE
2471 S. DALLAS AVENUE
LANCASTER, TX  75416

CALL COMMUNICATIONS INC.
P.O. BOX 1149
ROCKDALE, TX  76567

CALL COMMUNICATIONS, INC
201 OAK PARK TWO
ROCKDALE, TX  76567

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

CALPINE ENERGY SERVICES, L.P.
717 TEXAS AVENUE, SUITE 1000
CORPORATE CREDIT DEPARTMENT
HOUSTON, TX  77002

CAMELOT COMMUNICATIONS, LTD
ATTN: THOMAS L. KALAHAR
8140 WALNUT HILL LANE, SUITE 700.
DALLAS, TX  75231

CAMERON COMPRESSION SYSTEMS
16250 PORT NORTHWEST DR
HOUSTON, TX  77041

CAMERON COMPRESSION SYSTEMS
3101 BROADWAY PO BOX 209
BUFFALO, NY  14225

CAMTERRA RESOURCES
ADDRESS ON FILE

CANBERRA INDUSTRIES
150 SPRING LAKE DR.
ITASCA, IL  60143

CANBERRA INDUSTRIES
800 RESEARCH PARKWAY
MERIDAN, CT  06450

CAP TRADES, LP
1111 LOUISIANA, SUITE 722
HOUSTON, TX  77002

CAPCORP CONVEYOR AGGREGATE  PRODUCTS
CORPORATION
CAPCORP
10500 N. STEMMONS FRWY
DALLAS, TX  75220

CAPCORP
6210 FOUR WINDS DRIVE
BRYAN, TX  77803

CAPEL, ALEC & EMILEE
ADDRESS ON FILE

CAPITAL IQ, INC.
55 WATER STREET, 49TH FLOOR
NEW YORK, NY  10041

CAREMARKPCS HEALTH, L.L.C.
2211 SANDERS ROAD
10TH FLOOR
NORTHBROOK, IL  60062

CARGILL INC
9350 EXCELSIOR BLVD, #150
ATTN: MARC MORTL, CREDIT MANAGER
HOPKINS, MN  55343

CARGILL POWER MARKETS, LLC
MAILSTOP #150  9350 EXCELSIOR BL
HOPKINS, MN  55343

CARGILL, INCORPORATED
12700 WHITEWATER DRIVE
MINNETONKA, MN  55343-9438

CARIN PAYNE
ADDRESS ON FILE

CARL S RICHIE JR ATTORNEY AT LAW
11208 SACAHUISTA CT
AUSTIN, TX  78750-3416

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

CARRIE KIRBY
ADDRESS ON FILE

CARTER CHAMBERS SUPPLY, INC.
104 POWDERHORN ROAD
KILGORE, TX  75662

CARTER ENERGY CONSULTING
15769 N PENINSULA RD
WHITEHOUSE, TX  75791

CASE M&I, LLC
5857 WRIGHT DRIVE
LOVELAND, CO  80538

CASEY INDUSTRIAL, INC.
1400 W. 122ND AVE. STE. 200
WESTMINISTER, CO  80234

CASTRO ROOFING OF TEXAS
4854 OLSON DR.
DALLAS, TX  75227

CATERPILLAR FINANCIAL SERVICES CORP.
2120 WEST END AVE
NASHVILLE, TN  37203

CATERPILLAR INC.
100 N.E. ADAMS STREET
PEORIA, IL  61629

CATHOLIC UNITED FINANCIAL (FKA: THE
CATHOLIC AID ASSOCIATION, AS LOAN
PARTICIPANT
C/O ADVANTUS CAPITAL MANAGEMENT INC.
ATTN: CLIENT ADMINISTRATOR
400 ROBERT STREET NORTH
ST PAUL, MN  55101

CCP CONCRETE PUMPING LP
P.O. BOX 137064
FORT WORTH, TX  76136

CDF SERVICES, INC.
3065 NORTH COLLEGE AVENUE
NO. 189
FAYETTEVILLE, AR  72703

CEB
3393 COLLECTION CTR DR
CHICAGO, IL  60693

CECIL UMPHRESS BOAT DOCKS
ADDRESS ON FILE

CELEBRATION
4503 W. LOVERS LANE
DALLAS, TX  75209

CELLCO PARTNERSHIP
ONE VERIZON WAY
BASKING RIDGE, NJ  07920-1097

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

CELTEX INDUSTRIES, INC.
997 CHEROKEE TRACE
WHITE OAK, TX  75693

CENTERPOINT ENERGY SERVICES,  INC.
1111 LOUISIANA ST.
HOUSTON, TX  77002

CENTRAL CRUDE, INC.
10370 RICHMOND AVE  STE 975
HOUSTON, TX  77042

CENTRAL FREIGHT LINES, INC
PO BOX 2638
WACO, TX  76702-2638

CENTRAL MARKETING
30 IRVING PLACE
NEW YORK, NY  10003-2303

CENTRAL TEXAS SECURITY & FIRE EQUIPMENT
INC
205 OTIS DRIVE
WACO, TX  76712

CENTRAL TEXAS SECURITY & FIRE EQUIPMENT
INC
205B-1B OTIS DR.
WACO, TX  76712

CENTRAL TEXAS SECURITY AND FIRE
EQUIPMENT INCORPORATED
CENTRAL TEXAS SECURITY AND FIRE
EQUIPMENT INC.
205 OTIS DRIVE
WACO, TX  76712

CENTRIFUGAL TECHNOLOGIES, INC.
330 CENTECH DRIVE
HICKORY, KY  42051

CENTURY GEOPHYSICAL CORPORATION
7517 E. PINE
TULSA, OK  74115

CESCO INC
11969 PLANO RD STE 130
DALLAS, TX  75243

CGS BROKERAGE L.L.C. D/B/A BLUE FLAME
TWO GREENWAY PLAZA SUITE 720
HOUSTON, TX  77046

CH2M HILL ENGINEERS, INC
ADDRESS ON FILE

CH2M HILL ENGINEERS, INC
ADDRESS ON FILE

CH2M HILL ENGINEERS, INC.
14701 ST. MARY'S LANE, SUITE 300
HOUSTON, TX  77079-2923

CHALLENGER GRAY & CHRISTMAS
ATTN: JOHN CHALLENGER
150 SOUTH WACKER DRIVE
SUITE 2800
CHICAGO, IL  60606

CHAPMAN CONSTRUCTION COMPANY LP
10011 W UNIVERSITY DR
MCKINNEY, TX  75071

CHATHAM ENERGY PARTNERS, LLC
250 PARK AVE SOUTH, 10TH FLOOR
NEW YORK, NY  10003

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  August 03, 2016

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

CHECKFREE SERVICES CORPORATION
ATTN: GENERAL COUNSEL, BILLER SOLUTIONS
4411 EAST JONES BRIDGE ROAD
NORCROSS, GA  30092

CHECKFREEPAY CORPORATION
15 STERLING DRIVE
WALLINGFORD, CT  06492

CHECKPOINT CONSULTING, LLC
100 W. BIG BEAVER
SUITE 200
TROY, MI  48084

CHECKPOINT CONSULTING, LLC
11 WEST HOLLOW RD.
BREWSTER, NY  10509

CHEM-MOD LLC
ADDRESS ON FILE

CHEMTEX
117 EDGEWOOD ST
LONGVIEW, TX  75604

CHESAPEAKE ENERGY MARKETING, INC.
6100 N WESTERN AVE
ATTN: TREASURY
OKLAHOMA CITY, OK  73118-1044

CHESAPEAKE ENERGY MARKETING, L.L.C.
P.O. BOX 18496
OKLAHOMA CITY, OK  73154-0496

CHESLER ANALYTICS LLC
9358 SILENT OAK CIRCLE
WELLINGTON, FL  33411

CHEVRON NATURAL GAS, A DIV. OF CHEVRON
P.O. BOX 4700
HOUSTON, TX  77210

CHEVRON OF N.A.
6001 BOLLINGER CANYON ROAD
ROOM L-4216
SAN RAMON, CA  94583-2324

CHICAGO MERCANTILE EXCHANGE INC.
20 SOUTH WALKER DR
CHICAGO, IL  60606

CHOICE ENERGY, LP
5718 WESTHEIMER RD  STE 1300
HOUSTON, TX  77057-5732

CHOICE! ENERGY SERVICES RETAIL LP
5151 SAN FELIPE
#2200
HOUSTON, TX  77056

CHOOSE ENERGY, INC.
3740 N. JOSEY LANE
SUITE 114
CARROLLTON, TX  75007

CHRIS CRAGG
ADDRESS ON FILE

CHUCK WARD AND ASSOCIATES INC
904 TENNISON DRIVE
EULESS, TX  76039

CIBC MELLON
CARMEN DANAILA
150 DUFFERIN AVE
5TH FLOOR
LONDON, ON  N6A 5N6  CANADA

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

CIELO WIND SERVICES, INC.
823 CONGRESS AVENUE  SUITE 500
AUSTIN, TX  78701

CIGNA PROPERTY AND CASUALTY INSANCE CO.
436 WALNUT STREET
P.O. BOX 1000
PHILADELPHIA, PA  19106

CIMA ENERGY, LTD
100 WAUGH, 5TH FLOOR
HOUSTON, TX  77007

CINCINNATI INCORPORATED
PO BOX 11111
CINCINNATI, OH  45211

CINTAS CORPORATION
825 W SANDY LAKE ROAD
SUITE 100
COPPELL, TX  75019

CIO EXECUTIVE COUNCIL
PO BOX 3810
BOSTON, MA  02241-3810

CITADEL ENERGY INVESTMENTS LTD.
131 SOUTH DEARBORN STREET
CHICAGO, IL  60603

CITIBANK
ATTN: ZORI MIGLIORINI
388 GREENWICH ST. 34TH FLOOR
NEW YORK, NY  10013

CITIBANK, N.A
388 GREENWICH STREET
ATTN: CAPITAL MARKETS LEGAL DEPA
NEW YORK, NY  10013

CITIBANK, N.A.
555 NORTH LANE
CONSHOHOCKEN, PA  19428

CITIGROUP ENERGY INC.
250 WEST STREET, 10TH FLOOR
ATTN: DIRECTOR DERIVATIVES OPERATIONS
NEW YORK, NY  10013

CITIGROUP ENERGY INC.
2800 POST OAK BOULEVARD
SUITE 500
HOUSTON, TX  77056

CITIZENS DEVELOPMENT CENTER
8800 AMBASSADOR ROW
DALLAS, TX  75247

CITRIX SYSTEMS, INC.
851 W. CYPRESS CREEK RD.
FORT LAUDERDALE, FL  33309

CITY OF COPPELL
P.O. BOX 9478
COPPELL, TX  75019-9478

CITY OF GARLAND
217 NORTH FIFTH STREET
GARLAND, TX  75046

CITY OF GARLAND, TEXAS
525 EAST AVENUE B
ATTN  FUEL SUPPLY
GARLAND, TX  75040

CITY OF SAN ANTONIO, TEXAS ACTING BY AND
145 NAVARRO STREET
MAIL DROP 100402
SAN ANTONIO, TX  78205

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

CITY WIDE BUILDING SERVICES, INC.
425 W. MOCKINGBIRD LANE
DALLAS, TX  75247

CLADTEC
9486 FM 2011E
LONGVIEW, TX  75603

CLARITY ENERGY CONSULTING, LLC
1918 S MICHELLE CT
WICHITA, KS  67207

CLARK, STEVEN & MARIE
ADDRESS ON FILE

CLARKLIFT OF FORT WORTH, INC.
P.O. BOX 1002
GLEN ROSE, TX  76403

CLASSIC ENERGY LLC
1252 WEST 22ND STREET
HOUSTON, TX  77008

CLEAN COAL SOLUTIONS, LLC
5251 DTC PARKWAY
SUITE 825
GREENWOOD VILLAGE, CO  80111

CLEAN ENERGY TECHNOLOGY ASSOCIATION,
INC
ADDRESS ON FILE

CLEAN HARBORS ENVIRONMENTAL SERVICES,
INC.
42 LONGWATER DRIVE
NORWELL, MA  02061

CLEAR SKY POWER, LLC
6841 VIRGINIA PKWY
STE 103-362
MCKINNEY, TX  75071

CLEARPATH ENERGY INTL. LLC
1200 ROUTE 22 EAST
SUITE 2000
BRIDGEWATER, NJ  08807

CLICK2LEARN, INC.
110 110TH AVENUE NE
BELLEVUE, WA  96004

CLIFF JOHNSON
ADDRESS ON FILE

CLUTCH CONSULTING & MANAGEMENT LLC
DBA CLUTCH ENERGY MANAGEMENT
1709 VERSALLIES AVE.
ALLEN, TX  75002

CLYDE BERGEMANN INC
4015 PRESIDENTIAL PKWY
ATLANTA, GA  30340

CM PRODUCTIONS, INC.
4245 N. CENTRAL EXPRESSWAY SUITE 250
DALLAS, TX  75205

CNZENT INC
833 E ARAPAHO RD
SUITE 203
RICHARDSON, TX  75081

COALFIRE SYSTEMS, INC.
361 CENTENNIAL PARKWAY
SUITE 150
LOUISVILLE, CO  80027

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

COALFIRE SYSTEMS, INC.
ATTN: CONTRACTS/CLO/EVP SALES
361 CENTENNIAL PARKWAY, SUITE 150
LOUISVILLE, CO  80027

COALSTAR ENERGY
ADDRESS ON FILE

COALSTAR
ADDRESS ON FILE

COGENTRIX ENERGY POWER MANAGEMENT,
LLC
ADDRESS ON FILE

COGNOS CORPORATION
15 WAYSIDE ROAD
BURLINGTON, MA  01803

COKINOS NATURAL GAS COMPANY
5718 WESTHEIMER  SUITE 900
HOUSTON, TX  77057

COLEMAN HINES INC
8502 E PRINCESS DR
SUITE 260
SCOTTSDALE, AZ  85255

COMANCHE PEAK NUCLEAR POWER COMPANY
LLC
ADDRESS ON FILE

COMANCHE PEAK NUCLEAR POWER COMPANY
LLC
ATTN: MR. JEFF WALKER
1601 BRYAN ST.
DALLAS, TX  75201-3411

COMANCHE PEAK NUCLEAR POWER COMPANY
LLC
ATTN: TERUMASA ONAKA
MHI NUCLEAR NORTH AMERICA, INC. C/O
MITSUBISHI HEAVY INDUSTRIES, LTD, GOBAL
NUCLEAR BUSINESS OPERATIONS
16-5, KONAN 2-CHOME, MINATO-KU
TOKYO  108-8215  JAPAN

