**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | |
| Debtors. | ) ) ) ) | Case No. 14-10979 (CSS)  (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Bradley R. Aronstam, hereby certify that on the 19th day of October, 2016, I caused a true and correct copy of the foregoing *Undertaking for TCEH First Lien Creditor Plan Distribution Allocation Dispute* to be served upon all counsel of record electronically through the Court's CM/ECF System and via U.S. First Class Mail.

*/s/ Bradley R. Aronstam*
Bradley R. Aronstam (No. 5129)

## SERVICE LIST

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Neil Glassman, Esq.<br>GianClaudio Finzio, Esq.<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>PO Box 25130<br>Wilmington, Delaware 19899 | Michael S. Kim, Esq.<br>Jeremy C. Hollembeak, Esq.<br>Benjamin J.A. Sauter, Esq.<br>Melanie L. Oxhorn, Esq.<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, New York 10022 |
| Ashley R. Altschuler, Esq.<br>R. Craig Martin, Esq.<br>DLA PIPER LLP<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801 | Thomas J. Curtin, Esq.<br>Ellen M. Halstead, Esq.<br>Howard R. Hawkins, Jr., Esq.<br>Michele Maman, Esq.<br>CADWALADER WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, New York 10281 |
| Simon E. Fraser, Esq.<br>Mark Felger, Esq.<br>Barry M. Klayman, Esq.<br>COZEN O'CONNOR<br>1201 North Market Street, Suite 1001<br>Wilmington, Delaware 19801 | Mark C. Ellenberg, Esq.<br>CADWALADER WICKERSHAM & TAFT LLP<br>700 Sixth Street, N.W.<br>Washington, D.C. 20001 |
| Joseph H. Huston, Jr., Esq.<br>STEVENS & LEE<br>1105 North Market Street, 7th Floor<br>Wilmington, Delaware 19801 | Thomas J. Moloney, Esq.<br>Sean A. O'Neal, Esq.<br>Humayun Khalid, Esq.<br>Hugh K. Murtagh, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006 |
| Michael David Debaecke, Esq.<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19899 | Elsbeth Bennett, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 |
| Christopher A. Ward, Esq.<br>Justin K. Edelson, Esq.<br>Shanti M. Katona, Esq.<br>Jarrett Vine, Esq.<br>POLSINELLI PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 | George Davis, Esq.<br>Jonathan Rosenberg, Esq.<br>Daniel S. Shamah, Esq.<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036 |

**VIA FIRST CLASS MAIL**
Peter Friedman, Esq.
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006

Brett H. Miller, Esq.
James Michael Peck, Esq.
Todd M. Goren, Esq.
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019

Mark D. Kotwick, Esq.
Thomas Ross Hooper, Esq.
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004