**EXHIBIT A**

**Statement of Fees By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 144.20 | $27,271.80 |
| 642 | Fee Application Prep | 11.20 | $2,710.40 |
| 700 | Non-working Travel | 2.20 | $266.20 |
| 900 | Ediscovery Services | 49.30 | $6,902.00 |
| 901 | Ediscovery Services | 0.50 | $87.50 |
| **Totals:** | | **207.40** | **$37,237.90** |

RLF1 15456388v.1