## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 1.30 | $385.00 | $500.50 |
| Brian Karpuk | EBS Senior Consultant III | 11.20 | $242.00 | $2,710.40 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 94.90 | $239.19 | $22,699.60 |
| Joseph Arena | EBS Senior Consultant I | 2.10 | $176.00 | $369.60 |
| Archana Sidhartha | EDS Project Manager | 0.50 | $175.00 | $87.50 |
| Anna Cummens | EDS Project Manager | 0.80 | $140.00 | $112.00 |
| Daniel Weisenbacher | EDS Project Manager | 0.70 | $140.00 | $98.00 |
| David Garcia Jr | EDS Project Manager | 13.60 | $140.00 | $1,904.00 |
| Elisabetta Longo | EDS Project Manager | 1.40 | $140.00 | $196.00 |
| Jake Dziubczynski | EDS Project Manager | 3.50 | $140.00 | $490.00 |
| Koshin Young | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Matthew Howard | EDS Project Manager | 0.20 | $140.00 | $28.00 |
| Merle Pete | EDS Project Manager | 2.00 | $140.00 | $280.00 |
| Michael Lindsey | EDS Project Manager | 0.60 | $140.00 | $84.00 |
| Michal Tchorzewski | EDS Project Manager | 7.00 | $140.00 | $980.00 |
| Rebecca Dennis | EDS Project Manager | 3.50 | $140.00 | $490.00 |
| Ronald Schleimer | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Sergio Riquelme | EDS Project Manager | 9.70 | $140.00 | $1,358.00 |
| Tanya Rivera | Project Manager | 4.50 | $140.00 | $630.00 |
| John Chau | EBS Case Manager I, CA | 47.60 | $83.00 | $3,950.80 |
| Thomas Vazquez | EBS Admin Support I | 0.50 | $35.00 | $17.50 |
| **Totals:** | | | | **$37,237.90** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."