# EXHIBIT D

## Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Load Files-Native, Scanned & 3rd Party | 21.27 GB | $35.00 | $744.45 |
| HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,353.53 GB | $13.00 | $56,595.89 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 731.68 GB | $12.68 | $9,277.76 |
| PRO128 – Client Media Storage | 5.00 EA | $10.00 | $50.00 |
| **TOTAL** | | | **$70,098.10** |