## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) |
| | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Bradley R. Aronstam, hereby certify that on the 19th day of October, 2016, I caused a true and correct copy of the foregoing *Undertaking for TCEH First Lien Creditor Plan Distribution Allocation Dispute* to be served upon all counsel of record electronically through the Court's CM/ECF System and via U.S. First Class Mail.

*/s/ Bradley R. Aronstam*
Bradley R. Aronstam (No. 5129)

**SERVICE LIST**

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |

Neil Glassman, Esq.
GianClaudio Finzio, Esq.
BAYARD, P.A.
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, Delaware 19899

Ashley R. Altschuler, Esq.
R. Craig Martin, Esq.
DLA PIPER LLP
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801

Simon E. Fraser, Esq.
Mark Felger, Esq.
Barry M. Klayman, Esq.
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, Delaware 19801

Joseph H. Huston, Jr., Esq.
STEVENS & LEE
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801

Michael David Debaecke, Esq.
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19899

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Jarrett Vine, Esq.
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Michael S. Kim, Esq.
Jeremy C. Hollembeak, Esq.
Benjamin J.A. Sauter, Esq.
Melanie L. Oxhorn, Esq.
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022

Thomas J. Curtin, Esq.
Ellen M. Halstead, Esq.
Howard R. Hawkins, Jr., Esq.
Michele Maman, Esq.
CADWALADER WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281

Mark C. Ellenberg, Esq.
CADWALADER WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001

Thomas J. Moloney, Esq.
Sean A. O'Neal, Esq.
Humayun Khalid, Esq.
Hugh K. Murtagh, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006

Elsbeth Bennett, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

George Davis, Esq.
Jonathan Rosenberg, Esq.
Daniel S. Shamah, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036

**VIA FIRST CLASS MAIL**
Peter Friedman, Esq.
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006

Brett H. Miller, Esq.
James Michael Peck, Esq.
Todd M. Goren, Esq.
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019

Mark D. Kotwick, Esq.
Thomas Ross Hooper, Esq.
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004