## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 87.00 | $11,318.90 |
| 642 | Fee Application Prep | 3.50 | $847.00 |
| 900 | Ediscovery Services | 42.60 | $5,964.00 |
| 901 | Ediscovery Services | 1.70 | $297.50 |
| **Totals:** | | **134.80** | **$18,427.40** |