# EXHIBIT B

## Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 0.80 | $385.00 | $308.00 |
| Brian Karpuk | EBS Senior Consultant III | 3.50 | $242.00 | $847.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 19.10 | $242.00 | $4,622.20 |
| Joseph Arena | EBS Senior Consultant I | 6.60 | $176.00 | $1,161.60 |
| Archana Sidhartha | EDS Project Manager | 1.00 | $175.00 | $175.00 |
| James Stevens | EDS Project Manager | 0.70 | $175.00 | $122.50 |
| David Blasher | EDS Project Manager | 4.30 | $140.00 | $602.00 |
| Alena Crabtree | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Jake Dziubczynski | EDS Project Manager | 0.50 | $140.00 | $70.00 |
| David Garcia Jr | EDS Project Manager | 6.30 | $140.00 | $882.00 |
| Katie Hursh | EDS Project Manager | 2.40 | $140.00 | $336.00 |
| Johnny Lam | EDS Project Manager | 0.80 | $140.00 | $112.00 |
| Allison Lee | EDS Project Manager | 1.00 | $140.00 | $140.00 |
| Michael Lindsey | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Elisabetta Longo | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Merle Pete | EDS Project Manager | 1.00 | $140.00 | $140.00 |
| Sergio Riquelme | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Ronald Schleimer | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Michal Tchorzewski | EDS Project Manager | 20.80 | $140.00 | $2,912.00 |
| Carl Wall | EDS Project Manager | 1.20 | $140.00 | $168.00 |
| Daniel Weisenbacher | EDS Project Manager | 1.60 | $140.00 | $224.00 |
| Jonathan Garcia | EBS Case Manager II | 2.10 | $127.00 | $266.70 |
| Rickey Li | EBS Case Manager II | 1.70 | $127.00 | $215.90 |
| David Rodriguez | EBS Case Manager II | 4.80 | $127.00 | $609.60 |
| John Chau | EBS Case Manager I, CA | 48.30 | $83.00 | $4,008.90 |
| Thomas Vazquez | EBS Admin Support I | 3.60 | $35.00 | $126.00 |
| **Totals:** | | **134.80** | | **$18,427.40** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."