## EXHIBIT D

### Detailed Description of Epiq eDiscovery Solutions Expenses and Disbursements

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Load Files-Native, Scanned & 3rd Party | 8.95 GB | $35.00 | $313.25 |
| HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,373.32 GB | $13.00 | $56,853.16 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 731.68 GB | $12.68 | $9,277.76 |
| PRO128 – Client Media Storage | 8.00 EA | $10.00 | $80.00 |
| PRO238 – Prepare Native Files | 33.00 FIL | $0.05 | $1.65 |
| PRO250 – PDF from TIFF | 4,329.00 PAG | $0.02 | $86.58 |
| **TOTAL** | | | **$70,042.40** |