## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 147.80 | $24,222.00 |
| 700 | Non-Working Travel | 3.00 | $577.50 |
| 900 | Ediscovery Services | 42.20 | $5,908.00 |
| **Totals:** | | **193.00** | **$30,707.50** |