# EXHIBIT B

## Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 33.50 | $385.00 | $12,320.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 0.80 | $242.00 | $193.60 |
| Joseph Arena | EBS Senior Consultant I | 25.60 | $176.00 | $4,505.60 |
| Thursin Atkinson | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| David Blasher | EDS Project Manager | 1.50 | $140.00 | $210.00 |
| Rebecca Dennis | EDS Project Manager | 2.70 | $140.00 | $378.00 |
| David Garcia Jr | EDS Project Manager | 4.40 | $140.00 | $616.00 |
| Katie Hursh | EDS Project Manager | 2.50 | $140.00 | $350.00 |
| Elisabetta Longo | EDS Project Manager | 1.00 | $140.00 | $140.00 |
| Tanya Rivera | EDS Project Manager | 2.50 | $140.00 | $350.00 |
| Tisha Shurley | EDS Project Manager | 3.40 | $140.00 | $476.00 |
| Sarah Simzyk | EDS Project Manager | 4.00 | $140.00 | $560.00 |
| Michal Tchorzewski | EDS Project Manager | 18.20 | $140.00 | $2,548.00 |
| Carl Wall | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Daniel Weisenbacher | EDS Project Manager | 0.80 | $140.00 | $112.00 |
| Rickey Li | EBS Case Manager II | 9.90 | $127.00 | $1,257.30 |
| David Rodriguez | EBS Case Manager II | 15.20 | $127.00 | $1,930.40 |
| John Chau | EBS Case Manager I, CA | 47.70 | $83.00 | $3,959.10 |
| Thomas Vazquez | EBS Admin Support I | 18.10 | $35.00 | $633.50 |
| **Totals:** | | **193.00** | | **$30,707.50** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."