## EXHIBIT C

## Summary of Actual and Necessary Epiq Expenses for the Fee Period

| Expense Category | Amount |
|---|---:|
| HST142 – Load Files-Native, Scanned & Third Party | $36.75 |
| HST626 – Relativity License Fee | $3,430.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $56,909.84 |
| HST757 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $9,277.76 |
| PRO128 – Client Media Storage | $80.00 |
| Transportation | $305.00 |
| **TOTAL** | **$70,039.35** |