**EXHIBIT D**

**Detailed Description of Epiq Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Load Files-Native, Scanned & 3rd Party | 1.05 GB | $35.00 | $36.75 |
| HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,377.68 GB | $13.00 | $56,909.84 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 731.68 GB | $12.68 | $9,277.76 |
| PRO128 – Client Media Storage | 8.00 EA | $10.00 | $80.00 |
| **Transportation** | | | |
| **Professional** | **Date** | **Expense Description** | **Amount** |
| Jane Sullivan | August 18, 2016 | Taxi from train Station. | $15.00 |
| Jane Sullivan | August 18, 2016 | Round trip train travel New York to Wilmington. | $290.00 |
| **TOTAL** | | | **$70,039.35** |