**EXHIBIT D**

**Summary of Cravath, Swaine & Moore LLP Blended Hourly Rates**
**(Customary And Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
|---|---|---|
| | **Worked and Billed in 2015** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| Partners | $1,127 | $1,222 |
| Associates | $659 | $657 |
| Litigation Specialist Attorney | $780 | $725 |
| Legal Assistants/Paralegals | $247 | $260 |
| Total | $703 | $1,082 |

Case Name:             Energy Future Intermediate Holding Company LLC
Case Number:           14-10979 (CSS)
Applicant's Name:      Cravath, Swaine & Moore LLP
Date of Application:   October 19, 2016
Interim or Final:      Interim

2491613.5

=