**<u>EXHIBIT E</u>**

**Summary of Cravath, Swaine & Moore LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Philip Gelston** | Partner | 1979 | Corporate | 1,250 | 348.20 | 424,562.50 |
| **Andrew Needham** | Partner | 1995 | Tax | 1,250 | 202.30 | 248,625.00 |
| **Michael Paskin** | Partner | 1996 | Litigation | 1,230 | 4.60 | 5,658.00 |
| **Jennifer Conway** | Partner | 2002 | Tax | 1,195 | 11.70 | 13,981.50 |
| | | | | | | |
| **Trevor Broad** | Associate | 2009 | Litigation | 835 | 0.70 | 584.50 |
| **David Herman** | Associate | 2008 | Litigation | 835 | 3.90 | 3,256.50 |
| **Allison Wein** | Associate | 2011 | Corporate | 765 | 11.40 | 8,721.00 |
| **Antje Hagena** | Associate | 2015 | Tax | 740 | 88.50 | 65,490.00 |
| **Claudia Ricciardi** | Associate | 2016 | Corporate | 535 | 44.90 | 24,021.50 |
| **Alexandra Larkin** | Associate | 2015 | Litigation | 535 | 24.80 | 13,268.00 |
| | | | | | | |
| **Colin Sylvester** | Legal Assistant | n/a | Litigation support | 260 | 6.30 | $   1,638.00 |
| **C. Smith** | Legal Assistant | n/a | Litigation Support | 260 | 1.30 | $      338.00 |
| | | | | | | |
| **TOTAL** | | | | | 748.60 | $810,144.50 |

2491613.5

=