**EXHIBIT F**

**Summary of Cravath, Swaine & Moore LLP Expenses**

| Service Description | Amount |
|---|---|
| TRAVEL | $ 4,727.03 |
| GROUND TRANSPORTATION | $ 153.79 |
| MISCELLANEOUS | $ 151.74 |
| CLIENT BUSINESS TRANSPORTATION | $ 281.42 |
| BUSINESS MEALS | $ 147.04 |
| OTHER DATABASE RESEARCH | $ 141.64 |
| CONF. CALL/VOICE/DATA | $ 8.86 |
| **TOTAL** | **$ 5,611.52** |