# EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Description | Total Billed Hours | | Total Fees |
|---|---|---|---|
| Plan and Disclosure | 434.9 | $ | 487,271.00 |
| Tax Issues | 275.5 | $ | 299,240.00 |
| Employment and Fee Applications | 14.3 | $ | 8,696.00 |
| Non-working Travel | 23.9 | $ | 14,937.50 |
| **TOTAL** | **748.6** | **$** | **810,144.50** |

2491613.5