## EXHIBIT H

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 5/1/2016 | Gelston, P A | Partner | 1.80 | Reviewed and commented on revised court papers. (1.8) |
| 11205-003 | 5/2/2016 | Ricciardi, Claudia | Associate | 0.20 | Meeting with Philip Gelston regarding NEE letter. |
| 11205-003 | 5/2/2016 | Ricciardi, Claudia | Associate | 3.50 | Analysis of NEE term sheet and letter, including review of and comparison against last draft of 2015 merger agreement. |
| 11205-003 | 5/2/2016 | Gelston, P A | Partner | 4.80 | Reviewed and analyzed new proposal from NEE (2.6); Reviewed press reaction to termination of Plan A (.3); Further review and comment on term sheets (.8); Reviewed merger agreement with Hunt group for post termination obligations (.7). Email exchanges with Levin and Cremens on NEE proposal (.4). |
| 11205-003 | 5/2/2016 | Wein, Allison | Associate | 2.90 | Review PSA and merger agreement re: notice requirements (.8); review proposal from NEE (.7); review last draft of MA to NEE (1.4). |
| 11205-003 | 5/3/2016 | Ricciardi, Claudia | Associate | 5.60 | Reviewing last draft of 2015 Purchase Agreement (and related documents) for comparison with NEE term sheet (2.4); drafting summary comparison (3.2). |
| 11205-003 | 5/3/2016 | Gelston, P A | Partner | 9.80 | Participated in meeting with CRO's to review NEE proposal and proposed steps (2.6); anticipated in EFIH board meeting (2.1); reviewed board materials (1.3); Meeting with Levin and Lazar to discuss NEE proposal and board issues (1.6); Meeting with Stacey Dore to discuss NEE proposal (.4); Meetings with DDA's to discuss NEE proposal. (1.8). |
| 11205-003 | 5/4/2016 | Ricciardi, Claudia | Associate | 5.20 | Drafting summary comparison/analysis of Term Sheet vs. last draft of 2015 Purchase Agreement. |
| 11205-003 | 5/4/2016 | Gelston, P A | Partner | 6.20 | Attend Joint Board Meetings (5.2); Meeting with K&E to prepare for 2L meeting (.6); Review and comment on TMA termsheet (.4) |
| 11205-003 | 5/5/2016 | Ricciardi, Claudia | Associate | 0.70 | Drafting summary comparison/analysis of Term Sheet vs. last draft of 2015 Purchase Agreement. |
| 11205-003 | 5/5/2016 | Gelston, P A | Partner | 5.90 | Meeting with representatives of Second Liens and follow up meeting with Levin and Prager (2.6); Email exchange with Cremens on Second Liens (.3); Reviewed materials on new IRS position of COD income (.7); Reviewed PUCT filings for rehearing motion (2.3) |
| 11205-003 | 5/6/2016 | Gelston, P A | Partner | 2.40 | Review of PUCT filings on rehearing (1.6); Review of revised plan documentation (.8) |

=

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 5/9/2016 | Gelston, P A | Partner | 4.30 | Reviewed and revised draft board resolutions (.8); reviewed new drafts of disclosure statement and related documents (1.6); reviewed materials related to upcoming meetings with EFIH creditor groups (1.3); email exchanges with Levin concerning positions to take with EFIH creditors (.6) |
| 11205-003 | 5/9/2016 | Ricciardi, Claudia | Associate | 3.30 | Revising and reviewing comparison of NEE Term Sheet with 2015 draft Purchase Agreement. |
| 11205-003 | 5/9/2016 | Wein, Allison | Associate | 4.30 | Finalize NEE term sheet comparison. |
| 11205-003 | 5/10/2016 | Ricciardi, Claudia | Associate | 0.40 | Revising and reviewing comparison of NEE Term Sheet with 2015 draft Purchase Agreement. |
| 11205-003 | 5/10/2016 | Gelston, P A | Partner | 7.30 | Attended meetings with EFIH creditors, CROs and KE (5.2); reviewed; revised disclosure statement (1.3); participated in telephonic board meeting (.8). |
| 11205-003 | 5/11/2016 | Gelston, P A | Partner | 2.20 | Reviewed new PUCT filings (2.2). |
| 11205-003 | 5/13/2016 | Gelston, P A | Partner | 1.60 | Reviewed Board materials (0.6); reviewed memo on COD questions (0.6); participated by telephone on Joint Board meeting (0.4). |
| 11205-003 | 5/16/2016 | Larkin, Alexandra | Associate | 1.10 | Telephone call with T. Broad and D. Herman re: updates to case since plan confirmation hearing (0.4); Collected materials for background for D. Herman and sent to paralegals to prepare (0.3); Edited/commented on background binder index and sent to C. Sylvester to implement (0.4). |
| 11205-003 | 5/16/2016 | Gelston, P A | Partner | 3.00 | Reviewed Board Agenda and draft materials (0.8); Reviewed and analyzed NextEra Letter and Term Sheet (1.8); telephone call with R. Levin concerning NEE (0.4). |
| 11205-003 | 5/16/2016 | Sylvester, C | Litigation Paralegal | 2.30 | Prepared background materials binder for D. Herman, as per A. Larkin. |
| 11205-003 | 5/16/2016 | Sylvester, C | Litigation Paralegal | 1.00 | Prepared background materials for D. Herman, as per A. Larkin. |
| 11205-003 | 5/16/2016 | Herman, David A. | Associate | 0.70 | Call with T. Broad and A. Larkin regarding background information, current status and next steps. |
| 11205-003 | 5/16/2016 | Broad, Trevor M. | Associate | 0.50 | Discussion with D. Herman and A. Larkin re plan confirmation and proposed schedule. |
| 11205-003 | 5/17/2016 | Ricciardi, Claudia | Associate | 0.10 | Attention to email regarding E-side valuation. |
| 11205-003 | 5/17/2016 | Larkin, Alexandra | Associate | 0.60 | Collected scheduling motion and objections thereto and sent to D. Herman. |
| 11205-003 | 5/17/2016 | Gelston, P A | Partner | 1.40 | Reviewed addition PUCT filings relating to rehearing motion (.8); email exchange with Needham relating to tax developments (.3); email exchange with Levin regarding NEE developments (.3). |
| 11205-003 | 5/17/2016 | Sylvester, C | Litigation Paralegal | 0.50 | Prepared background materials binder for D. Herman, as per A. Larkin. |

2

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 5/18/2016 | Gelston, P A | Partner | 6.50 | Reviewed filings by objectors to proposed scheduling order (3.1); reviewed summary of residual issues from NEE negotiations and compared to new term sheet ( 1.2); reviewed and analyzed revised NEE proposal (1.6); email exchanges with Levin and Thomas concerning developments (.6). |
| 11205-003 | 5/18/2016 | Ricciardi, Claudia | Associate | 1.20 | Review of new NEE bid/Term Sheet. |
| 11205-003 | 5/19/2016 | Larkin, Alexandra | Associate | 4.30 | Discussed DDAs call with D. Herman and M. Kozycz (0.3); Discussed and dialed in to DDAs call with D. Herman and M. Kozycz (1.4); Read Cremens written direct for background on alternative transactions (0.8); Read debtors' reply brief in support of proposed scheduling order (0.4); Read revised Nextera bid and analyses thereof (1.4). |
| 11205-003 | 5/19/2016 | Gelston, P A | Partner | 7.00 | Participated in PUCT meeting by video link (2.5); Conference call with DDA/K&E/Company & Evercore concerning NextEra Bid (1.8); reviewed revised bid and analyses (0.8); Prep for Joint Board call (1.0); Reviewed board materials and call with C. Cremens concerning NEE bid (0.9). |
| 11205-003 | 5/19/2016 | Ricciardi, Claudia | Associate | 1.30 | Call with K&E and Co. regarding agenda for board meeting and strategy for Monday hearing (0.8); follow-up call with Chuck (0.5). |
| 11205-003 | 5/19/2016 | Ricciardi, Claudia | Associate | 1.70 | Review of new NEE bid/Term Sheet (1.4): attention to email regarding new bid (0.2). |
| 11205-003 | 5/19/2016 | Herman, David A. | Associate | 2.00 | Review indication of interest and term sheet from NextEra. Meetings with A. Larkin and M. Kozycz in preparation for conference call regarding NextEra bid. Conference call regarding NextEra bid. Meeting with A. Larkin and M. Kozycz to discuss status and process issues. |
| 11205-003 | 5/19/2016 | Wein, Allison | Associate | 2.40 | Review revised NEE bid summary and Evercore/Goldin analyses (1.3); call with DDAs re: NEE bid and follow up call with Chuck (1.1). |
| 11205-003 | 5/20/2016 | Larkin, Alexandra | Associate | 1.10 | Prepared for and attended EFH board meeting call. |
| 11205-003 | 5/20/2016 | Gelston, P A | Partner | 1.60 | Participated in telephonic board meeting (1.2); email exchanges with Jenner and Kirkland relating to NEE developments (0.4). |
| 11205-003 | 5/20/2016 | Ricciardi, Claudia | Associate | 1.40 | Board meeting (0.8); and follow-up discussion; attention to email (0.6). |
| 11205-003 | 5/20/2016 | Ricciardi, Claudia | Associate | 0.40 | Discussion with Allison Wein and Andrew regarding status and next steps. |
| 11205-003 | 5/20/2016 | Herman, David A. | Associate | 1.20 | Attend board call and internal meeting regarding NextEra bid. |
| 11205-003 | 5/20/2016 | Wein, Allison | Associate | 0.30 | Discuss deal with Andrew and Claudia (.3). |
| 11205-003 | 5/20/2016 | Paskin, M A | Partner | 1.30 | Review slides for board call |

