# EXHIBIT I

## Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 5/2/2016 | Wein, Allison | GROUND TRANSPORTATION | 110.13 | Inv#:  4591950 V# LV191491F4 ETG Cravath, 825 Eighth Avenue, New York, NY - SCARSDALE, NY W 2:59  0.00 Cravath, 825 Eighth Avenue, New York, NY SCARSDALE, NY |
| 11205-003 | 5/2/2016 | Gelston, P A | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 11205-003 | 5/2/2016 | Gelston, P A | TRAVEL | 548.10 | AIRFARE CLASS: First ,CITIES VISITED: Dallas, Texas ,TICKET NO: 9842146274580 TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings  RptID: 010012323513 |
| 11205-003 | 5/2/2016 | Gelston, P A | TRAVEL | 31.43 | TAXI Out of Town TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 11205-003 | 5/2/2016 | Gelston, P A | TRAVEL | 60.49 | TAXI Out of Town TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 11205-003 | 5/2/2016 | Gelston, P A | MISCELLANEOUS | 29.95 | INTERNET,  TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 11205-003 | 5/2/2016 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 26.30 | TAXI Local TRIP PURPOSE: Cab to permit participation in conference call  RptID: 010012323513 |
| 11205-003 | 5/3/2016 | Gelston, P A | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 11205-003 | 5/3/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board of Directors & Finance Committee meetings VENUE: Fearings Restaurant/Ritz Carlton CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RptID: 010012323513 |
| 11205-003 | 5/3/2016 | Gelston, P A | BUSINESS MEALS | 7.04 | MEALS: HOTEL - MEALS OTHER BUSINESS PURPOSE: Attend Board of Directors & Finance Committee meetings VENUE: Indulge/Ritz Carlton CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RptID: 010012323513 |
| 11205-003 | 5/4/2016 | Gelston, P A | TRAVEL | 15.00 | TAXI Out of Town TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 11205-003 | 5/4/2016 | Gelston, P A | TRAVEL | 84.12 | TAXI Out of Town TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 11205-003 | 5/4/2016 | Gelston, P A | TRAVEL | 448.10 | AIRFARE CLASS: First ,CITIES VISITED: Dallas, Texas ,TICKET NO: 9842146274885 TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings  RptID: 010012323513 |

2491613.5

=

# EXHIBIT I-Continued

## Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 5/4/2016 | Gelston, P A | TRAVEL | 33.31 | TAXI Out of Town TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 11205-003 | 5/4/2016 | Gelston, P A | MISCELLANEOUS | 32.42 | INTERNET, TRIP PURPOSE: Attend Board of Directors & Finance Committee meetings CITIES VISITED: Dallas, Texas RptID: 010012323513 |
| 11205-003 | 5/4/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: LUNCH BUSINESS PURPOSE: Attend Board of Directors & Finance Committee meetings VENUE: Cru Love Field CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston RptID: 010012323513 |
| 11205-003 | 5/31/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 50.19 | Public Document Retrieval - Pacer |
| 11205-003 | 5/31/2016 | Shiekman, Alexander | OTHER DATABASE RESEARCH | 6.31 | Public Document Retrieval - Pacer |
| 11205-003 | 6/15/2016 | Needham, A | CLIENT BUSINESS TRANSPORTATION | 35.87 | Inv#: 699539 V# 780392 UNKNOWN 911 PARK AVE, MANHATTAN, NY - 1 PENN STATION, MANHATTAN, NY Needham 8:00  0.00<br>911 PARK AVE, MANHATTAN, NY<br>1 PENN STATION, MANHATTAN, NY |
| 11205-003 | 6/15/2016 | Needham, A | TRAVEL | 802.00 | RAIL TRAVEL CLASS: First ,CITIES VISITED: Washington, DC ,TICKET NO: 1652491042906 TRIP PURPOSE: Meeting with the IRS.  RptID: 010012883676 |
| 11205-003 | 6/15/2016 | Needham, A | TRAVEL | 12.90 | TAXI Out of Town TRIP PURPOSE: Meeting with the IRS CITIES VISITED: Washington, DC RptID: 010012882593 |
| 11205-003 | 6/15/2016 | Needham, A | TRAVEL | 20.38 | TAXI Out of Town TRIP PURPOSE: Meeting with the IRS CITIES VISITED: Washington, DC RptID: 010012882593 |
| 11205-003 | 6/23/2016 | Kaplan, K | MISCELLANEOUS | 30.00 | TRANSCRIPT for P. Gelston TRIP PURPOSE: Transcript CITIES VISITED: Los Angeles, CA RptID: 010012993561 |
| 11205-003 | 6/23/2016 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 30.12 | TAXI Local TRIP PURPOSE: Attend meeting RptID: 010012769192 |
| 11205-003 | 6/30/2016 | Herman, David A. | OTHER DATABASE RESEARCH | 0.22 | Public Document Retrieval - Pacer |
| 11205-003 | 6/30/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 5.44 | Public Document Retrieval - Pacer |
| 11205-003 | 7/8/2016 | Needham, A | GROUND TRANSPORTATION | 22.30 | TAXI Local TRIP PURPOSE: Client work RptID: 010013205205 |
| 11205-005 | 7/20/2016 | Hagena, Antje | CONF. CALL/VOICE/DATA | 3.53 | Conference call by Antje Hagena |
| 11205-005 | 7/23/2016 | Hagena, Antje | CONF. CALL/VOICE/DATA | 2.61 | Conference call by Antje Hagena |
| 11205-003 | 7/26/2016 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 130.99 | Inv#: 702347 V# RV1E13E17C UNKNOWN Cravath, 825 Eighth Avenue, New York, NY - LAGUARDIA AIRPORT, QUEENS, NY Gelston*******<br>5:00  0.00<br>Cravath, 825 Eighth Avenue, New York, NY<br>LAGUARDIA AIRPORT, QUEENS, NY |
| 11205-003 | 7/26/2016 | Gelston, P A | TRAVEL | 1196.20 | AIRFARE CLASS: First ,CITIES VISITED: Dallas, Texas ,TICKET NO: see note TRIP PURPOSE: Attend Board Meeting  RptID: 010013521511 |
| 11205-003 | 7/26/2016 | Gelston, P A | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/26/2016 | Gelston, P A | MISCELLANEOUS | 26.95 | INTERNET, TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |

