# EXHIBIT K

**Comparison of Cravath, Swaine & Moore LLP Budgeted and Actual Fees**

**May through August 2016**

2491613.5

|  | Matter | 1<br>Gen | 3<br>Plan | 4<br>Intercompany | 5<br>Tax | 6<br>Sale | 8<br>Empl | 9<br>Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| May | Budget | $12,500.00 | $124,950.00 | | $79,600.00 | | | $5,000.00 | $222,050.00 |
| | Actual | $0.00 | $140,627.00 | | $75,576.00 | | $1,599.00 | $5,375.00 | $223,177.00 |
| | Difference | $12,500.00 | ($15,677.00) | | $4,024.00 | | ($1,599.00) | ($375.00) | ($1,127.00) |
| June | Budget | | $191,500.00 | | $84,700.00 | | $3,690.00 | | $279,890.00 |
| | Actual | | $109,875.50 | | $118,141.00 | | $1,059.00 | $4,250.00 | $233,325.50 |
| | Difference | | $81,624.50 | | ($33,441.00) | | $2,631.00) | ($4,250.00) | $49,195.50 |
| July | Budget | | $187,325.00 | | $84,700.00 | | $3,690.00 | | $275,715.00 |
| | Actual | | $127,104.00 | | $103,561.00 | | $2,132.50 | $5,312.50 | $238,110.00 |
| | Difference | | $60,221.00 | | ($18,861.00) | | $1,557.50 | ($5,312.50) | $37,605.00 |
| August | Budget | | $135,900.00 | | $84,700.00 | | $3,690.00 | | $224,290.00 |
| | Actual | | $109,664.50 | | $1,962.00 | | $3,905.50 | | $115,532.00 |
| | Difference | | $26,235.50 | | $82,738.00 | | ($215.50) | | $108,758.00 |
| Total | Budget | $12,500.00 | $639,675.00 | $0.00 | $333,700.00 | $0.00 | $11,070.00 | $5,000.00 | $1,001,945.00 |
| | Actual | $0.00 | $487,271.00 | $0.00 | $299,240.00 | $0.00 | $8,696.00 | $14,937.50 | $810,144.50 |
| | Difference | $12,500.00 | $152,404.00 | $0.00 | $34,460.00 | $0.00 | $2,374.00 | -$9,937.50 | $194,431.50 |
| | % Budget | 0% | 76% | | 90% | | 79% | 299% | 81% |

2491613.5
10/20/2016 SL1 1436519v1 109285.00005

|  | Matter | 1<br>Gen | 3<br>Plan | 4<br>Intercompany | 5<br>Tax | 6<br>Sale | 8<br>Empl | 9<br>Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | | | |
| May | Budget | 10.0 | 115.0 | | 80.0 | | | 8.0 | **213.0** |
| | Actual | 0.0 | 141.0 | | 69.6 | | 1.3 | 8.6 | **220.5** |
| | Difference | 10.0 | (26.0) | | 10.4 | | (1.3) | (.6) | **(7.5)** |
| | | | | | | | | | |
| June | Budget | | 195.0 | | 80.0 | | 3.0 | | **278.0** |
| | Actual | | 99.5 | | 111.2 | | 1.2 | 6.8 | **218.7** |
| | Difference | | 95.5 | | (31.2) | | 1.8 | (6.8) | **59.3** |
| | | | | | | | | | |
| July | Budget | | 190.0 | | 80.0 | | 3.0 | | **273.0** |
| | Actual | | 104.2 | | 92.6 | | 4.5 | 8.5 | **209.8** |
| | Difference | | 85.8 | | (12.6) | | (1.5) | (8.5) | **63.2** |
| | | | | | | | | | |
| August | Budget | | 135.0 | | 80.0 | | 3.0 | | **218.0** |
| | Actual | | 90.2 | | 2.1 | | 7.3 | | **99.6** |
| | Difference | | 44.8 | | 77.9 | | (4.3) | | **118.4** |
| | | | | | | | | | |
| **Total** | **Budget** | 10 | 635 | 0 | 320 | 0 | 9 | 8 | 982 |
| | **Actual** | 0 | 434.9 | 0 | 275.5 | 0 | 14.3 | 23.9 | 748.6 |
| | **Difference** | 10 | 200.1 | 0 | 44.5 | 0 | -5.3 | -15.9 | 233.4 |
| | **% Budget** | **0%** | **68%** | | **86%** | | **159%** | **299%** | **76%** |

10/20/2016 SL1 1436519v1 109285.00005

2491613.5