**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2016, I caused to be served the "Notice of (I) Hearings on Contested Objections to Pro Se Claims and Related Deadlines and (II) Procedures in Connection Therewith," dated August 19, 2016, a sample of which is annexed here to as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
___ day of August, 2016

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 29, 20__

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF (I) HEARINGS ON CONTESTED OBJECTIONS TO PRO SE CLAIMS AND
RELATED DEADLINES AND (II) PROCEDURES IN CONNECTION THEREWITH**

**TO**:   ALLEN, GAYE                                                            **Claim Number(s)**         **Claim Amount(s)**
         PO BOX 852914                **Claim(s) to be Disallowed:**    3445                        Undetermined*
         MESQUITE, TX  75185
                                      **HEARING DATE:**                 November 8, 2016 at 10:00 a.m. ET
                                                                        (First Pro Se Claims Hearing)

*- Indicates claim contains unliquidated and/or undetermined amounts.

You are receiving this Notice because the Debtors' records reflect that you have filed a claim to which an Objection is currently pending.  Please read this Notice carefully.

On August 15, 2016, the Court entered the *Order (I) Scheduling A Hearing Date and Certain Deadlines and Establishing Certain Procedures in Connection with Adjudicating Contested Objections to Pro Se Claims and (II) Approving Notice Thereof* (the "Order"),[2] establishing certain deadlines and protocols in connection with the adjudication of your claim:

| Deadline | Date |
|---|---|
| Claimant Response Deadline | September 19, 2016 |
| Deadline to Submit Questionnaire | September 19, 2016 |
| Debtors' Reply Deadline | October 21, 2016 |
| First Pro Se Claims Hearing | November 8, 2016 |
| Second Pro Se Claims Hearing | December 13, 2016 |

**RESPONSES TO THE OBJECTION:**

The Debtors understand that you may oppose the relief requested in the Objection.  **If you do oppose the relief requested in the Objection to your claim, you must file a response with the Court by September 19, 2016**.  If you no longer oppose the relief sought in the Objection, there is no need to file a response.  **Responses to the Objection, if any, must be in writing and mailed to the United**

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Order, of copy of which is included with this Notice.

**States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801**.

> **IF NO RESPONSE TO THE OBJECTION IS FILED WITH THE COURT BY THE CLAIMANT RESPONSE DEADLINE, YOUR CLAIM WILL BE DISALLOWED AND REMOVED FROM THE REGISTER WITHOUT FURTHER NOTICE OR HEARING.**

**PARTICIPATION IN THE HEARING:**

If you intend to participate in the hearing concerning your claim, you <u>must</u> fill out and return the Questionnaire included with this Notice by September 19, 2016. You have been assigned to one of two hearing dates. Your hearing date is noted in the chart at the beginning of this Notice. If you wish to be reassigned to the other hearing date, please check the box in question 1 of the Questionnaire. **Completed Questionnaires should be returned, in the postage pre-paid envelope provided, to Kirkland & Ellis LLP, Attn: Rebecca Chaikin, 601 Lexington Avenue, New York, New York, 10022.**

> **IF THE QUESTIONNAIRE IS NOT RECEIVED BY THE DEADLINE, YOU WILL NOT BE ALLOWED TO PARTICIPATE IN THE HEARING ABSENT FURTHER ORDER OF THE COURT.**

The Pro Se Claims Hearing will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

If you wish to participate by <u>telephone</u>, you may do so for a <u>fee</u> by calling CourtCall **at least three days before** the hearing to schedule a **speaking** appearance. CourtCall can be reached at (866) 582-6878 or (310) 743-1886. Remember to keep the instructions provided by CourtCall regarding how to participate in the hearing. It is the participant's responsibility to dial into the hearing at least ten minutes prior to the scheduled hearing by dialing (888) 603-6867; provide to the operator your name and that you are appearing as a "Pro Se Claimant" in front of Judge Sontchi of the Bankruptcy Court for the District of Delaware in the matter of Energy Future Holdings Corp., case number 14-10979.

*The hearing with respect to each claim shall be limited to a maximum of ten (10) minutes.*

If you have questions about this Notice, the Questionnaire, or the Order, please leave a message at (844) 415-6962 (including your phone number and that your call is concerning the "EFH Pro Se Claims Hearing") or send your contact information to efhcorrespondence@kirkland.com (and write "EFH Pro Se Claims Hearing" in the subject line), both free of charge.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Wilmington, Delaware<br>Dated:  August 19, 2016 | */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.** |

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:           collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:           edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:           james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**QUESTIONNAIRE**

**TO**: ALLEN, GAYE
PO BOX 852914
MESQUITE, TX  75185

**Claim(s) to be Disallowed:**

**Claim Number(s)**
3445

**Claim Amount(s)**
Undetermined*

**ASSIGNED HEARING:** <u>November 8, 2016</u> at 10:00 a.m. ET
(First Pro Se Claims Hearing)

ALTERNATIVE HEARING: <u>December 13, 2016</u> at 10:00 a.m. ET
(Second Pro Se Claims Hearing)

*- Indicates claim contains unliquidated and/or undetermined amounts.

