ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-THIRD OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO ORDER – Wrong Debtor Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR LEICA GEOSYSTEMS ET AL 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 2221 | Energy Future Holdings Corp. | 503(b)(9) | $3,994.51 | Luminant Mining Company LLC | 503(b)(9) | $3,994.51 |
| | REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. | | | | | | | |
| | | | | TOTAL | $3,994.51 | | TOTAL | $3,994.51 |