## ENERGY FUTURE HOLDINGS CORP., et al.

### TWENTY-THIRD OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO ORDER – Wrong Debtor and Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | REDDY ICE CORPORATION 5720 LYNDON B JOHNSON FWY STE 200 DALLAS, TX 75240-6396 TRANSFERRED TO: LIQUIDITY SOLUTIONS, INC. TRANSFEROR: REDDY ICE CORPORATION ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 3250 | Energy Future Holdings Corp. | 503(b)(9) | $2,308.00 | Luminant Generation Company LLC | 503(b)(9) | $1,084.46 |
| | | | Energy Future Holdings Corp. | Unsecured | $632.08 | Luminant Mining Company LLC | 503(b)(9) | $175.50 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $1,281.09 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $151.00 |
| | | | | Subtotal | $2,940.08 | | Subtotal | $2,692.05 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects (1) adjustment to amount asserted under 503(b)(9) priority status for credits owed to the Debtor in the amount of $1,746.04, which claimant incorrectly applied to the amount asserted as unsecured, according to the Debtors' books and records; (2) adjustment on account of invoice no. 10346507, for which the Debtors are not liable, according to their books and records (liability, if any, is owed by a non-Debtor third-party); and (3) adjustment for sales tax asserted (Debtor pays sales tax through a Texas Direct Pay Exemption Certificate).

| | | | | TOTAL | $2,940.08 | | TOTAL | $2,692.05 |