ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO ORDER – Wrong Debtor Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AIRGAS USA, LLC<br>ATTN: TIFFANY JEANS<br>110 W. 7TH STREET, SUITE 1300<br>TULSA, OK 74119 | 3314 | EFH Corporate Services Company | Unsecured | $24,398.98 | Luminant Generation Company LLC | Unsecured | $9,058.55 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $14,655.84 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $684.59 |
| | | | | | | | Subtotal | $24,398.98 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records.

| | | | TOTAL | $24,398.98 | | TOTAL | $24,398.98 |
|---|---|---|---|---|---|---|---|