ENERGY FUTURE HOLDINGS CORP., et al.

TWENTY-EIGHTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO ORDER – Wrong Debtor and Modify Amount Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | VERIZON WIRELESS 500 TECHNOLOGY DRIVE SUITE 550 WELDON SPRING, MO 63304 | 6264 | Multiple Debtors Asserted | Unsecured | $117,702.82 | EFH Corporate Services Company | Unsecured | $82,346.20 |
| | | | | | | Generation Development Company LLC | Unsecured | $177.74 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $11,638.67 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $19,770.09 |
| | | | | | | Sandow Power Company LLC | Unsecured | $244.90 |
| | | | | | | | Subtotal | $114,177.60 |

REASON FOR MODIFICATION: Modified Debtor reflects the Debtor(s) against which the claim is properly asserted according to the Debtors' books and records. Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.

| | | | TOTAL | $117,702.82 | | TOTAL | $114,177.60 |