IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 9719** |

### AFFIDAVIT OF SERVICE
### OF MICHELLE D. RUST, PARALEGAL

STATE OF DELAWARE    :
                     :
NEW CASTLE COUNTY    :

I, Michelle D. Rust, being duly sworn, depose and say:

1. I am employed by Hogan♦McDaniel, counsel to Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, to David William Fahy, and to John H. Jones in the above-captioned case, and I am not less than 18 years of age; and

2. On September 30, 2016, I caused a true and correct copy of the *Notice of Appeal* [D.I. 9719], to be served via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* (D.I. 9381)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com., and via the Court's CM/ECF electronic mail system on those parties requesting same.

Dated: October 20, 2016
      Wilmington, Delaware

*/s/ Michelle D. Rust*
Michelle D. Rust, Paralegal
Hogan♦McDaniel
1311 Delaware Avenue
Wilmington, Delaware 19801
Telephone: 302-656-7540

**SWORN AND SUBSCRIBED** before me this 20th day of October, 2016.

_____
Notary Public

[Notary Seal: KAREN E. HARVEY, MY COMMISSION EXPIRES Jan. 14, 2019, NOTARY PUBLIC, STATE OF DELAWARE]