IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Objections Due: November 10, 2016 at 4:00 p.m. (ET)** |

## NOTICE OF SIXTH INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE THAT** Stevens & Lee, P.C. ("S&L") has today filed the attached *Sixth Interim Fee Application of Stevens & Lee, P.C. Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period May 1, 2016 through August 31, 2016* (the "Interim Fee Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), requesting that the Court enter an order (a) awarding S&L interim compensation for professional and paraprofessional services provided during the Fee Period in the amount of $37,005.00, and reimbursement of actual, reasonable and necessary expenses incurred in the Fee Period in the amount of $253.90; (b) authorizing and directing EFIH to remit payment to S&L for such fees and expenses; (c) authorizing and directing the payment of any amounts previously approved by the Court as to which payment has been withheld; and (d) granting such other relief as is appropriate under the circumstances.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to the Interim Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[D.I. 2066] (the "Administrative Order") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by the undersigned and by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) proposed co- counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter, and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines; and (viii) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern Time) on November 10, 2016** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Interim Fee Application will be held on a date and time to be determined before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801. Only those objections made in writing and timely filed and received in accordance with the Administrative Order will be considered by the Bankruptcy Court at such hearing.

Dated: October 20, 2016

**STEVENS & LEE, P.C.**

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Tel: (302) 425-3310
Fax: (610) 371-7972
Email: jhh@stevenslee.com

Richard Levin, Esquire
**JENNER & BLOCK**
919 Third Avenue
New York, NY 10022-3908
Tel:    (212) 891-1601
Fax:    (212) 891-1699
Email: rlevin@jenner.com

Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
**CRAVATH SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:    (212) 474-1760
Fax:    (212) 474-3700
Email: mpaskin@cravath.com
        tbroad@cravath.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*