**EXHIBIT E**

**Summary of Stevens & Lee, P.C. Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Practice Concentration | 2016 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $715.00 | 31.90 | $22,808.50 |
| John D. Demmy | Shareholder | 1986 (PA) 1990 (DE) 2015 (NY) | Bankruptcy and Financial Restructuring | $650.00 | .60 | $390.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy and Financial Restructuring | $355.00 | 35.30 | $12,531.50 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $170.00 | 7.50 | $1,275.00 |
| | | | | **TOTAL** | **75.30** | **$37,005.00** |
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $680.00 | 31.90 | $21,692.00 |
| John D. Demmy | Shareholder | 1986 (PA) 1990 (DE) 2015 (NY) | Bankruptcy and Financial Restructuring | $595.00 | .60 | $357.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy and Financial Restructuring | $310.00 | 35.30 | $10,943.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $160.00 | 7.50 | $1,200.00 |
| | | | | **TOTAL** | **75.30** | **$34,192.00** |

---

[1] For the Fee Period, S&L's current hourly billing rate for each attorney and paraprofessional equals the respective 2016 hourly billing rates which reflect normal increases since 2014 as disclosed in S&L's employment application. There was a rate increase as of January 1, 2016, one of two rate increases since the inception of the retention.