## **EXHIBIT F**

### **Summary of Stevens & Lee, P.C. Expenses**

| Service Description | Amount |
|---|---:|
| Computer Research | $ 81.70 |
| CourtCall Appearance Fees | $ 86.00 |
| Document Reproduction | $ 88.20 |
| **TOTAL** | **$ 255.90** |