# EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| **(1) Professional Retentions** | 0.50 | $ 357.50 |
| **(2) Case Administration-General Matters** | 0.20 | $ 71.00 |
| **(3) Chapter 11 Issues** | 0.00 | $ 0.00 |
| **(4) Communications with Professionals** | 0.00 | $ 0.00 |
| **(5) Fee Applications – Others** | 29.40 | $ 11,178.50 |
| **(6) Fee Applications – S&L** | 21.10 | $ 8,166.50 |
| **(7) Hearings** | 7.70 | $ 5,505.50 |
| **(8) Legal & Factual Research** | 0.00 | $ 0.00 |
| **(9) Meetings** | 0.00 | $ 0.00 |
| **(10) Plans of Reorganization and Disclosure Statements** | 16.40 | $ 11,726.00 |
| **(11) Pleadings, Motions & Briefs** | 0.00 | $ 0.50 |
| **TOTAL** | **75.30** | **$ 37,005.00** |