# EXHIBIT H

**Detailed Time Records for Stevens & Lee, P.C.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00001** | | | **ENERGY FUTURE/PROFESSIONAL RETENTIONS** |
| **JHH** | | | **Huston, Joseph** |
| 5/9/16 | 0.30 | $214.50 | REVIEW R LEVIN 5TH SUPP DECLARATION RE INTERESTED PARTIES AND EMAIL SAME |
| 5/10/16 | 0.20 | $143.00 | EMAILS R LEVIN RE JENNER 5TH SUPPLEMENTAL DISCLOSURE |
| **JHH Total:** | **0.50** | **$357.50** | |
| **109285-00001 Total:** | **0.50** | **$357.50** | |
| **109285-00002** | | | **ENERGY FUTURE/CASE ADMINISTRATION-GENER** |
| **CCB** | | | **Bent, Camille C** |
| 7/13/16 | 0.20 | $71.00 | EMAILS WITH N. HWANGPO AND JHH RE ESTIMATES FOR AMTS DUE AND PAYABLE BY PROJECTED E-SIDE EMERGENCE DATE. |
| **CCB Total:** | **0.20** | **$71.00** | |
| **109285-00002 Total:** | **0.20** | **$71.00** | |
| **109285-00005** | | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** |
| **CCB** | | | **Bent, Camille C** |
| 5/2/16 | 0.50 | $177.50 | DRAFTED CERT OF NO OBJECTION RE GOLDIN'S MARCH FEE STATEMENT. COORDINATED SERVICE/FILING OF SAME. |
| 5/11/16 | 0.20 | $71.00 | EMAILS WITH JHH RE JENNER'S CNO RE MARCH FEE STATEMENT. |
| 5/11/16 | 0.40 | $142.00 | DRAFTED CNO RE JENNER'S MARCH FEE APP. |
| 5/12/16 | 0.20 | $71.00 | EMAILS WITH D. PRAGER RE CNO RE MARCH FEES. |
| 5/17/16 | 0.40 | $142.00 | EMAILS WITH D. PRAGER RE FILING OF CNO. COORDINATED FILING OF CNO. |
| 5/18/16 | 0.20 | $71.00 | EMAILED JENNER CNO TO SLFO FOR SERVICE/FILING. |
| 5/20/16 | 0.30 | $106.50 | EMAILS WITH R. GONZALEZ RE CRAVATH MONTHLY FEE STATEMENTS. |
| 5/23/16 | 0.50 | $177.50 | EDITS TO JENNER'S FEE APPLICATION; COORDINATED FILING AND SERVICE OF SAME. |
| 5/23/16 | 0.50 | $177.50 | DRAFTED NOTICE RE GOLDIN'S MONTHLY FEE STATEMENT; COORDINATED SERVICE AND FILING OF SAME. |
| 5/24/16 | 0.20 | $71.00 | EMAILS WITH D. PRAGER RE GOLDIN FEE APP. |
| 6/2/16 | 0.20 | $71.00 | EMAILS WITH D. PRAGER RE UPCOMING CNO TO BE FILED. |
| 6/3/16 | 0.60 | $213.00 | EMAILS WITH R. GONZALES RE FEE STATEMENTS TO BE FILED; DRAFTED AND COORDINATED SERVICE AND FILING OF CNO. |
| 6/7/16 | 0.60 | $213.00 | EDITS TO CRAVATH'S FIFTEENTH MONTHLY STATEMENT; EMAILS WITH JHH AND SLFO COORDINATING FILING AND SERVICE OF SAME. |
| 6/7/16 | 0.20 | $71.00 | EMAILS WITH R. GONZALES RE MISSING EXHIBIT FOR CRAVATH'S FIFTEENTH FEE STATEMENT. |
| 6/9/16 | 0.20 | $71.00 | EMAILS WITH R. GONZALEZ RE CRAVATH'S MARCH FEE STATEMENT. |
| 6/13/16 | 0.40 | $142.00 | REVIEW OF CRAVATH'S MARCH FEE STATEMENT; SMALL EDITS; EMAILS WITH SLFO AND COORDINATED FILING AND SERVICE OF SAME. |
| 6/13/16 | 0.50 | $177.50 | EMAILS WITH R. GONZALEZ RE CRAVATH'S APRIL FEE STATEMENT. EDITS TO DOCUMENT AND EMAILS WITH SLFO COORDINATING FILING AND SERVICE OF SAME. |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/14/16 | 0.20 | $71.00 | EMAILS WITH JHH RE JENNER'S INTERIM FEE APPLICATION & BUDGETS. |
| 6/14/16 | 0.50 | $177.50 | EDITS TO JENNER FEE APPLICATION; COORDINATED FILING AND SERVICE OF SAME. |
| 6/14/16 | 0.20 | $71.00 | EMAILS RE JENNER'S CNO RE APRIL FEE STATEMENT. |
| 6/15/16 | 0.60 | $213.00 | FILED JENNER INTERIM FEE APPLICATION. |
