## EXHIBIT I

**Aggregate Budget & Comparison with Actual Fees for Stevens & Lee, P.C.[1]**

| Aggregate Budget for All Matter Categories For the Period May 1, 2016 through August 31, 2016 | | | |
|---|---|---|---|
| **Matter No.** | **Matter Description** | **Hours Budgeted** | **Total Compensation Budgeted** |
| 1 | Professional Retentions | 0.50 | $ 357.50 |
| 2 | Case Administration-General Matters | 0.20 | $ 71.00 |
| 3 | Chapter 11 Issues | 0.00 | $ 0.00 |
| 4 | Communications with Professionals | 0.00 | $ 0.00 |
| 5 | Fee Applications – Others | 29.40 | $ 11,178.50 |
| 6 | Fee Applications – S&L | 21.10 | $ 8,166.50 |
| 7 | Hearings | 7.70 | $ 5,505.50 |
| 8 | Legal & Factual Research | 0.00 | $ 0.00 |
| 9 | Meetings | 0.00 | $ 0.00 |
| 10 | Plans of Reorganization and Disclosure Statements | 16.40 | $ 11,726.00 |
| 11 | Pleadings, Motions & Briefs | 0.00 | $ 0.50 |
| | **Totals** | **75.30** | **$ 37,005.00** |

---

[1] Due to the timing of its preparation, the budget and staffing plan for the Fee Period was prepared with the benefit of actual data for the Fee Period.  *See* paragraph 13 of the Application.

|  | MATTER | 1<br>Prof. Retentions | 2<br>Case Admin. | 3<br>Ch. 11 Issues | 4<br>Comm. w/ Prof. | 5<br>Fee App. (Others) | 6<br>Fee App. (S&L) | 7<br>Hearings | 8<br>Research | 9<br>Meetings | 10<br>Reorg. Plans | 11<br>Pleadings, Motions, Briefs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOURS** | | | | | | | | | | | | | |
| **May** | **Budget** | 0.5 | 0.0 | 0.0 | 0.0 | 5.9 | 4.7 | 2.4 | 0.0 | 0.0 | 5.3 | 0.0 | 18.8 |
| | **Actual** | 0.5 | 0.0 | 0.0 | 0.0 | 5.9 | 4.7 | 2.4 | 0.0 | 0.0 | 5.3 | 0.0 | 18.8 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **June** | **Budget** | 0.0 | 0.0 | 0.0 | 0.0 | 11.9 | 11.8 | 3.1 | 0.0 | 0.0 | 2.8 | 0.0 | 29.6 |
| | **Actual** | 0.0 | 0.0 | 0.0 | 0.0 | 11.9 | 11.8 | 3.1 | 0.0 | 0.0 | 2.8 | 0.0 | 29.6 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **July** | **Budget** | 0.0 | 0.2 | 0.0 | 0.0 | 8.3 | 4.2 | 0.0 | 0.0 | 0.0 | 5.50 | 0.0 | 18.2 |
| | **Actual** | 0.0 | 0.2 | 0.0 | 0.0 | 8.3 | 4.2 | 0.0 | 0.0 | 0.0 | 5.50 | 0.0 | 18.2 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Aug.** | **Budget** | 0.0 | 0.0 | 0.0 | 0.0 | 3.3 | .4 | 2.2 | 0.0 | 0.0 | 2.8 | 0.0 | 8.7 |
| | **Actual** | 0.0 | 0.0 | 0.0 | 0.0 | 3.3 | .4 | 2.2 | 0.0 | 0.0 | 2.8 | 0.0 | 8.7 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **Budget** | 0.5 | 0.2 | 0.0 | 0.0 | 29.4 | 21.1 | 7.7 | 0.0 | 0.0 | 16.4 | 0.0 | 75.3 |
| | **Actual** | 0.5 | 0.2 | 0.0 | 0.0 | 29.4 | 21.1 | 7.7 | 0.0 | 0.0 | 16.4 | 0.0 | 75.3 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

|  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | MATTER | Prof. Ret. | Case Admin. | Ch. 11 Issues | Comm. w/ Prof. | Fee App. (Others) | Fee App. (S&L) | Hearings | Research | Mtgs | Reorg. Plans | Pleadings, Motions, Briefs | Total |
| **FEES** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **May** | **Budget** | 357.50 | 0.00 | 0.00 | 0.00 | 2,177.00 | 1,557.50 | 1,716.00 | 0.00 | 0.00 | 3,789.50 | 0.00 | 9,597.50 |
|  | **Actual** | 357.50 | 0.00 | 0.00 | 0.00 | 2,177.00 | 1,557.50 | 1,716.00 | 0.00 | 0.00 | 3,789.50 | 0.00 | 9,597.50 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **June** | **Budget** | 0.00 | 0.00 | 0.00 | 0.00 | 4,773.00 | 4,725.00 | 2,216.50 | 0.00 | 0.00 | 2,002.00 | 0.0 | 13,716.50 |
|  | **Actual** | 0.00 | 0.00 | 0.00 | 0.00 |  | 4,725.00 | 2,216.50 | 0.00 | 0.00 | 2,002.00 | 0.0 | 13,716.50 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **July** | **Budget** | 0.00 | 71.00 | 0.00 | 0.00 | 3,012.50 | 1,742.00 | 0.00 | 0.00 | 0.00 | 3,932.50 | 0.00 | 8,758.00 |
|  | **Actual** | 0.00 | 71.00 | 0.00 | 0.00 | 3,012.50 | 1,742.00 | 0.00 | 0.00 | 0.00 | 3,932.50 | 0.00 | 8,758.00 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Aug.** | **Budget** | 0.00 | 0.00 | 0.00 | 0.00 | 1,216.00 | 142.00 | 1,573.00 | 0.00 | 0.00 | 2,002.00 | 0.00 | 4,933.00 |
|  | **Actual** | 0.00 | 0.00 | 0.00 | 0.00 | 1,216.00 | 142.00 | 1,573.00 | 0.00 | 0.00 | 2,002.00 | 0.00 | 4,933.00 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **Budget** | 357.50 | 71.00 | 0.00 | 0.00 | 11,178.50 | 8,166.50 | 5,505.50 | 0.00 | 0.00 | 11,726.00 | 0.00 | 37,005.00 |
|  | **Actual** | 357.50 | 71.00 | 0.00 | 0.00 | 11,178.50 | 8,166.50 | 5,505.50 | 0.00 | 0.00 | 11,726.00 | 0.00 | 37,005.00 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |