## <u>EXHIBIT A</u>

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 27.30 | $27,024.00 |
| Employment and Fee Applications | 4.10 | $4,267.50 |
| Non-Working Travel | 8.70 | $4,826.25 |
| TOTAL | **40.10** | **$36,117.75** |