## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 14.50 | 14,280.00 |
| Vincent Lazar | Partner | 1990 | Bankruptcy | 975 | 20.80 | 18,573.75 |
| Andrew Lichtman | Associate | 2011 | Bankruptcy | 680 | 4.80 | 3,264.00 |
| | | | | **TOTAL** | **40.10** | **36,117.75** |

NYCorp 3534423v.1

109249.1