# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---:|
| PACER CHARGES | $ 35.60 |
| TELEPHONE EXPENSES | 14.75 |
| TRAVEL | $ 1,003.33 |
| TOTAL | $ 1,053.68 |

NYCorp 3534423v.1

109249.1