# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 7/05/16 | LEVIN, R. | PARTNER | Pacer | 35.60 | Pacer Charges for period 04/01/2016-06/30/2016 |
| 55152-10034 | 9/19/16 | LEVIN, R. | PARTNER | Telephone Expense | 11.77 | Telephone Expense, SOUNDPATH CONFERENCING, 08/12/2016 |
| 55152-10034 | 9/19/16 | LEVIN, R. | PARTNER | Telephone Expense | 2.98 | Telephone Expense, SOUNDPATH CONFERENCING, 08/12/2016 |
| 55152-10034 | 9/21/16 | LEVIN, R. | PARTNER | Travel | 197.40 | Travel, Richard Levin, 09/19/2016 to Wilmington, DE; Hearing on approval of merger agreement |
| 55152-10034 | 9/22/16 | V. Lazar | PARTNER | Travel | 805.93 | Travel, Vincent E. Lazar, 09/18/2016 to Wilmington, DE for Hearing |