# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 45.50 | $22,720.00 |
| 2 | Metric Analysis | 4.50 | $3,375.00 |
| 3 | Generation Analysis | 49.50 | $25,580.00 |
| 4 | Retail Analysis | 0.00 | $0.00 |
| 5 | Commodity Analysis | 42.80 | $21,318.00 |
| 6 | Competitor Analysis | 2.50 | $1,800.00 |
| 7 | EBITDA Projection | 5.50 | $3,960.00 |
| 8 | Environmental Analysis | 22.50 | $12,575.00 |
| 9 | Short-Range Forecast | 0.00 | $0.00 |
| 10 | Capital Projects | 0.00 | $0.00 |
| 11 | Wholesale Operations | 14.00 | $9,725.00 |
| 12 | Retail Operations | 0.00 | $0.00 |
| 13 | T&D Operations | 73.50 | $45,625.00 |
| 14 | Data Collection and Diligence | 4.00 | $2,747.50 |
| 15 | Reports | 72.30 | $39,267.00 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 19.00 | $12,517.50 |
| 18 | Project Management | 0.50 | $360.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 108.50 | $70,770.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 12.40 | $4,712.00 |
| | *Continued on next page* | | |

---

[1.] Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 0.00 | $0.00 |
| 25 | T&D Market Research | 12.50 | $6,525.00 |
| 26 | Wholesale Market Research | 13.50 | $7,357.50 |
| 27 | Retail Market Research | 0.00 | $0.00 |
| 28 | Performance Analysis | 0.00 | $0.00 |
| 29 | Sales, General & Administrative Analysis | 0.00 | $0.00 |
| 30 | Portfolio Analysis | 0.00 | $0.00 |
| 31 | Oncor Revenue Analysis | 30.90 | $21,847.50 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 |
| 33 | Regulatory Analysis | 0.00 | $0.00 |
| 34 | Claims & Settlement Issues | 0.00 | $0.00 |
| 35 | Property Tax Analysis | 39.50 | $20,682.50 |
| 36 | Analysis of Competitive Portfolios | 0.00 | $0.00 |
| | **Totals:** | **573.4** | **$333,464.50** |

[1]. Non-working travel time has been billed at 50% of actual time incurred.