## EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 58.5 | $43,875.00 |
| Jean Agras | Managing Director | $720 | 42.5 | $30,600.00 |
| Gary Germeroth | Managing Director | $720 | 93.5 | $67,320.00 |
| Dave Andrus | Director | $645 | 98.0 | $63,210.00 |
| Scott Davis | Director | $545 | 17.5 | $9,537.50 |
| Mike Green | Director | $550 | 4.0 | $2,200.00 |
| Paul Harmon | Director | $575 | 16.5 | $9,487.50 |
| Kimberly Eckert | Managing Consultant | $495 | 22.5 | $11,137.50 |
| Michael Gadsden | Managing Consultant | $460 | 14.5 | $6,670.00 |
| Jill Kawakami | Managing Consultant | $430 | 25.5 | $10,965.00 |
| Buck Monday | Managing Consultant | $450 | 9.0 | $4,050.00 |
| Nathan Pollak | Managing Consultant | $460 | 62.5 | $28,750.00 |
| Samuel Schreiber | Managing Consultant | $455 | 51.0 | $23,205.00 |
| Laura Hatanaka | Consultant | $390 | 45.5 | $17,745.00 |
| Pamela Morin | Consultant | $380 | 12.4 | $4,712.00 |
|  |  |  |  |  |
|  |  | Totals: | 573.4 | $333,464.50 |