# **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

### **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $1,414.24 |
| Airfare | $2,994.57 |
| Taxi | $1,168.81 |
| Travel Meals | $257.02 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $75.00 |
| Postage | $6.45 |
| | |
| **Total:** | **$5,916.09** |

### **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $772.43 |
| Airfare | $1,635.57 |
| Taxi | $638.38 |
| Travel Meals | $140.38 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $40.96 |
| Postage | $3.52 |
| | |
| **Total:** | **$3,231.24** |

### **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $493.76 |
| Airfare | $1,045.50 |

| Service Description | Amount |
|---|---:|
| Taxi | $408.07 |
| Travel Meals | $89.73 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $26.18 |
| Postage | $2.25 |
| | |
| **Total:** | **$2,065.49** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $148.05 |
| Airfare | $313.50 |
| Taxi | $122.36 |
| Travel Meals | $26.91 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $7.86 |
| Postage | $0.68 |
| | |
| **Total:** | **$619.36** |