Retained Professionals

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Uncontested Fee Hearing -- Ocotber 26, 2016**

EXHIBIT A

| | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | Charles River Associates [D.I. 7619] | 1/1/15 - 10/31/15 | $363,732.00 | $21,249.26 | $1,280.87 | $0.00 | $342,482.74 | $1,280.87 |
| 2 | Bielli & Klauder [D.I. 8719] | 1/1/16 - 4/30/16 | $10,934.00 | $35.00 | $30.60 | $0.00 | $10,899.00 | $30.60 |
| 3 | Greenberg Traurig [D.I. 9539] | 1/1/16 - 4/30/16 | $271,299.00 | $595.00 | $1,821.02 | $0.00 | $270,704.00 | $1,821.02 |
| 4 | Jenner & Block [D.I. 8735] | 1/1/16 - 4/30/16 | $237,948.75 | $0.00 | $3,635.99 | $0.00 | $237,948.75 | $3,635.99 |
| 5 | McElroy Deutsch M&C [D.I. 8722] | 1/1/16 - 4/30/16 | $19,098.00 | $0.00 | $45.00 | $0.00 | $19,098.00 | $45.00 |
| 6 | SOLIC Capital Advisors [D.I. 8752] | 1/1/16 - 4/30/16 | $800,000.00 | $0.00 | $24,173.43 | $850.05 | $800,000.00 | $23,323.38 |
| 7 | AlixPartners LLP [D.I. 8717] | 1/1/16 - 4/30/16 | $19,202.00 | $505.00 | $0.00 | $0.00 | $18,697.00 | $0.00 |
| 8 | Balch & Bingham LLP [D.I. 8834] | 1/1/16 - 4/30/16 | $1,164,908.50 | $4,224.50 | $19,207.29 | $1.28 | $1,160,684.00 | $19,206.01 |
| 9 | Cravath Swaine & Moore LLP [D.I. 8780] | 1/1/16 - 4/30/16 | $500,880.00 | $0.00 | $3,889.29 | $881.65 | $500,880.00 | $3,007.64 |
| 10 | Goldin & Associates LLP [D.I. 8771] | 1/1/16 - 4/30/16 | $600,000.00 | $0.00 | $5,026.26 | $302.39 | $600,000.00 | $4,723.87 |
| 11 | Greenhill & Co LLC [D.I. 8723] | 1/1/16 - 4/30/16 | $1,000,000.00 | $0.00 | $14,607.44 | $2,245.60 | $1,000,000.00 | $12,361.84 |
| 12 | Guggenheim Securities LLC [D.I. 8720] | 1/1/16 - 4/30/16 | $1,000,000.00 | $0.00 | $24,441.34 | $0.00 | $1,000,000.00 | $24,441.34 |
| 13 | Montgomery McCracken W&R LLP [D.I. 8779] | 1/1/16 - 4/30/16 | $53,884.50 | $543.63 | $7,254.92 | $0.00 | $53,340.87 | $7,254.92 |
| 14 | Munger Tolles & Olson LLP [D.I. 8733] | 1/1/16 - 4/30/16 | $975,237.50 | $0.00 | $27,109.14 | $162.96 | $975,237.50 | $26,946.18 |
| 15 | Proskauer Rose LLP [D.I. 8718] | 1/1/16 - 4/30/16 | $1,512,145.50 | $36,871.75 | $20,016.50 | $1,713.83 | $1,475,273.75 | $18,302.67 |
| 16 | Stevens & Lee PC [D.I. 8744] | 1/1/16 - 4/30/16 | $28,127.50 | $248.50 | $463.15 | $0.00 | $27,879.00 | $463.15 |
| 17 | Sullivan & Cromwell LLP [D.I. 8721] | 1/1/16 - 4/30/16 | $159,870.00 | $1,275.00 | $5,494.95 | $33.90 | $158,595.00 | $5,461.05 |
| 18 | Alvarez & Marsal North America, LLC [D.I. 8851] | 1/1/16 - 4/30/16 | $1,646,787.00 | $397.50 | $61,772.47 | $1,731.92 | $1,646,389.50 | $60,040.55 |
| 19 | Evercore Group L.L.C. [D.I. 8939] | 1/1/16 - 4/30/16 | $2,100,000.00 | $0.00 | $6,800.73 | $833.96 | $2,100,000.00 | $5,966.77 |
| 20 | Filsinger Energy Partners [D.I. 8715] | 1/1/16 - 4/30/16 | $2,360,115.00 | $0.00 | $120,687.80 | $284.95 | $2,360,115.00 | $120,402.85 |
| 21 | FTI Consulting [D.I. 8703] | 1/1/16 - 4/30/16 | $50,107.50 | $992.50 | $0.00 | $0.00 | $49,115.00 | $0.00 |
| 22 | Gibson, Dunn & Crutcher LLP [D.I. 8725] | 1/1/16 - 4/30/16 | $561,955.50 | $2,542.50 | $89,086.09 | $416.50 | $559,413.00 | $88,669.59 |
| 23 | KPMG LLP [D.I. 8944] | 1/1/16 - 4/30/16 | $2,026,894.60 | $1,868.10 | $59,962.19 | $51.85 | $2,025,026.50 | $59,910.34 |
| 24 | Kirkland & Ellis [D.I. 8736] | 1/1/16 - 4/30/16 | $6,832,541.50 | $635,393.95 | $422,706.64 | $89,197.57 | $6,197,147.55 | $333,509.07 |
| 25 | Morrison & Foerster [D.I. 8724] | 1/1/16 - 4/30/16 | $368,006.00 | $21,074.50 [1] | $40,730.48 | $67.75 | $346,931.50 | $40,662.73 |
| 26 | Thompson & Knight LLP [D.I. 9317] | 1/1/16 - 4/30/16 | $253,709.50 | $3,908.50 | $46.71 | $0.00 | $249,801.00 | $46.71 |
| 27 | EPIQ Bankruptcy Solutions, LLC [D.I. 8710] | 1/1/16 - 4/30/16 | $49,217.70 | $387.20 | $249,895.97 | $0.00 | $48,830.50 | $249,895.97 |
| 28 | McDermott Will & Emery [D.I. 9408] | 4/29/14 - 10/28/15 | $1,334,140.62 | $9,368.50 | $142,827.75 | $430.85 | $1,324,772.12 | $142,396.90 |
| 29 | Gitlin & Co. LLC & Richard Gitlin [D.I. 9766] | 1/1/16 - 4/30/16 | $200,000.00 | | $3,051.21 | | $200,000.00 | $3,051.21 |
| 30 | Godfrey & Kahn SC [D.I. 9764] | 1/1/16 - 4/30/16 | $800,000.00 | | $27,657.42 | | $800,000.00 | $27,657.42 |

[1] This amount includes $11,637.00 in fees, the consideration of which has been deferred until the Fee Committee's reporting on the professional's final fee application.

16306390.1