# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 9695** |

### CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-SECOND MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE <u>PERIOD AUGUST 1, 2016 THROUGH AUGUST 31, 2016</u>

1. The undersigned hereby certifies that, as of the date hereof, Montgomery, McCracken, Walker & Rhoads, LLP ("**MMWR**"), co-counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc., and EECI, Inc., has received no answer, objection or other responsive pleading with respect to the *Twenty-second Monthly Fee Statement of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred for the Period August 1, 2016 through August 31, 2016* [D.I. 9695] (the "**Monthly Fee Statement**") filed on September 28, 2016.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

1

2

2. The undersigned further certifies that MMWR has reviewed the Court's docket in these chapter 11 cases and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the Notice of Fee Statement filed with the Application, objections to the Monthly Fee Statement were to be filed and served no later than October 19, 2016 at 4:00 p.m. (Eastern Daylight Time). The Monthly Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**").

3. Consequently, pursuant the Interim Compensation Order, the above-captioned debtors and debtors in possession in these chapter 11 cases, are authorized to pay Guggenheim Securities, LLC eighty percent of the fees and one hundred percent of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by Guggenheim Securities, LLC is annexed hereto as **Exhibit A**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 21, 2016 | **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**<br><br>  */s/ Mark A. Fink*  <br>Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:     nramsey@mmwr.com<br>                   dwright@mmwr.com<br>                   mfink@mmwr.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* |

## **EXHIBIT A**

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback (20% of Fees) | Total Amount Requested Less Holdback |
|---|---|---|---|---|---|---|---|---|
| 9/28/2016 D.I. # 9695 | 8/1/2016 – 8/31/2016 | $250,000.00 | $5,633.50 | 10/19/2016 | $200,000.00 | $5,633.50 | $50,000.00 | $205,633.50 |