## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 09/01 – 09/30/2016 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 24.0 |
| Raoul Nowitz | Managing Director | 144.5 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 68.5 |
| TOTALS | | 240.0 |