IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: ENERGY FUTURE HOLDINGS, et al.

|  |  |
|---|---|
| KENNETH R. STEWART, (PRO-SE) ) | Civil Action No. 15-1213 UNA |
| ) | |
| Appellant ) | |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ET AL., ) | Bankruptcy Case No. 14-10979 (CSS) |
| ) | |
| Appellee ) | (Jointly Administered) |
|  _) | BAP NO. 15-82 |

MOTION TO DEBTOR FRAUD, MOTION TO STAY, AND MOTION TO INTERVENE:

1. Whereas, I submit here a <u>Motion to Debtor Fraud</u>: According to the Uniform Fraudulent Conveyance Act, or its successor, the Uniform Fraudulent Transfer Act, I do hereby acknowledge and find as proof that in 2003 that in the Edison International filings submitted here before, does state that any fraud committed on bondholders must immediately be inspected by the U.S. Justice Department and the Secret Service. Any act of fraud exceeding $2 million is considered terrorism and may be claimed upon the U.S. Treasury on my behalf. See submitted court filings on Edison International.

   a. In the 2004-2005 court case, where a portion of my assets issued to me were acknowledged, but were fraudulently conveyed by others to others beyond my



control because of errors in judicial jurisdiction and conspiracy. Furthermore, I do know that the Delaware Bankruptcy Court has witnessed and declared in court now and before these organized illegal and fraudulent acts to where I must again plea for intervention. In 2007, the Attorney General of Texas, Kohlberg, Kravits, Roberts (KKR), and Allstate Insurance company conspired against my inheritance to take Possession in full.

b. In 2010, see **Exhibit A** for a specific document pertaining to the main Hunter Ferrell Rd. property where attorney Charles Mitchell with law firm Namen Howell managed the family assets before and after my father's demise. Most important see the bottom foot note "Clients\Stewart, Kenny-Condemnation(HF). The HF stands for Hunt Family.

Furthermore, in 2010 the Texas law firms of Haynes & Boone, Shackleford & McKinnley, Naman Howell Smith, and Brown Dean and Wiseman, and Douglas J. Brooks Law firm, along with the City of Grand Praire, TX colluded in stripping my real properties (see **Exhibit B on 44,810 acres**) Lone Star Racing Park, a.k.a. KRS, in the disguises of ad litem, or other Trustee, Executor or Legal representations. Let it be known that Haynes and Boone initiated the takeover of all of my assets, as well as performed the initial filings on EFH/TXU Bankruptcy. All of the law firms above represent the Hunt Families.

c. In 2014-16, two other companies where I am the owner/ co-Owner but was never notified are: Auroa Gas Co. (seen **Exhibit C**) and Quicksilver Resources (Delaware Bankruptcy). See **Exhibit D** where on the Quicksilver Michigan Division Order, the Owner name and address is listed as Kenneth R. Stewart but I have never received a royalty check from these companies. See **Exhibit E** for a copy of another mineral lease where my mom never received any royalty checks from Scout Exploration on their drilled Barnett Shale Gas wells, and handled by Charles Mitchell.

d. Lastly, I cite that Courts have long held that the Bankruptcy Code provides a discharge only to those "honest but unfortunate debtors." To that end, when a debt has been incurred under false pretenses, false representation, or outright fraud, the Bankruptcy Code allows the debtor's creditors to file a nondischargeability complaint against the debtor.

e. In 1973, GIFCO properties were placed in my name. I have had multiple Trustees over my various assets. In 1986, it was my mother but she speaks little English, and in 1995 it was ex- District Attorney Charles Mitchell who took control of the businesses and the JS File submitted in court that controls the 44,810 acres in Dallas County. Then Charles Mitchell and Michel F. Hord (see **Exhibit F**), Trustee for Dallas County, and brother-in-laws, and Nations Bank /Bank of America got my mother and I to sign



documents in the disguise that she would get a loan, but she didn't. In 2005, Phillip Harrington, my partner in BJ Associates, which became The Associates, fraudulently conveyed my company assets and properties with the inside help of Michael Hord. I have never seen a dime. Yet over $15 million has been reported to have been paid out to others as hush money as reported to the F.B.I.

2. Whereas, I do submit here a <u>Motion to Stay</u>: Therefore, I request now to you and the U.S. Delaware Bankruptcy Court to halt and stay the EFH/TXU ruling immediately as some of the same persons who premeditatedly instigated this fraud are the original executives, agents, trustees and/or managers of EFH et al who have misappropriated and mismanaged my assets to the Debtors benefit.

3. Whereas, I submit here now a <u>Motion to Intervene</u>:
    a. I motion to the court to expose immediately all of these fraudulent matters above to the U.S. Justice Department in Delaware to investigate and prosecute. The premeditated collusion of organized white collar criminal acts to steal my assets by specific individuals, where the statute of limitations does not apply under RICO laws, includes the transfer of assets, concealment of truth in public reports of a public utility, and the Securities and Exchange Reports and Filings, along with creating false documents and false companies to implement this subversive strategy.

b. Moreover, the following four important deaths were instrumental to destabilize my ability to fight back to retrieve my assets. Previously, I have disclosed to the courts that my father was killed in 2004 under very mysterious circumstances, and that I have had multiple death threats as confirmed by others. In addition, my Aunt June Stewart Jones, my father's younger sister, mysteriously died in 2005, as she was Listed on the $375 million Nuclear Insurance Policy for EFH/TXU as the only listed Administrative Personnel. So now, no one was watching out for me after that 2004-2005. Also, I am declaring here that in 2013-2014, a Texas Judge James Martin died mysteriously after ruling for me on my conspiracy motion against some of the same parties described here before and within court documents on Dallas County Whisky Charlies/Lone Star Race Track, and the Winner's Circle properties to include the old Dallas Cowboy's Stadium properties. Please note, this is at least the eighth time I have plead similar requests of help to the Honorable Judge Andrews and Honorable Judge Sontchi.

_____    _____10 9-16_____