Exhibit A

BEALE DEAN
JAMES T. BLANTON
*GRANT LISTER
RICHARD W. FREEMAN
STEPHEN C. HOWELL
JOHN W. PROCTOR
**JOHN C. HART
LARRY W. WILSHIRE
SANDRA LISER
JOHN G. SAMS

JESSE M. BROWN (1883-1978)

* Also licensed to practice in Louisiana
** Also licensed to practice in Minnesota



# BROWN DEAN
Wiseman, Proctor, Hart & Howell LLP
ATTORNEYS AND COUNSELORS

ESTABLISHED 1922

CHARLES B. MITCHELL, Jr.
MICHAEL L. PECK
BRUCE H. ROGERS
STERLING J. ELZA
DAVID W. CHANT
JASON C. MOON
JENNIFER L. WILLINGHAM
ROBERT K. PIWETZ
BROOKE A. ULRICKSON
ADAM L. PLUMBLEY

OF COUNSEL
CATHERINE JANE ALDER, P.C

February 22, 2010

Cathy Dodson                                          **VIA E-MAIL (w/encl.)**
Dallas County Public Works        **AND VIA CMRRR NO. 7007 1490 0002 7001 7331 (w/encl.)**
411 Elm Street, 4th Floor
Dallas, Texas 75202

Re:   Hunter Ferrell Rd. MCIP 40704/40805
      (Belt Line Rd. to MacArthur Blvd.)
      Parcel: 22, 22-SE (1,2,3) & (1,2,3) (1800 Hunter Ferrell Rd.)
      Our File No.: 3204.24458

Dear Ms. Dodson:

Enclosed please find the executed settlement documents on behalf of UP_G_KUK, INC., regarding the above-referenced matter as follows:

1. Certification of Nonforeign Status;
2. Seller's Statement;
3. Temporary Easement;
4. Easement regarding grading;
5. Right-of-Way Deed, and
6. Easement regarding drainage.

It is my understanding that you will append the exhibits to these respective transfer documents and will then provide me with a fully executed copy of same.

Exhibit B



**City of Irving**
**Tax Statement 2004**
**Harry Huson TAC**
825 West Irving Boulevard
Irving, TX 75060
(972) 721-2411

10,167-1,167

STEWART KUK JA
2028 SANDY LN
IRVING, TX 75060-5639

DATE: 10/12/2004

LEGAL: JOSEPH MANGRUM ABST 861 PG 140
TR 2 ACS 9.47VOL93014/1966 EX0
10893 CO-DALLAS08611401 00200
23208611401
PIDN: 65086114010020000
ACRES: 9470.000000

| LAND VALUE | APPRAISED VAL | | | | | |
|---|---|---|---|---|---|---|
| 25,570 | 25,570 | | | | | |

| TAXING ENTITIES | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | PENALTY & INTEREST |
|---|---|---|---|---|---|
| CITY OF IRVING | 0 | 25,570 | 0.547900 | 140.10 | 0.00 |
| | | | SUBTOTAL | 140.10 | 0.00 |

**TOTAL AMOUNT DUE**    140.10

189683

*This top portion and your canceled check will serve as your receipt.*
*^ Detach on perforation and return this portion with your check payable to:*

**Make Checks Payable to: The City of Irving - Revenue Collections**
P O Box 152288

**TOTAL AMOUNT DUE**



**City of Irving**
**Tax Statement 2004**
**Harry Huson TAC**
825 West Irving Boulevard
Irving, TX 75060
(972) 721-2411

STEWART KUK JA
2028 SANDY LN
IRVING, TX 75060-5639

DATE: 10/12/2004
LEGAL: JOSEPH MANGRUM ABST 861 PG 140
TR 1 ACS 33.33VOL93014/1966 EX
010893 CO-DALLAS0861140100100
23208611401
PIDN: [redacted]
ACRES: 33330.000000

10,168-1,168

| LAND VALUE | APPRAISED VAL | | | | | |
|---|---|---|---|---|---|---|
| 89,990 | 89,990 | | | | | |
| TAXING ENTITIES | | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | PENALTY & INTEREST |
| CITY OF IRVING | | 0 | 89,990 | 0.547900 | 493.06 | 0.00 |
| | | | SUBTOTAL | | 493.06 | 0.00 |

TOTAL AMOUNT DUE    493.06

**Exhibit C**

| Welcome! | | | | Register | Subscribe | Log In | Company Site |

| Membership | Home | Portfolio | Stocks | Bonds | Funds | ETFs | CEFs | Markets | Tools | Real Life Finance | Discuss |

We value your feedback. Let us know what you think.

