## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 9913** |

## DECLARATION OF DANIEL MCKILLOP, SENIOR MANAGER, CONTACT CENTER OPERATIONS, IN SUPPORT OF THE DEBTORS' OMNIBUS REPLY IN SUPPORT OF OBJECTIONS TO CONTESTED PRO SE CLAIMS

Pursuant to 28 U.S.C. § 1746, I, Daniel McKillop, declare as follows:

1.      I am a Senior Manager in Contact Center Operations at TXU Energy Retail Company LLC ("<u>TXU Energy</u>"), a limited liability company organized under the laws of the state of Texas and which is now a direct subsidiary of Texas Competitive Electric Holdings Corp., a corporation organized under the laws of the state of Delaware.

2.      I have worked for TXU Energy since October 2009.  As a Senior Manager in Contact Center Operations, I lead the department's quality assurance and reporting and analytics teams.  All facts set forth in this declaration are based upon my personal knowledge of TXU Energy's customer service operations and related information gathered from my review of certain of TXU Energy's records (including customer accounts) and my oversight of the claims review process within TXU Energy's customer service team.  I am over the age of 18 and duly authorized to execute this declaration (the "<u>Declaration</u>") on behalf of TXU Energy in support of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the *Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims* (the "Reply"),[2] filed contemporaneously herewith.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.        As part of the Debtors' claims reconciliation process, certain current and former customers of TXU Energy who filed Proofs of Claim in the chapter 11 cases were referred to TXU Energy's Contact Center Operations team to review the customer's account with TXU Energy and attempt to resolve any issues.   As a Senior Manager in Contact Center Operations, I oversaw the claims review process and worked with a team of customer service representatives (the "TXU Team") who performed these tasks.  The TXU Team assisted at two points in the claims reconciliation process:  before an Objection to a Proof of Claim was filed and after a claimant responded to an Objection.

4.        Prior to an Objection being filed, where the Debtors identified that a Proof of Claim was filed by a current or former customer of TXU Energy and described a specific basis for the claim related to a customer account, the TXU Team tried to reach the claimant to discuss and attempt to resolve their complaint.

5.        After the Debtors received a response to a filed Objection where it was apparent that the claimant believed there was an issue with their customer account, the Debtors provided the claimant's information to the TXU Team.  According to a protocol developed by myself, in-house counsel, and the Debtors' bankruptcy counsel, the TXU Team reviewed each claimant's assertions and customer account information.  The TXU Team then called each claimant to discuss the results of their review.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Reply.

RLF1 15501116v.1

6.      Where the TXU Team identified a problem with an account, they resolved the issue as they would in the ordinary course of business.  Where the results of the TXU Team's review contradicted the claimant's assertions and indicated that no problem with the account existed, the TXU Team reached out to discuss TXU Energy's position with the claimant and to ask whether the explanation resolved the claimant's concerns.

7.      In many cases, these conversations did resolve the claimant's complaint and the Objection.  However, in several instances, after listening to the TXU Team's review of their account, the claimant still believed they held a claim against the Debtors.  In other instances, the TXU Team was unable to reach the claimant (the TXU Team made at least three attempts, on separate days, to call each claimant, leaving a voicemail message where possible).  The TXU Team then reported the results of their outreach to the Debtors' in-house counsel.

8.      In connection with preparing the Reply, the TXU Team reviewed the customer accounts for Pro Se Claimants who are former or current customers of TXU Energy, but who failed to provide enough information for the Debtors to understand the claim the claimant was seeking to assert.[3]  Specifically, the TXU Team looked at deposit, billing, and account service information.  The TXU Team did not find any issues with these claimants' customer accounts.

9.      The following chart summarizes the diligence the TXU Team performed in connection with these Pro Se Claimants' claims and customer accounts.

---

[3] The TXU Team also performed this review for two Pro Se Claimants who asserted claims on account of unknown class action suits related to rates.

