**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: D.I. 9913** |

**DECLARATION OF SINEAD SOESBE,
SENIOR COUNSEL, IN SUPPORT OF THE DEBTORS' OMNIBUS
REPLY IN SUPPORT OF OBJECTIONS TO CONTESTED PRO SE CLAIMS**

Pursuant to 28 U.S.C. § 1746, I, Sinead Soesbe, declare as follows:

1. I am a Senior Counsel at Texas Competitive Electric Holdings Corp. ("TCEH"), a corporation organized under the laws of the state of Delaware.

2. I have worked for TCEH since 2009. As Senior Counsel in the legal department, I handle litigation and claims matters for TCEH and its affiliates. All facts set forth in this declaration are based upon my personal knowledge and review of the Debtors' corporate records and information supplied to me by employees of the Debtors. I am over the age of 18 and duly authorized to execute this declaration (the "Declaration") on behalf of TXU Energy in support of the *Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims* (the "Reply"),[2] filed contemporaneously herewith. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Reply.

RLF1 15501110v.1

3.      As part of the Debtors' claims reconciliation process, where the documentation appended to a Proof of Claim—or additional information supplied by a claimant during discussions with the Debtors or their advisors—indicated that the asserted claim was against or involved a non-Debtor entity, the Debtors reviewed their books and records to determine whether and how the named entity was related to the Debtors, including by researching whether the entity is a predecessor or affiliate of a Debtor.

4.      Where a claimant made a specific assertion that did not appear to be related to a TXU Energy customer account or a non-Debtor, the Debtors reviewed their relevant books and records to determine whether the assertion had any merit.

5.      The following chart summarizes the diligence the Debtors performed in connection with these Pro Se Claimants' claims.

| Claimant | Description and Response |
|---|---|
| *Claims Against Non-Debtor Third Parties* | |
| **Amelia Maurillo** | The Debtors reviewed the oil, gas and mineral lease included with the Formal Response and confirmed that the Debtors are not a party to the lease. The Debtors reviewed their books and records and verified that Dale Property Services is not a Debtor, nor a predecessor or affiliate of the Debtors. |
| **Annie Brinkley** | The Debtors reviewed the history and documentation provided by the claimant and confirmed that the Debtors are not connected to the installation of the heater. The Debtors reviewed their books and records and verified that none of the companies referenced in the Proof of Claim are a Debtor, nor a predecessor or affiliate of the Debtors (other than Oncor). |
| **Donna Phillips** | The Debtors reviewed their books and records and determined that they do not have mining operations in the county where the lease is located and, therefore, are not party to any mining leases located in that county. |
| **Gerald and DeAnna Edwards** | The Debtors reviewed the various papers submitted by the claimants and were unable to identify a claim being asserted against the Debtors. The Debtors' records show no indication of a connection to the properties or patents included in the claimant's papers. |
| **Melva Johnson-Cauley** | The Debtors reviewed the oil, gas and mineral lease included with the Formal Response and confirmed that the Debtors are not a party to the lease. The Debtors reviewed their books and records and verified that Dale Property Services is not a Debtor, nor a predecessor or affiliate of the Debtors. |

| | |
|---|---|
| **Tim Villarreal** | The Debtors reviewed their books and records and verified that there is no (and never has been) any affiliation with Jevic Transportation. |
| *Other Claims* | |
| **Leo Griffin** | The Debtors reviewed their books and records and determined that they are not aware of any class action against the Debtors fitting the claimant's description. |
| **Mason Guy** | The Debtors reviewed their books and records and determined that they are not aware of any class action against the Debtors fitting the claimant's description. |
| **Maurice Jefferson** | The Debtors reviewed their books and records and determined that they are not aware of any severance program of the kind and from the time described by the claimant. |
| **Monica Regina Hawkins** | The Debtors reviewed their books and records and determined that they are not aware of any class action against the Debtors fitting the claimant's description and verified that Wells Fargo Home Mortgage is not a Debtor, nor a predecessor or affiliate of the Debtors. |
| **Wendy Copeland** | The Debtors reviewed their books and records and confirmed that no company named Durham Electric was ever purchased by the Debtors. |

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 21, 2016
       Dallas, Texas

                                              */s/ Sinead Soesbe*
                                              Sinead Soesbe
                                              Senior Counsel, Texas Competitive Electric Holdings Corp.

RLF1 15501110v.1