IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
In re:                                                  :   Chapter 11
                                                        :
Energy Future Holdings Corp., et al.,                   :   Case No. 14-10979 (CSS)
                                                        :
                                  Debtors               :   (Jointly Administered)
------------------------------------------------------- X

**NOTICE OF DEPOSITION OF MARK HICKSON BY COMPUTERSHARE TRUST COMPANY, N.A. AND COMPUTERSHARE TRUST COMPANY OF CANADA, IN ITS CAPACITY AS INDENTURE TRUSTEE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in its capacity as indenture trustee (the "**EFIH Second Lien Trustee**") for the EFIH Second Lien Notes (the "**EFIH Second Lien Notes**" and the holders thereof, the "**EFIH Second Lien Noteholders**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "**EFIH**") pursuant to the Indenture dated as of April 25, 2011, will by and through undersigned counsel, take the deposition upon oral examination of Mark Hickson in connection with the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as It Relates to the EFH/EFIH Debtors (Dkt. No. 9381) and, in particular, in connection with the proceedings for approval of confirmation of the aspects of the Plan affecting the so-called "E-

Side" Debtors. The deposition will take place on Tuesday, October 25, 2016 at the offices of

**Chadbourne & Parke LLP, 1301 Avenue of the Americas, New York, New York 10019**. The

deposition will take place before a court reporter and will be recorded by stenographic means,

may be videotaped, and shall continue from day to day until it has been completed.

Dated:   Wilmington, Delaware
         October 21, 2016

                  PACHULSKI STANG ZIEHL & JONES LLP

                  */s/ Laura Davis Jones*
                  Laura Davis Jones (Bar No. 2436)
                  Robert J. Feinstein (NY Bar No. RF-2836)
                  919 N. Market Street, 17th Floor
                  P.O. Box 8705
                  Wilmington, DE  19899-8705 (Courier 19801)
                  Telephone:  (302) 652-4100
                  Facsimile:   (302) 652-4400
                  Email: ljones@pszjlaw.com
                            rfeinstein@pszjlaw.com

                  *- and -*

                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                  Thomas Moers Mayer
                  Gregory A. Horowitz
                  Joshua K. Brody
                  Kramer Levin Naftalis & Frankel LLP
                  1177 Avenue of the Americas
                  New York, New York 10036
                  Telephone:  (212) 715-9100
                  Facsimile:   (212) 715-8000
                  Email: tmayer@kramerlevin.com
                            ghorowitz@kramerlevin.com
                            jbrody@kramerlevin.com

                  *- and -*

- 3 -

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: 212-541-1114
Facsimile: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*