**EXHIBIT A**

Energy Future Holdings Corp.
Twenty Second (Non-Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| GLOBAL TECHNICAL TRAINING SERVICES INC. | 3736 | This claim has been settled pursuant to the Notice of Settlement of Certain Claim [D.I. 9847] |

**EXHIBIT B**

Energy Future Holdings Corp.
Twenty Third (Substantive) Objection to Claims

| Name of Creditor | Claim Number | Status of Claim |
|---|---|---|
| TANNOR PARTNERS CREDIT FUND LP | 2221 | This claim has been resolved pursuant to the Certification of Counsel [D.I. 9845] |
| REDDY ICE CORP. (transferred to Liquidity Solutions, Inc.) | 3250 | This claim has been resolved pursuant to the Certification of Counsel [D.I. 9845] |

**EXHIBIT C**

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| SHALE-INLAND HOLDINGS LLC | 1776 | This claim has been settled pursuant to the Notice of Settlement of Certain Claim [D.I. 9847] |
| AIRGAS USA, LLC | 3314 | This claim has been resolved pursuant to the Certification of Counsel [D.I. 9846] |
| DISTRIBUTION NOW L.P. | 5014 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtor once a hearing date is scheduled. |
| BENETECH, INC. | 5776 | This claim has been settled pursuant to the Notice of Settlement of Certain Claim [D.I. 9847] |
| VERIZON WIRELESS | 6264 | This claim has been resolved pursuant to the Certification of Counsel [D.I. 9846] |

**<u>EXHIBIT D</u>**

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| RED BALL OXYGEN COMPANY | 7677 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7676 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7679 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7675 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7678 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| AUTOMATIC SYSTEMS, INC. | 4868 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAIL WORKS TRACK SYSTEMS, INC. | 6184 | On October 6, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| RANGER EXCAVATING LP | 2613 | Response filed on February 19, 2016. [Docket No. 7901]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| LONG INDUSTRIES, INC. | 5269 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-154575711_1

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| TEXAS BIG SPRING, LP | 8007 | Response filed on February 23, 2016. [Docket No. 7919]. The hearing on this claim has been continued to December 14, 2016 starting at 10:00 a.m. (EST). |

**<u>EXHIBIT E</u>**

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| COPELAND, WENDY | 10042 | Written response received by Debtors. [Not on Docket]. In accordance with the procedures approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| COPELAND, WENDY | 10074 | Written response received by Debtors. [Not on Docket]. In accordance with the procedures approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| COPELAND, WENDY | 10619 | Written response received by Debtors. [Not on Docket]. In accordance with the procedures approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| FPL ENERGY PECOS WIND I, LLC | 7485 | Response filed on April 7, 2016. [Docket No. 8153]. The hearing on this claim has been continued to December 14, 2016 starting at 10:00 a.m. (EST). |
| FPL ENERGY PECOS WIND II, LLC | 7483 | Response filed on April 7, 2016. [Docket No. 8154]. The hearing on this claim has been continued to December 14, 2016 starting at 10:00 a.m. (EST). |
| HERBERT, WILLIAM JEFFERY | 4364 | Response filed on April 8, 2016. [Docket No. 8173]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| INDIAN MESA WIND FARM, LLC | 7484 | Response filed on April 7, 2016. [Docket No. 8152]. The hearing on this claim has been continued to December 14, 2016 starting at 10:00 a.m. (EST). |
| JEFFERSON, MAURICE | 7526 | Response filed on April 6, 2016. [Docket No. 8134]. In accordance with the procedures approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |

1

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JEFFERSON, MAURICE | 9650 | Response filed on April 6, 2016. [Docket No. 8134]. In accordance with the procedures approved by this Court in D.I. 9287, a hearing with respect to this claim will take place on November 8, 2016 starting at 10:00 a.m. (EST). |
| MCALOON, CATHERINE | 4780 | Response filed on April 18, 2016. [Docket No. 8240]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

2

**EXHIBIT F**

Energy Future Holdings Corp.
Forty-Second Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| OHIO DEPARTMENT OF TAXATION, THE | 3526 | Response filed on June 29, 2016. [Docket No. 8845]. The hearing on this claim has been continued to December 14, 2016 starting at 10:00 a.m. (EST). |

**EXHIBIT G**

**IN RE ENERGY FUTURE HOLDINGS CORP.,** *ET AL.***, CASE NO. 14-10979 (CSS)**

**STATUS CHART OF**
**CURE/ASSUMPTION OBJECTIONS AND RESPONSES TO THE**
**THIRD AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY**
**FUTURE HOLDINGS CORP.,** *ET AL.***, PURSUANT TO CHAPTER 11 OF THE**
**BANKRUPTCY CODE AS IT APPLIES TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS[1]**

|  | **Objecting Party** | **Docket Number** | **Objection** | **Status of Objection** |
|---|---|---|---|---|
| | | | **CURE/ASSUMPTION OBJECTIONS** | |
| 1 | Pooled Equipment Inventory Co. ("PEICo") | 9195 | 1.  The cure amount due PEICo is $62,062.80, not $32,231.60. | 1.  Resolved by agreement of the parties as to the cure amount. |
| 2 | Oracle America, Inc., as successor in interest to Oracle USA, Inc., Oracle Corporation, and Datalogix, Inc. ("Oracle") | 9213 | 1.  The Plan is unconfirmable because it seeks to assume executory contracts without (1) Oracle's consent; (2) providing the full cure amount; and (3) providing adequate assurance. | 1.  Resolved by agreement of the parties and addition of paragraph 115 to the TCEH Confirmation Order. |

---

[1]   Green shaded objections have been resolved.

