# Exhibit A

**Ordinary Course Professional Quarterly Statement of Payments**

| | | For the Postpetition Period of July 01, 2016 to September 30, 2016 | | | Aggregate Postpetition Payments Through September 30, 2016 | |
|---|---|---|---|---|---|---|
| OCP | Service Description | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Bracewell & Giuliani LLP | Environmental Advice / Political Consultant | 28,149 | 9,383 | 28,149 | 811,704 | 811,704 |
| Duff & Phelps LLC [2] | Valuation - Impairment; Property Tax | 552,446 | 184,149 | 552,446 | 1,674,223 | 1,674,223 |
| Hawkins Parnell Thackston & Young | Litigation - Asbestos | 1,240 | 413 | 1,240 | 14,049 | 14,049 |
| Hunton & Williams LLP | Benefits-Immigration, Political Consultant | 346,125 | 115,375 | 346,125 | 2,663,618 | 2,663,618 |
| K&L Gates [3] | Transaction Advice; Non-Income Tax Litigation | 929,568 | 309,856 | 929,568 | 3,373,561 | 3,373,561 |
| Morgan Lewis & Bockius LLP | Regulatory (NRC) and Labor | 203,421 | 67,807 | 203,421 | 2,224,813 | 2,247,844 |
| Vinson & Elkins LLP [4] | Regulatory, Real Estate Advice | 752,884 | 250,961 | 752,884 | 2,493,055 | 2,493,055 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Alliance Consulting Group | Depreciation Study | - | - | - | - | - |
| Allison McCombe Small | Political Consultant | 12,000 | 4,000 | 12,000 | 84,000 | 84,000 |
| American Appraisal | Property Tax Expert for Litigation | - | - | - | - | - |
| Armstrong & Associates LLP | Litigation - Asbestos | - | - | - | 1,353 | 1,353 |
| Arnold & Porter LLP | Consulting Services | 15,000 | 5,000 | 15,000 | 600,000 | 600,000 |
| AYCO Company LP | Financial Executive counseling | 49,455 | 16,485 | 49,455 | 292,759 | 292,759 |
| Baker Botts LLP | IP, Transactional, and Contract Restructure | 59,977 | 19,992 | 59,977 | 1,125,206 | 1,125,206 |
| Beirne Maynard & Parsons LLP | Litigation - Asbestos | - | - | - | 281 | 281 |
| Beveridge and Diamond PC | Litigation - Water | 130 | 43 | 130 | 176,117 | 176,117 |
| Bluewater Strategies LLC | Consulting Services | 33,750 | 11,250 | 33,750 | 315,000 | 315,000 |
| Boulette Golden & Marin L.L.P. | Legal Advice -Labor and Employment | - | - | - | 18,403 | 18,403 |
| Bradley Arant Boult Cummings LLP | Adv- Asbestos Exposure | - | - | - | - | - |
| Brady & Peavey, P.C. | Public affairs and political consulting services | 10,000 | 3,333 | 10,000 | 140,000 | 140,000 |
| Burford & Ryburn LLP | Litigation - Asbestos | - | - | - | 10,817 | 10,817 |
| Carl S. Richie, Jr. Attorney At Law | Political Consultant | - | - | - | 203,641 | 203,641 |
| DCI Group LLC | Consulting Services | - | - | - | 405,429 | 405,429 |
| Deloitte Tax LLP | FIRPTA Advisory Services | - | - | - | 25,261 | 25,261 |
| Diane Yanaway | Political Consultant | - | - | - | 78,438 | 78,438 |
| Dykema Gossett | Counsel for TXU Chyba case | - | - | - | - | - |
| Eddie Cavazos | Political Consultant | 24,140 | 8,047 | 24,140 | 177,685 | 177,685 |
| Edward M. Shack | Political Activities Law Advice | 1,400 | 467 | 1,400 | 9,760 | 9,760 |
| Estes Okon Thorne & Carr PLLC | Litigation - General | 23,674 | 7,891 | 23,674 | 237,204 | 237,204 |
| Fish & Richardson PC | Litigation - General | - | - | - | - | - |
| Goldberg Godles Wiener & Wright | Regulatory Advice | 11,547 | 3,849 | 11,547 | 38,581 | 38,581 |
| Goodmans LLP | Canadian Counsel for Ebasco Services of | - | - | - | - | - |
| Grace & McEwan Consulting, LLC | Government Relation Services | - | - | - | - | - |
| Gruber Hurst Johansen Hail | Litigation - General | - | - | - | 43,892 | 43,892 |
| Haley Olson | Environmental Litigation | - | - | - | 2,703 | 2,703 |
