## EXHIBIT B

### Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 41.0 | $31,775.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 206.7 | $113,685.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 32.1 | $11,556.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 11.7 | $3,451.50 |
| David T. Queroli | Associate | Pending | Bankruptcy | $295 | 7.4 | $2,183.00 |
| Christopher M. DeLillo | Associate | Pending | Bankruptcy | $295 | 7.3 | $2,153.50 |
| **Total** | | | | | **306.2** | **$164,804.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 96.5 | $23,160.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $240 | 1.8 | $432.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $240 | 14.5 | $3,480.00 |
| Cynthia McMenamin | Paralegal | 1 | Bankruptcy | $240 | 1.1 | $264.00 |
| M. Lynzy McGee | Paralegal | 1 | Bankruptcy | $240 | 3.2 | $768.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $240 | 5.3 | $1,272.00 |
| Carlos B. Terreforte | Technical Support | 1 | MIS/Trial Support | $240 | 5.5 | $1,320.00 |
| Tesia S. Smith | Case Management Assistant | 1 | Bankruptcy | $130 | 1.0 | $130.00 |
| **Total** | | | | | **128.9** | **$30,826.00** |
| | | | | **Total Fees** | | **$195,630.00** |