# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $861.75 |
| Conference Calling | $180.34 |
| Court Reporter Services | $183.71 |
| Document Retrieval | $266.77 |
| Electronic Legal Research | $106.55 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $57.82 |
| Long distance Telephone Charges | $82.19 |
| Messenger and Delivery Service | $280.26 |
| Overtime | $807.07 |
| Photocopying/Printing - Outside Vendor | $513.48 |
| Photocopying/Printing | $1,376.55 |
| Postage | $15.08 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $16.89 |
| **Total:** | **$4,748.46** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $614.12 |
| Conference Calling | $128.52 |
| Court Reporter Services | $130.92 |
| Document Retrieval | $190.11 |
| Electronic Legal Research | $75.93 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $41.20 |
| Long distance Telephone Charges | $58.57 |
| Messenger and Delivery Service | $199.72 |
| Overtime | $575.15 |
| Photocopying/Printing - Outside Vendor | $365.92 |
| Photocopying/Printing | $980.97 |
| Postage | $10.75 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $12.04 |
| **Total:** | **$3,383.92** |

RLF1 15529544v.1

Case 14-10979-CSS    Doc 9923-4    Filed 10/24/16    Page 4 of 5

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $294.86 |
| Conference Calling | $61.71 |
| Court Reporter Services | $62.86 |
| Document Retrieval | $91.28 |
| Electronic Legal Research | $36.46 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $19.78 |
| Long distance Telephone Charges | $28.12 |
| Messenger and Delivery Service | $95.89 |
| Overtime | $276.15 |
| Photocopying/Printing - Outside Vendor | $175.69 |
| Photocopying/Printing | $471.00 |
| Postage | $5.16 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $5.78 |
| **Total:** | **$1,624.74** |

3

RLF1 15529544v.1

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $852.58 |
| Conference Calling | $178.43 |
| Court Reporter Services | $181.76 |
| Document Retrieval | $263.93 |
| Electronic Legal Research | $105.41 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $57.20 |
| Long distance Telephone Charges | $81.31 |
| Messenger and Delivery Service | $277.27 |
| Overtime | $798.47 |
| Photocopying/Printing - Outside Vendor | $508.01 |
| Photocopying/Printing | $1,361.88 |
| Postage | $14.92 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $16.71 |
| **Total:** | **$4,697.88** |