# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 9/6/2016 | Dimeo's Pizzaiuoli | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for and filing of proposed form of order approving E-Side disclosure statement | $19.36 | $19.36 |
| 9/9/2016 | W.B. Mason Co., Inc. | Drinks/ Snacks | 30 | Refreshments for visiting co-counsel, client representatives and other estate professionals in connection with 9/19/16 hearing | $24.26 | $727.84 |
| 9/9/2016 | Rodney Grille | Breakfast | 6 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 9/9/16 District Court oral argument | $18.34 | $110.04 |
| 9/9/2016 | Sugarfoot | Lunch | 6 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 9/9/16 District Court oral argument | $34.62 | $207.74 |
| 9/14/2016 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for and filing of revised proposed form of order approving merger agreement and sealed Ganter declaration | $44.05 | $44.05 |
| 9/15/2016 | Washington Street Ale House | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for and filing of E-Side disclosure statement, third amended plan (clean & blackline), and notice of filing of revised E-Side disclosure statement dates and deadlines | $55.89 | $55.89 |
| 9/18/2016 | Manhattan Bagel | Breakfast | 5 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 9/19/16 hearing | $13.00 | $65.00 |

| Date | Vendor | Meal | # | Description | Unit | Total |
|---|---|---|---|---|---|---|
| 9/18/2016 | Toscana To Go | Lunch | 15 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 9/19/16 hearing | $17.80 | $267.00 |
| 9/18/2016 | Toscana To Go | Dinner | 15 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 9/19/16 hearing | $20.40 | $306.00 |
| 9/19/2016 | Rodney Grille | Breakfast | 10 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 9/19/16 hearing | $19.04 | $190.41 |
| 9/19/2016 | Cosi | Lunch | 12 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 9/19/16 hearing | $19.62 | $235.38 |
| 9/20/2016 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation of multiple claims charts in connection with pending omnibus claim objections | $22.03 | $22.03 |
| 9/21/2016 | Mikimoto's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for and filing of notice of confirmation hearing | $13.73 | $13.73 |
| 9/23/2016 | Manhattan Bagel | Breakfast | 5 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 9/26/16 hearing | $23.00 | $115.00 |
| 9/26/2016 | Rodney Grille | Breakfast | 10 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 9/26/16 hearing | $17.94 | $179.35 |
| 9/30/2016 | Chelsea Tavern | Dinner | 2 | Working meal for RL&F team members in connection with after-hours preparation for and filing of August 2016 monthly operating report | $32.25 | $64.49 |
| **TOTALS** | | | | | | $2,623.31 |

2