IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 9913** |

**NOTICE OF FILING OF CORRECTED "EXHIBIT A" TO "DEBTORS' OMNIBUS REPLY IN SUPPORT OF OBJECTIONS TO CONTESTED PRO SE CLAIMS"**

PLEASE TAKE NOTICE that, on October 21, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims* [D.I. 9913] (the "Omnibus Reply") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2] The Debtors filed the Omnibus Reply in support of the Debtors' Objections[3] to Contested Pro Se Claims and to the Formal Responses filed by Pro Se Claimants in contemplation of the hearings scheduled to be held before the Bankruptcy Court on November 8, 2016 and December 13, 2016.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On October 21, 2016, the Debtors also filed the (i) *Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims* [D.I. 9914] and (ii) the *Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims* [D.I. 9915], both in support of the Omnibus Reply.

[3] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Omnibus Reply.

RLF1 15530797v.1

PLEASE TAKE FURTHER NOTICE that, a chart containing summaries of the Contested Pro Se Claims, setting forth: (a) the liability and facts alleged by each Pro Se Claimant in their Proof of Claim, Formal Response(s), and any discussions with the Debtors or their advisors; (b) the results of the Debtors' post-Objection filing diligence efforts; and (c) the Debtors' arguments against the claim was attached to the Omnibus Reply as "Exhibit A" thereto (the "Original Exhibit").

PLEASE TAKE FURTHER NOTICE that, after the Omnibus Reply was filed and served, counsel to the Debtors noted certain errors in the Original Exhibit.

PLEASE TAKE FURTHER NOTICE that, today, the Debtors have filed the attached corrected "Exhibit A" to the Omnibus Reply (the "Corrected Exhibit") to correct the errors in the Original Exhibit. A copy of the Corrected Exhibit is attached hereto as **Exhibit 1**. For the convenience of the Bankruptcy Court and other parties-in-interest, a redline of the Corrected Exhibit marked against the Original Exhibit is attached hereto as **Exhibit 2**.

PLEASE TAKE FURTHER NOTICE that, the Debtors hereby expressly incorporate the Corrected Exhibit into the Omnibus Reply as "Exhibit A" thereto in its entirety.

*[Remainder of page intentionally left blank.]*

Dated: October 24, 2016
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession