## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 79.70 | $56,117.00 |
| 813 | Fee/Employment Applications | 8.90 | $4,830.00 |
|  | **TOTAL** | **88.60** | **$60,947.00** |