## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 34.10 | $28,985.00 |
| Ryan A. Wagner | Associate | $595 | 52.60 | $31,297.00 |
| Ishmael Taylor-Kamara | Paralegal | $350 | 1.90 | $665.00 |
| **Total** | | | **88.60** | **$60,947.00** |