# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: D.I. 9908** |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 9908

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On October 21, 2016, the Fee Committee filed the *Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m.* (D.I. 9908) (the "Fee Report").

2. After filing the Fee Report, the Fee Committee corrected a clerical error in in the proposed order that was attached as Exhibit D to the Fee Report (the "503(b) Omnibus Fee Order"). Attached hereto as **Exhibit A** is a revised 503(b) Omnibus Fee Order. Attached as **Exhibit B** is a redline version of the 503(b) Omnibus Fee Order showing the clerical correction.

3. Additionally, after filing the Fee Report, the Fee Committee entered into further discussions with McDermott Will & Emery regarding its final fee application (D.I. 9408). As a result of those discussions, the Fee Committee has revised the proposed order that was attached as Exhibit C to the Fee Order (the "Omnibus Order for Retained Professionals").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 160 I Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

4. Attached hereto as **Exhibit C** is a clean revised Omnibus Order for Retained Professionals reflecting the Fee Committee's discussions with McDermott Will & Emery. Attached as **Exhibit D** is the redline showing the changes to McDermott Will & Emery's final fee request.

WHEREFORE, the Fee Committee respectfully requests this Court enter the revised orders attached hereto as **Exhibit A** and **Exhibit C** at its earliest convenience.

Date: October 25, 2016  **BENESCH, FRIEDLANDER, COPLAN**
Wilmington, Delaware   **& ARONOFF LLP**

    */s/ William M. Alleman, Jr.*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire *(admitted pro hac vice)*
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*