UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                   Chapter **11**

                                  Case No. **14** - **10979** (**CSS**)

Debtor:  **ENERGY FUTURE HOLDINGS CORP., et al.**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Peter B. Haskel, Chief, General Litigation Section** to represent **the City of Dallas, Texas** in this action.

John D. Demmy (No. 2802)

Firm Name: Stevens & Lee, P.C.
Address: 919 North Market St., Suite 1300
Wilmington, Delaware 19801
Phone: (302) 425-3308
Email: jdd@stevenslee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **Texas** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: City of Dallas
Address: 1500 Marilla Street, 7BN
Dallas, TX 75201
Phone: (214) 577-9635
Email: peter.haskel@dallascityhall.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: October 26th, 2016
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Local Form 105