**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF PUBLICATION OF CHRISTINE LOPEZ OF NOTICE OF HEARING
TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN AS IT APPLIES TO
THE EFH/EFIH DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES
<u>IN STAR-TELEGRAM, INC. AT FORTH WORTH</u>**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

STATE OF TEXAS
COUNTY OF TARRANT

       Before me, a Notary Public in and for said County and State, this day personally appeared __Christine Lopez__, Advertising Representative for the Star-Telegram, published by the Star-Telegram, Inc. at Fort Worth, in Tarrant County, Texas and distributed in other surrounding Counties; and who, after being duly sworn, did dispose and say that the following clipping of an advertisement was published in the above named paper on the following dates:

__Wed Oct 5, 2016__

Signed __Lopez__

Subscribed and sworn to before me, this the __5__ day of __October__ 20__16__

Notary Public __Leslie Buckley__
Tarrant County, Texas



LESLIE BUCKLEY
MY COMMISSION EXPIRES
SEPTEMBER 24, 2017
NOTARY ID: 128058260

## Legal Notices

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:                                                            ) Chapter 11
ENERGY FUTURE HOLDINGS CORP., et al.,[1]                          ) Case No. 14-10979 (CSS)
Debtors.                                                          ) (Jointly Administered)

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN AS IT APPLIES TO THE EFH/EFIH DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES**

**PLEASE TAKE NOTICE THAT**, on September 19, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 9585] (the "EFH/EFIH Disclosure Statement Order"): (a) authorizing Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors") to solicit acceptances to the *Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9612] (as may be modified, amended, or supplemented from time to time, the "Plan") as to the EFH/EFIH Debtors;[3] (b) approving the *Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors*, including all exhibits and schedules thereto [D.I. 9616] (as may be modified, amended, or supplemented from time to time, the "EFH/EFIH Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; (d) approving procedures for soliciting, receiving and tabulating votes on the Plan and for filing objections to the Plan as to the EFH/EFIH Debtors; and (e) establishing certain protocols in connection with those proceedings.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan as to the EFH/EFIH Debtors (the "EFH/EFIH Confirmation Hearing") will commence at **10:00 a.m. (Eastern Standard Time) on December 1, 2016**, before The Honorable Judge Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, Fifth Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE BE ADVISED:** THE EFH/EFIH CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE EFH/EFIH DEBTORS *WITHOUT FURTHER NOTICE* OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

**EFH/EFIH Voting Record Date.** The voting record date was **September 19, 2016** (the "EFH/EFIH Voting Record Date"), which was the date for determining which holders of Claims or Interests, as applicable, against the EFH/EFIH Debtors in Classes A4, A5, A6, A7, A8, A9, A10, A11, A12, B3, B4, B5, and B6 are entitled to vote on the Plan.

**EFH/EFIH Voting Deadline.** The deadline for voting on the Plan as to the EFH/EFIH Debtors is **2:00 p.m. (Eastern Standard Time) on November 15, 2016** (the "EFH/EFIH Voting Deadline"). If you received an EFH/EFIH Solicitation Package, including a Ballot and intend to vote on the Plan you **must**: (a) follow the instructions carefully; (b) complete all of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the EFH/EFIH Debtors' solicitation agent, Epiq Bankruptcy Solutions, LLC (the "Solicitation Agent") on or before the EFH/EFIH Voting Deadline. **A failure to follow such instructions may disqualify your vote.**

