# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 10/26/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Shore | White & Case | Ad hoc group of TCEH unsecured noteholders |
| Courtney Emerson | Fox Rothschild | " |
| Richard Gitlin | Gitlin & Co., LLC | Chairman of the Fee Committee |
| Katherine Stadler | Godfrey & Kahn, S.C. | Fee Committee |
| Brian Guiney | Patterson Belknap Webb & Tyler | Law Debenture Trust Co. of NY |
| Eric Monzo | Morris James LLP | " |
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| Richard L. Schepacarter | USDOJ - OUST | UST |
| Daniel Hogan | Hogan McDaniel | Gravelle, Fahy & Jones |
| Bill Alleman | Benesch Friedlander | Fee Committee |
| Tracey Henarcantn | Kirkland & Ellis | Debtors |
| Jason Madron | Richards Layton & Finger | Debtors |
| Ray Lemish | Klehr Harrison | UMB Bank, N.A. Indenture Trustee |
| David Klauder | Bielli & Klauder | EFH Corp |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 10/26/2016
Calendar Time: 10:00 AM ET

Amended Calendar 10/26/2016 06:36 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7919678 | Mark Baggett | (214) 671-8272 | City of Dallas | Interested Party, City of Dallas / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7924844 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7925137 | Matthew G. Bouslog | (949) 451-3914 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7925705 | Kellie Cairns | (212) 373-3012 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7930397 | Matthew Chiappardi | (609) 805-1670 | Law 360 | Interested Party, Law 360 / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7927694 | Eric C. Daucher | (212) 408-5405 | Chadbourne & Parke, LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7930418 | Michael J. Edelman | (212) 407-6970 | Vedder Price P.C. | Interested Party, Vedder Price P.C. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7925343 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official committee of unsecured creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7925952 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7927404 | Michael Galen | (212) 547-5400 | McDermott Will & Emery LLP | Representing, Energy Future / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7924908 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster LLP | Creditor, The Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7924992 | Mark W. Hancock | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, The Fee Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7929306 | Taylor B. Harrison | (212) 390-7831 | Merger Market | Interested Party, Taylor B. Harrison / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7925002 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7927506 | Joseph H. Huston, Jr. | (302) 425-3310 | Stevens & Lee, P.C. | Specially Appearing For, Energy Future Intermediate Holding Company, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7923474 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7925012 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7925131 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7929210 | Patrick C. Maxcy | (312) 876-2810 | Dentons US LLP | Interested Party, Guggenheim / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7924840 | Pamela S. Morin | (303) 974-5884 | Pamela S. Morin - In Pro Per/Pro Se | Applicant, Filsinger Energy Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7927614 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7925008 | Lars A. Peterson | (312) 832-5394 | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7928219 | Jason B. Sanjana | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7926991 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7821941 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7924866 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7925063 | Michael Shepherd | (305) 925-4790 | White and Case | Creditor, Ad HOC Committee of TECH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7926287 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7930386 | Amer Tiwana | (646) 616-3052 | Cowen & Co. | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7927553 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Representing, Borealis Infrastructure Management Inc. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7925713 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7925055 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committe of TECH Unsecured Noted Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7928646 | Ryan A. Wagner | (212) 801-9200 | Greenberg Traurig, LLP | Interested Party, Greenberg Traurig, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7923489 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7925091 | Peter Young | (312) 962-3528 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |