# Exhibit 1

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
503(b) Fee Requests

Uncontested fee hearing held October 26, 2016

| | Applicant | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|---|
| 1 | Patterson Belknap Webb & Tyler | $ 1,235,050.00 | $ 28,772.63 | $ 8,528.99 | $ 844.92 | $ 1,206,277.37 | $ 7,684.07 |
| 2 | Law Debenture Trust Company of New York | $ 69,700.00 | $ - | $ 480.47 | $ 228.58 | $ 69,700.00 | $ 251.89 |
| 3 | White & Case | $ 19,431,582.09 | $ 1,943,158.21 | $ 978,579.19 | $ 187,441.96 | $ 17,488,423.88 | $ 791,137.23 |
| 4 | Fox Rothschild | $ 363,095.00 | $ 135.00 | $ 34,675.60 | $ 2,743.29 | $ 362,960.00 | $ 31,932.31 |
| 5 | Reed Smith | $ 6,086.00 | $ - | $ - | $ - | $ 6,086.00 | $ - |
| 6 | Bank of New York Mellon | $ 16,080.00 | $ - | $ - | $ - | $ 16,080.00 | $ - |

16288273.2