## Exhibit A

[Statement of Fees by Subject Matter]

62769573v2

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 2.4 | $2,337.50 |
| 003 | EFH Business Operations | 6.6 | $6,607.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 4.2 | $4,205.00 |
| 005 | EFH Corporate Governance and Board Matters | 31.3 | $34,890.00 |
| 006 | Discovery | 71.6 | $67,795.00 |
| 008 | Fee Applications and Objections | 22.7 | $20,145.00 |
| 009 | Financing and Cash Collateral | 1.9 | $1,900.00 |
| 010 | Hearings | 13.3 | $14,227.50 |
| 011 | Claims Investigations, Analyses and Objections | 22.5 | $20,302.50 |
| 014 | Non-working Travel | 21.6 | $11,850.00 |
| 015 | Plan and Disclosure Statement | 138.9 | $143,260.00 |
| 016 | Tax | 51.1 | $49,274.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **388.1** | **$376,794.50** |

62769573v2