# Exhibit B

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350 | 4.2 | $5,670.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925 | 16.1 | $14,892.50 |
| Michael E. Ellis | Partner | 2007 | Corporate | $925 | 3.0 | $2,775.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 41.1 | $42,127.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 10.1 | $10,605.00 |
| Paul Possinger | Partner | 1993 | Corporate | $1,025 | 5.4 | $5,535.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 11.1 | $10,545.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 9.5 | $12,825.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 70.7 | $84,840.00 |
|  |  |  |  | $600 | 10.5 | $6,300.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 127.5 | $127,500.00 |
|  |  |  |  | $500 | 11.1 | $5,550.00[1] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575 | 5.7 | $3,277.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 13.7 | $11,645.00 |
| Gary Silber | Associate | 2011 | Tax | $770 | 5.8 | $4,466.00 |
| Jeramy Webb | Associate | 2015 | Corporate | $445 | 6.2 | $2,759.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 26.1 | $21,532.50 |
| Mani Kakkar | Law Clerk | N/A | Tax | $445 | 6.3 | $2,803.50 |
| **Total** |  |  |  |  | **384.1** | **$375,648.50** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

62769573v2

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Isaac L. Antoon | Project Manager of E-Discovery Services | 1.5 years | Professional Resources | $350 | 0.5 | $175.00 |
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 0.1 | $30.00 |
| Evelyn Rodriguez | Paralegal | 2 years | Corporate | $325 | 0.5 | $162.50 |
| Michael H. Su | Paralegal | 2.5 years | Information Services | $135 | 1.1 | $148.50 |
| Michael J. Winkelspecht | E-Discovery Services | 0.5 years | Professional Resources | $350 | 1.8 | $630.00 |
| **Total** | | | | | **4.0** | **$1,146.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **388.1** | **$376,794.50** |