## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

62769573v2

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $91.80 |
| Telecommunications | $0.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $594.00 |
| Litigation and Corporate Support Services[2] | $521.00 |
| Postage and Messenger Services | $361.25 |
| Travel Out-of-Town – Transportation | $1,083.64[3] |
| Taxi, Carfare, Mileage, Parking | $712.54[4] |
| Business Meals | $102.71[5] |
| Out-of-Town Lodging | $546.35[6] |
| Word Processing | $0.00[7] |
| **Total** | **$4,013.29** |

---

[1] Reflects a reduction of $20.22 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $30.42 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[5] Includes a reduction of $31.88 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[6] Includes a reduction of $126.20 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[7] Reflects a reduction of $52.00 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.