## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

Disbursements and Other Charges

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/12/2016 | Jeff J. Marwil | Messenger/delivery | 240.34 |
| 08/23/2016 | Jeff J. Marwil | Messenger/delivery | 120.91 |
| 08/23/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber Car from Office to O'Hare | 75.00 |
| 08/23/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia airport to hotel | 40.00 |
| 08/23/2016 | Mark K. Thomas | Out Of Town Meals | 36.46 |
| 08/24/2016 | Lary Alan Rappaport | Filing and Court Costs-CourtCall | 135.00 |
| 08/24/2016 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia 8/23-24/16 | 531.10 |
| 08/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Wilmington to Philadelphia | 105.00 |
| 08/24/2016 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 08/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Carey Car Service from Philadelphia to Wilmington | 125.00 |
| 08/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 08/24/2016 | Michael A. Firestein | Filing and Court Costs-CourtCall | 58.00 |
| 08/24/2016 | Mark K. Thomas | Lodging-WiFi | 14.99 |
| 08/24/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 08/26/2016 | Michael A. Firestein | Filing and Court Costs-CourtCall | 51.00 |
| 08/31/2016 | Natasha Petrov | Court Reporting Service-CourtCall | 105.00 |
| 09/02/2016 | Richard M. Corn | Reproduction | 4.40 |
| 09/06/2016 | Peter J. Young | Reproduction | 0.10 |
| 09/07/2016 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 09/07/2016 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 09/07/2016 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 09/07/2016 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 09/07/2016 | Peter J. Young | Reproduction | 0.20 |
| 09/07/2016 | Peter J. Young | Reproduction | 2.90 |
| 09/12/2016 | Kunal Dogra | Reproduction | 0.20 |
| 09/12/2016 | Kunal Dogra | Reproduction | 0.30 |
| 09/12/2016 | Kunal Dogra | Reproduction | 0.50 |
| 09/12/2016 | Kunal Dogra | Reproduction | 0.30 |
| 09/12/2016 | Kunal Dogra | Reproduction | 0.10 |
| 09/12/2016 | Jared Zajac | Reproduction | 0.40 |
| 09/12/2016 | Peter J. Young | Reproduction | 20.90 |
| 09/12/2016 | Mark K. Thomas | Reproduction | 8.70 |
| 09/13/2016 | Kunal Dogra | Reproduction | 0.60 |
| 09/13/2016 | Kunal Dogra | Reproduction | 0.10 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 09/13/2016 | Kunal Dogra | Reproduction | 0.20 |
| 09/13/2016 | Kunal Dogra | Reproduction | 2.40 |
| 09/13/2016 | Kunal Dogra | Reproduction | 1.70 |
| 09/13/2016 | Kunal Dogra | Reproduction | 1.10 |
| 09/14/2016 | Kunal Dogra | Reproduction | 4.40 |
| 09/14/2016 | Michele M. Reetz | Reproduction | 0.40 |
| 09/14/2016 | Kimberly White | Reproduction | 0.40 |
| 09/15/2016 | Jeramy Webb | Reproduction | 0.10 |
| 09/15/2016 | Jeramy Webb | Reproduction | 12.30 |
| 09/17/2016 | Jeramy Webb | Westlaw | 198.00 |
| 09/18/2016 | Jeramy Webb | Westlaw | 396.00 |
| 09/18/2016 | Peter J. Young | Airplane-Inflight WiFi | 7.99 |
| 09/18/2016 | Peter J. Young | Airplane-Chicago to Philadelphia | 282.55 |
| 09/18/2016 | Peter J. Young | Out Of Town Meals | 7.75 |
| 09/19/2016 | Peter J. Young | Out Of Town Meals | 8.65 |
| 09/19/2016 | Peter J. Young | Out Of Town Meals | 9.85 |
| 09/19/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Car from Wilmington to Philadelphia | 95.54 |
| 09/19/2016 | Peter J. Young | Airplane-GoGoAir Internet | 17.95 |
| 09/19/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Carey Car Service from Philadelphia to Wilmington | 125.00 |
| 09/19/2016 | Peter J. Young | Lodging-Gratuity | 5.00 |
| 09/19/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Parking at O'Hare | 37.00 |
| 09/19/2016 | Peter J. Young | Lodging-WiFi | 14.99 |
| 09/19/2016 | Peter J. Young | Airplane-Philadelphia to Chicago | 244.05 |
| 09/19/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia airport to Hotel | 35.00 |
| 09/19/2016 | Peter J. Young | Lodging-1 Night Philadelphia | 211.37 |
| 09/20/2016 | Jared Zajac | Reproduction | 2.70 |
| 09/21/2016 | Peter J. Young | Reproduction | 3.60 |
| 09/21/2016 | Peter J. Young | Reproduction | 9.10 |
| 09/22/2016 | Jared Zajac | Reproduction | 0.30 |
| 09/23/2016 | Jared Zajac | Reproduction | 0.20 |
| 09/26/2016 | Peter J. Young | Reproduction | 0.40 |
| 09/26/2016 | Peter J. Young | Reproduction | 5.30 |
| 09/26/2016 | Peter J. Young | Reproduction | 1.30 |
| 09/26/2016 | Michael A. Firestein | Filing and Court Costs-CourtCall | 128.00 |
| 09/26/2016 | Peter J. Young | Filing and Court Costs-CourtCall | 44.00 |
| 09/28/2016 | Jared Zajac | Reproduction | 0.20 |
| 09/28/2016 | Jared Zajac | Reproduction | 0.20 |
| 09/28/2016 | Jared Zajac | Reproduction | 0.10 |
| 09/28/2016 | Peter J. Young | Reproduction | 2.80 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/28/2016 | Mark K. Thomas | Reproduction | 0.20 |
| 09/28/2016 | Peter J. Young | Reproduction | 0.60 |

Disbursements and Other Charges                                   $   4,013.29