# EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 006 | Business Operations | 0.60 | $585.00 |
| 007 | Case Administration | 10.80 | $3,564.00 |
| 008 | Claims Administration and Objections | 27.30 | $23,310.50 |
| 011 | Employment and Fee Applications | 2.00 | $660.00 |
| 014 | Other Litigation | 1.10 | $1,072.50 |
| 015 | Meetings and Communications with Creditors | 7.30 | $7,113.50 |
| 016 | Non-Working Travel | 4.30 | $4,192.50 |
| 017 | Plan and Disclosure Statement | 88.20 | $92,740.00 |
| 021 | Tax | 1.60 | $1,560.00 |
| 024 | Hearings | 13.40 | $14,062.50 |
| 032 | Time Entry Review | 2.90 | $2,407.50 |
| 033 | Fee Objection Discussion and Litigation | 0.40 | $310.00 |
| **Total Incurred:** | | **159.9** | **$151,578.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred):** | | | **$(2,096.25)** |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred):** | | | **$(2,407.50)** |
| **Total Requested:** | | | **$147,074.25** |

ny-1252983

| Service Description | Amount |
|---|---:|
| Travel | $570.40 |
| On-line Research – WESTLAW | $1,192.10 |
| On-line Research – OTHER DATABASES | $492.44 |
| EDiscovery Fees | $3,150.00 |
| Court Filing Service | $158.00 |
| Travel Meals | $18.35 |
| Miscellaneous Disbursement – Court Call | $102.00 |
| Transportation | $53.07 |
| **Total Requested:** | **$5,736.36** |

ny-1252983

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $975.00 | 72.30 | $70,492.50 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,150.00 | 54.80 | $63,020.00 |
| Butterfield, Benjamin | Associate | 2014 | Business Restructuring & Insolvency | $580.00 | 7.80 | $4,524.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $775.00 | 2.50 | $1,937.50 |
| Humphrey, Nicole M. | Associate | 2013 | Tax | $450.00 | 0.70 | $315.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $785.00 | 9.00 | $7,065.00 |

ny-1252983

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 8.5 years | Business Restructuring & Insolvency | $330.00 | 12.80 | $4,224.00 |
| **Total Incurred:** | | | | | 159.90 | **$151,578.00** |
| **Less Client Accommodation for Non-Working Travel (50% of fees incurred):** | | | | | | $(2,096.25) |
| **Less Client Accommodation for Time Entry Review (100% of fees incurred):** | | | | | | $(2,407.50) |
| **Total Requested:** | | | | | | **$147,074.25** |

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Travel | $570.40 |
| On-line Research – WESTLAW | $1,192.10 |
| On-line Research – OTHER DATABASES | $492.44 |
| EDiscovery Fees | $3,150.00 |
| Court Filing Service | $158.00 |
| Travel Meals | $18.35 |
| Miscellaneous Disbursement – Court Call | $102.00 |
| Transportation | $53.07 |
| **Total Requested:** | **$5,736.36** |

ny-1252983

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

ny-1252983

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #**
Invoice Number: 5571882
Invoice Date: October 26, 2016

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:       BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through October 3, 2016*

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 5,736.36 |
| **Total This Invoice** | **5,736.36** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 073697-0000001  
Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5571882  
Invoice Date: October 26, 2016

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 03-Oct-16 | On-line Research - WESTLAW | 1,192.10 |
| 03-Oct-16 | On-line Research - OTHER DATABASE - SEPT 1- SEPT 30 | 461.60 |
| 26-Sep-16 | Travel, taxi/car service, T. Goren, ground travel to train station, going to Delaware for hearing, 9/26/16 | 110.64 |
| 26-Sep-16 | Travel, train, T. Goren, travel from Delaware for hearing, 9/26/16 | 129.00 |
| 26-Sep-16 | Travel, train, T. Goren, travel to Delaware for hearing, 9/26/16 | 188.00 |
| 26-Sep-16 | Travel, taxi/car service, T. Goren, ground travel from train station, returning from Delaware for hearing, 9/26/16 | 142.76 |
| 15-Aug-16 | Local travel, taxi/car service, E. Richards, 8/15/16 11:01pm | 53.07 |
| 02-Sep-16 | Court filing service, CourtCall, B. Miller, 8/26/16, hearing | 51.00 |
| 02-Sep-16 | Court filing service, CourtCall, T. Goren, 8/26/16, hearing | 51.00 |
| 08-Apr-16 | EDiscovery fees, Epiq eDiscovery, review user monthly fee for March 2016 | 525.00 |
| 08-May-16 | EDiscovery fees, Epiq eDiscovery, review user monthly fee for April 2016 | 525.00 |
| 08-Jun-16 | EDiscovery fees, Epiq eDiscovery, review user monthly fee for May 2016 | 525.00 |
| 08-Jul-16 | EDiscovery fees, Epiq eDiscovery, review user monthly fee for June 2016 | 525.00 |
| 08-Aug-16 | EDiscovery fees, Epiq eDiscovery, review user monthly fee for July 2016 | 525.00 |
| 08-Sep-16 | EDiscovery fees, Epiq eDiscovery, review user monthly fee for August 2016 | 525.00 |
| 23-Aug-16 | Court filing service, CourtCall, E. Richards, 8/23/16, hearing | 30.00 |
| 24-Aug-16 | Court filing service, CourtCall, E. Richards, 8/24/16, hearing | 128.00 |
| 26-Sep-16 | Travel meals, T. Goren, breakfast, in Delaware for hearing, 9/26/16 | 4.60 |
| 26-Sep-16 | Travel meals, T. Goren, lunch, in Delaware for hearing, 9/26/16 | 13.75 |
| 31-Aug-16 | On-line Research - OTHER DATABASE 6744 ENERGY FUTURE HOLDINGS V. TEXAS TRANSMISSION INV 23 | 10.28 |
| 31-Aug-16 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 23 | 10.28 |
| 31-Aug-16 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 23 | 10.28 |
| | **Current Disbursements** | **5,736.36** |