# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM AUGUST 1, 2016 THROUGH AUGUST 31, 2016**

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Fee Applications (30090) | 7.30 | $2,737.50 |
| Regional Haze (10050) | .20 | $192.80 |
| **TOTALS:** | **7.50** | **$2,930.30** |