# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of August 1, 2016 to August 31, 2016 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $964 | .20 | $192.80 |
| | | | | **Attorney Totals** | **.20** | **$192.80** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $375 | 7.30 | $2,737.50 |
| | | | | **Paraprofessional Totals** | **7.30** | **$2,737.50** |
| | | | | **Total Fees Requested** | **7.50** | **$2,930.30** |