# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for**
**August 1, 2016 to August 31, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $443.00 |
| **Total:** | | **$443.00** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

## TCEH – Expense Summary for August 1, 2016 to August 31, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| **Total:** | | **$0.00** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

### EFH – Expense Summary for August 1, 2016 to August 31, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $443.00 |
| **Total:** | | **$443.00** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

3