**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/24/16 | LIT | 08/01/16-Monthly Electronic Data Hosting Fee 88.60 GB @ $5.00 | $443.00 |
| | | **Total Expenses** | **$443.00** |