# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

| Matter Description | Total Hours | Total Fees |
| --- | --- | --- |
| Fee Applications (30090) | 14.90 | $5,911.50 |
| Regional Haze (10050) | 3.80 | $3,663.20 |
| MSS Appeal (40030) | .70 | $674.80 |
| SSM Regulation (40090) | 1.20 | $1,156.80 |
| **TOTALS:** | **20.60** | **$11,406.30** |