# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of September 1, 2016 to September 30, 2016 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $964 | 5.70 | $5,494.80 |
|  |  |  |  |  |  |  |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $780 | .80 | $624.00 |
|  |  |  |  | **Attorney Totals** | **6.50** | **$6,118.80** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $375 | 14.10 | $5,287.50 |
|  |  |  |  | **Paraprofessional Totals** | **14.10** | **$5,287.50** |

|  |  |  |  | **Total Fees Requested** | **20.60** | **$11,406.30** |
|---|---|---|---|---|---|---|