# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL – Expense Summary for
## September 1, 2016 to September 30, 2016

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $443.00 |
| Duplicating | | $121.53 |
| **Total:** | | **$564.53** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

2

**TCEH – Expense Summary for September 1, 2016 to September 30, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| **Total:** | | **$0.00** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**EFH – Expense Summary for September 1, 2016 to September 30, 2016**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Legal Support Services | | $443.00 |
| Duplicating | | $121.53 |
| **Total:** | | **$564.53** |

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.