# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Case Administration

E X P E N S E   D E T A I L

| Date | Type | Description | Amount |
|---|---|---|---|
| 09/16/16 | LIT | 09/01/16-Monthly Electronic Data Hosting Fee 88.60 GB @ $5.00 | $443.00 |
| 09/21/16 | CPY | 09/16/16 - Williams Lea - 0000698954-000 Reprographics | 121.53 |
| | | **Total Expenses** | **$564.53** |