IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>ENERGY FUTURE HOLDINGS CORP., *et al.*, )<br>        *Debtors*. )<br>        )<br>DELAWARE TRUST COMPANY, as )<br>INDENTURE TRUSTEE, )<br>        *Plaintiff*, )<br>    v. )<br>ENERGY FUTURE INTERMEDIATE HOLDING )<br>COMPANY LLC and EFIH FINANCE INC. )<br>        *Defendants*. )<br>        ) | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br><br><br><br>Adversary Proceeding<br>No. 14-50363 (CSS)<br><br>Adversary D.I. 321 and 322 |

## AMENDED[1] STATUS REPORT

In response to this Court's order dated October 20, 2016 (No. 14-50363, D.I. 321), Plaintiff Delaware Trust Company, as indenture trustee ("Plaintiff"), provides the following status report to the Court:

1.    As the Court is aware, Plaintiff appealed the following orders, judgments and decrees entered by the Court in the above-captioned adversary proceeding: (i) Order dated July 8, 2015 (No. 14-10979, D.I. 4940; No. 14-50363, D.I. 305); (ii) Findings of Fact and Conclusions of Law dated July 8, 2015 (No. 14-10979, D.I. 4939; No. 14-50363, D.I. 304); (iii) Order dated March 26, 2015 (No. 14-10979, D.I. 3985; No. 14-50363, D.I. 246); (iv) Findings of Facts and Conclusions of Law Regarding Cross-Motions for Summary Judgment dated March 26, 2015 (No. 14-10979, D.I. 3984; No. 14-50363, D.I. 245); (v) Any and all orders, opinions, findings of fact, conclusions of law, rulings, or other decisions that merged in the foregoing Orders, Findings of Fact and Conclusions of Law.

---

[1] The status report was amended to correct the date on which the Court's order was entered requesting the status report be filed (No. 14-50363, D.I. 321).

2. That appeal is currently pending in U.S. Court of Appeals for the Third Circuit. On September 27, 2016, the Court of Appeals held oral argument and took the matter under submission. The Court of Appeals has not yet issued a decision.

Dated: October 26, 2016

COLE SCHOTZ P.C.

_/s/ J. Kate Stickles_
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

-and-

WILMER CUTLER PICKERING HALE
AND DORR, LLP
Philip D. Anker
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
Philip.anker@wilmerhale.com

*Counsel for Plaintiff-Trustee Delaware Trust Company*