**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS, CORP., et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Morris James LLP and Carl N. Kunz, III, Esquire, hereby withdraw their appearance as counsel for Pooled Equipment Inventory Company (the "Company"), in the above-captioned case (the "Case"), and requests that it be removed from any applicable service lists in the Case on behalf of the Company.

**PLEASE TAKE FURTHER NOTICE** that the Company currently has no controversy pending before the Court, and the undersigned certifies that the Company consents to this withdrawal of appearance.

Dated: October 27, 2016                **MORRIS JAMES LLP**

/s/ Carl N. Kunz
Carl N. Kunz, III (DE Bar No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  ckunz@morrisjames.com