IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS, CORP., et al., ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 27, 2016, I caused to be served:

### NOTICE OF WITHDRAWAL OF APPEARANCE

Service was completed upon the parties on the attached service list as indicated thereon.

Dated: October 27, 2016

_____
Jamie L. Dawson

SWORN AND SUBSCRIBED before me this 27th day of October, 2016.

_____
Notary Public

[Notary Seal: RUTH F. SALOTTO, MY COMMISSION EXPIRES APRIL 14, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

| | |
|---|---|
| **VIA HAND DELIVERY**<br>Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>[Counsel for Debtors and<br>Debtors in Possession]<br><br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>Timothy J. Fox, Jr.<br>Trial Attorneys<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. Caleb Boggs Federal Building<br>844 North King Street, Suite 2207<br>Lockbox # 35<br>Wilmington, DE 19801 | **VIA FIRST CLASS MAIL**<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick, Esq.<br>Steven N. Serajeddini, Esq.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Facsimile: (312) 862-2200<br>[Counsel for Debtors and<br>Debtors in Possession] |