**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., <u>et</u> <u>al</u>., | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## **REQUEST FOR REMOVAL FROM MAILING LIST**

Please remove Carl N. Kunz, III from receiving ECF notifications in the above referenced bankruptcy case.

Dated: October 27, 2016       **MORRIS JAMES LLP**

/s/ Carl N. Kunz, III
Carl N. Kunz, III (DE Bar 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

4313742/1