IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: D.I. 9908, 9929** |

## <u>CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDER</u>

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On October 21, 2016, the Fee Committee filed the *Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m.* (D.I. 9908) (the "<u>Fee Report</u>").

2. After filing the Fee Report, the Fee Committee entered into further discussions with McDermott Will & Emery LLP ("<u>McDermott</u>") regarding its final fee request (the "<u>McDermott Final Fee Application</u>"). As a result of those discussions, the Fee Committee revised the proposed order that was attached as Exhibit C to the Fee Report, and submitted a revised omnibus fee order under certification of counsel on October 25, 2016 (D.I. 9929) (the "<u>Omnibus Order for Retained Professionals</u>").

3. Following further comments from McDermott, and as stated on the record of the hearing held on October 26, 2016, the Fee Committee has agreed to further revise the Omnibus Order for Retained Professionals so as to (i) strike any reference to the McDermott Final Fee

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 160 I Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

9724180

Application from the Omnibus Order for Retained Professionals and (ii) submit a separate order approving the McDermott Final Fee Application on a final basis.

4. Attached hereto as **Exhibit A** is a clean revised Omnibus Order for Retained Professionals, removing any reference to McDermott.

5. Attached hereto as **Exhibit B** is the redline showing the changes to the Omnibus Order for Retained Professionals that was submitted under certification of counsel on October 25, 2016.

6. The Fee Committee will submit a separate order regarding the McDermott Final Fee Application under separate cover.

7. Counsel for the Debtors and the U.S. Trustee have reviewed the revised Omnibus Order for Retained Professionals and do not oppose its entry.

*[Remainder of Page Intentionally Blank]*

WHEREFORE, the Fee Committee respectfully requests this Court enter the revised Omnibus Order for Retained Professionals attached hereto as **Exhibit A** at its earliest convenience.

Date:  October 27, 2016
       Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

/s/ *William M. Alleman, Jr.*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jhoover@beneschlaw.com
walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*