# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket No. 9956** |

## CERTIFICATE OF SERVICE

I, Gregory M. Wilkes, hereby certify that on the 27th day of October, 2016, I caused a true and correct copy of the *Undertaking for TCEH First Lien Creditor Plan Distribution Allocation Dispute* [D.I. 9956] to be served via First Class Mail, upon the below listed parties.

    */s/ Gregory M. Wilkes*
Greg M. Wilkes (SBT 24047105)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
greg.wilkes@nortonrosefulbright.com

**SERVICE LIST**

Richard L. Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Andrew M. Wright
Cecily Gooch
Energy Future Holdings Corp., et al.
1601 Bryan Street - 43rd Floor
Dallas, TX, 75201

*Co-Counsel To The Debtors*

Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Chad Husnick
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Daniel J. DeFranceschi Jason M. Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

*Delaware Trust Company, as TCEH First Lien Indenture Trustee*

Neil B. Glassman
GianClaudio Finizio
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Michael S. Kim
Jeremy C. Hollembeak
Benjamin J.A. Sauter
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

62122792.1

*Wilmington Trust, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, et al.,*

Joseph H. Huston, Jr.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

*Wilmington Trust, N.A., as First Lien Collateral Agent*

Michael David Debaecke
Blank Rome LLP
1201 Market St., Suite 800
Wilmington, DE 19899

Thomas Ross Hooper
Mark D. Kotwick
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

*Wilmington Trust, N.A., solely in its capacity as First Lien Administrative Agent*

Joseph H. Huston, Jr.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

George Davis
Jonathan Rosenberg
Daniel S. Shamah
O'Melveny & Myers LLP
7 Times Square
Times Square Tower
New York, NY 10036

Peter Friedman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

*The Official Committee of TCEH Unsecured Creditors*

Christopher A. Ward
Justin K. Edelson
Shanti M. Katona
Jarrett Vine
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

62122792.1

Brett H. Miller
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019


James Michael Peck
Todd M. Goren
Schulte Roth & Zabel LLP
250 West 55th Street
New York, NY 10019

*Intervenor-Defendant J. Aron & Company*

Mark E. Felger
Simon E. Fraser
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801

Thomas J. Moloney
Sean A. O'Neal
Humayun Khalid
Hugh K. Murtagh
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Elsbeth Bennett
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006

*Counsel for Intervenor Defendants Titan Investment Holdings LP*

Bradley R. Aronstam
Benjamin J. Schladweiler
Ross Aronstam &Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801

Salvatore A. Romanello
Ronit J. Berkovich
Jessica Liou
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

David R. Singh
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065

62122792.1