## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 5.7 | $1,095.00 |
| [ALL] Case Administration | 3.7 | $1,086.00 |
| [ALL] Claims Administration & Objections | 0.6 | $210.00 |
| [ALL] Hearings | 8.7 | $3,045.00 |
| [ALL] Non-BK Fee/Employment Applications | 2.9 | $700.00 |
| [ALL] Plan and Disclosure Statement | 11.2 | $3,695.00 |
| **Total** | **32.8** | **$9,831.00** |