# EXHIBIT B

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 25.4 | $8,890.00 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 0.2 | $41.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | <u>7.2</u> | <u>$900.00</u> |
| **Total** | | | | | **<u>32.8</u>** | **<u>$9,831.00</u>** |