## **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 09-19-2016 | In-House Reproduction | Photocopies (50 copies) | $5.00 |
| 09-22-2016 | Filing/Court Fees | PACER | $3.00 |
| 09-25-2016 | Filing/Court Fees | PACER | $18.20 |
| 09-26-2016 | In-House Reproduction | Photocopies (35 copies) | $3.50 |
| **Total** | | | **$29.70** |