IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
In re:                                                  :    Chapter 11
                                                        :
Energy Future Holdings Corp., et al.,                   :    Case No. 14-10979 (CSS)
                                                        :
                              Debtors                   :    (Jointly Administered)
------------------------------------------------------- X

**NOTICE OF DEPOSITION OF JOHN STUART BY COMPUTERSHARE TRUST COMPANY, N.A. AND COMPUTERSHARE TRUST COMPANY OF CANADA, IN ITS CAPACITY AS INDENTURE TRUSTEE**

TO: John Stuart, Alvarez & Marsal North America, LLC, c/o Richards, Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801;

Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104, Attention Mark E. McKane.

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "**Federal Rules**"), made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in its capacity as indenture trustee (the "**EFIH Second Lien Trustee**") for the EFIH Second Lien Notes (the "**EFIH Second Lien Notes**" and the holders thereof, the "**EFIH Second Lien Noteholders**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "**EFIH**") pursuant to the Indenture dated as of April 25, 2011, will by and through undersigned counsel, take the deposition upon oral examination of John Stuart in

- 2 -

connection with the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as It Relates to the EFH/EFIH Debtors (Dkt. No. 9381), Notice of Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors (Dkt. No. 9647) and, in particular, in connection with the proceedings for approval of confirmation of the aspects of the Plan affecting the so-called "E-Side" Debtors.  The deposition will take place on November 8, 2016, at 9:30 A.M., or such other date as the Participating Parties may agree, at the offices of **Wilmer Cutler Pickering Hale and Dorr, LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007**. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated:   Wilmington, Delaware
         October 27, 2016

                              PACHULSKI STANG ZIEHL & JONES LLP

                              */s/ Laura Davis Jones*
                              Laura Davis Jones (Bar No. 2436)
                              Robert J. Feinstein (NY Bar No.  RF-2836)
                              919 N. Market Street, 17th Floor
                              P.O. Box 8705
                              Wilmington, DE  19899-8705 (Courier 19801)
                              Telephone:  (302) 652-4100
                              Facsimile:   (302) 652-4400
                              Email: ljones@pszjlaw.com
                                       rfeinstein@pszjlaw.com

                                      *- and -*

- 3 -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
      ghorowitz@kramerlevin.com
      jbrody@kramerlevin.com

*- and -*

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: 212-541-1114
Facsimile: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*