IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: D.I. 9408, 9908, 9929** |

## CERTIFICATION OF COUNSEL REGARDING
## FINAL FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On August 26, 2016, McDermott Will & Emery LLP ("McDermott") filed the *Final Application of McDermott Will & Emery LLP as Special Counsel for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from April 29, 2014 through October 28, 2015* (D.I. 9408) (the "McDermott Final Fee Application").

2. On October 21, 2016, the Fee Committee filed the *Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Fee Requests for Hearing on October 26, 2016 at 10:00 a.m.* (D.I. 9908) (the "Fee Report"). The Fee Report includes a discussion of the Fee Committee's review of the McDermott Final Fee Application.

3. After filing the Fee Report, the Fee Committee entered into further discussions with McDermott regarding the McDermott Final Fee Application. As a result of those

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 160 I Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

discussions, the Fee Committee revised the proposed order that was attached as Exhibit C to the Fee Report, and submitted a revised omnibus fee order under certification of counsel on October 25, 2016 (D.I. 9929) (the "Omnibus Order for Retained Professionals").

4. Following further comments from McDermott, and as stated on the record of the hearing held on October 26, 2016, the Fee Committee has agreed to further revise the Omnibus Order for Retained Professionals so as to (i) strike any reference to the McDermott Final Fee Application from the Omnibus Order for Retained Professionals and (ii) submit a separate order approving the McDermott Final Fee Application on a final basis.

5. A revised Omnibus Order for Retained Professionals was previously submitted under certification of counsel and entered by the Court on October 27, 2016.

6. Attached hereto as **Exhibit A** is a new, clean order approving the McDermott Final Fee Application on a final basis (the "McDermott Final Order"). The amount of fees allowed to McDermott pursuant to the McDermott Final Order has not changed from the amount previously reflected in the Omnibus Order for Retained Professionals that was submitted under certification of counsel on October 25, 2016.

7. McDermott, counsel for the Debtors, and the U.S. Trustee have reviewed the McDermott Final Order and do not oppose its entry.

[*Remainder of Page Intentionally Blank*]

WHEREFORE, the Fee Committee respectfully requests that this Court enter the proposed order attached hereto as **Exhibit A** at its earliest convenience.

Date:  October 27, 2016
       Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

  */s/ William M. Alleman, Jr.*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire  (No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone:  (302) 442-7010
Facsimile:   (302) 442-7012
jhoover@beneschlaw.com
walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*