*Exhibit E*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**May 1, 2016 through August 31, 2016**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 61.0 | $57,950.00 |
| Keith Kechik | Managing Director | $950.00 | 1.0 | $950.00 |
| Mike White | Managing Director | $920.00 | 1.0 | $920.00 |
| Kent Willetts | Managing Director | $795.00 | 3.5 | $2,782.50 |
| Emmett Bergman | Managing Director | $775.00 | 372.0 | $288,300.00 |
| John Stuart | Managing Director | $775.00 | 158.5 | $122,837.50 |
| Jeff Foster | Managing Director | $745.00 | 1.0 | $745.00 |
| Curtis Moody | Senior Director | $695.00 | 27.0 | $18,765.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 289.3 | $180,812.50 |
| Thomas Yerger | Director | $635.00 | 2.0 | $1,270.00 |
| Matt Frank | Director | $625.00 | 49.3 | $30,812.50 |
| Derek Myers | Director | $570.00 | 2.3 | $1,311.00 |
| David Blanks | Director | $550.00 | 117.5 | $64,625.00 |
| Kevin Sullivan | Director | $550.00 | 43.2 | $23,760.00 |
| Paul Kinealy | Director | $550.00 | 27.4 | $15,070.00 |
| Kevin Sullivan | Director | $525.00 | 1.9 | $997.50 |
| Holly Sjostrom | Director | $500.00 | 2.5 | $1,250.00 |
| Alex Ziets | Senior Associate | $440.00 | 36.5 | $16,060.00 |
| Richard Carter | Consultant | $450.00 | 660.1 | $297,045.00 |
| Michael Williams | Consultant | $375.00 | 58.3 | $21,862.50 |
| Jon Rafpor | Analyst | $400.00 | 42.5 | $17,000.00 |
| Peyton Heath | Analyst | $375.00 | 279.6 | $104,850.00 |
| Sarah Pittman | Analyst | $375.00 | 355.7 | $133,387.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 51.2 | $15,360.00 |
| | | ***Total*** | **2,644.3** | **$1,418,723.50** |