*Exhibit F*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*May 1, 2016 through August 31, 2016*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $13,416.34 |
| Lodging | $10,450.61 |
| Meals | $1,302.43 |
| Transportation | $3,615.37 |
| *Total* | **$28,784.75** |