*Exhibit G*

**Combined - All Entities**
**Summary of Time Detail by Task**
**May 1, 2016 through August 31, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 52.3 | $24,565.00 |
| Bankruptcy Support | 225.6 | $110,647.50 |
| Business Plan | 103.0 | $38,625.00 |
| Cash Management | 3.1 | $1,162.50 |
| Claims | 762.0 | $372,132.50 |
| Contracts | 448.3 | $262,827.50 |
| Coordination & Communication with other Creditor Constituents | 40.9 | $23,672.50 |
| Coordination & Communication with UCC | 61.4 | $34,460.00 |
| Court | 76.1 | $61,220.00 |
| Fee Applications | 104.1 | $42,910.00 |
| Motions and Orders | 1.5 | $1,087.50 |
| POR / Disclosure Statement | 540.7 | $290,692.50 |
| Status Meetings | 16.8 | $13,107.50 |
| Strategic Transaction Asset Sale | 4.8 | $2,561.00 |
| Travel Time | 75.7 | $51,412.50 |
| UST Reporting Requirements | 44.9 | $24,647.50 |
| Vendor Management | 83.1 | $62,992.50 |
| **Total** | **2,644.3** | **$1,418,723.50** |

*Travel time billed at 50% of time incurred*