*Exhibit I*

## Combined - All Entities
## Expense Detail by Category
## May 1, 2016 through August 31, 2016

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/18/2016 | $398.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 4/21/2016 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 4/25/2016 | $503.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 4/28/2016 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| Jodi Ehrenhofer | 5/1/2016 | $176.72 | Airfare one-way coach Chicago/Dallas. |
| Emmett Bergman | 5/2/2016 | $398.10 | Airfare one-way coach San Francisco/Dallas. |
| Richard Carter | 5/2/2016 | $750.20 | Airfare roundtrip coach Chicago/Dallas. |
| Emmett Bergman | 5/4/2016 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| Jodi Ehrenhofer | 5/4/2016 | $219.02 | Airfare one-way coach Dallas/Chicago. |
| Emmett Bergman | 5/9/2016 | $307.09 | Airfare one-way coach San Francisco/Dallas. |
| Jodi Ehrenhofer | 5/10/2016 | $176.72 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 5/10/2016 | $375.10 | Airfare one-way coach Chicago/Dallas. |
| Emmett Bergman | 5/12/2016 | $128.10 | Airfare one-way coach Dallas/San Francisco. |
| Jodi Ehrenhofer | 5/12/2016 | $219.02 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 5/12/2016 | $375.10 | Airfare one-way coach airfare Dallas/Chicago. |
| Emmett Bergman | 6/6/2016 | $1,002.20 | Airfare roundtrip San Francisco/Dallas. |
| Peyton Heath | 7/25/2016 | $512.96 | Airfare roundtrip coach Dallas/New York. |
| John Stuart | 7/27/2016 | $622.00 | Airfare one-way coach Dallas/New York. |
| John Stuart | 7/29/2016 | $714.10 | Airfare one-way coach New York/Dallas. |
| Richard Carter | 8/2/2016 | $772.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 8/8/2016 | $347.06 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 8/10/2016 | $337.06 | Airfare one-way coach Dallas/Chicago. |
| John Stuart | 8/10/2016 | $488.10 | Airfare one-way coach Tulsa/Chicago. |
| John Stuart | 8/11/2016 | $423.98 | Airfare one-way coach Chicago/Dallas. |
| Richard Carter | 8/18/2016 | $762.20 | Airfare roundtrip coach Chicago/Dallas. |
| John Stuart | 8/21/2016 | $570.00 | Airfare one-way coach Dallas/Philadelphia. |
| John Stuart | 8/22/2016 | $621.00 | Airfare one-way coach Philadelphia/Dallas. |
| Jodi Ehrenhofer | 8/23/2016 | $416.27 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 8/25/2016 | $606.54 | Airfare one-way coach Dallas/Chicago. |

*Exhibit I*

## Combined - All Entities
## Expense Detail by Category
## May 1, 2016 through August 31, 2016

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Expense Category Total** | | **$13,416.34** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/20/2016 | $510.60 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 4/28/2016 | $722.07 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 5/3/2016 | $383.82 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 5/4/2016 | $412.64 | Hotel in Dallas - 2 nights. |
| Richard Carter | 5/4/2016 | $843.54 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 5/11/2016 | $900.06 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 5/11/2016 | $255.88 | Hotel in Dallas - 2 nights. |
| Matt Frank | 5/11/2016 | $664.04 | Hotel in Dallas - 2 nights. |
| Richard Carter | 5/11/2016 | $569.40 | Hotel in Dallas - 2 nights. |
| Emmett Bergman | 6/7/2016 | $458.78 | Hotel in Dallas - 2 nights. |
| John Stuart | 7/28/2016 | $1,050.00 | Hotel in New York - 2 nights. |
| Peyton Heath | 7/28/2016 | $814.84 | Hotel in New York - 2 nights. |
| Jodi Ehrenhofer | 8/9/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 8/9/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| John Stuart | 8/10/2016 | $533.00 | Hotel in Chicago - 1 night. |
| John Stuart | 8/21/2016 | $284.90 | Hotel in Philadelphia - 1 night. |
| Jodi Ehrenhofer | 8/24/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 8/24/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| **Expense Category Total** | | **$10,450.61** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/18/2016 | $27.49 | Out of town dinner - E. Bergman |

