# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Goldman Sachs Lending Partners LLC hereby withdraws its *Undertaking for TCEH First Lien Credit Plan Distribution Allocation Dispute* filed with the Court on October 27, 2016 at Docket No. 9968 due to the PDF image being upside down. The *Undertaking for TCEH First Lien Credit Plan Distribution Allocation Dispute* has been refiled with the Court on October 28, 2016 at Docket No. 9972.

Dated: October 28, 2016                COZEN O'CONNOR

*/s/ Simon E. Fraser*
Simon E. Fraser (No. 5335)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: sfraser@cozen.com

*Counsel for Goldman Sachs Lending Partners LLC*