## **Exhibit A**

## **Hours Expended by Goldin Professional**

| | | |
|---|---|---|
| Harrison J. Goldin | Sr. Managing Director | 1.0 |
| David Prager | Managing Director | 6.5 |
| Karthik Bhavaraju | Director | 13.4 |
| Chrysonthia Horne | Analyst | 16.9 |
| Deborah Praga | Analyst | 2.0 |
| Vivek Ram | Analyst | 19.5 |
| **Total** | | **59.3** |