## <u>Exhibit C</u>

## Expenses by Category

| | |
|---|---|
| Photocopies | 51.80 |
| Research | 0.53 |
| **Total** | **$52.33** |