## **Exhibit D**

**Expense Detail**

**GoldinAssociates, LLC**

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

## *Detailed Expenses by Category:* EFIH

For Expenses Through 9/30/2016

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Office Supplies/Miscellaneous | | | | | | |
| | 7/1/2016 | 7/31/2016 | 7/31/2016 | AJD | Photocopies for the period of July 1 through July 31, 2016 (289 pages at $0.07 per page) | $20.23 |
| | 9/1/2016 | 9/30/2016 | | JB | Photocopies for the period of September 1 through September 30, 2016 (451 pages at $0.07 per page) | $31.57 |
| Total: Office Supplies/Miscellaneous | | | | | | $51.80 |
| : Research | | | | | | |
| | 9/1/2016 | 9/30/2016 | 9/1/16 | JB | Capital IQ - research for the period 8/1 - 8/31 - Cap IQ discounted rate | $0.53 |
| Total: Research | | | | | | $0.53 |
| **Grand Total** | | | | | | **$52.33** |