IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) (Jointly Administered) |
| Debtors.[1] | ) Re: D.I. 9408 ) |

### ORDER ALLOWING THE FINAL REQUEST OF MCDERMOTT WILL & EMERY LLP FOR FINAL COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES

This matter coming before the Court on the *Final Application of McDermott Will & Emery LLP* ("**McDermott**") *as Special Counsel for the Debtors for Compensation for Services Rendered and Reimbursement of Expenses incurred for the period from April 29, 2014 through October 28, 2015* ( D.I. 9408, the "**Application**"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the final allowance of certain fees, including all holdbacks, and expenses incurred by McDermott for the specific period of time set forth in the Application, filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "**Interim Compensation Order**") and the *Stipulation and Order Approving a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"); and the Court having reviewed the Application with respect to the Applicant and/or the omnibus report filed by the Fee Committee

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(as such term is defined in the Fee Committee Order) with respect to the Application (see D.I. 9908); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Application have been afforded the opportunity to be heard on the Application, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED on a final basis, to the extent set forth on the attached **Exhibit A**.

2. The Applicant is allowed (a) final compensation for services rendered during the Compensation Period and (b) final reimbursement for actual and necessary expenses incurred, in the amount set forth on the attached **Exhibit A**, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay the Applicant 100% of the fees and 100% of the expenses listed on **Exhibit A** hereto under the columns "Final Fees Approved" and "Final Expenses Approved," for services rendered and expenses incurred.

Dated: October 28, 2016
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE