## Exhibit A

| Applicant | Compensation Period | Final Fees Requested | Fee Committee's Fee Adjustments | Final Expenses Requested | Fee Committee's Expense adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| McDermott Will & Emery | 4/29/2014 – 10/28/2015 | $1,334,140.62 | $9,368.50 | $142,827.75 | $430.85 | $1,373,960.62 [1] | $142,827.75 |

[1] This amount includes fees and expenses for the preparation of the professional's final fee application, which the Fee Committee has reviewed and approved on a final basis.