## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline:  November 18, 2016 at 4:00 p.m.** |
| | ) | |

## TWENTY-FOURTH MONTHLY FEE STATEMENT
## OF BALCH & BINGHAM LLP FOR ALLOWANCE OF AN ADMINISTRATIVE
## CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
## INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

| Name of Applicant | Balch & Bingham LLP |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, *et al.* Debtors and Debtors in Possession |
| Date of Retention: | Retention Order Entered October 27, 2014 (Effective as of October 1, 2014) |
| Period for which compensation and reimbursement is sought: | September 1, 2016 through  September 30, 2016 |
| Amount of Compensation sought as actual, reasonable and necessary: | $157,890.80  (80% of  $197,363.50)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $7,120.28[3] |

This is a __X__ monthly ____ interim ____ final application.  No prior application has been filed for

this Fee Period.[4]

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Compensation amounts are based on Balch's billing rates which took effect on January 1, 2016.  Balch consulted with the Debtors as to appropriate billing rates for 2016, and Debtors agreed to Balch's 2016 rates.  Pursuant to paragraph 10 of the Retention Order, a supplemental declaration was filed by Balch on January 26, 2016, to serve as notice of increases in rates [D.I. 7736].

[3]  Reflects actual expenses incurred during Fee Period ($8,595.96) minus expenses which were identified as not reimbursable ($1,475.68) pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, and subsequent correspondence.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Debtors to Retain  Balch & Bingham LLP as Special Counsel for Certain Environmental Matters, Effective Nunc Pro Tunc to October 1, 2014,* dated October 27, 2014 [D.I. 2563] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm of Balch & Bingham LLP ("Balch"), counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly application (this "Application") for: (i) compensation in the amount of $157,890.80 for the reasonable and necessary legal services Balch rendered to the Debtors from September 1, 2016 through September 30, 2016 (the "Fee Period") (80% of $197,363.50); and (ii) reimbursement for the actual and necessary expenses that Balch incurred, in the amount of $7,120.28 during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1. In support of this Application, attached are the following exhibits:

   - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Balch partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories Balch established in accordance with its internal billing procedures. As reflected in Exhibit A, Balch incurred $197,363.50 in fees during the Fee

---

4    Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Application shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

Period.  Pursuant to this Application, Balch seeks reimbursement for 80% of such fees ($157,890.80 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding the Balch attorneys and paraprofessionals for whose work on various matters as authorized by the Retention Order is sought in this Application. Attorneys and paraprofessionals of Balch have expended a total of 518.30 hours in connection with various matters as authorized by the Retention Order during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Balch is seeking reimbursement in this Application.  All of these disbursements comprise the requested sum for Balch's out-of-pocket expenses.

- **Exhibit D** consists of Balch's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.

### Proposed Payment Allocation

2.      In accordance with paragraph 2(b) of the Interim Compensation Order, all of the work performed by Balch during the Fee Period was performed on behalf of debtor Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

### Representations

3.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period.  Balch reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Retention Order, the Fee Committee Order, and the Interim Compensation Order.

*[Remainder of page intentionally left blank.]*

3

WHEREFORE, Balch requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $165,011.08 consisting of (a) $157,890.80 which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by Balch and (b) $7,120.28 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: October 28, 2016

*/s/ P. Stephen Gidiere III*
**BALCH &BINGHAM LLP**
P. Stephen Gidiere III
1901 Sixth Ave. North
Suite 1500
Birmingham, AL 35203
Telephone:    (205) 226-8735
Facsimile:    (205) 488-5694
Email:    sgidiere@balch.com

Special Counsel to the Debtors and Debtors in Possession

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**VERIFICATION OF P. STEPHEN GIDIERE III**

1.      I am a partner in the law firm of BALCH & BINGHAM LLP ("Balch"), located 1901 Sixth Avenue N, Suite 1500, Birmingham, AL 35203.  I am the lead attorney from Balch working on the various matters as authorized by the Retention Order.[2]  I am a member in good standing of the bars of the states of Alabama and Texas.  There are no disciplinary proceedings pending against me.

2.      I have personally performed many of the legal services rendered by Balch as special counsel to the Debtors for certain environmental-related matters and am familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Monthly Fee Statement filed herewith.

the Monthly Fee Statement for Balch complies with Rule 2016-2, as augmented by the Interim

Compensation Order and the Fee Committee Order.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.


Respectfully submitted,

*/s/ P. Stephen Gidiere III*
P. Stephen Gidiere III
as Partner of BALCH & BINGHAM LLP

2