# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

# COMPENSATION BY SUBJECT MATTER[1]
# SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 59.00 | $22,934.50 |
| 7 | EPA NSR Litigation | 83.60 | $31,975.50 |
| 8 | EGU MACT | 2.40 | $1,018.00 |
| 9 | Texas PM2.5 Interstate Transport Rule | 61.50 | $19,438.00 |
| 11 | EPA Regional Haze Rulemaking | 77.70 | $32,805.00 |
| 18 | EPA Affirmative Defense Litigation | 117.90 | $45,992.00 |
| 19 | EPA Existing Source GHG Rules | 54.60 | $22,278.00 |
| 21 | Bankruptcy Application and Retention | 33.60 | $8,111.50 |
| 24 | La Frontera Gas Contracts | 3.80 | $1,710.00 |
| 25 | SO2 NAAQS | 0.50 | $262.50 |
| 27 | EPA New Source GHG Rules | 1.50 | $451.50 |
| 28 | FERC Issues | 22.20 | $10,387.00 |
| **Totals:** | | **518.30** | **$197,363.50** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

2

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

| Expense Category | Amount |
|---|---|
| Airfare | $2,711.62 |
| Telephone Charges | $88.90 |
| Transportation to/from airport | $249.00 |
| Transportation | $79.77 |
| Travel Meals | $750.90 |
| Other Travel Expenses | $200.95 |
| Travel Expenses – Lodging | $3,016.20 |
| Working Meals | $22.94 |
| **Total Expenses Sought:** | **$7,120.28** |