# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey | Partner | 2003 | Environmental | $395.00 | 21.60 | $8,532.00 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $330.00 | 12.00 | $3,960.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $525.00 | 185.50 | $97,387.50 |
| Scott B. Grover | Partner | 2001 | Energy | $450.00 | 3.80 | $1,710.00 |
| Lyle Larson | Partner | 1991 | Energy | $520.00 | 18.00 | $9,360.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $525.00 | 8.60 | $4,515.00 |
| Julia Barber | Associate | 2014 | Environmental | $245.00 | 71.10 | $17,419.50 |
| Mateo Forero-Norena | Associate | 2016 | Environmental | $230.00 | 11.00 | $2,530.00 |
| David Mitchell | Associate | 2009 | Environmental | $300.00 | 121.60 | $36,480.00 |
| J. Patrick Runge | Associate | 2008 | Environmental | $280.00 | 10.30 | $2,884.00 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | $230.00 | 49.90 | $11,477.00 |
| Tal Simpson | Staff Attorney | 2011 | Environmental | $265.00 | 1.10 | $291.50 |
| | | | | | **514.50** | **$196,546.50** |

The paraprofessionals of Balch who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ezell, Lisa R. | Paralegal | 25 | Bankruptcy | $215.00 | 3.80 | $817.00 |
| | | | | | **3.80** | **$817.00** |

| | |
|---|---|
| **Total Fees Requested** | **$197,363.50** |