## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

# EXPENSE SUMMARY
## SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

| Expense Category | Amount |
|---|---|
| Airfare | $2,711.62 |
| Telephone Charges | $88.90 |
| Transportation to/from airport | $249.00 |
| Transportation | $79.77 |
| Travel Meals | $750.90 |
| Other Travel Expenses | $200.95 |
| Travel Expenses – Lodging | $3,016.20 |
| Working Meals | $22.94 |
| **Total Expenses Sought:** | **$7,120.28** |