# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

## DETAILED EXPENSE SUMMARY
## SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 708752 | 004 | 8/1/16 | C. Grady Moore | Telephone Charges | | | $9.01 | Conference Call |
| 708752 | 004 | 8/9/16 | C. Grady Moore | Airfare | | | $256.10 | Airfare from Washington, D.C. to Birmingham, AL |
| 708752 | 004 | 8/9/16 | C. Grady Moore | Airfare | | | $10.00[1] | Travel agency service fee |
| 708752 | 004 | 8/9/16 | C. Grady Moore | Airfare | | | $370.98 | Airfare from Birmingham, AL to Baltimore, MD |
| 708752 | 004 | 8/9/16 | C. Grady Moore | Airfare | | | $10.00[2] | Travel agency service fee |
| 708752 | 004 | 8/15/16 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Conference Call |
| 708752 | 004 | 8/17/16 | P. Stephen Gidiere | Telephone Charges | | | $1.90[3] | Long Distance |
| 708752 | 004 | 8/18/16 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 708752 | 004 | 8/18/16 | P. Stephen Gidiere | Telephone Charges | | | $26.58 | Conference Call |
| 708752 | 004 | 8/24/16 | P. Stephen Gidiere | Telephone Charges | | | $2.80 | Long Distance |
| 708752 | 004 | 8/25/16 | P. Stephen Gidiere | Telephone Charges | | | $20.50 | Conference Call |
| 708752 | 004 | 8/30/16 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Conference Call |
| 708752 | 004 | 8/31/16 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 708752 | 004 | 8/31/16 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Conference Call |
| 708752 | 004 | 9/1/16 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Conference Call |
| 708752 | 004 | 9/2/16 | P. Stephen Gidiere | Telephone Charges | | | $1.30 | Long Distance |
| 708753 | 007 | 9/16/16[3] | P. Stephen Gidiere | Other Travel Expenses | | | $1.00[4] | Baggage handling tip |
| 708753 | 007 | 8/12/16 | P. Stephen Gidiere | Telephone Charges | | | $4.43 | Conference Call |

---

[1] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[2] Pursuant to the Fee Committee's Letter Report on the First Interim Application of Balch & Bingham LLP, dated May 20, 2015, service fees are not reimbursable. Therefore, $10.00 is not reimbursable.

[3] Italicized entries for Telephone Charges represent those calls which cannot be classified as multi-party conference calls. A total of $17.26 in telephone charges is not reimbursable.

[4] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $1.00 has been deducted.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *708753* | *007* | *8/15/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.10* | *Long Distance* |
| *708753* | *007* | *8/16/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.50* | *Long Distance* |
| *708753* | *007* | *8/16/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$5.86* | *Long Distance* |
| 708753 | 007 | 8/17/16 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Conference Call |
| 708753 | 007 | 8/25/16 | P. Stephen Gidiere | Telephone Charges | | | $6.30 | Conference Call |
| 708753 | 007 | 9/14/16 | P. Stephen Gidiere | Airfare | | | $507.98 | Airfare from Dallas, TX to Washington, DC |
| 708753 | 007 | 9/14/16 | P. Stephen Gidiere | Transportation | | | $19.13 | Cab fare from client office to hotel |
| 708753 | 007 | 9/14/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $22.00 | Cab fare from airport to client office |
| 708753 | 007 | 9/14/16 | P. Stephen Gidiere | Travel Meals | | | $41.42 | Lunch (2 people) |
| *708753* | *007* | *9/14/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$264.40*[5] | *Dinner (3 people)* |
| 708753 | 007 | 9/15/16 | P. Stephen Gidiere | Transportation | | | $10.00 | Subway fare |
| *708753* | *007* | *9/15/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$125.60*[6] | *Breakfast (3 people)* |
| *708753* | *007* | *9/15/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$198.30*[7] | *Dinner (3 people)* |
| 708753 | 007 | 9/16/16 | P. Stephen Gidiere | Airfare | | | $542.60 | Airfare from Washington, DC to Birmingham, AL |
| 708753 | 007 | 9/16/16 | P. Stephen Gidiere | Other Travel Expenses | | | $14.95 | In-flight Wi-Fi service |
| 708753 | 007 | 9/16/16 | P. Stephen Gidiere | Other Travel Expenses | | | $95.00 | Airport Parking |
| 708753 | 007 | 9/16/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $22.94 | Cab fare from hotel to airport |
| 708753 | 007 | 9/16/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel from Birmingham Airport |

---

[5] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $144.40 is not reimbursable.

[6] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $5.60 is not reimbursable.

[7] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $78.30 is not reimbursable.

