IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Joint Administration) |
| Debtors. | **Related to Docket Nos. 9966, 9967** |

## AFFIDAVIT OF SERVICE

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the EFIH 2nd Lien Notes Indenture Trustee, and that on the 27th day of October 2016, she caused a copy of the following document(s) to be served upon the Participating Parties[2] via Electronic Mail at: EFH_DS_Discovery_Service_List@kirkland.com.

- *Notice of Deposition of David Ying by Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in its capacity as Indenture Trustee Filed by EFIH 2nd Lien Notes Indenture Trustee;*
- *Notice of Deposition of John Stuart by Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in its capacity as Indenture Trustee Filed by EFIH 2nd Lien Notes Indenture Trustee*

/s/ Elizabeth C. Thomas
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this 28 day of October 2016.

/s/ Notary Public
Notary Public
My Commission Expires:

[Notary Seal: KA JOHN BOWER, MY COMMISSION EXPIRES SEPT. 16, 2018, NOTARY PUBLIC STATE OF DELAWARE]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Participating Parties are as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* dated August 24, 2016 [D.I. 9381].

DOCS_DE:192954.3 23731/001