# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. Nos. 9959 and 9960** |

**JOINDER OF SHIRLEY FENICLE, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, OF DAVID WILLIAM FAHY, AND OF JOHN H. JONES IN DEPOSITIONS OF JOHN STUART AND OF DAVID YING NOTICED BY DELAWARE TRUST COMPANY, AS INDENTURE TRUSTEE**

TO:

| | |
|---|---|
| Mark D. Collins, Esq. | Edward O. Sassower, P.C., Esq. |
| Paul Keglevic, Esq. | Stephen E. Hessler, Esq. |
| Stacey H. Doré, Esq. | Brian E. Schartz, Esq. |
| Richards, Layton & Finger | Kirkland & Ellis LLP |
| 920 North King Street | 601 Lexington Avenue |
| Wilmington, DE 19801 | New York, NY 10022 |
| | |
| James H.M. Sprayregen, P.C. | Derek C. Abbott, Esq. |
| Marc Kieselstein, P.C. | Jonathan D. Smidt, Esq. |
| Chad J. Husnick, Esq. | Michael MacDougall, Esq. |
| Steven N. Serajeddini, Esq. | Morris, Nichols, Arsht |
| Kirkland & Ellis LLP | & Tunnell LLP |
| 300 North LaSalle | 1201 North Market Street, 16th Fl. |
| Chicago, IL 60654 | Wilmington, Delaware 19801 |
| | |
| David M. Klauder, Esq. | Emil A. Kleinhaus, Esq. |
| Billie I. Williamson, Esq. | Alexander B. Lees, Esq. |
| Donald L. Evans, Esq. | Angela K. Herring, Esq. |
| O'Kelley Ernst & Bielli, LLC | Wachtell, Lipton, Rosen & Katz |
| 901 N. Market Street, Ste. 1000 | 51 West 52nd Street |
| Wilmington, DE 19801 | New York, New York 10019 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Jeff J. Marwill, Esq.<br>Mark K. Thomas, Esq.<br>Proskauer Rose LLP<br>Three First National Plaza<br>70 W. Madison Street, Ste. 3800<br>Chicago, IL 60602 | Hunt Consolidated, Inc.<br>c/o Baker Botts L.L.P.<br>Tom O'Brien, Esq.<br>2001 Ross Avenue, Ste. 600<br>Dallas, TX 75201 |
| Jim Millstein<br>c/o Millstein & Co.<br>40 East 52nd Street, 20th Floor<br>New York, NY 10022 | Eric Siegert, Esq.<br>Houlihan Lokey<br>225 South Sixth Street, Ste. 4950<br>Minneapolis, MN 55402 |
| Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq.<br>Cole Schotz, P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Philip D. Anker, Esq.<br>Wilmer Cutler Pickering Hale<br>and Dorr, LLP<br>250 Greenwich Street<br>New York, NY 10007 |

**PLEASE TAKE NOTICE THAT** Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones (respectively, "Fenicle", "Fahy", and "Jones"), by and through their undersigned counsel, intend to join the deposition of John Stuart, noticed by Delaware Trust Company, as Indenture Trustee, *Notice of Deposition of John Stuart by Delaware Trust Company, as Indenture Trustee* [Docket No.9959].

**PLEASE TAKE FURTHER NOTICE THAT** Fenicle, Fahy, and Jones, by and through their undersigned counsel, also intend to join the deposition of David Ying, noticed by Delaware Trust Company, as Indenture Trustee, *Notice of Deposition of David Ying by Delaware Trust Company, as Indenture Trustee* [Docket No.9960].

Dated: October 28, 2016
      Wilmington, Delaware

By:  /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy and John H. Jones*

-and-

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Meisenkothen
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*