# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br>*Debtors*. | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered)<br>**Re: D.I. 9821** |

## APPELLEES' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtors and debtors in possession ("Appellees") respectfully submit this designation of items to be included in the record in connection with the appeal of Shirley Fenicle, David William Fahy, and John H. Jones from the *Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement*, dated September 19, 2016, [D.I. 9584] of the United States Bankruptcy Court for the District of Delaware (the "Court") (Sontchi, J.).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 15580621v.1

**Designations**

1. Materials entered into the evidentiary record in the Court during the September 19, 2016 hearing, as well as three hearing demonstratives, as detailed in the attached **Exhibit A** [Tabs 1-49].[2]

2. The following documents filed in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979:

| Date | D.I. | Docket Text |
| --- | --- | --- |
| **5/5/2015** | **4404** | Notice of Service of "Debtors' Response and Objections to EFH Official Committee of First Set of Interrogatories to Debtors" Filed by Energy Future Holdings Corp. |
| **6/8/2015** | **4713** | Notice of Service of "Debtors' First Supplemental Responses and Objections to EFH Official Committee First Set of Interrogatories to Debtors" |
| **9/11/2015** | **5937** | Affidavit/Declaration of Service (of Konstantina Haidopoulos re: Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof) |
| **9/18/2015** | **6097** | Order Authorizing Debtors To Enter Into And Perform Under Plan Support Agreement |
| **9/22/2015** | **6131** | Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents |
| **9/22/2015** | **6132** | Transcript re Hearing Held 09/21/2015 |

---

[2] In connection with a previous appeal in Appellees' chapter 11 bankruptcy cases, Appellees previously confirmed with the Office of the Clerk of the Court that, notwithstanding anything to the contrary set forth in Del. Bankr. L.R. 8009-1(b), Appellees are not to electronically file a copy of each document identified in this counter-designation that does not have a docket number or otherwise appear on the docket in chapter 11 Case No. 14-10979 (CSS) (Bankr. D. Del.) (including, without limitation, the documents identified in Exhibit A) at this time. To the extent that the Office of the Clerk of the Court or the Office of the Clerk of the United States District Court for the District of Delaware would like a paper copy of any of the documents identified in this counter-designation that does not have a docket number or otherwise appear on the docket in chapter 11 Case No. 14-10979 (CSS) (Bankr. D. Del.) (including, without limitation, the documents identified in Exhibit A), such documents are available from Appellees' counsel upon request.

RLF1 15580621v.1

| Date | D.I. | Docket Text |
|---|---|---|
| 10/6/2015 | 6342 | Notice of Interlocutory Appeal Pursuant to 28 U.S.C. Section 158 and Federal Rules of Bankruptcy Procedure 8002 and 8003 |
| 11/13/2015 | 6986 | "Copy from District Court" Order Denying Motion For Leave to Appeal |
| 12/16/2016 | 7383 | Order Denying the Amended Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class Pursuant to FRCP Rule 23 |
| 12/18/2015 | 7407 | Transcript re Hearing Held 12/16/2015 |
| 12/18/2015 | 7414 | Notice of Appeal BAP #15-81 (CA#15-1183) |
| 1/4/2016 | 7547 | Statement of Issues on Appeal and Designation of Items to be Included on the Record On Appeal |
| 3/15/2016 | 8005 | Certification of Counsel Regarding Stipulation and Order Granting Late-Filed Claim Forms of Certain Asbestos-Injury Claimants |
| 3/16/2016 | 8012 | Stipulation and Order Granting Late-Filed Claim Forms of Certain Asbestos-Injury Claimants |
| 5/24/2016 | 8514 | Order Scheduling Certain Hearing Dates And Deadlines And Establishing Certain Protocols In Connection With The Confirmation Of Debtors' Joint Plan Of Reorganization And The Approval Of Debtors' Disclosure Statement |
| 7/11/2016 | 8883 | Supplement to Order Scheduling Certain Hearing Dates And Deadlines And Establishing Certain Protocols In Connection With The Confirmation Of Debtors' Joint Plan Of Reorganization And The Approval Of Debtors' Disclosure Statement |
| 7/21/2016 | 8972 | Order (SECOND SUPPLEMENT) Scheduling Certain Hearing Dates And Deadlines And Establishing Certain Protocols In Connection With The Confirmation Of Debtors' Joint Plan Of Reorganization And The Approval Of Debtors' Disclosure Statement |
| 8/1/2016 | 9165 | Notice of Intent to Participate in Disclosure Statement Proceedings and Confirmation Proceedings for New Plan |
| 8/8/2016 | 9209 | Objection to the Second Amended Joint Plan of Reorganization of Energy Future Holding Corp. et al, Pursuant to Chapter 11 of The Bankruptcy Code, dated June 26, 2016 |
| 8/23/2016 | 9373-1 | Order Scheduling Certain Hr'g Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it relates to the EFH/EFIH Debtors |
| 8/24/2016 | 9381 | Order Scheduling Certain Hearing Dates And Deadlines And Establishing Certain Protocols In Connection With Confirmation |

