# **Exhibit A**

# ADMITTED EXHIBITS[1]

| TAB | DX # | Description |
|---|---|---|
| 1 | DX01 | Debtors Motion for Order Authorizing Entry into Merger Agreement |
| 2 | DX02 | June 16, 2014 Second Lien DIP Facility Board Deck |
| 3 | DX03 | Letter from NEE to P. Keglevic re Second Lien Debtor-in-Possession Financing Proposal for Energy Future Intermediate Holding Company LLC |
| 4 | DX04 | June 16, 2014 EFIH/EFH - EFIH 2nd Lien DIP Proposals Presentation |
| 5 | DX05 | Proposed Second Lien DIP Facility - Key Terms |
| 6 | DX06 | Project Lone Star - 2L DIP Sources and Uses |
| 7 | DX07 | Proposed Second Lien DIP Facility - Key Terms |
| 8 | DX08 | June 29, 2014 Second Lien DIP Facility Board Deck |
| 9 | DX09 | Letter from NEE to EFIH Board of Directors |
| 10 | DX10 | June 17, 2014 RSA Status and NextEra Proposal Board Deck |
| 11 | DX11 | Email from M. Hickson to EFH, K&E attach Redline to Exhibit A to Term Sheet for Acquisition |
| 12 | DX12 | Email from T. Horton to NextEra, Chadbourne attach Redline of Term Sheet for Acquisition |
| 13 | DX13 | Email from M. Roitman to EFH, K&E attach Redline to Exhibit A to Term Sheet for Acquisition |
| 14 | DX14 | Email from A. Meek to NextEra, Chadbourne attach Redline of Term Sheet for Acquisition |

---

[1] The Court admitted Appellees' Exhibit 1-46 on September 19, 2016. *See* 9/19/2016 Hr'g Tr. at 30:17-22.

| TAB | DX # | Description |
|---|---|---|
| 15 | DX15 | Debtors' Notice Regarding Marketing Process |
| 16 | DX16 | Email from A. Masud to K&E, Evercore attach Bid Letter and Term Sheet |
| 17 | DX17 | Email from T. Watson to K&E, Evercore attach Redline to Agreement and Plan of Merger |
| 18 | DX18 | April 3, 2015 Update on Plan Process Board Deck |
| 19 | DX19 | Email from E. Lane to K&E, Evercore attach Redline to Agreement and Plan of Merger |
| 20 | DX20 | April 17, 2015 Restructuring Update Board Deck |
| 21 | DX21 | Email from V. Nunn to Credit Suisse, NextEra, Chadbourne attach Redline to Agreement and Plan of Merger |
| 22 | DX22 | Email from V. Nunn re EFH - Revised Bids attach K&E Redline to Agreement and Plan of Merger |
| 23 | DX23 | Email from T. Watson to K&E, Evercore, DDAs attach Cover Letter, Redline to Agreement and Plan of Merger |
| 24 | DX24 | Email from C. Sieving to K&E, EFH re EFH -- NextEra Merger Agreement attach Cover Letter re Revised Merger Agreement; Chadbourne Redline to Agreement and Plan of Merger |
| 25 | DX25 | Email from V. Nunn to Chadbourne attach Redline to Agreement and Plan of Merger |
| 26 | DX26 | June 9, 2015 Update Regarding Stalking Horse Marketing Process Board Deck |
| 27 | DX27 | June 16, 2015 Restructuring Update Board Deck |
| 28 | DX28 | Email from S. Dore to K&E, EFH forwarding NEE Bid Letter and Term Sheet |
| 29 | DX29 | Email from P. Keglevic to T. Horton forwarding NextEra Revised Bid Letter |

| TAB | DX # | Description |
|---|---|---|
| 30 | DX30 | May 20, 2016 Joint Board Minutes |
| 31 | DX31 | May 20, 2016 Joint Board Materials |
| 32 | DX32 | Email from W. Greason to EFH, K&E attach Draft Merger Agreement |
| 33 | DX33 | Email from V. Nunn to T. Horton, P. Keglevic re NEE Documents attach Chadbourne Draft of Agreement and Plan of Merger |
| 34 | DX34 | July 22, 2016 Restructuring Update |
| 35 | DX35 | Email from W. Grearson to EFH, K&E, Chadbourne, NEE re EFH - Merger Agreement - Revised Draft attach Chadbourne Redline to Agreement and Plan of Merger |
| 36 | DX36 | Email from V. Nunn to NextEra, Chadbourne attach Redline to Draft Merger Agreement |
| 37 | DX37 | Email from W. Greason to EFH, K&E attach 9848868v6_Merger Agreement Consideration version - 9848868v8_Merger Agreement |
| 38 | DX38 | Email from C. Sieving to EFH, K&E attach Redline to Draft Merger Agreement |
| 39 | DX39 | Email from W. Greason re EFH - Merger Agreement - Revised Draft attach Chadbourn Redline to Agreement and Plan of Merger |
| 40 | DX40 | Email from V. Nunn re EFH - Merger Agreement - Revised Draft attach K&E Redline to Agreement and Plan of Merger |
| 41 | DX41 | Email from C. Sieving to V. Nunn re EFH - NEE - Open Issues attach Clean and Redline Section 6 Fiduciary Out Provision |
| 42 | DX42 | July 28, 2016 M&A Update Board Deck |
| 43 | DX43 | July 29, 2016 Board Deck |
| 44 | DX44 | July 29, 2016 Joint Board Minutes |

| TAB | DX # | Description |
|---|---|---|
| 45 | DX45 | Email from V. Nunn to NextEra, Chadbourne attach Merger Agreement |
| 46 | DX46 | Email from W. Grearson to EFH, K&E re EFH - Merger Agreement - Revised Draft |

**SEPTEMBER 19, 2016, HEARING DEMONSTRATIVES**

| TAB | D-DEM # | Description |
|---|---|---|
| 47 | D-DEM 1 | NextEra Merger Negotiations |
| 48 | D-DEM 2 | 2016 Merger Negotiations with NextEra |
| 49 | D-DEM 3 | Break Fees as Percentage of TEV — Publicly-Traded Utility Companies Since 2012 |