## **EXHIBIT A**

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Fifteenth Monthly Fee Statement<br><br>08/01/16 through 08/31/16<br><br>Docket No. 9686 | $13,440.00 | $0.00 | 10/18/16 | $10,752.00 | $0.00 | $2,688.00 |