# EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2016 THROUGH OCTOBER 2, 2016**

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Employment and Fee Applications | 53.6 | $25,621.00 |
| 46 | Budget-Related Work | 1.0 | $675.00 |
| Total for All-Debtor Matters | | 54.6 | $26,296.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 1.0 | $659.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | N/A | N/A |
| 16 | Litigation: Sierra Club – Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club – Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 16.6 | $12,890.00 |
| 22 | Litigation: 2004 FPL Lawsuit | N/A | N/A |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | 1.8 | $963.00 |
| 43 | Corporate Matters | 46.7 | $40,793.50 |
| 48 | TCEH Going Public Transactions | 997.8 | $566,656.00 |
| 49 | TCEH Notes Offering | N/A | N/A |
| 50 | Project Longhorn | N/A | N/A |
| 52 | Project Titan | N/A | N/A |
| 53 | Horseshoe Bend Solar Project | N/A | N/A |
| 54 | PUC RFI | 27.3 | $14,867.50 |
| Total for TCEH Matters | | 1,091.2 | $636,829.00 |
| Applicable to EFIH Debtors | | | |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 99.3% of the fees ($26,100.93) shall be allocated to the TCEH estate, 0.1% of the fees ($37.28) shall be allocated to the EFIH estate, and 0.5% of the fees ($157.80) shall be allocated to the EFH estate.

RLF1 15607387v.1

2

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | 1.7 | $909.50 |
| 35 | Corporate Matters | N/A | N/A |
| Total for EFIH Matters | | 1.7 | $909.50 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 4.4 | $3,850.00 |
| 32 | Corporate Matters | N/A | N/A |
| Total for EFH Matters | | 4.4 | $3,850.00 |
| **Total** | | **1,151.9** | **$667,884.50** |

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2016 THROUGH OCTOBER 2, 2016**

| Expenses Category | Total Expenses |
|---|---:|
| Certified Copies | $80.00 |
| Document Retrieval Service | $68.30 |
| EDiscovery Database Hosting Fees | $15,002.85 |
| Filing Fees | $3,707.89 |
| Messenger and Courier Expense | $131.82 |
| Outside Services/Consultants | $2,093.00 |
| Specialized Research | $6,053.33 |
| Travel - Parking | $30.00 |
| **Total:** | **$27,167.19** |