# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $890.00 | 0.4 | $356.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $875.00 | 62.8 | $54,950.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $930.00 | 12.5 | $11,625.00 |
| Gillian McPhee | Of Counsel. Became an Of Counsel in 2007. Member of MD Bar since 1997, and DC Bar since 1998. | $845.00 | 2.3 | $1,943.50 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $675.00 | 12.5 | $8,437.50 |
| Caitlin Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $560.00 | 51.2 | $28,672.00 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $650.00 | 0.4 | $260.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $650.00 | 9.1 | $5,915.00 |
| Timothy P. Fisher | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $535.00 | 226.3 | $121,070.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeremy L. Graves | Associate. Joined firm as an Associate in 2008. Member of CO Bar since 2012. | $790.00 | 0.6 | $477.00 |
| Kyle N. Guest | Associate. Joined firm as an associate in 2015. Member of TX Bar since 2015, and DC Bar since 2016. | $480.00 | 25.9 | $12,432.00 |
| Paige M. Lager | Associate. Joined firm as an associate in 2016. Not yet admitted to bar. | $410.00 | 6.7 | $2,747.00 |
| Louis J. Matthews | Associate. Joined firm as an associate in 2016. Member of NY Bar since 2014. | $600.00 | 186.6 | $111,960.00 |
| Joseph A. Orien | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $535.00 | 3.5 | $1,872.50 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $505.00 | 1.0 | $505.00 |
| Needhi N. Vasavada | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2014. | $480.00 | 262.4 | $125,952.00 |
| William C. Vaughn | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $505.00 | 15.1 | $7,625.50 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $675.00 | 225.2 | $152,010.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $410.00 | 40.2 | $16,482.00 |
| Christopher Karnes | EDiscovery Specialist. Joined Firm in 2012. | $360.00 | 2.6 | $936.00 |

2

3

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Marc E. Schneider | EDiscovery Specialist. Joined Firm in 2015. | $360.00 | 4.6 | $1,656.00 |
| **TOTAL** | | | **1151.9** | **$667,884.50** |
| **Blended Rate** | | **$579.81** | | |