# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2016 THROUGH OCTOBER 2, 2016**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| Certified Copies | $80.00 |
| Document Retrieval Service | $68.30 |
| EDiscovery Database Hosting Fees | $15,002.85 |
| Filing Fees | $3,707.89 |
| Messenger and Courier Expense | $131.82 |
| Outside Services/Consultants | $2,093.00 |
| Specialized Research | $6,053.33 |
| Travel - Parking | $30.00 |
| **Total:** | **$27,167.19** |

**TOTAL EXPENSES:**                                                                          **$27,167.19**