# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2016103571 | TCEH | 2016826 | Fisher, Timothy P. | Filing Fees | 0 | 0 | $826.50 | Vendor: CT Corporation System Invoice#: 15521750-RI /Filing Fees/Name reservations for T-Side entities |
| 2016103571 | TCEH | 2016901 | Fisher, Timothy P. | Filing Fees | 0 | 0 | $499.75 | Vendor: CT Corporation System Invoice#: 15589798-RI /Filing Fees /Amendment (Change Of Name) Regarding TEX CP Company LLC (DE) |
| 2016103571 | TCEH | 2016901 | Matthews, Louis J. | Specialized Research | 0 | 0 | $372.00 | TheCorporateCounsel.net |
| 2016103571 | TCEH | 2016831 | Matthews, Louis J. | Specialized Research | 0 | 0 | $238.53 | Intelligize |
| 2016103571 | TCEH | 2016831 | Matthews, Louis J. | Specialized Research | 0 | 0 | $37.97 | Practical Law US |
| 2016103571 | TCEH | 2016831 | Matthews, Louis J. | Specialized Research | 0 | 0 | $2,303.47 | TheCorporateCounsel.net |
| 2016103571 | TCEH | 2016909 | Matthews, Louis J. | Specialized Research | 0 | 0 | $410.93 | Intelligize |
| 2016103571 | TCEH | 2016910 | Matthews, Louis J. | Specialized Research | 0 | 0 | $98.93 | Intelligize |
| 2016103571 | TCEH | 2016911 | Matthews, Louis J. | Specialized Research | 0 | 0 | $107.73 | Intelligize |
| 2016103571 | TCEH | 2016909 | Matthews, Louis J. | Outside Services/ Consultants | 0 | 0 | $168.00 | Vendor: Capital IQ, Inc. dba S&P Capital Iq Llc Invoice#: 35186335 Outside Services/ Consultants/CUSIP No. for TCEH Corp. |
| 2016103571 | TCEH | 2016912 | Fisher, Timothy P. | Filing Fees | 0 | 0 | $157.79 | Vendor: CT Corporation System Invoice#: 15602235-RI Filing Fees/TCEH Corp. (DE) -Name Reservation - Delaware Name Reservation - Texas |
| 2016103571 | TCEH | 2016907 | Little, Robert B. | Parking | 0 | 0 | $15.00 | INVOICE#: 1409862809151204 Parking/Dallas, TX/Parking for meeting at EFH |

| 2016103571 | TCEH | 2016914 | Matthews, Louis J. | Specialized Research | 0 | 0 | $17.07 | Intelligize |
|---|---|---|---|---|---|---|---|---|
| 2016103571 | TCEH | 2016915 | Matthews, Louis J. | Specialized Research | 0 | 0 | $1,127.07 | Intelligize |
| 2016103571 | TCEH | 2016916 | Matthews, Louis J. | Specialized Research | 0 | 0 | $1,137.87 | Intelligize |
| 2016103571 | TCEH | 2016917 | Matthews, Louis J. | Specialized Research | 0 | 0 | $24.67 | Intelligize |
| 2016103571 | TCEH | 2016912 | Matthews, Louis J. | Specialized Research | 0 | 0 | $66.67 | Intelligize |
| 2016103571 | TCEH | 2016916 | | Outside Services/ Consultants | 0 | 0 | $1,000.00 | Vendor: OTC Markets Group Inc.; - Application Fee For R.Little To Serve As OTCQX Advisor/L.Matthews |
| 2016103571 | TCEH | 2016915 | Jones, Debra L. | Document Retrieval Service | 0 | 0 | $52.70 | PACER 08/03/2016 - 08/05/2016 08/17/2016 08/23/2016 Court Research |
| 2016103571 | TCEH | 2016915 | Jones, Debra L. | Document Retrieval Service | 0 | 0 | $15.60 | PACER 08/04/2016 08/15/2016 08/19/2016 08/21/2016 - 08/23/2016 Court Research |
| 2016103571 | TCEH | 2016912 | Ho, Sue Wei | Messenger And Courier Expense | 0 | 0 | $55.02 | Vendor: Federal Express Corporation From: Gibson Dunn And Crutcher, Dallas, Tx To: Robert B Little, Gibson Dunn, Dallas, Tx |
| 2016103571 | TCEH | 2016920 | Matthews, Louis J. | Specialized Research | 0 | 0 | $84.80 | Intelligize |
| 2016103571 | TCEH | 2016927 | Lewis, Paulette | Ediscovery Database Hosting Fees | 0 | 0 | $15,002.85 | September_2016-Ediscovery_Database_Hosting_Fees-(Monthly_Ediscovery_Database_Hosting_Fees) |
| 2016103571 | TCEH | 2016907 | Raiff, Michael L. | Parking | 0 | 0 | $15.00 | INVOICE#: 1411274509291904 Parking/Dallas, TX/Parking for meeting at EFH re PUC |

