**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 14-10979 (CSS)<br>:  (Jointly Administered)<br>:<br>: **Reference Docket No. 9782**<br>:<br>: |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 9782

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *April Fee Statement for Benesch, Friedlander, Coplan & Aronoff, LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period April 7, 2016 through April 30, 2016* (the "Application"), filed with the Court on October 7, 2016, and entered on the Court's docket as Docket No. 9782.  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed no later than October 28, 2016.  The Monthly Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

9742983 v1

Pursuant the Administrative Order, the above-captioned debtors and debtors in possession in the above-captioned cases, are authorized to pay Benesch, Friedlander, Coplan & Aronoff, LLP the amount of $5,407.60 which is 80% of its total fees of $6,309.50 and $0.00 in expenses it incurred during the period April 7, 2016 through April 30, 2016, for a total due of $5,407.60 upon the filing of this certification without the need for a further order of the Court.

Dated: November 1, 2016

**BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP**

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr. Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Co-Counsel Energy Future Holdings Corp. Fee Committee*