# EXHIBIT A

Energy Futures Holdings Official Fee Committee

FEE STATEMENT FOR SERVICES RENDERED
AND EXPENSES INCURRED BY
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

| Service Category | | Tab |
|---|---|---|
| Fee Applications -- Benesch | .............. | 1 |
| Employment Applications | .............. | 2 |
| Expenses | | |
| General | .............. | 3 |

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
**SEPTEMBER** 1, 1901    THROUGH SEPTEMBER 30, 2016

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 3.90 | $1,794.00 |
| | | | 3.90 | $1,794.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 0.50 | $162.50 |
| | | | 0.50 | $162.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 9.40 | $2,538.00 |
| | | | 9.40 | $2,538.00 |
| | | TOTAL: | 13.80 | $4,494.50 |

Combined Average Hourly Rate:    $325.69

Fee Applications -- Benesch

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2016

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/02/16 | JRH | Coordinate with C. Hartman regarding fee applications | 0.20 |
| 09/09/16 | JRH | Review and edit time detail for preparation of first fee application; coordinate with C. Hartman regarding status and next steps | 1.00 |
| 09/13/16 | WMA | Review e-mail from N. Hwangpo regarding fee estimates; e-mail J. Hoover regarding same | 0.10 |
| 09/13/16 | WMA | E-mails with K. Stadler regarding fee estimates/distributions | 0.10 |
| 09/13/16 | CAH | Begin draft of first monthly fee application; email J. Hoover with regard to timing of same | 0.40 |
| 09/13/16 | CAH | Confer with J. Hoover; provide correct language for allocation of time and expenses in fee applications to J. Hoover and W. Alleman | 0.30 |
| 09/14/16 | JRH | Attention to preparation of time detail and coordinate with C. Hartman regarding same (1.3); exchange emails with Godfrey Kahn regarding fee allocation (.2) | 1.50 |
| 09/14/16 | CAH | Draft invoices to be used to request fees from Debtors for both fee statements and interim fee applications; confer with J. Hoover on same | 0.50 |
| 09/14/16 | CAH | Draft April Fee Statement for review by J. Hoover | 0.70 |
| 09/19/16 | JRH | Confer with C. Hartman regarding fee application preparation | 0.20 |
| 09/19/16 | WMA | Conf. with C. Hartman regarding Benesch monthly applications | 0.10 |
| 09/19/16 | CAH | Finalize April Fee Statement and give copy to J. Hoover for review | 0.30 |
| 09/20/16 | JRH | Coordinate with C. Hartman regarding final billings and format of fee statements | 0.50 |
| 09/20/16 | CAH | Draft of April through August monthly fee applications (2.9); draft the quarterly applications (.6); forward all monthly to co-counsel for review by fee committee (.3) | 3.80 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/21/16 | JRH | Coordinate with C. Hartman regarding Benesch fee statements | 0.20 |
| 09/21/16 | CAH | Continue draft of interim fee application for Benesch | 1.60 |
| 09/22/16 | CAH | Complete draft of Benesch's interim fee applications (.6); complete revisions to monthly fee statements and email them in word to K. Boucher (.8) | 1.40 |
| 09/26/16 | JRH | Emails with C. Hartman and W. Alleman regarding status of fee applications | 0.10 |
| 09/26/16 | WMA | E-mails with Kirkland and M. Hancock regarding fee escrow information | 0.20 |
| 09/28/16 | CAH | Email to M. Hancock regarding review of our fee statements | 0.10 |
| 09/29/16 | CAH | Exchange of numerous emails regarding first four fee statements for Benesch sent to M. Hancock | 0.30 |

Fee Applications -- Benesch

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 3.70 | $1,702.00 |
| | | | 3.70 | $1,702.00 |
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $325.00 | 0.50 | $162.50 |
| | | | 0.50 | $162.50 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $270.00 | 9.40 | $2,538.00 |
| | | | 9.40 | $2,538.00 |
| | | TOTAL: | 13.60 | $4,402.50 |

Employment Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2016

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/13/16 | JRH | Confer with W. Alleman regarding retention matters and fee allocation | 0.20 |

Employment Applications

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $460.00 | 0.20 | $92.00 |
| | | | 0.20 | $92.00 |
| | | TOTAL: | 0.20 | $92.00 |