# **EXHIBIT B**

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
SEPTEMBER 1, 1901    THROUGH SEPTEMBER 30, 2016

| Expense | Amount |
|---|---|
| Delivery Fee - Outside | $5.00 |
| Court Case Mgmt charges-Pacer | $3.00 |
| TOTAL: | $8.00 |

Delivery Fee - Outside

| Date | User | Description | Amount |
|---|---|---|---|
| 09/15/16 | WMA | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 08/15/16 binder to Chambers | 5.00 |
| | | TOTAL: | $5.00 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|---|---|---|---|
| 09/13/16 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| | | TOTAL: | $3.00 |