US Bankruptcy Court District of Delaware

824 North Market Street 3rd Floor

Wilmington, Delaware 19801

Regard Case# 14-10979 (CSS)

10/26/2016

To: Bankruptcy Court for Case #14-10979

From: Jeffrey & Linda Lammers  *Jeffrey Lammers   Linda Lammers*

FILED
2016 NOV -1  AM 9: 20
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

First I know of no voicemails to me which there is a claim of 3. My claim is not about choice. This is the noise that the bankruptcy attorneys are trying to generate to avoid the real complaint.

This is the real complaint: TXU Energy (Energy Future Holdings) changed their method of billing without any hearings that I know of. The historical method was that the rate was charged for the use of electricity. Energy Future Holdings left the kilowatt rate alone and invented a higher charge called the <u>transportation of the electricity.</u> In my 30 years with Texas Utilities this was never a line item to the monthly bill. If it were aloud, it would have a depreciation schedule or some charge off. I went through several years of billing to discover this change.

This makes a significant change to the monthly bill. There was no notification. I am shocked that there was not a hearing on this fleecing of the customers.

The people who bought TXU payed way too much money versus the real cash flow. They deserve no recovery for such a poor decision. Fleecing the existing customers is irresponsible. I am owed a refund as I requested.