## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Twentieth Monthly Fee Statement 07/01/2016 through 07/31/2016 D.I. 9509 | $8,758.00 | $32.60 | 09/30/16 | $7,006.40 | $32.60 | $1,751.60 |

SL1 1438298v1 109285.00006