IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | : : | Case No. 14-10979 (CSS) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Hearing Date:** Dec. 14, 2016 at 10:00 a.m. |
| | : | **Objection Deadline:** Dec. 7, 2016 at 4:00 p.m. |
| | : | |

### MOTION OF GOOGLE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503

Google Inc. ("**Google**"), by and through its counsel, White and Williams LLP, files this Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 (the "**Motion**") and in support thereof states the following:

### BACKGROUND

1. On April 29, 2014 (the "**Petition Date**"), each of Debtors filed a voluntary petition for Chapter 11 relief in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2. By order dated August 29, 2016 [Docket No. 9421] (the "**Confirmation Order**"), the Bankruptcy Court confirmed the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *Et Al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 9374] (the "**Plan**"). The Plan became effective in accordance with its terms, and the Effective Date (as that term is defined in the Plan) occurred, on October 3, 2016. *See* Docket No. 9742.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors claims and noticing agent at http://www.efhcase info.com.

3.   During the course of the Debtors' bankruptcy proceedings, Google has provided advertising services under its AdWords program to and for the benefit of the estate of Debtor 4Change Energy Company ("**4Change**"). Google's AdWords program is an online advertising program that, among other things, allows advertisers (here, 4Change) to reach potential customers as they search for designated words and phrases (i.e., keywords) or browse websites with themes similar to the advertisers'. As of November 1, 2016, Google had not yet received payment for a portion of the AdWords services that it provided to 4Change between the Petition Date and the Effective Date, as more fully set forth on the account statement attached as Exhibit "**A**" hereto.[2] Copies of the supporting invoice(s) are available upon request.

## DISCUSSION

4.   Google hereby requests the allowance and payment of $15,724.78 as an administrative expense pursuant to Section 503(b)(1)(A) of the Bankruptcy Code. Although the Debtors have generally been paying Google's post-Petition Date invoices in the ordinary course of business, Google has filed this Motion in an abundance of caution in light of the Administrative Claims Bar Date (as that term is defined in the Plan).

5.   Pursuant to 11 U.S.C. § 503(b), "[a]fter notice and a hearing, there shall be allowed administrative expenses … including … (1) actual, necessary costs and expenses of preserving the estate …." The AdWords services provided by Google constituted actual, necessary costs of preserving the Debtors' bankruptcy estates and conferred a direct and substantial benefit on the Debtors' estates and creditors. Accordingly, Google is entitled to an administrative claim.

---

[2] As reflected in the account statements, the invoice in question was for services provided prior to the Effective Date, but was not due until October 30, 2016. To the extent Google is able to confirm payment, its administrative claim will be reduced or withdrawn.

18007373v.1

WHEREFORE, Google respectfully requests the entry of an Order:

(a)     Granting Google Inc. an administrative expense claim in the amount of $15,724.78 pursuant to section 503(b)(1)(A) of the Bankruptcy Code; and

(b)     Granting such other and further relief as is just and proper.

Dated: Wilmington, Delaware
November 2, 2016

**WHITE AND WILLIAMS LLP**

By:   /s/ Marc S. Casarino
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
Wilmington, DE  19801
Telephone:  (302) 467-4520
Facsimile:  (302) 467-4550
casarinom@whiteandwilliams.com

and

Amy E. Vulpio
1650 Market Street, 18th Floor
Philadelphia, PA  19103
Telephone:  (215) 864-6250
Facsimile:  (215) 789-7550
vulpioa@whiteandwilliams.com

*Attorneys for Google Inc.*