IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | : : | Case No. 14-10979 (CSS) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Hearing Date:** Dec. 14, 2016 at 10:00 a.m. |
| | : | **Objection Deadline:** Dec. 7, 2016 at 4:00 p.m. |
| | : | |

## NOTICE OF MOTION OF GOOGLE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503

PLEASE TAKE NOTICE that Google Inc. ("**Movant**") has filed the attached **Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503** (the "**Motion**"), with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be received by the undersigned counsel for the Movant no later than **December 7, 2016 at 4:00 p.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that the Motion will be considered at the hearing scheduled in the above-captioned case for **December 14, 2016 at 10:00 a.m. (Eastern Time)** before the Honorable Christopher S. Sontchi, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors claims and noticing agent at http://www.efhcase info.com.

18007373v.1

Dated: Wilmington, Delaware
      November 2, 2016

**WHITE AND WILLIAMS LLP**

By:   /s/ Marc S. Casarino
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
Wilmington, DE 19801
Telephone: (302) 467-4520
Facsimile: (302) 467-4550
casarinom@whiteandwilliams.com

and

Amy E. Vulpio
1650 Market Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 864-6250
Facsimile: (215) 789-7550
vulpioa@whiteandwilliams.com

*Attorneys for Google Inc.*

18007373v.1