IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS | : | |
| CORP., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

## ORDER

Upon consideration of the Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 and (the "**Motion**")[2] and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Google Inc. is hereby allowed a Chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $15,724.78; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       December __, 2016

                                          _____
                                          The Honorable Christopher S. Sontchi
                                          United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors claims and noticing agent at http://www.efhcase info.com.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed in the Motion.

18007373v.1