**EXHIBIT "A"**

4Change Energy Company - Account Statement
Chapter 11 - April 29, 2014

| Vendor | | Invoice | | Date | | Amount | | | Description | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4Change Energy Company | 4Change Energy Company | 4941260426500510 | 9714183867135 | 4941260426500515-45 | 1154724997 | 4/30/2014 | 5/30/2014 | USD | 8,884.56 | 8,884.56 | Google Inc | Adwords |
| 4Change Energy Company | 4Change Energy Company | 4941260426500510 | 9714183867135 | 4941260426500515-51 | 3362466684 | 9/30/2016 | 10/30/2016 | USD | 15,724.78 | 15,724.78 | Google Inc | Adwords |

$ 24,609.34 | $ 24,609.34 | $ 8,884.56 | $ 15,724.78