IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS | : | |
| CORP., et al.,[1] | : | Case No. 14-10979 (CSS) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Marc S. Casarino, do hereby certify that a true and correct copy of the foregoing Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 was served on November 2, 2016 upon the parties on the attached service list by first class mail and via electronic notification on those parties who receive CM/ECF notices in the above-captioned cases.

Dated: Wilmington, Delaware
       November 2, 2016

**WHITE AND WILLIAMS LLP**

By: __/s/ Marc S. Casarino__
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
Wilmington, DE 19801
Telephone: (302) 467-4520
Facsimile: (302) 467-4550
casarinom@whiteandwilliams.com

and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors claims and noticing agent at http://www.efhcase info.com.

18007373v.1

Amy E. Vulpio
1650 Market Street, 18th Floor
Philadelphia, PA  19103
Telephone:  (215) 864-6250
Facsimile:  (215) 789-7550
vulpioa@whiteandwilliams.com

*Attorneys for Google Inc.*

-3-

## SERVICE LIST

| **Office of the U.S. Trustee:**<br><br>Office of the United States Trustee for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | **Counsel to Debtors:**<br><br>Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801 |
|---|---|
| **Counsel to Debtors:**<br><br>James H.M. Sprayregen, Esq.<br>Marc Kieselstein, Esq.<br>Chad J. Husnick, Esq.<br>Steven N. Serajeddini, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | **Counsel to Debtors:**<br><br>Edward O. Sassower, P.C.<br>Stephen Hessler, Esq.<br>Brian E. Schartz, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611 |