# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 28 | Tax Accounting Support (Current Quarter) | 6.2 | $ 3,565.00 |
| 32 | Tax Accounting Support (Restructuring) | 13.8 | $ 7,897.50 |
| 33 | Fresh Start | 119.0 | $ 40,776.00 |
| 35 | Fee Statement and Fee Application Preparation | 44.7 | $ 13,700.90 |
| 36 | Retention Services | 1.5 | $ 709.00 |
| 37 | Allegro Implementation Internal Audit | 65.5 | $ 17,187.50 |
| 39 | 2016 IT Compliance Support | 12.9 | $ 3,741.00 |
| 40 | Tax Consulting Services | 167.9 | $ 120,085.50 |
| 41 | IA - User Access Management | 20.3 | $ 4,109.00 |
| 43 | OneSource Tax Compliance Automation | 33.4 | $ 11,690.00 |
| 44 | Internal Audit | 253.5 | $ 42,763.00 |
| 45 | 355 Opinion [1] | 346.4 | $ 322,895.00 |
| 46 | Bankruptcy Cost Analysis -2016 [1] | 173.9 | $ 58,672.00 |
| 47 | 2015 Oncor Return Review | 20.0 | $ 9,522.50 |
| 48 | 2015 Tax Return Review | 2.0 | $ 1,090.00 |
| **Total** | | **1,281.0** | **$ 658,403.90[2]** |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 4,636.81 |
| Lodging | N/A | $ 2,786.98 |
| Travel Meals | N/A | $ 259.49 |
| Ground Transportation | N/A | $ 1,154.72 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 8,838.00** |

---

[1] Includes previously unbilled fees which were deferred pending bankruptcy court approval of related SOW's.

[2] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $948,980.00. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $290,576.10 thus benefitting the Chapter 11 estate by same amount