## EXHIBIT B

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Wheat, David | Partner - Tax | 37.7 | $1,225 | * | $ 46,182.50 |
| Zywan, Darin | Partner - Tax | 2.0 | $1,225 | | $ 2,450.00 |
| Wheat, David | Partner - Tax | 71.9 | $ 845 | * | $ 60,755.50 |
| Zelnik, Jonathan | Partner - Tax | 2.0 | $ 845 | | $ 1,690.00 |
| Carpenter, John | Partner - Tax | 0.5 | $ 720 | | $ 360.00 |
| Lyons, Stacy L | Partner - Tax | 19.5 | $ 575 | | $ 11,212.50 |
| Crockett, Clifford M | Partner - Tax | 5.0 | $ 545 | * | $ 2,725.00 |
| Crockett, Clifford M | Partner - Tax | 2.0 | $ 545 | * | $ 1,090.00 |
| Fields, Deborah | Partner - WNT | 0.5 | $ 545 | | $ 272.50 |
| Bradford, Steven | Partner - Advisory | 3.5 | $ 325 | | $ 1,137.50 |
| Geracimos, John | Managing Director - Tax | 7.5 | $1,125 | | $ 8,437.50 |
| Wiseman, Lori | Managing Director - Tax | 4.8 | $ 525 | | $ 2,520.00 |
| Cargile, David | Managing Director - Advisory | 8.9 | $ 320 | | $ 2,848.00 |
| Magill, Graham | Senior Manager- WNT | 16.7 | $1,050 | | $ 17,535.00 |
| Miller, Ryan | Senior Manager - Tax | 89.9 | $1,050 | * | $ 94,395.00 |
| Chen, Sam | Senior Manager - Tax | 9.1 | $ 660 | | $ 6,006.00 |
| Miller, Ryan | Senior Manager - Tax | 48.6 | $ 660 | * | $ 32,076.00 |
| Booe, Amanda | Senior Manager- Tax | 0.5 | $ 500 | | $ 250.00 |
| Lancy, Bradley | Director - Advisory | 58.6 | $ 500 | | $ 29,300.00 |
| Meredith, Kyle | Senior Manager - Tax | 33.4 | $ 350 | | $ 11,690.00 |
| Seeman, Nick | Director - Advisory | 12.9 | $ 290 | * | $ 3,741.00 |
| Guyre, Jason | Director - Advisory | 26.0 | $ 285 | | $ 7,410.00 |
| Seeman, Nick | Director - Advisory | 3.8 | $ 285 | * | $ 1,083.00 |
| Brannon, Andrew | Senior Manager - Tax | 14.5 | $ 450 | | $ 6,525.00 |
| Plangman, Monica | Associate Director - Bankruptcy | 0.5 | $ 325 | | $ 162.50 |
| Laukhuff, Brittny | Manager - Tax | 93.0 | $ 825 | * | $ 76,725.00 |
| Wigmore, Andrew | Manager - Tax | 81.6 | $ 825 | * | $ 67,320.00 |
| Laukhuff, Brittny | Manager - Tax | 9.1 | $ 560 | * | $ 5,096.00 |
| Wigmore, Andrew | Manager - Tax | 24.7 | $ 560 | * | $ 13,832.00 |
| Campbell, Celeste | Manager - Bankruptcy | 43.3 | $ 298 | | $ 12,903.40 |
| Myrick, Cristina | Manager - Advisory | 4.2 | $ 250 | * | $ 1,050.00 |
| Myrick, Cristina | Manager - Advisory | 65.5 | $ 245 | * | $ 16,047.50 |
| Cody, Nonie | Manager - Advisory | 36.0 | $ 240 | | $ 8,640.00 |
| Sampson, Clay | Senior Associate - Tax | 8.0 | $ 700 | | $ 5,600.00 |
| Ruzicka, Emily | Senior Associate - Tax | 67.5 | $ 420 | | $ 28,350.00 |
| Wheeler, Ryan | Senior Associate - Tax | 7.3 | $ 420 | | $ 3,066.00 |
| Wilson, Gordon | Senior Associate - Tax | 4.3 | $ 420 | | $ 1,806.00 |
| Crain, Mariela | Senior Associate - Advisory | 16.1 | $ 190 | * | $ 3,059.00 |
| Crain, Mariela | Senior Associate - Advisory | 26.9 | $ 185 | * | $ 4,976.50 |


**EXHIBIT B**
(continued)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Kwon, Eric | Associate - Tax | 10.0 | $ 425 | * | $ 4,250.00 |
| Klaudt, David | Associate - Tax | 5.0 | $ 260 | | $ 1,300.00 |
| Kwon, Eric | Associate - Tax | 27.0 | $ 260 | * | $ 7,020.00 |
| Zhukova, Kate | Associate - Tax | 62.4 | $ 260 | | $ 16,224.00 |
| Kapsner, Paul | Associate - Advisory | 60.4 | $ 190 | | $ 11,476.00 |
| Kramp, Cindy | Associate - Advisory | 49.9 | $ 120 | | $ 5,988.00 |
| Master, Grayson | Associate - Advisory | 46.9 | $ 120 | | $ 5,628.00 |
| Roane, Connor | Associate - Advisory | 51.6 | $ 120 | | $ 6,192.00 |
| **Total** | | **1,281.0** | | | **$ 658,403.90** |

\* Rates differ due to services provided under multiple Statements of Work