**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2016 through July 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07921046 | Fresh Start | 06/27/16 | Lancy, Bradley | air | | | $ 682.50 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:6/27/16 Return Date:7/1/16. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 07921046 | Allegro Implementation Internal Audit | 06/27/16 | Guyre, Jason | air | | | $ 385.00 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date:  6/27/16 Return Date: 7/1/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 07921046 | Fresh Start | 07/05/16 | Lancy, Bradley | air | | | $ 540.23 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:7/5/16 Return Date:7/7/16. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 07921046 | Fresh Start | 07/11/16 | Lancy, Bradley | air | | | $ 682.50 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:  7/11/16 Return Date: 7/14/16. Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 07921046 | Fresh Start | 07/18/16 | Lancy, Bradley | air | | | $ 341.25 | One way coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 7/18/16 Business Purpose: To travel to EFH, Energy Future Holdings (EFH). |
| 07921046 | Allegro Implementation Internal Audit | 07/20/16 | Cody, Nonie | air | | | $ 401.99 | One Way Airfare from Houston Hobby, TX to Dallas Love Field, TX on 07/20/16. |
| 07921046 | Allegro Implementation Internal Audit | 07/20/16 | Guyre, Jason | air | | | $ 439.40 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date:  7/20/16 Return Date: 7/21/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 07921046 | Fresh Start | 07/24/16 | Lancy, Bradley | air | | | $ 341.25 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:7/24/16 Return Date:7/28/16. Business Purpose: To travel to EFH, Energy Future Holdings (EFH) (fare split) |
| 07921046 | Allegro Implementation Internal Audit | 07/26/16 | Guyre, Jason | air | | | $ 401.99 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date:  7/26/16 Return Date: 7/28/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 07921046 | Allegro Implementation Internal Audit | 07/26/16 | Cody, Nonie | air | | | $ 420.70 | Round Trip Airfare from Houston Hobby to Dallas Love Field  Departure: 07/26/16  Arrival: 07/28/16 |
| | | | | **Total Air** | | | **$ 4,636.81** | |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2016 through July 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07921046 | Fresh Start | 06/28/16 | Lancy, Bradley | lodging | | | $ 205.16 | Lodging in Dallas, TX for 1 night from 6/27/16 thru 6/28/16 while performing work for Energy Future Holdings. |
| 07921046 | Fresh Start | 07/01/16 | Lancy, Bradley | lodging | | | $ 205.16 | Lodging in Dallas, TX for 1 night from 6/30/16 thru 7/1/16 while performing work for Energy Future Holdings. |
| 07921046 | Fresh Start | 07/07/16 | Lancy, Bradley | lodging | | | $ 410.32 | Lodging in Dallas, TX for 2 nights from 7/5/16 thru 7/7/16 while performing work for Energy Future Holdings. |
| 07921046 | Fresh Start | 07/12/16 | Lancy, Bradley | lodging | | | $ 205.16 | Lodging in Dallas, TX for 1 night from 7/11/16 thru 7/12/16 while performing work for Energy Future Holdings. |
| 07921046 | Fresh Start | 07/19/16 | Lancy, Bradley | lodging | | | $ 205.16 | Lodging in Dallas, TX for 1 night from 7/18/16 thru 7/19/16 while performing work for Energy Future Holdings. |
| 07921046 | Allegro Implementation Internal Audit | 07/21/16 | Cody, Nonie | lodging | | | $ 205.16 | Lodging in Dallas, TX for 1 night from 7/20/16 thru 7/21/16 while performing work for Energy Future Holdings. |
| 07921046 | Allegro Implementation Internal Audit | 07/22/16 | Guyre, Jason | lodging | | | $ 205.16 | Lodging in Dallas, TX for 1 night from 7/20/16 thru 7/21/16 while performing work for Energy Future Holdings. |
| 07921046 | Fresh Start | 07/26/16 | Lancy, Bradley | lodging | | | $ 410.32 | Hotel fees incurred in Dallas, TX for 2 nights (7/24-7/26) while performing work for Energy Future Holdings. |
| 07921046 | Allegro Implementation Internal Audit | 07/28/16 | Cody, Nonie | lodging | | | $ 338.88 | Lodging in Dallas, TX for 2 nights from 7/26/16 thru 7/28/16 while performing work for Energy Future Holdings. |
| 07921046 | Allegro Implementation Internal Audit | 07/28/16 | Guyre, Jason | lodging | | | $ 396.50 | Lodging in Dallas, TX for 2 nights from 7/26/16 thru 7/28/16 while performing work for Energy Future Holdings. |
| | | | **Total Lodging** | | | | **$ 2,786.98** | |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2016 through July 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07921046 | Fresh Start | 06/27/16 | Lancy, Bradley | travel meals | | | $ 5.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 06/28/16 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 06/28/16 | Lancy, Bradley | travel meals | | | $ 24.78 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/01/16 | Lancy, Bradley | travel meals | | | $ 10.59 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/05/16 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/05/16 | Lancy, Bradley | travel meals | | | $ 9.15 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/06/16 | Lancy, Bradley | travel meals | | | $ 8.66 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/06/16 | Lancy, Bradley | travel meals | | | $ 33.16 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/07/16 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/07/16 | Lancy, Bradley | travel meals | | | $ 15.35 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/11/16 | Lancy, Bradley | travel meals | | | $ 6.75 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/11/16 | Lancy, Bradley | travel meals | | | $ 11.72 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/12/16 