# In THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____
                                            )    Chapter 11
In re                                       )
                                            )    Case No. 14-10979 (CSS)
ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]  )
                                            )    (Jointly Administered)
                        Debtors.            )
_____)

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE
## PURSUANT TO FED. R. BANKR. P. 2002 AND 9010 AND DEL. BANKR. L.R. 2002-1(d)

Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9010(b) and Local Rule of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware 2002-1(d), the undersigned, as proposed counsel to Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones (respectively "Fenicle", "Fahy", and "Jones"), hereby appear in the above-captioned cases and request that they be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the parties listed below at the following addresses and/or facsimile numbers:

> Leslie M. Kelleher, Esq.
> Jeanna Rickards Koski, Esq.
> CAPLIN & DRYSDALE, CHARTERED
> One Thomas Circle, NW, Suite 1100
> Washington, D.C. 2005-5802
> Telephone: (202) 862-5000
> Facsimile:  (202) 429-3301
> Emails: lkelleher@capdale.com
>         jkoski@capdale.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Fenicle's, Fahy's and Jones' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Fenicle, Fahy and Jones are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[**Remainder of Page Intentionally Left Blank**.]

Dated:  November 3, 2016
       Wilmington, Delaware

                Respectfully submitted:

                HOGAN♦McDANIEL

                By: /s/ *Daniel K. Hogan*
                Daniel K. Hogan (DE Bar # 2814)
                1311 Delaware Avenue
                Wilmington, Delaware 19806
                Telephone:  (302) 656-7597
                Facsimile:   (302) 656-7599
                Email: dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

-and-

CAPLIN & DRYSDALE, CHARTERED

Leslie M. Kelleher
Jeanna M. Koski
One Thomas Circle, N.W. Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile:  (202) 429-3301
Emails: lkelleher@capdale.com
        jkoski@capdale.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2016, I electronically served true and correct copies of the foregoing upon the parties listed below via CM/ECF on those parties who receive CM/ECF notices and First Class Mail, postage pre-paid on the parties listed below:

| | |
|---|---|
| Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel to Debtors* | James H.M. Sprayregen, Esq.<br>Marc Kieselstein, Esq.<br>Chad J. Husnick, Esq.<br>Steven N. Serajeddini, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>*Counsel to Debtors* |
| Edward O. Sassower, Esq.<br>Stephen Hessler, Esq.<br>Brian Schartz, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, New York 10022-4611<br>*Counsel to Debtors* | Office of the United States Trustee<br>District of Delaware<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |

**HOGAN♦McDANIEL**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE # 2814)