## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:    Chapter  11

Case No.  14- 10979  ( CSS )

Debtor:  Energy Future Holdings Corp., et al.

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Leslie M. Kelleher

to represent  Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann

in this action.

/s/ Daniel K. Hogan (DE #2814)

Firm Name: Hogan McDaniel
Address: 1311 Delaware Avenue
Wilmington, Delaware 19806
Phone: 302-656-7597
Email: dkhogan@dkhogan.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  District of Columbia  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Leslie M. Kelleher

Firm Name: Caplin & Drysdale
Address: One Thomas Cir., NW, Ste. 1100
Washington, D.C. 20005
Phone: 202-862-7819
Email: lkelleher@capdale.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105