**UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                  Chapter __11__

                                         Case No. __14__-__10979__ (__CSS__)

Debtor: __ENERGY FUTURE HOLDINGS CORP., ET AL__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __JONATHAN RUCKDESCHEL_____

to represent __DAVID HEINZMANN_____ in this action.

/s/ DANIEL K. HOGAN (DE #2814)

Firm Name: HOGAN MCDANIEL
Address: 1311 DELAWARE AVENUE
WILMINGTON, DE 19806
Phone: 302-656-7597
Email: DKHOGAN@DKHOGAN.COM

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __MARYLAND__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/JONATHAN RUCKDESCHEL

Firm Name: RUCKDESCHEL LAW FIRM LLC
Address: 8357 MAIN STREET
ELLICOTT CITY, MD 21043
Phone: 410-750-7825
Email: rucklawfirm@rucklawfirm.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.