**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 8514 and 8883 |

**NOTICE OF INTENT TO PARTICIPATE IN DISCLOSURE STATEMENT**
**PROCEEDINGS AND CONFIRMATION PROCEEDINGS FOR NEW PLAN**

In accordance with the *Order Scheduling Certain Hr'g Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it relates to the EFH/EFIH Debtors*, entered Aug. 24, 2016, D.I. 9381 (the "**Scheduling Order**"),[2] David Heinzmann, by and through his undersigned counsel, hereby

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] *See* Order Scheduling Certain Hr'g Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement, May 24, 2016, D.I. 8514; Supplement to Order Scheduling Certain Hr'g Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement, July 11, 2016, D.I. 8883; Second Supplement to Order Scheduling Certain Hr'g Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement, July 21, 2016, D.I. 8972; Order Scheduling Certain Hr'g Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it relates to the EFH/EFIH Debtors, Aug. 24, 2016, D.I. 9381; Notice of Agreement to Extend Deadlines in Order Scheduling Certain Hr'g Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it relates to the EFH/EFIH Debtors, Sept. 23, 2016, D.I. 9647 (collectively, the "**Scheduling Order**").

2185229

provides notice of intent to participate in the Confirmation Proceedings (as defined in the Scheduling Order). Mr. Heinzmann's address is: 631 Laurelwood, Sautee Nacoochee, GA 30571.

1. The name and address of counsel to Mr. Heinzmann is (1) Jonathan Ruckdeschel, The Ruckdeschel Law Firm, LLC, 8357 Main Street, Ellicott City, MD 21043-4603, Telephone (410) 750-7825, Facsimile (443) 583-0430, (2) Daniel K. Hogan, HOGAN♦McDANIEL, 1311 Delaware Avenue, Wilmington, Delaware 19806, Telephone: (302) 656-7540, Facsimile: (302) 656-7599, and (3) Leslie Kelleher, Caplin & Drysdale, Chartered, One Thomas Circle, NW, Suite 1100, Washington, DC 20005-5802, Telephone: (202) 862-7819, Facsimile: (202) 429-3301.

2. Mr. Heinzmann has claims against the Debtors for personal injury arising from his exposure to asbestos at the Mountain Creek Power Plant in Dallas, Texas, the Stryker Creek Power Plant in Jacksonville, Texas, and the FPL Power Plant in Ft. Myers, Florida. All three of these are on the EECI site list provided by Debtors in these bankruptcies. Mr. Heinzmann was diagnosed with mesothelioma on July 15, 2016. He was not notified of, and was unaware of, the bar date in these cases, and did not file a proof of claim. If the discharge provisions of the Debtors' plan were approved, Mr. Heinzmann's claims against the Debtors for personal injury caused by exposure to asbestos at the plants on the EECI site list would, purportedly, be discharged.

3. Mr. Heinzmann has agreed to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 (D.I. 1833). On November 2, 2016, counsel for Mr. Heinzmann transmitted to Jason M. Madron, Esquire, a Declaration of Acknowledgment and Agreement to be Bound by the Confidentiality Agreement

and Stipulated Protective Order as executed by his proxy, Jonathan Ruckdeschel (the "**Declaration**"). A true and correct copy of the Proxy for Representation is attached hereto as **Exhibit A**.

Dated: November 3, 2016
Wilmington, Delaware

Respectfully submitted:

HOGAN♦McDANIEL

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:  (302) 656-7540
Facsimile:   (302) 656-7599
dkhogan@dkhogan.com

-and-

Jonathan Ruckdeschel
The Ruckdeschel Law Firm, LLC
8357 Main Street
Ellicott City, MD 21043-4603
Telephone (410) 750-7825
Facsimile (443) 583-0430
ruck@rucklawfirm.com

-and-

CAPLIN & DRYSDALE, CHARTERED

Leslie M. Kelleher
Jeanna M. Koski
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for David Heinzmann*