# **EXHIBIT A**

Jonathan Ruckdeschel, Esq. (MD Bar)
The Ruckdeschel Law Firm LLC
8357 Main Street
Ellicott City, MD 21043
Telephone (410) 750-7825
Facsimile (443) 583-0430
E-mail ruck@rucklawfirm.com
Attorney for David Heinzmann

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 8514 and 8883 |

**PROXY AUTHORIZING REPRESENTATION**

I, DAVID HEINZMANN, have been diagnosed with malignant mesothelioma caused by my exposure to asbestos. While working for Babcock & Wilcox from 1957 through 1965 I worked at many facilities, primarily in connection with the start-up of large boilers. During this work, I worked on a regular basis around workers who were installing, repairing and otherwise manipulating thermal insulation, refractory and other materials that I believe contained asbestos. This work created visible airborne dust, which I breathed. Among the facilities that I worked at were the Mountain Creek Power Plant in Dallas, TX, the Stryker Creek Power Plant in Jacksonville, TX and the FPL Power Plant in Ft. Myers, Florida. I worked at each of these facilities for extended periods of time. By this proxy, I authorize my attorneys, Jonathan

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

2185227

Ruckdeschel and The Ruckdeschel Law Firm LLC, to act on my behalf in all respects related to the above-captioned bankruptcy.

I declare under penalty of perjury under the laws of the State of Georgia that the foregoing is true and correct.

Dated:  November 1, 2016
       Sautee-Nacoochee, GA

                                                                                DAVID HEINZMANN