**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtor. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 3, 2016, **Delaware Trust Company, As Indenture Trustee, Disclosure of Preliminary Witness and Exhibit List** was served via electronic mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (No. 14-10979, D.I. 9381)) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

[SIGNATURE ON NEXT PAGE]

Dated: November 4, 2016

*/s/ J. Kate Stickles*
COLE SCHOTZ P.C.

| | |
|---|---|
| Norman L. Pernick (Bar No. 2290) | Warren A. Usatine |
| J. Kate Stickles (Bar No. 2917) | Court Plaza North |
| 500 Delaware Avenue, Suite 1410 | 25 Main Street |
| Wilmington, DE 19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile: 302-652-3117 | Facsimile: 201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| Philip D. Anker | Dennis L. Jenkins |
| Charles C. Platt | 60 State Street |
| 7 World Trade Center | Boston, MA 02109 |
| 250 Greenwich Street | Telephone: 617-526-6000 |
| New York, NY 10007 | Facsimile: 617-526-5000 |
| Telephone: 212-230-8800 | Dennis.Jenkins@wilmerhale.com |
| Facsimile: 212-230-8888 | |
| Philip.Anker@wilmerhale.com | |
| Charles.Platt@wilmerhale.com | |

DRINKER BIDDLE & REATH LLP

| | |
|---|---|
| James H. Millar | Todd C. Schiltz |
| 1177 Avenue of the Americas | 222 Delaware Ave, Suite 1410 |
| 41st Floor | Wilmington, DE 19801-1612 |
| New York, NY 10036-2714 | Telephone: 302-467-4200 |
| Telephone: 212-248-3264 | Facsimile: 302-467-4201 |
| Facsimile: 212-248-3141 | todd.schiltz@dbr.com |
| James.Millar@dbr.com | |

*Counsel for Delaware Trust Company, as successor indenture trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtor. | : |  |

**CERTIFICATE OF SERVICE**

    I, J. Kate Stickles, certify that on November 4, 2016, I caused the **Notice of Service** to be served via Electronic Mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (No. 14-10979, D.I. 9381)) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Dated: November 4, 2016

                                                   **COLE SCHOTZ P.C.**

                                                   */s/ J. Kate Stickles*
                                                   J. Kate Stickles (Bar No. 2917)
                                                   500 Delaware Avenue, Suite 1410
                                                   Wilmington, DE  19801
                                                   Telephone: (302) 652-3131
                                                   kstickles@coleschotz.com

52881/0001-13772236v1