## EXHIBIT A

RLF1 15647959v.1

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BETTS, BARBARA | 3831 | The hearing on this claim will go forward. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| DELGADO, MARIA NAVEJAR | 2004 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim will go forward. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| NEDD-JOHNSON, NANNETTE | 2021 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |

## **EXHIBIT B**

RLF1 15647959v.1

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DE LA CERDA JR., JOE F. | 1324 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15. [Docket No. 3355]. The hearing on this claim will go forward. |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15. [Docket No. 3352]. The hearing on this claim will go forward. |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim will go forward. |
| WOODS, SHANTA | 2899 | The hearing on this claim will go forward. |

## **EXHIBIT C**

RLF1 15647959v.1

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim will go forward. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim will go forward. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |

# **EXHIBIT D**

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COVENEY, SANDI | 623 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| KAHLE, MARCIA | 1371 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim will go forward. |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim will go forward. |
| WATSON, EVELYN | 1562 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |

## **EXHIBIT E**

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ALLEN, GAYE | 3445 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| ALLEN, JUDY | 3619 | Response filed on April 14, 2015. [Docket No. 4154]. The hearing on this claim will go forward. |
| BAILEY, NIKITA | 2014 | Response filed on April 14, 2015. [Docket No. 4153]. The hearing on this claim will go forward. |
| BELL, MARILYN | 3368 | Response filed on April 14, 2015. [Docket No. 4152]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| CARTER, SHARRON DENISE | 5735 | The hearing on this claim will go forward. |
| CORBELL, KARLA | 4435 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| COX, DONALD L | 2701 | Response filed on April 8, 2015. [Docket No. 4088]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| GARCIA, STELLA | 5228 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| HUGHES, JOAN H | 4465 | Response filed on April 14, 2015. [Docket No. 4150]. The hearing on this claim will go forward. |
| MARRS, OPAL | 2252 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| PIPKIN, LORENZO III | 8052 | The hearing on this claim will go forward. |
| SMALL, YOLANDA NICOLE | 4830 | Response filed on April 8, 2015. [Docket No. 4089]. The hearing on this claim will go forward. |
| STEPHENSON, ALBERT | 3519 | On September 26, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| VAUGHN, TERETTA | 8063 | The hearing on this claim will go forward. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WALKER, ROBERT | 3557 | Response filed on April 14, 2015. [Docket No. 4151]. The hearing on this claim will go forward. |
| WILLIAMS, MELVIN | 3256 | Response filed on April 17, 2015. [Docket No. 4204]. The hearing on this claim will go forward. |

2

RLF-15632729_1

**EXHIBIT F**

RLF1 15647959v.1

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KOVACH, AUSTIN | 9867 | Response filed on July 8, 2015. [Docket No. 4943]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| MYLES, JACQUELYN A | 9600 | Response filed on July 1, 2015. [Docket No. 4906]. The hearing on this claim will go forward. |
| PHILLIPS, DONNA | 2226 | Response filed on June 30, 2015. [Docket No. 4896 & 4897]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| REDIC, CORA | 9919 | The hearing on this claim will go forward. |

# EXHIBIT G

Energy Future Holdings Corp.
Seventeenth Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, GERALD | 7659 | Response filed on July 8, 2015. [Docket No. 4942]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| ENGLISH, WAYNE | 9800 | Response filed on June 29, 2015. [Docket No. 4882]. The hearing on this claim has been continued to December 13, 2016 starting at 10:00 a.m. (EST). |
| LAMMERS, LINDA | 251 | Response filed on July 2, 2015. [Docket No. 4919]. The hearing on this claim will go forward. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7840 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7841 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7842 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

**EXHIBIT H**

RLF1 15647959v.1

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COPELAND, WENDY | 10042 | Written response received by Debtors. [Not on Docket]. The hearing on this claim will go forward. |
| COPELAND, WENDY | 10074 | Written response received by Debtors. [Not on Docket]. The hearing on this claim will go forward. |
| COPELAND, WENDY | 10619 | Written response received by Debtors. [Not on Docket]. The hearing on this claim will go forward. |
| FPL ENERGY PECOS WIND I, LLC | 7485 | Response filed on April 7, 2016. [Docket No. 8153]. The hearing on this claim has been continued to December 14, 2016 starting at 10:00 a.m. (EST). |
| FPL ENERGY PECOS WIND II, LLC | 7483 | Response filed on April 7, 2016. [Docket No. 8154]. The hearing on this claim has been continued to December 14, 2016 starting at 10:00 a.m. (EST). |
| HERBERT, WILLIAM JEFFERY | 4364 | Response filed on April 8, 2016. [Docket No. 8173]. The hearing on this claim has been continued to December 14, 2016 starting at 10:00 a.m. (EST). |
| INDIAN MESA WIND FARM, LLC | 7484 | Response filed on April 7, 2016. [Docket No. 8152]. The hearing on this claim has been continued to December 14, 2016 starting at 10:00 a.m. (EST). |
| JEFFERSON, MAURICE | 7526 | Response filed on April 6, 2016. [Docket No. 8134]. The hearing on this claim will go forward. |
| JEFFERSON, MAURICE | 9650 | Response filed on April 6, 2016. [Docket No. 8134]. The hearing on this claim will go forward. |
| MCALOON, CATHERINE | 4780 | Response filed on April 18, 2016. [Docket No. 8240]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-15633064_1