**EXHIBIT 1** to **EXHIBIT A**

**Modify Amount Claim**

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-SECOND OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | OHIO DEPARTMENT OF TAXATION, THE BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43216 | 3526 | TXU Energy Solutions Company LLC | Priority | $2,794.83 | TXU Energy Solutions Company LLC | Unsecured | $570.19 |
| | | | TXU Energy Solutions Company LLC | Unsecured | $570.19 | | | |
| | | | | Subtotal | $3,365.02 | | | |

REASON FOR MODIFICATION: Modified amount reflects adjustment per a review of the claimant's Proof of Claim, the documents attached thereto, a reasonable review of the Debtors' books and records, and further discussion with the claimant.

| | | | | TOTAL | $3,365.02 | | TOTAL | $570.19 |

Page 1 of 1