## Exhibit A

**Amendment of the TXU Thrift Plan**

# AMENDMENT
# OF THE
# TXU THRIFT PLAN

WHEREAS, TXU Corp. ("Company") sponsors and maintains the TXU Thrift Plan ("Plan"); and

WHEREAS, Section 15.1 of the Plan provides that the Company may, by action of its Board of Directors ("Board"), amend, modify or suspend the Plan at any time or from time to time; and

WHEREAS, pursuant to that certain unanimous written consent of the Board dated August 28, 2007 ("Consent"), the Board has delegated authority to make certain amendments to the Plan to a subcommittee of the Company's Senior Leadership Team ("SLT Subcommittee"); and

WHEREAS, the Company desires to make certain amendments to the Plan, to incorporate certain changes required by applicable law, to modify the formula pursuant to which shares of Company stock are allocated to participants' accounts, and to clarify Plan administration among various Participating Employers; and

WHEREAS, the undersigned have determined that the amendments to the Plan effected hereby are within the amendment authority granted to the SLT Subcommittee under the Consent;

NOW, THEREFORE, the Plan is hereby amended as follows, effective as of the date hereof, except as otherwise stated herein.

1. Section 5.2 of the Plan is hereby amended to read as follows:

    5.2. <u>Transfer of Employee Savings</u>. Each Employer shall transfer the Employee Savings of its Employees to the Trustee as soon as such contributions can be reasonably segregated from such Employer's general assets, taking into consideration all relevant facts and circumstances, but in no event later than the 15th business day of the month following the month in which the deductions and reductions are withheld by the Employer from the Employee's Salary or Wages.

2. Section 6.1 of the Plan is hereby amended to read in its entirety as follows:

    6.1. <u>Employer Matching Contributions</u>. Each Employer shall contribute from current and/or accumulated earnings and profits, if not otherwise provided for in Section 6.5 below, Employer Matching Contributions with respect to its Employees, in the following amounts:

        (a) <u>Cash Balance Plan Formula Participants</u>. With respect to Participants who are covered under the Cash Balance

Formula of the TXU Retirement Plan. Employer Matching Contributions shall be in an amount equal to 100% of the first 6% of such Participant's Salary or Wages contributed to the Plan as Employee Savings; and

(b) <u>Traditional Retirement Plan Formula Participant</u>. With respect to such Participants who are covered under the Traditional Retirement Plan Formula of the TXU Retirement Plan, Employer Contributions shall be in an amount equal to 75% of the first 6% of such Participant's Salary or Wages contributed to the Plan as Employee Savings.

3. Section 6.3 of the Plan is hereby amended to read in its entirety as follows:

6.3. <u>Transfer of Employer Contributions</u>. Employer Matching Contributions shall be paid by each Employer to the Trustee at the time that the corresponding Employee Savings amounts are paid to the Trustee; provided that effective for Plan Years beginning on or after January 1, 2006, each Employer shall make an additional "make-whole" Employer Matching Contribution as of the last day of the Plan Year to the extent that the payroll-by-payroll payment of Employer Matching Contributions with respect to its Employees results in any Participants not receiving the full amount of the Employer Matching Contribution in accordance with the above provisions. Such "make-whole" Employer Matching Contributions, as well as any other Employer Contributions (including any Supplemental Matching Contributions under Section 6.7) for any Plan Year may be paid at such times as determined by the Company, but not later than the time prescribed by law for filing the Company's Federal income tax return (including extensions thereof) for its fiscal year which ends with or within such Plan Year.

4. The first sentence of Section 6.6 of the Plan is hereby amended to read as follows:

6.6. <u>Leveraged ESOP Loan Repayment Provisions</u>. To supplement or in lieu of the amounts contributed by an Employer under Sections 6.1, 6.2 and 6.3 as directed by the Thrift Committee, the Company shall contribute such amounts as required for the repayment of a Loan.

