## Exhibit B

**Article Regarding "Planned Distribution of TXU Thrift Plan Excess LESOP Shares if Proposed Merger Closes"**

RLF1 15700194v.1


**NEWS AND FEATURES**
- News
- Features
- After Hours
- Business Updates
- News Archives
  - 2011
  - 2010
  - 2009
  - 2008
  - 2007
  - 2006
  - 2005
  - 2004
  - 2003
  - 2002
  - 2001
- Financial Restructuring
- When Neighbors Ask

# Planned Distribution of TXU Thrift Plan Excess LESOP Shares if Proposed Merger Closes

AUGUST 30, 2007

Note: The article below has been pulled from archived material. Some of the information may be outdated and certain links may be broken.

TO: Thrift Plan Participants

FROM: Riz Chand, Senior Vice President, Human Resources

As previously announced, the Board of TXU Corp. has signed an agreement with a group of investors led by KKR and TPG for that group of investors to acquire TXU Corp. (the Transaction). That agreement and completion of the merger is subject to the approval by vote of TXU's shareholders. That shareholder vote is scheduled to occur on September 7, 2007. Shareholder approval and ultimate closing of the proposed merger will result in the allocation of excess Leveraged Employee Stock Ownership Plan (LESOP) shares to TXU Thrift Plan (Thrift Plan) participants' accounts.

TXU's LESOP has been a means for the company to maintain a fund to make future matching contributions to Thrift Plan participants' accounts. Each year a scheduled number of LESOP shares are released to fund the company's required matching contributions and any leftover shares are required to be allocated to participants at the end of the year (as they were each of the last two years).

Under Plan provisions and federal regulations, if the sale of TXU is approved by shareholders and closes, the value of the excess TXU LESOP shares will be distributed among eligible participants in the Thrift Plan. The Thrift Plan rules provide that the total value of those excess shares will be distributed evenly on a per capita basis among eligible Thrift Plan participants who:

- were actively employed by TXU or a subsidiary company and were participants in the Thrift Plan at any time between January 1, 2007 and February 28, 2007; **and**
- are active employees of TXU or a subsidiary company and are participants in the Plan on the closing date of the transaction.

**Based on current estimates, each eligible Thrift Plan participant would receive approximately $28,000 of excess LESOP value in their Thrift Plan accounts.** The allocation of the excess LESOP shares is contingent upon the close of the proposed merger Transaction, and the exact amount of excess LESOP value that will be allocated to each Thrift Plan account, in the event the merger closes, will be determined at that time.

You will receive additional information about this as the merger transaction progresses. In the interim, if you have questions, please contact the TXU Service Center at 1-888-812-LINK (5465).

This document constitutes part of a prospectus covering securities that have been registered under the Securities Act of