**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:                              Chapter __11__

                                    Case No. __14-__ __10979__ (__CSS__)

Debtor: Energy Future Holdings Corp., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Jeanna Rickards Koski__ to represent __Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann__ in this action.

/s/ Daniel K. Hogan (DE #2814)

Firm Name: Hogan McDaniel
Address: 1311 Delaware Avenue
Wilmington, Delaware 19806
Phone: 302-656-7597
Email: dkhogan@dkhogan.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __District of Columbia__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Jeanna Rickards Koski

Firm Name: Caplin & Drysdale, Chartered
Address: One Thomas Cir., NW, Ste.1100
Washington, D.C. 20005
Phone: 202-862-5069
Email: jkoski@capdale.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: November 7th, 2016
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE**

Local Form 105