IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robin D. Ball, Esquire of Chadbourne & Parke LLP to represent NextEra Energy, Inc. and NextEra Energy Capital Holdings, Inc. in the above captioned cases.

Dated: November 4, 2016
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Joseph D. Wright

Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: wright@lrclaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 4, 2016

/s/ Robin D. Ball

Robin D. Ball
**CHADBOURNE & PARKE LLP**
350 South Grand Ave., 32nd Floor
Los Angeles, CA 90071
New York, NY 10019-6022
Telephone: (213) 892-2025
Facsimile: (213) 403-5631
Email: rball@chadbourne.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: November 7th, 2016
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE