**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | § Case No. 14-10979 (CSS) |
| | § Jointly Administered |
| Debtor. | § |

**REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Stephen W. Spence, Esquire, formerly of the firm of Phillips, Goldman & Spence, P.A., now of the firm of Baird Mandalas Brockstedt, LLC, hereby requests that he be removed from the Court's ECF notification list and master mailing list and that no further notices, pleadings or other documents be served upon his firm on behalf of Richard Gitlin in the above-captioned action.

BAIRD MANDALAS BROCKSTEDT, LLC

*/s/ Stephen W. Spence*
Stephen W. Spence, Esq. (#2033)
1413 Savannah Road, Suite 1
Lewes, Delaware 19958
(302) 645-2262
sws@bmbde.com

Dated: November 7, 2016

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[2] | § Case No. 14-10979 (CSS) |
| | § |
| | § Jointly Administered |
| Debtor. | § |
| | § |

**CERTIFICATE OF SERVICE**

    I, Stephen W. Spence, Esquire, do hereby certify that on November 7, 2016, I caused a true and correct copy of the *REQUEST FOR REMOVAL FROM SERVICE LIST* to be served on all parties via CM/ECF in addition to those listed as indicated below via First Class U.S. mail:

        William Mark Alleman, Jr., Esquire
        Benesch Law
        222 Delaware Avenue, Suite 801
        Wilmington, DE  19801

               BAIRD MANDALAS BROCKSTEDT, LLC

               */s/ Stephen W. Spence*
               Stephen W. Spence, Esq. (#2033)
               1413 Savannah Road, Suite 1
               Lewes, Delaware 19958
               (302) 645-2262
               sws@bmbde.com

Dated:  November 7, 2016

---

[2] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.