# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 3rd day of November, 2016, a true and correct copy of the following was served upon the Participating Parties as defined in the Court's *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors,* entered on August 24, 2016 [D.I. 9381]*,* as amended by the *Notice of Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors*, filed September 23, 2016 [D.I. 9647] at EFH_DS_Discovery_Service_List@kirkland.com

*SHIRLEY FENICLE, AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF GEORGE FENICLE, DAVID WILLIAM FAHY AND JOHN H. JONES' PRELIMINARY WITNESS AND EXHIBIT LISTS FOR TRIAL ON THE E-SIDE CONFIRMATION OF THE DEBTORS' PLAN OF REORGANIZATION*

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: November 8, 2016
     Wilmington, Delaware     By:    /s/ *Daniel K. Hogan*
                                              Daniel K. Hogan (DE Bar # 2814)
                                              **HOGAN♦McDANIEL**
                                              1311 Delaware Avenue
                                              Wilmington, Delaware 19806
                                              Telephone: (302) 656-7597
                                              Facsimile: (302) 656-7599
                                              dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, and John H. Jones*

-and-

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Meisenkothen
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

-and-

        Beth Gori
        Gori Julian & Associates, P.C.
        156 North Main Street
        Edwardsville, IL 62025
        Telephone: (618) 659-9833
        Facsimile: (618) 659-9834

*Counsel for John H. Jones*