# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 3rd day of November, 2016, a true and correct copy of the following was served upon the Participating Parties as defined in the Court's *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors,* entered on August 24, 2016 [D.I. 9381]*,* as amended by the *Notice of Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors*, filed September 23, 2016 [D.I. 9647] at EFH_DS_Discovery_Service_List@kirkland.com

*CONTRARIAN CAPITAL MANAGEMENT, LLC'S, DISCLOSURE OF PRELIMINARY WITNESS AND EXHIBIT LIST*

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: November 8, 2016
      Wilmington, Delaware

HOGAN ◊ MCDANIEL

By:   /s/: *Garvan F. McDaniel*
      Garvan F. McDaniel, Esq. (DE #4167)
      1311 Delaware Avenue
      Wilmington, Delaware 19806
      Telephone: (302) 656-7540
      Facsimile: (302) 656-7599
      Email: gfmcdaniel@dkhogan.com

– and –

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: DRosner@kasowitz.com
       AGlenn@kasowitz.com
       DFliman@kasowitz.com

*Counsel to* Contrarian Capital Management, LLC