# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 11/8/2016 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| Mark McKane | Kirkland Ellis | Debtors |
| Aparna Yenamandra | " " | " " |
| Justin Sowa | " " | " " |
| Rebecca Chaikin | " " | " " |
| Jason M Madron | Richards Layton Finger | UMB Bank Indenture Trustee |
| Raymond Lemisch | Klehr Harrison | Fenicle, Fahy, Jones & Hormen |
| Daniel Morgan | Bryan McDaniel | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 11/08/2016
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7953006 | Kellie Cairns | (212) 373-3012 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7953279 | Joseph A. Florczak | (312) 269-4123 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7952654 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7953024 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7955835 | Christian Jensen | (212) 558-3036 | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7954885 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7955921 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecure Note Holders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7806025 | Lorenzo Pipkin III | (214) 642-3901 | Lorenzo Pipkin III - In Pro Per/Pro Se | Claimant, Lorenzo Pipkin III / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7954948 | Erica Richards | (212) 468-8000 | Morrison & Foerster LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7955516 | Christy Rivera | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, NextEra / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7952561 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7954713 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7955640 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7952689 | Amer Tiwana | (646) 616-3052 | Cowen & Co. | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7940298 | Teretta Vaughn | (817) 676-2919 | Teretta Vaughn - In Pro Per/Pro Se | Claimant, Teretta Vaughn / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7954782 | Rose Washington | (512) 432-5432 | Rose Washington - In Pro Per/Pro Se | Creditor, In Pro Per / Pro Se / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7953038 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7953268 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.