# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Re: Case Nos. 14-10992, 14-10990,<br>) 14-11039, and 14-11012<br>)<br>) Hearing Date: TBD<br>) Objection Deadline: Nov. 22, 2016 at **4:00 p.m.** |

## NOTICE OF MOTION OF SHIRLEY FENICLE, DAVID WILLIAM FAHY, JOHN H. JONES, AND DAVID HEINZMANN TO DISMISS CHAPTER 11 PETITIONS OF ASBESTOS DEBTORS EECI, INC., EEC HOLDINGS INC., LSGT SACROC, INC., AND LSGT GAS CO. LLC[2] PURSUANT TO 11 U.S.C. § 1112(B)

**PLEASE TAKE NOTICE** that Hogan♦McDaniel ("Hogan") has filed the *Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, Pursuant to 11 U.S.C. § 1112(b)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, are required to be filed on or before **November 22, 2016, at 4:00 p.m.** (Prevailing Eastern Time) (the "Objection Deadline"). At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] EECI, Inc. (Case No. 14-10992), EEC Holdings, Inc. (Case No. 14-10990), LSGT SACROC, Inc. (Case No. 14-11012), and LSGT Gas Co. LLC (Case No. 14-11039).

Dated: November 8, 2016
       Wilmington, Delaware           Respectfully submitted,

                                              By: */s/ Daniel K. Hogan*
                                                  Daniel K. Hogan (DE Bar # 2814)
                                                  **HOGAN♦McDANIEL**
                                                  1311 Delaware Avenue
                                                  Wilmington, Delaware 19806
                                                  Telephone: (302) 656-7597
                                                  Facsimile: (302) 656-7599
                                                  dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

-and-

Leslie M. Kelleher
Jeanna M. Koski
Caplin & Drysdale, Chartered
One Thomas Circle, N.W. Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
Emails: lkelleher@capdale.com
         jkoski@capdale.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

-and-

Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Meisenkothen
One Century Tower
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*

-and-

Jonathan Ruckdeschel
The Ruckdeschel Law Firm, LLC
8357 Main Street
Ellicott City, MD 21043-4603
Telephone (410) 750-7825
Facsimile (443) 583-0430
ruck@rucklawfirm.com

*Counsel for David Heinzmann*