# **EXHIBIT 1**

# **SEALED IN ITS ENTIRETY**