# **EXHIBITS 3 THROUGH 7**

# **ARE SEALED IN THEIR ENTIRETY**