# **EXHIBITS 9 THROUGH 17**

# **ARE SEALED IN THEIR ENTIRETY**