# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re.: D.I. No. 10074** |

### MOTION OF SHIRLEY FENICLE, DAVID WILLIAM FAHY, JOHN H. JONES, AND DAVID HEINZMANN FOR LEAVE TO NOTICE THE MOTION TO DISMISS FOR HEARING ON NOVEMBER 30, 2016

Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann (respectively "Fenicle", "Fahy", "Jones", and "Heinzmann", together "the Movants"), creditors in the above-captioned Chapter 11 cases, hereby file this motion for leave (the "Motion for Leave"), pursuant to Rule 9013(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and 11 U.S.C. § 1112(b)(3) of the Bankruptcy Code, to notice the *Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, Pursuant to 11 U.S.C. § 1112(b)* [D.I. 10074] for hearing on November 30, 2016, at 10:00 a.m. (Eastern Daylight Time)(the "Hearing"). In support of this Motion for Leave, Movants respectfully represent as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

## JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.2.

## BACKGROUND

2. On September 21, 2016, Debtors filed their *Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "Amended Plan") [D.I. 9612], and their *Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement") [D.I. 9616].

3. On September 23, 2016, Debtors filed their *Notice of Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* [D.I. 9647], scheduling the Final Pretrial Conference for November 30, 2016, at 10:00 a.m. and the Confirmation Hearing on the Amended Plan for December 1, 2016, at 10:00 a.m.

4. On November 8, 2016, Movants filed their *Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holding; LSGT Gas Co. LLC; and LSGT SACROC, Inc., Pursuant to 11 U.S.C. § 1112(b)* (the "Motion to Dismiss") [D.I. 10074].

5. The next omnibus hearing date is scheduled for December 14, 2016 at 10:00 a.m., 37 days from the filing of the Motion to Dismiss, and two full weeks after the commencement of the Confirmation hearing on the Amended Plan.

**RELIEF REQUESTED**

6. By this Motion for Leave, the Movants seek authority, pursuant to Rule 9013(c) of the Local Rules and Rule 11 U.S.C. § 1112(b)(3) of the Bankruptcy Code, to Notice the Motion to Dismiss for hearing on November 30, 2016, commencing at 10:00 a.m.

**BASIS FOR RELIEF**

7. Pursuant to Local Rule 9013(c), "In any case where omnibus hearing dates have been scheduled pursuant to Local Rule 2002-1(a), all motions and applications and related papers shall be heard only on such dates, *unless otherwise ordered by the Court.* In a case where there are no omnibus hearings scheduled, a hearing date may be obtained by contacting the Court." (emphasis added). *See* Del. Bankr. L.R. 9013(c).

8. The Bankruptcy Code requires that this Motion be heard within 30 days: "The court shall commence the hearing on a motion [to dismiss] under this subsection not later than 30 days after the filing of the motion, and shall decide the motion not later than 15 days after commencement of such hearing…." 11 U.S.C. § 1112(b)(3) (parenthetical added).

9. The December 14, 2016, Omnibus Hearing date falls a full 37 days after the filing of the Motion to Dismiss. Thus, the Motion to Dismiss cannot be heard at the next Omnibus Hearing, and must be scheduled to be heard before that time.

10. Movants submit that it would not only be prejudicial, but also an inefficient use of the Court's time to schedule the Motion to Dismiss after the Confirmation Hearing, which is scheduled to begin on December 1, 2016.

11. Movants respectfully submit that noticing the Motion to Dismiss for hearing on the same day as the Final Pretrial Conference, November 30, 2016, is a more logical and effective use of the Court's time.

WHEREFORE, Movants respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, authorizing Movants to notice their Motion to Dismiss for Wednesday, November 30, 2016 at 10:00 a.m. (Eastern Daylight Time).

Dated: November 8, 2016
Wilmington, Delaware

Respectfully submitted,

By: */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7597
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

-and-

Leslie M. Kelleher
Jeanna M. Koski
Caplin & Drysdale, Chartered
One Thomas Circle, N.W. Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile:  (202) 429-3301
Emails: lkelleher@capdale.com
           jkoski@capdale.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

-and-
Steven Kazan (CA Bar # 46855)
Kazan McClain Satterley & Greenwood
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607

Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (CT Juris # 417930)
Early Lucarelli Sweeney & Meisenkothen
One Century Tower
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*

-and-

Jonathan Ruckdeschel
The Ruckdeschel Law Firm, LLC
8357 Main Street
Ellicott City, MD 21043-4603
Telephone (410) 750-7825
Facsimile (443) 583-0430
ruck@rucklawfirm.com

*Counsel for David Heinzmann*