# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[2] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

**ORDER GRANTING LEAVE TO NOTICE THE**
**MOTION TO DISMISS FOR HEARING ON NOVEMBER 30, 2016**

Upon consideration of the motion for leave, dated November 8, 2016 (the "Motion for Leave"), seeking entry of an order, pursuant to Local Rule 9013(c), authorizing the Movants to file a Notice of Hearing on their Motion to Dismiss for November 30, 2016, at 10:00 a.m., and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED that the Movants are granted leave to notice their Motion to Dismiss for hearing on November 30, 2016, at 10:00 a.m.

Dated: November ___, 2016
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.