UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE:

DEBTOR: ENERGY FUTURE HOLDINGS ET AL
Chapter 11
Case No. 14-10979 (CSS), Jointly Administered BAP No. 15-82, Judge Sontchi
Objections due by Date: January 18, 2016

NOTICE OF MOTION

TO: Energy Future Holdings et al
Jason Madron with Richards, Layton & Finger P.A.
Edward Sassower with Kirkland & Ellis International NY
James Spray with Kirkland & Ellis IL
Mark McKane with Kirkland & Ellis CA
Jonathan Ganer with Kirkland & Ellis D.C.

United States Trustee T. Patrick Tinker DE

Kenneth R. Stewart, a.k.a. Kenneth S. Stewart, pro se, has filed an AMENDED MOTION TO DEBTOR FRAUD, MOTION TO STAY, AND MOTION TO INTERVENE which seeks the following relief:

Court denies DEBTORS bankruptcy due to fraudulent acts, conveyances, and concealment of crucial facts and identities, and to include return my assets to me personally with penalty.

You are required to file a response to the attached motion on or before November 12, 2016 to

Kenneth R. Stewart   P. O. Box 270784   Dallas, TX 75227.

Hearing on the Motion will be held on or before January 18, 2017.

If you fail o respond in accordance with this NOTICE, the Court may grant the relief demanded by the Motion without further Notice of Hearing.

BY: _____ (Pro se)        Date: 10-29-2016

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE:

    DEBTOR: ENERGY FUTURE HOLDINGS ET AL
          Chapter 11
          Case No. 14-10979 (CSS), Jointly Administered BAP No. 15-82, Judge Sontchi
          Objections due by Date: November 12, 2016

NOTICE OF MOTION

TO: Energy Future Holdings et al
    Jason Madron with Richards, Layton & Finger P.A.
    Edward Sassower with Kirkland & Ellis International NY
    James Spray with Kirkland & Ellis IL
    Mark McKane with Kirkland & Ellis CA
    Jonathan Ganer with Kirkland & Ellis D.C.

    United States Trustee T. Patrick Tinker DE

Kenneth R. Stewart, a.k.a. Kenneth S. Stewart, pro se, has filed a MOTION TO SERVE DEBTOR ET AL ELECTRONIC EMAILS FOR OFFICIAL DELIVERY OF DOCUMENTS which seeks the following relief:

Court allows electronic delivery of Stewart's Notices, Motions, Objections, Appeals, etc., through Pacer.gov, court clerk, third party litigation support or Stewart's email, as well as by mail and phone.

You are required to file a response to the attached motion on or before November 12, 2016 to

Kenneth R. Stewart   P. O. Box 270784   Dallas, TX 75227

If required, hearing <u>by conference phones</u> on the Motion will be held on or before January 18, 2017.

If you fail to respond in accordance with this NOTICE, the Court may grant the relief demanded by the Motion without further Notice of Hearing.

BY: _____ (Pro se)    Date: 10-29-2016

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE:

DEBTOR: ENERGY FUTURE HOLDINGS ET AL
Chapter 11
Case No. 14-10979 (CSS), Jointly Administered BAP No. 15-82, Judge Sontchi
Objections due by Date: November 12, 2016

## NOTICE OF OBJECTION TO CLAIMS

TO: Energy Future Holdings et al
   Jason Madron with Richards, Layton & Finger P.A.
   Edward Sassower with Kirkland & Ellis International NY
   James Spray with Kirkland & Ellis IL
   Mark McKane with Kirkland & Ellis CA
   Jonathan Ganer with Kirkland & Ellis D.C.

   United States Trustee T. Patrick Tinker DE

The Objector has filed the OBJECTIONS TO DECEMBER 2015 NONFINAL RULING which seeks the following relief:

Court to deny DEBTOR'S case because of fraudulent conveyances and concealment of crucial facts and identities, and include my financial and real property assets to me personally with penalty.

You are required to file a response to the Objection on or before November 12, 2016.

