IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

2016 NOV -9 PM 3: 49

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: ENERGY FUTURE HOLDINGS, et al.

KENNETH R. STEWART, (PRO-SE)    )    Civil Action No. 15-1213 UNA
                                )
            Creditor            )
                                )
ENERGY FUTURE HOLDINGS CORP., ET AL., )   Bankruptcy Case No. 14-10979 (CSS)
                                )
            Debtor              )    (Jointly Administered)
                                )    BAP NO. 15-82

MOTION TO OBJECT TO DEBTOR'S IMPROPER VOTING NOTICES, MEETINGS AND EXIT STRATEGY

1. Creditor submits Motion to Object to EFH et al improper voting notice to Creditor's mailing address such that the mailed Proxy Notice does not contain a voting card thereby eliminating the Debtor's participation vote as the indicated Shareholder.

2. Whereas, upon Creditor's appearance to each Debtor open meeting, the meetings are then immediately canceled due to Creditor's notice of appearance.

3. Whereas, EFH et al is manipulating special board of directors meetings and other public voting meetings in Delaware, and thereby severely manipulating my voting rights with proxy.

4. Therefore, I charge and hold the Debtors' Board of Directors, Senior Management and Consultants accountable for all fraud, securities violations, conspiracy and collusion in restricting my voting rights and my control to exercise my rights to vote in person as I appear, and where a required notice to cancel said meeting has not been sent the same address.

5. Whereas, based on my controlling ownership position of the first secured collateral bonds from Edison International to TXU et al, and as the single shareholder in the wholly owned subsidiary TCEH et al, and the sole beneficiary to the 80% of the 120,000 miles of the transmission lines and right-of-ways properties of ONCOR, and the sole Nuclear Power Insurance Policy Holder for Debtor, I hereby oppose and vote against and veto this Bankruptcy Plan, and oppose and vote against and veto the sale to Next Era and the proposed elimination of the ring fence.

6. Officially, I oppose Debtors bankruptcy plan and shall to submit an alternative Business and Emergent Bankruptcy Plan without a sale to Next Era but includes assets of ONCOR to the Court in 2017.

7. <u>Three disclosures to Court</u>: In addition to my name being both Kenneth R. Stewart and Kenneth S. Stewart, according to TRW, I am Robert/Bobby S. Stewart (connected to The Associates). Also, I have been told that I know too much, and have had another recent indirect death threat.

Lastly, as I fly to and from Chicago to handle a legal matter and claims against Allstate Insurance, <u>an unknown someone</u> is/has had an armed service security deliver both ways in Dallas and Chicago several days before I go and return, and bomb sniffing dogs are at/on every jet. This has taken place 9 times over the past year.

_____(Pro Se)  11-4-16