UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

FILED

2016 NOV -9 PM 3: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

DEBTOR: ENERGY FUTURE HOLDINGS ET AL
       Chapter 11
       Case No. 14-10979 (CSS), Jointly Administered BAP No. 15-82, Judge Sontchi
       Objections due by Date: November 19, 2016

## NOTICE OF OBJECTION TO DEBTOR'S PROCEDURES

TO: Energy Future Holdings et al
   Jason Madron with Richards, Layton & Finger P.A.
   Edward Sassower with Kirkland & Ellis International NY
   James Spray with Kirkland & Ellis IL
   Mark McKane with Kirkland & Ellis CA
   Jonathan Ganer with Kirkland & Ellis D.C.

   United States Trustee T. Patrick Tinker DE

The Objector has filed the MOTION TO OBJECT TO DEBTOR'S IMPROPER VOTING NOTICES, MEETINGS AND EXIT STRATEGY which seeks the following relief:

Court to deny DEBTOR'S case because of fraudulent conveyances and concealment of crucial facts and identities, manipulations of dates of special board of director and voting meetings by means of improper manipulated meeting dates when this Creditor is present in Delaware, mailed Proxy notice with no voting card attached thereby restricting vote, and concealment to court of said vote. Furthermore, I oppose, vote against and veto Debtor's exit strategy from bankruptcy.

You are required to file a response to the Objection on or before November 19, 2016.

At the same time, you must also serve a copy of the response upon Objector at P.O. Box 270784 Dallas, Texas 75227.

Hearing on the Objection will be held on or before January 18, 2017.

If you fail to respond in accordance with this notice, the court may grant the relief demanded by the objection without further notice or hearing.

Date:                                               BY: _11-9-16_____ Pro Se