IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 10079** |
| ) | |
| ) | **Hearing Date: December 14, 2016 at 10:00 a.m.** |
| ) | **Objection Deadline: November 18, 2016 at 4:00 p.m.** |

### RE-NOTICE OF (I) "MOTION TO SERVE DEBTOR ET AL ELECTRONIC EMAILS FOR OFFICIAL DELIVERY OF DOCUMENTS" [D.I. 10079]; (II) "OBJECTIONS TO DECEMBER 2015 NONFINAL RULING" [D.I. 10079]; AND (III) "AMENDED MOTION TO DEBTOR FRAUD, MOTION TO STAY, AND MOTION TO INTERVENE" [D.I. 10079] FILED BY KENNETH R. STEWART AND HEARING THEREON

PLEASE TAKE NOTICE that, on November 9, 2016, the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") docketed the following documents (collectively, the "Requests for Relief") filed by Kenneth R. Stewart ("Mr. Stewart") in the above-captioned chapter 11 cases:

* *Motion to Serve Debtor Et Al Electronic Emails for Official Delivery of Documents* [D.I. 10079]

* *Objections to December 2015 Nonfinal Ruling* [D.I. 10079]; and

* *Amended Motion to Debtor Fraud, Motion to Stay, and Motion to Intervene* [D.I. 10079].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that, **<u>notwithstanding anything to the contrary stated in the notices filed along with the Requests for Relief</u>**, by agreement of Mr. Stewart and the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), any responses or objections to the Requests for Relief must be in writing and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **November 18, 2016 at 4:00 p.m. (Eastern Standard Time)**, and must be served upon Mr. Stewart at P.O. Box 270784, Dallas, TX 75227.

PLEASE TAKE FURTHER NOTICE that, **<u>notwithstanding anything to the contrary stated in the notices filed along with the Requests for Relief</u>**, by agreement of Mr. Stewart and the Debtors (and with permission from Chambers), if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Requests for Relief will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **December 14, 2016 at 10:00 a.m. (Eastern Standard Time)**.

IF NO OBJECTIONS TO THE REQUESTS FOR RELIEF ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE REQUESTS FOR RELIEF WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank.]*

RLF1 15719425v.1

Dated: November 9, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession