# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Rebecca Blake Chaikin of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, to represent the above-captioned debtors and debtors in possession in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: November 7, 2016
      Wilmington, Delaware

                                        */s/ Jason M. Madron*
                                        Jason M. Madron (Bar No. 4431)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone:   (302) 651-7700
                                        Facsimile:    (302) 651-7701
                                        E-mail:        madron@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 10th, 2016**
**Wilmington, Delaware**

                                      **CHRISTOPHER S. SONTCHI**
                                      **UNITED STATES BANKRUPTCY JUDGE**