**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**PLAN SUPPLEMENT AS IT RELATES TO THE EFH DEBTORS
AND EFIH DEBTORS FOR THE FOURTH AMENDED JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL.,
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE THAT** the EFH Debtors and EFIH Debtors (collectively, the "E-Side Debtors") submit this plan supplement (the "Plan Supplement") in support of confirmation of the *Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 9612] (as amended from time to time, the "Plan"), filed in these chapter 11 cases on September 21, 2016. Capitalized terms used but not defined herein have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement includes the following documents, as may be modified, amended, or supplemented from time to time by the E-Side Debtors in accordance with the Plan:

- Exhibit A — New Organizational Documents for Certain Reorganized EFH Debtor Subsidiaries and Reorganized EFIH

- Exhibit B — List of Executory Contracts and Unexpired Leases to be Assumed by the Reorganized EFH Debtors or Reorganized EFIH Debtors on the EFH Effective Date

- Exhibit C — List of Executory Contracts and Unexpired Leases to be Rejected by the Reorganized EFH Debtors or Reorganized EFIH Debtors on the EFH Effective Date

- Exhibit D — Retained Causes of Action

- Exhibit E — Disclosures Regarding New Boards of Reorganized EFH Debtors and Reorganized EFIH

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

- <u>Exhibit F</u> — Non-Retained Professionals Fee Process Disclosure

- <u>Exhibit G</u> — Merger Agreement

- <u>Exhibit H</u> — Oncor Letter Agreement

- <u>Exhibit I</u> — Post-Closing Transition Services Agreement

- <u>Exhibit J</u> — Amended and Restated Split Participant Agreement

- <u>Exhibit K</u> — Separation Agreement

- <u>Exhibit L</u> — ROFR Waiver

- <u>Exhibit M</u> — Disclosures Regarding EFH/EFIH Distribution Account

> Certain documents, or portions thereof, contained in the Plan Supplement remain subject to continuing negotiations among the E-Side Debtors and interested parties with respect thereto. The E-Side Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein, in accordance with the terms of the Plan. To the extent material amendments or modifications are made to any of the Plan Supplement documents, the E-Side Debtors will file a blackline with the Bankruptcy Court prior to the Confirmation Hearing marked to reflect same.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Plan is currently scheduled for **Thursday, December 1, 2016, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of the Plan, the Plan Supplement documents referred to on the attached list, or the Disclosure Statement related to the Plan may download copies from the Debtors' Notice and Claims Agent, Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.

*[Remainder of Page Intentionally Left Blank]*

Wilmington, Delaware
Dated:   November 11, 2016

/s/ *Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:           collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:           edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:           james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

## PLAN SUPPLEMENT DOCUMENTS

- Exhibit A — New Organizational Documents for Certain Reorganized EFH Debtor Subsidiaries and Reorganized EFIH

- Exhibit B — List of Executory Contracts and Unexpired Leases to be Assumed by the Reorganized EFH Debtors or Reorganized EFIH Debtors on the EFH Effective Date

- Exhibit C — List of Executory Contracts and Unexpired Leases to be Rejected by the Reorganized EFH Debtors or Reorganized EFIH Debtors on the EFH Effective Date

- Exhibit D — Retained Causes of Action

- Exhibit E — Disclosures Regarding New Boards of Reorganized EFH Debtors and Reorganized EFIH

- Exhibit F — Non-Retained Professionals Fee Process Disclosure

- Exhibit G — Merger Agreement

- Exhibit H — Oncor Letter Agreement

- Exhibit I — Post-Closing Transition Services Agreement

- Exhibit J — Amended and Restated Split Participant Agreement

- Exhibit K — Separation Agreement

- Exhibit L — ROFR Waiver

- Exhibit M — Disclosures Regarding EFH/EFIH Distribution Account