**EXHIBIT B**

**List of Executory Contracts and Unexpired Leases to be
Assumed by the Reorganized EFH Debtors or
Reorganized EFIH Debtors on the EFH Effective Date**

Pursuant to Article V, Section A of the Plan, on the EFH Effective Date, except as otherwise provided herein or in the Confirmation Order, all Executory Contracts or Unexpired Leases of the EFH Debtors or the EFIH Debtors, not previously assumed or rejected pursuant to an order of the Bankruptcy Court, including the TCEH Confirmation Order or the EFH Confirmation Order, will be deemed to be Rejected Executory Contracts or Unexpired Leases, in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those Executory Contracts or Unexpired Leases that are: (1) identified on the EFH/EFIH Assumed Executory Contract and Unexpired Lease List; (2) the subject of a motion to assume Executory Contracts or Unexpired Leases that is pending on the Confirmation Date; or (3) subject to a motion to reject an Executory Contract or Unexpired Lease pursuant to which the requested effective date of such rejection is after the Effective Date; *provided* that each of (1), (2) and (3) must be in form and substance acceptable to the Plan Sponsor.

Entry of the EFH Confirmation Order by the Bankruptcy Court shall constitute approval of such rejections and the assignments and/or assumptions of the Executory Contracts or Unexpired Leases listed on the EFH/EFIH Assumed Executory Contract and Unexpired Lease List pursuant to sections 365(a) and 1123 of the Bankruptcy Code. Any motions to assume Executory Contracts or Unexpired Leases of the EFH Debtors or EFIH Debtors pending on the EFH Effective Date shall be subject to approval by the Bankruptcy Court on or after the Effective Date by a Final Order. Each Executory Contract and Unexpired Lease assumed pursuant to Article V.A.1 or by any order of the Bankruptcy Court, which has not been assigned to a third party before the Confirmation Date, shall revest in and be fully enforceable by Reorganized EFH or Reorganize EFIH, as applicable, or their successors in accordance with its terms, except as such terms are modified by the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law. The Plan Sponsor, Reorganized EFH, and Reorganized EFIH, as applicable, reserve the right to alter, amend, modify, or supplement the EFH/EFIH Assumed Executory Contract and Unexpired Lease List and the schedules of Executory Contracts and Unexpired Leases with respect to EFH, Reorganized EFH, EFIH, and Reorganized EFIH at any time through and including 45 days after the EFH Effective Date, without incurrence of any penalty or changing the priority or security of any Claim as a result of such treatment change. For the avoidance of doubt, and notwithstanding anything herein to the contrary, the Tax Matters Agreement, the Transition Services Agreement, and the Separation Agreement, to the extent in the form attached to the Merger Agreement or as amended or modified in accordance with their respective terms and with the consent of the Plan Sponsor, shall be EFH/EFIH Assumed Executory Contracts or Unexpired Leases.

Article V.C. of the Plan also provides that any monetary defaults under each Assumed Executory Contract or Unexpired Lease of the EFH Debtors or EFIH Debtors shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by payment of the default amount in Cash on the Effective Date, subject to the limitation described below, or on such other terms as the parties to such Executory Contracts or Unexpired Leases may otherwise agree. In the event of a dispute regarding (1) the amount of any payments to cure such a default, (2) the ability of the

3

Reorganized EFH Debtors or Reorganized EFIH Debtors or any assignee to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease of an EFH Debtor or EFIH Debtor to be assumed, or (3) any other matter pertaining to assumption, the cure payments required by section 365(b)(1) of the Bankruptcy Code shall be made following the entry of a Final Order resolving the dispute and approving the assumption.  At least 14 days before the EFH Confirmation Hearing, the Debtors will provide for notices of proposed assumption and proposed cure amounts to be sent to applicable third parties and for procedures for objecting thereto and resolution of disputes by the Bankruptcy Court.  Any objection by a counterparty to an Executory Contract or Unexpired Lease of an EFH Debtor or EFIH Debtor to a proposed assumption or related cure amount must be Filed, served, and actually received by the EFH Debtors or EFIH Debtors at least seven (7) days before the applicable Confirmation Hearing. Any counterparty to an Executory Contract or Unexpired Lease of the EFH Debtors or EFIH Debtors that fails to object timely to the proposed assumption or cure amount will be deemed to have consented to such assumption or proposed cure amount.

