**EXHIBIT E**

**Disclosures Regarding New Boards of Reorganized EFH Debtors and Reorganized EFIH**

The Debtors anticipate that the current directors and officers of the EFH Debtors and the EFIH Debtors will serve after the Confirmation Date until the Effective Time (as defined in the Merger Agreement). As of the Effective Time on the Effective Date, the term of the current members of the board of directors of the applicable EFH Debtors and EFIH Debtors shall expire, and (i) the initial officers of the Surviving Company (as defined in the Merger Agreement) as successor to EFH shall be the officers of Merger Sub at the Effective Time and (ii) the initial officers of Reorganized EFIH shall be appointed in accordance with its New Organizational Documents. The Plan Sponsor has informed the Debtors that it expects that the following individuals will be the officers of the Surviving Company and Reorganized EFIH:

| Name | Title |
|------|-------|
| Robo, James L. | Chief Executive Officer |
| Ketchum, John W. | Chief Financial Officer |
| Sieving, Charles E. | General Counsel |
| Gleason, Eric S. | Vice President |
| Hickson, Mark E. | Vice President |
| Murphy, Brian R | Vice President |
| Cutler, Paul I. | Treasurer |
| Seeley, W. Scott | Secretary |
| Plotsky, Melissa A. | Assistant Secretary |
| Portales, Aldo | Assistant Treasurer |

The Plan Sponsor has informed the Debtors that it expects that Robert Sendler will be appointed as President of, and William Scott Seeley will be appointed as Vice President and Secretary of, Reorganized LSGT Gas Company LLC. The Plan Sponsor has further informed the Debtors that it expects that (a) William Scott Seeley will be appointed as the sole director of each of Reorganized LSGT Sacroc, Inc., Reorganized EEC Holdings Inc., and Reorganized EECI, Inc. and (b) that Robert Sendler will be appointed as the President of, and William Scott Seeley will be appointed as the Vice President and Secretary of, each of Reorganized LSGT Sacroc, Inc., Reorganized EEC Holdings Inc., and Reorganized EECI, Inc. Each of the above-named individuals is currently affiliated with, and employed by, the Plan Sponsor and/or its subsidiaries.

The Debtors shall file a notice specifying the identity and affiliations of any person proposed to serve as a director or officer of the Reorganized EFH Debtors and Reorganized EFIH and to the extent such person is an insider (as defined in section 101(31) of the Bankruptcy Code) other than by virtue of being a director, the nature of any compensation for such person, as that information becomes available and in any event before the Effective Date.