# EXHIBIT L

# ROFR Waiver

Energy Future Holdings Corp.
1601 Bryan, Suite 4100
Dallas, Texas 75201

October 31, 2016

To:  Each of the Persons on Schedule 1

Re: Investor Rights Agreement dated as of November 5, 2008 (the "*Investor Rights Agreement*") by and among Oncor Electric Delivery Company LLC, a Delaware limited liability company (the "*Company*"), Oncor Electric Delivery Holdings Company LLC, a Delaware limited liability company (the "*Initial Member*"), Texas Transmission Investment LLC, a Delaware limited liability company (the "*Minority Member*"), Energy Future Holdings Corp., a Texas corporation ("*EFH*") and any other Persons that may be Members under the Investor Rights Agreement.

Ladies and Gentlemen:

Reference is made to (i) the Investor Rights Agreement and (ii) the Agreement and Plan of Merger dated as of October 30, 2016 (the "*TTHC Merger Agreement*") by and among NextEra Energy, Inc., a Florida corporation ("*NEE*"), WSS Acquisition Company, a Delaware corporation and a wholly owned subsidiary of Acquiror ("*WSS*"), Texas Transmission Holdings Corporation, a Delaware corporation (the "*TTHC*"), Borealis Power Holdings Inc., a corporation incorporated under the laws of Ontario ("*BPH*"), BPC Health Corporation, a corporation incorporated under the laws of Canada ("*BPC*"), and Cheyne Walk Investment Pte Ltd, a corporation incorporated under the laws of Singapore ("*CWI*"). Capitalized terms used and not otherwise defined in this letter agreement have the meanings set forth in the Investor Rights Agreement.

This to confirm that, effective only as of the approval of this letter agreement by the United States Bankruptcy Court in the District of Delaware (the "*Bankruptcy Court*") in the chapter 11 cases captioned *In re Energy Future Holdings Corporation*, jointly administered for procedural purposes under Case No. 14-10979 (CSS) (the "*Bankruptcy Court Approval*"), the undersigned (i) agrees not to exercise any rights the undersigned or any predecessor of the undersigned has or may have under the Investor Rights Agreement with respect to any "Transfer" of Oncor Units (or any direct or indirect interest therein), or any restrictions on Transfer ("*IRA Transfer Restrictions*"), that under the Investor Rights Agreement apply or might apply to the transactions contemplated by the TTHC Merger Agreement or any part thereof (the "*Transactions*"), assuming solely for purposes of this letter agreement that Section 3.4 and Section 3.9 of the Investor Rights Agreement apply or might apply to the Transactions, including any right the undersigned, any predecessor, or any designee of the undersigned or any predecessor of the undersigned, has or may have as a ROFR Party with respect to any Offered Units, Inside Offer, or ROFR Transferred Interests, to receive any Notice of Intention of Sell, to become (or have any designee become) a ROFR Purchaser or to acquire any Offered Units (or any direct or indirect interest therein) or any ROFR Transferred Interests or otherwise to have or exercise any rights with respect to any IRA Transfer Restrictions in a manner that would restrict, limit, condition, impair, delay or prevent the

consummation of the Transactions (under the Investor Rights Agreement, applicable Law or otherwise) and (ii) to the extent required by any provision of the Investor Rights Agreement or the Oncor LLC Agreement, approves the Transactions.

This letter agreement shall terminate automatically upon the earlier of any termination of the TTHC Merger Agreement or the Agreement and Plan of Merger, dated as of July 29, 2016, by and among EFH, Energy Future Intermediate Holding Company LLC, NEE and EFH Merger Co., LLC, as amended on September 19, 2016 (as such agreement may be amended from time to time, the "*EFH Merger Agreement*").

Prior to any termination of this letter agreement, EFH agrees not to revoke all or any portion of this letter agreement (unless required by the Bankruptcy Court prior to the Bankruptcy Court Approval). For so long as this letter agreement has not been terminated and no portion of this letter agreement has been revoked by EFH, NEE agrees, by countersigning this letter agreement, not to consummate the Transactions prior to the consummation of the transactions contemplated by the EFH Merger Agreement. EFH further agrees to waive the right to receive any Notice of Intention to Sell pursuant to the Investor Rights Agreement in connection with the Transactions, unless this letter agreement is terminated or revoked (in whole or in part) in accordance with its terms or the Bankruptcy Court orders EFH, directly or indirectly, to require receipt of such Notice of Intention to Sell.

Each of the addressees of this letter agreement is entitled to rely on and enforce this letter agreement.

Sincerely,

Energy Future Holdings Corp.

By: *[signature]*
Name: Andrew M. Wright
Title: EVP, General Counsel & Secretary

Acknowledged and agreed:

NextEra Energy, Inc.

By: *[signature]*
Name: James L. Robo
Title: Chairman, President + CEO

2

## Schedule 1

Oncor Electric Delivery Company LLC

Oncor Electric Delivery Holdings Company LLC

Texas Transmission Investment LLC

NextEra Energy, Inc.

WSS Acquisition Company

Texas Transmission Holdings Corporation

Borealis Power Holdings Inc.

BPC Health Corporation

Cheyne Walk Investment Pte Ltd

CPAM: 10832374.1