# EXHIBIT M

## Disclosures Regarding EFH/EFIH Distribution Account

As set forth in the Plan (Article VI.A) and the EFH Disclosure Statement (Section I.F), Holders of Allowed Class B6 Claims may receive a distribution on the EFH Effective Date. The actual size of the distribution to be issued on the EFH Effective Date cannot yet be determined with finality and is dependent on various factors, detailed in the EFH Disclosure Statement. Among others, these factors include: (a) the payment of the EFIH Professional Fee Escrow Account, (b) the payment of reasonable and documented fees and expenses allowed under the EFIH Unsecured Notes Indenture and (c) ensuring sufficient reserves are in place to fund, among other things, (1) General Administrative Claims Against the EFIH Debtors, (2) post-EFH Effective Date Professional Fee Claims and reasonable and documented post-EFH Effective Date fees and expenses that are allowed under the EFIH First Lien Notes, the EFIH First Lien 2017 Note Indenture, the EFIH First Lien 2020 Note Indenture, and/or any related agreement, or the EFIH Second Lien Notes, the EFIH Second Lien Note Indenture, and/or any related agreement, and (3) the costs of winding down the EFIH Debtors. The EFH Debtors and EFIH Debtors are hereby providing a non-binding, good faith estimate of the amounts set forth in (a) through (c) of $100 million. This preliminary analysis is subject to ongoing review and material change based on a variety of factors, including the timing of the EFH Effective Date, litigation on the allowance of EFIH First Lien Makewhole Claims and EFIH Second Lien Makewhole Claims, and the Allowed fees and expenses allowed under the EFIH First Lien Notes, the EFIH First Lien 2017 Note Indenture, the EFIH First Lien 2020 Note Indenture, the EFIH Second Lien Notes, and the EFIH Second Lien Note Indenture.