## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Energy Future Holdings, Inc**., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Related to D.I. 9612** |

### CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016, the United States Trustee's Objection, Response and Reservation of Rights with Respect to the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH and EFIH Debtors (D.I. 9612) was caused to be served upon the following persons *via* email and/or regular mail upon the parties listed below:

Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Chad J. Husnick, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Email: esassower@kirkland.com
Email: shessler@kirkland.com
Email: chusnick@kirkland.com
Email: bschartz@kirkland.com

Mark E. McKane, Esquire
Michael P. Esser, Esquire
Anna Terteryan, Esquire
Justin Sowa, Esquire
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: mark.mckane@kirkland.com
Email: Michael.esser@kirkland.com
Email: anna.terteryan@kirkland.com
Email: Justin.sowa@kirkland.com

Daniel J. DeFranceschi, Esquire

Mark D. Collins, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Email: defranceschi@rlf.com

Email: Collins@rlf.com
Email: madron@rlf.com

James H. M. Sprayregen, Esquire
Marc Kieselstein, Esquire.
Brenton Rogers, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email: Brenton.Rogers@kirkland.com
Email: James.Sprayregen@kirkland.com
Email: Marc.Kieselstein@kirkland.com

John P. Melko, Esquire
Gardere Wynne Sewell, LLP
Wells Fargo Plaza, Suite 3400
1000 Louisiana
Houston, TX 77002
Email: jmelko@gardere.com

Ellen W. Slights, AUSA
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801
Email: Ellen.slights@usdoj.gov

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Email: mminuti@saul.com

Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
6th Floor
P.O. Box 951
Wilmington, DE 19801
Email: jryan@potteranderson.com

Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
Email: kbifferato@connollygallagher.com
Email: kconlan@connollygallagher.com

Benjamin L. Stewart, Esquire
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy, Suite 935
Dallas, TX 75206
Email: bstewart@baileybrauer.com

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, PA
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Email: wbowden@ashby-geddes.com
Email: gtaylor@ashby-geddes.com

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
Email: mcguire@lrclaw.com

Marc J. Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street
10th Floor
Wilmington, DE 19801
Email: mphillips@mgmlaw.com

Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Email: mdesgrosseilliers@wcsr.com

Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Andrew L. Magaziner, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Email: pmorgan@ycst.com
Email: jwaite@ycst.com
Email: rbartley@ycst.com
Email: amagaziner@ycst.com

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Email: dabbot@mnat.com
Email: aremming@mnat.com
Email: efay@mnat.com

Chris Simon, Esquire
Michael J. Joyce, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19899
Email: mjoyce@crosslaw.com
Email: csimon@crosslaw.com

Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Email: mark.chehi@skadden.com

Howard A. Cohen, Esquire
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: Howard.cohen@dbr.com
Email: Robert.malone@dbr.com

Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Email: mbusenkell@gsbblaw.com

Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
P0 Box 410
Wilmington, DE 19899
Email: kmiller@skjlaw.com

Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Email: smiller@morrisjames.com

Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801
Email: jschlerf@foxrothschild.com
Email: jstrock@foxrothschild.com
Email: jbird@foxrothschild.com

Mark E. Felger, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Email: mfelger@cozen.com

Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801
Email: dastin@ciardilaw.com
Email: jmcmahon@ciardilaw.com

William Chipman, Esquire
Mark D. Olivere, Esquire
Chipman & Brown, LLP
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Email: chipman@chipmanbrown.com
Email: olivere@chipmanbrown.com

Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Email: Debaecke@blankrome.com
Email: Tarr@blankrome.com

Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 North Market Street, Suite 150C
Wilmington, DE 19801
Email: kathleen.murphy@bipc.com

Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
120l N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com
Email: klawson@reedsmith.com

Sarah Kam, Esquire
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Email:  skam@reedsmoth.com

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
Fax: 302-656-7599
Email: dkhogan@hoganlaw.com

Kevin M. Capuzzi, Esquire
Pinckney, Weidinger, Urban & Joyce LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801
Email: kcapuzzi@pwujlaw.com

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801
Email: cward@polsinelli.com
Email: jedelson@polsinelli.com
Email: skatona@polsinelli.com

James E. Huggett, Esquire
Amy D. Brown, Esquire
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Email: jhuggett@margolisedelstein.com
Email: abrown@margolisedelstein.com

Kramer Levin Naftalis & Frankel, LLP
Thomas Moers Mayer, Esquire
Philip Bentley, Esquire
Joshua K. Brody, Esquire
1177 Avenue of the Americas
New York, New York 10036
Email: tmayer@kramerlevin.com
Email: pbentley@kramerlevin.com
Email: jbrody@kramerlevin.com

Stephanie Wickouski, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Email: stephanie.wickouski@bryancave.com

