# KRAMER LEVIN NAFTALIS & FRANKEL LLP

JOSHUA BRODY
PARTNER
PHONE 212-715-9314
FAX 212-715-8444
JBRODY@KRAMERLEVIN.COM

November 14, 2016

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

      Re: *Energy Future Holdings Corp.* Case No. 14-10979 (CSS)

Dear Judge Sontchi:

      I write on behalf of Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacity as indenture trustee (the "EFIH Second Lien Trustee") for the EFIH Second Lien notes in response to Mr. McKane's letter to the Court regarding the pre-trial order filed with the Court this afternoon.

      The Debtors propose including a provision in the pre-trial order that no additional merits briefing (pre-or post-trial) should be permitted without leave of the Court. Mr. McKane makes a broad statement that the EFIH Second Lien Trustee objects to this proposal.

      However, as explained to counsel to the Debtors, the EFIH Second Lien Trustee is **not** seeking that parties have the unfettered right to file additional briefs at any time. Rather, the EFIH Second Lien Trustee is concerned about one specific provision in the Plan and how it may impact the trustee's ability to be heard in connection with confirmation. Specifically, Article VII.A of the Plan provides:

> Except as specifically provided as Allowed Claims pursuant to Article III.B of the Plan or otherwise objected to by the Debtors in the Chapter 11 Cases, ***the Plan shall serve as the Debtors' objection to all other . . . EFIH Second Lien Note Claims . . . under the respective indentures***. If the Bankruptcy Court sustains the Debtors' objection to these Claims, the Confirmation Order will disallow such Claims against the Debtors. The Holders of such Claims may respond to the Debtors' objection to such Claims by filing an objection to the Plan.

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000

990 MARSH ROAD   MENLO PARK CA 94025-1949   PHONE 650.752.1700   FAX 650.752.1800

47 AVENUE HOCHE   75008 PARIS FRANCE   PHONE (33-1) 44 09 46 00   FAX (33-1) 44 09 46 01

WWW.KRAMERLEVIN.COM

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

November 14, 2016
Page 2

      Neither the Bankruptcy Rules nor the Debtors' own claims objection procedures permit the Debtors to object to claims via a mere sentence in a plan, which provides zero explanation (let alone any detail) as to the basis for the Debtors' claims objection.  Moreover, the EFIH Second Lien Trustee believes that the quoted language from Article VII.A is inconsistent with other provisions in the Plan dealing with treatment of the EFIH Second Lien Note Claims.

      The EFIH Second Lien Trustee recognizes that these are issues for plan confirmation and intends to raise these issues in its objection to the Plan.  The Debtors' proposed language in the pre-trial order, however, would further impede (if not eliminate entirely) the EFIH Second Lien Trustee's rights to respond to arguments regarding the allowance of the EFIH Second Lien Note Claims.  Specifically, the Debtors' reply to confirmation objections is due November 28th with the confirmation hearing scheduled to start December 1st.  To the extent the Debtors raise specific issues (for the first time) with certain components of the EFIH Second Lien Note Claims in its confirmation reply brief and seek disallowance of those claims in the confirmation order, the EFIH Second Lien Trustee must be afforded an opportunity to respond to such claims without first being required to seek leave of the Court.

      Respectfully,

      /s/ Joshua K. Brody

      Joshua K. Brody