## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 15, 2016 STARTING AT 2:00 P.M. (EST)[3]

**I.     INITIAL "E-SIDE" PLAN CONFIRMATION PRE-TRIAL CONFERENCE:**

1.     Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9612; filed September 21, 2016]

"E-Side" Confirmation Objection Deadline:          November 15, 2016

"E-Side" Confirmation Responses/Objections Received:

A.     **The United States Trustee's Objection, Response and Reservation of Rights with Respect to the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH and the EFIH Debtors (D.I. 9612) [D.I. 10125; filed November 11, 2016]**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended agenda items appear in bold.**

[3] The November 15, 2016 (the "November 15th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 2:00 p.m. (EST). Any person who wished to appear telephonically at the November 15th Hearing must **have** contacted COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Monday, November 14, 2016 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Related Documents:

i.   Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 9201; filed August 5, 2016]

ii.  Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 9381; filed August 24, 2016] ( as amended by D.I. 9647, the "Scheduling Order")

iii. Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9493; filed September 7, 2016]

iv.  Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 9494; filed September 7, 2016]

v.   Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9557; filed September 15, 2016]

vi.  Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 9558; filed September 15, 2016]

vii. Notice of Filing of Revised Order in Connection with "Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan,

2

       and (E) Approving the Manner and Forms of Notice and Other Related Documents" [D.I. 9559; filed September 15, 2016]

viii.    Notice of Filing of Revised EFH/EFIH Solicitation Procedures [D.I. 9579; filed September 18, 2016]

ix.    Order (A) Approving the EFH/EFIH Disclosure Statement, (B) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 9585; filed September 19, 2016]

x.    Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 9613; filed September 21, 2016]

xi.    Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9616; filed September 21, 2016]

xii.    Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 9617; filed September 21, 2016]

xiii.    Notice of Hearing to Consider Confirmation of the Chapter 11 Plan as it Applies to the EFH/EFIH Debtors and Related Voting and Objection Deadlines [D.I. 9620; filed September 21, 2016]

xiv.    Notice of Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 9647; filed September 23, 2016]

xv.    **Plan Supplement as it Relates to the EFH Debtors and EFIH Debtors for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Purusant to Chapter 11 of the Bankruptcy Code [D.I. 10101; filed November 11, 2016]**

xvi.    **Notice of Filing of EFH/EFIH Plan Supplement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Purusant to Chapter 11 of the Bankruptcy Code [D.I. 10102; filed November 11, 2016]**

    xvii.    **Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi in Contemplation of November 15, 2016 Initial Pre-Trial Conference Concerning Status of Logistics and Scheduling in Connection with E-Side Confirmation Proceedings [D.I. 10124; filed November 14, 2016]**

    xviii.    **Letter to The Honorable Christopher S. Sontchi from Joshua K. Brody, Esq. Responding to Letter of Mark McKane, P.C. With Respect to the Proposed Pre-Trial Order [D.I. 10128; filed November 14, 2016]**

    Status: As set forth in the Scheduling Order, an initial pre-trial conference with respect to the Plan as it relates to the EFH Debtors and EFIH Debtors will go forward.

## II.    SCHEDULING CONFERENCE MATTER:

2.    Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) [D.I. 10074; filed November 8, 2016]

    Response/Objection Deadline:    November 22, 2016 at 4:00 p.m. (EST)

    Responses/Objections Received:    None to date.

    Related Documents:

    i.    Memorandum of Law in Support of Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) (SEALED) [D.I. 10075; filed November 8, 2016]

    ii.    Memorandum of Law in Support of Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) (REDACTED) [D.I. 10076; filed November 8, 2016]

    iii.    Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann for Leave to Notice the Motion to Dismiss for Hearing on November 30, 2016 [D.I. 10077; filed November 8, 2016]

    iv.    **Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi Concerning Asbestos Debtors' Position on Scheduling With Respect to Pending Motion to Dismiss Asbestos Debtors' Chapter 11 Cases [D.I. 10123; filed November 14, 2016]**

4

Status: A scheduling conference with respect to this matter will go forward at the hearing.

Dated:  November 14, 2016
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

5