EBONEY COBB (SBOT No.24048397)
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
500 E. Border Street, Suite 640
Arlington, Texas 76010
Telephone: (817) 461-3344
Telecopier: (817) 860-6509
Email: ecobb@pbfcm.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Bk. No. 14-10979 |
| | § | |
| Energy Future Holdings Corp., et al. | § | |
| | | Chapter 11 |
| | § | |
| Debtors. | § | |

**OBJECTION TO THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL*., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES, Sommervell County, Sommervelle County Water Improvement District, Glen Rose ISD, Sommervelle Hospital District, Nolan County, Wes Texas Groundwater, Nolan County Hospital District, Sweetwater ISD, City of Sweetwater, Blackwell ISD ("The Taxing Units"), and files the following to the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code, (the "Plan"), and as grounds therefore would state the following:

**Preliminary Statement**

1. The Taxing Units are a fully secured Ad Valorem Tax Creditor of the Debtors and the Estate, holding priority perfected liens against real and business personal property of the Estate. The Taxing Unit's claims are secured pursuant to the Texas Property Tax Code §§ 32.01 and 32.05.

2. The Taxing Unit holds secured tax liens for ad valorem taxes for approximately $12,433,000.00.

**Objections**

3. The Taxing Units object to confirmation of the Plan to the extent that it treats its claim as anything other than a secured claim. The Taxing Unit's claims are fully secured *ad valorem* tax claims pursuant to Texas law.

4. The Taxing Units object to the confirmation of the Plan to the extent that it does not provide its secured claims with interim statutory interest at the rate specified under Section 33.01(c) of the Texas Property Tax Code and pursuant to Sections 506(b) and 1129(b)(2)(A)(i)(II) of the Bankruptcy Code from the petition date through the date of payment.

4. The Taxing Units object to the confirmation of the Plan to the extent it provides for payment to creditors of lower priority prior to the satisfaction in full of its secured tax claim, to the extent it is not, or may not be, adequately protected.

6. The Taxing Units object to the confirmation of the Plan to the extent that it provides that any lien, other than Texas tax liens, is of higher priority than its liens, as to pre-petition and post-petition claims.

7. The Taxing Units assert the Plan should expressly provide for the retention of its property tax liens, including those for pre-petition and post-petition taxes, until all taxes, penalties and interest secured by those liens have been paid.

8. The Taxing Units object to the confirmation of the Plan to the extent that it fails to clearly state when payment for its secured claim can be expected. The Taxing Units propose the plan payments on any undisputed portion of its secured claim commence 60 days after the Effective Date. Payments should be monthly or in one lump sum payment, plus applicable interest.

9. The Taxing Units object to confirmation of the Plan to the extent that it does not contain cure provisions in case of a default in plan payments to the Taxing Unit.

10. The Taxing Units object to the confirmation of the Plan to the extent that the Plan contains no clear deadline for objecting to its secured tax claim. The Taxing Unit proposes that the deadline to object to its claim be no later than 60 days from the Effective Date.

11. The Taxing Units vote against the confirmation of the Plan.

Accordingly, the Taxing Units object to the Plan, requests that the Plan not be confirmed, and for such other relief as is just.

DATED: November 15, 2016

        PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P

By:   /s/ Eboney Cobb_____

**EBONEY COBB**
SBOT NO.24048397
500 E. Border Street
Arlington, Texas 76010
(817) 461-3344
(817) 860-6509 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served on the 15th day of November, 2016, by the Court's ECF System, or U.S. First Class mail upon all persons identified on the attached Service List.

        /s/ Eboney Cobb
        Eboney Cobb

## SERVICE LIST

**KIRKLAND & ELLIS LLP**
Attn: Edward O. Sassower, P.C.
Attn: Stephen E. Hessler, Esq.
Attn: Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022

**RICHARDS, LAYTON & FINGER, P.A.**
Attn: Mark D. Collins, Esq.
Attn: Daniel J. DeFranceschi, Esq.
Attn: Jason M. Madron, Esq.
920 North King Street
Wilmington, DE 19801

Attn: James H.M. Sprayregen, P.C.
Attn: Marc Kieselstein, P.C.
Attn: Chad J. Husnick, Esq.
Attn: Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654

**PROSKAUER ROSE LLP.**
Attn: Jeff J. Marwil, Esq.
Attn: Mark K Thomas, Esq.
Attn: Peter J. Young, Esq.
Three First National Plaza

70 W. Madison ST STE 3800
Chicago, IL 60602


**O'KELLY, ERNST & BIELLI LLP**
Attn: David M. Klauder, Esq.
Attn: Shannon Dougherty, Esq.
901 N Market St STE 100
Wilmington, DE 19801

**MUNGER, TOLLES & OLSON LLP**
Attn: Thomas B. Walper, Esq.
Attn: Todd J Rosen, Esq.
Attn: Seth Goldman, Esq.
Attn: John W. Spiegel, Esq.
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

**MCELROY, DEUTSCH, MUVANEY, & CARPENTER, LLP**
Attn: David P. Primack, Esq.
300 Delaware Ste 770
Wilmington, DE 19801

**CRAVATH, SWAIN, & MOORE LLP**
Attn: Michael A Paskin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475


**JENNER & BLOCK LLP**
Attn: Richard Levin, Esq.
919 Third Ave
New York, NY 10022-3908

**STEVENS & LEE PC**
Attn: Joseph H. Hutson Jr, Esq.
1105 N. Market St STE 700
Wilmington, DE 19801


**THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**
Attn: Richard L. Schepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
844 King Street, Suite 2207

Wilmington, DE 19801

**MORRISON & FOERSTER LLP**
Attn: James M. Peck, Esq.
Attn: Brett H. Miller, Esq.
Attn: Lorenzo Marinuzzi, Esq.
Attn: Todd M. Goren, Esq.
Attn: Samantha Martin, Esq.
250 West 55th Street
New York, NY 10019

**POLSINELLI PC**
Attn: Christopher A. Ward, Esq.
Attn: Justin K. Edelson, Esq.
Attn: Shanti M. Katona, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**SULLIVAN & CROMWELL LLP**
Attn: Andrew G. Dietderich, Esq.
Attn: Brian D. Glueckstein, Esq.
Attn: Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004

**MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**
Attn: Natalie D. Ramsey, Esq.
Attn: Davis Lee Wright, Esq.
Attn: Mark A. Fink, Esq.
1105 N. Market St 15th FL
Wilmington, DE 19801