**EXHIBIT 1** to **EXHIBIT A**

**Contested Pro Se Claims**
**(Insufficient Documentation Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|------|------|------|------|------|------|------|
| 1 | BEARD, JACK ROGERS, JR ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2304 | $2,000.00* | Insufficient Documentation Claim |
| 2 | MCCLAIN, JACKIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 417 | $2,000.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $4,000.00* | |

* - Indicates claim contains unliquidated and/or undetermined amounts