# EXHIBIT 1 to EXHIBIT A

**Contested Pro Se Claim**
**(Insufficient Documentation Claim)**

RLF1 15772988v.1

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claim

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MITCHELL, STEPHEN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/27/2014 | 2636 | $5,000.00 | Insufficient Documentation Claim |
| 2 | MOORE, DEBORAH D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/28/2014 | 3927 | $12,780.00 | Insufficient Documentation Claim |
| 3 | ROBINSON, JOANN M ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4959 | $30,500.00 | Insufficient Documentation Claim |
| 4 | WOODS, SHANTA ADDRESS ON FILE |  | No Debtor Asserted | 07/07/2014 | 2899 | $4,775.00 | Insufficient Documentation Claim |
|   |   |   |   |   | TOTAL | $53,055.00 |   |