## EXHIBIT 1 to EXHIBIT A

**Contested Pro Se Claims**
**(No Supporting Documentation Claims)**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRD OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BETTS, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/26/2014 | 3831 | Undetermined* | No Supporting Documentation Claim |
| 2 | GUY, MASON ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2738 | Undetermined* | No Supporting Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1