IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 9381, 9647** |

**NOTICE OF SECOND AGREEMENT TO EXTEND DEADLINES IN
ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES
AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION
WITH CONFIRMATION OF THE DEBTORS' JOINT PLAN OF
REORGANIZATION AS IT RELATES TO THE EFH/EFIH DEBTORS**

Pursuant to Paragraph 25 of the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors*, entered on August 24, 2016 [D.I. 9381] (the "Scheduling Order"), by agreement by and between the Debtors and the Participating Parties, Paragraph 13 below shall replace Paragraph 13 of the Scheduling Order.

13. **EFH/EFIH Confirmation Proceedings:**

   a. **Thursday, November 3, 2016**, shall be the deadline by which Participating Parties must serve a preliminary list of witnesses and exhibits they intend to offer at the EFH/EFIH Confirmation Hearing. Witness lists shall identify all witnesses that each party will call or may call at each phase of the EFH/EFIH Confirmation Hearing and shall provide a brief summary of each witness's anticipated testimony.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

b. **Wednesday, November 9, 2016**, shall be the date on which counsel to the Participating Parties shall meet and confer regarding the initial pretrial conference, including as to the duration of the trial.

c. **Tuesday, November 15, 2016**, shall be (a) the date of an initial pretrial conference. The number of trial days and the Court's post-trial procedures shall be determined at the initial pretrial conference and (b) the deadline by which parties must file any objections to the Plan as it relates to the EFH Debtors and EFIH Debtors.

d. **Monday, November 21, 2016**, shall be the deadline by which Participating Parties must serve a final list of witnesses and exhibits they intend to offer at the EFH/EFIH Confirmation Hearing. Witness lists shall identify all witnesses that each Participating Party will call or may call at the EFH/EFIH Confirmation Hearing and shall provide a brief summary of each witness's anticipated testimony.

e. **Monday, November 21, 2016**, shall be the deadline by which Participating Parties must file motions in limine and by which Participating Parties must submit a proposed joint pretrial order per Local Bankruptcy Rule 7016-2(d).

f. **Monday, November 21, 2016**, shall be the date by which the Participating Parties must meet and confer with a view toward narrowing and resolving their evidentiary disputes (the "EFH/EFIH Plan Meet and Confer"). The EFH/EFIH Plan Meet and Confer may be held either in person or by telephone.

g. **Tuesday, November 22, 2016**, shall be the deadline by which Participating Parties must serve objections to final witness and exhibit lists.

h. **Monday, November 28, 2016** shall be the deadline by which Plan Objectors shall provide Plan Supporters with affirmative proposed deposition designations, if any. Plan Objectors shall coordinate amongst themselves to provide Plan Supporters a single, consolidated set of deposition designations.

i. **Monday, November 28, 2016**, shall be the deadline by which the Participating Parties must file oppositions to any motions in limine.

j. **Monday, November 28, 2016**, shall be the deadline by which the Debtors must file their reply to all timely objections to the Plan regarding aspects of the Plan relating to the EFH/EFIH Debtors.

k. **Wednesday, November 30, 2016 at 10:00 a.m. (Eastern Standard Time)**, shall be the date and time of the final pretrial conference.

l.  **Friday, December 2, 2016** shall be the deadline by which Plan Supporters shall object to Plan Objectors' affirmative deposition designations, and/or provide counter-designations, if any. Plan Supporters shall coordinate amongst themselves to provide a single, consolidated set of objections and counter designations. Therefore, the parties shall meet and confer in good faith to resolve any objections prior to submitting deposition designations to the Court, and the parties shall make a joint submission of any deposition designations and counters prior to the close of evidence.

m.  **Thursday, December 1, 2016**, shall be the date of the start of the EFH/EFIH Confirmation Hearing. The EFH/EFIH Confirmation Hearing will continue, as necessary, from day to day on **December 2** and **December 5-December 8**, in each case starting at **10:00 a.m. (Eastern Standard Time)** except as otherwise set by the Court and as may be extended by the Court as the Court's schedule permits; *provided, however*, the EFH/EFIH Confirmation Hearing may be continued from time to time by the Court or for good cause shown.

Trial time will be divided equally between Plan Supporters and Plan Objectors, to be monitored by a chess clock. The Court will consider the submission of written directs upon request by the parties, which submissions shall not count against the submitting party's available trial time.

Dated: November 15, 2016
       Wilmington, Delaware

By: _____
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:             edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:             james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

-and-

Mark E. McKane (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:      (415) 439-1400
Facsimile:       (415) 439-1500
Email:             mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in possession*

4