# **EXHIBIT 2**

# **SEALED IN ITS ENTIRETY**