## CERTIFICATE OF SERVICE

I, Daniel K. Hogan, Esquire, certify that on November 15, 2016, I caused the foregoing

*Objection of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to*

*Confirmation of the Debtors' Fourth Amended Joint Plan of Reorganization as it Relates to the*

*EFH Debtors and EFIH Debtors (Redacted)* to be served via Electronic Mail on the Participating

Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and*

*Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of*

*Reorganization as it Relates to the EFH/EFIH Debtors* dated August 24, 2016 (No. 14-10979,

D.I. 9381)) at the following email address set up by the Debtors to allow for service on all

Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Dated: November 15, 2016
       Wilmington, Delaware

                              **HOGAN♦McDANIEL**

                              */s/ Daniel K. Hogan*
                              Daniel K. Hogan (DE # 2814)