# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Jointly Administered <br> ) <br> ) Re: Docket No. 9612 & 9620 <br> ) <br> ) Hearing Date:  December 1, 2016 <br> ) Objection Deadline: November 15, 2016 at 2:00 <br> ) p.m. |
| Debtors. | ) |

## RESERVATION OF RIGHTS BY THE EFH INDENTURE TRUSTEE WITH RESPECT TO CONFIRMATION OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AS IT APPLIES TO THE EFH DEBTORS AND EFIH DEBTORS

American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for notes issued by EFH Future Holdings Corp. ("EFH Corp."), by its undersigned counsel, hereby files this reservation of rights ("Reservation of Rights") with respect to confirmation of the Debtors' *Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* [D.I. 9612] (as it may be further amended, supplemented or modified, the "Plan").[2]  In support of this Reservation of Rights, the EFH Indenture Trustee respectfully states as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Plan.

1

1.  As this Court is aware, the EFH Indenture Trustee serves as indenture trustee for the EFH Legacy Notes, the EFH LBO Notes and the EFH Unexchanged Notes issued by EFH Corp. under the EFH Legacy Notes Indentures, the EFH LBO Notes Indenture, the EFH 2019 Note Indenture and the EFH 2002 Note Indenture, respectively. On October 4, 2016, the EFH Indenture Trustee received a direction letter (the "Direction") from funds and accounts advised or sub-advised by Fidelity Management & Research Company or one of its affiliates (collectively, "Fidelity"), which collectively hold EFH Legacy Notes and EFH LBO Notes in excess of a majority in aggregate principal amount of the outstanding EFH Legacy Notes and EFH LBO Notes. In accordance with the terms of the New EFH/EFIH Plan Support Agreement, in the Direction, Fidelity directed the EFH Indenture Trustee to cease and refrain from taking any action inconsistent with Fidelity's obligations under the Plan Support Agreement.

2.  In addition, in accordance with the EFH/EFIH Settlement Order [D.I. 7143], the TCEH Supporting First Lien Creditors have directed the EFH/EFIH Committee to inform, among others, Holders of Claims in Class A5 to vote to accept the Plan. Accordingly, the EFH/EFIH Committee has recommended that Holders of Class A5 Claims, among others, vote to accept the Plan. Finally, with respect to the TCEH Settlement Claim in Class A12, the EFH Indenture Trustee expects that the TCEH Supporting First Lien Creditors will, on behalf of TCEH, vote to accept the Plan.

3.  So long as, (i) Fidelity, and (ii) sufficient Holders of EFH Beneficiary Claims in Class A5, vote in favor of the Plan, such that Classes A4, A5, A6, and B5 accept the Plan, then the EFH Indenture Trustee will not prosecute its objection to confirmation of the Plan as currently on file.

4.     All rights of the EFH Indenture Trustee to object to any modified version of the Plan, to object following any termination of the New EFH/EFIH Plan Support Agreement, or to object following any failure of the applicable classes to vote to accept the Plan or have their votes counted, are reserved.  The grounds for such objection would include, but not necessarily be limited to, the fact that in certain circumstances EFH Corp. might not be compensated for the value of its wholly owned and controlled net operating losses which will be transferred in connection with the Merger.  In addition, the EFH Indenture Trustee reserves all rights to respond to, join or reply to any objection to the Plan or any modified version of the Plan.

[*remainder of page intentionally left blank*]

WHEREFORE, the EFH Indenture Trustee respectfully request the Court grant such other relief as is just and proper.

Dated: Wilmington, DE
November 15, 2016

**CROSS & SIMON, LLC**

By: */s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*