# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Sixteenth Monthly Fee Statement<br><br>September 1, 2016 through September 30, 2016<br><br>Docket No. 9905 | $36,117.75 | $1,053.68 | 11/11/16 | $28,894.20 | $1,053.68 | $7,223.55 |