**EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue, New York, NY 10024 | Twenty-First Monthly Fee Statement<br><br>08/01/16 through 08/31/16<br><br>Docket No. 9815 | $115,532.00 | $57.27 | 11/04/16 | $92,425.60 | $57.27 | $23,106.40 |

SL1 1440289v1 109285.00005