## **CERTIFICATE OF SERVICE**

I, L. John Bird, hereby certify that on the 15th day of November, 2016, I caused copies of the foregoing **Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to Confirmation of the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,** *et al.***, Pursuant to Chapter 11 of the Bankruptcy Code** to be served as indicated on the parties on the attached service list attached hereto.

／s／ *L. John Bird*
L. John Bird (No. 5310)

VIA OVERNIGHT DELIVERY
Kirkland & Ellis LLP
Attn: Edward O Sassower, P.C.
601 Lexington Avenue
New York, NY 10022

VIA OVERNIGHT DELIVERY
Kirkland & Ellis LLP
Attn: James H.M. Sprayregen, P.C.
300 North LaSalle
Chicago, IL 60654

VIA OVERNIGHT DELIVERY
Proskauer Rose LLP
Attn: Jeff J. Marwil, Esq.
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

VIA OVERNIGHT DELIVERY
Munger Tolles & Olson LLP
Attn: Thomas B. Walper, Esq.
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071

VIA OVERNIGHT DELIVERY
Cravath Swain & Moore LLP
Attn: Michael A. Paskin, Esq.
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475

VIA OVERNIGHT DELIVERY
Jenner & Block LLP
Attn: Richard Levin, Esq.
919 Third Ave.
New York, NY 10022-3908

VIA OVERNIGHT DELIVERY
Morrison & Foerster LLP
Attn: James M. Peck
250 West 55th Street
New York, NY 10019

VIA OVERNIGHT DELIVERY
Sullivan & Cromwell LLP
Attn: Andrew G. Dietderich, Esq.
125 Broad Street
New York, NY 10004

VIA HAND DELIVERY
Richards Layton & Finger, P.A.
Attn: Mark D. Collins, Esq.
920 North King Street
Wilmington, DE 19801

VIA HAND DELIVERY
Bielli & Klauder, LLP
Attn: David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801

VIA HAND DELIVERY
McElroy Deutsch Muvaney & Carpenter, LLP
Attn: David P. Primack, Esq.
300 Delaware Avenue, Suite 770
Wilmington, DE 19801

VIA HAND DELIVERY
Stevens & Lee PC
Attn: Joseph H. Hutson Jr., Esq.
1105 N. Market Street, Suite 700
Wilmington, DE 19801

VIA HAND DELIVERY
The Office of the U.S. Trustee
Attn: Richard L. Schepacarter, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

VIA HAND DELIVERY
Polsinelli PC
Attn: Christopher A. Ward, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

VIA HAND DELIVERY
Montgomery McCracken Walker & Rhoads LLP
Attn: Natalie D. Ramsey, Esq.
1105 N. Market Street, 15th Floor
Wilmington, DE 19801