# SIGN-IN SHEET

**CASE NAME: Energy Future**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 11/15/2016 at 2:00 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joshua Brody | Kramer Levin Weltis + Frankel | Second Lien Indenture Trustee |
| Charles Sherrett | Kramer Levin Naftalis + Frankel | Second Lien Indenture Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl + Jones | Second Lien Indenture Trustee |
| Matthew McGuire | Landis Rath & Cobb | NextEra |
| Marc Ashley | Chadbourne & Parke | |
| Robin Ball | | |
| Eric Dauscher | | |
| Jeffrey S. Sabin | Venable, LLP | Pimco |
| Dave Edmerson | " | " |
| Veronica Ip | Sullivan & Cromwell LLP | Official Committee of Unsecured Creditors |
| E Stephen McNeil | Potter Anderson & Corroon | Pentcle Bank New York |
| Paris Wright | Montgomery McCracken | Official Committee of Unsec. Creditor |
| Joseph H. Huston, Jr. | Stevens + Lee PC | EFIH Independent Member |
| Mark McKane | Kirkland + Ellis | Debtors |
| Chad Husnick | " | " |
| Dan DeFranceschi | Richards Layton + Finger | " |
| Jason Madron | " | " |
| Christopher Simon | Cross & Simon | EFH Indenture Trustee |
| Richard Pedone | Nixon Peabody | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Christopher Cathy   Akin Gump Strauss Hauer + Feld   UMB Bank, N.A.
Richard L. Schepacarter   USDOJ - OUST   U.S. Trustee

**SIGN-IN SHEET**

CASE NAME: Energy Future

CASE NO: 14-10979 (CSS)

COURTROOM LOCATION: 6

DATE: 11/15/16 AT 2:00

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stephen Miller | Morris James LLP | Lou Debenture of NY, Indenture Trustee |
| Ray Emrish | Klehr Harrison | UMB Bank, N.A. Indenture Trustee |
| Cory Stephenson | Bielli Klauder | EFH Corp. |
| Peter Young | Proskauer | " |
| Brian Guiney | Patterson Belknap | " |
| Chris Sontchi | WHITE & CASE LLP | Lou Debenture INB Indenture Trustee |
| Isley Gostin | Wilmer Hale | TCEH Ad Hoc Group |
| Norman Pernick | Cole Schotz | First Lien Trustee |
| Daniel K Hogan | Hogan McDaniel | " |
| | | Fidrick Fath Jones & Harymberson |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Court Conference

Calendar Date: 11/15/2016
Calendar Time: 02:00 PM ET

U.S. Bankruptcy Court-Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Amended Calendar 11/15/2016 09:07 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7964595 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Creditor, TXU / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7969915 | Alysa Ain | (212) 859-8000 | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7972659 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7963734 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7963839 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7972522 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7971668 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7971728 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7972615 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Inventure / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7970892 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Trustee, UMB / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7954952 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7969717 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| Company | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7964692 | Joseph A. Florczak | (312) 269-4123 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7963834 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Creditor, EFH Official Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7971579 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster LLP | Creditor, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7971210 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7966790 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7969708 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7972773 | Avi Kripalani - Client | (212) 303-9480 | Halcyon Asset Management | Interested Party, Halcyon Asset Management LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7972526 | Ari D. Kunofsky | (202) 353-9187 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7962527 | Vincent Lazar | (312) 923-2989 | Jenner & Block LLP | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7963651 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7972608 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7965385 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7964705 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7867572 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7964640 | Jennifer Sharret | (212) 715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7970690 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7972596 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7964617 | Michael Turkel | (212) 373-3669 | Paul Weiss Rifkind Wharton & Garrison | Creditor, TXU / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7969590 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committe of TECH Unsecured Noted Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7972672 | Andrew Wang | (202) 488-1285 | Kobre & Kim LLP | Trustee, Deleware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7966783 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.