**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket No. 9670** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 26, 2016, I caused to be served the "Certification of Counsel Regarding Order Authorizing Sale of North Main Property," dated September 26, 2016 [Docket No. 9670], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Forrest Kuffer
Forrest Kuffer

Sworn to before me this
30th day of September, 2016

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20__

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**

**EFH_DN 9760_ADDS_09-26-16**

COOCH AND TAYLOR PA
(COUNSEL TO TARRANT REGIONAL WATER DIST)
ATTN: SUSAN E KAUFMAN ESQ
1000 N WEST ST 10TH FL
WILMINGTON, DE 19801

**EFH_DN 9760_ADDS_09-26-16**

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY
(COUNSEL TO TARRANT REGIONAL WATER DIST)
ATTN: MICHAEL L ATCHLEY ESQ &
MATTHEW T TAPLETT ESQ
500 W 7TH ST STE 600
FORT WORTH, TX 76102

| Claim Name | Address Information |
|---|---|
| CITIBANK NA | ATTN: BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT RD BLDG III NEW CASTLE DE 19720 |
| CITIBANK NA | ATTN: OWEN COYLE 1615 BRETT RD BLDG III NEW CASTLE DE 19720 |
| DALLAS COUNTY TAX ASSESSOR | COLLECTOR PROPERTY OWNERSHIP & LIENS 500 ELM ST DALLAS TX 75202 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: D. DUNNE, E. FLECK, & K GARTENBERG 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | (COUNSEL TO THE EFH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ 250 W 55TH ST NEW YORK NY 10019 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE 844 KING STREET SUITE 2207 WILMINGTON DE 19801 |
| PAUL, WEISS RIFKIND WHARTON & GARRISON | ATTN: A. KORNBERG; K. CORNISH; B. HERMANN & J. ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| STATE OF TEXAS, COMPTROLLER'S OFFICE | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS PO BOX 13528, CAPITAL STATION AUSTIN TX 78711-3528 |
| TRAMMEL CROW COMPANY NO 43 | ATTN: HENRY BILLINGSLEY ONE ARTS PLAZA 1722 ROUTH ST STE 1313 DALLAS TX 75205 |
| TRAMMEL CROW COMPANY NO 43 | ATTN: KIMBERLY MEYER ONE ARTS PLAZA 1722 ROUTH ST STE 1313 DALLAS TX 75205 |

**Total Creditor count  10**