**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 10154<br><br>Objection Deadline: November 15, 2016 |

### JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE, TO THE LIMITED OBJECTION OF THE *AD HOC* GROUP OF TCEH UNSECURED NOTEHOLDERS TO CONFIRMATION OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

Law Debenture Trust Company of New York ("Law Debenture"), as successor indenture trustee under that certain Indenture, dated as of October 31, 2007, among Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc. (together, the "Issuers"), certain guarantors that are affiliates of the Issuers, and The Bank Of New York Mellon Trust Company, N.A., pursuant to which (i) $2,045,956,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, (ii) $1,441,957,000 aggregate principal amount of the Issuers' 10.25% Senior Notes due 2015, Series B and (iii) $1,749,645,671 aggregate principal amount of the Issuers' 10.50%/11.25% Senior Toggle Notes due 2016 (collectively, the "TCEH Unsecured Notes") were issued and are outstanding as of the date hereof, by and through its attorneys, Patterson Belknap Webb & Tyler LLP and Morris James LLP, hereby files this joinder ("Joinder") to the *Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to Confirmation of the Fourth Amended Joint Plan Of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated November 15, 2016 (D.I. 10154) (the "Noteholders' Objection").

8951682

1.  Law Debenture hereby joins the Noteholders' Objection. The Ad Hoc Group has raised concerns regarding the failure of the so-called "Hunt Plan" that are of significance to all holders of the TCEH Unsecured Notes, for which Law Debenture continues to act as indenture trustee.

2.  Law Debenture reserves the right to supplement or amend this Joinder and the right to appear and be heard at the hearing to consider the Noteholders' Objection.

Dated:    November 15, 2016

**MORRIS JAMES LLP**

_____
Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
Email: smiller@morrisjames.com

- and -

Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
Email: dalowenthal@pbwt.com
          bguiney@pbwt.com

*Attorneys for Law Debenture Trust Company of New York, as Indenture Trustee*

8951682

2