IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS, CORP., et al., ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE     :
                     : SS:
NEW CASTLE COUNTY    :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 15, 2016, I caused to be served:

**JOINDER OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, AS INDENTURE TRUSTEE, TO THE LIMITED OBJECTION OF THE *AD HOC* GROUP OF TCEH UNSECURED NOTEHOLDERS TO CONFIRMATION OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Service was completed upon the parties on the attached service list via electronic mail.

Dated: November 15, 2016

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 15th day of November, 2016.

_____
Notary Public

[Notary Seal: REBECCA ZERBE, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES JUNE 23, 2018]

**Counsel to Debtors:**

KIRKLAND & ELLIS LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, New York 10022

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801

**Counsel to Energy Future Holdings Corp.:**

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.
Mark K Thomas, Esq.
Peter J. Young, Esq.
Three First National Plaza
70 W. Madison ST STE 3800
Chicago, IL 60602

BIELLI & KLAUDER, LLP
David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801

**Counsel to the TCEH Debtors:**

MUNGER, TOLLES & OLSON LLP
Thomas B. Walper, Esq.
Todd J Rosen, Esq.
Seth Goldman, Esq.
John W. Spiegel, Esq.
355 S. Grand Ave 35th FL
Los Angeles, CA 90071

MCELROY, DEUTSCH, MUVANEY, &
CARPENTER, LLP
David P. Primack, Esq.
300 Delaware Ste 770
Wilmington, Delaware 19801

**Counsel to Energy Future Intermediate Holding Company LLC:**

CRAVATH, SWAIN, & MOORE LLP
Michael A Paskin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475

JENNER & BLOCK LLP
Richard Levin, Esq.
919 Third Ave
New York, NY 10022-3908

STEVENS & LEE PC
Joseph H. Hutson Jr, Esq.
1105 N. Market St STE 700
Wilmington, DE 19801

**Office of the United States Trustee:**
Richard L. Schepacarter.
Andrea B. Schwartz
Trial Attorneys
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801

**Counsel to the TCEH Creditors' Committee:**

| | |
|---|---|
| MORRISON & FOERSTER LLP | POLSINELLI PC |
| James M. Peck, Esq. | Christopher A. Ward, Esq. |
| Brett H. Miller, Esq. | Justin K. Edelson, Esq. |
| Lorenzo Marinuzzi, Esq. | Shanti M. Katona, Esq. |
| Todd M. Goren, Esq. | 222 Delaware Avenue, Suite 1101 |
| Erica Richards, Esq. | Wilmington, Delaware 19801 |
| 250 West 55th Street | |
| New York, New York 10019 | |

**Counsel to the EFH Creditors' Committee:**

| | |
|---|---|
| SULLIVAN & CROMWELL LLP | MONTGOMERY, MCCRACKEN, |
| Andrew G. Dietderich, Esq. | WALKER, & |
| Brian D. Glueckstein, Esq. | RHOADS LLP |
| Michael H. Torkin, Esq. | Natalie D. Ramsey, Esq. |
| 125 Broad St. | Davis Lee Wright, Esq. |
| New York, NY 10004 | Mark A. Fink, Esq. |
| | 1105 N. Market St 15th FL |
| | Wilmington, DE 19801 |