### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 14-10979 (CSS) |
|  | ) |
| **ENERGY FUTURE HOLDINGS CORP.,** et al., | ) **(Jointly Administered)** |
|  | ) |
|  | ) Plan Hearing: December 1, 2016 at 10:00 AM |
|  | ) Objection Date: November 15, 2016 |
| Debtors. | ) |
|  | ) Docket Nos.  9616 |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that November 15, 2016, I served a copy of *Oracle's Reservation Of Rights Regarding The Fourth Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., et al., Pursuant To Chapter 11 Of The Bankruptcy Code* on the parties listed on the attached service list via electronic mail.

_/s/ James E. Huggett_
James E. Huggett (#3956)

7

## SERVICE LIST

| Debtors' Counsel | Debtors' Counsel |
|---|---|
| Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br><br>E-Mail: Collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com | Edward O. Sassower, Esq.<br>Stephen E. Hessler, Esq.<br>Brian E. Schartz, Esq.<br>KIRKLAND & ELLIS, LLP<br>KIRKLAND & ELLIS INTERNATIONAL, LLP<br>601 Lexington Avenue<br>New York, New York 10022<br><br>E-Mail: Edward.sassower@kirkland.com<br>Stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com |
| **Debtors' Counsel**<br><br>James H.M. Sprayregen, Esq.<br>Marc Kieselstein, Esq.<br>Chad J. Husnick, Esq.<br>Steven N. Serajeddini, Esq.<br>KIRLAND & ELLIS, LLP<br>KIRKLAND & ELLIS INTERNATIONAL, LLP<br>300 North LaSalle<br>Chicago, IL 60654<br><br>E-Mail: james.sprayregen@kirkland.com<br>Marc.kieselstein@kirkland.com<br>Chad.husnick@kirkland.com<br>Steven.serajeddini@kirkland.com | |