**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on November 15, 2016 a true and correct copy of the LIMITED OBJECTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE, TO CONFIRMATION OF THE FOURTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL. PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE (the "Limited Objection") was served on the following counsel of record for the above captioned Debtors via e-mail:

| | |
|---|---|
| Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022-4611<br>edward.sassower@kirkland.com<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com | James H.M. Sprayregen, P.A.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>steven.serajeddini@kirkland.com |

PHIL1 5451131v.1

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

      In addition, the Limited Objection was also served on November 15, 2016 via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* (D.I. 8514)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties:  EFH_DS_Discovery_Service_List@kirkland.com

| | |
|---|---|
| Dated:  November 15, 2016<br>       Wilmington, DE | By: */s/ Raymond H. Lemisch*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch (DE Bar ID No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Tel: (302) 426-1189<br>Fax: (302) 426-9193<br>Email: rlemisch@klehr.com |
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>Robert J. Boller (admitted *pro hac vice*)<br>Christopher Carty (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone:    (212) 872-1000<br>Facsimile:     (212) 872-1002<br>Email:         idizengoff@akingump.com<br>              aqureshi@akingump.com<br>              rboller@akingump.com<br>              ccarty@akingump.com | - *and* -<br><br>**FOLEY & LARDNER LLP**<br>Harold L. Kaplan (admitted *pro hac vice*)<br>Mark F. Hebbeln (admitted *pro hac vice*)<br>Lars A. Peterson (admitted *pro hac vice*)<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60654-5313<br>Telephone: (312) 832-4500<br>Facsimile:  (312) 832-4700<br>Email:  hkaplan@foley.com<br>         mhebbeln@foley.com<br>         lapeterson@foley.com |

| | |
|---|---|
| Scott L. Alberino (admitted *pro hac vice*) <br> 1333 New Hampshire Avenue, N.W. <br> Washington, DC 20036 <br> Telephone:   (202) 887-4000 <br> Facsimile:   (202) 887-4288 <br> Email:        salberino@akingump.com | Barry G. Felder (admitted *pro hac vice*) <br> Jonathan H. Friedman (admitted *pro hac vice*) <br> 90 Park Avenue <br> New York, NY 10016 <br> Tel: (212) 682-7474 <br> Fax: (212) 687-2329 <br> Email: bgfelder@foley.com <br>             jfriedman@foley.com |