# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 32 | Tax Accounting Support (Restructuring) | 26.3 | $ 14,383.50 |
| 33 | Fresh Start | 186.4 | $ 56,930.00 |
| 35 | Fee Statement and Fee Application Preparation | 59.9 | $ 18,780.40 |
| 36 | Retention Services | 1.3 | $ 649.40 |
| 37 | Allegro Implementation Internal Audit | 143.8 | $ 36,735.00 |
| 40 | Tax Consulting Services | 40.6 | $ 30,255.50 |
| 41 | IA - User Access Management | 14.6 | $ 3,747.50 |
| 43 | OneSource Tax Compliance Automation | 20.9 | $ 7,315.00 |
| 44 | Internal Audit | 821.6 | $ 124,389.00 |
| 45 | 355 Opinion | 359.3 | $ 329,710.00 |
| 46 | Bankruptcy Cost Analysis -2016 | 25.7 | $ 11,140.00 |
| 47 | 2015 Oncor Return Review | 44.7 | $ 22,074.00 |
| 48 | 2015 Tax Return Review | 20.0 | $ 9,570.00 |
| **Total** | | **1,765.1** | **$ 665,679.30**[1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 6,343.14 |
| Lodging | N/A | $ 4,445.49 |
| Travel Meals | N/A | $ 99.06 |
| Ground Transportation | N/A | $ 2,039.03 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 12,926.72** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $1,129,031.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $463,352.20 thus benefitting the Chapter 11 estate by same amount.