# EXHIBIT B

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Wheat, David | Partner - Tax | 63.3 | $1,225 | * | $ 77,542.50 |
| Wheat, David | Partner - Tax | 23.5 | $ 845 | * | $ 19,857.50 |
| Crockett, Clifford M | Partner - Tax | 22.7 | $ 545 | * | $ 12,371.50 |
| Lyons, Stacy L | Partner - Tax | 13.0 | $ 575 | * | $ 7,475.00 |
| Atkinson, James | Principal - Tax | 4.5 | $ 575 | | $ 2,587.50 |
| Fields, Deborah | Partner - WNT | 3.5 | $ 545 | | $ 1,907.50 |
| Bradford, Steven | Partner - Advisory | 1.8 | $ 325 | | $ 585.00 |
| Baltmanis, Peter | Principal - Tax | 0.6 | $ 575 | | $ 345.00 |
| Carpenter, John | Partner - Tax | 0.3 | $ 720 | | $ 216.00 |
| Cargile, David | Managing Director - Advisory | 22.8 | $ 320 | * | $ 7,296.00 |
| Wiseman, Lori | Managing Director - Tax | 4.8 | $ 525 | | $ 2,520.00 |
| Geracimos, John | Managing Director - Tax | 2.0 | $ 680 | | $ 1,360.00 |
| Kleppel, Robert | Partner - Tax | 2.0 | $ 350 | | $ 700.00 |
| Afeman, Lynn | Managing Director - Tax (WNT) | 1.0 | $ 490 | | $ 490.00 |
| Cargile, David | Managing Director - Advisory | 1.3 | $ 325 | * | $ 422.50 |
| Miller, Ryan | Senior Manager - Tax | 57.8 | $1,050 | * | $ 60,690.00 |
| Lancy, Bradley | Director - Advisory | 69.4 | $ 500 | | $ 34,700.00 |
| Magill, Graham | Senior Manager- WNT | 23.5 | $1,050 | | $ 24,675.00 |
| Guyre, Jason | Director - Advisory | 46.0 | $ 285 | | $ 13,110.00 |
| Meredith, Kyle | Senior Manager - Tax | 18.9 | $ 350 | | $ 6,615.00 |
| Miller, Ryan | Senior Manager - Tax | 8.5 | $ 660 | * | $ 5,610.00 |
| Seeman, Nick | Director - Advisory | 15.3 | $ 285 | | $ 4,360.50 |
| Gibson, Rhonda | Senior Manager - Tax | 2.2 | $ 500 | | $ 1,100.00 |
| Lewis, Harve | Senior Manager- Tax (WNT) | 0.5 | $ 450 | | $ 225.00 |
| Brannon, Andrew | Senior Manager - Tax | 35.5 | $ 450 | | $ 15,975.00 |
| Plangman, Monica | Associate Director - Bankruptcy | 3.4 | $ 325 | | $ 1,105.00 |
| Wigmore, Andrew | Manager - Tax | 108.3 | $ 825 | * | $ 89,347.50 |
| Cody, Nonie | Manager - Advisory | 96.0 | $ 240 | | $ 23,040.00 |
| Laukhuff, Brittny | Manager - Tax | 23.8 | $ 825 | * | $ 19,635.00 |
| Myrick, Cristina | Manager - Advisory | 65.2 | $ 245 | * | $ 15,974.00 |
| Campbell, Celeste | Manager - Bankruptcy | 53.6 | $ 298 | | $ 15,972.80 |
| Laukhuff, Brittny | Manager - Tax | 9.4 | $ 560 | * | $ 5,264.00 |
| Wigmore, Andrew | Manager - Tax | 7.8 | $ 560 | * | $ 4,368.00 |
| Myrick, Cristina | Manager - Advisory | 13.3 | $ 250 | * | $ 3,325.00 |
| Mosby, Matthew | Senior Manager - Tax | 1.5 | $ 450 | | $ 675.00 |
| Kennedy, Amanda | Manager - Tax | 1.5 | $ 388 | | $ 582.00 |
| Marchand, Elizabeth | Manager - Tax | 0.5 | $ 388 | | $ 194.00 |

* Rates differ due to services provided under multiple Statements of Work

**EXHIBIT B**
(continued)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Tuminello, Ross | Senior Associate - Tax | 41.7 | $ 700 | $ 29,190.00 |
| Wheeler, Ryan | Senior Associate - Tax | 40.9 | $ 700 | $ 28,630.00 |
| Green, Taurice | Senior Associate - Advisory | 134.7 | $ 185 | $ 24,919.50 |
| Ruzicka, Emily | Senior Associate - Tax | 12.0 | $ 420 | $ 5,040.00 |
| Crain, Mariela | Senior Associate - Advisory | 14.2 | $ 185 | $ 2,627.00 |
| Hugghins, Hillary | Senior Associate - Advisory | 13.6 | $ 185 | $ 2,516.00 |
| Roane, Connor | Associate - Advisory | 228.1 | $ 120 | $ 27,372.00 |
| Kramp, Cindy | Associate - Advisory | 194.1 | $ 120 | $ 23,292.00 |
| Kapsner, Paul | Associate - Advisory | 117.0 | $ 190 | $ 22,230.00 |
| Hodges, Jonathan | Associate - Advisory | 117.9 | $ 120 | $ 14,148.00 |
| Zhukova, Kate | Associate - Tax | 6.2 | $ 260 | $ 1,612.00 |
| Master, Grayson | Associate - Advisory | 7.0 | $ 120 | $ 840.00 |
| Reese, Kate | Associate - Advisory | 5.5 | $ 120 | $ 660.00 |
| Nathan, Deepti | Associate - Advisory | 3.2 | $ 120 | $ 384.00 |
| **Total** | | **1,765.1** | | **$ 665,679.30** |