## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 6,343.14 |
| Lodging | N/A | $ 4,445.49 |
| Travel Meals | N/A | $ 99.06 |
| Ground Transportation | N/A | $ 2,039.03 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 12,926.72** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 6,343.14 |
| Lodging | N/A | $ 4,445.49 |
| Travel Meals | N/A | $ 99.06 |
| Ground Transportation | N/A | $ 2,039.03 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 12,926.72** |