# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2016 through August 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08234112 | Allegro Implementation Internal Audit | 20160731 | Cody, Nonie | air | | | $ 209.49 | Airfare from Houston Hobby, TX to Dallas Love Field, TX on 07/31/16. |
| 08234112 | Internal Audit | 20160803 | Green, Taurice | air | | | $ 490.17 | Roundtrip coach class airfare from Atlanta, GA to Dallas, TX Depart Date:08/03/2016 Return Date:08/05/2016 to perform work for Energy Future Holdings |
| 08234112 | Fresh Start | 20160803 | Lancy, Bradley | air | | | $ 233.98 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:8/3/16 Return Date:8/5/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 08234112 | Internal Audit | 20160805 | Green, Taurice | air | | | $ 50.00 | Flight change fee due to inclement weather 8/5 |
| 08234112 | Fresh Start | 20160808 | Lancy, Bradley | air | | | $ 243.15 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:8/8/16 Return Date:8/11/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 08234112 | Allegro Implementation Internal Audit | 20160809 | Guyre, Jason | air | | | $ 386.70 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 8/9/16 Return Date: 8/10/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 08234112 | Allegro Implementation Internal Audit | 20160809 | Cody, Nonie | air | | | $ 405.40 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Depart Date: 08/9/2016  Return Date: 08/11/2016. |
| 08234112 | Internal Audit | 20160810 | Green, Taurice | air | | | $ 210.56 | Airfare from Atlanta, GA to Dallas, TX Depart Date: 08/10/2016 |
| 08234112 | Internal Audit | 20160813 | Green, Taurice | air | | | $ 151.30 | Airfare from Dallas, TX to Atlanta, GA Depart Date: 08/13/2016 |
| 08234112 | Internal Audit | 20160816 | Green, Taurice | air | | | $ 490.16 | Roundtrip coach class airfare from Atlanta, GA to Dallas, TX Depart Date:08/16/2016 Return Date:08/19/2016 to perform work for Energy Future Holdings |
| 08234112 | Allegro Implementation Internal Audit | 20160816 | Guyre, Jason | air | | | $ 386.70 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 8/16/16 Return Date: 8/16/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 08234112 | Fresh Start | 20160817 | Lancy, Bradley | air | | | $ 272.89 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:8/17/16 Return Date:8/19/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 08234112 | Allegro Implementation Internal Audit | 20160818 | Cody, Nonie | air | | | $ 405.40 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Depart Date: 8/16/2016  Return Date: 8/18/2016 for travel to perform work for Energy Future Holdings. |
| 08234112 | Allegro Implementation Internal Audit | 20160823 | Guyre, Jason | air | | | $ 657.96 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 8/23/16 Return Date: 8/24/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 08234112 | Fresh Start | 20160823 | Lancy, Bradley | air | | | $ 326.80 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date:8/23/16 Return Date:8/26/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 08234112 | Allegro Implementation Internal Audit | 20160823 | Cody, Nonie | air | | | $ 405.40 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Depart Date:08/23/2016  Return Date:08/25/2016 while traveling to perform work for Energy Future Holdings. |
| 08234112 | Allegro Implementation Internal Audit | 20160826 | Guyre, Jason | air | | | $ 224.98 | One way coach class airfare from Dallas, TX to Houston, TX. Departure Date: 8/26/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| 08234112 | Allegro Implementation Internal Audit | 20160829 | Cody, Nonie | air | | | $ 405.40 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Depart Date:08/29/2016  Return Date:08/29/2016 while traveling to perform work for Energy Future Holdings. |
| 08234112 | Allegro Implementation Internal Audit | 20160830 | Guyre, Jason | air | | | $ 386.70 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Departure Date: 8/30/16 Return Date: 8/30/16. Business Purpose: To travel to client, Energy Future Holdings (EFH). |
| | | | **Total Air** | | | | **$ 6,343.14** | |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2016 through August 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08234112 | Allegro Implementation Internal Audit | 20160802 | Cody, Nonie | lodging | | | $ 410.32 | Lodging in Dallas, TX for 2 nights from 7/31/16 thru 8/2/16 while performing work for Energy Future Holdings. |
| 08234112 | Internal Audit | 20160805 | Green, Taurice | lodging | | | $ 423.32 | Lodging in Dallas, TX for 2 nights from 8/3/16 thru 8/5/16 while performing work for Energy Future Holdings. |
