**EXHIBIT 1** to **EXHIBIT A**

**Contested Pro Se Claims**
**(No Liability Claims)**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | COPELAND, WENDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/07/2015 | 10042 | $12,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Thirteenth Omnibus Objection Docket No. 4373. |
| 2 | COPELAND, WENDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/18/2015 | 10074 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Thirteenth Omnibus Objection Docket No. 4373. |
| 3 | COPELAND, WENDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/17/2015 | 10619 | $19,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The proof of claim asserts a claim that has already been disallowed pursuant to the Order Sustaining Debtors' Thirteenth Omnibus Objection Docket No. 4373. |
| 4 | JEFFERSON, MAURICE ADDRESS ON FILE | | No Debtor Asserted | 10/24/2014 | 7526 | $35,000.00* | The proof of claim asserts a claim for a severance payment allegedly distributed to employees in connection with the 2007 restructuring. The company has no record of a severance program of the kind and at the time described and no record of unpaid amounts to the Claimant. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | JEFFERSON, MAURICE ADDRESS ON FILE | 14-11042 (CSS) | Luminant Mining Company LLC | 10/29/2014 | 9650 | $99,000.00 | The proof of claim asserts a claim for a severance payment allegedly distributed to employees in connection with the 2007 restructuring. The company has no record of a severance program of the kind and at the time described and no record of unpaid amounts to the Claimant. |
| | | | | | TOTAL | $165,000.00* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts