## EXHIBIT 1 to EXHIBIT A

**Contested Pro Se Claims**
**(Insufficient Documentation Claims)**

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MYLES, JACQUELYN A ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/28/2014 | 9600 | $3,523.01 | Insufficient Documentation Claim |
| 2 | REDIC, CORA ADDRESS ON FILE | | No Debtor Asserted | 12/16/2014 | 9919 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | $3,523.01* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1