## EXHIBIT 1 to EXHIBIT A

**Contested Pro Se Claim**
**(No Liability Claim)**

RLF1 15782506v.1

ENERGY FUTURE HOLDINGS CORP., et al.

SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claim

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | LAMMERS, LINDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 251 | $700.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed based in accordance with their pricing plan. No Debtor is responsible for meter maintenance. |
| | | | | | TOTAL | $700.00 | |

Page 1 of 1