# EXHIBIT 1 to EXHIBIT A

**Contested Pro Se Claims**
**(Insufficient Documentation Claims)**

RLF1 15781453v.1

ENERGY FUTURE HOLDINGS CORP., et al.

TWELFTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MATHEU, CHRISTINA ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1637 | Undetermined* | Insufficient Documentation Claim |
| 2 | WASHINGTON, ROSE B S ADDRESS ON FILE | | No Debtor Asserted | 10/23/2014 | 6162 | $425.00 | Insufficient Documentation Claim |
|   |   |   |   |   | TOTAL | $425.00* |   |

\* - Indicates claim contains unliquidated and/or undetermined amounts