**EXHIBIT 1 to EXHIBIT A**

**Contested Pro Se Claims**
**(Insufficient Documentation Claims)**

RLF1 15781464v.1

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, JUDY<br>ADDRESS ON FILE | | No Debtor Asserted | 08/11/2014 | 3619 | Undetermined* | Insufficient Documentation Claim |
| 2 | BAILEY, NIKITA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2014 | $300.00 | Insufficient Documentation Claim |
| 3 | CARTER, SHARRON DENISE<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/20/2014 | 5735 | $5,000.00 | Insufficient Documentation Claim |
| 4 | HUGHES, JOAN H<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/16/2014 | 4465 | $7,444.40 | Insufficient Documentation Claim |
| 5 | PIPKIN, LORENZO III<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8052 | $15,600.00 | Insufficient Documentation Claim |
| 6 | SMALL, YOLANDA NICOLE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/01/2014 | 4830 | $12,475.00 | Insufficient Documentation Claim |
| 7 | VAUGHN, TERETTA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8063 | Undetermined* | Insufficient Documentation Claim |
| 8 | WALKER, ROBERT<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/08/2014 | 3557 | Undetermined* | Insufficient Documentation Claim |
| 9 | WILLIAMS, MELVIN<br>1ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3256 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | $40,819.40* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1