IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) (Joint Administration) |
| Debtors. | ) **Related to Docket Nos. 10156, 10160** |

### AFFIDAVIT OF SERVICE

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the EFIH 2nd Lien Notes Indenture Trustee, and that on the 15th day of November 2016, she caused a copy of the following document(s) to be served upon the Participating Parties[2] via Electronic Mail at: EFH_DS_Discovery_Service_List@kirkland.com.

- *[REDACTED VERSION] EFIH Second Lien Trustee's Objection to Debtors' Plan of Reorganization*

In addition, also on the 15th day of November, I caused to be served the following document on the parties on the attached service list in the manner indicated.

- *[SEALED] EFIH Second Lien Trustee's Objection to Debtors' Plan of Reorganization*

Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this 16 day of November, 2016.

Notary Public
My Commission Expires: SEPT. 16, 2018

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Participating Parties are as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* dated August 24, 2016 [D.I. 9381].

DOCS_DE:192954.4 23731/001

Energy Future Holdings Corp.
Debtors' Counsel Service List
Case No. 14-10979 (CSS)
Document No. 210783
01 –Hand Delivery
02 – First Class Mail

**Hand Delivery**
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Mark Collins, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

**First Class Mail**
(Counsel to the Debtors)
Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611

**First Class Mail**
(Counsel to the Debtors)
James H.M. Sprayregen, P.C.
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
Andrew McGaan, Esquire
William T. Pruitt, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654