IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGY FUTURE HOLDINGS CORP.<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## REMOVAL FROM CM/ECF MAILING LIST

**PLEASE TAKE NOTICE** that the undersigned attorney hereby requests removal from the CM/ECF email notification list in the above-captioned matter.

Respectfully submitted,

Dated: November 16, 2016
Wilmington, Delaware

**BURR & FORMAN LLP**

By:   /s/   Richard A. Robinson
Richard A. Robinson (DE 5059)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone:  (302) 830-2311
Facsimile:  (302) 830-2301
E-Mail:   rrobinson@burr.com