## CERTIFICATE OF SERVICE

I, Richard A. Robinson, do hereby certify that on this 16th day of November, 2016, I caused a true and correct copy of the foregoing to be served by the Court's CM/ECF system to all parties registered to receive notice.

Dated: November 16, 2016

/s/ Richard A. Robinson
Richard A. Robinson (No. 5059)