## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ENERGY FUTURE HOLDINGS CORP. et al | : No. 14-10979 (CSS) |
| | : |
| Debtor. | : Jointly Administered |
| | : |

**WITHDRAWAL OF APPEARANCE OF CURTIN & HEEFNER LLP
AS COUNSEL FOR FLSMIDTH INC., F/D/B/A/ FLSMIDTH AIRTECH INC. AND
FLSMIDTH USA INC., F/K/A FLSMIDTH SALT LAKE CITY, INC. WHICH MERGED
WITH EXCEL FOUNDRY & MACHINE, INC. AND FLSMIDTH KREBS INC.**

AND NOW COMES, Curtin & Heefner LLP, by Robert Szwajkos, Esquire, and hereby withdrawals its appearance on behalf of FLSMIDTH INC., f/d/b/a/ FLSmidth Airtech Inc. and FLSMIDTH USA INC., f/k/a FLSmidth Salt Lake City, Inc. which merged with Excel Foundry & Machine, Inc. and FLSmidth Krebs Inc. and requests to be removed from the service list and the Bankruptcy Court Electronic Service Mailing List immediately.

                                        CURTIN & HEEFNER LLP

                            By:  /s/ *Robert Szwajkos*
                                 Robert Szwajkos, Esq.
                                 250 N. Pennsylvania Avenue
                                 Morrisville, PA 19067
                                 Telephone:    215-736-2521
                                 Facsimile:    215-736-3647

Dated:  November 16, 2016

1737516.1/48545