**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. et al | : | No. 14-10979(CSS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**CERTIFICATE OF SERVICE IN REGARD TO**
**WITHDRAWAL OF APPEARANCE OF CURTIN & HEEFNER LLP**
**AS COUNSEL FOR FLSMIDTH INC., F/D/B/A/ FLSMIDTH AIRTECH INC. AND**
**FLSMIDTH USA INC., F/K/A FLSMIDTH SALT LAKE CITY, INC. WHICH MERGED**
**WITH EXCEL FOUNDRY & MACHINE, INC. AND FLSMIDTH KREBS INC.**

The undersigned hereby certifies that on November 16, 2016, a true and correct copy of the foregoing Withdrawal Of Appearance Of Curtin & Heefner LLP as Counsel For FLSMIDTH INC., f/d/b/a/ FLSmidth Airtech Inc. and FLSMIDTH USA INC., f/k/a FLSmidth Salt Lake City, Inc. which merged with Excel Foundry & Machine, Inc. and FLSmidth Krebs Inc. was filed electronically with the Court. Notice of this filing will be sent today to all parties via the Court's electronic filing system.

CURTIN & HEEFNER LLP

By: /s/ *Robert Szwajkos*
Robert Szwajkos, Esq.
250 N. Pennsylvania Avenue
Morrisville, PA 19067
Telephone:    215-736-2521
Facsimile:    215-736-3647

Date:  November 16, 2016

1737518.1/48545