# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 6 | [ALL] Case Administration | 16.60 | $7,870.00 |
| 8 | [ALL] Claims Administration & Objections | 295.20 | $231,381.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 178.50 | $61,173.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 226.50 | $199,387.00 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 15.20 | $11,264.00 |
| 12 | [ALL] Hearings | 22.70 | $18,514.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 120.30 | $58,330.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 5.00 | $2,912.00 |
| 18 | [ALL] Non-Working Travel | 56.90 | $45,056.50 |
| 21 | [ALL] Plan and Disclosure Statements | 19.50 | $18,082.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 65.30 | $68,754.50 |
| 29 | [ALL] Tax Issues | 279.60 | $327,758.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 8.80 | $6,864.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 1.60 | $1,432.00 |
| 39 | [TCEH] Claims Administration & Objection | 10.00 | $6,763.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 6.00 | $4,715.00 |
| 42 | [TCEH] Environmental Issues | 12.00 | $11,808.00 |
| 51 | [TCEH] Plan/Disclosure Statements | 363.20 | $342,365.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 27.40 | $24,108.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 272.60 | $279,065.00 |
| 69[1] | [EFIH] Corp. Governance and Sec. Issues | 32.80 | $23,665.00 |
| 70 | [EFIH] Hearings | 35.80 | $23,084.50 |
| 73 | [EFIH] Non-Working Travel | 23.80 | $23,341.00 |
| 76 | [EFIH] Plan / Disclosure Statement | 1,374.90 | $1,170,838.00 |
| 90 | [EFH] Hearings | 7.00 | $8,020.00 |
| 113 | [ALL] Enforcement of TTI Rights | 1.50 | $1,492.50 |
| 115 | [TCEH] Exit Financing | 631.60 | $500,665.50 |
| | **Totals:** | **4,110.30** | **$3,478,710.50** |

---

[1] Amounts billed to [EFIH] matters 69, 70, 73, and 76 are allocated 90% to EFIH and 10% to EFH Corp. reflecting the corresponding debt amounts.

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,390.23 |
| Standard Copies or Prints | $2,264.30 |
| Color Copies or Prints | $2,484.90 |
| Production Blowbacks | $3,253.90 |
| Postage | $2.60 |
| Overnight Delivery | $443.13 |
| Outside Messenger Services | $228.32 |
| Local Transportation | $327.39 |
| Travel Expense | $17,664.80 |
| Airfare | $20,909.25 |
| Transportation to/from airport | $5,587.11 |
| Travel Meals | $1,463.03 |
| Other Travel Expenses | $1,023.92 |
| Court Reporter Fee/Deposition | $1,013.11 |
| Other Court Costs and Fees | $1,629.70 |
| Trial Exhibits | $17,583.75 |
| Outside Printing Services | $18,792.10 |
| Working Meals/K&E and Others | $120.00 |
| Catering Expenses | $3,092.00 |
| Outside Retrieval Service | $881.05 |
| Computer Database Research | $1,818.00 |
| Westlaw Research | $5,722.20 |
| LexisNexis Research | $161.60 |
| Overtime Transportation | $420.06 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $841.46 |
| Rental Expenses | $806.41 |
| Leased Equipment | $9,208.00 |
| **Total:** | **$119,152.32** |