# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 695.00 | 106.50 | $74,017.50 |
| Ryan Copeland | Associate | 2012 | Corporate - Debt Finance | 850.00 | 74.80 | $63,580.00 |
| Katherine Coverdale | Associate | 2010 | Executive Compensation | 719.87 | 37.40 | $26,923.00 |
| Jarrel DeLottinville | Associate | 2012 | Corporate - Capital Markets | 850.00 | 0.40 | $340.00 |
| Emily Geier | Associate | 2012 | Restructuring | 895.00 | 160.90 | $144,005.50 |
| Nicholas Hemmingsen | Associate | 2013 | Corporate - Investment Funds | 850.00 | 5.10 | $4,335.00 |
| Sam Hong | Associate | 2008 | Technology & IP Transactions | 895.00 | 2.50 | $2,237.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 780.00 | 105.30 | $82,134.00 |
| Jacob Johnston | Associate | 2013 | Litigation - General | 795.00 | 4.00 | $3,180.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 760.00 | 6.60 | $5,016.00 |
| Mark Menzies | Associate | 2014 | Litigation - General | 760.00 | 30.10 | $22,876.00 |
| Kristen Molloy | Associate | 2015 | Corporate - General | 610.00 | 228.50 | $139,385.00 |
| David Moore | Associate | 2015 | Corporate - General | 610.00 | 32.20 | $19,642.00 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 610.00 | 6.10 | $3,721.00 |
| Reed Schuster | Associate | 2011 | Corporate - Investment Funds | 695.00 | 7.50 | $5,212.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 945.00 | 122.70 | $115,951.50 |
| Daniel Sito | Associate | 2015 | Taxation | 640.00 | 3.60 | $2,304.00 |
| Matthew Smart | Associate | Pending | Restructuring | 525.00 | 21.60 | $11,340.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 795.00 | 176.00 | $139,920.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 680.00 | 230.40 | $156,672.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 691.67 | 198.70 | $137,435.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 525.00 | 44.20 | $23,205.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 780.00 | 26.60 | $20,748.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 850.00 | 257.90 | $219,215.00 |
| Dean Bachus | Partner | 2004 | Executive Compensation | 1,090.00 | 1.10 | $1,199.00 |
| Andrew Barton | Partner | 2010 | Executive Compensation | 945.00 | 3.60 | $3,402.00 |
| Katherine Bolanowski | Partner | 2009 | Corporate - Debt Finance | 945.00 | 19.30 | $18,238.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,380.00 | 24.50 | $33,810.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,010.00 | 8.10 | $8,181.00 |
| Thad Davis | Partner | 2005 | Taxation | 1,045.00 | 4.00 | $4,180.00 |
| Thomas Dobleman | Partner | 2011 | Corporate - Debt Finance | 945.00 | 88.70 | $83,821.50 |
| Barack S Echols | Partner | 1999 | Litigation - General | 1,025.00 | 37.90 | $38,847.50 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,030.00 | 67.00 | $69,010.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 875.00 | 33.20 | $29,050.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,445.00 | 57.80 | $83,521.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 187.60 | $168,840.00 |
| Jeffrey Gould | Partner | 2006 | Litigation - General | 955.00 | 0.90 | $859.50 |
| Warren Haskel | Partner | 2009 | Litigation - General | 900.00 | 2.50 | $2,250.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,120.00 | 12.00 | $13,440.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 103.50 | $112,815.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 16.40 | $18,040.00 |
| Atif Khawaja | Partner | 2003 | Litigation - General | 1,025.00 | 3.70 | $3,792.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 97.30 | $127,463.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 26.20 | $29,344.00 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | Technology & IP Transactions | 1,195.00 | 3.00 | $3,585.00 |
| Christopher Landau, P.C. | Partner | 1990 | Litigation - Appellate | 1,495.00 | 14.00 | $20,930.00 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,325.00 | 6.50 | $8,612.50 |
| Daniel Lewis | Partner | 2008 | Technology & IP Transactions | 975.00 | 0.50 | $487.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,495.00 | 63.30 | $94,633.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 102.70 | $124,780.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,075.00 | 82.70 | $88,902.50 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,325.00 | 3.50 | $4,637.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,380.00 | 90.10 | $124,338.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 945.00 | 74.80 | $70,686.00 |
| John C O'Quinn | Partner | 2001 | IP Litigation | 1,095.00 | 4.50 | $4,927.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 134.40 | $120,960.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 26.30 | $26,168.50 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,380.00 | 14.30 | $19,734.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 940.00 | 1.70 | $1,598.00 |
| Jeffrey S Quinn | Partner | 1998 | Employee Benefits | 1,075.00 | 9.10 | $9,782.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 940.00 | 20.00 | $18,800.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 13.80 | $13,731.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 33.20 | $43,492.00 |
| Steven Serajeddini | Partner | 2010 | Restructuring | 945.00 | 0.90 | $850.50 |
| Dean S Shulman, P.C. | Partner | 1992 | Taxation | 1,495.00 | 5.80 | $8,671.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 22.30 | $30,774.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 161.40 | $154,137.00 |
| Michael Thorpe | Partner | 2009 | Litigation - General | 875.00 | 0.20 | $175.00 |
| Jason M Wilcox | Partner | 2011 | IP Litigation | 875.00 | 5.30 | $4,637.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,020.00 | 8.70 | $8,874.00 |

