## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 15798386v.1

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,390.23 |
| Standard Copies or Prints | $1,361.30 |
| Color Copies or Prints | $1,514.10 |
| Production Blowbacks | $3,253.90 |
| Postage | $2.60 |
| Overnight Delivery | $443.13 |
| Outside Messenger Services | $228.32 |
| Local Transportation | $327.39 |
| Travel Expense | $17,664.80 |
| Airfare | $20,909.25 |
| Transportation to/from airport | $5,587.11 |
| Travel Meals | $1,463.03 |
| Other Travel Expenses | $1,023.92 |
| Court Reporter Fee/Deposition | $1,013.11 |
| Other Court Costs and Fees | $1,629.70 |
| Trial Exhibits | $17,583.75 |
| Outside Printing Services | $18,792.10 |
| Working Meals/K&E and Others | $120.00 |
| Catering Expenses | $3,092.00 |
| Outside Retrieval Service | $881.05 |
| Computer Database Research | $1,818.00 |
| Westlaw Research | $5,722.20 |
| LexisNexis Research | $161.60 |
| Overtime Transportation | $420.06 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $841.46 |
| Rental Expenses | $806.41 |
| Leased Equipment | $9,208.00 |
| **Total:** | **$117,278.52** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $333.00 |
| Color Copies or Prints | $318.00 |
| **Total:** | **$651.00** |

**EFIH - Expense Summary[1]**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $354.60 |
| Color Copies or Prints | $402.90 |
| **Total:** | **$757.50** |

[1] Amounts billed to [EFIH] matters are allocated 90% to EFIH and 10% to EFH Corp. reflecting the corresponding debt amounts.

RLF1 15798386v.1

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $215.40 |
| Color Copies or Prints | $249.90 |
| **Total:** | **$465.30** |