# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 9752, 9753, 9765, 9767** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SENA SHARON, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 5, 2016, I caused to be served a personalized "Notice of Defective Transfer," dated October 5, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Sena Sharon
Sena Sharon

Sworn to before me this
10th day of October, 2016

/s/ Notary Public
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 20 18

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Defective Transfer Notices_re DI 9752, 9753, 9765, 9767_AFF_10-5-16_SS.docx

# EXHIBIT A

In re:

ENERGY FUTURE HOLDINGS CORP., et al.

Chapter 11

Case No. 14-10979 (CSS)

**NOTICE OF DEFECTIVE TRANSFER**

TELWARES, INC.
15303 DALLAS PKWY STE 200
ADDISON, TX 75001-4602

BAR(23) MAILID \*\*\* 000110767120 \*\*\*   EFH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 23

CLAIMS RECOVERY GROUP LLC
92 UNION AVENUE
CRESSKILL, NJ 07626

**Your transfer of claim # 3593 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   9765               Date:   10/05/2016

/s/ Sid Garabato

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CLAIMS RECOVERY GROUP LLC | 92 UNION AVENUE, CRESSKILL, NJ 07626 |
| CONTROL SYSTEMS COMPANY | 1217 NORTON ROAD, HUDSON, OH 44236 |
| CONTROL SYSTEMS COMPANY | 1217 NORTON ROAD, HUDSON, OH 44236 |
| CRG FINANCIAL LLC | 100 UNION AVENUE, CRESSKILL, NJ 07626 |
| RESEARCH NOW INC | PO BOX 974063, DALLAS, TX 75397-4063 |
| TELWARES, INC. | 15303 DALLAS PKWY STE 200, ADDISON, TX 75001-4602 |
| TRC MASTER FUND LLC | ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |

**Total Creditor Count 8**

RICHARDS LAYTON & FINGER
ATTN: BARB WITTERS
920 NORTH KING STREET
WILMINGTON, DE 19801