# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## GLOBAL RESERVATION OF RIGHTS FOR RETAINED PROFESSIONALS CONCERNING FINAL FEE APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES IN CONNECTION WITH SERVICES RENDERED TO THE TCEH DEBTORS AND EFH SHARED SERVICES DEBTORS FOR THE PERIOD FROM APRIL 29, 2014 THROUGH OCTOBER 3, 2016

This reservation of rights (the "Reservation of Rights") is filed for the benefit of all Professionals[2] in the Chapter 11 Cases who (i) have rendered services to the TCEH Debtors and EFH Shared Services Debtors *and/or* (ii) have rendered and/or continue to render services to the EFH Debtors (the "Reserving Professionals"), concerning the final allowance of compensation for services, if any, rendered by the Reserving Professionals exclusively for the benefit of the TCEH Debtors and EFH Shared Services Debtors, and reimbursement of actual and necessary expenses incurred, if any, by the Reserving Professionals exclusively for the benefit of the TCEH Debtors and EFH Shared Services Debtors, for the period April 29, 2014 through October 3, 2016 with reference to the following facts:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 23, 2016 [D.I. 9374] (as may be further modified, amended, or supplemented, the "Plan").

RLF1 15813946v.1

1.  On April 29, 2014, each of the Debtors filed a voluntary petition with the Court under title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"). The Court has entered an order for joint administration of these chapter 11 cases. The Court has not appointed a trustee or examiner in these chapter 11 cases. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420], and an official committee of unsecured creditors representing the interests of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. on October 27, 2014 [D.I. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration of Paul Keglevic in support of the Debtors' first day motions [D.I. 98].

2.  On September 16, 2014, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order"), which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these cases.

3.  Given the size and complexity of these chapter 11 cases, the U.S. Trustee, the Debtors, and the TCEH Creditors' Committee agreed to recommend that the Court appoint a fee committee to review and report on, as appropriate, interim and final fee applications filed by all of the Debtors' retained professionals in accordance with 11 U.S.C. §§ 328, 330, and 331 of the Bankruptcy Code and the Interim Compensation Order (the "Fee Committee"). On August 21,

2014, the Court entered the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), appointing the Fee Committee and establishing procedures governing the Fee Committee's review of the Debtors' retained professionals' applications for compensation and the resolution of any concerns raised during such review. On October 3, 2014, the Fee Committee distributed an initial memorandum regarding guidelines for expense reimbursements to those professionals retained in these chapter 11 cases (the "Fee Committee Guidelines").

4. On August 23, 2016, the Debtors filed the Plan.

5. Following a multi-day trial in connection with the Plan, on August 29, 2016, the Court entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9421] (the "TCEH Confirmation Order"). Pursuant to the TCEH Confirmation Order, the Court confirmed the Plan solely as it relates to the TCEH Debtors and EFH Shared Services Debtors.

6. The TCEH Effective Date occurred on October 3, 2016.

7. A trial to consider confirmation of the Plan as it relates to the EFH Debtors is currently scheduled to commence on December 1, 2016.

**Reservation of Rights**

8. Following the occurrence of the TCEH Effective Date, the Fee Committee distributed a memorandum, dated October 5, 2016 (the "October 5th Memorandum"). In the October 5th Memorandum, the Fee Committee stated:

> With the effective date for the T-side reorganization on October 3, 2016, the Fee Committee would like to provide Retained Professionals with guidance on the final fee application process. The Fee Committee asks that certain professionals—those that bill

> *only* Tside debtors—combine their seventh interim and final fee applications consistent with the revised schedule outlined below.

See October 5th Memorandum at p. 1.

9. The October 5th Memorandum also stated:

> Professionals that bill any ***E-side*** debtor for services should file a seventh interim fee period application (May through August 2016) and eighth interim fee period application (September through December 2016) as usual. Assuming an E-side effective date in late spring, 2017, professionals' combined ninth interim/final fee applications for work performed from January 1, 2017 through the E-side effective date should be filed on or around 45 days after the E-side plan effective date.

See October 5th Memorandum at p. 1 (emphasis in original).[3]

10. Consequently, based on the guidance from the Fee Committee set forth in the October 5th Memorandum, the Debtors do **not** believe that any of the Reserving Professionals are required to file a final fee application in the Chapter 11 Cases at this time. However, out of an abundance of caution, this Reservation of Rights is filed to reserve the rights of all of the Reserving Professionals and to ensure the full compliance of all of the Reserving Professionals with Article II(A)(2)(a) of the Plan.

11. Following the occurrence of the EFH Effective Date, the Debtors anticipate that, consistent with the October 5th Memorandum, each of the Reserving Professionals will file a formal final fee application that (i) requests a final allowance on account of all fee and expense amounts specific to the TCEH Debtors and EFH Shared Services Debtors; and (ii) requests a final allowance on account of all fees and expenses incurred by the Reserving Professionals for any Collective Professional Fee Claims or Professional Fee Claims attributable directly to the estates of EFH Corp. and EFIH.

---

[3] *See also* Transcript of Record at pp. 13-14: lines 16-25; 1-4, *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del. Oct. 26, 2016).

Dated: November 17, 2016
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession