<u>**EXHIBIT A**</u>

**Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | .50 | $357.50 |
| FEE APPLICATIONS – OTHERS | 5.60 | $2,845.00 |
| FEE APPLICATIONS – S&L | 1.90 | $1,052.50 |
| HEARINGS | 6.60 | $4,719.00 |
| PLANS OF REORGANIZATION | 6.60 | $4,719.00 |
| **TOTAL** | **21.20** | **$13,696.00** |