## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COMPUTER RESEARCH | $ 3.00 |
| DOCUMENT REPRODUCTION | $ 18.40 |
| COLOR DOCUMENT REPRODUCTION | $ 0.50 |
| CELL PHONE | $ 1.60 |
| **TOTAL** | **$ 23.50** |