## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 9/1/2016 | COMPUTER RESEARCH - PACER | $3.00 |
| 109285-00002 | 9/13/2016 | DOCUMENT REPRODUCTION | $5.10 |
| 109285-00002 | 9/15/2016 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 9/15/2016 | DOCUMENT REPRODUCTION | $2.70 |
| 109285-00002 | 9/15/2016 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00002 | 9/16/2016 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 9/16/2016 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 9/19/2016 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00002 | 9/19/2016 | DOCUMENT REPRODUCTION | $1.60 |
| 109285-00002 | 9/19/2016 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 9/20/2016 | DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 9/20/2016 | DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 9/20/2016 | Document Reproduction | $0.20 |
| 109285-00002 | 9/20/2016 | Document Reproduction | $0.20 |
| 109285-00002 | 9/20/2016 | Document Reproduction | $0.10 |
| 109285-00002 | 9/20/2016 | Document Reproduction | $0.20 |
| 109285-00002 | 9/21/2016 | CELL PHONE - J. HUSTON | $0.90 |
| 109285-00002 | 9/21/2016 | CELL PHONE - J. HUSTON | $0.70 |
| 109285-00002 | 9/23/2016 | Document Reproduction | $0.10 |
| 109285-00002 | 9/26/2016 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 9/28/2016 | Document Reproduction | $0.10 |
| 109285-00002 | 9/28/2016 | Document Reproduction | $0.10 |
| 109285-00002 | 9/28/2016 | Document Reproduction | $0.10 |
| 109285-00002 | 9/28/2016 | Document Reproduction | $0.40 |
| 109285-00002 | 9/28/2016 | Document Reproduction | $0.20 |
| 109285-00002 | 9/28/2016 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 9/28/2016 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00002 | 9/28/2016 | COLOR DOCUMENT REPRODUCTION | $0.50 |
| 109285-00006 | 9/8/2016 | Document Reproduction | $0.80 |
| | | **TOTAL** | **$ 23.50** |