IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS ) | |
| CORP., ) | Jointly Administered |
| ) | |
| Debtor. ) | **Objection Deadline: 12/09/2016** |
| ) | **Hearing Date: TBD** |

**FIFTH INTERIM APPLICATION OF PHILLIPS, GOLDMAN, MCLAUGHLIN &
HALL, P.A. F/K/A PHILLIPS, GOLDMAN & SPENCE, P.A. AS COUNSEL TO THE
FEE COMMITTEE SEEKING COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD OF JANUARY 1, 2016 THROUGH APRIL 27, 2016
AND THE FINAL FEE APPLICATION
FOR THE PERIOD SEPTEMBER 1, 2014 THROUGH APRIL 27, 2016**

Phillips, Goldman, McLaughlin & Hall, P.A. f/k/a Phillips, Goldman & Spence, P.A. ("PG&S"), pursuant to sections 327, 330 and 331 of title 11 of the U.S. Bankruptcy Code, (as amended, the "Bankruptcy Code") and Fed. R. Bankr. P. 2016, hereby submits its *Fifth Interim Application of Phillips, Goldman, McLaughlin & Hall, P.A. f/k/a Phillips, Goldman & Spence, P.A. as Counsel to the Fee Committee Seeking Compensation and Reimbursement of Expenses for the Period of January 1, 2016 Through April 27, 2016 and Final Fee Application for the Period September 1, 2014 Through April 27, 2016* seeking payment of fees in the amount of $2,559.00 and expenses in the amount of $99.70 for the interim period and the final award of fees in the amount of $18,402.00 and expenses in the amount of $2,225.41(the "Application"). In support of its Application, PG&S states the following:

## BACKGROUND

1. On August 21, 2014, the Court approved the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "Fee Committee Order").

2. On January 9, 2015, the Court entered the *Order Authorizing the Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel to the Fee Committee* [Docket No. 3216] (the "Retention Order") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "Interim Compensation Order").

3. On April 16, 2015, PG&S filed the *First Interim Application of Phillips, Goldman & Spence, P.A. as Counsel to the Fee Committee for Compensation and Reimbursement of Expenses for the Period of September 1, 2014 Through December 31, 2014* [Docket No. 4188] (the "First Interim Fee Application") seeking payment of fees in the amount of $5,076.00 and expenses in the amount of $679.21 for a total of $5,755.21. The Court approved the First Interim Fee Application on June 24, 2015 at Docket No. 4843.

4. On July 15, 2015, PG&S filed the *Second Interim Application of Phillips, Goldman & Spence, P.A. as Counsel to the Fee Committee for Compensation and Reimbursement of Expenses for the Period of January 1, 2015 Through April 30, 2015* [Docket No. 5016] (the "Second Interim Fee Application") seeking payment of fees in the amount of $5,136.00 and expenses in the amount of $1,333.00 for a total of $6,469.00. The Court entered the Order approving the Second Interim Fee Application on October 26, 2015 at Docket No. 6667.

5. On November 2, 2015, PG&S filed the *Third Interim Application of Phillips, Goldman & Spence, P.A. as Counsel to the Fee Committee for Compensation and Reimbursement of Expenses for the Period of May 1, 2015 Through August 31, 2015* [Docket No. 6833] (the "Third Interim Fee Application") *seeking* payment of fees in the amount of

$3,759.00 and expenses in the amount of $68.20 for a total of $3,827.20. The Court entered the Order approving the Third Interim Fee Application on February 18, 2016 at Docket No. 7883.

6. On January 27, 2016, PG&S filed the *Fourth Interim Application of Phillips, Goldman & Spence, P.A. as Counsel to the Fee Committee for Compensation and Reimbursement of Expenses for the Period of September 1, 2015 Through December 31, 2015* [Docket No. 7737] (the "Fourth Interim Fee Application") *seeking* payment of fees in the amount of $1,872.00 and expenses in the amount of $45.30 for a total of $1,917.00. The Court entered the Order approving the Fourth Interim Fee Application on June 27, 2016 at Docket No.8824.

### The Fifth Interim Fee Period

7. PG&S is seeking compensation of its fees for services rendered and the costs incurred during the period of January 1, 2016 through April 27, 2016 (the "Fifth Interim Fee Period"). During the Fifth Interim Fee Period, PG&S fees totaled $2,559.00 and expenses in the amount of $99.70 for a total due of $2,658.70.

