IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS ) | |
| CORP., ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Deadline: 12/09/2016 |
| ) | Hearing Date: TBD |

COVER SHEET
FIFTH INTERIM APPLICATION OF PHILLIPS, GOLDMAN, MCLAUGHLIN &
HALL, P.A. F/K/A PHILLIPS, GOLDMAN & SPENCE, P.A. AS COUNSEL TO THE
FEE COMMITTEE SEEKING COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD OF JANUARY 1, 2016 THROUGH APRIL 27, 2016
AND THE FINAL FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2014
THROUGH APRIL 27, 2016

Name of Applicant:         Phillips, Goldman, McLaughlin & Hall, P.A.
                           f/k/a Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to:               Fee Committee

Date of Retention          January 9, 2015, *Nunc Pro Tunc* to
                           November 21, 2014

Period for which Interim Compensation
is Sought:                 January 1, 2016 through April 27, 2016

Period for which Final Compensation
is Sought:                 September 1, 2014 through April 27, 2016

|  | Interim Period | Final Period |
|---|---|---|
| Amount of Compensation sought as actual, reasonable, and necessary: | $2,559.00 | $18,402.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $99.70 | $2,225.41 |
| Total Fees and Expenses: | $2,658.70 | $20,627.41 |

This is an:        __X__ interim          __X__ final application

1

## PREVIOUS APPLICATIONS OF PG&S

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 04/15/2015 Dkt. No. 4188 | 09/01/2014-12/31/2014 | $5,076.00 | $679.21 | $5,076.00 | $679.21 |
| 07/15/2015 Dkt. No. 5016 | 01/1/2015-04/30/2015 | $5,136.00 | $1,333.00 | $5,136.00 | $1,333.00 |
| 11/02/2015 Dkt. No. 6833 | 05/01/2015-08/31/2015 | $3,759.00 | $68.20 | $3,759.00 | $68.20 |
| 01/27/2016 Dkt No. 7737 | 09/01/2015 – 12/31/2015 | $1,872.00 | $45.30 | $1,872.00 | $45.30 |

## CURRENT INTERIM COMPENSATION SUMMARY

### JANUARY 1, 2016 THROUGH APRIL 27, 2016

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stephen W. Spence | Director/25 years/1981/ litigation/bankruptcy | $450 | .50 | $225.00 |
| Stephen A. Spence | Associate/5 years/2009 litigation/bankruptcy | $270 | 4.20 | $1,134.00 |
| Celeste A. Hartman | Sr. Paralegal/20 years/20 years prior experience | $150 | 7.70 | $1,155.00 |
| Michelle M. Okavage | Paralegal/ 21 years | $150 | .30 | $45.00 |
| Totals | | | 12.70 | $2,559.00 |
| Blended Rate | | | | $201.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Compensation |
|---|---|---|
| Case Administration | 1.7 | $297.00 |
| Fee/Employment Applications | 8.2 | $1,782.00 |
| PG&S Fee/Employment Applications | 2.8 | $480.00 |
| **Total** | **12.70** | **$2,559.00** |

2

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Photocopies (10¢ per page) | N/A | $10.80 |
| On-line Docket Research | Pacer, Inc. | $73.90 |
| Copy/Service/Delivery Fees | Parcels Inc. | $15.00 |
| **Total** | | **$99.70** |

## FINAL COMPENSATION SUMMARY

### SEPTEMBER 1, 2014 THROUGH APRIL 27, 2016

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stephen W. Spence | Director/25 years/1981/ litigation/bankruptcy | $450 | 5.6 | $2,520.00 |
| Stephen A. Spence | Associate/5 years/2009 litigation/bankruptcy | $270 | 10.50 | $2,835.00 |
| Aaron C. Baker | Associate/4 years/2011 litigation/bankruptcy | $270 | 12.10 | $3,267.00 |
| Celeste A. Hartman | Sr. Paralegal/20 years/20 years prior experience | $150 | 64.90 | $9,735.00 |
| Michelle M. Okavage | Paralegal/ 21 years | $150 | .30 | $45.00 |
| Totals | | | 93.40 | $18,402.00 |
| Blended Rate | | | | $197.02 |

### FINAL COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Compensation |
|---|---|---|
| Case Administration | 12.4 | $2,376.00 |
| PG&S Fee/Employment Applications | 33.00 | $5,580.00 |
| Fee/Employment Applications | 45.60 | $9,822.00 |
| Plan and Disclosure Statement | 2.40 | $624.00 |
| Total | 93.40 | $18,402.00 |

### FINAL EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Photocopies (10¢ per page) | N/A | $343.30 |
| Postage | N/A | $355.71 |
| On-line Docket Research | Pacer, Inc. | $194.40 |
| Travel Reimbursement | Aaron C. Baker | $25.30 |
| Copy/Service/Delivery Fees | Parcels Inc. | $1,306.70 |
| Total | | $2,225.41 |

4

5

                      PHILLIPS, GOLDMAN, MCLAUGHLIN
                                & HALL, P.A.


                            _/s/ Lisa C. McLaughlin_
                    Lisa C. McLaughlin, Esquire (DE#3113)
                    1200 North Broom Street
                    Wilmington, DE 19806
                    (302) 655-4200
                    (302) 655-4210

Date:  November 18, 2016          _Former Delaware Counsel to the Fee Committee_