# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JANUARY 1, 2016 THROUGH
# APRIL 27, 2016

Phillips, Goldman, McLaughlin & Hall, P.A.

November 16, 2016

File   EFH-FEE/SWS
Invoice number   123661

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

|            | EMP | SERVICES                          | HOURS | AMOUNT     |
|------------|-----|-----------------------------------|-------|------------|
| 01/04/16   | CAH | PG&S FEE RETENTION APPLICATIONS   | 2.8   | 480.00     |
| 01/06/16   | CAH | CASE ADMINISTRATION               | 1.7   | 297.00     |
| 01/12/16   | SWS | FEE/EMPLOYMENT APPLICATIONS       | 8.2   | 1,782.00   |
|            |     | Subtotal for FEES only: 04/27/16  | 12.7  | $2,559.00  |

| RATE   | SUMM |       | HOURS |          |       |       |
|--------|------|-------|-------|----------|-------|-------|
| 450.00 | SWS  | 0.50  | 0.50  | 225.00   | 0.00  | 0.00  |
| 270.00 | SAS  | 4.20  | 4.20  | 1,134.00 | 0.00  | 0.00  |
| 150.00 | MMO  | 0.30  | 0.30  | 45.00    | 0.00  | 0.00  |
| 150.00 | CAH  | 7.70  | 7.70  | 1,155.00 | 0.00  | 0.00  |
| Totals |      | 12.70 | 12.70 | 2,559.00 | 0.00  | 0.00  |

FEE APP  LEGALMASTER MIRC for Transactions  11/16/2016 Pg 1
-Fees-

Sorts:  Grouping code         (Paginate)
        Client code
        Actual employee code  (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from EFH to EFH
        Exclude "Billable $" (column 7) from 0.00 to 0.00
        Include "Invoice Number" from 123661 to 123661

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| | | Act | Trans | | Billable | Billable | F |
| Cl code | Grouping code description | Emp | Date | Transaction description | Hours | Dollars | Gp |
| EFH | CASE ADMINISTRATION | CAH | 01/06/16 | Code prebill to assure compliance with local rules. | 1.00 | 150.00 | Ca |
| EFH | CASE ADMINISTRATION | CAH | 01/26/16 | Review of and revise prebill to conform with local rules. | 0.20 | 30.00 | |
| | | | | | 1.20 | 180.00 | |
| EFH | CASE ADMINISTRATION | MMO | 04/20/16 | Prepare substitution of counsel. | 0.20 | 30.00 | |
| EFH | CASE ADMINISTRATION | MMO | 04/27/16 | E-mail to Celeste Hartman re: substitution of counsel. | 0.10 | 15.00 | |
| | | | | | 0.30 | 45.00 | |
| EFH | CASE ADMINISTRATION | SAS | 01/25/16 | Office conference with Celeste A. Hartman re: timing of filings and delivery of binder to Judge's chambers. | 0.10 | 27.00 | |
| | | | | | 0.10 | 27.00 | |
| EFH | CASE ADMINISTRATION | SWS | 01/26/16 | Review of e-mail re: agenda letters needed. | 0.10 | 45.00 | |
| | | | | | 0.10 | 45.00 | |
| | | | | | 1.70 | 297.00 | |

Total records this group:  6

```
FEE APP                                LEGALMASTER MIRC for Transactions                          11/16/2016  Pg  2
                                                    -Fees-
```

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | F Gp |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/04/16 | .pdf and file Phillips, Goldman, McLaughlin & Hall, P.A. Certificate of No Objection for its third interim fee application and e-mail to GCG to complete service. | 0.20 | 30.00 | Pf |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/11/16 | Begin draft Phillips, Goldman, McLaughlin & Hall, P.A. Fourth Interim Fee Application for the period September 1, 2015 through December 31, 2015. | 0.40 | 60.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/12/16 | Complete draft of Phillips, Goldman, McLaughlin & Hall, P.A. fee application and forward to Stephen W. Spence. | 0.50 | 75.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/12/16 | E-mail Phillips, Goldman, McLaughlin & Hall, P.A. fee application to Carla Andres for her review and review by Committee. | 0.20 | 30.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/27/16 | Add notice dates and forward Phillips, Goldman, McLaughlin & Hall, P.A. fee application to Stephen W. Spence to review and execute. | 0.20 | 30.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/27/16 | File Phillips, Goldman, McLaughlin & Hall, P.A. fee application with Court. | 0.20 | 30.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/28/16 | Review of and revise Notice of Hearing on fee applications approved by fee committee; conference with Stephen A. Spence on same. | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/29/16 | Review of e-mail from K. Boucher and review of and revise Notice; file and request service of same. | 0.30 | 45.00 | |
| | | | | | 2.30 | 345.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SAS | 02/19/16 | Review docket for entry of order approving fees; revise fee statement and send to EFH for payment. | 0.10 | 27.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SAS | 02/29/16 | Review docket; review, revise and file Certificate of No Objection for Fourth Interim Fee Application of Phillips, Goldman, McLaughlin & Hall, P.A.. | 0.20 | 54.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SAS | 02/29/16 | Review docket; review, revise and file Certificate of No Objection for Fourth Interim Fee Application of Phillips, Goldman, McLaughlin & Hall, P.A.. | 0.20 | 54.00 | |
| | | | | | 0.50 | 135.00 | |
| | | | | | 2.80 | 480.00 | |

