# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## JANUARY 1, 2016 THROUGH
## APRIL 27, 201

**Phillips, Goldman, McLaughlin & Hall, P.A.**

November 16, 2016

File   EFH-FEE/SWS
Invoice number   123661

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

    COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 01/01/16 | On-line docket research | 73.90 |
| 01/11/16 | Photocopies | 10.80 |
| 03/21/16 | Check No.: 59993 - Parcel's Inc. - Document services. | 10.00 |
| 03/21/16 | Check No.: 59994 - Parcel's Inc. - Document services. | 5.00 |
| | Subtotal for COSTS only: 04/27/16 | $99.70 |