<u>**Exhibit B**</u>

**Budget and Staffing Plan**

**<u>Exhibit B-1</u>**


**May Budget and Staffing Plan**

**Budget and Staffing Plan**

**(For Matter Categories for the Period Beginning on May 1, 2016 and Ending on May 31, 2016)**

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors[2] | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 55 | $35,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 8 | $5,000.00 |
| 13 | Litigation:  FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation:  NSR Case | 155 | $125,000.00 |
| 22 | Litigation:  2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation:  2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation:  FPL Offer Curves Dispute | 15 | $10,000.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 20 | $10,000.00 |
| 48 | TCEH Going Public Transactions | 300 | $200,000.00 |
| 49 | TCEH Notes Offering | 75 | $50,000.00 |
| 50 | Project Longhorn | 35 | $25,000.00 |
| 51 | Project River | 0 | $0.00 |
| 52 | Project Titan | 0 | $0.00 |
| 53 | Horseshoe Bend | 95 | $75,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$595,500.00** |

---

[1]    Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2]    Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with Gibson Dunn's fee application.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 10 | $945 |
| Of Counsel | 1 | $715 |
| Associate (4+ years since first admission) | 7 | $670 |
| Jr. Associate (1-3 years since first admission) | 8 | $520 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 26 | **$710** |
| **Total Non-Attorney** | 2 | **$400** |
| **Total** | 28 | **$680** |

---

[3]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of these Chapter 11 Cases.

**Exhibit B-2**

**June Budget and Staffing Plan**

### Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on June 1, 2016 and Ending on June 30, 2016)

### Budget

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors[2] | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 20 | $13,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 8 | $5,000.00 |
| 13 | Litigation:  FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation:  NSR Case | 155 | $125,000.00 |
| 22 | Litigation:  2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation:  2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation:  FPL Offer Curves Dispute | 53 | $40,000.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 20 | $10,000.00 |
| 48 | TCEH Going Public Transactions | 125 | $100,000.00 |
| 49 | TCEH Notes Offering | 20 | $10,000.00 |
| 50 | Project Longhorn | 35 | $25,000.00 |
| 51 | Project River | 0 | $0.00 |
| 52 | Project Titan | 8 | $5,000.00 |
| 53 | Horseshoe Bend | 125 | $100,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| Total | | | $493,500.00 |

---

[1]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2]   Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with Gibson Dunn's fee application.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 10 | $945 |
| Of Counsel | 1 | $715 |
| Associate (4+ years since first admission) | 7 | $670 |
| Jr. Associate (1-3 years since first admission) | 8 | $520 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 26 | **$710** |
| **Total Non-Attorney** | 2 | **$400** |
| **Total** | 28 | **$680** |

---

[3]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of these Chapter 11 Cases.

## Exhibit B-3

**July Budget and Staffing Plan**

**Budget and Staffing Plan**

**(For Matter Categories for the Period Beginning on July 1, 2016 and Ending on July 31, 2016)**

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors[2] | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 15 | $9,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 8 | $5,000.00 |
| 13 | Litigation:  FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation:  NSR Case | 155 | $125,000.00 |
| 22 | Litigation:  2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation:  2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation:  FPL Offer Curves Dispute | 53 | $40,000.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 20 | $10,000.00 |
| 48 | TCEH Going Public Transactions | 125 | $100,000.00 |
| 49 | TCEH Notes Offering | 105 | $75,000.00 |
| 50 | Project Longhorn | 8 | $5,000.00 |
| 51 | Project River | 0 | $0.00 |
| 52 | Project Titan | 8 | $5,000.00 |
| 53 | Horseshoe Bend | 65 | $50,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$484,500.00** |

---

[1]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2]   Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with Gibson Dunn's fee application.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 10 | $945 |
| Of Counsel | 1 | $715 |
| Associate (4+ years since first admission) | 7 | $670 |
| Jr. Associate (1-3 years since first admission) | 8 | $520 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 26 | **$710** |
| **Total Non-Attorney** | 2 | **$400** |
| **Total** | 28 | **$680** |

---

[3]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of these Chapter 11 Cases.

