**Exhibit D**

**Summary of Total Fees Incurred and Hours Billed During the Interim Fee Period**

RLF1 15825616v.1

**Attorneys and Paraprofessionals' Information**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| William B. Dawson | Partner | Litigation | TX – 1975 | $4,429.00 | 4.3 | 2 | $1,030.00 | $925.00 | $3,977.50 |
| Andrew L. Fabens | Partner | Corporate | NY – 2001 | $1,650.00 | 1.5 | 1 | $1,100.00 | N/A | N/A |
| James C. Ho | Partner | Litigation | DC – 2001<br>TX – 2006 | $8,455.00 | 9.5 | 1 | $890.00 | $885.00 | $8,407.50 |
| Joseph Kattan | Partner | Litigation | DC – 1980 | $824.00 | 0.8 | 0 | $1,030.00 | N/A | N/A |
| Brian J. Lane* | Partner | Corporate | MD – 1983<br>DC – 2000 | $702.00 | 0.6 | 2 | $1,170.00 | N/A | $651.00 |
| Robert B. Little | Partner | Corporate | TX – 1998 | $152,425.00 | 174.2 | 2 | $875.00 | $790.00 | $137,618.00 |
| James J. Moloney | Partner | Corporate | CA – 1994 | $1,603.00 | 1.4 | 2 | $1,145.00 | $1,035.00 | $1,449.00 |
| Ronald O. Mueller* | Partner | Corporate | NY – 1987<br>DC – 1989 | $468.00 | 0.4 | 0 | $1,170.00 | N/A | N/A |
| Nicholas H. Politan Jr. | Partner | Corporate | CA – 1986<br>NY – 2000 | $6,352.50 | 5.5 | 0 | $1,155.00 | N/A | N/A |
| Michael L. Raiff | Partner | Litigation | TX – 1992 | $75,795.00 | 81.5 | 2 | $930.00 | $840.00 | $68,460.00 |
| Michael A. Rosenthal | Partner | Bankruptcy | IL – 1980<br>TX – 1985<br>NY – 2009 | $10,206.00 | 8.4 | 2 | $1,215.00 | $1,140.00 | $9,576.00 |
| William S. Scherman | Partner | Litigation | DC – 1984 | $5,737.50 | 5.1 | 0 | $1,125.00 | N/A | N/A |
| David L. Sinak | Partner | Tax | TX – 1979 | $10,101.00 | 9.1 | 2 | $1,110.00 | N/A | N/A |
| Robert C. Walters* | Partner | Litigation | TX – 1983 | $918.00 | 0.9 | 1 | $1,020.00 | N/A | N/A |
| Jessica I. Basil | Of Counsel | Corporate | NY – 2000 | $10,003.50 | 11.7 | 1 | $855.00 | N/A | N/A |
| Jeffrey M. Jakubiak | Of Counsel | Corporate | NY – 1998<br>DC – 1998 | $3,760.00 | 4.7 | 0 | $855.00 | N/A | N/A |

