## Exhibit E

**Summary of Actual and Necessary Expenses for the Interim Fee Period**

**Summary of Actual and Necessary Expenses for the Interim Fee Period**

| Expense | Amount |
|---|---:|
| Certified Copies | $80.00 |
| Document Retrieval Service | $149.30 |
| EDiscovery Database Hosting Fees | $47,827.22 |
| Filing Fees | $5,357.89 |
| In House Duplication | $160.50 |
| Meals | $95.76 |
| Messenger and Courier Expense | $169.79 |
| Outside Duplication and Binding | $4,375.08 |
| Outside Services/Consultants | $2,093.00 |
| Specialized Research | $6,053.33 |
| Travel – Air & Rail | $711.21 |
| Travel – Parking | $30.00 |
| Travel - Taxi & Other Modes/Miles | $34.83 |
| **Total** | **$67,137.91** |