## Exhibit F

**Summary of Fees and Expenses by Matter for the Interim Fee Period**

## Summary of Fees and Expenses by Matter for the Interim Fee Period

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| Applicable to All Debtors | | | | | | | |
| 12 | Tax Analysis | 60.0 | 0.0 | $42,000.00 | $0.00 | | |
| 25 | Public Policy Advice | 12.0 | 0.0 | $9,000.00 | $0.00 | | |
| 30 | Employment and Fee Applications | 180.0 | 168.2 | $114,000.00 | $77,755.00 | | |
| 46 | Budget-Related Work | 18.0 | 4.8 | $12,000.00 | $3,240.00 | | |
| Applicable to TCEH Debtors | | | | | | | |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 70.0 | 26.9 | $45,000.00 | $19,287.50 | | |
| 18 | Litigation: NSR Case | 930.0 | 110.1 | $750,000.00 | $83,239.50 | | |
| 24 | Litigation: FPL Offer Curves Dispute | 280.0 | 0.0 | $210,000.00 | $0.00 | | |
| 41 | SEC Matters | 130.0 | 1.8 | $70,000.00 | $963.00 | | |
| 42 | Expenses and Disbursements | | | | $0.00 | $67,137.91 | |
| 43 | Corporate Matters | 985.0 | 271.3 | $780,000.00 | $192,454.50 | | |
| 48 | TCEH Going Public Transactions | 1360.0 | 1,213.4 | $1,250,000.00 | $701,658.50 | | |
| 49 | TCEH Notes Offering | 410.0 | 0.0 | $285,000.00 | $0.00 | | |
| 50 | Project Longhorn | 102.0 | 9.6 | $70,000.00 | $5,416.00 | | |
| 52 | Project Titan | 16.0 | 0.2 | $10,000.00 | $206.00 | | |
| 53 | Horseshoe Bend | 480.0 | 45.4 | $375,000.00 | $40,270.00 | | |
| 54 | PUC RFI | 375.0 | 290.4 | $300,000.00 | $143,355.20 | | |
| Applicable to EFIH Debtors | | | | | | | |
| 34 | SEC Matters | 120.0 | 1.7 | $60,000.00 | $909.50 | | |
| 35 | Corporate Matters | 120.0 | 0.0 | $60,000.00 | $0.00 | | |
| 39 | Expenses and Disbursements | | | | $0.00 | $0.00 | |
| Applicable to EFH Debtors | | | | | | | |
| 31 | SEC Matters | 120.0 | 21.3 | $60,000.00 | $18,150.50 | | |
| 32 | Corporate Matters | 120.0 | 4.2 | $60,000.00 | $2,331.00 | | |
| 39 | Expenses and Disbursements | | | | $0.00 | $0.00 | |
| Voluntary Reduction | | | | | ($16,325.50) | | |
| **Totals** | | **3,198.0** | **2,169.3** | **$4,562,000.00** | **$1,272,910.70** | **$67,137.91** | **$1,340,048.61** |

RLF1 15825616v.1