**Exhibit G**

**Detailed Description of Services Provided**

**<u>Exhibit G-1</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 8, 2016**

**Invoice No. 2016061738**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   4,139.00 | $        0.00 | $   4,139.00 |
|  | **Totals** | $   4,139.00 | $    0.00 | $   4,139.00 |
|  | **Current Balance Due** |  |  | $   4,139.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $   9,008.30 | $    0.00 | $   9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: June 8, 2016                                                                                       Invoice No. 2016061738

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016043408 | 6,189.70 | 0.00 | 6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 8,328.30 | 0.00 | 8,328.30 |
| 92772-00018 | 04/18/16 | 2016040936 | 14,287.00 | 0.00 | 14,287.00 |
| 92772-00018 | 05/05/16 | 2016051167 | 14,005.00 | 0.00 | 14,005.00 |

**PREVIOUS BALANCE DUE**                                                $  100,970.10

**TOTAL OUTSTANDING BALANCE DUE**                              $  105,109.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 8, 2016**

**Invoice No. 2016061738**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $    4,139.00 | $    0.00 | $    4,139.00 |
|  | **Totals** | $    4,139.00 | $    0.00 | $    4,139.00 |
|  | **Current Balance Due** |  |  | $    4,139.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $  0.00 | $  9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016043408 | 6,189.70 | 0.00 | 6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 8,328.30 | 0.00 | 8,328.30 |
| 92772-00018 | 04/18/16 | 2016040936 | 14,287.00 | 0.00 | 14,287.00 |
| 92772-00018 | 05/05/16 | 2016051167 | 14,005.00 | 0.00 | 14,005.00 |

**PREVIOUS BALANCE DUE**                     $  100,970.10

**TOTAL OUTSTANDING BALANCE DUE**            $  105,109.10

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

---

For Services Rendered Through May 31, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MICHAEL L. RAIFF | 2.60 | $ 930.00 | $ | 2,418.00 |
| RUSSELL H. FALCONER | 2.30 | 650.00 | | 1,495.00 |
| ELIZABETH M. VINEY | 0.40 | 565.00 | | 226.00 |
| **Total Services** | | | $ | 4,139.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 4,139.00 |
| **BALANCE DUE** | $ | 4,139.00 |

NSR CASE
92772-00018

_____

Detail Services:

| 05/03/16 | | | | |
|---|---|---|---|---|
| 0.10 | FALCONER, RUSSELL H | $650.00 | $65.00 | PARTICIPATE IN ████████ CONFERENCE CALL AND CORRESPOND WITH M. RAIFF REGARDING SAME. |
| 05/10/16 | | | | |
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | CONFERENCE CALL ████ ████. |
| 0.20 | VINEY, ELIZABETH M | $565.00 | $113.00 | PARTICIPATE IN ████████ CONFERENCE CALL. |
| 05/11/16 | | | | |
| 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | CORRESPONDENCE ████████████. |
| 05/13/16 | | | | |
| 0.60 | RAIFF, MICHAEL L | $930.00 | $558.00 | CONFERENCE CALL ████ ██████. |
| 0.60 | FALCONER, RUSSELL H | $650.00 | $390.00 | ████████ DOCUMENT CALL. |
| 05/17/16 | | | | |
| 0.40 | FALCONER, RUSSELL H | $650.00 | $260.00 | PARTICIPATE IN ██████ CONFERENCE CALL AND CORRESPOND WITH M. RAIFF REGARDING SAME (.3); CORRESPONDENCE ████████ (.1). |
| 05/18/16 | | | | |
| 0.80 | RAIFF, MICHAEL L | $930.00 | $744.00 | REVIEW ██████ MATERIALS (.4); PARTICIPATE IN CALL WITH CO-COUNSEL (.3); FOLLOW-UP EMAILS (.1). |
| 05/20/16 | | | | |
| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | CONFERENCE CALL REGARDING DOCUMENTS (.7); FOLLOW-UP CALL WITH CLIENT (.3). |

| 0.70 | FALCONER, RUSSELL H | $650.00 | $455.00 | PARTICIPATE IN ███ ███ CALL. |

**05/24/16**

| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | PARTICIPATE IN ███ CONFERENCE CALL (.2); CORRESPOND WITH M. RAIFF ███ (.1). |
| 0.20 | VINEY, ELIZABETH M | $565.00 | $113.00 | PARTICIPATE IN ███ CALL. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062419**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   26,029.00 | $        0.00 | $  26,029.00 |
|  | **Totals** | $   26,029.00 | $       0.00 | $  26,029.00 |
|  | **Current Balance Due** |  |  | $   26,029.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $   2,926.00 | $   0.00 | $   2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire
instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016043410 | 4,125.50 | 0.00 | 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 1,398.60 | 0.00 | 1,398.60 |
| 92772-00030 | 04/18/16 | 2016043059 | 5,337.00 | 0.00 | 5,337.00 |
| 92772-00030 | 05/06/16 | 2016051484 | 6,306.50 | 0.00 | 6,306.50 |

**PREVIOUS BALANCE DUE** $ 36,291.20

**TOTAL OUTSTANDING BALANCE DUE** $ 62,320.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062419**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  26,029.00 | $      0.00 | $  26,029.00 |
|  | **Totals** | $  26,029.00 | $    0.00 | $  26,029.00 |
|  | **Current Balance Due** |  |  | $  26,029.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $  2,926.00 | $  0.00 | $  2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016043410 | 4,125.50 | 0.00 | 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 1,398.60 | 0.00 | 1,398.60 |
| 92772-00030 | 04/18/16 | 2016043059 | 5,337.00 | 0.00 | 5,337.00 |
| 92772-00030 | 05/06/16 | 2016051484 | 6,306.50 | 0.00 | 6,306.50 |

**PREVIOUS BALANCE DUE**                     $   36,291.20

**TOTAL OUTSTANDING BALANCE DUE**       $   62,320.20

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through May 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| MICHAEL L. RAIFF | 0.80 | $ 930.00 | $ 744.00 |
| ASHLEY E. JOHNSON | 0.30 | 715.00 | 214.50 |
| RUSSELL H. FALCONER | 0.30 | 650.00 | 195.00 |
| MATTHEW G. BOUSLOG | 8.00 | 675.00 | 5,400.00 |
| ROBERT M. NICHOLS | 0.90 | 650.00 | 585.00 |
| TIMOTHY P. FISHER | 0.90 | 535.00 | 481.50 |
| DUKE K. AMPONSAH | 44.90 | 410.00 | 18,409.00 |

**Total Services**                                          $  26,029.00




**Total Services, Costs/Charges**                              26,029.00

**BALANCE DUE**                                          $   26,029.00

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

05/05/16
0.80    AMPONSAH, DUKE K    $410.00    $328.00    REVIEW APRIL 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES.

05/06/16
3.10    AMPONSAH, DUKE K    $410.00    $1,271.00    PREPARE DRAFT OF EXHIBITS FOR GDC APRIL 2016 MONTHLY FEE STATEMENT (2.1); REVIEW APRIL 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.0).

05/09/16
0.10    BOUSLOG, MATTHEW G    $675.00    $67.50    EMAILS WITH D. AMPONSAH REGARDING FEE STATEMENT.

2.70    AMPONSAH, DUKE K    $410.00    $1,107.00    REVIEW APRIL 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.6); PREPARE DRAFT OF GDC APRIL 2016 MONTHLY FEE STATEMENT (2.0); EMAILS WITH M. BOUSLOG REGARDING SAME (0.1).

05/10/16
0.10    BOUSLOG, MATTHEW G    $675.00    $67.50    EMAILS WITH D. AMPONSAH REGARDING FEE APPLICATION.

2.90    AMPONSAH, DUKE K    $410.00    $1,189.00    FINALIZE DRAFT OF GDC APRIL 2016 MONTHLY FEE STATEMENT (1.5); PROVIDE GDC SIXTH INTERIM FEE APPLICATION SUPPORTING DOCUMENTS TO M. BOUSLOG (1.3); EMAILS WITH M. BOUSLOG REGARDING SAME (0.1).

05/11/16
0.90    AMPONSAH, DUKE K    $410.00    $369.00    FINALIZE DRAFT OF GDC APRIL 2016 MONTHLY FEE STATEMENT.

| | | | | |
|---|---|---|---|---|
| 05/12/16<br>2.20 | AMPONSAH, DUKE K | $410.00 | $902.00 | PREPARE DRAFTS OF EXHIBITS TO GDC SIXTH INTERIM FEE APPLICATION. |
| 05/16/16<br>2.00 | AMPONSAH, DUKE K | $410.00 | $820.00 | CONTINUE REVIEWING AND REVISING DRAFTS OF EXHIBITS TO GDC SIXTH INTERIM FEE APPLICATION. |
| 05/17/16<br>3.40 | AMPONSAH, DUKE K | $410.00 | $1,394.00 | PREPARE DRAFTS OF GDC SIXTH INTERIM FEE APPLICATION. |
| 05/18/16<br>1.20 | BOUSLOG, MATTHEW G | $675.00 | $810.00 | WORK ON FEE APPLICATION (0.7); CALLS WITH B. NICHOLS AND D. AMPONSAH REGARDING SAME (0.3); EMAILS WITH J. KATTAN, R. LITTLE, B. NICHOLS, AND D. AMPONSAH REGARDING SAME (0.2). |
| 0.90 | NICHOLS, ROBERT M | $650.00 | $585.00 | REVIEW AND ANALYZE BILLS FOR PROJECT TITAN (0.3); DRAFT DESCRIPTION OF WORK FOR FEE APPLICATION (0.3); CONFER WITH M. BOUSLAW REGARDING SAME (0.1); REDACT PRIVILEGED MATERIAL FROM TIMESHEETS (0.2). |
| 3.20 | AMPONSAH, DUKE K | $410.00 | $1,312.00 | REVIEW AND REVISE DRAFT OF GDC SIXTH INTERIM FEE APPLICATION. |
| 05/19/16<br>0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH B. NICHOLS AND D. AMPONSAH REGARDING FEE APPLICATION. |
| 05/20/16<br>0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | PREPARE FEE APPLICATION FOR NSR CASE. |
| 3.50 | AMPONSAH, DUKE K | $410.00 | $1,435.00 | REVIEW AND REVISE DRAFT OF GDC SIXTH INTERIM FEE APPLICATION (3.1); CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 05/23/16 | | | | | |
| | 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | REVIEW AND REVISE FEE STATEMENT (0.1); EMAILS WITH R. LITTLE, D. AMPONSAH AND J. MADRON REGARDING SAME (0.1). |
| | 0.90 | FISHER, TIMOTHY P | $535.00 | $481.50 | REVIEW BILLING DESCRIPTIONS FOR THE LAST QUARTER AND PREPARE CORPORATE PORTION OF BANKRUPTCY FEE APPLICATION. |
| | 2.70 | AMPONSAH, DUKE K | $410.00 | $1,107.00 | REVIEW AND REVISE DRAFT OF GDC SIXTH INTERIM FEE APPLICATION. |
| 05/24/16 | | | | | |
| | 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | WORK ON FEE APPLICATION. |
| | 2.60 | AMPONSAH, DUKE K | $410.00 | $1,066.00 | CONTINUE TO REVIEW AND REVISE DRAFT OF GDC SIXTH INTERIM FEE APPLICATION. |
| 05/25/16 | | | | | |
| | 0.30 | JOHNSON, ASHLEY E | $715.00 | $214.50 | PREPARE SUMMARY OF MATTERS UNDERTAKEN. |
| | 3.10 | BOUSLOG, MATTHEW G | $675.00 | $2,092.50 | WORK ON FEE APPLICATION (2.6); EMAILS WITH D. AMPONSAH REGARDING SAME (0.2); CALLS WITH D. AMPONSAH REGARDING SAME (0.3). |
| | 4.10 | AMPONSAH, DUKE K | $410.00 | $1,681.00 | CONTINUE TO REVIEW AND REVISE DRAFT OF GDC SIXTH INTERIM FEE APPLICATION (2.4); CONFER WITH BILLING REGARDING SAME (0.3); PREPARE DRAFT OF MARCH CNO EXHIBIT A AND MARCH 2016 MFIS (1.1); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
| 05/26/16 | | | | | |
| | 0.80 | RAIFF, MICHAEL L | $930.00 | $744.00 | WORK ON FEE APPLICATION EFFORTS AND INVOICE REDACTIONS. |

| | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | CALL WITH D. AMPONSAH REGARDING FEE APPLICATION (0.1); EMAILS WITH D. AMPONSAH AND M. RAIFF REGARDING SAME (0.1). |
| 3.90 | AMPONSAH, DUKE K | $410.00 | $1,599.00 | CONTINUE TO REVIEW AND REVISE DRAFT OF GDC SIXTH INTERIM FEE APPLICATION (2.5); CONFER WITH BILLING REGARDING SAME (0.3); REVIEW AND REDACT INVOICES/EXHIBITS REGARDING SAME (1.1). |

**05/27/16**

| | | | | |
|---|---|---|---|---|
| 2.70 | BOUSLOG, MATTHEW G | $675.00 | $1,822.50 | WORK ON FEE APPLICATION (2.1); CALLS WITH D. AMPONSAH REGARDING SAME (0.4); EMAILS WITH R. LITTLE AND D. AMPONSAH REGARDING SAME (0.1); EMAILS WITH K. STADLER REGARDING FEE COMMITTEE LETTER (0.1). |
| 3.30 | AMPONSAH, DUKE K | $410.00 | $1,353.00 | CONTINUE TO REVIEW AND REVISE DRAFT OF GDC SIXTH INTERIM FEE APPLICATION (2.3); CONFER WITH BILLING REGARDING SAME (0.3); REVIEW AND REDACT INVOICES/EXHIBITS REGARDING SAME (0.7). |

**05/31/16**

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH R. LITTLE AND D. AMPONSAH REGARDING FEE APPLICATION. |
| 3.60 | AMPONSAH, DUKE K | $410.00 | $1,476.00 | CONTINUE TO REVIEW AND REVISE DRAFT OF GDC SIXTH INTERIM FEE APPLICATION (2.3); CONFER WITH BILLING REGARDING SAME (0.3); REVIEW AND REDACT INVOICES/EXHIBITS REGARDING SAME (0.7); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062420**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $ 1,487.50 | $ 0.00 | $ 1,487.50 |
|  | **Totals** | $ 1,487.50 | $ 0.00 | $ 1,487.50 |
|  | **Current Balance Due** |  |  | $ 1,487.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $ 233.80 | $ 0.00 | $ 233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: June 13, 2016                                                                 Invoice No. 2016062420

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 4,227.50 | 0.00 | 4,227.50 |

**PREVIOUS BALANCE DUE**    $  22,565.20

**TOTAL OUTSTANDING BALANCE DUE**    $  24,052.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062420**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $ 1,487.50 | $ 0.00 | $ 1,487.50 |
|  | **Totals** | $ 1,487.50 | $ 0.00 | $ 1,487.50 |
|  | **Current Balance Due** |  |  | $ 1,487.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $ 233.80 | $ 0.00 | $ 233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 13, 2016**                                                         **Invoice No. 2016062420**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 4,227.50 | 0.00 | 4,227.50 |

**PREVIOUS BALANCE DUE**                                          $  22,565.20

**TOTAL OUTSTANDING BALANCE DUE**                         $  24,052.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through May 31, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| ROBERT B. LITTLE | 1.70 | $ 875.00 | $ | 1,487.50 |
| **Total Services** | | | $ | 1,487.50 |
| **Total Services, Costs/Charges** | | | | 1,487.50 |
| **BALANCE DUE** | | | $ | 1,487.50 |

EFH SEC MATTERS
92772-00031

_____

Detail Services:

05/01/16
  0.20     LITTLE, ROBERT B          $875.00      $175.00   REVIEW FORM 8-K DRAFTS.

05/03/16
  1.50     LITTLE, ROBERT B          $875.00   $1,312.50   WORK ON REVISED RISK FACTORS FOR FORM 10-Q (1.2); REVIEW REVISED FORM 10-Q DRAFT (0.3).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062422**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $ 2,889.00 | $ 0.00 | $ 2,889.00 |
|  | **Totals** | $ 2,889.00 | $ 0.00 | $ 2,889.00 |
|  | **Current Balance Due** |  |  | $ 2,889.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $ 6,002.80 | $ 0.00 | $ 6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016043418 | 1,829.50 | 0.00 | 1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 2,800.00 | 0.00 | 2,800.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00043 | 05/06/16 | 2016051486 | 8,071.00 | 0.00 | 8,071.00 |

**PREVIOUS BALANCE DUE**                                    $   26,444.40

**TOTAL OUTSTANDING BALANCE DUE**                          $   29,333.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062422**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $    2,889.00 | $        0.00 | $    2,889.00 |
|  | **Totals** | $    2,889.00 | $      0.00 | $    2,889.00 |
|  | **Current Balance Due** |  |  | $    2,889.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $   6,002.80 | $      0.00 | $   6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016043418 | 1,829.50 | 0.00 | 1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 2,800.00 | 0.00 | 2,800.00 |
| 92772-00043 | 05/06/16 | 2016051486 | 8,071.00 | 0.00 | 8,071.00 |

**PREVIOUS BALANCE DUE**                    $  26,444.40

**TOTAL OUTSTANDING BALANCE DUE**            $  29,333.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

---

For Services Rendered Through May 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| TIMOTHY P. FISHER | 5.40 | $ 535.00 | $ 2,889.00 |
| **Total Services** | | | $ 2,889.00 |

| | | | |
|---|---|---|---|
| **Total Services, Costs/Charges** | | | 2,889.00 |
| **BALANCE DUE** | | | $ 2,889.00 |

Invoice Date: June 13, 2016

**Due and Payable Upon Receipt**

Invoice No. 2016062422

TCEH CORPORATE MATTERS
92772-00043

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 05/17/16<br>0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | CONFERENCE WITH WORKING GROUP REGARDING REORGANIZATION. |
| 05/18/16<br>0.50 | FISHER, TIMOTHY P | $535.00 | $267.50 | CONFERENCE WITH WORKING GROUP REGARDING PROJECT LESS. |
| 05/24/16<br>3.20 | FISHER, TIMOTHY P | $535.00 | $1,712.00 | REVIEW PROJECT LESS CHART (1.9); PREPARE MATRIX OF MERGERS AND OTHER CORPORATE TRANSACTIONS (1.3). |
| 05/25/16<br>1.50 | FISHER, TIMOTHY P | $535.00 | $802.50 | REVIEW PROJECT LESS WORKPLAN (0.4); REVISE MATRIX (0.5); CONFERENCE WITH WORKING GROUP REGARDING SAME (0.6). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062423**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    1,417.50 | $    0.00 | $    1,417.50 |
|  | **Totals** | $    1,417.50 | $    0.00 | $    1,417.50 |
|  | **Current Balance Due** |  |  | $    1,417.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: June 13, 2016                                                                 Invoice No. 2016062423
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 67.50 | 0.00 | 67.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 1,151.00 | 0.00 | 1,151.00 |
| 92772-00046 | 05/06/16 | 2016051487 | 607.50 | 0.00 | 607.50 |

**PREVIOUS BALANCE DUE** $ 2,666.40

**TOTAL OUTSTANDING BALANCE DUE** $ 4,083.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062423**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    1,417.50 | $      0.00 | $    1,417.50 |
|  | **Totals** | $    1,417.50 | $      0.00 | $    1,417.50 |
|  | **Current Balance Due** |  |  | $    1,417.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 13, 2016**                                      **Invoice No. 2016062423**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 67.50 | 0.00 | 67.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 1,151.00 | 0.00 | 1,151.00 |
| 92772-00046 | 05/06/16 | 2016051487 | 607.50 | 0.00 | 607.50 |

**PREVIOUS BALANCE DUE**                                      $   2,666.40

**TOTAL OUTSTANDING BALANCE DUE**                    $   4,083.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through May 31, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 2.10 | $ 675.00 | $ | 1,417.50 |
| **Total Services** | | | $ | 1,417.50 |
| | | | | |
| **Total Services, Costs/Charges** | | | | 1,417.50 |
| **BALANCE DUE** | | | $ | 1,417.50 |

BUDGETING-RELATED WORK
92772-00046

---

Detail Services:

| 05/09/16 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | REVISE BUDGET (0.1); EMAILS WITH A. WRIGHT, D. KELLY AND M. RAIFF REGARDING SAME (0.1). |
| 05/10/16 1.10 | BOUSLOG, MATTHEW G | $675.00 | $742.50 | WORK ON BUDGET (0.7); EMAILS WITH R. LITTLE, J. HO, M. RAIFF AND A. WRIGHT REGARDING SAME (0.4). |
| 05/13/16 0.40 | BOUSLOG, MATTHEW G | $675.00 | $270.00 | WORK ON BUDGET (0.3); EMAILS WITH B. DAWSON REGARDING SAME (0.1). |
| 05/16/16 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | REVISE BUDGET (0.1); EMAILS WITH G. MOOR, B. DAWSON AND R. LITTLE REGARDING SAME (0.2). |
| 05/17/16 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH D. KELLY AND A. WRIGHT REGARDING BUDGET. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062424**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  12,666.50 | $      0.00 | $  12,666.50 |
| | **Totals** | $  12,666.50 | $    0.00 | $  12,666.50 |
| | **Current Balance Due** | | | $  12,666.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $    0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016043423 | 6,875.80 | 0.00 | 6,875.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 13, 2016**                                    **Invoice No. 2016062424**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00048 | 03/04/16 | 2016043438 | 8,237.10 | 0.00 | 8,237.10 |
| 92772-00048 | 04/18/16 | 2016043063 | 87,981.50 | 0.00 | 87,981.50 |
| 92772-00048 | 05/06/16 | 2016051488 | 43,400.00 | 0.00 | 43,400.00 |

**PREVIOUS BALANCE DUE** $ 188,101.90

**TOTAL OUTSTANDING BALANCE DUE** $ 200,768.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062424**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $   12,666.50 | $       0.00 | $   12,666.50 |
| | **Totals** | $   12,666.50 | $     0.00 | $   12,666.50 |
| | **Current Balance Due** | | | $   12,666.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $     0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: June 13, 2016**                                                                                **Invoice No. 2016062424**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016043423 | 6,875.80 | 0.00 | 6,875.80 |
| 92772-00048 | 03/04/16 | 2016043438 | 8,237.10 | 0.00 | 8,237.10 |
| 92772-00048 | 04/18/16 | 2016043063 | 87,981.50 | 0.00 | 87,981.50 |
| 92772-00048 | 05/06/16 | 2016051488 | 43,400.00 | 0.00 | 43,400.00 |

**PREVIOUS BALANCE DUE** $ 188,101.90

**TOTAL OUTSTANDING BALANCE DUE** $ 200,768.40

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

For Services Rendered Through May 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ANDREW L. FABENS | 0.50 | $1,100.00 | $    550.00 |
| ROBERT B. LITTLE | 6.30 | 875.00 | 5,512.50 |
| JONATHAN M. WHALEN | 5.90 | 675.00 | 3,982.50 |
| TIMOTHY P. FISHER | 4.90 | 535.00 | 2,621.50 |

**Total Services**                                        $  12,666.50

**Total Services, Costs/Charges**                          12,666.50

**BALANCE DUE**                                          $  12,666.50

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

Detail Services:

**05/04/16**

| | | | | |
|---|---|---|---|---|
| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | DISCUSSIONS WITH PAUL WEISS RE S-1 (0.2); DRAFT EMAILS WITH RESPECT TO THE SAME (0.2). |

**05/05/16**

| | | | | |
|---|---|---|---|---|
| 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | PARTICIPATE IN WEEKLY UPDATE CALL WITH WORKING GROUP. |

**05/09/16**

| | | | | |
|---|---|---|---|---|
| 0.50 | FABENS, ANDREW L | $1,100.00 | $550.00 | CORRESPONDENCE WITH R. LITTLE REGARDING PROPOSED REMARKETABLE NOTES STRUCTURE. |
| 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | REVIEW PRO FORMA FINANCIALS FOR FORM S-1 (0.3); CORRESPONDENCE WITH A. FABENS REGARDING PROPOSED REMARKETABLE NOTES STRUCTURE (0.5). |

**05/10/16**

| | | | | |
|---|---|---|---|---|
| 0.90 | LITTLE, ROBERT B | $875.00 | $787.50 | TELEPHONE CALL REGARDING TERM LOAN TO BOND CONVERSION ISSUES (0.6); E-MAILS REGARDING SAME (0.3). |
| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | DRAFT EMAILS REGARDING S-1. |

**05/11/16**

| | | | | |
|---|---|---|---|---|
| 1.30 | LITTLE, ROBERT B | $875.00 | $1,137.50 | TELEPHONE CALL WITH A. WRIGHT AND T. NUTT REGARDING FORM S-1 (0.4); ATTENTION TO ISSUES REGARDING POTENTIAL BOND EXCHANGE (0.7); REVISE FORM 8-K (0.2). |
| 0.60 | WHALEN, JONATHAN M | $675.00 | $405.00 | PARTICIPATE IN PHONE CALLS REGARDING S-1. |
| 0.10 | FISHER, TIMOTHY P | $535.00 | $53.50 | CONFERENCE WITH WORKING GROUP REGARDING S-1. |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 05/12/16 | 0.20 | LITTLE, ROBERT B | $875.00 | $175.00 | E-MAILS REGARDING FINANCIAL STATEMENT ISSUES. |
| 05/13/16 | 1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | PREPARE FORM S-1 DISCLOSURE REGARDING DEBT FINANCING. |
| | 1.50 | FISHER, TIMOTHY P | $535.00 | $802.50 | REVISE S-1 BASED ON FIRST QUARTER 10-Q. |
| 05/16/16 | 0.40 | FISHER, TIMOTHY P | $535.00 | $214.00 | REVISE S-1. |
| 05/18/16 | 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | TELEPHONE CALL WITH J. JOHNSON REGARDING EMERGENCE STEPS. |
| | 0.80 | FISHER, TIMOTHY P | $535.00 | $428.00 | REVISE S-1. |
| 05/19/16 | 3.10 | WHALEN, JONATHAN M | $675.00 | $2,092.50 | UPDATE S-1 TO REFLECT FIRST QUARTER FINANCIALS. |
| | 2.10 | FISHER, TIMOTHY P | $535.00 | $1,123.50 | REVISE S-1 AND CONFERENCE WITH WORKING GROUP REGARDING SAME. |
| 05/20/16 | 0.70 | LITTLE, ROBERT B | $875.00 | $612.50 | REVIEW AND REVISE FORM S-1. |
| | 1.40 | WHALEN, JONATHAN M | $675.00 | $945.00 | REVISE S-1 AND DISTRIBUTE TO EFH. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062428**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $    4,673.50 | $    0.00 | $    4,673.50 |
| | **Totals** | $    4,673.50 | $    0.00 | $    4,673.50 |
| | **Current Balance Due** | | | $    4,673.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $    9,980.60 | $    0.00 | $    9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |
| 92772-00050 | 02/04/16 | 2016043433 | 4,837.10 | 0.00 | 4,837.10 |
| 92772-00050 | 03/04/16 | 2016043443 | 3,689.00 | 0.00 | 3,689.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 13, 2016**                                                          **Invoice No. 2016062428**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 04/18/16 | 2016043064 | 85,732.00 | 0.00 | 85,732.00 |
| 92772-00050 | 05/06/16 | 2016051489 | 24,629.50 | 0.00 | 24,629.50 |

**PREVIOUS BALANCE DUE**          $ 294,487.52

**TOTAL OUTSTANDING BALANCE DUE**          $ 299,161.02

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062428**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $    4,673.50 | $    0.00 | $    4,673.50 |
|  | **Totals** | $    4,673.50 | $    0.00 | $    4,673.50 |
|  | **Current Balance Due** |  |  | $    4,673.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $   9,980.60 | $    0.00 | $   9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |
| 92772-00050 | 02/04/16 | 2016043433 | 4,837.10 | 0.00 | 4,837.10 |
| 92772-00050 | 03/04/16 | 2016043443 | 3,689.00 | 0.00 | 3,689.00 |
| 92772-00050 | 04/18/16 | 2016043064 | 85,732.00 | 0.00 | 85,732.00 |
| 92772-00050 | 05/06/16 | 2016051489 | 24,629.50 | 0.00 | 24,629.50 |

**PREVIOUS BALANCE DUE**                                    $  294,487.52

**TOTAL OUTSTANDING BALANCE DUE**                          $  299,161.02

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


PROJECT LONGHORN
92772-00050

---

For Services Rendered Through May 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JONATHAN M. WHALEN | 0.90 | $ 675.00 | $    607.50 |
| TIMOTHY P. FISHER | 7.60 | 535.00 | 4,066.00 |
| **Total Services** | | | $   4,673.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 4,673.50 |
| **BALANCE DUE** | $   4,673.50 |

PROJECT LONGHORN
92772-00050

---

Detail Services:

| Date | Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|---|
| 05/02/16 | 0.10 | FISHER, TIMOTHY P | $535.00 | $53.50 | CONFERENCE WITH WORKING GROUP REGARDING POST-CLOSING MATTERS. |
| 05/03/16 | 1.00 | FISHER, TIMOTHY P | $535.00 | $535.00 | PREPARE COMPILED CORRECTED CERTIFICATE OF MERGER AND NAME CHANGE AMENDMENT (0.9); CONFERENCE WITH WORKING GROUP AND CAPITOL SERVICES REGARDING SAME (0.1). |
| 05/04/16 | 0.30 | FISHER, TIMOTHY P | $535.00 | $160.50 | CONFERENCE WITH WORKING GROUP AND CAPITOL SERVICES REGARDING FILING OF CORRECTED CERTIFICATE OF MERGER AND FORNEY PIPELINE NAME CHANGE AMENDMENT (0.2); ATTEND TO FILING OF SAME (0.1). |
| 05/26/16 | 0.90 | WHALEN, JONATHAN M | $675.00 | $607.50 | ANALYSIS REGARDING WORKING CAPITAL ADJUSTMENT (0.4); PARTICIPATE IN PHONE CALL WITH RESPECT TO THE SAME (0.5). |
|  | 2.20 | FISHER, TIMOTHY P | $535.00 | $1,177.00 | CONFERENCE WITH WORKING GROUP REGARDING SUPPLEMENTAL CLOSING SET AND PREPARE  REGARDING SAME. |
| 05/27/16 | 4.00 | FISHER, TIMOTHY P | $535.00 | $2,140.00 | REVIEW CLOSING DOCUMENTS (1.7); PREPARE CLOSING INDEX, CLOSING SET AND FLASH DRIVES OF SAME (2.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062429**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00052 | Project Titan | $    206.00 | $    0.00 | $    206.00 |
|  | **Totals** | $    206.00 | $    0.00 | $    206.00 |
|  | **Current Balance Due** |  |  | $    206.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00052 | 04/18/16 | 2016043065 | $  5,082.00 | $    0.00 | $  5,082.00 |
| 92772-00052 | 05/06/16 | 2016051490 | 9,260.00 | 0.00 | 9,260.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $   14,342.00

**TOTAL OUTSTANDING BALANCE DUE**                              $   14,548.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062429**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00052 | Project Titan | $    206.00 | $    0.00 | $    206.00 |
|  | **Totals** | $    206.00 | $    0.00 | $    206.00 |
|  | **Current Balance Due** |  |  | $    206.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00052 | 04/18/16 | 2016043065 | $  5,082.00 | $    0.00 | $  5,082.00 |
| 92772-00052 | 05/06/16 | 2016051490 | 9,260.00 | 0.00 | 9,260.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: June 13, 2016**                                        **Invoice No. 2016062429**
**Due and Payable Upon Receipt**

| | |
|---|---|
| **PREVIOUS BALANCE DUE** | $ 14,342.00 |
| **TOTAL OUTSTANDING BALANCE DUE** | $ 14,548.00 |

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


PROJECT TITAN
92772-00052

---

For Services Rendered Through May 31, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| JOSEPH KATTAN | 0.20 | $1,030.00 | $ | 206.00 |
| **Total Services** | | | $ | 206.00 |
| **Total Services, Costs/Charges** | | | | 206.00 |
| **BALANCE DUE** | | | $ | 206.00 |

**Invoice Date: June 13, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016062429**

PROJECT TITAN
92772-00052

_____

Detail Services:

05/02/16

| | | | | |
|---|---|---|---|---|
| 0.20 | KATTAN, JOSEPH | $1,030.00 | $206.00 | REVIEW, ANALYZE REVISED TITAN REGULATORY ISSUES POWERPOINT DECK. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062430**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00053 | Horseshoe Bend Solar Project | $  35,995.50 | $      0.00 | $  35,995.50 |
| | **Totals** | $  35,995.50 | $   0.00 | $  35,995.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  35,995.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: June 13, 2016                                        Invoice No. 2016062430
**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062430**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00053 | Horseshoe Bend Solar Project | $  35,995.50 | $      0.00 | $  35,995.50 |
|  | **Totals** | $  35,995.50 | $      0.00 | $  35,995.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  35,995.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 13, 2016**                                                                 **Invoice No. 2016062430**

**Due and Payable Upon Receipt**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

HORSESHOE BEND SOLAR PROJECT
92772-00053

_____

For Services Rendered Through May 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| DAVID L. SINAK | 9.10 | $1,110.00 | $  10,101.00 |
| NICHOLAS H. POLITAN | 5.50 | 1,155.00 | 6,352.50 |
| ROBERT B. LITTLE | 5.20 | 875.00 | 4,550.00 |
| JESSICA I. BASIL | 9.40 | 855.00 | 8,037.00 |
| MICHAEL Q. CANNON | 10.70 | 650.00 | 6,955.00 |
| **Total Services** | | | $   35,995.50 |

| | |
|---|---:|
| **Total Services, Costs/Charges** | 35,995.50 |
| **BALANCE DUE** | $   35,995.50 |

HORSESHOE BEND SOLAR PROJECT
92772-00053

---

Detail Services:

05/04/16

| 0.20 | LITTLE, ROBERT B | $875.00 | $175.00 | CONFER WITH G. SANTOS REGARDING SOLAR PROJECT. |
| 0.40 | CANNON, MICHAEL Q | $650.00 | $260.00 | REVIEW OF    TERM SHEET FOR TAX-EQUITY TRANSACTION. |

05/05/16

| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | REVIEW SOLAR PROJECT DOCUMENTS. |

05/06/16

| 2.20 | SINAK, DAVID L | $1,110.00 | $2,442.00 | REVIEW    TERM SHEET FOR SOLAR PROJECT (0.9); PARTICIPATE IN TELEPHONE CONFERENCE WITH CLIENT REGARDING SAME (0.6); CONFERENCE WITH M. CANNON AND R. LITTLE REGARDING PROPOSED TAX-EQUITY TRANSACTION (0.7). |
| 1.30 | POLITAN, NICHOLAS H | $1,155.00 | $1,501.50 | CONFERENCE REGARDING TAX EQUITY STRUCTURE (0.1); REVIEW    TERM SHEET (1.2). |
| 2.10 | LITTLE, ROBERT B | $875.00 | $1,837.50 | REVIEW SOLAR PROJECT TERM SHEETS (0.4); CONFER WITH M. CANNON AND D. SINAK REGARDING SAME (0.7); CONFER WITH LUMINANT REGARDING SAME (1.0). |
| 1.50 | BASIL, JESSICA I | $855.00 | $1,282.50 | EMAIL N. POLITAN REGARDING TAX EQUITY STRUCTURE (0.1) REVIEW    TERM SHEET FOR TAX EQUITY INVESTMENT IN SOLAR PROJECT AND REVISE SAME (1.4). |
| 2.30 | CANNON, MICHAEL Q | $650.00 | $1,495.00 | CONFERENCE WITH D. SINAK AND R. LITTLE REGARDING PROPOSED TAX-EQUITY TRANSACTION (0.7); CALL WITH CLIENT TO DISCUSS    TERM SHEET FOR PROPOSED TAX-EQUITY TRANSACTION (1.6). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 05/07/16 | 0.10 | POLITAN, NICHOLAS H | $1,155.00 | $115.50 | EMAILS REGARDING TERM SHEET. |
| | 2.70 | BASIL, JESSICA I | $855.00 | $2,308.50 | REVIEW AND REVISE     TAX EQUITY TERM SHEET (2.6); EMAIL N. POLITAN REGARDING SAME (0.1). |
| 05/08/16 | 2.00 | POLITAN, NICHOLAS H | $1,155.00 | $2,310.00 | REVIEW AND REVISE     TERM SHEET. |
| 05/09/16 | 1.70 | BASIL, JESSICA I | $855.00 | $1,453.50 | REVIEW N. POLITAN COMMENTS TO TERM SHEET AND PROPOSAL LETTER (0.5); REVISE SAME (1.0); EMAIL N. POLITAN REGARDING SAME (0.1); EMAILS TO/FROM M. CANNON REGARDING TAX COMMENTS TO SAME (0.1). |
| | 1.80 | CANNON, MICHAEL Q | $650.00 | $1,170.00 | TAX REVIEW AND MARK-UP OF TERM SHEET. |
| 05/10/16 | 2.10 | SINAK, DAVID L | $1,110.00 | $2,331.00 | REVISE DRAFT TERM SHEET (1.4); CONFER WITH M. CANNON REGARDING SAME (0.7). |
| | 0.70 | BASIL, JESSICA I | $855.00 | $598.50 | REVIEW TAX COMMENTS TO TERM SHEET (0.3); FURTHER REVISE SAME (0.4). |
| | 2.10 | CANNON, MICHAEL Q | $650.00 | $1,365.00 | FINALIZE TAX REVIEW AND MARK-UP OF     TERM SHEET (1.4); CONFERENCE WITH D. SINAK REGARDING TERM SHEET (0.7). |
| 05/11/16 | 0.70 | LITTLE, ROBERT B | $875.00 | $612.50 | REVIEW REVISED LETTER OF INTENT. |

05/24/16

| | | | | |
|---|---|---|---|---|
| 3.70 | SINAK, DAVID L | $1,110.00 | $4,107.00 | REVISE COLLAR LANGUAGE DRAFT FOR TERM SHEET (0.5); PARTICIPATE IN CONFERENCE CALL WITH WORKING GROUP TO DISCUSS PROPOSED TERM SHEET REVISIONS (2.0); REVISE TERM SHEET TAX PROVISIONS (1.2). |
| 2.10 | POLITAN, NICHOLAS H | $1,155.00 | $2,425.50 | WORKING GROUP CALL REGARDING     TERM SHEET (1.8); REVIEW REVISIONS TO TERM SHEET (0.3). |
| 1.80 | LITTLE, ROBERT B | $875.00 | $1,575.00 | PARTICIPATE IN CALL WITH WORKING GROUP REGARDING PROPOSED TERM SHEET REVISIONS. |
| 2.50 | BASIL, JESSICA I | $855.00 | $2,137.50 | PARTICIPATE IN CALL WITH WITH WORKING GROUP REGARDING TERM SHEET (2.0); REVISE TERM SHEET (0.5). |
| 3.70 | CANNON, MICHAEL Q | $650.00 | $2,405.00 | ANALYSIS OF CODE SECTION 199 ISSUE (0.5); TAX REVIEW OF PROPOSED COLLAR (0.4); PREPARE FOR CALL WITH EFH (0.8); CALL WITH EFH TO DISCUSS TAX-EQUITY TERM SHEET (2.0). |

05/25/16

| | | | | |
|---|---|---|---|---|
| 1.10 | SINAK, DAVID L | $1,110.00 | $1,221.00 | REVISE TERM SHEET. |
| 0.40 | CANNON, MICHAEL Q | $650.00 | $260.00 | TAX REVIEW OF REVISED TAX-EQUITY INVESTMENT TERM SHEET. |

05/26/16

| | | | | |
|---|---|---|---|---|
| 0.30 | BASIL, JESSICA I | $855.00 | $256.50 | REVIEW COMMENTS TO TERM SHEET (0.2); REVISE AND DISTRIBUTE SAME (0.1). |

**Exhibit G-2**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 12, 2016**

**Invoice No. 2016071952**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 5, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   13,899.00 | $      0.00 | $   13,899.00 |
|  | **Totals** | $   13,899.00 | $      0.00 | $   13,899.00 |
|  | **Current Balance Due** |  |  | $   13,899.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $   9,008.30 | $      0.00 | $   9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: July 12, 2016                                                                 Invoice No. 2016071952

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016043408 | 6,189.70 | 0.00 | 6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 8,328.30 | 0.00 | 8,328.30 |
| 92772-00018 | 04/18/16 | 2016040936 | 2,857.40 | 0.00 | 2,857.40 |
| 92772-00018 | 05/05/16 | 2016051167 | 14,005.00 | 0.00 | 14,005.00 |
| 92772-00018 | 06/08/16 | 2016061738 | 4,139.00 | 0.00 | 4,139.00 |

**PREVIOUS BALANCE DUE**                                   $  93,679.50

**TOTAL OUTSTANDING BALANCE DUE**                          $  107,578.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 12, 2016**

**Invoice No. 2016071952**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 5, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  13,899.00 | $      0.00 | $  13,899.00 |
|  | **Totals** | $  13,899.00 | $      0.00 | $  13,899.00 |
|  | **Current Balance Due** |  |  | $  13,899.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 12, 2016**                                      **Invoice No. 2016071952**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 06/30/15 | 2015061449 | $  9,008.30 | $  0.00 | $   9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016043408 | 6,189.70 | 0.00 | 6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 8,328.30 | 0.00 | 8,328.30 |
| 92772-00018 | 04/18/16 | 2016040936 | 2,857.40 | 0.00 | 2,857.40 |
| 92772-00018 | 05/05/16 | 2016051167 | 14,005.00 | 0.00 | 14,005.00 |
| 92772-00018 | 06/08/16 | 2016061738 | 4,139.00 | 0.00 | 4,139.00 |

**PREVIOUS BALANCE DUE**  $  93,679.50

**TOTAL OUTSTANDING BALANCE DUE**  $  107,578.50

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

_____

For Services Rendered Through July 5, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 0.50 | $1,030.00 | $     515.00 |
| ROBERT C. WALTERS | 0.90 | 1,020.00 | 918.00 |
| MICHAEL L. RAIFF | 6.20 | 930.00 | 5,766.00 |
| RUSSELL H. FALCONER | 7.70 | 650.00 | 5,005.00 |
| ELIZABETH M. VINEY | 3.00 | 565.00 | 1,695.00 |
| **Total Services** | | | $   13,899.00 |


| | |
|--|--|
| **Total Services, Costs/Charges** | 13,899.00 |
| **BALANCE DUE** | $   13,899.00 |

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

---

Detail Services:

**06/02/16**
| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | WORK ON ██████ PLEADINGS. |
| 0.50 | FALCONER, RUSSELL H | $650.00 | $325.00 | REVIEW MOTION (.3); REVIEW CORRESPONDENCE ██████████ (.2). |

**06/03/16**
| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | WORK ON ORDER ████████ . |

**06/06/16**
| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | WORK ON ORDER ███████ . |
| 0.40 | FALCONER, RUSSELL H | $650.00 | $260.00 | PROPOSE █████ LANGUAGE ██████ AND CORRESPONDENCE REGARDING SAME. |

**06/07/16**
| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | CONFERENCE CALL AND FOLLOW-UP EMAILS ██ █████ . |
| 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | PARTICIPATE IN ████████ CONFERENCE CALL. |
| 0.20 | VINEY, ELIZABETH M | $565.00 | $113.00 | PARTICIPATE IN WEEKLY TEAM CALL. |

**06/10/16**
| | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | REVIEW CORRESPONDENCE REGARDING NEXT STEPS. |
| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | REVIEW CORRESPONDENCE ████████ . |

**06/14/16**
| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | CONFERENCE CALL WITH CLIENTS. |
| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | PARTICIPATE IN ████████ CONFERENCE CALL AND CORRESPOND WITH TEAM ██████████ . |

| 0.30 | VINEY, ELIZABETH M | $565.00 | $169.50 | PARTICIPATE IN ▓▓▓▓ CALL. |

**06/17/16**

| 0.50 | DAWSON, WILLIAM B | $1,030.00 | $515.00 | REVIEW EMAIL COMMUNICATIONS ▓▓▓▓. |
| 0.70 | RAIFF, MICHAEL L | $930.00 | $651.00 | CONFERENCE CALL WITH ▓▓▓▓ (.2); STUDY PROPOSAL AND RELATED COMMUNICATIONS (.5). |
| 0.60 | FALCONER, RUSSELL H | $650.00 | $390.00 | STUDY ▓▓▓▓ PROPOSAL (.3);, CORRESPOND WITH TEAM ▓▓▓▓ (.1); PARTICIPATE IN ▓▓▓▓ CALL (.2). |
| 0.50 | VINEY, ELIZABETH M | $565.00 | $282.50 | ▓▓▓▓ CORRESPONDENCE ▓▓▓▓. |

**06/20/16**

| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | REVIEW ▓▓▓▓. |
| 0.60 | FALCONER, RUSSELL H | $650.00 | $390.00 | RESEARCH ▓▓▓▓ AND CORRESPONDENCE REGARDING SAME. |
| 1.20 | VINEY, ELIZABETH M | $565.00 | $678.00 | REVIEW AND RESEARCH ISSUES ▓▓▓▓. |

**06/21/16**

| 0.90 | WALTERS, ROBERT C | $1,020.00 | $918.00 | CALL WITH ▓▓▓▓ TEAM ▓▓▓▓ (.7); EMAILS WITH FOLLOW UP TASKS (.2). |
| 0.60 | RAIFF, MICHAEL L | $930.00 | $558.00 | CONFERENCE CALL ▓▓▓▓ (.3); FOLLOW-UP ▓▓▓▓ AND RELATED COMMUNICATIONS (.3). |
| 0.50 | FALCONER, RUSSELL H | $650.00 | $325.00 | PARTICIPATE IN ▓▓▓▓ CONFERENCE CALL AND CORRESPOND WITH TEAM REGARDING NEXT STEPS. |
| 0.30 | VINEY, ELIZABETH M | $565.00 | $169.50 | PARTICIPATE IN ▓▓▓▓ CONFERENCE CALL. |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 06/24/16 0.40 | RAIFF, MICHAEL L | $930.00 | $372.00 | CONFERENCE CALL ████ ████████████ |
| 06/28/16 1.90 | RAIFF, MICHAEL L | $930.00 | $1,767.00 | WORK ON ISSUES AND ALTERNATIVES ████████ ████████ (.4); CONFERENCE CALL WITH R. FALOCNER ████ (.3); CONFERENCE CALL WITH CLIENTS (.5); WORK ON LETTER AND PROPOSAL (.7). |
| 3.20 | FALCONER, RUSSELL H | $650.00 | $2,080.00 | CONFER WITH M. RAIFF REGARDING ISSUES AND ALTERNATIVES ████████ ████████ (.3); PARTICIPATE IN ████████ CALL (.4); RESEARCH AND CORRESPOND REGARDING SAME (2.5). |
| 0.50 | VINEY, ELIZABETH M | $565.00 | $282.50 | PARTICIPATE IN ████████ CALL. |
| 06/29/16 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | WORK WITH R. FALCONER ████ ████████████. |
| 0.50 | FALCONER, RUSSELL H | $650.00 | $325.00 | WORK WITH M. RAIFF ████ ████████████. |
| 06/30/16 0.60 | FALCONER, RUSSELL H | $650.00 | $390.00 | ████████████████ CORRESPOND WITH TEAM ████████████. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016072453**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  11,765.00 | $    0.00 | $  11,765.00 |
|  | **Totals** | $  11,765.00 | $    0.00 | $  11,765.00 |
|  | **Current Balance Due** |  |  | $  11,765.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $  2,926.00 | $    0.00 | $  2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016043410 | 4,125.50 | 0.00 | 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 1,398.60 | 0.00 | 1,398.60 |
| 92772-00030 | 04/18/16 | 2016043059 | 1,067.40 | 0.00 | 1,067.40 |
| 92772-00030 | 05/06/16 | 2016051484 | 6,306.50 | 0.00 | 6,306.50 |
| 92772-00030 | 06/13/16 | 2016062419 | 26,029.00 | 0.00 | 26,029.00 |

**PREVIOUS BALANCE DUE**                                         $  58,050.60

**TOTAL OUTSTANDING BALANCE DUE**                      $  69,815.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016072453**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $ 11,765.00 | $ 0.00 | $ 11,765.00 |
|  | **Totals** | $ 11,765.00 | $ 0.00 | $ 11,765.00 |
|  | **Current Balance Due** |  |  | $ 11,765.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $ 2,926.00 | $ 0.00 | $ 2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016043410 | 4,125.50 | 0.00 | 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 1,398.60 | 0.00 | 1,398.60 |
| 92772-00030 | 04/18/16 | 2016043059 | 1,067.40 | 0.00 | 1,067.40 |
| 92772-00030 | 05/06/16 | 2016051484 | 6,306.50 | 0.00 | 6,306.50 |
| 92772-00030 | 06/13/16 | 2016062419 | 26,029.00 | 0.00 | 26,029.00 |

**PREVIOUS BALANCE DUE**                                   $  58,050.60

**TOTAL OUTSTANDING BALANCE DUE**                          $  69,815.60

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through June 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 6.80 | $ 675.00 | $  4,590.00 |
| DUKE K. AMPONSAH | 17.50 | 410.00 | 7,175.00 |
| **Total Services** | | | $  11,765.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 11,765.00 |
| **BALANCE DUE** | $  11,765.00 |

**Due and Payable Upon Receipt**

RETENTION/FEE APPLICATIONS
92772-00030

---

Detail Services:

**06/01/16**

| 1.80 | BOUSLOG, MATTHEW G | $675.00 | $1,215.00 | WORK ON FEE APPLICATION (0.8); CALLS WITH D. AMPONSAH RE SAME (0.5); EMAILS WITH D. KELLY, A. WRIGHT AND D. AMPONSAH RE SAME (0.3); REVISE FEE STATEMENT (0.1); EMAILS WITH J. MADRON, G. MOOR AND D. AMPONSAH RE SAME (0.1). |
|---|---|---|---|---|
| 3.00 | AMPONSAH, DUKE K | $410.00 | $1,230.00 | CONTINUE TO REVIEW AND REVISE DRAFT OF GDC SIXTH INTERIM FEE APPLICATION (1.6); CONFER WITH M. BOUSLOG REGARDING SAME (0.3); REVIEW AND REDACT INVOICES/EXHIBITS REGARDING SAME (0.4); PREPARE DRAFT OF FOURTH INTERIM INVOICE IFIS (0.7). |

**06/02/16**

| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH G. MOOR REGARDING FEE STATEMENT. |
|---|---|---|---|---|

**06/03/16**

| 1.30 | AMPONSAH, DUKE K | $410.00 | $533.00 | CONTINUE TO REVIEW AND REVISE DRAFT OF GDC SIXTH INTERIM FEE APPLICATION (0.7); REVISE DRAFT OF FOURTH INTERIM INVOICE IFIS (0.3); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
|---|---|---|---|---|

**06/06/16**

| 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | REVIEW FEE COMMITTEE LETTER REGARDING FEE APPLICATIONS (0.1); EMAILS WITH K. STADLER REGARDING FEE APPLICATION (0.1). |
|---|---|---|---|---|

**06/08/16**

| 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | EMAILS WITH G. MOOR REGARDING FEE APPLICATION. |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 0.80 | AMPONSAH, DUKE K | $410.00 | $328.00 | REVIEW MAY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

**06/09/16**

| | | | | |
|---|---|---|---|---|
| 0.80 | BOUSLOG, MATTHEW G | $675.00 | $540.00 | REVIEW AND REVISE INTERIM FEE INVOICE STATEMENT (0.5); EMAILS WITH G. MOOR REGARDING SAME (0.3). |
| 1.40 | AMPONSAH, DUKE K | $410.00 | $574.00 | REVISE DRAFT OF FOURTH INTERIM INVOICE IFIS (0.4); CONFER WITH M. BOUSLOG RE SAME (0.2); REVIEW MAY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (0.8). |

**06/13/16**

| | | | | |
|---|---|---|---|---|
| 2.80 | AMPONSAH, DUKE K | $410.00 | $1,148.00 | PREPARE DATA FOR CHARTS FROM THE MAY 2016 GDC FEE STATEMENT (2.0); PREPARE AND DRAFT 2016 APRIL EXHIBIT A TO CNO AND 2016 APRIL MFIS (0.8). |

**06/14/16**

| | | | | |
|---|---|---|---|---|
| 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING FEE STATEMENT. |
| 2.50 | AMPONSAH, DUKE K | $410.00 | $1,025.00 | PREPARE DRAFT OF MAY 2016 GDC FEE STATEMENT. |

**06/15/16**

| | | | | |
|---|---|---|---|---|
| 1.10 | BOUSLOG, MATTHEW G | $675.00 | $742.50 | FINALIZE FEE APPLICATION (0.7); CALLS WITH D. AMPONSAH REGARDING SAME (0.2); EMAILS WITH J. MADRON, R. LITTLE AND D. AMPONSAH REGARDING SAME (0.2). |
| 2.00 | AMPONSAH, DUKE K | $410.00 | $820.00 | REVISE DRAFT OF MAY 2016 GDC FEE STATEMENT (1.1); REVISE DRAFT OF SIXTH INTERIM FEE APPLICATION (0.7); CONFER WITH M. BOUSLOG RE SAME (0.2). |

**06/16/16**

| | | | | |
|---|---|---|---|---|
| 0.40 | AMPONSAH, DUKE K | $410.00 | $164.00 | UPLOAD RECENTLY FILED INTERIM FEE APPLICATION TO SHARED WEBSITE. |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/17/16 | 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | CALL WITH K. STADLER REGARDING FEE REPORT. |
| 06/20/16 | 0.40 | BOUSLOG, MATTHEW G | $675.00 | $270.00 | REVIEW MONTHLY FEE STATEMENT (0.2); EMAILS WITH R. LITTLE AND D. AMPONSAH RE SAME (0.1); EMAILS WITH J. MADRON RE FEE APPLICATION HEARING (0.1). |
| | 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH K. STADLER AND R. LITTLE REGARDING FEE APPLICATION. |
| | 1.40 | AMPONSAH, DUKE K | $410.00 | $574.00 | REVISE DRAFT OF MAY 2016 GDC FEE STATEMENT. |
| 06/21/16 | 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | REVISE MONTHLY FEE STATEMENT (0.1); EMAILS WITH J. MADRON RE FEE STATEMENT RE SAME (0.1). |
| | 0.40 | AMPONSAH, DUKE K | $410.00 | $164.00 | UPLOAD RECENTLY FILED INTERIM FEE STATEMENT TO SHARED WEBSITE. |
| 06/27/16 | 0.60 | BOUSLOG, MATTHEW G | $675.00 | $405.00 | TELEPHONIC HEARING RE FEE APPLICATION (0.5); EMAILS WITH R. LITTLE AND D. AMPONSAH RE FEE APPLICATION (0.1). |
| | 0.70 | AMPONSAH, DUKE K | $410.00 | $287.00 | PREPARE DRAFT OF FIFTH INTERIM INVOICE IFIS. |
| 06/28/16 | 0.90 | BOUSLOG, MATTHEW G | $675.00 | $607.50 | REVIEW AND REVISE INTERIM FEE INVOICE STATEMENT (0.5); CALLS WITH D. AMPONSAH REGARDING SAME (0.3); EMAILS WITH G. MOOR REGARDING SAME (0.1). |
| | 0.80 | AMPONSAH, DUKE K | $410.00 | $328.00 | REVISE AND UPDATE DRAFT OF FIFTH INTERIM INVOICE IFIS (0.5); CONFER WITH M. BOUSLOG RE SAME (0.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016072457**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   2,003.00 | $   0.00 | $   2,003.00 |
|  | **Totals** | $   2,003.00 | $   0.00 | $   2,003.00 |
|  | **Current Balance Due** |  |  | $   2,003.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $   233.80 | $   0.00 | $   233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 21, 2016**                                                                 **Invoice No. 2016072457**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 4,227.50 | 0.00 | 4,227.50 |
| 92772-00031 | 06/13/16 | 2016062420 | 1,487.50 | 0.00 | 1,487.50 |

**PREVIOUS BALANCE DUE**  $  24,052.70

**TOTAL OUTSTANDING BALANCE DUE**  $  26,055.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016072457**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  2,003.00 | $  0.00 | $  2,003.00 |
|  | **Totals** | $  2,003.00 | $  0.00 | $  2,003.00 |
|  | **Current Balance Due** |  |  | $  2,003.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $  233.80 | $  0.00 | $  233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 21, 2016**                                                                 **Invoice No. 2016072457**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 4,227.50 | 0.00 | 4,227.50 |
| 92772-00031 | 06/13/16 | 2016062420 | 1,487.50 | 0.00 | 1,487.50 |

**PREVIOUS BALANCE DUE**                                   $   24,052.70

**TOTAL OUTSTANDING BALANCE DUE**                          $   26,055.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

---

For Services Rendered Through June 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| RONALD O. MUELLER | 0.40 | $1,170.00 | $   468.00 |
| JAMES J. MOLONEY | 0.50 | 1,145.00 | 572.50 |
| ROBERT B. LITTLE | 1.10 | 875.00 | 962.50 |
| **Total Services** | | | $  2,003.00 |

**Total Services, Costs/Charges**                                    2,003.00

**BALANCE DUE**                                                      $   2,003.00

EFH SEC MATTERS
92772-00031

---

Detail Services:

06/11/16

| 0.40 | MUELLER, RONALD O | $1,170.00 | $468.00 | EMAILS AND FOLLOW-UP ON 8-K ANALYSIS. |
| 0.50 | MOLONEY, JAMES J | $1,145.00 | $572.50 | RESPOND TO EMAILS QUESTIONS FROM R. LITTLE RE CHANGE OF CEO IN CONNECTION WITH BANKRUPTCY (.2); ANALYZE FACTS AND ADVISE ON DISCLOSURE ISSUES (.3). |
| 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | EXAMINE FORM 8-K REPORTING ISSUE (0.7); E-MAILS REGARDING SAME (0.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016072451**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $  34,129.50 | $      0.00 | $  34,129.50 |
|  | **Totals** | $   34,129.50 | $    0.00 | $   34,129.50 |
|  | **Current Balance Due** |  |  | $   34,129.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $   6,002.80 | $    0.00 | $   6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016043418 | 1,829.50 | 0.00 | 1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 560.00 | 0.00 | 560.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 21, 2016**                                                                              **Invoice No. 2016072451**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 05/06/16 | 2016051486 | 8,071.00 | 0.00 | 8,071.00 |
| 92772-00043 | 06/13/16 | 2016062422 | 2,889.00 | 0.00 | 2,889.00 |

**PREVIOUS BALANCE DUE**                                    $   27,093.40

**TOTAL OUTSTANDING BALANCE DUE**                    $   61,222.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016072451**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $  34,129.50 | $     0.00 | $  34,129.50 |
|  | **Totals** | $   34,129.50 | $     0.00 | $   34,129.50 |
|  | **Current Balance Due** |  |  | $   34,129.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $   6,002.80 | $     0.00 | $   6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016043418 | 1,829.50 | 0.00 | 1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 560.00 | 0.00 | 560.00 |
| 92772-00043 | 05/06/16 | 2016051486 | 8,071.00 | 0.00 | 8,071.00 |
| 92772-00043 | 06/13/16 | 2016062422 | 2,889.00 | 0.00 | 2,889.00 |

**PREVIOUS BALANCE DUE**  $  27,093.40

**TOTAL OUTSTANDING BALANCE DUE**  $  61,222.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

---

For Services Rendered Through June 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL A. ROSENTHAL | 8.40 | $1,215.00 | $  10,206.00 |
| JAMES J. MOLONEY | 0.30 | 1,145.00 | 343.50 |
| ROBERT B. LITTLE | 26.80 | 875.00 | 23,450.00 |
| MICHAEL Q. CANNON | 0.20 | 650.00 | 130.00 |
| **Total Services** | | | $  34,129.50 |

**Total Services, Costs/Charges**                         34,129.50

**BALANCE DUE**                         $   34,129.50

TCEH CORPORATE MATTERS
92772-00043

---

Detail Services:

06/05/16

| 1.80 | ROSENTHAL, MICHAEL A | $1,215.00 | $2,187.00 | PREPARE FOR CALL WITH G. SANTOS, AND OTHERS REGARDING POSSIBLE TRANSACTION AND E-MAILS RELATED TO SAME (1.0); PARTICIPATE IN CONFERENCE CALL WITH CLIENT REGARDING OPTIONS (0.8). |

06/06/16

| 3.10 | ROSENTHAL, MICHAEL A | $1,215.00 | $3,766.50 | REVIEW ORDER AUTHORIZING ENTRY INTO COMMITMENT LETTER AND COMMITMENT LETTER (0.8); EMAIL        REGARDING TRANSACTION (0.3); UPDATE EMAILS TO CLIENT (0.2); TELEPHONE WITH        REGARDING TRANSACTION (0.6); PREPARE SUMMARY OF CALL WITH        AND RECOMMENDATIONS REGARDING NEXT STEPS (1.0); TELEPHONE WITH R. LITTLE AND EMAILS WITH D. SINAK REGARDING TAX RELATED ISSUES (0.2). |
| 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | CONFER WITH M. ROSENTHAL REGARDING        MATTER (0.3); CONFER WITH CLIENT REGARDING SAME (0.4); E-MAILS REGARDING SAME (0.4). |
| 0.20 | CANNON, MICHAEL Q | $650.00 | $130.00 | CONFERENCE WITH D. SINAK REGARDING TAX QUESTION RELATED TO OFFTAKE ARRANGEMENT. |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 06/07/16 3.20 | ROSENTHAL, MICHAEL A | $1,215.00 | $3,888.00 | REVIEW PROPOSED ORDER RELATED TO COMMITMENT LETTER AND EMAILS TO CLIENT REGARDING SAME (0.6); TELEPHONE WITH REGARDING STATUS (0.4); PREPARE EMAIL REPORT TO CLIENT REGARDING CALL WITH (0.6); ATTEND HEARING RELATED TO COMMITMENT LETTER (1.0); FOLLOW-UP EMAILS RELATED TO HEARING ON COMMITMENT LETTER (0.6). |
| 06/13/16 0.30 | ROSENTHAL, MICHAEL A | $1,215.00 | $364.50 | EMAIL TO LUMINANT REGARDING HEARING TRANSCRIPT ON MOTION. |
| 2.30 | LITTLE, ROBERT B | $875.00 | $2,012.50 | REVIEW AND REVISE TAX RECEIVABLES AGREEMENT. |
| 06/14/16 1.40 | LITTLE, ROBERT B | $875.00 | $1,225.00 | REVIEW AND REVISE TAX RECEIVABLE AGREEMENT (1.2); REVIEW AND REVISE FORM OF ASSIGNMENT AND ASSUMPTION AGREEMENT FOR ASSET TRANSFERS (0.2). |
| 06/16/16 3.70 | LITTLE, ROBERT B | $875.00 | $3,237.50 | REVIEW SEPARATION AGREEMENT (0.6); REVIEW AND REVISE ASSIGNMENT AND ASSUMPTION AGREEMENT (0.6); PARTICIPATE IN WEEKLY CALL (0.8); CONFER WITH A. WRIGHT (0.3); CONFER WITH PAUL WEISS REGARDING S-1 (0.2); PREPARE FOR CALL REGARDING TAX RECEIVABLE AGREEMENT (0.7); PARTICIPATE IN CALL REGARDING TAX RECEIVABLE AGREEMENT (0.5). |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 06/20/16<br>0.90 | LITTLE, ROBERT B | $875.00 | $787.50 | PREPARE FOR CALL WITH PAUL WEISS REGARDING TAX RECEIVABLE AGREEMENT (0.4); PARTICIPATE IN CALL WITH PAUL WEISS REGARDING TAX RECEIVABLE AGREEMENT (0.5). |
| 06/21/16<br>1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | REVIEW AND REVISE TAX RECEIVABLE AGREEMENT (0.9); E-MAILS TO A. WRIGHT REGARDING TAX RECEIVABLE AGREEMENT ISSUE (0.3). |
| 06/22/16<br>1.40 | LITTLE, ROBERT B | $875.00 | $1,225.00 | REVIEW AND REVISE TAX RECEIVABLE AGREEMENT (0.7); ATTENTION TO TRUST INDENTURE ACT QUALIFICATION ISSUES (0.7). |
| 06/23/16<br>0.30 | MOLONEY, JAMES J | $1,145.00 | $343.50 | RESPOND TO QUESTIONS FROM R. LITTLE RE QUALIFICATION UNDER THE TRUST INDENTURE ACT. |
| 3.80 | LITTLE, ROBERT B | $875.00 | $3,325.00 | CONFER WITH PAUL WEISS REGARDING TAX RECEIVABLE AGREEMENT (0.6); REVIEW FINANCE PROVISIONS IN SAME (0.3); E-MAILS REGARDING SAME (0.3); REVIEW AND REVISE REGISTRATION RIGHTS AGREEMENT (2.6). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/24/16 | 3.00 | LITTLE, ROBERT B | $875.00 | $2,625.00 | REVIEW REVISIONS TO REGISTRATION RIGHTS AGREEMENT (0.6); CONFER WITH E. SCARAZZO REGARDING SAME (0.6); E-MAILS REGARDING TAX RECEIVABLE AGREEMENT (0.3); CONFER WITH KIRKLAND REGARDING SAME (0.2); CONFER WITH E. SCARAZZO REGARDING TRUST INDENTURE ACT QUALIFICATION OF THE TAX RECEIVABLE AGREEMENT (0.3); CONFER WITH WELLS FARGO REGARDING SERVICE AS TRANSFER AGENT UNDER TAX RECEIVABLE AGREEMENT (0.3); CONFER WITH C. BURLS REGARDING SAME (0.3); CONFER WITH J. WHALEN REGARDING SLIDE DECK FOR GOING PUBLIC ISSUES (0.1); REVIEW AND REVISE SAME (0.3). |
| 06/27/16 | 1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | REVIEW FORM T-3 REQUIREMENTS (0.4); ATTENTION TO TAX RECEIVABLE AGREEMENT ISSUES (0.8). |
| 06/28/16 | 2.50 | LITTLE, ROBERT B | $875.00 | $2,187.50 | REVIEW AND REVISE TAX RECEIVABLE AGREEMENT (1.2); E-MAILS REGARDING SAME (0.4); TELEPHONE CALL WITH WORKING GROUP REGARDING SAME (0.6); TELEPHONE CALL WITH PAUL WEISS REGARDING SAME (0.3). |
| 06/29/16 | 2.60 | LITTLE, ROBERT B | $875.00 | $2,275.00 | WORK ON TAX RECEIVABLE AGREEMENT (0.7); REVIEW AND REVISE FORM T-3 (1.1); CONFER WITH G. SANTOS REGARDING SAME (0.2); TELEPHONE CALL WITH WORKING GROUP REGARDING PLAN SUPPLEMENT (0.6). |

06/30/16

| | | | | |
|---|---|---|---|---|
| 1.70 | LITTLE, ROBERT B | $875.00 | $1,487.50 | SUMMARIZE ISSUES IN REGISTRATION RIGHTS AGREEMENT (0.7); PARTICIPATE IN WEEKLY CALL (0.8); E-MAILS REGARDING TAX RECEIVABLE AGREEMENT (0.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016073146**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    405.00 | $    0.00 | $    405.00 |
|  | **Totals** | $    405.00 | $    0.00 | $    405.00 |
|  | **Current Balance Due** |  |  | $    405.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 67.50 | 0.00 | 67.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 230.20 | 0.00 | 230.20 |
| 92772-00046 | 05/06/16 | 2016051487 | 607.50 | 0.00 | 607.50 |
| 92772-00046 | 06/13/16 | 2016062423 | 1,417.50 | 0.00 | 1,417.50 |

**PREVIOUS BALANCE DUE**                                          $   3,163.10

**TOTAL OUTSTANDING BALANCE DUE**                                 $   3,568.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016073146**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    405.00 | $    0.00 | $    405.00 |
|  | **Totals** | $    405.00 | $    0.00 | $    405.00 |
|  | **Current Balance Due** |  |  | $    405.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: July 21, 2016                                                                 Invoice No. 2016073146
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 67.50 | 0.00 | 67.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 230.20 | 0.00 | 230.20 |
| 92772-00046 | 05/06/16 | 2016051487 | 607.50 | 0.00 | 607.50 |
| 92772-00046 | 06/13/16 | 2016062423 | 1,417.50 | 0.00 | 1,417.50 |

**PREVIOUS BALANCE DUE**                                   $   3,163.10

**TOTAL OUTSTANDING BALANCE DUE**                $   3,568.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through June 30, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.60 | $ 675.00 | $ | 405.00 |
| **Total Services** | | | $ | 405.00 |

| **Total Services, Costs/Charges** | 405.00 |
|------|------|
| **BALANCE DUE** | $    405.00 |

BUDGETING-RELATED WORK
92772-00046

---

Detail Services:

06/10/16
| 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | EMAILS WITH R. LITTLE, B. DAWSON, J. HO AND J. KATTAN REGARDING BUDGET. |

06/15/16
| 0.40 | BOUSLOG, MATTHEW G | $675.00 | $270.00 | WORK ON BUDGET (0.3); EMAILS WITH G. MOOR, C. GOOCH, A. WRIGHT, D. KELLY AND M. RAIFF REGARDING SAME (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016073147**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  57,760.50 | $  0.00 | $  57,760.50 |
|  | **Totals** | $  57,760.50 | $  0.00 | $  57,760.50 |
|  | **Current Balance Due** |  |  | $  57,760.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $  0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016043423 | 6,875.80 | 0.00 | 6,875.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 03/04/16 | 2016043438 | 8,237.10 | 0.00 | 8,237.10 |
| 92772-00048 | 04/18/16 | 2016043063 | 17,596.30 | 0.00 | 17,596.30 |
| 92772-00048 | 05/06/16 | 2016051488 | 43,400.00 | 0.00 | 43,400.00 |
| 92772-00048 | 06/13/16 | 2016062424 | 12,666.50 | 0.00 | 12,666.50 |

**PREVIOUS BALANCE DUE**      $ 130,383.20

**TOTAL OUTSTANDING BALANCE DUE**      $ 188,143.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016073147**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  57,760.50 | $      0.00 | $  57,760.50 |
|  | **Totals** | $  57,760.50 | $     0.00 | $  57,760.50 |
|  | **Current Balance Due** |  |  | $  57,760.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $     0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: July 21, 2016                                                                     Invoice No. 2016073147

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016043423 | 6,875.80 | 0.00 | 6,875.80 |
| 92772-00048 | 03/04/16 | 2016043438 | 8,237.10 | 0.00 | 8,237.10 |
| 92772-00048 | 04/18/16 | 2016043063 | 17,596.30 | 0.00 | 17,596.30 |
| 92772-00048 | 05/06/16 | 2016051488 | 43,400.00 | 0.00 | 43,400.00 |
| 92772-00048 | 06/13/16 | 2016062424 | 12,666.50 | 0.00 | 12,666.50 |

**PREVIOUS BALANCE DUE**                    $  130,383.20

**TOTAL OUTSTANDING BALANCE DUE**      $  188,143.70

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

For Services Rendered Through June 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| BRIAN J. LANE | 0.30 | $1,170.00 | $ 351.00 |
| ROBERT B. LITTLE | 20.20 | 875.00 | 17,675.00 |
| ERIC M. SCARAZZO | 14.00 | 855.00 | 11,970.00 |
| JONATHAN M. WHALEN | 4.90 | 675.00 | 3,307.50 |
| CAITLIN A. CALLOWAY | 0.30 | 560.00 | 168.00 |
| TIMOTHY P. FISHER | 45.40 | 535.00 | 24,289.00 |

**Total Services**                              $  57,760.50

**Total Services, Costs/Charges**                   57,760.50

**BALANCE DUE**                                 $  57,760.50

**Invoice Date: July 21, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016073147**

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

Detail Services:

**06/03/16**

| 0.70 | LITTLE, ROBERT B | $875.00 | $612.50 | PARTICIPATE IN WORKING GROUP CALL. |

**06/04/16**

| 0.30 | CALLOWAY, CAITLIN A | $560.00 | $168.00 | EMAILS REGARDING PREFERRED STOCK SALE. |

**06/06/16**

| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | CONFER WITH T. FISHER REGARDING TCEH EXIT AND RELATED ACTION ITEMS. |
| 1.20 | FISHER, TIMOTHY P | $535.00 | $642.00 | CONFERENCE WITH R. LITTLE REGARDING CURRENT EMERGENCE PLAN AND RELATED MATTERS (.4); RESEARCH TEXAS LAW FOR MERGERS RELATED TO SAME (.8). |

**06/07/16**

| 2.60 | FISHER, TIMOTHY P | $535.00 | $1,391.00 | REVIEW CHANGES TO EMERGENCE TRANSACTION AND REVISE MATRIX RELATED TO SAME (1.6); PREPARE DELAWARE CERTIFICATES OF MERGER AND CONVERSION RELATED TO SAME (1.0). |

**06/10/16**

| 0.90 | LITTLE, ROBERT B | $875.00 | $787.50 | PARTICIPATE IN WEEKLY UPDATE CALL. |
| 4.70 | FISHER, TIMOTHY P | $535.00 | $2,514.50 | PREPARE FORMS OF MERGER DOCUMENTS AND REVIEW LAW APPLICABLE TO SAME. |

**06/11/16**

| 0.30 | LANE, BRIAN J | $1,170.00 | $351.00 | CONFER WITH R. LITTLE RE 8-K QUESTION. |
| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | CONFER WITH B. LANE RE 8-K QUESTION. |
| 1.10 | WHALEN, JONATHAN M | $675.00 | $742.50 | REVISE S-1 TIMELINE. |

06/12/16

| 2.00 | FISHER, TIMOTHY P | $535.00 | $1,070.00 | REVIEW PROJECT LESS CHART AND PREPARE CERTIFICATE OF MERGER AND CONTRIBUTION AGREEMENT. |

06/13/16

| 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | REVIEW AND REVISE DESCRIPTION OF INDEBTEDNESS IN FORM S-1. |
| 4.00 | FISHER, TIMOTHY P | $535.00 | $2,140.00 | REVIEW CHANGES TO S-1 AND CONFERENCE WITH WORKING GROUP REGARDING SAME (2.0); REVISE CONTRIBUTION AGREEMENT AND REVIEW AND REVISE STEP CHART (2.0). |

06/14/16

| 2.40 | LITTLE, ROBERT B | $875.00 | $2,100.00 | CONFER WITH A. WRIGHT AND B. FURTADO REGARDING TRANSFER AGENT (0.3); GATHER REFERRALS FOR SAME (0.2); REVIEW AND REVISE FORM S-1 (1.9). |
| 1.40 | SCARAZZO, ERIC M | $855.00 | $1,197.00 | REVIEW AND REVISE TAX RECEIVABLES AGREEMENT. |
| 5.30 | FISHER, TIMOTHY P | $535.00 | $2,835.50 | REVIEW LESS CHART AND REVISE SAME (0.8); PREPARE FORM OF MERGER AND CONVERSION DOCUMENTS (2.5); PREPARE ASSIGNMENT AND ASSUMPTION AGREEMENT AND CONFERENCE WITH WORKING GROUP REGARDING SAME (2.0). |

06/15/16

| 2.10 | LITTLE, ROBERT B | $875.00 | $1,837.50 | REVIEW AND REVISE FORM S-1. |
| 4.00 | FISHER, TIMOTHY P | $535.00 | $2,140.00 | REVISE S-1. |

06/16/16

| 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | REVIEW AND REVISE FORM S-1. |
| 0.50 | SCARAZZO, ERIC M | $855.00 | $427.50 | PREPARE FOR AND PARTICIPATE IN CALL RELATED TO TAX RECEIVABLES AGREEMENT. |

| | | | | |
|---|---|---|---|---|
| 5.90 | FISHER, TIMOTHY P | $535.00 | $3,156.50 | REVISE S-1, INCLUDING PRO FORMA SECTION, AND CONFERENCE WITH WORKING GROUP REGARDING SAME (5.0); REVISE TRANSFER AGREEMENT FOR SEPARATION AGREEMENT (0.9). |
| **06/17/16** 1.40 | LITTLE, ROBERT B | $875.00 | $1,225.00 | REVIEW AND REVISE ORGANIZATIONAL DOCUMENTS FOR REORGANIZED TCEH (1.1); SUMMARIZE MATERIAL TERMS IN E-MAIL TO WORKING GROUP (0.3). |
| 0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | REVISE REORGANIZATION DOCUMENTS. |
| **06/19/16** 0.60 | FISHER, TIMOTHY P | $535.00 | $321.00 | RESEARCH DELAWARE LLC AND LP LAW REGARDING DISSOLUTION AND CERTIFICATE OF CANCELLATION. |
| **06/20/16** 0.80 | SCARAZZO, ERIC M | $855.00 | $684.00 | REVIEW REGISTRATION RIGHTS AGREEMENT. |
| 5.20 | FISHER, TIMOTHY P | $535.00 | $2,782.00 | PREPARE PROJECT LESS FORM TRANSACTION DOCUMENTS AND MATRIX (4.8); CONFERENCE WITH WORKING GROUP REGARDING SAME (.4). |
| **06/21/16** 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | REVIEW AND REVISE D&O QUESTIONNAIRE. |
| 1.50 | SCARAZZO, ERIC M | $855.00 | $1,282.50 | RESEARCH TRUST INDENTURE ACT MATTERS (.6); REVIEW AND REVISE REGISTRATION RIGHTS AGREEMENT (.9). |
| 3.70 | FISHER, TIMOTHY P | $535.00 | $1,979.50 | REVISE CEO QUESTIONNAIRE (2.4); CONFERENCE WITH WORKING GROUP RE SAME (.4);  RESEARCH REQUIREMENTS AND BIOGRAPHICAL INFORMATION REGARDING SAME (.9). |

| 06/22/16 | | | | |
|---|---|---|---|---|
| 1.20 | SCARAZZO, ERIC M | $855.00 | $1,026.00 | REVIEW FORM T-3 FILING REQUIREMENTS (.4); REVIEW AND REVISE TAX RECEIVABLES AGREEMENT AND REGISTRATION RIGHTS AGREEMENT (.5); CALLS WITH R. LITTLE (.3). |
| 0.60 | FISHER, TIMOTHY P | $535.00 | $321.00 | CONFERENCE WITH WORKING GROUP REGARDING S-1 AND RELATED MATTERS (0.1); REVISE CEO QUESTIONNAIRE (0.3); CONFERENCE WITH WORKING GROUP REGARDING ORGANIZATIONAL DOCUMENTS (0.2). |
| 06/24/16 | | | | |
| 2.40 | SCARAZZO, ERIC M | $855.00 | $2,052.00 | CALLS WITH R. LITTLE REGARDING TAX RECEIVABLE AGREEMENT (0.3); REVIEW AND REVISE TAX RECEIVABLE AGREEMENT (2.1). |
| 3.20 | WHALEN, JONATHAN M | $675.00 | $2,160.00 | WORK ON PRESENTATION OUTLINING REORGANIZED TCEH GOVERNANCE AND REPORTING REQUIREMENTS. |
| 06/25/16 | | | | |
| 3.40 | LITTLE, ROBERT B | $875.00 | $2,975.00 | WORK ON SLIDES FOR POST-EMERGENCE CORPORATE ISSUES (3.1); CONFER WITH A. WRIGHT REGARDING SAME (0.3). |
| 06/26/16 | | | | |
| 2.60 | LITTLE, ROBERT B | $875.00 | $2,275.00 | REVIEW AND REVISE DECK REGARDING POST-EMERGENCE CORPORATE ISSUES. |
| 06/27/16 | | | | |
| 1.60 | LITTLE, ROBERT B | $875.00 | $1,400.00 | REVIEW AND REVISE SLIDE DECK. |
| 1.50 | SCARAZZO, ERIC M | $855.00 | $1,282.50 | DRAFT FORM T-3. |

| | | | | |
|---|---|---|---|---|
| 0.30 | FISHER, TIMOTHY P | $535.00 | $160.50 | CONFERENCE WITH WORKING GROUP REGARDING REORGANIZATION TRANSACTIONS AND ORGANIZATIONAL DOCUMENTS FOR NEW ENTITIES. |

06/28/16

| | | | | |
|---|---|---|---|---|
| 2.80 | SCARAZZO, ERIC M | $855.00 | $2,394.00 | DRAFT AND REVISE FORM T-3 (1.3); DRAFT FORM ID AND COORDINATE RECEIPT OF SEC CODES (1.2); CALLS WITH B. LITTLE (.3). |
| 3.00 | FISHER, TIMOTHY P | $535.00 | $1,605.00 | REVIEW REVISED STEP CHART AND REVISE TRANSACTION MATRIX ACCORDING TO SAME (1.0); ASSEMBLE REQUIRED INFORMATION, AND PREPARE SUMMARY FOR, T-3 REGISTRATION STATEMENT (1.0); PREPARE COMANCHE PEAK ASSET TRANSFER AGREEMENT (1.0). |

06/29/16

| | | | | |
|---|---|---|---|---|
| 0.70 | LITTLE, ROBERT B | $875.00 | $612.50 | CONFER WITH A. WRIGHT REGARDING SLIDE DECK ON EMERGENCE ISSUES (0.1); REVIEW SAME (0.6). |
| 1.70 | SCARAZZO, ERIC M | $855.00 | $1,453.50 | REVIEW AND REVISE FORM T-3 AND EXHIBITS (.7); REVISE TAX RECEIVABLES AGREEMENT (.7); CALL WITH PAUL WEISS REGARDING CHANGES TO TAX RECEIVABLES AGREEMENT (.3). |
| 0.60 | FISHER, TIMOTHY P | $535.00 | $321.00 | PREPARE DIRECTOR QUESTIONNAIRE (.4); CONFERENCE WITH WORKING GROUP REGARDING EMERGENCE MATTERS (.2). |

06/30/16

| | | | | |
|---|---|---|---|---|
| 1.00 | LITTLE, ROBERT B | $875.00 | $875.00 | REVIEW AND REVISE SLIDE DECK (0.7); CONFER WITH J. WHALEN REGARDING SLIDE DECK (0.3). |
| 0.20 | SCARAZZO, ERIC M | $855.00 | $171.00 | CALL WITH PAUL WEISS REGARDING FORM T-3 MATTERS. |

| 0.60 | WHALEN, JONATHAN M | $675.00 | $405.00 | CONFER WITH R. LITTLE REGARDING SLIDE DECK (0.3) WORK ON EMERGENCE DECK (0.3). |
| 1.50 | FISHER, TIMOTHY P | $535.00 | $802.50 | PREPARE DIRECTOR QUESTIONNAIRE AND ATTACHMENT (1.3); REVIEW CORRESPONDENCE REGARDING CHECKLIST FOR EMERGENCE (0.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016073148**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00053 | Horseshoe Bend Solar Project | $    960.00 | $    0.00 | $    960.00 |
|  | **Totals** | $   960.00 | $   0.00 | $   960.00 |
|  | **Current Balance Due** |  |  | $    960.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00053 | 06/13/16 | 2016062430 | $  35,995.50 | $   0.00 | $   35,995.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                $   35,995.50

**TOTAL OUTSTANDING BALANCE DUE**                       $   36,955.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016073148**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00053 | Horseshoe Bend Solar Project | $    960.00 | $    0.00 | $    960.00 |
|  | **Totals** | $    960.00 | $    0.00 | $    960.00 |
|  | **Current Balance Due** |  |  | $    960.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00053 | 06/13/16 | 2016062430 | $  35,995.50 | $    0.00 | $  35,995.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: July 21, 2016**                                                                      **Invoice No. 2016073148**
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $ 35,995.50

**TOTAL OUTSTANDING BALANCE DUE** $ 36,955.50

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


HORSESHOE BEND SOLAR PROJECT
92772-00053

_____

For Services Rendered Through June 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JOSEPH KATTAN | 0.60 | $1,030.00 | $ 618.00 |
| JESSICA I. BASIL | 0.40 | 855.00 | 342.00 |
| **Total Services** | | | $ 960.00 |

**Total Services, Costs/Charges**                                      960.00

**BALANCE DUE**                                                    $ 960.00


**Invoice Date: July 21, 2016**                                      **Invoice No. 2016073148**

**Due and Payable Upon Receipt**

HORSESHOE BEND SOLAR PROJECT
92772-00053

---

Detail Services:

| Date | Hours | Timekeeper | Rate | Amount | Description |
|------|-------|------------|------|--------|-------------|
| 05/25/16 | 0.40 | BASIL, JESSICA I | $855.00 | $342.00 | REVIEW TAX COMMENTS TO TERM SHEET AND REVISE SAME (.3); EMAIL ENERGY FUTURE HOLDINGS REGARDING SAME (.1). |
| 06/28/16 | 0.30 | KATTAN, JOSEPH | $1,030.00 | $309.00 | TELEPHONE CONFERENCE WITH J. MUNN RE THIRD-PARTY CUSTOMER ENROLLMENT SITE CONTRACTS. |
| 06/29/16 | 0.30 | KATTAN, JOSEPH | $1,030.00 | $309.00 | TELEPHONE CONFERENCE WITH J. MUNN RE THIRD-PARTY CUSTOMER ENROLLMENT SITES (.1); REVIEW MARKET SHARE DATA, SAVEON ENERGY OPTIONS (.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 5, 2016**

**Invoice No. 2016081263**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00054 | PUC RFI | $  11,340.50 | $      0.00 | $  11,340.50 |
|  | **Totals** | $  11,340.50 | $     0.00 | $  11,340.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  11,340.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 5, 2016**

**Invoice No. 2016081263**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00054 | PUC RFI | $  11,340.50 | $      0.00 | $  11,340.50 |
|  | **Totals** | $  11,340.50 | $    0.00 | $  11,340.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  11,340.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 5, 2016**                                                                 **Invoice No. 2016081263**
**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

PUC RFI
92772-00054

_____

For Services Rendered Through June 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM S. SCHERMAN | 1.30 | $1,125.00 | $ 1,462.50 |
| MICHAEL L. RAIFF | 7.00 | 930.00 | 6,510.00 |
| WILLIAM C. VAUGHN | 5.30 | 505.00 | 2,676.50 |
| VANESSA V. BRATCHER | 1.10 | 390.00 | 429.00 |
| LINDA S. GEE | 0.70 | 375.00 | 262.50 |

**Total Services** $ 11,340.50

**Total Services, Costs/Charges** 11,340.50

**BALANCE DUE** $ 11,340.50

**Invoice Date: August 5, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016081263**

PUC RFI
92772-00054

---

Detail Services:

06/20/16
0.30    GEE, LINDA S            $375.00     $112.50     RESEARCH RELATIVITY COSTS
                                                        FOR EFH.

06/21/16
1.30    SCHERMAN, WILLIAM S    $1,125.00   $1,462.50    PARTICIPATE IN CONFERENCE
                                                        CALLS (0.7); CALLS WITH R.
                                                        WALTERS ███████████████
                                                        ██████████████████ (0.3);
                                                        CALL WITH CLIENT ██████████
                                                        (0.3).

06/24/16
1.00    RAIFF, MICHAEL L        $930.00     $930.00     WORK ON PUC RFI AND
                                                        RELATED COMMUNICATIONS
                                                        ████████████████████████
                                                        ████████████████.

06/27/16
2.50    RAIFF, MICHAEL L        $930.00    $2,325.00    ████████████████████████
                                                        ███████████████
                                                        COMMUNICATIONS AND EDITS
                                                        (0.3); REVIEW MATERIAL ██████
                                                        █████████████████ (1.2);
                                                        TELECONFERNECE ███████
                                                        ████████████ REGARDING
                                                        ████████████████████████
                                                        ████████████████████████
                                                        PROCESSING AND REVIEW
                                                        (1.0).

1.30    VAUGHN, WILLIAM C       $505.00     $656.50     CONFERENCE WITH M. RAIFF
                                                        ████████████████████
                                                        (0.3); READ BACKGROUND
                                                        MATERIALS ████████████████
                                                        ████████████████████ (1.0).

1.10    BRATCHER, VANESSA V     $390.00     $429.00     TELECONFERENCE ███████
                                                        ████████████ REGARDING
                                                        ████████████████████████
                                                        ████████████ PROCESSING AND
                                                        REVIEW.

| 0.40 | GEE, LINDA S | $375.00 | $150.00 | PARTICIPATE (PARTIAL) EFH CONFERENCE CALL ▓▓▓▓. |

**06/28/16**

| 3.20 | RAIFF, MICHAEL L | $930.00 | $2,976.00 | WORK ON REVIEW MATERIALS AND WORK ON EMAIL ISSUES (0.5); CONFERENCE ▓▓▓ REGARDING CASE ▓▓▓ (2.7). |

| 3.30 | VAUGHN, WILLIAM C | $505.00 | $1,666.50 | READ BACKGROUND MATERIALS ▓▓▓ (0.6); CONFERENCE WITH ▓▓▓ CASE ▓▓▓ (2.7). |

**06/30/16**

| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | PARTICIPATE IN ▓▓▓ CALL ▓▓▓. |

| 0.70 | VAUGHN, WILLIAM C | $505.00 | $353.50 | REVIEW SPREADSHEETS ▓▓▓ (0.4); PARTICIPATE IN CALL ▓▓▓ (0.3). |

**Exhibit G-3**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 5, 2016**

**Invoice No. 2016081305**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   14,079.00 | $      0.00 | $   14,079.00 |
|  | **Totals** | $   14,079.00 | $      0.00 | $   14,079.00 |
|  | **Current Balance Due** |  |  | $   14,079.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/30/15 | 2015061449 | $   9,008.30 | $   0.00 | $   9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 5, 2016                                                  Invoice No. 2016081305

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016043408 | 6,189.70 | 0.00 | 6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 8,328.30 | 0.00 | 8,328.30 |
| 92772-00018 | 04/18/16 | 2016040936 | 2,857.40 | 0.00 | 2,857.40 |
| 92772-00018 | 05/05/16 | 2016051167 | 2,801.00 | 0.00 | 2,801.00 |
| 92772-00018 | 06/08/16 | 2016061738 | 4,139.00 | 0.00 | 4,139.00 |
| 92772-00018 | 07/26/16 | 2016071952 | 13,899.00 | 0.00 | 13,899.00 |

**PREVIOUS BALANCE DUE**          $  96,374.50

**TOTAL OUTSTANDING BALANCE DUE**          $  110,453.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 5, 2016**

**Invoice No. 2016081305**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  14,079.00 | $      0.00 | $  14,079.00 |
|  | **Totals** | $  14,079.00 | $      0.00 | $  14,079.00 |
|  | **Current Balance Due** |  |  | $  14,079.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 06/30/15 | 2015061449 | $ 9,008.30 | $ 0.00 | $ 9,008.30 |
| 92772-00018 | 07/13/15 | 2015071601 | 10,759.80 | 0.00 | 10,759.80 |
| 92772-00018 | 08/05/15 | 2015080671 | 14,029.50 | 0.00 | 14,029.50 |
| 92772-00018 | 09/04/15 | 2015091505 | 8,048.50 | 0.00 | 8,048.50 |
| 92772-00018 | 10/09/15 | 2015103687 | 7,182.10 | 0.00 | 7,182.10 |
| 92772-00018 | 11/03/15 | 2015111604 | 3,270.90 | 0.00 | 3,270.90 |
| 92772-00018 | 12/09/15 | 2015123248 | 4,781.30 | 0.00 | 4,781.30 |
| 92772-00018 | 01/07/16 | 2016011206 | 1,079.70 | 0.00 | 1,079.70 |
| 92772-00018 | 02/04/16 | 2016043408 | 6,189.70 | 0.00 | 6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 8,328.30 | 0.00 | 8,328.30 |
| 92772-00018 | 04/18/16 | 2016040936 | 2,857.40 | 0.00 | 2,857.40 |
| 92772-00018 | 05/05/16 | 2016051167 | 2,801.00 | 0.00 | 2,801.00 |
| 92772-00018 | 06/08/16 | 2016061738 | 4,139.00 | 0.00 | 4,139.00 |
| 92772-00018 | 07/26/16 | 2016071952 | 13,899.00 | 0.00 | 13,899.00 |

**PREVIOUS BALANCE DUE**  $  96,374.50

**TOTAL OUTSTANDING BALANCE DUE**  $  110,453.50

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

_____


For Services Rendered Through July 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 0.80 | $1,030.00 | $    824.00 |
| MICHAEL L. RAIFF | 8.40 | 930.00 | 7,812.00 |
| RUSSELL H. FALCONER | 7.90 | 650.00 | 5,135.00 |
| GAYA K. HOLMAN | 0.80 | 385.00 | 308.00 |

**Total Services**                                                $  14,079.00


**Total Services, Costs/Charges**                          14,079.00

**BALANCE DUE**                                           $   14,079.00

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

_____

Detail Services:

07/01/16
| 0.40 | RAIFF, MICHAEL L | $930.00 | $372.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████ ████████ INTERVIEWS, AND ██████ ████ MEETINGS (0.2); COMMUNICATIONS REGARDING ████████ ORDER ███████████ ████ (0.2). |

| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | CORRESPONDENCE REGARDING ███████ MEETINGS (0.2); CORRESPONDENCE REGARDING PO (0.1). |

07/04/16
| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | REVIEW ██████████ NOTES ████████████. |

07/05/16
| 0.50 | DAWSON, WILLIAM B | $1,030.00 | $515.00 | PREPARE FOR AND PARTICIPATE IN ██████ CALL. |

| 3.90 | RAIFF, MICHAEL L | $930.00 | $3,627.00 | CONFERENCE CALL WITH CLIENTS (0.2); REVIEW DOCUMENTS AND PREPARE ██████████ (3.5); COMMUNICATIONS ██████████████ (0.2). |

| 0.90 | FALCONER, RUSSELL H | $650.00 | $585.00 | PARTICIPATE IN ████████ CONFERENCE CALL (0.2); CONFER WITH M. RAIFF ██████████ (0.2); CORRESPONDENCE REGARDING ██████ ORDER ███████████ (0.5). |

07/06/16
0.20    RAIFF, MICHAEL L        $930.00    $186.00    ATTENTION TO AND
                                                       COMMUNICATIONS
                                                       REGARDING MOTION █████
                                                       ██████████████.

07/07/16
4.10    FALCONER, RUSSELL H     $650.00    $2,665.00  ████████████████████
                                                       MEETING.

07/08/16
0.30    RAIFF, MICHAEL L        $930.00    $279.00    CONFERENCE CALL ██████
                                                       ████████████████████
                                                       ████████████████
                                                       ███████.

07/12/16
0.20    RAIFF, MICHAEL L        $930.00    $186.00    CONFERENCE CALL █████
                                                       ██████.

0.20    FALCONER, RUSSELL H     $650.00    $130.00    PARTICIPATE IN ████████
                                                       CONFERENCE CALL.

07/13/16
0.30    DAWSON, WILLIAM B       $1,030.00  $309.00    REVIEW LIST ██████████
                                                       ████████████ AND
                                                       COMMUNICATIONS RE SAME.

07/14/16
0.20    RAIFF, MICHAEL L        $930.00    $186.00    COMMUNICATIONS
                                                       REGARDING ██████████████
                                                       ████████ ISSUES.

07/15/16
0.70    RAIFF, MICHAEL L        $930.00    $651.00    WORK ON ███████████
                                                       ISSUES ██████████████████
                                                       ████ AND RELATED
                                                       COMMUNICATIONS (0.3);
                                                       ████████████████ CALL (0.4).

0.50    FALCONER, RUSSELL H     $650.00    $325.00    PARTICIPATE IN ██████████
                                                       ████████████ CALL.

07/19/16
0.10    RAIFF, MICHAEL L        $930.00    $93.00     CONFERENCE ███████████
                                                       ████████████████.

0.10    FALCONER, RUSSELL H     $650.00    $65.00     PARTICIPATE IN ██████████
                                                       CONFERENCE CALL.

07/21/16
| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | ATTENTION TO ███████ █████████ PROPOSAL AND RELATED COMMUNICATIONS. |

| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | STUDY EPA'S PROPOSED DISMISSAL STIPULATION (.1); ███████████████████ ██████████████ CORRESPOND WITH EFH/LUMINANT TEAM REGARDING ██████████████ EPA'S PROPOSAL (.2). |

07/22/16
| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | CONFERENCE CALL WITH CLIENTS (0.5); ███████████████ NEXT STEPS AND PROPOSED EMAIL (0.5). |

| 1.00 | FALCONER, RUSSELL H | $650.00 | $650.00 | PARTICIPATE IN ██████████ CONFERENCE CALL (0.5); DRAFT E-MAIL ███████████ ██████████████ AND CORRESPOND WITH TEAM REGARDING SAME (0.5). |

07/24/16
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | ATTENTION TO ██████ PROPOSAL AND EDITS ██████ ███████. |

07/25/16
| 0.50 | HOLMAN, GAYA K | $385.00 | $192.50 | REVIEW DOCKETS. |

07/26/16
| 0.40 | RAIFF, MICHAEL L | $930.00 | $372.00 | CONFERENCE ██████████. |

07/29/16
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | CONFERENCE CALL WITH R. FALCONER ██████████████████ ██████████████. |

| 0.50 | FALCONER, RUSSELL H | $650.00 | $325.00 | CORRESPOND WITH M. RAIFF █████████████████████ █████████████████████ ██████████ (.2); PARTICIPATE IN ██████ ███████████ CALL (.3). |

| 0.30 | HOLMAN, GAYA K | $385.00 | $115.50 | REVIEW DOCKETS. |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080815**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   7,659.50 | $      0.00 | $   7,659.50 |
|  | **Totals** | $   7,659.50 | $      0.00 | $   7,659.50 |
|  | **Current Balance Due** |  |  | $   7,659.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $   2,926.00 | $      0.00 | $   2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: August 12, 2016                                                      Invoice No. 2016080815
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016043410 | 4,125.50 | 0.00 | 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 1,398.60 | 0.00 | 1,398.60 |
| 92772-00030 | 04/18/16 | 2016043059 | 1,067.40 | 0.00 | 1,067.40 |
| 92772-00030 | 05/06/16 | 2016051484 | 1,261.30 | 0.00 | 1,261.30 |
| 92772-00030 | 06/13/16 | 2016062419 | 5,205.80 | 0.00 | 5,205.80 |
| 92772-00030 | 07/21/16 | 2016072453 | 11,765.00 | 0.00 | 11,765.00 |

**PREVIOUS BALANCE DUE**                          $   43,947.20

**TOTAL OUTSTANDING BALANCE DUE**          $   51,606.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080815**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $ 7,659.50 | $ 0.00 | $ 7,659.50 |
|  | **Totals** | $ 7,659.50 | $ 0.00 | $ 7,659.50 |
|  | **Current Balance Due** |  |  | $ 7,659.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: August 12, 2016                                    Invoice No. 2016080815
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $ 2,926.00 | $ 0.00 | $ 2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016043410 | 4,125.50 | 0.00 | 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 1,398.60 | 0.00 | 1,398.60 |
| 92772-00030 | 04/18/16 | 2016043059 | 1,067.40 | 0.00 | 1,067.40 |
| 92772-00030 | 05/06/16 | 2016051484 | 1,261.30 | 0.00 | 1,261.30 |
| 92772-00030 | 06/13/16 | 2016062419 | 5,205.80 | 0.00 | 5,205.80 |
| 92772-00030 | 07/21/16 | 2016072453 | 11,765.00 | 0.00 | 11,765.00 |

**PREVIOUS BALANCE DUE**                                    $  43,947.20

**TOTAL OUTSTANDING BALANCE DUE**                $  51,606.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through July 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 0.90 | $ 675.00 | $    607.50 |
| DUKE K. AMPONSAH | 17.20 | 410.00 | 7,052.00 |
| **Total Services** | | | $   7,659.50 |
| **Total Services, Costs/Charges** | | | 7,659.50 |
| **BALANCE DUE** | | | $   7,659.50 |

**Due and Payable Upon Receipt**

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

| 07/11/16 0.60 | AMPONSAH, DUKE K | $410.00 | $246.00 | REVIEW JUNE 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
|---|---|---|---|---|
| 07/20/16 1.00 | AMPONSAH, DUKE K | $410.00 | $410.00 | REVIEW JUNE 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 07/21/16 1.70 | AMPONSAH, DUKE K | $410.00 | $697.00 | PREPARE EXHIBITS FOR FEE STATEMENT. |
| 07/22/16 0.70 | AMPONSAH, DUKE K | $410.00 | $287.00 | PREPARE EXHIBITS FOR FEE STATEMENT. |
| 07/25/16 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | EMAILS WITH J. MADRON AND D. AMPONSAH REGARDING FEE STATEMENT. |
| 4.20 | AMPONSAH, DUKE K | $410.00 | $1,722.00 | PREPARE JUNE 2016 MONTHLY FEE STATEMENT (3.0); PREPARE MAY 2016 MFIS AND EXHIBIT A TO MAY 2016 CNO (0.9); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
| 07/26/16 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH J. MADRON REGARDING FEE STATEMENT. |
| 1.90 | AMPONSAH, DUKE K | $410.00 | $779.00 | REVISE JUNE 2016 MONTHLY FEE STATEMENT. |
| 07/27/16 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | EMAILS WITH G. MOOR REGARDING FEE STATEMENT. |
| 2.40 | AMPONSAH, DUKE K | $410.00 | $984.00 | REVISE JUNE 2016 MONTHLY FEE STATEMENT. |

| | | | | |
|---|---|---|---|---|
| 07/28/16 | | | | |
| 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | REVIEW AND REVISE FEE STATEMENT (0.2); EMAILS WITH D. AMPONSAH REGARDING SAME (0.1). |
| 2.60 | AMPONSAH, DUKE K | $410.00 | $1,066.00 | REVISE JUNE 2016 MONTHLY FEE STATEMENT. |
| 07/29/16 | | | | |
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH R. LITTLE REGARDING FEE STATEMENT. |
| 2.10 | AMPONSAH, DUKE K | $410.00 | $861.00 | REVISE JUNE 2016 MONTHLY FEE STATEMENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080816**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   9,060.00 | $       0.00 | $   9,060.00 |
|  | **Totals** | $   9,060.00 | $       0.00 | $   9,060.00 |
|  | **Current Balance Due** |  |  | $   9,060.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $    233.80 | $   0.00 | $    233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 845.50 | 0.00 | 845.50 |
| 92772-00031 | 06/13/16 | 2016062420 | 297.50 | 0.00 | 297.50 |
| 92772-00031 | 07/21/16 | 2016072457 | 2,003.00 | 0.00 | 2,003.00 |

**PREVIOUS BALANCE DUE**                                    $  21,483.70

**TOTAL OUTSTANDING BALANCE DUE**                    $  30,543.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080816**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   9,060.00 | $     0.00 | $   9,060.00 |
|  | **Totals** | $   9,060.00 | $     0.00 | $   9,060.00 |
|  | **Current Balance Due** |  |  | $   9,060.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $   233.80 | $   0.00 | $   233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|---------:|------:|------------:|
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 845.50 | 0.00 | 845.50 |
| 92772-00031 | 06/13/16 | 2016062420 | 297.50 | 0.00 | 297.50 |
| 92772-00031 | 07/21/16 | 2016072457 | 2,003.00 | 0.00 | 2,003.00 |

**PREVIOUS BALANCE DUE**                    $  21,483.70

**TOTAL OUTSTANDING BALANCE DUE**           $  30,543.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through July 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 7.50 | $ 875.00 | $  6,562.50 |
| JONATHAN M. WHALEN | 3.70 | 675.00 | 2,497.50 |
| **Total Services** | | | $  9,060.00 |

**Total Services, Costs/Charges**                    9,060.00

**BALANCE DUE**                              $   9,060.00

**Invoice Date: August 12, 2016**                                **Invoice No. 2016080816**

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

_____

Detail Services:

| 07/05/16 0.60 | WHALEN, JONATHAN M | $675.00 | $405.00 | ANALYSIS RE RESOURCE EXTRACTION REPORTING OBLIGATIONS. |
|---|---|---|---|---|
| 07/07/16 2.10 | WHALEN, JONATHAN M | $675.00 | $1,417.50 | PREPARE 8-K FOR ROAD SHOW SLIDES (1.3); ANALYSIS RE REG G RECONCILIATION (0.8). |
| 07/09/16 1.00 | WHALEN, JONATHAN M | $675.00 | $675.00 | REVISE TCEH EXIT FACILITY REG FD 8-K. |
| 07/13/16 1.80 | LITTLE, ROBERT B | $875.00 | $1,575.00 | REVIEW AND REVISE FORM 10-Q. |
| 07/18/16 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | REVIEW AND REVISE FORM 10-Q. |
| 07/25/16 0.90 | LITTLE, ROBERT B | $875.00 | $787.50 | REVIEW AND REVISE FORM 10-Q. |
| 07/26/16 3.10 | LITTLE, ROBERT B | $875.00 | $2,712.50 | ANALYZE ISSUES REGARDING EXITING SEC REPORTING (2.9); CONFER WITH A. WRIGHT REGARDING SAME (0.2). |
| 07/31/16 0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | REVIEW AND REVISE FORM 10-Q. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080818**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $   2,331.00 | $      0.00 | $   2,331.00 |
|  | **Totals** | $   2,331.00 | $     0.00 | $   2,331.00 |
|  | **Current Balance Due** |  |  | $   2,331.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 08/11/15 | 2015081585 | $    250.50 | $    0.00 | $    250.50 |
| 92772-00032 | 10/09/15 | 2015101000 | 116.90 | 0.00 | 116.90 |
| 92772-00032 | 11/07/15 | 2015112643 | 841.10 | 0.00 | 841.10 |
| 92772-00032 | 12/09/15 | 2015123264 | 3,986.40 | 0.00 | 3,986.40 |
|  | **PREVIOUS BALANCE DUE** |  |  |  | $   5,194.90 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  |  | $   7,525.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 12, 2016                                                     Invoice No. 2016080818

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080818**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $    2,331.00 | $    0.00 | $   2,331.00 |
|  | **Totals** | $    2,331.00 | $    0.00 | $   2,331.00 |
|  | **Current Balance Due** |  |  | $   2,331.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|---------:|------:|------------:|
| 92772-00032 | 08/11/15 | 2015081585 | $  250.50 | $  0.00 | $  250.50 |
| 92772-00032 | 10/09/15 | 2015101000 | 116.90 | 0.00 | 116.90 |
| 92772-00032 | 11/07/15 | 2015112643 | 841.10 | 0.00 | 841.10 |
| 92772-00032 | 12/09/15 | 2015123264 | 3,986.40 | 0.00 | 3,986.40 |

**PREVIOUS BALANCE DUE**  $  5,194.90

**TOTAL OUTSTANDING BALANCE DUE**  $  7,525.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

---

For Services Rendered Through July 31, 2016

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| JONATHAN M. WHALEN | 0.60 | $ 675.00 | $  405.00 |
| TIMOTHY P. FISHER | 3.60 | 535.00 | 1,926.00 |
| **Total Services** | | | $  2,331.00 |

**Total Services, Costs/Charges**                2,331.00

**BALANCE DUE**                    $   2,331.00

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 07/21/16<br>1.70 | FISHER, TIMOTHY P | $535.00 | $909.50 | CONFERENCE WITH CLIENT AND GDC TEAM REGARDING ISSUE CONCERNING ADOPTION OF PRIOR BYLAWS (.8); REVISE BOARD SLIDE AND PREPARE BOARD CONSENT RELATED TO SAME (.9). |
| 07/25/16<br>1.90 | FISHER, TIMOTHY P | $535.00 | $1,016.50 | CONFERENCE WITH GDC TEAM REGARDING 2013 BYLAWS (.7); REVIEW BOARD ACTIONS SINCE APRIL 2013 FOR COMPLIANCE WITH SAME (1.2). |
| 07/26/16<br>0.60 | WHALEN, JONATHAN M | $675.00 | $405.00 | ANALYSIS RE APPROVAL OF PRIOR ACTS UNDER EXISTING BYLAWS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080820**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   3,545.50 | $      0.00 | $   3,545.50 |
|  | **Totals** | $   3,545.50 | $      0.00 | $   3,545.50 |
|  | **Current Balance Due** |  |  | $   3,545.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $   6,002.80 | $   0.00 | $   6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 12, 2016                                          Invoice No. 2016080820

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 02/04/16 | 2016043418 | 1,829.50 | 0.00 | 1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 560.00 | 0.00 | 560.00 |
| 92772-00043 | 05/06/16 | 2016051486 | 1,614.20 | 0.00 | 1,614.20 |
| 92772-00043 | 06/13/16 | 2016062422 | 577.80 | 0.00 | 577.80 |
| 92772-00043 | 07/21/16 | 2016072451 | 34,129.50 | 0.00 | 34,129.50 |

**PREVIOUS BALANCE DUE**    $  52,454.90

**TOTAL OUTSTANDING BALANCE DUE**    $  56,000.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080820**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   3,545.50 | $     0.00 | $   3,545.50 |
|  | **Totals** | $   3,545.50 | $   0.00 | $   3,545.50 |
|  | **Current Balance Due** |  |  | $   3,545.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00043 | 06/30/15 | 2015061444 | $ 6,002.80 | $ 0.00 | $ 6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016043418 | 1,829.50 | 0.00 | 1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 560.00 | 0.00 | 560.00 |
| 92772-00043 | 05/06/16 | 2016051486 | 1,614.20 | 0.00 | 1,614.20 |
| 92772-00043 | 06/13/16 | 2016062422 | 577.80 | 0.00 | 577.80 |
| 92772-00043 | 07/21/16 | 2016072451 | 34,129.50 | 0.00 | 34,129.50 |

**PREVIOUS BALANCE DUE**                                    $  52,454.90

**TOTAL OUTSTANDING BALANCE DUE**                          $  56,000.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

---

For Services Rendered Through July 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.50 | $ 875.00 | $    437.50 |
| JONATHAN M. WHALEN | 0.80 | 675.00 | 540.00 |
| TIMOTHY P. FISHER | 4.80 | 535.00 | 2,568.00 |
| **Total Services** | | | $   3,545.50 |
| **Total Services, Costs/Charges** | | | 3,545.50 |
| **BALANCE DUE** | | | $   3,545.50 |

TCEH CORPORATE MATTERS
92772-00043

---

Detail Services:

| Date | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 07/06/16 0.50 | LITTLE, ROBERT B | $875.00 | $437.50 | REVIEW SLIDE DECK REGARDING EMERGENCE ISSUES (0.3); E-MAILS REGARDING SAME (0.2). |
| 07/25/16 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | REVIEW DIP LEGAL OPINION AND EMAILS WITH RESPECT TO THE SAME. |
| 1.40 | FISHER, TIMOTHY P | $535.00 | $749.00 | PREPARE OPINION FOR TCEH DIP CREDIT FACILITY AND CONFERENCE WITH J. WHALEN REGARDING SAME. |
| 07/26/16 3.00 | FISHER, TIMOTHY P | $535.00 | $1,605.00 | PREPARE OPINION FOR TCEH DIP CREDIT AGREEMENT AND RELATED OFFICER'S CERTIFICATE. |
| 07/27/16 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | REVIEW REVISED DRAFT OF DIP LEGAL OPINION. |
| 07/28/16 0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | CONFERENCE WITH J. WHALEN AND KIRKLAND REGARDING TCEH DIP CREDIT FACILITY OPINION. |
| 07/29/16 0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | CONFERENCE WITH GDC TEAM REGARDING EMERGENCE MATTERS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080821**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $   405.00 | $   0.00 | $   405.00 |
|  | **Totals** | $   405.00 | $   0.00 | $   405.00 |
|  | **Current Balance Due** |  |  | $   405.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $   87.50 | $   0.00 | $   87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 67.50 | 0.00 | 67.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 230.20 | 0.00 | 230.20 |
| 92772-00046 | 05/06/16 | 2016051487 | 121.50 | 0.00 | 121.50 |
| 92772-00046 | 06/13/16 | 2016062423 | 283.50 | 0.00 | 283.50 |
| 92772-00046 | 07/21/16 | 2016073146 | 405.00 | 0.00 | 405.00 |

**PREVIOUS BALANCE DUE**                                    $   1,948.10

**TOTAL OUTSTANDING BALANCE DUE**                $   2,353.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080821**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    405.00 | $    0.00 | $    405.00 |
|  | **Totals** | $    405.00 | $    0.00 | $    405.00 |
|  | **Current Balance Due** |  |  | $    405.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 12, 2016**                                                    **Invoice No. 2016080821**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 67.50 | 0.00 | 67.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 230.20 | 0.00 | 230.20 |
| 92772-00046 | 05/06/16 | 2016051487 | 121.50 | 0.00 | 121.50 |
| 92772-00046 | 06/13/16 | 2016062423 | 283.50 | 0.00 | 283.50 |
| 92772-00046 | 07/21/16 | 2016073146 | 405.00 | 0.00 | 405.00 |

**PREVIOUS BALANCE DUE**                $    1,948.10

**TOTAL OUTSTANDING BALANCE DUE**       $    2,353.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through July 31, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.60 | $ 675.00 | $ | 405.00 |
| **Total Services** | | | $ | 405.00 |
| **Total Services, Costs/Charges** | | | | 405.00 |
| **BALANCE DUE** | | | $ | 405.00 |

**Due and Payable Upon Receipt**

BUDGETING-RELATED WORK
92772-00046

---

Detail Services:

| 07/12/16 | | | | |
| 0.20 | BOUSLOG, MATTHEW G | $675.00 | $135.00 | EMAILS WITH R. LITTLE, B. DAWSON, M. RAIFF, J. HO AND J. KATTAN RE BUDGET (0.1); CALL WITH R. LITTLE RE SAME (0.1). |
| 07/15/16 | | | | |
| 0.40 | BOUSLOG, MATTHEW G | $675.00 | $270.00 | WORK ON BUDGET (0.3); EMAILS WITH G. MOOR AND M. RAIFF RE BUDGET (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080823**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  64,575.50 | $      0.00 | $  64,575.50 |
|  | **Totals** | $  64,575.50 | $     0.00 | $  64,575.50 |
|  | **Current Balance Due** |  |  | $  64,575.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $  10,132.90 | $    0.00 | $  10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 12, 2016                                                    Invoice No. 2016080823

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016043423 | 6,875.80 | 0.00 | 6,875.80 |
| 92772-00048 | 03/04/16 | 2016043438 | 8,237.10 | 0.00 | 8,237.10 |
| 92772-00048 | 04/18/16 | 2016043063 | 17,596.30 | 0.00 | 17,596.30 |
| 92772-00048 | 05/06/16 | 2016051488 | 8,680.00 | 0.00 | 8,680.00 |
| 92772-00048 | 06/13/16 | 2016062424 | 2,533.30 | 0.00 | 2,533.30 |
| 92772-00048 | 07/21/16 | 2016073147 | 57,760.50 | 0.00 | 57,760.50 |

**PREVIOUS BALANCE DUE**   $ 143,290.50

**TOTAL OUTSTANDING BALANCE DUE**   $ 207,866.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080823**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  64,575.50 | $     0.00 | $  64,575.50 |
|  | **Totals** | $  64,575.50 | $     0.00 | $  64,575.50 |
|  | **Current Balance Due** |  |  | $  64,575.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 12, 2016**                                    **Invoice No. 2016080823**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 09/12/15 | 2015093341 | $ 10,132.90 | $ 0.00 | $ 10,132.90 |
| 92772-00048 | 10/09/15 | 2015101009 | 9,105.50 | 0.00 | 9,105.50 |
| 92772-00048 | 11/07/15 | 2015112647 | 9,583.90 | 0.00 | 9,583.90 |
| 92772-00048 | 12/09/15 | 2015123266 | 4,353.40 | 0.00 | 4,353.40 |
| 92772-00048 | 01/11/16 | 2016011852 | 8,431.80 | 0.00 | 8,431.80 |
| 92772-00048 | 02/04/16 | 2016043423 | 6,875.80 | 0.00 | 6,875.80 |
| 92772-00048 | 03/04/16 | 2016043438 | 8,237.10 | 0.00 | 8,237.10 |
| 92772-00048 | 04/18/16 | 2016043063 | 17,596.30 | 0.00 | 17,596.30 |
| 92772-00048 | 05/06/16 | 2016051488 | 8,680.00 | 0.00 | 8,680.00 |
| 92772-00048 | 06/13/16 | 2016062424 | 2,533.30 | 0.00 | 2,533.30 |
| 92772-00048 | 07/21/16 | 2016073147 | 57,760.50 | 0.00 | 57,760.50 |

**PREVIOUS BALANCE DUE**  $ 143,290.50

**TOTAL OUTSTANDING BALANCE DUE**  $ 207,866.00

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

For Services Rendered Through July 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JAMES J. MOLONEY | 0.60 | $1,145.00 | $    687.00 |
| ROBERT B. LITTLE | 16.00 | 875.00 | 14,000.00 |
| ERIC M. SCARAZZO | 7.70 | 855.00 | 6,583.50 |
| JONATHAN M. WHALEN | 33.40 | 675.00 | 22,545.00 |
| TIMOTHY P. FISHER | 29.40 | 535.00 | 15,729.00 |
| LIRON KISHINEVSKY | 25.80 | 195.00 | 5,031.00 |

**Total Services**                                             $  64,575.50

**Total Services, Costs/Charges**                                 64,575.50

**BALANCE DUE**                                                $  64,575.50

**Due and Payable Upon Receipt**

TCEH GOING PUBLIC TRANSACTIONS
92772-00048
_____

Detail Services:

07/01/16

| 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | REVIEW AND REVISE DECK REGARDING EMERGENCE ISSUES. |
| 1.70 | WHALEN, JONATHAN M | $675.00 | $1,147.50 | WORK ON SECURITIES, TRADING AND GOVERNANCE DECK FOR REORGANIZED TCEH (1.3); ANALYSIS REGARDING COMMITTEE REQUIREMENTS (0.4). |
| 1.00 | FISHER, TIMOTHY P | $535.00 | $535.00 | REVISE CEO QUESTIONNAIRE (.7); CONFERENCE WITH WORKING GROUP AND CLIENT REGARDING SAME (.3). |
| 2.60 | KISHINEVSKY, LIRON | $195.00 | $507.00 | DRAFT MEMO RE REORGANIZED TCEH AND REPORTING UNDER THE U.S. SECURITIES AND EXCHANGE ACT. |

07/05/16

| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | REVIEW REVISED REGISTRATION RIGHTS AGREEMENT (0.3); CONFER WITH A. WRIGHT REGARDING TAX RECEIVABLE AGREEMENT (0.1). |
| 2.10 | SCARAZZO, ERIC M | $855.00 | $1,795.50 | COORDINATE OBTAINING SEC CODES (0.2); REVIEW AND REVISE REGISTRATION RIGHTS AGREEMENT (1.8); CALLS WITH R. LITTLE RELATED TO REGISTRATION RIGHTS AGREEMENTS (0.1). |
| 2.10 | WHALEN, JONATHAN M | $675.00 | $1,417.50 | PARTICIPATE IN PHONE CALL RE REGISTRATION RIGHTS AGREEMENT (0.7); REVISE REGISTRATION RIGHTS AGREEMENT AND CIRCULATE TO PAUL WEISS (0.8); ANALYSIS REGARDING NYSE BOARD REQUIREMENTS (0.6). |

| 0.10 | FISHER, TIMOTHY P | $535.00 | $53.50 | CONFERENCE WITH WORKING GROUP REGARDING EMERGENCE-RELATED MATTERS. |
| 6.30 | KISHINEVSKY, LIRON | $195.00 | $1,228.50 | FINALIZE DRAFTING MEMO RE REORGANIZED TCEH AND REPORTING UNDER THE U.S. SECURITIES AND EXCHANGE ACT. |

07/06/16

| 3.20 | WHALEN, JONATHAN M | $675.00 | $2,160.00 | WORK ON REORGNIZED TCEH GOING PUBLIC SLIDE DECK (2.7); ANALYSIS REGARDING OTC LISTING REQUIREMENTS (0.5). |
| 0.50 | FISHER, TIMOTHY P | $535.00 | $267.50 | REVIEW SEPARATION AGREEMENT AND EXHIBITS THERETO. |

07/07/16

| 3.30 | WHALEN, JONATHAN M | $675.00 | $2,227.50 | ANALYSIS RE DIFFERENCES BETWEEN OTCQX AND OTC PINK EXCHANGES (1.8); ANALYSIS RE RELATED PARTY TRANSACTION DISCLOSURE (0.7); WORK ON REORGANIZED TCEH GOING PUBLIC DECK (0.8). |

07/08/16

| 4.50 | WHALEN, JONATHAN M | $675.00 | $3,037.50 | REVIEW CHANGES TO REGISTRATION RIGHTS AGREEMENT (0.4); EMAIL CORRESPONDENCE WITH OTC MARKETS GROUP REGARDING LISTING REQUIREMENTS (0.7); DRAFT EMAILS REGARDING OTC LISTING REQUIREMENTS (0.8); REVISE REORGANIZED TCEH GOING PUBLIC SLIDE DECK (1.8); ANALYSIS RE CONFIDENTIALITY AND REEG FD OBLIGATIONS WITH RESPECT TO TCEH EXIT FINANCING ROAD SHOW (0.8). |
| 1.60 | FISHER, TIMOTHY P | $535.00 | $856.00 | REVIEW PROJECT MATERIALS, PRIOR CHECKLISTS AND PREPARE EMERGENCE CHECKLIST. |

| 0.20 | KISHINEVSKY, LIRON | $195.00 | $39.00 | CONFER WITH J. WHALEN RE REORGANIZED TCEH AND REPORTING UNDER THE U.S. SECURITIES AND EXCHANGE ACT. |

**07/11/16**

| 1.80 | SCARAZZO, ERIC M | $855.00 | $1,539.00 | PREPARE FOR AND PARTICIPATE IN CALLS WITH POTENTIAL TRANSFER AGENTS (1.4); REVIEW TRANSFER AGENT PROPOSALS (0.4). |
| 1.30 | WHALEN, JONATHAN M | $675.00 | $877.50 | CALLS WITH COMPUTERSHARE AND AST REGARDING TAX RECEIVABLES AGREEMENT. |
| 8.30 | FISHER, TIMOTHY P | $535.00 | $4,440.50 | PREPARE COMPREHENSIVE EMERGENCE CHECKLIST, INCLUDING STEPS FOR PROJECT LESS. |

**07/12/16**

| 0.70 | LITTLE, ROBERT B | $875.00 | $612.50 | REVIEW REGISTRATION RIGHTS AGREEMENT COMMENTS (0.3); PREPARE E-MAIL OF ISSUES REGARDING SAME (0.4). |
| 2.10 | WHALEN, JONATHAN M | $675.00 | $1,417.50 | PARTICIPATE IN PHONE CALLS WITH OTC MARKETS GROUP AND BARCLAYS TO DISCUSS OTC TRADING MATTERS (0.4); DISCUSSIONS WITH COMPUTERSHARE REGARDING TRANSFER AGENT MATTERS (0.6); SEND EMAILS REGARDING T-3 FILING (0.4); REVIEW CHANGES TO REGISTRATION RIGHTS AGREEMENT (0.4); DRAFT EMAILS WITH RESPECT TO THE SAME (0.3). |
| 6.30 | KISHINEVSKY, LIRON | $195.00 | $1,228.50 | RESEARCH AND ANALYSIS RE REORGANIZED TCEH AND REPORTING UNDER THE U.S. SECURITIES AND EXCHANGE ACT OUTSIDE OF THE CONTEXT OF 12B/12G REGISTRATION. |

07/13/16

| | | | | |
|---|---|---|---|---|
| 1.70 | LITTLE, ROBERT B | $875.00 | $1,487.50 | CONFER WITH A. WRIGHT REGARDING REGISTRATION RIGHTS AGREEMENT (0.2); E-MAILS REGARDING SAME (0.3); REVIEW AND REVISE EMERGENCE CHECKLIST (1.2). |
| 1.30 | SCARAZZO, ERIC M | $855.00 | $1,111.50 | PARTICIPATE IN CALLS WITH POTENTIAL TRANSFER AGENTS (1.1); CALLS WITH J. WHALEN REGARDING TRANSFER AGENT MATTERS (0.2). |
| 4.70 | WHALEN, JONATHAN M | $675.00 | $3,172.50 | WORK ON REORGANIZED TCEH EMERGENCE DECK (1.3); DISCUSSIONS WITH AST AND COMPUTERSHARE REGARDING TAX RECEIVABLE AGREEMENT (1.8); REVIEW DOCUMENTS WITH RESPECT TO TAX RECEIVABLES AGREEMENT AND RELATED T-3 REGISTRATION (1.6). |
| 0.20 | FISHER, TIMOTHY P | $535.00 | $107.00 | CONFERENCE WITH WORKING GROUP REGARDING EMERGENCE CHECKLIST. |
| 4.40 | KISHINEVSKY, LIRON | $195.00 | $858.00 | CONTINUE RESEARCH AND ANALYSIS OF SUCCESSOR FILING EXEMPTIONS TO ALLOW REORGANIZED TCEH TO FILE WITH THE SEC AS A VOLUNTARY FILER (4.1); CONFERENCE WITH J. WHALEN RE THE SAME (0.3). |

07/14/16

| | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | REVIEW TRANSFER AGENT COMMENTS TO TRA (0.2); REVIEW EMERGENCE CHECKLIST (0.2). |
| 7.70 | FISHER, TIMOTHY P | $535.00 | $4,119.50 | REVISE EMERGENCE CHECKLIST (7.4); CONFERENCE WITH R. LITTLE REGARDING SAME (.3). |

| | | | | |
|---|---|---|---|---|
| 2.40 | KISHINEVSKY, LIRON | $195.00 | $468.00 | CONTINUE RESEARCH AND ANALYSIS OF SUCCESSOR FILING EXEMPTIONS TO ALLOW REORGANIZED TCEH TO FILE WITH THE SEC AS A VOLUNTARY FILER (2.1); CONTACT SEC TO INQUIRE RE THE SAME (0.2); CONFERENCE WITH J. WHALEN RE THE SAME (0.1). |

07/15/16

| | | | | |
|---|---|---|---|---|
| 0.60 | WHALEN, JONATHAN M | $675.00 | $405.00 | REVIEW COMPUTERSHARE COMMENTS TO TAX RECEIVABLE AGREEMENT (0.3); EMAILS RE TAX RECEIVABLE AGREEMENT (0.3). |
| 0.80 | FISHER, TIMOTHY P | $535.00 | $428.00 | CONFERENCE WITH WORKING GROUP REGARDING PROJECT LESS TRANSACTIONS (.2); REVISE FORM TRANSACTION DOCUMENTS FOR SAME (.6). |
| 3.60 | KISHINEVSKY, LIRON | $195.00 | $702.00 | DRAFT MEMORANDUM RE REORGANIZED TCEH AND RULE 15D-5 OF THE EXCHANGE ACT (3.2); TELEPHONE CONFERENCE WITH THE OFFICE OF GENERAL COUNSEL OF THE SEC TO INQUIRE RE THE SAME (0.3); INTERNAL CONFERENCE WITH J. WHALEN RE THE SAME (0.1). |

07/16/16

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $875.00 | $262.50 | REVIEW REVISIONS TO TRA FROM TRANSFER AGENTS. |

07/18/16

| | | | | |
|---|---|---|---|---|
| 1.40 | LITTLE, ROBERT B | $875.00 | $1,225.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING REGISTRATION RIGHTS AGREEMENT AND SECURITIES LISTING (0.2); TELEPHONE CALL WITH WORKING GROUP REGARDING TRANSFER AGENT (0.5); TELEPHONE CALL WITH CITI REGARDING OTC MARKETS (0.4); EXAMINE ISSUE FOR A. BURTON (0.3). |

| | | | | |
|---|---|---|---|---|
| 0.70 | SCARAZZO, ERIC M | $855.00 | $598.50 | CALL WITH PAUL WEISS REGARDING TAX RECEIVABLES AGREEMENT AND REGISTRATION RIGHTS AGREEMENT. |
| 2.20 | WHALEN, JONATHAN M | $675.00 | $1,485.00 | PARTICIPATE IN PHONE CALL RE TRANSFER AGENT SELECTION (0.4); PARTICIPATE IN PHONE CALL RE OTC EXCHANGE SELECTION PROCESS (0.4); WORK ON TAX RECEIVABLE AGREEMENT (0.8); PHONE CALLS RE TAX RECEIVABLE AGREEMENT AND T-3 FILING (0.6). |
| 2.10 | FISHER, TIMOTHY P | $535.00 | $1,123.50 | PREPARE FORM OF NAME CHANGE AMENDMENT DOCUMENTS FOR TEXAS AND DELAWARE (1.1); CONFERENCE WITH K&E REGARDING DELAWARE DISSOLUTIONS AND RESEARCH SAME (1.0). |

07/19/16

| | | | | |
|---|---|---|---|---|
| 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | REVIEW AND REVISE OUTLINE OF RESOLUTIONS FOR EMERGENCE (0.6); CONFER WITH T. FISHER REGARDING SAME (0.1); CONFER WITH A. WRIGHT REGARDING OFFICER PURCHASE ISSUES (0.1); E-MAILS REGARDING TAX RECEIVABLE AGREEMENT (0.3). |
| 0.50 | SCARAZZO, ERIC M | $855.00 | $427.50 | CALLS WITH PAUL WEISS REGARDING TAX RECEIVABLES AGREEMENT AND REGISTRATION RIGHTS AGREEMENT. |
| 1.70 | WHALEN, JONATHAN M | $675.00 | $1,147.50 | DISCUSSIONS RE TAX RECEIVABLE AGREEMENT (0.6); COORDINATE PREPARATION OF T-3 (1.1). |
| 4.20 | FISHER, TIMOTHY P | $535.00 | $2,247.00 | REVISE EMERGENCE CHECKLIST (.3); CONFERENCE WITH R. LITTLE REGARDING SAME (3.9). |

| Date/Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 07/20/16 0.60 | MOLONEY, JAMES J | $1,145.00 | $687.00 | CONFER WITH R. LITTLE RE EMERGENCE FROM BANKRUPTCY (.1); ANALYZE AND ADVISE ON SECURITIES LAW IMPLICATIONS OF VARIOUS STRUCTURES WHEREBY CEO WOULD ACQUIRE SHARES OF COMPANY POST-BANKRUPTCY (.5). |
| 1.90 | LITTLE, ROBERT B | $875.00 | $1,662.50 | REVIEW AND REVISE EMERGENCE CHECKLIST AND LIST OF CONSENTS (1.1); ANALYZE CURT MORGAN INVESTMENT ISSUES (0.8). |
| 0.90 | WHALEN, JONATHAN M | $675.00 | $607.50 | DISCUSSIONS WITH AST RE TRANSFER AGENT AGREEMENT (0.3); COORDINATE MATTERS RE T-3 (0.6). |
| 1.90 | FISHER, TIMOTHY P | $535.00 | $1,016.50 | REVISE EMERGENCE CHECKLIST (1.6); CONFERENCE WITH WORKING GROUP REGARDING SAME (.3). |
| 07/21/16 1.70 | LITTLE, ROBERT B | $875.00 | $1,487.50 | TELEPHONE CALLS WITH PAUL WEISS AND A. WRIGHT REGARDING TRA ISSUES (0.9); E-MAILS REGARDING SAME (0.3); CONFER WITH A. WRIGHT REGARDING INVESTMENT BY EXECUTIVE (0.3); E-MAIL REGARDING SAME (0.2). |
| 0.60 | WHALEN, JONATHAN M | $675.00 | $405.00 | DISCUSSIONS WITH PAUL WEISS REGARDING TAX RECEIVABLES AGREEMENT (0.3); DRAFT EMAILS WITH RESPECT TO THE SAME.  (0.3). |
| 07/22/16 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | PARTICIPATE IN CALL WITH WORKING GROUP REGARDING EMERGENCE MATTERS. |

| | | | | |
|---|---|---|---|---|
| 0.90 | WHALEN, JONATHAN M | $675.00 | $607.50 | PARTICIPATE IN PHONE CALL TO DISCUSS EMERGENCE DECK (0.4); PARTICIPATE IN WEEKLY EXECUTION CALL (0.5). |
| 0.70 | FISHER, TIMOTHY P | $535.00 | $374.50 | CONFERENCE WITH COMPANY AND WORKING GROUP REGARDING EMERGENCE DECK. |

**07/25/16**

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $875.00 | $262.50 | CONFER WITH PAUL WEISS REGARDING TAX RECEIVABLE AGREEMENT (0.2); E-MAILS REGARDING SAME (0.1). |

**07/26/16**

| | | | | |
|---|---|---|---|---|
| 1.80 | WHALEN, JONATHAN M | $675.00 | $1,215.00 | ANALYSIS REGARDING EFH SEC REPORTING OBLIGATIONS POST-EMERGENCE (0.8); DRAFT EMAILS WITH RESPECT TO THE SAME (0.6); REVISE SLIDE DECK REGARDING REPORTING OBLIGATIONS (0.4). |

**07/27/16**

| | | | | |
|---|---|---|---|---|
| 1.70 | LITTLE, ROBERT B | $875.00 | $1,487.50 | ANALYZE TRA ISSUES (0.9); TELEPHONE CALLS AND E-MAILS REGARDING SAME (0.8). |
| 1.30 | SCARAZZO, ERIC M | $855.00 | $1,111.50 | PREPARE FOR AND PARTICIPATE IN CALLS RELATED TO TAX RECEIVABLES AGREEMENT (0.4); REVIEW AND REVISE TAX RECEIVABLES AGREEMENT (0.9). |
| 0.90 | WHALEN, JONATHAN M | $675.00 | $607.50 | EMAILS RE TICKER SYMBOL RESERVATION (0.3); DISCUSSIONS RE TAX RECEIVABLES AGREEMENT MATTERS (0.6). |
| 0.30 | FISHER, TIMOTHY P | $535.00 | $160.50 | CONFERENCE WITH WORKING GROUP AND K&E REGARDING TCEH DIP OPINION. |

**07/28/16**

| | | | | |
|---|---|---|---|---|
| 1.40 | LITTLE, ROBERT B | $875.00 | $1,225.00 | REVIEW AND REVISE STOCKHOLDERS AGREEMENT. |

| | | | | |
|---|---|---|---|---|
| 07/29/16 | | | | |
| 1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | PARTICIPATE IN WEEKLY CALL REGARDING ACTION ITEMS (0.9); TELEPHONE CALL WITH PAUL WEISS REGARDING TAX RECEIVABLE AGREEMENT ISSUES (0.2); E-MAILS REGARDING TRADING SYMBOLS (0.1). |
| 0.90 | WHALEN, JONATHAN M | $675.00 | $607.50 | PHONE CALL WITH FINRA REGARDING TICKER SYMBOL RESERVATION (0.3); PARTICIPATE IN EXECUTION CALL (0.6). |
| 07/31/16 | | | | |
| 0.20 | LITTLE, ROBERT B | $875.00 | $175.00 | REVIEW AND REVISE TAX RECEIVABLE AGREEMENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080824**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00053 | Horseshoe Bend Solar Project | $   3,314.50 | $   0.00 | $   3,314.50 |
|  | **Totals** | $   3,314.50 | $   0.00 | $   3,314.50 |
|  | **Current Balance Due** |  |  | $   3,314.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00053 | 06/13/16 | 2016062430 | $   7,199.10 | $   0.00 | $   7,199.10 |
| 92772-00053 | 07/21/16 | 2016073148 | 960.00 | 0.00 | 960.00 |
|  | **PREVIOUS BALANCE DUE** |  |  |  | $   8,159.10 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  |  | $   11,473.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016080824**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00053 | Horseshoe Bend Solar Project | $   3,314.50 | $   0.00 | $   3,314.50 |
|  | **Totals** | $   3,314.50 | $   0.00 | $   3,314.50 |
|  | **Current Balance Due** |  |  | $   3,314.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00053 | 06/13/16 | 2016062430 | $  7,199.10 | $   0.00 | $  7,199.10 |
| 92772-00053 | 07/21/16 | 2016073148 | 960.00 | 0.00 | 960.00 |
|  | **PREVIOUS BALANCE DUE** |  |  |  | $  8,159.10 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  |  | $  11,473.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 12, 2016                                                      Invoice No. 2016080824

**Due and Payable Upon Receipt**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


HORSESHOE BEND SOLAR PROJECT
92772-00053

_____


For Services Rendered Through July 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JESSICA I. BASIL | 1.90 | 855.00 | 1,624.50 |
| MICHAEL Q. CANNON | 2.60 | 650.00 | 1,690.00 |

**Total Services**                                              $   3,314.50



**Total Services, Costs/Charges**                                    3,314.50

**BALANCE DUE**                                                 $   3,314.50

**Due and Payable Upon Receipt**

HORSESHOE BEND SOLAR PROJECT
92772-00053

---

Detail Services:

07/13/16
| | | | | |
|---|---|---|---|---|
| 1.30 | CANNON, MICHAEL Q | $650.00 | $845.00 | PREPARE FOR     TERM SHEET CALL. |

07/14/16
| | | | | |
|---|---|---|---|---|
| 1.90 | BASIL, JESSICA I | $855.00 | $1,624.50 | REVIEW TERM SHEET (0.3); REVIEW ISSUES LIST (0.3); CALL REGARDING TERM SHEET (1.3). |
| 1.30 | CANNON, MICHAEL Q | $650.00 | $845.00 | CALL     TO DISCUSS TERM SHEET. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 9, 2016**

**Invoice No. 2016093283**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00054 | PUC RFI | $  70,474.70 | $  0.00 | $  70,474.70 |
|  | **Totals** | $  70,474.70 | $  0.00 | $  70,474.70 |
|  | **Current Balance Due** |  |  | $  70,474.70 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00054 | 08/05/16 | 2016081263 | $  11,340.50 | $  0.00 | $  11,340.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                          $   11,340.50

**TOTAL OUTSTANDING BALANCE DUE**                      $   81,815.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 9, 2016**

**Invoice No. 2016093283**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00054 | PUC RFI | $  70,474.70 | $      0.00 | $  70,474.70 |
|  | **Totals** | $  70,474.70 | $    0.00 | $  70,474.70 |
|  | **Current Balance Due** |  |  | $  70,474.70 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: September 9, 2016                                                                 Invoice No. 2016093283
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | | Costs | Balance Due |
|---|---|---|---|---|---|---|
| 92772-00054 | 08/05/16 | 2016081263 | $ 11,340.50 | $ | 0.00 | $   11,340.50 |

**PREVIOUS BALANCE DUE**                                                           $   11,340.50

**TOTAL OUTSTANDING BALANCE DUE**                                      $   81,815.20

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


PUC RFI
92772-00054

---

For Services Rendered Through July 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM S. SCHERMAN | 3.30 | $1,125.00 | $ 3,712.50 |
| MICHAEL L. RAIFF | 13.80 | 930.00 | 12,834.00 |
| JEFFREY L. STEINER | 3.40 | 685.00 | 2,329.00 |
| JEFFREY M. JAKUBIAK | 4.50 | 800.00 | 3,600.00 |
| WILLIAM C. VAUGHN | 19.40 | 505.00 | 9,797.00 |
| CARLA H. JONES | 0.30 | 240.00 | 72.00 |
| CHRISTOPHER KARNES | 0.60 | 360.00 | 216.00 |
| MARC E. SCHNEIDER | 97.90 | 360.00 | 35,244.00 |
| DANIEL Y. SHIN | 7.90 | 338.00 | 2,670.20 |

**Total Services**                                                    $ 70,474.70


**Total Services, Costs/Charges**                                      70,474.70

**BALANCE DUE**                                                        $ 70,474.70

**Due and Payable Upon Receipt**

PUC RFI
92772-00054

_____

Detail Services:

| 07/05/16 | | | | |
|---|---|---|---|---|
| 0.10 | KARNES, CHRISTOPHER | $360.00 | $36.00 | EMAIL EXCHANGES WITH V. BRATCHER REGARDING DATA TO PROCESS FOR NEW MATTER. |

| 07/06/16 | | | | |
|---|---|---|---|---|
| 0.10 | KARNES, CHRISTOPHER | $360.00 | $36.00 | CREATE FOLDER STRUCTURE FOR DATA COPYING AND, EMAIL EXCHANGES WITH M. MUNROE REGARDING SAME. |

| 07/08/16 | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | REVIEW MATERIALS AND RECENT EMAILS REGARDING PUCT SLIDES. |

| 07/11/16 | | | | |
|---|---|---|---|---|
| 1.80 | RAIFF, MICHAEL L | $930.00 | $1,674.00 | WORK ON GOING THROUGH MATERIALS RELATING TO CT OFFER PRICES (.5); CONFERENCE CALL WITH S. SIEGEL AND B. MOORE (.9); WORK ON EMAIL PROCESS AND COMMUNICATIONS (.4). |
| 2.70 | VAUGHN, WILLIAM C | $505.00 | $1,363.50 | DRAFT DOCUMENT REVIEW PLAN (1.3); CONFERENCE WITH M. SCHNEIDER REGARDING THE PROCESSING AND HOSTING OF DOCUMENTS AND DOCUMENT REVIEW PLAN (.2); PREPARE FOR AND PARTICIPATE IN CALL WITH CLIENTS (1.0); CONFERENCE WITH M. RAIFF REGARDING OFFER PRICES (.2). |
| 0.30 | KARNES, CHRISTOPHER | $360.00 | $108.00 | EMAIL EXCHANGES WITH V. BRATCHER, M. SCHNEIDER AND M. MUNROE REGARDING DATA TO PROCESS FOR RELATIVITY (0.1); EMAIL EXCHANGE AND CALL WITH M. SCHNEIDER REGARDING PROCESSING OF CUSTODIANS (0.2). |

**Invoice Date: September 9, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016093283**

| | | | | |
|---|---|---|---|---|
| 4.50 | SCHNEIDER, MARC E | $360.00 | $1,620.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (1.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (0.5); ANALYZE PROCESSED NATIVE FILES (1.0); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.0); UPDATE DATABASE WITH REVIEW DATA (0.2); INDEX DATABASE FOR ATTORNEY REVIEW (0.3); SETUP USER ACCESS AND SECURITY FOR RELATIVITY WORKSPACE (0.5). |

07/12/16

| | | | | |
|---|---|---|---|---|
| 3.00 | SCHNEIDER, MARC E | $360.00 | $1,080.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (1.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (0.5); ANALYZE PROCESSED NATIVE FILES (0.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (0.5); UPDATE DATABASE WITH REVIEW DATA (0.3); INDEX DATABASE FOR ATTORNEY REVIEW (0.2). |

07/13/16

| | | | | |
|---|---|---|---|---|
| 0.50 | SCHERMAN, WILLIAM S | $1,125.00 | $562.50 | INITIAL REVIEW OF DOCUMENTS (.3); CONFERENCE WITH MRM REGARDING SAME (.2). |
| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | WORK ON CT OFFER PRACTICE ISSUES AND COMMUNICATIONS WITH CFTC ATTORNEYS REGARDING SAME (0.5); COMMUNICATIONS REGARDING EMAIL DOCUMENT TRANSFER AND REVIEW (0.3); FOLLOW-UP ON BP RULINGS AND MATERIALS (0.2). |

| 2.40 | VAUGHN, WILLIAM C | $505.00 | $1,212.00 | DRAFT SUMMARY OF ISSUES IN CASE AND OUTLINE POTENTIAL ARGUMENTS (1.6); READ CFTC REGULATIONS RELATED TO MARKET MANIPULATION (.6); COMMUNICATE WITH LIBRARY REGARDING PULLING MATERIALS FROM RELATED CASES (.2). |
| 0.30 | JONES, CARLA H | $240.00 | $72.00 | ONLINE SEARCH FOR FEDERAL ENERGY REGULATORY COMMISSION. |
| 4.00 | SCHNEIDER, MARC E | $360.00 | $1,440.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (1.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (1.0); ANALYZE PROCESSED NATIVE FILES (0.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (0.5); UPDATE DATABASE WITH REVIEW DATA (0.5); INDEX DATABASE FOR ATTORNEY REVIEW (0.5). |

07/14/16

| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | COMMUNICATIONS REGARDING EMAIL SEARCH AND REVIEW AND CT OFFER PRACTICES. |
| 0.60 | STEINER, JEFFREY L | $685.00 | $411.00 | REVIEW DOCUMENTS RELATING TO THE ANALYSIS ON OFFER (0.3); CONSIDER CFTC INTEREST AND PERSPECTIVE (0.3). |
| 1.60 | JAKUBIAK, JEFFREY M | $800.00 | $1,280.00 | REVIEW MATERIALS SENT BY CLIENT REGARDING QUICK START GENERATION RESOURCE OFFERS. |

| 5.00 | SCHNEIDER, MARC E | $360.00 | $1,800.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (1.5); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (1.5); ANALYZE PROCESSED NATIVE FILES (0.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.0); UPDATE DATABASE WITH REVIEW DATA (0.2); INDEX DATABASE FOR ATTORNEY REVIEW (0.3). |
| 2.40 | SHIN, DANIEL Y | $338.00 | $811.20 | CREATE NEW PROCESSING SETS FOR CUSTODIAN DATA (1.2); MAP RAW DATA (1.2). |

07/15/16

| 0.10 | KARNES, CHRISTOPHER | $360.00 | $36.00 | CALL WITH M. SCHNEIDER REGARDING PROCESSING CUSTODIANS IN RELATIVITY. |
| 6.00 | SCHNEIDER, MARC E | $360.00 | $2,160.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (2.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (1.5); ANALYZE PROCESSED NATIVE FILES (0.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.5); UPDATE DATABASE WITH REVIEW DATA (0.2); INDEX DATABASE FOR ATTORNEY REVIEW (0.3). |

07/16/16

| 1.80 | SCHNEIDER, MARC E | $360.00 | $648.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (0.5); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (0.2); ANALYZE PROCESSED NATIVE FILES (0.3); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (0.2); UPDATE DATABASE WITH REVIEW DATA (0.3); INDEX DATABASE FOR ATTORNEY REVIEW (0.3). |

| | | | | |
|---|---|---|---|---|
| **07/17/16** | | | | |
| 0.30 | SCHNEIDER, MARC E | $360.00 | $108.00 | READ AND RESPOND TO EMAIL RE DOCUMENT REVIEW. |
| **07/18/16** | | | | |
| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | WORK ON RAMP DOWN ISSUES AND RELATED COMMUNICATIONS. |
| 0.70 | STEINER, JEFFREY L | $685.00 | $479.50 | REVIEW MATERIALS IN PREPARATION FOR CALL TO DISCUSS CFTC EXPOSURE (.5); CALL WITH J. JAKUBIAK TO DISCUSS TRADING (.2). |
| 1.50 | JAKUBIAK, JEFFREY M | $800.00 | $1,200.00 | ANALYZE LUMINANT QSCT OFFERING ISSUES (1.3); TELECONFERENCE WITH J. STEINER REGARDING SAME (.2). |
| 6.00 | SCHNEIDER, MARC E | $360.00 | $2,160.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (2.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (1.5); ANALYZE PROCESSED NATIVE FILES (0.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.5); UPDATE DATABASE WITH REVIEW DATA (0.2); INDEX DATABASE FOR ATTORNEY REVIEW (0.3). |
| 2.80 | SHIN, DANIEL Y | $338.00 | $946.40 | SET UP PROCESSING SETS (1.3); MAP DATA TO EACH CUSTODIAN IN RELATIVITY (1.5). |
| **07/19/16** | | | | |
| 1.50 | SCHERMAN, WILLIAM S | $1,125.00 | $1,687.50 | REVIEW DOCUMENTS (.6); CONFERENCE CALLS WITH CLIENTS (.9). |
| 1.40 | RAIFF, MICHAEL L | $930.00 | $1,302.00 | WORK ON CT OFFER ISSUES AND RELATED MATERIALS AND EMAILS (0.5); CONFERENCE CALL WITH B. SCHERMAN, J. JAKUBIAK, J. STEINER, S. SIEGEL AND B. MOORE (0.9). |

| | | | | |
|---|---|---|---|---|
| 2.10 | STEINER, JEFFREY L | $685.00 | $1,438.50 | CALL WITH J. JAKUBIAK REGARDING GT OFFERS (.1); IDENTIFY POTENTIAL CFTC ISSUES REGARDING THE BID PROCESS (1.1); CALL WITH LUMINANT TEAM TO DISCUSS ISSUES (.9). |
| 1.40 | JAKUBIAK, JEFFREY M | $800.00 | $1,120.00 | TELECONFERENCE WITH CLIENT REGARDING CT OFFERS (.9); PREPARE FOR SAME (.2); DRAFT FOLLOW-UP EMAIL TO CLIENT REGARDING SAME (.3). |
| 1.70 | VAUGHN, WILLIAM C | $505.00 | $858.50 | DRAFT SUMMARY OF POTENTIAL CLAIMS AND DEFENSES (.8); PARTICIPATE IN CALL REGARDING CT OFFERS (.9). |
| 5.00 | SCHNEIDER, MARC E | $360.00 | $1,800.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (1.5); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (1.5); ANALYZE PROCESSED NATIVE FILES (0.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.0); UPDATE DATABASE WITH REVIEW DATA (0.3); INDEX DATABASE FOR ATTORNEY REVIEW (0.2). |
| 1.50 | SHIN, DANIEL Y | $338.00 | $507.00 | CREATE NEW PROCESSING SETS FOR CUSTODIAN DATA (1.2); MAP RAW DATA (1.3). |

07/20/16

| 2.20 | RAIFF, MICHAEL L | $930.00 | $2,046.00 | ATTENTION TO AND COMMUNICATIONS REGARDING RAMP RATE ISSUES AND CT OFFERS (0.3); CONFERENCE CALL WITH S. SIEGEL, B. MOORE, AND R. TERRILL (0.9); WORK ON EMAIL REVIEW ISSUES AND RELATED COMMUNICATIONS (0.3); WORK ON PROPOSED EMAIL TO BUSINESS PEOPLE RE CT OFFERS AND RELATED COMMUNICATIONS (0.7). |
| 1.40 | VAUGHN, WILLIAM C | $505.00 | $707.00 | DRAFT DISCOVERY PLAN (.5); PARTICIPATE IN WEEKLY CALL REGARDING CURRENT STATUS OF THE CASE (.7); COORDINATE RELATIVITY TRAINING SESSION (.2). |
| 4.00 | SCHNEIDER, MARC E | $360.00 | $1,440.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (1.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (1.0); ANALYZE PROCESSED NATIVE FILES (.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.0); UPDATE DATABASE WITH REVIEW DATA (.2); INDEX DATABASE FOR ATTORNEY REVIEW (.3). |

07/21/16

| 1.30 | SCHERMAN, WILLIAM S | $1,125.00 | $1,462.50 | WORK ON DRAFT CORRESPONDENCE TO CLIENT AND ALL RELATED MATTERS (1.0); CONFERENCE WITH M. RAIFF RE SAME. |
| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | WORK ON EMAIL TRANSFER (.1); REVIEW DOCUMENTS (.2). |
| 0.50 | VAUGHN, WILLIAM C | $505.00 | $252.50 | COMMUNICATE WITH CLIENTS AND TECH SUPPORT REGARDING ACCESS TO RELATIVITY THROUGH CITRIX SERVER. |

| | | | | |
|---|---|---|---|---|
| 1.20 | SHIN, DANIEL Y | $338.00 | $405.60 | CREATE NEW PROCESSING SETS FOR CUSTODIAN DATA (.6); MAP RAW DATA (.6). |

**07/22/16**

| | | | | |
|---|---|---|---|---|
| 1.30 | RAIFF, MICHAEL L | $930.00 | $1,209.00 | ATTENTION TO RAMP RATE ISSUES AND MATERIALS (0.4); CONFERENCE CALL WITH CLIENTS REGARDING RAMP RATE ISSUES (0.9). |
| 1.90 | VAUGHN, WILLIAM C | $505.00 | $959.50 | DEVELOP SEARCH TERMS AND SAVED SEARCHES (.7); PARTICIPATE IN CALL REGARDING RAMP RATE ISSUES (1.2). |
| 4.00 | SCHNEIDER, MARC E | $360.00 | $1,440.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (1.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (1.0); ANALYZE PROCESSED NATIVE FILES (.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.0); UPDATE DATABASE WITH REVIEW DATA (.2); INDEX DATABASE FOR ATTORNEY REVIEW (.3). |

**07/23/16**

| | | | | |
|---|---|---|---|---|
| 5.50 | SCHNEIDER, MARC E | $360.00 | $1,980.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (2.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (1.5); ANALYZE PROCESSED NATIVE FILES (0.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.0); UPDATE DATABASE WITH REVIEW DATA (.3); INDEX DATABASE FOR ATTORNEY REVIEW (.2). |

07/24/16
| 3.00 | SCHNEIDER, MARC E | $360.00 | $1,080.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (1.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (.5); ANALYZE PROCESSED NATIVE FILES (.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (.5); UPDATE DATABASE WITH REVIEW DATA (.2); INDEX DATABASE FOR ATTORNEY REVIEW (.3). |

07/25/16
| 2.90 | RAIFF, MICHAEL L | $930.00 | $2,697.00 | WORK ON CT OFFER ISSUES AND DRAFT CORRESPONDENCE (.7); WORK ON DOCUMENT SEARCH DRAFT PROTOCOL (1.9); MEET WITH S. SIEGEL, BILL MOORE, AND C. VAUGHN RE SAME (.3). |
| 5.30 | VAUGHN, WILLIAM C | $505.00 | $2,676.50 | DRAFT DISCOVERY PLAN (2.6); DEVELOP SEARCH TERMS AND PARAMETERS (.5); PARTICIPATE IN RELATIVITY TRAINING AND MEET WITH TEAM REGARDING DISCOVERY STRATEGY (2.2). |
| 8.00 | SCHNEIDER, MARC E | $360.00 | $2,880.00 | RELATIVITY TRAINING AND REVIEW WORKFLOW STRATEGY WITH REVIEW TEAM (1.5); STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (2.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (2.0); ANALYZE PROCESSED NATIVE FILES (.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.5); UPDATE DATABASE WITH REVIEW DATA (.3); INDEX DATABASE FOR ATTORNEY REVIEW (.2). |

07/26/16
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | WORK ON CT OFFER ISSUES. |

| | | | | |
|---|---|---|---|---|
| 6.00 | SCHNEIDER, MARC E | $360.00 | $2,160.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (2.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (1.5); ANALYZE PROCESSED NATIVE FILES (.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.5); UPDATE DATABASE WITH REVIEW DATA (.2); INDEX DATABASE FOR ATTORNEY REVIEW (.3). |

**07/27/16**

| | | | | |
|---|---|---|---|---|
| 0.60 | RAIFF, MICHAEL L | $930.00 | $558.00 | CALL WITH CLIENTS AND B. MOORE (.4); WORK ON EMAIL SEARCH ISSUES (.2). |
| 2.60 | VAUGHN, WILLIAM C | $505.00 | $1,313.00 | PARTICIPATE IN WEEKLY TEAM CALL (.4); UPDATE DISCOVERY STRATEGY DOCUMENT TO INCORPORATE COMMENTS FROM TEAM MEETING (1.9); COMMUNICATE WITH TEAM REGARDING RELATIVITY ACCESS (.3). |
| 6.50 | SCHNEIDER, MARC E | $360.00 | $2,340.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (2.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (2.0); ANALYZE PROCESSED NATIVE FILES (0.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (1.5); UPDATE DATABASE WITH REVIEW DATA (.3); INDEX DATABASE FOR ATTORNEY REVIEW (.2). |

**07/28/16**

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $930.00 | $744.00 | ATTENTION TO EMAIL SEARCH PROTOCOL (.3); CONFERENCE CALL WITH CLIENTS REGARDING LEGAL/REGULATORY UPDATES (.5). |
| 0.50 | VAUGHN, WILLIAM C | $505.00 | $252.50 | PARTICIPATE IN REGULATORY UPDATE CALL. |

| 7.00 | SCHNEIDER, MARC E | $360.00 | $2,520.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (2.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (2.0); ANALYZE PROCESSED NATIVE FILES (.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (2.0); UPDATE DATABASE WITH REVIEW DATA (.2); INDEX DATABASE FOR ATTORNEY REVIEW (.3). |

07/29/16

| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | ATTENTION TO CT OFFER ISSUES AND COMMUNICATIONS. |
| 0.40 | VAUGHN, WILLIAM C | $505.00 | $202.00 | REVIEW DOCUMENTS TO RESPOND TO B. MOORE'S QUESTION REGARDING SENT DATE ON EMAILS. |
| 7.00 | SCHNEIDER, MARC E | $360.00 | $2,520.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (2.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (2.0); ANALYZE PROCESSED NATIVE FILES (.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (2.0); UPDATE DATABASE WITH REVIEW DATA (.2); INDEX DATABASE FOR ATTORNEY REVIEW (.3). |

07/30/16

| 8.30 | SCHNEIDER, MARC E | $360.00 | $2,988.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING; PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (3.0); ANALYZE PROCESSED NATIVE FILES (2.3); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (2.5); UPDATE DATABASE WITH REVIEW DATA (.2); INDEX DATABASE FOR ATTORNEY REVIEW (.3). |

07/31/16

| | | | | |
|---|---|---|---|---|
| 3.00 | SCHNEIDER, MARC E | $360.00 | $1,080.00 | STAGE DATA COLLECTION FOR EDISCOVERY PROCESSING (1.0); PROCESS AND PUBLISH DATA IN RELATIVITY DATABASE (.5); ANALYZE PROCESSED NATIVE FILES (.5); RUN QUALITY CONTROL ON DATA AFTER PROCESSING AND PROCESS ERROR OUTLIERS (.5); UPDATE DATABASE WITH REVIEW DATA (.2); INDEX DATABASE FOR ATTORNEY REVIEW (.3). |

**Exhibit G-4**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016093980**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  18,303.50 | $      0.00 | $  18,303.50 |
| | **Totals** | $  18,303.50 | $    0.00 | $  18,303.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  18,303.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016093980**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  18,303.50 | $  0.00 | $  18,303.50 |
|  | **Totals** | $  18,303.50 | $  0.00 | $  18,303.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  18,303.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

_____

For Services Rendered Through August 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| MICHAEL L. RAIFF | 4.00 | $ 930.00 | $  3,720.00 |
| JAMES C. HO | 9.10 | 890.00 | 8,099.00 |
| ASHLEY E. JOHNSON | 1.30 | 715.00 | 929.50 |
| WILLIAM T. THOMPSON | 11.00 | 505.00 | 5,555.00 |

**Total Services**                                        $  18,303.50


**Total Services, Costs/Charges**                            18,303.50

**BALANCE DUE**                                        $  18,303.50

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

Detail Services:

**08/18/16**

| | | | | |
|---|---|---|---|---|
| 1.50 | RAIFF, MICHAEL L | $930.00 | $1,395.00 | REVIEW DALLAS COURT OF APPEALS RULINGS ████ ████ (1.2); MULTIPLE COMMUNICATIONS REGARDING SAME (.3). |
| 2.00 | HO, JAMES C | $890.00 | $1,780.00 | REVIEW AND ANALYZE DALLAS COURT OF APPEALS RULINGS (1.7); CORRESPONDENCE REGARDING SAME (.3). |
| 0.50 | JOHNSON, ASHLEY E | $715.00 | $357.50 | EMAIL CORRESPONDENCE REGARDING OPINION FROM DALLAS COURT OF APPEALS. |
| 2.40 | THOMPSON, WILLIAM T | $505.00 | $1,212.00 | REVIEW DALLAS COURT OF APPEALS RULINGS (2.1); REVIEW CORRESPONDENCE ████████ (.3). |

**08/19/16**

| | | | | |
|---|---|---|---|---|
| 1.50 | RAIFF, MICHAEL L | $930.00 | $1,395.00 | REVIEW DALLAS COURT OF APPEALS RULINGS (.7); REVIEW ████ POSSIBLE ARGUMENTS (.5); CONFER WITH TEAM RE SAME (.3). |
| 4.50 | HO, JAMES C | $890.00 | $4,005.00 | FURTHER REVIEW AND ANALYSIS OF DALLAS COURT OF APPEALS RULINGS (3.9); REVIEW CORRESPONDENCE REGARDING SAME (.6). |
| 4.00 | THOMPSON, WILLIAM T | $505.00 | $2,020.00 | REVIEW DALLAS COURT OF APPEALS RULININGS (3.1); STRATEGIZE ████████ (.9). |

**08/21/16**

| | | | | |
|---|---|---|---|---|
| 0.40 | HO, JAMES C | $890.00 | $356.00 | ANALYZE POTENTIAL ARGUMENTS ████████ . |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 08/22/16 | 0.30 | HO, JAMES C | $890.00 | $267.00 | CORRESPONDENCE REGARDING █████ DALLAS COURT OF APPEALS RULING █████ ██████. |
| 08/23/16 | 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | COMMUNICATIONS ████ ████ AND WORK ON NEXT STEPS (.3); CONFERENCE CALL WITH CLIENTS (.7). |
| | 0.90 | HO, JAMES C | $890.00 | $801.00 | CONFERENCE CALL WITH D. KELLY ET AL. ██████. |
| | 0.80 | JOHNSON, ASHLEY E | $715.00 | $572.00 | TELEPHONE CONFERENCE WITH FPL TEAM ████ ████. |
| | 1.10 | THOMPSON, WILLIAM T | $505.00 | $555.50 | COMMUNICATE WITH CLIENT AND CASE TEAM ██████ (.4); ANALYZE OPTIONS (.7). |
| 08/24/16 | 0.60 | THOMPSON, WILLIAM T | $505.00 | $303.00 | ANALYZE ████ DEADLINES. |
| 08/26/16 | 0.30 | HO, JAMES C | $890.00 | $267.00 | ANALYZE ████ ISSUE AND EDIT ██████ ████. |
| | 1.30 | THOMPSON, WILLIAM T | $505.00 | $656.50 | ANALYZE ████ ISSUES. |
| 08/27/16 | 0.20 | THOMPSON, WILLIAM T | $505.00 | $101.00 | REVIEW CORRESPONDENCE REGARDING ████ ISSUES. |
| 08/29/16 | 0.20 | HO, JAMES C | $890.00 | $178.00 | CORRESPONDENCE FOR D. KELLY ██████ ███. |

| 1.40 | THOMPSON, WILLIAM T | $505.00 | $707.00 | ANALYZE ██████████ ISSUES. |

08/31/16

| 0.50 | HO, JAMES C | $890.00 | $445.00 | REVIEW CORRESPONDENCE ████████████████ (.2); REVIEW MOTION ███████████ (.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016093981**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  38,557.50 | $      0.00 | $  38,557.50 |
|  | **Totals** | $  38,557.50 | $   0.00 | $  38,557.50 |
|  | **Current Balance Due** |  |  | $  38,557.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 02/04/16 | 2016043408 | $  6,189.70 | $  0.00 | $  6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 8,328.30 | 0.00 | 8,328.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 04/18/16 | 2016040936 | 2,857.40 | 0.00 | 2,857.40 |
| 92772-00018 | 05/05/16 | 2016051167 | 2,801.00 | 0.00 | 2,801.00 |
| 92772-00018 | 06/08/16 | 2016061738 | 827.80 | 0.00 | 827.80 |
| 92772-00018 | 07/26/16 | 2016071952 | 13,899.00 | 0.00 | 13,899.00 |
| 92772-00018 | 08/05/16 | 2016081305 | 14,079.00 | 0.00 | 14,079.00 |

**PREVIOUS BALANCE DUE**                                    $  48,982.20

**TOTAL OUTSTANDING BALANCE DUE**                          $  87,539.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016093981**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  38,557.50 | $       0.00 | $  38,557.50 |
|  | **Totals** | $  38,557.50 | $     0.00 | $  38,557.50 |
|  | **Current Balance Due** |  |  | $  38,557.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 02/04/16 | 2016043408 | $ 6,189.70 | $ 0.00 | $ 6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 8,328.30 | 0.00 | 8,328.30 |
| 92772-00018 | 04/18/16 | 2016040936 | 2,857.40 | 0.00 | 2,857.40 |
| 92772-00018 | 05/05/16 | 2016051167 | 2,801.00 | 0.00 | 2,801.00 |
| 92772-00018 | 06/08/16 | 2016061738 | 827.80 | 0.00 | 827.80 |
| 92772-00018 | 07/26/16 | 2016071952 | 13,899.00 | 0.00 | 13,899.00 |
| 92772-00018 | 08/05/16 | 2016081305 | 14,079.00 | 0.00 | 14,079.00 |

**PREVIOUS BALANCE DUE**                                   $  48,982.20

**TOTAL OUTSTANDING BALANCE DUE**                    $  87,539.70

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through August 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 3.00 | $1,030.00 | $  3,090.00 |
| MICHAEL L. RAIFF | 12.80 | 930.00 | 11,904.00 |
| RUSSELL H. FALCONER | 35.60 | 650.00 | 23,140.00 |
| GAYA K. HOLMAN | 1.10 | 385.00 | 423.50 |
| **Total Services** | | | $  38,557.50 |
| | | | |
| **Total Services, Costs/Charges** | | | 38,557.50 |
| **BALANCE DUE** | | | $  38,557.50 |

**Invoice Date: September 13, 2016**

**Due and Payable Upon Receipt**

**Invoice No. 2016093981**

NSR CASE
92772-00018

---

Detail Services:

**07/06/16**
| 0.50 | FALCONER, RUSSELL H | $650.00 | $325.00 | FINALIZE AND FILE MOTION FOR PROTECTIVE ORDER. |

**08/01/16**
| 0.50 | DAWSON, WILLIAM B | $1,030.00 | $515.00 | WORK ON ██ ISSUES. |

| 1.50 | RAIFF, MICHAEL L | $930.00 | $1,395.00 | ████ COMMUNICATIONS ████ (0.3); CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (0.5); WORK ON CORRESPONDENCE ████ (0.4); REVIEW ██ RESPONSE ██ (0.3). |

| 1.30 | FALCONER, RUSSELL H | $650.00 | $845.00 | REVIEW CORRESPONDENCE ████ (0.3); CONFER WITH M. RAIFF ████ (0.1); PARTICIPATE IN CONFERENCE CALL (0.2); ██ DRAFT E-MAIL ████ (0.1); REVIEW CORRESPONDENCE ████ (0.6). |

| 0.50 | HOLMAN, GAYA K | $385.00 | $192.50 | REVIEW AND ORGANIZE MULTIPLE COMMUNICATIONS AND FILINGS FOR ATTORNEY REFERENCE. |

**08/02/16**
| 1.40 | RAIFF, MICHAEL L | $930.00 | $1,302.00 | ATTENTION TO AND REVIEW POTENTIAL DOCUMENTS ██ (0.5); WORK ON ██ ISSUE AND CORRESPONDENCE ████ (0.2); CONFERENCE CALL WITH CLIENTS (0.4); ████ COMMUNICATIONS ████ (0.3). |

| 0.80 | FALCONER, RUSSELL H | $650.00 | $520.00 | REVIEW █████████████ ████ BRIEF (0.4); PARTICIPATE IN CONFERENCE CALL (0.2); CORRESPOND ████████ REGARDING ████████ STIPULATION (0.2). |

**08/03/16**

| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | WORK ON ████████ ISSUES AND RELATED COMMUNICATIONS. |
| 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | REVIEW CORRESPONDENCE ████████████████████ |

**08/04/16**

| 1.60 | RAIFF, MICHAEL L | $930.00 | $1,488.00 | WORK ON ████████ ISSUES AND RELATED COMMUNICATIONS (0.5); WORK ON ████████ ISSUES, CALL WITH DOJ, ████████ (0.7); ████████████ EMAILS REGARDING SAME (0.4). |
| 2.50 | FALCONER, RUSSELL H | $650.00 | $1,625.00 | SEND █████ COMMENTS TO S. GIDERE (1.4); REVIEW MEMO ON LEGAL ISSUES (0.3); REVIEW ████████ BRIEFING ████████ (0.3); CORRESPOND WITH TEAM ████████████ (0.7); CORRESPOND ████████████ LITIGATION (0.2); CONFERENCE CALL WITH DOJ ████████████ (0.4). |
| 0.50 | HOLMAN, GAYA K | $385.00 | $192.50 | REVIEW ████████ LITIGATION. |

| | | | | |
|---|---|---|---|---|
| 08/05/16 | | | | |
| 1.90 | RAIFF, MICHAEL L | $930.00 | $1,767.00 | CALL WITH CLIENTS AND CO-COUNSEL (0.6); ATTENTION TO, TELECONFERENCES AND EMAILS REGARDING ███████ ████████████ ISSUES (0.9); REVIEW DOCUMENTS ████████ (0.4). |
| 08/08/16 | | | | |
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ██████ ISSUES. |
| 08/15/16 | | | | |
| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | WORK ON AND COMMUNICATIONS REGARDING BRIEFING ████ ████████████. |
| 2.80 | FALCONER, RUSSELL H | $650.00 | $1,820.00 | REVIEW ████ BRIEF (2.5); STUDY ██████ LITIGATION AND CORRESPOND RE SAME (0.3). |
| 0.10 | HOLMAN, GAYA K | $385.00 | $38.50 | REVIEW AND ORGANIZE FILINGS FOR ATTORNEY REFERENCE. |
| 08/16/16 | | | | |
| 1.50 | DAWSON, WILLIAM B | $1,030.00 | $1,545.00 | PREPARATION OF ████████ CALL (0.9); PARTICIPATE IN ██████ CALL (0.6). |
| 1.20 | RAIFF, MICHAEL L | $930.00 | $1,116.00 | CALL ██████████ ████ (.5); ████ COMMUNICATIONS ██████ (.4); ATTENTION TO AND COMMUNICATIONS REGARDING RELATED LITIGATION ISSUES (.3). |
| 1.70 | FALCONER, RUSSELL H | $650.00 | $1,105.00 | PARTICIPATE IN ████ CONFERENCE CALL (0.5); CONFER AND CORRESPOND WITH TEAM (0.3); █████████████ ████████████ CORRESPOND WITH TEAM (0.9). |

08/17/16
| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | WORK ON ██████ ████████ ISSUES (0.6); MAKE EDITS ████████ (0.4). |

| 1.50 | FALCONER, RUSSELL H | $650.00 | $975.00 | CONFER WITH TEAM ███████████████████ (0.4); CIRCULATE MODIFICATIONS ████████ (0.2); CORRESPOND WITH OPPOSING COUNSEL (0.3); WORK RE ███████ LITIGATION (0.6). |

08/18/16
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ████████████ EDITS. |

| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | ████████████████████ CORRESPOND WITH TEAM ████████. |

08/19/16
| 1.00 | DAWSON, WILLIAM B | $1,030.00 | $1,030.00 | WORK ON STIPULATION ██ ████████. |

| 0.90 | FALCONER, RUSSELL H | $650.00 | $585.00 | PARTICIPATE IN ██████████ CONFERENCE CALL (0.2); CORRESPONDENCE REGARDING ███ EDITS ████████████ (0.7). |

08/21/16
| 2.40 | FALCONER, RUSSELL H | $650.00 | $1,560.00 | ██████ ANALYSIS OF ███ LITIGATION. |

08/22/16
| 0.20 | RAIFF, MICHAEL L | $930.00 | $186.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ██████ LITIGATION ████████. |

| 9.90 | FALCONER, RUSSELL H | $650.00 | $6,435.00 | FINALIZE RESPONSE ██████ (0.1); WORK REGARDING ████████ LITIGATION (9.8). |

08/23/16
1.80    RAIFF, MICHAEL L        $930.00    $1,674.00    ATTENTION TO AND
COMMUNICATIONS
REGARDING ████ FILING ███
███ (.8);
CONFERENCE CALL ██████
████████ (.7);
ATTENTION TO AND
COMMUNICATIONS
REGARDING ████ MOTION
██████ (.3).

7.60    FALCONER, RUSSELL H    $650.00    $4,940.00    WORK REGARDING ██████
LITIGATION (4.6); REVIEW DOJ
FILINGS ████
██████ AND CORRESPOND
WITH TEAM RE SAME (0.5);
CONFER REGARDING ██████
LITIGATION (2.5).

08/25/16
2.10    FALCONER, RUSSELL H    $650.00    $1,365.00    CONFER BY PHONE ████
█
██████ (0.6);
RESEARCH LEGAL ISSUE ████
██████ (0.3);
CONFER BY PHONE ████
█████████
██████ (0.1);
REVIEW RESEARCH
██████ AND
CORRESPONDENCE RE SAME
(1.1).

08/26/16
0.30    FALCONER, RUSSELL H    $650.00    $195.00    PARTICIPATE IN ██████
█████ CALL.

08/29/16
0.30    RAIFF, MICHAEL L        $930.00    $279.00    ATTENTION TO AND
COMMUNICATIONS
REGARDING STIPULATION (.2);
COMMUNICATIONS
REGARDING ██████
LITIGATION (1).

0.40    FALCONER, RUSSELL H    $650.00    $260.00    FINALIZE ██████
STIPULATION (0.2); REVIEW
REPORTS (0.2).

08/30/16

| 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | CONFERENCE CALL ██████ ██████████████ (.2); COMMUNICATIONS REGARDING STIPULATION (.1). |
| 0.40 | FALCONER, RUSSELL H | $650.00 | $260.00 | PARTICIPATE IN ████████ CALL AND CORRESPONDENCE REGARDING SAME. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091769**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $    6,680.50 | $       0.00 | $    6,680.50 |
|  | **Totals** | $    6,680.50 | $      0.00 | $    6,680.50 |
|  | **Current Balance Due** |  |  | $    6,680.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/30/15 | 2015061442 | $    2,926.00 | $     0.00 | $    2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016043410 | 4,125.50 | 0.00 | 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 1,398.60 | 0.00 | 1,398.60 |
| 92772-00030 | 04/18/16 | 2016043059 | 1,067.40 | 0.00 | 1,067.40 |
| 92772-00030 | 05/06/16 | 2016051484 | 1,261.30 | 0.00 | 1,261.30 |
| 92772-00030 | 06/13/16 | 2016062419 | 5,205.80 | 0.00 | 5,205.80 |
| 92772-00030 | 07/21/16 | 2016072453 | 11,765.00 | 0.00 | 11,765.00 |

**PREVIOUS BALANCE DUE**  $  43,947.20

**TOTAL OUTSTANDING BALANCE DUE**  $  50,627.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091769**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $    6,680.50 | $      0.00 | $   6,680.50 |
|  | **Totals** | $    6,680.50 | $    0.00 | $   6,680.50 |
|  | **Current Balance Due** |  |  | $   6,680.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 13, 2016**                    **Invoice No. 2016091769**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00030 | 06/30/15 | 2015061442 | $ 2,926.00 | $ 0.00 | $ 2,926.00 |
| 92772-00030 | 07/20/15 | 2015072807 | 4,089.30 | 0.00 | 4,089.30 |
| 92772-00030 | 08/11/15 | 2015081583 | 1,560.20 | 0.00 | 1,560.20 |
| 92772-00030 | 09/12/15 | 2015093338 | 1,335.60 | 0.00 | 1,335.60 |
| 92772-00030 | 10/09/15 | 2015100998 | 4,884.80 | 0.00 | 4,884.80 |
| 92772-00030 | 11/07/15 | 2015112641 | 1,940.90 | 0.00 | 1,940.90 |
| 92772-00030 | 12/09/15 | 2015123262 | 1,300.80 | 0.00 | 1,300.80 |
| 92772-00030 | 01/11/16 | 2016011849 | 1,086.00 | 0.00 | 1,086.00 |
| 92772-00030 | 02/04/16 | 2016043410 | 4,125.50 | 0.00 | 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 1,398.60 | 0.00 | 1,398.60 |
| 92772-00030 | 04/18/16 | 2016043059 | 1,067.40 | 0.00 | 1,067.40 |
| 92772-00030 | 05/06/16 | 2016051484 | 1,261.30 | 0.00 | 1,261.30 |
| 92772-00030 | 06/13/16 | 2016062419 | 5,205.80 | 0.00 | 5,205.80 |
| 92772-00030 | 07/21/16 | 2016072453 | 11,765.00 | 0.00 | 11,765.00 |

**PREVIOUS BALANCE DUE** $ 43,947.20

**TOTAL OUTSTANDING BALANCE DUE** $ 50,627.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through August 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 0.30 | $ 675.00 | $    202.50 |
| DUKE K. AMPONSAH | 15.80 | 410.00 | 6,478.00 |
| **Total Services** | | | $   6,680.50 |
| | | | |
| **Total Services, Costs/Charges** | | | 6,680.50 |
| **BALANCE DUE** | | | $   6,680.50 |

RETENTION/FEE APPLICATIONS
92772-00030
_____

Detail Services:

| 08/01/16 | | | | |
|---|---|---|---|---|
| 2.10 | AMPONSAH, DUKE K | $410.00 | $861.00 | REVISE JUNE 2016 MONTHLY FEE STATEMENT. |
| **08/02/16** | | | | |
| 1.30 | AMPONSAH, DUKE K | $410.00 | $533.00 | REVISE JUNE 2016 MONTHLY FEE STATEMENT. |
| **08/05/16** | | | | |
| 0.60 | AMPONSAH, DUKE K | $410.00 | $246.00 | REVIEW JULY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 0.90 | AMPONSAH, DUKE K | $410.00 | $369.00 | REVISE JUNE 2016 MONTHLY FEE STATEMENT. |
| **08/08/16** | | | | |
| 0.70 | AMPONSAH, DUKE K | $410.00 | $287.00 | REVISE JUNE 2016 MONTHLY FEE STATEMENT. |
| **08/10/16** | | | | |
| 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | REVIEW AND REVISE FEE STATEMENT (.1); EMAILS WITH J. MADRON AND D. AMPONSAH RE SAME (.2). |
| 0.40 | AMPONSAH, DUKE K | $410.00 | $164.00 | REVISE JUNE 2016 MONTHLY FEE STATEMENT. |
| 0.30 | AMPONSAH, DUKE K | $410.00 | $123.00 | REVIEW CORRESPONDENCE RE JUNE 2016 MONTHLY FEE STATEMENT. |
| **08/11/16** | | | | |
| 0.40 | AMPONSAH, DUKE K | $410.00 | $164.00 | UPLOAD RECENTLY FILED INTERIM FEE STATEMENT TO SHARED WEBSITE. |
| 1.10 | AMPONSAH, DUKE K | $410.00 | $451.00 | REVIEW JULY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| **08/12/16** | | | | |
| 0.60 | AMPONSAH, DUKE K | $410.00 | $246.00 | REVIEW JULY 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |

| Date | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 08/15/16 2.30 | AMPONSAH, DUKE K | $410.00 | $943.00 | PREPARE DRAFT OF JULY 2016 MONTHLY FEE STATEMENT. |
| 08/16/16 2.10 | AMPONSAH, DUKE K | $410.00 | $861.00 | REVISE DRAFT OF JULY 2016 MONTHLY FEE STATEMENT. |
| 08/23/16 1.10 | AMPONSAH, DUKE K | $410.00 | $451.00 | REVISE DRAFT OF JULY 2016 MONTHLY FEE STATEMENT. |
| 08/24/16 1.10 | AMPONSAH, DUKE K | $410.00 | $451.00 | REVISE DRAFT OF JULY 2016 MONTHLY FEE STATEMENT. |
| 08/26/16 0.80 | AMPONSAH, DUKE K | $410.00 | $328.00 | PREPARE DRAFT OF EXHIBIT A TO THE CNO AND THE MFIS RE JUNE 2016 MONTHLY FEE STATEMENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091771**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    1,750.00 | $    0.00 | $    1,750.00 |
|  | **Totals** | $    1,750.00 | $    0.00 | $    1,750.00 |
|  | **Current Balance Due** |  |  | $    1,750.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/30/15 | 2015061443 | $    233.80 | $    0.00 | $    233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: September 13, 2016                    Invoice No. 2016091771

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 845.50 | 0.00 | 845.50 |
| 92772-00031 | 06/13/16 | 2016062420 | 297.50 | 0.00 | 297.50 |
| 92772-00031 | 07/21/16 | 2016072457 | 2,003.00 | 0.00 | 2,003.00 |

**PREVIOUS BALANCE DUE**                                    $   21,483.70

**TOTAL OUTSTANDING BALANCE DUE**                          $   23,233.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091771**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   1,750.00 | $      0.00 | $   1,750.00 |
|  | **Totals** | $   1,750.00 | $   0.00 | $   1,750.00 |
|  | **Current Balance Due** |  |  | $   1,750.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 13, 2016**                          **Invoice No. 2016091771**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 06/30/15 | 2015061443 | $   233.80 | $   0.00 | $   233.80 |
| 92772-00031 | 07/20/15 | 2015072808 | 684.70 | 0.00 | 684.70 |
| 92772-00031 | 08/11/15 | 2015081584 | 2,496.30 | 0.00 | 2,496.30 |
| 92772-00031 | 09/12/15 | 2015093339 | 3,223.10 | 0.00 | 3,223.10 |
| 92772-00031 | 10/09/15 | 2015100999 | 2,516.90 | 0.00 | 2,516.90 |
| 92772-00031 | 11/07/15 | 2015112642 | 1,326.70 | 0.00 | 1,326.70 |
| 92772-00031 | 12/09/15 | 2015123263 | 1,576.30 | 0.00 | 1,576.30 |
| 92772-00031 | 01/11/16 | 2016011850 | 2,858.00 | 0.00 | 2,858.00 |
| 92772-00031 | 02/04/16 | 2016043417 | 1,684.90 | 0.00 | 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 845.50 | 0.00 | 845.50 |
| 92772-00031 | 06/13/16 | 2016062420 | 297.50 | 0.00 | 297.50 |
| 92772-00031 | 07/21/16 | 2016072457 | 2,003.00 | 0.00 | 2,003.00 |

**PREVIOUS BALANCE DUE**                                $  21,483.70

**TOTAL OUTSTANDING BALANCE DUE**                $  23,233.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through August 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 2.00 | $ 875.00 | $ 1,750.00 |
| **Total Services** | | | $ 1,750.00 |
| **Total Services, Costs/Charges** | | | 1,750.00 |
| **BALANCE DUE** | | | $ 1,750.00 |

EFH SEC MATTERS
92772-00031

_____

Detail Services:


08/03/16
1.00    LITTLE, ROBERT B            $875.00        $875.00    REVIEW AND REVISE FORM 8-K
                                                             (0.7); CALL AND E-MAILS WITH
                                                             CLIENT REGARDING SAME (0.3).

08/04/16
0.10    LITTLE, ROBERT B            $875.00         $87.50    E-MAILS WITH G. SANTOS
                                                             REGARDING DISCLOSURE
                                                             ISSUE.

08/26/16
0.60    LITTLE, ROBERT B            $875.00        $525.00    REVIEW AND REVISE FORM 8-K
                                                             FOR CONFIRMATION ORDER.

08/29/16
0.30    LITTLE, ROBERT B            $875.00        $262.50    REVIEW AND REVISE FORM 8-K
                                                             FOR PLAN CONFIRMATION.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091773**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $  111,097.00 | $    0.00 | $  111,097.00 |
|  | **Totals** | $  111,097.00 | $    0.00 | $  111,097.00 |
|  | **Current Balance Due** |  |  | $  111,097.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $   6,002.80 | $    0.00 | $   6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016043418 | 1,829.50 | 0.00 | 1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 560.00 | 0.00 | 560.00 |
| 92772-00043 | 05/06/16 | 2016051486 | 1,614.20 | 0.00 | 1,614.20 |
| 92772-00043 | 06/13/16 | 2016062422 | 577.80 | 0.00 | 577.80 |
| 92772-00043 | 07/21/16 | 2016072451 | 34,129.50 | 0.00 | 34,129.50 |

**PREVIOUS BALANCE DUE**                                 $   52,454.90

**TOTAL OUTSTANDING BALANCE DUE**                        $  163,551.90

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091773**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $  111,097.00 | $       0.00 | $  111,097.00 |
|  | **Totals** | $  111,097.00 | $    0.00 | $  111,097.00 |
|  | **Current Balance Due** |  |  | $  111,097.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 06/30/15 | 2015061444 | $ 6,002.80 | $ 0.00 | $ 6,002.80 |
| 92772-00043 | 07/20/15 | 2015072809 | 6,576.90 | 0.00 | 6,576.90 |
| 92772-00043 | 10/09/15 | 2015101002 | 350.70 | 0.00 | 350.70 |
| 92772-00043 | 11/07/15 | 2015112645 | 813.50 | 0.00 | 813.50 |
| 92772-00043 | 02/04/16 | 2016043418 | 1,829.50 | 0.00 | 1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 560.00 | 0.00 | 560.00 |
| 92772-00043 | 05/06/16 | 2016051486 | 1,614.20 | 0.00 | 1,614.20 |
| 92772-00043 | 06/13/16 | 2016062422 | 577.80 | 0.00 | 577.80 |
| 92772-00043 | 07/21/16 | 2016072451 | 34,129.50 | 0.00 | 34,129.50 |

**PREVIOUS BALANCE DUE**                                      $  52,454.90

**TOTAL OUTSTANDING BALANCE DUE**                  $  163,551.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

_____

For Services Rendered Through August 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| BRIAN J. LANE | 0.30 | $1,170.00 | $    351.00 |
| ANDREW L. FABENS | 1.00 | 1,100.00 | 1,100.00 |
| ROBERT B. LITTLE | 24.10 | 875.00 | 21,087.50 |
| ERIC M. SCARAZZO | 8.30 | 855.00 | 7,096.50 |
| JONATHAN M. WHALEN | 17.80 | 675.00 | 12,015.00 |
| CAITLIN A. CALLOWAY | 7.30 | 560.00 | 4,088.00 |
| TIMOTHY P. FISHER | 61.00 | 535.00 | 32,635.00 |
| LOUIS J. MATTHEWS | 42.30 | 600.00 | 25,380.00 |
| NEEDHI N. VASAVADA | 15.30 | 480.00 | 7,344.00 |

**Total Services**                                                   $  111,097.00

**Total Services, Costs/Charges**                                    111,097.00

**BALANCE DUE**                                                      $  111,097.00

TCEH CORPORATE MATTERS
92772-00043

---

Detail Services:

**08/01/16**

| | | | | |
|---|---|---|---|---|
| 1.00 | FABENS, ANDREW L | $1,100.00 | $1,100.00 | REVIEW AND RESPOND TO EMAILS REGARDING LEGAL OPINION. |
| 1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | CALL WITH PAUL WEISS REGARDING TAX RECEIVABLE AGREEMENT (0.3); E-MAILS REGARDING SAME (0.2); REVIEW COMMENTS TO STOCKHOLDERS AGREEMENT (0.3); REVIEW AND REVISE PREFERRED STOCK TERM SHEET (0.3); E-MAILS REGARDING SAME (0.1). |
| 2.80 | SCARAZZO, ERIC M | $855.00 | $2,394.00 | CALLS RELATED TO DRAFTING OF TAX RECEIVABLES AGREEMENT AND REGISTRATION RIGHTS AGREEMENT (.5); REVIEW REVISED AGREEMENTS (2.3). |
| 2.20 | WHALEN, JONATHAN M | $675.00 | $1,485.00 | REVIEW TCEH DIP LEGAL OPINION. |
| 0.60 | MATTHEWS, LOUIS J | $600.00 | $360.00 | REVIEW AND REVISE GIBSON DUNN OPINION AND CIRCULATE TO WHITE & CASE AND KIRKLAND & ELLIS. |

**08/02/16**

| | | | | |
|---|---|---|---|---|
| 2.50 | LITTLE, ROBERT B | $875.00 | $2,187.50 | REVIEW AND REVISE TAX RECEIVABLE AGREEMENT, STOCKHOLDER'S AGREEMENT AND REGISTRATION RIGHTS AGREEMENT (1.9); E-MAILS AND TELEPHONE CALLS REGARDING SAME (0.6). |
| 2.10 | SCARAZZO, ERIC M | $855.00 | $1,795.50 | CALLS RELATED TO TAX RECEIVABLES AGREEMENT AND REGISTRATION RIGHTS AGREEMENT (.3); REVIEW REVISED AGREEMENTS (1.8). |

| | | | | |
|---|---|---|---|---|
| 0.40 | MATTHEWS, LOUIS J | $600.00 | $240.00 | REVISE GIBSON DUNN OPINION AND CIRCULATE TO WHITE & CASE AND KIRKLAND & ELLIS. |
| **08/03/16** | | | | |
| 1.80 | LITTLE, ROBERT B | $875.00 | $1,575.00 | REVIEW AND REVISE REGISTRATION RIGHTS AGREEMENT AND TAX RECEIVABLE AGREEMENT (1.5); TELEPHONE CALLS AND E-MAILS REGARDING PLAN SUPPLEMENT DOCUMENTS (.3). |
| 0.50 | MATTHEWS, LOUIS J | $600.00 | $300.00 | COMPILE FINAL GIBSON DUNN OPINION. |
| 0.20 | VASAVADA, NEEDHI N | $480.00 | $96.00 | REVISE ARTICLES OF INCORPORATION AND SEND TO R. LITTLE. |
| **08/04/16** | | | | |
| 0.10 | LITTLE, ROBERT B | $875.00 | $87.50 | E-MAILS REGARDING SECURITIES ISSUES RELATED TO TAX RECIEVEABLE AGREEMENT RIGHTS. |
| 0.20 | MATTHEWS, LOUIS J | $600.00 | $120.00 | PARTICIPATE IN CLOSING CALL TO RELEASE OPINION. |
| **08/05/16** | | | | |
| 0.90 | LITTLE, ROBERT B | $875.00 | $787.50 | PARTICIPATE IN WEEKLY CALL WITH PAUL WEISS. |
| 1.00 | SCARAZZO, ERIC M | $855.00 | $855.00 | REVIEW OFFERING EXEMPTIONS AND BLUE SKY MATTERS. |
| **08/08/16** | | | | |
| 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | REVIEW REVISED SLIDE DECK (0.3); CONFER WITH G. SANTOS REGARDING SAME (0.1); E-MAIL WITH KIRKLAND & ELLIS REGARDING ORGANIZATIONAL DOCUMENTS (0.2); REVIEW SAME (0.2). |
| **08/09/16** | | | | |
| 0.10 | LITTLE, ROBERT B | $875.00 | $87.50 | REVIEW REVISIONS TO TAX RECIEVEABLE AGREEMENT. |

| | | | | |
|---|---|---|---|---|
| 0.80 | SCARAZZO, ERIC M | $855.00 | $684.00 | CALL WITH PAUL WEISS REGARDING REGISTRATION RIGHTS AGREEMENT AND TAX RECEIVABLES AGREEMENT (.4); COORDINATE INTERNAL REVIEW OF CHANGES (.4). |
| 08/11/16 0.50 | SCARAZZO, ERIC M | $855.00 | $427.50 | COORDINATE CHANGES TO REGISTRATION RIGHTS AGREEMENT AND TAX RECEIVABLES AGREEMENT. |
| 0.70 | WHALEN, JONATHAN M | $675.00 | $472.50 | DISCUSSIONS WITH PAUL WEISS AND THE COMPANY RE REGISTRATION RIGHTS AGREEMENT. |
| 08/15/16 0.20 | LITTLE, ROBERT B | $875.00 | $175.00 | E-MAILS REGARDING EMERGENCE MATTERS. |
| 0.40 | WHALEN, JONATHAN M | $675.00 | $270.00 | ANALYSIS RE SEC FILING OBLIGATIONS FOR TAX OPINION. |
| 1.40 | FISHER, TIMOTHY P | $535.00 | $749.00 | PREPARE BIOGRAPHY AND DIRECTOR QUESTIONNAIRE FOR J. HUNTER. |
| 08/16/16 0.20 | LITTLE, ROBERT B | $875.00 | $175.00 | E-MAILS REGARDING EMERGENCE MATTERS. |
| 0.90 | FISHER, TIMOTHY P | $535.00 | $481.50 | RESEARCH JEFF HUNTER AND PREPARE BIOGRAPHY AND DIRECTOR QUESTIONNAIRE (.7); CONFERENCE WITH WORKING GROUP REGARDING RESTRUCTURING (.2). |
| 08/17/16 0.40 | FISHER, TIMOTHY P | $535.00 | $214.00 | REVIEW NEW T-SIDE ORGANIZATIONAL DOCUMENTS AND LESS CHART (.2); CONFERENCE WITH K&E REGARDING SAME (.2). |
| 08/18/16 1.40 | LITTLE, ROBERT B | $875.00 | $1,225.00 | PARTICIPATE IN WEEKLY UPDATE CALL (0.6); CALL REGARDING PREFERRED STOCK (0.6); REVIEW DOCUMENTS FOR SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 0.80 | CALLOWAY, CAITLIN A | $560.00 | $448.00 | PREPARE FOR AND PARTICIPATE IN CALL TO DISCUSS PREFCO SPA AND PREFERRED STOCK ISSUANCE. |
| 3.50 | FISHER, TIMOTHY P | $535.00 | $1,872.50 | CONFERENCE WITH FINRA REGARDING SYMBOL (.4); REVIEW OTCQX MATERIALS AND PREPARE APPLICATION (1.6); REVIEW CHANGES TO STEP CHART AND REVISE EMERGENCE CHECKLIST AND MATRIX (1.5). |

08/19/16

| | | | | |
|---|---|---|---|---|
| 1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | TELEPHONE CALL WITH A. BURTON REGARDING GOVERNANCE MATTERS (0.2); ANALYZE SAME (0.3); TELEPHONE CALL WITH WORKING GROUP REGARDING EMERGENCE MATTERS (0.6); CONFER WITH T. FISHER REGARDING SAME (0.1). |
| 1.40 | CALLOWAY, CAITLIN A | $560.00 | $784.00 | REVISE PREFCO SPA TO CONFORM TO REVISED STEPS PLAN. |
| 6.30 | FISHER, TIMOTHY P | $535.00 | $3,370.50 | REVIEW PROJECT LESS STEP CHART (4.5); REVISE EMERGENCE CHECKLIST (1.4); CONFERENCE WITH WORKING GROUP REGARDING SAME (.4). |

08/21/16

| | | | | |
|---|---|---|---|---|
| 2.60 | FISHER, TIMOTHY P | $535.00 | $1,391.00 | PREPARE COMANCHE PEAK ASSIGNMENT AGREEMENT AND SCHEDULES, INCLUDING REVIEW OF SCHEDULE MATERIALS (2.1); PREPARE COMMITTEE SLIDE (.5). |

08/22/16

| | | | | |
|---|---|---|---|---|
| 0.50 | CALLOWAY, CAITLIN A | $560.00 | $280.00 | PREPARE SHELL DISCLOSURE SCHEDULES FOR PREFCO SPA. |

| 4.20 | FISHER, TIMOTHY P | $535.00 | $2,247.00 | REVISE EMERGENCE CHECKLIST AND CONFERENCE WITH WORKING GROUP REGARDING SAME AND OTCQX/FINRA TRADING PROCESS AND INVESTIGATE SAME (2.2); REVIEW OTCQX AND NYSE/SEC BOARD COMMITTEE REQUIREMENTS AND PREPARE SUMMARY OF SAME (1.0); RESEARCH BIOGRAPHY AND PREPARE DIRECTOR QUESTIONNAIRE FOR M. LIEBELSON (1.0). |

08/23/16

| 1.00 | LITTLE, ROBERT B | $875.00 | $875.00 | WORK ON PREFERRED STOCK DOCUMENTS (0.4); E-MAILS REGARDING SAME (0.2); CONFER WITH A. WRIGHT REGARDING EMERGENCE MATTERS (0.2); CONFER WITH J. WALKER REGARDING EMERGENCE MATTERS (0.2). |
| 1.70 | CALLOWAY, CAITLIN A | $560.00 | $952.00 | REVISE PREFCO SPA AND DISCLOSURE SCHEDULES (1.3); CONFER WITH EFH IN-HOUSE COUNSEL REGARDING SAME (.4). |
| 5.00 | FISHER, TIMOTHY P | $535.00 | $2,675.00 | CONFERENCE WITH OTC MARKETS AND WORKING GROUP REGARDING LISTING APPLICATION, TRADING SYMBOL, OTCQX ADVISOR, PERSONAL INFORMATION FORM AND OTHER EMERGENCE MATTERS (4.0); PREPARE OTCQX APPLICATION (1.0). |
| 8.40 | MATTHEWS, LOUIS J | $600.00 | $5,040.00 | MEET WITH R. LITTLE TO DISCUSS EARNINGS RELEASE SLIDES (.2); REVIEW CLIENT MEMOS REGARDING EARNINGS RELEASE AND GUIDANCE (4.1); PREPARE SLIDES ON EARNINGS RELEASE AND GUIDANCE (4.1). |

08/24/16

| 2.60 | LITTLE, ROBERT B | $875.00 | $2,275.00 | REVIEW AND REVISE SLIDES REGARDING EARNINGS RELEASES AND EARNINGS GUIDANCE (2.4); CONFER WITH J. WALKER REGARDING OTC TRADING ISSUES (0.2). |
| 1.90 | WHALEN, JONATHAN M | $675.00 | $1,282.50 | ANALYSIS REGARDING EQUITY DISTRIBUTION PROCESS UPON EMERGENCE (.7); REVIEW TAX REVIEW AGREEMENT INFORMATION FORM (.6); ANALYSIS RE OTC LISTING MATTERS (.6). |
| 6.30 | FISHER, TIMOTHY P | $535.00 | $3,370.50 | CONFERENCE WITH OTCQX AND WORKING GROUP REGARDING PERSONAL INFORMATION FORM AND OTHER OTCQX TRADING MATTERS (1.2); REVISE EMERGENCE CHECKLIST (1.1); REVIEW AND REVISE COMMITTEE CHARTERS (4.0). |
| 3.20 | MATTHEWS, LOUIS J | $600.00 | $1,920.00 | PREPARE SUMMARY OF EARNINGS RELEASES/GUIDANCE (2.1); SEARCH EDGAR FOR EARNINGS GUIDANCE POLICIES AND PREPARE SUMMARY OF FINDINGS FOR R. LITTLE (1.1). |

08/25/16

| 1.60 | LITTLE, ROBERT B | $875.00 | $1,400.00 | TELEPHONE CALL WITH WORKING GROUP REGARDING OTC LISTING PROCESS (0.6); WORK ON EARNINGS GUIDANCE POLICY (0.8); E-MAILS REGARDING REQUIRED D&O INFORMATION FOR OTC LISTING (0.2). |
| 1.10 | SCARAZZO, ERIC M | $855.00 | $940.50 | CALLS WITH PAUL WEISS REGARDING TRANSFER AGENT SUBMISSION FORMS. |

| | | | | |
|---|---|---|---|---|
| 2.20 | WHALEN, JONATHAN M | $675.00 | $1,485.00 | PHONE CALL WITH PAUL WEISS TO DISCUSS TRA RIGHTS DISTRIBUTION PROCESS (.4); EMAILS WITH RESPECT TO EQUITY DISTRIBUTION PROCESS (.4); PHONE CALLS AND ANALYSIS RE OTC LISTING PROCESS (1.4). |
| 4.10 | FISHER, TIMOTHY P | $535.00 | $2,193.50 | REVISE COMANCHE PEAK AGREEMENT AND FORM TRANSACTION DOCUMENTS AND CONFERENCE WITH WORKING GROUP REGARDING SAME (2.9); REVIEW OTCQX REQUIREMENTS AND DISCUSS SAME WITH OTCQX COMPLIANCE PERSONNEL AND WORKING GROUP (1.2). |
| 5.20 | MATTHEWS, LOUIS J | $600.00 | $3,120.00 | DRAFT EARNINGS GUIDANCE POLICY AND SEND TO R. LITTLE. |

08/26/16

| | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $875.00 | $1,750.00 | REVIEW EMERGENCE CHECKLIST (0.4); TELEPHONE CALL WITH WORKING GROUP REGARDING SAME (1.3); E-MAILS REGARDING PREFERRED STOCK OFFERING (0.3). |
| 2.70 | WHALEN, JONATHAN M | $675.00 | $1,822.50 | PARTICIPATE IN PHONE CALL RE EMERGENCE CHECKLIST (.8); REVIEW AND REVISE DEUTSCHE BANK ENGAGEMENT LETTER (1.5); REVIEW DATA ROOM DISCLOSURE DOCUMENT (.4). |
| 1.60 | CALLOWAY, CAITLIN A | $560.00 | $896.00 | EMAILS REGARDING STEPS PLAN AND PREFERRED STOCK MATTERS (.5); PREPARE REVISED DRAFTS OF DOCUMENTS (1.1). |

| | | | | |
|---|---|---|---|---|
| 5.50 | FISHER, TIMOTHY P | $535.00 | $2,942.50 | REVISE EMERGENCE CHECKLIST AND DISCUSS SAME WITH WORKING GROUP (2.7); CONFERENCE WITH WORKING GROUP REGARDING NAME CHANGES AND OTHER EMERGENCE MATTERS (1.5); CHECK NAME AVAILABILITY AND COORDINATES NAME RESERVATIONS WITH CAPITOL SERVICES (.8); REVIEW OTCQX LISTING APPLICATION AND CONFERENCE WITH R. LITTLE REGARDING SAME (.5). |

08/27/16

| | | | | |
|---|---|---|---|---|
| 1.80 | WHALEN, JONATHAN M | $675.00 | $1,215.00 | REVISE DEUTSCH BANK ENGAGEMENT LETTER. |

08/28/16

| | | | | |
|---|---|---|---|---|
| 1.90 | LITTLE, ROBERT B | $875.00 | $1,662.50 | REVIEW AND REVISE EQUITY PLAN DOCUMENTS. |

08/29/16

| | | | | |
|---|---|---|---|---|
| 0.70 | WHALEN, JONATHAN M | $675.00 | $472.50 | EMAILS REGARDING DB ENGAGEMENT LETTER (.3); EMAILS REGARDING EQUITY DISTRIBUTION MECHANICS (.4). |
| 8.30 | FISHER, TIMOTHY P | $535.00 | $4,440.50 | REVIEW CAP GEMINI AND OTHER ITEMS RELATED TO CAP GEMINI TRANSACTIONS (4.1), DISCUSS SAME WITH J. JOHNSON (.4); PREPARE DISTRIBUTION AND PURCHASE AGREEMENT RELATED TO SAME (2.0); REVISE EMERGENCE CHECKLIST (.9); CONFERENCE WITH WORKING GROUP REGARDING EMERGENCE MATTERS (.9). |
| 3.60 | MATTHEWS, LOUIS J | $600.00 | $2,160.00 | MEET WITH J. WHALEN (.3); REVIEW APPLICABLE TRANSACTION DOCUMENTS (3.3). |

08/30/16

| | | | | |
|---|---|---|---|---|
| 1.90 | LITTLE, ROBERT B | $875.00 | $1,662.50 | E-MAILS REGARDING PREFERRED STOCK OFFERING (0.3); EXAMINE OTC REPORTING REQUIREMENTS (0.3); ANALYZE SUCCESSOR ISSUER ISSUES (0.4); WORK ON GOVERNANCE MATTERS FOR REORGANIZED TCEH (0.9). |
| 1.90 | WHALEN, JONATHAN M | $675.00 | $1,282.50 | EMAILS RE OTC LISTING REQUIREMENTS (.3); DISCUSSIONS WITH WHITE & CASE RE ENGAGEMENT LETTER (.4); REVIEW REVISED ENGAGEMENT LETTER (.3); ANALYSIS RE SECURITIES LAW EXEMPTION FOR PREFERRED SHARE ISSUANCE (.9). |
| 0.80 | CALLOWAY, CAITLIN A | $560.00 | $448.00 | PREPARE REVISIONS TO PREFERRED STOCK DOCUMENTS. |
| 6.00 | FISHER, TIMOTHY P | $535.00 | $3,210.00 | PREPARE TRANSFER DOCUMENTS FOR CAP GEMINI TRANSACTIONS AND REVISE EMERGENCE CHECKLIST (4.0); CONFERENCE WITH WORKING GROUP AND OTCQX REGARDING OTCQX AND OTHER EMERGENCE MATTERS (.7); RESEARCH OTCQX FINANCIAL DISCLOSURE REQUIREMENTS (.2); REVISE AUDIT COMMITTEE AND COMPENSATION COMMITTEE CHARTERS WITH DESCRIPTIVE FOOTNOTES (1.1). |
| 7.60 | MATTHEWS, LOUIS J | $600.00 | $4,560.00 | REVIEW APPLICABLE TRANSACTION DOCUMENTS (2.8); PREPARE SUMMARY OF DUTIES IN CERTAIN AGREEMENTS (4.8). |

| 6.40 | VASAVADA, NEEDHI N | $480.00 | $3,072.00 | REVIEW INSIDER TRADING POLICY AND REG FD POLICY AND COMPARE TO GDC FORM (3.6); REVIEW BEST PRACTICES FOR INSIDER TRADING POLICIES (0.8); REVIEW ISS GUIDELINES FOR HEDGING AND PLEDGING (0.2); PROVIDE COMMENTS TO INSIDER TRADING POLICY (1.6); EMAIL CORRESPONDENCE RE NUCLEAR AND SUSTAINABILITY CHARTERS (0.2). |

08/31/16

| 0.30 | LANE, BRIAN J | $1,170.00 | $351.00 | CONFER WITH R. LITTLE AND J. WHALEN RE SUCCESSOR ISSUER. |
| 2.70 | LITTLE, ROBERT B | $875.00 | $2,362.50 | TELEPHONE CALL WITH WORKING GROUP REGARDING SEC SUCCESSOR ISSUER AND 404 CONTROLS ISSUES (.8); REVIEW MATERIALS REGARDING SAME (.4); CONFER WITH B. LANE AND J. WHALEN REGARDING SAME (.3); EXAMINE CASHLESS EXERCISE AND INSIDER TRADING ISSUES (.3); E-MAIL TO J. WALKER REGARDING SAME (.2); WORK ON SECURITIES ISSUES FOR PREFERRED STOCK OFFERING (0.3); REVIEW MILBANK COMMENTS TO PREFERRED STOCK DOCUMENTS (.4). |
| 3.30 | WHALEN, JONATHAN M | $675.00 | $2,227.50 | PHONE CALL WITH L. MATTHEWS RE SECURITIES EXEMPTION FOR PREFERRED STOCK ISSUANCE (.4); ANALYSIS RE SECURITIES EXEMPTION FOR PREFERRED STOCK ISSUANCE (.7); PHONE CALLS RE SEC SUCCESSOR ANALYSIS (.6); CALL WITH B. LANE AND R. LITTLE RE SAME (.3); PHONE CALL RE EQUITY DISTRIBUTION MECHANICS (.8); DISCUSSIONS RE SUCCESSOR ANALYSIS (.5). |

| 0.50 | CALLOWAY, CAITLIN A | $560.00 | $280.00 | EMAILS REGARDING PREFERRED STOCK DOCUMENTS. |
|---|---|---|---|---|
| 6.50 | FISHER, TIMOTHY P | $535.00 | $3,477.50 | PREPARE TRANSFER DOCUMENTS FOR CAP GEMINI TRANSACTIONS AND CONFERENCE WITH WORKING GROUP REGARDING SAME (1.7); CONFERENCE WITH L. MATTHEWS AND OTCQX REGARDING FINANCIAL STATEMENT MATTERS AND RESEARCH SAME (1.1); REVIEW LONGHORN GUARANTEES AND OPERATIVE AGREEMENTS IN CONNECTION WITH REORGANIZATION TRANSACTIONS AND PREPARE SUMMARY OF SAME (1.9); PREPARE ASSIGNMENT AND ASSUMPTION FOR TCEH GUARANTY (.8); PREPARE NOMINATING AND CORPORATE GOVERNANCE COMMITTEE CHARTER (.6); CONFERENCE WITH N. VASAVADA REGARDING CORPORATE GOVERNANCE POLICIES (.4). |
| 12.60 | MATTHEWS, LOUIS J | $600.00 | $7,560.00 | PHONE CALL WITH J. WHALEN RE SECURITIES EXEMPTION FOR PREFERRED STOCK ISSUANCE (.4); CONFERENCE WITH T. FISHER AND OTCQX REGARDING FINANCIAL STATEMENT MATTERS AND RESEARCH SAME (1.1); COMMUNICATE WITH A. BURTON (.3); REVIEW TRANSACTION DOCUMENTS (6.0); RESEARCH QUESTION FROM J. WHALEN RE RULE 15D-5 AND RULE 404 OF SARBANES-OXLEY (4.8). |

| 8.70 | VASAVADA, NEEDHI N | $480.00 | $4,176.00 | REVIEW CODE OF CONDUCT AND GOVERNANCE GUIDELINES AND COMPARE TO GDC FORM (3.6); REVIEW BEST PRACTICES FOR CODE OF CONDUCT AND GOVERNANCE GUIDELINES (1.5); REVIEW NYSE REQUIREMENTS RE GOVERNANCE GUIDELINES AND CODE OF CONDUCT (0.5); PROVIDE COMMENTS TO CODE OF CONDUCT (2.7); CONFERENCE WITH T. FISHER REGARDING CORPORATE GOVERNANCE POLICIES (.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091866**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00044 | TCEH Non-Working Travel | $   5,330.00 | $      0.00 | $   5,330.00 |
|  | **Totals** | $   5,330.00 | $     0.00 | $   5,330.00 |
|  | **Discount** |  |  | -2,665.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   2,665.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: September 13, 2016                                                    Invoice No. 2016091866

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091866**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00044 | TCEH Non-Working Travel | $    5,330.00 | $      0.00 | $   5,330.00 |
|  | **Totals** | $    5,330.00 | $    0.00 | $   5,330.00 |
|  | **Discount** |  |  | -2,665.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   2,665.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: September 13, 2016**                                    **Invoice No. 2016091866**
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH NON-WORKING TRAVEL
92772-00044

---

For Services Rendered Through August 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| RUSSELL H. FALCONER | 8.20 | $ 650.00 | $ 5,330.00 |
| | | | 5,330.00 |
| **Discount** | | | -2,665.00 |
| **Total Services** | | | $ 2,665.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 2,665.00 |
| **BALANCE DUE** | | $ 2,665.00 |

**Due and Payable Upon Receipt**

TCEH NON-WORKING TRAVEL
92772-00044

---

Detail Services:

07/06/16
  8.20    FALCONER, RUSSELL H     $650.00    $5,330.00   TRAVEL TO ERC AND
                                                      PARTICIPATE IN WITNESS AND
                                                     DOCUMENT MEETING.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091867**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    337.50 | $    0.00 | $    337.50 |
|  | **Totals** | $    337.50 | $    0.00 | $    337.50 |
|  | **Current Balance Due** |  |  | $    337.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: September 13, 2016                                          Invoice No. 2016091867

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 67.50 | 0.00 | 67.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 230.20 | 0.00 | 230.20 |
| 92772-00046 | 05/06/16 | 2016051487 | 121.50 | 0.00 | 121.50 |
| 92772-00046 | 06/13/16 | 2016062423 | 283.50 | 0.00 | 283.50 |
| 92772-00046 | 07/21/16 | 2016073146 | 405.00 | 0.00 | 405.00 |

**PREVIOUS BALANCE DUE** $ 1,948.10

**TOTAL OUTSTANDING BALANCE DUE** $ 2,285.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091867**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    337.50 | $    0.00 | $    337.50 |
|  | **Totals** | $    337.50 | $    0.00 | $    337.50 |
|  | **Current Balance Due** |  |  | $    337.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 06/30/15 | 2015061445 | $    87.50 | $    0.00 | $    87.50 |
| 92772-00046 | 07/20/15 | 2015072810 | 112.50 | 0.00 | 112.50 |
| 92772-00046 | 08/11/15 | 2015081587 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 09/12/15 | 2015093340 | 62.50 | 0.00 | 62.50 |
| 92772-00046 | 10/09/15 | 2015101004 | 145.90 | 0.00 | 145.90 |
| 92772-00046 | 11/07/15 | 2015112646 | 162.50 | 0.00 | 162.50 |
| 92772-00046 | 12/09/15 | 2015123265 | 50.00 | 0.00 | 50.00 |
| 92772-00046 | 01/11/16 | 2016011851 | 75.00 | 0.00 | 75.00 |
| 92772-00046 | 02/04/16 | 2016022067 | 94.50 | 0.00 | 94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 67.50 | 0.00 | 67.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 230.20 | 0.00 | 230.20 |
| 92772-00046 | 05/06/16 | 2016051487 | 121.50 | 0.00 | 121.50 |
| 92772-00046 | 06/13/16 | 2016062423 | 283.50 | 0.00 | 283.50 |
| 92772-00046 | 07/21/16 | 2016073146 | 405.00 | 0.00 | 405.00 |

**PREVIOUS BALANCE DUE**                                         $    1,948.10

**TOTAL OUTSTANDING BALANCE DUE**                   $    2,285.60

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through August 31, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 0.50 | $ 675.00 | $ | 337.50 |
| **Total Services** | | | $ | 337.50 |
| **Total Services, Costs/Charges** | | | | 337.50 |
| **BALANCE DUE** | | | $ | 337.50 |

BUDGETING-RELATED WORK
92772-00046

---

Detail Services:

08/10/16
0.20    BOUSLOG, MATTHEW G    $675.00    $135.00    WORK ON BUDGET (.1); EMAILS
                                                    WITH R. LITTLE, M. RAIFF, J. HO
                                                    AND B. DAWSON RE SAME (.1).

08/15/16
0.30    BOUSLOG, MATTHEW G    $675.00    $202.50    WORK ON BUDGET (.2); EMAILS
                                                    WITH D. KELLY AND A. WRIGHT
                                                    RE SAME.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091869**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $    742.50 | $    0.00 | $    742.50 |
|  | **Totals** | $    742.50 | $    0.00 | $    742.50 |
|  | **Current Balance Due** |  |  | $    742.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 10/09/15 | 2015103414 | $  9,980.60 | $    0.00 | $  9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: September 13, 2016                                                    Invoice No. 2016091869

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |
| 92772-00050 | 02/04/16 | 2016043433 | 4,837.10 | 0.00 | 4,837.10 |
| 92772-00050 | 03/04/16 | 2016043443 | 3,689.00 | 0.00 | 3,689.00 |
| 92772-00050 | 04/18/16 | 2016043064 | 17,146.40 | 0.00 | 17,146.40 |
| 92772-00050 | 05/06/16 | 2016051489 | 4,925.90 | 0.00 | 4,925.90 |
| 92772-00050 | 06/13/16 | 2016062428 | 934.70 | 0.00 | 934.70 |

**PREVIOUS BALANCE DUE**    $ 207,133.02

**TOTAL OUTSTANDING BALANCE DUE**    $ 207,875.52

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016091869**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00050 | Project Longhorn | $    742.50 | $    0.00 | $    742.50 |
|  | **Totals** | $    742.50 | $    0.00 | $    742.50 |
|  | **Current Balance Due** |  |  | $    742.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 13, 2016**                                                  **Invoice No. 2016091869**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00050 | 10/09/15 | 2015103414 | $ 9,980.60 | $ 0.00 | $ 9,980.60 |
| 92772-00050 | 11/07/15 | 2015112650 | 63,650.80 | 0.00 | 63,650.80 |
| 92772-00050 | 12/09/15 | 2015123535 | 72,918.70 | 0.00 | 72,918.70 |
| 92772-00050 | 01/11/16 | 2016012102 | 29,049.82 | 0.00 | 29,049.82 |
| 92772-00050 | 02/04/16 | 2016043433 | 4,837.10 | 0.00 | 4,837.10 |
| 92772-00050 | 03/04/16 | 2016043443 | 3,689.00 | 0.00 | 3,689.00 |
| 92772-00050 | 04/18/16 | 2016043064 | 17,146.40 | 0.00 | 17,146.40 |
| 92772-00050 | 05/06/16 | 2016051489 | 4,925.90 | 0.00 | 4,925.90 |
| 92772-00050 | 06/13/16 | 2016062428 | 934.70 | 0.00 | 934.70 |

**PREVIOUS BALANCE DUE**  $ 207,133.02

**TOTAL OUTSTANDING BALANCE DUE**  $ 207,875.52

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


PROJECT LONGHORN
92772-00050

---

For Services Rendered Through August 31, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| JONATHAN M. WHALEN | 1.10 | $ 675.00 | $ | 742.50 |
| **Total Services** | | | $ | 742.50 |
| **Total Services, Costs/Charges** | | | | 742.50 |
| **BALANCE DUE** | | | $ | 742.50 |

PROJECT LONGHORN
92772-00050

_____

Detail Services:

08/08/16
  0.30    WHALEN, JONATHAN M     $675.00    $202.50  EMAILS RE LUMINANT
                                                                       HOLDINGS GUARANTEE.

08/12/16
  0.80    WHALEN, JONATHAN M     $675.00    $540.00  DRAFT LETTER AGREEMENT
                                                                       RE WORKING CAPITAL
                                                                      ADJUSTMENT.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016093272**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00054 | PUC RFI | $  46,672.50 | $      0.00 | $  46,672.50 |
|  | **Totals** | $  46,672.50 | $      0.00 | $  46,672.50 |
|  | **Current Balance Due** |  |  | $  46,672.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00054 | 08/05/16 | 2016081263 | $  11,340.50 | $     0.00 | $  11,340.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   11,340.50

**TOTAL OUTSTANDING BALANCE DUE**                          $   58,013.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016093272**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00054 | PUC RFI | $  46,672.50 | $  0.00 | $  46,672.50 |
| | **Totals** | $  46,672.50 | $  0.00 | $  46,672.50 |
| | **Current Balance Due** | | | $  46,672.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 13, 2016**                    **Invoice No. 2016093272**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00054 | 08/05/16 | 2016081263 | $  11,340.50 | $    0.00 | $   11,340.50 |

**PREVIOUS BALANCE DUE**                                              $   11,340.50

**TOTAL OUTSTANDING BALANCE DUE**                          $   58,013.00

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

PUC RFI
92772-00054

_____

For Services Rendered Through August 31, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM S. SCHERMAN | 0.50 | $1,125.00 | $  562.50 |
| MICHAEL L. RAIFF | 13.40 | 930.00 | 12,462.00 |
| JEFFREY M. JAKUBIAK | 0.20 | 800.00 | 160.00 |
| WILLIAM C. VAUGHN | 26.20 | 505.00 | 13,231.00 |
| CHRISTOPHER KARNES | 29.50 | 360.00 | 10,620.00 |
| MARC E. SCHNEIDER | 26.30 | 360.00 | 9,468.00 |
| DANIEL Y. SHIN | 0.50 | 338.00 | 169.00 |

**Total Services**                                                   $  46,672.50

**Total Services, Costs/Charges**                          46,672.50

**BALANCE DUE**                                            $  46,672.50

PUC RFI
92772-00054

---

Detail Services:

08/01/16

| 1.30 | RAIFF, MICHAEL L | $930.00 | $1,209.00 | WORK ON ███████ ISSUES, REVIEW ███████ EMAILS, AND EMAIL REVIEW COORDINATION (1.0); CONFERENCES ██████████ ██████ (.3). |
| 4.50 | VAUGHN, WILLIAM C | $505.00 | $2,272.50 | DEVELOP SEARCHES ███ █████████████████ (1.5); COMMUNICATE WITH DISCOVERY TEAM ██████████ ███████████████ ███████████ (0.8); PREPARE FOR AND PARTICIPATE IN CALL ██████████████ (1.1); COMMUNICATE WITH TEAM REGARDING CHANGES ██████ (0.4); DEVELOP PLANS ██████ █████████ (0.7). |
| 4.50 | SCHNEIDER, MARC E | $360.00 | $1,620.00 | ████████ ANALYSES AND CALL WITH TEAM T██████ (0.5); CALL WITH VENDOR ████ ████████████ (1.5); SEARCH DATABASE ████ █████████████ (1.0); GENERATE SEARCHES (0.5); EXECUTE SCRIPTS ████████████ (1.0). |
| 0.50 | SHIN, DANIEL Y | $338.00 | $169.00 | CREATE ████ CODING PANE ██████ (0.3); TROUBLESHOOT ████ ████ WORKSPACE (0.2). |

08/02/16

| | | | | |
|---|---|---|---|---|
| 0.40 | RAIFF, MICHAEL L | $930.00 | $372.00 | WORK ON EMAIL REVIEW ███████████ . |
| 0.80 | VAUGHN, WILLIAM C | $505.00 | $404.00 | DEVELOP SEARCHES ██████████ . |
| 0.30 | KARNES, CHRISTOPHER | $360.00 | $108.00 | CALLS AND EMAIL EXCHANGES ████████████ . |
| 4.00 | SCHNEIDER, MARC E | $360.00 | $1,440.00 | SEARCH DOCUMENT DATABASE ██████ ████████ (1.0); MODIFY AND GENERATE NEW SEARCHES (0.5); EXECUTE SCRIPTS TO CONFIGURE DATABASE FOR REVIEW (1.0); ANALYZE ████ DATA █████ (1.2); CALLS AND EMAIL EXCHANGES ██████████ (.3). |

08/03/16

| | | | | |
|---|---|---|---|---|
| 0.50 | SCHERMAN, WILLIAM S | $1,125.00 | $562.50 | REVIEW ANSWERS ████ ON █████ ISSUES. |
| 1.30 | RAIFF, MICHAEL L | $930.00 | $1,209.00 | CONFERENCE CALL ██████ (.9); WORK ON ███████ EFFORTS AND COORDINATION (.4). |



| 7.30 | VAUGHN, WILLIAM C | $505.00 | $3,686.50 | DEVELOP SEARCHES ███ (2.1); COMMUNICATE WITH TEAM REGARDING OPTIONS ███ (1.4); CHECK PARAMETERS ███ (0.9); PARTICIPATE IN CALL (0.5); REVIEW DOCUMENTS ███ (2.4). |
| 1.20 | KARNES, CHRISTOPHER | $360.00 | $432.00 | CALL AND EMAIL EXCHANGES WITH M. SCHNEIDER ███ (.2); CALLS AND EMAIL EXCHANGES ███ (.3); EMAIL EXCHANGES ███ EMAIL EXCHANGES ███ (.1); ███ RELATIVITY (.6). |

08/04/16

| 1.90 | VAUGHN, WILLIAM C | $505.00 | $959.50 | DEVELOP SEARCHES ███ (1.1); COMMUNICATE WITH TEAM ███ (0.8). |

| 1.40 | KARNES, CHRISTOPHER | $360.00 | $504.00 | EMAIL EXCHANGES AND CALL ██████████ (.3); ██████ RELATIVITY (1.0); CALL WITH W. VAUGHN █████ (.1). |

**08/05/16**

| 0.20 | JAKUBIAK, JEFFREY M | $800.00 | $160.00 | ATTENTION TO EMAIL ████ (0.1); EMAIL TO M. RAIFF ██████ (0.1). |
| 3.10 | VAUGHN, WILLIAM C | $505.00 | $1,565.50 | DEVELOP SEARCHES ██████ (0.6); OUTLINE PLAN ██ COMMUNICATE WITH TEAM MEMBERS ████ (1.5); REVIEW DOCUMENTS ████ (1.0). |

**08/08/16**

| 1.50 | VAUGHN, WILLIAM C | $505.00 | $757.50 | REVIEW ███ FILINGS █████ (0.6); ATTEND TO DOCUMENT REVIEW ██████ (0.4); CALL ████ (0.5). |

**08/09/16**

| 0.40 | VAUGHN, WILLIAM C | $505.00 | $202.00 | CONFERENCE ████ REGARDING DATABASE ████. |

| | | | | |
|---|---|---|---|---|
| 5.00 | SCHNEIDER, MARC E | $360.00 | $1,800.00 | READ AND RESPOND TO EMAILS ███████████ (0.2); BUILD SEARCH QUERIES ████████ (1.1); CONFIGURE DATABASE ██████████ (0.3); CREATE AND MODIFY SEARCH TERM (0.3); GENERATE REPORT █████████ (0.1); QC DATABASE ███████ (0.1); UPDATE DATA SET (0.5); STAGE DATA COLLECTION ██████████ (0.5); PROCESS DATA █████████ (0.5); ANALYZE PROCESSED NATIVE FILES (0.2); RUN QUALITY CONTROL ████████████ (0.3); UPDATE DATABASE ████████ (0.2); INDEX DATABASE ██████████ (0.3); CONFERENCE ██████████ (.4). |

08/10/16

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | WORK ON █████████ STRATEGIES AND RELATED COMMUNICATIONS (.5); CONFERENCE CALL ██████ (.5). |
| 1.50 | VAUGHN, WILLIAM C | $505.00 | $757.50 | REVIEW PROPOSED OPTIONS ████████████ (0.8); PREPARE FOR AND PARTICIPATE IN ████████ CALL (0.7). |
| 1.00 | KARNES, CHRISTOPHER | $360.00 | $360.00 | EMAIL EXCHANGES ████████ (.1); ██████ (.9). |

| 3.00 | SCHNEIDER, MARC E | $360.00 | $1,080.00 | QUALITY CHECK INGESTED DATA FOR REVIEW (1.0); ANALYZE PROCESSED NATIVE FILES (0.5); RUN QUALITY CONTROL ON DATA ▮▮▮▮ (0.5); BUILD INDEX ▮▮▮▮ (0.3); FORMULATE ▮▮▮ REVIEW (0.7). |

**08/11/16**

| 0.40 | RAIFF, MICHAEL L | $930.00 | $372.00 | CONFERENCE CALL ▮▮▮▮▮. |

| 1.10 | KARNES, CHRISTOPHER | $360.00 | $396.00 | EMAIL EXCHANGES WITH M. SCHNEIDER ▮▮▮ (.1); ▮▮▮▮ (1.0). |

| 2.00 | SCHNEIDER, MARC E | $360.00 | $720.00 | FINALIZE DATA COLLECTION ▮▮▮ (0.5); PROCESS DATA ▮▮▮ (0.5); ANALYZE FILES (0.2); ▮▮ QUALITY CONTROL ▮▮▮▮ (0.3); UPDATE ▮▮▮ DATA (0.2); INDEX DATABASE ▮▮▮ (0.3). |

**08/12/16**

| 1.00 | RAIFF, MICHAEL L | $930.00 | $930.00 | WORK ON ▮▮▮ BRIEF (.8); CONFERENCE CALL ▮▮▮▮ (.2). |

| 1.50 | SCHNEIDER, MARC E | $360.00 | $540.00 | SEARCH DOCUMENT DATABASE ██████████ ██████ (1.0); MODIFY SEARCHES (0.3); EXECUTE SCRIPTS ██████████ (0.2) |

08/16/16

| 1.50 | SCHNEIDER, MARC E | $360.00 | $540.00 | DATABASE ANALYSES ██████ (1.0); FORMULATE RESPONSE ██████████ (0.5). |

08/17/16

| 2.50 | RAIFF, MICHAEL L | $930.00 | $2,325.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ████ ISSUES, ██████████ (1.0); PREPARE FOR AND CONFERENCE CALL ██████████ (1.5). |

| 2.30 | VAUGHN, WILLIAM C | $505.00 | $1,161.50 | EVALUATE ████ STATUS AND COMMUNICATE WITH TEAM ██████████ (0.8); PREPARE FOR AND PARTICIPATE IN ████ CALL (1.2); COMMUNICATE ████ ██████ REGARDING DOCUMENT REVIEW (0.3). |

| 1.10 | KARNES, CHRISTOPHER | $360.00 | $396.00 | EMAIL EXCHANGES ████ ██████████ (.10); EXPORT ████ ██████████ (1.0). |

| | | | | |
|---|---|---|---|---|
| 2.00 | SCHNEIDER, MARC E | $360.00 | $720.00 | CALL WITH VENDOR TO ██████████ (1.5); CONFIGURE WORKSPACE ██████████ (0.5). |

**08/18/16**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | ATTENTION TO ███████ ISSUE AND EMAIL ISSUES AND MULTIPLE COMMUNICATIONS REGARDING SAME. |
| 0.30 | VAUGHN, WILLIAM C | $505.00 | $151.50 | CREATE ██████ SEARCHES █████. |
| 2.20 | KARNES, CHRISTOPHER | $360.00 | $792.00 | EXPORT FILES ███████████ (2.0); EMAIL EXCHANGES ███████████ (.2). |
| 1.50 | SCHNEIDER, MARC E | $360.00 | $540.00 | DATABASE ANALYSES AND CALL WITH TEAM ███████ (0.5); FORMULATE RESPONSE TO ██████ ISSUES (0.5); EMAIL EXCHANGE ███████████ (0.5). |

**08/19/16**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $930.00 | $465.00 | ATTENTION TO ██████ REVIEW ████████ AND RELATED COMMUNICATIONS. |
| 1.30 | VAUGHN, WILLIAM C | $505.00 | $656.50 | CONFERENCE WITH TEAM REGARDING DATA ███████ |
| 1.30 | SCHNEIDER, MARC E | $360.00 | $468.00 | CALL WITH CLIENT ███████ |

**08/21/16**

| | | | | |
|---|---|---|---|---|
| 3.00 | KARNES, CHRISTOPHER | $360.00 | $1,080.00 | EXPORT FILES ███████████. |

**Due and Payable Upon Receipt**

| | | | | |
|---|---|---|---|---|
| 08/22/16 1.60 | RAIFF, MICHAEL L | $930.00 | $1,488.00 | ATTENTION TO ███████ ISSUES AND MATERIALS (.4); CALL WITH CLIENTS, ███████ (1.0); COMMUNICATIONS REGARDING ████ ISSUES (.2). |
| 3.40 | KARNES, CHRISTOPHER | $360.00 | $1,224.00 | EXPORT ██████████ FILES ████. |
| 08/23/16 3.20 | KARNES, CHRISTOPHER | $360.00 | $1,152.00 | EXPORT ██████████ FILES ████. |
| 08/24/16 1.90 | RAIFF, MICHAEL L | $930.00 | $1,767.00 | WORK ON ████ ISSUES ██ AND RELATED COMMUNICATIONS (.5); CONFERENCE CALL ████ (.9); CONFERENCE CALL ████ (.5). |
| 0.70 | VAUGHN, WILLIAM C | $505.00 | $353.50 | PREPARE FOR AND PARTICIPATE IN ████ COMPLIANCE CALL. |
| 4.30 | KARNES, CHRISTOPHER | $360.00 | $1,548.00 | EXPORT ██████████ FILES ████. |
| 08/25/16 2.10 | KARNES, CHRISTOPHER | $360.00 | $756.00 | EXPORT ██████████ FILES ████. |
| 08/28/16 4.00 | KARNES, CHRISTOPHER | $360.00 | $1,440.00 | EXPORT ██████████ FILES ████████ . |
| 08/29/16 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ████ STRATEGIES. |

08/31/16

| 0.70 | RAIFF, MICHAEL L | $930.00 | $651.00 | CONFERENCE CALL ███ ███████ (.6); FOLLOW-UP ON ████ ISSUES (.1). |
| 0.60 | VAUGHN, WILLIAM C | $505.00 | $303.00 | SEARCH FOR DOCUMENTS ████ (.3); PARTICIPATE IN ███ ██████ CALL (.3). |
| 1.20 | KARNES, CHRISTOPHER | $360.00 | $432.00 | EXPORT ███ FILES ██████████ . |

**Exhibit G-5**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 12, 2016**

**Invoice No. 2016103882**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $    659.00 | $    0.00 | $    659.00 |
|  | **Totals** | $    659.00 | $    0.00 | $    659.00 |
|  | **Current Balance Due** |  |  | $    659.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 09/13/16 | 2016093980 | $  18,303.50 | $    0.00 | $  18,303.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                      $   18,303.50

**TOTAL OUTSTANDING BALANCE DUE**                            $   18,962.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 12, 2016**

**Invoice No. 2016103882**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   659.00 | $   0.00 | $   659.00 |
|  | **Totals** | $   659.00 | $   0.00 | $   659.00 |
|  | **Current Balance Due** |  |  | $   659.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: October 12, 2016                                                                 Invoice No. 2016103882
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 09/13/16 | 2016093980 | $ 18,303.50 | $ 0.00 | $  18,303.50 |

**PREVIOUS BALANCE DUE** $  18,303.50

**TOTAL OUTSTANDING BALANCE DUE** $  18,962.50

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

For Services Rendered Through October 2, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| JAMES C. HO | 0.40 | $ 890.00 | $ | 356.00 |
| WILLIAM T. THOMPSON | 0.60 | 505.00 | | 303.00 |
| **Total Services** | | | $ | 659.00 |
| **Total Services, Costs/Charges** | | | | 659.00 |
| **BALANCE DUE** | | | $ | 659.00 |

**Invoice Date: October 12, 2016**                    **Invoice No. 2016103882**

**Due and Payable Upon Receipt**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

Detail Services:

09/03/16
0.10    HO, JAMES C              $890.00     $89.00    REVIEW CORRESPONDENCE
                                                       REGARDING COURT'S GRANT
                                                       OF 30-DAY EXTENSION.

09/12/16
0.10    HO, JAMES C              $890.00     $89.00    ANALYZE POTENTIAL NEXT
                                                       STEPS IN ANTICIPATION OF
                                                       MOTION FOR REHEARING AND
                                                       CORRESPONDENCE
                                                       REGARDING SAME.

09/30/16
0.10    THOMPSON, WILLIAM T      $505.00     $50.50    ANALYZE FPL MOTION FOR
                                                       PANEL REHEARING.

10/01/16
0.10    HO, JAMES C              $890.00     $89.00    REVIEW CORRESPONDENCE
                                                       REGARDING MOTION FOR
                                                       REHEARING.

10/02/16
0.10    HO, JAMES C              $890.00     $89.00    REVIEW CORRESPONDENCE
                                                       REGARDING MOTION FOR
                                                       REHEARING.

0.50    THOMPSON, WILLIAM T      $505.00    $252.50    REVIEW CORRESPONDENCE
                                                       RE MOTION FOR REHEARING.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2016**

**Invoice No. 2016101790**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  12,890.00 | $      0.00 | $  12,890.00 |
|  | **Totals** | $  12,890.00 | $    0.00 | $  12,890.00 |
|  | **Current Balance Due** |  |  | $  12,890.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 02/04/16 | 2016043408 | $  6,189.70 | $    0.00 | $  6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 8,328.30 | 0.00 | 8,328.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00018 | 04/18/16 | 2016040936 | 2,857.40 | 0.00 | 2,857.40 |
| 92772-00018 | 05/05/16 | 2016051167 | 2,801.00 | 0.00 | 2,801.00 |
| 92772-00018 | 06/08/16 | 2016061738 | 827.80 | 0.00 | 827.80 |
| 92772-00018 | 07/26/16 | 2016071952 | 2,779.80 | 0.00 | 2,779.80 |
| 92772-00018 | 08/05/16 | 2016081305 | 14,079.00 | 0.00 | 14,079.00 |
| 92772-00018 | 09/13/16 | 2016093981 | 38,557.50 | 0.00 | 38,557.50 |

**PREVIOUS BALANCE DUE**      $ 76,420.50

**TOTAL OUTSTANDING BALANCE DUE**      $ 89,310.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2016**

**Invoice No. 2016101790**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   12,890.00 | $     0.00 | $   12,890.00 |
|  | **Totals** | $   12,890.00 | $     0.00 | $   12,890.00 |
|  | **Current Balance Due** |  |  | $   12,890.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 4, 2016**                                                    **Invoice No. 2016101790**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 02/04/16 | 2016043408 | $ 6,189.70 | $ 0.00 | $ 6,189.70 |
| 92772-00018 | 03/04/16 | 2016043053 | 8,328.30 | 0.00 | 8,328.30 |
| 92772-00018 | 04/18/16 | 2016040936 | 2,857.40 | 0.00 | 2,857.40 |
| 92772-00018 | 05/05/16 | 2016051167 | 2,801.00 | 0.00 | 2,801.00 |
| 92772-00018 | 06/08/16 | 2016061738 | 827.80 | 0.00 | 827.80 |
| 92772-00018 | 07/26/16 | 2016071952 | 2,779.80 | 0.00 | 2,779.80 |
| 92772-00018 | 08/05/16 | 2016081305 | 14,079.00 | 0.00 | 14,079.00 |
| 92772-00018 | 09/13/16 | 2016093981 | 38,557.50 | 0.00 | 38,557.50 |

**PREVIOUS BALANCE DUE**  $  76,420.50

**TOTAL OUTSTANDING BALANCE DUE**  $  89,310.50

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through September 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 7.50 | $ 930.00 | $  6,975.00 |
| RUSSELL H. FALCONER | 9.10 | 650.00 | 5,915.00 |
| **Total Services** | | | $  12,890.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 12,890.00 |
| **BALANCE DUE** | $  12,890.00 |

NSR CASE
92772-00018

---

Detail Services:

**09/02/16**

| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | PARTICIPATE IN CALL. |

**09/06/16**

| 0.80 | RAIFF, MICHAEL L | $930.00 | $744.00 | CALL WITH CLIENTS AND CO-COUNSEL (.3); WORK ON RESPONSE TO MOTION FOR JUDGMENT AND RELATED COMMUNICATIONS (.5). |
| 2.50 | FALCONER, RUSSELL H | $650.00 | $1,625.00 | PARTICIPATE IN CASE CONFERENCE CALL (0.3); REVISE RESPONSE TO MOTION FOR FINAL JUDGMENT (1.9); CORRESPOND WITH M. RAIFF REGARDING SAME (.3). |

**09/08/16**

| 1.40 | RAIFF, MICHAEL L | $930.00 | $1,302.00 | WORK ON RESPONSE TO DOJ'S MOTION FOR JUDGMENT AND EMAILS REGARDING SAME. |
| 0.30 | FALCONER, RUSSELL H | $650.00 | $195.00 | WORK TO FINALIZE RESPONSE TO MOTION FOR JUDGMENT (.2); REVIEW COMPLAINT IN INTERVENTION (.1). |

**09/09/16**

| 2.50 | RAIFF, MICHAEL L | $930.00 | $2,325.00 | WORK ON INTERVENTION ISSUES, RESPONSES, AND RELATED COMMUNICATIONS (1.0); WORK ON RESPONSE TO DOJ, MOTION FOR JUDGMENT AND RELATED EMAILS (.5); PARTICIPATE IN CONFERENCE CALL (.7); ATTENTION TO AND COMMUNICATIONS REGARDING ANSWER REQUIREMENT (.3). |
| 2.10 | FALCONER, RUSSELL H | $650.00 | $1,365.00 | FINALIZE REVISIONS TO RESPONSE TO MOTION FOR JUDGMENT (1.4); REVIEW DOCUMENTED CORRESPONDENCE (.4); PARTICIPATE IN CONFERENCE CALL (.3). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 09/12/16 | 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | WORK ON RESPONSE TO DOJ'S MOTION FOR JUDGMENT AND COMMUNICATIONS REGARDING SAME. |
| | 1.10 | FALCONER, RUSSELL H | $650.00 | $715.00 | FURTHER REVISE RESPONSE TO GOVERNMENT'S MOTION FOR JUDGMENT AND CORRESPOND WITH TEAM REGARDING SAME. |
| 09/13/16 | 0.70 | RAIFF, MICHAEL L | $930.00 | $651.00 | WORK ON RESPONSE TO DOJ'S MOTION FOR JUDGMENT. |
| | 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | WORK TO FINALIZE RESPONSE TO MOTION FOR JUDGMENT. |
| 09/14/16 | 1.50 | RAIFF, MICHAEL L | $930.00 | $1,395.00 | WORK ON ISSUES AND RELATED COMMUNICATIONS (.9); CONFERENCE CALL WITH CLIENTS (.6). |
| 09/20/16 | 1.00 | FALCONER, RUSSELL H | $650.00 | $650.00 | PARTICIPATE IN CONFERENCE CALL (.4); PREPARE REPORTS (.6). |
| 09/21/16 | 0.30 | RAIFF, MICHAEL L | $930.00 | $279.00 | ATTENTION TO AND COMMUNICATIONS REGARDING COURT'S RULING ON PROTECTIVE ORDER. |
| | 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | REVIEW GRANTED PROTECTIVE ORDER AND CORRESPOND WITH TEAM REGARDING SAME. |
| 09/23/16 | 0.10 | FALCONER, RUSSELL H | $650.00 | $65.00 | REVIEW CORRESPONDENCE. |
| 09/29/16 | 0.20 | FALCONER, RUSSELL H | $650.00 | $130.00 | REVIEW CORRESPONDENCE. |
| 09/30/16 | 1.10 | FALCONER, RUSSELL H | $650.00 | $715.00 | STUDY GOVERNMENT'S REPLY ON MOTION FOR ENTRY OF JUDGMENT (.3); CONDUCT PRELIMINARY RESEARCH (.6); CORRESPOND WITH TEAM REGARDING REPLY (.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 6, 2016**

**Invoice No. 2016102915**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $  25,621.00 | $     0.00 | $  25,621.00 |
|  | **Totals** | $  25,621.00 | $     0.00 | $  25,621.00 |
|  | **Current Balance Due** |  |  | $  25,621.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 02/04/16 | 2016043410 | $  4,125.50 | $    0.00 | $  4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | 1,398.60 | 0.00 | 1,398.60 |
| 92772-00030 | 04/18/16 | 2016043059 | 1,067.40 | 0.00 | 1,067.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: October 6, 2016                                                              Invoice No. 2016102915

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 05/06/16 | 2016051484 | 1,261.30 | 0.00 | 1,261.30 |
| 92772-00030 | 06/13/16 | 2016062419 | 5,205.80 | 0.00 | 5,205.80 |
| 92772-00030 | 07/21/16 | 2016072453 | 2,353.00 | 0.00 | 2,353.00 |
| 92772-00030 | 08/12/16 | 2016080815 | 7,659.50 | 0.00 | 7,659.50 |
| 92772-00030 | 09/13/16 | 2016091769 | 6,680.50 | 0.00 | 6,680.50 |

**PREVIOUS BALANCE DUE**                                    $   29,751.60

**TOTAL OUTSTANDING BALANCE DUE**                    $   55,372.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 6, 2016**

**Invoice No. 2016102915**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | Retention/Fee Applications | $   25,621.00 | $      0.00 | $  25,621.00 |
|  | **Totals** | $   25,621.00 | $    0.00 | $  25,621.00 |
|  | **Current Balance Due** |  |  | $  25,621.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 6, 2016**                                              **Invoice No. 2016102915**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | | Costs | Balance Due |
|---|---|---|---|---|---|---|
| 92772-00030 | 02/04/16 | 2016043410 | $ | 4,125.50 | $ 0.00 | $ 4,125.50 |
| 92772-00030 | 03/04/16 | 2016032036 | | 1,398.60 | 0.00 | 1,398.60 |
| 92772-00030 | 04/18/16 | 2016043059 | | 1,067.40 | 0.00 | 1,067.40 |
| 92772-00030 | 05/06/16 | 2016051484 | | 1,261.30 | 0.00 | 1,261.30 |
| 92772-00030 | 06/13/16 | 2016062419 | | 5,205.80 | 0.00 | 5,205.80 |
| 92772-00030 | 07/21/16 | 2016072453 | | 2,353.00 | 0.00 | 2,353.00 |
| 92772-00030 | 08/12/16 | 2016080815 | | 7,659.50 | 0.00 | 7,659.50 |
| 92772-00030 | 09/13/16 | 2016091769 | | 6,680.50 | 0.00 | 6,680.50 |

**PREVIOUS BALANCE DUE**                                    $  29,751.60

**TOTAL OUTSTANDING BALANCE DUE**                    $   55,372.60

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


RETENTION/FEE APPLICATIONS
92772-00030

_____

For Services Rendered Through September 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.50 | $ 875.00 | $ 437.50 |
| JEREMY L. GRAVES | 0.60 | 795.00 | 477.00 |
| MATTHEW G. BOUSLOG | 11.50 | 675.00 | 7,762.50 |
| MICHAEL Q. CANNON | 0.40 | 650.00 | 260.00 |
| WILLIAM T. THOMPSON | 0.40 | 505.00 | 202.00 |
| DUKE K. AMPONSAH | 40.20 | 410.00 | 16,482.00 |

**Total Services**                                          $  25,621.00


**Total Services, Costs/Charges**                              25,621.00

**BALANCE DUE**                                           $   25,621.00

**Due and Payable Upon Receipt**

RETENTION/FEE APPLICATIONS
92772-00030

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 09/02/16 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | REVIEW FEE COMMITTEE LETTER RE FEE APPLICATION AND EMAIL R. LITTLE RE SAME. |
| 09/06/16 0.70 | BOUSLOG, MATTHEW G | $675.00 | $472.50 | EMAILS WITH K. STADLER, D. AMPONSAH RE FEE COMMITTEE REPORT (.5); REVIEW FEE STATEMENT AND CNO (.1); EMAILS WITH J. MADRON AND D. AMPONSAH RE SAME (.1). |
| 1.20 | AMPONSAH, DUKE K | $410.00 | $492.00 | CONFER WITH BILLING RE PAST INVOICES AND FEE STATEMENTS (.8); CONFER WITH M. BOUSLOG RE FEE COMMITTEE REPORT (.4). |
| 09/07/16 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | EMAILS WITH G. MOOR, J. MADRON AND D. AMPONSAH RE FEE STATEMENT AND CNO. |
| 09/08/16 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH B. NICHOLS RE EXPENSE SUPPORT FOR FEE COMMITTEE. |
| 09/09/16 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | EMAILS WITH K. STADLER AND J. AYALA RE FEE COMMITTEE REPORT. |
| 09/12/16 0.80 | BOUSLOG, MATTHEW G | $675.00 | $540.00 | CALLS AND EMAILS WITH K. STADLER RE FEE COMMITTEE REPORT AND FEE APPLICATION (.4); EMAILS WITH R. LITTLE AND D. AMPONSAH RE FEE APPLICATION (.1); CALLS WITH R. LITTLE AND D. AMPONSAH RE SAME (.3). |

| | | | | |
|---|---|---|---|---|
| 3.90 | AMPONSAH, DUKE K | $410.00 | $1,599.00 | REVIEW AUGUST 2016 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.5); PREPARE ELECTRONIC FILES OF INVOICES FOR REVIEW BY THE TEAM (.4); CONFER WITH M. BOUSLOG RE SAME (.3); PREPARE DRAFT OF JULY 2016 MONTHLY FEE STATEMENT (1.7). |

09/13/16

| | | | | |
|---|---|---|---|---|
| 2.20 | AMPONSAH, DUKE K | $410.00 | $902.00 | REVISE DRAFT OF JULY 2016 MONTHLY FEE STATEMENT (1.7); CONFER WITH J. AYALA RE INVOICES FOR AUGUST 2016 (.5). |

09/14/16

| | | | | |
|---|---|---|---|---|
| 0.40 | BOUSLOG, MATTHEW G | $675.00 | $270.00 | CALL WITH J. GRAVES RE FEES AND ESCROW ACCOUNT (.2); EMAILS WITH D. AMPONSAH RE FEE ESTIMATE (.2). |
| 3.80 | AMPONSAH, DUKE K | $410.00 | $1,558.00 | CONFER WITH J. AYALA AND M. BOUSLOG RE TCEH PROFESSIONAL FEE ESCROW ACCOUNT (.7); PREPARE DRAFT OF GDC AUGUST 2016 MONTHLY FEE STATEMENT (3.1). |

09/15/16

| | | | | |
|---|---|---|---|---|
| 0.60 | GRAVES, JEREMY L | $795.00 | $477.00 | PARTICIPATE IN CALL WITH TCEH RETAINED PROFESSIONALS REGARDING THE ESCROW PROCESS (.4); FOLLOW-UP EMAIL TO R. LITTLE AND M. BOUSLOG RE SAME (.2). |
| 0.80 | AMPONSAH, DUKE K | $410.00 | $328.00 | REVISE DRAFT OF GDC AUGUST 2016 MONTHLY FEE STATEMENT. |
| 2.20 | AMPONSAH, DUKE K | $410.00 | $902.00 | CONFER WITH J. AYALA RE TCEH PROFESSIONAL FEE ESCROW ACCOUNT (.3); REVISE DRAFT OF GDC AUGUST 2016 MONTHLY FEE STATEMENT (1.9). |

| 09/16/16 | | | | |
|---|---|---|---|---|
| 1.00 | BOUSLOG, MATTHEW G | $675.00 | $675.00 | WORK ON FEE APPLICATION (.9); EMAILS WITH N. HWANGPO AND R. LITTLE RE FEES AND FEE ESTIMATE (.1). |
| 2.50 | AMPONSAH, DUKE K | $410.00 | $1,025.00 | PREPARE DRAFTS OF EXHIBITS FOR SEVENTH INTERIM FEE APPLICATION. |
| 09/19/16 | | | | |
| 0.60 | BOUSLOG, MATTHEW G | $675.00 | $405.00 | REVIEW AND REVISE FEE STATEMENTS (.3); CALL WITH D. AMPONSAH RE SAME (.1); EMAILS WITH R. LITTLE AND D. AMPONSAH (.2). |
| 3.60 | AMPONSAH, DUKE K | $410.00 | $1,476.00 | PREPARE DRAFTS OF EXHIBITS TO SEVENTH INTERIM FEE APPLICATION BUDGET EXHIBIT AND CONFER WITH M. BOUSLOG RE SAME (2.4); CONFER WITH BILLING RE EDISCOVERY EXPENSE (.4). |
| 09/20/16 | | | | |
| 1.20 | BOUSLOG, MATTHEW G | $675.00 | $810.00 | WORK ON FEE APPLICATION (.5); EMAILS WITH R. FALCONER, C. VAUGHN AND D. AMPONSAH RE SAME (.4); CALLS WITH W. THOMPSON, M. CANNON AND D. AMPONSAH RE SAME (.3). |
| 0.40 | THOMPSON, WILLIAM T | $505.00 | $202.00 | PREPARE FEE APPLICATION. |
| 1.80 | AMPONSAH, DUKE K | $410.00 | $738.00 | CONFER WITH M. BOUSLOG RE ELECTRONIC INVOICES FOR REDACTION (.4); REVISE DRAFT OF GDC AUGUST 2016 MONTHLY FEE STATEMENT (1.4). |
| 09/21/16 | | | | |
| 0.50 | BOUSLOG, MATTHEW G | $675.00 | $337.50 | REVIEW AND REVISE FEE STATEMENTS (.2); CALLS WITH D. AMPONSAH RE SAME (.1) EMAILS WITH R. LITTLE, D. AMPONSAH AND J. MADRON RE SAME (.2). |
| 0.40 | CANNON, MICHAEL Q | $650.00 | $260.00 | REVIEW BILLS (.1); PREPARE SUMMARY OF WORK ON HORSESHOE BEND (.3). |

| 2.80 | AMPONSAH, DUKE K | $410.00 | $1,148.00 | REVISE DRAFT OF GDC AUGUST 2016 MONTHLY FEE STATEMENT (2.0); CONFER WITH BILLING NUMEROUS TIMES RE EDITS TO INVOICES AND EXHIBITS (.8).. |

**09/23/16**

| 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | EMAILS WITH D. AMPONSAH, R. LITTLE AND M. RAIFF RE FEE APPLICATION. |
| 1.50 | AMPONSAH, DUKE K | $410.00 | $615.00 | UPLOAD RECENTLY FILED JULY AND AUGUST MONTHLY FEE STATEMENT TO SHARED WEBSITE (.4); PREPARE DRAFT OF INTERIM FEE APPLICATION (1.1). |

**09/26/16**

| 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | DRAFT FEE APPLICATION (.1); CALL WITH J. WHALEN RE SAME (.1); EMAILS WITH D. AMPONSAH AND J. WHALEN RE SAME (.1). |
| 2.80 | AMPONSAH, DUKE K | $410.00 | $1,148.00 | REVISE DRAFT OF GDC SEVENTH INTERIM FEE APPLICATION (2.0); CONFER WITH BILLING NUMEROUS TIMES RE EDITS TO INVOICES AND EXHIBITS (.8). |

**09/27/16**

| 0.50 | LITTLE, ROBERT B | $875.00 | $437.50 | ATTENTION TO REDACTIONS IN FEE APPLICATIONS. |
| 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH R. LITTLE RE FEE APPLICATION. |
| 2.80 | AMPONSAH, DUKE K | $410.00 | $1,148.00 | REVISE DRAFT OF GDC SEVENTH INTERIM FEE APPLICATION (2.0); CONFER WITH BILLING NUMEROUS TIMES RE EDITS TO INVOICES AND EXHIBITS (.8). |

**09/28/16**

| 4.30 | BOUSLOG, MATTHEW G | $675.00 | $2,902.50 | WORK ON FEE APPLICATION (3.8); CALLS WITH D. AMPONSAH RE SAME (.3); EMAILS WITH D. AMPONSAH RE SAME (.2). |

| | | | | |
|---|---|---|---|---|
| 3.30 | AMPONSAH, DUKE K | $410.00 | $1,353.00 | REVISE DRAFT OF GDC SEVENTH INTERIM FEE APPLICATION (2.6); CONFER WITH M. BOUSLOG RE SAME (.3); CONFER WITH BILLING NUMEROUS TIMES RE EDITS TO INVOICES AND EXHIBITS (.4). |

09/29/16

| | | | | |
|---|---|---|---|---|
| 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | EMAILS WITH R. LITTLE, R. FALCONER AND D. AMPONSAH RE FEE APPLICATION. |
| 3.10 | AMPONSAH, DUKE K | $410.00 | $1,271.00 | REVISE DRAFT OF GDC SEVENTH INTERIM FEE APPLICATION (2.4); CONFER WITH M. BOUSLOG RE SAME (.3); CONFER WITH BILLING NUMEROUS TIMES RE EDITS TO INVOICES AND EXHIBITS (.4). |

09/30/16

| | | | | |
|---|---|---|---|---|
| 1.90 | AMPONSAH, DUKE K | $410.00 | $779.00 | REVISE DRAFT OF GDC SEVENTH INTERIM FEE APPLICATION (1.2); CONFER WITH M. BOUSLOG RE SAME (.3); CONFER WITH BILLING NUMEROUS TIMES RE EDITS TO INVOICES AND EXHIBITS (.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2016**

**Invoice No. 2016102932**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  3,062.50 | $  0.00 | $  3,062.50 |
|  | **Totals** | $  3,062.50 | $  0.00 | $  3,062.50 |
|  | **Current Balance Due** |  |  | $  3,062.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 02/04/16 | 2016043417 | $  1,684.90 | $  0.00 | $  1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 845.50 | 0.00 | 845.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: October 4, 2016                                                                 Invoice No. 2016102932
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 06/13/16 | 2016062420 | 297.50 | 0.00 | 297.50 |
| 92772-00031 | 07/21/16 | 2016072457 | 400.60 | 0.00 | 400.60 |
| 92772-00031 | 08/12/16 | 2016080816 | 9,060.00 | 0.00 | 9,060.00 |
| 92772-00031 | 09/13/16 | 2016091771 | 1,750.00 | 0.00 | 1,750.00 |

**PREVIOUS BALANCE DUE**                                          $  15,775.50

**TOTAL OUTSTANDING BALANCE DUE**                         $   18,838.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2016**

**Invoice No. 2016102932**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    3,062.50 | $    0.00 | $   3,062.50 |
|  | **Totals** | $   3,062.50 | $   0.00 | $   3,062.50 |
|  | **Current Balance Due** |  |  | $   3,062.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 4, 2016**                                                   **Invoice No. 2016102932**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 02/04/16 | 2016043417 | $ 1,684.90 | $ 0.00 | $ 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 845.50 | 0.00 | 845.50 |
| 92772-00031 | 06/13/16 | 2016062420 | 297.50 | 0.00 | 297.50 |
| 92772-00031 | 07/21/16 | 2016072457 | 400.60 | 0.00 | 400.60 |
| 92772-00031 | 08/12/16 | 2016080816 | 9,060.00 | 0.00 | 9,060.00 |
| 92772-00031 | 09/13/16 | 2016091771 | 1,750.00 | 0.00 | 1,750.00 |

**PREVIOUS BALANCE DUE**                                                     $  15,775.50

**TOTAL OUTSTANDING BALANCE DUE**                            $  18,838.00

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through September 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 3.50 | $ 875.00 | $ 3,062.50 |
| **Total Services** | | | $ 3,062.50 |
| **Total Services, Costs/Charges** | | | 3,062.50 |
| **BALANCE DUE** | | | $ 3,062.50 |

EFH SEC MATTERS
92772-00031

---

Detail Services:

| 09/16/16 | | | | |
|---|---|---|---|---|
| 2.90 | LITTLE, ROBERT B | $875.00 | $2,537.50 | REVIEW AND REVISE FORM 8-K REGARDING EMERGENCE MATTERS. |
| 09/19/16 | | | | |
| 0.30 | LITTLE, ROBERT B | $875.00 | $262.50 | REVIEW AND REVISE FORM 8-K. |
| 09/20/16 | | | | |
| 0.10 | LITTLE, ROBERT B | $875.00 | $87.50 | ATTENTION TO FORM 8-K. |
| 09/26/16 | | | | |
| 0.20 | LITTLE, ROBERT B | $875.00 | $175.00 | REVIEW REVISED EMERGENCE FORM 8-K. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 6, 2016**

**Invoice No. 2016102909**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00034 | EFIH SEC Matters | $ 909.50 | $ 0.00 | $ 909.50 |
|  | **Totals** | $ 909.50 | $ 0.00 | $ 909.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 909.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: October 6, 2016                                    Invoice No. 2016102909

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 6, 2016**

**Invoice No. 2016102909**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00034 | EFIH SEC Matters | $    909.50 | $    0.00 | $    909.50 |
|  | **Totals** | $    909.50 | $    0.00 | $    909.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    909.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: October 6, 2016**                                                  **Invoice No. 2016102909**
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFIH SEC MATTERS
92772-00034

_____

For Services Rendered Through September 30, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| JOSEPH A. ORIEN | 1.70 | $ 535.00 | $ | 909.50 |
| **Total Services** | | | $ | 909.50 |
| **Total Services, Costs/Charges** | | | | 909.50 |
| **BALANCE DUE** | | | $ | 909.50 |

EFIH SEC MATTERS
92772-00034

_____

Detail Services:


09/23/16
| 1.70 | ORIEN, JOSEPH A | $535.00 | $909.50 | ANALYZE REGISTRATION STATEMENTS FROM 2008 TO PRESENT FOR PREPARATION OF FORM 15 FOR EFIH. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 6, 2016**

**Invoice No. 2016102912**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00041 | EFCH SEC Matters | $    963.00 | $    0.00 | $    963.00 |
|  | **Totals** | $    963.00 | $    0.00 | $    963.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    963.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 6, 2016**                                          **Invoice No. 2016102912**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 6, 2016**

**Invoice No. 2016102912**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00041 | EFCH SEC Matters | $    963.00 | $    0.00 | $    963.00 |
|  | **Totals** | $    963.00 | $    0.00 | $    963.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    963.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: October 6, 2016                                               Invoice No. 2016102912
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFCH SEC MATTERS
92772-00041

_____

For Services Rendered Through September 30, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| JOSEPH A. ORIEN | 1.80 | $ 535.00 | $ | 963.00 |
| **Total Services** | | | $ | 963.00 |
| **Total Services, Costs/Charges** | | | | 963.00 |
| **BALANCE DUE** | | | $ | 963.00 |

**Due and Payable Upon Receipt**

EFCH SEC MATTERS
92772-00041

_____

Detail Services:

09/23/16
  1.80    ORIEN, JOSEPH A          $535.00     $963.00   ANALYZE REGISTRATION
                                                              STATEMENTS FROM 2008 TO
                                                             PRESENT FOR PREPARATION
                                                             OF FORM 15 FOR EFCH.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 12, 2016**

**Invoice No. 2016103884**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $  40,793.50 | $  0.00 | $  40,793.50 |
|  | **Totals** | $  40,793.50 | $  0.00 | $  40,793.50 |
|  | **Current Balance Due** |  |  | $  40,793.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 02/04/16 | 2016043418 | $  1,829.50 | $  0.00 | $  1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 560.00 | 0.00 | 560.00 |
| 92772-00043 | 05/06/16 | 2016051486 | 1,614.20 | 0.00 | 1,614.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00043 | 06/13/16 | 2016062422 | 577.80 | 0.00 | 577.80 |
| 92772-00043 | 07/21/16 | 2016072451 | 6,825.90 | 0.00 | 6,825.90 |
| 92772-00043 | 08/12/16 | 2016080820 | 3,545.50 | 0.00 | 3,545.50 |
| 92772-00043 | 09/13/16 | 2016091773 | 111,097.00 | 0.00 | 111,097.00 |

**PREVIOUS BALANCE DUE**                                           $  126,049.90

**TOTAL OUTSTANDING BALANCE DUE**                                  $  166,843.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 12, 2016**

**Invoice No. 2016103884**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   40,793.50 | $      0.00 | $   40,793.50 |
|  | **Totals** | $   40,793.50 | $   0.00 | $   40,793.50 |
|  | **Current Balance Due** |  |  | $   40,793.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 12, 2016**                                    **Invoice No. 2016103884**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | | Costs | Balance Due |
|---|---|---|---|---|---|---|
| 92772-00043 | 02/04/16 | 2016043418 | $ 1,829.50 | $ | 0.00 | $ 1,829.50 |
| 92772-00043 | 04/18/16 | 2016043060 | 560.00 | | 0.00 | 560.00 |
| 92772-00043 | 05/06/16 | 2016051486 | 1,614.20 | | 0.00 | 1,614.20 |
| 92772-00043 | 06/13/16 | 2016062422 | 577.80 | | 0.00 | 577.80 |
| 92772-00043 | 07/21/16 | 2016072451 | 6,825.90 | | 0.00 | 6,825.90 |
| 92772-00043 | 08/12/16 | 2016080820 | 3,545.50 | | 0.00 | 3,545.50 |
| 92772-00043 | 09/13/16 | 2016091773 | 111,097.00 | | 0.00 | 111,097.00 |

**PREVIOUS BALANCE DUE**                         $  126,049.90

**TOTAL OUTSTANDING BALANCE DUE**                $  166,843.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

---

For Services Rendered Through October 2, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 44.40 | $ 875.00 | $ 38,850.00 |
| GILLIAN MCPHEE | 2.30 | 845.00 | 1,943.50 |
| **Total Services** | | | $ 40,793.50 |

| | | | |
|---|---|---|---|
| **Total Services, Costs/Charges** | | | 40,793.50 |
| **BALANCE DUE** | | | $  40,793.50 |

TCEH CORPORATE MATTERS
92772-00043

---

Detail Services:

| Date | Hours | Timekeeper | Rate | Amount | Description |
|------|-------|-----------|------|--------|-------------|
| 09/01/16 | 2.20 | LITTLE, ROBERT B | $875.00 | $1,925.00 | TELEPHONE CALL WITH A. FABENS REGARDING PREFERRED STOCK ISSUES (0.2); TELEPHONE CALL WITH PAUL WEISS REGARDING SAME (0.3); PREPARE FOR CALL WITH MILBANK REGARDING SAME (0.4); TELEPHONE CALL WITH MILBANK REGARDING SAME (0.9); E-MAILS REGARDING ISSUES RAISED IN SAME (0.4). |
| 09/02/16 | 1.40 | LITTLE, ROBERT B | $875.00 | $1,225.00 | TELEPHONE CALL WITH WORKING GROUP REGARDING PREFERRED STOCK DOCUMENTS (0.7); REVIEW AND REVISE SAME (0.7). |
| 09/03/16 | 1.20 | LITTLE, ROBERT B | $875.00 | $1,050.00 | REVIEW AND REVISE PREFERRED STOCK DOCUMENTS. |
| 09/04/16 | 1.00 | LITTLE, ROBERT B | $875.00 | $875.00 | ANALYZE SUCCESSOR ISSUER ISSUES (0.3); PREPARE OUTLINE REGARDING SAME (0.7). |
| 09/05/16 | 0.20 | LITTLE, ROBERT B | $875.00 | $175.00 | E-MAILS REGARDING OTCQX ADVISOR ROLE AND PROCESS. |
| 09/06/16 | 1.00 | LITTLE, ROBERT B | $875.00 | $875.00 | REVIEW AND REVISE PREFERRED STOCK DOCUMENTS (0.4); REVIEW AND REVISE COMMITTEE CHARTERS (0.6). |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 09/08/16 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | CONFER WITH C. GOOCH REGARDING GOVERNANCE MATTERS (0.4); PREPARE E-MAIL SUMMARIZING APPLICABLE GOVERNANCE REQUIREMENTS (0.3); E-MAILS REGARDING SAME (0.1). |
| 0.30 | MCPHEE, GILLIAN | $845.00 | $253.50 | RESPOND TO N. VASAVADA EMAIL ABOUT CEO/CFO CODE OF CONDUCT. |
| 09/09/16 0.60 | LITTLE, ROBERT B | $875.00 | $525.00 | REVIEW AND REVISE BOARD CONSENT. |
| 09/12/16 0.80 | LITTLE, ROBERT B | $875.00 | $700.00 | ATTENTION TO EMERGENCE DOCUMENTS AND OTCQX ISSUES. |
| 09/14/16 1.60 | LITTLE, ROBERT B | $875.00 | $1,400.00 | PREPARE MATERIALS FOR MEETING WITH S. MOORE AND C. GOOCH. |
| 09/15/16 3.90 | LITTLE, ROBERT B | $875.00 | $3,412.50 | PREPARE FOR MEETING WITH S. MOORE AND C. GOOCH (1.1); ATTEND MEETING WITH S. MOORE AND C. GOOCH (1.4); WORK ON CORPORATE GOVERNANCE MATTERS FOR UPCOMING BOARD MEETING (0.4); PARTICIPATE IN WEEKLY UPDATE CALL (0.6); REVIEW AND REVISE E-MAIL TO 1L CREDITORS REGARDING SECURITIES TRADING (0.4). |
| 09/16/16 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | TELEPHONE CALL WITH C. GOOCH REGARDING ACTION ITEMS FOR BOARD MEETING (0.3); TELEPHONE CALL REGARDING PREFERRED STOCK OFFERING (0.1); |

09/19/16

| | | | | |
|---|---|---|---|---|
| 3.10 | LITTLE, ROBERT B | $875.00 | $2,712.50 | REVIEW AND REVISE SLIDE DECK FOR BOARD (0.4); CONFER WITH C. GOOCH, J. WALKER AND A. BURTON REGARDING SAME (0.5); REVIEW AND REVISE COMMITMENTS POLICY (2.1); E-MAILS REGARDING SAME (0.1). |
| 0.20 | MCPHEE, GILLIAN | $845.00 | $169.00 | CALL AND EMAIL WITH N. VASAVADA ABOUT WHISTLEBLOWER AND DOCUMENT RETENTION POLICIES. |

09/20/16

| | | | | |
|---|---|---|---|---|
| 5.10 | LITTLE, ROBERT B | $875.00 | $4,462.50 | TELEPHONE CALL REGARDING DISBURSEMENT MECHANICS (0.8); CHECKLIST CALL REGARDING EMERGENCE (1.4); REVISE SLIDE DECK FOR BOARD CALL (0.6); ATTENTION TO PREFERRED STOCK TRANSACTION DOCUMENTS (0.6); ATTENTION TO EMERGENCE MECHANICS ISSUES (1.7). |

09/21/16

| | | | | |
|---|---|---|---|---|
| 2.80 | LITTLE, ROBERT B | $875.00 | $2,450.00 | ATTENTION TO TRA RIGHTS SECURITIES ISSUES (0.6); CONFER WITH J. JOHNSON REGARDING LUMINANT CARVE-OUT (0.1); REVIEW AND REVISE BOARD DECK AND UNANIMOUS WRITTEN CONSENTS (1.7); ATTENTION TO INDEMNIFICATION AGREEMENT ISSUE (0.3); CONFER WITH A. WRIGHT REGARDING APPROVALS (0.1). |
| 0.30 | MCPHEE, GILLIAN | $845.00 | $253.50 | RESPOND TO J. WHALEN EMAIL ABOUT MARKET PRACTICE INVOLVING INDEMNIFICATION AGREEMENTS. |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 09/22/16<br>1.00 | LITTLE, ROBERT B | $875.00 | $875.00 | ATTENTION TO ISSUES IN PREFERRED STOCK DOCUMENTS (0.4); CONFER WITH C. CALLOWAY REGARDING SAME (0.3); REVIEW LUMINANT CARVE-OUT DOCUMENTS (0.3). |
| 09/23/16<br>0.50 | LITTLE, ROBERT B | $875.00 | $437.50 | TELEPHONE CALL WITH WORKING GROUP REGARDING HSR (0.1); TELEPHONE CALLS WITH C. GOOCH REGARDING GOVERNANCE MATTERS (0.4). |
| 09/24/16<br>0.70 | LITTLE, ROBERT B | $875.00 | $612.50 | E-MAILS REGARDING EMERGENCE MATTERS. |
| 09/26/16<br>2.40 | LITTLE, ROBERT B | $875.00 | $2,100.00 | TELEPHONE CALL WITH C. GOOCH REGARDING GOVERNANCE MATTERS (0.2); SUMMARIZE INDEMNIFICATION PROVISIONS IN ORGANIZATIONAL DOCUMENTS AND DIRECTOR INDEMNIFICATION AGREEMENT (0.6); REVIEW ALTERNATIVE S-1 TIMELINE (0.2); REVIEW AND REVISE DOCUMENTS FOR LUMINANT CARVE-OUT (0.4); REVIEW PREFERRED STOCK DOCUMENTS (0.4); REVIEW EXIT CREDIT FACILITY LEGAL OPINION (0.4); CONFER WITH G. SANTOS REGARDING EMERGENCE ISSUES (0.2). |
| 09/27/16<br>1.30 | LITTLE, ROBERT B | $875.00 | $1,137.50 | REVIEW AND REVISE INDEMNIFICATION AGREEMENT FOR OFFICERS (0.6); REVIEW AND REVISE LEGAL OPINION FOR PREFERRED STOCK SALE TRANSACTION (0.4); E-MAIL REGARDING TRADING RESTRICTIONS FOR AFFILIATES (0.1); E-MAILS REGARDING OTCQX ISSUES (0.2). |

| | | | | |
|---|---|---|---|---|
| 1.50 | MCPHEE, GILLIAN | $845.00 | $1,267.50 | REVIEW INDEMNIFICATION AGREEMENT (.4); PREPARE REVISIONS TO CONVERT TO AGREEMENT FOR OFFICERS AS WELL AS DIRECTORS (.9); EMAIL SAME TO R. LITTLE (.2). |
| 09/28/16 2.30 | LITTLE, ROBERT B | $875.00 | $2,012.50 | REVIEW AND REVISE FORM 8-K (0.5); PREPARE SUMMARY OF REGISTRATION RIGHTS AGREEMENT AND STOCKHOLDERS' AGREEMENTS FOR DIRECTOR (0.5); REVIEW EMERGENCE AGENDA AND COMMENTS TO SAME FROM PAUL WEISS (0.2); REVIEW AND REVISE OPINION FOR TRANSFER AGENT (0.4); E-MAILS AND PHONE CALLS REGARDING EMERGENCE MATTERS (0.7). |
| 09/29/16 4.90 | LITTLE, ROBERT B | $875.00 | $4,287.50 | REVIEW AND REVISE UNANIMOUS WRITTEN CONSENTS (0.9); CONFER WITH C. GOOCH AND A. BURTON REGARDING SAME (0.3); CONFER WITH DIRECTOR REGARDING AGREEMENTS FOR WHICH APPROVAL IS SOUGHT IN UWC (0.3); PARTICIPATE IN WORKING GROUP CALL REGARDING EMERGENCE MATTERS (1.5); REVISE FORM OF OFFICER INDEMNIFICATION AGREEMENT (0.3); ATTENTION TO EMERGENCE MATTERS (1.6). |
| 09/30/16 4.50 | LITTLE, ROBERT B | $875.00 | $3,937.50 | ATTENTION TO BOARD CONSENT ISSUES (0.4); PARTICIPATE IN WORKING GROUP CALLS (2.2); REVIEW AND REVISE PRESS RELEASE (0.3); ATTENTION TO EMERGENCE ISSUES (1.6). |
| 10/01/16 0.40 | LITTLE, ROBERT B | $875.00 | $350.00 | E-MAILS REGARDING EMERGENCE MATTERS. |

| 10/02/16 | | | | |
| 0.30 | LITTLE, ROBERT B | $875.00 | $262.50 | PARTICIPATE IN WORKING GROUP CALL FOR EMERGENCE. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 6, 2016**

**Invoice No. 2016102911**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    675.00 | $    0.00 | $    675.00 |
|  | **Totals** | $    675.00 | $    0.00 | $    675.00 |
|  | **Current Balance Due** |  |  | $    675.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 02/04/16 | 2016022067 | $    94.50 | $    0.00 | $    94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 67.50 | 0.00 | 67.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 230.20 | 0.00 | 230.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 6, 2016**                                      **Invoice No. 2016102911**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 05/06/16 | 2016051487 | 121.50 | 0.00 | 121.50 |
| 92772-00046 | 06/13/16 | 2016062423 | 283.50 | 0.00 | 283.50 |
| 92772-00046 | 07/21/16 | 2016073146 | 81.00 | 0.00 | 81.00 |
| 92772-00046 | 08/12/16 | 2016080821 | 405.00 | 0.00 | 405.00 |
| 92772-00046 | 09/13/16 | 2016091867 | 337.50 | 0.00 | 337.50 |

**PREVIOUS BALANCE DUE**                                   $   1,620.70

**TOTAL OUTSTANDING BALANCE DUE**                          $   2,295.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 6, 2016**

**Invoice No. 2016102911**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    675.00 | $    0.00 | $    675.00 |
| | **Totals** | $    675.00 | $    0.00 | $    675.00 |
| | **Current Balance Due** | | | $    675.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 6, 2016**                                      **Invoice No. 2016102911**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00046 | 02/04/16 | 2016022067 | $    94.50 | $    0.00 | $    94.50 |
| 92772-00046 | 03/04/16 | 2016032039 | 67.50 | 0.00 | 67.50 |
| 92772-00046 | 04/18/16 | 2016043061 | 230.20 | 0.00 | 230.20 |
| 92772-00046 | 05/06/16 | 2016051487 | 121.50 | 0.00 | 121.50 |
| 92772-00046 | 06/13/16 | 2016062423 | 283.50 | 0.00 | 283.50 |
| 92772-00046 | 07/21/16 | 2016073146 | 81.00 | 0.00 | 81.00 |
| 92772-00046 | 08/12/16 | 2016080821 | 405.00 | 0.00 | 405.00 |
| 92772-00046 | 09/13/16 | 2016091867 | 337.50 | 0.00 | 337.50 |

**PREVIOUS BALANCE DUE**                     $    1,620.70

**TOTAL OUTSTANDING BALANCE DUE**            $    2,295.70

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


BUDGETING-RELATED WORK
92772-00046

---

For Services Rendered Through September 30, 2016

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MATTHEW G. BOUSLOG | 1.00 | $ 675.00 | $ | 675.00 |
| **Total Services** | | | $ | 675.00 |
| | | | | |
| **Total Services, Costs/Charges** | | | | 675.00 |
| **BALANCE DUE** | | | $ | 675.00 |

**Due and Payable Upon Receipt**

BUDGETING-RELATED WORK
92772-00046

---

Detail Services:

| 09/12/16 0.60 | BOUSLOG, MATTHEW G | $675.00 | $405.00 | WORK ON BUDGET (.3); EMAILS WITH R. LITTLE, M. RAIFF AND J. HO RE SAME (.2); CALL WITH R. LITTLE RE SAME (.1). |
| 09/14/16 0.10 | BOUSLOG, MATTHEW G | $675.00 | $67.50 | EMAILS WITH G. MOOR AND B. DAWSON RE BUDGET. |
| 09/16/16 0.30 | BOUSLOG, MATTHEW G | $675.00 | $202.50 | WORK ON BUDGET (.2); EMAILS WITH D. KELLY AND A. WRIGHT RE SAME (.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 12, 2016**

**Invoice No. 2016103886**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  559,043.00 | $      0.00 | $  559,043.00 |
| | **Totals** | $  559,043.00 | $      0.00 | $  559,043.00 |
| | **Current Balance Due** | | | $  559,043.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 02/04/16 | 2016043423 | $  6,875.80 | $      0.00 | $  6,875.80 |
| 92772-00048 | 03/04/16 | 2016043438 | 8,237.10 | 0.00 | 8,237.10 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 04/18/16 | 2016043063 | 17,596.30 | 0.00 | 17,596.30 |
| 92772-00048 | 05/06/16 | 2016051488 | 8,680.00 | 0.00 | 8,680.00 |
| 92772-00048 | 06/13/16 | 2016062424 | 2,533.30 | 0.00 | 2,533.30 |
| 92772-00048 | 07/21/16 | 2016073147 | 11,552.10 | 0.00 | 11,552.10 |
| 92772-00048 | 08/12/16 | 2016080823 | 64,575.50 | 0.00 | 64,575.50 |

**PREVIOUS BALANCE DUE** $  120,050.10

**TOTAL OUTSTANDING BALANCE DUE** $  679,093.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 12, 2016**

**Invoice No. 2016103886**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $  559,043.00 | $      0.00 | $  559,043.00 |
|  | **Totals** | $  559,043.00 | $      0.00 | $  559,043.00 |
|  | **Current Balance Due** |  |  | $  559,043.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>**:

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00048 | 02/04/16 | 2016043423 | $ 6,875.80 | $ 0.00 | $ 6,875.80 |
| 92772-00048 | 03/04/16 | 2016043438 | 8,237.10 | 0.00 | 8,237.10 |
| 92772-00048 | 04/18/16 | 2016043063 | 17,596.30 | 0.00 | 17,596.30 |
| 92772-00048 | 05/06/16 | 2016051488 | 8,680.00 | 0.00 | 8,680.00 |
| 92772-00048 | 06/13/16 | 2016062424 | 2,533.30 | 0.00 | 2,533.30 |
| 92772-00048 | 07/21/16 | 2016073147 | 11,552.10 | 0.00 | 11,552.10 |
| 92772-00048 | 08/12/16 | 2016080823 | 64,575.50 | 0.00 | 64,575.50 |

**PREVIOUS BALANCE DUE** $ 120,050.10

**TOTAL OUTSTANDING BALANCE DUE** $ 679,093.10

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

For Services Rendered Through October 2, 2016

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| ROBERT B. LITTLE | 13.50 | 875.00 | 11,812.50 |
| JONATHAN M. WHALEN | 215.00 | 675.00 | 145,125.00 |
| CAITLIN A. CALLOWAY | 49.90 | 560.00 | 27,944.00 |
| TIMOTHY P. FISHER | 226.30 | 535.00 | 121,070.50 |
| LOUIS J. MATTHEWS | 186.60 | 600.00 | 111,960.00 |
| NEEDHI N. VASAVADA | 262.40 | 480.00 | 125,952.00 |
| KYLE N. GUEST | 25.90 | 480.00 | 12,432.00 |
| PAIGE M. LAGER | 6.70 | 410.00 | 2,747.00 |

**Total Services**                                     $  559,043.00

**Total Services, Costs/Charges**                         559,043.00

**BALANCE DUE**                                        $  559,043.00

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

_____

Detail Services:

09/01/16

| 1.10 | LITTLE, ROBERT B | $875.00 | $962.50 | TELEPHONE CALL WITH OTCQX REGARDING FINANCIAL STATEMENT REQUIREMENTS FOR LISTING (0.3); E-MAILS TO WORKING GROUP REGARDING SAME (0.2); EXAMINE SUCCESSOR ISSUER ISSUES (0.6). |
| 2.60 | WHALEN, JONATHAN M | $675.00 | $1,755.00 | DISCUSSIONS AND EMAILS RE COMMON EQUITY DISTRIBUTION MECHANICS (.8); PARTICIPATE IN PHONE CALLS RE PREFERRED STOCK SALE (1.1); REVIEW CAP GEMINI PURCHASE DOCUMENTS (.7). |
| 3.60 | CALLOWAY, CAITLIN A | $560.00 | $2,016.00 | PREPARE PREFERRED STOCK DOCUMENTS (2.2); CALLS REGARDING SAME (1.4). |
| 7.20 | FISHER, TIMOTHY P | $535.00 | $3,852.00 | COORDINATE EDITING AND FILING OF COMANCHE PEAK NAME CHANGE WITH CT CORP. (.4); REVIEW AND REVISE EMERGENCE CHECKLIST, NEER GUARANTY ASSIGNMENT AND ASSUMPTION AND CAP GEMINI TRANSFER DOCUMENTS (6.8). |
| 1.80 | MATTHEWS, LOUIS J | $600.00 | $1,080.00 | RESPOND TO QUESTIONS RE RULE 15D-5 AND SOX RULE 404. |

| | | | | |
|---|---|---|---|---|
| 7.40 | VASAVADA, NEEDHI N | $480.00 | $3,552.00 | REVIEW WHISTLEBLOWER POLICY AND RELATED PARTY TRANSACTION POLICY GDC FORMS AND COMPARE AGAINST CURRENT EFH PROCEDURES AND POLICIES (2.6); REVIEW BEST PRACTICES FOR WHISTLEBLOWER POLICIES AND RELATED POLICIES AND PROCEDURES (1.5); REVIEW CHARTERS AND COMPARE AGAINST GOVERNANCE GUIDELINES (1.0); REVIEW AND FINALIZE CHARTERS (0.5); FINALIZE DOCUMENTS AND SEND TO R. LITTLE (1.8). |

09/02/16

| | | | | |
|---|---|---|---|---|
| 1.50 | WHALEN, JONATHAN M | $675.00 | $1,012.50 | REVIEW AND REVISE EMERGENCE CHECKLIST (.8); DISCUSSION RE COMMENTS TO PREFERRED STOCK DOCUMENTS (.7). |
| 3.20 | CALLOWAY, CAITLIN A | $560.00 | $1,792.00 | DISCUSSIONS REGARDING PREFERRED STOCK DOCUMENTS (.8); REVISE DOCUMENTS (2.4). |
| 2.90 | FISHER, TIMOTHY P | $535.00 | $1,551.50 | CONFERENCE WITH WORKING GROUPS REGARDING VARIOUS CHECKLIST MATTERS (.9); REVISE CAP GEMINI-ONCOR DISTRIBUTION AND PURCHASE AGREEMENTS (1.9); CONFERENCE WITH A. BURTON REGARDING PERSONAL INFORMATION FORM (.1). |

09/03/16

| | | | | |
|---|---|---|---|---|
| 1.60 | CALLOWAY, CAITLIN A | $560.00 | $896.00 | REVISE PREFERRED STOCK DOCUMENTS AND PREPARE LEGAL OPINION. |

09/05/16

| | | | | |
|---|---|---|---|---|
| 0.30 | WHALEN, JONATHAN M | $675.00 | $202.50 | EMAILS RE PREFERRED STOCK ENGAGEMENT LETTER. |
| 0.70 | FISHER, TIMOTHY P | $535.00 | $374.50 | REVIEW OTCQX REQUIREMENTS REGARDING ADVISORS (.5); CONFERENCE WITH WORKING GROUP REGARDING SAME (.2). |

09/06/16

| | | | | |
|---|---|---|---|---|
| 5.00 | LITTLE, ROBERT B | $875.00 | $4,375.00 | TELEPHONE CALLS REGARDING OVER-THE-COUNTER MARKET LISTING WITH INVESTMENT BANKS (2.2); PREPARE SLIDES REGARDING SAME (2.8). |
| 6.10 | WHALEN, JONATHAN M | $675.00 | $4,117.50 | PARTICIPATE IN PHONE CALLS RE OTC LISTING (1.6); DISCUSSIONS WITH OTC REGARDING LISTING MATTERS (.4); CONFER WITH L. MATTHEWS AND T. FISHER REGARDING SAME (.5); WORK ON OTC LISTING DOCUMENTS (1.0); CALLS REGARDING EQUITY DISTRIBUTION MECHANICS (.6); WORK ON EMERGENCE DOCUMENTATION (1.2); ANALYSIS RE S-3 ELIGIBILITY (.8). |
| 2.70 | CALLOWAY, CAITLIN A | $560.00 | $1,512.00 | REVISE PREFCO DOCUMENTS (2.4); CALLS REGARDING SAME (.3). |
| 8.10 | FISHER, TIMOTHY P | $535.00 | $4,333.50 | REVISE EMERGENCE CHECKLIST (4.8); REVIEW COMMENTS TO SAME (.2); CONFER WITH J. WHALEN AND L. MATTHEWS REGARDING SAME (.5); PREPARE REORGANIZED TCEH BOARD CONSENT (2.0); REVIEW OTCQX PRESENTATION (.6). |
| 1.80 | MATTHEWS, LOUIS J | $600.00 | $1,080.00 | COMMUNICATE WITH J. WHALEN AND T. FISHER RE LISTING REQUIREMENTS (.5); SEND ALL RELEVANT LISTING DOCUMENTS TO EFH (.3); REVIEW BOARD PRESENTATION CIRCULATED BY R. LITTLE AND PROVIDE COMMENTS (1.0). |

| | | | | |
|---|---|---|---|---|
| 2.70 | VASAVADA, NEEDHI N | $480.00 | $1,296.00 | ATTEND CLOSING CHECKLIST CALL (1.3); EMAIL CORRESPONDENCE REGARDING ORGANIZATIONAL DOCUMENT SUMMARY (0.1); DRAFT ORGANIZATIONAL DOCUMENT SUMMARY AND SEND TO R. LITTLE (1.3). |

09/07/16

| | | | | |
|---|---|---|---|---|
| 5.40 | LITTLE, ROBERT B | $875.00 | $4,725.00 | PREPARE FOR MEETING AT CLIENT REGARDING OTCQX (2.1); REVISE SLIDES FOR SAME (0.3); ATTEND MEETING AT CLIENT REGARDING OTCQX (1.1); TELEPHONE CALL WITH CLIENT REGARDING SAME (0.6); REVIEW AND REVISE SLIDES REGARDING SOX COMPLIANCE (0.4); REVIEW AND REVISE COMMITTEE CHARTERS (0.9). |
| 6.50 | WHALEN, JONATHAN M | $675.00 | $4,387.50 | ATTEND MEETING WITH COMPANY REGARDING EMERGENCE MATTERS (1.7); PARTICIPATE IN PHONE CALLS REGARDING OTC LISTING MATTERS (2.2); EMAILS REGARDING OTC LISTING (.8); REVIEW AND REVISE INTERNAL CONTROLS SLIDE DECK (.7); WORK ON BOARD RESOLUTIONS (1.1). |
| 7.90 | FISHER, TIMOTHY P | $535.00 | $4,226.50 | CONFERENCE WITH WORKING GROUP REGARDING OTCQX APPLICATION AND DISCLOSURE MATTERS (.8); CONFERENCE WITH T. MATTHEWS REGARDING NRC-RELATED MATTERS (.2); REVISE CHECKLIST AND CONSENT IN ACCORDANCE WITH SAME (.6); PREPARE TCEH CORP. BOARD CONSENT (3.8); REVISE EMERGENCE CHECKLIST (2.2); CONFERENCE WITH N. VASAVADA REGARDING INTERNAL MERGERS (.3). |

| | | | | |
|---|---|---|---|---|
| 6.80 | MATTHEWS, LOUIS J | $600.00 | $4,080.00 | REVIEW OTCQX U.S. VS OTCQX U.S. PREMIER LISTING REQUIREMENTS (5.1); CONFER WITH A. BURTON (EFH) RE PIFS AND LISTING REQUIREMENTS (.3); CONFERENCE CALL RE LISTING REQUIREMENTS (.3); DRAFT INITIAL DISCLOSURE (1.1). |
| 6.10 | VASAVADA, NEEDHI N | $480.00 | $2,928.00 | PHONE CORRESPONDENCE REGARDING FRANCHISE TAXES (0.5); REVIEW MERGERS IN STEP CART AND DRAFT CERTIFICATES OF MERGER, MERGER AGREEMENTS AND OTHER REQUIRED DOCUMENTATION (5.6). |

09/08/16

| | | | | |
|---|---|---|---|---|
| 1.70 | LITTLE, ROBERT B | $875.00 | $1,487.50 | WORK ON OTCQX LISTING MATTERS (1.1); REVIEW AND REVISE CORPORATE POLICIES (0.6). |
| 9.40 | WHALEN, JONATHAN M | $675.00 | $6,345.00 | DISCUSSIONS WITH OTC REGARDING LISTING MATTERS (.4); WORK ON OTC LISTING DOCUMENTS (2.4); PARTICIPATE IN CALL TO DISCUSS EQUITY DISTRIBUTION MECHANICS (.8); PARTICIPATE IN PHONE CALL TO DISCUSS PREFERRED STOCK OFFERING (.6); WORK ON BOARD RESOLUTIONS (3.9); CALL WITH MARKET MAKERS REGARDING OTC LISTING (.7); DRAFT EMAILS REGARDING EMERGENCE MATTERS (.6). |
| 0.80 | CALLOWAY, CAITLIN A | $560.00 | $448.00 | PREPARE CONTRIBUTION AGREEMENT AND DISCLOSURE SCHEDULES. |

| | | | | |
|---|---|---|---|---|
| 7.20 | FISHER, TIMOTHY P | $535.00 | $3,852.00 | REVIEW CUSIP APPLICATION (.2); COORDINATE TCEH CORP. NAME RESERVATIONS WITH CT CORP. (.2); REVIEW EMERGENCE AGREEMENTS AND REVISE TCEH CORP. BOARD CONSENT (3.0); REVISE EMERGENCE CHECKLIST (2.7); CONFERENCE WITH T. MATTHEWS REGARDING NRC-RELATED MATTERS (.3); REVIEW COMMON BANKRUPTCY DISCLOSURE FOR OTCQX PERSONAL INFORMATION FORM (.3); CONFERENCE WITH WORKING GROUP REGARDING OTCQX MATTERS (.5). |
| 9.80 | MATTHEWS, LOUIS J | $600.00 | $5,880.00 | COMPLETE AND CIRCULATE OTC LISTING APPLICATION (5.1); OBTAIN CUSIP (.3); COMMUNICATE WITH OTCQX REGARDING QUESTIONS ABOUT THE LISTING APPLICATION (.7); PREPARE BANKRUPTCY DISCLOSURE FORM FOR PERSONAL INFORMATION FORM (3.7). |
| 6.00 | VASAVADA, NEEDHI N | $480.00 | $2,880.00 | REVIEW MERGERS IN STEP CART AND DRAFT CERTIFICATES OF MERGER, MERGER AGREEMENTS AND OTHER REQUIRED DOCUMENTATION (3.7); REVIEW AND REVISE ORGANIZATIONAL DOCUMENTS BASED ON COMMENTS FROM R. LITTLE (1.0); FINALIZE DOCUMENTS AND SEND TO WORKING GROUP (1.3). |

09/09/16

| | | | | |
|---|---|---|---|---|
| 8.40 | WHALEN, JONATHAN M | $675.00 | $5,670.00 | DRAFT EMAILS REGARDING OTC APPLICATION PROCESS (.8); REVIEW AND REVISE CLOSING CHECKLIST (.9); PREPARE FOR CLOSING CHECKLIST CALL (.6); PARTICIPATE IN CLOSING CHECKLIST CALL (1.7); DISCUSSIONS WITH OTC REGARDING LISTING MATTERS (.4); REVIEW AND REVISE FORM 211 (1.3); PREPARE SUMMARY OF DISCUSSIONS WITH OTC (.7); EMAILS AND PHONE CALLS REGARDING EMERGENCE DOCUMENTS (.6); REVISE BOARD RESOLUTIONS (1.4). |
| 0.60 | CALLOWAY, CAITLIN A | $560.00 | $336.00 | PREPARE CONTRIBUTION AGREEMENT. |
| 5.80 | FISHER, TIMOTHY P | $535.00 | $3,103.00 | CONFERENCE WITH WORKING GROUP REGARDING OTCQX APPLICATION AND RELATED MATTERS (.3); ATTEND EMERGENCE CHECKLIST CONFERENCE CALL (.5); REVISE EMERGENCE CHECKLIST (1.4); REVISE TCEH CORP. BOARD CONSENT (1.5); CONFERENCE WITH N. VASAVADA REGARDING CONSENTS FOR INTERNAL MERGERS (.3); PREPARE TEX ENERGY LLC BOARD OF MANAGERS CONSENT (1.8). |
| 11.60 | MATTHEWS, LOUIS J | $600.00 | $6,960.00 | REVISE AND CIRCULATE APPLICABLE LISTING DOCUMENTS (3.2); SUMMARIZE REMAINING ITEMS FOR LISTING (2.1); DRAFT SUMMARY OF MORNING CALL WITH OTCQX (.9); DRAFT INITIAL DISCLOSURE (2.7); DRAFT BANKRUPTCY AND REGULATORY DISCLOSURE FORMS FOR PERSONAL INFORMATION FORMS (2.7). |

| | | | | |
|---|---|---|---|---|
| 3.10 | VASAVADA, NEEDHI N | $480.00 | $1,488.00 | ATTEND CLOSING CHECKLIST CALL WITH WORKING GROUP (1.1); REVIEW PROJECT LESS MERGER DOCUMENTS (2.0). |

**09/10/16**

| | | | | |
|---|---|---|---|---|
| 0.60 | WHALEN, JONATHAN M | $675.00 | $405.00 | REVIEW BOARD RESOLUTIONS. |
| 6.50 | MATTHEWS, LOUIS J | $600.00 | $3,900.00 | DRAFT INITIAL DISCLOSURE FOR OTX LISTING. |

**09/11/16**

| | | | | |
|---|---|---|---|---|
| 2.60 | WHALEN, JONATHAN M | $675.00 | $1,755.00 | REVISE BOARD RESOLUTIONS. |
| 0.80 | FISHER, TIMOTHY P | $535.00 | $428.00 | REVISE TEX ENERGY BOARD OF MANAGERS CONSENT. |
| 9.40 | MATTHEWS, LOUIS J | $600.00 | $5,640.00 | DRAFT INITIAL DISCLOSURE FOR OTX LISTING. |
| 3.40 | VASAVADA, NEEDHI N | $480.00 | $1,632.00 | REVIEW AND REVISE PROJECT LESS MERGER DOCUMENTS BASED ON NEW CHANGES TO STEPS PLAN. |

**09/12/16**

| | | | | |
|---|---|---|---|---|
| 8.70 | WHALEN, JONATHAN M | $675.00 | $5,872.50 | DISCUSSIONS AND EMAILS RE CITI FORM 211 PROCESS (1.2); REVISE BOARD RESOLUTIONS (1.7); EMAILS AND PHONE CALLS RE OTC LISTING PROCESS (1.6); DISCUSSIONS AND EMAILS RE EMERGENCE DOCUMENTS (1.3); EMAILS RE TCEH ORGANIZATIONAL DOCUMENTS (1.1); REVIEW OTC INITIAL DISCLOSURE (1.8). |
| 8.50 | FISHER, TIMOTHY P | $535.00 | $4,547.50 | REVISE EMERGENCE CHECKLIST (2.2); PREPARE EFH CORP. AND OPCO BOARD OF DIRECTORS CONSENTS AND REVISE TCEH CORP. BOARD OF DIRECTORS CONSENT (5.9); CONFERENCE WITH MORGAN LEWIS REGARDING NRC MATTERS (.4). |

| 8.20 | MATTHEWS, LOUIS J | $600.00 | $4,920.00 | COMPLETE VARIOUS OTCQX LISTING REQUIREMENTS (3.1); CALL WITH OTC REGARDING PRO FORMA FINANCIAL STATEMENT REQUIREMENTS (.5); RESPOND TO VARIOUS EMAILS FROM EFH (.7); PARTICIPATE IN TCEH WEEKLY CALL (.7); COMPLETE EXHIBITS FOR PERSONAL INFORMATION FORMS (3.2). |
|---|---|---|---|---|
| 10.90 | VASAVADA, NEEDHI N | $480.00 | $5,232.00 | REVIEW AND REVISE MERGER DOCUMENTS FROM PROJECT LESS (5.1); DRAFT CONSENTS APPROVING ALL MERGERS FROM STEPS 1-24 OF STEPS CHECKLIST (3.7); FINALIZE DOCUMENTS AND SEND TO T. FISHER FOR REVIEW (2.1). |

09/13/16

| 6.90 | WHALEN, JONATHAN M | $675.00 | $4,657.50 | REVISE SUBSIDIARY BOARD RESOLUTIONS (1.7); ANALYSIS RE TRANSFER RESTRICTIONS ON COMMON STOCK (1.4); EMAILS RE OTC LISTING (1.1); REVISE INITIAL OTC DISCLOSURE PACKAGE (2.7). |
|---|---|---|---|---|
| 11.10 | FISHER, TIMOTHY P | $535.00 | $5,938.50 | REVIEW AND REVISE MERGER AGREEMENTS, MERGER CERTIFICATES, AND OMNIBUS CONSENTS (5.5); REVISE EMERGENCE CONSENTS (2.0); REVISE EMERGENCE CHECKLIST (1.5); REVISE COMANCHE PEAK TRANSFER DOCUMENTS AND ATTEND TO OTHER EMERGENCE-RELATED MATTERS (2.1). |
| 8.60 | MATTHEWS, LOUIS J | $600.00 | $5,160.00 | COMPLETE VARIOUS OTCQX LISTING REQUIREMENTS (.8); CALL WITH OTC (.2); RESPOND TO VARIOUS EMAILS FROM EFH AND PAUL WEISS (.5); COMPLETE EXHIBITS FOR PERSONAL INFORMATION FORMS (2.2); CONFIRM LISTING REQUIREMENTS FOR OTC PINK MARKETS (.4); REVISE INITIAL DISCLOSURE (4.5). |

| | | | | |
|---|---|---|---|---|
| 7.70 | VASAVADA, NEEDHI N | $480.00 | $3,696.00 | ATTEND TO PROJECT LESS DOCUMENTATION OF MERGERS BY DRAFTING CERTIFICATES OF MERGERS, MERGER AGREEMENTS, AND VARIOUS CONSENTS APPROVING TRANSACTIONS. |

09/14/16

| | | | | |
|---|---|---|---|---|
| 8.20 | WHALEN, JONATHAN M | $675.00 | $5,535.00 | REVIEW AND REVISE PROJECT LESS DOCUMENTS (3.2); ANALYSIS AND DISCUSSIONS RE EQUITY DISTRIBUTION PROCESS (2.5); REVISE ESCROW AGREEMENT FOR TRA RIGHTS (1.1); EMAILS AND DISCUSSIONS RE OTC LISTING MATTERS (1.4). |
| 1.00 | CALLOWAY, CAITLIN A | $560.00 | $560.00 | REVISE DISCLOSURE SCHEDULES TO PREFERRED STOCK PURCHASE AGREEMENT. |
| 10.40 | FISHER, TIMOTHY P | $535.00 | $5,564.00 | REVIEW REVISIONS TO CONSENTS (2.9); ATTEND CONFERENCE CALL REGARDING CLOSING MECHANICS (.4); PREPARE EMERGENCE 8-K (2.1); REVISE EMERGENCE CHECKLIST, TCEH CORP. EMERGENCE CONSENT AND COMANCHE PEAK ASSET TRANSFER AGREEMENT (5.0). |
| 6.60 | MATTHEWS, LOUIS J | $600.00 | $3,960.00 | UPDATE CLOSING CHECKLIST (2.9); REVISE INITIAL DISCLOSURE (3.7). |
| 14.40 | VASAVADA, NEEDHI N | $480.00 | $6,912.00 | REVIEW DRAFT OMNIBUS RESOLUTIONS AND SEND TO J. WHALEN FOR REVIEW (0.5); REVIEW AND FINALIZE PROJECT LESS MERGER DOCUMENTS (3.7); DRAFT MERGER AGREEMENTS FOR EMERGENCE MERGERS (1.1); DRAFT CONSENT FOR TCEH AUTHORIZING VARIOUS ACTIONS AT EMERGENCE (9.1). |

09/15/16

| | | | | |
|---|---|---|---|---|
| 10.70 | WHALEN, JONATHAN M | $675.00 | $7,222.50 | EMAILS AND DISCUSSIONS RE OTC APPLICATION (2.2); MEETING WITH C. GOOCH RE BOARD MATTERS (1.4); EMAILS REGARDING TCEH CORP. BOARD DECK (.8); EMAILS AND DISCUSSION RE EQUITY DISTRIBUTION PROCESS (2.1); PREPARE SUMMARY OF TCEH BOARD APPROVALS (.7); DRAFT DOCUMENTATION WITH RESPECT TO EMERGENCE TRANSACTIONS (2.4); REVIEW CLOSING CHECKLIST (1.1). |
| 1.50 | CALLOWAY, CAITLIN A | $560.00 | $840.00 | PREPARE DOCUMENTS RELATING TO PREFERRED STOCK SALE (1.1); PARTICIPATE IN CALLS REGARDING SAME (.4). |
| 11.70 | FISHER, TIMOTHY P | $535.00 | $6,259.50 | REVISE EMERGENCE CHECKLIST (1.7); REVIEW AND REVISE PERFECTION CERTIFICATE PREPARED BY K&E (.3); PREPARE EMERGENCE 8-K (8.5); CONFERENCE WITH WORKING GROUPS REGARDING VARIOUS EMERGENCE MATTERS (1.2). |
| 9.40 | MATTHEWS, LOUIS J | $600.00 | $5,640.00 | REVISE INITIAL DISCLOSURE BASED ON COMMENTS FROM J. WHALEN (7.8); COMPLETE EXHIBITS TO PERSONAL INFORMATION FORMS (1.4); CORRESPOND WITH PAUL WEISS RE BENEFICIAL OWNERSHIP REQUIREMENTS (.2). |
| 11.30 | VASAVADA, NEEDHI N | $480.00 | $5,424.00 | REVIEW STEPS CHART AND DRAFT RESOLUTION COVERING VARIOUS STEPS PRE-EMERGENCE 4.1); DRAFT MERGER DOCUMENTS FOR PROJECT LESS AND REVIEW AND REVISE PREVIOUSLY DISTRIBUTED DOCUMENTS (7.2). |

**Due and Payable Upon Receipt**

09/16/16

| | | | | |
|---|---|---|---|---|
| 10.20 | WHALEN, JONATHAN M | $675.00 | $6,885.00 | PARTICIPATE IN PHONE CALLS REGARDING EMERGENCE MECHANICS (2.7); DRAFT EMAILS RELATING TO EQUITY DISTRIBUTION MECHANICS (1.2); PHONE CALLS REGARDING BOARD RESOLUTIONS (1.4); DRAFT EMAILS AND SUMMARY DOCUMENTS REGARDING BOARD MATTERS (2.2); PARTICIPATE IN TRANSACTION UPDATE CALL (1.8); DISCUSSIONS RE SPECIMEN STOCK CERTIFICATE (.5); EMAILS REGARDING CUSIP APPLICATION (.4). |
| 1.30 | CALLOWAY, CAITLIN A | $560.00 | $728.00 | REVISE AGREEMENTS RELATING TO PREFERRED STOCK SALE. |
| 8.90 | FISHER, TIMOTHY P | $535.00 | $4,761.50 | REVISE EMERGENCE CHECKLIST (1.5); CONFERENCE WITH K&E REGARDING TCEH PERFECTION CERTIFICATE SCHEDULES AND REVIEW SAME (.4); REVISE EMERGENCE 8-K AND RESEARCH PRECEDENT AND RULES REGARDING SAME (2.5); CONFERENCE WITH WORKING GROUP REGARDING STOCK SPECIMEN AND PREPARE SAME (.6); REVISE EMERGENCE-RELATED CONSENTS AND CONFERENCE WITH WORKING GROUP REGARDING SAME (2.7); CONFERENCE WITH J. JOHNSON AND WORKING GROUP REGARDING SEPARATION AGREEMENT AND RELATED AGREEMENTS (1.2). |
| 8.20 | MATTHEWS, LOUIS J | $600.00 | $4,920.00 | SUBMIT DRAFT LISTING DOCUMENTS TO OTC (2.0); REVISE INITIAL DISCLOSURE (6.2). |

| 13.10 | VASAVADA, NEEDHI N | $480.00 | $6,288.00 | DRAFT RESOLUTIONS FOR VARIOUS ENTITIES APPROVING PRE-EMERGENCE MATTERS AND REVIEW AND REVISE COMMENTS TO CONSENTS (3.1); ATTEND CLOSING CALL (1.0); PHONE CORRESPONDENCE WITH A. BURTON RE ORGANIZATIONAL DOCUMENTS (0.2); REVIEW AND REVISE ORGANIZATIONAL DOCUMENTS (0.8); PHONE AND EMAIL CORRESPONDENCE WITH STOCK SPECIMEN CERTIFICATE COMPANY (0.2); ATTEND TO MERGER DOCUMENTS AND DISSOLUTION DOCUMENTS FOR PROJECT LESS RE-STRUCTURING PRE-EMERGENCE (7.8). |

09/17/16

| 4.10 | WHALEN, JONATHAN M | $675.00 | $2,767.50 | DRAFT EMAILS REGARDING BENEFITS MATTERS (.7); EMAILS AND ANALYSIS REGARDING CORPORATE GOVERNANCE POLICIES (1.7); WORK ON TCEH CORP. BOARD DECK (1.9). |
| 3.30 | FISHER, TIMOTHY P | $535.00 | $1,765.50 | PREPARE LESS CONTRIBUTION AGREEMENT FOR EFH CORPORATE SERVICES (1.4); REVISE EMERGENCE CHECKLIST (1.6); CONFERENCE WITH WORKING GROUP REGARDING EMERGENCE MATTERS (.3). |
| 3.10 | MATTHEWS, LOUIS J | $600.00 | $1,860.00 | REVISE INITIAL DISCLOSURE AND SEND TO R. LITTLE AND J. WHALEN. |
| 7.10 | VASAVADA, NEEDHI N | $480.00 | $3,408.00 | DRAFT PROJECT LESS DOCUMENTATION FOR VARIOUS DISTRIBUTIONS AND CONTRIBUTIONS (6.5); EMAIL CORRESPONDENCE RE ORGANIZATIONAL DOCUMENTS (0.3); REVIEW ORGANIZATIONAL DOCUMENTS AND SUMMARIZE PRIOR WORK (0.3). |

09/18/16

| | | | | |
|---|---|---|---|---|
| 5.90 | WHALEN, JONATHAN M | $675.00 | $3,982.50 | REVISE DESCRIPTION OF EQUITY DISTRIBUTION PROCEDURES AND CIRCULATE TO WORKING GROUP (1.2); PREPARE TCEH CORP. BOARD DECK FOR WRITTEN CONSENT (4.7) |
| 4.30 | FISHER, TIMOTHY P | $535.00 | $2,300.50 | REVIEW CORRESPONDENCE REGARDING GOVERNANCE POLICIES AND REVISE TCEH CORP. CONSENT (.3); REVISE COMANCHE PEAK ASSIGNMENT AGREEMENT AND RELATED SCHEDULES AND ASSIGNMENT AND ASSUMPTION AGREEMENT FOR T-SIDE ASSETS (3.4); REVIEW CORRESPONDENCE REGARDING MISCELLANEOUS EMERGENCE MATTERS (.4); REVISE EMERGENCE CONSENTS (.2). |
| 12.30 | VASAVADA, NEEDHI N | $480.00 | $5,904.00 | DRAFT PROJECT LESS DOCUMENTATION FOR VARIOUS DISTRIBUTIONS AND CONTRIBUTIONS (6.5); DRAFT CONSENT OF BOARD OF MANAGERS FOR VARIOUS PROJECT LESS REORGANIZATION STEPS (5.5); EMAIL CORRESPONDENCE RE ORGANIZATIONAL DOCUMENTS AND SIGNATURE PAGES (0.3). |
| 2.30 | GUEST, KYLE N | $480.00 | $1,104.00 | DRAFT MERGER AGREEMENTS (1.1); DRAFT MERGER CERTIFICATES (1.1); CORRESPONDENCE WITH N. VASAVADA RE SAME (.1). |

09/19/16

| 11.50 | WHALEN, JONATHAN M | $675.00 | $7,762.50 | PARTICIPATE IN PHONE CALLS REGARDING EMERGENCE CHECKLIST AND FUNDS FLOW (2.8); REVISE BOARD CONSENTS (1.7); ANALYSIS AND DISCUSSIONS RE CORPORATE GOVERNANCE ISSUES (2.2);  PREPARE DOCUMENTS FOR DTC ELIGIBILITY OF TCEH CORP. SECURITIES (.8);  DRAFT EMAILS RE SECURITIES LAW EXEMPTIONS IN CONNECTION WITH TAX ANALYSIS (1.4); EMAILS WITH TRANSFER AGENT (.7); WORK ON EMERGENCE DOCUMENTS (1.9). |
| 2.10 | CALLOWAY, CAITLIN A | $560.00 | $1,176.00 | REVISE DOCUMENTS FOR PREFERRED STOCK SALE (1.8); RESPOND TO EMAILS REGARDING SAME (.3). |
| 9.70 | FISHER, TIMOTHY P | $535.00 | $5,189.50 | FINALIZE EMERGENCE AGREEMENTS (1.5); PREPARE TEX ENERGY CONSENT (2.3); REVIEW ONCOR COMMENTS TO CAP GEMINI AGREEMENTS (1.0); CONFERENCE WITH WORKING GROUP REGARDING PROJECT LESS TRANSACTIONS (.8); REVIEW PLAN AND REVISE DOCUMENTS IN CONNECTION WITH SAME (2.6); REVISE COMANCHE PEAK ASSIGNMENT DOCUMENTS (1.5). |
| 6.20 | MATTHEWS, LOUIS J | $600.00 | $3,720.00 | CALL RE REORGANIZED TCEH SECURITIES ISSUANCE PROCESS (.8); CALL RE ALLOCATION ANALYSIS (.7); COORDINATE EXECUTION AND DELIVERY OF OTCQX ADVISOR APPLICATION (1.2); REVISE INITIAL DISCLOSURE BASED ON COMMENTS FROM J. WHALEN (3.5). |

| | | | | |
|---|---|---|---|---|
| 14.50 | VASAVADA, NEEDHI N | $480.00 | $6,960.00 | DRAFT PROJECT LESS REORGANIZATION DOCUMENTS FOR VARIOUS MERGERS, CONVERSIONS, DISSOLUTIONS, CONTRIBUTIONS AND DISSOLUTIONS (9.6); REVIEW DOCUMENT RETENTION POLICY AND AUDIT AND NON-AUDIT POLICY (1.4); REVIEW AND FINALIZE ALL CORPORATE GOVERNANCE POLICIES AND DOCUMENTS (3.5). |
| 8.30 | GUEST, KYLE N | $480.00 | $3,984.00 | DRAFT MERGER AGREEMENTS AND MERGER CERTIFICATES (5.2); DISCUSS WITH N. VASAVADA RE SAME (.3); CALL WITH TEXAS COMPTROLLER RE ENTITY DISSOLUTION (1.3); CORRESPONDENCE WITH N. VASAVADA RE SAME (.1); DISCUSS WITH DELAWARE SECRETARY OF STATE'S OFFICE RE ENTITY DISSOLUTION (.7); DRAFT CONVERSION DOCUMENTS (.6); CORRESPONDENCE WITH N. VASAVADA RE SAME (.1). |

09/20/16

| | | | | |
|---|---|---|---|---|
| 12.90 | WHALEN, JONATHAN M | $675.00 | $8,707.50 | PARTICIPATE IN PHONE CALLS REGARDING EMERGENCE MATTERS (3.7); WORK ON PROJECT LESS DOCUMENTS (2.8); EMAILS RE OFFICER INDEMNIFICATION AGREEMENTS (.4); EMAILS WITH OTC REGARDING LISTING MATTERS (1.3); DISCUSSIONS AND EMAILS WITH TRANSFER AGENT (1.1); EMAILS RE DTC ELIGIBILITY OF TCEH CORP. SECURITIES (.7); REVIEW AND REVISE BOARD CONSENTS (1.8); REVISE BOARD DECKS (1.1). |
| 2.50 | CALLOWAY, CAITLIN A | $560.00 | $1,400.00 | PREPARE CHECKLIST FOR SIGNING AND EMERGENCE MATTERS (1.3); REVISE PREFERRED STOCK DOCUMENTS (1.2). |

| | | | | |
|---|---|---|---|---|
| 10.00 | FISHER, TIMOTHY P | $535.00 | $5,350.00 | CONFERENCE WITH WORKING GROUP REGARDING PROJECT LESS TRANSACTIONS (.7); REVISE DOCUMENTS RELATED TO SAME (5.3); REVISE EMERGENCE CHECKLIST (3.0); REVISE COMANCHE PEAK DOCUMENTS AND CONFERENCE WITH MORGAN LEWIS AND WORKING GROUP REGARDING SAME (1.0). |
| 6.20 | MATTHEWS, LOUIS J | $600.00 | $3,720.00 | REVISE INITIAL DISCLOSURE BASED ON COMMENTS FROM J. WHALEN (4.0); PARTICIPATE IN WEEKLY CLOSING CALL (.7); CALL WITH KHUSHBOO RE LISTING REQUIREMENTS (.2); RESPOND TO QUESTIONS FROM PAUL WEISS RE DISCLOSURES FOR 5% BENEFICIAL OWNERS (.4); PREPARE CUSIP FOR TRA RIGHTS (.5); PREPARE REGULATORY DISCLOSURES FOR EFH DIRECTORS (.4). |
| 13.50 | VASAVADA, NEEDHI N | $480.00 | $6,480.00 | REVIEW AND FINALIZE PROJECT LESS DOCUMENTS AND CIRCULATE TO WORKING GROUP (7.7); PREPARE SIGNATURE PAGES FOR PROJECT LESS DOCUMENTS AND SEND TO A. BURTON (1.1); EMAIL AND PHONE CORRESPONDENCE WITH CT CORP. REGARDING CLOSING MATTERS (0.9); DRAFT OMNIBUS CONSENTS FOR PROJECT LESS AND PRE-EMERGENCE MATTERS (3.8). |
| 5.10 | GUEST, KYLE N | $480.00 | $2,448.00 | DRAFT RESTRUCTURING DOCUMENTS. |

09/21/16

| | | | | |
|---|---|---|---|---|
| 3.80 | WHALEN, JONATHAN M | $675.00 | $2,565.00 | PHONE CALLS REGARDING MEGGITT CONTRACT (.4); REVISE CONTRACT AND DISTRIBUTE TO BLACKHAWK FOR REVIEW (3.4). |

| 9.30 | WHALEN, JONATHAN M | $675.00 | $6,277.50 | REVIEW SECURITIES LAW TRANSFER RESTRICTIONS (.6); PREPARE INSERT FOR TAX OPINION (.6); WORK ON BOARD CONSENTS (.6); WORK ON PROJECT LESS DOCUMENTS (3.9); WORK ON OTC LISTING PROCESS (1.6); PHONE CALLS RE EMERGENCE MATTERS (1.3); REVIEW CORPORATE GOVERNANCE MATTERS (.7). |
| 2.70 | CALLOWAY, CAITLIN A | $560.00 | $1,512.00 | PREPARE REVISED DOCUMENTS (2.1); DISCUSS PRE-SIGNING MATTERS WITH OPPOSING COUNSEL (.6). |
| 8.60 | FISHER, TIMOTHY P | $535.00 | $4,601.00 | REVISE ASSIGNMENT AND ASSUMPTION AGREEMENT FOR TRANSFER OF TCEH ASSETS (SEPARATION AGREEMENT, EMERGENCE CHECKLIST, EMERGENCE CONSENTS, 351 TRANSACTION CONTRIBUTION AGREEMENT AND AGREEMENTS RELATED TO ONCOR EXIT FROM CAP GEMINI) (7.8); CONFERENCE WITH J. JOHNSON AND WORKING GROUP REGARDING THE FOREGOING AND VARIOUS PROJECT LESS TRANSACTIONS (.9). |
| 6.80 | MATTHEWS, LOUIS J | $600.00 | $4,080.00 | DRAFT AND REVIEW VARIOUS CONSENTS (3.6); DRAFT ASSIGNMENT AND ASSUMPTION AGREEMENT (1.4); CALL WITH J. JOHNSON RE POC SPINOFF (.3); REVIEW WE ENERGIES CONTRACT (1.5). |
| 14.60 | VASAVADA, NEEDHI N | $480.00 | $7,008.00 | DRAFT OMNIBUS CONSENTS FOR PROJECT LESS AND OTHER PRE-EMERGENCE MATTERS (11.4); PREPARE DOCUMENTS FOR FILING AND COMPILE EXECUTION VERSIONS (2.1); DRAFT INITIAL CLOSING AGENDA FOR ORDER OF REORGANIZATION MATTERS AND FUNDS FLOW (1.1). |

| | | | | |
|---|---|---|---|---|
| 4.10 | GUEST, KYLE N | $480.00 | $1,968.00 | DRAFT RESTRUCTURING DOCUMENTS (1.0); CORRESPONDENCE WITH N. VASAVADA RE SAME (.1);COMPILE SIGNATURE PAGES (.9); CORRESPONDENCE WITH L. MATTHEWS RE SAME (.1); CORRESPONDENCE WITH CT CORPORATION RE SAME (1.2); DRAFT SIGNATURES CHECKLIST (.5); DISCUSS WITH N. VASAVADA RE SAME (.3) |

09/22/16

| | | | | |
|---|---|---|---|---|
| 12.20 | WHALEN, JONATHAN M | $675.00 | $8,235.00 | PHONE CALLS RE EMERGENCE MATTERS (2.3); WORK ON BOARD CONSENTS (2.6); WORK ON OTC LISTING MATTERS (1.4); WORK ON EFFECTIVE DATE PLAN DOCUMENTS (.8); REVISE DB ENGAGEMENT LETTER AND EMAILS WITH RESPECT TO THE SAME (1.1); EMAILS RE PREFERRED STOCK SALE (.4); REVISE CLOSING CHECKLIST (1.2); WORK ON CLOSING AGENDA (2.4). |
| 5.20 | CALLOWAY, CAITLIN A | $560.00 | $2,912.00 | FINALIZE PREFERRED STOCK DOCUMENTS AND EMAILS WITH CLIENT AND OPPOSING COUNSEL. |
| 12.80 | FISHER, TIMOTHY P | $535.00 | $6,848.00 | CONFERENCE WITH WORKING GROUP REGARDING EMERGENCE MATTERS (1.0); CONFERENCE WITH PAUL WEISS REGARDING EMERGENCE MATTERS (.8); REVISE TCEH ASSETS ASSIGNMENT AND ASSUMPTION AGREEMENT, EMERGENCE CHECKLIST, ASSETCO CONSENT, OPCO CONSENT AND CLOSING AGENDA (9.8); PREPARE CONTRIBUTION AGREEMENT FOR SUCCESSIVE SUBSIDIARY CONTRIBUTIONS (.8); CONFERENCE WITH MORGAN LEWIS REGARDING SETTLEMENT ORDER (.4). |

| | | | | |
|---|---|---|---|---|
| 8.20 | MATTHEWS, LOUIS J | $600.00 | $4,920.00 | DRAFT NOTICE OF ASSIGNMENT AND ASSIGNMENT OF SERVICE CONTRACT (1.2); DRAFT CONSENTS (2.3); COMMUNICATE WITH LENDERS COUNSEL AND OTC RE PERSONAL INFORMATION FORMS (0.4); DRAFT INTERCOMPANY SERVICE AGREEMENT (3.3); DRAFT GDC OPINION (1.0). |
| 15.00 | VASAVADA, NEEDHI N | $480.00 | $7,200.00 | ATTEND CLOSING CALL WITH PAUL WEISS (1.2); REVIEW AND REVISE DOCUMENTS TO BE PRE-CLEARED IN TEXAS (3.3); REVIEW AND COMMENT ON CLOSING AGENDA (1.4); DRAFT OMNIBUS CONSENT FOR PROJECT LESS AND OTHER EMERGENCE MATTERS (6.5); RESEARCH UNWINDING PROCESS FOR FILINGS IN TEXAS AND DELAWARE (0.5); ATTEND TO CLOSING MATTERS (2.1). |
| 2.40 | GUEST, KYLE N | $480.00 | $1,152.00 | DRAFT REORGANIZATION DOCUMENTS (.3); DISCUSS WITH N. VASAVADA RE REORGANIZATION (.2); COMPILE SIGNATURE PAGES (1.5); DRAFT ANNUAL REPORTS (.3); CORRESPONDENCE WITH CT CORPORATION RE REORGANIZATION (.1). |
| 09/23/16 12.70 | WHALEN, JONATHAN M | $675.00 | $8,572.50 | WORK ON TRA RIGHTS ESCROW AGREEMENT (.6); WORK ON CLOSING AGENDA (2.7); PARTICIPATE IN PHONE CALLS RE EMERGENCE MATTERS (2.2); WORK ON EMERGENCE DOCUMENTS (4.1); REVISE AND CIRCULATE 8-K (1.2); WORK ON OTC INITIAL DISCLOSURE (1.9). |

| | | | | |
|---|---|---|---|---|
| 2.80 | CALLOWAY, CAITLIN A | $560.00 | $1,568.00 | FINALIZE PREFERRED STOCK DOCUMENTS (1.8); UPDATE CHECKLIST (.7); EMAILS WITH CLIENT AND OPPOSING COUNSEL (.3). |
| 13.50 | FISHER, TIMOTHY P | $535.00 | $7,222.50 | PREPARE EMERGENCE RELATED-CONSENTS (6.5); CONFERENCE WITH WORKING GROUP REGARDING SAME (.9); CONFERENCE WITH WORKING GROUP REGARDING EMERGENCE MATTERS (.6); REVISE EMERGENCE CHECKLIST (2.5); REVISE COMANCHE PEAK ASSIGNMENT AGREEMENT AND CONSENT (.9); REVIEW CREDIT AGREEMENT RESOLUTIONS AND CONFERENCE WITH K&E AND WORKING GROUP REGARDING SAME (.3); PREPARE DOCUMENTS FOR PREFCO PREFERRED STOCK SALE (.6); ATTEND TO VARIOUS EMERGENCE-RELATED MATTERS (1.2). |
| 7.90 | MATTHEWS, LOUIS J | $600.00 | $4,740.00 | CALL RE OUTSTANDING ITEMS (.6); REVISE GDC OPINION BASED ON COMMENTS FROM J. WHALEN (1.3); CALL WITH OTC AND FOLLOW-UP CORRESPONDENCE WITH LENDERS' COUNSEL RE PERSONAL INFORMATION FORMS (0.7); DRAFT AST LETTERS AND SECRETARY'S CERTIFICATE (2.6); REVIEW MARKUP OF INITIAL DISCLOSURE (0.3); REVIEW WE ENERGY AGREEMENT AND FORM SERVICES AGREEMENT (2.4). |
| 11.50 | VASAVADA, NEEDHI N | $480.00 | $5,520.00 | REVIEW AND REVISE VARIOUS OMNIBUS CONSENTS FOR PROJECT LESS AND PRE-EMERGENCE MATTERS (10.1); ATTEND CLOSING MATTERS CALL (1.2); ATTEND CALL WITH A. BURTON RE CHANGES TO CONSENTS AND SIGNATORIES (0.2). |

| 09/24/16 | | | | |
|---|---|---|---|---|
| 2.50 | CALLOWAY, CAITLIN A | $560.00 | $1,400.00 | PREPARE DOCUMENTS AND SEND EMAILS RELATING TO PREFERRED STOCK TRANSACTION (1.3); ATTEND TO PRE-SIGNING MATTERS (1.2). |
| 7.60 | FISHER, TIMOTHY P | $535.00 | $4,066.00 | PREPARE EMERGENCE RELATED-CONSENTS (6.9); CONFERENCE WITH WORKING GROUP REGARDING SAME (.9). |
| 7.80 | MATTHEWS, LOUIS J | $600.00 | $4,680.00 | DRAFT GDC FINANCING OPINION (3.2); DRAFT INTERCOMPANY SERVICES AGREEMENT (4.0). |
| 9.00 | VASAVADA, NEEDHI N | $480.00 | $4,320.00 | REVIEW AND REVISE CONSENTS FOR VARIOUS PRE-EMERGENCE MATTERS (3.5); REVIEW COMMENTS FROM T. FISHER AND MAKE CHANGES TO DOCUMENTS (1.0); BEGIN REVIEWING DOCUMENTS AND ADDING DOCUMENTS TO SIGNATURE TRACKER (4.5). |
| 0.90 | GUEST, KYLE N | $480.00 | $432.00 | REVISE RESTRUCTURING STEPS CHECKLIST (.7); CORRESPONDENCE WITH C. CALLOWAY RE SAME (.2). |
| 09/25/16 | | | | |
| 1.80 | CALLOWAY, CAITLIN A | $560.00 | $1,008.00 | PREPARE DOCUMENTS AND SEND EMAILS RELATING TO PREFERRED STOCK TRANSACTION (.9); ATTEND TO PRE-SIGNING MATTERS (.9). |
| 8.10 | FISHER, TIMOTHY P | $535.00 | $4,333.50 | REVISE EMERGENCE CONSENTS AND CONFERENCE WITH A. BURTON AND WORKING GROUP REGARDING SAME (6.3); REVISE CAP GEMINI MERGER AGREEMENT AND GP CONSENT (.8); REVISE EMERGENCE CHECKLIST (1.0). |
| 3.60 | MATTHEWS, LOUIS J | $600.00 | $2,160.00 | REVISE SERVICES AGREEMENT (1.8); REVIEW DOCUMENTS TO IDENTIFY TRANSFERRED ASSETS (1.8). |

| | | | | |
|---|---|---|---|---|
| 9.60 | VASAVADA, NEEDHI N | $480.00 | $4,608.00 | REVIEW DOCUMENTS AND PREPARE SIGNATURE TRACKER FOR PROJECT LESS AND OTHER DOCUMENTS (5.8); INPUT COMMENTS FROM WORKING GROUP RE VARIOUS PROJECT LESS DOCUMENTS (1.8); INPUT SIGNATORIES FOR VARIOUS DOCUMENTS (2.0). |

09/26/16

| | | | | |
|---|---|---|---|---|
| 11.20 | WHALEN, JONATHAN M | $675.00 | $7,560.00 | COORDINATE MATTERS REGARDING PREFERRED STOCK SALE (1.2); DISCUSSIONS RE EMPLOYEE BENEFITS MATTERS (.8); WORK ON OTC DOCUMENTS (1.4); WORK ON EMERGENCE AGENDA (1.3); REVIEW S-1 TIMELINE (.4); ANALYSIS RE EMERGENCE LOGISTICS (1.4); COORDINATE TRANSFER AGENT DELIVERABLES IN CONNECTION WITH EMERGENCE (1.7);  REVIEW CREDIT AGREEMENT OPINION (1.1); WORK ON SLIDES FOR BOARD DECKS (1.9). |
| 5.10 | CALLOWAY, CAITLIN A | $560.00 | $2,856.00 | PREPARE DOCUMENTS AND SEND EMAILS RELATING TO PREFERRED STOCK TRANSACTION (2.5); ATTEND TO SIGNING MATTERS (2.6). |

| | | | | |
|---|---|---|---|---|
| 6.60 | FISHER, TIMOTHY P | $535.00 | $3,531.00 | CONFERENCE WITH WORKING GROUP REGARDING PREFERRED STOCK SALE, GIBSON DUNN OPINION TO LENDERS, COMANCHE PEAK-RELATED AGREEMENTS, COMANCHE PEAK-RELATED RESOLUTIONS, COMANCHE PEAK DEED, COMANCHE PEAK ASSIGNMENT AND ASSUMPTION AGREEMENT (2.5); REVISE TEX ENERGY AND TCEH CORP. BOARD CONSENTS AND COMANCHE PEAK ASSIGNMENT AND ASSUMPTION AGREEMENT (1.8); PREPARE ASSIGNMENT AND ASSUMPTION AGREEMENT FOR TRANSFER OF T-SIDE ASSETS FROM TEX ENERGY LLC TO SUBSIDIARIES (2.3). |
| 15.80 | MATTHEWS, LOUIS J | $600.00 | $9,480.00 | DRAFT ASSIGNMENT AND ASSUMPTION AGREEMENT FOR POC ASSETS (0.5); DRAFT AST OPINION (0.5); REVIEW ORGANIZATIONAL DOCUMENTS OF EACH TEXAS GUARANTOR TO ENSURE ABILITY TO PLEDGE/GRANT SECURITY/INCUR DEBT (13.4); DRAFT BACKUP CERTIFICATES (1.0); COMMUNICATE WITH PAUL WEISS RE INITIAL DISCLOSURE (0.4). |
| 12.90 | VASAVADA, NEEDHI N | $480.00 | $6,192.00 | ATTEND TO CLOSING SIGNATURE PACKETS FOR CLOSING DOCUMENTS (6.1); COMPILE DOCUMENTS FOR TEXAS PRE-CLEARANCE (2.1); DRAFT CERTIFICATE OF AMENDMENT (1.1); MAKE REVISIONS TO CONSENTS (0.5); UPDATE SIGNATURE TRACKER (3.1). |
| 2.80 | GUEST, KYLE N | $480.00 | $1,344.00 | COMPILE SIGNATURE PAGES (2.5); CORRESPONDENCE WITH N. VASAVADA RE SAME (.3). |

09/27/16

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $875.00 | $262.50 | TELEPHONE CALL WITH G. SANTOS AND J. JOHNSON REGARDING FORM S-1 TIMELINE AND RELATED ISSUES. |
| 11.30 | WHALEN, JONATHAN M | $675.00 | $7,627.50 | DRAFT EMAILS RE OTC DISCLOSURE (.8); WORK ON EMERGENCE AGENDA (1.7); PARTICIPATE IN PHONE CALLS RE EMERGENCE LOGISTICS (3.8); PARTICIPATE IN PHONE CALLS TO DISCUSS TCEH BANK ACCOUNTS (.4); WORK ON EMERGENCE DOCUMENTS (2.7); REVIEW AND REVISE LEGAL OPINIONS (1.9). |
| 3.40 | CALLOWAY, CAITLIN A | $560.00 | $1,904.00 | PREPARE DOCUMENTS AND SEND EMAILS RELATING TO PREFERRED STOCK TRANSACTION. |
| 12.70 | FISHER, TIMOTHY P | $535.00 | $6,794.50 | REVISE CAP GEMINI TRANSFER AGREEMENTS, EMERGENCE CHECKLIST, PREFCO BOARD RESOLUTIONS, OPCO BOARD RESOLUTIONS, ASSIGNMENT AND ASSUMPTION AGREEMENT FOR TRANSFER OF TCEH ASSETS (5.9); PREPARE SIGNATURE PAGES FOR CLOSING DOCUMENTS, BOARD SLIDE ON COMANCHE PEAK-RELATED RESOLUTIONS AND ACTION BY INCORPORATOR TO ELECT DIRECTORS (3.1); CONFERENCE WITH WORKING GROUP REGARDING EMERGENCE MATTERS, INCLUDING ON CHECKLIST CALL AND CALL WITH K&E REGARDING SEPARATION AGREEMENTS AND OTHER EMERGENCE AGREEMENTS (3.0); CONFERENCE WITH WORKING GROUP REGARDING OTC MATTERS AND OTC DOCUMENTS TO BE EXECUTED IN CONNECTION WITH EMERGENCE (.7). |

| | | | | |
|---|---|---|---|---|
| 6.20 | MATTHEWS, LOUIS J | $600.00 | $3,720.00 | PARTICIPATE IN CALL RE EMERGENCE (3.1); PARTICIPATE IN CALL RE DISTRIBUTION LOGISTICS FOR COMMON STOCK AND TRA RIGHTS AT EMERGENCE (.7); CALLS WITH B. CLARDY (PAUL WEISS) RE INITIAL DISCLOSURE AND OTC APPLICATION (.6); REVISE AST OPINIONS (.3); COORDINATE PRESS RELEASE WITH OTC (.2); PREPARE OUTSTANDING ITEMS LIST FOR FILING (1.3). |
| 14.10 | VASAVADA, NEEDHI N | $480.00 | $6,768.00 | ATTEND CLOSING CHECKLIST CALL (1.8); ATTEND TO CLOSING SIGNATURE PACKETS FOR CLOSING DOCUMENTS (3.1); COMPILE DOCUMENTS FOR TEXAS FILINGS (2.3); DRAFT ORDER OF FILING (0.5); ATTEND CLOSING CHECKLIST CALL (1.6); MAKE REVISIONS TO CONSENTS (0.5); UPDATE SIGNATURE TRACKER (3.1); SUBMIT CERTIFICATE OF CORRECTIONS (0.2); REVIEW PRE-CLEARANCE COMMENTS FROM DELAWARE AND MAKE REVISIONS (1.0). |

09/28/16

| | | | | |
|---|---|---|---|---|
| 11.90 | WHALEN, JONATHAN M | $675.00 | $8,032.50 | WORK ON CLOSING AGENDA (2.2);  WORK ON ESCROW AGREEMENT (.9); WORK ON EMERGENCE DATE 8-K (1.2); PARTICIPATE IN CALLS RE EMERGENCE LOGISTICS (3.3); ANALYSIS RE SECURITIES LAW MATTERS IN CONNECTION WITH EMERGENCE (.8); REVIEW FUNDS FLOW (.6); DRAFT DOCUMENTATION FOR TRANSFER AGENT (1.3); PHONE CALLS RE HBK OWNERSHIP (1.6). |
| 2.00 | CALLOWAY, CAITLIN A | $560.00 | $1,120.00 | PREPARE DOCUMENTS AND SEND EMAILS RELATING TO PREFERRED STOCK TRANSACTION. |

| | | | | |
|---|---|---|---|---|
| 11.30 | FISHER, TIMOTHY P | $535.00 | $6,045.50 | REVISE EMERGENCE-RELATED CONSENTS, COMANCHE PEAK ASSIGNMENT AND ASSIGNMENT AGREEMENT, T-SIDE ASSET ASSIGNMENT AND ASSUMPTION AGREEMENT AND CAP GEMINI TRANSFER DOCUMENTS AND CONFERENCE WITH WORKING GROUP REGARDING THE FOREGOING (6.4); REVIEW NEXTERA CHANGES TO SEPARATION AGREEMENT AND CONFERENCE WITH WORKING GROUP REGARDING SAME (.4); PREPARE SHARE CERTIFICATES AND STOCK POWERS AND CONFERENCE WITH KIRKLAND AND ELLIS REGARDING SAME (2.3); ATTEND EMERGENCE CHECKLIST CONFERENCE CALL AND REVISE EMERGENCE CHECKLIST (2.2). |
| 4.20 | MATTHEWS, LOUIS J | $600.00 | $2,520.00 | REVISE INITIAL DISCLOSURE (0.6); REVISE AST OPINION (0.4); COORDINATE PAYMENT OF OTC APPLICATION FEE (0.3); WEEKLY REORGANIZATION CALL (.7); DRAFT AST COMPANY INFORMATION FORM (0.2); COORDINATE COMPLIANCE WITH LISTING REQUIREMENTS WITH RESPECT TO HBK (1.6); COORDINATE SIGNATURE PAGES WITH N. VASAVADA (0.4). |
| 12.70 | VASAVADA, NEEDHI N | $480.00 | $6,096.00 | MAKE REVISIONS AND GATHER FINAL PROJECT LESS DOCUMENTS AND REDLINES AND CIRCULATE TO WORKING GROUP (4.8); BEGIN FINALIZING AND COMPILING EXECUTION VERSIONS OF DOCUMENTS (2.6); ATTEND CLOSING CHECKLIST CALL (1.5); PREPARE TEXAS FILING DOCUMENTS AND SEND ACROSS TO BE FILED (3.8). |

09/29/16

| | | | | |
|---|---|---|---|---|
| 12.30 | WHALEN, JONATHAN M | $675.00 | $8,302.50 | PARTICIPATE IN CALLS TO COORDINATE CLOSING MATTERS (3.7); WORK ON EMERGENCE DOCUMENTS (3.9); EMAILS AND ANALYSIS REGARDING BOARD CONSENTS (.7); WORK NO EMERGENCE DATE 8-K (1.9); WORK ON EMERGENCE AGENDA (2.1). |
| 2.40 | CALLOWAY, CAITLIN A | $560.00 | $1,344.00 | PREPARE DOCUMENTS AND SEND EMAILS RELATING TO PREFERRED STOCK TRANSACTION AND OTHER CLOSING MATTERS. |
| 9.80 | FISHER, TIMOTHY P | $535.00 | $5,243.00 | REVISE CHECKLIST, COMANCHE PEAK ASSET ASSIGNMENT SCHEDULES, CONTRIBUTION AGREEMENT FOR TRANSFER OF T-SIDE ASSETS TO OPCO AND EFH CORPORATE SERVICES, CAP GEMINI TRANSFER DOCUMENTS AND VARIOUS BOARD CONSENTS IN CONNECTION WITH ADDITION OF RESOLUTIONS PER A. SEXTON (6.7); CONFERENCE WITH WORKING GROUP REGARDING TRADEMARK ASSIGNMENT, COMANCHE PEAK ASSETS ASSIGNMENT, NEXTERA GUARANTEES, SUBSIDIARY STOCK CERTIFICATES AND COMANCHE PEAK AGREEMENTS (1.1); PREPARE CONSENT FOR ASSIGNMENT OF ONCOR AGREEMENT (.4); REVIEW NEXTERA PSA GUARANTEE AND ASSIGNMENT AND CONFERENCE WITH WORKING GROUP REGARDING SAME (.4); REVIEW SIGNATURE PAGES AND REVISE TRACKER (1.2). |

| | | | | |
|---|---|---|---|---|
| 8.40 | MATTHEWS, LOUIS J | $600.00 | $5,040.00 | DRAFT ASSIGNMENT AND ASSUMPTION AGREEMENT AND NOTICE LETTER FOR AZIMA CONTRACT (1.7); REVISE INITIAL DISCLOSURE (4.8); CALL WITH AST (0.3); CORRESPONDING WITH WEIL AND PAUL WEISS RE LISTING REQUIREMENTS (0.8); COORDINATING SIGNATURE PAGES (0.8). |
| 15.10 | VASAVADA, NEEDHI N | $480.00 | $7,248.00 | REVISE CONSENTS AND SEND TO WORKING GROUP (0.5); COMPILE SIGNATURES FOR CLOSING DOCUMENTS AND INVENTORY SIGNATURES (5.2); REVIEW CERTIFICATES OF ABANDONMENT (1.0); COMPILE EXECUTION VERSIONS OF PROJECT LESS DOCUMENTS (4.1); PHONE AND EMAIL CORRESPONDENCE RE TEXAS FILINGS (1.0); ATTEND CLOSING CHECKLIST CALL (1.3); REVIEW DELAWARE FILINGS (1.3); CAUSE TO BE DIRECTED LETTER (0.7). |
| 3.50 | LAGER, PAIGE M | $410.00 | $1,435.00 | ATTEND TO CLOSING MATTERS AND COMPILE EXECUTION VERSION OF DOCUMENTS (2.8); REVISE CERTIFICATES OF ABANDONMENT (.7). |

09/30/16

| | | | | |
|---|---|---|---|---|
| 9.60 | WHALEN, JONATHAN M | $675.00 | $6,480.00 | PARTICIPATE IN PHONE CALLS REGARDING EMERGENCE MATTERS (3.7); WORK ON EMERGENCE DOCUMENTS (2.7); ANALYSIS RE OTC LISTING (1.3); EMAILS REGARDING BOARD CONSENTS (.8); COORDINATE MATTERS WITH TRANSFER AGENT (1.1). |
| 1.10 | CALLOWAY, CAITLIN A | $560.00 | $616.00 | EMAILS RELATING TO PREFERRED STOCK TRANSACTION AND OTHER CLOSING MATTERS. |

| | | | | |
|---|---|---|---|---|
| 8.50 | FISHER, TIMOTHY P | $535.00 | $4,547.50 | CONFERENCE WITH K&E AND J. JOHNSON AND WORKING GROUP REGARDING EMERGENCE-RELATED TRANSACTIONS (2.1); CONFERENCE WITH WORKING GROUP REGARDING SIGNATURE PAGES AND REVIEW SAME AND REVISE TRACKER FOR SAME (1.2); REVISE T-SIDE ASSET ASSIGNMENT AND ASSUMPTION AGREEMENT, CG HOLDINGS TRANSFER AGREEMENTS, CLOSING CHECKLIST, EMERGENCE AGREEMENTS AND OTHER DOCUMENTS FOR PROCESSING WITH RRD (5.2). |
| 8.80 | MATTHEWS, LOUIS J | $600.00 | $5,280.00 | CALL WITH OTC RE BENEFICIAL OWNERSHIP DISCLOSURE REQUIREMENT (0.4); REVIEW AND REVISE FORM 8-K (1.3); REVISE INITIAL DISCLOSURE (0.8); PARTICIPATE IN CLOSING MECHANISM CALL (1.2); PARTICIPATE IN WEEKLY CONFERENCE CALL (1.6); COORDINATE DELIVERY OF SIGNATURE PAGES (0.7); COORDINATE LISTING REQUIREMENTS WITH OTC (1.2); REVISE INITIAL DISCLOSURE (1.1); COORDINATE DELIVERY OF PERSONAL INFORMATION FORM AND OTHER REQUIRED INFORMATION FROM HBK (0.5). |
| 14.40 | VASAVADA, NEEDHI N | $480.00 | $6,912.00 | ATTEND TO TEXAS AND DELAWARE FILINGS (3.2); DRAFT ABANDONMENT CERTIFICATES (1.5); COMPILE EXECUTION VERSIONS OF DOCUMENTS AND GATHER SIGNATURE PAGES (7.2); ATTEND CLOSING CHECKLIST CALLS (1.5); MAKE FINAL CHANGES TO CLOSING DOCUMENTS (0.5); COMPILE AND SEND SIGNATURE PAGES TO NEXTERA, AST AND ANY OTHER COUNTERPARTIES (0.5). |

**Due and Payable Upon Receipt**

| | | | | |
|---|---|---|---|---|
| 3.20 | LAGER, PAIGE M | $410.00 | $1,312.00 | ATTEND TO CLOSING MATTERS AND COMPILE EXECUTION VERSIONS OF DOCUMENTS. |

10/01/16

| | | | | |
|---|---|---|---|---|
| 3.60 | WHALEN, JONATHAN M | $675.00 | $2,430.00 | EMAILS AND DISCUSSIONS REGARDING FUNDS FLOW AND CLOSING AGENDA (.7); ANALYSIS REGARDING SHARE DISTRIBUTION PROCESS (1.1); EMAILS AND PHONE CALLS REGARDING BENEFICIAL OWNERSHIP DISCLOSURE (1.8). |
| 5.40 | FISHER, TIMOTHY P | $535.00 | $2,889.00 | FINALIZE EMERGENCE-RELATED DOCUMENTS (2.0); CONFERENCE WITH WORKING GROUP REGARDING SAME (.8); PREPARE VIRTUAL DATA ROOM OF SAME (2.6). |
| 3.20 | MATTHEWS, LOUIS J | $600.00 | $1,920.00 | COORDINATE HBK RE OWNERSHIP NUMBERS AND OTC REQUIREMENTS (0.4); CONFIRM COMPLIANCE WITH OTC REQUIREMENTS (0.3); CONFIRM INITIAL DISCLOSURE MATCHES MOST RECENT VERSION OF 8-K (2.2); PARTICIPATE IN TCEH OWNERSHIP CALL (0.3). |

10/02/16

| | | | | |
|---|---|---|---|---|
| 2.90 | FISHER, TIMOTHY P | $535.00 | $1,551.50 | FINALIZE EMERGENCE-RELATED DOCUMENTS (1.4); CONFERENCE WITH WORKING GROUP REGARDING SAME (.5); PREPARE VIRTUAL DATA ROOM OF SAME (1.0). |
| 1.50 | MATTHEWS, LOUIS J | $600.00 | $900.00 | ANSWER QUESTIONS FROM J. WHALEN, N. VASAVADA AND B. CLARKE (0.7); COORDINATE SIGNATURE PAGES AND EXECUTION VERSIONS OF POWER OPTIMIZATION CENTER TRANSFER DOCUMENTS (0.5); PARTICIPATE IN TCEH EMERGENCE ALL HANDS CALL (0.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 7, 2016**

**Invoice No. 2016103200**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00054 | PUC RFI | $  14,867.50 | $   0.00 | $  14,867.50 |
|  | **Totals** | $  14,867.50 | $   0.00 | $  14,867.50 |
|  | **Current Balance Due** |  |  | $  14,867.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00054 | 08/05/16 | 2016081263 | $  2,268.10 | $   0.00 | $  2,268.10 |
| 92772-00054 | 09/09/16 | 2016093283 | 70,474.70 | 0.00 | 70,474.70 |
| 92772-00054 | 09/13/16 | 2016093272 | 46,672.50 | 0.00 | 46,672.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $  119,415.30

**TOTAL OUTSTANDING BALANCE DUE**              $  134,282.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 7, 2016**

**Invoice No. 2016103200**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00054 | PUC RFI | $   14,867.50 | $      0.00 | $   14,867.50 |
|  | **Totals** | $   14,867.50 | $      0.00 | $   14,867.50 |
|  | **Current Balance Due** |  |  | $   14,867.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: October 7, 2016**                                                                                      **Invoice No. 2016103200**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00054 | 08/05/16 | 2016081263 | $ 2,268.10 | $ 0.00 | $ 2,268.10 |
| 92772-00054 | 09/09/16 | 2016093283 | 70,474.70 | 0.00 | 70,474.70 |
| 92772-00054 | 09/13/16 | 2016093272 | 46,672.50 | 0.00 | 46,672.50 |

**PREVIOUS BALANCE DUE**                                   $ 119,415.30

**TOTAL OUTSTANDING BALANCE DUE**                $ 134,282.80

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


PUC RFI
92772-00054

_____

For Services Rendered Through September 30, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 5.00 | $ 930.00 | $  4,650.00 |
| WILLIAM C. VAUGHN | 15.10 | 505.00 | 7,625.50 |
| CHRISTOPHER KARNES | 2.60 | 360.00 | 936.00 |
| MARC E. SCHNEIDER | 4.60 | 360.00 | 1,656.00 |
| **Total Services** | | | $  14,867.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 14,867.50 |
| **BALANCE DUE** | $   14,867.50 |

PUC RFI
92772-00054

---

Detail Services:

| | | | | |
|---|---|---|---|---|
| 09/01/16 | | | | |
| 0.90 | VAUGHN, WILLIAM C | $505.00 | $454.50 | PREPARE FOR AND PARTICIPATE IN CALL REGARDING RFI RESPONSES (0.7); CHECK DOCUMENT SEARCHES FOR POTENTIAL ERRORS (0.2). |
| 2.40 | KARNES, CHRISTOPHER | $360.00 | $864.00 | EXPORT AND DELETE NATIVE FILES FROM RELATIVITY AS REQUESTED BY CLIENT (2.3); EMAIL EXCHANGE AND CALL WITH M. SCHNEIDER REGARDING COMPLETION OF EXPORT PROJECT (.1). |
| 09/02/16 | | | | |
| 2.30 | VAUGHN, WILLIAM C | $505.00 | $1,161.50 | REVISE RFI 1-8 SEARCHES TO CAPTURE ADDITIONAL DOCUMENTS IDENTIFIED ███ ███ . |
| 09/03/16 | | | | |
| 1.70 | VAUGHN, WILLIAM C | $505.00 | $858.50 | REVIEW AND REVISE RFI 1-8 SEARCHES TO CAPTURE ADDITIONAL DOCUMENTS IDENTIFIED ███████ (1.5); COMMUNICATE ███████ REGARDING REVISED SEARCHES (0.2). |
| 09/06/16 | | | | |
| 0.80 | RAIFF, MICHAEL L | $930.00 | $744.00 | WORK ON RFI ISSUES AND STRATEGIES. |
| 09/07/16 | | | | |
| 3.50 | RAIFF, MICHAEL L | $930.00 | $3,255.00 | WORK ON REVIEW OF PUC RFI MATERIALS (1.4); PREPARE FOR AND ATTEND MEETING WITH CLIENTS AND CO-COUNSEL (1.6); WORK ON EMAIL ISSUES AND RELATED COMMUNICATIONS (.5). |

| 8.30 | VAUGHN, WILLIAM C | $505.00 | $4,191.50 | PREPARE FOR AND PARTICIPATE IN MEETING WITH IN-HOUSE LEGAL TEAM ███ (3.3); UPDATE PRODUCTION SEARCHES AND ███ REVIEW POTENTIALLY RESPONSIVE DOCUMENTS (5.0). |
| 09/08/16 0.20 | KARNES, CHRISTOPHER | $360.00 | $72.00 | EMAIL WITH C. VAUGHN REGARDING HOSTING CHARGES (.1); RUN REPORT REGARDING SAME (.1). |
| 09/11/16 0.60 | VAUGHN, WILLIAM C | $505.00 | $303.00 | UPDATE DOCUMENT SEARCHES FOR RFI 1-8 (0.4); COMMUNICATE ███ REGARDING DOCUMENT REVIEW (0.2). |
| 09/13/16 1.80 | SCHNEIDER, MARC E | $360.00 | $648.00 | SEARCH DATABASE PRIOR TO IMAGING COLLECTION (.5); IMAGE DOCUMENT COLLECTION IN REVIEW DATABASE PRIOR TO PRODUCTION (1.0); ASSIST TEAM WITH BUILDING SEARCH QUERIES TO QC PRIOR TO PRODUCTION (.3). |
| 09/14/16 0.80 | VAUGHN, WILLIAM C | $505.00 | $404.00 | REVIEW ███ (0.3); PARTICIPATE IN WEEKLY TEAM CALL ███ (0.5). |

09/20/16

| 2.00 | SCHNEIDER, MARC E | $360.00 | $720.00 | COORDINATE CLIENT DATABASE ACCESS WITH SUPPORT CENTER (0.5); BUILD SEARCH QUERIES AND QC CLIENT SEARCH RESULTS (1.0); BUILD NEW SEARCH INDEX TO ASSIST WITH DOCUMENT REVIEW (0.5). |

09/21/16

| 0.70 | RAIFF, MICHAEL L | $930.00 | $651.00 | REVIEW MATERIALS ███████ ███████ (.2); CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (.5). |
| 0.50 | VAUGHN, WILLIAM C | $505.00 | $252.50 | PARTICIPATE IN WEEKLY TEAM CALL. |
| 0.50 | SCHNEIDER, MARC E | $360.00 | $180.00 | BUILD SEARCH QUERIES FOR CLIENT REVIEW AND GENERATE SAVED SEARCHES (.2); RE-INDEX DATABASE (.3). |

09/28/16

| 0.30 | SCHNEIDER, MARC E | $360.00 | $108.00 | ASSIST CLIENT WITH DOWNLOADING NATIVE FILES FOR REVIEW. |

**Exhibit G-6**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 27, 2016**

**Invoice No. 2016104531**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    787.50 | $    0.00 | $    787.50 |
|  | **Totals** | $    787.50 | $    0.00 | $    787.50 |
|  | **Current Balance Due** |  |  | $    787.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 02/04/16 | 2016043417 | $   1,684.90 | $    0.00 | $   1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 845.50 | 0.00 | 845.50 |
| 92772-00031 | 06/13/16 | 2016062420 | 297.50 | 0.00 | 297.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 27, 2016**                                                                     **Invoice No. 2016104531**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 07/21/16 | 2016072457 | 400.60 | 0.00 | 400.60 |
| 92772-00031 | 08/12/16 | 2016080816 | 1,812.00 | 0.00 | 1,812.00 |
| 92772-00031 | 09/13/16 | 2016091771 | 350.00 | 0.00 | 350.00 |
| 92772-00031 | 10/04/16 | 2016102932 | 3,062.50 | 0.00 | 3,062.50 |

**PREVIOUS BALANCE DUE**  $  10,190.00

**TOTAL OUTSTANDING BALANCE DUE**  $  10,977.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 27, 2016**

**Invoice No. 2016104531**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    787.50 | $    0.00 | $    787.50 |
|  | **Totals** | $    787.50 | $    0.00 | $    787.50 |
|  | **Current Balance Due** |  |  | $    787.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 27, 2016**                                         **Invoice No. 2016104531**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00031 | 02/04/16 | 2016043417 | $ 1,684.90 | $ 0.00 | $ 1,684.90 |
| 92772-00031 | 03/04/16 | 2016043436 | 1,737.00 | 0.00 | 1,737.00 |
| 92772-00031 | 05/06/16 | 2016051485 | 845.50 | 0.00 | 845.50 |
| 92772-00031 | 06/13/16 | 2016062420 | 297.50 | 0.00 | 297.50 |
| 92772-00031 | 07/21/16 | 2016072457 | 400.60 | 0.00 | 400.60 |
| 92772-00031 | 08/12/16 | 2016080816 | 1,812.00 | 0.00 | 1,812.00 |
| 92772-00031 | 09/13/16 | 2016091771 | 350.00 | 0.00 | 350.00 |
| 92772-00031 | 10/04/16 | 2016102932 | 3,062.50 | 0.00 | 3,062.50 |

**PREVIOUS BALANCE DUE** $ 10,190.00

**TOTAL OUTSTANDING BALANCE DUE** $ 10,977.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through October 2, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.90 | $ 875.00 | $ 787.50 |
| | | | |
| **Total Services** | | | $ 787.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 787.50 |
| **BALANCE DUE** | $ 787.50 |

EFH SEC MATTERS
92772-00031

_____

Detail Services:

10/02/16
  0.90     LITTLE, ROBERT B              $875.00     $787.50   REVIEW AND REVISE FORM 8-K.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 27, 2016**

**Invoice No. 2016104534**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $   7,613.00 | $      0.00 | $   7,613.00 |
|  | **Totals** | $   7,613.00 | $      0.00 | $   7,613.00 |
|  | **Current Balance Due** |  |  | $   7,613.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 02/04/16 | 2016043423 | $   6,875.80 | $      0.00 | $   6,875.80 |
| 92772-00048 | 03/04/16 | 2016043438 | 8,237.10 | 0.00 | 8,237.10 |
| 92772-00048 | 04/18/16 | 2016043063 | 17,596.30 | 0.00 | 17,596.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00048 | 05/06/16 | 2016051488 | 8,680.00 | 0.00 | 8,680.00 |
| 92772-00048 | 06/13/16 | 2016062424 | 2,533.30 | 0.00 | 2,533.30 |
| 92772-00048 | 07/21/16 | 2016073147 | 11,552.10 | 0.00 | 11,552.10 |
| 92772-00048 | 08/12/16 | 2016080823 | 12,915.10 | 0.00 | 12,915.10 |
| 92772-00048 | 10/12/16 | 2016103886 | 559,043.00 | 0.00 | 559,043.00 |

**PREVIOUS BALANCE DUE**                                              $ 627,432.70

**TOTAL OUTSTANDING BALANCE DUE**                        $ 635,045.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 27, 2016**

**Invoice No. 2016104534**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00048 | TCEH Going Public Transactions | $   7,613.00 | $      0.00 | $   7,613.00 |
|  | **Totals** | $   7,613.00 | $      0.00 | $   7,613.00 |
|  | **Current Balance Due** |  |  | $   7,613.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 27, 2016**                                          **Invoice No. 2016104534**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | | Costs | Balance Due |
|---|---|---|---|---|---|---|
| 92772-00048 | 02/04/16 | 2016043423 | $ 6,875.80 | $ | 0.00 | $ 6,875.80 |
| 92772-00048 | 03/04/16 | 2016043438 | 8,237.10 | | 0.00 | 8,237.10 |
| 92772-00048 | 04/18/16 | 2016043063 | 17,596.30 | | 0.00 | 17,596.30 |
| 92772-00048 | 05/06/16 | 2016051488 | 8,680.00 | | 0.00 | 8,680.00 |
| 92772-00048 | 06/13/16 | 2016062424 | 2,533.30 | | 0.00 | 2,533.30 |
| 92772-00048 | 07/21/16 | 2016073147 | 11,552.10 | | 0.00 | 11,552.10 |
| 92772-00048 | 08/12/16 | 2016080823 | 12,915.10 | | 0.00 | 12,915.10 |
| 92772-00048 | 10/12/16 | 2016103886 | 559,043.00 | | 0.00 | 559,043.00 |

**PREVIOUS BALANCE DUE**                    $ 627,432.70

**TOTAL OUTSTANDING BALANCE DUE**           $ 635,045.70

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

For Services Rendered Through October 2, 2016

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JONATHAN M. WHALEN | 10.20 | $ 675.00 | $  6,885.00 |
| CAITLIN A. CALLOWAY | 1.30 | 560.00 | 728.00 |
| **Total Services** | | | $  7,613.00 |
| **Total Services, Costs/Charges** | | | 7,613.00 |
| **BALANCE DUE** | | | $   7,613.00 |

TCEH GOING PUBLIC TRANSACTIONS
92772-00048

---

Detail Services:

10/01/16
0.70    CALLOWAY, CAITLIN A    $560.00    $392.00    EMAILS WITH OPPOSING COUNSEL REGARDING CLOSING OF EMERGENCE TRANSACTIONS.

10/02/16
10.20    WHALEN, JONATHAN M    $675.00    $6,885.00    WORK ON CLOSING AGENDA (1.6); EMAILS REGARDING PREFCO CONTRIBUTION AGREEMENT (.3); WORK ON EMERGENCE 8-K (1.4); PHONE CALLS RE EMERGENCE MATTERS (3.4); EMAILS WITH AST REGARDING EQUITY DISTRIBUTION MECHANICS AND TRANSFER AGENT DOCUMENTS (1.7); FINALIZE EMERGENCE DOCUMENTS (1.8).

0.60    CALLOWAY, CAITLIN A    $560.00    $336.00    EMAILS WITH OPPOSING COUNSEL REGARDING CLOSING OF EMERGENCE TRANSACTIONS.