## Exhibit H

**Detailed Description of Expenses and Disbursements**

**<u>Exhibit H-1</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062421**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $     0.00 | $  1,725.55 | $  1,725.55 |
|  | **Totals** | $    0.00 | $  1,725.55 | $  1,725.55 |
|  | **Current Balance Due** |  |  | $  1,725.55 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 04/18/16 | 2016043066 | $    0.00 | $  2,075.00 | $  2,075.00 |
| 92772-00042 | 05/06/16 | 2016051491 | 0.00 | 1,913.10 | 1,913.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: June 13, 2016                                                                 Invoice No. 2016062421

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                  $   3,988.10

**TOTAL OUTSTANDING BALANCE DUE**                         $   5,713.65

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2016**

**Invoice No. 2016062421**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $ 0.00 | $ 1,725.55 | $ 1,725.55 |
|  | **Totals** | $ 0.00 | $ 1,725.55 | $ 1,725.55 |
|  | **Current Balance Due** |  |  | $ 1,725.55 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 04/18/16 | 2016043066 | $ 0.00 | $ 2,075.00 | $ 2,075.00 |
| 92772-00042 | 05/06/16 | 2016051491 | 0.00 | 1,913.10 | 1,913.10 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   3,988.10

**TOTAL OUTSTANDING BALANCE DUE**                          $   5,713.65

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| FILING FEES | $ | 1,650.00 |
| IN HOUSE DUPLICATION | | 56.90 |
| MESSENGER AND COURIER EXPENSE | | 18.65 |
| **Total Costs/Charges** | | 1,725.55 |
| | | |
| **BALANCE DUE** | $ | 1,725.55 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
Filing Fees

| 05/04/16 | 825.00 | VENDOR: CAPITOL SERVICES, INC. INVOICE#: 3068589 DATE: 5/4/2016  ACCT#3155/FILING FEES/LA FRONTERA HOLDINGS, LLC - DELAWARE CORRECTED CERTIFICATE OF MERGER FILING |
|---|---|---|
| 05/04/16 | 825.00 | VENDOR: CAPITOL SERVICES, INC. INVOICE#: 3068597 DATE: 5/4/2016  ACCT#3155/FILING FEES/FPLE FORNEY PIPELINE, LLC; DELAWARE CERTIFICATE OF AMENDMENT FILING |

In House Duplication

| 05/18/16 | 29.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/18/16 |
|---|---|---|
| 05/19/16 | 25.40 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/19/16 |
| 05/20/16 | 2.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/20/16 |

Messenger and Courier Expense

| 04/19/16 | 18.65 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20160422 DATE: 4/22/2016  SHIP DATE 04/19/2016  AIRBILL NO: 802656072610  FROM: TOBY GENTRY, EXNET LEGAL COPY, DALLAS, TX  TO: AMY E, BALCH & BINGHAM LLP, BIRMINGHAM, AL |
|---|---|---|

**<u>Exhibit H-2</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016073149**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $ 0.00 | $ 3,999.03 | $ 3,999.03 |
|  | **Totals** | $ 0.00 | $ 3,999.03 | $ 3,999.03 |
|  | **Current Balance Due** |  |  | $ 3,999.03 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 05/06/16 | 2016051491 | $ 0.00 | $ 1,913.10 | $ 1,913.10 |
| 92772-00042 | 06/13/16 | 2016062421 | 0.00 | 1,725.55 | 1,725.55 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    3,638.65

**TOTAL OUTSTANDING BALANCE DUE**                          $    7,637.68

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 21, 2016**

**Invoice No. 2016073149**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $   3,999.03 | $   3,999.03 |
|  | **Totals** | $    0.00 | $   3,999.03 | $   3,999.03 |
|  | **Current Balance Due** |  |  | $   3,999.03 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 05/06/16 | 2016051491 | $    0.00 | $   1,913.10 | $   1,913.10 |
| 92772-00042 | 06/13/16 | 2016062421 | 0.00 | 1,725.55 | 1,725.55 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 21, 2016**                                                                 **Invoice No. 2016073149**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                   $   3,638.65

