# Exhibit J

**Summary of Total Fees Incurred and Hours Billed During the Final Fee Period**

## Attorneys and Paraprofessionals' Information

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Aaron Adams | Partner | Corporate | NY – 2001 | $19,002.50 | 19.5 | 0 | $1,045.00 | N/A | N/A |
| Daniel Angel | Partner | Corporate | NY – 2004 | $3,078.00 | 3.6 | 0 | $855.00 | N/A | N/A |
| Douglas M. Champion | Partner | Real Estate | CA – 2006 | $15,774.50 | 20.4 | 1 | $865.00 | N/A | N/A |
| Harlan P. Cohen | Partner | Corporate | TX – 1974 | $4,998.00 | 4.9 | 0 | $1,020.00 | $1,020.00 | $4,998.00 |
| Linda K. Curtis | Partner | Corporate | CA – 1989 | $10,756.50 | 10.1 | 0 | $1,065.00 | N/A | N/A |
| William B. Dawson | Partner | Litigation | TX – 1975 | $310,098.50 | 326.7 | 2 | $1,030.00 | $925.00 | $302,197.50 |
| Gareth T. Evans | Partner | Litigation | CA – 1988 | $15,260.00 | 14.0 | 0 | $1,090.00 | N/A | N/A |
| Andrew L. Fabens | Partner | Corporate | NY – 2001 | $20,570.00 | 19.6 | 1 | $1,100.00 | N/A | N/A |
| Stacie B. Fletcher | Partner | Litigation | VA – 2006<br>DC – 2007 | $805.50 | 0.9 | 0 | $895.00 | N/A | N/A |
| Amy L. Goodman | Partner | Corporate | MA – 1975<br>DC – 1999 | $860.00 | 0.8 | 0 | $1,075.00 | N/A | N/A |
| James C. Ho | Partner | Litigation | DC – 2001<br>TX – 2006 | $182,782.50 | 217.3 | 2 | $890.00 | $885.00 | $192,310.50 |
| William R. Hollaway | Partner | Corporate | DC – 2000 | $10,761.00 | 10.2 | 0 | $1,055.00 | N/A | N/A |
| Elizabeth A. Ising | Partner | Corporate | NC – 2000<br>DC – 2001 | $1,717.00 | 2.2 | 1 | $805.00 | $760.00 | $1,672.00 |
| Joseph Kattan | Partner | Litigation | DC – 1980 | $77,072.00 | 70.6 | 1 | $1,030.00 | N/A | N/A |
| Brian J. Lane | Partner | Corporate | MD – 1983<br>DC – 2000 | $5,005.50 | 4.5 | 2 | $1,170.00 | $1,085.00 | $4,882.50 |
| Robert B. Little | Partner | Corporate | TX – 1998 | $957,048.50 | 1,148.9 | 2 | $875.00 | $790.00 | $907,631.00 |
| Thomas J. McHenry | Partner | Litigation | NY – 1985<br>DC – 1987 | $37,807.50 | 35.5 | 0 | $1,065.00 | N/A | N/A |
| James J. Moloney | Partner | Corporate | CA – 1994 | $3,155.50 | 2.9 | 1 | $1,145.00 | $1,035.00 | $3,001.50 |

