# Exhibit K

## Summary of Actual and Necessary Expenses for the Final Fee Period

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| Arbitrator/Special Master | $1,945.00 |
| Certified Copies | $80.00 |
| Document Retrieval Service | $291.70 |
| Document Search and Retrieval | $416.50 |
| EDiscovery Database Hosting Fees | $47,827.22 |
| Filing Fees | $9,238.76 |
| In house Duplication | $2,762.70 |
| Lodging | $1,555.01 |
| Meals | $873.90 |
| Messenger and Courier Service | $574.48 |
| Outside Duplication and Binding | $5,558.97 |
| Outside Process Server | $22.18 |
| Outside Service/Consultants | $129,216.63 |
| Searches-(UCC & Others) | $205.95 |
| Specialized Research | $6,053.33 |
| Telephone Charges | $73.50 |
| Travel - Air & Rail | $5,229.78 |
| Travel - Parking | $307.03 |
| Travel - Taxi | $369.32 |
| **SubTotal** | **$212,601.96** |
| **Voluntary Reduction** | **($1,424.07)** |
| **Grand Total** | **$211,177.89** |