# Exhibit L

**Summary of Fees and Expenses by Matter for the Final Fee Period**

RLF1 15825616v.1

## Summary of Fees and Expenses by Matter for the Fee Period

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| Applicable to All Debtors | | | | | | | |
| 12 | Tax Analysis | 260.0 | 40.0 | $181,000.00 | $30,401.50 | | |
| 25 | Public Policy Advice | 54.0 | 1.5 | $40,500.00 | $1,387.50 | | |
| 30 | Employment and Fee Applications | 1120.0 | 995.2 | $684,000.00 | $467,585.50 | | |
| 46 | Budget-Related Work | 84.0 | 34.8 | $58,000.00 | $22,645.00 | | |
| Applicable to TCEH Debtors | | | | | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 11.0 | 10.1 | $11,000.00 | $10,771.50 | | |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 1,010.0 | 823.7 | $686,000.00 | $523,011.50 | | |
| 13 | Litigation: FOIA Disputes and EPA Matters | 104.0 | 102.0 | $73,990.00 | $66,048.00 | | |
| 16 | Litigation: Sierra Club - Eastern District of Texas | 78.0 | 53.7 | $61,120.00 | $43,576.00 | | |
| 17 | Litigation: Sierra Club – Western District of Texas | 398.00 | 342.8 | $275,000.00 | $235,195.30 | | |
| 18 | Litigation: NSR Case | 930.0 | 1,369.2 | $750,000.00 | $1,023,151.00 | | |
| 22 | Litigation: 2004 FPL Lawsuit | 70.0 | 45.6 | $49,140.00 | $30,948.50 | | |
| 23 | Litigation: 2011 FPL Lawsuit | 100.0 | 63.0 | $65,300.00 | $47,420.50 | | |
| 24 | Litigation: FPL Offer Curves Dispute | 280.0 | 4.9 | $210,000.00 | $4,299.50 | | |
| 36 | TCEH Case Administration* | N/A | 0.7 | N/A | $441.50 | | |
| 41 | SEC Matters | 390.0 | 7.7 | $230,000.00 | $5,643.50 | | |
| 42 | Expenses and Disbursements | | | | $0.00 | $210,186.57 | |
| 43 | Corporate Matters | 1,415.0 | 441.9 | $1,076,000.00 | $303,296.00 | | |
| 44 | Non-Working Travel | 15.0 | 2.5 | $12,500.00 | $1,050.00 | | |
| 48 | TCEH Going Public Transactions | 3,460.0 | 1,842.2 | $2,650,000.00 | $1,117,917.50 | | |
| 49 | TCEH Notes Offering | 885.0 | 31.5 | $600,000.00 | $29,654.50 | | |
| 50 | Project Longhorn | 1,698.0 | 1,590.5 | $1,139,845.00 | $1,036,480.10 | | |
| 52 | Project Titan | 86.0 | 19.4 | $62,500.00 | $14,548.00 | | |
| 53 | Horseshoe Bend | 480.0 | 45.4 | $375,000.00 | $40,270.00 | | |
| 54 | PUC RFI | 375.0 | 290.4 | $300,000.00 | $143,355.20 | | |
| Applicable to EFIH Debtors | | | | | | | |

| Matter No. | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| 27 | First Lien DIP Exchange Offer | 100.0 | 98.6 | $68,000.00 | $67,412.50 | | |
| 28 | Second Lien DIP Tender Offer | 65.0 | 64.4 | $45,000.00 | $43,927.00 | | |
| 29 | Second Lien DIP Notes Offering | 310.0 | 306.2 | $205,000.00 | $203,244.00 | | |
| 34 | SEC Matters | 321.0 | 7.8 | $179,000.00 | $5,085.50 | | |
| 35 | Corporate Matters | 373.0 | 9.5 | $220,000.00 | $7,022.00 | | |
| 39 | Expenses and Disbursements | | | | $0.00 | $355.10 | |
| Applicable to EFH Debtors | | | | | | | |
| 31 | SEC Matters | 591.0 | 290.0 | $391,000.00 | $214,900.00 | | |
| 32 | Corporate Matters | 783.0 | 303.4 | $512,000.00 | $195,286.00 | | |
| 39 | Expenses and Disbursements | | | | $0.00 | $2,060.290 | |
| Carryover from Third Interim Fee Application** | | | | | $14,179.50 | | |
| Voluntary Reduction | | | | | ($109,282.15) | ($1,424.07) | |
| Estimate of Application-Related Fees | | | | | $50,000.00 | ($1,424.07) | |
| **Totals** | | **12,475.0** | **2,169.3** | **$8,799,345.00** | **$5,890,871.45** | **$211,177.89** | **$6,102,049.34** |

\*  This category includes a small amount of work attributable to matter number 48 that was inadvertently recorded under this matter

\*\* These fees were carried forward from Gibson Dunn's Third Interim Fee Application (due to errors in certain billing rates) and approved as part of the Fourth Interim Fee Application.