**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 19, 2014 TO OCTOBER 3, 2016**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Brady, Philip | Senior Managing Director | $570 | 37.0 | $21,090.00 |
| Cavicchi, Joseph | Senior Managing Director | 685 | 184.6 | 126,451.00 |
| Chertok, Mark | Senior Managing Director | 750 | 15.7 | 11,775.00 |
| Conly, Albert S | Senior Managing Director | 925 | 26.1 | 24,142.50 |
| Davido, Scott | Senior Managing Director | 830 [1] | 289.7 | 240,587.50 |
| Diaz, Matthew | Senior Managing Director | 952 [1] | 1,448.1 | 1,378,062.50 |
| Eisenband, Michael | Senior Managing Director | 942 [1] | 224.0 | 210,930.00 |
| Grant, Kenneth | Senior Managing Director | 651 [1] | 274.7 | 178,850.00 |
| Joffe, Steven | Senior Managing Director | 944 [1] | 354.6 | 334,875.00 |
| Jones, Scott | Senior Managing Director | 971 [1] | 238.2 | 231,322.50 |
| Reishus, David | Senior Managing Director | 702 [1] | 15.7 | 11,022.00 |
| Scruton, Andrew | Senior Managing Director | 950 [1] | 818.7 | 778,055.50 |
| Simms, Steven | Senior Managing Director | 940 [1] | 418.1 | 392,961.50 |
| Smith, Ellen | Senior Managing Director | 675 | 21.0 | 14,175.00 |
| Star, Samuel | Senior Managing Director | 925 | 0.5 | 462.50 |
| Tranen, Jeffrey | Senior Managing Director | 730 [1] | 514.3 | 375,360.00 |
| Brill, Glenn | Managing Director | 675 | 3.0 | 2,025.00 |
| Cordasco, Michael | Managing Director | 779 [1] | 1,212.0 | 944,071.00 |
| Greenberg, Mark | Managing Director | 787 [1] | 1,244.6 | 979,878.00 |
| Lemon, Andrew | Managing Director | 650 | 25.0 | 16,250.00 |
| Park, Ji Yon | Managing Director | 755 [1] | 985.0 | 743,339.00 |
| Wang, Patrick | Managing Director | 650 | 26.8 | 17,420.00 |
| Yozzo, John | Managing Director | 705 | 2.5 | 1,762.50 |
| Arsenault, Ronald | Senior Director | 522 [1] | 1,188.6 | 620,975.00 |
| Fisher, Robert | Senior Director | 425 | 53.4 | 22,695.00 |
| Molin, David | Director | 595 | 1.0 | 595.00 |
| Orabi, Ashraf | Director | 430 | 19.0 | 8,170.00 |
| Pike, Jonathan | Director | 320 | 22.5 | 7,200.00 |
| Rauch, Adam | Director / Senior Consultant | 576 [2] | 1,774.6 | 1,021,810.50 |
| Celli, Nicholas | Senior Consultant | 490 [1] | 745.3 | 365,449.50 |
| Eimer, Sean | Senior Consultant / Consultant | 425 [2] | 1,769.9 | 753,031.50 |
| Eisler, Marshall | Senior Consultant | 490 [1] | 1,594.2 | 780,999.00 |
| Friedrich, Steven | Senior Consultant / Consultant | 366 [2] | 1,153.5 | 422,514.50 |
| Goad, David | Senior Consultant | 550 | 307.4 | 169,070.00 |
| Johnson, Tessa | Senior Consultant | 381 [1] | 89.3 | 34,048.50 |
| Khaimov, Zhanna | Senior Consultant | 480 | 60.6 | 29,088.00 |

