**EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 29.80 | $22,301.50 |
| Employment and Fee Applications | 16.90 | $16,657.50 |
| TOTAL | **46.70** | **$38,959.00** |