## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 3.30 | 3,960.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 18.60 | 18,135.00 |
| Andrew Lichtman | Associate | 2011 | Bankruptcy | 680 | 24.80 | 16,864.00 |
| | | | | **TOTAL** | **46.70** | **38,959.00** |