## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| TELEPHONE EXPENSES | 51.00 |
| TOTAL | $ 51.00 |