# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 10/12/2016 | V. Lazar | PARTNER | Telephone Charges | 51.00 | VINCENT LAZAR, 08/26/2016 Teleconf/Videoconf – CourtCall |