COMBUSTION ENGINEERING, INC.
ATTN: RAY ROCCHETTI
POST OFFICE BOX 500
2000 DAY HILL ROAD
WINDSOR, CT  06095

COMMERICAL POWER AND GREEN
TECHNOLOGIES, LLC
3217 LEONIDAS ST.
HOUSTON, TX  77019

COMMODITY RISK MANAGEMENT, LLC
2300 W ALABAMA  STE 65
HOUSTON, TX  77098

COMPARE ENERGY BROKERS, LLC
12507 LOGAN MILL DR
HOUSTON, TX  77070

COMPARE POWER LLC
3824 CEDAR SPRINGS ROAD
SUITE 175
DALLAS, TX  75219

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

COMPASS POWER, LLC
4100 HARRY HINES
#300C
DALLAS, TX  75219

COMPASS TECHNOLOGY GROUP
13455 NOEL RD.
SUITE 1000
DALLAS, TX  75240

COMPASS/CCE
3102 OAK LAWN
SUITE 215
DALLAS, TX  75219

COMPETE ENERGY INC.
200 W. JOHN CARPENTER FRY
IRVING, TX  75039

COMPETE ENERGY
7941 KATY FWY
#308
HOUSTON, TX  77024

COMPETE ENERGY, INC.
7941 KATY FWY
#308
HOUSTON, TX  77024

COMPETITRACK, INC.
36-36 33RD STREET
LONG ISLAND CITY, NY  11106

COMPREHENSIVE COMPUTER CONSULTING,
INC.
7000 CENTRAL PARKWAY
SUITE 1000
ATLANTA, GA  30328

COMPUTER ENGINEERING SERVICES
240 FOREST AVE
SUITE 102
PO BOX 4332
CHATTANOOGA, TN  37405

COMSTOCK OIL & GAS, LP
ADDRESS ON FILE

COMTEK GROUP
1565 NORTH CENTRAL EXPRESSWAY
SUITE 200
RICHARDSON, TX  75080

CONCO SERVICES CORP.
530 JONES STREET
VERONA, PA  15147

CONCORD ENERGY LLC
707 17TH ST #3020
DENVER, CO  80202

CONDIT COMPANY
14330 MIDWAY ROAD
SUITE 217
DALLAS, TX  75244

CONFIDENTIAL SERVICES INC
225 BROADWAY STES 4, 5, 6
SOUTH HAVEN, MI  49090

CONFIRMHUB LLC
1000 LOUISIANA STREET, STE 1095
HOUSTON, TX  77002

CONOCOPHILLIPS COMPANY
600 NORTH DAIRY ASHFORD
PO BOX 2197
CH 1081
HOUSTON, TX  77252-2197

CONSOLIDATED RESTAURANT OPERATIONS,
INC.
12200 STEMMONS FREEWAY
SUITE 307
DALLAS, TX  75234

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

CONSUMERINFO.COM, INC.
535 ANTON BLVD.
SUITE 100
COSTA MESA, CA  92626

CONSUMERS ENERGY COMPANY
1945 W PARNALL ROAD
JACKSON, MI  49201

CONTINENTAL ENERGY GROUP
185 BRIDGE PLAZA NORTH, SUITE300
FORT LEE, NJ  07024

CONTINENTAL FIELD SYSTEMS
23 WESTGATE BOULEVARD
SAVANNAH, GA  31405

CONTINENTAL MESSAGE SOLUTION , INC.
41 S. GRANT AVE
COLUMBUS, OH  43215

CONTINUANT INC
5050 20TH ST E
FIFE, WA  98424

CONTINUUM ENERGY SERVICES, L.L.C.
1323 E 71ST ST  STE 300
TULSA, OK  74136

CONTXT CORPORATION
1690 WOODLANDS DRIVE
MAUMEE, OH  43537

CONVERDYN
7800 EAST DORADO PLACE, STE 200
ENGLEWOOD, CO  80111-2332

COPANO ENERGY SERVICES
2727 ALLEN PARKWAY, SUITE 1200
HOUSTON, TX  77019

COQUEST ENERGY SERVICES
4140 LEMMON AVE., STE. 260
DALLAS, TX  75219

CORE MERCHANT SERVICES DBA TOPLINE
DISTRIBUTING
406 E US HIGHWAY 69
DENSION, TX  75021

CORONADO POWER VENTURES, LLC.
4011 W PLANO PKWY, STE 128
PLANO, TX  75093

CORPORATE GREEN, INC.
P.O. BOX 820725
DALLAS, TX  75382-0725

CORPORATE SEARCH PARTNERS
5950 SHERRY LANE
SUITE 560
DALLAS, TX  75225

CORPORATE TRAVEL CONSULTANTS, INC.
450 E 22ND STREET
LOMBARD, IL  60148

CORROSION CONTROL SERVICES
324 SCOTT STREET
DAVENPORT, IA  52801

CPV POWER DEVELOPMENT, INC
ADDRESS ON FILE

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

CPV POWER DEVELOPMENT, INC.
8403 COLESVILLE RD.
SUITE 915
SILVER SPRINGS, MD  20915

CPV RATTLESNAKE DEN RENEWABLE ENERGY
COMPANY, LLC
ADDRESS ON FILE

CQG, INC.
1050 17TH ST/ SUITE 2000
INDEPENDENCE PLAZA
DENVER, CO  80265

CQG, INC.
P.O. BOX 758
GLENWOOD SPRINGS, CO  81602

CRANE NUCLEAR
2825 COBB INTERNATIONAL BLVD
KENNESAW, GA  30152

CREATIVE SPARK INC
500 3RD STREET
SUITE 245
SAN FRANSICO, CA  94107

CREDIT SUISSE ENERGY LLC
11 MADISON AVE
NEW YORK, NY  10010

CREDITRISKMONITOR.COM, INC.
704 EXEXUTIVE BOULEVARD, SUITE A
VALLEY COTTAGE, NY 10989, NY  10989

CRITICAL  ASSETS, LLC
1104 CAMINO DEL MAR, SUITE101
DEL MAR, CA  92014

CRMFUSION INC.
52 CHARTWELL CR
KRESWICK, ON  LAP 3N8  CANADA

CROATIA POWER, LLC
5211 BIRCH GLEN
SUITE 100
RICHMOND, TX  77406

CROCKER RECLAMATION
208 TEXAS STREET
ROCKDALE, TX  75657

CROCKER RECLAMATION
233 NORTH MAIN SREET
ROCKDALE, TX  76567

CROSS CLEANING SOLUTIONS
500 NORTH AKARD STREET
DALLAS, TX  75201

CROSS CLEANING SOLUTIONS, LLC
PO BOX 1103
GLADEWATER, TX  75647

CROSS COUNTRY HOME SERVICES, INC.
1625 N.W. 136TH AVENUE, SUITE 200
FT. LAUDERDALE, FL  33323-2842

CROSS COUNTY WATER SUPPLY CORP.
9606 NORTH MOPAC, STE 125
STONEBRIDGE PLAZA ONE
AUSTIN, TX  78759

CROSS, ROBBIE & JOAN
ADDRESS ON FILE

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

CROSSMARK TRANSPORTATION SERVICES, LLC
2828 E. TRINITY MILLS DRIVE
SUITE 340
CARROLLTON, TX  75006

CROWELL-MORRISON, REGINA & ALISHA
ADDRESS ON FILE

CRUMBLEY, NICOLE
ADDRESS ON FILE

CSC CREDIT SERVICES, INC.
1550 PEACHTREE STREET NW
ATLANTA, GA  30309

CSC CREDIT SERVICES, INC.
652 NORTH SAM HOUSTON PARKWAY EAST
SUITE 400
HOUSTON, TX  77060

CSC ENGINEERING AND ENVIRONMENTAL
CONSULTANTS INC.
ATTN: PHILIP CADARETTE
3407 TABOR ROAD
BRYAN, TX  77808

CSS DIRECT INC.
3707 N 200TH ST.
OMAHA, NE  68022

CT CORPORATION SYSTEM
PO BOX 4349
CAROL STREAM, IL  60197-4349

CULINAIRE INTERNATIONAL BELO
MANSION/PAVILION
2101 ROSS AVENUE
DALLAS, TX  75201

CUMMINGS, BRIAN & NATALIE
ADDRESS ON FILE

CUMMINS SOUTHERN PLAINS, LLC
2615 BIG TOWN BOULEVARD
MESQUITE, TX  75150

CUMMINS SOUTHERN PLAINS, LLC
600 N. WATSON RD.
ARLINGTON, TX  76011

CYARA SOLUTIONS
101 CALIFORNIA STREET
SUITE 2450
SAN FRANCISCO, CA  94111

DACO FIRE EQUIPMENT
6000 KUDDLESTON ST.
FORT WORTH, TX  76137

DAKTRONICS, INC. DBA SCOREBOARD SALES &
SERVICE
11886 GREENVILLE AVE.
SUITE 106
DALLAS, TX  75243

DANIEL ROMERO
2010 HAZELWOOD DR
GRAND PRAIRIE, TX  75050

DARR EQUIPMENT CO.
302 ENTERPRISE
LONGVIEW, TX  75604

DARR EQUIPMENT CO.
6917 WOODWAY DR.
WOODWAY, TX  76712

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

DARRELL MCCRAVEY
ADDRESS ON FILE

DATA EXCHANGE, INC.
8147 SOUTH 63RD PLACE
TULSA, OK  74133

DATA SYSTEMS & SOLUTIONS LLC
994-A EXPLORER BLVD
HUNTSVILLE, AL  35806

DATALINE ENERGY LLC
500 N 3RD ST  #108
PO BOX 593
FAIRFIELD, IA  52556

DATALOGIX, INC.
10075 WESTMOOR DRIVE, SUITE 200
WESTMINSTER, CO  80021

DATAPAK
3000 S. HULEN
STE 124 MD #104
FORT WORTH, TX  76109

DATAWATCH SYSTEMS, INC.
4401 EAST WEST HIGHWAY
SUITE 500
BETHESDA, MD  20814

DAVACO, INC.
6688 N. CENTRAL EXPRESSWAY STE 1
DALLAS, TX  75206

DAVID BROWN DBA BRIDGEGATE ENERGY, LLC
14493 S PADRE ISLAND DR
STE A312
CORPUS CHRISTI, TX  78418

DAVIS DUBOSE FORESTRY AND REAL ESTATE
CONSULTANTS, PLLC
P.O. BOX 241027
LITTLE ROCK, AR  72223

DC ENERGY, LLC
8065 LEESBURG PIKE   STE 500
VIENNA, VA  22182-2733

DCI GROUP LLC
ATTN: ACCOUNTING DEPARTMENT
1828 L STREET NW
SUITE 400
WASHINGTON, DC  20036

DCP EAST TEXAS GATHERING LP
ADDRESS ON FILE

DCP MIDSTREAM MARKETING, LLC.
370 17TH STREET, SUITE 2500
DENVER, CO  80202

DECISION ANALYST, INC.
604 AVENUE H EAST
ARLINGTON, TX  76011

DEEPDIVE NETWORKING INC.
1354 SANIBEL LANE
MERRITT ISLAND, FL  32952

DEERWALK
12712 PARK CENTRAL DRIVE
SUITE 100
DALLAS, TX  75251

DELCON ENERGY, LLC
7902 FAIR OAKS AVE
DALLAS, TX  75231

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

DELL COMPUTER CORPORATION
ROUND ROCK 2 MAIL STOP# 8142
ONE DELL WAY
ROUND ROCK, TX  78682

DELOITTE & TOUCHE, LLP
100 KIMBALL DRIVE
PARSIPPANY, NJ  07054

DELOITTE AND TOUCHE, LLP
2200 ROSS AVENUE SUITE 1600
DALLAS, TX  75201-6778

DELTA CONSULTING GROUP, INC.
ATTN: JEFFREY E. FUCHS
4330 PRINCE WILLIAM PARKWAY, SUITE 301
WOODBRIDGE, VA  22192

DENBURY ONSHORE, LLC
5100 TENNYSON PARKWAY, STE 3000
PLANO, TX  75024-3524

DENBURY ONSHORE, LLC
ADDRESS ON FILE

DENNIS CAMERON CONSTRUCTION AND
EQUIPMENT, LLC
1406 INDUSTRIAL ROAD
MT PLEASANT, TX  75455

DENNIS CAMERON CONSTRUCTION AND
EQUIPMENT, LLC
RT. 9, BOX 1540
MR. PLEASANT, TX  75455

DESTINATION ENERGY, LLC
309 N OAK ST.
ROANOKE, TX  76262

DEUTSCHE BANK AG
60 WALL STREET
NEW YORK, NY  10005

DEVON ENERGY PRODUCTION COMPANY LP
20 N BROADWAY  STE 1500
1500 MIDAMERICA TWR
OKLAHOMA CITY, OK  73102-8260

DEVON ENERGY PRODUCTION COMPANY, L.P.
ADDRESS ON FILE

DEVON GAS SERVICES, L.P.
20 NORTH BROADWAY
OKLAHOMA CITY, OK  73102-8260

DEVONWAY, INC.
101 CALIFORNIA STREET
SUITE 1050
SAN FRANCISCO, CA  94111

DEVONWAY, INC.
255 CALIFORNIA STREET
SUITE 1100
SAN FRANCISCO, CA  94111

DEWITT-SCHWALM, CODY & JENNIFER
ADDRESS ON FILE

DFW COMMUNICATIONS
2120 REGENCY DRIVE
IRVING, TX  75062

DFW MIDSTREAM SERVICES LLC
1601 BRYAN ST, EP-27
DALLAS, TX  75201

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

DG FASTCHANNEL, INC.
750 JOHN CARPENTER FWY.
SUITE 700
IRVING, TX  75039

DICK AND SONS DIVING SERVICE
9790 FM 692
BURKEVILLE, TX  75932

DIESEL POWER SUPPLY COMPANY
2525 UNIVERSITY DRIVE
WACO, TX  76706

DIGABIT INC
215 UNION BLVD SUITE 400
LAKEWOOD, CO  80228

DIGITAL MEDIA SERVICES LLC
17248 TUGWELL LANE
GREENWELL SPRINGS, LA  70739

DIRECT ENERGY, LP
525 - 8TH AVENUE SW, SUITE 1200
ATTN: CREDIT RISK MANAGER
CALGARY, AB  T2P 1G1  CANADA

DIRECTORY CONCEPTS, INC.
1669B LEXINGTON AVENUE
MANSFIELD, OH  44907

DIVERSIFIED DRILLING SERVICES, INC.
150 LOUIS HURLEY RD.
EL DORADO, AR  71730

DKM ENTERPRISES LLC
P.O. BOX 48
UVALDE, TX  78802

DOCUSIGN, INC.
1301 SECOND AVENUE
SUITE 2000
SEATTLE, WA  98101

DOMINION ENERGY MARKETING, INC.
120 TREDEGAR STREET
RICHMOND, VA  23219

DOMINION RETAIL, INC.
ADDRESS ON FILE

DON ROSS NABB PRODUCTION COMPANIES
DFW 612133
DALLAS, TX  75261

DONALD EVANS
ADDRESS ON FILE

DOUGLAS ALAN VOLCIK
ADDRESS ON FILE

DOW CHEMICAL COMPANY
PO BOX 3387 BIN4C1
FREEPORT, TX  77253-3387

DOW JONES LEGAL DEPARTMENT
P.O. BOX 300
PRINCETON, NJ  08543-0300

DP ENGINEERING LTD. CO.
ATTN: CLAY CORLEY
6100 WESTERN PLACE
STE 500
FORTH WORTH, TX  76107

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

**Exhibit A - Notice of Assumption**

DR. BRUCE CARPENTER, M.D.
ADDRESS ON FILE

DR. JOHN MCCLAIN WATSON
ADDRESS ON FILE

DR. JOHN MCCLAIN WATSON
921 SANDHURT DR.
PLANO, TX  72025

DR. LAWERENCE J MUZIO
ADDRESS ON FILE

DR. PAUL A. SCHMIDT, MD
ADDRESS ON FILE

DR. PAUL A. SCHMIDT, MD
P.O. BOX 848698
BOSTON, MA  02284-8698

DSS FIRE, INC
10265 MILLER ROAD
SUITE 103
DALLAS, TX  752368

DTCC DATA REPOSITORY (U.S) LLC
55 WATER ST
NEW YORK, NY  10041

DTE ENERGY TRADING, INC.
414 S MAIN STREET
SUITE 200
ANN ARBOR, MI  48104

DTE ENERGY
PO BOX 33844
DETROIT, MI  48232-5844

DUFF & PHELPS LLC
EDWARD S. FORMAN, GENERAL COUNSEL
55 EAST 52ND STREET, FLOOR 31
NEW YORK, NY  10055

DUKE ENERGY OHIO, INC.
P.O. BOX 960
EA503
CINCINNATI, OH  45202

DUMAS, HAL
P.O. BOX 595
FRANKLIN, TX  77856

DUN AND BRADSTREET, INC
103 JFK PARKWAY
SHORT HILLS, NJ  07078-2708

DURA MAR OF GRANBURY
5353 ACTON HWY
SUITE C
GRANBURY, TX  76049

DVB BANK SE, AS LOAN PARTICIPANT
ATTN: CLIENT ADMINISTRATOR,  ALEC TASOOJI
609 FIFTH AVENUE
5TH FLOOR
NEW YORK, NY  10017

DYONYX, L.P.
1235 N. LOOP WEST, SUITE 1220
HOUSTON, TX  77008

E D H ELECTRIC, INC.
2402 SOUTH JEFFERSON AVENUE
P.O. BOX 607
MOUNT PLEASANT, TX  75456-0607

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

E SOURCE COMPANIES, LLC
1965 N 57TH CT
BOULDER, CO  80301-2826

E. D. & F. MAN CAPITAL INC.
TWO WORLD FINANCIAL CTR 27TH FL
NEW YORK, NY  10281-2700

EAGLE ENERGY
502 DEER DR
GREENVILLE, TX  75402

EAGLE EXPRESS, INC.
PO BOX 59972
DALLAS, TX  75229

EARTH NETWORKS
500 N AKARD
SUITE 11-015B
DALLAS, TX  75201

EAST TEXAS WILDLIFE DAMAGE CONTROL
5286 HARRIS LAKE ROAD
MARSHALL, TX  75672

EASTERN TECHNOLOGIES, INC.
215 SECOND AVE.
ASHFORD, AL  36312

EASTEX TELEPHONE COOP INC
3675 US HWY 79 SOUTH
HENDERSON, TX  75654

EASTRANS, LLC
5718 WESTHEIMER ROAD, STE 1900
HOUSTON, TX  77057-5745

EAST-TEX LAND & MINERALS LLC
ADDRESS ON FILE

EASY RECYCLING & SALVAGE INC
EASY RECYCLING & SALVAGE INC
8632 US HIGHWAY 79 WEST
JACKSONVILLE, TX  75766

EBF & ASSOCIATES
ADDRESS ON FILE

ECE CONSULTING GROUP, INC.
1380 NE MIAMI GARDENS DRIVE, SUITE 251
NORTH MIAMI BEACH, FL  33179

ECOTALITY NORTH AMERICA
430 SOUTH 2ND AVE
PHOENIX, AZ  85003

ECOVA INC
1313 N ATLANTIC ST
#5000
SPOKANE, WA  99201

EDDIE CAVAZOS
ADDRESS ON FILE

EDF TRADING NORTH AMERICA, LLC
4700 WEST SAM HOUSTON PARKWAY NO
SUITE 250
HOUSTON, TX  77041-8210

EDF TRADING RESOURCES, LLC
ADDRESS ON FILE

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

EDGE ENERGY, LLC
2150 TOWN SQUARE PLAZA SUITE 390
SUGAR LAND, TX  77478

EDGE INSIGHT INC
3020 PENN AVE
WEST LAWN, PA  19609

EDIFECS, INC.
2600 116TH AVENUE NE
SUITE 200
BELLEVUE, WA  98004

EDKO, LLC
PO BOX 130547
TYLER, TX  75713-0547

EDWARD VOGT VALVE COMPANY
ADDRESS ON FILE

EFFECTIVE ENVIRONMENTAL, INC.
2515 SOUTH SOUTH BELTLINE ROAD
MESQUITE, TX  75181

EFH CORPORATE SERVICES COMPANY
ATTN: MR. JEFF WALKER
1601 BRYAN ST.
DALLAS, TX  75201-3411

EL CAMPO SPRAYING, INC.
2601 N. MECHANIC ST.
EL CAMPO, TX  77437

EL PASO NATURAL GAS COMPANY
PO BOX 1087
COLORADO SPRINGS, CO  80944

ELEARNING BROTHERS CUSTOM LLC
1304 N REDWOOD RD., SUITE 178
SARATOGA SPRINGS, UT  84045

ELECTRIC POWER RESEARCH INSTITUTE, INC.
ADDRESS ON FILE

ELECTRIC POWER RESEARCH INSTITUTE,INC.
ATTN: MELISSA WADE
1300 WEST W.T. HARRIS BLVD.
CHARLOTTE, NC  28262

ELECTRICITY RATINGS, LLC
PO BOX 10836
HOUSTON, TX  77206

ELITE BROKERS, INC.
10333 HARWIN  STE 330
HOUSTON, TX  77036

ELK ENGINEERING ASSOCIATES, INC.
8950 FORUM WAY
FORT WORTH, TX  76140

EMBARCADERO TECHNOLOGIES, INC.
100 CALIFORNIA STREET
12TH FLOOR
SAN FRANCISCO, CA  94111

EMC CORPORATION
176 SOUTH STREET
HOPKINTON, MA  01748

EMERSON PROCESS MANAGEMENT, POWER
AND WATER SOLUTIONS
200 BETA DRIVE
PITTSBURGH, PA  15238

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Page 34 of 107

**Exhibit A - Notice of Assumption**

EMEX, LLC
11011 RICHMOND AVE
SUITE 450
HOUSTON, TX  77042

EMPIRIX INC.
ATTN: CHIEF FINANCIAL OFFICER
1430 MAIN STREET
WALTHAM, MA  02451

ENBRIDGE G & P (EAST TEXAS) L.P.
ADDRESS ON FILE

ENBRIDGE PIPELINES (EAST TEXAS), L.P.
1100 LOUISIANA, SUITE 3300
HOUSTON, TX  77002-5216

ENCANA OIL & GAS (USA)
ADDRESS ON FILE

ENDURING RESOURCES LLC
ADDRESS ON FILE

ENERGY 4 U INC
11496 LINA RD
STE 800
FARMERS BRANCH, TX  75234

ENERGY ADVISORY SERVICES, LLC
5151 HEADQUARTERS DR
STE 145
PLANO, TX  75024

ENERGY AMERICA LLC
525 EIGHTH AVENUE S.W.
SUITE 1200
ATTN: CREDIT RISK MANAGER
CALGARY, AB  T2P 1G1  CANADA

ENERGY CAPITAL PARTNERS II, LLC
ADDRESS ON FILE

ENERGY EDGE CONSULTING, LLC
1183 BRITTMOORE ST
SUITE 300
HOUSTON, TX  77043

ENERGY ENABLEMENT, LLC
FOSTER PLAZA 5
651 HOLIDAY DR
SUITE 300
PITTSBURGH, PA  15220

ENERGY FEDERATION INC.
40 WASHINGTON STREET
WESTBOROUGH, MA  01581-1013

ENERGY FUTURE COMPETITIVE HOLDINGS
COMPANY LLC
ATTN: MR. JEFF WALKER
1601 BRYAN ST.
DALLAS, TX  75201-3411

ENERGY LINK, LLC
1640 POWERS FERRY RD
BLDG 19
STE 300
MARIETTA, GA  30067

ENERGY MARKETING DIV OF HESS
CORPORATION
1185 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

ENERGY PORTFOLIO ASSOCIATES, LLC
417 CENTER AVE
MAMARONECK, NY  10543

ENERGY PROFESSIONALS, LLC
13100 56TH CT
CLEARWATER, FL  33760

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

ENERGY SERVICES GROUP INTERNATIONAL INC.
3601 LAGRANGE PARKWAY
TOANO, VA  23168-9348

ENERGY SOLUTIONS INC
ATTN: COMMERCIAL BUSINESS DEVELOPMENT
423 WEST 300 SOUTH
SUITE 200
SALT LAKE CITY, UT  84101

ENERGY TODAY, LLC
1705 SHADYWOOD CT
FLOWER MOUND, TX  75028

ENERGY TRADE MANAGEMENT GP, LLC
50 MAIN STREET, STE 1000
WHITE PLAINS, NY  10606

ENERGY TRANSFER FUEL, LP
800 E SONTERRA BLVD / SUITE 400
SAN ANTONIO, TX  78258-3941

ENERGY VENTURES ANALYSIS, INC.
1901 N MOORE ST   STE 1200
ARLINGTON, VA  22209-1706

ENERNEX CORPORATION
620 MABRY HOOD RD
SUITE 300
KNOXVILLE, TN  37932

ENGINEERED CASTING REPAIR SERVICES, INC.
2219 FLORIDA BOULEVARD
DENHAM SPRINGS, LA  70726

ENGITECH INC.
2300 KENT ST
2300 KENT ST
BRYAN, TX  77802-1935

ENHANCE ENERGY SERVICES OF AMERICA, LLC
1650 HIGHWAY 6 SOUTH
SUITE 120
SUGAR LAND, TX  77478

ENLINK MIDSTREAM OPERATING, LP
2501 CEDAR SPRINGS, STE. 100
DALLAS, TX  75201

ENOCH KEVER
ADDRESS ON FILE

ENRICH CONSULTING, INC.
3031 TISCH WAY
SUITE 711
SAN JOSE, CA  95128

ENSERCO ENERGY INC.
1515 WYKOOP STREET
SUITE 500
DENVER, CO  80202

ENSTOR KATY STORAGE AND
TRANSPORTATION, L.P.
20329 STATE HWY 249  STE 400
HOUSTON, TX  77070-2655

ENSUREN CORPORATION
3551 SOUTH MONACO PARKWAY
SUITE 300
DENVER, CO  80237

ENTELRGY, LLC
11811 NORTH FWY
SUITE 500
HOUSTON, TX  77060

ENTERGY POWER MARKETING CORP.
10055 GROGANS MILL RD
PARKWOOD TWO BLDG STE 500
THE WOODLANDS, TX  77380

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

ENTERPRISE GATHERING LLC
ADDRESS ON FILE

ENTERPRISE PRODUCTS OPERATING LLC
P O BOX 4324
HOUSTON, TX  77210-4324

ENTERPRISE TEXAS PIPELINE LLC
P.O. BOX 4324
HOUSTON, TX  77210-4324

ENVIANCE, INC.
5780 FLEET STREET   SUITE 200
CARLSBAD, CA  92008

ENVIRON INTERNATIONAL
101 ROWLAND WAY
GOLDEN GATE PLAZA
NAVOTA, CA  94945

ENVIRON INTERNATIONAL
773 SAN MARIN DRIVE, SUITE 215
ATTN: GREGORY YARWOOD
NOVATO, CA  94997

ENVIRONMENTAL AIR PRODUCTS INC
3930 VIRGINIA AVE
CINCINNATI, OH  45227

ENVIRONMENTAL SYSTEMS CORP.
10801 NORTH MOPAC
BUILDING 1-200
AUSTIN, TX  78759

EPIQ BANKRUPTCY SOLUTIONS LLC
DEPT 0255
PO BOX 120255
DALLAS, TX  75312-0255

EPS LLC
17455 DOUGLAS ROAD
SOUTH BEND, IN  46635

EQUATERRA, INC.
717 HARWOOD, STE 3100
DALLAS, TX  75201

EQUEST, LLC
2010 CROW CANYON PLACE
SUITE 100-10016
SAN RAMON, CA  94583

EQUIFAX INFORMATION SERVICES LLC
P.O. BOX 945510
ATLANTA, GA  30394-5510

EQUIPMENT DEPOT
5111 W. HIGHWAY 281
LONGVIEW, TX  75603

EQUIPMENT IMAGING & SOLUTIONS, INC.
6117 LIVE OAK DRIVE
KAUFMAN, TX  75142-4321

ER SOLUTIONS, INC.
800 SW 39TH STREET
RENTON, WA  98055-4975

ERIC RYAN CORPORATION
1 EARLY ST
ELLWOOD CITY, PA  225516117-

ESCO CORPORATION
2103 HWY 31 EAST
KILGORE, TX  75662

**NOTICE OF (A) EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES TO BE ASSUMED**
**PURSUANT TO THE PLAN; (B) CURE AMOUNTS,**
**IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

| | | |
|---|---|---|
| ESI ACQUISITION INC<br>823 BROAD STREET<br>AUGUSTA, GA  30901 | EST GROUP<br>2701 TOWNSHIP LINE ROAD<br>HATFIELD, PA  19440 | ETC KATY PIPELINE, LTD<br>1300 MAIN STREET<br>ATTN: CREDIT DEPARTMENT - TREASURY<br>HOUSTON, TX  77002 |
| ETC KATY PIPELINE, LTD.<br>800 EAST FRONTERA BLVD  STE 400<br>SAN ANTONIO, TX  78258-3941 | ETC MARKETING, LTD<br>1300 MAIN STREET<br>ATTN: CREDIT DEPARTMENT - TREASURY<br>HOUSTON, TX  77002 | EUCG, INC.<br>20165 N. 67TH AVE. STE. 122A<br>GLENDALE, AZ  85308 |
| EVALUESERVE INC.<br>2010 CROW CANYON PLACE SUITE 100<br>SAN RAMON, CA  94583 | EVERCORE GROUP LLC<br>PO BOX 5319<br>ATTN: MICHELLE YANG<br>NEW YORK, NY  10150 | EVOLUTION MARKETS INC.<br>10 BANK STREET, SUITE 410<br>WHITE PLAINS, NY  10606 |
| EVOLVE RESEARCH INC.<br>ATTN: KEVIN JESSOP<br>3820 N. PENNSYLVANIA<br>OKLAHOMA CITY, OK  73112 | EVONIK ENERGY SERVICES LLC<br>304 LINWOOD DR.<br>KINGS MOUNTAIN, NC  28086 | EXELON GENERATION COMPANY, LLC<br>(F/K/A CONSTELLATION ENERGY<br>COMMODITIES GROUP, INC.)<br>100 CONSTELLATION WAY, SUITE 600C<br>ATTN: MARGIN COLLATERAL<br>BALTIMORE, MD  21202-4040 |
| EXELON GENERATION COMPANY, LLC<br>300 EXELON WAY<br>KENNETT SQUARE, PA  19348 | EXPENSE REDUCTION ADVISORS, LLC<br>1911 US 1 NORTH<br>SUITE 201  N<br>PALM BEACH, FL  33408 | EXPERIAN INFORMATION SOLUTIONS, INC<br>ATTN: GENERAL COUNSEL<br>475 ANTON BOULEVARD<br>COSTA MESA, CA  92626 |
| EXPERIS US, INC.<br>100 MANPOWER PLACE<br>MILWAUKEE, WI  53212 | EXPLORER PIPELINE COMPANY<br>P.O. BOX 2650<br>TULSA, OK  74101-2650 | EXPLOSIVE PROFESSIONALS INC.<br>P.O. BOX 1885<br>HUMBLE, TX  77347 |

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

EXPRO SPECIALIZED SERVICES INC
PO BOX 417
WORTHINGTON, KY  41183

EXTEND HEALTH INC
LOCKBOX 2992
PO BOX 8500
PHILADELPHIA, PA  19178-2992

EXXON CORPORATION
ADDRESS ON FILE

F.F. & G. ENTERPRISES INC.
16726 VALLEY VIEW RD
FORNEY, TX  75126

FARANZA, LLC
13111 N CENTRAL EXPWY
8TH FL
DALLAS, TX  75243

FARM BUREAU LIFE INSURANCE CO OF
MICHIGAN, AS LOAN PARTICIPANT
C/O ADVANTUS CAPITAL MANAGEMENT INC.
ATTN: CLIENT ADMINISTRATOR
400 ROBERT ST NORTH
ST PAUL, MN  55101

FARRAGUT PARTNERS
1634 I STREET NW STE 1200
WASHINGTON, DC  20006

FARZANA, LLC D/B/A CHEAP ELECTRIC NOW
7560 TOURNAMENT ROAD
FRISCO, TX  75035

FASTENAL
2461 EAST HIGHWAY 377
SUITE A
GRANBURY, TX  76049

FC DALLAS SOCCER, LLC
1601 ELM STREET, SUITE 4000
DALLAS, TX  75201

FCC ENVIRONMENTAL
320 SCROGGINS ROAD
SPRINGTOWN, TX  76082

FCS CONSTRUCTION
ADDRESS ON FILE

FEDERAL SIGNAL
2645 FEDERAL SIGNAL DRIVE
UNIVERSITY PARK, IL  60484

FERDOUS ARA KHONDKAR
7418 ROSEPATH LN
RICHMOND,, TX  77407

FGE POWER, LLC
P.O.BOX 9989
THE WOODLANDS, TX  77387

FIDELITY EMPLOYER SERVICES CO., LLC
300 PURITAN WAY
MM1M
MARLBOROUGH, MA  01752

FIDELITY EMPLOYER SERVICES CO., LLC
JIM PUJATS
ONE DESTINY WAY
MZ-WA2J
WESTLAKE, TX  76262

FIDELITY MANAGEMENT TRUST COMPANY
JIM PUJATS
ONE DESTINY WAY
MZ-WA2J
WESTLAKE, TX  76262

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Page 39 of 107

**Exhibit A - Notice of Assumption**

FIESELER, JOEL & LORI
ADDRESS ON FILE

FIMAT USA, INC.
630 FIFTH AVENUE, SUITE 500
NEW YORK, NY  10111

FINANCIAL ENGINEERING ASSOCIATES, INC.
2100 MILVIA STREET
BERKELEY, CA  94704-1113

FINDLEY, SHAWN & RACHEL
ADDRESS ON FILE

FIREHOST INC
2360 CAMPBELL CREEK BLVD
SUITE 525
RICHARDSON, TX  75082

FIRST CHOICE COOPERATIVE
4815 TROUP HWY
TYLER, TX  75702

FIRST SOLAR, INC.
ADDRESS ON FILE

FIRST-SHRED
2081 HUTTON DRIVE
#206
CARROLLTON, TX  75006

FISHER IT INC
5736 WOODRIDGE CT. NW, SUITE 201
CONCORD, NC  28027

FISHNET SECURITY, INC.
6130 SPRINT PARKWAY
SUITE 400
OVERLAND PARK, KS  66211

FLOWMASTER, INC.
11529 INVESTOR AVE.
BATON ROUGE, LA  70809

FLOWSERVE CORPORATION FCD
701 FIRST STREET
WILLIAMSPORT, PA  17701

FLUOR ENTERPRISES INC.
9000 WEST JEFFERSON
DALLAS, TX  75211

FMC CORPORATION
ADDRESS ON FILE

FONDREN FORENSICS, INC.
1404 BROWN TRAIL
STE. B-D
BEDFORD, TX  76022

FORD MOTOR COMPANY
16800 EXECUTIVE PLAZA DR.
RCB - 6N480
DEARBORN, MI  48126

FORD MOTOR COMPANY
5700 GRANITE PARKWAY
SUITE 1000
PLANO, TX  75024

FORESEE RESULTS INC
2500 GREEN ROAD
SUITE 400
ANN ARBOR, MI  48105

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

FORRESTER RESEARCH INC
25304 NETWORK PLACE
CHICAGO, IL  60673-1253

FORSYTHE SOLUTIONS GROUP, INC
ONE OVERLOOK POINT
SUITE 290
LINCOLNSHIRE, IL  60069

FORWARD ENERGY GROUP
1106 YORKSHIRE DR
CARROLLTON, TX  75007

FPL ENERGY PECOS WIND I, LLC
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