2491613.5

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| 11205-003 | 5/22/2016 | Gelston, P A | Partner | 0.60 | E-Mails and telephone call with A. Calder and E. Sassower concerning:  status of NEE discussions (0.6). |
| 11205-003 | 5/23/2016 | Gelston, P A | Partner | 5.50 | Participated telephonically in court hearing (3.8); email exchanges with Jenner concerning hearing and NEE status (0.4); reviewed documents in prep for NEE meeting (1.3). |
| 11205-003 | 5/23/2016 | Larkin, Alexandra | Associate | 1.20 | Attendance at hearing re: scheduling via dial in. |
| 11205-003 | 5/24/2016 | Gelston, P A | Partner | 6.30 | Participated in Meeting with NEE, CROs, KE, PIKs, and all DDA's to discuss major issues (3.8); reviewed NEE markups of merger documents (2.5). |
| 11205-003 | 5/24/2016 | Ricciardi, Claudia | Associate | 0.60 | Review of E-side agreement. |
| 11205-003 | 5/24/2016 | Larkin, Alexandra | Associate | 0.40 | Various jobs including Pulling and reviewing scheduling order (0.2 Hours); discussion with team re: expert testimony for confirmation hearing (0.2 Hours). |
| 11205-003 | 5/26/2016 | Ricciardi, Claudia | Associate | 0.80 | Review of comments to NEE transaction documents. |
| 11205-003 | 5/26/2016 | Paskin, M A | Partner | 1.40 | Review revised bid and related documents from Next Era |
| 11205-003 | 5/27/2016 | Broad, Trevor M. | Associate | 0.20 | Review of document requests received from stakeholders. |
| 11205-003 | 5/30/2016 | Gelston, P A | Partner | 4.30 | Reviewed and commented on revised Merger Agreement (4.3). |
| 11205-003 | 5/31/2016 | Gelston, P A | Partner | 2.40 | E-Mail exchanges with KE and Jenner concerning revised merger agreement and NEE status (.4); reviewed merger draft (1.2); Reviewed interview win Commissioner Anderson concerning regulatory matters (.8). |
| 11205-003 | 06/01/16 | Gelston, P A | Partner | 2.60 | Update on COD issue (.4); reviewed version of merger agreement provided to NEE (2.2). |
| 11205-003 | 06/02/16 | Gelston, P A | Partner | 2.30 | E-Mails exchange with R. Levin and C. Cremens concerning EFIH status (0.4); reviewed 2L plan term sheet (1.1); reviewed NextEra proposal and restructuring update prepared for Board (0.8). |
| 11205-003 | 06/03/16 | Gelston, P A | Partner | 1.20 | Reviewed revised merger agreement and Oncor Letter Agreement (1.2). |
| 11205-003 | 06/04/16 | Gelston, P A | Partner | 1.30 | Review and commented on draft Oncor letter agreement (1.3). |
| 11205-003 | 06/05/16 | Gelston, P A | Partner | 3.60 | Reviewed and commented on revised Merger Agreement (3.6). |
| 11205-003 | 06/06/16 | Gelston, P A | Partner | 1.40 | Further review of merger agreement comments (0.8); review new documents on intralinks (0.6). |
| 11205-003 | 06/06/16 | Larkin, Alexandra | Associate | 0.80 | Read and discussed recent filings with team. |
| 11205-003 | 06/07/16 | Gelston, P A | Partner | 2.00 | Reviewed revised disclosure statement (0.6); reviewed new postings on Intralinks (1.4). |
| 11205-003 | 06/07/16 | Larkin, Alexandra | Associate | 0.10 | Correspondence with paralegals re: calendar of upcoming deadlines. |
| 11205-003 | 06/07/16 | Sylvester, C | Litigation Paralegal | 2.50 | Created case calendar based on operative scheduling order, as per A. Larkin. |

4

2491613.5

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 06/08/16 | Gelston, P A | Partner | 1.90 | Reviewed new documents posted to Intralinks (0.8); reviewed Disclosure Statements and reply to objections (1.1). |
| 11205-003 | 06/09/16 | Gelston, P A | Partner | 1.90 | Reviewed new documents on Intralinks (0.6); prep for Board call reviewing Board deck (1.3). |
| 11205-003 | 06/10/16 | Gelston, P A | Partner | 5.30 | Reviewed and commented on Merger Agreement markup (2.8); email exchange with C. Cremens concerning status (0.3); participate by telephone on Joint Board call (1.6); reviewed new documents on Intralinks (0.6). |
| 11205-003 | 06/10/16 | Ricciardi, Claudia | Associate | 0.90 | Board meeting. |
| 11205-003 | 06/11/16 | Gelston, P A | Partner | 1.90 | Reviewed and revised Merger Agreement (1.3); telephone call with R. Levin concerning NEE status (0.6). |
| 11205-003 | 06/12/16 | Gelston, P A | Partner | 0.40 | E-Mail exchange with A. Hagena and C. Ricciardi concerning tax call update (0.4). |
| 11205-003 | 06/13/16 | Gelston, P A | Partner | 1.20 | Reviewed and revised Joint Board Minutes comments (1.2). |
| 11205-003 | 06/14/16 | Gelston, P A | Partner | 0.60 | Reviewed new documents on Intralinks (0.4); email exchange with R. Levin and A. Burton concerning board minutes (0.2). |
| 11205-003 | 06/15/16 | Gelston, P A | Partner | 2.80 | Reviewed entity simplification steps chart (1.2); reviewed disclosure hearing filings (1.6). |
| 11205-003 | 06/16/16 | Gelston, P A | Partner | 3.50 | Reviewed second amended plan (0.6); attended EFIH Disclosure Hearing (2.5); conference call with K&E and NEE concerning step chart and legal structure (0.4). |
| 11205-003 | 06/16/16 | Ricciardi, Claudia | Associate | 0.70 | Call on structure. |
| 11205-003 | 06/17/16 | Gelston, P A | Partner | 2.80 | Review amended disclosure statement (0.8); reviewed NEE comments on Merger Agreement and Disclosure Schedule (1.6); email exchange with Jenner concerning NEE status and developments (0.4). |
| 11205-003 | 06/18/16 | Ricciardi, Claudia | Associate | 4.90 | Reviewing markup of merger agreement and drafting issues list. |
| 11205-003 | 06/18/16 | Ricciardi, Claudia | Associate | 1.90 | Attention to email regarding NEE markup of merger agreement. |
| 11205-003 | 06/19/16 | Ricciardi, Claudia | Associate | 4.90 | Drafting issues list based on NEE markup of merger agreement. |
| 11205-003 | 06/19/16 | Wein, Allison | Associate | 1.50 | Review issues list from Andrew and Claudia and comments on same. |
| 11205-003 | 06/19/16 | Gelston, P A | Partner | 2.40 | Review and commented on mark-up of Merger Agreement and Disclosure Schedule (2.2); email exchange with Ruben concerning summary of open merger agreement issues (0.2). |
| 11205-003 | 06/20/16 | Gelston, P A | Partner | 2.70 | Reviewed new documents on Intralinks (0.7); email exchange with V. Nunn, R. Levin and A. Wein; reviewed merger agreement issues (0.6); prep for merger conference call by reviewing and analyzing draft (1.4). |