# EXHIBIT I-Continued

### Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 7/27/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - DINNER BUSINESS PURPOSE: Attend Board Meeting VENUE: Fearings CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010013521511 |
| 11205-003 | 7/27/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - LUNCH BUSINESS PURPOSE: Attend Board Meeting VENUE: Fearings CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010013521511 |
| 11205-003 | 7/27/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board Meeting VENUE: Fearings CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010013521511 |
| 11205-003 | 7/27/2016 | Gelston, P A | TRAVEL | 350.00 | LODGING Ritz Carlton TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/27/2016 | Gelston, P A | TRAVEL | 35.00 | TAXI Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/28/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: LUNCH BUSINESS PURPOSE: Attend Board Meeting VENUE: Cru/Dallas Airport CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010013521511 |
| 11205-003 | 7/28/2016 | Gelston, P A | BUSINESS MEALS | 20.00 | MEALS: HOTEL - BREAKFAST BUSINESS PURPOSE: Attend Board Meeting VENUE: Fearings CITIES VISITED: Dallas, Texas ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010013521511 |
| 11205-003 | 7/28/2016 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 58.14 | Inv#:  6736 V# 764529 VIP LaGuardia Airport, Flushing, NY - 8 Spruce Street, NEW YORK, NY GELSTON 3:52  0.00 LaGuardia Airport, Flushing, NY 8 Spruce Street, NEW YORK, NY |
| 11205-003 | 7/28/2016 | Gelston, P A | CONF. CALL/VOICE/DATA | 2.72 | Conference call by Philip Gelston |
| 11205-003 | 7/28/2016 | Gelston, P A | MISCELLANEOUS | 32.42 | INTERNET,  TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/28/2016 | Gelston, P A | TRAVEL | 15.00 | TAXI Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/28/2016 | Gelston, P A | TRAVEL | 25.00 | TAXI Out of Town TRIP PURPOSE: Attend Board Meeting CITIES VISITED: Dallas, Texas RptID: 010013521511 |
| 11205-003 | 7/29/2016 | Ricciardi, Claudia | GROUND TRANSPORTATION | 21.36 | TAXI Local TRIP PURPOSE: Drafting minutes CITIES VISITED: New York RptID: 010013512181 |
| 11205-003 | 7/31/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 22.21 | Public Document Retrieval - Pacer |
| 11205-003 | 8/31/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 57.27 | Public Document Retrieval - Pacer |
| | | | **Total** | **$5,611.52** | |