> **IF THIS QUESTIONNAIRE IS NOT RECEIVED BY SEPTEMBER 19, 2016, YOU WILL NOT BE ALLOWED TO PARTICIPATE IN THE HEARING CONCERNING YOUR CLAIM ABSENT FURTHER ORDER OF THE COURT.**

If you no longer wish to oppose the Objection to your claim, which will result in your claim being disallowed and expunged from the Claims Register, there is no need to complete this Questionnaire.

1. The hearing on your claim will go forward at the date and time noted above as the "**Assigned Hearing**." Please check the following box if you would prefer to participate in the hearing at the date and time noted as the "Alternative Hearing":

   ☐ I would like to be reassigned to the **Alternative Hearing Date**.

2. I will participate in the hearing:

   ☐ **In person.** The hearing will take place before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

   ☐ **By telephone.** I will follow the instructions on the Notice to set up a telephonic appearance with CourtCall.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT B**

Case 14-10979-CSS   Doc 9896   Filed 10/20/16   Page 9 of 12

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #: 14-10979 (CSS)

NOTICE OF (I) HEARINGS ON CONTESTED OBJECTIONS TO PRO SE CLAIMS AND RELATED DEADLINES AND (II) PROCEDURES IN CONNECTION THEREWITH

Page 1 of 4

Notices mailed by: August 19, 2016

ALLEN, GAYE
PO BOX 852914
MESQUITE, TX  75185

ALLEN, JUDY
3722 W ELM ST
TYLER, TX  75702-6515

BAILEY, NIKITA
4001 CODER ST APT 116
HOUSTON, TX  77021-5730

BEARD, JACK ROGERS, JR
2215 COUNTY ROAD 34
ANGLETON, TX  77515-9528

BELL, MARILYN
16795 COUNTY ROAD 26
TYLER, TX  75707-2847

BETTS, BARBARA
5223 MYSTIC TRL
DALLAS, TX  75241-1128

BRINKLEY, ANNIE
2010 ROYAL CLUB CT
ARLINGTON, TX  76017-4463

CAESAR, RUTH
1412 BLACKLAND DR
TAYLOR, TX  76574-1401

CARTER, SHARRON DENISE
3014 SAPPINGTON PL APT B
FORT WORTH, TX  76116-4167

COPELAND, WENDY
PO BOX 390
TROUP, TX  75789-0390

CORBELL, KARLA
150 MAPLE ST APT 403
COMMERCE, TX  75428-3656

COVENEY, SANDI
PO BOX 2550
LINDALE, TX  75771-8650

COX, DONALD L
8308 TYLER DR
LANTANA, TX  76226-7385

COX, DONALD L
LORI SLOCUM
8912 BRADFORD ST.
DENTON, TX  76207

DE LA CERDA JR., JOE F.
20335 BRIDGEDALE LANE
HUMBLE, TX  77338

DELGADO, MARIA NAVEJAR
2104 SHARPSHIRE LN
ARLINGTON, TX  76014-3524

EDWARDS, DEANNA
PO BOX 580
PRINCETON, LA  71067

EDWARDS, GERALD
PO BOX 430438
HOUSTON, TX  77243

Case 14-10979-CSS    Doc 9896    Filed 10/20/16    Page 10 of 12

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #: 14-10979 (CSS)
NOTICE OF (I) HEARINGS ON CONTESTED OBJECTIONS TO PRO SE CLAIMS AND RELATED DEADLINES AND (II) PROCEDURES IN CONNECTION THEREWITH
Page 2 of 4