| 6/16/16 | 0.20 | $71.00 | EMAILS WITH SLFO RE FILING CRAVATH'S MONTHLY FEE STATEMENT AND OTHER DOCUMENTS. |
| 6/16/16 | 0.40 | $142.00 | EMAILS WITH D. PRAGER RE: GOLDIN'S INTERIM FEE APPLICATION. EDITS TO FEE APP; DRAFTED NOTICE OF APPLICATION. |
| 6/17/16 | 0.40 | $142.00 | COORDINATED FILING AND SERVICE OF GOLDIN'S INTERIM FEE APPLICATION. |
| 6/17/16 | 0.50 | $177.50 | DRAFTED CNO RE GOLDIN'S APRIL FEE STATEMENT; COORDINATED FILING AND SERVICE OF SAME. |
| 6/17/16 | 0.20 | $71.00 | EMAILS WITH SLFO AND S. GARABATO RE SERVICE OF GOLDIN'S INTERIM FEE APPLICATION. |
| 6/20/16 | 0.50 | $177.50 | EMAILS RE CRAVATH'S INTERIM FEE APPLICATION; EDITS TO FEE APPLICATION AND PREPARED FOR FILING. |
| 6/20/16 | 0.50 | $177.50 | EMAILS WITH JENNER RE MAY'S MONTHLY FEE STATEMENT; EDITS TO FEE STATEMENT AND PREPPED FOR FILING. |
| 6/24/16 | 0.10 | $35.50 | EMAILS WITH D. PRAGER RE GOLDIN'S MAY FEE STATEMENT. |
| 6/27/16 | 0.50 | $177.50 | EDITS TO GOLDIN'S FEE STATEMENT; EMAILS WITH SLFO RE SAME; COORDINATED FILING AND SERVICE OF FEE STATEMENT. |
| 7/6/16 | 0.20 | $71.00 | EMAILS WITH GOLDIN RE FILING OF CERTIFICATE OF NO OBJECTION. |
| 7/7/16 | 0.20 | $71.00 | EMAILS RE JENNER CNO RE MAY FEE STATEMENT. |
| 7/12/16 | 0.20 | $71.00 | EMAILS WITH R. GONZALEZ RE CRAVATH CNOS TO BE FILED. |
| 7/12/16 | 0.50 | $177.50 | DRAFTED CNO RE CRAVATH'S FEB. FEE STATEMENT; COORDINATED SERVICE AND FILING OF SAME. |
| 7/12/16 | 0.50 | $177.50 | DRAFTED CNO RE CRAVATH'S MAR. FEE STATEMENT; COORDINATED SERVICE AND FILING OF SAME. |
| 7/12/16 | 0.50 | $177.50 | DRAFTED CNO RE CRAVATH'S APR. FEE STATEMENT; COORDINATED SERVICE AND FILING OF SAME. |
| 7/18/16 | 0.50 | $177.50 | DRAFTED CNO RE JENNER'S MAY FEE STATEMENT; COORDINATED SERVICE AND FILING OF SAME. |
| 7/21/16 | 0.40 | $142.00 | EMAILS WITH D. PRAGER RE GOLDIN FEE APPLICATION; INITIAL REVIEW OF FEE APP. |
| 7/22/16 | 1.10 | $390.50 | EMAILS WITH JHH RE GOLDIN FEE APP (.2); EDITS TO FEE APP (.4); COORDINATED FILING AND SERVICE OF SAME (.5). |
| 7/22/16 | 0.50 | $177.50 | DRAFTED CNO RE GOLDIN'S MAY FEE STATEMENT; COORDINATED FILING OF SAME. |
| 7/22/16 | 0.20 | $71.00 | EMAILS WITH JHH RE GOLDIN'S FEE APP. |
| 7/25/16 | 0.50 | $177.50 | EMAILS WITH J. MITCHELL RE JENNER'S MONTHLY FEE STATEMENT; REVIEW AND EDITS TO FEE STATEMENT. |
| 7/25/16 | 0.50 | $177.50 | FILED AND SERVED JENNER'S MONTHLY FEE APPLICATION. |
| 7/25/16 | 0.20 | $71.00 | EMAILS WITH JHH AND J. MITCHELL RE JENNER'S MONTHLY FEE APP. |
| 7/26/16 | 0.30 | $106.50 | EMAILS WITH R. GONZALEZ RE ORDER FOR CRAVATH'S AMENDED THIRD INTERIM FEE APPLICATION. |
| 8/2/16 | 0.20 | $71.00 | EMAILS WITH D. PRAGER RE CNO FOR JUNE 2016 FEE STATEMENT. |
| 8/3/16 | 0.50 | $177.50 | REVIEW AND EDITS TO MAY 2016 FEE STATEMENT; COORDINATED SERVICE AND FILING OF SAME. |
| 8/8/16 | 0.20 | $71.00 | EMAILS WITH JHH RE JENNER CNO. |
| 8/9/16 | 0.20 | $71.00 | PHONE CALL WITH SLFO RE JENNER CNO. |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **CCB Total:** | **18.30** | **$6,496.50** | |