# Search Results for associates stewart doug

associates stewart doug    [ Search ]

Sort by: Relevance | Date    Results: **1-10** of about 13

- All Results
- Analyst Reports
- Morningstar Articles
- Videos
- Newswires
- Press Releases
- Earnings Call Transcripts
- Discuss
- Perspectives

**Additional Keywords**
No additional keywords could be found for your search.

**Sponsored Link**

### Douglas Stewart, Director; President and Chief Executive ...
... the **Association**, positions he has held with the Company since its incorporation in 1997 and with the **Association** since 1982. Mr. **Stewart** joined the **Association** in 1971 as a teller.
INSIDERS | MORNINGSTAR |

### New Morningstar Analyst Report for Aurora Oil & Gas Ltd.
... The US market sees discounts to international pricing for oil and condensate, and in particular natural gas and **associated** liquids.Aurora ... Houston-based Aurora CEO **Douglas** Brooks took over from **Stewart** in October ...
PREMIUM COMPANY REPORT | MORNINGSTAR | 03/03/2014

### Aurora's rapid production growth from Eagle Ford shale ...
... The US market sees discounts to international pricing for oil and condensate, and in particular natural gas and **associated** liquids.Aurora ... Houston-based Aurora CEO **Douglas** Brooks took over from **Stewart** in October ...
PREMIUM COMPANY REPORT | MORNINGSTAR | 03/03/2014

### Aurora's rapid production growth from Eagle Ford shale ...
... The US market sees discounts to international pricing for oil and condensate, and in particular natural gas and **associated** liquids.Aurora ... Houston-based Aurora CEO **Douglas** Brooks took over from **Stewart** in October ...
PREMIUM COMPANY REPORT | MORNINGSTAR | 02/09/2014

### Aurora's rapid production growth from Eagle Ford shale ...
... The US market sees discounts to international pricing for oil and condensate, and in particular natural gas and **associated** liquids.Aurora ... Houston-based Aurora CEO **Douglas** Brooks took over from **Stewart** in October ...
PREMIUM COMPANY REPORT | MORNINGSTAR | 08/21/2013

### HSBC Holdings PLC ADR Q2 2013
... deposit ratio remains robust at 73.7% and as **Douglas** indicated, we ... financial performance in more detail.Iain MacKay Group Finance DirectorThanks, **Stuart**. ... portfolio.As you'd expect, the contribution from **associates** fell as ...
TRANSCRIPT | MORNINGSTAR | 08/05/2013

### HSBC Holdings PLC ADR Q4 2011
... hand the call over to your host for today Mr. **Doug** Flint, Group ... highlighting pressures on revenue and costs, although as **Stuart** has indicated ... in loan impairment charges, increased income from our **associates** mainly driven ...
TRANSCRIPT | MORNINGSTAR | 02/27/2012

### Once Again: Are Bonds a Bubble?
... To paraphrase former US Supreme Court Justice Potter **Stewart**, as with ... strategy provided almost as much total return as **Doug's** 100% stock ... in Canada's Financial Post, is from the Canadian fund **association**, protesting the ...
REKENTHALER REPORT | MORNINGSTAR | 05/24/2013

### HSBC Holdings PLC ADR Q2 2011
... **Stuart**, over to you.**Stuart** T. Gulliver Group Chief ExecutiveThanks **Douglas**. ... Now, let me turn it back to **Stuart**.**Stuart** T. Gulliver Group Chief ExecutiveThanks, Iain. ... The contribution from our **associates** also rose. ...
TRANSCRIPT | MORNINGSTAR | 08/01/2011

### Viacom Inc. B Q1 2011
**Douglas** Mitchelson Deutsche BankMichael Nathanson NomuraJessica Cohen Bank of America Merrill ... which is exactly why advertisers want to be **associated** with our ... that returns a daily show with Jon **Stewart** and The ...
TRANSCRIPT | MORNINGSTAR | 02/03/2011


PURCHASE

**Exhibit D**

Oil and Related Liquid Hydrocarbons

# DIVISION ORDER

**TO:** GULFMARK ENERGY, INC.  
P.O. Box 844  
Houston, Texas 77001

**DATE:** June 16, 2016

**LEASE NO.:** U2201812

**EFFECTIVE:** March 1, 2015

The undersigned severally and not jointly certifies it is the legal owner of the interest set out below of all the oil and related liquid hydrocarbons produced from the property described below:

**OPERATOR:** RANCH PRODUCTION, LLC

**PROPERTY NAME:** COOLEY 1-13A

**COUNTY:** MECOSTA    **STATE:** MICHIGAN

**LEGAL DESCRIPTION:**

*SE/4 Section 13, Township 16 North, Range 10 West, Mecosta County, Michigan.*

**CREDIT TO:**

| Owner No. | Owner Name and Address | Division of Interest |
|---|---|---|
| 51399 | Quicksilver Resources<br>ATTN: Kenneth R Stewart<br>P.O. Box 154645<br>Irving, TX 75015 | .021354200 |

**THIS AGREEMENT DOES NOT AMEND ANY LEASE OR OPERATING AGREEMENT BETWEEN THE INTEREST OWNERS AND THE LESSEE OR OPERATOR OR ANY OTHER CONTRACTS FOR THE PURCHASE OF OIL OR GAS.**

The following provisions apply to each interest owner ("owner") who executes this agreement:

**TERMS OF SALE:** The undersigned will be paid in accordance with the division of interest(s) set out above. The payor shall pay all parties at the price agreed to by the operator for oil to be sold pursuant to this division order. Purchaser shall compute quantity and make corrections for gravity and temperature and make deductions for impurities.

**PAYMENT:** From the effective date, payment is to be made monthly by payor's check, based on this division of interest, for oil runs during the preceding calendar month from the property listed above, less taxes required by law to be deducted and remitted by payor as purchaser. Payments of less than $100.00 may be accrued before disbursement until the total amount equals $100.00 or more, or until December 31 of each year, whichever occurs first. Payee agrees to refund to payor any amounts attributable to an interest or part of an interest that payee does not own.

**INDEMNITY:** The owner agrees to indemnify and hold payor harmless from all liability resulting from payments made to the owner in accordance with such division of interest, including but not limited to attorney fees or judgments in connection with any suit that affects the owner's interest to which payor is made a party.

**DISPUTE: WITHHOLDING OF FUNDS:** If a suit is filed that affects the interest of the owner, written notice shall be given to payor by the owner together with a copy of the complaint or petition filed.
   In the event of a claim or dispute that affects title to the division of interest credited herein, payor is authorized to withhold payments accruing to such interest, without interest unless otherwise required by applicable statute, until the claim or dispute is settled.

Oil and Related Liquid Hydrocarbons

# DIVISION ORDER

| | |
|---|---|
| TO: GULFMARK ENERGY, INC.<br>P.O. Box 844<br>Houston, Texas 77001 | DATE: June 16, 2016 |
| | LEASE NO.: U2203458 |
| | EFFECTIVE: May 1, 2015 |

The undersigned severally and not jointly certifies it is the legal owner of the interest set out below of all the oil and related liquid hydrocarbons produced from the property described below:

**OPERATOR:** MUSKEGON DEVELOPMENT CO.

**PROPERTY NAME:** KAWKAWLIN SOUTH UNIT

**COUNTY:** BAY  **STATE:** MICHIGAN

**LEGAL DESCRIPTION:**

<u>Town 14 North, Range 4 East, Monitor Township, Bay County, Michigan</u>
<u>Section 1</u>: West half; Southeast quarter; West half of the Northeast quarter; All of the East half of the Northeast quarter lying South of the Kawkawlin River;
<u>Section 2</u>: All that portion of land being part of what is now commonly known as Section 2 lying South of the Township line extended, being a line between the North ¼ corner of Section 3 and the Northeast corner of Section 2;
<u>Section 3</u>: All that portion of the Northeast quarter lying South of the Township line extended, being a line between the North ¼ corner of Section 3 and the Northeast corner of Section 2; Southeast quarter of the Northwest quarter; Northeast quarter of the Southeast quarter;
<u>Section 11</u>: Northeast quarter; Northeast quarter of the Northwest quarter;
<u>Section 12</u>: Northwest quarter; Northeast quarter; North half Southeast quarter.

<u>Town 15 North, Range 4 East, Kawkawlin Township, Bay County, Michigan:</u>
<u>Section 36:</u> That part of the South half lying South of the Kawkawlin River.