| Claimant | Description and Response |
|---|---|
| *Customer Claims (Account Complaints)* | |
| **Barbara Betts** | The TXU Team spoke with the claimant's husband on February 5, 2015, during which conversation the claimant's husband stated that the claim is related to a report of an unpaid balance on his credit report and that the balance was incurred by his daughter initiating service under his name without authorization. The TXU Team sent a request to the consumer reporting agencies to delete the report and credited the claimant's account for the amount of the charges. Despite agreeing that the issue was resolved by those actions, the claimant declined to resolve the Objection. |
| **Christina Matheu** | The TXU Team reviewed the claimant's account and determined that there was no indication the claimant was charged more than the appropriate rate under the service plan in which she was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing. The TXU team spoke with the claimant on April 8, 2015, during which conversation the claimant indicated to the TXU Team that she was certain she was being charged more than what other service providers were charging. |
| **Cynthia Smith** | The TXU Team reviewed the claimant's account and determined that the claimant had enrolled in the "TXU Energy MarketEdgeSM" pricing plan, which has a pricing component that is based on the current month's price of natural gas pursuant to NYMEX. The method for calculating the price for electric service was clearly included in materials provided to the customer. At no point was the claimant billed for gas, which is a service that is not provided by the Debtors. The TXU Team was unable to reach the claimant to discuss. |
| **Deborah Moore** | The TXU Team spoke with the claimant on January 27, 2015, during which conversation the claimant asserted that the premises connected to the account were vacant during her deployment. The TXU Team reviewed the claimant's account and determined that the claimant first enrolled in electric service from TXU Energy on February 2, 2006, that on March 24, 2006, the claimant added her sister, Terri Moore, to the account, and that both the claimant and her sister called TXU Energy throughout the time in question, usually to make a payment, balance inquiry, or payment arrangement—during none of these calls did the claimant or her sister indicate they believed they were being over- or improperly charged. The account was briefly enrolled in automatic payment, but removed for failed payment attempts. The TXU Team further determined that the account was accurately billed for electricity used according to a meter. The TXU Team spoke with the claimant on January 27, 2015, informing her of the results of the review, but the claimant declined to resolve the Objection. |
| **Jack Rogers Beard Jr.** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which he was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing (other than an issue in 2009 where invoices were inadvertently not sent to the customer for a period of time and which issue was promptly resolved by delivering a cumulative invoice that was subsequently paid by the claimant). The TXU Team was unable to reach the claimant to discuss. |
| **Jackie McClain** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which she was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing. The TXU Team was unable to reach the claimant to discuss. |

4

| Claimant | Description and Response |
|---|---|
| **Jacquelyn Myles** | The TXU Team reviewed the claimant's account and determined that she was accurately billed for electricity used according to a meter.  At no time did the claimant request to discontinue or suspend service during the time in question. |
| **Judy Allen** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which she was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing.  The TXU Team was unable to reach the claimant to discuss. |
| **Kathey Neal** | The TXU Team reviewed the claimant's account and determined that the claimant made a complaint to TXU Energy customer service after receiving her first invoice in mid-2009.  As a gesture of goodwill, a TXU Energy supervisor changed the claimant to a plan with a lower rate per kilowatt hour used and waived the "early cancellation fee" for the prior selected plan.  The claimant switched to a different provider when the term of her plan expired. The TXU Team spoke with the claimant on February 4, 2015, informing her of the results of the review, but the claimant declined to resolve the Objection. |
| **Linda and Jeffrey Lammers** | The claimants were among those customers to whom TXU Energy customer service representatives reached out prior to filing an Objection to their claim. The representatives left three voicemail messages, which the claimants did not return.  Following the Objection and Formal Response, the TXU Team reviewed the claimants' account and determined that on May 24, 2010, Ms. Lammers contacted TXU Energy to change their plan, which was about to expire.  Ms. Lammers selected the "Texas Choice 14" plan, which expired on August 17, 2011, at which time the account rolled to a month-to-month per stated company policy.  The plan structures changed and the claimants' account was updated accordingly on both April 17, 2012 and May 14, 2014.  The claimants were sent a notification by letter each time their plan changed, with the exception of the May 14, 2014 change, when the notification of the impending change was included on the April 2014 bill.  TXU Energy received only two communications from the claimants after the initial May 24, 2010 call—an e-mail in March 2012 indicating that their meter was falling away from the wall and an e-mail on July 2, 2012 stating that they would like to review available plans (a TXU customer service representative responded with a standard reply advising the claimants to call the customer service department, there is no record of the claimants making such call).  The TXU Team further determined that the claimants were billed correctly according to the various plans that were in effect. |
| **Lorenzo Pipkin** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which he was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing.  The TXU Team spoke with the claimant on May 8, 2015, informing him of the results of the review, but the claimant declined to resolve the Objection. |
| **Maria Soto** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which she was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing.  The TXU Team spoke with the claimant on several occasions in February 2015, informing her of the results of the review, but the claimant declined to resolve the Objection. |