Capitalized terms used but not defined herein shall be given the meanings ascribed to them in the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9199] (the "Plan") and the *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp.*, et al., *Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 8753] (the "TCEH Disclosure Statement").

The following parties filed reservations of rights:  (a) TXU 2007-1 Railcar Leasing LLC [D.I. 9206] ("TXU Railcar Leasing"); (b) Union Pacific Railroad Company [D.I. 9242] ("UPRR"); and (c) Data Systems & Solutions LLC [D.I. 9281] ("DS&S").

| | Objecting Party | Docket Number | Objection | Status of Objection |
|---|---|---|---|---|
| 3 | Boral Material Technologies, LLC ("BMT") | 9234 | 1. The cure amount due to BMT is $21,041.90 (the "Monticello Cure Amount") and $19,471.50 (the "Big Brown Cure Amount"), not $7,317.81 and $7,908.00 (not attributable on the Assumption Schedule). | 1. Resolved by agreement of the parties as to the cure amount. |
| 4 | Accenture LLP ("Accenture") | 9238 | 1. The cure amount due to Accenture is $442,900.60, not $382,232.00. | 1. Resolved by agreement of the parties as to the cure amount and combination of reference numbers 21, 22, and 23 into a single entry (without assignment). |
| 5 | SAP Industries, Inc. ("SAP") | 9243 | 1. The Plan is unconfirmable because it seeks to assume executory contracts without SAP's consent or providing adequate assurance. | 1. Resolved by agreement of the parties as to the cure amount and form of assignment agreement. |

2

**EXHIBIT H**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### INDEX OF FEE APPLICATIONS AND SECTION 503(b) FEE REQUESTS
### TO BE CONSIDERED AT THE OCTOBER 26, 2016 HEARING

1.　Second Interim Fee Application of Charles River Associates as Natural Gas and Energy Consultant for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of January 1, 2015 Through October 31, 2015 [D.I. 7619; filed January 12, 2016]

　　Response/Objection Deadline:　　February 2, 2016 at 4:00 p.m. (EST)

　　Response/Objection Received:　　None.

　　Related Documents:

　　A.　Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

2.　Second Interim Fee Application of Bielli & Klauder, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 8719; filed June 15, 2016]

　　Response/Objection Deadline:　　July 6, 2016 at 4:00 p.m. (EDT)

　　Response/Objection Received:　　None.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

3.    Second Interim Fee Application of Greenberg Traurig, LLP, as Special Counsel for Certain Energy-Related Transactional Matters for the Debtors and Debtors in Possession, for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 9539; filed September 14, 2016]

    Response/Objection Deadline:    October 6, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

4.    Third Interim Fee Application of Jenner & Block LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period January 1, 2016 Through April 30, 2016 [D.I. 8735; filed June 15, 2016]

    Response/Objection Deadline:    July 6, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

5.    Fourth Interim Fee Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP for Allowance of Compensation and for Reimbursement of Expenses Incurred During the Period January 1, 2016 Through April 30, 2016 [D.I. 8722; filed June 15, 2016]

    Response/Objection Deadline:    July 6, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

Related Documents:

A.   Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

6.   Fourth Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2016 Through April 30, 2016 [D.I. 8752; filed June 16, 2016]

Response/Objection Deadline:        July 7, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.   Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

7.   Fifth Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from January 1, 2016 Through April 30, 2016 [D.I. 8717; filed June 15, 2016]

Response/Objection Deadline:        July 5, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.   Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

8.   Fifth Interim Fee Application of Balch & Bingham LLP, Special Counsel to the Debtor and Debtors in Possession, for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 8834; filed June 28, 2016]

Response/Objection Deadline:        July 20, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.   Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

9.   Fifth Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period January 1, 2016 Through April 30, 2016 [D.I. 8780; filed June 20, 2016]

Response/Objection Deadline:        July 11, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.   Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

10.   Fifth Interim Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2016 Through April 30, 2016 [D.I. 8771; filed June 17, 2016]

Response/Objection Deadline:        July 8, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.   Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

11.   Fifth Interim Application of Greenhill & Co, LLC, as Financial Advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2016 Through April 30, 2016 [D.I. 8723; filed June 15, 2016]

Response/Objection Deadline:        July 6, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

12.    Fifth Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2016 Through April 30, 2016 [D.I. 8720; filed June 15, 2016]

Response/Objection Deadline:        July 6, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

13.    Fifth Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from January 1, 2016 Through April 30, 2016 [D.I. 8779; filed June 20, 2016]

Response/Objection Deadline:        July 11, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