| Harris & Dickey LLC | Tax Consulting | - | - | - | - | - |
| HMWK LLC | Political Consultant | - | - | - | 150,000 | 150,000 |
| Husch Blackwell Sanders LLP | Employment Litigation/Political Consultant | - | - | - | 25,949 | 25,949 |
| Imperium Public Affairs | Political Consultant | 39,199 | 13,066 | 39,199 | 343,955 | 343,955 |
| Ireland Carroll & Kelley PC | Environmental Litigation | - | - | - | 18 | 18 |
| Jack Roberts | Political Consultant | 32,000 | 10,667 | 32,000 | 216,000 | 216,000 |
| Jack W Gullahorn PC | Political Consultant | 80,000 | 26,667 | 80,000 | 742,006 | 742,006 |
| Jackson Gilmour & Dobbs, PC | Regulatory - Environmental | 90,412 | 30,137 | 90,412 | 465,462 | 465,462 |
| Jackson Kelly PLLC | Regulatory - MSHA/OSHA | 22,608 | 7,536 | 22,608 | 192,159 | 192,159 |
| Jackson Lewis, P.C. | Legal Advice - Labor and Employment | - | - | - | 19,563 | 19,563 |
| Jackson Sjoberg Mccarthy | Real Estate Mining | 19,676 | 6,559 | 19,676 | 312,118 | 312,118 |
| John Hildreth | Political Consultant | - | - | - | 200,000 | 200,000 |
| John Sherwood | Collections for TXU | - | - | - | 9,084 | 9,084 |
| Kelly Hart & Hallman | Litigation - Environmental and General | - | - | - | - | - |
| Kyle Bibb | Federal Income Tax Advice | - | - | - | 246,013 | 246,013 |
| Lam Lyn & Philip PC | Collections for TXU | 175 | 58 | 175 | 4,260 | 4,260 |
| Laurie Fenstemaker Pair | Ethics Consultant | 14,400 | 4,800 | 14,400 | 139,633 | 139,633 |
| Law Offices Of Dan Gus | Litigation - General | - | - | - | 13,475 | 13,475 |
| LeClairRyan | Retail Advice | 11,936 | 3,979 | 11,936 | 58,923 | 58,923 |
| Lillard Wise Szygenda PLLC | Litigation - General | - | - | - | 3,792 | 3,792 |
| Lisa Garcia | Political Consultant | 32,664 | 10,888 | 32,664 | 215,245 | 215,245 |
| Littler Mendelson PC | Employment Litigation | 92,316 | 30,772 | 92,316 | 413,671 | 413,671 |
| Locke Lord Bissell & Liddell | Benefits Advice | 35,225 | 11,742 | 35,225 | 280,124 | 280,124 |
| LPI Consulting Inc | Consulting Services | 30,000 | 10,000 | 30,000 | 270,000 | 270,000 |
| Madison Group LLC | Consulting Services | 37,500 | 12,500 | 37,500 | 511,421 | 511,421 |
| McConnell & Jones LLP | Employee Benefits Auditor | 30,514 | 10,171 | 30,514 | 153,909 | 153,909 |
| McGivney & Kluger P.C | Litigation - Asbestos | - | - | - | 216 | 216 |
| McGlinchey Stafford PLLC | Bankruptcy for TXU | 21,988 | 7,329 | 21,988 | 160,602 | 160,602 |
| Mcguirewoods LLP | Federal Political Consultant | 78,722 | 26,241 | 78,722 | 566,249 | 566,249 |
| Mehlman Vogel Castagnetti Inc | Consulting Services | - | - | - | 240,000 | 240,000 |
| Mercer Global | 401k Consulting | - | - | - | 51,674 | 51,674 |
| Mgroup Strategies | Political Consultant | 50,251 | 16,750 | 50,251 | 372,984 | 372,984 |
| Mignon McGarry | Political Consultant | 38,000 | 12,667 | 38,000 | 256,500 | 256,500 |
| Mike Kelly | Political Consultant | - | - | - | 93,636 | 93,636 |
| Miller & Chevalier Chartered [5] | Federal Income Tax and Benefits Legal Advice | 369,617 | 123,206 | 369,617 | 927,418 | 927,418 |
| Norton Rose Fulbright | Legal Counsel for Gross Receipts Tax Matters | - | - | - | 5,535 | 5,535 |
| O'Neill, Athy & Casey PC | Consulting Services | 30,000 | 10,000 | 30,000 | 210,000 | 210,000 |
| Perry Street Communications LLC | Financial communications | 92,952 | 30,984 | 92,952 | 481,431 | 481,431 |
| Phenix & Crump, PLLC | Local Counsel in Partition Actions | - | - | - | 4,407 | 4,407 |
| Phil Gamble | Political Consultant | 40,043 | 13,348 | 40,043 | 271,095 | 271,095 |
| Philips & Meachum Public Affairs | Political Consultant | 43,500 | 14,500 | 43,500 | 391,500 | 391,500 |