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.D. CONTAINS A THIRD-PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**Plan Objection Deadline.** The deadline for filing objections to the Plan as to the EFH/EFIH Debtors is **November 15, 2016 at 2:00 p.m. (Eastern Standard Time)** (the "EFH/EFIH Plan Objection Deadline"). All objections to the relief sought at the EFH/EFIH Confirmation Hearing must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be **actually received** on or before **November 15, 2016 at 2:00 p.m. (Eastern Standard Time)**: KIRKLAND & ELLIS LLP, Attn: Edward O. Sassower, P.C., Attn: Stephen E. Hessler, Esq., Attn: Brian E. Schartz, Esq., 601 Lexington Avenue, New York, NY 10022, Attn: James H.M. Sprayregen, P.C., Attn: Marc Kieselstein, P.C., Attn: Chad J. Husnick, Esq., Attn: Steven N. Serajeddini, Esq., 300 North LaSalle, Chicago, IL 60654 and **RICHARDS, LAYTON & FINGER, P.A.**, Attn: Mark D. Collins, Esq., Attn: Daniel J. DeFranceschi, Esq., Attn: Jason M. Madron, Esq., 920 North King Street, Wilmington, DE 19801, *Co-Counsel to the Debtors*; PROSKAUER ROSE LLP, Attn: Jeff J. Marwil, Esq., Attn: Mark K Thomas, Esq., Attn: Peter J. Young, Esq., Three First National Plaza, 70 W. Madison Street, Suite 3800, Chicago, IL 60602 and **BIELLI & KLAUDER, LLP**, Attn: David M. Klauder, Esq., 1204 N. King Street, Wilmington, DE 19801, *Co-Counsel to Energy Future Holdings Corp.*; MUNGER, TOLLES & OLSON LLP, Attn: Thomas B. Walper, Esq., Attn: Todd J Rosen, Esq., Attn: Seth Goldman, Esq., Attn: John W. Spiegel, Esq., 355 S. Grand Ave 35th FL, Los Angeles, CA 90071 and **MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP**, Attn: David P. Primack, Esq., 300 Delaware Ste 770, Wilmington, DE 19801, *Co-Counsel to the TCEH Debtors*; CRAVATH, SWAIN, & MOORE LLP, Attn: Michael A Paskin, Esq., Worldwide Plaza, 825 Eighth Ave, New York, NY 10019-7475, JENNER & BLOCK LLP, Attn: Richard Levin, Esq., 919 Third Ave, New York, NY 10022-3908 and **STEVENS & LEE PC**, Attn: Joseph H. Hutson Jr, Esq., 1105 N. Market Street, Suite 700, Wilmington, DE 19801, *Co-Counsel to Energy Future Intermediate Holding Company LLC*; THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, Attn: Richard L. Schepacarter, Esq., Attn: Andrea B. Schwartz, Esq., 844 King Street, Suite 2207, Wilmington, DE 19801; **MORRISON & FOERSTER LLP**, Attn: James M. Peck, Esq., Attn: Brett H. Miller, Esq., Attn: Lorenzo Marinuzzi, Esq., Attn: Todd M. Goren, Esq., Attn: Erica Richards, Esq., 250 West 55th Street, New York, NY 10019 and **POLSINELLI PC**, Attn: Christopher A. Ward, Esq., Attn: Justin K. Edelson, Esq., Attn: Shanti M. Katona, Esq., 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, *Co-Counsel to the TCEH Creditors' Committee*; SULLIVAN & CROMWELL LLP, Attn: Andrew G. Dietderich, Esq., Attn: Brian D. Glueckstein, Esq., Attn: Michael H. Torkin, Esq., 125 Broad Street, New York, NY 10004 and **MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**, Attn: Natalie D. Ramsey, Esq., Attn: Davis Lee Wright, Esq., Attn: Mark A. Fink, Esq., 1105 N. Market Street, 15th Floor, Wilmington, DE 19801, *Co-Counsel to the EFH Creditors' Committee*.

**ADDITIONAL INFORMATION**

**Obtaining Solicitation Materials.** The materials in the EFH/EFIH Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received a CD-ROM), please feel free to contact the Debtors' Solicitation Agent, by: (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at: http://www.efhcaseinfo.com; and/or (c) email to efhvote@epiqsystems.com and reference "EFH/EFIH" in the subject line. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov. Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to whether you should vote to accept or reject the Plan.

**Filing the Plan Supplement.** The Debtors will file the EFH/EFIH Plan Supplement (as defined in the Plan) as it relates to the EFH/EFIH Debtors no later than **November 10, 2016**, or such later date as may be approved by this Court and will serve notice on all holders of Claims and Interests entitled to vote on the Plan as it relates to the EFH/EFIH Debtors, which will: (a) inform parties that the Debtors filed the EFH/EFIH Plan Supplement; (b) list the information contained in the EFH/EFIH Plan Supplement; and (c) explain how parties may obtain copies of the EFH/EFIH Plan Supplement.

**BINDING NATURE OF THE PLAN:**

IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS AGAINST THE EFH/EFIH DEBTORS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASES, FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN, OR VOTED TO REJECT THE PLAN.

Dated: September 21, 2016                                Wilmington, Delaware     /s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**, Mark D. Collins (No. 2981), Daniel J. DeFranceschi (No. 2732), Jason M. Madron (No. 4431), 920 North King Street, Wilmington, Delaware 19801, Email: collins@rlf.com, defranceschi@rlf.com, madron@rlf.com -and- **KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP**, Edward O. Sassower, P.C. (admitted *pro hac vice*), Stephen E. Hessler (admitted *pro hac vice*), Brian E. Schartz (admitted *pro hac vice*), 601 Lexington Avenue, New York, New York 10022-4611, Email: edward.sassower@kirkland.com, stephen.hessler@kirkland.com, brian.schartz@kirkland.com -and- James H.M. Sprayregen, P.C. (admitted *pro hac vice*), Marc Kieselstein, P.C. (admitted *pro hac vice*), Chad J. Husnick (admitted *pro hac vice*), Steven N. Serajeddini (admitted *pro hac vice*), 300 North LaSalle, Chicago, Illinois 60654, Email: james.sprayregen@kirkland.com, marc.kieselstein@kirkland.com, chad.husnick@kirkland.com, steven.serajeddini@kirkland.com.

*Co-Counsel to the Debtors and Debtors in Possession*

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

[3] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.