*Exhibit I*

## Combined - All Entities
## Expense Detail by Category
## May 1, 2016 through August 31, 2016

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/20/2016 | $11.00 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 4/25/2016 | $20.32 | Out of town dinner - E. Bergman |
| Emmett Bergman | 4/26/2016 | $40.00 | Out of town dinner - E. Bergman |
| Emmett Bergman | 4/27/2016 | $20.32 | Out of town dinner - E. Bergman |
| Richard Carter | 5/1/2016 | $24.50 | Out of town dinner - R. Carter. |
| Emmett Bergman | 5/2/2016 | $6.40 | Out of town breakfast - E. Bergman. |
| Jodi Ehrenhofer | 5/2/2016 | $43.37 | Out of town dinner - R. Carter, J. Ehrenhofer - 2 |
| Jodi Ehrenhofer | 5/2/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Emmett Bergman | 5/3/2016 | $5.00 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/3/2016 | $40.00 | Out of town dinner - E. Bergman. |
| Richard Carter | 5/3/2016 | $40.00 | Out of town dinner - R. Carter. |
| Richard Carter | 5/4/2016 | $21.02 | Out of town dinner - R. Carter. |
| Richard Carter | 5/4/2016 | $4.25 | Out of town breakfast - R. Carter. |
| Emmett Bergman | 5/9/2016 | $11.40 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 5/9/2016 | $39.48 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 5/10/2016 | $20.32 | Out of town dinner - E. Bergman. |
| Jodi Ehrenhofer | 5/10/2016 | $11.85 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 5/10/2016 | $80.00 | Out of town dinner - Frank, Bergman - 2. |
| Richard Carter | 5/10/2016 | $22.49 | Out of town dinner - R. Carter. |
| Richard Carter | 5/10/2016 | $7.92 | Out of town breakfast - R. Carter. |
| Emmett Bergman | 5/11/2016 | $10.58 | Out of town breakfast - E. Bergman. |
| Jodi Ehrenhofer | 5/11/2016 | $8.24 | Out of town breakfast - J. Ehrenhofer and R. Carter - 2. |
| Matt Frank | 5/11/2016 | $25.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 5/11/2016 | $160.00 | Out of town dinner - Frank, Bergman, Ehrenhofer, Carter - 4. |
| Emmett Bergman | 5/12/2016 | $6.32 | Out of town breakfast - E. Bergman. |
| Jodi Ehrenhofer | 5/12/2016 | $17.06 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 5/12/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 5/12/2016 | $21.11 | Out of town dinner - R. Carter. |
| Emmett Bergman | 6/6/2016 | $27.73 | Out of town dinner - E. Bergman. |

*Exhibit I*

**Combined - All Entities**
*Expense Detail by Category*
*May 1, 2016 through August 31, 2016*

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 6/7/2016 | $21.24 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 6/8/2016 | $40.00 | Out of town dinner - E. Bergman. |
| Peyton Heath | 7/27/2016 | $32.14 | Out of town dinner - P. Heath. |
| Peyton Heath | 7/27/2016 | $8.73 | Out of town breakfast - P. Heath. |
| John Stuart | 7/28/2016 | $80.00 | Out of town dinner - J. Stuart, P. Heath - 2. |
| Jodi Ehrenhofer | 8/8/2016 | $51.14 | Out of town dinner - R. Carter, J. Ehrenhofer - 2. |
| Jodi Ehrenhofer | 8/8/2016 | $5.61 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 8/8/2016 | $10.98 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 8/9/2016 | $44.33 | Out of town dinner - R. Carter, J. Ehrenhofer - 2. |
| Richard Carter | 8/9/2016 | $8.24 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Jodi Ehrenhofer | 8/10/2016 | $30.70 | Out of town dinner - J. Ehrenhofer. |
| Richard Carter | 8/10/2016 | $23.99 | Out of town dinner - R. Carter. |
| Richard Carter | 8/10/2016 | $8.24 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| John Stuart | 8/21/2016 | $34.60 | Out of town dinner - J. Stuart. |
| Jodi Ehrenhofer | 8/23/2016 | $5.61 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 8/23/2016 | $7.97 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 8/24/2016 | $23.97 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/24/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 8/24/2016 | $23.16 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 8/25/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 8/25/2016 | $15.40 | Out of town dinner - R. Carter. |
| Richard Carter | 8/25/2016 | $6.59 | Out of town breakfast - R. Carter. |
| Richard Carter | 8/26/2016 | $30.70 | Out of town dinner - R. Carter. |
| **Expense Category Total** | | **$1,302.43** | |

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/18/2016 | $25.00 | Taxi from Dallas Airport to Energy. |

*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*May 1, 2016 through August 31, 2016*

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 4/18/2016 | $100.00 | Taxi roundtrip from home to San Francisco Airport. |
| Emmett Bergman | 4/21/2016 | $61.76 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 4/21/2016 | $10.43 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 4/25/2016 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 4/25/2016 | $25.00 | Taxi from Dallas Airport to Energy. |
| Emmett Bergman | 4/28/2016 | $10.38 | Taxi from Energy to Dallas Airport. |
| Emmett Bergman | 4/28/2016 | $62.13 | Taxi from San Francisco Airport to home. |
| Jodi Ehrenhofer | 5/1/2016 | $22.50 | Taxi from home to O'Hare. |
| Richard Carter | 5/1/2016 | $54.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 5/2/2016 | $27.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 5/2/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Jodi Ehrenhofer | 5/2/2016 | $5.00 | Parking at Energy offices. |
| Emmett Bergman | 5/3/2016 | $13.56 | Taxi from hotel to Energy. |
| Emmett Bergman | 5/3/2016 | $20.05 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 5/3/2016 | $40.50 | Parking at hotel in Dallas - 3 nights. |
| Emmett Bergman | 5/4/2016 | $62.03 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 5/4/2016 | $15.34 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 5/4/2016 | $22.50 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 5/4/2016 | $3.80 | Fuel for rental car. |
| Richard Carter | 5/4/2016 | $118.00 | Parking at Chicago Airport. |
| Richard Carter | 5/4/2016 | $57.78 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 5/5/2016 | $92.98 | Rental Car in Dallas - 3 days |
| Emmett Bergman | 5/9/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 5/9/2016 | $55.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 5/10/2016 | $22.45 | Taxi from home to O'Hare. |
| Matt Frank | 5/10/2016 | $70.00 | Taxi from DFW to hotel. |
| Richard Carter | 5/10/2016 | $53.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 5/11/2016 | $27.00 | Parking at hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 5/11/2016 | $5.00 | Parking at Energy offices. |