RLF1 15576860v.1

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *708753* | *007* | *9/16/16* | *P. Stephen Gidiere* | *Travel Expenses – Lodging* | | | *$1,545.75[8]* | *Lodging in Washington, D.C. (2 nights)* |
| 708753 | 007 | 9/16/16 | P. Stephen Gidiere | Travel Meals | | | $25.35 | Breakfast (1 person) |
| 708753 | 007 | 9/16/16 | P. Stephen Gidiere | Travel Meals | | | $7.80 | Lunch (1 person) |
| 708753 | 007 | 9/16/16 | P. Stephen Gidiere | Travel Meals | | | $2.65 | Coffee |
| 708753 | 007 | 9/20/16 | P. Stephen Gidiere | Telephone Charges | | | $1.90 | Conference Call |
| 708756 | 011 | 8/12/16 | P. Stephen Gidiere | Telephone Charges | | | $1.30 | Conference Call |
| 708756 | 011 | 8/12/16 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Conference Call |
| 708756 | 011 | 8/12/16 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 708756 | 011 | 8/12/16 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 708756 | 011 | 8/15/16 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Conference Call |
| 708756 | 011 | 8/16/16 | P. Stephen Gidiere | Telephone Charges | | | $3.10 | Conference Call |
| 708756 | 011 | 8/16/16 | P. Stephen Gidiere | Telephone Charges | | | $5.58 | Conference Call |
| 708756 | 011 | 8/17/16 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Conference Call |
| *708756* | *011* | *8/17/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$1.20* | *Long Distance* |
| 708756 | 011 | 8/17/16 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Conference Call |
| 708756 | 011 | 8/17/16 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Conference Call |
| 708756 | 011 | 9/9/16 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Conference Call |
| 708756 | 011 | 9/12/16 | P. Stephen Gidiere | Airfare | | | $373.98 | Airfare from Birmingham, AL to Dallas, TX |
| *708756* | *011* | *9/12/16* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$1.00[9]* | *Baggage handling tip* |
| 708756 | 011 | 9/12/16 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Conference Call |

---

[8] Pursuant to the Fee Committee's correspondence dated August 20, 2015, hotel rooms for this location (Washington, D.C.) are capped at $500.00 per night. Therefore, $545.75 is not reimbursable.

[9] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $1.00 has been deducted.

3

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 708756 | 011 | 9/12/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $28.00 | Cab fare from airport to hotel |
| 708756 | 011 | 9/12/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel to Birmingham Airport |
| 708756 | 011 | 9/12/16 | P. Stephen Gidiere | Travel Meals | | | $3.18 | Breakfast (1 person) |
| *708756* | *011* | *9/13/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$58.61[10]* | *Dinner (1 person)* |
| 708756 | 011 | 9/14/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $27.00 | Cab fare from hotel to airport |
| 708756 | 011 | 9/14/16 | P. Stephen Gidiere | Travel Expenses – Lodging | | | $666.20 | Lodging in Dallas, TX (2 nights) |
| 708756 | 011 | 9/14/16 | P. Stephen Gidiere | Travel Meals | | | $23.04 | Breakfast (1 person) |
| 708756 | 011 | 9/14/16 | P. Stephen Gidiere | Travel Meals | | | $6.98 | Coffee |
| 708756 | 011 | 9/21/16 | P. Stephen Gidiere | Telephone Charges | | | $2.10 | Conference Call |
| 708756 | 011 | 9/25/16 | P. Stephen Gidiere | Airfare | | | $24.00 | Airline seating fee |
| *708756* | *011* | *9/25/16* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$13.00[11]* | *Incidentals* |
| 708756 | 011 | 9/25/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $35.65 | Cab fare from airport to hotel |
| 708756 | 011 | 9/25/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.16 | Travel to Birmingham Airport |
| *708756* | *011* | *9/25/16* | *P. Stephen Gidiere* | *Travel Expenses – Lodging* | | | *$508.66[12]* | *Lodging in Austin, TX (1 night)* |
| 708756 | 011 | 9/25/16 | P. Stephen Gidiere | Travel Meals | | | $25.52 | Dinner (1 person) |
| 708756 | 011 | 9/26/16 | P. Stephen Gidiere | Transportation | | | $35.64 | Cab fare from hotel to client meeting |
| *708758* | *019* | *8/17/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.40* | *Long Distance* |

---

[10] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $18.61 is not reimbursable.

[11] Pursuant to correspondence from the Fee Committee, incidentals are not reimbursable. Therefore, $13.00 has been deducted.

[12] Pursuant to the Fee Committee's correspondence dated December 1, 2014, hotel rooms for this location are capped at $350.00 per night. Therefore, $158.66 is not reimbursable.