| Date | D.I. | Docket Text |
|---|---|---|
| | | Of The Debtors' Joint Plan Of Reorganization As It Relates To The EFH/EFIH Debtors |
| **8/29/2016** | **9421** | Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors. Order Signed on 8/29/2016. |
| **9/1/2016** | **9459** | Notice of Service of Second Document Requests of Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones to Debtors in Connection with Confirmation of the Debtors New Joint Plan of Reorganization |
| **9/1/2016** | **9460** | Notice of Service of First Document Requests of Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones to NextEra Energy, Inc., in Connection with Confirmation of the Debtors New Joint Plan of Reorganization |
| **9/6/2016** | **9483** | [SEALED] Letter to The Honorable Christopher S. Sontchi |
| **9/7/2016** | **9492** | Objection of Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones to the Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of The Bankruptcy Code as It Applies to the EFH Debtors and EFIH Debtors |
| **9/9/2016** | **9504** | Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi Concerning Alleged Discovery Dispute With Fenicle and Fahy In Connection With Plan Confirmation With Respect to the EFH and EFIH Debtors |
| **9/12/2016** | **9521** | Notice of Appeal from the Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors |
| **9/15/2016** | **9559** | Exhibit(s) (Notice of Filing of Revised Order in Connection with "Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents") |

| Date | D.I. | Docket Text |
|---|---|---|
| 9/16/2016 | 9565 | Notice of Service of (1) Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones Supplemental Notice of Deposition to Debtors Pursuant to Rule 30(b)(6); (2) Notice of Deposition of NextEra Energy, Inc., and NextEra Energy Capital Holdings, Inc., Pursuant to Rule 30(b)(6) by Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones; (3) Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones Notice of Deposition and Subpoena Duces Tecum of Anthony Horton; (4) Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones Notice of Deposition and Subpoena Duces Tecum of Paul Keglevic; and (5) Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones Notice of Deposition and Subpoena Duces Tecum of Kristopher Moldovan |
| 9/19/2016 | 9585 | Order (A) Approving the EFH/EFIH Disclosure Statement, (B) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents |
| 9/21/2016 | 9620 | Notice of Confirmation Hearing (Notice of Hearing to Consider Confirmation of the Chapter 11 Plan as it Applies to the EFH/EFIH Debtors and Related Voting and Objection Deadlines) |
| 10/3/2016 | 9742 | Notice of Effective Date (Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date) |

3. The following documents filed in *Fahy, et al. v. Energy Future Holdings Corp., et al.*, Case No. 15-cv-1183 (D. Del.):

| Date | D.I. | Docket Text |
|---|---|---|
| **3/21/2016** | **26** | Brief of Appellants Shirley Fenicle and David William Fahy |
| **5/5/2016** | **43** | Brief of Appellees |
| **9/26/2016** | **67** | Transcript re Hearing Held 9/9/2016 |
| **9/26/2016** | **68** | Memorandum Opinion |
| **9/26/2016** | **69** | Order |
| **9/28/2016** | **70** | Memorandum Opinion |

5

| Date | D.I. | Docket Text |
|---|---|---|
| **9/28/2016** | **71** | Order |

4. The following documents filed in *Cunningham, et al. v. Energy Future Holdings Corp. et al.*, Case No. 15-cv-1218:

| Date | D.I. | Docket Text |
|---|---|---|
| **3/21/2016** | **21** | Brief of Appellants Arabie, Cunningham, and Ziegelbaum |

5. The following documents filed in *The Bank of New York Mellon Trust Company, N.A. v. Energy Future Holdings Corp., et al.*, Case No. 15-cv-885 (D. Del.):

| Date | D.I. | Docket Text |
|---|---|---|
| **11/17/2015** | **12** | Appellant's Brief |
| **6/10/2016** | **28** | Appellee's Brief |
| **6/27/2016** | **32** | Order |
| **6/30/2016** | **33** | Transcript re Hearing Held 6/24/2016 |

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: October 28, 2016<br>Wilmington, Delaware | By: _____*/s/ Jason M. Madron*_____<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>-and-<br><br>Aparna Yenamandra (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>-and-<br><br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Co-Counsel to Appellees* |