2

| 2016103571 | TCEH | 2016920 | Whalen, Jonathan M. | Outside Services/ Consultants | 0 | 0 | $925.00 | INVOICE#: 1417964609291904 Outside Services and Consultants/American Bank Note/Fee for Specimen Stock Certificate for TCEH Corp. |
|---|---|---|---|---|---|---|---|---|
| 2016103571 | TCEH | 2016929 | Matthews, Louis J. | Specialized Research | 0 | 0 | $23.07 | Intelligize |
| 2016103571 | TCEH | 2016926 | Matthews, Louis J. | Specialized Research | 0 | 0 | $2.55 | Practical Law US |
| 2016104553 | TCEH | 20161001 | Greene, Jacqueline A. | Messenger and Courier Expense | 0 | 0 | $21.84 | Vendor: Special Delivery Service, Inc. Invoice#: 516764 Date: 10/1/2016 Acct# 2146983100/ Messenger and Courier Expense |
| 2016104553 | TCEH | 20161001 | Greene, Jacqueline A. | Messenger and Courier Expense | 0 | 0 | $25.20 | Vendor: Special Delivery Service, Inc. Invoice#: 516764 Date: 10/1/2016 Acct# 2146983100/ Messenger and Courier Expense |
| 2016104553 | TCEH | 2016929 | Chung, James K. | Messenger and Courier Expense | 0 | 0 | $14.88 | Vendor: United Parcel Service, Inc. Invoice#: Ups-20161001 Date: 10/1/2016 Ship Date 09/29/2016 Tracking No: 1ZE330W9NT95703089 |
| 2016104553 | TCEH | 2016929 | Vasavada, Needhi N. | Filing Fees | 0 | 0 | $1,737.91 | Vendor: Ct Corporation System Invoice#: 15678470-RI Date: 9/29/2016 Cust#1410938/Filing Fees/Annual report and disbursements regarding TCEH Finance, Inc. (DE) and TXU SEM Company (DE) |

3

| 2016104553 | TCEH | 2016930 | Fisher, Timothy P. | Certified Copies | 0 | 0 | $80.00 | Vendor: Capitol Services, Inc. Invoice#: 7067990 Date: 9/30/2016 Client#3155/Certified Copies/Document retrieval: good standing certificate regarding Modular Wetland Systems, Inc. and Bio Clean Environmental Services, Inc. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2016104553 | TCEH | 2016929 | Vasavada, Needhi N. | Filing Fees | 0 | 0 | $485.94 | VENDOR: CT Corporation System Invoice#: 15677674-RI Date: 9/29/2016 Customer #1410938/Filing Fees/Pre-Clearance-Texas; Filings regarding EFH CG Holdings Company LP (TX) and EFH Corporate Services Company (TX) |
| 2016104553 | TCEH | 2016930 | Chung, James K. | Messenger and Courier Expense | 0 | 0 | $14.88 | Vendor: United Parcel Service, Inc. Invoice#: UPS-20161008 DATE: 10/8/2016 Ship Date 09/30/2016 Tracking No: 1ZE330W9NT96745710 |

4