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/18/16 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/18/16 | Lancy, Bradley | travel meals | | | $ 9.15 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/19/16 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/25/16 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/25/16 | Lancy, Bradley | travel meals | | | $ 40.00 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 07921046 | Fresh Start | 07/26/16 | Lancy, Bradley | travel meals | | | $ 8.66 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2016 through July 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07921046 | Fresh Start | 07/26/16 | Lancy, Bradley | travel meals | | | $ 23.52 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| | | | **Total Travel Meals** | | | | **$ 259.49** | |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2016 through July 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 07921046 | Fresh Start | 06/27/16 | Lancy, Bradley | ground | | | $ 38.38 | Ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 06/27/16 | Lancy, Bradley | ground | | | $ 31.50 | Ground transportation from airport to EFH offices in Dallas, TX related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/01/16 | Lancy, Bradley | ground | | | $ 31.50 | Ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/01/16 | Lancy, Bradley | ground | | | $ 44.90 | Ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/05/16 | Lancy, Bradley | ground | | | $ 31.38 | Ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/05/16 | Lancy, Bradley | ground | | | $ 31.50 | Ground transportation from airport to EFH offices in Dallas, TX related to Energy Future Holdings work travel. |
| 07921046 | Allegro Implementation Internal Audit | 07/06/16 | Guyre, Jason | ground | | | $ 14.61 | Ground transportation via Uber for travel from EFH client site to Dallas Airport. |
| 07921046 | Allegro Implementation Internal Audit | 07/06/16 | Guyre, Jason | ground | | | $ 46.50 | Ground transportation via Uber for travel from Houston Airport to home. |
| 07921046 | Allegro Implementation Internal Audit | 07/06/16 | Guyre, Jason | ground | | | $ 12.02 | Ground transportation via Uber for travel from Dallas Airport to EFH client site. |
| 07921046 | Allegro Implementation Internal Audit | 07/06/16 | Guyre, Jason | ground | | | $ 40.63 | Ground transportation via Uber for travel from home to Houston Airport. |
| 07921046 | Fresh Start | 07/07/16 | Lancy, Bradley | ground | | | $ 31.50 | Ground transportation from EFH offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/07/16 | Lancy, Bradley | ground | | | $ 43.40 | Ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/11/16 | Lancy, Bradley | ground | | | $ 39.80 | Ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/11/16 | Lancy, Bradley | ground | | | $ 31.50 | Ground transportation from airport to EFH offices in Dallas, TX related to Energy Future Holdings work travel. |
| 07921046 | Allegro Implementation Internal Audit | 07/12/16 | Guyre, Jason | ground | | | $ 46.53 | Ground transportation via Uber for travel from home to Houston Airport. |
| 07921046 | Allegro Implementation Internal Audit | 07/12/16 | Guyre, Jason | ground | | | $ 13.26 | Ground transportation via Uber for travel from EFH to Dallas Airport. |
| 07921046 | Allegro Implementation Internal Audit | 07/12/16 | Guyre, Jason | ground | | | $ 11.89 | Ground transportation via Uber for travel from Dallas Airport to EFH client site. |
| 07921046 | Allegro Implementation Internal Audit | 07/13/16 | Guyre, Jason | ground | | | $ 46.89 | Ground transportation via Uber for travel from Houston Airport to home. |
| 07921046 | Fresh Start | 07/14/16 | Lancy, Bradley | ground | | | $ 45.90 | Ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/18/16 | Lancy, Bradley | ground | | | $ 28.11 | Ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/18/16 | Lancy, Bradley | ground | | | $ 31.50 | Ground transportation from airport to EFH offices in Dallas, TX related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/19/16 | Lancy, Bradley | ground | | | $ 40.00 | Ground transportation from EFH offices in Dallas, TX to hotel in Fort Worth, TX related to Energy Future Holdings work travel. |
| 07921046 | Allegro Implementation Internal Audit | 07/20/16 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation to Houston Hobby, TX from home. |
| 07921046 | Allegro Implementation Internal Audit | 07/21/16 | Cody, Nonie | ground | | | $ 149.12 | One-way Rental Car for return travel from Dallas, TX to Houston TX |
| 07921046 | Fresh Start | 07/24/16 | Lancy, Bradley | ground | | | $ 49.82 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 07921046 | Fresh Start | 07/24/16 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from airport to EFH offices in Dallas, TX related to Energy Future Holdings work travel. |
| 07921046 | Allegro Implementation Internal Audit | 07/26/16 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation from home to Houston Hobby Airport. |
| 07921046 | Fresh Start | 07/26/16 | Lancy, Bradley | ground | | | $ 40.00 | Taxi ground transportation from EFH offices in Dallas, TX to hotel in Fort Worth, TX related to Energy Future Holdings work travel. |
| 07921046 | Allegro Implementation Internal Audit | 07/28/16 | Cody, Nonie | ground | | | $ 10.48 | Ground transportation via Uber for travel to Dallas Love Field |
| 07921046 | Allegro Implementation Internal Audit | 07/28/16 | Cody, Nonie | ground | | | $ 40.60 | Ground transportation from Houston Hobby Airport to home. |
| | | | | **Total Ground** | | | **$ 1,154.72** | |

**KPMG LLP**
**EFH Expense Detail**
**July 1, 2016 through July 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
| **Total Miscellaneous** |  |  |  |  |  |  | **$   -** |  |