5. The Plan is hereby amended to add a new Section 6.10 to read in its entirety as follows:

6.10. <u>Special Allocation Provisions</u>. In the event that the Company shall consummate the transactions made the subject of that certain Agreement and Plan of Merger dated as of February 25, 2007, among the Company and certain other parties ("Transaction"), all shares held in the Suspense Account shall be converted into cash in accordance

2

with the terms of the Transaction and the Plan shall repay the Loan in full from such cash proceeds. Notwithstanding the provisions of 6.7 or any other provisions contained in the Plan, all Employees who were actively employed by a Participating Employer and were Participants in the Plan at any time between January 1, 2007 and February 28, 2007, and who are active employees of a Participating Employer and are Participants in the Plan on the closing date of the Transaction shall receive an allocation equal to (a) the total amount of cash consideration received in respect of shares released from the Suspense Account, net of the amount used to repay the Loan, divided by (b) the total number of Employees who are entitled to an allocation under this Section 6.10.

6. Section 11.1(d) of the Plan is added to the Plan to read as follows:

> (d) <u>Special Rule for Military Service</u>. Any Participant who is called to active duty in the uniformed services of the United States between September 12, 2001 and before January 1, 2008, for a period of 179 days or more, may effect a Total Withdrawal of his entire Account.

7. Section 14.1 of the Plan is hereby amended, effective as of July 1, 2007, to read in its entirety as follows:

> 14.1. <u>Thrift Plan Committee</u>. The members of the Thrift Committee shall consist of such officers, or other employees of the Company, holding the position within the Company designated herein, or such other equivalent position of such officers or other employees, as determined by the Corporate Secretary of the Company or by his or her designee:
>
> Senior Vice President and Treasurer
>
> Senior Vice President, Chief Fossil Officer
>
> Vice President of Business Operations
>
> Senior Vice President of Customer and Community Relations
>
> Senior Vice President of Human Resources
>
> Assistant Secretary
>
> In addition to the foregoing, from and after October 10, 2007, Oncor Electric Delivery shall have the right to appoint one member to the Thrift Committee, for so long as Oncor Electric Delivery is a Participating Employer hereunder.

3

8. Section 14.11 of the Plan is hereby amended to read in its entirety as follows:

> 14.11. <u>Plan Expenses</u>. Except as otherwise provided in Sections 8.4 and 8.5 hereof, all costs and expenses incurred in the administration of the Plan, including the expenses of the Thrift Committee and Plan Administrator, the fees and expenses of the Trustee and other administrative expenses, shall be borne by each Employer in the manner determined by the Thrift Committee or as otherwise agreed among the Employers, or, in the discretion of the Thrift Committee, may be paid from the assets of the Trust.

9. Section 15.1 of the Plan is hereby amended, effective as of August 27, 2007, to read in its entirety as follows:

> 15.1. <u>Right to Amend or Terminate</u>. It is the intention of the Company to continue the Plan indefinitely; however, the Company, by action of its Board of Directors, may amend, modify or suspend the Plan at any time. Furthermore, effective as of August 27, 2007, the Plan may be amended by a subcommittee of the Company's Senior Leadership Team ("SLT Subcommittee"), to the extent such amendment (a) is ministerial or administrative in nature; (b) does not result in a material change to the Plan's funding or costs (defined as an increase in the cost of the Plan in excess of $25 million, or such other amount as may be consistent with the authority granted to the Senior Vice-President of Human Resources of the Company from time to time); (c) is required to maintain the Plan's qualified status; or (d) is dictated by statute or regulation. Any such amendment, modification, suspension or termination shall be effective on such dates the Company or SLT Subcommittee may determine and may be effective as to all Participating Employers, or as to one or more Participating Employers and their respective Employees. Notwithstanding the foregoing, the Company or SLT Subcommittee shall not amend the Plan in such manner as to materially increase the cost of participation to Oncor Electric Delivery without its consent, except to the extent any such amendment is required to maintain the qualified status of the Plan or is otherwise required by applicable law.

10. Section 17.1(b) of the Plan is hereby amended to read in its entirety as follows:

> (b) Each Affiliated Entity which becomes a Participating Employer herein hereby acknowledges that the Company shall be the Plan Administrator and Plan Sponsor hereunder and shall be authorized to make all decisions and to take all actions as may be necessary for the administration of the Plan, and that any such actions taken by the

Company in its capacity as Plan Administrator shall be binding on all Participating Employers and their Employees.

11. Unless otherwise defined herein, capitalized terms used herein shall have the meanings given to them in the Plan.

12. Except as specifically amended hereby, the Plan shall remain in full force and effect as prior to this Amendment.

This Amendment may be executed in multiple counterparts.

TXU CORP.

By: _____
Riz Chand
Senior Vice President, Human Resources

Dated: October 9, 2007