At the same time, you must also serve a copy of the response upon Objector at P.O. Box 270784 Dallas, Texas 75227.

Hearing on the Objection will be held on or before January 18, 2017.

If you fail to respond in accordance with this notice, the court may grant the relief demanded by the objection without further notice or hearing.

Date: 10-29-2016            BY: _____ Pro Se

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: ENERGY FUTURE HOLDINGS, et al.

| | |
|---|---|
| KENNETH R. STEWART, (PRO-SE) ) | Civil Action No. 15-1213 UNA |
| ) | |
| Creditor ) | |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ET AL., ) | Bankruptcy Case No. 14-10979 (CSS) |
| ) | |
| Debtor ) | (Jointly Administered) |
| ) | BAP NO. 15-82 |

## MOTION TO SERVE DEBTOR ET AL ELECTRONIC EMAILS FOR OFFICAL DELIVERY

1. WHEREAS CREDITOR REQUESTS PERMISSION BY COURT TO SERVE DEBTOR, OPPOSING LEGAL COUNCIL AND OTHERS BY PERSONAL EMAIL AND THIRD PARTY LITIGATION SUPPORT EMAILS FOR NOTICES, MOTIONS, OBJECTIONS, AND ANY AND ALL OTHER LEGAL DOCUMENTS.

2. WHEREAS CREDITOR REQUESTS PERMISSION BY COURT TO SEND DOCUMENTS TO THE COURT, WHEREBY THE COURT SHALL FORWARD THE SAME DOCUMENTS TO THE DEBTOR ET AL, INCLUDING OPPOSING COUNCIL AND PERTINENT OTHERS.

3. WHEREAS CREDITOR REQUESTS TO COURT THE PASSWORD FOR ACCESS TO PACER.GOV FOR SUBMISSION OF NOTICES, MOTIONS, OBJECTIONS, APPEALS, ETC., TO BE DISPERSED TO ALL PARTIES INVOLVED IN THE DEBTORS CASE. PLEASE CALL 817.751.3280 TO GIVE PASSWORD.

_/s/ Ken Stewart Pro Se_       _10-27-2016_

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: ENERGY FUTURE HOLDINGS, et al.

|  |  |
|---|---|
| KENNETH R. STEWART, (PRO-SE) ) | Civil Action No. 15-1213 UNA |
| ) |  |
| Creditor ) |  |
| ) |  |
| ENERGY FUTURE HOLDINGS CORP., ET AL., ) | Bankruptcy Case No. 14-10979 (CSS) |
| ) |  |
| Debtor ) | (Jointly Administered) |
| ) | BAP NO. 15-82 |

OBJECTIONS TO DECEMBER 2015 NONFINAL RULING:

1. Whereas Creditor <u>objects</u> to the December 2015 Nonfinal Ruling due to Fraudulently concealed ownership records and fraudulently transfers of my 1. Real Property, 2. Nuclear Insurance Policy, 3. Bonds, and 4. MultipleTrusts. See Court Document previously recorded with Judge Sontchi on September 26, 2016.

2. Whereas, Creditor <u>claims</u> the Court is required to raise issues of standing sua sponte as such issues exist. See Steele v. Blackman, 236 F.3d 130, 134 n.4 (3d Cir. 2001). Creditor has demonstrated throughout many court motions and filings in 2014-2016 to include: (1.) a concrete and particularized injury (2.) a casual connection between the injury and the conduct complained of, and (3.) redress ability. See Lujan v. Defenders of the Wildlife 504 U.S. 555, 560-61 (1992).



3. Whereas, Creditor <u>claims</u>, now before, a person aggrieved, whose rights and interest's are directly and adversely affected particularly by the bankruptcy court order. In re: PWS Holding Corp., 228 F. 3d 224, 248-49 (3d Cir. 2000). Creditor here now assert my legal rights and claims for return the $ billions of the real properties with the 112,000 miles of easements, the Nuclear Insurance Policy fees, control and associated bonds, and return all my corporate bonds, debentures, stocks, REITS, beneficiary to my trusts and accounts, along with any and all claims to all other assets, controlled by and hidden by Debtor et al as stated more below in Item 5.