Assumption of any Executory Contract or Unexpired Lease shall result in the full release and satisfaction of any Claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any Assumed Executory Contract or Unexpired Lease at any time before the effective date of assumption.  **Any Proofs of Claim Filed with respect to an Assumed Executory Contract or Unexpired Lease shall be deemed disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court.**

RLF1 15723393v.1

**Exhibit B**

**Assumption Schedule**

| | Details of Contract (s) | | Counterparty Information | | Other Information | | | |
|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 27 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | ACE | ATTN: ANNE ESLER<br>TWO RIVERWAY<br>SUITE 900<br>HOUSTON, TX 77056 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 51 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | AEGIS | ATTN: STEVE WAGNER<br>1 MEADOWLANDS PLAZA<br>RUTHERFORD, NJ 07073 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 52 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - FIDUCIARY | AEGIS | ATTN: STEVE WAGNER<br>1 MEADOWLANDS PLAZA<br>RUTHERFORD, NJ 07073 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 59 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | FRIED FRANK HARRIS SHRIVER & JACOBSON | ONE NEW YORK PLAZA<br>NEW YORK, NY 10004-1980 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 72 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | PERELLA WEINBERG PARTNERS LP | 767 FIFTH AVE<br>NEW YORK, NY 10153 | | $0.00 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 100 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER | ALVAREZ & MARSAL LLC | 600 MADISON AVE<br>NEW YORK, NY 10022 | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 119 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | AIG | ATTN: DANIEL NAVARRO<br>2929 ALLEN PARKWAY<br>SUITE 1300<br>HOUSTON, TX 77019 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 165 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT DATED 2/10/2012 | AREVA SOLAR, INC. | [ADDRESS ON FILE] | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 208 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | AXIS | ATTN: ANGELA OSBORNE<br>THREE RIVERWAY<br>SUITE 903<br>HOUSTON, TX 77056 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |

**Exhibit B**

**Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | Other Information | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 209 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - FIDUCIARY | AXIS | ATTN: ANGELA OSBORNE THREE RIVERWAY SUITE 903 HOUSTON, TX 77056 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 225 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | BALCH & BINGHAM LLP | ALAN T. ROGERS, MANAGING PARTNER 1901 SIXTH AVENUE NORTH, SUITE 1500 BIRMINGHAM, AL 35203-4642 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 248 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | BEAZLEY | ATTN: ANTHONY KOMRO 35 EAST WACKER DRIVE SUITE 3900 CHICAGO, IL 60601 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 366 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT DATED 2/10/2012 | BRIGHTMAN ENERGY, LLC | [ADDRESS ON FILE] | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 487 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | BOARD MEMBER AGREEMENT | CHARLES CREMENS | [ADDRESS ON FILE] | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 644 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | RSUI (CRC) | ATTN: MARK HANINGTON 945 EAST PACES FERRY ROAD SUITE 1800 ATLANTA, GA 30326-1125 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 645 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | RSUI (CRC) | ATTN: MARK HANINGTON 945 EAST PACES FERRY ROAD SUITE 1800 ATLANTA, GA 30326-1125 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 718 | ENERGY FUTURE HOLDINGS CORP. | SERVICES AGREEMENT DATED 10/23/2012 | DELOITTE AND TOUCHE, LLP | 2200 ROSS AVENUE SUITE 1600 DALLAS, TX 75201-6778 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 719 | ENERGY FUTURE HOLDINGS CORP. | SERVICES AGREEMENT DATED 10/26/2011 | DELOITTE AND TOUCHE, LLP | 2200 ROSS AVENUE SUITE 1600 DALLAS, TX 75201-6778 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 720 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | SERVICES AGREEMENT | DELOITTE AND TOUCHE, LLP | 2200 ROSS AVENUE SUITE 1600 DALLAS, TX 75201-6778 | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 721 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | SERVICES AGREEMENT DATED 10/23/2012 | DELOITTE AND TOUCHE, LLP | 2200 ROSS AVENUE SUITE 1600 DALLAS, TX 75201-6778 | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |