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903
Email: corp@delaware.gov

Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
Email: India.Street@state.de.us

Andrew M. Calamari, Esquire
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281-1022
Email: NYROBankruptcy@SEC.GOV

Hugh M. McDonald, Esquire
Louis A. Curcio, Esquire
Brett D. Goodman, Esquire
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174
hugh.mcdonald@troutmansanders.com
louis.curcio@troutmansanders.com
brett.goodman@troutmansnaders.com

Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Email: eweisfelner@brownrudnick.com

Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
Howard Siegel, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Email: jjonas@brownrudnick.com
Email: astrehle@brownricnick.com
Email: jcoffey@brownrudnick.com
Email: hsiegel@brownrudnick.com

Rachel Obaldo, Esquire
John Mark Stern, Esquire
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Email: Bk-robaldo@texasattorneygeneral.gov

Steven Kazan
Kazan McClaim Satterler & Greenwood
Jack London Market
55 Harrison Street, Ste. 400
Oakland, CA 94607
Email: skazan@kazanlaw.com

Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Bankruptcy Regulatory Section
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
Email: hal.morris@texasattorneygeneral.gov
Email: ashley.bartram@texasattorneygeneral.gov

Kevin M. Lippman, Esquire
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
Email: klippman@munsch.com

Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, TX 77008
Email: osonik@pbfcm.com

Benjamin W. Loveland, Esquire
Wilmer Cutler Pickering Hale and Don LLP
60 State Street
Boston, MA 02109
Email: benjamin.loveland@wilmerhale.com

Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Email: michael.mcconnell@kellyhart.com
Email: clay.taylor@kellyhart.com
Email: katherine.thomas@kellyhart.com

Russell L. Munsch, Esquire
Munsch Hardt Kopf & Harr, P.C.
3050 Frost Bank Tower
401 Congress Avenue
Austin, TX 78701-4071
Email: rmunsch@munsch.com

Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430
Email: ebcalvo@pbfcm.com

Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Don LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Email: philip.anker@wilmerhale.com
Email: george.shuster@wilmerhale.com

Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Email: fsosnick@shearman.com
Email: nschodek@shearman.com

Geoffrey Gay, Esquire
Lloyd Gosselink Rochelle & Townsend,PC
816 Congress Avenue, Suite 1900
Austin, TX 78701
Email: ggay@lglawfirm.com

Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 North Clark St., Ste. 2800
Chicago IL 60654
Email: mhebbeln@foley.com
Email: hkaplan@foley.com
Email: lpeterson@foley.com

Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036
Email: pgoodman@mckoolsmith.com
Email: mcarney@mckoolsmith.com

Paul D. Moak, Esquire
McKool Smith
600 Travis Street, Suite 7000
Houston, TX 77002
Email: pmoak@mckoolsmith.com

Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689
Email: jeffrey.sabin@bingham.com

Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726
Email: julia.frost-davies@bingham.com
Email: christopher.carter@bingham.com

Desiree M. Amador, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, NW
Washington, DC 20005-4026
Email: amador.desiree@pbgc.gov

Edward M. King, Esquire
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202
Email: tking@fbtlaw.com

James Prince, Esquire
Omar J. Alaniz, Esquire
Thomas E. O'Brien, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201
Email: jim.prince@bakerbotts.com
Email: omar.alaniz@bakerbotts.com
Email:  tom.obrien@bakerbotts.com

Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Email: jay.goffman@skadden.com

George N. Panagakis, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606
Email george.panagakis@skadden.com

Alan W. Kornberg, Esquire
Kelly A. Cornish, Esquire
Brian S. Hermann, Esquire
Jacob A. Adlerstein, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
Email: akornberg@paulweiss.com
Email: kcornish@paulweiss.com
Email: bhermann@paulweiss.com
Email: jadlerstein@paulweiss.com

Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680
Email: lgordon@mvbalaw.com

Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52 Street
New York, NY 10019
Email: rgmason@wlrk.com
Email: eakleinhaus@wlrk.com
Email: atwitt@wlrk.com

David E. Leta, Esquire
Snell & Wilmer LLP
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Email: dleta@swlaw.com

Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Email: efleck@milbank.com
Email: ddunne@milbank.com
Email: kgartenberg@milbank.com

Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Schriver & Jacobson
One New York Plaza
New York, NY 10004
Email: brad.scheler@friedfrank.com
Email: gary.kaplan@friedfrank.com
Email: matthew.roose@friedfrank.com

William P. Weintraub, Esquire
Kizzy L. Jarashow, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Email: wweintraub@goodwinproctor.com
Email: kjarashow@goodwinproctor.com

Richard C. Pedone, Esquire
Amanda D. Darwin, Esquire
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Email: rpedone@nixonpeabody.com
Email: adarwin@nixonpeabody.com
Email: lharrington@nixonpeabody.com