| 08234112 | Fresh Start | 20160805 | Lancy, Bradley | lodging | | | $ 205.16 | Hotel fees incurred in Dallas, TX for 1 night (8/4-8/5) while performing work for Energy Future Holdings. |
| 08234112 | Fresh Start | 20160809 | Lancy, Bradley | lodging | | | $ 205.16 | Hotel fees incurred in Dallas, TX for 1 night (8/8-8/9) while performing work for Energy Future Holdings. |
| 08234112 | Allegro Implementation Internal Audit | 20160810 | Guyre, Jason | lodging | | | $ 198.25 | Lodging fee incurred in Dallas, TX for 1 night from 8/9/16 thru 8/10/16 while performing work for Energy Future Holdings. |
| 08234112 | Allegro Implementation Internal Audit | 20160811 | Cody, Nonie | lodging | | | $ 410.32 | Hotel Fee incurred at the Marriott in Dallas, TX for 2 nights (8/9 and 8/10 with check out on 8/11) while traveling to perform work for EFH. |
| 08234112 | Internal Audit | 20160812 | Green, Taurice | lodging | | | $ 410.32 | Lodging in Dallas, TX for 2 nights from 8/10/16 thru 8/12/16 while performing work for Energy Future Holdings. |
| 08234112 | Internal Audit | 20160813 | Green, Taurice | lodging | | | $ 137.95 | Lodging in Dallas, TX for 1 night from 8/12/16 thru 8/13/16 while performing work for Energy Future Holdings (overnight stay due to delayed trip) |
| 08234112 | Allegro Implementation Internal Audit | 20160818 | Cody, Nonie | lodging | | | $ 410.32 | Lodging fee incurred at the Marriott in Dallas, TX for 2 nights (8/16 and 8/17 with check out on 8/18) while traveling to perform work for EFH. |
| 08234112 | Internal Audit | 20160819 | Green, Taurice | lodging | | | $ 410.32 | Lodging in Dallas, TX for 3 nights from 8/16/16 thru 8/19/16 while performing work for Energy Future Holdings. |
| 08234112 | Fresh Start | 20160819 | Lancy, Bradley | lodging | | | $ 205.16 | Hotel fees incurred in Dallas, TX for 1 night (8/18-8/19) while performing work for Energy Future Holdings. |
| 08234112 | Allegro Implementation Internal Audit | 20160825 | Cody, Nonie | lodging | | | $ 410.32 | Hotel fee incurred at the Marriott in Dallas, TX for 2 nights (8/23 and 8/24 with check out on 8/25) while traveling to perform work for EFH. |
| 08234112 | Allegro Implementation Internal Audit | 20160826 | Guyre, Jason | lodging | | | $ 198.25 | Lodging fee incurred in Dallas, TX for 1 night from 8/26/16 thru 8/27/16 while performing work for Energy Future Holdings. |
| 08234112 | Fresh Start | 20160826 | Lancy, Bradley | lodging | | | $ 410.32 | Hotel fees incurred in Dallas, TX for 2 nights (8/24-8/26) while performing work for Energy Future Holdings. |
| | | | | **Total Lodging** | | | **$ 4,445.49** | |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2016 through August 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08234112 | Fresh Start | 20160805 | Lancy, Bradley | meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 08234112 | Fresh Start | 20160805 | Lancy, Bradley | meals | | | $ 15.35 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 08234112 | Fresh Start | 20160808 | Lancy, Bradley | meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 08234112 | Fresh Start | 20160809 | Lancy, Bradley | meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 08234112 | Internal Audit | 20160819 | Green, Taurice | meals | | | $ 6.50 | Out of town meal incurred in Dallas, TX on 8/19 while traveling to perform work for Energy Future Holdings. |
| 08234112 | Fresh Start | 20160825 | Lancy, Bradley | meals | | | $ 7.50 | Out of town lunch in Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 08234112 | Fresh Start | 20160825 | Lancy, Bradley | meals | | | $ 33.16 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 08234112 | Fresh Start | 20160826 | Lancy, Bradley | meals | | | $ 14.05 | Dinner while traveling to Dallas, TX. Attendees: B. Lancy (KPMG).  Business Purpose: Meal expense incurred while out of town conducting client related business. |
| | | | **Total Travel Meals** | | | | **$ 99.06** | |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2016 through August 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08234112 | Allegro Implementation Internal Audit | 20160731 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation for travel from home to Houston Hobby Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160731 | Cody, Nonie | ground | | | $ 12.79 | Ground transportation via Uber for travel from Airport to Hotel. |
| 08234112 | Allegro Implementation Internal Audit | 20160801 | Cody, Nonie | ground | | | $ 5.00 | Ground transportation via Uber for travel from Hotel to EFH Office. |