RLF1 15798386v.1

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 32.50 | $39,812.50 |
| **Grand Total** | | | | | **3,620.40** | **$3,322,218.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jonathon Merriman | Junior Paralegal | 6 months | Litigation - General | 220.00 | 14.00 | $3,080.00 |
| Nisha Shah | Junior Paralegal | 6 months | Junior Paralegal | 220.00 | 5.10 | $1,122.00 |
| Colleen Caamano | Litigation Suppt Cons | 3 years | Litigation - General | 325.00 | 8.80 | $2,860.00 |
| Chad Pappenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 85.70 | $28,281.00 |
| Jigna Dalal | Litigation Suppt Cons | 2 months | Litigation - General | 325.00 | 8.40 | $2,730.00 |
| Ruby Allen | Other | 8 years | Admin Services | 190.00 | 1.30 | $247.00 |
| Jungje Choi | Other | 3 months | Litigation - Antitrust/Competition | 260.00 | 0.20 | $52.00 |
| Linda Chuk | Other | 4 years | Admin Services | 250.00 | 2.70 | $675.00 |
| Laurie Dombrowski | Other | 1.5 years | Admin Services | 400.00 | 0.30 | $120.00 |
| Allison Graybill | Other | 3 years | Admin Services | 250.00 | 24.40 | $6,100.00 |
| Audrey Schlicht | Other | 1.5 years | Admin Services | 400.00 | 0.10 | $40.00 |
| Mollie Tuomisto | Other | 1.5 years | Litigation - Antitrust/Competition | 300.00 | 15.40 | $4,620.00 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 610.00 | 12.30 | $7,503.00 |
| Elizabeth Burns | Paralegal | 10 years | Corporate - General | 360.00 | 74.40 | $26,784.00 |
| Stephanie Ding | Paralegal | 6 months | Litigation - General | 280.00 | 65.70 | $18,396.00 |
| Jason Douangsanith | Paralegal | 1 month | Litigation - General | 205.00 | 23.10 | $4,735.50 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 310.00 | 4.10 | $1,271.00 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 400.00 | 4.70 | $1,880.00 |
| Paul Jones | Paralegal | 5 months | Litigation - General | 345.00 | 7.00 | $2,415.00 |
| Christopher Lambert | Paralegal | 5 years | Corporate - General | 345.00 | 2.00 | $690.00 |
| Travis J Langenkamp | Paralegal | 12 years | Litigation - General | 370.00 | 20.40 | $7,548.00 |
| Robert Orren | Paralegal | 6.5 years | Restructuring | 325.00 | 72.10 | $23,432.50 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 310.00 | 4.50 | $1,395.00 |
| Laura Saal | Paralegal | 12.5 years | Restructuring | 335.00 | 0.90 | $301.50 |
| Robin Soneson | Paralegal | 4 years | Technology & IP Transactions | 310.00 | 0.50 | $155.00 |
| Kenneth Sturek | Paralegal | 15.5 years | Litigation - General | 370.00 | 1.80 | $666.00 |
| Barbara Siepka | Practice Support Asst | 25 years | Corporate - General | 220.00 | 0.60 | $132.00 |
| Matthew Smith | Trial Tech Consultant | 11 years | Litigation - General | 315.00 | 22.90 | $7,213.50 |
| Kenneth Dyche | Trial Tech Consultant | 2.5 years | Litigation General | 315.00 | 6.50 | $2,047.50 |
| **Grand Total** | | | | | **489.90** | **$156,492.50** |
| | | | **Total Fees Requested** | | **4,110.30** | **$3,478,710.50** |

RLF1 15798386v.1