8. The following is a brief synopsis of the services rendered, broken down by category pursuant to Local Form 102. PG&S records all time by individual in tenths of an hour.

    a. **Case Administration**: PG&S worked with the Fee Committee to assure all of the pleadings conformed to local rules. PG&S obtained Court dates from Court staff and prepared all relevant binders for the hearings.

    b. **Fee/Employment Applications**: PG&S drafted and filed the interim applications for compensation for Godfrey & Kahn and for Richard Gitlin. PG&S prepared the appropriate fee binders for the Court. PG&S reviewed and filed the fee report for the Fee Committee.

   c. **PG&S Fee Application**: PG&S reviewed and coded the pre-bills for PG&S to assure compliance with the Local Rules. PG&S drafted and filed its interim applications for compensation and certificate of no objections.

### Proposed Payment Allocation

9. Paragraph 2(b) of the Interim Compensation Order, requires Professionals to allocate the fees and expenses sought in their Applications among (a) Energy Future Holdings Corp., (b) Energy Future Intermediate Holding Company LLC, and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases. As Delaware counsel to the Fee Committee the compensation earned and expenses incurred by PG&S should be allocated evenly amongst the Debtors.

### Representations

9. PG&S performed the services for which it is seeking compensation for the Fifth Interim Fee Period. It has not received payment or promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this Chapter 11 Case. Pursuant to Fed. R. Bankr. P. 2016(b), PG&S has not shared, nor has it agreed to share, any compensation it has or will receive with any other party or person other than with the partners, counsel and associates of PG&S.

10. PG&S has made every effort to represent the Fee Committee in the most expeditious and economical manner possible. Tasks have been assigned by the PG&S' senior professionals to other professionals so that much work has been done by professionals whose hourly rates are less than those more senior attorneys.

11. PG&S submits that each of the factors set forth in 11 U.S.C. § 330(a)(3) has been met, justifying the interim fee and expense approval requested herein. In particular, the time

spent on the services detailed in this Application was reasonable. 11 U.S.C. § 330(a)(3)(A). The rates charged by PG&S were reasonable, both on a horizontal (compared with other regional professionals) and vertical (fee gradients within each firm) basis. 11 U.S.C. § 330(a)(3)(B). Both at the time the services were rendered and thereafter. 11 U.S.C. § 330(a)(3)(C). Each of PG&S' individual professionals performed services within a reasonable amount of time commensurate with the complexity, importance and nature of the subject matter. 11 U.S.C. § 330(a)(3)(D). The compensation requested by PG&S is reasonable based on the customary compensation charged by comparably skilled practitioners in non-bankruptcy matters. 11 U.S.C. § 330(a)(3)(E).

### FINAL FEE PERIOD

12.     For the final fee period Final Fee Period, PG&S hereby applies for a final order allowing it (i) compensation in the amount of $18,402.00 for the reasonable and necessary legal services it has rendered to the Fee Committee in this case and $2,225.41 in expenses it incurred during the pendency of this case. This application contains all the information necessary for the Court to approve on a final basis the interim and final fee request contained herein.

13.     PG&S believes that this Application for the Final Fee Period complies with the requirements of Del.Bankr.LR 2016-2.

### Disinterestedness

14.     As disclosed in the *Affidavit of Stephen W. Spence and Disclosure Statement in Support of Application For Order Authorizing Employment and Retention of Phillips, Goldman & Spence, P.A. as Counsel for the Fee Committee*, filed with its retention Application, and the *First Supplemental Affidavit of Stephen W. Spence and Disclosure Statement in Support of Application for Order Authorizing Employment and Retention of Phillips, Goldman & Spence, P.A. as Counsel for the Debtor* [Docket No. 3135], PG&S did not hold or represent any interest

adverse to the Fee Committee, and has been, at all relevant times, a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

WHEREFORE, PG&S requests the Court enter an order i) approving payment of fees in the amount of $2,559.00 and expenses in the amount of $99.70 to PG&S on account of the services it rendered as counsel to the Fee Committee for the Fifth Interim Fee Period Interim Period for a total due of $2,658.70; ii) approve a final award of fees in the amount of $18,402.00 and expenses in the amount of $2,225.41 for a total of $20,627.41 to PG&S' for the Final Fee Application Period September 1, 2014 through April 27, 2016; iii) authorize the Debtor to pay the interim and final fee awards; and iii) grant such other relief as this Court deems fair.

                          PHILLIPS, GOLDMAN, MCLAUGHLIN
                          & HALL, P.A.

                          */s/ Lisa C. McLaughlin*
                          Lisa C. McLaughlin, Esquire (DE#3113)
                          1200 North Broom Street
                          Wilmington, DE 19806
                          (302) 655-4200
                          (302) 655-4210

Date:  November 18, 2016         *Former Delaware Counsel to the Fee Committee*