Total records this group:   11

```
FEE APP                                    LEGALMASTER MIRC for Transactions                              11/16/2016  Pg 3
                                                        -Fees-
```

| (1) Cl code | (2) Grouping code description | (3) Act Emp | (4) Trans Date | (5) Transaction description | (6) Billable Hours | (7) Billable Dollars | (8) F Gp |
|---|---|---|---|---|---|---|---|
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/13/16 | Review of e-mail from K. Boucher concerning the filing of two fee applications (Godfrey & Kahn and Gitlin's) and timing of all upcoming filings; respond to same; conference with Stephen A. Spence. | 0.50 | 75.00 | fa |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/15/16 | E-mail to K. Boucher to determine timing of receipt of fee applications. | 0.10 | 15.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/22/16 | Review of Gitlin's third interim fee application and format correctly (.2); draft notice of application (.2); forward to Stephen W. Spence to review (.1); scan file and e-mail appropriate parties. | 0.80 | 120.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/22/16 | Review of Godfrey Kahn's third interim fee application and format correctly (.2); draft Notice of Application (.2) and forward to Stephen W. Spence to review (.1); scan, file and e-mail to appropriate parties (.3). | 0.80 | 120.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/25/16 | Draft Fee Binder documents, including fee chart, chart of documents covered in fee period; review of and revise same and send to co-counsel for approval. | 0.40 | 60.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/25/16 | Draft further documents related to fee applications. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/16 | E-mail from and to K. Boucher regarding fee binder documents and filing of Certificate of No Objections for Gitlin's and Godfrey & Kahn fee application. | 0.20 | 30.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/16 | Draft Certificate of No Objection for Gitlin's and Godfrey & Kahn's fee applications. | 0.40 | 60.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/16 | Teleconference Judge Sontche's chambers re: timing of fee binder and Certificate of No Objection filing and e-mail information about same to co-counsel e-mail about timing of fee reports. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/16 | Compile fee binder for Court. | 0.40 | 60.00 | |
| | | | | | 4.20 | 630.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 01/28/16 | Review Notice of Uncontested Hearing; coordinate changes with Celeste A. Hartman; revise signature blocks and Hearing timing; file Notice. | 0.60 | 162.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 02/12/16 | Review docket re: fee applications;; review and revise Certificate of No Objections; file Certificate of No Objections; send to client; revise binder table of contents and prepare binder for delivery before noon. | 0.90 | 243.00 | |

```
FEE APP                              LEGALMASTER MIRC for Transactions                              11/16/2016  Pg 4
                                                   -Fees-
```

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | F Gp |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 02/15/16 | Phone calls with Kathleen Boucher; review fee report and revise; revise exhibits; file report. | 0.50 | 135.00 | fa |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 02/17/16 | Review supplemental report and approve for filing; file report; coordinate service and hand delivery to Court. | 0.60 | 162.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 02/18/16 | Review amended agenda; review Phillips, Goldman, McLaughlin & Hall, P.A. fee application; travel to and attend uncontested fee hearing. | 1.00 | 270.00 | |
| | | | | | 3.60 | 972.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SWS | 01/12/16 | Review of and revise draft interim fee application. | 0.20 | 90.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SWS | 01/13/16 | Review of Energy Future's e-mail in fee app schedule. | 0.20 | 90.00 | |
| | | | | | 0.40 | 180.00 | |
| | | | | | 8.20 | 1,782.00 | |

Total records this group: 17

| | | | | | 12.70 | 2,559.00 | |
|---|---|---|---|---|---|---|---|

34 records printed.