**<u>Exhibit B-4</u>**


**August Budget and Staffing Plan**

**Budget and Staffing Plan**

**(For Matter Categories for the Period Beginning on August 1, 2016 and Ending on August 31, 2016)**

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors[2] | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 15 | $9,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 8 | $5,000.00 |
| 13 | Litigation:  FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation:  NSR Case | 155 | $125,000.00 |
| 22 | Litigation:  2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation:  2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation:  FPL Offer Curves Dispute | 53 | $40,000.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 65 | $50,000.00 |
| 48 | TCEH Going Public Transactions | 250 | $200,000.00 |
| 49 | TCEH Notes Offering | 105 | $75,000.00 |
| 50 | Project Longhorn | 8 | $5,000.00 |
| 51 | Project River | 0 | $0.00 |
| 52 | Project Titan | 0 | $0.00 |
| 53 | Horseshoe Bend | 65 | $50,000.00 |
| 54 | PUC RFI | 125 | $100,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$719,500.00** |

---

[1]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2]  Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with Gibson Dunn's fee application.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 10 | $945 |
| Of Counsel | 1 | $715 |
| Associate (4+ years since first admission) | 7 | $670 |
| Jr. Associate (1-3 years since first admission) | 8 | $520 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 26 | **$710** |
| **Total Non-Attorney** | 2 | **$400** |
| **Total** | 28 | **$680** |

---

[3]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of these Chapter 11 Cases.

2

## Exhibit B-5

**September Budget and Staffing Plan**

**Budget and Staffing Plan**

**(For Matter Categories for the Period Beginning on September 1, 2016 and Ending on September 30, 2016)**

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors[2] | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 55 | $35,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 8 | $5,000.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation: NSR Case | 155 | $125,000.00 |
| 22 | Litigation:  2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation:  2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation:  FPL Offer Curves Dispute | 53 | $40,000.00 |
| 41 | SEC Matters | 30 | $20,000.00 |
| 43 | Corporate Matters | 600 | $500,000.00 |
| 48 | TCEH Going Public Transactions | 300 | $250,000.00 |
| 49 | TCEH Notes Offering | 0 | $0.00 |
| 50 | Project Longhorn | 8 | $5,000.00 |
| 51 | Project River | 0 | $0.00 |
| 52 | Project Titan | 0 | $0.00 |
| 53 | Horseshoe Bend | 65 | $50,000.00 |
| 54 | PUC RFI | 125 | $100,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$1,180,500.00** |

---

[1]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2]   Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with Gibson Dunn's fee application.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 10 | $945 |
| Of Counsel | 1 | $715 |
| Associate (4+ years since first admission) | 7 | $670 |
| Jr. Associate (1-3 years since first admission) | 8 | $520 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 26 | **$710** |
| **Total Non-Attorney** | 2 | **$400** |
| **Total** | 28 | **$680** |

---

[3]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of these Chapter 11 Cases.

**Exhibit B-6**

**October Budget and Staffing Plan**

## Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on October 1, 2016 and Ending on October 31, 2016)

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors[2] | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Employment and Fee Applications | 20 | $13,000.00 |
| 46 | Budgeting | 3 | $2,000.00 |
| Applicable to TCEH Debtors | | | |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 30 | $20,000.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 0 | $0.00 |
| 18 | Litigation: NSR Case | 155 | $125,000.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 0 | $0.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation: FPL Offer Curves Dispute | 53 | $40,000.00 |
| 41 | SEC Matters | 20 | $10,000.00 |
| 43 | Corporate Matters | 260 | $200,000.00 |
| 48 | TCEH Going Public Transactions | 260 | $200,000.00 |
| 49 | TCEH Notes Offering | 105 | $75,000.00 |
| 50 | Project Longhorn | 8 | $5,000.00 |
| 53 | Horseshoe Bend | 65 | $50,000.00 |
| 54 | PUC RFI | 125 | $100,000.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 20 | $10,000.00 |
| 35 | Corporate Matters | 20 | $10,000.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $10,000.00 |
| 32 | Corporate Matters | 20 | $10,000.00 |
| **Total** | | | **$888,500.00** |

---

[1]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[2]   Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with Gibson Dunn's fee application.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 10 | $945 |
| Of Counsel | 1 | $715 |
| Associate (4+ years since first admission) | 7 | $670 |
| Jr. Associate (1-3 years since first admission) | 8 | $520 |
| Paralegal | 2 | $380 |
| **Total Attorney** | 26 | **$710** |
| **Total Non-Attorney** | 2 | **$400** |
| **Total** | 28 | **$680** |

---

[3]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of these Chapter 11 Cases.

2