RLF1 15825616v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed (In this Fee Application) | Hours Billed (In this Fee Application) | Number of Rate Increases | Hourly Rate Billed | | Fees Billed (In this Fee Application at First Interim Fee Application Billing Rate) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Ashley E. Johnson | Of Counsel | Litigation | NC – 2007<br>TX – 2009 | $1,144.00 | 1.6 | 2 | $715.00 | $740.00 | $1,184.00 |
| Gillian McPhee | Of Counsel | Corporate | MD – 1997<br>DC – 1998 | $1,943.50 | 2.3 | 1 | $845.00 | $790.00 | $1,817.00 |
| Eric M. Scarazzo | Of Counsel | Corporate | NY – 2006 | $25,650.00 | 30.0 | 0 | $855.00 | N/A | N/A |
| Jeffrey L. Steiner | Of Counsel | Corporate | MD – 2004<br>DC – 2006 | $2,329.00 | 3.4 | 0 | $685.00 | N/A | N/A |
| Matthew G. Bouslog | Associate | Bankruptcy | CA – 2011 | $21,802.50 | 32.3 | 2 | $675.00 | $555.00 | $17,926.50 |
| Caitlin A. Calloway | Associate | Corporate | TX – 2012 | $32,928.00 | 58.8 | 2 | $560.00 | $435.00 | $25,578.00 |
| Michael Q. Cannon | Associate | Tax | TX – 2012 | $9,035.00 | 13.9 | 2 | $650.00 | N/A | N/A |
| Russell H. Falcone | Associate | Litigation | TX – 2009 | $40,885.00 | 62.9 | 2 | $650.00 | $535.00 | $33,651.50 |
| Timothy P. Fisher | Associate | Unassigned | TX – 2013 | $208,275.50 | 389.3 | 1 | $535.00 | N/A | N/A |
| Jeremy L. Graves | Associate | Litigation | CO – 2012 | $477.00 | 0.6 | 2 | $790.00 | $710.00 | $426.00 |
| Kyle N. Guest | Associate | Unassigned | TX – 2015<br>DC - 2016 | $12,432.00 | 25.9 | 0 | $480.00 | N/A | N/A |
| Paige M. Lager* | Associate | Unassigned | Not Yet Admitted to Bar | $2,747.00 | 6.7 | 0 | $410.00 | N/A | N/A |
| Louis J. Matthews | Associate | Corporate | NY – 2014 | $137,340.00 | 228.9 | 0 | $600.00 | N/A | N/A |
| Robert Nichols | Associate | Litigation | CA – 2012<br>DC – 2014 | $585.00 | 0.9 | 1 | $650.00 | N/A | N/A |
| Joseph A. Orien | Associate | Corporate | TX – 2013 | $1,872.50 | 3.5 | 1 | $535.00 | N/A | N/A |
| William T. Thompson | Associate | Litigation | TX – 2013 | $6,060.00 | 12.0 | 2 | $505.00 | N/A | N/A |
| Needhi N. Vasavada | Associate | Unassigned | TX – 2014 | $133,296.00 | 277.7 | 1 | $480.00 | N/A | N/A |
| William C. Vaughn | Associate | Litigation | TX – 2013 | $33,330.00 | 66.0 | 0 | $505.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Elizabeth M. Viney | Associate | Litigation | LA – 2011<br>TX – 2011 | $1,921.00 | 3.4 | 1 | $565.00 | $485.00 | $1,649.00 |
| Jonathan M. Whalen | Associate | Corporate | TX – 2009 | $198,652.50 | 294.3 | 2 | $675.00 | $575.00 | $169,222.50 |
| Liron Kishinevsky** | Summer Associate | Unassigned | N/A | $5,031.00 | 25.8 | 0 | $195.00 | N/A | N/A |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | Bankruptcy | N/A | $55,596.00 | 135.6 | 2 | $410.00 | $380.00 | $51,528.00 |
| Linda S. Gee* | Paralegal. Joined firm as a Paralegal in 2012. | Litigation | N/A | $262.50 | 0.7 | 0 | $420.00 | N/A | N/A |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | Litigation | N/A | $731.50 | 1.9 | 2 | $385.00 | $355.00 | $674.50 |
| Vanessa Bratcher* | Manager, Global Practice Services. Joined firm 2005. | Research and Information Management | N/A | $429.00 | 1.1 | 0 | $390.00 | N/A | N/A |
| Carla Jones* | Research Analyst. Joined firm in 1999. | Research and Information Management | N/A | $72.00 | 0.3 | 1 | $240.00 | N/A | N/A |
| Christopher Karnes | EDiscovery Specialist. Joined Firm in 2012. | Research and Information Management | N/A | $11,772.00 | 32.7 | 1 | $360.00 | N/A | N/A |
| Marc E. Schneider | EDiscovery Specialist. Joined Firm in 2015. | Research and Information Management | N/A | $46,368.00 | 128.8 | 0 | $360.00 | N/A | N/A |
| Daniel Y. Shin | EDiscovery Specialist. Joined Firm in 2015. | Research and Information Management | N/A | $2,839.20 | 8.4 | 1 | $338.00 | N/A | N/A |
| **Voluntary Reduction** | | | | ($16,325.50) | | | | | |
| **TOTAL (professionals and paraprofessionals)** | | | | **$1,272,910.70** | **2169.3** | | | | |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| **TOTAL (professionals)** | | | | $1,159,458.00 | 1,834.0 | | | | |
| **TOTAL (paraprofessionals)** | | | | $113,452.70 | 335.3 | | | | |
| **Blended Rate (including paraprofessionals)** | | | | | | | $586.78 | $679.20 | |
| **Blended Rate (excluding paraprofessionals)** | | | | | | | $632.20 | $688.83 | |

\*  A large number of timekeepers billed relatively few hours during the Interim Fee Period.  Gibson Dunn is sensitive to the concerns raised in the Guidelines with respect to transitory timekeepers, and Gibson Dunn has ensured that each timekeeper billing to the Debtors' matters is necessary and appropriate.  With respect to the senior attorneys billing few hours, each attorney advised on discreet issues that required his or her specialized knowledge and expertise.  With respect to junior attorneys and other paraprofessionals billing few hours, each timekeeper was utilized to assist in a cost-effective manner with discreet research, discovery, or drafting issues that did not require substantial familiarity with the facts of the respective matter.  Additionally, while many timekeepers did not bill a large number of hours in this Interim Fee Period, most timekeepers have billed a substantial number of hours during the Final Fee Period.  Although Gibson Dunn submits that it should be compensated for the work performed by each of its timekeepers, Gibson Dunn has agreed to voluntarily reduce its fees by $2,851.5 attributable to the specific timekeepers indicated above who have billed fewer than 15 hours in these Chapter 11 Cases.

\*\* Gibson Dunn has voluntarily reduced its fees attributable to any Summer Associate.