**TOTAL OUTSTANDING BALANCE DUE**                          $   7,637.68

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL | |
|---|---|---|
| IN HOUSE DUPLICATION | 103.60 | |
| MEALS | 95.76 | |
| MESSENGER AND COURIER EXPENSE | 19.32 | |
| OUTSIDE DUPLICATION AND BINDING | 3,780.35 | |
| **Total Costs/Charges** | | 3,999.03 |
| **BALANCE DUE** | | $   3,999.03 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

Detail Costs/Charges:
In House Duplication

| | | |
|---|---|---|
| 06/02/16 | 0.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/02/16 |
| 06/09/16 | 103.10 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/09/16 |

Meals

| | | |
|---|---|---|
| 06/28/16 | 95.76 | VENDOR: AU BON PAIN DBA FGR RESTAURANTS LP INVOICE#: 628161 DATE: 6/28/2016  MEALS/LUNCH FOR EFH MEETING |

Messenger and Courier Expense

| | | |
|---|---|---|
| 05/26/16 | 19.32 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20160603 DATE: 6/3/2016  SHIP DATE 05/26/2016  AIRBILL NO: 783217258306  FROM: TOBY GENTRY, EXACT LEGAL, DALLAS, TX TO: AMY E BENSCHOTER, BALCH+BINGAM LLP, BIRMINGHAM, AL |

Outside Duplication and Binding

| | | |
|---|---|---|
| 04/19/16 | 3,780.35 | VENDOR: EXACT LEGAL COPY SERVICES LLC INVOICE#: 7349 DATE: 4/19/2016  GIBSON DUNN/OUTSIDE DUPLICATION AND BINDING/HEAVY LITIGATION SCANNING; CD AUTHORING; FILE NAMING. |

**Exhibit H-3**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016082347**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $     0.00 | $  10,844.81 | $  10,844.81 |
| | **Totals** | $     0.00 | $  10,844.81 | $  10,844.81 |
| | **Current Balance Due** | | | $  10,844.81 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 07/21/16 | 2016073149 | $     0.00 | $  3,999.03 | $   3,999.03 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                              $   3,999.03

**TOTAL OUTSTANDING BALANCE DUE**                    $   14,843.84

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 12, 2016**

**Invoice No. 2016082347**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  10,844.81 | $  10,844.81 |
|  | **Totals** | $    0.00 | $  10,844.81 | $  10,844.81 |
|  | **Current Balance Due** |  |  | $  10,844.81 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 12, 2016**                                                          **Invoice No. 2016082347**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 07/21/16 | 2016073149 | $    0.00 | $  3,999.03 | $    3,999.03 |

**PREVIOUS BALANCE DUE**                                                                $    3,999.03

**TOTAL OUTSTANDING BALANCE DUE**                                          $   14,843.84

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

| COSTS/CHARGES | TOTAL |
|---|---|
| EDISCOVERY DATABASE HOSTING FEES | 10,250.08 |
| OUTSIDE DUPLICATION AND BINDING | 594.73 |
| **Total Costs/Charges** | 10,844.81 |
| **BALANCE DUE** | $  10,844.81 |


**Invoice Date: August 12, 2016**                                              **Invoice No. 2016082347**

**Due and Payable Upon Receipt**

TCEH EXPENSES AND DISBURSEMENTS
92772-00042
_____

Detail Costs/Charges:
eDiscovery Database Hosting Fees
  07/28/16        10,250.08   JULY_2016-EDISCOVERY_DATABASE_HOSTING_FEES-
                                    C/M_92772-00054-
                                    (MONTHLY_EDISCOVERY_DATABASE_HOSTING_FEES)


Outside Duplication and Binding
  05/27/16          594.73   VENDOR: EXACT LEGAL COPY SERVICES LLC INVOICE#: 7387
                                    DATE: 5/27/2016  OUTSIDE DUPLICATION AND
                                    BINDING/DOCUMENT SCANNING, CD AUTHORING

**Exhibit H-4**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016093585**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $      0.00 | $  23,401.33 | $  23,401.33 |
| | **Totals** | $     0.00 | $  23,401.33 | $  23,401.33 |
| | **Current Balance Due** | | | $  23,401.33 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 07/21/16 | 2016073149 | $     0.00 | $   3,999.03 | $   3,999.03 |
| 92772-00042 | 08/12/16 | 2016082347 | 0.00 | 10,844.81 | 10,844.81 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $\underline{\text{\$ 14,843.84}}$