RLF1 15825616v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed<br>In this Fee Application | Hours Billed<br>In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed<br>In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Ronald O. Mueller | Partner | Corporate | NY – 1987<br>DC – 1989 | $468.00 | 0.4 | 0 | $1,170.00 | N/A | N/A |
| Stephen Nordhal | Partner | Corporate | NY – 1995 | $8,036.00 | 8.2 | 0 | $980.00 | N/A | N/A |
| John F. Olson | Partner | Corporate | DC – 1977 | $707.50 | 0.5 | 0 | $1,415.00 | N/A | N/A |
| Nicholas H. Politan Jr. | Partner | Corporate | CA – 1986<br>NY – 2000 | $6,352.50 | 5.5 | 0 | $1,155.00 | N/A | N/A |
| Michael L. Raiff | Partner | Litigation | TX – 1992 | $714,962.50 | 924.5 | 2 | $930.00 | $840.00 | $776,580.00 |
| Michael A. Rosenthal | Partner | Bankruptcy | IL – 1980<br>TX – 1985<br>NY – 2009 | $42,747.50 | 36.5 | 2 | $1,215.00 | $1,140.00 | $41,610.00 |
| M.S. Royall | Partner | Litigation | TX – 1991<br>DC – 1997 | $108.00 | 0.1 | 0 | $1,080.00 | N/A | N/A |
| Saptak Santra | Partner | Corporate | UK – 1999<br>Singapore – 2010 | $91,385.00 | 94.7 | 0 | $965.00 | N/A | N/A |
| Michael J. Scanlan | Partner | Corporate | DC – 1998 | $497.50 | 0.5 | 0 | $995.00 | N/A | N/A |
| William S. Scherman | Partner | Litigation | DC – 1984 | $5,737.50 | 5.1 | 0 | $1,125.00 | N/A | N/A |
| David L. Sinak | Partner | Tax | TX – 1979 | $30,934.50 | 28.7 | 2 | $1,110.00 | N/A | N/A |
| Jeffrey Trinklein | Partner | Tax | NY – 2007 | $1,764.00 | 1.8 | 0 | $980.00 | $980.00 | $1,764.00 |
| Robert C. Walters | Partner | Litigation | TX – 1983 | $1,600.50 | 1.6 | 0 | $1,020.00 | N/A | N/A |
| Janet M. Weiss | Partner | Corporate | NY – 1990 | $2,025.00 | 1.8 | 0 | $1,125.00 | N/A | N/A |
| Romina Weiss | Partner | Tax | NY – 1992 | $6,337.50 | 7.5 | 0 | $845.00 | $845.00 | $6,337.50 |
| Eric J. Wise | Partner | Bankruptcy | NY – 1999 | $873.00 | 0.9 | 0 | $970.00 | $970.00 | $873.00 |
| Robyn E. Zolman | Partner | Corporate | CO – 2002 | $552.00 | 0.6 | 0 | $920.00 | N/A | N/A |
| Lori I. Zyskowski | Partner | Corporate | CT – 1996<br>NY – 1998 | $682.50 | 0.7 | 0 | $975.00 | N/A | N/A |