**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 19, 2014 TO OCTOBER 3, 2016**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Mond, Allison | Senior Consultant / Consultant | 326 [2] | 482.0 | 156,982.50 |
| Nolan, Andrew | Senior Consultant | 430 | 31.5 | 13,545.00 |
| Rosen, Jonathan | Senior Consultant | 390 | 33.5 | 13,065.00 |
| Zimmermann, Deborah | Senior Consultant | 710 | 1.5 | 1,065.00 |
| Bataille, Jacqueline | Manager | 365 | 61.5 | 22,447.50 |
| Brennan, Margaret | Consultant | 335 | 5.1 | 1,708.50 |
| Budd, Eliza | Consultant | 340 [1] | 152.9 | 52,017.50 |
| Freeman, Andrew | Consultant | 315 | 2.8 | 882.00 |
| Gittelman, Jeremy | Consultant / Summer Associate | 200 [1] [2] | 500.4 | 99,922.50 |
| Mohr, Nicholas | Consultant | 210 [1] | 44.0 | 9,225.00 |
| Rothschild, Eric | Consultant | 335 | 19.3 | 6,465.50 |
| Stolarz, Alexander | Consultant | 355 | 450.1 | 159,785.50 |
| Tracy, Alexander | Consultant | 385 | 253.2 | 97,482.00 |
| Hellmund-Mora, Marili | Associate | 250 [1] | 401.8 | 100,490.00 |
| Jones, Rebekah | Associate | 305 | 4.9 | 1,494.50 |
| Marion, Bethany | Associate | 175 | 2.0 | 350.00 |
| Moore, Teresa | Associate | 225 | 199.7 | 44,932.50 |
| Cheng, Earnestiena | Summer Associate | 175 | 62.1 | 10,867.50 |
| Lowenstein, Jeffrey | Summer Associate | 250 | 65.6 | 16,400.00 |
| Rosen, Aaron | Summer Associate | 175 | 59.0 | 10,325.00 |
| Sadler, Eric | Summer Associate | 175 | 15.4 | 2,695.00 |
| Visconti, Charles | Summer Associate | 175 | 3.0 | 525.00 |
| Hogan, William | Economic Consultant | 1,000 | 1.0 | 1,000.00 |
| **Subtotal** | | | **20,011.5** | **12,094,187.50** |
| Less: 50% Discount for Non-Working Travel Time | | | | (57,926.00) |
| Less: Voluntary Reduction [3] | | | | (145,000.00) |
| Less: Fee Adjustments Agreed to With Fee Committee [4] | | | | (604,183.87) |
| **Grand Total** [5] | | | **20,011.5** | **$11,287,077.63** |

[1] Reflects blended billing rate based on annual rate increases in accordance with FTI's practices and procedures.

[2] Reflects blended billing rate based on a promotion in accordance with FTI's practices and procedures.

[3] The voluntary reduction of $145,000 represents estimated fees incurred to review time entries in connection with billing activities. In addition, FTI has voluntarily agreed to a reduction of $27,884.50 for fees charged by timekeepers who were deemed to have tangential involvement in these cases (these timekeepers are not included in the Summary of Fees Schedule above). The total voluntary fee reduction for this Final Fee Application is $172,884.50.

[4] Reflects fee adjustments agreed to with the Fee Committee.

[5] Includes fees for the Seventh Interim Period (May 2016 through October 2016).