FPL ENERGY PECOS WIND II, LLC
700 UNIVERSE BLVD
JUNO BEACH, FL  33408

FPS FIRE PROTECTION SPECIALIST, LP
2569 GRAVEL ROAD
FORT WORTH, TX  76118

FRANKLIN ADVIS0RS, INC.
32300 NORTHWESTERN HWY
SUITE 200
FARMINGTON HILLS, MI  48334

FRANKLIN COVEY CLIENT SALES, INC.
2200 WEST PARKWAY BOULEVARD
SALT LAKE CITY, UT  84119

FREEDOM PARK, LP
7501 ESTERS BOULEVARD
SUITE 120
IRVING, TX  75063

FREEPOINT COMMODITIES LLC
58 COMMERCE ROAD
ATTN: LEGAL DEPARTMENT, WENDY LEWIS,
SVP, MANAGER, CONTRACT ADMIN.
STAMFORD, CT  06902

FREESE AND NICHOLS INC
4055 INTERNATIONAL PLAZA
SUITE 200
FT WORTH, TX  76109

FRONTERA GAS SUPPLY, INC.
8 EXBURY WAY
HOUSTON, TX  77056

FRONTIER ASSOCIATES LLC
1515 SOUTH CAPITAL OF TEXAS HWY
SUITE 110
AUSTIN, TX  78746

FRONTIER TRADING COMPANY, INC.
2204 AVALON COURT DR.
MELVILLE, NY  11747

FUEL EXCHANGE LLC
3050 POST OAK BLVD, SUITE 1355
HOUSTON, TX  77056-6527

FUEL TECH, INC.
ADDRESS ON FILE

FURMANITE, INC.
P.O. BOX 1416
LA PORTE, TX  77572-1416

FUSION ENERGY GROUP, LTD., D/B/A
SAVEONENERGY.COM
4144 NORTH CENTRAL EXPRESSWAY
SUITE 330
DALLAS, TX  75204

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

FUTURECOM
807 FOREST RIDGE DR.
SUITE 105
BEDFORD, TX  76022

FUTUREGEN INDUSTRIAL ALLIANCE, INC.
1101 PENNSYLVANIA AVE., 6TH FL
WASHINGTON, DC  20004

G&K SERVICES, INC.
5995 OPUS PARKWAY
SUITE 500
MINNETONKA, MN  55343

G2 ELECTRICAL TESTING & CONSULTING LLC
7113 HOLDEN DRIVE
ROCKWALL, TX  75087

GA OPTIONS, LLC
390 FIFTH AVENUE, SUITE 906
NEW YORK, NY  10018

GARBAN FUTURES, LLC
1100 PLAZA FIVE, 12TH FLOOR
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ  07311

GARY DAVIS DBA COMMERCIAL ELECTRICITY
CHOICE
6531 SILVER SHADE DR
HOUSTON, TX  77064

GARY F. LACHMAN AND ASSOCIATES
101 ROLLING RIDGE LANE
CRANDALL, TX  75114

GARY KUSIN
ADDRESS ON FILE

GARY L TURNER
204 SOUTH LANCASTER STREET
GRANBURY, TX  76048

GARY L TURNER
ADDRESS ON FILE

GATEWAY DIRECT MARKETING, LLC
7920 BELTLINE RD
SUITE 770
DALLAS, TX  75254

GATX CORPORATION
ATTN: DANIEL KRUGLER
222 WEST ADAMS STREET
ATTN: ACCOUNTS RECEIVABLE
CHICAGO, IL  60606

GATX CORPORATION
ATTN: JAY LEADINGHAM
11675 GREAT OAKS WAY, SUITE 110
ALPHARETTA, GA  30022

GC SERVICES LIMITED PARTNERSHIP
6330 GULFTON
HOUSTON, TX  77081

GDF SUEZ ENERGY MARKETING NA, INC.
1990 POST OAK BLVD, SUITE 1900
HOUSTON, TX  77056-4499

GE INFRASTRUCTURE; WATER AND PROCESS
TECHNOLOGIES
1708 AVALON DRIVE
COLLEYVILLE, TX  76034

GE INSPECTION TECHNOLOGIES, LP
721 VISIONS DRIVE
SKANEATELES, NY  13152

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

GE NUCLEAR ENERGY
2465 CASSENS DR.
FENTON, MO  63026

GEAR CLEANING SOLUTIONS, LLC
2221 MANANA DR
SUITE 190
DALLAS, TX  75220

GENERAL ATOMICS SYSTEMS
4949 GREENCRAIG LANE
SAN DIEGO, CA  92123

GENERAL ELECTRIC COMPANY
ADDRESS ON FILE

GENERAL ELECTRIC COMPANY
12221 NORTH HOUSTON ROSSLYN RD
HOUSTON, TX  77086-3216

GENERAL ELECTRIC INTERNATIONAL, INC.
4200 WILDWOOD PKWY
ATLANTA, GA  30339

GENERATOR AND MOTOR SERVICES, LLC
601 BRADDOCK AVENUE
TURTLE CREEK, PA  15145

GENESYS TELECOMMUNICATIONS
LABORATORIES, INC.
1155 MARKET ST., 11TH FLOOR
SAN FRANCISCO, TX  94103

GENON ENERGY MANAGEMENT, LLC
1000 MAIN STREET, 22ND FLOOR
HOUSTON, TX  77002

GENSCAPE, INC.
445 E. MARKET STREET
SUITE 200
LOUISVILLE, KY  40202

GEOPHYSICAL DATA MANAGEMENT
11836 JUDD CT.
SUITE 320
DALLS, TX  75243

GEORGIA WESTERN
ADDRESS ON FILE

GEOVEND INTERNATIONAL, LLC
9668 WESTHEIMER RD
SUITE 78
HOUSTON, TX  77063

GEUS
6000 JOE RAMSEY BLVD
GREENVILLE, TX  75402

GFI GROUP, INC.
100 WALL STREET, 4TH FLOOR
NEW YORK, NY  10015

GIBBS INTERNATIONAL, INC.
9855 WARREN H. ABERNATHY HIGHWAY
SPARTANBURY, SC  29301

GILL, LEE & CINDY
ADDRESS ON FILE

GIMMAL GROUP, INC.
24 GREENWAY PLAZA, SUITE 1000
HOUSTON, TX  77046

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Exhibit A - Notice of Assumption

GLACIAL ENERGY HOLDINGS
ADDRESS ON FILE

GLEICHENHAUS ADVISORS LLC
5323 STONEGATE ROAD
DALLAS, TX  75209

GLEN ROSE MEDICAL CENTER
PO BOX 2099
GLEN ROSE, TX  76043

GLOBAL ICE BLASTING INC.
P.O. BOX 6169
MCKINNEY, TX  75070

GLOBAL VIEW SOFTWARE, INC.
100 S. WACKER DRIVE, SUITE 210
CHICAGO, IL  60606

GODFREY & KAHN, S. C.
ONE EAST MAIN STREET
SUITE 500
P.O. BOX 2719
MADISON, WI  53701-2719

GODFREY-GRIFFITH, RYAN & ROBIN
ADDRESS ON FILE

GOH MEDICAL
ATTN: CHERYL GILLETTE-SHAW
POBOX 630301
IRVING, TX  75063

GOKEY RANCH
ATTN: LUCAS F. HAMMONDS
THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NJ  07102

GOKEY RANCH
P.O. BOX 1113
FAIRFIELD, TX  75840

GOLDEN TRIANGLE STORAGE, INC.
1200 SMITH STREET SUITE 900
HOUSTON, TX  77002-4374

GOLDER ASSOCIATES INC
500 CENTURY PLAZA DR STE 190
HOUSTON, TX  77073

GOLDMAN, SACHS & CO.
200 WEST STREET, 3RD FLOOR
ATTN:  PREEYA PAVAMANI
NEW YORK, NY  10282

GOMEZ, DANIEL
ADDRESS ON FILE

GOOD ENERGY
232 MADISON AVE
SUITE 300
NEW YORK, NY  10016

GOOD SHEPHERD
ATTN: KEN CUNNINGHAM
GS PHYSICIAN SERVICES
LONGVIEW, TX  75601

GOODRICH PETROLEUM COMPANY LLC
ADDRESS ON FILE

GOOGLE, INC.
1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CA  94043

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Exhibit A - Notice of Assumption

| | | |
|---|---|---|
| GORRONDONA & ASSOCIATES, INC.<br>5001 BRENTWOOD STAIR RD. STE 101<br>FORT WORTH, TX 76112 | GOSDIN'S DOZER SERVICE<br>4448 E HIGHWAY 67<br>RAINBOW, TX 76077 | GOSDIN'S DOZER SERVICE<br>PO BOX 123<br>RAINBOW, TX 76077 |
| GRAHAM, MART & DEBORAH<br>ADDRESS ON FILE | GRAINGER<br>100 GRAINGER PARKWAY<br>LAKE FOREST, IL 60045 | GRANITE TELECOMMUNICATIONS, LLC<br>100 NEWPORT AVENUE EXT.<br>QUINCY, MA 02171 |
| GRAVER TECHNOLOGIES INC<br>200 LAKE DRIVE<br>GLASGOW, DE 19702 | GRAVES-MATTHEWS, JOE BEN & LAUREN<br>ADDRESS ON FILE | GREAT RIVER ENERGY<br>12300 ELM CREEK BLVD.<br>MAPLE GROVE, MN 55369 |
| GREAT WESTERN INSURANCE COMPANY, AS<br>LOAN PARTICIPANT<br>C/O ADVANTUS CAPITAL MANAGEMENT INC.<br>ATTN: CLIENT ADMINISTRATOR<br>400 ROBERT ST NORTH<br>ST PAUL, MN 55101 | GREATWIDE DALLAS MAVIS, LLC D/B/A<br>GREATWIDE DALLAS MAVIS<br>8201 104TH STREET<br>SUITE 100<br>PLEASANT PRAIRIE, WI 53158 | GREEN, AVA<br>ADDRESS ON FILE |
| GREEN, ERNEST & MINDI<br>ADDRESS ON FILE | GREEN, JESSIE<br>ADDRESS ON FILE | GREENBERG, GRANT & RICHARDS, INC.<br>5858 WESTHEIMER ROAD<br>5TH FLOOR<br>HOUSTON, TX 77057 |
| GREENWAY/G&B FRISCO L.P.<br>C/O: G&B INTERESTS INC.<br>2808 FAIRMONT, SUITE 150<br>DALLAS, TX 75201 | GREG CAFFAREL, LLC<br>304 MEADOWDALE DR.<br>ROCKWALL, TX 75087 | GREGG INDUSTRIAL INSULATORS, INC.<br>P.O BOX 4347<br>LONGVIEW, TX 75606 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

GREGG INDUSTRIAL SERVICES, INC.
P.O. BOX 931
ATTN: MIKE WILCOX
KILGORE, TX  75663

GRIFFIN RESTORATION,INC
PO BOX 948
WHITESBORO, TX  76273

GROUP 1 SOFTWARE, INC.
4200 PARLIAMENT PLACE
SUITE 600
LANHAM, MD  20706-1844

GT ANALYSIS INC
2458 MANATEE AVE E
BRADENTON, FL  34208-2420

GTL ENERGY (USA) LIMITED
6215 COTTONWOOD SHORES DR
WELLINGTON, CO  80549

GULF SOUTH PIPELINE CO
LP GREENWAY PLAZA, SUITE 2700
ATTN: CREDIT DEPARTMENT
HOUSTON, TX  77046

GULF SOUTH PIPELINE COMPANY, LP
9 GREENWAY PLAZA  STE 2800
HOUSTON, TX  77046-0926

GULF SOUTH PIPELINE COMPANY, LP
ADDRESS ON FILE

GXS, INC.
100 EDISON PARK DRIVE
GAITHERSBURG, MD  20878

H & E EQUIPMENT SERVICES
1833 WEST NORTHWEST HIGHWAY
DALLAS, TX  75220

H.E.F. HOUSTON, L.P. DBA FOUR SEASONS
1310 LAMAR STREET
HOUSTON, TX  77010

HACH COMPANY
PO BOX 389
LOVELAND, CO  80539-0389

HAGGIN MARKETING, INC.
100 MONTGOMERY STREET. SUITE 1500
SAN FRANCISCO, CA  94104

HALFF ASSOCIATES, INC.
1201 N. BOWSER ROAD
RICHARDSON, TX  75081

HAMON CUSTODIS, INC.
58 EAST MAIN STREET
SOMERVILLE, NJ  08876

HAROLD MOORE & ASSOCIATES
1062 LAKEWAY DRIVE
NICEVILLE, FL  32578

HARRISON COUNTY GLASS CO
1200 E. GRAND AVE
MARSHALL, TX  75691

HARRISON WALKER AND HARPER, LP
2510 SOUTH CHURCH STREET
PARIS, TX  75460

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

HAZEL'S HOT SHOT INC.
P.O. BOX 801052
ATTN: GRANT CARONA
DALLAS, TX  75201

HCC CONTRACTING, INC
851 N US HWY 287, SUITE 100
ATT: BOB BLACKWELDER
MANSFIELD, TX  76063

HCC
ATTN: JOHN LALLY, III
37 RADIO CIRCLE DRIVE
MOUNT KISCO, NY  10549

HCC
ATTN: TOM PETTIT
8 FOREST PARK DRIVE
FARMINGTON, CT  06032

HCL AMERICA, INC.
2601 NETWORK BLVD., STE 400
FRISCO, TX  75034

HD JACKSON CO INC
ATTN: DAVID JACKSON
5671 STATE HWY 322 N
HENDERSON, TX  75652-8377

HDR ENGINEERING INC.
210 E 3RD STREET STE.300
FORT WORTH, TX  76102-4002

HDR ENGINEERING, INC.
17111 PRESTON ROAD
SUITE 200
DALLAS, TX  75248-1229

HEALTHCARE COALTION
7160 DALLAS PARKWAY
SUITE 600
PLANO, TX  75024

HEMBY REAL ESTATE COMPANY LTD.
2701 SUN MEADOW DR.
FLOWER MOUND, TX  75022

HEROES FOR CHILDREN
1701 NORTH COLLINS, SUITE 240
RICHARDSON, TX  75090

HEWITT ASSOCIATES LLC, OPERATING AS AON
HEWITT
2201 WEST ROYAL LANE
SUITE 100
IRVING, TX  75063

HEWITT ENNISKNUPP, INC.
ATTN: GENERAL COUNSEL
100 HALF DAY ROAD
LINCOLNSHIRE, IL  60069

HEWITT ENNISKNUPP, INC.
ATTN:JOHN FLAGEL
3350 RIVERWOOD
PARKWAY SUITE 80
ATLANTA, GA  30339

HEWLETT PACKARD
8000 FOOTHILLS BLVD
MS 5509
ROSEVILLE, CA  95747

HEWLETT-PACKARD COMPANY
3000 HANOVER ST.
PALO ALTO, CA  94304

HF & ASSOCIATES, INC.
8626 TESORO DRIVE, SUITE 130
SAN ANTONIO, TX  78217

HFE- OPERATING, LLC
5959 RICHMOND  AVE
SUITE 300
HOUSTON, TX  77057-6325

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

HIGH TEMPERATURE TECHNOLOGIES, INC.
2175 DUNAVANT STREET
CHARLOTTE, NC  28203

HILL COUNTRY WIND POWER, L.P.
3820 AMERICAN DRIVE
STE 310
PLANO, TX  75075-6101

HMR BUSINESS SOLUTIONS
2777 LAKE FOREST DR
ROUND ROCK, TX  78665

HMWK LLC
301 CONGRESS AVE STE 1700
AUSTIN, TX  78701

HOIST & CRANE SERVICE GROUP
544 MEADOW LARK DR.
MONROE, LA  71203

HOLCIM (US) INC.
6211 ANN ARBOR ROAD
DUNDEE, MI  48131

HOLMAN BOILER WORKS, INC.
1956 SINGLETON BLVD.
DALLAS, TX  75212

HOLMES MURPHY
LARA KENT
12712 PARK CENTRAL DRIVE
SUITE 100
DALLAS, TX  75251

HOLOPHANE, AN ACUITY BRANDS CO.
3825 COLUMBUS RD
BUILDING F
GRANVILLE, OH  43023

HOLT TEXAS, LTD.
3302 SOUTH W.W. WHITE RD.
SAN ANTONIO, TX  78222

HOLTEC INTERNATIONAL, INC.
555 LINCOLN DRIVE WEST
MARLTON, NJ  08053

HOPSON SERVICES COMPANY, INC.
4821 EAST GRAND AVENUE
DALLAS, TX  75223

HORIZON ENVIRONMENTAL SERVICES, INC.
1507 SOUTH IH 35
AUSTIN, TX  78741

HORIZON TECHNOLOGY
16 NORTHWESTERN DRIVE
SALEM, NH  03079

HORIZON TECHNOLOGY
45 NORTHWESTERN DR.
SALEM, NH  03079

HORTENSTINE RANCH COMPANY, LLC
10711 PRESTON ROAD STE. 265
DALLAS, TX  75230

HOST INTEGRITY SYSTEMS
4568 PECAN VALLEY DRIVE
PLANO, TX  75093

HOULIHAN LOKEY CAPITAL INC
ACCOUNTS RECEIVABLE DEPT
10250 CONSTELLATION BLV 5TH FL
LOS ANGELES, CA  90067

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

HOUSTON PIPE LINE COMPANY LP
1300 MAIN STREET
ATTN: CREDIT DEPARTMENT - TREASURY
HOUSTON, TX  77002

HOUSTON PIPE LINE COMPANY LP
711 LOUISIANA ST., SUITE 900
HOUSTON, TX  77002-2831

HSBC SECURITIES (USA) INC.
452 FIFTH AVENUE
NEW YORK, NY  10018

HUFFMAN EQUIPMENT & SERVICES
320 SOUTH BEACH ST.
FORT WORTH, TX  76105

HUGH EDGAR SAWYER III
ADDRESS ON FILE

HUMPHREY & ASSOCIATES INC.
1605 WEST 16TH STREET
MOUNT PLEASANT, TX  75455

HUNT OIL COMPANY
1900 N. AKARD ST.
DALLAS, TX  75201

HUNTON & WILLIAMS LLP
1445 ROSS AVE.
SUITE 3700
DALLAS, TX  75202-2799

HUTHER AND ASSOCIATES, INC.
1445 MACARTHUR DRIVE, SUITE 216
CARROLTON, TX  75007

HUTSON CREATIVE GOUP, INC.
6555 SIERA DRIVE
IRVING, TX  75039

HYDROAIRE SERVICE INC
834 W. MADISON STREET
CHICAGO, IL  60607

HYDROCARBON EXCHANGE CORP.
5910 NORTH CENTRAL EXPRESSWAY,
SUITE 1380
ATTN: PRESIDENT
DALLAS, TX  75206-5126

HYDROTEX DYNAMICS INC.
6320 CUNNINGHAM ROAD
HOUSTON, TX  77041

HYUNDAI CORPORATION USA
140-2, GYE-DONG, JONGNO-GU
SEOUL  110-793  KOREA, REPUBLIC OF

I&O COMMUNICATIONS
611 S. CONGRES AVE, SUITE 100
AUSTIN, TX  78704

IAF ADVISORS
ATTN: KYLE COOPER
10938 SAINT MARYS LN
HOUSTON, TX  77079

IAG ENERGY BROKERS INC.
3700 GALT OCEAN MILE  STE 901
FORT LAUDERDALE, FL  33308

IBERDROLA ENERGY SERVICES, LLC
20329 STATE HWY 249 STE 500
HOUSTON, TX  77070

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

| | | |
|---|---|---|
| IBEW NO. 2078<br>8258 HIGHWAY 79 WEST<br>ROCKDALE, TX  75657 | IBEW NO. 220<br>2804 SE LOOP 820<br>FORT WORTH, TX  76140 | IBEW NO. 2337<br>450 W STERLING PRICE RD<br>TATUM, TX  75691 |
| IBM CREDIT LLC<br>NORTH CASTLE DRIVE<br>ARMONK, NY  10504-1785 | IBM<br>1177 BELTLINE RD<br>COPPELL, TX  75019 | ICAP ENERGY LLC<br>9931 CORP. CAMPUS DR., STE 1000<br>LOUISVILLE, KY  40223 |
| ICAP ENERGY, LLC -- COAL DESK<br>789 OAKWOOD DRIVE<br>RIDGEDALE, MO  65739 | ICE TRADE VAULT<br>2100 RIVER EDGE PKWY 5TH FLOOR<br>ATLANTA, GA  30328 | ICF INTERNATIONAL, INC.<br>9300 LEE HIGHWAY<br>FAIRFAX, VA  22031 |
| ICON INFORMATION CONSULTANTS, LP<br>2425 WEST LOOP SOUTH<br>STE 525<br>HOUSTON, TX  77027 | IDEA<br>12724 GRAN BAY PARKWAY<br>SUITE 300<br>JACKSONVILLE, FL  32258 | IEX CORPORATION<br>PALISDADES CENTRAL I<br>2425 N. CENTRAL EXPRESSWAY<br>SUITE 500<br>RICHARDSON, TX  75080 |
| IHS CERA INC.<br>55 CAMBRIDGE PARKWAY<br>CAMBRIDGE, MA  02142 | IMAGEMAKER POST, INC.<br>400 EAST ROYAL LANE #230<br>3 DALLAS COMMUNICATIONS COMPLEX<br>IRVING, TX  45039 | IMAGINATION BRANDING<br>1025 NORTH MILL ST<br>STE A<br>LEWISVILLE, TX  75057 |
| IMG COLLEGE, LLC<br>540 NORTH TRADE STREET<br>WINSTON-SALEM, NC  27101 | IMPERIAL TECHNOLOGIES, INC.<br>7901 CLEVELAND AVE, NW<br>NORTH CANTON, OH  44720 | IMPERIUM PUBLIC AFFAIRS<br>PO BOX 13382<br>CAPITOL STATION<br>AUSTIN, TX  78711 |

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

IMPRIMIS GROUP, INC.
4835 LBJ FRWY, STE. 1000
DALLAS, TX  75244

IMPROVING ENTERPRISES, INC.
15950 DALLAS PARKWAY
STE. 500
DALLAS, TX  75248

INCITE ENERGY, LLC
4409 MONTROSE
HOUSTON, TX  77006

INDECK ENERGY SERVICES, INC
600 N. BUFFALO GROVE RD
SUITE 300
BUFFALO GROVE, IL  60089

INDEPENDENT ORGANIZATION OF LITTLE
CAESAR FRANCHISE
2685 LAPEER RD
SUITE 101
AUBURN HILLS, MI  48326

INDIAN MESA WIND FARM, LLC
700 UNIVERSE BOULEVARD
JUNO BEACH, FL  33408

INDIGO MINERALS, LLC
ADDRESS ON FILE

INDUSTRIA CARBONIFERA RIO DESERTO LTDA.
515 GETULIO VARGAS AVENUE
CRICIUMA SANTA CATARINA  CEP 88801-500
BRAZIL

INDUSTRIAL INFO RESOURCES, INC.
2277 PLAZA DRIVE, SUITE 300
SUGAR LAND, TX  77479

INDUSTRIAL REFRACTORY SERVICES
2300 SOUTH MAIN STREET
FORT WORTH, TX  76110

INDUSTRIAL REFRACTORY SERVICES, INC.
1601 BRYAN STREET
21ST FLOOR
DALLAS, TX  75201

INDUSTRIAL SERVICES GROUP INC., D.B.A.
UNIVERSAL BLASTCO
318 NEELEY STREET
SUMTER, SC  29150

INFINITE ELECTRIC, LLC
7001 SW 24TH AVENUE
GAINSVILLE, FL  32607

INFINITY POWER PARTNERS, LLC
2603 AUGUSTA
#450
HOUSTON, TX  77057

INFORMATION ALLIANCE, INC.
595 E RESEARCH PARKWAY
NORTH LOGAN, UT  81341

INFORMATION TECHNOLOGY SERVICES,
DELOITTE TECHNICAL LIBRARY, DELOITTE
SERVICES LP
500 COLLEGE ROAD EAST
THIRD FLOOR
PRINCETON, NJ  08540

INFOSYS TECHNOLOGIES LTD.
6100 TENNYSON PARKWAY
SUITE 200
PLANO, TX  75024

INFOUSA
DONNELLEY MARKETING DIVISION
PO BOX 3603
OMAHA, NE  68103-0603

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

INGERSOLL-RAND AIR CENTER
P.O. BOX 560204
DALLAS, TX  75356

INGERSOLL-RAND COMPANY
800-E BEATY STREET
DAVIDSON, NC  28036

INGERSOLL-RAND
4301 ADLER DRIVE
DALLAS, TX  75211

INNOWATTS, LLC
601 SAWYER ST
SUITE 205
HOUSTON, TX  77027

INOVIS USA INC
SUITE 100, PARKWAY 400
11720 AMBERPARK DRIVE
ALPHARETTA, GA  30009-2271

INPENSA, INC.
2050 ROUTE 27
SUITE 209
NORTH BRUNSWICK, NJ  08902

INSERT KEY SOLUTIONS, INC.
ATTN: EVAN NIEMKIEWICZ
101 PONDS EDGE DRIVE, FRANKLIN BUILDING
SUITE 300
CHADDS FORD, PA  19317