5

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 06/21/16 | Ricciardi, Claudia | Associate | 0.40 | Attention to email. |
| 11205-003 | 06/21/16 | Gelston, P A | Partner | 7.90 | Reviewed new documents on Intralinks (0.3); participated in merger agreement conference negotiations (5.2); conference with A. Ruben concerning merger agreement (0.6); reviewed revised merger agreement (1.8). |
| 11205-003 | 06/22/16 | Gelston, P A | Partner | 1.20 | Reviewed merger agreement comments and prepared changes (1.2). |
| 11205-003 | 06/23/16 | Gelston, P A | Partner | 8.60 | Attended NEE negotiations (4.8); reviewed NEE draft Plan (2.1); prep for joint board call including review of Board Deck (1.3); email and telephone call with C. Sieving (0.4). |
| 11205-003 | 06/24/16 | Gelston, P A | Partner | 9.60 | Review B-H proposal (1.2); reviewed Hunt proposal (0.8); Participated in joint board call (1.4); reviewed revised merger agreement (1.7); email with A. Calder concerning deal protection issues (0.8); participated in NEE negotiations (2.6); reviewed settlement among debtors EFH Committee (1.1). |
| 11205-003 | 06/24/16 | Larkin, Alexandra | Associate | 0.30 | Read board materials presentation |
| 11205-003 | 06/27/16 | Gelston, P A | Partner | 1.60 | Reviewed and commented on revised merger agreement draft (1.3); reviewed new documents on Intralinks (0.3). |
| 11205-003 | 06/28/16 | Gelston, P A | Partner | 3.40 | Reviewed NEE draft of PSA (2.6); review Dallas Morning News articles and other press reports (0.8). |
| 11205-003 | 06/29/16 | Gelston, P A | Partner | 5.60 | E-Mail exchange with A. Needham and reviewed IRS update (1.2); participated in EFIH Status update conference call with Jenner and Cremens. (1.4); meeting with Sieving concerning NEE status and asbestos. (1.2); reviewed revised NEE drafts and comments (1.8) |
| 11205-003 | 06/29/16 | Larkin, Alexandra | Associate | 0.90 | Reviewed scheduling order, .6 hours: internal calendar and docket to draft summary of upcoming dates for M. Paskin and D. Herman. 0.3 Hours. |
| 11205-003 | 07/04/16 | Gelston, P A | Partner | 1.50 | Review new documents on Intralinks (0.3); review and analyze new document drafts (1.2). |
| 11205-003 | 07/05/16 | Gelston, P A | Partner | 5.60 | Participated by telephone in negotiations of deal documents with NEE and Incorporate (5.6) |
| 11205-003 | 07/06/16 | Gelston, P A | Partner | 6.80 | Participated by telephone in negotiations with NEE, Oncor and first liens (6.8). |
| 11205-003 | 07/07/16 | Gelston, P A | Partner | 5.20 | Participated in negotiations of deal documents with NEE, Oncor and other parties (5.2). |
| 11205-003 | 07/08/16 | Gelston, P A | Partner | 0.30 | Email exchange with R. Levin concerning asbestos issue (0.3). |
| 11205-003 | 07/11/16 | Gelston, P A | Partner | 0.60 | Reviewed new documents on Intralinks (0.6). |

6

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 07/12/16 | Gelston, P A | Partner | 5.00 | E-Mail exchange with C. Cremens, R. Levin and A. Needham concerning DDA review of Ancillary agreements and tax matters agreement (0.6); Conference call with KEN concerning procedure for DDA review of ancillary documents to be filled with court (1.3); call with Conway about terms of Split Participant Agreement and process for review (0.8); review and analysis out draft ancillary agreements (1.6) conference call with KEN litigators concerning ancillary document review (0.7) |
| 11205-003 | 07/12/16 | Conway, J S | Partner | 0.30 | Telephone conferring with P. Gelston re Split Participant Agreement. |
| 11205-003 | 07/13/16 | Gelston, P A | Partner | 1.80 | Reviewed new documents on Intralinks (0.4); Email exchange with R. Levin, C. Cremens concerning tax matters agreement (0.6); reviewed and analyzed Standalone Transition Services Agreement (0.8). |
| 11205-003 | 07/14/16 | Gelston, P A | Partner | 3.00 | Reviewed and analyzed new drafts of deal documentation (1.8); status call and briefing with C. Cremens (1.2). |
| 11205-003 | 07/15/16 | Gelston, P A | Partner | 4.40 | Participated on Split Participant Agreement conference call and follow-up conference with J. Conway (1.2); reviewed [REDACTED documents (1.8); reviewed Contrarian motion (0.6); reviewed Standalone Separation Agreement (0.8). |
| 11205-003 | 07/15/16 | Conway, J S | Partner | 2.30 | Telephone conferring with J. Walker, J. Quinn, V. Nunn and P. Gelston re: Split Participant Agreement (1.2); review of matters re allocation of pension and OPEB liabilities (1.1). |
| 11205-003 | 07/16/16 | Gelston, P A | Partner | 3.40 | Review revised Standalone Agreements (1.3); reviewed comments to opposition to Contrarian motion (0.3); reviewed revised merger agreement (1.8). |
| 11205-003 | 07/16/16 | Ricciardi, Claudia | Associate | 0.80 | Review of NEE Separation Agreement |
| 11205-003 | 07/16/16 | Larkin, Alexandra | Associate | 0.40 | Review of EFH transition services agreement. |
| 11205-003 | 07/17/16 | Gelston, P A | Partner | 0.80 | Reviewed revised Split Participation Agreement (0.8). |
| 11205-003 | 07/18/16 | Gelston, P A | Partner | 1.80 | Reviewed new documents on Intralinks (0.6); email with J. Conway concerning pension liabilities (0.2); reviewed Opposition to Contrarian motion (0.2); review EFH TSA summary (0.8). |
| 11205-003 | 07/18/16 | Conway, J S | Partner | 2.40 | Review of Split Participant Agreement (1.6); review of actuarial reports re pension and OPEB liabilities (.8). |
| 11205-003 | 07/19/16 | Conway, J S | Partner | 1.30 | Review of Split Participant Agreement. |
| 11205-003 | 07/19/16 | Larkin, Alexandra | Associate | 0.10 | Read letter to court re: pretrial conference. |

2491613.5

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 07/19/16 | Gelston, P A | Partner | 2.30 | Reviewed new documents on Intralinks (0.3); reviewed M. McKane pretrial letter (0.4); reviewed changes to deal documents (1.6). |
| 11205-003 | 07/20/16 | Gelston, P A | Partner | 2.80 | Reviewed draft board materials (1.2); participated in separation agreement negotiation call (0.8); reviewed revised deal document drafts (0.8). |
| 11205-003 | 07/21/16 | Ricciardi, Claudia | Associate | 0.80 | Call with K&E and NEE |
| 11205-003 | 07/21/16 | Gelston, P A | Partner | 5.20 | Reviewed revised board materials (0.9); reviewed revised merger agreement (1.2); reviewed new documents on Intralinks (0.3); email exchange with A. Needham and A. Hagena concerning no fault tax risk (0.2); participated by telephone in merger agreement conference call (2.6). |
| 11205-003 | 07/22/16 | Gelston, P A | Partner | 3.70 | Participated by telephone on Joint Board meeting (1.1); read and analyzed new drafts (2.6). |
| 11205-003 | 07/23/16 | Gelston, P A | Partner | 1.80 | Reviewed and analyzed new drafts of transaction documents (1.8). |
| 11205-003 | 07/24/16 | Gelston, P A | Partner | 2.90 | Reviewed and revised draft minutes and board resolutions (0.8); reviewed revised merger agreement (2.1). |
| 11205-003 | 07/25/16 | Conway, J S | Partner | 3.70 | Review of spit participant agreement (.4), Aon Hewitt letters regarding pension and OPEB (.7), actuarial report for the EFH Retirement Plan (.1) and Section 36.065 of the Public Utility Regulating Act (.2); telephone conferring with C. Cremens, P. Gelston, R. Levin and A. Needham re split participant agreement and tax matters agreement (1.1); telephone conferring with J. Quinn, A. Taper, V. Nunn and K. Morris re split participant agreement and valuation of liabilities for split participants (.6); worked on summary of pension and OPEB liabilities and description of rate recovery language from split participant agreement (.6). |
| 11205-003 | 07/25/16 | Gelston, P A | Partner | 4.50 | Review and analyze revised deal documents (2.3); Briefing call with Chuck Cremens (.9); Reviewed and gave comments on board deck and resolutions (1.3). |
| 11205-003 | 07/25/16 | Ricciardi, Claudia | Associate | 1.20 | DD meeting |
| 11205-003 | 07/26/16 | Gelston, P A | Partner | 2.40 | Read and commented on revised board materials (0.8); reviewed revised deal documents (1.3); reviewed new posting on Intralinks (0.3). |
| 11205-003 | 07/27/16 | Conway, J S | Partner | 0.20 | Correspondence with J. Walker regarding split participant agreement. |