Notices mailed by: August 19, 2016

| | | |
|---|---|---|
| ENGLISH, WAYNE<br>4849 BLUECAP COURT<br>MESQUITE, TX  75181 | GARCIA, STELLA<br>6605 RHINE DR UNIT A<br>CORPUS CHRISTI, TX  78412-4840 | GARCIA, STELLA<br>P.O. BOX 5304<br>CORPUS CHRISTI, TX  78465 |
| GRIFFIN, LEO<br>630 VALLEY VIEW DR<br>ALLEN, TX  75002-3216 | GUY, MASON<br>3909 ORCAS ST<br>FORT WORTH, TX  76106-2605 | HAWKINS, MONICA R<br>135 COUNTRY BND<br>DUNCANVILLE, TX  75137-3281 |
| HILDRETH, JOHN<br>C/O ISSUELINK<br>1801 LAVACA ST #12C<br>AUSTIN, TX  78701 | HUGHES, JOAN H<br>1205 N 4TH ST APT 1<br>KILLEEN, TX  76541 | JEFFERSON, MAURICE<br>129 LCR 456<br>MEXIA, TX  76667 |
| JEFFERSON, MAURICE<br>PO BOX 1551<br>MEXIA, TX  76667 | JOHNSON-CAULEY, MELVA D<br>1017 E MORNINGSIDE DR<br>FORT WORTH, TX  76104-6821 | KAHLE, MARCIA<br>112 SYLVAN WAY<br>LANCASTER, KY  40444 |
| KEYES, SUSAN<br>2328 WIMCREST ST 1<br>GALVESTON, TX  77551 | KOVACH, AUSTIN<br>5903 OLD LODGE DR<br>HOUSTON, TX  77066-1517 | LAMMERS, LINDA<br>2959 COUNTRY PLACE CIR<br>CARROLLTON, TX  75006-4782 |
| MARRS, OPAL<br>5701 MOSS CREEK TRL<br>DALLAS, TX  75252-2381 | MATHEU, CHRISTINA<br>213 N HOOD ST<br>ROCKPORT, TX  78382-5317 | MAURILLO, AMELIA<br>2755 N HAMPTON DR<br>GRAND PRAIRIE, TX  75052-4269 |

Case 14-10979-CSS    Doc 9896    Filed 10/20/16    Page 11 of 12

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #: 14-10979 (CSS)

NOTICE OF (I) HEARINGS ON CONTESTED OBJECTIONS TO PRO SE CLAIMS AND RELATED DEADLINES AND (II) PROCEDURES IN CONNECTION THEREWITH

Page 3 of 4

Notices mailed by: August 19, 2016

MCCLAIN, JACKIE
6908 HUNTER COVE DR
ARLINGTON, TX  76001-6642

MITCHELL, STEPHEN
6354 MONTEGO CT
FORT WORTH, TX  76116-1629

MITCHELL, STEPHEN
PO BOX 310
FORT WORTH, TX  76101

MOORE, DEBORAH D
2210 JOHNSON ST
BIG SPRING, TX  79720-5513

MORENO, JESUS
10203 FONVILLE DR
HOUSTON, TX  77075-3305

MYLES, JACQUELYN A
8632 STRATHMORE DR
DALLAS, TX  75238-3852

NEAL, KATHEY
1210 PARKMAN ST
LUFKIN, TX  75901

NEDD-JOHNSON, NANNETTE
400 PARTRIDGE CIR
DESOTO, TX  75115-7145

OLBRISH, KIMBERLY
201 MARGARITA DR
KILLEEN, TX  76542-1856

PHILLIPS, DONNA
5041 KIAMESHA WAY
MESQUITE, TX  75150-1001

PHILLIPS, MARY JAME
1226 SEAMANS WAY
ABILENE, TX  79602-1921

PIPKIN, LORENZO III
4321 AMHERST LN
GRAND PRAIRIE, TX  75052-4007

REDIC, CORA
1854 JOHN WEST RD APT 260
DALLAS, TX  75228-8349

ROBINSON, JOANN M
9744 FOREST LN APT 1622
DALLAS, TX  75243

SMALL, YOLANDA NICOLE
3600 POTEET DR APT 315
MESQUITE, TX  75150-7652

SMITH, CYNTHIA
800 E ASH LN APT 615
EULESS, TX  76039-4714

SOTO, MARIA
5312 EL TORRO ST
DALLAS, TX  75236-1880

STEPHENSON, ALBERT
14409 WOODRUN CT APT 4705
FORT WORTH, TX  76155-4863

Case 14-10979-CSS    Doc 9896    Filed 10/20/16    Page 12 of 12

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #: 14-10979 (CSS)
NOTICE OF (I) HEARINGS ON CONTESTED OBJECTIONS TO PRO SE CLAIMS AND RELATED DEADLINES AND (II) PROCEDURES IN CONNECTION THEREWITH
Page 4 of 4

Notices mailed by: August 19, 2016

| | | |
|---|---|---|
| VAUGHN, TERETTA<br>8601 ESQUIRE TRL APT 4204<br>FORT WORTH, TX  76244-1649 | VILLARREAL, TIMMY<br>8107 DUNE BROOK DR<br>HOUSTON, TX  77089-2480 | WALKER, ROBERT<br>1922 S 9TH ST<br>TEMPLE, TX  76504-7340 |
| WASHINGTON, ROSE B S<br>500 VIRGINIA DR<br>ROUND ROCK, TX  78664-3049 | WATSON, EVELYN<br>10447 COUNTY ROAD 383<br>TYLER, TX  75708-3125 | WILLIAMS, MELVIN<br>14500 DALLAS PKWY  APT 1200<br>DALLAS, TX  75254-8340 |
| WOODS, SHANTA<br>3323 DENNIS ST APT A<br>HOUSTON, TX  77004-3323 | | |

Total Parties: 61