**JDD    Demmy, John D.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/23/16 | 0.20 | $130.00 | REVIEW/ANALYZE JENNER 14TH MONTHLY FEE STATEMENT AND EMAILS TO S FOSTER APPROVING PLEADING FOR FILING AND SERVICE |
| 8/24/16 | 0.20 | $130.00 | REVIEW/ANALYZE GOLDIN 20TH MONTHLY FEE STATEMENT AND APPROVED FOR FILING AND SERVICE |
| 8/29/16 | 0.20 | $130.00 | REVIEW/ANALYZE CNO RE GOLDIN 19TH MONTHLY FEE STATEMENT AND MADE SUGGESTED REVISIONS THERETO. COMMUNICATIONS WITH S FOSTER RE SAME. |
| **JDD Total:** | **0.60** | **$390.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/13/16 | 0.60 | $429.00 | REVIEW, EFILE AND SERVE JENNER 5TH SUPPLEMENTAL DISCLOSURE AND EMAILS R LEVIN SAME |
| 5/25/16 | 0.40 | $286.00 | REVIEW AND FILING AND SERVICE OF JENNER AND GOLDIN MONTHLY APPS |
| 6/7/16 | 0.40 | $286.00 | REVIEW CRAVATH 15TH MONTHLY AND REVISE NOTICE OF SAME (.3) - EMAILS CCB RE TIMELINESS(.1_) |
| 6/13/16 | 0.30 | $214.50 | REVIEW CRAVATH 16TH AND REVISE NOTICE OF SAME |
| 6/14/16 | 0.30 | $214.50 | REVIEW CRAVATH 17TH FEE APP - EMAILS CCB SAME |
| 6/15/16 | 0.40 | $286.00 | EMAILS CCB RE: AND REVIEW JENNER INTERIM APP |
| 6/17/16 | 0.30 | $214.50 | REVIEW GOLDIN INTERIM APP AND CHECK RULE RE DECLARATION |
| 6/20/16 | 0.40 | $286.00 | REVIEW CRAVATH INTERIM AND DISCS CCB SAME |
| 6/27/16 | 0.40 | $286.00 | REVIEW GOLDIN 18TH MONTHLY AND NOTICE - CHECK RULES ON DECLARATION |
| 7/22/16 | 0.40 | $286.00 | REVIEW GOLDIN APP AND EMAILS CCB RE DECLARATION REQUIREMENT |
| 7/25/16 | 0.40 | $286.00 | REVIEW JENNER APP AND ISSUES RE FEE APP NUMBERS |
| 8/3/16 | 0.30 | $214.50 | REVIEW AND CHECK CRAVATH 18TH MONTHLY AND EMAILS CCB AND CRAVATH RE FEE CALCULATION |
| **JHH Total:** | **4.60** | **$3,289.00** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/2/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE FIFTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 5/2/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE FOURTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2016 THROUGH JANUARY 31, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 5/3/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 8255 AND 8256 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/13/16 | 0.20 | $34.00 | EFILE FIFTH SUPPLEMENTAL DECLARATION OF RICHARD LEVIN IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF JENNER & BLOCK LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(A) AND 1107(B) OF THE BANKRUPTCY CODE, EFFECTIVE NUNC PRO TUNC TO MAY 18, 2015 - SEND TO EPIQ FOR SERVICE |
| 5/17/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE SIXTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2016 THROUGH MARCH 31, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 5/17/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 8437 |
| 5/18/16 | 0.10 | $17.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2016 THROUGH MARCH 31, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 5/25/16 | 0.20 | $34.00 | EFILE SEVENTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2016 THROUGH APRIL 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 5/25/16 | 0.20 | $34.00 | EFILE ELEVENTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2016 THROUGH APRIL 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 6/3/16 | 0.10 | $17.00 | CHECK DOCKET; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE "FOURTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2016 THROUGH JANUARY 31, 2016" (NO ORDER REQUIRED) |