**CREDIT TO:**

| Owner No. | Owner Name and Address | Division of Interest |
|---|---|---|
| 51399 | Quicksilver Resources<br>ATTN: Kenneth R Stewart<br>P.O. Box 154645<br>Irving, TX 75015 | .000046190   RI |

**THIS AGREEMENT DOES NOT AMEND ANY LEASE OR OPERATING AGREEMENT BETWEEN THE INTEREST OWNERS AND THE LESSEE OR OPERATOR OR ANY OTHER CONTRACTS FOR THE PURCHASE OF OIL OR GAS.**

The following provisions apply to each interest owner ("owner") who executes this agreement:

**TERMS OF SALE:** The undersigned will be paid in accordance with the division of interest(s) set out above. The payor shall pay all parties at the price agreed to by the operator for oil to be sold pursuant to this division order. Purchaser shall compute quantity and make corrections for gravity and temperature and make deductions for impurities.

**PAYMENT:** From the effective date, payment is to be made monthly by payor's check, based on this division of interest, for oil runs during the preceding calendar month from the property listed above, less taxes required by law to be deducted and remitted by payor as purchaser. Payments of less than $100.00 may be accrued before disbursement until the total amount equals $100.00 or more, or until December 31 of each year, whichever occurs first. Payee agrees to indemnify and refund to payor any amounts attributable to an interest or part of an interest that payee does not own.

Oil and Related Liquid Hydrocarbons

# DIVISION ORDER

TO:   GULFMARK ENERGY, INC.  
      P.O. Box 844  
      Houston, Texas 77001

DATE: __June 16, 2016__

LEASE NO.: __W2202602__

EFFECTIVE: __May 1, 2016__

The undersigned severally and not jointly certifies it is the legal owner of the interest set out below of all the oil and related liquid hydrocarbons produced from the property described below:

OPERATOR: __CORE ENERGY COMPANY, LLC__

PROPERTY NAME: __DOVER 35 UNIT__

COUNTY: __OTSEGO__  STATE: __MICHIGAN__

LEGAL DESCRIPTION:

*NW/4 and N/2 SW/4, Section 35, Township 31 North, Range 2 West, Dover Township, Otsego County, Michigan.*

CREDIT TO:

| Owner No. | Owner Name and Address | Division of Interest |
|---|---|---|
| 51399 | Quicksilver Resources<br>ATTN: Kenneth R Stewart<br>P.O. Box 154645<br>Irving, TX 75015 | .000578700 |

**PLEASE DO NOT DETACH EXHIBIT PAGE(S) – NEED FOR OFFICE USE**

> **THIS AGREEMENT DOES NOT AMEND ANY LEASE OR OPERATING AGREEMENT BETWEEN THE INTEREST OWNERS AND THE LESSEE OR OPERATOR OR ANY OTHER CONTRACTS FOR THE PURCHASE OF OIL OR GAS.**

The following provisions apply to each interest owner ("owner") who executes this agreement:

**TERMS OF SALE:** The undersigned will be paid in accordance with the division of interest(s) set out above. The payor shall pay all parties at the price agreed to by the operator for oil to be sold pursuant to this division order. Purchaser shall compute quantity and make corrections for gravity and temperature and make deductions for impurities.

**PAYMENT:** From the effective date, payment is to be made monthly by payor's check, based on this division of interest, for oil runs during the preceding calendar month from the property listed above, less taxes required by law to be deducted and remitted by payor as purchaser. Payments of less than $100.00 may be accrued before disbursement until the total amount equals $100.00 or more, or until December 31 of each year, whichever occurs first. Payee agrees to refund to payor any amounts attributable to an interest or part of an interest that payee does not own.

**INDEMNITY:** The owner agrees to indemnify and hold payor harmless from all liability resulting from payments made to the owner in accordance with such division of interest, including but not limited to attorney fees or judgments in connection with any suit that affects the owner's interest to which payor is made a party.

**DISPUTE: WITHHOLDING OF FUNDS:** If a suit is filed that affects the interest of the owner, written notice shall be given to payor by the owner together with a copy of the complaint or petition filed.

In the event of a claim or dispute that affects title to the division of interest credited herein, payor is authorized to withhold payments accruing to such interest, without interest unless otherwise required by applicable statute, until the claim or dispute is settled.

# HOLMAN ROBERTSON ELDRIDGE
A Professional Corporation
Attorneys and Counselors
5949 Sherry Lane
Suite 1700
Dallas, Texas 75225

Shareholders:
H. DOUGLAS BAER
CHARLES R. BIDDLE
RICHARD T. CHEATHAM
DAVID A. ELDRIDGE
RONALD O. HOLMAN
JOHN CROW MILLER
J. MALCOLM ROBERTSON, JR.
ROBERT A. SOLOMON

Telephone
214 / 361-9494

Writer's Extension
113

Facsimile
214 / 691-2109

Writer's E-Mail Address
rholman@hrepc.com

June 29, 2005

Mr. Charles B. Mitchell, Jr.
Brown, Dean, Wiseman, Liser,
  Proctor & Hart, L.L.P.
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905

Re:  Letter of intent dated June 10, 2005 by and between Kuk Ja Stewart, as Lessor, and Scout Exploration, J.V., as Lessee

Dear Mr. Mitchell:

I write to you on behalf of Scout Exploration, J.V. in connection with the referenced letter of intent. In that regard, enclosed please find a draft only dated June 24, 2005 of the proposed Paid Up Oil and Gas Lease between our respective clients.

I look forward to working with you in this matter.

Very truly yours,

Ronald O. Holman

ROH/lma
Enclosure
cc: Scout Exploration, J.V.

H:\wp\05\roh\scout\MITCHELL-L01.doc

Exhibit E

# HOLMAN ROBERTSON ELDRIDGE
A Professional Corporation
Attorneys and Counselors
5949 Sherry Lane
Suite 1700
Dallas, Texas 75225

Shareholders:
H. DOUGLAS BAER
CHARLES R. BIDDLE
RICHARD T. CHEATHAM
DAVID A. ELDRIDGE
RONALD O. HOLMAN
JOHN CROW MILLER
J. MALCOLM ROBERTSON, JR.
ROBERT A. SOLOMON

Telephone
214 / 361-9494

Writer's Extension
113

Facsimile
214 / 691-2109

Writer's E-Mail Address
rholman@hrepc.com

June 29, 2005

Mr. Charles B. Mitchell, Jr.
Brown, Dean, Wiseman, Liser,
  Proctor & Hart, L.L.P.
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905

Re:   Letter of intent dated June 10, 2005 by and between Kuk Ja Stewart, as Lessor, and Scout Exploration, J.V., as Lessee

Dear Mr. Mitchell:

I write to you on behalf of Scout Exploration, J.V. in connection with the referenced letter of intent. In that regard, enclosed please find a draft only dated June 24, 2005 of the proposed Paid Up Oil and Gas Lease between our respective clients.

I look forward to working with you in this matter.

Very truly yours,

Ronald O. Holman

ROH/lma
Enclosure
cc:   Scout Exploration, J.V.

H:\wp\05\roh\scout\MITCHELL-L01.doc

Exhibit F

Owner:  BOB J STEWART  
Contractor:  KENNY STEWART  

and  ("Owner") (th : one or more)  
("Contractor").

Owner and Contractor agree as follows:

### Property.

Owner is the owner of the following described real estate:   LOT 3, IN BLOCK B, OF ELLIS ADDITION, TO THE CITY OF IRVING, DALLAS COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF RECORDED IN VOLUME ____, PAGE 14, MAP RECORDS OF DALLAS COUNTY, TEXAS.

("Land"). Owner warrants that Owner owns the Land in fee simple, free of any liens or encumbrances other than the following:   NO EXISTING LIENS

```
                                          MECH        13.00
                                          TOTL        13.00
               A001    5925 0000000 6953  9:47AM  5/18/95
```

### Improvements.

Contractor agrees to construct, complete and equip, on or before   AUGUST  1, 19 95 (the "Completion Date"), in good and workmanlike manner, including furnishing all labor and materials therefor, according to this Contract and the plans and specifications agreed upon by the parties hereto, the following improvements ("Improvements") on the Land.

REMODELING OF KITCHEN, INCLUDING NEW CABINETS & COUNTERTOPS & FIXTURES, NEW CARPET IN LIVING ROOM, DINING ROOM & KITCHEN, WALLPAPER IN KITCHEN & DININGROOM, AND NEW LIGHT FIXTURES.

### Contract Price.

On or before the date which is thirty-one (31) days after the Completion Date, Owner promises to pay to the order of Contractor the sum of   18,788.00   , plus any additional sums which may be earned hereunder pursuant to Sections 8 and/or 14 hereof, or such lesser amount as may be earned hereunder ("Contract Price") for the construction of the Improvements.

Payment of the Contract Price shall be made as follows: $   .00   cash paid to Contractor upon execution of this contract; and

☐ (a)  If this box is checked, $   18,788.00   ("Indebtedness") shall be paid on or before the date which is thirty-one (31) days after the Completion Date, which Indebtedness is being transferred and assigned by Contractor to NationsBank of Texas, N.A. ("Lender"). In renewal, extension and rearrangement of the Indebtedness, but not in novation, Owner contemporaneously herewith is executing and delivering to Lender its promissory note of even date herewith payable to the order of Lender in the principal amount of $   18,788.00   ("Note").

☐ (b)  If this box is checked, execution and delivery to Contractor of a Retail Installment Contract pursuant to Chapter 6 of the Texas Credit Code of even date herewith (the "Retail Installment Contract") for a time balance of $ _____ payable in monthly installments of $ _____ each, and a final installment of $ _____

Notwithstanding anything to the contrary in this Contract, Owner may retain the amount required by Subchapter E of Chapter 53 of the Texas Property Code during progress of the construction of the Improvements and for thirty (30) days after the "completion" of the Improvements as defined in that Subchapter.

### Plans and Specifications.
Owner has agreed to and has approved the plans and specifications presented by Contractor.

### Commencement.
This contract is executed, acknowledged and delivered, and the liens are created hereunder before any labor has been performed and before any material has been furnished for the construction of the Improvements.

### Lien.
The term "Beneficiary" as used in this Contract means Contractor, unless Contractor has assigned and transferred the Obligation (defined below) to Lender, in which case the term "Beneficiary" means Lender or the subsequent holder of the Obligation at the time in question. To secure the prompt payment and performance of Owner's Obligation hereunder, Owner hereby grants a Builder's, Mechanic's, Materialman's and Laborer's Lien and security interest for the benefit of Beneficiary on the Land, and all Improvements, additions, materials, fixtures and appurtenances now thereon and hereafter placed thereon (collectively, the "Collateral"), and Owner, for the auxiliary and cumulative enforcement of the liens created hereunder, and for the further consideration, uses, purposes and trusts hereof, has granted, sold and conveyed, and by these presents does grant, sell and convey unto Michael F. Hord, Trustee, of Dallas County, Texas, and his substitutes or successors, the Collateral, and all rights, hereditaments and appurtenances in anywise appertaining or belonging to the Collateral.

### Obligation.
The liens granted hereunder and this conveyance in trust are granted and made to secure and enforce payment and performance of Owner's obligations hereunder (including but not limited to the Note, if applicable under paragraph 3(a) above), and all extensions, renewals, increases and rearrangements thereof, and all additional amounts which may be advanced by Beneficiary for additional work and material necessary for the completion of the Improvements, and all additional sums paid out by Beneficiary which are chargeable to Owner hereunder (all of the foregoing being herein sometimes collectively called the "Obligation").

If any portion of the Obligation cannot be lawfully secured by the lien and security interest herein given and created upon the Collateral, it is agreed that the first payments made on said Obligation shall be applied to the discharge of that portion of the Obligation.

### Alterations and Extras.
No alterations shall be made in the work shown or described by the plans and specifications, nor shall any extra work or materials be charged or paid for, unless a separate estimate for such extra work is submitted in writing by Contractor to Owner and agreed to in writing by them before the extra work is started. The additional amount to be paid for all extra work and materials so agreed to and furnished shall be a part of the Contract Price secured by the lien created by this Contract. Beneficiary, at its option and subject to the execution of such additional loan documents as it might require, may advance all or part of such additional amount, including also any cost increases or overruns agreed in writing between Owner and Contractor, and in such event the additional amount or amounts will be a part of the Obligation secured hereby. If Beneficiary elects not to advance such additional amount, Owner shall pay Contractor in cash upon completion of such extra work. All extra work done or material furnished without such agreement shall be considered as performed under the original Contract and no extra cost shall be demanded or allowed.

### Completion.
If the Improvements fail for any reason to be completed according to this Contract, any construction contract or the plans and specifications, or if all of the labor and material used in erection thereof fails to be provided by Contractor, then Beneficiary shall have a valid and subsisting lien for the Contract Price less such amount as would be reasonably necessary to complete the Improvements according to this Contract, any construction contract and the plans and specifications. Without limitation of the preceding sentence, if Contractor has assigned the Obligation to Lender, then Lender or the subsequent holder of the Obligation at the time in question may complete the construction but shall have no obligation to do so.

### 10. Insurance.
Owner will at all times until the Obligation is paid in full, keep all insurable Collateral insured against the risks covered by policies of fire and extended coverage insurance and such other risks as Beneficiary may require, such insurance to be written in amounts and form acceptable to

43 05 1679 (12 92) NEW    43 20540 (Rev. 1 92) OLD