| Claimant | Description and Response |
|---|---|
| **Mary Jame Phillips** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which she was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing. The TXU Team was unable to reach the claimant to discuss. |
| **Melvin Williams** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which he was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing. The TXU Team attempted to contact the claimant on May 12, 2015, but the claimant disconnected the call upon being informed that the call was regarding his claim. |
| **Robert Walker** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which he was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing. The TXU Team attempted to contact the claimant on May 12, 2015, but the claimant disconnected the call upon being informed that the call was regarding his claim. |
| **Rose S. Washington** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which she was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing. In addition, the TXU Team determined that the claimant had not selected a new plan in 2013, but instead had been on a month-to-month plan since 2011. The TXU Team spoke with the claimant on April 2, 2015, informing her of the results of the review, but the claimant declined to resolve the Objection. |
| **Shanta Woods** | The TXU Team spoke with the claimant on January 27, 2015, during which conversation the claimant stated that TXU Energy never returned her deposit and that she had received a letter from TXU Energy several years earlier notifying her that the company had overcharged her by $4,775. The TXU Team reviewed the claimant's account and determined that no deposit was required or collected from the claimant, there was no indication the customer was charged more than the appropriate rate under the service plan in which she was enrolled, and there were no apparent discrepancies in the service, contract, pricing, or billing. In addition, there was no notation in the customer's account regarding a communication about overcharges being sent—per company practice, any such communications to customers are noted in the customer's account. The TXU Team spoke with the claimant on January 28, 2015, informing her of the results of the review, but the claimant declined to resolve the Objection. |
| **Sharron Carter** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which she was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing. The TXU Team spoke with the claimant on May 12, 2015, informing her of the results of the review, but the claimant declined to resolve the Objection. |
| **Stephen W. Mitchell** | The TXU Team reviewed the claimant's account and determined that on January 21, 2013, the customer reported that his electricity flickered, causing certain appliances to cease working. TXU Energy forwarded the report to Oncor for review and investigation. TXU Energy is not responsible for, and therefore does not reimburse for |

| Claimant | Description and Response |
|---|---|
| | any damages associated with, the quality of electricity delivery.  Otherwise, the TXU Team's review of the claimant's account showed no indication the customer was charged more than the appropriate rate under service plan in which he was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing. The TXU Team was unable to reach the claimant to discuss. |
| **Teretta Vaughn** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under service plan in which she was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing.  The TXU Team spoke with the claimant on May 11, 2015, informing her of the results of the review, but the claimant declined to resolve the Objection. |
| **Yolanda Small** | The TXU Team reviewed the claimant's account and determined that there was no indication the customer was charged more than the appropriate rate under the service plan in which she was enrolled and that there were no apparent discrepancies in the service, contract, pricing, or billing.  The TXU Team attempted to contact the claimant on May 12, 2015, but the claimant disconnected the call upon being informed that the call was regarding her claim. |
| *Customer Claims (Unknown)* | |
| **Austin Kovach** | The TXU Team reviewed the claimant's customer account, including deposit, billing, and account service information, and did not find any issues. |
| **Cora Redic** | The TXU Team reviewed the claimant's customer account, including deposit, billing, and account service information, and did not find any issues. |
| **Donald Cox** | The TXU Team reviewed the claimant's customer account, including deposit, billing, and account service information, and did not find any issues. |
| **Jesus Moreno** | The TXU Team reviewed the claimant's customer account, including deposit, billing, and account service information, and did not find any issues. |
| **JoAnn M. Robinson** | The TXU Team reviewed the claimant's customer account, including deposit, billing, and account service information, and did not find any issues. |
| **Kimberley Olbrish** | The TXU Team reviewed the claimant's customer account, including deposit, billing, and account service information, and did not find any issues. |
| **Marilyn Bell** | The TXU Team reviewed the claimant's customer account, including deposit, billing, and account service information, and did not find any issues. |
| **Nikita Denise Bailey-Kelly** | The TXU Team reviewed the claimant's customer account, including deposit, billing, and account service information, and did not find any issues. |
| **Ruth Caesar** | The TXU Team reviewed the claimant's customer account, including deposit, billing, and account service information, and did not find any issues. |
| **Susan Keyes** | The TXU Team reviewed the claimant's customer account, including deposit, billing, and account service information, and did not find any issues. |

RLF1 15501116v.1

| Claimant | Description and Response |
|---|---|
| *Other Claims* | |
| **Leo Griffin** | The TXU Team performed a basic review of the customer account associated with this claimant, including reviewing deposit, billing, and account service information, and did not find any issues. |
| **Mason Guy** | The TXU Team performed a basic review of the claimant's customer account, including reviewing deposit, billing, and account service information, and did not find any issues. |
| **Monica Regina Hawkins** | The TXU Team also reviewed the claimant's customer account and determined that there are no outstanding or unresolved issues. |

*[Remainder of page intentionally left blank.]*

RLF1 15501116v.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 21, 2016
  Irving, Texas

            */s/ Daniel McKillop*
            Daniel McKillop
            Senior Manager of Contact Center Operations
            TXU Energy Retail Company LLC

RLF1 15501116v.1