14.    Fifth Interim Fee Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 8733; filed June 15, 2016]

Response/Objection Deadline:        July 6, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

15.    Fifth Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2016 Through April 30, 2016 [D.I. 8718; filed June 15, 2016]

Response/Objection Deadline:        July 5, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

16.    Fifth Interim Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of January 1, 2016 Through April 30, 2016 [D.I. 8744; filed June 16, 2016]

Response/Objection Deadline:        July 7, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

17.    Fifth Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 8721; filed June 15, 2016]

Response/Objection Deadline:        July 6, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

18.    Sixth Interim Fee Application of Alvarez & Marsal North America, LLC, in Their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 8851; filed July 1, 2016]

| Response/Objection Deadline: | July 25, 2016 at 4:00 p.m. (EDT) |
|---|---|
| Response/Objection Received: | None. |

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

19.    Sixth Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker and Financial Advisor for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2016 Through April 30, 2016 [D.I. 8939; filed July 18, 2016]

| Response/Objection Deadline: | August 9, 2016 at 4:00 p.m. (EDT) |
|---|---|
| Response/Objection Received: | None. |

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

20.    Sixth Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 8715; filed June 15, 2016]

| Response/Objection Deadline: | July 7, 2016 at 4:00 p.m. (EDT) |
|---|---|
| Response/Objection Received: | None. |

RLF1 15496457v.1

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

21.    Sixth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period January 1, 2016 Through April 30, 2016 [D.I. 8703; filed June 14, 2016]

Response/Objection Deadline:          July 5, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:          None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

22.    Sixth Interim Fee Application of Gibson, Dunn & Crutcher LLP Special Counsel to the Debtors and Debtors in Possession, for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 8725; filed June 15, 2016]

Response/Objection Deadline:          July 7, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:          None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

23.    Sixth Interim Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession, for the Period from January 1, 2016 Through April 30, 2016 [D.I. 8944; filed July 18, 2016]

Response/Objection Deadline:          August 9, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:          None.

RLF1 15496457v.1

Related Documents:

A.  Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

24.  Sixth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 8736; filed June 15, 2016]

Response/Objection Deadline:          July 7, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:          None.

Related Documents:

A.  Notice of Supplement to the "Sixth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from January 1, 2016 Through and Including April 30, 2016" [D.I. 8859; filed July 1, 2016]

B.  Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

25.  Sixth Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period from January 1, 2016 Through April 30, 2016 [D.I. 8724; filed June 15, 2016]

Response/Objection Deadline:          July 6, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:          None.

Related Documents:

A.  Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

26.  Sixth Interim Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession, for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 9317; filed August 16, 2016]

Response/Objection Deadline:          September 7, 2016 at 4:00 p.m. (EDT)

Response/Objection Received:          None.

- 9 -

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

27.    Sixth Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2016 Through April 30, 2016 [D.I. 8710; filed June 14, 2016]

    Response/Objection Deadline:    July 6, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

28.    Final Application of McDermott Will & Emery LLP as Special Counsel for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from April 29, 2014 Through October 28, 2015 [D.I. 9408; filed August 26, 2016]

    Response/Objection Deadline:    September 19, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

Related Documents:

    A.    Supplemental Declaration of Timothy W. Walsh in Support of Final Fee Application of McDermott Will & Emery LLP as Special Counsel for the Debtors and Debtors in Possession, for the Period of April 29, 2014 Through and Including October 28, 2015 [D.I. 9688; filed September 27, 2016]

    B.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

29.    Patterson Belknap Webb & Tyler LLP, Delaware Counsel to Law Debenture Trust Company New York in its Capacity as Indenture Trustee for Certain Notes Issued by Texas Competitive Electric Holdings Company, LLC and TCEH Finance, Inc.

    Response/Objection Deadline:    N/A

Response/Objection Received: None.

Related Documents:

A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

30. Law Debenture Trust Company of New York, as Successor Trustee, Registrar, Paying Agent, and Custodian for Certain Notes Issued by Texas Competitive Electric Holdings Company, LLC and TCEH Finance, Inc.

Response/Objection Deadline: N/A

Response/Objection Received: None.

Related Documents:

A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

31. White & Case as Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders

Response/Objection Deadline: N/A

Response/Objection Received: None.

Related Documents:

A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

32. Fox Rothschild, as Delaware Counsel to the Ad Hoc TCEH Unsecured Group

Response/Objection Deadline: N/A

Response/Objection Received: None.

Related Documents:

A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

RLF1 15496457v.1

33.    Reed Smith LLP, as Counsel to the Bank of New York in its Capacity as Collateral Agent Under the TCEH Second Lien Notes Indenture, the PCRB Trustee, and the EFCH 2037 Notes Trustee

Response/Objection Deadline:    N/A

Response/Objection Received:    None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

34.    Bank of New York Mellon Trust Company as Second Lien Collateral Agent for Texas Competitive Electric Holdings Company, LLC

Response/Objection Deadline:    N/A

Response/Objection Received:    None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m. [D.I. 9908; filed October 21, 2016]

RLF1 15496457v.1