| Pillsbury Winthrop Shaw Pittman | Litigation - General | - | - | - | 12,214 | 12,214 |
| Polan Culley Advocacy Group | Political Consultant | 40,685 | 13,562 | 40,685 | 325,350 | 325,350 |

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of July 01, 2016 to September 30, 2016 | | | Aggregate Postpetition Payments Through September 30, 2016 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| Prickett Jones & Elliott PA | Delaware Corp. Law Advice | - | - | - | - | - |
| Public Strategies Inc | Consulting Services | - | - | - | - | - |
| Quintairos, Prieto, Wood & Boyer, P.A. | Collection Legal Services | 1,855 | 618 | 1,855 | 1,855 | 1,855 |
| R. H. Sweeney Associates | Leadership Development & Recruiting | - | - | - | - | - |
| Rajkovich Williams Kilpatrick & True | Mine Safety & Health Admin Litigation | - | - | - | 2,885 | 2,885 |
| Reed Smith | Litigation - General | - | - | - | - | - |
| Rissing Strategic | External Federal Lobbyist | - | - | - | 60,000 | 60,000 |
| Robert Half Finance & Accounting | Tax Consulting | - | - | - | 31,720 | 31,720 |
| Ryan LLC | Tax abatement/reduction strategies for new | - | - | - | - | - |
| Ryan Mackinnon Vasapoli & Berzok | Consulting Services | - | - | - | 305,732 | 305,732 |
| SAK Consulting, LLC | Tax Consulting | - | - | - | 36,419 | 36,419 |
| San Jacinto Consulting Group, LLC | Consulting Services | 66,000 | 22,000 | 66,000 | 305,250 | 305,250 |
| Scheef & Stone LLP | Bankruptcy Advice | - | - | - | 157,079 | 157,079 |
| SHL US Inc. | Recruiting | - | - | - | 28,830 | 28,830 |
| Simpson Thacher & Bartlett LLP | Corporate and Financing Advice | - | - | - | 150,962 | 150,962 |
| Slover & Loftus | Transportation Advice | 450 | 150 | 450 | 31,068 | 31,068 |
| Stroz Friedberg LLC | IT and Data Security Advisor | 155,470 | 51,823 | 155,470 | 640,427 | 640,427 |
| Susman Godfrey LLP | Litigation - General | 1,000 | 333 | 1,000 | 117,611 | 117,611 |
| Sutherland Asbill & Brennan LLP | Regulatory Advice | 43,683 | 14,561 | 43,683 | 311,679 | 311,679 |
| Swetman Baxter Massenburg LLC | Litigation - Asbestos | - | - | - | - | - |
| Talley & Associates | Consulting Services | - | - | - | 150,000 | 150,000 |
| The Beshear Group, Inc. | Public Relations and Community Affairs | - | - | - | 95,236 | 95,236 |
| The EOP Group | Consulting Services | - | - | - | 300,000 | 300,000 |
| The Schlueter Group | Political Consultant | - | - | - | 205,500 | 205,500 |
| The Willis Law Group, PLLC | Litigation - General | 6,069 | 2,023 | 6,069 | 9,727 | 9,727 |
| Thomas Long Niesen & Kennard | Regulatory Advice | 16,331 | 5,444 | 16,331 | 18,125 | 18,125 |
| TLG Services, Inc. | Nuclear Decommissioning Study | - | - | - | - | - |
| Towers Watson Pennsylvania, Inc. | Compensation Advisor | 123,827 | 41,276 | 123,827 | 824,979 | 824,979 |
| Travis Eugene Jernigan | Political Consultant | 46,256 | 15,419 | 46,256 | 380,433 | 380,433 |
| Weber Shandwick | Media relations, visual comm | - | - | - | 81,154 | 81,154 |
| Webfilings LLC | XBRL coding, application hosting | - | - | - | 73,814 | 73,814 |
| Winston & Strawn LLP | Regulatory Advice | 55,310 | 18,437 | 55,310 | 516,797 | 516,797 |
| Zolfo Cooper, LLC | Conflicts Matter Advisor | - | - | - | - | - |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted.
2. Based on service dates, the cap was not exceeded.
3. Notices of excess fees were filed on 7/15/2016 and 8/9/2016 related to the three month service periods ending May 31, 2016 and June 30, 2016 respectively.
4. Based on service dates, the cap was not exceeded.
5. A notice of excess fees was filed on 9/20/2016 related to the three month service period ending July 31, 2016.