*Exhibit I*

## Combined - All Entities
## Expense Detail by Category
## May 1, 2016 through August 31, 2016

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 5/11/2016 | $25.00 | Taxi from hotel to dinner. |
| Matt Frank | 5/11/2016 | $22.00 | Taxi from dinner to hotel. |
| Richard Carter | 5/11/2016 | $2.50 | Taxi from Energy to hotel. |
| Emmett Bergman | 5/12/2016 | $62.86 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 5/12/2016 | $13.58 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 5/12/2016 | $2.93 | Fuel for rental car. |
| Jodi Ehrenhofer | 5/12/2016 | $15.00 | Parking at Energy offices. |
| Jodi Ehrenhofer | 5/12/2016 | $22.50 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 5/12/2016 | $92.98 | Rental Car in Dallas - 3 days. |
| Matt Frank | 5/12/2016 | $65.00 | Taxi from hotel to DFW. |
| Matt Frank | 5/12/2016 | $70.00 | Parking at ORD (5/10/16-5/12/16). |
| Richard Carter | 5/12/2016 | $105.00 | Parking at Chicago Airport. |
| Emmett Bergman | 6/6/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 6/8/2016 | $73.11 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 6/8/2016 | $10.40 | Taxi from Energy to Dallas Airport. |
| Peyton Heath | 7/27/2016 | $63.80 | Taxi from New York Airport to hotel. |
| John Stuart | 7/28/2016 | $102.70 | Taxi from New York Airport to hotel. |
| John Stuart | 7/29/2016 | $75.00 | Taxi from DFW Airport to home. |
| Peyton Heath | 7/29/2016 | $21.54 | Taxi from DFW Airport to home. |
| Peyton Heath | 7/29/2016 | $60.41 | Taxi to New York Airport. |
| Jodi Ehrenhofer | 8/8/2016 | $5.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 8/8/2016 | $5.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 8/8/2016 | $42.80 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 8/8/2016 | $54.54 | Taxi from DFW Airport to Energy. |
| Richard Carter | 8/8/2016 | $58.15 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 8/9/2016 | $5.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 8/9/2016 | $5.00 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 8/9/2016 | $5.08 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 8/10/2016 | $3.00 | Taxi from hotel to Energy. |

*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*May 1, 2016 through August 31, 2016*

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 8/10/2016 | $45.00 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 8/10/2016 | $58.62 | Taxi from Energy to DFW Airport. |
| John Stuart | 8/10/2016 | $57.30 | Taxi: Taxi from Airport to Office |
| Richard Carter | 8/10/2016 | $105.00 | Parking at O'Hare Airport. |
| Richard Carter | 8/10/2016 | $58.80 | Taxi from Energy to DFW Airport. |
| John Stuart | 8/11/2016 | $38.00 | Taxi from office to Chicago Airport. |
| John Stuart | 8/11/2016 | $51.00 | Parking at Dallas Airport. |
| John Stuart | 8/21/2016 | $65.14 | Taxi to hotel. |
| John Stuart | 8/22/2016 | $74.55 | Parking at Dallas Airport. |
| John Stuart | 8/22/2016 | $81.96 | Taxi to Philadelphia Airport. |
| Jodi Ehrenhofer | 8/23/2016 | $45.20 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 8/23/2016 | $5.61 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 8/23/2016 | $60.00 | Taxi from DFW Airport to Energy. |
| Richard Carter | 8/23/2016 | $54.60 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 8/24/2016 | $5.61 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 8/24/2016 | $5.82 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 8/24/2016 | $5.85 | Taxi from dinner to hotel. |
| Richard Carter | 8/24/2016 | $6.77 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 8/25/2016 | $45.00 | Taxi from O'Hare Airport to home. |
| Richard Carter | 8/25/2016 | $9.67 | Taxi from hotel to Energy. |
| Richard Carter | 8/25/2016 | $58.80 | Taxi from Energy to DFW Airport. |
| Richard Carter | 8/26/2016 | $105.00 | Parking at O'Hare Airport. |
| **Expense Category Total** | | **$3,615.37** | |
| *Grand Total* | | **$28,784.75** | |