RLF1 15576860v.1

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| *708758* | *019* | *8/18/16* | *P. Stephen Gidiere* | *Telephone Charges* | | | *$0.40* | *Long Distance* |
| 708758 | 019 | 9/8/16 | P. Stephen Gidiere | Working Meals | | | $22.94 | Working lunch (3 people) |
| 708758 | 019 | 9/22/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.30 | Travel to Birmingham Airport |
| 708758 | 019 | 9/22/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $33.48 | Cab fare from airport to hotel |
| 708758 | 019 | 9/22/16 | P. Stephen Gidiere | Travel Meals | | | $5.34 | Breakfast (1 person) |
| 708758 | 019 | 9/22/16 | P. Stephen Gidiere | Travel Meals | | | $11.65 | Lunch (1 person) |
| 708758 | 019 | 9/23/16 | P. Stephen Gidiere | Airfare | | | $15.00 | Airline seating fee |
| 708758 | 019 | 9/23/16 | P. Stephen Gidiere | Other Travel Expenses | | | $38.00 | Parking at Airport |
| 708758 | *019* | *9/23/16* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$5.00[13]* | *Baggage handling tip* |
| 708758 | *019* | *9/23/16* | *P. Stephen Gidiere* | *Other Travel Expenses* | | | *$5.00[14]* | *Baggage handling tip* |
| 708758 | 019 | 9/23/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.29 | Travel from Birmingham Airport |
| 708758 | 019 | 9/23/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $21.37 | Cab fare from hotel to airport |
| *708758* | *019* | *9/23/16* | *P. Stephen Gidiere* | *Travel Expenses – Lodging* | | | *$772.88[15]* | *Lodging in Washington, D.C. (1 night)* |
| 708758 | 019 | 9/23/16 | P. Stephen Gidiere | Travel Meals | | | $20.25 | Lunch (1 person) |
| 708758 | 019 | 9/23/16 | P. Stephen Gidiere | Travel Meals | | | $35.85 | Diner (1 person) |
| 708758 | 019 | 9/26/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $19.47 | Cab fare from airport to hotel |
| *708758* | *019* | *9/26/16* | *P. Stephen Gidiere* | *Travel Meals* | | | *$120.00[16]* | *Dinner (2 people)* |

---

[13] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $5.00 has been deducted.

[14] Pursuant to correspondence from the Fee Committee, baggage fees and tips are not reimbursable. Therefore, $5.00 has been deducted.

[15] Pursuant to the Fee Committee's correspondence dated August 20, 2015, hotel rooms for this location (Washington, D.C.) are capped at $500.00 per night. Therefore, $272.88 is not reimbursable.

[16] Pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, meals are capped at $40.00 per person, per meal. Therefore, $40.00 is not reimbursable.

5

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 708758 | 019 | 9/27/16 | P. Stephen Gidiere | Airfare | | | $620.98 | Airfare from Austin, TX to Washington, D.C. |
| 708758 | 019 | 9/27/16 | P. Stephen Gidiere | Other Travel Expenses | | | $53.00 | Parking at airport |
| 708758 | 019 | 9/27/16 | P. Stephen Gidiere | Transportation | | | $15.00 | Cab fare from hotel to courthouse |
| 708758 | 019 | 9/27/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $25.58 | Cab fare from hotel to airport |
| 708758 | 019 | 9/27/16 | P. Stephen Gidiere | Transportation to/from Airport | | | $2.16 | Travel from Birmingham Airport |
| 708758 | 019 | 9/27/16 | *P. Stephen Gidiere* | *Travel Expenses – Lodging* | | | *$649.22[17]* | *Lodging in Washington, D.C. (1 night)* |
| 708758 | 019 | 9/27/16 | P. Stephen Gidiere | Travel Meals | | | $36.24 | Dinner (1 person) |
| 708758 | 019 | 9/27/16 | P. Stephen Gidiere | Travel Meals | | | $2.65 | Coffee |
| 708758 | 019 | 9/27/16 | P. Stephen Gidiere | Travel Meals | | | $14.41 | Breakfast (1 person) |
| 708758 | 019 | 9/27/16 | P. Stephen Gidiere | Travel Meals | | | $8.57 | Lunch (1 person) |
| *708760* | *024* | *9/21/16* | *Scott Grover* | *Telephone Charges* | | | *$1.40* | *Long Distance* |
| *708760* | *024* | *9/21/16* | *Scott Grover* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| *708760* | *024* | *9/23/16* | *Scott Grover* | *Telephone Charges* | | | *$0.20* | *Long Distance* |
| Total Expenses: | | | | | | | $8,595.96 | |
| *Less: Expense Adjustment[18]* | | | | | | | *$1,475.68* | |
| **Total Expenses Sought:** | | | | | | | **$7,120.28** | |

---

[17] Pursuant to the Fee Committee's correspondence dated August 20, 2015, hotel rooms for this location (Washington, D.C.) are capped at $500.00 per night. Therefore, $149.22 is not reimbursable.

[18] Reflects actual expenses incurred during Fee Period which are not reimbursable pursuant to the Fee Committee's initial memorandum, dated October 3, 2014, and subsequent communications.

RLF1 15576860v.1