4. Whereas, Creditor <u>objects</u> to Debtor et al for having fraudulently conveyed my financial Bonds, assets, and control while not returning my assets nor revenues to me, and while even now attempting to fraudulently collect and claim said bonds for themselves instead of conveying said bonds to my control.

5. Whereas, Creditor also <u>claims</u> collusion and conspiracy by, and between, the Hunt Family and corporate attorneys, EFH et al, (and other Hunt affiliates: KKR (Nelson Bunker Hunt), Edison Companies (Nelson Bunker Hunt), Allstate Insurance (Nelson, Lamar, and Herbert Hunt), Next Era and Florida Power and Light (Hassie and Lamar Hunt), Vanguard Resources (Tom Hunt), Auroa Gas Pipelines, Quicksilver Resources, and Targa Gas (Various Hunts including Ray Hunt).

KS.②

6. Whereas, Creditor objects to any and all persons, Trustees, committees, Directors, officers, agents, banks, third parties, and all other positions to act on or for Creditor or Creditor's behalf.

_____ Pro Se          _10-29-2016_

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: ENERGY FUTURE HOLDINGS, et al.

| | |
|---|---|
| KENNETH R. STEWART, (PRO-SE) ) | Civil Action No. 15-1213 UNA |
| ) | |
| Creditor ) | |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ET AL., ) | Bankruptcy Case No. 14-10979 (CSS) |
| ) | |
| Debtor ) | (Jointly Administered) |
| ) | BAP NO. 15-82 |

AMENDED MOTIONS TO DEBTOR FRAUD, MOTION TO STAY, AND MOTION TO INTERVENE:

1. Whereas, I submit here a <u>Motion to Debtor Fraud</u>: According to the Uniform Fraudulent Conveyance Act, or its successor, the Uniform Fraudulent Transfer Act, I do hereby acknowledge and find as proof that in 2003 that in the Edison International filings submitted here before, does state that any fraud committed on bondholders must immediately be inspected by the U.S. Justice Department and the Secret Service. Any act of fraud exceeding $2 million is considered terrorism and may be claimed upon the U.S. Treasury on my behalf. See submitted court filings on Edison International.

   a. In the 2004-2005 court case, where a portion of my assets issued to me were acknowledged, but were fraudulently conveyed by others to others beyond my

control because of errors in judicial jurisdiction and conspiracy. Furthermore, I do know that the Delaware Bankruptcy Court has witnessed and declared in court now and before these organized illegal and fraudulent acts to where I must again plea for intervention. In 2007, the Attorney General of Texas, Kohlberg, Kravits, Roberts (KKR), and Allstate Insurance company conspired against my inheritance to take possession in full.

b. In 2010, see **Exhibit A** for a specific document pertaining to the main Hunter Ferrell Rd. property where attorney Charles Mitchell with law firm Namen Howell managed the family assets before and after my father's demise. Most important see the bottom foot note "Clients\Stewart, Kenny-Condemnation(HF). The HF stands for Hunt Family.

Furthermore, in 2010 the Texas law firms of Haynes & Boone, Shackleford & McKinnley, Naman Howell Smith, and Brown Dean and Wiseman, and Douglas J. Brooks Law firm, along with the City of Grand Praire, TX colluded in stripping my real properties (see **Exhibit B on 44,810 acres**) Lone Star Racing Park, a.k.a. KRS, in the disguises of ad litem, or other Trustee, Executor or Legal representations. Let it be known that Haynes and Boone initiated the takeover of all of my assets, as well as performed the initial filings on EFH/TXU Bankruptcy. All of the law firms above represent the Hunt Families.