**Exhibit B**

**Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 723 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | DELOITTE AND TOUCHE, LLP | 2200 ROSS AVENUE SUITE 1600 DALLAS, TX 75201-6778 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 780 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | DUFF & PHELPS LLC | EDWARD S. FORMAN, GENERAL COUNSEL 55 EAST 52ND STREET, FLOOR 31 NEW YORK, NY 10055 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 785 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT DATED 01/15/2013 | DUN AND BRADSTREET INC | 108 JFK PARKWAY SHIRT HILLS, NJ 07078 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 847 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | ENDURANCE | ATTN: RAYMOND O'BYRNE 767 THIRD AVENUE NEW YORK, NY 10017 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 868 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - FIDUCIARY | ENERGY INSURANCE MUTUAL (EIM) | ATTN: GARY GRESHAM 3000 BAYPORT DRIVE SUITE 550 TAMPA, FL 33607 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 869 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | ENERGY INSURANCE MUTUAL (EIM) | ATTN: SANDRA IMBRIANI 3000 BAYPORT DRIVE SUITE 550 TAMPA, FL 33607 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 928 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | EPIQ BANKRUPTCY SOLUTIONS LLC | DEPT 0255 PO BOX 120255 DALLAS, TX 75312-0255 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 946 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | ERNST AND YOUNG LLP | 2323 VICTORY AVENUE SUITE 2000 DALLAS, TX 75219 | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 962 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | EVERCORE GROUP LLC | PO BOX 5319 ATTN: MICHELLE YANG NEW YORK, NY 10150 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 963 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER | EVERCORE GROUP LLC | PO BOX 5319 ATTN: MICHELLE YANG NEW YORK, NY 10150 | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 999 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER | FILSINGER ENERGY PARTNERS | 25 SOUTH ELM STREET DENVER, CO 80246 | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |

**Exhibit B**

**Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Other Information | Details of Material Amendments | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | | | | Cure Details | | Assumption Date |
| 1102 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | GIBSON DUNN & CRUTCHER LLP | 333 SOUTH GRAND AVENUE LOS ANGELES, CA 90071-3197 | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1149 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT | GREGORY POWER PARTNERS, LP | [ADDRESS ON FILE] | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1177 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - SPECIAL CRIME | HCC | ATTN: JOHN LALLY, III 37 RADIO CIRCLE DRIVE MOUNT KISCO, NY 10549 | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1178 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | HCC | ATTN: TOM PETTIT 8 FOREST PARK DRIVE FARMINGTON, CT 06032 | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1319 | ENERGY FUTURE HOLDINGS CORP. | NON-DISCLOSURE AGREEMENT DATED 10/30/2013 | INTERGEN US HOLDINGS LLC | [ADDRESS ON FILE] | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1371 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | JACKSON SJOBERG MCCARTHY & TOWNSEND LLP | 711 WEST 7TH STREET AUSTIN, TX 78701 | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1458 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | KIRKLAND & ELLIS LLP | 601 LEXINGTON AVENUE NEW YORK, NEW YORK 10022 | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1730 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | MONITOR | ATTN: CHRIS ZANCHELLI 2850 WEST GOLF ROAD SUITE 800 ROLLING MEADOWS, IL 60008 | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1785 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | NAVIGATORS | ATTN: ALLISON HOLLERN THE ST BOTOLPH BUILDING 138 HOUNDSDITCH LONDON EC3A 7AG UNITED KINGDOM | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1786 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | NAVIGATORS | ATTN: ALLISON HOLLERN THE ST BOTOLPH BUILDING 138 HOUNDSDITCH LONDON EC3A 7AG UNITED KINGDOM | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1828 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT | NRG ENERGY, INC. | 1201 FANNIN STREET HOUSTON, TX 77002 | | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |

**Exhibit B**

**Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 1851 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - NUCLEAR LIABILITY | NUCLEAR ENERGY LIABILITY INSURANCE ASS | DBA AMERICAN NUCLEAR INSURERS ATTN: MELODY PALMER 95 GLASTONBURY BLVD. SUITE 300 GLASTONBURY, CT 06033 | TEX CP COMPANY LLC | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2094 | LSGT GAS COMPANY LLC | GUARANTEE AGREEMENT | RELIANCE NATIONAL RISK SPECIALISTS | C/O RELIANCE INSURANCE COMPANY 75 BROAD STREET, 10TH FLOOR NEW YORK, NY 10004 | | $0.00 | LSGT GAS COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2110 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | RICHARDS LAYTON & FINGER PA | ONE RODNEY SQUARE 920 N KING ST WILMINGTON, DE 19801 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2111 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER | RICHARDS LAYTON & FINGER PA | ONE RODNEY SQUARE 920 N KING ST WILMINGTON, DE 19801 | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2122 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | RLI | ATTN: MARC GALINDO 909 LAKE CAROLYN PARKWAY SUITE 800 DALLAS, TX 75039 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2234 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | SIDLEY AUSTIN LLP | PO BOX 0642 CHICAGO, IL 60690 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2235 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER | SIDLEY AUSTIN LLP | PO BOX 0642 CHICAGO, IL 60690 | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2326 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | STARR | ATTN: DAVID FLANNERY 500 WEST MONROE STREET SUITE 2600 CHICAGO, IL 60661 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2327 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | STARR | ATTN: DAVID FLANNERY 500 WEST MONROE STREET SUITE 2600 CHICAGO, IL 60661 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2328 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - NON-OWNED AVIATION | STARR AVIATION ON BEHALF | FEDERAL INSURANCE CO. ATTN: BRIAN RIVERS 3353 PEACHTREE ROAD N.E., SUITE 1000 ATLANTA, GA 30326 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |

**Exhibit B**

**Assumption Schedule**

| | | Details of Contract (s) | | Counterparty Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Other Information** | |
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 2329 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - AUTOMOBILE LIABILITY | STARR COMPANIES | ATTN: JASO KISELICA 399 PARK AVENUE 8TH FLOOR NEW YORK, NY  10022 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2330 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - WORKERS COMPENSATION | STARR COMPANIES | ATTN: JASO KISELICA 399 PARK AVENUE 8TH FLOOR NEW YORK, NY  10022 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2342 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | STEVENS & LEE | 1105 NORTH MARKET STREET 7TH FLOOR WILMINGTON, DE  19801 | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2511 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | TORUS | ATTN: OLIVER ADE 190 SOUTH LASALLE STREET SUITE 2025 CHICAGO, IL  60603 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2622 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT | VOX MOBILE LLC | PO BOX 932184 CLEVELAND, OH  44193 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2623 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | WACHTELL LIPTON ROSEN & KATZ | AUSTIN WITT 51 W. 52ND STREET NEW YORK, NY  10019 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2709 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | XL SPECIALTY INSURANCE COMPANY | ATTN: ROBERT DUNN 100 CONSTITUTION PLAZA 17TH FLOOR HARTFORD, CT  06103 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2710 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - FIDUCIARY | XL SPECIALTY INSURANCE COMPANY | ATTN: ROBERT DUNN 100 CONSTITUTION PLAZA 17TH FLOOR HARTFORD, CT  06103 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2736 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | ZOLFO COOPER LLC | 101 EISENHOWER PKY 3RD FL ROSELAND, NJ  07068 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2737 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | ZOLFO COOPER LLC | 101 EISENHOWER PKY 3RD FL ROSELAND, NJ  07068 | | $0.00 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |

**Exhibit B**

**Assumption Schedule**

| | | Details of Contract (s) | Counterparty Information | | Other Information | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 2740 | ENERGY FUTURE HOLDINGS CORP. | ONCOR TAX SHARING AGREEMENT DATED 11/5/2008 | ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC, ONCOR ELECTRIC, TEXAS TRANSMISSION INVESTMENT LLC, ONCOR MANAGEMENT INVESTMENT LLC | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX  75201 | | $0.00 | EFH CORPORATE SERVICES COMPANY- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2769 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | THOMPSON & KNIGHT LLP | 1700 PACIFIC AVENUE SUITE 3300 DALLAS, TX  75201-4693 | | $0.00 | ENERGY FUTURE HOLDINGS CORP.- $0.00 | | ON THE EFH EFFECTIVE DATE |