Marshall S. Huebner, Esquire
Benjamin S. Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Email: marshall.huebner@davispolk.com
Email: ben.kaminetzky@davispolk.com
Email: elliot.moskowitz@davispolk.com
Email: damon.meyer@davispolk.com

Jonathan Hook, Esquire
Haynes and Boone LLP
30 Rockefeller Center, 26th Floor
New York, NY 10112
Email: jonathan.hook@haynesboone.com

Patrick L. Hughes, Esquire
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX 77010
Email: patrick.hughes@haynesboone.com

Michael L. Schein, Esquire
Vedder Price PC
1633 Broadway, 47th Floor
New York, NY 10019
Email: mschein@vedderprice.com

Daniel A. Lowenthal, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Email: dalowenthal@pbwt.com
Email: cdent@pbwt.com

John A. Harris, Esquire
Jason D. Curry, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Email: john.harris@quarles.com
Email: jason.curry@quarles.com

Stephen C. Stapleton, Esquire
Cowles & Thompson
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 75202
Email: sstapleton@cowlesthompson.com

J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Email: cshore@whitecase.com
Email: gstarner@whitecase.com

Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
White & Case LLP
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
Email: tlauria@whitecase.com
Email: mbrown@whitecase.com

Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: tmoloney@cgsh.com
Email: soneal@cgsh.com
Email: hkhalid@cgsh.com

Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Email: idizengoff@akingump.com
Email: aqureshi@akingump.com
Email: sbaldini@akingump.com

Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036
Email: salberino@akingump.com
Email: jnewdeck@akingump.com

Jeffrey R. Fine, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201
Email: jfine@dykema.com

Christine C. Ryan, Esquire
Brickfield, Burchette, Rifts & Stone, PC
1025 Thomas Jefferson Street, NW
Washington, DC 20007
Email: cryan@bbrslaw.com

David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Email: dneier@winston.com

Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
Email: dludman@brownconnery.com

Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005
Email: Chatalian.jon@pbgc.com

Jonathan L. Howell, Esquire
McCathern, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219
Email: jhowell@mccathernlaw.com

John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Email: ashmead@sewkis.com
Email: das@sewkis.com
Email: alves@sewkis.com

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Email: schaedle@blankrome.com

Monica Blacker, Esquire
J. Scott Rose, Esquire
Jackson Walker, LLP
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205
Email: mblacker@jw.com
Email: srose@jw.com

John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Email: ashmead@sewkis.com
Email: das@sewkis.com
Email: alves@sewkis.com

D. Ross Martin, Esquire
Keith H. Wofford, Esquire
Joshua Y. Sturm, Esquire
Ropes & Gray, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Email: joshua.sturm@ropesgray.com
Email: ross.martin@ropesgray.com
Email: Keith.Wofford@ropesgray.com

Robert Szwajkos, Esquire
Curtin & Heefner LLP
250 Pennsylvania Avenue
Morrisville, PA 19067
Email: rsz@curtinheefner.com

Shawn M. Christianson, Esquire
Buchalter Nemer, PC
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
Email: schristianson@buchalter.com

Patricia Williams Prewitt, Esquire
Law office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868
Email: pwp@pattiprewittlaw.com

Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Email: jody.bedenbaugh@nelsonmullins.com
Email: george.cauthen@nelsonmullins.com

Judy Hamilton Morse, Esquire
Crowe & Dunlevy, PC
20 North Broadway, Suite 1800
Oklahoma City, OK 73102
Email: judy.morse@crowedunlevy.com

Jamie R. Welton, Esquire
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Email: jrw@lhlaw.com

Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
Tucker Arensberg, PC
1500 One PPG Place
Pittsburgh, PA 15222
Email: jblask@tuckerlaw.com
Email: lshipkovitz@tuckerlaw.com

Jeanmarie Baer, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
P.O. Box 8188
Wichita Falls, TX 76307
Email: jbaer@pbfcm.com

Christopher B. Mosley, Esquire
Senior Assistant City Attorney
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102
Email: Chris.Mosley@fortworthtexas.gov

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Todd M. Goren, Esquire
Samantha Martin, Esquire
Morrison & Foerster
250 W. 55th Street
New York, NY 10019
Email: jpeck@mofo.com
Email: bmiller@mofo.com
Email: lmarinuzzi@mofo.com
Email:  tgoren@mofo.com
Email:  smartin@mofo.com

Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022
Email: efox@polsinelli.com

Michael G. Smith, Esquire
111 North 6th Street
P.O. Box 846
Clinton, OK 73601
Email: mike@mikesmithlaw.net

Jacob L. Newton, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Email: newton@sbep-law.com