| 08234112 | Allegro Implementation Internal Audit | 20160803 | Cody, Nonie | ground | | | $ 11.77 | Ground transportation via Uber for travel to Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160803 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation for travel from Hobby Airport to Sugar Land, TX. |
| 08234112 | Internal Audit | 20160804 | Green, Taurice | ground | | | $ 37.50 | Hotel parking fee incurred in Dallas, TX for 3 days 8/03/2016 to 8/05/2016 for rental car while traveling to perform work for Energy Future Holdings. |
| 08234112 | Fresh Start | 20160804 | Lancy, Bradley | ground | | | $ 40.00 | Taxi ground transportation from client offices in Fort Worth, TX to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 08234112 | Internal Audit | 20160805 | Green, Taurice | ground | | | $ 206.39 | Fee for rental car for 3 days (8/3 - 8/5) for use in Dallas, TX while traveling to perform work for EFH. |
| 08234112 | Internal Audit | 20160805 | Green, Taurice | ground | | | $ 6.38 | Fuel charge to fill up rental car prior to return. |
| 08234112 | Internal Audit | 20160805 | Green, Taurice | ground | | | $ 29.14 | Airport parking fee incurred at Atlanta airport while traveling to Dallas, TX to perform work for Energy Future Holdings for 3 days (08/03/2016 - 08/05/2016). |
| 08234112 | Fresh Start | 20160805 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 08234112 | Fresh Start | 20160805 | Lancy, Bradley | ground | | | $ 48.00 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 08234112 | Fresh Start | 20160808 | Lancy, Bradley | ground | | | $ 30.47 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 08234112 | Fresh Start | 20160808 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from airport to client offices in Dallas, TX related to Energy Future Holdings work travel. |
| 08234112 | Allegro Implementation Internal Audit | 20160809 | Guyre, Jason | ground | | | $ 24.03 | Ground transportation via Uber for travel from Dallas Airport to EFH client site. |
| 08234112 | Allegro Implementation Internal Audit | 20160809 | Guyre, Jason | ground | | | $ 45.07 | Ground transportation via Uber for travel from home to Houston Airport |
| 08234112 | Allegro Implementation Internal Audit | 20160809 | Cody, Nonie | ground | | | $ 37.10 | Ground transportation from home to Houston Hobby Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160809 | Cody, Nonie | ground | | | $ 11.46 | Ground transportation via Uber from Dallas Love Field airport to hotel. |
| 08234112 | Fresh Start | 20160809 | Lancy, Bradley | ground | | | $ 40.00 | Taxi ground transportation from client offices in Dallas, TX to hotel in Fort Worth, TX related to Energy Future Holdings work travel. |
| 08234112 | Allegro Implementation Internal Audit | 20160810 | Guyre, Jason | ground | | | $ 21.08 | Ground transportation via Uber for travel from EFH client site to Dallas Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160810 | Guyre, Jason | ground | | | $ 55.00 | Ground transportation via Uber for travel from Houston Airport to home. |
| 08234112 | Internal Audit | 20160810 | Green, Taurice | ground | | | $ 16.16 | Fees incurred for tolls during use of rental car in Dallas, TX while performing work for Energy Future Holdings. |
| 08234112 | Internal Audit | 20160810 | Green, Taurice | ground | | | $ 16.54 | Ground transportation via Uber for travel from home to Atlanta Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160811 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation from Houston Hobby Airport to home. |
| 08234112 | Internal Audit | 20160812 | Green, Taurice | ground | | | $ 3.75 | Fuel charge to fill up rental car prior to return. |
| 08234112 | Internal Audit | 20160812 | Green, Taurice | ground | | | $ 112.06 | Fee for rental car for use in Dallas, TX for 3 days (8/10- 8/12) while traveling to perform work for EFH. |
| 08234112 | Internal Audit | 20160812 | Green, Taurice | ground | | | $ 36.00 | Hotel parking fee incurred in Dallas, TX from 8/10/2016 to 8/12/2016 for rental car while traveling to perform work for Energy Future Holdings. |
| 08234112 | Internal Audit | 20160813 | Green, Taurice | ground | | | $ 29.14 | Airport parking fee incurred at Atlanta airport while traveling to Dallas, TX to perform work for Energy Future Holdings for 3 days (08/10/2016 - 08/13/2016). |
| 08234112 | Internal Audit | 20160813 | Green, Taurice | ground | | | $ 18.29 | Ground transportation via Uber for travel from Atlanta airport to home. |
| 08234112 | Allegro Implementation Internal Audit | 20160816 | Guyre, Jason | ground | | | $ 20.00 | Parking fee at airport for personal car for 1 day while traveling to perform work for EFH. |
| 08234112 | Allegro Implementation Internal Audit | 20160816 | Guyre, Jason | ground | | | $ 23.45 | Ground transportation via Uber for travel from Dallas Airport to EFH client site. |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2016 through August 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 08234112 | Allegro Implementation Internal Audit | 20160816 | Guyre, Jason | ground | | | $ 22.07 | Ground transportation via Uber for travel from EFH client site to Dallas Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160816 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation from home to Houston Hobby Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160818 | Cody, Nonie | ground | | | $ 9.41 | Ground transportation via Uber for travel to Dallas Love Field |
| 08234112 | Allegro Implementation Internal Audit | 20160818 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation from Houston Hobby Airport to home. |
| 08234112 | Internal Audit | 20160818 | Green, Taurice | ground | | | $ 168.10 | Fee for rental car for use in Dallas, TX for 3 days (8/16 - 8/18) while traveling to perform work for EFH. |
| 08234112 | Internal Audit | 20160818 | Green, Taurice | ground | | | $ 29.14 | Airport parking fee incurred at Atlanta airport while traveling to Dallas, TX to perform work for Energy Future Holdings for 3 days (08/16/2016 - 08/18/2016). |
| 08234112 | Fresh Start | 20160818 | Lancy, Bradley | ground | | | $ 40.00 | Taxi ground transportation from client offices in Fort Worth, TX to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 08234112 | Fresh Start | 20160819 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 08234112 | Fresh Start | 20160819 | Lancy, Bradley | ground | | | $ 45.20 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 08234112 | Allegro Implementation Internal Audit | 20160823 | Guyre, Jason | ground | | | $ 12.69 | Ground transportation via Uber for travel from Dallas Airport to EFH client site. |
| 08234112 | Allegro Implementation Internal Audit | 20160823 | Guyre, Jason | ground | | | $ 46.98 | Ground transportation via Uber for travel from home to the Houston Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160823 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation from home to Houston Hobby Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160823 | Cody, Nonie | ground | | | $ 15.17 | Ground transportation via Uber from Dallas airport to EFH office to perform EFH client work. |
| 08234112 | Allegro Implementation Internal Audit | 20160824 | Guyre, Jason | ground | | | $ 10.66 | Ground transportation on 8/24/16 for travel via Uber from EFH to Dallas Airport. |
| 08234112 | Fresh Start | 20160824 | Lancy, Bradley | ground | | | $ 40.00 | Taxi ground transportation from client offices in Fort Worth, TX to hotel in Dallas, TX related to Energy Future Holdings work travel. |
| 08234112 | Allegro Implementation Internal Audit | 20160825 | Cody, Nonie | ground | | | $ 11.93 | Ground transportation via Uber for travel to Dallas Love Field |
| 08234112 | Allegro Implementation Internal Audit | 20160825 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation from Houston Hobby Airport to home. |
| 08234112 | Allegro Implementation Internal Audit | 20160826 | Guyre, Jason | ground | | | $ 10.21 | Ground transportation via Uber for travel from EFH to Dallas Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160826 | Guyre, Jason | ground | | | $ 23.43 | Ground transportation via Uber for travel from Dallas Airport to EFH client site. |
| 08234112 | Allegro Implementation Internal Audit | 20160826 | Guyre, Jason | ground | | | $ 47.84 | Ground transportation via Uber for travel from home to Houston Airport. |
| 08234112 | Fresh Start | 20160826 | Lancy, Bradley | ground | | | $ 31.50 | Taxi ground transportation from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 08234112 | Fresh Start | 20160826 | Lancy, Bradley | ground | | | $ 44.90 | Taxi ground transportation from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 08234112 | Allegro Implementation Internal Audit | 20160830 | Guyre, Jason | ground | | | $ 20.00 | Parking fee at airport for personal car for 1 day while traveling to perform work for EFH. |
| 08234112 | Allegro Implementation Internal Audit | 20160830 | Guyre, Jason | ground | | | $ 16.76 | Ground transportation via Uber for travel from EFH client site to Dallas Airport. |
| 08234112 | Allegro Implementation Internal Audit | 20160830 | Guyre, Jason | ground | | | $ 11.97 | Ground transportation via Uber for travel from Dallas Airport to client site. |
| | | | | **Total Ground** | | | **$ 2,039.03** | |

**KPMG LLP**
**EFH Expense Detail**
**August 1, 2016 through August 31, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
| **Total Miscellaneous** |  |  |  |  |  |  | **$          -** |  |