**TOTAL OUTSTANDING BALANCE DUE** $\underline{\text{\$ 38,245.17}}$

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 13, 2016**

**Invoice No. 2016093585**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  23,401.33 | $  23,401.33 |
|  | **Totals** | $    0.00 | $  23,401.33 | $  23,401.33 |
|  | **Current Balance Due** |  |  | $  23,401.33 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 13, 2016**                                                    **Invoice No. 2016093585**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00042 | 07/21/16 | 2016073149 | $ 0.00 | $ 3,999.03 | $ 3,999.03 |
| 92772-00042 | 08/12/16 | 2016082347 | 0.00 | 10,844.81 | 10,844.81 |

**PREVIOUS BALANCE DUE** $ 14,843.84

**TOTAL OUTSTANDING BALANCE DUE** $ 38,245.17

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| DOCUMENT RETRIEVAL SERVICE | 81.00 |
| EDISCOVERY DATABASE HOSTING FEES | 22,574.29 |
| TRAVEL - AIR & RAIL | 711.21 |
| TRAVEL - TAXI & OTHER MODES/MILES | 34.83 |
| **Total Costs/Charges** | 23,401.33 |
| **BALANCE DUE** | $ 23,401.33 |

**Due and Payable Upon Receipt**

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:

Document Retrieval Service

| 08/17/16 | 68.80 | PACER  07/11/2016  07/14/2016  07/20/2016  07/21/2016  07/25/2016 07/27/2016  07/29/2016  COURT RESEARCH |

| 08/17/16 | 12.20 | PACER  07/06/2016  07/12/2016  07/22/2016  07/25/2016  07/28/2016 07/29/2016  COURT RESEARCH |

eDiscovery Database Hosting Fees

| 08/26/16 | 22,574.29 | AUGUST_2016-EDISCOVERY_DATABASE_HOSTING_FEES-C/M_92772-00054-(MONTHLY_EDISCOVERY_DATABASE_HOSTING_FEES) |

Travel - Air & Rail

| 08/17/16 | 711.21 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20160901-4 DATE: 8/21/2016  TRAVEL INVOICE#/DATE: 157645 08/17/2016 TICKET NO: 2438989017 |

Travel - Taxi & Other Modes/Miles

| 08/23/16 | 9.90 | VENDOR: UBER TECHNOLOGIES, INC. INVOICE#: 2016-08-26 DATE: 8/26/2016  TRIP ID 57BBA6B9 08/23/2016 RUSSELL FALCONER FROM 7762-7786 HERB KELLEHER WAY, DALLAS, TX 75235, USA TO 4432 GREENBRIER DR, DALLAS, TX 75225, USA |

| 08/23/16 | 24.93 | VENDOR: UBER TECHNOLOGIES, INC. INVOICE#: 2016-08-26 DATE: 8/26/2016  TRIP ID 2DC295DD 08/23/2016 RUSSELL FALCONER FROM 318 S 9TH ST, ST. LOUIS, MO 63102, USA TO E TERMINAL, ST. LOUIS, MO 63145, USA |

**Exhibit H-5**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 10, 2016**

**Invoice No. 2016103571**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  24,786.54 | $  24,786.54 |
|  | **Totals** | $    0.00 | $  24,786.54 | $  24,786.54 |
|  | **Current Balance Due** |  |  | $  24,786.54 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 08/12/16 | 2016082347 | $    0.00 | $  10,844.81 | $  10,844.81 |
| 92772-00042 | 09/13/16 | 2016093585 | 0.00 | 23,401.33 | 23,401.33 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $   34,246.14

**TOTAL OUTSTANDING BALANCE DUE**                              $   59,032.68

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 10, 2016**

**Invoice No. 2016103571**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $      0.00 | $  24,786.54 | $  24,786.54 |
|  | **Totals** | $    0.00 | $  24,786.54 | $  24,786.54 |
|  | **Current Balance Due** |  |  | $  24,786.54 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00042 | 08/12/16 | 2016082347 | $    0.00 | $  10,844.81 | $   10,844.81 |
| 92772-00042 | 09/13/16 | 2016093585 | 0.00 | 23,401.33 | 23,401.33 |

**PREVIOUS BALANCE DUE** $   34,246.14

**TOTAL OUTSTANDING BALANCE DUE** $   59,032.68

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL | |
|---|---|---|
| DOCUMENT RETRIEVAL SERVICE | 68.30 | |
| EDISCOVERY DATABASE HOSTING FEES | 15,002.85 | |
| FILING FEES | 1,484.04 | |
| MESSENGER AND COURIER EXPENSE | 55.02 | |
| OUTSIDE SERVICES/CONSULTANTS | 2,093.00 | |
| SPECIALIZED RESEARCH | 6,053.33 | |
| TRAVEL - PARKING | 30.00 | |
| **Total Costs/Charges** | | 24,786.54 |
| **BALANCE DUE** | | $ 24,786.54 |

**Due and Payable Upon Receipt**

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
Document Retrieval Service

| 09/15/16 | 52.70 | PACER  08/03/2016 - 08/05/2016  08/17/2016  08/23/2016  COURT RESEARCH |
|---|---|---|
| 09/15/16 | 15.60 | PACER  08/04/2016  08/15/2016  08/19/2016  08/21/2016 - 08/23/2016 COURT RESEARCH |

eDiscovery Database Hosting Fees

| 09/27/16 | 15,002.85 | SEPTEMBER_2016-EDISCOVERY_DATABASE_HOSTING_FEES-C/M_92772-00054-(MONTHLY_EDISCOVERY_DATABASE_HOSTING_FEES) |
|---|---|---|

Filing Fees

| 08/26/16 | 826.50 | VENDOR: CT CORPORATION SYSTEM INVOICE#: 15521750-RI DATE: 8/26/2016  CUST#1410938/FILING FEES/NAME RESERVATIONS FOR T-SIDE ENTITIES. |
|---|---|---|
| 09/01/16 | 499.75 | VENDOR: CT CORPORATION SYSTEM INVOICE#: 15589798-RI DATE: 9/1/2016  1410938/FILING FEES/AMENDMENT (CHANGE OF NAME) REGARDING TEX CP COMPANY LLC (DE) |
| 09/12/16 | 157.79 | VENDOR: CT CORPORATION SYSTEM INVOICE#: 15602235-RI DATE: 9/12/2016  CUST#1410938/FILING FEES/TCEH CORP. (DE)  - NAME RESERVATION - DELAWARE NAME RESERVATION - TEXAS |

Messenger and Courier Expense

| 09/12/16 | 55.02 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20160916 DATE: 9/16/2016  SHIP DATE 09/12/2016  AIRBILL NO: 807916587484  FROM: GIBSON DUNN AND CRUTCHER, DALLAS, TX  TO: ROBERT B LITTLE, GIBSON DUNN, DALLAS, TX |
|---|---|---|

Outside Services/Consultants

| 09/09/16 | 168.00 | VENDOR: CAPITAL IQ, INC. DBA S&P CAPITAL IQ LLC INVOICE#: 35186335 DATE: 9/9/2016  ACCT#8800056285/OUTSIDE SERVICES/CONSULTANTS/CUSIP NO. FOR TCEH CORP. |
|---|---|---|
| 09/16/16 | 1,000.00 | VENDOR: OTC MARKETS GROUP INC.; INVOICE#: 09/16/16; DATE: 9/16/2016  -  APPLICATION FEE FOR R.LITTLE TO SERVE AS OTCQX ADVISOR/L.MATTHEWS |
| 09/20/16 | 925.00 | VENDOR: JONATHAN WHALEN INVOICE#: 1417964609291904 |

DATE: 9/20/2016  OUTSIDE SERVICES AND
CONSULTANTS/AMERICAN BANK NOTE/FEE FOR SPECIMEN
STOCK CERTIFICATE FOR TCEH CORP.

Travel - Parking
 09/07/16              15.00    VENDOR: MICHAEL L. RAIFF INVOICE#: 1411274509291904 DATE:
                                9/7/2016  PARKING/DALLAS, TX/PARKING FOR MEETING AT EFH
                                RE PUC

**Due and Payable Upon Receipt**

**Exhibit H-6**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 27, 2016**

**Invoice No. 2016104553**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $  2,380.65 | $  2,380.65 |
|  | **Totals** | $    0.00 | $  2,380.65 | $  2,380.65 |
|  | **Current Balance Due** |  |  | $  2,380.65 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 10/10/16 | 2016103571 | $    0.00 | $  24,786.54 | $  24,786.54 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   24,786.54

**TOTAL OUTSTANDING BALANCE DUE**                           $   27,167.19

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 27, 2016**

**Invoice No. 2016104553**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 2, 2016**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $      0.00 | $   2,380.65 | $   2,380.65 |
|  | **Totals** | $    0.00 | $   2,380.65 | $   2,380.65 |
|  | **Current Balance Due** |  |  | $   2,380.65 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 27, 2016**                                                                **Invoice No. 2016104553**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00042 | 10/10/16 | 2016103571 | $    0.00 | $  24,786.54 | $  24,786.54 |

**PREVIOUS BALANCE DUE**                                              $  24,786.54

**TOTAL OUTSTANDING BALANCE DUE**                                    $   27,167.19

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| CERTIFIED COPIES | $ | 80.00 |
| FILING FEES | | 2,223.85 |
| MESSENGER AND COURIER EXPENSE | | 76.80 |
| **Total Costs/Charges** | | 2,380.65 |
| | | |
| **BALANCE DUE** | | $   2,380.65 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

Detail Costs/Charges:
Certified Copies

| 09/30/16 | 80.00 | VENDOR: CAPITOL SERVICES, INC. INVOICE#: 7067990 DATE: 9/30/2016  CLIENT#3155/CERTIFIED COPIES/DOCUMENT RETRIEVAL: GOOD STANDING CERTIFICATE REGARDING MODULAR WETLAND SYSTEMS, INC. AND BIO CLEAN ENVIRONMENTAL SERVICES, INC. |

Filing Fees

| 09/29/16 | 1,737.91 | VENDOR: CT CORPORATION SYSTEM INVOICE#: 15678470-RI DATE: 9/29/2016  CUST#1410938/FILING FEES/ANNAL REPORT AND DISBURSEMENTS REGARDING TCEH FINANCE, INC. (DE) AND TXU SEM COMPANY (DE) |
| 09/29/16 | 485.94 | VENDOR: CT CORPORATION SYSTEM INVOICE#: 15677674-RI DATE: 9/29/2016  CUSTOMER #1410938/FILING FEES/PRE-CLEARANCE-TEXAS; FILINGS REGARDING EFH CG HOLDINGS COMPANY LP (TX) AND EFH CORPORATE SERVICES COMPANY (TX) |

Messenger and Courier Expense

| 09/29/16 | 14.88 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20161001 DATE: 10/1/2016  SHIP DATE 09/29/2016  TRACKING NO: 1ZE330W9NT95703089  FROM: DEE DEE CHAFFIN, GIBSON, DUNN & CRUTCHER LLP, DALLAS, TX  TO: KEVIN BEGLEY, MILBANK, WASHINGTON, DC |
| 09/30/16 | 14.88 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20161008 DATE: 10/8/2016  SHIP DATE 09/30/2016  TRACKING NO: 1ZE330W9NT96745710  FROM: DEE DEE CHAFFIN, GIBSON, DUNN & CRUTCHER LLP, DALLAS, TX  TO: CORPORATE TRUST ADMI, DELAWARE TRUST COMPANY, WILMINGTON, DE |
| 10/01/16 | 21.84 | VENDOR: SPECIAL DELIVERY SERVICE, INC. INVOICE#: 516764 DATE: 10/1/2016  ACCT# 2146983100/MESSENGER AND COURIER EXPENSE/9/29/16, D. HOLDEN/GIBSON DUNN SENT TO ENERGY FUTURE HOLDINGS |
| 10/01/16 | 25.20 | VENDOR: SPECIAL DELIVERY SERVICE, INC. INVOICE#: 516764 DATE: 10/1/2016  ACCT# 2146983100/MESSENGER AND COURIER EXPENSE/9/28/16, N. VASAVADA/GIBSON DUNN SENT TO ENERGY FUTURE HOLDINGS |