RLF1 15825616v.1

J-2

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Janine Durand | Senior Of Counsel | Corporate | NJ – 1998<br>DC – 1999 | $28,880.00 | 36.1 | 0 | $800.00 | N/A | N/A |
| Ronald Kirk | Senior Of Counsel | Corporate | TX – 1979 | $1,850.00 | 2.0 | 0 | $925.00 | $925.00 | $1,850.00 |
| Jessica I. Basil | Of Counsel | Corporate | NY – 2000 | $11,488.50 | 13.5 | 1 | $855.00 | N/A | N/A |
| Andrew Cline | Of Counsel | Litigation | DC – 2000 | $25,244.50 | 37.8 | 1 | $745.00 | N/A | N/A |
| Jeffrey M. Jakubiak | Of Counsel | Corporate | NY – 1998<br>DC – 1998 | $3,760.00 | 4.7 | 0 | $855.00 | N/A | N/A |
| Ashley E. Johnson | Of Counsel | Litigation | NC – 2007<br>TX – 2009 | $156,138.00 | 226.1 | 2 | $715.00 | $740.00 | $167,314.00 |
| Gillian McPhee | Of Counsel | Corporate | MD – 1997<br>DC – 1998 | $2,748.50 | 3.3 | 1 | $845.00 | $790.00 | $2,607.00 |
| Eric M. Scarazzo | Of Counsel | Corporate | NY – 2006 | $38,988.00 | 45.6 | 0 | $855.00 | N/A | N/A |
| Jeffrey L. Steiner | Of Counsel | Corporate | MD – 2004<br>DC – 2006 | $2,829.50 | 4.1 | 1 | $685.00 | N/A | N/A |
| Christopher J. Babcock | Associate | Corporate | TX – 2011 | $16,535.50 | 27.7 | 1 | $625.00 | $555.00 | $15,373.50 |
| Allison Balick | Associate | Corporate | CA – 2009 | $1,365.00 | 2.1 | 0 | $650.00 | $650.00 | $1,365.00 |
| Gregory S. Belliston | Associate | Corporate | UT – 2002<br>DC – 2012 | $1,160.00 | 1.6 | 0 | $725.00 | $725.00 | $1,160.00 |
| Dina R. Bernstein | Associate | Corporate | CA – 2006 | $780.00 | 1.2 | 0 | $650.00 | N/A | N/A |
| Matthew G. Bouslog | Associate | Bankruptcy | CA – 2011 | $180,317.00 | 303.2 | 2 | $675.00 | $555.00 | $168,276.00 |
| Caitlin A. Calloway | Associate | Corporate | TX – 2012 | $92,560.00 | 179.0 | 2 | $560.00 | $435.00 | $77,865.00 |
| Michael Q. Cannon | Associate | Tax | TX – 2012 | $33,788.00 | 56.2 | 2 | $650.00 | N/A | N/A |
| Katherine E. Cournoyer | Associate | Corporate | NY - 2012<br>TX – 2014 | $92,237.50 | 165.5 | 1 | $625.00 | $555.00 | $91,852.50 |
| Mark H. Dreschler | Associate | Unassigned | CA – 2014 | $31,500.50 | 68.3 | 0 | $535.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed In this Fee Application | Hourly Rate Billed In the First Interim Fee Application | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Russell H. Falconer | Associate | Litigation | TX – 2009 | $275,153.50 | 438.1 | 2 | $650.00 | $535.00 | $234,383.50 |
| Timothy P. Fisher | Associate | Corporate | TX – 2013 | $404,855.50 | 796.2 | 1 | $535.00 | N/A | N/A |
| Scott J. Fulford | Associate | Unassigned | TX – 2012 | $8,127.00 | 12.9 | 0 | $440.00 | N/A | N/A |
| Samuel A. Goldberg | Associate | Unassigned | NY – 2014 | $763.00 | 1.4 | 0 | $545.00 | $545.00 | $763.00 |
| Jeremy L. Graves | Associate | Litigation | CO – 2012 | $20,049.00 | 28.2 | 2 | $790.00 | $710.00 | $20,022.00 |
| Kyle N. Guest | Associate | Unassigned | TX – 2015 DC - 2016 | $12,432.00 | 25.9 | 0 | $480.00 | N/A | N/A |
| Krista P. Hanvey | Associate | Corporate | TX – 2009 | $27,653.50 | 39.2 | 1 | $770.00 | N/A | N/A |
| Madison A. Jones | Associate | Corporate | TX – 2011 | $6,831.00 | 13.8 | 0 | $495.00 | N/A | N/A |
| Kathryn A. Kelly | Associate | Tax | NY - 2011 | $3,407.50 | 4.7 | 0 | $725.00 | $725.00 | $3,407.50 |
| Sidhant Kumar | Associate | Corporate | India – 2015 Singapore – 2015 | $1,485.00 | 3.0 | 0 | $495.00 | N/A | N/A |
| Rama T. Lagadapati | Associate | Litigation | CA – 2011 | $5,087.50 | 8.5 | 0 | $625.0 | N/A | N/A |
| Paige M. Lager | Associate | Unassigned | Not Yet Admitted to Bar | $2,747.00 | 6.7 | 0 | $410.00 | N/A | N/A |
| Emily Lieberman | Associate | Corporate | NY – 2013 CA – 2014 | $5,212.50 | 7.5 | 0 | $695.00 | N/A | N/A |
| Eun-Sung Lim | Associate | Unassigned | CA – 2015 | $8,137.00 | 20.6 | 0 | $395.00 | N/A | N/A |
| U-Shaun Lim | Associate | Corporate | UK – 2008 Singapore – 2015 | $10,230.00 | 12.4 | 0 | $825.00 | N/A | N/A |
| Louis J. Matthews | Associate | Corporate | NY – 2014 | $137,340.00 | 228.9 | 0 | $600.00 | N/A | N/A |
| Timothy P. Mullins | Associate | Unassigned | CA – 2013 | $484.00 | 1.1 | 0 | $440.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed<br>In this Fee Application | Hours Billed<br>In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed<br>In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Robert Nichols | Associate | Litigation | CA – 2012<br>DC – 2014 | $38,025.00 | 69.1 | 1 | $650.00 | N/A | N/A |
| Gregory A. Odegaard | Associate | Corporate | NY - 2010<br>TX – 2012 | $7,150.00 | 11.0 | 0 | $650.00 | $650.00 | $7,150.00 |
| Joseph A. Orien | Associate | Corporate | TX – 2013 | $27,071.50 | 60.7 | 2 | $535.00 | N/A | N/A |
| Jean Y. Park | Associate | Unassigned | CA – 2014 | $368.00 | 0.8 | 0 | $460.00 | N/A | N/A |
| Melissa L. Persons | Associate | Corporate | TX – 2009<br>Singapore – 2015 | $54,579.00 | 67.8 | 0 | $805.00 | N/A | N/A |
| Kasey L. Robinson | Associate | Corporate | VA - 2011<br>DC – 2012 | $1,609.50 | 2.9 | 0 | $555.00 | $555.00 | $1,609.50 |
| Aliya J. Sanders | Associate | Corporate | NY – 2014 | $1,105.00 | 1.7 | 0 | $650.00 | N/A | N/A |
| Sean Sandoloski | Associate | Litigation | TX – 2011 | $4,221.00 | 6.7 | 0 | $555.00 | N/A | N/A |
| Prerak G. Shah | Associate | Litigation | TX – 2010 | $6,817.50 | 10.1 | 0 | $675.00 | N/A | N/A |
| Emily B. Speak | Associate | Corporate | CA – 2013 | $13,596.00 | 30.9 | 0 | $440.00 | $440.00 | $13,596.00 |
| William T. Thompson | Associate | Litigation | TX – 2013 | $163,034.50 | 365.5 | 2 | $505.00 | N/A | N/A |
| Chelsea G. Thompson-Glover | Associate | Unassigned | TX – 2015 | $1,975.00 | 5.0 | 0 | $395.00 | N/A | N/A |
| Lauren A. Traina | Associate | Unassigned | CA – 2014 | $33,134.00 | 71.9 | 0 | $535.00 | N/A | N/A |
| Jennafer M. Tryck | Associate | Litigation | AK – 2013<br>CA – 2013 | $390.00 | 0.6 | 0 | $650.00 | N/A | N/A |
| Needhi N. Vasavada | Associate | Unassigned | TX – 2014 | $184,002.00 | 397.6 | 1 | $480.00 | N/A | N/A |
| William C. Vaughn | Associate | Litigation | TX – 2013 | $37,740.00 | 73.0 | 2 | $505.00 | N/A | N/A |
| Elizabeth M. Viney | Associate | Litigation | LA – 2011<br>TX – 2011 | $98,773.00 | 176.0 | 2 | $565.00 | $485.00 | $85,360.00 |
| John-Paul Vojtisek | Associate | Tax | NY – 2006 | $30,678.00 | 43.2 | 1 | $740.00 | $710.00 | $30,672.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Shira D. Weiner | Associate | Bankruptcy | NY – 2003 | $4,536.00 | 7.2 | 0 | $795.00 | $795.00 | $4,536.00 |
| Jonathan M. Whalen | Associate | Corporate | TX – 2009 | $576,542.50 | 893.0 | 2 | $675.00 | $575.00 | $513,475.00 |
| Liron Kishinevsky | Summer Associate | Unassigned | N/A | $5,031.00 | 25.8 | 0 | $195.00 | N/A | N/A |
| Rani Biswas | Law Clerk | Unassigned | N/A | $7,210.10 | 32.5 | 1 | $245.00 | N/A | N/A |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | Bankruptcy | N/A | $252,670.00 | 641.0 | 2 | $410.00 | $380.00 | $243,580.00 |
| Susan M. Dale | Paralegal. Joined firm as a Paralegal in 1998. | Litigation | N/A | $4,252.50 | 13.5 | 0 | $315.00 | N/A | N/A |
| Linda S. Gee | Paralegal. Joined firm as a Paralegal in 2012. | Litigation | N/A | $262.50 | 0.7 | 0 | $420.00 | N/A | N/A |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | Litigation | N/A | $15,231.30 | 42.3 | 0 | $385.00 | $355.00 | $15,016.50 |
| Louie S. Hopkins | Paralegal. Joined firm as a Paralegal in 1998. | Corporate | N/A | $81.00 | 0.2 | 0 | $405.00 | N/A | N/A |
| Stephanie S. Kann | Paralegal. Joined firm as a Paralegal in 2002. | Corporate | N/A | $2,394.00 | 5.7 | 0 | $420.00 | N/A | N/A |
| Glen D. Middleton | Paralegal. Joined firm as a Paralegal in 2011. | Real Estate | N/A | $16,849.00 | 40.6 | 0 | $415.00 | N/A | N/A |
| Daniel Quevedo | Paralegal. Joined firm as a Paralegal in 2015. | Real Estate | N/A | $7,680.00 | 16.0 | 0 | $480.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Vanessa Bratcher | Manager, Global Practice Services. Joined firm 2005. | Research and Information Management | N/A | $2,082.00 | 4.9 | 1 | $390.00 | N/A | N/A |
| Corey E. Green | eDiscovery Senior Analyst | Research and Information Management | N/A | $11,905.00 | 35.7 | 1 | $380.00 | N/A | N/A |
| Carla Jones | Research Analyst. Joined firm in 1999. | Research and Information Management | N/A | $900.00 | 4.2 | 1 | $240.00 | N/A | N/A |
| Christopher Karnes | EDiscovery Specialist. Joined Firm in 2012. | Research and Information Management | N/A | $11,926.00 | 33.1 | 1 | $360.00 | N/A | N/A |
| Robert King | Manager, Corporate Research | Research and Information Management | N/A | $230.00 | 1.0 | 0 | $230.00 | N/A | N/A |
| Erin E. Kurinsky | Research Analyst | Research and Information Management | N/A | $189.00 | 0.9 | 0 | $210.00 | N/A | N/A |
| Stephen S. Neal | eDiscovery Specialist | Research and Information Management | N/A | $17,453.50 | 47.5 | 1 | $405.00 | N/A | N/A |
| Reed Nelson | Research Manager | Research and Information Management | N/A | $92.00 | 0.4 | 0 | $230.00 | N/A | N/A |
| Christopher A. Sasso | eDiscovery Specialist | Research and Information Management | N/A | $328.50 | 0.9 | 0 | $365.00 | N/A | N/A |
| Marc E. Schneider | EDiscovery Specialist. Joined Firm in 2015. | Research and Information Management | N/A | $46,368.00 | 128.8 | 0 | $360.00 | N/A | N/A |
| Daniel Y. Shin | EDiscovery Specialist. Joined Firm in 2015. | Research and Information Management | N/A | $3,001.70 | 8.9 | 0 | $338.00 | N/A | N/A |
| **Carryover from Third Interim Fee Application*** | | | | **$14,179.50** | | | | | |
| **Voluntary Reduction** | | | | **($109,282.15)** | | | | | |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| **TOTAL (professionals and paraprofessionals)**\*\* | | | | $5,840,871.45 | 9,238.6 | | | | |
| **TOTAL (professionals)**\*\* | | | | $5,434,734.35 | 8,154.0 | | | | |
| **TOTAL (paraprofessionals)**\*\* | | | | $406,137.10 | 1,084.6 | | | | |
| **Blended Rate (including paraprofessionals)**\*\* | | | | | | | $632.22 | $679.20 | |
| **Blended Rate (excluding paraprofessionals)**\*\* | | | | | | | $666.51 | $688.83 | |

\* These fees were carried forward from Gibson Dunn's Third Interim Fee Application (due to errors in certain billing rates) and approved as part of the Fourth Interim Fee Application.

\*\* This does not include Gibson Dunn's estimate of $50,000 for Application-related fees.