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 19, 2014 TO OCTOBER 3, 2016**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 593.2 | $317,620.50 |
| 2 | Cash & Liquidity Analysis | 14.6 | 9,124.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 58.5 | 45,606.50 |
| 4 | Trade Vendor Issues | 8.8 | 6,523.00 |
| 5 | Real Estate Issues | 16.5 | 10,954.50 |
| 6 | Asset Sales | 47.2 | 37,191.50 |
| 9 | Analysis of Employee Compensation Programs | 490.0 | 297,096.00 |
| 11 | Prepare for and Attendance at Court Hearings | 103.1 | 91,385.50 |
| 12 | Analysis of SOFAs & SOALs | 408.5 | 206,469.50 |
| 13 | Analysis of Other Miscellaneous Motions | 434.5 | 281,463.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 209.0 | 167,316.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 2,810.1 | 1,560,758.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 555.8 | 527,602.50 |
| 18 | Analysis of Intercompany Claims, Related Party Transactions [1] | 817.6 | 451,052.00 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 1,506.5 | 893,236.50 |
| 18.B | Investigations of Select Legacy Transactions- LBO Solvency | 90.5 | 52,406.00 |
| 19 | Case Management | 29.8 | 24,698.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 19.2 | 17,532.50 |
| 21 | General Meetings with Committee & Committee Counsel | 449.1 | 402,919.50 |
| 22 | Meetings with Other Parties | 21.0 | 19,131.50 |
| 23 | Firm Retention | 436.7 | 135,027.00 |
| 24 | Preparation of Fee Application | 1,366.6 | 619,376.00 |
| 25 | Non Working Travel Time | 156.9 | 115,852.00 |
| 28 | Investigations of Select Legacy Transactions [2] | 808.7 | 478,243.50 |
| 28.A | First Lien Investigation- Legacy Transactions | 171.8 | 126,418.50 |
| 28.B | First Lien Investigation- Historical Solvency | 303.0 | 207,012.50 |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 19, 2014 TO OCTOBER 3, 2016**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 29 | Business Plan- Diligence of the Debtors' Long Range Plan | 1,029.6 | 611,304.50 |
| 30 | Business Plan- Understand and Assess ERCOT Market | 295.6 | 152,592.00 |
| 31 | Business Plan- Develop a Model for ERCOT Market | 353.8 | 158,849.00 |
| 32 | Business Plan- Determine and Sensitize Key EBITDA Drivers | 112.9 | 55,685.50 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 406.7 | 259,327.50 |
| 34 | Business Plan- Environmental | 24.5 | 16,722.00 |
| 35 | Business Plan- New Entry Pricing | 652.9 | 365,180.50 |
| 36 | Business Plan- Communication with Debtors / Other Professionals | 328.8 | 244,120.50 |
| 37 | Analysis of Pre-Petition Tax Payments | 2,531.7 | 1,420,180.50 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 988.5 | 715,072.00 |
| 39 | Analysis of Alternative Tax Structure | 1,222.7 | 896,559.00 |
| 40 | REIT Asset Analysis | 136.6 | 96,578.00 |
| | **GRAND TOTAL** | **20,011.5** | **$12,094,187.50** |
| | Less: 50% Discount for Non-Working Travel Time | | (57,926.00) |
| | Less: Voluntary Reduction [3] | | (145,000.00) |
| | Less: Fee Adjustments Agreed to With Fee Committee [4] | | (604,183.87) |
| | **GRAND TOTAL [5]** | **20,011.5** | **$11,287,077.63** |

[1] Task code 18 was subdivided into task codes 18.A and 18.B after the first interim period.

[2] Task code 28 was subdivided into task codes 28.A and 28.B after the first interim period.

[3] The voluntary reduction of $145,000 represents estimated fees incurred to review time entries in connection with billing activities. In addition, FTI has voluntarily agreed to a reduction of $27,884.50 for fees charged by timekeepers who were deemed to have tangential involvement in these cases (these timekeepers are not included in the Summary of Fees Schedule above). The total voluntary fee reduction for this Final Fee Application is $172,884.50.

[4] Reflects fee adjustments agreed to with the Fee Committee.

[5] Includes fees for the Seventh Interim Period (May 2016 through October 2016).

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2016 TO OCTOBER 3, 2016**

| Task Category | Date | Professional | Hours | Fees | Activity |
|---|---|---|---|---|---|
| 14 | 05/02/16 | Cordasco, Michael | 0.6 | 489.00 | Analyze updated T-side GUC claim estimates provided by Counsel. |
| 14 | 05/03/16 | Cordasco, Michael | 0.5 | 407.50 | Assess claims ranges included in recovery analysis for UCC presentation. |
| 14 | 05/06/16 | Cordasco, Michael | 0.4 | 326.00 | Analyze updated claims analysis prepared by Debtors. |
| 14 | 05/09/16 | Cordasco, Michael | 0.3 | 244.50 | Participate in call with Counsel to discuss data required for Plan analysis. |
| 14 | 05/10/16 | Cordasco, Michael | 0.5 | 407.50 | Participate in call with Counsel to discuss claim summary detail required for UCC. |
| 14 | 05/10/16 | Cordasco, Michael | 0.6 | 489.00 | Prepare diligence list to Debtors in connection with claims report. |
| 14 | 05/11/16 | Cordasco, Michael | 0.3 | 244.50 | Prepare modifications to outstanding claims diligence items. |
| 14 | 05/12/16 | Cordasco, Michael | 0.2 | 163.00 | Prepare for claims call with W&C to discuss sizing of pool. |
| 14 | 05/12/16 | Cordasco, Michael | 0.7 | 570.50 | Participate in status update call with UCC Counsel and W&C to discuss sizing of claims pool. |
| 14 | 05/13/16 | Cordasco, Michael | 0.3 | 244.50 | Prepare responses to inquiries from Counsel re: trade claims pool. |
| 14 | 05/17/16 | Cordasco, Michael | 0.5 | 407.50 | Prepare list of diligence questions for Debtors re: proposed claims categories. |
| 14 | 05/17/16 | Cordasco, Michael | 0.8 | 652.00 | Prepare slides for UCC re: update on claims reconciliation and claims pool ranges. |
| 14 | 05/17/16 | Cordasco, Michael | 1.1 | 896.50 | Analyze claim level detail by status category to assess revised claims pool ranges. |
| 14 | 05/25/16 | Cordasco, Michael | 1.3 | 1,059.50 | Prepare presentation re: claims ranges at request of Counsel. |
| 14 | 06/30/16 | Cordasco, Michael | 0.3 | 244.50 | Prepare correspondence to Debtors re: claims register analysis. |
| 14 | 06/30/16 | Cordasco, Michael | 0.4 | 326.00 | Participate in call with Counsel to discuss claims reconciliation status. |
| 14 | 07/11/16 | Cordasco, Michael | 0.8 | 652.00 | Analyze updates re: claims reconciliation status prepared by Debtors. |
| 14 | 07/14/16 | Cordasco, Michael | 1.1 | 896.50 | Analyze updated claims register analysis provided by Debtors. |
| 14 | 07/25/16 | Cordasco, Michael | 0.5 | 407.50 | Analyze updated claims data sheet prepared by Debtors to assess claims pool. |
| 14 | 07/25/16 | Cordasco, Michael | 1.2 | 978.00 | Participate in call with Counsel and Debtors to discuss process for claims estimation / rejection motions. |
| 14 | 08/08/16 | Cordasco, Michael | 0.6 | 489.00 | Participate in call with A&M to discuss status of claims reconciliation. |
| 14 | 08/08/16 | Cordasco, Michael | 1.3 | 1,059.50 | Analyze changes in Plan supplement re: contract rejections to assess impact on claims pool. |
| 14 | 08/08/16 | Cordasco, Michael | 1.6 | 1,304.00 | Prepare claims pool range estimates based on updated claims register data from Debtors. |
| 14 | 08/08/16 | Cordasco, Michael | 1.7 | 1,385.50 | Prepare claims presentation re: status of claims reconciliation for UCC at request of Counsel. |
| 14 | 08/09/16 | Cordasco, Michael | 0.5 | 407.50 | Edit draft presentation to the UCC re: claims reconciliation based on discussion with Debtors. |
| 14 | 08/10/16 | Cordasco, Michael | 0.4 | 326.00 | Correspond with Debtors re: proposed treatment of asbestos claims. |
| 14 | 08/10/16 | Cordasco, Michael | 0.6 | 489.00 | Edit draft report to UCC based on comments from Counsel. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2016 TO OCTOBER 3, 2016**

| Task Category | Date | Professional | Hours | Fees | Activity |
|---|---|---|---|---|---|
| 14 | 08/11/16 | Cordasco, Michael | 0.4 | 326.00 | Prepare talking points for claims discussion for UCC call. |
| 14 | 08/11/16 | Cordasco, Michael | 0.6 | 489.00 | Participate in status update call with UCC re: confirmation timing, claims, and status. |
| 14 | 09/12/16 | Cordasco, Michael | 0.5 | 407.50 | Participate in call with Counsel to discuss potential claims holdbacks for distribution purposes. |
| 14 | 09/13/16 | Cordasco, Michael | 0.3 | 244.50 | Prepare update to Counsel re: claims status and timing of distribution. |
| 14 | 09/13/16 | Cordasco, Michael | 0.5 | 407.50 | Participate in call with Debtors to discuss status of distribution subsequent to effective date. |
| 14 | 09/14/16 | Cordasco, Michael | 0.5 | 407.50 | Participate in call with Counsel to discuss timing of emergence and potential distribution dates. |
| 14 | 09/19/16 | Cordasco, Michael | 0.7 | 570.50 | Analyze motions filed re: settlement of contract rejection claims. |
| 14 | 09/19/16 | Cordasco, Michael | 0.8 | 652.00 | Assess reasonableness of settlement motions re: contract rejection claims. |
| 14 | 09/20/16 | Cordasco, Michael | 0.6 | 489.00 | Participate in call with Debtors to discuss rationale for proposed claim settlements. |
| **14 Total** | | | **24.0** | **19,560.00** | |
| 16 | 05/02/16 | Diaz, Matthew | 0.3 | 292.50 | Call with Counsel re: the updated filed Plan and disclosure statement. |
| 16 | 05/02/16 | Cordasco, Michael | 0.4 | 326.00 | Research prior Plan treatment of T-side GUC claims to assess changes in revised Plan. |
| 16 | 05/02/16 | Diaz, Matthew | 1.2 | 1,170.00 | Examine the updated Plan to assess confirmation hearing. |
| 16 | 05/02/16 | Diaz, Matthew | 1.9 | 1,852.50 | Assess the updated disclosure statement filed. |
| 16 | 05/03/16 | Diaz, Matthew | 1.5 | 1,462.50 | Analyze the Committee presentations re: the revised Plan. |
| 16 | 05/05/16 | Scruton, Andrew | 1.2 | 1,194.00 | Examine Plan options and T-side 1st lien proposed term sheet. |
| 16 | 05/06/16 | Diaz, Matthew | 0.8 | 780.00 | Provide comments on the Committee materials re: the revised Plan. |
| 16 | 05/12/16 | Diaz, Matthew | 1.3 | 1,267.50 | Analyze terms in updated T-side Plan. |
| 16 | 05/20/16 | Cordasco, Michael | 0.7 | 570.50 | Participate in call with Debtors re: claims reconciliation status. |
| 16 | 05/20/16 | Diaz, Matthew | 0.6 | 585.00 | Examine Committee update and related papers re: the scheduling order and case timeline. |
| 16 | 05/25/16 | Diaz, Matthew | 0.6 | 585.00 | Correspond with Counsel re: the confirmation process. |
| 16 | 06/10/16 | Diaz, Matthew | 1.8 | 1,755.00 | Detailed review of the updated Plan and disclosure statement materials. |
| 16 | 06/16/16 | Diaz, Matthew | 1.3 | 1,267.50 | Examine the updated Plan materials. |
| 16 | 07/05/16 | Diaz, Matthew | 0.7 | 682.50 | Analyze current case pleadings. |
| 16 | 07/12/16 | Diaz, Matthew | 0.5 | 487.50 | Examine the Contrarian motion and Counsel's comments re: same. |
| 16 | 07/20/16 | Diaz, Matthew | 0.5 | 487.50 | Review of disclosure statement. |
| 16 | 07/29/16 | Diaz, Matthew | 0.9 | 877.50 | Analyze terms of the Nextera transaction. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2016 TO OCTOBER 3, 2016**

| Task Category | Date | Professional | Hours | Fees | Activity |
|---|---|---|---|---|---|
| 16 | 08/22/16 | Diaz, Matthew | 0.5 | 487.50 | Correspond with Counsel re: confirmation update. |
| 16 | 08/24/16 | Diaz, Matthew | 0.6 | 585.00 | Assess Plan confirmation correspondence provided by Counsel. |
| 16 | 09/26/16 | Diaz, Matthew | 0.2 | 195.00 | Analyze correspondence from Counsel re: confirmation hearing update and treatment of disputed claims. |
| 16 | 09/26/16 | Diaz, Matthew | 0.3 | 292.50 | Examine correspondence from K&E re: timing of distributions to unsecured creditors. |
| **16 Total** | | | **17.8** | **17,203.00** | |
| 19 | 05/05/16 | Simms, Steven | 0.3 | 298.50 | Correspond with Counsel on timeline and related issues. |
| 19 | 05/06/16 | Simms, Steven | 0.2 | 199.00 | Participate in UCC call to discuss Plan status. |
| **19 Total** | | | **0.5** | **497.50** | |
| 21 | 05/06/16 | Scruton, Andrew | 0.5 | 497.50 | Participate in UCC Professionals call to discuss workplan re: Plan scenarios. |
| 21 | 05/06/16 | Scruton, Andrew | 0.6 | 597.00 | Participate in Committee call to discuss Plan scenarios. |
| 21 | 05/06/16 | Cordasco, Michael | 0.5 | 407.50 | Participate in status update call with UCC to discuss status of Plan. |
| 21 | 05/06/16 | Diaz, Matthew | 0.5 | 487.50 | Participate in UCC call to discuss the revised Plan. |
| 21 | 05/13/16 | Scruton, Andrew | 0.8 | 796.00 | Update call with Counsel regarding revised Plan proposals. |
| 21 | 05/18/16 | Cordasco, Michael | 0.4 | 326.00 | Analyze changes to updated claims file from Debtors to assess claims ranges. |
| 21 | 05/24/16 | Scruton, Andrew | 0.5 | 497.50 | Update call with Counsel on potential issues re: revised Plan proposals. |
| 21 | 08/11/16 | Scruton, Andrew | 0.6 | 597.00 | Participate in call with UCC re: proposed Plan. |
| **21 Total** | | | **4.4** | **4,206.00** | |
| 22 | 05/02/16 | Simms, Steven | 0.2 | 199.00 | Call with Creditor to discuss Plan issues. |
| 22 | 05/04/16 | Diaz, Matthew | 0.6 | 585.00 | Call with a creditor to discuss the updated Plan documents. |
| 22 | 05/06/16 | Diaz, Matthew | 0.5 | 487.50 | Call with a creditor to discuss the revised Plan. |
| 22 | 08/30/16 | Diaz, Matthew | 0.3 | 292.50 | Call with a creditor to discuss: case emergence issues. |
| **22 Total** | | | **1.6** | **1,564.00** | |
| 24 | 05/23/16 | Hellmund-Mora, Marili | 0.4 | 104.00 | Generate proforma to date to prepare fee application. |
| 24 | 06/03/16 | Gittelman, Jeremy | 1.8 | 666.00 | Draft exhibits for sixth interim fee application. |
| 24 | 06/10/16 | Cordasco, Michael | 0.5 | 407.50 | Provide comments to draft 6th interim application. |
| 24 | 06/13/16 | Gittelman, Jeremy | 0.7 | 259.00 | Finalize exhibits for sixth interim fee application. |
| 24 | 06/13/16 | Cordasco, Michael | 0.5 | 407.50 | Provide final comments to draft 6th interim fee application. |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2016 TO OCTOBER 3, 2016**

| Task Category | Date | Professional | Hours | Fees | Activity |
|---|---|---|---|---|---|
| 24 | 07/01/16 | Cordasco, Michael | 0.5 | 407.50 | Participate in call with Debtors and Counsel to discuss potential claims estimation motion process. |
| 24 | 07/12/16 | Hellmund-Mora, Marili | 0.7 | 182.00 | Finalize the January-April fee application. |
| 24 | 09/15/16 | Cordasco, Michael | 0.5 | 407.50 | Participate in call with Debtors to discuss final fee application process and timing. |
| 24 | 09/16/16 | Cordasco, Michael | 1.0 | 815.00 | Analyze issues re: outstanding fees and timing of final fee application. |
| 24 | 09/22/16 | Cordasco, Michael | 0.4 | 326.00 | Prepare correspondence regarding outstanding fee statements at request of Debtors. |
| **24 Total** | | | **7.0** | **3,982.00** | |
| **Grand Total** | | | **55.3** | **$ 47,012.50** | |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MAY 19, 2014 TO OCTOBER 3, 2016**

| CATEGORY | TOTAL |
|---|---|
| Airfare | $24,993.90 |
| Lodging | 9,509.83 |
| Ground Transportation | 14,167.83 |
| Business Meals [1] | 10,893.99 |
| Other [2] | 312,742.00 |
| **Total** | **$372,307.55** |
| Less: Expense Write-Offs Agreed to With Fee Committee [3] | (9,582.82) |
| **Total** | **$362,724.73** |

[1] In-office meals over $20.00 and out-of-office meals over $40.00 have been reduced to $20.00 and $40.00, respectively, to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 or $40.00 and do not represent a per diem.

[2] Primarily includes $243,850 expenses related to Cambridge Energy Solutions and $55,250 expenses related to other third-party data providers. As disclosed in paragraph 6 of the Retention Order and the Supplemental Declaration of Steven Simms in Support of Application for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al, for Entry of an Order Under Section 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective May 19, 2014.

[3] Reflects expense adjustments agreed to with the Fee Committee.