INSIDE EPA
PO BOX 7167, BEN FRANKLIN STATION
WASHINGTON, DC  20044-7167

INSIDESALES.COM, INC.
34 E 1700 S. SUITE A220
PROVO, UT  84606

INSTITUTE FOR CORPORATE PRODUCTIVITY
411 FIRST AVENUE SOUTH, SUITE 403
SEATTLE, WA  98104

INTEC COMMUNICATIONS, LLC
1205 S WHITE CHAPEL BLVD
SUITE 120
SOUTHLAKE, TX  76092

INTECH INC
2802 BELLE ARBOR AVE
CHATTANOOGA, TN  37406

INTEGRATED POWER SERVICES, LLC
1245 N. HEAME DRIVE
SHREVEPORT, LA  71007

INTEGRITY CHAUFFEURED TRANSPORTATION
LLC
3917 SADDLEHEAD DR.
PLANO, TX  75075

INTELLA SALES, LLC
6340 LAKE WORTH BLVD.
SUITE 293
FORT WORTH, TX  76135

INTELLIGEN RESOURCES, LP
2909 MORTON ST
FORT WORTH, TX  76107

INTELOMETRY INC.
216 CENTERVIEW DRIVE, SUITE 160
BRENTWOOD, TN  37027-5260

INTERACTIONS CORPORATION
31 HAYWARD STREET
SUITE E
FRANKLIN, MA  02038

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

| | | |
|---|---|---|
| INTERACTIVE DATA<br>3955 POINT EDEN WAY<br>HAYWARD, CA  94545 | INTERCONTINENTALEXCHANGE, INC.<br>2100 RIVER EDGE PARKWAY, 5TH FL.<br>ATLANTA, GA  30328 | INTER-COUNTY COMMUNICATIONS, INC.<br>P.O. BOX 869<br>SULPHUR SPRINGS, TX  75483-0896 |
| INTERNAL DATA RESOURCES, INC.<br>ATTN: WILL HAYES<br>7000 PEACHTREE DUNWOODY RD.<br>BLDG 14, STE 100<br>ATLANTA, GA  30328 | INTERNATIONAL SWAPS AND DERIVATIVES<br>ASSOCIATION, INC<br>360 MADISON AVE<br>NEW YORK, NY  10017 | INTERTEK<br>601 WEST CALIFORNIA AVENUE<br>SUNNVALE, CA  94086 |
| INTRALINKS, INC.<br>150 EAST 42ND ST. 8TH FLOOR<br>NEW YORK, NY  10017 | INVENSYS SYSTEMS INC<br>33 COMMERCIAL STREET, C41-2D<br>FOXBORO, MA  02035 | INVENSYS SYSTEMS, INC.<br>10636 MEADOW BROOK<br>FORNEY, TX  75126 |
| INVENTYS THERMAL TECHNOLOGIES<br>ADDRESS ON FILE | INVESTMENT SUPPORT SYSTEMS, INC.<br>ATTN: ELLIE R. ZABAL<br>222 NEW ROAD<br>PARSIPPANY, NJ  07054 | ION ENERGY GROUP<br>40 WALL STREET 38TH FLOOR<br>NEW YORK, NY  10005 |
| IPSOS-ASI, INC.<br>ATTN: KELLY CEMBER<br>301 MERRIT 7<br>NORWALK, CT  06851 | IRONWOOD OIL & GAS, LLC<br>ADDRESS ON FILE | ITRON, INC.<br>2818 N SULLIVAN RD.<br>SPOKANE, WA  99216 |
| IVG ENERGY, LTD.<br>20 E. GREENWAY PLAZA, SUITE 400<br>HOUSTON, TX  77046 | J J JASMAHN LTD<br>7101 AZALEA LN<br>DALLAS, TX  75230 | J. GIVOO CONSULTANTS<br>410 HOLLY GLEN DRIVE<br>CHERRY HILL, NJ  08034 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES TO BE ASSUMED**
**PURSUANT TO THE PLAN; (B) CURE AMOUNTS,**
**IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

| | | |
|---|---|---|
| J. W. GATHERING COMPANY<br>ATTN: CONTRACT ADMINISTRATION<br>PO BOX 226406<br>DALLAS, TX  75222-6406 | J.E. CICHANOWICZ, INC.<br>P.O. BOX 905<br>SARATOGA, CA  95071 | JACK ROBERTS<br>ADDRESS ON FILE |
| JACK RUSSELL OIL, LLC<br>ADDRESS ON FILE | JACK W GULLAHORN PC<br>PO BOX 140045<br>AUSTIN, TX  78714 | JACKSON LIFE INSURANCE CO<br>TONI ESTLER<br>1275 SANDUSKY RD<br>JACKSONVILLE, IL  62650 |
| JACKSON SJOBERG MCCARTHY &<br>TOWNSEND LLP<br>711 WEST 7TH STREET<br>AUSTIN, TX  78701 | JACKSON-GREEN, MARKUS & ANGELA<br>ADDRESS ON FILE | JAMES A. BURKE<br>ADDRESS ON FILE |
| JAMES SCOTT KIRKPATRICK<br>1102 EAST KILAPATRICK<br>CLEBURNE, TX  76031 | JAMES SCOTT KIRKPATRICK<br>ADDRESS ON FILE | JANI-KING, INC.<br>ADDRESS ON FILE |
| JASON HEALEY<br>12969 CR 42<br>TYLER, TX  75704 | JASTER-QUINTANILLA DALLAS LLP<br>2105 COMMERCE STREET<br>SUITE 300<br>DALLAS, TX  75201 | JE CICHANOWICZ INC.<br>236 N. SANTA CRUZ AVE #202<br>LOS GATOS, CA  95036 |
| JEFFERY, ANTHONY & SHALINDA<br>ADDRESS ON FILE | JENFITCH LLC<br>712 BANCROFT ROAD<br>SUITE 805<br>WALNUT CREEK, CA  94598 | JERI THORNTON<br>ADDRESS ON FILE |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Page 54 of 107

Exhibit A - Notice of Assumption

JETA CORPORATION
540 LINDON LANE
SUITE D
NIPOMO, CA  93444

JEWEL AUSTIN
ADDRESS ON FILE

JIMMY ESTES
ADDRESS ON FILE

JJA, INC.
8150 NORTH CENTRAL EXPRESSWAY
M-2100 CAMPBELL CENTRE
DALLAS, TX  75206

JOHN CRANE INC.
ATTN: ANDREW FORREST
6400 WEST OAKTON STREET
MORTON GROVE, IL  60053

JOHN HANCOCK INSURANCE CO
JOHN HANCOCK
164 CORPORATE DR.
PORTSMOUTH, NH  03801

JOHN HANCOCK LIFE INSURANCE CO, AS LOAN
PARTICIPANT
C/O MANUFACTURERS LIFE INSURANCE
COMPANY
ATTN: SECURITIES OPERATIONS - VITO PEDOTA
200 BLOOR STREET EAST
TORONTO, ON  M4W 1E5  CANADA

JOHN HANCOCK LIFE INSURANCE COMPANY
(U.S.A.) (F/K/A JOHN HANCOCK VARIABLE LIFE
INSURANCE ), AS LOAN PARTICIPANT
ATTN: BOND AND CORPORATE FINANCE GROUP
T-57
200 CLARENDON STREET
BOSTON, MA  02117

JOHN HILDRETH
ADDRESS ON FILE

JOHN T. BOYD COMPANY
ADDRESS ON FILE

JOHN YOUNG
ADDRESS ON FILE

JOHNSON & PACE, INC.
1201 NW LOOP 281
LONGVIEW, TX  75604

JOHNSON & PACE, INC.
1601 BRYAN STREET
DALLAS, TX  75201

JOHNSON SERVICE GROUP
300 CANYON PARK DRIVE
PELHAM, AL  35124

JOINT STOCK COMPANY TENEX
OZERKOVSKAYA NAB.28. BLD.3
URANIUM PROJECT SALES
DIRECTORATE
MOSCOW  115184  RUSSIAN FEDERATION

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

| | | |
|---|---|---|
| JONI KUYKENDALL<br>ADDRESS ON FILE | JORDAN, JONES & GOULDING, INC.<br>ADDRESS ON FILE | JOSE L. MEDINA DBA FIRST NATIONAL ENERGY<br>SOLUTIONS<br>801 EAST FERN AVE<br>STE 119<br>MCALLEN, TX  78501 |
| JOYCE CRANE<br>ADDRESS ON FILE | JPMORGAN CHASE BANK, N.A. OR CHASE BANK<br>USA, N.A.<br>300 S RIVERSIDE PLZ STE ILI-0199<br>CHICAGO, IL  60670-0199 | JPMORGAN CHASE BANK, N.A.<br>270 PARK AVE<br>ATTN: LEGAL DEPT-DERIVATIVES PRA<br>NEW YORK, NY  10017-2070 |
| JPMORGAN CHASE VIA METLIFE<br>ATTN: MARY PLESSIAS<br>ONE CHASE MANHATTAN PLAZA, 7TH FLOOR<br>NEW YORK, NY  10005 | JPMORGAN CHASE<br>ATTN: BRIAN KRAMER<br>712 MAIN ST. 5TH FLOOR<br>HOUSTON, TX  77002 | JPMORGAN VENTURES ENERGY CORP.<br>270 PARK AVE<br>NEW YORK, NY  10017-2070 |
| JUDY NEWTON LAND SERVICES<br>ADDRESS ON FILE | JUNIPER GULF FREEWAY, LTD<br>10909 GULF FWY<br>HOUSTON, TX  77034 | JUST IN TIME SANITATION SERVICES<br>PO BOX 290<br>CARTHAGE, TX  75633 |
| K&L GATES<br>CRAIG W. BUDNER, ADMINISTRATIVE PARTNER<br>1717 MAIN STREET, SUITE 2800<br>DALLAS, TX  75201 | KANSAS CITY SOUTHERN RAILWAY COMPANY<br>427 WEST 12TH STREET<br>CATHEDRAL SQUARE<br>KANSAS CITY, MO  64105 | KANSAS GAS AND ELECTRIC<br>PO BOX 411<br>1550 OXEN LANE N.E.<br>BURLINGTON, KS  66839 |
| KAY, AMBER<br>ADDRESS ON FILE | KC COTTRELL INC.<br>2319 TIMBERLOCH PLACE, SUITE E<br>THE WOODLANDS, TX  77380 | KEASLER, GLENDA<br>ADDRESS ON FILE |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

KEKST AND COMPANY INC
C/O BANK OF AMERICA
16655 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

KELLIS PIERCE
ADDRESS ON FILE

KELM ENGINEERING
907 S FRIENDSWOOD DR.
FRIENDSWOOD, TX  77546

KEPNER-TREGOE INC
BUSINESS SERVICES GROUP
116 VILLAGE BLVD, SUITE 300
PRINCETON, NJ  08540

KERRVILLE PUBLIC UTILITY BOARD
2250 MEMORIAL BLVD.
P.O. BOX 294999
KERRVILLE, TX  78029

KESTREL POWER ENGINEERING LLC
9126 N 2150 E RD.
FAIRBURY, IL  61739

KESTREL RESOURCES, INC.
ADDRESS ON FILE

KEY EQUIPMENT FINANCE , INC
ATTN: LEVERAGED LEASE ADMINISTRATION -
ANN BRESKA
66 SOUTH PEARL STREET
7TH FLOOR
ALBANY, NY  12204

KEY POWER SOLUTIONS LLC
2804 BUTTERFLY DR
TEMPLE, TX  76502

KFX INC. D/B/A EVERGREEN ENERGY INC.
55 MADISON STREET, STE 500
DENVER, CO  80206

KIEWITT MINING GROUP INC.,
ADDRESS ON FILE

KINCO INC
22009 BUSH DR.
WACO, TX  76712

KINDER MORGAN TEJAS PIPELINE, LLC.
1001 LOUISIANA STREET
SUITE 1000
HOUSTON, TX  77002-5089

KINDER MORGAN, INC.
500 DALLAS STREET
HOUSTON, TX  77002-9817

KINETIC ENERGY LLC
1111 BAGBY
CLUTCH CITY, TX  77002

KJDFI, INC.
215 ORANGE STREET
OZONA, FL  34660

KLINGE & CO PTY LTD
8/457 UPPER EDWARD ST
SPRING HILL 4000
BRISBANE, QUEENSLAND  AUSTRALIA

KLOBUCAR-HOOPER, MARCUS & ALICE
ADDRESS ON FILE

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

KNIGHT SECURITY SYSTEMS, LLC
10105 TECHNOLOGY BLVD WEST
SUITE 100
DALLAS, TX  75220

KNIGHTHAWK ENGINEERING
17625 EL CAMINO REAL
SUITE 412
HOUSTON, TX  77058

KOCH GATEWAY PIPELINE COMPANY
PO BOX 1478
HOUSTON, TX  77251-1478

KOCH SUPPLY & TRADING, LP
4111 EAST 37TH STREET NORTH
WICHITA, KS  67220

KOETTER FIRE PROTECTION LLC
9759 BROCKBANK DRIVE
DALLAS, TX  75220

KOETTER FIRE PROTECTION OF AUSTIN LLC
16069 CENTRAL COMMERCE DR
PFLUGERVILLE, TX  78660

KOETTER FIRE PROTECTION OF AUSTIN, LLC
16415 CENTRAL COMMERCE
PFLUGERVILLE, TX  78660

KOETTER FIRE PROTECTION OF LONGVIEW LLC
6008 FM 2088
GILMER, TX  75644

KOETTER FIRE PROTECTION OF LONGVIEW, LLC
207 W. SCOTT ST.
GILMER, TX  75664

KONECRANES NUCLEAR EQUIPMENT &
SERVICES
5300 S EMMER DRIVE
NEW BERLIN, WI  53151

KONECRANES
5125 HILTON VIEW ROAD
PO BOX 40400
HOUSTON, TX  77240

KONECRANES, INCORPORATED
2009 108TH STREET
SUITE 901
GRAND PRAIRIE, TX  75050

KOSO AMERICA, INC
4 MANLEY STREET
WEST BRIDGEWATER, MA  02379

KOTARSKI ENTERPRISES INC
1109 MONTEGO RD
FORT WORTH, TX  76116

KPMG LLP
717 HARWOOD, STE 3100
DALLAS, TX  75201

KRELLER GROUP INC
817 MAIN STREET
CINCINNATI, OH  45202-2183

KRJA SYSTEMS INC., DBA MAPTEK
165 S. UNION BLVD. STE 888
LAKEWOOD, CO  80228

KROLL LABORATORY SPECIALISTS
ATTN: NOLAN SHARON
1111 NEWTON ST.
GRETNA, LA  70053

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

| | | |
|---|---|---|
| KURT STENBERG<br>ADDRESS ON FILE | KWH CONSULTING SERVICES LTD<br>11265 ALLISON AVE<br>AZLE, TX  76020 | L5E, LLC<br>130 EAST CARPENTER FWY<br>IRVING, TX  75062 |
| LA GRANGE ACQUISITION, L.P. - D/B/A ENERGY<br>TRANSFER COMPANY<br>ADDRESS ON FILE | LA GRANGE ACQUISITION, L.P. D/B/A ENERGY<br>TRANSFER COMPANY<br>800 E. SONTERRA BLVD, STE 300<br>ATTN: CONTRACT ADMINISTRATION<br>SAN ANTONIO, TX  78258 | LACY SURVEYING INC.<br>P.O. BOX 736<br>ARP, TX  75750 |
| LAM, LYN, & PHILLIP, P.C, ATTORNEYS AT LAW<br>3555 TIMMONS LANE<br>SUITE 790<br>HOUSTON, TX  77027 | LANTERN PROPERTIES, INC<br>6711 FALLING WATERS DR<br>SPRING, TX  77379 | LARRY D PIERCE<br>ADDRESS ON FILE |
| LATIN FORCE GROUP, LLC<br>ADDRESS ON FILE | LAUREN ENGINEERS & CONSTRUCTORS, INC.<br>ADDRESS ON FILE | LAURENCE STEPHEN MELZER DBA MELZER<br>CONSULTING<br>ADDRESS ON FILE |
| LAURIE FENSTEMAKER PAIR<br>ADDRESS ON FILE | LAURIE FENSTEMAKER PAIR<br>ADDRESS ON FILE | LAY MECHANICAL<br>PO BOX 571969<br>DALLAS, TX  75357 |
| LAYNE CHRISTENSEN COMPANY<br>5734 AMERICAN LEGION RD<br>TYLER, TX  75708 | LAY'S MANUFACTURING INC.<br>215 N. 10TH ST<br>BOX 457<br>MT. VERNON, IL  62864 | LCG CONSULTING<br>4962 EL CAMINO REAL<br>SUITE 112<br>LOS ALTOS, CA  94022 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

LCM TECHNOLOGY, L.C.
ATTN: FRANK GREGOR, P.E.
2103 OTTER COURT
TARPON SPRINGS, FL  34689

LEAD STRONG INC.
14593 GREENLEAF CT
ADDISON, TX  75001

LEADERSHIP RESOURCE CENTER LLC
ATTN: W. STANLEY BEECHAM, PSY. D
1101 BOMBAY LN
ROSWELL, GA  30076

LEAK REPAIRS, INC.
P.O. BOX 12079
LONGVIEW, TX  75602

LEE HECHT HARRISON LLC
ADDRESS ON FILE

LEELAND BAKING COMPANY
ADDRESS ON FILE

LEGACY ENERGY GROUP, LLC
32 WATERLOO ST
WARRENTON, VA  20186

LEHMAN BROTHERS COMMODITY SERVICES
INC.
1271 SIXTH AVENUE, 40TH FLOOR
NEW YORK, NY  10020

LES HAJAGOS
ADDRESS ON FILE

LEVEL 3 COMMUNICATIONS
1025 ELDORADO BLVD.
BROOMFIELD, CO  80021

LEWIS-GOETZ AND COMPANY, INC.
10800 N. STEMMONS FREEWAY
DALLAS, TX  75220

LEXINGTON ACQUIPORT COLINAS L.P.
C/O LEXINGTON REALTY TRUST
1600 VICEROY SUITE 150
ATTN: CHRIS DELZELL, VICE PRESIDENT
DALLAS, TX  75235-2306

LIBURDI TURBINE SERVICES INC
400 HWY6 NORTH
DUNDAS, ON  L9H7K4  CANADA

LIFE ACCOUNT, LLC D/B/A COMPASS
PROFESSIONAL HEALTH SERVICES
13601 PRESTON ROAD
SUITE 816E
DALLAS, TX  75240

LIFEPROTECTION SPRINKLER LLC
2636 GRAVEL DR.
FORT WORTH, TX  76118

LINDIG CONSTRUCTION INC
PO BOX 318
JOHNSON CITY, TX  78636

LINKEDIN
2029 STIERLIN CT.
MOUNTAIN VIEW, CA  94043

LIPPMAN CONSULTING, INC.
444 EXECUTIVE BVD., SUITE 227
EL PASO, TX  79902

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

LIQUID FUTURES LLC
800 THIRD AVE, 39TH FLOOR
NEW YORK, NY  10022

LIQUIDITY ENERGY LLC
101 MORGAN LANE
PLAINSBORO, NJ  80536

LISA A GARCIA
ADDRESS ON FILE

LIVE ENERGY, INC
1124 GLADE RD
SUITE 140
COLLEYVILLE, TX  76034

LIVEPERSON, INC.
462 7TH AVENUE
THIRD FLOOR
NEW YORK, NY  10018

LIVINIT'S, LLC
1350 N GREENVILLE AVE
#1307
RICHARDSON, TX  75081

LOCHRIDGE-PRIEST INC.
225 LAKE AIR DRIVE
WACO, TX  76710

LOCOMOTIVE SERVICE, INC
405 URBAN STREET
SUITE 370
LAKEWOOD, CO  80228

LONE STAR RAILROAD CONTRACTORS INC
P.O. BOX 1150
ENNIS, TX  75120

LONE STAR RAILROAD CONTRACTORS INC
P.O. BOX 75120
ENNIS, TX  75120

LOWER COLORADO RIVER AUTHORITY
3700 LAKE AUSTIN BLVD.
AUSTIN, TX  78703

LOWER ENERGY BILLS LLC DBA USA POWER &
LIGHTS
8618 HUMPHREYS DR
HOUSTON, TX  77083

LOWER POWER BILL NOW, LLC
2332 MONTICELLO  CIRCLE
PLANO, TX  75075

LP AMINA, LLC
15720 JOHN J. DELANEY DRIVE.
SUITE 300
ATTN: DAVID PIEJAK
CHARLOTTE, NC  28277

LPI CONSULTING INC
1031 31ST ST NW
WASHINGTON, DC  20007

LPS FUTURES
800 THIRD AVENUE-37TH FL
NEW YORK, NY  10022

LUCAS GROUP
5001 SPRING VALLEY ROAD
SUITE 600E
DALLAS, TX  75244

LUMINANT ENERGY COMPANY LLC
1601 BRYAN ST
EP-27 CONTRACT ADMINISTRATION
DALLAS, TX  75201-3302

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Exhibit A - Notice of Assumption

LUMINANT GENERATION COMPANY LLC
ATTN: MR. JEFF WALKER
1601 BRYAN ST.
DALLAS, TX  75201-3411

LUMINANT MINING COMPANY LLC, SANDOW
POWER COMPANY LLC
ATTN: TIFFANY SILVEY
1601 BRYAN ST.
DALLAS, TX  75201-3411

M & M THE SPECIAL EVENTS CO.
2161 HUTTON DRIVE
CARROLLTON, TX  75006

M AND S TECHNOLOGIES
2727 LBJ FWY.
SUITE 810
DALLAS, TX  75234

M. S. GREENE
ADDRESS ON FILE

MACQUARIE ENERGY, LLC
500 DALLAS STREET, SUITE 3100
HOUSTON, TX  77002

MACQUARIE FUTURES USA INC.
125 WEST 55TH STREET, 20TH FLOOR
ATTN: LEGAL RISK MANAGEMENT
NEW YORK, NY  10019-5369

MACQUARIE FUTURES USA LLC
125 WEST 55TH ST.
NEW YORK, NY  10019-5369

MADISON GROUP LLC
1030 15TH ST NW STE 1080 W
WASHINGTON, DC  20005

MADISONVILLE MIDSTREAM LLC
150 CALIFORNIA ST.,  STE. #600
SAN FRANCISCO, CA  94111

MAGELLAN BEHAVIORAL HEALTH, INC.
14100 MAGELLAN PLAZA DRIVE
MARYLAND HEIGHTS, MO  63043

MALIK MERCHANT
9555 WILCREST DR
HOUSTON, TX  77099

MAMAS DAUGHTER DINER
2014 IRVING BLVD.
DALLAS, TX  UNITED STATES

MANAGEMENT RESOURCES GROUP, INC
27 GLEN ROAD, 3RD FL
SANDY HOOK, CT  06482

MANULIFE INSURANCE COMPANY, AS LOAN
PARTICIPANT
C/O JOHN HANCOCK LIFE INSURANCE
COMPANY
ATTN: BOND AND CORPORATE FINANCE
GROUP, T-57
200 CLARENDON STREET
BOSTON, MA  02117

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

| | | |
|---|---|---|
| MARATHON CAPITAL, LLC<br>ADDRESS ON FILE | MARCO INSPECTION SERVICES, LLC<br>P.O. BOX 1941<br>KILGORE, TX  75663 | MARFIELD CORPORATE STATIONERY<br>1225 E. CROSBY ROAD<br>SUITE B1<br>CARROLLTON, TX  75006 |
| MARK HAMMONDS<br>ADDRESS ON FILE | MARK MCFARLAND<br>ADDRESS ON FILE | MARKETFORCE CORPORATION<br>ADDRESS ON FILE |
| MARKETPAY<br>600 GRANT STREET, SUITE 400<br>DENVER, CO  80203-3526 | MARKIT GROUP LIMITED<br>ADDRESS ON FILE | MARKSMEN, INC.<br>ADDRESS ON FILE |
| MARSH USA INC<br>PO BOX 846015<br>DALLAS, TX  75284-6015 | MARSHALL MILLER & ASSOCIATES, INC.<br>200 GEORGE STREET, SUITE 6<br>BECKLEY, WV  25801 | MARSTON & MARSTON, INC.<br>13515 BARRETT PKWY DR. STE 260<br>BALLWIN, MO  63021 |
| MARTIN ENGINEERING<br>ONE MARTIN PLACE<br>NEPONSET, IL  61345 | MARTIN OPERATING PARTNERSHIP, LP<br>ADDRESS ON FILE | MARY ANN COTTEN, PH.D.<br>ADDRESS ON FILE |
| MASSEY SERVICES INC<br>708 W EULESS BLVD<br>EULESS, TX  76040 | MASTER-LEE DECON SERVICES, INC.<br>5631 ROUTE 981<br>LATROBE, PA  15650 | MASTERWORD SERVICES, INC.<br>303 STAFFORD ST.<br>HOUSTON, TX  77079 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

MATHESON TRI GAS, INC.
5932 S. FREEWAY
FORT WORTH, TX  76134

MATRIX RESOURCES, INC.
4851 LBJ FRWY
STE. 700
DALLAS, TX  75244

MAVERICK INDUSTRIES, INC
4425 LONE TREE DR
PLANO, TX  75093

MAXIMO UTILITIES WORKING GROUP (MUWG)
ADDRESS ON FILE

MBA TELECOM SERVICES INC
555 BOLTON PL.
HOUSTON, TX  77024

MBF CLEARING CORP.
1 NORTH END AVE, SUITE 1201
NEW YORK, NY  10282

MC2 ENERGY, LLC
3535 INTERLAKEN DR
PLANO, TX  75075

MCADAMS ROAD ADVISOR, LLC
3523 MCKINNEY AVENUE
#406
DALLAS, TX  75204-1401

MCAFEE, INC.
2821 MISSION COLLEGE BLVD.
SANTA CLARA, CA  95054

MCAFEE, INC.
3965 FREEDOM CIRCLE
SANTA CLARA, CA  95054

MCCONNELL & JONES LLP
3040 POST OAK BLVD.
SUITE 1600
HOUSTON, TX  77056

MCDERMOTT WILL & EMERY
ALAN S. RUTKOFF, PC, PARTNER
AND GENERAL COUNSEL
227 WEST MONROE STREET
CHICAGO, IL  60606-5096

MCDONALD, MICHAEL
3305 ROSELLA STREET
ANCHORAGE, AK  99504

MCGLAUN, KENNETH
290 VZ CR 220
ATHENS, TX  75752

MCGUIREWOODS LLP
ATTN: ACCOUNTS RECEIVABLE
434 FAYETTEVILLE STREET
RALEIGH, NC  27601

MCKINLEY MARKETING PARTNERS, INC.
111 FRANKLIN STREET
ALEXANDRIA, VA  22314

MCKINSEY & COMPANY INC. UNITED STATES
55 EAST 52ND  STREET 21ST FLOOR
NEW YORK, NY  10022

MCNEIL, GENE & FALINA
ADDRESS ON FILE

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #: **14-10979 (CSS)**

Notices mailed by: **August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

MCQUEEN, RANDALL & JENNIFER
ADDRESS ON FILE

MDA FEDERAL, INC.
6011 EXECUTIVE BLVD STE. 400
ROCKVILLE, MD  20852

MDA INFORMATION SYSTEMS LLC
820 WEST DIAMOND AVE, SUITE 300
GAITHERSBURG, MD  20878


ME2C
ADDRESS ON FILE

MECCA DESIGN AND PRODUCTION, INC.
4819 WOODALL STREET
DALLAS, TX  75247

MECHANICAL DYNAMICS AND ANALYSIS, LTD
19 BRITISH AMERICAN BLVD
LATHAM, NY  12110


MEDALLION TRANSPORT AND LOGISTIC
ATTN: STEVE SMITH
132 JOE V KNOX AVE
MOORESVILLE, NC  28117

MEGA ENERGY L.P.
ADDRESS ON FILE

MELLON BANK
MELLON GLOBAL SECURITES SERVICES
PO BOX 371791
PITTSBURGH, PA  15251-7791


MEMORIAL PRODUCTION PARTNERS GP LLC
ADDRESS ON FILE

MEP CONSULTING ENGINEERS, INC.
2928 STORY ROAD WEST
IRVING, TX  75038

MERCER (CANADA) LIMITED
ATT: DAVID KEARNEY
161 BAY STREET PO BOX 501
TORONTO, ON  M5J2S5  CANADA


MERICO ABATEMENT CONTRACTORS, INC.
201 ESTES DRIVE
LONGVIEW, TX  75603

MERIDIUM, INC.
ATTN: MR. BONZ HART
10 S. JEFFERSON ST.
ROANOKE, VA  24011

MERRILL LYNCH CAPITAL SERVICES, INC.
250 VESEY ST  N. TOWER  22ND FL
WORLD FINANCIAL TOWER
NEW YORK, NY  10281


MERRILL LYNCH COMMODITIES, INC.
20 EAST GREENWAY PLAZA  STE 700
HOUSTON, TX  77046-2002

MERRILL LYNCH PIERCE,FENNER & SMITH INC.
ONE SOUTH WACKER DR., STE 300
CHICAGO, IL  60606

METANOIA USA, LLC
2004 COMMERCE DRIVE SUITE 200
PEACHTREE CITY, GA  30269

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

METCO ENVIRONMENTAL INC
P.O. BOX 598
ADDISON, TX  75001

METROPOLITAN LIFE INSURANCE COMPANY
1 PARK PLAZA
SUITE 1150
IRVINE, CA  92614

METROPOLITAN LIFE INSURANCE COMPANY
METROPOLITAN LIFE INSURANCE COMPANY
200 PARK AVENUE
NEW YORK, NY  10166

METSO MINERALS INDUSTRIES, INC.
ATTN: MARCO ANTONUCCI
4000 TOWN CENTER BLVD
SUITE 400
CANONSBURG, PA  15317

METTLER-TOLEDO, INC.
1900 POLARIS PARKWAY
COLUMBUS, OH  43240

MGROUP STRATEGIES
PO BOX 684614
ATTN: MARK MALONE
AUSTIN, TX  78768

MHC X-PLORATION CORPORATION
12918 HIGHWAY 64 WEST
TYLER, TX  75704

MHI NUCLEAR NORTH AMERICA, INC.
ATTN: TERUMASA ONAKA
MHI NUCLEAR NORTH AMERICA, INC. C/O
MITSUBISHI HEAVY INDUSTRIES, LTD, GOBAL
NUCLEAR BUSINESS OPERATIONS
16-5, KONAN 2-CHOME, MINATO-KU
TOKYO  108-8215  JAPAN

MHI NUCLEAR NORTH AMERICA, INC.
ATTN: TERUMASA ONAKA
MHI NUCLEAR NORTH AMERICA, INC. C/O
MITSUBISHI HEAVY INDUSTRIES, LTD, GOBAL
NUCLEAR BUSINESS OPERATIONS
16-5, KONAN 2-CHOME, MINATO-KU
TOKYO  108-8215  JAPAN

MHI NUCLEAR NORTH AMERICA, INC.,
MITSUBISHI HEAVY INDUSTRIES, LTD.,
MITSUBISHI NUCLEAR ENERGY SYSTEMS, INC.,
NUCLEAR ENERGY FUTURE HOLDINGS II LLC,
NUCLEAR ENERGY FUTURE HOLDINGS LLC
ATTN: MR. JEFF WALKER
1601 BRYAN ST.
DALLAS, TX  75201-3411

MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND, WA  98052-6399

MICROSOFT
ATTN: MICROSOFT LICENSING, GP. DEPT. 551,
VOLUME LICENSING
6100 NEIL ROAD,
SUITE 210
RENO, NV  89511-1137

MID-DEL GROUP LLC
5804 HANSEN RD.
EDINA, MN  55436

MIDWAY CC HOTEL PARTNERS, LP
4400 POST OAK PARKWAY, STE. 1640
HOUSTON, TX  77027

MIDWAY ISD
13885 WOODWAY DRIVE
ATTN: SUPERINTENDENT OF FINANCE
WACO, TX  76712

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

MIDWEST ENERGY EMISSIONS CORP
500 WEST WILSON BRIDGE RAOD
SUITE 140
WORTHINGTON, OH  43085

MIDWEST ENERGY EMISSIONS CORPORATION
500 WEST WILSON BRIDGE RD
SUITE 140
ATT: ALAN KELLEY
WORTHINGTON, OH  43085

MIGNON MCGARRY
ADDRESS ON FILE

MILLER & CHEVALIER CHARTERED
MARY LOU SOLLER, GENERAL COUNSEL
655 FIFTEENTH STREET, NW, SUITE 900
WASHINGTON, DC  20005-5701

MILLER ELECTRIC COMPANY
6210 N. BELTLINE ROAD, SUITE 110
IRVING, TX  75063

MILLSTEIN & CO.
40 EAST 52ND STREET
20TH FLOOR
NEW YORK, NY  10022

MINCOM, INC.
9635 MAROON CIRCLE
SUITE 100
ENGELWOOD, CO  80112

MINE SERVICE LTD.
P.O. BOX 32
ROCKDALE, TX  76567

MIRION TECHNOLOGIES
2652 MCGAW AVENUE
IRVINE, CA  92614

MITSUBISHI HEAVY INDUSTRIES, LTD.
GLOBAL NUCLEAR BUSINESS OPERATIONS
16-5, KONAN 2-CHOME, MINATO-KU
TOKYO  108-8215  JAPAN

MITSUBISHI HITACHI
PO BOX 281453
ATLANTA, GA  30384-1453

MITSUBISHI NUCLEAR ENERGY
1700 K STREET NW, STE 440
WASHINGTON, TX  20006

MITSUBISHI NUCLEAR ENERGY
C/O MITSUBISHI HEAVY INDUSTRIES, LTD.
GLOBAL NUCLEAR BUSINESS OPERATIONS
16-5, KONAN 2-CHOME, MINATO-KU
TOKYO  108-8215  JAPAN

MITSUBISHI POWER SYSTEMS AMERICA, INC
ADDRESS ON FILE

MLINK TECHNOLOGIES, INC.
510 E. CORPORATE DRIVE
SUITE 100
LEWISVILLE, TX  75057

MOAB OIL, INC.
20 MARSHALL STREET, SUITE 200
SOUTH NORWALK, CT  06854

MOBILECAL, INC.
PO BOX 20195
WICHITA, KS  67208

MODULAR SPACE CORPORATION, D/B/A
MODSPACE
4255 CARBON RD.
IRVING, TX  75038

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

MONSTER WORLDWIDE, INC.
622 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY  10017

MOODY'S ANALYTICS INC.
AMY WINKELMAN, ESQ.
ASSOCIATE GENERAL COUNSEL
7 WORLD TRADE CENTER
NEW YORK, NY  10007

MORE TECH
406 MILITARY EAST
BENICA, CA  94510

MORRISON METAL WELD
3685 STUTZ DRIVE
SUITE 102
CANFIELD, OH  44406-3411

MOSS BLUFF HUB PARTNERS, L.P.
5400 WESTHEIMER COURT
P. O. BOX 1642
HOUSTON, TX  77056-5353

MOSS, CATHY
ADDRESS ON FILE

MOTIVA ENTERPRISES LLC
910 LOUISIANA STREET, SUITE 2002
ATTN: RYAN JONES
HOUSTON, TX  77002-4916

MPR ASSOCIATES, INC.
320 KING STREET STE. 400
ALEXANDRIA, VA  22314

MPW INDUSTRIAL WATER SERVICES, INC.
9711 LANCASTER ROAD SE
HEBRON, OH  43025

MR. ANDY WEINGARTEN, WEINGARTEN
WEATHER CONSULTING
502 L'ESPRIT PKWY
PENDLETON, KY  40055

MR. DEREK PORTER, SENIOR VICES PRESIDENT,
HENWOOD ENERGY SERVICES, INC.
2379 GATEWAY OAKS DRIVE, SUITE 200
SACRAMENTO, CA  95833

MRC RAIL SERVICES, LLC
71 S. WACKER DRIVE, SUITE 1800
CHICAGO, IL  60606

MRDB HOLDINGS INC
12700 PARK CENTRAL DR
SUITE 200
DALLAS, TX  75251

MRO SOFTWARE, INC.
100 CROSBY DRIVE
BEDFORD, MA  01730

MTL INSURANCE COMPANY, AS LOAN
PARTICIPANT
C/O ADVANTUS CAPITAL MANAGEMENT INC.
ATTN: CLIENT ADMINISTRATOR
400 ROBERT STREET NORTH
ST PAUL, MN  55101

MUNICH RE TRADING LTD.
21 WATERWAY AVENUE, STE 450
ATTN: PRESIDENT
THE WOODLANDS, TX  77380

MURPHY'S DELI
1601 ELM STREET
DALLAS, TX  75201

MURRAY ENERGY, INC.
10723 PLANO ROAD. SUITE 400
DALLAS, TX  75238

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

Notices mailed by: **August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

N.D. WILLIAMS TIMBER COMPANY
PO BOX 899
TATUM, TX  75691

N.D.C.A. OF NORTH AMERICA
3606 SWISS DR
CORPUS CHRISTI, TX  78415

NABA ENERGY INC.
7509 MIDDLEWOOD ST
HOUSTON, TX  77063

NABA ENERGY
7509 MIDDLEWOOD ST
HOUSTON, TX  77063

NALCO COMPANY
ADDRESS ON FILE

NALCO COMPANY
ATTN: JIM NEISSL
7705 HWY 90A
SUGARLAND, TX  77478

NANCY DOUGLAS
ADDRESS ON FILE

NASDAQ OMX COMMODITIES CLEARING
COMPANY
1 NORTH WACKER DR
SUITE 3600
CHICAGO, IL  60606

NASDAQ OMX CORPORATE SOLUTIONS LLC
ONE LIBERTY PLAZA
NEW YORK, NY  10006

NASH ENGINEERING COMPANY
ATTN: KEN TITTLE
2414 BLACK GOLD COURT
HOUSTON, TX  77379

NASSIF CHBANI INC
3947 SPINNAKER RUN POINT
LITTLE ELM, TX  75068

NATIONAL EFFICIENT ENERGY INC DBA
EFFICIENT ENERGY
5930 ROYAL LN
SUITE 293
DALLAS, TX  75230

NATIONAL ENERGY & TRADE, LP
5847 SAN FELIPE STREET, SUITE191
HOUSTON, TX  77057

NATIONAL UTILITY SERVICE INC
1 MAYNARD DR
PARK RIDGE, NJ  07656

NATIONAL1 ENERGY, LLC
2701 E PRESIDENT GEORGE W BUSH  HWY
SUITE 210
PLANO, TX  75074

NATIONWIDE NEW ENERGY MANAGEMENT
GROUP LLC
4825 FOX RIDGE LN
MCKINNEY, TX  75071

NATRON TECNOLOGIES LLC
ADDRESS ON FILE

NATRONX TECHNOLOGIES LLC
469 NORTH HARRISON STREET
PRINCETON, NJ  08450

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

NATURAL GAS EXCHANGE INC.
SUITE 2330, 140-4TH AVENUE S.W.
CALGARY, AB  T2P 3N3  CANADA

NATURAL GAS MANAGEMENT INC
5706 NODAWAY LN
SPRING, TX  77379

NATURAL GAS PIPELINE OF AMERICA LLC
500 DALLAS STREET
ONE ALLEN CENTER, SUITE 1000
HOUSTON, TX  77002-4800

NAVASOTA VALLEY ELEC. COOPERATIVE, INC.
2281 EAST US HWY 79
FRANKLIN, TX  77856

NAVIGANT CONSULTING INC
610 HERNDON PKWY STE 400
HERNDON, VA  20170

NEBRASKA PUBLIC POWER DISTRICT- COOPER
NUCLEAR STATION
ATTN: MARVIN RIEF
POST OFFICE BOX 98
BROWNVILLE, NE  68321

NETEC INTERNATIONAL, INC.
PO BOX 180549
DALLAS, TX  75218

NEU CONSULTING GROUP, LLC
6900 W. 80TH STREET #202
OVERLAND PARK, KS  66204

NEUCO, INC.
800 BOYLSTON STREET
BOSTON, MA  02199

NEUNDORFER INC.
4590 HAMANN PARKWAY
WILLOUGHBY, OH  44094

NEVADA CORPORATION
ADDRESS ON FILE

NEW CINGULAR WIRELESS PCS, LLC
575 MOROSGO DRIVE
SUITE 13F WEST TOWER
ATLANTA, GA  30324

NEW YORK MERCANTILE EXCHANGE
1 NORTH END AVE
WORLD FINANCIAL CENTER
ATTN: NYMEX COMPLIANCE DEPARTMENT
NEW YORK, NY  10282

NEW YORK MERCANTILE EXCHANGE, INC.
ONE NORTH END AVENUE
WORLD FINANCIAL CENTER
NEW YORK, NY  10282

NEWBERRY EXECUTIVE COACHING &
CONSULTING, LLC
14902 PRESTON ROAD
SUITE 404-118
DALLAS, TX  75254

NEXCLAIM
MICHAEL ZIPP
75 FARMINGTON VALLEY DRIVE
PLAINVILLE, CT  06062

NEXTERA ENERGY POWER MARKETING, LLC
700 UNIVERSE BOULEVARD, EPM/JB
ATTN: CREDIT MANAGER
JUNO BEACH, FL  33408-2657

NJR ENERGY SERVICES COMPANY
1415 WYCKOFF RD
PO BOX 1464
WALL, NJ  07719

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

NOBLE AMERICAS GAS & POWER CORP.
FOUR STAMFORD PLAZA
107 ELM STREET
ATTN: LEGAL/CREDIT DEPARTMENTS
STAMFORD, CT  06902

NOBLE ENERGY, INC.
P.O. BOX 910083
DALLAS, TX  75391-0083

NODAL EXCHANGE, LLC
8065 LEESBURG PIKE
3RD FLOOR
VIENNA, VA  22182

NOLAN POWER GROUP LLC
10482 BROCKWOOD
DALLAS, TX  75238

NOORJEHAN PANJWANI
4614 ZACHARY LN.
SUGAR LAND, TX  77479

NOORUDDIN INVESTMENTS LLC D/B/A
DISCOUNT POWER
6200 SAVOY DR. STE 786
HOUSTON, TX  77036

NORMAN, DAVID
ADDRESS ON FILE

NORTEX MIDSTEAM PARTNERS, LLC
TOTAL PLAZA, 1201 LOUISIANA, SUITE 700
HOUSTON, TX  77002

NORTEX MIDSTREAM PARTNERS, LLC
ADDRESS ON FILE

NORTEX TRADING AND MARKETING, LLC.
5847 SAN FELIPE PLAZA, STE 3050
HOUSTON, TX  77057

NORTH AMERICAN COAL ROYALTY COMPANY
ATTN: JAMES F MELEHIOR
2000 SCHAFER ST
SUITE D
BISMARK, ND  58501-1204

NORTH PLAINS SYSTEMS, INC.
510 FRONT STREET WEST
4TH FLOOR
TORONTO, ON  M5V 3H3  CANADA

NORTHERN STATES POWER COMPANY D/B/A
XCEL ENERGY
2807 W. COUNTY RD. 75
MONTICELLO, MN  55362

NORWEST CORPORATION
136 EAST SOUTH TEMPLE
12TH FLOOR
SALT LAKE CITY, UT  84111

NOVA MACHINE PRODUCTS
18001 SHELDON ROAD
MIDDLEBURG HEIGHTS, OH  44130

NRG ENERGY, INC.
1201 FANNIN STREET
HOUSTON, TX  77002

NRG POWER MARKETING INC.
C/O NRG ENERGY, INC.
211 CARNEGIE CENTER
ATTN: CONTRACT ADMINISTRATION
PRINCETON, NJ  08540-6213

NUCLEAR ENERGY FUTURE HOLDINGS II LLC
ATTN: MR. JEFF WALKER
1601 BRYAN ST.
DALLAS, TX  75201-3411

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Exhibit A - Notice of Assumption

NUCLEAR ENERGY LIABILITY INSURANCE ASS
DBA AMERICAN NUCLEAR INSURERS
ATTN: MELODY PALMER
95 GLASTONBURY BLVD. SUITE 300
GLASTONBURY, CT  06033

NUCLEAR SECURITY SERVICES CORPORATION
701 WILLOWBROOK CENTRE PARKWAY
WILLOWBROOK, IL  60527

NUCOMPASS MOBILITY SERVICES INC.
7901 STONERIDGE DRIVE, SUITE 390
PLEASANTON, CA  94588

NUCON INTERNATIONAL, INC
7000 HUNTLEY ROAD
COLUMBUS, OH  54339

NWL, INC.
312 RISING SUN ROAD
BORDENTOWN, NJ  08505

OASIS PIPELINE, LP
1300 MAIN STREET
ATTN: CREDIT DEPARTMENT - TREASURY
HOUSTON, TX  77002

OASIS PIPELINE, LP
ENERGY TRANSFER COMPANY
711 LOUISIANA, SUITE 900
HOUSTON, TX  77002

O'BRIEN RESOURCES, LLC
ADDRESS ON FILE

OCCIDENTAL ENERGY MARKETING, INC.
5 E GREENWAY PLZ  STE 2400
HOUSTON, TX  77046

OCCIDENTAL POWER SERVICES, INC.
5 GREENWAY PLAZA  STE 110
HOUSTON, TX  77046

OCEANCONNECT LLC
44 SOUTH BROADWAY 6TH FL.
WHITE PLAINS, NY  10601

OFF-DUTY LAW OFFICE RANDALL JOHNSTON
1505 CLOVER LANE
GRANBURY, TX  76048

OGS DESDEMONA PIPELINE, LP
908 TOWN & COUNTRY LANE, STE 300
HOUSTON, TX  77024

OIL PRICE INFORMATION SERVICE
TWO WASHINGTONIAN CENTER
9737 WASHINGTONIAN BLVD. STE 200
GAITHERSBURG, MD  20878-7364

OLIVER GOLDSMITH CO. INC.
2501 WASHINGTON PO BOX 3305
WACO, TX  76707

OLIVER GOLDSMITH COMPANY, INC.
2501 WASHINGTON
PO BOX 3305
WACO, TX  76707

OMAHA PUBLIC POWER DISTRICT
FT CALHOUN NUCLEAR STATION
HIGH WAY 75
FORT CALHOUN, NE  68023-0399

OMNIBOUND TECHNOLOGIES, INC.
ATTN: LEONARDO J. BARON
901 GARDEN OAK COURT
SUITE B
LAWRENCEVILLE, GA  30043

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

ONCOR ELECTRIC DELIVERY COMPANY
1616 WOODALL RODGERS
DALLAS, TX  75202-1234

ONCOR ELECTRIC DELIVERY HOLDINGS
COMPANY LLC, ONCOR ELECTRIC, TEXAS
TRANSMISSION INVESTMENT LLC, ONCOR
MANAGEMENT INVESTMENT LLC
1616 WOODALL ROGERS FREEWAY
SUITE 6C
DALLAS, TX  75201

ONE NATION ENERGY SOLUTIONS, LLC
1719 SANDMAN STREET
HOUSTON, TX  77007

ONE SOURCE VIRTUAL HR, INC
5601 N MACARTHUR BLVD
STE 100
IRVING, TX  75038

O'NEILL, ATHY & CASEY PC
1310 19TH ST NW
WASHINGTON, DC  20036

ONEOK WESTEX TRAMSMISSION, L.P.
PO BOX 22089
TULSA, OK  74121-2089

ON-LINE DATA EXCHANGE, LLC
DEPT 224501
PO BOX 55000
DETROIT, MI  48255

ONLINE RESOURCES CORPORATION
4795 MEADOW WOOD LANE
CHANTILLY, VA  20151

ONYX POWER & GAS CONSULTING LLC
13155 NOEL RD
SUITE 900
DALLAS, TX  75240

OPEN TEXT CORPORATION
275 FRANK TOMPA DRIVE
WATERLOO, ON  N2L 0A1  CANADA

OPEN TEXT, INC.
100 TRI-STATE INTERNATIONAL PARKWAY
3RD FLOOR
LINCOLNSHIRE, IL  60069

OPENLINK FINANCIAL LLC
1502 RXR PLAZA
WEST TOWER- 8TH FL
ATTN; SENIOR LEGAL COUNSEL
UNIONDALE, NY  11556

OPTIM ENERGY, LLC
ADDRESS ON FILE

OPTIMUS LLC
5847 SAN FELIPE  STE 1700
HOUSTON, TX  77057

OPTIONABLE ENERGY SERVICES
555 PLEASANTVILLE ROAD
SOUTH BUILDING, SUITE 110
BRIARCLIFF MANOR, NY  10510

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

ORACLE AMERICA, INC.
500 ORACLE PARKWAY
REDWOOD SHORES, CA  94065

ORACLE CORPORATION
ATTN: LEGAL DEPARTMENT (LICENSING AND
DISTRIBUTION)
500 ORACLE PARKWAY
MS 659507
REDWOOD CITY, CA  94065

ORACLE ENERGY SERVICES LLC
208 N MARKET ST
SUITE 300
DALLAS, TX  75202

ORACLE USA, INC.
PO BOC 44471
SAN FRANCISCO, CA  94144

ORION ENERGY SERVICES, LLC
1 N. END AVE.
NEW YORK, NY  10282

OTC II-ENERGY, LTD
5625 FM 1960 W
STE 402
HOUSTON, TX  77069

OVERHEAD DOOR COMPANY OF TYLER
2000 ANTHONY DR
TYLER, TX  75701

OVERHEAD DOOR COMPANY OF TYLER
P.O. BOX 6837
TYLER, TX  75711

OZARKA DRINKING WATER - NESTLE WATERS
4718 MOUNTAIN CREEK PARKWAY
DALLAS, TX  75736

P & E MECHANICAL CONTRACTORS, LLC.
10128 BUNTING DR.
WACO, TX  76708

PALMETTO MINING COMPANY
ADDRESS ON FILE

PALO ALTO NETWORKS, INC.
4401 GREAT AMERICA PARKWAY.
SANTA CLARA, CA  95054

PAPERLYTE FILMS
136112 MIDWAY ROAD
SUITE 601B
DALLAS, TX  75244

PARAGO PROMOTIONAL SERVICES, INC.
700 ST HWY 121 BYPASS, SUITE 200
LEWISVILLE, TX  75067

PARITY ENERGY, INC.
33 WHITEHALL ST., FLOOR 17TH
NEW YORK, NY  10004

PARIVEDA SOLUTIONS, INC.
ATTN: MELANIE CRUTCHER
2811 MCKINNEY AVE. SUITE 220 LB 126
DALLAS, TX  75204

PARK PLACE TECHNOLOGIES, INC.
8401 CHAGRIN ROAD
CLEVELAND, OH  44023

PARTNERS ENERGY GROUP, LLC
1200 SMITH ST
SUITE 1600
HOUSTON, TX  77002

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

PASTOR, BEHLING & WHEELER LLC
2000 S. MAYS, SUITE 300
ROUND ROCK, TX  78664

PASTOR, BEHLING & WHEELER LLC
2201 DOUBLE CREEK DRIVE
SUITE 4004
ROUND ROCK, TX  78664

PATARA OIL & GAS LLC
ADDRESS ON FILE

PATHFINDER EQUIPMENT LOCATORS, INC.
ATTN: DONALD W. AUSTIN
P.O. BOX 90077
SAN ANTONIO, TX  78209

PATTERN RECOGNITION TECHNOLOGIES
2400 DALLAS PARKWAY, SUITE 535
PLANO, TX  75093

PAUL KEGLEVIC
ADDRESS ON FILE

PAUL WEISS RIFKIND WHARTON &
ADDRESS ON FILE

PAY GOVERNANCE LLC
1500 MARKET STREET
CENTRE SQUARE EAST
PHILADELPHIA, PA  19102

PAYMENTECH, L.P.
4 NORTHEASTERN BLVD
SALEM, NH  03079

PCPC INC
3330 EARHART DR STE 103
CARROLLTON, TX  75006

PEABODY COALTRADE, LLC
701 MARKET STREET, SUITE 900
ST. LOUIS, MO  63101-1826

PEAK ENERGY CORPORATION
ADDRESS ON FILE

PEERLESS MFG. CO.
14651 N DALLAS PKWY SUITE 500
DALLAS, TX  75254

PEOPLECLICK/PEOPLEFLUENT
ATTN: KELLY MORRIS
400 E. LAS COLINAS BLVD.
SUITE 500
IRVING, TX  75039

PEOPLES CHOICE POWER, LLC
24359 US HIGHWAY 50
COTOPAXI, CO  81223

PERELLA WEINBERG PARTNERS LP
767 FIFTH AVE
NEW YORK, NY  10153

PERFORMANCE CONSULTING SERVICES, INC.
154 COLORADO AVE
MONTROSE, CO  81401

PERFORMANCE CONTRACTING INC.
4851 HOMESTEAD. SUITE 102
HOUSTON, TX  77028

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

PERKINS COIE LLP
1201 THIRD AVENUE
SUITE 4900
SEATTLE, WA  98101-3099

PERRY STREET COMMUNICATIONS LLC
JON MORGAN, PRESIDENT
3131 MCKINNEY AVENUE, STE 535
DALLAS, TX  75204

PHIL GAMBLE
ADDRESS ON FILE

PHILIPS & MEACHUM PUBLIC AFFAIRS
PO BOX 13506, CAPITOL STATION
AUSTIN, TX  78711

PHILLIPS, DELORIS
ADDRESS ON FILE

PHOENIX GAS PIPELINE COMPANY
3200 SOUTHWEST FREEWAY STE 2130
HOUSTON, TX  77027

PHOENIX INDUSTRIAL SERVICES LP
3008 NORTH 23RD
LA PORTE, TX  77571

PICMED
JEREMY NEEDS
11014 E 51ST STREET
TULSA, OK  75146

PIERCE CONSTRUCTION, INC.
P.O. BOX 69
BECKVILLE, TX  75631

PINNACLE DERIVATIVES GROUP LLC
30 MONTGOMERY ST. STE 1410
JERSEY CITY, NJ  07302

PIRA ENERGY GROUP
3 PARK AVENUE, 26TH FLOOR
NEW YORK, NY  10016-5989

PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO BOX 371887
PITTSBURGH, PA  15250-7887

PIZZA HUT
2025 CEDAR SPRINGS ROAD
SUITE A
DALLAS, TX  75201

PLANT EQUIPMENT & SERVICES, INC.
ATTN: LEE ROY CAUVEL
2087 WEST O.S.R. SUITE B
BRYAN, TX  77807

PLATTS (DIVISION OF MCGRAW HILL
FINANCIAL, INC)
ATTN: PLATTS CUSTOMER SERVICE
TWO PENN PLAZA
NEW YORK, NY  10121

PMG WORLDWIDE, LLC
2821 WEST 7TH ST.
SUITE 270
FT. WORTH, TX  76107

POINT 2 POINT GLOBAL SECURITY, INC.
2008 E. RANDOL ROAD
SUITE 107
ARLINGTON TX, TX  76011

POLAN CULLEY ADVOCACY GROUP
1315 NUECES ST
AUSTIN, TX  78701

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

POLARIS MARKETS, LTD
3661 SW 130TH
AUGUSTA, KS  67010

POLITICO
1100 WILSON BLVD., 6TH FLOOR
ARLINGTON, VA  22209

POOLED EQUIPMENT INVENTORY CO
ATTN: GEOFF HUDDLESTON
P.O. BOX 2625
BIRMINGHAM, AL  35202

PORT-A-JON INC
PO BOX 6180
SHREVEPORT, LA  71136

PORTIA DI ROMA
1623 MAIN STREET
DALLAS, TX  75201

POWER ADVOCATE, INC.
179 LINCOLN STREET
BOSTON, MA  02111

POWER ADVOCATE, INC.
ADDRESS ON FILE

POWER BROKERS, LLC
11551 FOREST CENTRAL DR
SUITE 226
DALLAS, TX  75243

POWER ENGINEERS INC
PO BOX 1066
3940 GLENBROOK DRIVE
HAILEY, ID  83333

POWER MERCHANTS GROUP, LLC
40 WALL ST., 38TH FLR.
NEW YORK, NY  10005

POWER RITE CONSULTING, LLC
5005 STILL MEADOW LN
CELINE, TX  75009

POWER SYSTEMS MFG., LLC
55 SUMMER STREEET, 9TH FLOOR
BOSTON, MA  02110

POWER SYSTEMS MFG., LLC
ADDRESS ON FILE

POWERGEN UK PLC
53 NEW BROAD STREET
LONDON  EC2M 1JJ  UNITED KINGDOM

POWERWORLD CORPORATION
2001 SOUTH FIRST ST
CHAMPAIGN, IL  61820

PPL ENERGY PLUS, LLC
(SUCCESSOR BY ASSIGNMENT TO PP&L, INC.)
TWO NORTH NINTH STREET
ATTN: CREDIT DEPARTMENT
ALLENTOWN, PA  18101-1179

PRACTICING PERFECTION INSTITUTE
2780 SOUTH JONES BLVD
SUITE 3722
LAS VEGAS, NV  89146

PRC ENVIRONMENTAL INC
1149 ELLSWORTH DRIVE
SUITE 135
PASADENA, TX  77506

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

Page 77 of 107

PRC ENVIRONMENTAL INC.
ATTN: CHRISTOPHER SIEBERT
1149 ELLSWORTH  DRIVE
SUITE 135
PASADENA, TX  77506

PRECISE SOFTWARE SOLUTIONS, INC.
2950 NORTH LOOP FREEWAY WEST
SUITE 700
HOUSTON, TX  77092

PRECISION INTERIOR CONSTRUCTORS, INC.
P.O. BOX 292143
LEWISVILLE, TX  75029

PRECISION LANDSCAPE MANAGEMENT, LP.
2222 VALWOOD PARKWAY
DALLAS, TX  75234

PREMIERE MARKETING, LLC
75 LANE ROAD
SUITE 203
FIARFIELD, NJ  07004

PRESTIGE ECONOMICS, LLC
7101 FIG VINE COVE
AUSTIN, TX  78750

PRICE, JIMMY
ADDRESS ON FILE

PRICEWATERHOUSE COOPERS LLP
2001 ROSS AVENUE
SUITE 1800
DALLAS, TX  75201

PRICEWATERHOUSECOOPERS LLP
ONE NORTH WACKER DRIVE
CHICAGO, IL  60606

PRINCETON PAYMENT SOLUTIONS
501 FORRESTAL ROAD
SUITE 324
PRINCETON, NJ  08540

PRIORITY POWER MANAGEMENT LLC
2080 N HIGHWAY 360
SUITE 360
GRAND PRAIRIE, TX  75050

PROCUREMENT ADVISORS LLC
3101 TOWERCREEK PARKWAY
SUITE 250
ATLANTA, GA  30339

PROFESSIONAL ASSESSMENT AND
CONSULTATION, INC.
ATTN: D. JOHNSON
3725 SE OCEAN BLVD.
SUITE 203
STUART, FL  34996

PROFESSIONAL ENERGY MANAGEMENT LP
6613 PINE VALLEY PLACE
FORT WORTH, TX  76132

PROFESSIONAL TOXICOLOGY SERVICES, INC.
ATTN: DR. KAMMERER
7917 BOND
LENEXA, KS  66214

PROFESSIONAL TRAINING TECHNOLOGIES, INC.
19105 ASH DRIVE
WHITNEY, TX  76692

PROGRESS FUELS CORPORATION
410 SOUTH WILMINGTON STREET, PEB
RALEIGH, NC  27601

PROGRESS RAIL SERVICES CORPORATION
PO BOX 1037
ALBERTVILLE, AL  35950

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

Notices mailed by:  **August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

PROLEXIC TECHNOLOGIES
1930 HARRISON STREET, SUITE 403
HOLLYWOOD, FL  33020

PROLEXIC TECHNOLOGIES
1930 HARRISON STREET, SUITE 403
HOLLYWOOD, FL  33020

PRO-LINE WATER SCREEN SERVICES, INC.
PO BOX 2565
PEARLAND, TX  77588

PROPERTY COST SYSTEM
75 SOUTHRIDGE  LN
LEXINGTON, VA  24450

PROSOFT TECHNOLOGY GROUP INC
2001 BUTTER FD ROAD
#305
DOWNERS GROVE, IL  60515

PROSOURCE POWER LLC
2933 DOG LEG TRAIL
MCKINNEY, TX  75069

PROVISIONAL SAFETY MANAGEMENT LLC
P.O. BOX 1131
TATUM, TX  75691

PRUDENTIAL ENERGY SERVICES CORPORATION
5373 W ALABAMA ST
SUITE 202C
HOUSTON, TX  77056

PS ENERGY GROUP, INC.
2987 CLAIRMONT RD.
SUITE 500
ATLANTA, GA  30329

PTI SERVICES
2525 SOUTH SHORE BLVD
LEAGUE CITY, TX  75001

PUBLIC STRATEGIES WASHINGTON
ATTN: JOE O'NEILL
633 PENNSYLVANIA AVE, NW
SUITE 4
WASHINGTON, DC  20004

PUBLIC UTILITIES BROKER OF TEXAS INC
333 LEE PARKWAY
SUITE 600
DALLAS, TX  75219

PUBLIC UTILITY COMMISSION OF TEXAS
1701 NORTH CONGRESS AVENUE
ATTN: CUSTOMERS
AUSTIN, TX  78711

PUBLICRELAY, INC.
12310 PINECREST RD.
SUITE 301
RESTON, VA  20191

PUNCH, PRESS & SHEAR
PO BOX 1482, S ELLIS ROAD
LEAGUE CITY, TX  77574

PUREWORKS, INC. D/B/A UL WORKPLACE
HEALTH AND SAFETY
730 COOL SPRINGS BLVD.
SUITE 400
FRANKLIN, TN  37067

PVO ENERGY
ONE NORTH END AVE., SUITE 1119-1
NEW YORK, NY  10280

PYRAMID SECURITY ADVISORS
ATTN: RUDY KALFAYAN
2384 EAST WASHINGTON BOULEVARD
PASADENA, CA  91104

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**Exhibit A - Notice of Assumption**

QUALITY CONSULTANTS
PO BOX 6163
TYLER, TX  75711

QUALTECH NP (CURTISS WRIGHT FLOW
CONTROL)
125 WEST PARK LOOP
HUNTSVILLE, AL  35806

QUANTUM GAS AND POWER SERVICES LTD
12305 HUFFMEISTER RD
CYPRESS, TX  77429

QUEST DIAGNOSTICS INC
4770 REGENT BLVD.
IRVING, TX  75063-2445

QUOREM BUSINESS SOLUTIONS (U.S.A.), INC.
3010 BRIARPARK DRIVE
SUITE 450
HOUSTON, TX  77042

QUOREM BUSINESS SOLUTIONS (U.S.A.), INC.
ATTN: CHRIS SNAPP
500 N. AKARD
DALLAS, TX  75201

QUOTENERGY LIMITED LIABILITY COMPANY
99 WEST MILL RD
BLDG 22
LONG VALLEY, NJ  07853

QWEST COMMUNICATIONS CO LLC
1801 CALIFORNIA STREET
DENVER, CO  80202

R S EQUIPMENT
4714 NUCKOLS CROSSING RD
AUSTIN, TX  78744

R. W. BECK, INC.
ADDRESS ON FILE

R.A.D. TRUCKING, LTD
442 STOLTE ROAD
NEW BRAUNFELS, TX  78130

R.H. SWEENEY ASSOCIATES
757 LONESOME DOVE TRAIL
HURST, TX  76054

R.W. HARDEN AND ASSOCIATES, INC.
3409 EXECUTIVE CENTER DRIVE, SUITE 226
AUSTIN, TX  78731

RADIATION CONSULTANTS INC.
P O BOX 787
2017 WESTSIDE DR.
DEER PARK, TX  77536

RAIL SERVICES CORPORATION
5736 CITRUS AVE STE 101
NEW ORLEANS, LA  70123

RAILWORKS TRACK SYSTEMS
6060 ARMOUR DR.
HOUSTON, TX  77020

RAINBOW ENERGY MARKETING CORPORATION
919 S 7TH ST STE 405
KIRNWOOD OFFICE TOWER
BISMARCK, ND  58504

RALPH RHODES
1814 MEADOWLOCKE LN
SUGAR LAND, TX  77478

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

RANDSTAD PROFESSIONALS U.S.
ATTN: BOB PODSIADLO
THINK ENERGY GROUP
225 SCIENTIFIC DRIVE
NORCROSS, GA  30092

RANGE ENERGY SERVICES COMPANY
100 THROCKMORTON STREET, STE 800
FORT WORTH, TX  76102-5350

RAPID POWER MANAGEMENT, LLC
19111 DALLAS PARKWAY
SUITE 125
DALLAS, TX  75287

RAPID RETAIL ENERGY LLC DBA ZONESTY
16400 KENSINGTON DR
SUGAR LAND, TX  77479

RAY W. DAVIS CONSULTING ENGINEERS, INC.
208 CR 449
CARTHAGE, TX  75633

RAYBURN COUNTRY ELECTRIC COOPERATIVE,
980 SIDS ROAD
ROCKWALL, TX  75032

REBECCA DUPONT
ADDRESS ON FILE

RECRUITING JOBS PERSONNEL CONSULTANTS
INC.
4233 MATTIE STREET
AUSTIN, TX  78723

RECRUITMILITARY LLC
422 WEST LOVELAND AVE.
LOVELAND, OH  45140

RED HAT, INC.
1801 VARSITY DRIVE
RALEIGH, NC  27606

RED RIVER PUMP SPECIALISTS LLC
1555 WELLS ISLAND RD
SHREVEPORT, LA  71107

REDWOOD SOFTWARE, INC.
3000 AERIAL CENTER PARKWAY
STE 115
MORRISVILLE, NC  27560

REGULUS GROUP, LLC
860 LATOUR COURT
NAPA, CA  96558

RELIANCE ELECTRIC CO.
ATTN: MIKE RENFRO
1245 N HEARNE AVE
SHREVEPORT, LA  71107

REMOTE OCEAN SYSTEMS
5618 COPLEY DRIVE
SAN DIEGO, CA  92111

RENTSYS RECOVERY SERVICES, INC.
200 QUALITY CIRCLE
COLLEGE STATION, TX  77845

REPUBLIC ENERGY, INC.
4925 GREENVILLE AVE  STE 1050
DALLAS, TX  75206

RESEARCH NOW INC
8401 N CENTRAL EXPRESSWAY
SUITE 900 LB 38
DALLAS, TX  75225

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES TO BE ASSUMED**
**PURSUANT TO THE PLAN; (B) CURE AMOUNTS,**
**IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

RESTORX OF TEXAS LLC
13717 BETA ST.
FARMERS BRANCH, TX  75244

RESTRUCTURING TODAY
4908 HORNBEAM DRIVE
ROCKVILLE, MD  20853

RESULTSPOSITIVE, INC.
85 W. COMBS RD.
SUITE 101-407
QUEEN CREEK, AZ  85140

REVA ENERGY, LLC
5300 MEMORIAL DRIVE SUITE 950
HOUSTON, TX  77007

REXCAL ENERGY, LLC
4545 POST OAK PLACE SUITE
HOUSTON, TX  77027

RICHARD W BORCHARDT
ADDRESS ON FILE

RICHARD WAYNE & ROBERTS
ADDRESS ON FILE

RICHARD, CAMMIE & MATTHEW
ADDRESS ON FILE

RICHARDS LAYTON & FINGER PA
ONE RODNEY SQUARE 920 N KING ST
WILMINGTON, DE  19801

RICOCHET FUEL DISTRIBUTORS, INC.
1201 ROYAL PARKWAY
EULESS, TX  76040

RIGHT CODE STAFFING
320 MONTREAL DR.
HURST, TX  76054

RISSING STRATEGIC LLC
10203 CHESTNUT OAK COURT
VIENNA, VA  22182

RIVER OAKS ENERGY, LLC
2727 LBJ FREEWAY
SUITE 930
DALLAS, TX  75234

RJ CORMAN RAILROAD DERAILMENT SERVICES
101 RJ CORMAN DRIVE
NICHOLASVILLE, KY  40356

RKE CONSULTING LLC DBA DEREGULATED
SOLUTIONS
15851 DALLAS PARKWAY
SUITE 600
ADDISON, TX  75001

RMB CONSULTING AND RESEARCH, INC.
5104 BUR OAK CIRCLE
RALEIGH, NC  27612

ROBERT HALF FINANCE & ACCOUNTING
5005 LBJ FREEWAY SUITE 400
DALLAS, TX  75244-6128

ROBERT HALF FINANCE & ACCOUNTING
STEVEN KAREL, EXECUTIVE VICE PRESIDENT
GENERAL COUNSEL, SECRETARY
STE 200, 2884 SAND HILL RD
MENLO PARK, CA  94025

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

ROBERT I. FERNANDEZ
ADDRESS ON FILE

ROBERT PENA JR. DBA TEXAS ENERGY
CONSULTANTS
200 W. FREDDY GONZALEZ
STE B
EDINBURGH, TX  78539

ROBERTS & HAMMACK INC.
4925 GREENVILLE AVE., STE. 1060
DALLAS, TX  75206

ROBERTS COFFEE & VENDING
343 JOHNNY CLARK ROAD
LONGVIEW, TX  75603

ROCKWELL AUTOMATION
3192 RIVERPORT TECH CENTER DRIVE
MARYLAND HEIGHTS, MO  63043

RODNEY A. HUGGHINS
667 FM 241 SOUTH
RUSK, TX  75785

RODNEY A. HUGGHINS
ADDRESS ON FILE

ROM TECH SERVICES
315 GARMON DR.
EARLY, TX  76802

ROMCO EQUIPMENT CO. LLC
5151 CASH RD.
DALLAS, TX  75247

RONALD E. COKER
ADDRESS ON FILE

ROSEN BRENER GROUP
22431-B160 ANTONIO PKWY  STE 481
RANCHO SANTA MARGARITA, CA  92688

ROSENTHAL ENERGY ADVISORS, INC
1412 MAIN ST
SUITE 2100
DALLAS, TX  75202

ROTAQUIP, INC.
13606 FLOYD CIRCLE
DALLAS, TX  75243

ROTA-TECH INC
106 EAST BOYD STREET
MAIDEN, NC  28650

RUNNELS GLASS CO.
410 W. HENDERSON
CLEBURNE, TX  76031

RUSK COUNTY ELECTRIC COOPERATIVE, INC.
3162 STATE HWY 43 E.
P.O. BOX 1169
HENDERSON, TX  75652

RUSK COUNTY RURAL RAIL DISTRICT
400 WEST MAIN
HENDERSON, TX  75652

RUSSELL & SONS CONSTRUCTION
415 N CENTER ST STE 4
LONGVIEW, TX  75601

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

**Exhibit A - Notice of Assumption**

RUSSELL HEAD
4664 OLD POND DR
PLANO, TX  75024

SABA ENERGY CONSULTING, LLC
5944 HIDDEN CREEK LN.
FRISCO, TX  75034

SABIA, INC.
10911 TECHNOLOGY PLACE
SAN DIEGO, CA  92127

SABLE POWER & GAS, LLC
10801 HAMMERLY
STE 122
HOUSTON, TX  77043

SABRINA NICOLE GARZA
ADDRESS ON FILE

SAFECO INSURANCE COMPANY OF AMERICA
1001 4TH AVENUE
SEATTLE, WA  98154

SAFETY-KLEEN CORP.
5243 SINCLAIR ROAD
SAN ANTONIO, TX  78222

SAIA MOTOR FREIGHT LINE, LLC
11465 JOHNS CREEK PARKWAY
SUITE 400
DALLAS, TX  75201

SAIC ENERGY, ENVIROMENT &
INFRASTRUCTURE, LLC
1801 CALIFORNIA STREET
SUITE 2800
DENVER, CO  80202

SALES VERIFICATION LLC
262 CAPOTE COURT EAST
SEVERNA, MD  21146

SALESFORCE.COM, INC.
THE LANDMARK @ ONE MARKET
SUITE 300
SAN FRANCISCO, CA  94105

SALESFORCE.COM, INC.
THE LANDMARK @ ONE MARKET
SUITE 300
SAN FRANCISCO, CA  94105

SAMSON LONE STAR, LLC
ADDRESS ON FILE

SAP AMERICA, INC.
3999 WEST CHESTER PIKE
NEWTOWN SQUARE, PA  19073

SAP PUBLIC SERVICES, INC.
THE RONALD REAGAN BUILDING -
INTERNATIONAL TRADE CENTER
1300 PENNSYLVANIA AVENUE, NW
SUITE 600
WASHINGTON, DC  20004

SARGAS TEXAS, LLC
ADDRESS ON FILE

SAS INSTITUTE INC
SAS CIRCLE
P.O. BOX 8000
CARY, NC  27511

SATORI ENTERPRISES, LLC DBA SATORI
ENERGY
550 W JACKSON BLVD
SUITE 777
CHICAGO, IL  60661

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

SAULSBURY INDUSTRIES, INC.
ADDRESS ON FILE

SAVEONENERGY, LTD.
5001 SPRING VALLEY ROAD  SUITE 1040 EAST
DALLAS, TX  75244

SCHINDLER ELEVATOR CORPORATION
8105 NORTH BELTINE, SUITE 170
IRVING, TX  75063-6070

SCHNEIDER ELECTRIC BUILDINGS AMERICAS,
INC.
1650 WES CROSBY ROAD
CARROLLTON, TX  75006

SCHNEIDER ELECTRIC USA, INC.
1010 AIRPARK CENTER DRIVE
NASHVILLE, TN  37217

SCHWEITZER ENGINEERING LABORATORIES
(SEL)
2350 NE HOPKINS COURT
PULLMAN, WA  99163

SCIENTIFIC ECOLOGY GROUP, INC.
PO BOX 2530
1560 BEAR CREEK ROAD
OAK RIDGE, TN  37831-2530

SCOPE MANAGEMENT SOLUTIONS, LTD.
1176 FM 517
ALVIN, TX  77511

SCOPE MANAGEMENT SOLUTIONS, LTD.
P.O BOX 5554
ALVIN, TX  77512

SCORE ATLANTA INC.
975 COBB PLACE BLVD.
SUITE 202
KENNESAW, GA  30144

SCOTT AND WHITE HEALTH PLAN
1206 WEST CAMPUS DR.
TEMPLE, TX  76502

SCOTT HENSEN
ADDRESS ON FILE

SCREENING SYSTEMS INTERNATIONAL, INC.
P.O. BOX 760
SLAUGHTER, LA  70777

SCULLIN, MIKE & TRACI
ADDRESS ON FILE

SEALCO LLC
1761 INTERNATIONAL PARKWAY
SUITE 127
RICHARDSON, TX  75081

SECRETARY OF STATE
P.O. BOX 12887
AUSTIN, TX  78711-2887

SECUTOR CONSULTING
3007 RUNNING BROOK DRIVE
JOSHUA, TX  76058

SELECT ENERGY, INC.
107 SELDEN ST
BERLIN, CT  06037

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  August 03, 2016

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

SELECTICA, INC.
ATTN: TRAVIS SAYER
1740 TECHNOLOGY DRIVE
SUITE 450
SAN JOSE, CA  95110

SEMINOLE CANADA GAS COMPANY
SUITE 1000, 530 EIGHTH AVENUE SW
CALGARY, AB  T2P 3S8  CANADA

SENDERO BUSINESS SERVICES, LP
750 N. ST. PAUL STREET
SUITE 700
DALLAS, TX  75201

SENECA GROUP, LLC
500 NEW JERSEY AVENUE, SUITE 400
WASHINGTON, DC  20001

SEQUENT ENERGY MANAGEMENT, L.P.
1200 SMITH STREET, SUITE 900
HOUSTON, TX  77002

SERVANT ENERGY PARTNERS, LLC
10 WINDING HOLLOW LN
COPPELL, TX  75019

SERVICEMAX, INC.
2580 MISSION COLLEGE BLVD.
SUITE 103
SANTA CLARA, CA  95054

SET ENVIRONMENTAL, INC.
450 SUMAC ROAD
WHEELING, IL  60090

SETH SCHWARTZ
ADDRESS ON FILE

SEVEN-UTILITY MANAGEMENT CONSULTANTS,
LLC
19840 CYPRESS CHURCH RD
CYPRESS, TX  77433

SEVERON CORPORATION
20325 NE VON NEUMANN DR.
SUITE 120
BEAVERTON, OR  97006

SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY  10004

SHELL ENERGY NORTH AMERICA (US), L.P.
1000 MAIN STREET, LEVEL 12
HOUSTON, TX  77002

SHERMAN GRAYSON HOSPITAL, LLC
500 N. HIGHLAND
SHERMAN, TX  75092

SHERMCO INDUSTRIAL SERVICES
715 DISCOVERY, SUITE 502
CEDAR PARK, TX  78623

SHERMCO INDUSTRIES
2425 PIEONEER DRIVE
IRVING, TX  75061

SHIPP, CHASE & MEAGAN
ADDRESS ON FILE

SHL US INC
555 NORTH POINT CENTER EAST, SUITE 600
ALPHARETTA, GA  30022

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

SHOP MY POWER, INC.
400 NORTH ALLEN DR.
SUITE 308
ALLEN, TX  75013

SICK MAIHAK, INC.
6900 WEST 110TH STREET
MINNEAPOLIS, MN  55438

SIDLEY AUSTIN LLP
PO BOX 0642
CHICAGO, IL  60690

SIEMENS DEMAG DELAVAL
TURBOMACHINERY, INC.
400 INTERSTATE PARKWAY NORTH
ATLANTA, GA  30339

SIEMENS ENERGY & AUTOMATION, INC.
734 W.N. CARRIER PARKWAY
GRAND PRAIRIE, TX  75050

SIEMENS ENERGY INC
ADDRESS ON FILE

SIEMENS ENERGY INC
6210 N BELTLINE ROAD
SUITE 150
IRVING, TX  75063

SIEMENS INDUSTRY, INC.
500 HUNT VALLEY DRIVE
NEW KENSINGTON, PA  15068

SIEMENS POWER CORPORATION
P.O. BPX 1002
GLEN ROSE, TX  76043

SIEMENS POWER GENERATION, INC.
ATTN: MR. CHUCK HARTONG
8600 NORTH ROYAL LANE
SUITE 100
IRVING, TX  75063

SIEMENS POWER GENERATION, INC.
SUITE 150
IRVING, TX  75063

SIEMENS WESTINGHOUSE POWER CORP
6682 WEST GREENFIELD AVE STE 209
MILWAUKEE, WI  53214

SILVERPOP SYSTEMS INC
200 GALLERIA PARKWAY, SUITE 750
ATLANTA, GA  30339

SILVERSCRIPT
AMI SCHENCK
9501 E. SHEA BLVD.
SCOTTSDALE, AZ  85260

SILWOOD TECHNOLOGY LIMITED
SILWOOD TECHNOLOGY LIMITED SILWOOD
BUSINESS CENTRE
SILWOOD PARK
BUCKHURST ROAD
ASCOT BERKSHIRE  SL5 7PW  UNITED KINGDOM

SIMEIO SOLUTIONS, INC.
50 HARRISON ST.
SUITE 304
HOBOKEN, NJ  07030

SIMGENICS LLC
2059 SPUR CROSS RD
GRAND JUNCTION, CO  81507

SIMMONS-BOARDMAN PUBLISHING
CORPORATION
1809 CAPITAL AVENUE
OMAHA, NE  68102

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

SIMPLEXGRINNELL LP
800 RAILHEAD ROAD
SUITE 304
FORT WORTH, TX  76106

SIMPLIFIED POWER, LLC
15840 FM 529
#201
HOUSTON, TX  77095

SIMPLY COMEPTITIVE ENERGY, LLC
1803 THOMAS LEE RD
BONHAM, TX  75418-2711

SINGULARITY, INC
2445 MIDWAY RD
CARROLLTON, TX  75006

SITECORE USA INC.
591 REDWOOD HIGHWAY
BLDG. #4000
MILL VALLEY, CA  94941

SITEL OPERATING CORPORATION
TWO AMERICAN CENTER
3102 WEST END AVENUE
SUITE 1000
NASHVILLE, TN  37203

SIX FLAGS OVER TEXAS
PO BOX 911974
DALLAS, TX  75391

SKA CONSULTING, L.P.
10260 WESTHEIMER
SUITE 605
HOUSTON, TX  77042

SKYCOM INC
PO BOX 455
EXCELSIOR, MN  55331

SKYHIGH NETWORKS, INC.
1602 S DE ANZA BLVD STE 248
CUPERTINO, CA  95014

SMARTPROS LTD.
12 SKYLINE DRIVE
HAWTHORNE, NY  10532

SMBC RAIL SERVICES LLC (SUCCESSOR TO
SMBC RAIL SERVICES LLC
ATTN: TIM STEVENS
300 SOUTH RIVERSIDE PLAZA, SUITE 1925
CHICAGO, IL  60606

SMI ENERGY
2985 SOUTH HWY. 360, SUITE 203
GRAND PRAIRIE, TX  75052

SMITH HANLEY ASSOCIATES
200 W. MADISON ST.  SUITE 2110
CHICAGO, IL  60606

SNL FIANCIAL
ONE SNL PLAZA
CHARLOTTESVILLE, VA  22902

SOFTWARE ENGINEERING OF AMERICA INC
1230 HEMSTEAD TURNPIKE
FRANKLIN SQUARE, NY  11010

SOLIDATE CONTROLS INC D/B/A AMETEK
SOLIDSTATE CONTROLS
875 DEARBORN DRIVE
COLUMBUS, OH  43085

SOLOMON CORPORATION
103 WEST MAIN STREET
SOLOMON, KS  67480

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

Notices mailed by:  **August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

Exhibit A - Notice of Assumption

Page 88 of  107

SOLUTIONS FOR ENERGY MANAGEMENT LP
38868 FM 1488
HEMPSTEAD, TX  77445

SOMERVELL COUNTY WATER DISTRICT
PO BOX 1386
GLEN ROSE, TX  76043

SOMERVELL FLOORS, INC.
ATTN: SHIRLEY WILLIAMSON
4575 HWY 144 NORTH
GRANBURT, TX  76048

SOUTH JERSEY RESOURCES GROUP, LLC
2350 AIRFORT FREEWAY, SUITE 200
BEDFORD, TX  76022

SOUTH TEXAS ELECTRIC COOPERATIVE, INC.
FARM ROAD 447
P.O. BOX 119
NURSERY, TX  77976

SOUTHERN COMPANY SERVICES INC
C/O MANAGER LAND SALES
GEORGIA POWER & LIGHT CO
241 RALPH MCGILL NE BIN 10151
ATLANTA, GA  30308

SOUTHERN CRANE AND ELEVATOR SERVICES,
INC
PO BOX 866008
PLANO, TX  75086

SOUTHERN CROSS TRANSMISSION LLC
1600 SMITH STREET STE. 4025
HOUSTON, TX  77002

SOUTHERN GENERATION TECHNOLOGIES, LLC
42 INVERNESS CENTER PKWY
BIRMINGHAM, AL  35242

SOUTHWEST AQUATIC SERVICES
PO BOX 173
ALTAIR, TX  77412

SOUTHWEST BUSINESS CORPORATION
9311 SAN PEDRO STE 600
SAN ANTONIO, TX  78216

SOUTHWEST ENERGY, L.P.
3100 TIMMONS, SUITE 225
HOUSTON, TX  77027

SOUTHWEST POWER POOL, INC.
415 N MCKINLEY
800 PLAZA WEST
LITTLE ROCK, AR  72205

SOUTHWESTERN PUBLIC SERVICE
PO BOX 1261
AMARILLO, TX  79101

SPANISH MASTER
PO BOX 495215
GARLAND, TX  75049-5215

SPECTRO ANALYTICAL INSTRUMENTS
91  MCKEE DRIVE
MAHWAH, NJ  07430

SPECTRON ENERGY SERVICES LIMITED
4 GROSVENOR PLACE FIRST FLOOR
LONDON  SW1X 7DL  UNITED KINGDOM

SPECTRON ENERGY, INC.
65 LOCUST AVE
NEW CANAAN, CT  06840

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

| | | |
|---|---|---|
| SPHERION STAFFING, LLC<br>2050 SPECTRUM BLVD<br>FT. LAUDERDALE, FL  33309 | SPIRAMID, LLC<br>13763 ROYAL RED TERRACE<br>CHANTILLY, VA  20151 | SPR PACKAGING, LLC<br>1480 JUSTIN ROAD<br>ROCKWALL, TX  75087 |
| SPRAGUE ENERGY CORP.<br>TWO INTERNATIONAL DR., STE 200<br>PORTSMOUTH, NH  03801 | SPRINGBROOK PROPERTIES, LLC<br>ADDRESS ON FILE | SPX FLOW CONTROL<br>19191 HEMPSTEAD HWY<br>HOUSTON, TX  77065 |
| SPX HEAT TRANSFER, INC.<br>2121 N. 161ST E. AVE<br>TULSA, OK  74116 | SPX TRANSFORMER SOLUTIONS, INC.<br>2701 US HIGHWAY 117 SOUTH<br>GOLDSBORO, NC  27530 | SSE HOLDINGS, INC<br>10807 WALSTON RDIGE CIR<br>SPRING, TX  77379 |
| ST JAMES SOFTWARE LIMITED<br>1 CASTLE STREET<br>CASTLETOWN, ISLE OF MAN  IM9 1LF  UNITED KINGDOM | STACEY DORE<br>ADDRESS ON FILE | STAN SCHLUETER<br>ADDRESS ON FILE |
| STANDARD & POOR'S FINANCIAL SERVICES LLC<br>ATTENTION: PRODUCT MANAGEMENT,<br>RATINGSDIRECT<br>55 WATER STREET, 49TH FLOOR<br>NEW YORK, NY  10041 | STANDARD UTILITY CONSTRUCTION, INC.<br>7511 CALMONT AVENUE<br>FORT WORTH, TX  76116 | STANSELL PEST CONTROL<br>PO BOX 1853<br>MT. PLEASANT, TX  75456 |
| STARBOARD ENVIRONMENTAL AUDIT SERVICES, INC.<br>3200 STAGECOACH RANCH LOOP<br>DRIPPING SPRINGS, TX  78620 | STARSUPPLY PETROLEUM INC<br>133 ENGLE STREET<br>ENGLEWOOD, NJ  07631 | STATE OF DELAWARE PUBLIC UTILITY COMM.<br>DELAWARE PUBLIC UTILITY COMMISSION<br>861 SILVER LAKE BLVD CANON BUILDING<br>SUITE 100, ATTN: CREDIT DEPARTMENT<br>DOVER, DE  19904 |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: August 03, 2016

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Page 90 of 107

**Exhibit A - Notice of Assumption**

STEPHENS LITTLE INC.
5220 SPRING VALLEY ROAD
SUITE 100
DALLAS, TX  75254

STERLING ROBERT & ORTIZ
2709 UMBRELLABIRD AVE
MCALLEN, TX  78504

STREAMSERVE DS LLC
3 VAN DE GRAFF DRIVE
BURLINGTON, MA  01803

STRESS ENGINEERING SERVICES, INC.
13800 WESTFAIR EAST DRIVE
DALLAS, TX  75201

STROZ FRIEDBERG LLC
32 AVENUE OF THE AMERICAS
4TH FLOOR
NEW YORK, NY  10013

STRUCTURAL INTEGRITY ASSOCIATES
3006 LONGHORN BLVD.
SUITE 102
DALLAS, TX  75201

STRUCTURAL INTEGRITY ASSOCIATES, INC.
5215 HELLYER AVENUE   SUITE210
SAN JOSE, CA  95138

STRUCTURE WORKS, INC.
43 MILL STREET
DOVER PLAINS, NY  12522

SUCCESSFACTORS, INC
1500 FASHION ISLAND BLVD.
SUITE 300
SAN MATEO, CA  94404

SUMMIT ENERGY SERVICES
10350 ORMSBY PARK PLACE
LOUISVILLE, KY  40223

SUMMIT ENERGY, LLC
PO BOX 683909
PARK CITY, UT  84068-3909

SUMMIT POWER PROJECT HOLDING, LLC
ADDRESS ON FILE

SUN COAST RESOURCES INC.
ATTN: SCOTT FANCHER
6922 CAVALCADE
HOUSTON, TX  77028

SUN COAST RESOURCES, INC
1415 NORTH LOOP WEST
SUITE 800
HOUSTON, TX  770008

SUN COAST RESOURCES, INC
6922 CAVALCADE
HOUSTON, TX  77028

SUN TECHNICAL SERVICES INC
5588 LONGLEY LANE
RENO, NV  89511

SUNBELT SUPPLY CO
1612 E WHALEY
LONGVIEW, TX  75601

SUNDOWN ENERGY, LP
ADDRESS ON FILE

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

SUPERIOR SERVICE CO.
PO BOX 6754
BRYAN, TX  77805

SUPERIOR SILICA SAND LLC
3014 LCR 704
KOSSE, TX  76653

SURVEY MONKEY, INC.
101 LYTTON AVENUE
PALO ALTO, CA  94301

SWIGOR MARKETING GROUP LLC
126 FRONT STREET
MARBLEHEAD, MA  01945

SWN COMMUNICATIONS INC.
224 W. 30TH ST.
SUITE 500
NEW YORK, NY  10001

SYBASE, INC
ONE SYABASE DRIVE
DUBLIN, CA  94568

SYMANTEC CORPORATION
10201 TORRE AVE
CUPERTINO, CA  95014

T. E. S. ENERGY SERVICES LP
17480 DALLAS PARKWAY
#200
DALLAS, TX  75287

TABLEAU SOFTWARE INC.
837 N. 34TH ST.
SUITE 400
SEATTLE, WA  98103

TAES, LLC
4664 OLD POND DR
PLANO, TX  75024

TARABA, CONNIE
ADDRESS ON FILE

TARGA GAS MARKETING LLC
1000 LOUISIANA STE 4700
HOUSTON, TX  77002

TAS ENVIROMENTAL SERVICES
3929 CALIFORNIA PARKWAY EAST
FORT WORTH, TX  76119

TAYLOR TELECOMM, INC.
PO BOX 386
MERIDIAN, TX  76665

TBEY & ASSOCIATES
203 SOUTH HAMPTON ROAD
DESOTO, TX  75115

TCT FUTURES, LLC
2121 SAGE RD, SUITE 215
HOUSTON, TX  77056-4395

TEALEAF TECHNOLOGY, INC.
45FREEMONT STREET
SUITE 1450
SAN FRANCISCO, CA  94105

TEALIUM INC
11085 TORREYANA ROAD
SAN DIEGO, CA  92121

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH

Exhibit A - Notice of Assumption

TEAM INDUSTRIAL SERVICES INC
PO BOX 12079
LONGVIEW, TX  75607

TEC WELL SERVICE INC.
851 W. HARRISON ROAD
LONGVIEW, TX  75604

TECHNOLOGENT
7770 FRONTAGE ROAD
SKOKIE, IL  60077

TECHNOLOGY & MANAGEMENT SERVICES, INC.
18757 NORTH FREDERICK ROAD
GAITHERSBURG, MD  20879

TELEDYNE TEST SERVICES
513 MILL ST.
MARION, MA  02738-1549

TELUS INTERNATIONAL (U.S.) CORP.
ATTN: NEVRES GENC
2251 SOUTH DECATUR BLVD.
LAS VEGAS, NV  89102

TELVENT DTN CORPORATE OFFICE
9110 W. DODGE RD.
OMAHA, NE  68114

TELVENT DTN, LLC
11400 RUPP DRIVE
BURNSVILLE, MN  55337

TELWARES, INC.
7901 STONERIDGE DR.
SUITE 310
PLEASANTON, CA  94588

TEMPLETON ELECTRICAL AIR CONDITIONING
AND REFRIGERATION
P.O. BOX 912
MT. VERNON, TX  75457

TENASKA MARKETING VENTURES
11718 NICHOLAS STREET
OMAHA, NE  68154

TENASKA MARKETING VENTURES
TENASKA GAS STORAGE, LLC
14302 FNB PARKWAY
ATTN: ANDREW MURREN, SENIOR CREDIT RISK
ANALYST
OMAHA, NE  68154-4435

TENASKA POWER SERVICES CO.
1401 E. LAMAR BLVD, SUITE 100
ATTN: CREDIT DEPARTMENT
ARLINGTON, TX  76006

TENASKA POWER SERVICES CO.
1701 E LAMAR BLVD STE 100
ARLINGTON, TX  76006

TENASKA, INC.
1044 NORTH 115TH ST, SUITE 400
ATTN:  LEGAL DEPARTMENT
OMAHA, NE  68154

TERIX COMPUTER SERVICE, INC.
388 OAKMEAD PKWY (ATTN: BERND APPLEBY)
SUNNYVALE, CA  94085

TES INCORPORATED
3928 BUENA VISYA CIRCLE
GRANBURY, TX  76049

TEX BLAST SANDBLASTING CO
P.O. BOX 1477
TEMPLE, TX  76503

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

TEXAN POWER COMPANY, LLC
13333 BLANCO RD
SUITE 304
SAN ANTONIO, TX  78216

TEXAS COMPETITIVE ELECTRIC HOLDINGS CO
1601 BRYAN ST
DALLAS, TX  75201

TEXAS COMPETITIVE ELECTRIC HOLDINGS
COMPANY LLC
ATTN: MR. JEFF WALKER
1601 BRYAN ST.
DALLAS, TX  75201-3411

TEXAS COTTON GINNERS ASSOCIATION
408 W 14TH ST
AUSTIN, TX  78701-1819

TEXAS DIESEL MAINTENANCE
2327 TIMBERBREEZE CT.
MAGNOLIA, TX  77355

TEXAS EASTERN TRANSMISSION CORPORATION
5400 WESTHEIMER COURT
HOUSTON, TX  77056-5353

TEXAS ECO SERVICES, INC.
5232 SAUNDERS ROAD
FORT WORTH, TX  76119

TEXAS ELECTRICITY RATINGS
1714 BEVIS ST.
HOUSTON, TX  77008

TEXAS ENERGY AGGREGATION, LLC (TEA)
1708 W AUSTIN AVE
WACO, TX  76701

TEXAS ENERGY PROCUREMENT SERVICES LLC
740 E CAMPBELL RD
SUITE 840
RICHARDSON, TX  75081

TEXAS ENERGY REPORT
P.O. BOX 8
AUSTIN, TX  78767

TEXAS ENERGY TRANSFER COMPANY, LTD
1300 MAIN STREET
ATTN: CREDIT DEPARTMENT - TREASURY
HOUSTON, TX  77002

TEXAS FOOD BANK NETWORK
4500 S COCKRELL HILL RD
DALLAS, TX  74237

TEXAS PARKS & WILDLFE DEPT
4200 SMITH SCHOOL ROAD
AUSTIN, TX  78744

TEXAS POWER CONSULTANTS, LLC
111 EAST THIRD ST
TYLER, TX  75701

TEXAS RETAIL ENERGY, LLC
2001 SOUTHEAST 10TH STREET
BENTONVILLE, AR  72716-0550

TEXAS WILDLIFE DAMAGE MANAGEMENT
FUND
USDA - APHIS - WS
PO BOX 100995
SAN ANTONIO, TX  78201-8995

TEXAS-NEW MEXICO POWER COMPANY
4100 INTERNATIONAL PLAZA
TOWER II
FT. WORTH, TX  76109-4820

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

| | | |
|---|---|---|
| TEXLA ENERGY MANAGEMENT, INC.<br>1100 LOUISIANA STE 3220<br>HOUSTON, TX  77002 | TFS ENERGY SOLUTIONS, LLC<br>680 WASHINGTON BLVD<br>STAMFORD, CT  06901 | THE ALLANT GROUP, INC.<br>2056 WESTINGS AVENUE<br>SUITE 500<br>NAPERVILLE, IL  60563 |
| THE ATLANTIC GROUP, INC. D/B/A DZ ATLANTIC<br>ATTN: JAMES CHESNUT, VP, NUCLEAR OPERATIONS<br>5426 ROBIN HOOD RD.<br>NORFOLK, VA  23513 | THE BANK OF NEW YORK MELLON<br>MELLON CLIENT SERVICE CENTER<br>ATTN:  JOHN DURBIANO/AIM 154-1380<br>500 ROSS STREET<br>PITTSBURGH, PA  15262-0001 | THE BANK OF NEW YORK MELLON<br>RACHEL GIAMPAOLO<br>3 MELLON BANK CTR<br>153- 3518<br>PITTSBURGH, PA  15259 |
| THE BOSTON CONSULTING GROUP, INC.<br>2501 NORTH HARWOOD, SUITE 2200<br>DALLAS, TX  75201 | THE BRATTLE GROUP, INC.<br>44 BRATTLE STREET<br>CAMBRIDGE, MA  02138-3736 | THE DOYLEE GROUP, INC DBA HAMMER<br>POWER SOURCE<br>1005 ANITA DR<br>ARLINGTON, TX  76012 |
| THE DRAKE GROUP<br>721 WHITNEY COURT STE. 200<br>PROSPER, TX  75078 | THE INNIS COMPANY<br>14643 DALLAS PARKWAY<br>SUITE 635<br>DALLAS, TX  75254 | THE LAFAYETTE INSURANCE COMPANY, AS<br>LOAN PARTICIPANT<br>C/O ADVANTUS CAPITAL MANAGEMENT INC.<br>ATTN: CLIENT ADMINISTRATOR<br>400 ROBERT STREET NORTH<br>ST PAUL, MN  55101 |
| THE LAUCK GROUP, INC.<br>1601 BRYAN STREET<br>SUITE 101<br>DALLAS, TX  75201 | THE LAW OFFICES OF JOHN CHARLES<br>SHERWOOD<br>THE STONELEIGH P BUILDING<br>2926 MAPLE AVE STE 200<br>DALLAS, TX  75201 | THE MERGIS GROUP<br>2050 SPECTRUM BLVD.<br>FT. LAUDERDALE, FL  33309 |
| THE MERRICK GROUP INC<br>100 UNICO DR<br>WEST HAZLETON, PA  18202 | THE MODIS GROUP<br>14241 N. DALLAS PARKWAY, SUITE 200<br>DALLAS, TX  75254 | THE MOSAIC COMPANY<br>555 S. RENTON VILLAGE PLACE<br>SUITE 280<br>RENTON, WA  98057 |

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

THE NASDAQ OMX GROUP, INC.
ONE LIBERTY PLAZA
NEW YORK, NY  10006

THE NEWPORT GROUP, INC.
300 INTERNATIONAL PARKWAY
SUITE 270
HEATHROW, FL  32746

THE STRESS CENTER
535 LACEY RD
SUITE 6
FORKED RIVER, NJ  08731

THE TAGOS GROUP, LLC
8 GREENWAY PLAZA
SUITE 910
HOUSTON, TX  77046-0890

THE Z FIRM
5353 WEST ALABAMA
SUITE 300
HOUSTON, TX  77056

THEOBALD SOFTWARE GMBH
OLGASTRASSE 15
STUTTGART  70182  GERMANY

THERMO ELECTRON NORTH AMERICA
1400 N. POINT PARKWAY
WEST PALM BEACH, FL  33407

THERMO ENVIRONMENTAL INSTRUMENTS
27 FORGE PARKWAY
FRANKLIN, MA  02038

THG ENERGY & TECHNOLOGY SOLUTIONS, LLC
4150 INTERNATIONAL PLAZA
STE 102
FORT WORTH, TX  76109

THOMAS BAKER
ADDRESS ON FILE

THOMASENA HURST
ADDRESS ON FILE

THOMPSON REUTER CONTRACT
ADMINISTRATION
3 TIMES SQUARE, 15TH FLOOR
NEW YORK, NY  10036

THOMPSONMATSEN & ASSOCIATES, INC.
4101 WEST SR-146    STE 5
LAGRANGE, KY  40031

THOMPSON-VOGELE, KARLLA & JAMES
ADDRESS ON FILE

THORNHILL CATERING
2156 W.NORTHWEST HWY 312
DALLAS, TX  75220

THREE PILLAR CONSULTING
2350 AIRPORT FREEWAY
SUITE 250
BEDFORD, TX  76022

THYSSENKRUPP ELEVATOR CORPORATION
2220 CHEMSEARCH BLVD
SUITE 100
IRVING, TX  75062

THYSSENKRUPP ELEVATOR CORPORATION
2801 NETWORK BLVD. SUITE 700
FRISCO, TX  75034

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

TIBCO SOFTWARE, INC.
ATTN: GENERAL COUNSEL
3165 PORTER DRIVE
PALO ALTO, CA  94304

TIC - THE INDUSTRIAL COMPANY
ADDRESS ON FILE

TILLMON, WAYNE
1035-A HIGHWAY 7 EAST
KOSSE, TX  76653

TIME WARNER CABLE BUSINESS CLASS
1776 N. GREENVILLE AVE.
DALLAS, TX  75081

TIME WARNER CABLE
1601 BRYAN STREET
DALLAS, TX  75201

TISCHLER/KOCUREK
ADDRESS ON FILE

TITAN ENGINEERING, INC.
2340 E. TRINITY MILLS ROAD
SUITE 250
CARROLLTON, TX  75006

TITAN ENGINEERING, INC.
2800 NETWORK BLVD STE. 200
FRISCO, TX  75034

TJM INSTITUTIONAL SERVICES, LLC
303 W. MADISON, SUITE 400
CHICAGO, IL  60606

TLO
4530 CONFERENCE WAY SOUTH
BOCA RATON, FL  33431

TMS DELIVERY, INC.
PO BOX 131060
TYLER, TX  75713

TNT CRANE & RIGGING
P.O. BOX 8047
LONGVIEW, TX  75607

TNT CRANE & RIGGING, INC.
5533 SOUTH FM ROAD 2087
LONGVIEW, TX  75603

TNT CRANE AND RIGGING
TNT CRANE & RIGGING, INC.
5533 SOUTH FM ROAD 2087
LONGVIEW, TX  75603

TODDS A/C INC.
6865 HIGHLAND ROAD
GILMER, TX  75645

TONY C. MARSH D/B/A MAMO ENTERPRISES
206 BIG SUR DR.
CEDAR PARK, TX  78613

TORCH ENERGY SOLUTIONS, INC
7322 SOUTHWEST FWY
SUITE 1080
HOUSTON, TX  77074

TORONTO-DOMINION BANK
55 KING ST WEST & BAY ST. 9TH FL
TD TOWER
TORONTO, ON  M5K 1A2  CANADA

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

TOTAL GAS & POWER NORTH AMERICA, INC.
1201 LOUISIANA / SUITE 1600
TOTAL PLAZA
HOUSTON, TX  77002

TOWERS WATSON PENNSYLVANIA INC
KEVIN YOUNG, SECRETARY AND GENERAL
COUNSEL, 1500 MARKET STREET
SUITE 22E
PHILADELPHIA, PA  19102

TPUSA, INC.
1991 SOUTH 4650 WEST
SALT LAKE CITY, UT  84104

TRAFIGURA AG
ONE STAMFORD PLAZA
263 TRESSER BLVD, 16TH FLOOR
STAMFORD, CT  06901-3271

TRANS UNION LLC
555 WEST ADAMS
CHICAGO, IL  60661

TRANSCANADA ENERGY LTD.
450 - 1ST STREET SW
CALGARY, AB  T2P 5H1  CANADA

TRANSNEXUS, INC.
75 FIFTH STREET NW
SUITE 333
ATLANTA, GA  30308

TRANSPARENT ELECTRICITY QUOTES, LLC
2310 PEBBLEBROOK CT
GRAND PRAIRIE, TX  75050

TRANS-RENTAL INC
PO BOX 399
MATTHEWS, NC  28106

TRANSWESTERN PIPELINE COMPANY
711 LOUISIANA STREET/ SUITE 900
HOUSTON, TX  77002

TRAVIS EUGENE JERNIGAN
ADDRESS ON FILE

TREVOR SAWATZKY
ADDRESS ON FILE

TRIDENT RESPONSE GROUP, LLC
11837 JUDD COURT
SUITE 116
DALLAS, TX  75243

TRIPWIRE, INC.
101 SOUTHWEST MAIN
SUITE 1500
PORTLAND, OR  97204

TRUETT, MARY ANN
706 N. MIGNONETTE
KOSSE, TX  76653

TRUMAN ARNOLD COMPANIES
PO BOX 1481
TEXARKANA, TX  75504-1481

TULLETT PREBON AMERICAS CORP.
101 HUDSON ST
PO BOX 2010
JERSEY CITY, NJ  07303-2010

TURBOCARE
2140 WESTOVER ROAD
CHICOPEE, MA  01022

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

TURNER, GARY
P.O. BOX 193
FRANKLIN, TX  77856

TURNKEY SECURITY, INC.
P.O. BOX 1889
MANCHACA, TX  78652-1889

TWIN EAGLE RESOURCE MANAGEMENT, LLC
8847 WEST SAM HOUSTON PARKWAY NO
HOUSTON, TX  77040

TXU 2007-1 RAILCAR LEASING LLC ("TXU
RAILCAR LEASING")
C/O GENERAL ELECTRIC RAILCAR SERVICES
LLC
161 NORTH CLARK STREET, SUITE 700
ATTENTION - RISK LEADER
CHICAGO, IL  60601

TXU ENERGY RETAIL COMPANY LLC
680 ANDERSEN DRIVE
10 FOSTER PLAZA, SUITE 200
PITTSBURGH, PA  15220

TXU ENERGY SERVICES COMPANY D/B/A
1601 BRYAN STREET
DALLAS, TX  75201

TXU LONE STAR PIPELINE
301 S HARWOOD
8 NORTH
DALLAS, TX  75240-1011

TYNDALE COMPANY, INC.
5050 APPLEBUTTER RD.
PIPERSVILLE, PA  18947

U. S. BANK GLOBAL TRUST SERVICES
ATTN: MICHAEL LAUBENSTEIN
ONE FEDERAL STREET, 3RD FLOOR
BOSTON, MA  02110

U.S. BANK NATIONAL ASSOCIATION, AS
SECURITY TTEE
6250 RIVER ROAD, SUITE 5000
ROSEMONT, IL  60018

U.S. BANK NATIONAL ASSOCIATION, AS
SECURITY TTEE
MAIL STATION: EP-MN-WS1D
60 LIVINGSTON STREET
ST. PAUL, MN  55107

U.S. DEPARTMENT OF ENERGY
U.S. NUCLEAR REGULATORY COMMISSION
ATTENTION:  DOCUMENT CONTROL DESK
DIRECTOR
OFFICE OF NUCLEAR REACTOR REGULATION
WASHINGTON, DC  20555

U.S. ENERGY PROFESSIONALS, LLC
5001 ALBANY DR
PLANO, TX  75093

U.S. UNDERWATER SERVICES, INC.
PO BOX 1311
JOSHUA, TX  76058

U.S.E.C., LLC
77 SUGAR CREEK CENTER BLVD
STE 501
SUGARLAND, TX  77478

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

UBS AG
677 WASHINGTON BLVD.
STAMFORD, CT  06912-0300

UBS AG
C/O UBS WARBURG ENERGY LLC
1500 LOUISIANA, EB 5010
ATTN: MS. ANGELA D. DAVIS
HOUSTON, TX  77002

UBS SECURITIES LLC
1285 AVENUE OF THE AMERICAS
3RD FLOOR
NEW YORK, NY  10019

UHC VISION
LEJUENE DAVIS
1311 W. PGBUSH HWY
RICHARDSON, TX  75080

UNIFIED ENERGY SERVICES, LLC
3900 ESSEX
SUITE 750
HOUSTON, TX  77027

UNIFIRST HOLDINGS LLP
2900 NORTH BEACH
FORT WORTH, TX  76111

UNIFY
CHRIS HEINEFIELD
105 DECKER COURT
SUITE 540
IRVING, TX  75042

UNION PACIFIC RAILROAD COMPANY
1416 DODGE ST  RM 200
ATTN: MR. CHARLES WALTERS
OMAHA, NE  68179

UNITED CONVEYOR CORPORATION
2100 NORMAN DR. WEST
WAUKEGAN, IL  60085

UNITED DYNAMICS AT CORPORATRION
2681 CORAL RIDGE ROAD
BROOKS, KY  40109

UNITED RENTALS
5930 EAST LOOP 820 SOUTH
MARION, MA, TX  76119

UNITED SCIENCES TESTING INC
201 COMMONWEALTH DRIVE
WARRENDALE, PA  15086

UNITED VAN LINES, LLC
ONE UNITED DRIVE
FENTON, MO  63026

UNITY SEARCH, LLP
SUITE 404
ADDISON, TX  75001

UNIVERSAL RECYCLING TECHNOLOGIES, LLC
731 EIGHT TWENTY BLVD.
SUITE 200
FORT WORTH, TX  76106

UNIVERSAL TECHNOLOGIES, INC.
ATTN: STEPHEN D. GORDON
WEST RANCH CENTER, SUITE C-2
19423 NO. TURKEY CREEK RD.
MORRISON, CO  80465

UNIVERSITY OF TEXAS AT ARLINGTON
701 SOUTH NEDDERMAN DRIVE
BOX 19145
ARLINGTON, TX  76019-0145

UNIVERSITY OF TEXAS AT DALLAS
MANAGEMENT AND BUSINESS DEVELOPMENT
800 W. CAMPBELL DR
SM10
RICHARDSON, TX  75080

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

URASIA ENERGY LTD
5575 DTC PARKWAY STE 140
% URASIA (U.S.A.) HOLDINGS INC
ATTN: MANAGER, CONTRACT ADMIN.
GREENWOOD VILLAGE, CO  80111

URBAN ENVIRONMENTS, LLC DBA URBAN
JUNGLE
6652 YOSEMITE LANE
DALLAS, TX  75214

URS CORPORATION
PO BOX 201088
AUSTIN, TX  78720-1088

US BANK NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE
ATTN: MICHAEL LAUBENSTEIN
CORPORATE TRUST SERVICES, 1 FEDERAL
STREET
3RD FL
BOSTON, MA  02110-2014

U-TEGRATION INC
5453 HIDALGO STREET
HOUSTON, TX  77056

UTILICHOICE INTERNATIONAL, LLC
104 SCHUBERT DR
SUITE 201
DOWNINGTOWN, PA  19335

UTILITECH, INC
3020 PENN AVE
WEST LAWN, PA  19609

UTILITIES SERVICE ALLIANCE INC
9200 INDIAN CREEK PKWY STE 201
OVERLAND PARK, KS  66210

UTILITIES SERVICE ALLIANCE INC.
P.O BOX 289
WADSWORTH, TX  77483

V247 QSE CORPORATION
9999 BELLAIRE BLVD
SUITE 1133
HOUSTON, TX  77036

VALCOR ENGINEERING CORPORATION
2 LAWRENCE ROAD
SPRINGFIELD, NJ  07081

VALENCE OPERATING COMPANY
ADDRESS ON FILE

VALERIE & COMPANY
1412 MAIN STREET. SUITE 1110
DALLAS, TX  75202

VALERO TEXAS POWER MARKETING INC
1 VALERO WAY
ATTN: CREDIT MANAGER
SAN ANTONIO, TX  78249-1616

VALIANT MEDIA, INC
5307 E. MOCKINGBIRD LN.
SUITE 500
DALLAS, TX  75206

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

VASSAR GROUP INC DBA DAWN ENERGY
CONSULTING
6023 MILTON ST
DALLAS, TX  75206

VAUGHAN MOBILE FLEET SERVICES A
DIVISION OF VAUGHN EQUIPMENT SALES &
RENTALS, INC.
24280 INTERSTATE 20
WILLIS POINT, TX  75169

VAULT ENERGY SOLUTIONS
6860 DALLAS PARKWAY
SUITE 200
PLANO, TX  75024

VAULT ENERGY SOLUTIONS, LLC
11853 MIRAGE LANE
FRISCO, TX  76033

VEER ADVISORS, LLC
ADDRESS ON FILE

VELOCITY GROUP, LLC
420 FLORENCE ST. #100
PALO ALTO, CA  94301

VENDERE PARTNERS LTD
12655 NORTH CENTRAL EXPRESSWAY, SUITE 410
DALLAS, TX  75243

VENDERE PARTNERS, LTD
12655 N CENTRAL EXPWY
STE 410
DALLAS, TX  75243

VENTURE AGGREGATES LLC
PO BOX 1089
LIBERTY HILL, TX  78642

VENTURE REAEARCH, INC.
3001 SUMMIT AVE.
SUITE 100
PLANO, TX  75074

VENTYX
ATTN; DEREK PORTER
2379 GATEWAY OAK DRIVE
SUITE 200
SACRAMENTO, CA  95833

VEOLIA ES INDUSTRIAL SERVICES
ATTN: EDDIE GERREN
PO BOX 1099
ROCKDALE, TX  76567

VEOLIA ES INDUSTRIAL SERVICES, INC.
4437 SOUTH HIGHWAY 77
ROCKDALE, TX  75567

VERDIGRIS ENERGY, LLC
1711 BUR OAK DR
ALLEN, TX  75002

VERINT AMERICAS INC.
PO BOX 905642
CHARLOTTE, NC  28290

VESTA CAPITAL PARTNERS, LP
5718 WESTHEIMER ROAD
SUITE 1330
HOUSTON, TX  77057

VETERAN ENERGY, LLC
700 SW 24TH AVE
GAINSVILLE, FL  32607

VHSC CEMENT, LLC
3331 ROAD TOWN
TORTOLA  VIRGIN ISLANDS (BRITISH)

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

VINCENT HUANG AND ASSOCIATE INC.
17038 EVERGREEN PLACE
CITY OF INDUSTRY, CA  91745

VIRGINIA POWER ENERGY MARKETING, INC.
120 TREDEGAR STREET
RICHMOND, VA  23219

VITOL INC.
1100 LOUISIANA STREET, STE. 5500
HOUSTON, TX  77002

VITRIA TECHNOLOGY INC
945 STEWART DRIVE
SUNNYVALE, CA  94085

VMWARE
1616 WOODALL RODGERS FRWY.
DALLAS, TX  75201

VMWARE, INC.
3401 HILLVIEW AVENUE
PALO ALTO, CA  94304

VOLANTE MOBILE, INC.
637 E. ALBERTONI STREET
STE 206
CARSON, CA  90746

VOLTSTREET, INC
95 WALL ST
SUITE 1204
NEW YORK, NY  10005

WAGEWORKS, INC.
1100 PARK PLACE, 4TH FLOOR
SAN MATEO, CA  94403

WALDEN ENERGY, LLC
417 W. 7TH STREET, STE 104
TULSA, OK  74119

WALNUT CREEK MINING COMPANY
ADDRESS ON FILE

WARFAB, INC.
350 JOY LANE
P.O. BOX 1080
HALLSVILLE, TX  75650

WASTE CONTROL SPECIALISTS LLC
9998 HIGHWAY 176 W
ANDREWS, TX  79714

WASTE CONTROL SPECIALISTS LLC
THREE LINCOLN CENTRE, STE 1700
5430 LBJ FREEWAY
DALLAS, TX  75240

WASTE MANAGEMENT NATIONAL SERVICES,
INC.
2400 W. UNION AVE.
ENGLEWOOD, CO  80111

WASTE MANAGEMENT OF TEXAS, INC.
PO BOX 719
LEWISVILLE, TX  75067-0031

WASTE WATER SOLUTIONS
ATTN: GREG GULLET
9217 HIGHWAY 290
SUITE 100
AUSTIN, TX  78736

WAUKESHA-PEARCE INDUSTRIES INC.
850 EAST INDUSTRIAL ST.
SAGINAW, TX  76131

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

| | | |
|---|---|---|
| WEATHERPROOFING SERVICES<br>2336 OAK GROVE LANE<br>CROSS ROADS, TX  76227 | WEBFILINGS LLC<br>2625 N. LOOP DRIVE<br>SUITE 2105<br>AMES, IA  50010 | WEBSENSE, INC.<br>10240 SORRENTO VALLEY RD<br>SAN DIEGO, CA  92121 |
| WELLS FARGO BANK NORTHWEST NA<br>ATTN: CORPORATE TRUST SERVICES<br>299 SOUTH MAIN  12TH FLOOR<br>SALT LAKE CITY, UT  84111-1901 | WELLS FARGO BANK NORTHWEST NA<br>ATTN: KAREN EPPS<br>1445 ROSS AVE<br>SUITE 410<br>DALLAS, TX  75202 | WELLS FARGO BANK NORTHWEST, N.A.<br>260 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY, UT  84116 |
| WELLS FARGO COMMODITIES, LLC<br>550 SOUTH TYRON STREET<br>MAC D1086-070<br>CHARLOTTE, NC  28202 | WELLS FARGO EQUIPMENT FINANCE, INC.<br>733 MARQUETTE AVENUE<br>SUITE 700<br>MINNEAPOLIS, MN  55402 | WEST CRYOGENICS INC<br>17301 E FM 1097<br>WILLIS, TX  77378-3959 |
| WEST, A THOMSON REUTERS BUSINESS<br>P.O. BOX 6292<br>CAROL STREAM, IL  60197-6292 | WESTAR ENERGY, INC.<br>818 SOUTH KANSAS AVENUE<br>TOPEKA, KS  66612 | WEST-ARMBRUSTER, KATHELEEN & JAMIE<br>ADDRESS ON FILE |
| WESTERN SYSTEMS POWER POOL (WSPP INC.)<br>1200 G STREET, N.W. STE. 600<br>WASHINGTON, DC  20005 | WESTERN UNITED LIFE ASSURANCE COMPANY,<br>AS LOAN PARTICIPANT<br>C/O ADVANTUS CAPITAL MANAGEMENT INC.<br>ATTN: CLIENT ADMINISTRATOR<br>400 ROBERT STREET NORTH<br>ST PAUL, MN  55101 | WESTFIRE INC<br>10709 PLANO RD., SUITE 100<br>DALLAS, TX  75328 |
| WESTIN ENGINEERING, INC.<br>3100 ZINFANDEL DRIVE<br>SUITE 300<br>SACRAMENTO, CA  95670 | WESTINGHOUSE ELECTRIC CO.<br>1000 WESTINGHOUSE DRIVE<br>CRANBERRY TOWNSHIP, PA  16066 | WESTINGHOUSE ELECTRIC CO.<br>WALTZ MILL FACILITY 158<br>MADISON, PA  15663 |

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

| | | |
|---|---|---|
| WESTINGHOUSE ELECTRIC CO., LLC<br>4350 NORTHER PIKE BOULEVARD<br>MONROEVILLE, PA  15146 | WESTINGHOUSE ELECTRIC CO., LLC<br>PO BOX 1002<br>GLEN ROSE, TX  76043 | WESTINGHOUSE ELECTRIC CORPORATION<br>ATTN: FIELD SALES ENGINEER<br>8400 CARPENTER FREEWAY<br>DALLAS, TX  75247 |
| WESTON SOLUTIONS, INC.<br>5599 SAN FELIPE<br>21ST FLOOR<br>HOUSTON, TX  77056 | WHITE & CASE<br>23802 NETWORK PL<br>CHICAGO, IL  60673-1238 | WHITE FENCE, INC.<br>5333 WESTHEIMER RD.,<br>SUITE 1000<br>HOUSTON, TX  77056 |
| WHITEHEAD CONSTRUCTION, INC.<br>125 INDUSTRIAL DRIVE SOUTH<br>ELIZABETHTON, TN  37643 | WHITING SERVICES, INC.<br>26000 S. WHITLING WAY<br>MONEE, IL  60449 | WHOLESALE SUPPLY, INC.<br>PO BOX 535<br>LONGVIEW, TX  75606 |
| WILDCAT CRANES INC<br>5916 ED COADY RD<br>FORTH WORTH, TX  76134 | WILLIAM A. KOWNURKO<br>ADDRESS ON FILE | WILLIAMS POWER COMPANY, INC.<br>P.O. BOX 2400<br>TULSA, OK  74172 |
| WILLIAMS, TROY<br>ADDRESS ON FILE | WILMINGTON TRUST CO., AS OWNER TRUSTEE<br>ATTN: CORP. TRUST ADMIN. JACQUELINE<br>SOLONE<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890 | WILSON, TOMMY<br>ADDRESS ON FILE |
| WINDSTREAM COMMUNICATIONS<br>1720 GALLERIA BLVD.<br>CHARLOTTE, NC  28270 | WINSTEAD PC<br>KEVIN A. SULLIVAN, CHAIRMAN & CEO<br>500 WINSTEAD BUILDING<br>2728 N. HARWOOD STREET<br>DALLAS, TX  75201 | WINSTON CAPITAL CORPORATION<br>5956 SHERRY LANE SUITE 1200<br>DALLAS, TX  75225 |

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

WITT OBRIEN'S
818 TOWN & COUNTRY BLVD., SUITE 200
HOUSTON, TX  77024

WOLF POINT ENGINEERS, A DIVISION OF
NORTH ALABAMA FABRICATING COMPANY
INC.
ONE NORTH LASALLE STREET,
SUITE 4000
CHICAGO, IL  60602

WOLFRAM RESEARCH
100 TRADE CENTER DRIVE
CHAMPAIGN, IL  61820

WOMBLE DRILLING COMPANY INC.
PO BOX 2517
ATHENS, GA  75751

WOOD GROUP POWER SOLUTIONS, INC
15333 JFK BLVD
SUITE 300
HOUSTON, TX  77032

WORKDAY, INC.
6230 STONERIDGE MALL ROAD
PLEASANTON, CA  94588

WORKSOFT, INC.
15251 DALLAS PARKWAY
SUITE 855
ADDISON, TX  75001

WORLD ENERGY SOLUTIONS, INC (GSE
CONSULTING,LP)
446 MAIN ST
WORCESTER, MA  01608

WORLD ENERGY SOLUTIONS, INC.
446 MAIN STREET, 14TH FLOOR
WORCESTER, MA  01608

WORLEY PARSONS GROUP, INC.
2 WESTBROOK CORP. CENTER STE. 20
WESTCHESTER, IL  60154

WORSHAM STEED GAS STORAGE, L.P.
C/O NORTEX MIDSTREAM PARTNERS, LLC
1201 LOUISIANA ST., STE 700
ATTN: ANDREW T. BARBE
HOUSTON, TX  77002

WORSHAM-STEED GAS STORAGE, LLC
5847 SAN FELIPE, SUITE 3050
HOUSTON, TX  77057-3000

WPA WELLNESS PRACTICES OF AMERICA
ATTN: SHAWN KELEHAN
300 NORTH ALAMO BLVD
MARSHALL, TX  75670

WPX ENERGY MARKETING, LLC.
P.O. BOX 2400
TULSA, OK  74102-2400

WRIGHT, BRETT & SHELLI
ADDRESS ON FILE

W-S INDUSTRIAL SERVICES, INC.
P.O. BOX 87
UNDERWOOD, IA  51576-0087

WSI
400 MINUTEMAN ROAD
ANDOVER, MA  01810

XENCOM GREEN ENERGY, LLC
1609 PRECISION DR
SUITE 300
PLANO, TX  75074

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  August 03, 2016**

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

XENON MARKETING, LLC
6501 COOPER PLACE
PLANO, TX  75093

XOJET ON
2000 SIERRA POINT PARKWAY
2ND FLOOR
BRISBANE, CA  94005

XTO ENERGY INC.
ADDRESS ON FILE

YAKA ENERGY, LLC
111 WEST 5TH STREET, SUITE 1000
TULSA, OK  74103

YATES CONSTRUCTORS, LLC
1855 DATA DRIVE, SUITE 200
BIRMINGHAM, AL  35244-1237

YELLOWFIN ENERGY CONSULTING, LLC
P.O BOX 18039
CORPUS CHRISTI, TX  78480

YORK INTERNATIONAL CORP.
ATTN: C.S. MARANICH
12901 NICHOLSON
SUITE 260
DALLAS, TX  12901

YORK PUMP AND EQUIPMENT
600 ROENIA CIRCLE
LONGVIEW, TX  75604

YORK, A JOHNSON CONTROLS COMPANY
707 NORTH FREEWAY I-35
SUITE 111
FORT WORTH, TX  76102-1702

YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE  19801

YOUNGBLOOD, BOB
ADDRESS ON FILE

Z CHAMPION AND ASSOCIATES, LLC DBA
ZINGO ENERGY CONSULTING
31210 RAINWOOD PARK LN
SPRING, TX  77386

ZENDESK
989 MARKET ST.
SUITE 300
SAN FRANCISCO, CA  94103

ZEPHYR ENVIROMENTAL CORPORATION
ADDRESS ON FILE

ZOHO CORPORATION
4141 HACIENDA DRIVE
PLEASANTON, CA  94588

ZOLFO COOPER LLC
101 EISENHOWER PKY 3RD FL
ROSELAND, NJ  07068

ZULLY GONZALEZ DBA OPTIMAL ENERGY
CONSULTANTS
39005 SHAWNTELLE DR
PLANO, TX  78576

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by:  August 03, 2016

**NOTICE OF (A) EXECUTORY CONTRACTS
AND UNEXPIRED LEASES TO BE ASSUMED
PURSUANT TO THE PLAN; (B) CURE AMOUNTS,
IF ANY; AND (C) RELATED PROCEDURES IN CONNECTION THEREWITH**

**Exhibit A - Notice of Assumption**

Total Parties: 1883