8

2491613.5

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| 11205-003 | 07/27/16 | Gelston, P A | Partner | 8.10 | Attendance at Joint Board Meeting and EFIH/EFIH Finance Board Meeting (4.5); Review and comment on draft board materials (0.7); Review revised transaction documents (1.8); Meeting with Cremens on deal status and board issues (1.1). |
| 11205-003 | 07/28/16 | Gelston, P A | Partner | 10.40 | Attendance at Joint Board meeting (5.3); Reviewed revised agreements/negotiations (3.1); Reviewed Joint Board minutes (0.8); attended Disinterested Manager Meeting (1.2). |
| 11205-003 | 07/28/16 | Conway, J S | Partner | 1.50 | Reviewed updated draft of split participant agreement (.6); correspondence with J. Walker and J. Quinn regarding Oncor contractual pension funding and OPEB obligations (.4); reviewed 2014 split participant agreement and 2007 restructuring agreement to evaluate existing Oncor obligations regarding pension and OPEB (.5). |
| 11205-003 | 07/29/16 | Gelston, P A | Partner | 4.70 | Review EFH/NEE final documents (1.5); Reviewed Board Minutes (0.8); Reviewed Plan amendments (0.6); Joint Board meeting (1.2); Email exchange with J. Conway concerning Oncor pension contributions obligation termination (0.6). |
| 11205-003 | 07/29/16 | Larkin, Alexandra | Associate | 0.20 | Correspondence with D. Herman and C. Ricciardi re: DD materials for Kirkland. |
| 11205-003 | 08/01/16 | Gelston, P A | Partner | 4.10 | Reviewed and revised Disclosure statements (4.1). |
| 11205-003 | 08/02/16 | Gelston, P A | Partner | 2.80 | E-Mail exchange with C. Cremens concerning governance issues (0.4); reviewed Amended Plan, Merger Agreement and Oncor Side letter (1.6); Reviewed and revised Minutes (0.8). |
| 11205-003 | 08/02/16 | Needham, A | Partner | 1.70 | Review of revised draft of disclosure statement and related tax disclosure from Kirkland. |
| 11205-003 | 08/03/16 | Needham, A | Partner | 1.00 | Review of revised draft of disclosure statement and related tax disclosure from Kirkland. |
| 11205-003 | 08/03/16 | Gelston, P A | Partner | 1.70 | Reviewed draft court filings for E side confirmation hearing (1.7). |
| 11205-003 | 08/04/16 | Needham, A | Partner | 0.80 | Review of revised draft of disclosure statement from Kirkland. |
| 11205-003 | 08/04/16 | Gelston, P A | Partner | 2.90 | Reviewed E-Side confirmation court filings (1.8); reviewed revised draft disclosure statement (1.1). |
| 11205-003 | 08/05/16 | Gelston, P A | Partner | 0.20 | Review hearing schedule (0.2). |
| 11205-003 | 08/06/16 | Gelston, P A | Partner | 0.30 | Review proposed hearing dates. |
| 11205-003 | 08/08/16 | Gelston, P A | Partner | 1.20 | Reviewed EFH-T-Side confirmation order (1.2). |
| 11205-003 | 08/09/16 | Gelston, P A | Partner | 3.20 | Review Plan Objections and other court filings (3.2). |
| 11205-003 | 08/11/16 | Gelston, P A | Partner | 3.40 | Review court filings in preparation for confirmation trial (3.4). |

9

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 08/12/16 | Gelston, P A | Partner | 0.40 | E-Mail exchange with C. Cremens concerning T side trial (0.4). |
| 11205-003 | 08/15/16 | Needham, A | Partner | 0.70 | Review of final draft of TMA from Kirkland. |
| 11205-003 | 08/15/16 | Gelston, P A | Partner | 4.10 | Reviewed amended TMA and draft approval documents together with related email exchange with C. Cremens (1.3); further preparation for T side trial by reviewing briefs, depositions, written direct; etc. (2.8).; |
| 11205-003 | 08/16/16 | Gelston, P A | Partner | 2.40 | Review final TMA and proposed UWC and related email exchange with Cremens and Levin (1.2). Review report of omnibus hearing and proposed scheduling order (0.8); Review interlinks postings (0.4). |
| 11205-003 | 08/16/16 | Larkin, Alexandra | Associate | 1.10 | Read written directs circulated 8/15 and debtors' brief. |
| 11205-003 | 08/16/16 | Needham, A | Partner | 0.50 | Review of agenda for hearing on T-Side plan. |
| 11205-003 | 08/17/16 | Larkin, Alexandra | Associate | 0.40 | Read debtors' brief. |
| 11205-003 | 08/17/16 | Smith, C | Litigation Paralegal | 0.30 | Attention to organizing briefs for attorney review, per A. Larkin. |
| 11205-003 | 08/17/16 | Ricciardi, Claudia | Associate | 1.80 | Court hearing for plan approval |
| 11205-003 | 08/17/16 | Gelston, P A | Partner | 8.20 | Attend T side confirmation hearing (8.2). |
| 11205-003 | 08/17/16 | Needham, A | Partner | 3.10 | Review of debtor briefs in support of plan confirmation (1.4 hrs); review of joinder and reply brief of EFH indenture trustee (1.2 hrs); review of slide deck from Kirkland on T-Side plan confirmation (0.5 hrs). |
| 11205-003 | 08/18/16 | Larkin, Alexandra | Associate | 0.40 | Read recent briefing for hearing. |
| 11205-003 | 08/18/16 | Gelston, P A | Partner | 8.00 | E-Mails with C. Cremens and R. Levin concerning Hunt articles (0.4); Attend T side confirmation hearing (7.6). |
| 11205-003 | 08/19/16 | Gelston, P A | Partner | 7.20 | Attend T side confirmation hearing (6.2). Review report from Dore (0.4). Review press reactions to hearing (0.6). |
| 11205-003 | 08/22/16 | Gelston, P A | Partner | 7.20 | Telephonic appearance at confirmation hearing; review of court filings (7.2). |
| 11205-003 | 08/23/16 | Gelston, P A | Partner | 6.30 | Telephonic appearance at confirmation hearing; review of court filings (5.1); telephonic appearance at scheduling hearing (1.2). |
| 11205-003 | 08/24/16 | Gelston, P A | Partner | 4.20 | Telephonic appearance at confirmation hearing; review of court filings (4.2) |
| 11205-003 | 08/25/16 | Gelston, P A | Partner | 2.80 | Reviewed court filings including briefs and draft order (2.8). |
| 11205-003 | 08/26/16 | Ricciardi, Claudia | Associate | 0.20 | Bench decision hearing. |
| 11205-003 | 08/26/16 | Gelston, P A | Partner | 4.20 | Telephonic appearance at confirmation hearing and review of court filings (3.1); prepare report for Cremens on court ruling (0.8) review new intralinks postings (0.3). |
| 11205-003 | 08/27/16 | Gelston, P A | Partner | 0.60 | E-Mail exchange with R. Levin concerning responsibility for termination fee (0.6). |

2491613.5

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| **11205-003** | 08/29/16 | Gelston, P A | Partner | 0.30 | E-Mail exchange with R. Levin concerning termination fee (0.3). |
| **11205-003** | 08/30/16 | Gelston, P A | Partner | 1.20 | Reviewed new docket entries and press reports. |
| **11205-003** | 08/30/16 | Needham, A | Partner | 0.70 | Correspondence w/ Kirkland re global settlement of state law claims of Texas comptroller. |
| **11205-003** | 08/31/16 | Gelston, P A | Partner | 0.60 | Status conference with Paskin (0.6). |
| **11205-005** | 5/2/2016 | Needham, A | Partner | 1.40 | Review of Nextera bid letter and term sheet. |
| **11205-005** | 5/4/2016 | Needham, A | Partner | 1.50 | Call w/ Kirkland and counsel to other DDAs re call w/ IRS on ruling request (0.8 hrs); review of draft letter to IRS from Kirkland (0.7 hrs). |
| **11205-005** | 5/5/2016 | Hagena, Antje | Associate | 1.20 | Telephone call with IRS, EFH, creditors' counsel, DDAs re: section 108 issues in ruling request (0.7); update call with EFH, DDAs re: section 108 issues in ruling request (0.3); discuss with Andy Needham re: section 108 issues raised by IRS (0.2). |
| **11205-005** | 5/5/2016 | Needham, A | Partner | 2.40 | Call w/ IRS to discuss IRS ruling request on COD income (0.8 hrs);  follow up call w/Kirkland and counsel to other DDAs (0.7 hrs);  corr w/ P. Gelston & R. Levin to discuss same (0.2 hrs); review of draft letter to IRS on various changes to terms of reorganization (0.7hrs). |
| **11205-005** | 5/9/2016 | Hagena, Antje | Associate | 1.70 | Telephone call with Barry Herzog (Kramer Levin) re: tax implications of double spin-off (split-up of EFH) (0.4); email to Andy Needham re: call with Barry Herzog (Kramer Levin) re: tax implications of double spin-off (split-up of EFH) (0.3); review draft submission to IRS re: COD income and recourse/non-recourse debt of a DRE. |
| **11205-005** | 5/9/2016 | Needham, A | Partner | 2.60 | Review of CODI letter to IRS from Kirkland (1.2 hrs); tax review of same (1.4 hrs). |
| **11205-005** | 5/10/2016 | Hagena, Antje | Associate | 1.50 | Review draft submission to IRS re: COD income and recourse/non-recourse debt of a DRE (1.2); discuss with Andy Needham re: draft submission to IRS re: COD income and recourse/non-recourse debt of a DRE (0.3). |
| **11205-005** | 5/10/2016 | Needham, A | Partner | 3.70 | Review of draft amendment to new plan from Kirkland (1.3 hrs); review of revised draft of CODI letter to IRS from Kirkland (0.5 hrs); tax review of same (0.8 hrs); review of draft amendment to disclosure statement (1.1 hrs). |
| **11205-005** | 5/11/2016 | Needham, A | Partner | 3.00 | Review of draft IRS submission on COD income issue (1.5 hrs); draft of email to Kirkland, MTO & Proskauer on tax issues in draft submission (0.7 hrs); tax review of same (0.8 hrs). |
| **11205-005** | 5/12/2016 | Needham, A | Partner | 1.40 | Review of draft IRS submission on COD income issue, email corr w/ Kirkland & Ellis re same. |
| **11205-005** | 5/13/2016 | Hagena, Antje | Associate | 0.70 | Review memo re: COD issues in connection with pending IRS ruling request. |

2491613.5

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-005 | 5/13/2016 | Needham, A | Partner | 0.80 | Review of final IRS submission on COD income issue from Kirkland & Ellis. |
| 11205-005 | 5/17/2016 | Needham, A | Partner | 0.80 | Review of complaint filed w/ PUC against Hunt plan, corr w/ P. Gelston re same. |
| 11205-005 | 5/18/2016 | Needham, A | Partner | 2.30 | Review of draft tax matters agreement from Kirkland (1.1 hrs); review of revised Nextera bid from P. Gelston (1.2 hrs). |
| 11205-005 | 5/19/2016 | Needham, A | Partner | 4.30 | Review of Evercore slide deck on Nextera bid (1.2 hrs); conf call with Kirkland & counsel to DDs on Nextera bid (0.9 hrs); review of update email from Kirkland and status of IRS ruling request (0.1 hrs);  review of Nextera term sheet (0.7 hrs);  review of TCEH creditors standalone plan proposal (0.8 hrs);  mtg w/ A. Hagena to discuss Nextera bid (0.6 hrs). |
| 11205-005 | 5/19/2016 | Hagena, Antje | Associate | 2.80 | Review NextEra bid (1.2); review/research continuity of interest requirements for acquisition of EFH by NextEra (0.8); discuss NextEra bid (tax implications) with Andy Needham (0.3); call with K&E and DDAs re: process and NextEra bid (0.5). |
| 11205-005 | 5/20/2016 | Needham, A | Partner | 3.00 | Review of board deck for board meeting (0.7 hrs); review of Nextera term sheet (0.7 hrs); tax review of same (1.6 hrs). |
| 11205-005 | 5/23/2016 | Hagena, Antje | Associate | 2.60 | Review revised Tax Matters Agreement. |
| 11205-005 | 5/24/2016 | Hagena, Antje | Associate | 2.90 | Review transaction documents from NextEra (merger agreement, DIP term sheet, plan support agreement) (2.4); discuss with Andy Needham re: transaction documents from NextEra (merger agreement, DIP term sheet, plan support agreement) (0.2); email to Andy Needham re: merger agreement (tax comments) (0.3). |
| 11205-005 | 5/24/2016 | Needham, A | Partner | 4.20 | Review of draft plan support agreement, DIP term sheet, tax matters agreement and form of merger agreement from Nextera (2.3 hrs); review of draft response to IRS from Kirkland on COD issue (1.4 hrs); mtg w/ A. Hagena to discuss Nextera merger and related tax issues (0.5 hrs). |
| 11205-005 | 5/25/2016 | Hagena, Antje | Associate | 3.10 | Review Paul Weiss mark-up, review K&E mark-up of tax matters agreement (2.6); email to Andy Needham re: Paul Weiss mark-up and K&E mark-up of tax matters agreement (0.5). |
| 11205-005 | 5/25/2016 | Needham, A | Partner | 3.80 | Review of comments from Paul, Weiss to TMA (0.8 hrs); corr w/ A Hagena re same (0.2 hrs); review of tax comments from Latham on Nextera merger agreement and related documents (1.2 hrs); review of draft submission to IRS on CODI issue (1.6 hrs). |
| 11205-005 | 5/26/2016 | Hagena, Antje | Associate | 2.10 | Review revised IRS submission re: COD income (1.8); discuss revised IRS submission re: COD income with Andy Needham (0.3). |

12

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-005 | 5/26/2016 | Needham, A | Partner | 1.80 | Meeting with A. Hagena to discuss draft of IRS CODI submission (0.3 hrs); review of comments from Kirkland on draft TMA (0.7 hrs); review of revised draft of IRS submissions (0.8 hrs). |
| 11205-005 | 5/27/2016 | Needham, A | Partner | 1.80 | Review of comments from Chadbourne on plan and related documents (0.7 hrs); review of CODI issues (1.1 hrs). |
| 11205-005 | 5/28/2016 | Needham, A | Partner | 2.00 | Review of revised Nextera bid (0.8 hrs); review of tax issues in Nextera bid (1.2 hrs). |
| 11205-005 | 5/29/2016 | Needham, A | Partner | 1.50 | Review of revised Nextera bid (0.7 hrs); review of tax issues in Nextera bid (0.8 hrs). |
| 11205-005 | 5/30/2016 | Hagena, Antje | Associate | 1.60 | Review K&E mark-up of NextEra merger agreement. |
| 11205-005 | 5/30/2016 | Needham, A | Partner | 2.50 | Review of comments from Kirkland & Ellis to Nextera merger agreement (1.3 hrs); review of IRS ruling request (1.2 hrs). |
| 11205-005 | 5/31/2016 | Hagena, Antje | Associate | 2.20 | Review K&E mark-up of NextEra merger agreement (1.5); discuss K&E mark-up of NextEra merger agreement with Andy Needham (0.4); internal emails and emails to K&E tax team re: NextEra merger agreement (tax questions/comments) (0.3). |
| 11205-005 | 5/31/2016 | Needham, A | Partner | 2.40 | Review of comments from Kirkland & Ellis to Nextera merger agreement (0.7 hrs); mtg w/ A. Hagena to discuss same (0.6 hrs); review of CODI issue (1.1 hrs). |
| 11205-005 | 06/01/16 | Hagena, Antje | Associate | 1.10 | Telephone call with K&E, DDA counsel, IRS on cancellation of indebtedness ruling (0.6); discuss with Andy Needham re: IRS position on cancellation of indebtedness ruling (0.3); email to corporate/restructuring team re: call with K&E, DDA counsel, IRS on cancellation of indebtedness ruling (0.2) |
| 11205-005 | 06/01/16 | Needham, A | Partner | 3.60 | Prepared for call w/ IRS on CODI and related tax issues (1.5 hrs); call w/ IRS, K&E and counsel to DDAs (0.8 hrs);  review of comments from K&E on draft of merger agreement from Nextera (1.3 hrs). |
| 11205-005 | 06/02/16 | Needham, A | Partner | 1.90 | Review of term sheet from Kramer, Levin for 2nd lien equitization plan (1.1 hrs); review of recovery comparison on Nextera and 2L plans and plan term sheet (0.8 hrs). |
| 11205-005 | 06/03/16 | Hagena, Antje | Associate | 0.40 | Draft form 8821 for IRS meeting on COD ruling on June 15, 2016 |
| 11205-005 | 06/04/16 | Needham, A | Partner | 1.40 | Review of revised draft of merger agreement from Nextera. |
| 11205-005 | 06/05/16 | Hagena, Antje | Associate | 3.30 | Review draft merger agreement (2.4); email to Andy Needham re: same (0.7); email to K&E re: same (0.2) |
| 11205-005 | 06/05/16 | Needham, A | Partner | 0.80 | Review of revised draft of merger agreement from Nextera, email corr w/ A. Hagena re same. |
| 11205-005 | 06/06/16 | Needham, A | Partner | 2.30 | Review of revised draft of merger agreement from Nextera (0.7 hrs); prepared for 6/15 meeting w/ IRS on CODI ruling (1.6 hrs). |

13

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| 11205-005 | 06/07/16 | Needham, A | Partner | 4.70 | Review of draft ruling submissions on CODI and application of 361 from K&E (1.4 hrs); tax attn to same (0.8 hrs); prepared for 6/15 meeting w/ IRS on CODI ruling (1.3 hrs); review of comments from K&E on draft TMA from Nextera (1.2 hrs). |
| 11205-005 | 06/08/16 | Needham, A | Partner | 3.00 | Review of revised draft of disclosure statement and related tax disclosure from Kirkland (2.2 hrs); review of revised draft of TMA from Kirkland (0.8 hrs). |
| 11205-005 | 06/08/16 | Hagena, Antje | Associate | 3.10 | Review revised tax matters agreement (2.6); email to Andy Needham summarizing main issues in tax matters agreement (0.5) |
| 11205-005 | 06/09/16 | Needham, A | Partner | 2.60 | Review of recent IRS guidance on treatment of debt issued by disregarded entities (1.3 hrs); review of revised draft of disclosure statement from Kirkland (0.6 hrs); review of debtor reply to objections to disclosure statement (0.7 hrs). |
| 11205-005 | 06/09/16 | Hagena, Antje | Associate | 2.40 | Review new regulations on section 108 (2.1); discuss new regulations on section 108 with Andy Needham (0.3) |
| 11205-005 | 06/10/16 | Hagena, Antje | Associate | 1.20 | Telephone call with Anthony Sextion (K&E) re: TMA matters/open issues (0.4); discuss with Andy Needham re: TMA matters/open issues (0.3); call with Stuart Rosow (Proskauer) re: TMA matters (effectiveness of TMA in taxable separation scenario) (0.5) |
| 11205-005 | 06/10/16 | Needham, A | Partner | 3.50 | Call w/ Kirkland and counsel to DDAs to discuss draft TMA and 6/15 meeting w/ IRS (0.8 hrs); review of IRS submissions on CODI and related issues for IRS meeting on 6/15 (0.9 hrs); review of revised draft of TMA from Kirkland (0.7 hrs); mtgs w/ A. Hagena to discuss draft TMA and related tax issues (0.7 hrs); call w/ Proskauer to discuss IRS meeting on 6/15 (0.4 hrs). |
| 11205-005 | 06/11/16 | Hagena, Antje | Associate | 3.70 | Review  Paul Weiss draft of TMA (1.9); email to Andy Needham re: main issues in Paul Weiss draft of TMA (0.5); review Chadbourne/NextEra draft of TMA (0.9); emails to Andy Needham re: main issues in Chadbourne/NextEra draft (0.4) |
| 11205-005 | 06/11/16 | Needham, A | Partner | 1.60 | Review of comments from Chadbourne on TMA, corr w/ A. Hagena re same. |
| 11205-005 | 06/12/16 | Needham, A | Partner | 3.20 | Call w/ Chadbourne, Kirkland and Ellis, counsel to DDAs on TMA (1.7 hrs); corr w/ A. Hagena re same (0.2 hrs);  prepared for mtg at IRS on 6/15 to discuss CODI ruling (1.3 hrs). |
| 11205-005 | 06/12/16 | Hagena, Antje | Associate | 2.40 | Review Chadbourne/NextEra draft of TMA (0.2); call with Paul Weiss, DDA counsel, K&E on TMA open issues (1.9); summary email on call with Paul Weiss, DDA counsel, K&E on TMA open issues (0.3) |

14

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| **11205-005** | 06/13/16 | Needham, A | Partner | 4.10 | Prepared for mtg at IRS on 6/15 on CODI issues (1.7 hrs); review of revised draft of TMA from Paul, Weiss (0.8 hrs); mtg w/ A. Hagena to discuss same (0.2 hrs);  call w/ S. Rosow at Proskauer to discuss TMA (0.6 hrs), call w/ K&E to discuss impact of CODI ruling on TMA (0.4 hrs);  corr w/ R. Levin & P. Gelston re same (0.4 hrs). |
| **11205-005** | 06/13/16 | Hagena, Antje | Associate | 3.30 | Review/mark up TMA re: ruling requirements and effectiveness of TMA (1.9); discuss with Andy Needham re: ruling requirements and effectiveness of TMA (0.6); calls with Anthony Sexton (K&E), Stu Rosow re: ruling requirements and effectiveness of TMA (0.8) |
| **11205-005** | 06/14/16 | Needham, A | Partner | 2.00 | Telephone call with S. Rosow to discuss meeting w/ IRS on 6/15 on proposed CODI rulings (0.5 hrs); prepared for IRS meeting (1.5 hrs). |
| **11205-005** | 06/15/16 | Needham, A | Partner | 4.80 | Pre-meeting at Proskauer (1.0 hrs); meeting at IRS (2.2 hrs); review of revised draft of disclosure schedule from Kirkland (0.7 hrs); review of slide deck steps chart for T side spin-off (0.5 hrs); email corr w/ A. Hagena re tax comments on disclosure statement (0.4 hrs). |
| **11205-005** | 06/15/16 | Hagena, Antje | Associate | 2.30 | Review/mark up plan disclosure for TMA changes (1.6); email to Andy Needham re: comments to plan disclosure on TMA changes (0.4); email to Anthony Sexton re: comments to plan disclosure on TMA changes (0.3) |
| **11205-005** | 06/16/16 | Hagena, Antje | Associate | 0.40 | Review revised plan disclosure (TMA changes) |
| **11205-005** | 06/16/16 | Needham, A | Partner | 2.80 | Review of revised draft of disclosure statement for current plan from Kirkland (1.8 hrs); review steps chart for T side spin-off (1.3 hrs). |
| **11205-005** | 06/17/16 | Needham, A | Partner | 2.30 | Review of draft amendment to disclosure statement (0.8 hrs); mtg w/ A. Hagena to discuss impact of adverse Codi ruling on value of EFH stock (0.3 hrs); review of revised draft of Nextera merger agreement (1.2 hrs). |
| **11205-005** | 06/18/16 | Hagena, Antje | Associate | 1.10 | Review revised draft of NextEra merger agreement |
| **11205-005** | 06/18/16 | Needham, A | Partner | 0.80 | Review of revised draft of merger agreement and revised disclosure schedules from Nextera (0.6 hrs); email corr w/ A. Hagena re same (0.2 hrs). |
| **11205-005** | 06/19/16 | Hagena, Antje | Associate | 2.90 | Review revised draft of NextEra merger agreement (2.1); email to Andy Needham re: revised draft of NextEra merger agreement (0.6); email to K&E tax team re: revised draft of NextEra merger agreement (0.2) |
| **11205-005** | 06/19/16 | Needham, A | Partner | 2.10 | Review of revised draft of merger agreement from Nextera (1.1 hrs); email corr w/ A. Hagena re same (0.4 hrs); review if open issues list from corporate (0.6 hrs). |

15

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| 11205-005 | 06/20/16 | Hagena, Antje | Associate | 1.40 | Review draft IRS submission following June 15 meeting with IRS. |
| 11205-005 | 06/20/16 | Needham, A | Partner | 2.30 | Review of draft submission to IRS (1.4 hrs); conf w/ A. Hagena re same (0.3 hrs); review of open issues for discussion at 6/21 mtg w/ Nextera (0.6 hrs). |
| 11205-005 | 06/21/16 | Hagena, Antje | Associate | 0.70 | Review revised draft IRS submission following June 15 meeting with IRS (0.6); email to K&E re: revised draft IRS submission following June 15 meeting with IRS (0.1). |
| 11205-005 | 06/21/16 | Needham, A | Partner | 1.00 | Review of revised draft of submission to IRS on CODI issues (0.8 hrs); corr w/ A. Hagena re same (0.2 hrs). |
| 11205-005 | 06/22/16 | Needham, A | Partner | 2.10 | Review of comments from Kirkland on Nextera merger agreement (1.1 hrs); review of comments from Chadbourne on TMA (0.8 hrs);  conf w/ A. Hagena re TMA (0.2 hrs). |
| 11205-005 | 06/22/16 | Hagena, Antje | Associate | 1.60 | Review Chadbourne's/NextEra's draft of Tax Matters Agreement (1.3); email to Andy Needham re: Chadbourne's/NextEra's draft of Tax Matters Agreement (0.3. |
| 11205-005 | 06/23/16 | Needham, A | Partner | 1.90 | Review of revised draft of merger agreement (0.7 hrs); review of revised draft of Nextera plan from Kirkland (1.2 hrs). |
| 11205-005 | 06/24/16 | Needham, A | Partner | 3.40 | Review of board slide deck on status of E-side and T-side restructurings & status of various E-side bids (1.3 hrs);  review of TMA and open CODI issues in IRS ruling request (0.7 hrs); call w/ Kirkland and counsel to DDAs to discuss Nextera bid and open issues (1.2 hrs);  mtg w/ A. Hagena to discuss continuity issue (0.2 hrs). |
| 11205-005 | 06/24/16 | Hagena, Antje | Associate | 2.30 | Review draft merger agreement from NextEra (1.6); email to Andy Needham re: revised draft merger agreement from NextEra (0.4); call with Anthony Sexton re: continuity of interest provision in merger agreement (0.3). |
| 11205-005 | 06/25/16 | Needham, A | Partner | 2.50 | Review of board slide deck on status of E-side and T-side restructurings & status of various E-side bids (1.7 hrs); review of revised draft of Nextera agreement (0.8 hrs). |
| 11205-005 | 06/26/16 | Needham, A | Partner | 1.50 | Review of revised draft of disclosure statement for current plan from Kirkland (0.8 hrs); review of slide deck on T side spin-off (0.7 hrs). |
| 11205-005 | 06/27/16 | Needham, A | Partner | 2.10 | P. Gelston to discuss tax opinion on CODI issue (0.2 hrs);  review of draft merger agreement (0.7 hrs);  draft of email to team re tax opinion condition (0.6 hrs);  mtg w/ A. Hagena to discuss open tax issues (0.6 hrs). |
| 11205-005 | 06/27/16 | Hagena, Antje | Associate | 1.60 | Discuss with Andy Needham re: ruling requirements in tax matters agreement/merger agreement (0.5); review NextEra bid structure (amount of cash and equity consideration) and ownership percentage of EFH/EFIH creditors in NextEra post-merger (1.1). |

16

2491613.5

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| 11205-005 | 06/28/16 | Needham, A | Partner | 2.10 | Review of current draft of plan support agreement from Nextera (0.8 hrs); attn to open CODI issues (1.3 hrs). |
| 11205-005 | 06/29/16 | Needham, A | Partner | 3.90 | Call w/ C. Cremens, D. Prager and CSM team to discuss Nextera bid and related issues (1.0 hrs);  review of draft CODI submission to IRS from Kirkland (1.4 hrs);  mtg w/ A. Hagena to discuss same (0.7 hrs);  review of NEE plan of reorganization (0.8 hrs). |
| 11205-005 | 06/29/16 | Hagena, Antje | Associate | 3.60 | EFIH update call with corporate/bankruptcy team and Charles Cremens (1.1); review plan support agreement (0.9); review draft NextEra plan (1.2); email to Andy Needham re: plan support agreement and draft NextEra plan (0.4). |
| 11205-005 | 06/30/16 | Hagena, Antje | Associate | 2.10 | Review draft two-part from K&E for IRS spin-off ruling (1.4); discuss with Andy Needham re: draft two-part from K&E for IRS spin-off ruling (0.4); discuss with Anthony Sexton (K&E) re: draft two-part from K&E for IRS spin-off ruling (0.3). |
| 11205-005 | 07/01/16 | Needham, A | Partner | 3.20 | Review of draft two-part from Kirkland for submission to IRS (1.2 hrs); mtg w/ A. Hagena to discuss same (0.4 hrs); review of RARs from 2010-13 from Kirkland (1.3 hrs); call w/ Proskauer to discuss CODI issue (0.3hrs). |
| 11205-005 | 07/05/16 | Needham, A | Partner | 2.40 | Review of spilt participation agreement (0.7 hrs); call to discuss TMA (0.8 hrs); review of revised draft of TMA from Kirkland (0.8 hrs). |
| 11205-005 | 07/06/16 | Needham, A | Partner | 2.80 | Call w/ Kirkland & Proskauer re current status of TMA and open issues with IRS (0.7 hrs); review of ruling request (0.6 hrs); call w/ Kirkland, MTO & Proskauer to discuss [REDACTED] proposal (0.8 hrs); review of draft transition services agreement from Kirkland (0.7 hrs). |
| 11205-005 | 07/07/16 | Needham, A | Partner | 5.00 | Review of RARs for 2010-13 (1.7 hrs); email corr w/ Kirkland re same (0.2 hrs); review of comments from Nextera on TMA (1.3 hrs); review of draft plan & disclosure statement (1.8 hrs). |
| 11205-005 | 07/08/16 | Needham, A | Partner | 3.70 | Call w/ Kirkland to discuss Nextera deal (0.7 hrs); call w/ Proskauer to discuss tax issues related to TMA and other agreements (0.4 hrs); review of terms of [REDACTED] bid (1.2 hrs); review of plan and disclosure statement (1.4 hrs). |
| 11205-005 | 07/11/16 | Needham, A | Partner | 3.00 | Review of IRS information request from Kirkland (0.7 hrs); mtg w/ A. Hagena to discuss same (0.2 hrs);  review of tax receivables agreement (1.2 hrs);  review of initial response to IRS information request from Kirkland (0.7 hrs); corr w/ Kirkland re same (0.2 hrs). |
| 11205-005 | 07/11/16 | Hagena, Antje | Associate | 0.80 | Review K&E's draft IRS information request responses |

2491613.5

## EXHIBIT H-Continued

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-005 | 07/12/16 | Needham, A | Partner | 1.60 | Correspondence w/ client on open tax issues in TMA (0.5 hrs); mtg w/ A. Hagena to discuss TMA (0.4 hrs); review of current version of TMA (0.7 hrs). |
| 11205-005 | 07/12/16 | Hagena, Antje | Associate | 0.40 | Review IRS information request responses (0.3); email to Anthony Sexton (K&E) re: IRS information request responses (0.1) |
| 11205-005 | 07/13/16 | Needham, A | Partner | 2.40 | Review of Nextera comments on TMA (0.8 hrs); email corr w/ client re same (0.6 hrs); mtgs w/ Antje Hagena to discuss TMA (0.3 hrs); review of comments on TMA from [REDACTED (0.7 hrs). |
| 11205-005 | 07/14/16 | Needham, A | Partner | 1.30 | Call w/ client, R. Levin & P. Gelston to discuss status of TMA and other issues (0.7 hrs); review of open issues in TMA (0.6 hrs). |
| 11205-005 | 07/15/16 | Needham, A | Partner | 2.70 | Review of [REDACTED comments on merger agreement, TMA, transition services agreement (1.7 hrs); review of continuity side letter (0.5 hrs); mtg w/ A. Hagena to discuss same (0.7 hrs). |
| 11205-005 | 07/15/16 | Hagena, Antje | Associate | 2.90 | Review [REDACTED drafts of merger agreement, tax matters agreement and creditor side letters (2.3); email to Andy Needham re: [REDACTED drafts of merger agreement, tax matters agreement and creditor side letters (0.6) |
| 11205-005 | 07/16/16 | Needham, A | Partner | 1.40 | Review of revised draft of standalone separation agreement and letter to Board re plan confirmation hearing in August. |
| 11205-005 | 07/17/16 | Needham, A | Partner | 3.20 | Review of drafts of merger agreement, transition services agreement, TMA and side letters from counsel to [REDACTED (2.7 hrs); email corr w/ A. Hegana re open tax issues (0.5 hrs). |
| 11205-005 | 07/17/16 | Hagena, Antje | Associate | 0.90 | Review drafts of Transition Services Agreement and Separation Agreement |
| 11205-005 | 07/18/16 | Hagena, Antje | Associate | 2.10 | Review K&E mark-ups of [REDACTED and NextEra merger agreements (1.8); discuss with Andy Needham re: K&E mark-ups of [REDACTED and NextEra merger agreements (0.3) |
| 11205-005 | 07/18/16 | Needham, A | Partner | 1.60 | Review of comments from Nextera on merger agreement and TMA (1.3 hrs); mtg w/ A. Hagena to discuss same (0.3 hrs). |
| 11205-005 | 07/19/16 | Needham, A | Partner | 2.00 | Review of IRS ruling request and draft two-part for final ruling (0.8 hrs); review of current drafts of merger agreement and TMA (1.2 hrs). |
| 11205-005 | 07/20/16 | Hagena, Antje | Associate | 2.80 | Review NextEra draft of merger agreement (0.8); email to Andy Needham re: NextEra draft of merger agreement (0.3); call with Proskauer re: IRS call on private letter ruling (0.6); review draft facts and representations from IRS for private letter ruling (1.1). |

18

2491613.5

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-005 | 07/20/16 | Needham, A | Partner | 4.50 | Review of draft Board materials for Board meeting on 7/22 (1.3 hrs); review of revised draft of merger agreement from counsel to Nextera (1.5 hrs); call w/ Proskauer to discuss proposed IRS rulings of CODI issues (0.5 hrs); review of draft summary of ruling from IRS (0.8 hrs);  corr w/ A. Hagena re same (0.4 hrs). |
| 11205-005 | 07/21/16 | Needham, A | Partner | 3.00 | Email corr w/P. Gelston re allocation of tax risks to Nextera (0.4 hrs); review of revised board material for board meeting on 7/22 (0.8 hrs); review of additional comments to merger agreement from Nextera (0.7 hrs); corr w/ A. Hagena re open issues (0.4 hrs); review of additional changes to draft TMA from Paul, Weiss (0.7 hrs). |
| 11205-005 | 07/21/16 | Hagena, Antje | Associate | 2.80 | Telephone call with IRS re: private letter ruling (0.9); emails to Andy Needham re: call with IRS re: private letter ruling (summary of rulings, open items) (0.8); review TMA draft from Paul Weiss (0.5); email to Andy Needham re: TMA draft from Paul Weiss (0.2); review board materials for meeting on 07/22 (0.4). |
| 11205-005 | 07/22/16 | Hagena, Antje | Associate | 1.20 | Review submission to IRS on facts for private letter ruling (0.7); calls with Proskauer re: TMA provisions (revisions from Paul Weiss) (0.2); emails to Andy Needham re: TMA provisions (revisions from Paul Weiss) (0.3). |
| 11205-005 | 07/22/16 | Needham, A | Partner | 4.00 | Review of proposed changes to IRS ruling from Kirkland (1.1 hrs); review of final board deck (0.7 hrs); review of revised draft of TMA from Kirkland (0.9 hrs); review of additional changes from IRS to draft ruling (0.7 hrs); review of additional comments from Paul, Weiss to TMA (0.6 hrs). |
| 11205-005 | 07/23/16 | Needham, A | Partner | 2.40 | Call w/ Proskauer to discuss allocation of tax risks under TMA (0.5 hrs); review of draft IRS ruling (0.8 hrs); call w/ Kirkland and Proskauer to discuss allocation of tax risks under TMA (1.1 hrs). |
| 11205-005 | 07/23/16 | Hagena, Antje | Associate | 1.20 | Telephone call with Stu Rosow (Proskauer) on TMA issues (0.5); call with K&E and Proskauer on TMA issues (0.7). |
| 11205-005 | 07/24/16 | Needham, A | Partner | 2.40 | Review of Board slide deck from 7/17 Board meeting (0.7 hrs); review of draft IRS ruling (0.5 hrs); review of open issues on TMA (1.2 hrs). |
| 11205-005 | 07/25/16 | Hagena, Antje | Associate | 2.50 | Preparation call with Chuck Cremens, Cravath team for board meeting on 07/27 (0.6); review revised merger agreement from NextEra (0.5); review slide deck for board meeting on 07/27 (0.6); discuss slide deck for board meeting on 07/27 with Andy Needham (0.2); review revised facts and representations from IRS for private letter ruling (0.6). |

2491613.5

## EXHIBIT H-Continued

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-005 | 07/25/16 | Needham, A | Partner | 4.50 | Review of revised draft of merger agreement and separation agreement from Kirkland (1.6 hrs); review of draft board deck (1.1 hrs); call w/ client to discuss open tax issues and approval of deal (0.8 hrs); call w/ Proskauer to discuss IRS ruling (0.3 hrs); email corr w/ Proskauer & Kirkland on DDO approval of deal (0.7 hrs). |
| 11205-005 | 07/26/16 | Needham, A | Partner | 2.30 | Review of revised draft of PLR request from Kirkland (1.3 hrs); conf w/ P. Gelston on open tax issues with T creditors on TMA (0.4 hrs); call w/ Kirkland on TMA and open issues (0.6 hrs). |
| 11205-005 | 07/26/16 | Hagena, Antje | Associate | 0.60 | Review revised facts and representations for IRS private letter ruling. |
| 11205-005 | 07/27/16 | Needham, A | Partner | 2.70 | Call w/ IRS, Kirkland and other counsel to discuss PLR (0.7 hrs); review of draft PLR from IRS (0.8 hrs); review of revised draft of TMA from Paul, Weiss (0.7 hrs); mtg w/ A. Hagena to discuss same (0.3 hrs); call w/ Proskauer re open issues in TMA (0.2 hrs). |
| 11205-005 | 07/27/16 | Hagena, Antje | Associate | 1.40 | Review revised PLR facts and representations. |
| 11205-005 | 07/28/16 | Needham, A | Partner | 2.50 | Review of revised draft of merger agreement from Nextera (0.8 hrs); corr w/ A. Hagena re same (0.2 hrs); conf call w/ A. Hagena & Proskauer to discuss open issues (0.5 hrs); review of final draft of PLR from IRS (1.0 hrs). |
| 11205-005 | 07/28/16 | Hagena, Antje | Associate | 3.40 | Review revised draft of NEE merger agreement (2.2); emails to Andy Needham re: revised draft of NEE merger agreement (0.6); review private letter ruling (0.6). |
| 11205-005 | 07/29/16 | Needham, A | Partner | 4.10 | Review of final versions of Nextera merger agreement, TMA, transition services agreement, separation agreement and other collateral agreements (2.3 hrs); review of plan and plan support agreement (1.2 hrs); conf w/ Proskauer re final version of IRS PLR (0.6 hrs). |
| 11205-005 | 07/29/16 | Hagena, Antje | Associate | 0.90 | Review private letter ruling. |
| 11205-005 | 08/05/16 | Needham, A | Partner | 0.80 | Review of comments from Paul, Weiss to TMA. |
| 11205-005 | 08/15/16 | Hagena, Antje | Associate | 1.30 | Review revised TMA (comments from Paul Weiss). |
| 11205-008 | 5/11/2016 | Paskin, M A | Partner | 0.70 | E-Mails w/ Hancock re 4th interim fee application and related correspondence |
| 11205-008 | 5/20/2016 | Paskin, M A | Partner | 0.60 | Review drafts of February and March interim fee applications |
| 11205-008 | 06/20/16 | Paskin, M A | Partner | 0.60 | Review fifth interim fee app. |
| 11205-008 | 06/29/16 | Larkin, Alexandra | Associate | 0.60 | Prepared new filing of conflicts check and application for employment. 0.3 Hours:  Email to Kirkland re: potential parties in interest for conflicts check. 0.3 Hours:  Correspondence with R. Gonzalez re: conflicts check |

## EXHIBIT H-Continued

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|--------|------|------|-------|-------|-----------|
| 11205-008 | 07/05/16 | Larkin, Alexandra | Associate | 0.80 | Drafted and sent email to Kirkland re: list of potential parties in interest for conflicts check (0.1 Hours).  Correspondence with M. Paskin re: conflicts check (0.1 Hours).  Drafted updated declaration in support of application for employment (0.6 Hours). |
| 11205-008 | 07/06/16 | Larkin, Alexandra | Associate | 1.80 | Prepared declaration in support of application for employment. |
| 11205-008 | 07/06/16 | Smith, C | Litigation Paralegal | 1.00 | Attention to searching case docket for Order confirming employment of Cravath as counsel and Order regarding Supplemental Declaration , per A. Larkin. |
| 11205-008 | 07/07/16 | Larkin, Alexandra | Associate | 0.10 | Call with R. Levin re: conflicts check for declaration in support of application for employment. |
| 11205-008 | 07/08/16 | Larkin, Alexandra | Associate | 0.20 | Correspondence with Kirkland re: conflicts check. |
| 11205-008 | 07/19/16 | Larkin, Alexandra | Associate | 0.40 | Correspondence with P. Gelston and R. Levin re: conflicts check. |
| 11205-008 | 07/28/16 | Larkin, Alexandra | Associate | 0.20 | Drafted and sent email to Kirkland re: conflicts check of potential parties in interest. |
| 11205-008 | 08/01/16 | Larkin, Alexandra | Associate | 0.70 | Drafted Paskin declaration in support of application for order approving employment of CSM. |
| 11205-008 | 08/02/16 | Larkin, Alexandra | Associate | 0.80 | Updated draft Paskin declaration and circulated to team. |
| 11205-008 | 08/03/16 | Larkin, Alexandra | Associate | 0.80 | Updated draft Paskin declaration and circulated to team. |
| 11205-008 | 08/04/16 | Larkin, Alexandra | Associate | 0.70 | Prepared draft of Paskin declaration. |
| 11205-008 | 08/05/16 | Larkin, Alexandra | Associate | 1.40 | Prepared Paskin declaration for filing. |
| 11205-008 | 08/08/16 | Larkin, Alexandra | Associate | 2.90 | Prepared Paskin declaration for filing. |
| 11205-009 | 5/2/2016 | Gelston, P A | Partner | 4.00 | Travel Dallas. |
| 11205-009 | 5/4/2016 | Gelston, P A | Partner | 4.60 | Travel from Dallas to New York. |
| 11205-009 | 06/15/16 | Needham, A | Partner | 6.80 | Travel to DC for mtg w/ IRS to discuss CODI ruling (3.5 hrs); return to NYC (3.3 hrs). |
| 11205-009 | 07/26/16 | Gelston, P A | Partner | 3.50 | Travel to Dallas for Board meeting. |
| 11205-009 | 07/28/16 | Gelston, P A | Partner | 5.00 | Travel to New York (5.0). |
| | | | | 748.60 | |

21

2491613.5