| 6/8/16 | 0.20 | $34.00 | EFILE FIFTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 6/13/16 | 0.20 | $34.00 | EFILE SIXTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2016 THROUGH MARCH 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 6/16/16 | 0.20 | $34.00 | EFILE SEVENTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2016 THROUGH APRIL 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 6/17/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE ELEVENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2016 THROUGH APRIL 30, 2016 (NO ORDER REQUIRED) |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/17/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2016 THROUGH APRIL 30, 2016 (NO ORDER REQUIRED) |
| 6/17/16 | 0.20 | $34.00 | EFILE FIFTH INTERIM FEE APPLICATION OF GOLDIN ASSOCIATES LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2016 THROUGH APRIL 30, 2016  - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 6/20/16 | 0.20 | $34.00 | EFILE FIFTH INTERIM FEE APPLICATION OF CRAVATH, SWAINE & MOORE LLP INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD JANUARY 1, 2016 THROUGH APRIL 30, 2016  - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 6/21/16 | 0.20 | $34.00 | EFILE TWELFTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2016 THROUGH MAY 31, 2016  - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 6/27/16 | 0.20 | $34.00 | EFILE EIGHTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2016 THROUGH MAY 31, 2016  - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 7/6/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8695 |
| 7/6/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8783 |
| 7/6/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8780 |
| 7/6/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8681 |
| 7/13/16 | 0.10 | $17.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE "FIFTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016" (NO ORDER REQUIRED) |
| 7/13/16 | 0.10 | $17.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE "SIXTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2016 THROUGH MARCH 31, 2016" (NO ORDER REQUIRED) |
| 7/13/16 | 0.10 | $17.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE "SEVENTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2016 THROUGH APRIL 30, 2016" (NO ORDER REQUIRED) |
| 7/18/16 | 0.10 | $17.00 | CHECK DOCKET; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWELFTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2016 THROUGH MAY 31, 2016 (NO ORDER REQUIRED) |
| 7/22/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8771 |
| 7/22/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8826 |
| 7/22/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8735, 8740, 8741 & 8744 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/25/16 | 0.10 | $17.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2016 THROUGH MAY 31, 2016 (NO ORDER REQUIRED) |
| 8/2/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 8988 |
| 8/2/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 8990 AND 8993 |
| 8/3/16 | 0.20 | $34.00 | EFILE EIGHTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2016 THROUGH MAY 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 8/24/16 | 0.20 | $34.00 | EFILE FOURTEENTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2016 THROUGH JULY 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 8/24/16 | 0.10 | $17.00 | DRAFT NOTICE RE TWENTIETH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC |
| 8/24/16 | 0.20 | $34.00 | EFILE TWENTIETH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2016 THROUGH JULY 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 8/29/16 | 0.20 | $34.00 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING THE NINETEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2016 THROUGH JUNE 30, 2016 |
| 8/29/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE NINETEENTH MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2016 THROUGH JUNE 30, 2016 |
| *SLFO Total:* | *5.90* | *$1,003.00* | |
| **109285-00005 Total:** | **29.40** | **$11,178.50** | |

**109285-00006    ENERGY FUTURE/FEE APPLICATIONS-S&L**

*CCB    Bent, Camille C*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/11/16 | 0.40 | $142.00 | DRAFTED CNO RE S&L'S MARCH FEE APP. |
| 5/18/16 | 0.60 | $213.00 | COORDINATED FILING OF S&L'S 16TH CNO (.2); DRAFTED 17TH CNO (.4). |
| 5/20/16 | 0.50 | $177.50 | DRAFTED CNO RE MARCH FEE STATEMENT; COORDINATED FILING OF SAME. |
| 5/20/16 | 0.60 | $213.00 | EMAILS WITH K. RICKETTS RE MONTHLY FEE STATEMENT; BEGAN DRAFTING SAME. |
| 5/23/16 | 1.30 | $461.50 | DRAFTED S&L'S 17TH FEE STATEMENT. |
| 5/25/16 | 0.30 | $106.50 | COORDINATED SERVICE AND FILING OF FEE STATEMENT; EMAILS WITH A. MCMULLAN RE RECENTLY FILED S&L MONTHLY FEE STATEMENT. |
| 5/25/16 | 0.40 | $142.00 | EDITS TO S&L MONTHLY FEE APPLICATION; EMAILS WITH JHH RE SAME. |
| 6/14/16 | 0.30 | $106.50 | EMAILS WITH K. RICKETTS RE S&L'S INTERIM FEE APPLICATION. |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/15/16 | 3.10 | $1,100.50 | PREPARED INTERIM FEE APP FOR S&L (JAN. - APR. 2016) (2.9); MULTIPLE EMAILS WITH JHH RE SAME (.2). |
| 6/16/16 | 0.20 | $71.00 | EMAILS WITH SLFO RE REVISED S&L INTERIM FEE APP. |
| 6/16/16 | 0.20 | $71.00 | EMAILS WITH JHH & SLFO RE EDITS TO FILED INTERIM FEE APPLICATION. |
| 6/20/16 | 0.20 | $71.00 | EMAILS WITH SLFO RE S&L'S INTERIM FEE APPLICATION. |
| 6/20/16 | 0.70 | $248.50 | EMAILS WITH K. RICKETTS RE S&L'S MAY FEE STATEMENT; BEGAN DRAFTING FEE STATEMENT. |
| 6/21/16 | 0.50 | $177.50 | DRAFTED CNO RE S&L'S APRIL MONTHLY FEE STATEMENT; COORDINATED FILING AND SERVICE OF SAME. |
| 6/21/16 | 1.70 | $603.50 | COMPLETED DRAFT OF MONTHLY FEE STATEMENT. EMAILS WITH JHH, JFE RE SAME. |
| 6/21/16 | 0.40 | $142.00 | COORDINATED FILING AND SERVICE OF S&L MONTHLY FEE STATEMENT. |
| 6/21/16 | 0.70 | $248.50 | EDITS TO JENNER'S MONTHLY FEE STATEMENT; COORDINATED FILING AND SERVICE OF SAME. |
| 6/21/16 | 0.40 | $142.00 | EDITS TO S&L'S MONTHLY FEE STATEMENT; EMAILS WITH JHH RE SAME. |
| 6/23/16 | 0.20 | $71.00 | EMAILS WITH JHH RE FILING OF FEE APPLICATIONS. |
| 6/23/16 | 0.30 | $106.50 | EMAILS WITH SLFO & K. RICKETTS RE S&L FEE STATEMENT. |
| 6/27/16 | 0.20 | $71.00 | EMAILS WITH SLFO RE S&L'S MAY FEE STATEMENT. |
| 7/18/16 | 0.70 | $248.50 | EMAILS WITH K. RICKETTS RE S&L MONTHLY FEE STATEMENT (JUNE); BEGAN DRAFTING FEE STATEMENT. |
| 7/25/16 | 1.70 | $603.50 | EDITS TO S&L MONTHLY FEE STATEMENT (1.0); EMAILS WITH JHH RE SAME (.3). EMAILS WITH K. RICKETTS RE CHANGES TO FEE STATEMENT & MADE CHANGES TO FEE STATEMENT (.4). |
| 7/25/16 | 0.80 | $284.00 | DRAFTED CNO RE S&L'S MAY FEE STATEMENT (.3); EMAILS WITH JHH AND JFE RE SAME (.3); COORDINATED FILING OF CNO (.2). |
| 8/1/16 | 0.30 | $106.50 | EMAILS WITH K. RICKETTS AND SLFO RE JUNE 2016 FEE STATEMENT. |
| 8/2/16 | 0.10 | $35.50 | EMAILS WITH SLFO RE JUNE S&L FEE STATEMENT. |
| **CCB Total:** | **16.80** | **$5,964.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/14/16 | 0.20 | $143.00 | EMAILS CCB RE S&L INTERIM APP |
| 6/16/16 | 0.70 | $500.50 | REVIEW AND REVISE 5TH INTERIM TO UPDATE RECITATIONS AND RATE INCREASES ETC. (.5) - EMAILS CCB SAME (.2) |
| 6/17/16 | 0.50 | $357.50 | REVIEW AND REVISE 5TH INTERIM |
| 6/23/16 | 0.50 | $357.50 | REVIEW AND REVISE 18TH MONTHLY AND EMAILS CCB SAME |
| 7/13/16 | 0.20 | $143.00 | EMAILS DEBTORS' COUNSEL RE BUDGETING FOR FY 2016, EMAILS CCB SAID |
| 7/25/16 | 0.30 | $214.50 | REVISE 20TH MONTHLY AND EMAILS CCB SAME |
| 7/25/16 | 0.30 | $214.50 | REVIEW 19TH MONTHLY AND EMAILS CCB RE SAME |
| **JHH Total:** | **2.70** | **$1,930.50** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/3/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 8287 |
| 5/18/16 | 0.10 | $17.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE FIFTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2016 THROUGH FEBRUARY 29, 2016 (NO ORDER REQUIRED) |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/20/16 | 0.10 | $17.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE SIXTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2016 TO MARCH 31, 2016 (NO ORDER REQUIRED) |
| 5/25/16 | 0.30 | $51.00 | EFILE SEVENTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2016 THROUGH APRIL 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - UPLOAD FILES TO BOX |
| 6/16/16 | 0.30 | $51.00 | EFILE FIFTH INTERIM FEE APPLICATION OF STEVENS & LEE, P.C. SPECIAL COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD JANUARY 1, 2016 THROUGH APRIL 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - UPLOAD FILES TO BOX |
| 6/21/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2016 TO APRIL 30, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 6/23/16 | 0.30 | $51.00 | EFILE EIGHTEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2016 THROUGH MAY 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - UPLOAD FILES TO BOX |
| 7/6/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8542, 8543 & 8546 |
| 7/22/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE DI 8804 |
| **SLFO Total:** | **1.60** | **$272.00** | |

| **109285-00006 Total:** | **21.10** | **$8,166.50** | |

| **109285-00007** | **ENERGY FUTURE/HEARINGS** | | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/23/16 | 2.40 | $1,716.00 | PREP FOR AND ATTEND HEARING ON SCHEDULING OF DS AND CONFIRMATION HEARINGS BOTH CASES (2.1) - EMAIL REPORT RE SAME (.3) |
| 6/16/16 | 3.10 | $2,216.50 | PREP FOR AND ATTEND DISCL STMT HEARING |
| 8/16/16 | 2.20 | $1,573.00 | PREP FOR AND ATTEND HEARING ON E-SIDE SCHEDULING (1.6) - REPORT TO TEAM SAME (.3) - EMAILS DEBTORS' COUNSEL RE BLACKLINED SCHEDULING ORDER AND CIRCULATE (.3) |
| **JHH Total:** | **7.70** | **$5,505.50** | |

| **109285-00007 Total:** | **7.70** | **$5,505.50** | |

| **109285-00010** | **ENERGY FUTURE/PLANS OF REORGANIZATION A** | | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/1/16 | 0.60 | $429.00 | READ SUMMARY OF NEW PLAN AND DS AND DOWNLOAD PORTIONS |
| 5/3/16 | 1.80 | $1,287.00 | READ EXEC SUMMARY OF DISCL STMT AND SCHEDULING MOTIONS |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/18/16 | 0.50 | $357.50 | EMAILS AND TCS WITH JENNER AND CRAVATH RE SET UP DIAL IN FOR COURT CONFERENCE |
| 5/19/16 | 0.40 | $286.00 | FOLLOW DOCKET AND DOWNLOAD OBJECTIONS TO SCHEDULING MOTION - EMAILS JENNER RE ATTENDANCE |
| 5/20/16 | 0.40 | $286.00 | DISCUSSION R LEVIN RE STATUS OF PLAN NEGOTIATIONS AND ISSUES FOR SCHEDULING HEARING |
| 5/22/16 | 1.60 | $1,144.00 | READ RELEVANT PLEADINGS TO PREP FOR HEARING |
| 6/15/16 | 2.30 | $1,644.50 | PREP FOR DISCL STMT HEARING (.5) AND READ MULTIPLE REDLINES OF RELEVANT DOCUMENTS AND TAX MATTERS PROTOCOL (1.6) - EMAILS CO COUNSEL SAME (.2) |
| 6/30/16 | 0.50 | $357.50 | EMAILS WITH JDD RE T-SIDE DEBTORS AND HEARING COVERAGE DATES - REVIEW BLACKLINED PLAN AND SCHEDULING ORDER SAME |
| 7/11/16 | 0.60 | $429.00 | READ AND DOCKET ORDER SUSPENDING E-SIDE PROCESS (.3) - EMAILS R LEVIN RE SAME AND COVERAGE OF T-SIDE (.3) |
| 7/12/16 | 0.50 | $357.50 | READ RECENT FILINGS ON CONFIRMATION (.3)- READ MOTION TO COMPEL MEDIATION AND TO SHORTEN NOTICE (.2) |
| 7/13/16 | 0.60 | $429.00 | FOLLOW DOCKET RE PRETRIAL MATTERS AND CONFERENCE HEARING, CHECK AND UPDATE DATES FOR CONFIRMATION (T-SIDE) |
| 7/19/16 | 0.80 | $572.00 | READ AMENDED AGENDA OF HEARING AND RESPONSES TO MOTION TO COMPEL MEDIATIONS (.6) - EMAILS R LEVIN RE ATTENDANCE AT T-SIDE CONFIRMATION PROCEEDINGS (.2) |
| 7/20/16 | 2.70 | $1,930.50 | PREP FOR AND ATTEND T-SIDE PRE-TRIAL CONF AND HRG ON MOTION TO COMPEL MEDIATION (2.2) - TC R LEVIN RE RESULTS AND FURTHER MONITORING OF OF T-SIDE PROCEEDINGS (.3) - TC V LAZAR SAME (.2) |
| 7/28/16 | 0.30 | $214.50 | READ REPORTS OF ONCOR DEAL AND EMAILS JDD RE SAME AND REORG PROCESS |
| 8/2/16 | 0.20 | $143.00 | READ LIMITED OBJECTION TO PLAN BY LAB CO |
| 8/4/16 | 0.90 | $643.50 | READ AMENDED OBJECTION POOLED EQUIPMENT (.2) - READ DEBTORS' MOTION TO APPROVE MERGER AGREEMENT AND PSA AND RELEVANT DECLARATIONS (.7) |
| 8/12/16 | 0.90 | $643.50 | READ PROPOSED SCHEDULING ORDER AND MOTION AND RECORD IMPORTANT DATES FOR CONFIRMATION AND EMAILS TEAM SAME |
| 8/15/16 | 0.70 | $500.50 | FOLLOW DOCKET, DOWNLOAD AGENDAS AND PREP FOR HEARING ON SCHEDULING (.6) - EMAILS DEBTORS COUNSEL RE SCHEDULING(.1) |
| *JHH Total:* | *16.30* | *$11,654.50* | |
| **109285-00010 Total:** | **16.30** | **$11,654.50** | |
| **Grand Total:** | **75.20** | **$36,933.50** | |