KS.2

Intentionally Left Blank

KS3

c. In 2014-16, two other companies where I am the owner/ co-Owner but was never notified are: Auroa Gas Co. (seen **Exhibit C**) and Quicksilver Resources (Delaware Bankruptcy). See **Exhibit D** where on the Quicksilver Michigan Division Order, the Owner name and address is listed as Kenneth R. Stewart but I have never received a royalty check from these companies. See **Exhibit E** for a copy of another mineral lease where my mom never received any royalty checks from Scout Exploration on their drilled Barnett Shale Gas wells, and handled by Charles Mitchell.

d. Lastly, I cite that Courts have long held that the Bankruptcy Code provides a discharge only to those "honest but unfortunate debtors." To that end, when a debt has been incurred under false pretenses, false representation, or outright fraud, the Bankruptcy Code allows the debtor's creditors to file a nondischargeability complaint against the debtor. I hereby do so now.

e. In 1973, GIFCO properties were placed in my name. I have had multiple Trustees over my various assets. In 1986, it was my Korean mother as one trustee, but she speaks little English, and in 1995 it was ex-District Attorney Charles Mitchell who took control of the businesses, and then in 2005, he and a man named Harrington forged and conveyed these properties away from my family for their own personal gain. Then in 2010, Harrington and Mitchell illegally conveyed out of my name and my

Mother's with the illegal assistance of Dallas County. I have proved to the F.B.I. a singular person with the County of Dallas records (DCAD) who admits forging said records. Through slight of hands, EFH/TXU/ONCOR owns and controls our 44,810 acres just in Dallas County with no payment or revenues to us. Charles Mitchell and Michel F. Hord (see **Exhibit F**), Trustee for Dallas County, and brother-in-laws, and Nations Bank /Bank of America got my mother and I to sign documents in the disguise that she would get a loan, but she didn't. In 2005, Phillip Harrington, my partner in BJ Associates, which became The Associates (see **Exhibit G**), fraudulently conveyed my company assets and properties with the inside help of Michael Hord. We have never seen a dime. Yet over $10-$15 million has been reported to have been paid out to others as hush money as reported to the F.B.I. too.

2. Whereas, I do submit here a <u>Motion to Stay</u>: Therefore, I request now to you and the U.S. Delaware Bankruptcy Court to halt and stay the EFH/TXU ruling immediately as some of the same persons who premeditatedly instigated this fraud are the original executives, agents, trustees and/or managers of EFH et al who have misappropriated and mismanaged my assets to the Debtors benefit.

3. Whereas, I submit here now a <u>Motion to Intervene</u>:

   a. I motion to the court to expose immediately all of these fraudulent matters above to

KSS

the U.S. Justice Department in Delaware to investigate and prosecute. The premeditated collusion of organized white collar criminal acts to steal my assets by specific individuals, where the statute of limitations does not apply under RICO laws, includes the transfer of assets, concealment of truth in public reports of a public utility, and the Securities and Exchange Reports and Filings, along with creating false documents and false companies to implement this subversive strategy.

b. Moreover, the following four important deaths were instrumental to destabilize my ability to fight back to retrieve my assets. Previously, I have disclosed to the courts that my father was killed in 2004 under very mysterious circumstances, and that I have had multiple death threats as confirmed by others. In addition, my Aunt June Stewart Jones, my father's younger sister, mysteriously died in 2005, as she was Listed on the $375 million Nuclear Insurance Policy for EFH/TXU as the only listed Administrative Personnel. So now, no one was watching out for me after that 2004-2005+. Also, I am declaring here that in 2013-2014, a Texas Judge James Martin died mysteriously after ruling for me on my conspiracy motion against some of the same parties described here before and within court documents on Dallas County Whisky Charlies/Lone Star Race Track, and the Winner's Circle properties to include the old

KS 6

Dallas Cowboy's Stadium properties. Please note, this is at least the eighth time I have plead similar requests of help to the Honorable Judge Andrews and Honorable Judge Sontchi.

_____ (Pro Se)     _10-25-2016_

KS7