Ari D. Kunofsky, Esquire
Trial Attorneys, Tax Division
U. S. Department of Justice
PO Box 227
Washington, DC 20044
Email: ari.d.kunofsky@tax.usdoj.gov

Thomas D. Maxson, Esquire
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Email: tmaxson@cohenlaw.com

Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esquire
Robert J. Feinstein, Esquire
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: ljones@pszjlaw.com
Email: rfeinstein@pszjlaw.com

Raymond H. Lemisch, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Email: rlemisch@klehr.com

Peter Gilhuly, Esquire
Adam E. Malatesta, Esquire
Lathan & Watkins, LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Email: peter.gilhuly@lw.com
Email: adam.malatesta@lw.com

Cole, Schotz, Meisel, Forman & Leonard
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Nicholas J. Brannick, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: Kstickles@coleschotz.com
Email: NBrannick@coleschotz.com
Email: NPernick@coleschotz.com

Cole, Schotz, Meisel, Forman & Leonard
Warren A. Usatine, Esquire
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Email: Wusatine@coleschotz.com

James H. Millar, Esquire
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Email: James.Millar@dbr.com

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253
Email: Houston_bankruptcy@publicans.com

Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX 78760
Email: Austin_bankruptcy@publicans.com

Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee, Stephens, Burke & Burke, LLP
230 Park Avenue
New York, NY 10169
Email: cbelmonte@ssbb.com
Email: pbosswick@ssbb.com

Venable, LLP
Jamie L. Edmonson, Esquire
Daniel A. O'Brien, Esquire
1201 N. Market Street, Suite 1400
Wilmington, Delaware 19801
Email: jledmonson@venable.com
Email: daobrien@venable.com

Brian D. Glueckstein, Esquire
Andrew Dietderich, Esquire
Mark U. Schneiderman, Esquire
Michael H. Torkin, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com
Email: schneidermanm@sullcrom.com
Email: torkinm@sullcrom.com
Email: gluecksteinb@sullcrom.com

Davis Lee Wright, Esquire
Natalie D. Ramsey, Esquire
Mark Andrew Fink, Esquire
Mark B. Sheppard, Esquire
Montgomery, McCracken, Walker & Rhoads
1105 N. Market Street
Suite 1500
Wilmington, DE 19081
Email: nramsey@mmwr.com
Email: mfink@mmwr.com
Email: mark.b.sheppard@mmwr.com
Email: dwright@mmwr.com

Joseph H. Huston, Jr., Esquire
Steven & Lee, PC
1105 North Market Street, Suite 700
Wilmington, Delaware 19801
Email: jhh@stevenslee.com

David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

John W. Spiegel, Esquire
Seth Goldman, Esquire
Thomas Walper, Esquire
Todd J. Rosen, Esquire
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Email: Thomas.Walper@mto.com
Email: Todd.Rosen@mto.com
Email:  john.spiegel@mto.com
Email:  seth.goldman@mto.com

Bradley A. Robins
Greenhill & Co., LLC
Email: brobins@greenhill.com

Richard Levin, Esquire
Jenner & Block
919 3rd Avenue
New York, NY 10022-3901
Email: rlevin@jenner.com

Michael A. Paskin, Esquire
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Email: mpaskin@cravath.com

Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
Proskauer Rose, LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Email: jmarwil@proskauer.com
Email: mthomas@proskauer.com
Email: pyoung@proskauer.com

Michael Friedman, Esquire
Chapman and Cutler LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Email: friedman@chapman.com

Jonathan Goldin
Goldin Associates, LLC
Email: jegoldin@goldinassociates.com

Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
Pope, Hardwicke, Christie, Schell, Kelly
500 West 7th Street, Suite 600
Fort Worth, EX 76102
Email: matchley@popehardwicke.com

David P. Primack, Esquire
McElroy, Deutsch, Mulvaney & Carpenter,
LLP
300 Delaware Street
Suite 770
Wilmington, DE 19801
Email:  dprimack@mdmc_law.com

Michael A. Berman, Esquire
Office of the General Counsel
Washington, DC 20549

Stephen Sakonchick, II, Esquire
Stephen Sakonchick II, PC
6502 Canon Wren Drive
Austin, TX 78746

Jeffrey T. Rose, Esquire
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Ronald L. Rowland
Receivable Management Services
PO Box 361505
Columbus, OH 43236

Jason A. Starks, Esquire
Greg Abbott, Esquire
Daniel T. Hodge, Esquire
John B. Scott, Esquire
Ronald R. Del Vento, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

Sean Lev, Esquire
Office of the General Counsel
Federal Communications Commission
445 12th Street, SW
Washington, DC 20554

EFH_DS_Discovery_Service_List@kirkland.com

/s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney