| Ver | Date | Name | Role | OtherName | Doc Type/Bk/A Book/Pg/Inst | First Legal | Ra Pages |
|-----|------|------|------|-----------|------------------------------|-------------|----------|
| Y | 4/12/1985 12:00:00AM | WDS INC | Grantor | LIBERTY NATL BK | AL / 198500735724 ALL 85073 2666 / 198500735724 | MANGRAM J DALLAS SURVEYS VOL 861... | |
| Y | 4/24/1985 12:00:00AM | LIBERTY NATL BK | Grantor | ZACHRY HB CO | REL / 198500828816 ALL 85082 416 / 198500828816 | MANGRAM J DALLAS SURVEYS VOL 861... | |
| Y | 4/29/1985 12:00:00AM | DAULEY DEAN I | Grantor | FIRST FED S&L AR FA | AS / 198500843277 ALL 85084 4877 / 198500843277 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 5/15/1985 12:00:00AM | LANE TERRY D | Grantor | SMITH MARY P | DT / 198500961883 ALL 85096 3958 / 198500961883 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 5/15/1985 12:00:00AM | SMITH MARY P | Grantor | LANE TERRY D | DEED / 198500961874 ALL 85096 3915 / 198500961874 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 8/26/1985 12:00:00AM | ADDIS RON | Grantor | HARRINGTON CORP | DEED / 198501670887 ALL 85167 1950 / 198501670887 | MANGUM DALLAS SURVEYS VOL 861... | |
| Y | 8/26/1985 12:00:00AM | BARTON TOMMY R | Grantor | HARRINGTON CORP | DEED / 198501670884 ALL 85167 1931 / 198501670884 | MANGUM DALLAS SURVEYS VOL 861... | |
| Y | 8/26/1985 12:00:00AM | HARRINGTON CORP | Grantor | JONES TRAVIS | DT / 198501670885 ALL 85167 1936 / 198501670885 | MANGUM DALLAS SURVEYS VOL 861... | |
| Y | 8/26/1985 12:00:00AM | HARRINGTON CORP | Grantor | BARTON TOMMY R | DT / 198501670886 ALL 85167 1943 / 198501670886 | MANGUM DALLAS SURVEYS VOL 861... | |
| Y | 8/30/1985 12:00:00AM | HARRINGTON CORP | Grantor | BARTON TOMMY R | LEASE / 198501719287 ALL 85171 4234 / 198501719287 | MANGUM JOSE DALLAS SURVEYS VOL 861... | |
| Y | 9/17/1985 12:00:00AM | COPELAND JAMES P | Grantor | BAXTER ERNEST E | REL / 198501826837 ALL 85182 3777 / 198501826837 | MANGUM JOS DALLAS SURVEYS VOL 861... | |
| Y | 9/17/1985 12:00:00AM | BAXTER ERNEST E | Grantor | CASTILLO DONNA | DEED / 198501826836 ALL 85182 3775 / 198501826836 | MANGUM JOSE DALLAS SURVEYS VOL 861... | |
| Y | 9/20/1985 12:00:00AM | LANE TERRY D | Grantor | LANE ROBERT O | DEED / 198501861289 ALL 85186 767 / 198501861289 | MANGUM JOSP DALLAS SURVEYS VOL 861... | |
| Y | 10/8/1985 12:00:00AM | BAXTER ERNEST E | Grantor | MULLEN MAX H | DEED / 198501971515 ALL 85197 4384 / 198501971515 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 10/8/1985 12:00:00AM | MULLEN MAX H | Grantor | BAXTER ERNEST E | DT / 198501971514 ALL 85197 4378 / 198501971514 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 10/9/1985 12:00:00AM | ADDIS RON | Grantor | BARTON TOMMY R | AL / 198502005211 ALL 85200 51 / 198502005211 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 10/21/1985 12:00:00AM | ASHLIN DEV CO P/S | Grantor | HARRINGTON CORP | DEED / 198502064964 ALL 85206 1751 / 198502064964 | MANGUM JOSP DALLAS SURVEYS VOL 861... | |
| Y | 10/21/1985 12:00:00AM | HARRINGTON CORP | Grantor | ASHLIN DEV CO | DT / 198502167919 ALL 85216 1 / 198502167919 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 10/21/1985 12:00:00AM | HARRINGTON CORP | Grantor | ASHLIN DEV CO | DT / 198502064965 ALL 85206 1761 / 198502064965 | MANGUM JOSP DALLAS SURVEYS VOL 861... | |
| Y | 10/29/1985 12:00:00AM | HARRINGTON CORP | Grantor | WADDELL ARTHUR H DECD | DT / 198502123746 ALL 85212 4373 / 198502123746 | MANGUM DALLAS SURVEYS VOL 861... | |
| Y | 10/29/1985 12:00:00AM DECD | WADDELL ARTHUR H | Grantor | HARRINGTON CORP | DEED / 198502123747 ALL 85212 4379 / 198502123747 | MANGUM DALLAS SURVEYS VOL 861... | |
| Y | 11/19/1985 12:00:00AM | ALUMBAUGH CECIL E JR | Grantor | LANE ROBERT O | DT / 198502276118 ALL 85227 5110 / 198502276118 | NANGUM DALLAS SURVEYS VOL 861... | |
| Y | 11/19/1985 12:00:00AM | LANE ROBERT O | Grantor | ALUMBAUGH CECIL E JR | DEED / 198502276101 ALL 85227 5044 / 198502276101 | MANGUM DALLAS SURVEYS VOL 861... | |

1/30/2015  1:15:45PM

| Ver | Date | Name | Role | OtherName | Doc Type/Legacy# | Book/Pg/Inst | First Legal | References |
|---|---|---|---|---|---|---|---|---|
| Y | 11/21/1985 12:00:00AM | SMITH MARLIN R | Grantor | TKO EQUIPMENT CO | DT / 198502298590 | ALL 85229 2110 / 198502298590 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 11/21/1985 12:00:00AM | TKO EQUIPMENT CO | Grantor | SMITH WILBURN | DEED / 198502298591 | ALL 85229 2115 / 198502298591 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 12/31/1985 12:00:00AM | HARRINGTON MYRTLE K | Grantor | HUNTER FERRELL BELT LINE | DEED / 198502535851 | ALL 85253 5462 / 198502535851 | MANGRAM J DALLAS SURVEYS VOL 861... | |
| Y | 12/31/1985 12:00:00AM | HARRINGTON CORP | Grantor | HUNTER FERRELL BELT LINE | DEED / 198502535854 | ALL 85253 5474 / 198502535854 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 12/31/1985 12:00:00AM | HARRINGTON CORP | Grantor | HUNTER FERRELL BELT LINE | DEED / 198502535853 | ALL 85253 5470 / 198502535853 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 12/31/1985 12:00:00AM | HARRINGTON CORP | Grantor | HUNTER FERRELL BELT LINE | DEED / 198502535850 | ALL 85253 5458 / 198502535850 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 12/31/1985 12:00:00AM | HARRINGTON CORP | Grantor | HUNTER FERRELL BELT LINE | DEED / 198502535849 | ALL 85253 5454 / 198502535849 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 12/31/1985 12:00:00AM | SMITH C RICHARD TR | Grantor | HUNTER FERRELL BELT LINE | DEED / 198502535852 | ALL 85253 5466 / 198502535852 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 1/7/1986 12:00:00AM | TKO EQUIPMENT CO | Grantor | HUNTER FERRELL BELT LINE | DEED / 198600041911 | ALL 86004 3042 / 198600041911 | MANGUM JSPH DALLAS SURVEYS VOL 861... | |
| Y | 1/8/1986 12:00:00AM | HUNTER FERRELL BELT LINE | Grantor | SMITH MARLIN R | DT / 198600054022 | ALL 86005 5419 / 198600054022 | MANGUM DALLAS SURVEYS VOL 861... | |
| Y | 1/8/1986 12:00:00AM | HUNTER FERRELL BELT LINE | Grantor | HUNTER FERRELL BELT LINE | DEED / 198600054021 | ALL 86005 5414 / 198600054021 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 1/8/1986 12:00:00AM | SMITH MARLIN R | Grantor | HUNTER FERRELL BELT LINE | DEED / 198600054020 | ALL 86005 5409 / 198600054020 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 1/8/1986 12:00:00AM | TKO EQUIPMENT CO | Grantor | SMITH MARLIN R | REL / 198600054019 | ALL 86005 5405 / 198600054019 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 4/18/1986 12:00:00AM | KHALEEL MOHAMED | Grantor | INTERFIRST BK IRV | DT / 198600765447 | ALL 86076 2859 / 198600765447 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 4/18/1986 12:00:00AM | KHALEEL MOHAMED | Grantor | PUBLIC | HOME / 198600765448 | ALL 86076 2865 / 198600765448 | MANGUM J VOL 861... | |
| Y | 7/3/1986 12:00:00AM | ROSE ED | Grantor | HUNTER FERRELL BELTLINE | DEED / 198601299870 | ALL 86129 6135 / 198601299870 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 8/26/1986 12:00:00AM | DAULEY DEAN I | Grantor | JASPER FED S&L ASN | TR DEED / 198601661752 | ALL 86166 2069 / 198601661752 | MANGUM J DALLAS SURVEYS VOL 861... | 200503579476 |
| Y | 2/6/1987 12:00:00AM | WADDELL ARTHUR H DECD | Grantor | HARRINGTON CORP | REL / 198700255823 | ALL 87025 2383 / 198700255823 | HANGUM JOS DALLAS SURVEYS VOL 861... | |
| Y | 2/12/1987 12:00:00AM | CASTILLO BERTHA | Grantor | BAXTER ERNEST E | DT / 198700283018 | ALL 87028 5139 / 198700283018 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 2/12/1987 12:00:00AM | BAXTER ERNEST E | Grantor | CASTILLO BERTHA | DEED / 198700283163 | ALL 87028 5622 / 198700283163 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 2/12/1987 12:00:00AM | BAXTER ERNEST E | Grantor | SUIRE DANNY | DEED / 198700283003 | ALL 87028 5066 / 198700283003 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 2/12/1987 12:00:00AM | SUIRE DANNY | Grantor | BAXTER ERNEST E | DT / 198700283019 | ALL 87028 5145 / 198700283019 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 2/25/1987 12:00:00AM | BARTON TOMMY R | Grantor | HARRINGTON CORP | REL / 198700374269 | ALL 87037 2298 / 198700374269 | MANGUM JOSE DALLAS SURVEYS VOL 861... | |

1/30/2015  1:15:45PM

| Ver | Date | Name | Role | OtherName | Doc Type/Legacy# | Book/Pg/Inst | First Legal | References |
|-----|------|------|------|-----------|------------------|--------------|-------------|-----------|
| Y | 2/25/1987 12:00:00AM | BARTON TOMMY R | Grantor | HARRINGTON CORP | REL / 198700374270 | ALL 87037 2302 / 198700374270 | MANGUM JOSE DALLAS SURVEYS VOL 861... | |
| Y | 3/13/1987 12:00:00AM | TEXAS ELEC SERV CO | Grantor | GIFFORD HILL&CO INC | REL / 198700502671 | ALL 87050 335 / 198700502671 | REED B DALLAS SURVEYS VOL 1225... | |
| Y | 12/14/1987 12:00:00AM | MBANK GP | Grantor | WALKER DON | AL / 198702407805 | ALL 87240 133 / 198702407805 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 12/14/1987 12:00:00AM | WALKER DON | Grantor | PRAIRIE ST BK | AL / 198702407804 | ALL 87240 129 / 198702407804 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 12/22/1987 12:00:00AM | WOCHNER ALFRED S | Grantor | FARINE SAM | EASEMENT / 198702469111 | ALL 87246 3203 / 198702469111 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 2/2/1988 12:00:00AM | HUNTER FERRELL BELT LINE | Grantor | MBANK DAL NA | DT / 198800212184 | ALL 88021 3374 / 198800212184 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 2/9/1988 12:00:00AM | HUNTER FERRELL BELT LINE | Grantor | SMITH WILBURN L | EXT / 198800268714 | ALL 88026 655 / 198800268714 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 6/20/1988 12:00:00AM | ASHLIN DEV CO P/S | Grantor | CHRISTENSEN MARY B | TR DEED / 198801192671 | ALL 88119 715 / 198801192671 | MANGUM J DALLAS SURVEYS VOL 861... | 200503579476 |
| Y | 6/20/1988 12:00:00AM | ASHLIN DEV CO P/S | Grantor | KILLOUGH MICHAEL V | APP / 198801192672 | ALL 88119 722 / 198801192672 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 10/10/1988 12:00:00AM | HARRINGTON MYRTLE K TRUS | Grantor | MBANK DAL NA | EXT / 198801979503 | ALL 88197 1698 / 198801979503 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 10/11/1988 12:00:00AM | HUNTER FERRELL BELT LINE | Grantor | MBANK DAL NA | UCC1 / 198801980303 | ALL 88198 353 / 198801980303 | MANGUM J VOL 861... | |
| Y | 12/16/1988 12:00:00AM | HANCOCK JOHN MUTL LF INS | Grantor | LILLARD WAYMON E | REL / 198802448297 | ALL 88244 2813 / 198802448297 | VOL 861 PG 97... | |
| Y | 1/3/1989 12:00:00AM | RUDINE FRANCIS L | Grantor | RUDINE FRANCINE | DEED / 198900018820 | ALL 89001 5189 / 198900018820 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 1/9/1989 12:00:00AM | MULLEN MAX H | Grantor | BAXTER GRACE A | DEED / 198900057122 | ALL 89005 3868 / 198900057122 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 1/20/1989 12:00:00AM | HUNTER FERRELL BELT LINE | Grantor | SMITH MARLIN R | EXT / 198900170289 | ALL 89017 489 / 198900170289 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 3/28/1989 12:00:00AM | CENTENNIAL HOMES INC | Grantor | IRVING CITY | DEED / 198900609608 | ALL 89060 914 / 198900609608 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 4/10/1989 12:00:00AM | HUNTER FERRELL BELT LINE | Grantor | SMITH WILBURN | TR DEED / 198900691089 | ALL 89069 1001 / 198900691089 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 4/10/1989 12:00:00AM | HUNTER FERRELL BELT LINE | Grantor | SMITH WILBURN L | DEED / 198900691088 | ALL 89069 993 / 198900691088 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 5/15/1989 12:00:00AM | HARRINGTON MYRTLE K TRUS | Grantor | DEPOSIT INS BRIDGE BK NA | EXT / 198900942800 | ALL 89094 2890 / 198900942800 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 8/7/1989 12:00:00AM | SUIRE DANNY | Grantor | CASTILLO DONNA | DEED / 198901533666 | ALL 89153 240 / 198901533666 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 8/21/1989 12:00:00AM | MULLEN MAX H | Grantor | SMITH REESE | DEED / 198901625365 | ALL 89162 2686 / 198901625365 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 8/21/1989 12:00:00AM | SMITH REESE | Grantor | MULLEN MAX H | DT / 198901625366 | ALL 89162 2690 / 198901625366 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 1/8/1990 12:00:00AM | APPLETON JAMIE L TR | Grantor | HARRINGTON CORP | DEED / 199000056265 | ALL 90005 4008 / 199000056265 | MANGUM J DALLAS SURVEYS VOL 861... | 20070000005 |

| Ver | Date | Name | Role | OtherName | Doc Type/Legal | Book/Pg/Inst | First Legal | Reference |
|-----|------|------|------|-----------|----------------|--------------|-------------|-----------|
| Y | 1/24/1990 12:00:00AM | APPLETON JAMIE H TR | Grantor | HARRINGTON WILLIAM M AGREE / TR | AGREE / 199000160115 | ALL 90016 4348 / 199000160115 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 5/11/1990 12:00:00AM | SMITH MARY P | Grantor | LANE VALERIE I | REL / 199000943787 | ALL 90094 627 / 199000943787 | MANGUM J VOL 861... | |
| Y | 8/1/1990 12:00:00AM | CASTILLO JB | Grantor | PUBLIC | EASEMENT / 199001508512 | ALL 90150 231 / 199001508512 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 11/9/1990 12:00:00AM | BAXTER ERNEST E | Grantor | VAN CAMP LINDA | DEED / 199002205290 | ALL 90220 2589 / 199002205290 | MANGUM DALLAS SURVEYS VOL 861... | |
| Y | 11/9/1990 12:00:00AM | VAN CAMP LINDA | Grantor | BAXTER ERNEST E | DT / 199002205291 | ALL 90220 2594 / 199002205291 | MANGUM DALLAS SURVEYS VOL 861... | |
| Y | 3/14/1991 12:00:00AM | IRVING CITY | Grantor | NORTH STORY 2001 | REL LABOR LIEN / 199100510031 | ALL 91051 4371 / 199100510031 | MANGRAM DALLAS SURVEYS VOL 861... | |
| Y | 7/29/1991 12:00:00AM | FEDERAL DEPOSIT INS RECR | Grantor | GENERAL FIN SERV INC | AL / 199101463854 | ALL 91146 5588 / 199101463854 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 8/13/1991 12:00:00AM | WINN PATRICIA P | Grantor | WINN ROBERT P | DEED / 199101589971 | ALL 91158 1945 / 199101589971 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 8/21/1991 12:00:00AM | WINN ROBERT P | Grantor | WINN DEBORAH | DEED / 199101635098 | ALL 91163 523 / 199101635098 | MANGUM J VOL 861... | |
| Y | 8/21/1991 12:00:00AM | WINN DEBORAH | Grantor | WINN ROBERT P | DT / 199101635099 | ALL 91163 527 / 199101635099 | MANGUM J VOL 861... | |
| Y | 9/5/1991 12:00:00AM | FIETZ JOHN A TR | Grantor | PUBLIC | AFF / 199101738455 | ALL 91173 4468 / 199101738455 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 9/5/1991 12:00:00AM | GENERAL FIN SERV INC | Grantor | FIETZ JOHN A | APP / 199101738456 | ALL 91173 4471 / 199101738456 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 9/9/1991 12:00:00AM | HARRINGTON CORP | Grantor | ZACHRY HB CO | DEED / 199101752009 | ALL 91175 5063 / 199101752009 | MANGRAM J DALLAS SURVEYS VOL 861... | |
| Y | 9/23/1991 12:00:00AM | BLUEBONNET SAV BK FSB | Grantor | CUNNINGHAM JEARL | REL / 199101853829 | ALL 91185 4298 / 199101853829 | VOL 861 PG 1478... | |
| Y | 10/8/1991 12:00:00AM | FIETZ JOHN A TR | Grantor | GENERAL FIN SERV INC | TR DEED / 199101968554 | ALL 91196 1652 / 199101968554 | MANGUM DALLAS SURVEYS VOL 861... | |
| Y | 1/13/1992 12:00:00AM | GENERAL FIN SERV INC | Grantor | WETZEL MICHAEL | DEED / 199200093647 | ALL 92009 4733 / 199200093647 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 1/13/1992 12:00:00AM | WETZEL MICHAEL | Grantor | NORTH FTW BK | DT / 199200093666 | ALL 92009 4818 / 199200093666 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 3/18/1992 12:00:00AM | ZACHRY HB CO | Grantor | HARRINGTON MYRTLE K | REL / 199200540838 | ALL 92054 462 / 199200540838 | MANGRAM JOS DALLAS SURVEYS VOL 861... | |
| Y | 3/18/1992 12:00:00AM | ZACHRY HB CO | Grantor | ARKANSAS FREIGHTWAYS COR | DEED / 199200540839 | ALL 92054 466 / 199200540839 | MANGRAM J DALLAS SURVEYS VOL 861... | 200600053377 |
| Y | 4/27/1992 12:00:00AM | HARRINGTON CORP | Grantor | SAFECO LAND TITLE DAL | AFF / 199200821414 | ALL 92082 7298 / 199200821414 | VOL 861... | |
| Y | 4/27/1992 12:00:00AM | HARRINGTON CORP | Grantor | RUDINE FRANCIS L | DEED / 199200821413 | ALL 92082 7295 / 199200821413 | VOL 861... | |
| Y | 11/10/1992 12:00:00AM | HARRINGTON CORP | Grantor | ARKANSAS FREIGHTWAYS COR | EASEMENT / 199202207501 | ALL 92220 72 / 199202207501 | MANGRAM DALLAS SURVEYS VOL 861... | |
| Y | 11/12/1992 12:00:00AM | SMITH MARLIN R | Grantor | ARKANSAS FREIGHTWAYS COR | EASEMENT / 199202220024 | ALL 92222 952 / 199202220024 | MANGRAM J DALLAS SURVEYS VOL 861... | |

1/30/2015  1:15:45PM

| Ver | Date | Name | Role | OtherName | Doc Type/L | k/Pg/Inst | First Legal | Ref |
|-----|------|------|------|-----------|------------|-----------|-------------|-----|
| Y | 12/22/1992 12:00:00AM | APPLETON JAMIE H TR | Grantor | APPLETON JAMIE H TR | AGREE / 199202484660 | ALL 92248 2727 / 199202484660 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 1/21/1993 12:00:00AM | FINNELL CHARLES R ATTY | Grantor | STEWART KUK J | DEED / 199300145952 | ALL 93014 1966 / 199300145952 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 2/4/1993 12:00:00AM | DOWNS&SONS INC | Grantor | DOWNS WILLIAM E | DEED / 199300248985 | ALL 93024 1454 / 199300248985 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 2/19/1993 12:00:00AM | ALUMBAUGH CECIL E JR | Grantor | SMITH MARY P | DEED / 199300341493 | ALL 93034 1795 / 199300341493 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 3/23/1993 12:00:00AM | CASTILLO DONNA | Grantor | SMITH REESE | DEED / 199300561650 | ALL 93056 3064 / 199300561650 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 5/21/1993 12:00:00AM | CASTILLO DONNA | Grantor | STANFORD HARVEY P | DEED / 199301007432 | ALL 93100 5233 / 199301007432 | MANGUM J DALLAS SURVEYS VOL 861... | 20080265453 |
| Y | 5/21/1993 12:00:00AM | AMERICAN FREIGHTWAYS COR | Grantor | IRVING CITY | EASEMENT / 199300995716 | ALL 93099 3724 / 199300995716 | MANGRAM J DALLAS SURVEYS VOL 861... | |
| Y | 5/21/1993 12:00:00AM | AMERICAN FREIGHTWAYS COR | Grantor | IRVING CITY | EASEMENT / 199300995715 | ALL 93099 3719 / 199300995715 | MANGRAM J DALLAS SURVEYS VOL 861... | |
| Y | 7/16/1993 12:00:00AM | AMERICAN FREIGHTWAYS COR | Grantor | IRVING CITY | EASEMENT / 199301390663 | ALL 93139 550 / 199301390663 | MANGRAM JOS DALLAS SURVEYS VOL 861... | |
| Y | 10/15/1993 12:00:00AM | ARK FREIGHTWAYS | Grantor | ICM INC | ML / 199302027267 | ALL 93202 21 / 199302027267 | MANGRAM DALLAS SURVEYS VOL 861... | |
| Y | 12/15/1993 12:00:00AM | HUNTER FERRELL BELTLINE | Grantor | UNITED CONTR CO | DEED / 199302437693 | ALL 93243 6428 / 1993024376931 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 12/15/1993 12:00:00AM | RUDINE FRANCIS L | Grantor | RUDINE ROBERT | DEED / 199302437694 | ALL 93243 6434 / 199302437694 | MANGUM J DALLAS SURVEYS VOL 861... | 200600447098 |
| Y | 3/28/1994 12:00:00AM | AMERICAN UNITED LF INS C | Grantor | COX PEGGY L | REL / 199400591162 | ALL 94059 1523 / 199400591162 | VOL 861 PG 1332... | |
| Y | 11/10/1994 12:00:00AM | SOUTH CENTRAL PACIFIC MT | Grantor | SOURCE ONE MTG SERV CORP | AL / 199402181561 | ALL 94218 4610 / 199402181561 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 11/10/1994 12:00:00AM | WINN DEBORAH | Grantor | SOUTH CENTRAL PACIFIC MT | DT / 199402181560 | ALL 94218 4601 / 199402181560 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 11/17/1994 12:00:00AM | WINN ROBERT P | Grantor | SOUTH CENTRAL PACIFIC MT | AL / 199402238421 | ALL 94223 4204 / 199402238421 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 11/23/1994 12:00:00AM | BROWN BILL L | Grantor | SOUTH CENTRAL PACIFIC MT | AL / 199402283530 | ALL 94228 133 / 199402283530 | MANGUM J VOL 861... | G |
| Y | 12/12/1995 12:00:00AM | HARRINGTON CORP | Grantor | HARRINGTON CORP | RESOLUTION / 199502407316 | ALL 95240 3313 / 199502407316 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 12/12/1995 12:00:00AM | HARRINGTON CORP | Grantor | KHALEEL NANCY J | DEED / 199502407315 | ALL 95240 3309 / 199502407315 | MANGUM DALLAS SURVEYS VOL 861... | 20080107954 |
| Y | 2/21/1996 12:00:00AM | CENTRAL B&T | Grantor | WETZEL MICHAEL A | REL / 199600364999 | ALL 96036 4015 / 199600364999 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 2/21/1996 12:00:00AM | WETZEL MICHAEL | Grantor | WALKER DON R | DEED / 199600364998 | ALL 96036 4011 / 199600364998 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 2/27/1996 12:00:00AM | WALKER DON R | Grantor | INDEPENDENT NATL BK | DT / 199600400170 | ALL 96040 3597 / 199600400170 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 3/15/1996 12:00:00AM | WALKER DON R | Grantor | INDEPENDENT NATL BK | CORR DT / 199600549685 | ALL 96054 160 / 199600549685 | MANGUM J DALLAS SURVEYS VOL 861... | |

1/30/2015 1:15:45PM

| Ver | Date | Name | Role | OtherName | Doc Type/Legacv | Book/Pg/Inst | First Legal | References |
|-----|------|------|------|-----------|-----------------|--------------|-------------|-----------|
| Y | 3/18/1996 12:00:00AM | ROOSEVELT SAV BK | Grantor | WILLCOX WAID O | REL / 199600540567 | ALL 96054 2749 / 199600540567 | VOL 861 PG 552... | |
| Y | 3/28/1996 12:00:00AM | DELTA AUTO LEASING CO | Grantor | TRINITY RIVER AUTH TEX | EASEMENT / 199600633068 | ALL 96063 860 / 199600633068 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 3/28/1996 12:00:00AM | GRAFF ALVIN V | Grantor | GRAFF STANLEY V | PR REL / 199600633067 | ALL 96063 836 / 199600633067 | MCK&WIL DALLAS SURVEYS VOL 1060... | |
| Y | 6/17/1996 12:00:00AM | CHRISTENSEN MARY B | Grantor | TRINITY RIVER AUTH TEX | EASEMENT / 199601190233 | ALL 96119 1058 / 199601190233 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 6/19/1996 12:00:00AM | JENKINS DON | Grantor | TRINITY RIVER AUTH TEX | EASEMENT / 199601211100 | ALL 96121 4314 / 199601211100 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 6/19/1996 12:00:00AM | JENKINS JOHN B | Grantor | TRINITY RIVER AUTH TEX | EASEMENT / 199601211099 | ALL 96121 4307 / 199601211099 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 7/8/1996 12:00:00AM | PATEL ARVIND S | Grantor | BROOKHOLLOW NATL BK | DT / 199601320964 | ALL 96132 4011 / 199601320964 | LT 34 BLK G CTBLK 6364 INDUSTRIAL VOL 12 PG 317... | |
| Y | 7/8/1996 12:00:00AM | PATEL ARVIND S | Grantor | BROOKHOLLOW NATL BK | AS / 199601320966 | ALL 96132 4032 / 199601320966 | LT 31 BLK G CTBLK 6364 INDUSTRIAL VOL 12 PG 317... | |
| Y | 8/9/1996 12:00:00AM | SMITH MARLIN R | Grantor | ROCK CK CONST CO | DEED / 199601561284 | ALL 96156 5051 / 199601561284 | MANGRUM J DALLAS SURVEYS VOL 861... | |
| Y | 8/9/1996 12:00:00AM | SMITH MARLIN R | Grantor | SAFECO LAND TITLE | AFF / 199601561285 | ALL 96156 5055 / 199601561285 | MANGRUM J DALLAS SURVEYS VOL 861... | |
| Y | 8/9/1996 12:00:00AM | ROCK CK CONST CO | Grantor | AMERICAN FREIGHTWAYS COR | DEED / 199601561286 | ALL 96156 5059 / 199601561286 | MANGRUM J DALLAS SURVEYS VOL 861... | |
| Y | 9/6/1996 12:00:00AM | INDEPENDENT NATL BK | Grantor | WALKER DON R | REL / 199601751483 | ALL 96175 5585 / 199601751483 | MAGNUM J DALLAS SURVEYS VOL 861... | |
| Y | 9/6/1996 12:00:00AM | KINGSLAND PROP INC | Grantor | AMERICAN FREIGHTWAYS COR | DEED / 199601751485 | ALL 96175 5592 / 199601751485 | MAGMUN J DALLAS SURVEYS VOL 861... | |
| Y | 9/6/1996 12:00:00AM | WALKER DON R | Grantor | KINGSLAND PROP INC | DEED / 199601751484 | ALL 96175 5588 / 199601751484 | MAGNUM J DALLAS SURVEYS VOL 861... | |
| Y | 9/9/1996 12:00:00AM | INDEPENDENT NATL BK | Grantor | SECURITY UNION TITLE INS | AFF / 199601771846 | ALL 96177 4225 / 199601771846 | MAGNUM J DALLAS SURVEYS VOL 861... | |
| Y | 10/8/1996 12:00:00AM | CENTENNIAL HOMES INC | Grantor | CAPITALCORP INC | DEED / 199601971012 | ALL 96197 3394 / 199601971012 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 1/13/1997 12:00:00AM | DIME SAV BK NY FSB | Grantor | CANTRELL ROY | REL / 199700090190 | ALL 97009 707 / 199700090190 | VOL 861 PG 1209... | |
| Y | 6/19/1997 12:00:00AM | CHRISTENSEN MARY B | Grantor | TRINITY RIVER AUTH TEX | EASEMENT / 199701200400 | ALL 97120 1892 / 199701200400 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 8/18/1997 12:00:00AM | PATEL ARVIND S | Grantor | BROOKHOLLOW NATL BK | EXT / 199701600447 | ALL 97160 1705 / 199701600447 | LT 34 BLK G CTBLK 6364 IND ACRES VOL 12 PG 317... | |
| Y | 4/2/1998 12:00:00AM | PRATT LEROY | Grantor | PRATT LOIS E | DEED / 199800091962 | ALL 98064 3224 / 199800091962 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 5/15/1998 12:00:00AM | ALEXANDER WILLIAM C | Grantor | PUBLIC | AFF / 199800145283 | ALL 98096 3603 / 199800145283 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 5/15/1998 12:00:00AM | PRATT LEROY | Grantor | PUBLIC | AFF / 199800145282 | ALL 98096 3600 / 199800145282 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 5/15/1998 12:00:00AM | PRATT LOIS E | Grantor | ALEXANDER WILLIAM C | DEED / 199800145281 | ALL 98096 3597 / 199800145281 | MANGUM J DALLAS SURVEYS VOL 861... | |

Safco Need Made & Wim

1/30/2015 1:15:45PM

| Ver | Date | Name | Role | OtherName | Doc Type/Legacy# | Book/Pg/Inst | First Legal | References |
|-----|------|------|------|-----------|------------------|--------------|-------------|------------|
| Y | 6/8/1998 12:00:00AM | GREATER NY SAV BK | Grantor | TRINITY MTG CO DAL | REL / 199800169676 | ALL 98111 1603 / 199800169676 | VOL 861 PG 1553... | |
| Y | 7/7/1998 12:00:00AM | ALEXANDER WILLIAM C | Grantor | KEEFE GLORIA B | DEED / 199800208014 | ALL 98130 9759 / 199800208014 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 10/15/1998 12:00:00AM | AMERICAN FREIGHTWAYS | Grantor | SOUTHWESTERN BELL TELEPH | EASEMENT / 199800334113 | ALL 98202 5421 / 199800334113 | MANGRAM J VOL 861... | |
| Y | 2/10/1999 12:00:00AM | BROOKHOLLOW NATL BK | Grantor | PATEL HELEN M | REL / 199900467376 | ALL 99027 3766 / 199900467376 | LT 34 BLK G CTBLK 6364 INDUSTR ACR VOL 12 PG 317... | |
| Y | 2/12/1999 12:00:00AM | BAXTER GRACE A DECD | Grantor | VAN CAMP LINDA | REL / 199900469995 | ALL 99029 1137 / 199900469995 | MANGUM J DALLAS SURVEYS VOL 861... | |
| Y | 5/14/2004 12:00:00AM | KELLY JACK | Grantor | KELLY TRACY M | DEED / 200402888103 | ALL 2004094 10713 / 200402888103 | LT 12 BLK 19 LAKE RIDGE CEDAR HILL VOL 861 PG 2773... | 20080169220 |
| C | 7/15/2009 10:10:32AM | FEDEX FREIGHT INC | Grantor | SCOUT EXPLORATION JOINT VENTURE | WAIVER | Doc: 200900202086 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| C | 7/15/2009 10:10:33AM | FEDEX FREIGHT INC | Grantor | DALLAS COUNTY | ROW | Doc: 200900202087 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| C | 7/15/2009 10:10:34AM | FEDEX FREIGHT INC | Grantor | DALLAS COUNTY | EASEMENT | Doc: 200900202088 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| C | 9/2/2009 8:21:27AM | LAMBERSON CAROL K CHRISTENSEN | Grantor | CHRISTENSEN MARTIN III | DEED | Doc: 200900251822 | BK:861 SUB:JOSEPH MANGRUM SURVEY | |
| C | 9/16/2009 9:44:42AM | SEYEDGHANDI MOHAMMAD | Grantor | DALLAS COUNTY | ROW | Doc: 200900264440 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| C | 9/16/2009 9:44:43AM | SEYEDGHANDI MOHAMMAD | Grantor | DALLAS COUNTY | EASEMENT | Doc: 200900264441 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| C | 10/16/2009 2:46:45PM | CHRISTENSEN LAMBERSON CAROL K | Grantor | DALLAS COUNTY | DEED | Doc: 200900294556 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 10/27/2009 1:46:41PM | RUDINE FRANCINE | Grantor | MCKINNEY VEHICLE SERVICES INC | PR REL | Doc: 200900304240 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 10/27/2009 1:46:42PM | RUDINE ROBERT | Grantor | CHIEF RESOURCES LP | WAIVER | Doc: 200900304241 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 10/27/2009 1:46:43PM | RUDINE FRANCINE CAREN | Grantor | CHIEF RESOURCES LP | WAIVER | Doc: 200900304242 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 10/27/2009 1:46:44PM | RUDINE FRANCINE | Grantor | DALLAS COUNTY | EASEMENT | Doc: 200900304243 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 12/18/2009 9:59:56AM | DALLAS COUNTY | Grantor | KHALEEL MOHAMED | LP | Doc: 200900353192 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 1/1/2010 10:54:14AM | IRVING CITY | Grantor | HERNANDEZ MARIA | ORDER | Doc: 201000006068 | LT:37 BK:861 PG:140 INST:200900129795 CITY:IRVING SUB:JOSEPH MANGRUM | |
| Y | 1/22/2010 8:53:28AM | IRVING CITY | Grantor | HERNANDEZ MARIA | ORDER | Doc: 201000016821 | LT:37 BK:861 PG:140 INST:200900129795 CITY:IRVING SUB:JOSEPH MANGRUM | |
| Y | 1/25/2010 1:44:36PM | NIER PAUL D | Grantor | BRADY SHAWN K | APP | Doc: 201000018649 | BK:861 SUB:JOSEPH MANGUM SURVEY | |
| C | 1/25/2010 1:44:37PM | BRADY SHAWN K | Grantor | 21ST MORTGAGE CORPORATION | TR DEED | Doc: 201000018650 | BK:861 SUB:JOSEPH MANGUM SURVEY | |
| C | 1/25/2010 1:44:38PM | BRADY SHAWN K | Grantor | PUBLIC | AFF | Doc: 201000018651 | BK:861 SUB:JOSEPH MANGUM SURVEY | |

| Ver | Date | Name | Role | OtherName | Doc Type/L | Book/Pg/Inst | First Legal | Re ges |
|-----|------|------|------|-----------|------------|--------------|-------------|--------|
| C | 1/27/2010 2:50:56PM | DALLAS COUNTY | Grantor | DOWNS MARY LOU | LP | Doc: 201000021548 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| C | 3/18/2010 9:57:09AM | STEWART KUK JA | Grantor | TODD CURTIS OF CHRIS NASRALLAH | PR REL | Doc: 201000065955 | BK:861 INST:200503579476 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 3/18/2010 9:57:10AM | UP G KUK INC | Grantor | DALLAS COUNTY | ROW | Doc: 201000065956 | BK:861 INST:200503579476 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 3/18/2010 9:57:11AM | UP G KUK INC | Grantor | DALLAS COUNTY | EASEMENT | Doc: 201000065957 | BK:861 INST:200503579476 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 3/18/2010 9:57:12AM | UP G KUK INC | Grantor | DALLAS COUNTY | EASEMENT | Doc: 201000065958 | BK:861 INST:200503579476 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 3/18/2010 9:57:13AM | UP G KUK INC | Grantor | DALLAS COUNTY | EASEMENT | Doc: 201000065959 | BK:861 INST:200503579476 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 4/27/2010 9:15:05AM | KHALEEL MOHAMED | Grantor | PUBLIC | WAIVER | Doc: 201000103870 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 4/27/2010 9:15:06AM | KHALEEL MOHAMED | Grantor | DALLAS COUNTY | ROW | Doc: 201000103871 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 4/27/2010 9:15:07AM | KHALEEL MOHAMED | Grantor | DALLAS COUNTY | EASEMENT | Doc: 201000103872 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 7/6/2010 11:35:59AM | HERNANDEZ MARIA D | Grantor | RODRIGUEZ MARTIN | DEED | Doc: 201000168962 | BK:861 SUB:J MANGUM SURVEY | |
| C | 7/6/2010 11:36:00AM | RODRIGUEZ ANTONIO | Grantor | CMH HOMES INC | ML | Doc: 201000168963 | BK:861 SUB:J MANGUM SURVEY | |
| Y | 7/6/2010 11:36:01AM | RODRIGUEZ ANTONIO | Grantor | VANDERBILT MORTGAGE & FINANCE INC | DT | Doc: 201000168964 | BK:861 CITY:IRVING SUB:J MANGUM SURVEY | |
| C | 7/7/2010 8:47:44AM | DALLAS COUNTY | Grantor | KHALEEL MOHAMED | CC JUDGMT | Doc: 201000170305 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| C | 8/2/2010 10:57:09AM | RODRIGUEZ ANTONIO | Grantor | RODRIGUEZ MARTIN | MISC | Doc: 201000194887 | BK:861 SUB:J MANGUM SURVEY | |
| Y | 8/2/2010 10:57:10AM | STANFORD HARVEY P | Grantor | HERNANDEZ MARIA S | REL | Doc: 201000194888 | BK:861 SUB:J MANGUM SURVEY | Instr #:200900129794 |
| Y | 8/24/2010 3:48:18PM | DALLAS COUNTY | Grantor | DOWNS MARY LOU | LP | Doc: 201000216689 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 9/30/2010 9:55:50AM | 21ST MORTGAGE CORPORATION | Grantor | RODRIGUEZ LUIS ARMANDO | DEED | Doc: 201000251429 | BK:861 SUB:JOSEPH MANGUM SURVEY | |
| Y | 10/20/2010 11:03:41AM | MURPHY JOSEPHINE R | Grantor | IRVING CITY | EASEMENT | Doc: 201000270574 | LT:23 BLK:J BK:74191 PG:1249 CITY:IRVING SUB:HARBOR LAKES WEST SEVENTH INSTALLMENT... | |
| Y | 10/29/2010 4:17:47PM | SHARPE ELAINE | Grantor | IRVING CITY | EASEMENT | Doc: 201000278919 | LT:11 BLK:F BK:72157 PG:1371 CITY:IRVING SUB:HARBOR LAKES WEST EIGHTH INSTALLMENT... | |
| Y | 10/29/2010 4:32:57PM | ZUNIGA JOYCE | Grantor | IRVING CITY | EASEMENT | Doc: 201000278932 | LT:10 BLK:F BK:72157 PG:1371 CITY:IRVING SUB:HARBOR LAKES WEST EIGHTH INSTALLMENT... | |
| Y | 10/29/2010 4:34:45PM | GEHAN JOHN | Grantor | IRVING CITY | EASEMENT | Doc: 201000278938 | LT:22 BLK:J BK:74191 PG:1249 CITY:IRVING SUB:HARBOR LAKES WEST SEVENTH INSTALLMENT... | |
| Y | 12/13/2010 10:08:37AM | RUDINE ROBERT CHARLES | Grantor | RUDINE ROBERT | DEED | Doc: 201000315643 | LT:II BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |

| Ver | Date | Name | Role | OtherName | Doc Type/L | Book/Pg/Inst | First Legal | Ref |
|-----|------|------|------|-----------|------------|--------------|-------------|-----|
| Y | 12/13/2010 10:08:37AM | RUDINE ROBERT CHARLES | Grantor | RUDINE ROBERT | DEED | Doc: 201000315643 | LT:II BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |
| Y | 2/25/2011 12:02:45PM | THE HARRINGTON CORPORATION | Grantor | APPLETON JAMIE LOU HARRINGTON | MINERAL DEED | Doc: 201100049871 | BK:316 SUB:TW COUSY SURVEY | |
| Y | 2/25/2011 4:14:20PM | HARRINGTON WILLIAM MARK | Grantor | HARRINGTON CASEY MARK | MINERAL DEED | Doc: 201100050429 | BK:671 CITY:IRVING SUB:FRANCIS JONES SURVEY | |
| Y | 2/28/2011 11:17:49AM | HARRINGTON CASEY MARK | Grantor | HARRINGTON APPLETON MINERAL PARTNERSHIP LP | MINERAL DEED | Doc: 201100050996 | BK:671 CITY:IRVING SUB:FRANCIS JONES SURVEY | |
| Y | 2/28/2011 3:39:46PM | APPLETON JAMIE LOU HARRINGTON | Grantor | APPLETON GRANT ORAN | MINERAL DEED | Doc: 201100051790 | BK:671 CITY:IRVING SUB:FRANCIS JONES SURVEY | |
| Y | 3/1/2011 12:32:50PM | APPLETON GRANT ORAN | Grantor | HARRINGTON APPLETON MINERAL PARTNERSHIP LP | MINERAL DEED | Doc: 201100052963 | BK:671 CITY:IRVING SUB:FRANCIS JONES SURVEY | |
| Y | 3/1/2011 5:01:39PM | APPLETON RYAN WADE | Grantor | HARRINGTON APPLETON MINERAL PARTNERSHIP LP | MINERAL DEED | Doc: 201100054094 | BK:671 CITY:IRVING SUB:FRANCIS JONES SURVEY | |
| Y | 3/2/2011 1:03:36PM | APPLETON JAMIE LOU HARRINGTON | Grantor | APPLETON GRANT ORAN | MINERAL DEED | Doc: 201100055507 | BK:671 CITY:IRVING SUB:FRANCIS JONES SURVEY | |
| Y | 3/3/2011 2:51:54PM | APPLETON GRANT ORAN | Grantor | HARRINGTON APPLETON MINERAL PARTNERSHIP LP | MINERAL DEED | Doc: 201100057133 | BK:671 CITY:IRVING SUB:FRANCIS JONES SURVEY | |
| Y | 3/4/2011 9:25:22AM | APPLETON RYAN WADE | Grantor | HARRINGTON APPLETON MINERAL PARTNERSHIP LP | MINERAL DEED | Doc: 201100057584 | BK:49 CITY:IRVING SUB:JA BURDETT SURVEY | |
| C | 7/27/2011 1:22:14PM | DALLAS COUNTY | Grantor | DOWNS MARY LOU | CC JUDGMT | Doc: 201100196105 | BK:861 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | |

G Harrington

County Gave
ne this missing
page ⑬ Red flag
Look ⟶

**The following criteria was used to produce these results:**
Date recorded from 01/01/1964 to 01/29/2015

Last Name Begins With GIFCO PROP

INDEX TYPE IN (BN,BR,CS,DE,DF,DP,DV,FN,FS,LR,MA,MD,ML,OB,PL,VB)



Gifco I
Propelics

**All Records verified through 01/23/2015.**

| Ver | Date | Name | Role | OtherName | Doc Type/Legacy# | Book/Pg/Inst | First Legal | | |
|-----|------|------|------|-----------|------------------|--------------|-------------|---|---|
| Y | 5/28/1970 12:00:00AM | GIFCO PROP INC | Grantee | SHADY GROVE CEM ASN | DEED / 197000074109 | ALL 70104 819 / 197000074109 | SURVEY | SPOO? | |
| Y | 5/28/1970 12:00:00AM | GIFCO PROP INC | Grantee | SHADY GROVE CEM ASN | DEED / 197000074109 | ALL 70104 819 / 197000074109 | SURVEY | SPOO? | |
| Y | 8/14/1970 12:00:00AM | GIFCO PROP INC | Grantee | WHITE BELLE C | DEED / 197000119016 | ALL 70158 435 / 197000119016 | AB 1225 ETA | REED... | 20070454611 |
| Y | 8/14/1970 12:00:00AM | GIFCO PROP INC | Grantee | WHITE BELLE C | DEED / 197000119016 | ALL 70158 435 / 197000119016 | AB 1225 ETA | REED... | 20070454611 |
| Y | 8/14/1970 12:00:00AM | GIFCO PROP INC | Grantor | WHITE BELLE C | DT / 197000118992 | ALL 70158 381 / 197000118992 | AB 1225 ETA | REED... | |
| Y | 8/14/1970 12:00:00AM | GIFCO PROP INC | Grantor | WHITE BELLE C | DT / 197000118992 | ALL 70158 381 / 197000118992 | AB 1225 ETA | REED... | |
| Y | 1/5/1971 12:00:00AM | GIFCO PROP INC | Grantee | — | DEED / 197100001941 | ALL 71002 1746 / 197100001941 | AB 506 ETAL | GRAHAM... | 200600023472 |
| Y | 1/5/1971 12:00:00AM | GIFCO PROP INC | Grantee | — | DEED / 197100001940 | ALL 71002 1742 / 197100001940 | AB 1566 ETA | WITT... | |
| Y | 1/5/1971 12:00:00AM | GIFCO PROP INC | Grantee | — | DEED / 197100001939 | ALL 71002 1729 / 197100001939 | AB 728 ETAL | KUHN... | |
| Y | 1/26/1971 12:00:00AM | GIFCO PROP INC | Grantor | — | DT / 197100012946 | ALL 71017 416 / 197100012946 | AB 679 | JENNINGS... | |
| Y | 1/26/1971 12:00:00AM | GIFCO PROP INC | Grantee | — | DEED / 197100012955 | ALL 71017 456 / 197100012955 | AB 679 | JENNINGS... | |
| Y | 1/26/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197100012952 | ALL 71017 443 / 197100012952 | AB 679 | JENNINGS... | |
| Y | 1/26/1971 12:00:00AM | GIFCO PROP INC | Grantee | | DEED / 197100012954 | ALL 71017 452 / 197100012954 | AB 679 | JENNINGS... | |
| Y | 1/28/1971 12:00:00AM | GIFCO PROP INC | Grantor | | EASEMENT / 197100015082 | ALL 71019 2009 / 197100015082 | 40 P/7171 | IRWN AD 7... | |
| Y | 3/19/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197100046327 | ALL 71055 1556 / 197100046327 | AB 848 | MCLAUGHLL... | |
| Y | 4/14/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197100063456 | ALL 71073 875 / 197100063456 | AB 848 | MCLAUGHLL... | |
| Y | 4/23/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197100069136 | ALL 71080 601 / 197100069136 | AB 1183 | READ... | |
| Y | 4/23/1971 12:00:00AM | GIFCO PROP INC | Grantor | | RESOLUTION / 197100069103 | ALL 71080 534 / 197100069103 | AB 1183 | READ... | |
| Y | 4/23/1971 12:00:00AM | GIFCO PROP INC | Grantee | | RESOLUTION / 197100069103 | ALL 71080 534 / 197100069103 | AB 1183 | READ... | |
| Y | 4/26/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197100070255 | ALL 71081 1308 / 197100070255 | AB 494 | GOUGH... | |



EXHIBIT
I

| Ver | Date | Name | Role | OtherName | Doc Type/Inst | Type/Inst | First Legal | References |
|-----|------|------|------|-----------|---------------|-----------|-------------|------------|
| Y | 4/30/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DT / 197100073267 | ALL 71085 430 / 197100073267 | AB 137 | BAUGH... |
| Y | 4/30/1971 12:00:00AM | GIFCO PROP INC | Grantee | | DEED / 197100073312 | ALL 71085 557 / 197100073312 | AB 137 | BAUGH... |
| Y | 5/11/1971 12:00:00AM | GIFCO PROP INC | Grantee | | DEED / 197100084322 | ALL 71092 492 / 197100084322 | AB 617 ETAL | HUITT... |
| Y | 6/16/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197100122860 | ALL 71117 1896 / 197100122860 | AB 650 | HARRISON... |
| Y | 7/6/1971 12:00:00AM | GIFCO PROP INC | Grantor | | EASEMENT / 197100136076 | ALL 71130 988 / 197100136076 | AB 797 ETAL | LAMAR... |
| Y | 8/10/1971 12:00:00AM | GIFCO PROP INC | Grantor | | EASEMENT / 197100161881 | ALL 71155 1943 / 197100161881 | AB 1147 ETA | PERRY... |
| Y | 8/20/1971 12:00:00AM | GIFCO PROP INC | Grantee | | DEED / 197100169453 | ALL 71163 479 / 197100169453 | AB 1225 | REED... |
| Y | 8/20/1971 12:00:00AM | GIFCO PROP INC | Grantee | | DEED / 197100169455 | ALL 71163 483 / 197100169455 | AB 1225 | REED... |
| Y | 9/20/1971 12:00:00AM | GIFCO PROP INC | Grantee | | DEED / 197100188807 | ALL 71183 668 / 197100188807 | SURVEY | REED... |
| Y | 9/30/1971 12:00:00AM | GIFCO PROP CO INC | Grantor | | AGREE / 197100195463 | ALL 71191 1 / 197100195463 | AB 1225 | REED... |
| Y | 9/30/1971 12:00:00AM | GIFCO PROP INC | Grantor | | AGREE / 197100195463 | ALL 71191 1 / 197100195463 | AB 1225 | REED... |
| Y | 9/30/1971 12:00:00AM | GIFCO PROP INC | Grantee | | AGREE / 197100195463 | ALL 71191 1 / 197100195463 | AB 1225 | REED... |
| Y | 9/30/1971 12:00:00AM | GIFCO PROP INC | Grantor | | AGREE / 197100195465 | ALL 71191 163 / 197100195465 | AB 1225 | REED... |
| Y | 9/30/1971 12:00:00AM | GIFCO PROP INC | Grantee | | AGREE / 197100195465 | ALL 71191 163 / 197100195465 | AB 1225 | REED... |
| Y | 10/12/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197100203655 | ALL 71199 1824 / 197100203655 | AB 506 | GRAHAM... |
| Y | 10/12/1971 12:00:00AM | GIFCO PROP INC | Grantee | | DT / 197100203656 | ALL 71199 1831 / 197100203656 | AB 506 | GRAHAM... |
| Y | 10/14/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197100205844 | ALL 71201 1537 / 197100205844 | SURVEY | SPOON... | 200600021537 |
| Y | 10/28/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197100213594 | ALL 71212 10 / 197100213594 | AB 1445 ETA | SLAYTON... |
| Y | 11/30/1971 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197100232438 | ALL 71232 2347 / 197100232438 | SURVEY | JENNINGS... |
| Y | 1/24/1972 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197200263112 | ALL 72016 772 / 197200263112 | AB 506 | GRAHAM... |
| Y | 1/24/1972 12:00:00AM | GIFCO PROP INC | Grantee | | DT / 197200263111 | ALL 72016 766 / 197200263111 | AB 506 | GRAHAM... |
| Y | 3/3/1972 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197200289851 | ALL 72045 2626 / 197200289851 | AB 137 | BAUGH... |
| Y | 3/6/1972 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197200291600 | ALL 72047 844 / 197200291600 | AB 650 | HARRISON... |

| Ver | Date | Name | Role | OtherName | Doc Type/L... | H... rg/Inst | First Legal | | Ref... ls |
|-----|------|------|------|-----------|---------------|-------------|-------------|---|-----------|
| Y | 3/17/1972 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197200299426 | ALL 72055 1890 / 197200299426 | AB 468 | FARRANS... | |
| Y | 3/22/1972 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197200302110 | ALL 72058 2309 / 197200302110 | AB 519 | GREEN... | |
| Y | 5/19/1972 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197200341792 | ALL 72100 1252 / 197200341792 | AB 494 | GOUGH... | |
| Y | 5/19/1972 12:00:00AM | GIFCO PROP INC | Grantor | | DEED / 197200341791 | ALL 72100 1248 / 197200341791 | AB 1301 | STOKES... | |
| Y | 6/5/1972 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197200351184 | ALL 72110 2297 / 197200351184 | AB 506 | GRAHAM... | |
| Y | 6/7/1972 12:00:00AM | GIFCO PROP INC | Grantor | BROWNLEE PORTER | DEED / 197200353984 | ALL 72113 1103 / 197200353984 | AB 778 | LINNEY... | |
| Y | 6/7/1972 12:00:00AM | GIFCO PROP INC | Grantee | ALLEN FRANK W | DT / 197200353941 | ALL 72113 970 / 197200353941 | AB 778 | LINNEY... | |
| Y | 6/16/1972 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197200360270 | ALL 72119 2323 / 197200360270 | AB 848 | MC LAUGHL... | |
| Y | 6/21/1972 12:00:00AM | GIFCO PROP INC | Grantee | ABSTON JAMES O | DEED / 197200363511 | ALL 72123 1154 / 197200363511 | AB 398 ETAL | DENTON... | |
| Y | 6/21/1972 12:00:00AM | GIFCO PROP INC | Grantor | FRENCH SAM W | DEED / 197200363510 | ALL 72123 1150 / 197200363510 | 6491 | DAL... | |
| Y | 6/21/1972 12:00:00AM | GIFCO PROP INC | Grantee | ABSTON JAMES O | DT / 197200363534 | ALL 72123 1250 / 197200363534 | 6491 | DAL... | |
| Y | 7/17/1972 12:00:00AM | GIFCO PROP | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197200379812 | ALL 72139 303 / 197200379812 | AB 121 | BRADSHAW... | |
| Y | 7/17/1972 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197200379813 | ALL 72139 305 / 197200379813 | AB 1225 | READ... | |
| Y | 7/17/1972 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197200379814 | ALL 72139 307 / 197200379814 | AB 1225 | READ... | |
| Y | 7/17/1972 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197200379815 | ALL 72139 309 / 197200379815 | AB 1225 | READ... | |
| Y | 7/17/1972 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197200379816 | ALL 72139 311 / 197200379816 | AB 1225 | READ... | |
| Y | 7/17/1972 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197200379810 | ALL 72139 299 / 197200379810 | AB 121 | BRADSHAW... | |
| Y | 9/6/1972 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | DEED / 197200415432 | ALL 72175 387 / 197200415432 | AB 1225 | REED... | 20070384494 |
| Y | 9/6/1972 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | DEED / 197200415429 | ALL 72175 379 / 197200415429 | AB 1225 | REED... | 20070384494 |
| Y | 9/7/1972 12:00:00AM | GIFCO PROP INC | Grantee | ABSTON JAMES O | DEED / 197200416933 | ALL 72176 1037 / 197200416933 | AB 398 ETAL | DENTON... | |
| Y | 9/12/1972 12:00:00AM | GIFCO PROP INC | Grantor | CARPENTER BROS INC | REL / 197200420221 | ALL 72179 1795 / 197200420221 | 5 2/6068 | KNG RW 6... | |
| Y | 9/12/1972 12:00:00AM | GIFCO PROP INC | Grantee | CARPENTER BROS INC | DEED / 197200420219 | ALL 72179 1788 / 197200420219 | 5 2/6068 | KNG RW 6... | |
| Y | 9/22/1972 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | DEED / 197200428411 | ALL 72186 2144 / 197200428411 | AB 1225 | REED... | 20070384494 |

1/29/2015 12:51:54PM

| Ver | Date | Name | Role | OtherName | Doc Type/Legal# | Book/Inst | First Legal | | References |
|---|---|---|---|---|---|---|---|---|---|
| Y | 10/6/1972 12:00:00AM | GIFCO PROP INC | Grantee | SEALE ASA | REL / 197200438704 | ALL 72196 2309 / 197200438704 | AB 137 ETAL | BAUGH... | |
| Y | 10/6/1972 12:00:00AM | GIFCO PROP INC | Grantee | SEALE ROY Q | REL / 197200438702 | ALL 72196 2302 / 197200438702 | AB 137 ETAL | BAUGH... | |
| Y | 10/6/1972 12:00:00AM | GIFCO PROP INC | Grantee | RADDATZ GLEN | REL / 197200438703 | ALL 72196 2306 / 197200438703 | AB 137 ETAL | BAUGH... | |
| Y | 11/3/1972 12:00:00AM | GIFCO PROP INC | Grantor | MOORE BOB | DEED / 197200456138 | ALL 72216 1805 / 197200456138 | AB 778 | LINNEY... | |
| Y | 12/1/1972 12:00:00AM | GIFCO PROP INC | Grantor | JOHNSON THOMAS H | DEED / 197200474965 | ALL 72234 1284 / 197200474965 | 5 2/6068 | KNG RW 6... | |
| Y | 12/1/1972 12:00:00AM | GIFCO PROP INC | Grantee | ALDRIDGE EUGENE C | DT / 197200474974 | ALL 72234 1323 / 197200474974 | 5 2/6068 | KNG RW 6... | |
| Y | 12/7/1972 12:00:00AM | GIFCO PROP INC | Grantor | BROWNLEE PORTER | REL / 197200479618 | ALL 72238 1313 / 197200479618 | AB 778 | LINNEY... | |
| Y | 12/20/1972 12:00:00AM | GIFCO PROP INC | Grantee | FIRST CITIZENS BK | EXT / 197200486417 | ALL 72245 1892 / 197200486417 | AB 1330 | STONE... | |
| Y | 12/20/1972 12:00:00AM | GIFCO PROP INC | Grantor | FIRST CITIZENS BK | EXT / 197200486417 | ALL 72245 1892 / 197200486417 | AB 1330 | STONE... | |
| Y | 1/16/1973 12:00:00AM | GIFCO PROP INC | Grantor | DALLAS CITY | DEED / 197300501476 | ALL 73012 479 / 197300501476 | 8661 | DAL... | 20080295042 |
| Y | 1/23/1973 12:00:00AM | GIFCO PROP INC | Grantee | DALLAS CITY | CONT / 197300505874 | ALL 73017 48 / 197300505874 | AB 649 ETAL | HARRISON... | |
| Y | 1/23/1973 12:00:00AM | GIFCO PROP INC | Grantor | DALLAS CITY | CONT / 197300505874 | ALL 73017 48 / 197300505874 | AB 649 ETAL | HARRISON... | |
| Y | 2/16/1973 12:00:00AM | GIFCO PROP INC | Grantor | RADIANT HOMES INC | DEED / 197300521935 | ALL 73034 2338 / 197300521935 | AB 1330 | STONE... | |
| Y | 2/16/1973 12:00:00AM | GIFCO PROP INC | Grantee | RADIANT HOMES INC | DT / 197300521939 | ALL 73034 2356 / 197300521939 | AB 1330 | STONE... | |
| Y | 2/16/1973 12:00:00AM | GIFCO PROP INC | Grantee | GIFCO PROP INC | RESOLUTION / 197300522615 | ALL 73035 1461 / 197300522615 | AB 1330 | STONE... | |
| Y | 2/16/1973 12:00:00AM | GIFCO PROP INC | Grantor | GIFCO PROP INC | RESOLUTION / 197300522615 | ALL 73035 1461 / 197300522615 | AB 1330 | STONE... | |
| Y | 2/16/1973 12:00:00AM | GIFCO PROP INC | Grantor | FIRST CITIZENS BK | CONV / 197300522613 | ALL 73035 1455 / 197300522613 | AB 1330 ETA | STONE... | |
| Y | 2/21/1973 12:00:00AM | GIFCO PROP INC | Grantor | DALLAS CITY | DEED / 197300524583 | ALL 73037 1725 / 197300524583 | AB 649 ETAL | HARRISON... | |
| Y | 4/9/1973 12:00:00AM | GIFCO PROP INC | Grantee | TEXAS WATER RIGHTS COMMI | LICENSE / 197300562021 | ALL 73071 252 / 197300562021 | AB 1192 | RICHARDS... | |
| Y | 5/7/1973 12:00:00AM | GIFCO PROP INC | Grantor | RC ENT INC | DEED / 197300582470 | ALL 73091 1287 / 197300582470 | AB 679 | JENNINGS... | |
| Y | 5/8/1973 12:00:00AM | GIFCO PROP INC | Grantee | DALLAS CITY | CONTRACT / 197300582809 | ALL 73091 2288 / 197300582809 | AB 1092 ETA | NIX... | |
| Y | 5/8/1973 12:00:00AM | GIFCO PROP INC | Grantor | GIFCO PROP INC | CONTRACT / 197300582809 | ALL 73091 2288 / 197300582809 | AB 1092 ETA | NIX... | |
| Y | 6/11/1973 12:00:00AM | GIFCO PROP INC | Grantor | POFAHL CF | PR REL / 197300606454 | ALL 73115 1763 / 197300606454 | AB 506 | GRAHAM... | |

| Ver | Date | N | Role | OtherName | Doc Type/L | # | rg/Inst | First Legal | | Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| Y | 6/11/1973 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO | EASEMENT / 197300605567 | | ALL 73114 1739 / 197300605567 | AB 679 | JENNINGS... | |
| Y | 6/20/1973 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197306613409 | | ALL 73122 1216 / 197306613409 | AB 506 | GRAHAM... | |
| Y | 6/29/1973 12:00:00AM | GIFCO PROP INC | Grantee | GIFFORD HILL&CO INC | REL / 197300620091 | | ALL 73129 1023 / 197300620091 | AB 1092 ETA | NIX... | |
| Y | 6/29/1973 12:00:00AM | GIFCO PROP INC | Grantor | DALLAS CITY | DEED / 197300620101 | | ALL 73129 1064 / 197300620101 | AB 1092 ETA | NIX... | 20070251947 |
| Y | 7/20/1973 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 197300634262 | | ALL 73142 1859 / 197300634262 | | | |
| Y | 7/20/1973 12:00:00AM | GIFCO PROP INC | Grantee | GIFFORD HILL&CO INC | DEED / 197300634265 | | ALL 73142 1869 / 197300634265 | AB 470 | FRANKLIN... | |
| Y | 7/20/1973 12:00:00AM | GIFCO PROP INC | Grantee | GIFFORD HILL&CO INC | DEED / 197300634263 | | ALL 73142 1862 / 197300634263 | AB 470 | FRANKLIN... | 20070454611 |
| Y | 7/20/1973 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 197300634264 | | ALL 73142 1865 / 197300634264 | AB 1566 ETA | WITT... | |
| Y | 7/26/1973 12:00:00AM | GIFCO PROP INC | Grantee | TEXAS WATER RIGHTS COMM | LICENSE / 197300637931 | | ALL 73146 2135 / 197300637931 | AB 1192 | RICHARDS... | |
| Y | 8/31/1973 12:00:00AM | GIFCO PROP INC | Grantor | ZACHRY HB CO | LEASE / 197300662708 | | ALL 73173 857 / 197300662708 | AB 468 | FARRANS... | |
| Y | 8/31/1973 12:00:00AM | GIFCO PROP INC | Grantor | ZACHRY HB CO | DEED / 197300662709 | | ALL 73173 873 / 197300662709 | AB 468 | FARRANS... | 200503618009 |
| Y | 8/31/1973 12:00:00AM | GIFCO PROP INC | Grantee | ZACHRY HB CO | DT / 197300662710 | | ALL 73173 877 / 197300662710 | AB 468 | FARRANS... | |
| Y | 9/19/1973 12:00:00AM | GIFCO PROP INC | Grantee | TEXAS WATER RIGHTS COMMI | REL / 197300672671 | | ALL 73184 1694 / 197300672671 | | | |
| Y | 9/26/1973 12:00:00AM | GIFCO PROP INC | Grantor | FARINA JOE P | DEED / 197300676832 | | ALL 73189 1543 / 197300676832 | AB 1680 | GRAY... | |
| Y | 9/26/1973 12:00:00AM | GIFCO PROP INC | Grantor | FARINA JOE P | DEED / 197300676831 | | ALL 73189 1539 / 197300676831 | AB 468 | FARRANS... | |
| Y | 9/26/1973 12:00:00AM | GIFCO PROP INC | Grantee | FARINA JOE P | DT / 197300676833 | | ALL 73189 1547 / 197300676833 | AB 1680 | GRAY... | |
| Y | 9/26/1973 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197300676755 | | ALL 73189 1350 / 197300676755 | AB 778 | LINNEY... | |
| Y | 9/28/1973 12:00:00AM | GIFCO PROP INC | Grantee | WHITE EUNICE M | DEED / 197300678744 | | ALL 73191 1476 / 197300678744 | AB 494 | GOUGH... | |
| Y | 10/3/1973 12:00:00AM | GIFCO PROP INC | Grantee | SECOND LAND CORP | DT / 197300681600 | | ALL 73195 588 / 197300681600 | AB 1183 | READ... | |
| Y | 10/3/1973 12:00:00AM | GIFCO PROP INC | Grantee | GIFFORD HILL&CO INC | DEED / 197300681603 | | ALL 73195 600 / 197300681603 | AB 1183 ETA | REED... | |
| Y | 10/3/1973 12:00:00AM | GIFCO PROP INC | Grantor | SECOND LAND CORP | DEED / 197300681594 | | ALL 73195 564 / 197300681594 | AB 1183 | READ... | |
| Y | 12/12/1973 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | EASEMENT / 197300720870 | | ALL 73242 2105 / 197300720870 | | | |
| Y | 12/20/1973 12:00:00AM | GIFCO PROP INC | Grantee | GIFCO PROP INC | RESOLUTION / 197300727218 | | ALL 73249 993 / 197300727218 | | | |

1/29/2015 12:51:54PM

| Ver | Date | Name | Role | OtherName | Doc Type/Legacy# Bk/Pg/Inst | First Legal | References |
|-----|------|------|------|-----------|-----------------------------|-------------|-----------|
| Y | 12/20/1973 12:00:00AM | GIFCO PROP INC | Grantor | GIFCO PROP INC | RESOLUTION / 197300727218 | ALL 73249 993 / 197300727218 | |
| Y | 12/20/1973 12:00:00AM | GIFCO PROP INC | Grantor | KIRKHAM DON | DEED / 197300727225 | ALL 73249 1007 / 197300727225 | 40 P/7171 IRWN AD 7... |
| Y | 12/27/1973 12:00:00AM | GIFCO PROP INC | Grantor | ZACHRY HB CO | DEED / 197300729354 | ALL 73252 710 / 197300729354 | AB 468 FARRANS... | 200503618009 |
| Y | 1/4/1974 12:00:00AM | GIFCO PROP INC | Grantor | CONNELL DEV CO | DEED / 197400003902 | ALL 74004 1759 / 197400003902 | AB 519 GREEN... |
| Y | 1/4/1974 12:00:00AM | GIFCO PROP INC | Grantee | CONNELL DEV CO | DT / 197400003904 | ALL 74004 1768 / 197400003904 | AB 519 GREEN... |
| Y | 1/7/1974 12:00:00AM | GIFCO PROP INC | Grantor | DALLAS CITY | DEED / 197400004386 | ALL 74005 766 / 197400004386 | 15 A/7174 E IND BSN W... | 20080089141 |
| Y | 2/25/1974 12:00:00AM | GIFCO PROP INC | Grantor | SECOND LAND CORP | REL / 197400032580 | ALL 74040 1242 / 197400032580 | AB 1183 READ... |
| Y | 3/14/1974 12:00:00AM | GIFCO PROP INC | Grantor | GIFCO DEV CO | DEED / 197400042757 | ALL 74052 1428 / 197400042757 | AB 494 GOUGH... |
| Y | 3/20/1974 12:00:00AM | GIFCO PROP INC | Grantee | CONNELL DEV CO | DEED / 197400046489 | ALL 74057 194 / 197400046489 | AB 519 GREEN... |
| Y | 3/20/1974 12:00:00AM | GIFCO PROP INC | Grantee | CONNELL DEV CO | DT / 197400046483 | ALL 74057 170 / 197400046483 | AB 519 GREEN... |
| Y | 3/20/1974 12:00:00AM | GIFCO PROP INC | Grantor | CONNELL DEV CO | DEED / 197400046488 | ALL 74057 190 / 197400046488 | AB 519 GREEN... |
| Y | 3/29/1974 12:00:00AM | GIFCO PROP INC | Grantor | CONNELL DEV CO | PR REL / 197400052463 | ALL 74064 125 / 197400052463 | AB 519 GREEN... |
| Y | 7/30/1974 12:00:00AM | GIFCO PROP INC | Grantor | CONNELL DEV CO | PR REL / 197400129832 | ALL 74148 670 / 197400129832 | AB 519 GREEN... |
| Y | 8/13/1974 12:00:00AM | GIFCO PROP INC | Grantee | COX PAUL | AGREE / 197400139168 | ALL 74158 845 / 197400139168 | AB 848 MCLAUGHLI... |
| Y | 8/13/1974 12:00:00AM | GIFCO PROP INC | Grantor | COX PAUL | AGREE / 197400139168 | ALL 74158 845 / 197400139168 | AB 848 MCLAUGHLI... |
| Y | 8/13/1974 12:00:00AM | GIFCO PROP INC | Grantee | BARBER HAROLD | AGREE / 197400139169 | ALL 74158 857 / 197400139169 | AB 848 MCLAUGHLI... |
| Y | 8/13/1974 12:00:00AM | GIFCO PROP INC | Grantor | BARBER HAROLD | AGREE / 197400139169 | ALL 74158 857 / 197400139169 | AB 848 MCLAUGHLI... |
| Y | 8/23/1974 12:00:00AM | GIFCO PROP INC | Grantee | BARBER HAROLD | EASEMENT / 197400146102 | ALL 74166 1121 / 197400146102 | AB 848 MC LAUGHL... |
| Y | 8/23/1974 12:00:00AM | GIFCO PROP INC | Grantor | BARBER HAROLD | EASEMENT / 197400146102 | ALL 74166 1121 / 197400146102 | AB 848 MC LAUGHL... |
| Y | 8/23/1974 12:00:00AM | GIFCO PROP INC | Grantee | COX PAUL | EASEMENT / 197400146103 | ALL 74166 1133 / 197400146103 | AB 848 MC LAUGHL... |
| Y | 8/23/1974 12:00:00AM | GIFCO PROP INC | Grantor | GIFCO PROP INC | EASEMENT / 197400146103 | ALL 74166 1133 / 197400146103 | AB 848 MC LAUGHL... |
| Y | 8/23/1974 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | DEED / 197400145663 | ALL 74165 1768 / 197400145663 | AB 137 BAUGH... |
| Y | 10/17/1974 12:00:00AM | GIFCO PROP INC | Grantee | FIRST CITIZENS BK | CONV / 197400175931 | ALL 74203 1174 / 197400175931 | AB 1330 ETA STONE... |

1/29/2015 12:51:54PM

| Ver Date | Name | Role | OtherName | Doc Type/Legacy# | Book/Pg/Inst | First Legal | | References |
|---|---|---|---|---|---|---|---|---|
| Y 1/7/1975 12:00:00AM | GIFCO PROP INC | Grantee | ABSTON JAMES O | REL LABOR LIEN / 197500216404 | ALL 75004 1617 / 1975002164040 | 6491 | DAL... | |
| Y 2/20/1975 12:00:00AM | GIFCO PROP INC | Grantor | RADIANT HOMES INC | REL / 197500238079 | ALL 75036 1690 / 197500238079 | | | |
| Y 4/17/1975 12:00:00AM | GIFCO PROP INC | Grantor | CHRISTON JAMES P | CONV / 197500269235 | ALL 75077 586 / 197500269235 | AB 506 | GRAHAM... | |
| Y 10/22/1975 12:00:00AM | GIFCO PROP INC | Grantee | GRAND PRAIRIE CITY | DT / 197500381325 | ALL 75207 1618 / 197500381325 | AB 1225 ETA | REED... | |
| Y 12/9/1975 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO | DEED / 197500409362 | ALL 75240 1501 / 197500409362 | AB 137 | BAUGH... | 20070450745 |
| Y 12/22/1975 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197500416566 | ALL 75248 1142 / 197500416566 | AB 778 | LINNEY... | |
| Y 1/5/1976 12:00:00AM | GIFCO PROP CO | Grantor | FARINA PETE M DEV CO INC | DEED / 197600002099 | ALL 76002 2598 / 197600002099 | AB 494 | GOUGH... | |
| Y 1/23/1976 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO DAL | EASEMENT / 197600011883 | ALL 76015 1787 / 197600011883 | AB 679 | JENNINGS... | 200900026324 |
| Y 1/23/1976 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO DAL | EASEMENT / 197600011884 | ALL 76015 1785 / 197600011884 | AB 679 | JENNINGS... | 200900026324 |
| Y 1/23/1976 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO DAL | EASEMENT / 197600011885 | ALL 76015 1789 / 197600011885 | AB 470 | FRANKLIN... | |
| Y 1/23/1976 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO DAL | EASEMENT / 197600011888 | ALL 76015 1795 / 197600011888 | AB 679 | JENNINGS... | |
| Y 1/23/1976 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO | EASEMENT / 197600011889 | ALL 76015 1800 / 197600011889 | AB 848 ETAL | MC LAUGHL... | |
| Y 1/23/1976 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO | EASEMENT / 197600011890 | ALL 76015 1803 / 197600011890 | AB 679 | JENNINGS... | |
| Y 1/26/1976 12:00:00AM | GIFCO PROP INC | Grantee | GIFCO PROP INC | RESOLUTION / 197600013285 | ALL 76016 2859 / 197600013285 | AB 494 | GOUGH... | |
| Y 1/26/1976 12:00:00AM | GIFCO PROP INC | Grantor | GIFCO PROP INC | RESOLUTION / 197600013285 | ALL 76016 2859 / 197600013285 | AB 494 | GOUGH... | |
| Y 4/5/1976 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO | EASEMENT / 197600124413 | ALL 76065 2516 / 197600124413 | AB 198 | BBB&C RR... | |
| Y 4/5/1976 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO | EASEMENT / 197600124414 | ALL 76065 2518 / 197600124414 | AB 198 | BBB&C RR... | |
| Y 4/22/1976 12:00:00AM | GIFCO PROP INC | Grantor | KIRKHAM&PERRY RLTY | DEED / 197600502314 | ALL 76079 1562 / 197600502314 | 44 P/7171 | IRWN AD 7... | |
| Y 7/2/1976 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 197600544920 | ALL 76129 1545 / 197600544920 | AB 679 | JENNINGS... | |
| Y 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | FAIRWAY ELEC CORP | REL / 197600561108 | ALL 76146 108 / 197600561108 | AB 778 | LINNEY... | |
| Y 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | HALL CONST CO | REL / 197600561109 | ALL 76146 111 / 197600561109 | AB 778 | LINNEY... | |
| Y 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | HUFFHINES STEEL CO | REL / 197600561110 | ALL 76146 114 / 197600561110 | AB 778 | LINNEY... | |
| Y 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | LONE STAR IND | REL / 197600561111 | ALL 76146 117 / 197600561111 | AB 778 | LINNEY... | |

1/29/2015 12:51:54PM

| Ver | Date | Name | Role | OtherName | Doc Type/Leg | Bk/Pg/Inst | First Legal | Refer |
|-----|------|------|------|-----------|--------------|------------|-------------|-------|
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | GOSS ML PAINTING CONTR | REL / 197600561112 | ALL 76146 120 / 197600561112 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | MC KINNEY CONST CO | REL / 197600561113 | ALL 76146 123 / 197600561113 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | RATHER A/C&HEATING | REL / 197600561114 | ALL 76146 126 / 197600561114 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | RIVERSIDE GLASS | REL / 197600561115 | ALL 76146 129 / 197600561115 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | AMIGO ENT INC | REL / 197600561105 | ALL 76146 99 / 197600561105 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | AVALON SUP CO | REL / 197600561106 | ALL 76146 102 / 197600561106 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | BELL FIRE PROTECTION INC | REL / 197600561107 | ALL 76146 105 / 197600561107 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | ASHLAND OIL INC | REL / 197600561116 | ALL 76146 132 / 197600561116 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | TYCOON PLBG&HEATING | REL / 197600561117 | ALL 76146 135 / 197600561117 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | WARDS ROOFING&SUP INC | REL / 197600561118 | ALL 76146 138 / 197600561118 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | B&C CONCRETE CO | REL / 197600561119 | ALL 76146 141 / 197600561119 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | B&K EXCAVATING | REL / 197600561120 | ALL 76146 144 / 197600561120 | AB 778 | LINNEY... |
| Y | 7/28/1976 12:00:00AM | GIFCO PROP INC | Grantee | WOODARD BLDR SUP | REL / 197600561121 | ALL 76146 147 / 197600561121 | AB 778 | LINNEY... |
| Y | 4/15/1977 12:00:00AM | GIFCO PROP INC | Grantee | MAYFIELD WH JR TR | LP / 197700733182 | ALL 77074 753 / 197700733182 | AB 1301 | STOKES... |
| Y | 5/5/1977 12:00:00AM | GIFCO PROP INC | Grantor | WILDLIFE MGMT SERVS INC | LEASE / 197700748937 | ALL 77088 3101 / 197700748937 | AB 1225 ETA | REED... |
| Y | 5/10/1977 12:00:00AM | GIFCO PROP INC | Grantor | HANNA WILSON A | CONV / 197700751970 | ALL 77091 3189 / 197700751970 | AB 1680 | GRAY... |
| Y | 5/18/1977 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO | EASEMENT / 197700757194 | ALL 77097 552 / 197700757194 | AB 679 | JENNINGS... |
| Y | 7/29/1977 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 197700809765 | ALL 77147 213 / 197700809765 | HUITT R VOL 612... | |
| Y | 9/26/1977 12:00:00AM | GIFCO PROP INC | Grantor | KING ROBERT | DEED / 197700854233 | ALL 77187 2885 / 197700854233 | READ VOL 1183... | |
| Y | 10/3/1977 12:00:00AM | GIFCO PROP INC | Grantee | MAYFIELD WH JR TR | PR REL / 197700859388 | ALL 77192 3641 / 197700859388 | STOKES VOL 1301... | |
| Y | 10/3/1977 12:00:00AM | GIFCO PROP INC | Grantor | IRVING ISD | DEED / 197700859369 | ALL 77192 3598 / 197700859369 | STOKES VOL 1301... | 200600266810 |
| Y | 10/6/1977 12:00:00AM | GIFCO PROP INC | Grantee | GIFCO PROP INC | RESOLUTION / 197700862630 | ALL 77195 2892 / 197700862630 | | |
| Y | 10/6/1977 12:00:00AM | GIFCO PROP INC | Grantor | GIFCO PROP INC | RESOLUTION / 197700862630 | ALL 77195 2892 / 197700862630 | | |

1/29/2015 12:51:54PM

| Ver | Date | Name | Role | OtherName | Doc Type/Legacy# | Book/Pg/Inst | First Legal | References |
|---|---|---|---|---|---|---|---|---|
| Y | 10/27/1977 12:00:00AM | GIFCO PROP INC | Grantee | MAYFIELD WH JR TR | REL JDGMT / 197700877404 | ALL 77210 1515 / 197700877404 | | |
| Y | 12/20/1977 12:00:00AM | GIFCO PROP INC | Grantor | KENSINGTON EST DEV CO | DEED / 197700914615 | ALL 77246 2891 / 197700914615 | STOKES T VOL 1301... | |
| Y | 4/12/1978 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS P&L CO DAL | EASEMENT / 197800569064 | ALL 78071 1206 / 197800569064 | JENNINGS VOL 679... | |
| Y | 5/5/1978 12:00:00AM | GIFCO PROP INC | Grantor | TRINITY RIVER AUTH TEX | EASEMENT / 197800589842 | ALL 78088 2572 / 197800589842 | GRAHAM... | 200600009151 |
| Y | 6/7/1978 12:00:00AM | GIFCO PROP INC | Grantor | IRVING CITY | EASEMENT / 197800615423 | ALL 78110 718 / 197800615423 | JENNINGS... | |
| Y | 9/25/1978 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | EASEMENT / 197800708296 | ALL 78186 296 / 197800708296 | HUITT DALLAS SURVEYS VOL 617... | |
| Y | 9/25/1978 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | DEED / 197800708295 | ALL 78186 292 / 197800708295 | KUHN DALLAS SURVEYS VOL 722... | 200503611078 |
| Y | 10/10/1978 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | EASEMENT / 197800746851 | ALL 78220 1017 / 197800746851 | GRAHAM DALLAS SURVEYS VOL 506... | |
| Y | 10/27/1978 12:00:00AM | GIFCO PROP INC | Grantor | CONNELL DEV CO | REL / 197800735578 | ALL 78210 1189 / 197800735578 | GREEN DALLAS SURVEYS VOL 519... | |
| Y | 2/28/1979 12:00:00AM | GIFCO PROP INC | Grantor | JONES RAY E | DEED / 197900448328 | ALL 79044 618 / 197900448328 | MC LAUGHLIN DALLAS SURVEYS VOL 848... | |
| Y | 3/5/1979 12:00:00AM | GIFCO PROP INC | Grantor | IRVING CITY L | EASEMENT / 197900450007 | ALL 79045 2948 / 197900450007 | STOKES DALLAS SURVEYS VOL 1301... | 20080387370 |
| Y | 7/5/1979 12:00:00AM | GIFCO PROP INC | Grantor | BIG THREE IND INC | DEED / 197901310170 | ALL 79131 3867 / 197901310170 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 7/9/1979 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | DEED / 197901331610 | ALL 79133 2047 / 197901331610 | HUITT R DALLAS SURVEYS VOL 617... | 20070418075 |
| Y | 7/19/1979 12:00:00AM | GIFCO PROP INC | Grantor | STUDE MS | DEED / 197901420898 | ALL 79142 138 / 197901420898 | MC LAUGHLIN DALLAS SURVEYS VOL 848... | |
| Y | 8/14/1979 12:00:00AM | GIFCO PROP INC | Grantee | WEBER GARRY A TR | REL / 197901591185 | ALL 79159 3068 / 197901591185 | JENNINGS I DALLAS SURVEYS VOL 679... | |
| Y | 8/21/1979 12:00:00AM | GIFCO PROP INC | Grantor | COHEN CHARLES INC | DEED / 197901647814 | ALL 79164 3678 / 197901647814 | FRANKLIN L DALLAS SURVEYS VOL 470... | |
| Y | 9/20/1979 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 197901851752 | ALL 79185 2481 / 197901851752 | BBB&CRR CO DALLAS SURVEYS VOL 187... | |
| Y | 9/20/1979 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 197901851751 | ALL 79185 2478 / 197901851751 | SCOTT G DALLAS SURVEYS VOL 1273... | |
| Y | 9/20/1979 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 197901851750 | ALL 79185 2475 / 197901851750 | SLOAN R DALLAS SURVEYS VOL 1271... | |
| Y | 12/18/1979 12:00:00AM | GIFCO PROP INC | Grantor | PUBLIC | AFF / 197902460301 | ALL 79246 467 / 197902460301 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 1/16/1980 12:00:00AM | GIFCO PROP INC | Grantor | BARTON TOMMY | DEED / 198000128728 | ALL 80012 2191 / 198000128728 | FRANKLIN DALLAS SURVEYS VOL 470... | |
| Y | 1/22/1980 12:00:00AM | GIFCO PROP INC | Grantor | GOFF MYRON W TR | DEED / 198000162596 | ALL 80016 2125 / 198000162596 | SCOTT GW DALLAS SURVEYS VOL 1273... | 20070069934 |
| Y | 1/24/1980 12:00:00AM | GIFCO PROP INC | Grantor | CLEVELAND MACHINERY MOVE | DEED / 198000195493 | ALL 80019 2235 / 198000195493 | FRANKLIN LE DALLAS SURVEYS VOL 470... | 20070231418 |

1/29/2015 12:51:54PM

| Ver | Date | Name | Role | OtherName | Doc Type/Lease | Range/Inst | First Legal | References |
|-----|------|------|------|-----------|----------------|------------|-------------|------------|
| Y | 2/1/1980 12:00:00AM | GIFCO PROP INC | Grantor | SELF ISH | DEED / 198000249821 | ALL 80024 2456 / 198000249821 | READ JC DALLAS SURVEYS VOL 1484... | |
| Y | 2/11/1980 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | DEED / 198000304925 | ALL 80030 619 / 198000304925 | HUITT ROWLA DALLAS SURVEYS VOL 617... | 200503611078 |
| Y | 2/13/1980 12:00:00AM | GIFCO PROP INC | Grantor | SELF ISH | DEED / 198000338667 | ALL 80033 2207 / 198000338667 | READ JC DALLAS SURVEYS VOL 1184... | |
| Y | 2/18/1980 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198000359721 | ALL 80035 999 / 198000359721 | SLOAN ROBER DALLAS SURVEYS VOL 1271... | |
| Y | 2/18/1980 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198000359722 | ALL 80035 1002 / 198000359722 | BLK 5 BBB&CRR CO VOL 2 PG 116... | |
| Y | 2/18/1980 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198000359723 | ALL 80035 1005 / 198000359723 | SCOTT GEO DALLAS SURVEYS VOL 1273... | |
| Y | 2/18/1980 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198000359726 | ALL 80035 1014 / 198000359726 | BBB&C DALLAS SURVEYS VOL 186... | |
| Y | 2/18/1980 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198000359724 | ALL 80035 1008 / 198000359724 | SCOTT GEO DALLAS SURVEYS VOL 1273... | |
| Y | 2/18/1980 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198000359725 | ALL 80035 1011 / 198000359725 | LONG DALLAS SURVEYS VOL 788... | |
| Y | 3/10/1980 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198000504774 | ALL 80050 1142 / 198000504774 | | |
| Y | 3/31/1980 12:00:00AM | GIFCO PROP INC | Grantee | GIFCO PROP INC | RESOLUTION / 198000650532 | ALL 80065 2947 / 198000650532 | STOKES T DALLAS SURVEYS VOL 1301... | |
| Y | 3/31/1980 12:00:00AM | GIFCO PROP INC | Grantor | GIFCO PROP INC | RESOLUTION / 198000650532 | ALL 80065 2947 / 198000650532 | STOKES T DALLAS SURVEYS VOL 1301... | |
| Y | 3/31/1980 12:00:00AM | GIFCO PROP INC | Grantor | WESTBELK DEV CO INC | DEED / 198000650469 | ALL 80065 2767 / 198000650469 | STOKES THOM DALLAS SURVEYS VOL 1301... | |
| Y | 3/31/1980 12:00:00AM | GIFCO PROP INC | Grantee | WESTBELK DEV CO INC | DT / 198000650457 | ALL 80065 2716 / 198000650457 | STOKES THOM DALLAS SURVEYS VOL 1301... | |
| Y | 5/27/1980 12:00:00AM | GIFCO PROP INC | Grantor | D&N TRUCKING CO | DEED / 198001055851 | ALL 80105 294 / 198001055851 | FRANKLIN L DALLAS SURVEYS VOL 470... | |
| Y | 5/30/1980 12:00:00AM | GIFCO PROP INC | Grantor | CONNELLY TOM&ASSOC INC | DEED / 198001088395 | ALL 80108 1797 / 198001088395 | GREEN MP DALLAS SURVEYS VOL 519... | |
| Y | 6/9/1980 12:00:00AM | GIFCO PROP INC | Grantee | TEXAS P&L CO | REL / 198001144064 | ALL 80114 2413 / 198001144064 | VOL 76015 PG 1804... | |
| Y | 6/9/1980 12:00:00AM | GIFCO PROP INC | Grantee | TEXAS P&L CO | REL / 198001144065 | ALL 80114 2415 / 198001144065 | VOL 76015 PG 1795... | |
| Y | 6/10/1980 12:00:00AM | GIFCO PROP INC | Grantor | BARTON TOMMY R | DEED / 198001154348 | ALL 80115 703 / 198001154348 | MC LAUGHLIN DALLAS SURVEYS VOL 848... | |
| Y | 6/10/1980 12:00:00AM | GIFCO PROP INC | Grantee | BARTON TOMMY R | DT / 198001154349 | ALL 80115 707 / 198001154349 | FRANKLIN LE DALLAS SURVEYS VOL 470... | |
| Y | 7/22/1980 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL AMERICAN IN | DEED / 198001441277 | ALL 80144 2279 / 198001441277 | GRAHAM MILT DALLAS SURVEYS VOL 507... | 200503611078 |
| Y | 9/19/1980 12:00:00AM | GIFCO PROP INC | Grantee | WHITE BELLE C | REL / 198001864043 | ALL 80186 1209 / 198001864043 | REED B DALLAS SURVEYS VOL 1225... | |
| Y | 9/19/1980 12:00:00AM | GIFCO PROP INC | Grantor | TORTI KALETA | DEED / 198001864794 | ALL 80186 3527 / 198001864794 | BAUGH DALLAS SURVEYS VOL 137... | |

1/29/2015 12:51:54PM

| Ver | Date | Name | Role | OtherName | Doc Type/Legacy# | Book/Inst | First Legal | References |
|-----|------|------|------|-----------|------------------|-----------|-------------|-----------|
| Y | 10/8/1980 12:00:00AM | GIFCO PROP INC | Grantor | DOOLEY JOE M | DEED / 198001998747 | ALL 80199 1301 / 198001998747 | MANGUM JOSE DALLAS SURVEYS VOL 861... | |
| Y | 11/5/1980 12:00:00AM | GIFCO PROP INC | Grantor | CLEVELAND MACHINERY MOVE | DEED / 198002199115 | ALL 80219 160 / 198002199115 | FRANKLIN L DALLAS SURVEYS VOL 470... | |
| Y | 11/5/1980 12:00:00AM | GIFCO PROP INC | Grantee | REPUBLIC NATL BK DAL | REL / 198002199112 | ALL 80219 154 / 198002199112 | | |
| Y | 11/12/1980 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198002233895 | ALL 80223 765 / 198002233895 | JOHNSON H DALLAS SURVEYS VOL 677... | |
| Y | 12/17/1980 12:00:00AM | GIFCO PROP INC | Grantor | BARTON TOMMY | DEED / 198002468685 | ALL 80246 1476 / 198002468685 | FRANKLIN L DALLAS SURVEYS VOL 470... | |
| Y | 1/9/1981 12:00:00AM | GIFCO PROP INC | Grantor | CALDWELL JERRY D | DEED / 198100062915 | ALL 81006 2304 / 198100062915 | GRAY E DALLAS SURVEYS VOL 1680... | |
| Y | 1/15/1981 12:00:00AM | GIFCO PROP INC | Grantor | IRVING CITY | EASEMENT / 198100106809 | ALL 81010 2895 / 198100106809 | JENNINGS DALLAS SURVEYS VOL 679... | |
| Y | 1/15/1981 12:00:00AM | GIFCO PROP INC | Grantee | IRVING CITY | DT / 198100106810 | ALL 81010 2899 / 198100106810 | JENNINGS DALLAS SURVEYS VOL 679... | |
| Y | 1/15/1981 12:00:00AM | GIFCO PROP INC | Grantor | IRVING CITY | DEED / 198100106811 | ALL 81010 2906 / 198100106811 | JENNINGS DALLAS SURVEYS VOL 679... | 200600043546 |
| Y | 3/26/1981 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | EASEMENT / 198100603434 | ALL 81060 944 / 198100603434 | GRAHAM MH DALLAS SURVEYS VOL 507... | |
| Y | 4/8/1981 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198100693546 | ALL 81069 2998 / 198100693546 | | |
| Y | 5/7/1981 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198100903632 | ALL 81090 455 / 198100903632 | JENNINGS I DALLAS SURVEYS VOL 679... | |
| Y | 6/22/1981 12:00:00AM | GIFCO PROP INC | Grantor | BARTON TOMMY R | REL / 198101216000 | ALL 81121 1092 / 198101216000 | MC LAUGHLIN DALLAS SURVEYS VOL 848... | |
| Y | 8/20/1981 12:00:00AM | GIFCO PROP INC | Grantor | WESTBELT DEV CO INC | PR REL / 198101638826 | ALL 81163 1325 / 198101638826 | STOKES T DALLAS SURVEYS VOL 1301... | |
| Y | 9/16/1981 12:00:00AM | GIFCO PROP INC | Grantee | GIFFORD HILL&CO INC | DEED / 198101817249 | ALL 81181 641 / 198101817249 | LAS COLINAS IRVING VOL 74114 PG 1164... | |
| Y | 9/25/1981 12:00:00AM | GIFCO PROP INC | Grantor | WILLIAMS JL&CO INC | DEED / 198101883877 | ALL 81188 1780 / 198101883877 | LA COLINAS3 IRVING VOL 74114 PG 1164... | |
| Y | 9/25/1981 12:00:00AM | GIFCO PROP INC | Grantor | REPUBLIC MTG | SUBORD AGMT / 198101883880 | ALL 81188 1803 / 198101883880 | LAS COLIN3 IRVING VOL 74114 PG 1164... | |
| Y | 11/23/1981 12:00:00AM | GIFCO PROP INC | Grantor | IRVING CITY | REL / 198102290964 | ALL 81229 355 / 198102290964 | JENNINGS I DALLAS SURVEYS VOL 679... | |
| Y | 12/23/1981 12:00:00AM | GIFCO PROP INC | Grantor | SERVICE BROADCASTING COR | EASEMENT / 198102492339 | ALL 81249 1398 / 198102492339 | | |
| Y | 1/8/1982 12:00:00AM | GIFCO PROP INC | Grantor | ZACHRY HB CO | DEED / 198200060614 | ALL 82006 2804 / 198200060614 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 1/8/1982 12:00:00AM | GIFCO PROP INC | Grantor | ZACHRY HB CO | DEED / 198200060615 | ALL 82006 2806 / 198200060615 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 1/8/1982 12:00:00AM | GIFCO PROP INC | Grantee | ZACHRY HB CO | DT / 198200060616 | ALL 82006 2810 / 198200060616 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 1/20/1982 12:00:00AM | GIFCO PROP INC | Grantor | BOTTORFF JACQUELINE | DEED / 198200146453 | ALL 82014 1222 / 198200146453 | FRANKLIN L DALLAS SURVEYS VOL 470... | |

1/29/2015 12:51:54PM

| Ver | Date | Name | Role | OtherName | Doc Type/Leg | Book/Inst | First Legal | Refer |
|-----|------|------|------|-----------|--------------|-----------|-------------|-------|
| Y | 1/20/1982 12:00:00AM | GIFCO PROP INC | Grantee | BOTTORFF JA | DT / 198200146454 | ALL 82014 1226 / 198200146454 | FRANKLIN L DALLAS SURVEYS VOL 470... | |
| Y | 2/11/1982 12:00:00AM | GIFCO PROP INC | Grantor | DAVIS BILLY J | DEED / 198200301779 | ALL 82030 2227 / 198200301779 | BBB&C RAIKF DALLAS SURVEYS VOL 187... | |
| Y | 5/26/1982 12:00:00AM | GIFCO PROP INC | Grantee | GIFFORD HILL&CO INC | REL / 198201042836 | ALL 82104 2737 / 198201042836 | LANG JOHN G DALLAS SURVEYS VOL 788... | |
| Y | 11/19/1982 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 198202272355 | ALL 82227 1527 / 198202272355 | LINNEY P DALLAS SURVEYS VOL 778... | |
| Y | 12/1/1982 12:00:00AM | GIFCO PROP INC | Grantee | WESTBELT DEV CO INC | EXT / 198202338992 | ALL 82233 2657 / 198202338992 | STOKES DALLAS SURVEYS VOL 1301... | |
| Y | 1/20/1983 12:00:00AM | GIFCO PROP INC | Grantor | JOHNSON THOMAS H | REL / 198300153158 | ALL 83015 4173 / 198300153158 | LT 5 BLK 2 CTBLK 6068 KINGS ROW 6 DALLAS VOL 69130 PG 2896... | |
| Y | 1/21/1983 12:00:00AM | GIFCO PROP INC | Grantor | FENTON ALBERT B | APP / 198300164324 | ALL 83016 3867 / 198300164324 | VOL 80065 PG 2716... | |
| Y | 4/27/1983 12:00:00AM | GIFCO PROP INC | Grantor | WESTBELT DEV CO INC | REL / 198300847997 | ALL 83084 3946 / 198300847997 | STOKES T DALLAS SURVEYS VOL 1301... | |
| Y | 6/28/1983 12:00:00AM | GIFCO PROP INC | Grantee | GIFCO PROP INC | AGREE / 198301273088 | ALL 83127 1618 / 198301273088 | LAS COLNS3 IRVING VOL 79068 PG 1729... | |
| Y | 6/28/1983 12:00:00AM | GIFCO PROP INC | Grantor | WILLIAMS JL&CO INC | AGREE / 198301273088 | ALL 83127 1618 / 198301273088 | LAS COLNS3 IRVING VOL 79068 PG 1729... | |
| Y | 8/17/1983 12:00:00AM | GIFCO PROP INC | Grantee | TEXAS STATE WATER COMMIS | CT / 198301628660 | ALL 83162 5974 / 198301628660 | RICHARDS JB VOL 1192... | |
| Y | 10/7/1983 12:00:00AM | GIFCO PROP INC | Grantor | BAILEY CALDWELL J/V | EASEMENT / 198301990475 | ALL 83199 857 / 198301990475 | GRAY E DALLAS SURVEYS VOL 1680... | |
| Y | 10/7/1983 12:00:00AM | GIFCO PROP INC | Grantor | BAILEY CALDWELL J/V | DEED / 198301990476 | ALL 83199 860 / 198301990476 | GRAY E DALLAS SURVEYS VOL 1680... | |
| Y | 10/7/1983 12:00:00AM | GIFCO PROP INC | Grantee | BAILEY CALDWELL J/V | DT / 198301990477 | ALL 83199 864 / 198301990477 | FARRANS J DALLAS SURVEYS VOL 468... | |
| Y | 10/20/1983 12:00:00AM | GIFCO PROP INC | Grantor | PLATTNER HERMAN H | DEED / 198302074628 | ALL 83207 2096 / 198302074628 | KUHN DALLAS SURVEYS VOL 722... | |
| Y | 11/2/1983 12:00:00AM | GIFCO PROP INC | Grantor | JENSON CECELIA | DEED / 198302178210 | ALL 83217 1328 / 198302178210 | FRANKLIN L DALLAS SURVEYS VOL 470... | |
| Y | 12/27/1983 12:00:00AM | GIFCO PROP INC | Grantor | DAULEY DEAN I | DEED / 198302507779 | ALL 83250 5241 / 198302507779 | LINNEY DALLAS SURVEYS VOL 778... | 20070117673 |
| Y | 12/27/1983 12:00:00AM | GIFCO PROP INC | Grantee | GIFCO PROP INC | AGREE / 198302507781 | ALL 83250 5265 / 198302507781 | LINNEY DALLAS SURVEYS VOL 778... | |
| Y | 12/27/1983 12:00:00AM | GIFCO PROP INC | Grantor | GIFCO PROP INC | AGREE / 198302507781 | ALL 83250 5265 / 198302507781 | LINNEY DALLAS SURVEYS VOL 778... | |
| Y | 12/27/1983 12:00:00AM | GIFCO PROP INC | Grantor | SAFECO TITLE INS CO | AFF / 198302507782 | ALL 83250 5270 / 198302507782 | LINNEY VOL 778... | |
| Y | 1/26/1984 12:00:00AM | GIFCO PROP INC | Grantee | BIGGS HAROLD L | EASEMENT / 198400192782 | ALL 84019 461 / 198400192782 | GRAY E DALLAS SURVEYS VOL 1680... | |
| Y | 1/26/1984 12:00:00AM | GIFCO PROP INC | Grantor | FIVE STAR HOMES INC | EASEMENT / 198400192782 | ALL 84019 461 / 198400192782 | GRAY E DALLAS SURVEYS VOL 1680... | |
| Y | 2/20/1984 12:00:00AM | GIFCO PROP INC | Grantor | ZACHRY HB CO | REL / 198400370399 | ALL 84037 991 / 198400370399 | BAUGH JR DALLAS SURVEYS VOL 137... | |

| Ver | Date | Name | Role | OtherName | Doc Type/Legacy# | Bo___/Inst | First Legal | Reference |
|-----|------|------|------|-----------|------------------|------------|-------------|-----------|
| Y | 8/26/1985 12:00:00AM | GIFCO PROP INC | Grantee | FOX ELLA B | REL / 198501671910 | ALL 85167 5402 / 198501671910 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 10/28/1985 12:00:00AM | GIFCO PROP INC | Grantor | SECURE RESOURCES INC | DEED / 198502112075 | ALL 85211 4310 / 198502112075 | O NEAL M DALLAS SURVEYS VOL 987... | |
| Y | 11/25/1985 12:00:00AM | GIFCO PROP INC | Grantee | GRAND PRAIRIE CITY | REL / 198502322119 | ALL 85232 390 / 198502322119 | REED BS DALLAS SURVEYS VOL 1225... | |
| Y | 12/18/1985 12:00:00AM | GIFCO PROP INC | Grantee | GRAND PRAIRIE CITY | REL / 198502463794 | ALL 85246 6913 / 198502463794 | REED BS DALLAS SURVEYS VOL 1225... | |
| Y | 1/10/1986 12:00:00AM | GIFCO PROP INC | Grantor | PUBLIC | AFF / 198600087352 | ALL 86008 334 / 198600087352 | VOL 75207 PG 1618... | |
| Y | 3/10/1986 12:00:00AM | GIFCO PROP INC | Grantor | SECURE RESOURCES INC | DEED / 198600483925 | ALL 86048 324 / 198600483925 | O NEAL M DALLAS SURVEYS VOL 987... | |
| Y | 6/4/1986 12:00:00AM | GIFCO PROP INC | Grantee | TEXAS ELEC SERV CO | REL / 198601085099 | ALL 86108 2890 / 198601085099 | LINNEY P DALLAS SURVEYS VOL 778... | |
| Y | 6/4/1986 12:00:00AM | GIFCO PROP INC | Grantee | TEXAS ELEC SERV CO | REL / 198601085103 | ALL 86108 2898 / 198601085103 | LINNEY P DALLAS SURVEYS VOL 778... | |
| Y | 6/13/1986 12:00:00AM | GIFCO PROP INC | Grantor | METRO ESCROW CO INC TR | DEED / 198601165844 | ALL 86116 585 / 198601165844 | JENNINGS I DALLAS SURVEYS VOL 679... | |
| Y | 8/11/1986 12:00:00AM | GIFCO PROP INC | Grantor | COLLEY&CO INC TEX | ML AFF / 198601553584 | ALL 86155 470 / 198601553584 | KUHN ANTON DALLAS SURVEYS VOL 722... | |
| Y | 9/23/1986 12:00:00AM | GIFCO PROP INC | Grantee | TRINITY RIVER AUTH TEX | REL / 198601853789 | ALL 86185 5496 / 198601853789 | KUHN A DALLAS SURVEYS VOL 722... | |
| Y | 12/29/1986 12:00:00AM | GIFCO PROP INC | Grantor | TRUST PUBLIC LAND | DEED / 198602498431 | ALL 86249 5340 / 198602498431 | CTBLK 8002 DALLAS... | |
| Y | 12/29/1986 12:00:00AM | GIFCO PROP INC | Grantee | GIFFORD HILL&CO INC | DEED / 198602498430 | ALL 86249 5338 / 198602498430 | RICHARDS JB DALLAS SURVEYS VOL 1192... | |
| Y | 3/17/1987 12:00:00AM | GIFCO PROP INC | Grantee | COLLEY&CO INC TEX | REL / 198700516134 | ALL 87051 4063 / 198700516134 | KUHN A DALLAS SURVEYS VOL 722... | |
| Y | 10/21/1987 12:00:00AM | GIFCO PROP INC | Grantor | TEXAS ELEC SERV CO | EASEMENT / 198702047480 | ALL 87204 1090 / 198702047480 | HUITT R DALLAS SURVEYS VOL 617... | |
| Y | 1/4/1988 12:00:00AM | GIFCO PROP INC | Grantee | BARTON TOMMY R | DEED / 198800015736 | ALL 88001 5852 / 198800015736 | FRANKLIN L DALLAS SURVEYS VOL 470... | 20070454611 |
| Y | 1/28/1988 12:00:00AM | GIFCO PROP INC | Grantor | HILL JOHN R JR | AGREE / 198800188064 | ALL 88018 2198 / 198800188064 | REED B DALLAS SURVEYS VOL 1225... | |
| Y | 3/7/1988 12:00:00AM | GIFCO PROP INC | Grantee | GRAND PRAIRIE CITY | DEED / 198800453079 | ALL 88045 2872 / 198800453079 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 6/17/1988 12:00:00AM | GIFCO PROP INC | Grantee | HILL JOHN R JR UNITRUST TR | DEED / 198801182430 | ALL 88118 4919 / 198801182430 | REED B DALLAS SURVEYS VOL 1225... | 20070454611 |
| Y | 6/30/1988 12:00:00AM | GIFCO PROP INC | Grantor | BIGGS HAROLD L | DEED / 198801274118 | ALL 88127 3422 / 198801274118 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 6/30/1988 12:00:00AM | GIFCO PROP INC | Grantor | MONTGOMERY ROYCE W | DEED / 198801274119 | ALL 88127 3426 / 198801274119 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 6/30/1988 12:00:00AM | GIFCO PROP INC | Grantor | TURNER ROY G | DEED / 198801274120 | ALL 88127 3430 / 198801274120 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 7/11/1988 12:00:00AM | GIFCO PROP INC | Grantor | SAN SABA LAND CO | DEED / 198801343173 | ALL 88134 21 / 198801343173 | REED BS DALLAS SURVEYS VOL 1225... | |

1/29/2015 12:51:54PM

| Ver | Date | Name | Role | OtherName | Doc Type/Legacy | Book/Inst | First Legal | References |
|---|---|---|---|---|---|---|---|---|
| Y | 7/11/1988 12:00:00AM | GIFCO PROP INC | Grantee | SAN SABA LAND CO | DT / 198801343174 | ALL 88134 44 / 198801343174 | BRADSHAW D DALLAS SURVEYS VOL 121... | |
| Y | 8/22/1988 12:00:00AM | GIFCO PROP INC | Grantee | INTERNATIONAL WILDLIFE M | LP / 198801920953 | ALL 88192 73 / 198801920953 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 8/22/1988 12:00:00AM | GIFCO PROP INC | Grantee | INTERNATIONAL WILDLIFE M | LP / 198801782914 | ALL 88178 44 / 198801782914 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 8/22/1988 12:00:00AM | GIFCO PROP INC | Grantee | INTERNATIONAL WILDLIFE M | LP / 198801633191 | ALL 88163 497 / 198801633191 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 11/15/1988 12:00:00AM | GIFCO PROP INC | Grantor | GRAND PRAIRIE CITY | DEED / 198802232723 | ALL 88223 3738 / 198802232723 | HUITT R DALLAS SURVEYS VOL 617... | 200503611078 |
| Y | 2/27/1989 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL&CO INC | DEED / 198900395283 | ALL 89039 760 / 198900395283 | KUHN A DALLAS SURVEYS VOL 722... | |
| Y | 8/21/1989 12:00:00AM | GIFCO PROP INC | Grantor | GIFFORD HILL AMER INC | DEED / 198901625451 | ALL 89162 3064 / 198901625451 | LT 1 BLK A GIFCO 1 GRAND PRAIRIE VOL 82005 PG 1587... | |
| Y | 9/11/1989 12:00:00AM | GIFCO PROP INC | Grantor | MONTGOMERY ROYCE W | APP / 198901763918 | ALL 89176 3955 / 198901763918 | REED BS DALLAS SURVEYS VOL 1225... | |
| Y | 9/11/1989 12:00:00AM | GIFCO PROP INC | Grantee | HANSON RONALD M TR | RESIGNATION / 198901763917 | ALL 89176 3953 / 198901763917 | VOL 88134 PG 44... | |
| Y | 11/7/1989 12:00:00AM | GIFCO PROP INC | Grantee | MONTGOMERY ROYCE W TR | TR DEED / 198902174892 | ALL 89217 1775 / 198902174892 | REED BENJ S DALLAS SURVEYS VOL 1225... | |
| Y | 9/19/1990 12:00:00AM | GIFCO PROP INC | Grantor | BEAZER WEST INC | DEED / 199001831737 | ALL 90183 939 / 199001831737 | CTBLK 8002 DALLAS... | |
| Y | 7/24/1991 12:00:00AM | GIFCO PROP INC | Grantor | INDOPCO INC | DEED / 199101440030 | ALL 91144 839 / 199101440030 | EAGLE OFF P DE SOTO VOL 84141 PG 4502... | |
| Y | 1/8/1992 12:00:00AM | GIFCO PROP INC | Grantor | WILDLIFE MGMT SERV INC | AJ / 199200056182 | ALL 92005 4676 / 199200056182 | | |
| Y | 4/2/1993 12:00:00AM | GIFCO PROP INC | Grantor | CHALK HILL CORP | DEED / 199300642598 | ALL 93064 5337 / 199300642598 | FRANKLN L DALLAS SURVEYS VOL 470... | |
| Y | 6/5/1995 12:00:00AM | GIFCO PROP INC | Grantor | USI RLTY CORP | DEED / 199501088302 | ALL 95108 3819 / 199501088302 | LT 1... | |
| Y | 3/14/1997 12:00:00AM | GIFCO PROP INC | Grantor | M ENT INC | DEED / 199700520112 | ALL 97052 584 / 199700520112 | BAUGH JR DALLAS SURVEYS VOL 137... | 200600228400 |
| Y | 8/29/1997 12:00:00AM | GIFCO PROP INC | Grantee | BUCK ALEX | DEED / 199701700720 | ALL 97170 3706 / 199701700720 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 8/29/1997 12:00:00AM | GIFCO PROP INC | Grantee | MILLER CODY | DEED / 199701700721 | ALL 97170 3710 / 199701700721 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 8/29/1997 12:00:00AM | GIFCO PROP INC | Grantee | MONTGOMERY ROYCE W | DEED / 199701700722 | ALL 97170 3714 / 199701700722 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 8/29/1997 12:00:00AM | GIFCO PROP INC | Grantor | M ENT INC | DEED / 199701700723 | ALL 97170 3718 / 199701700723 | BAUGH JR DALLAS SURVEYS VOL 137... | |
| Y | 8/10/1998 12:00:00AM | GIFCO PROP INC | Grantee | TEXAS P&L CO | REL / 199800253150 | ALL 98156 1565 / 199800253150 | VOL 76015 PG 1795... | |
| Y | 4/28/2010 12:19:29PM | GIFCO PROPERTIES INC | Grantor | M ENTERPRISES INC | AGREE | Doc: 201000105677 | BK:137 SUB:JOHN R BAUGH SURVEY... | |
| Y | 4/28/2010 12:19:29PM | GIFCO PROPERTIES INC | Grantee | M ENTERPRISES INC | AGREE | Doc: 201000105677 | BK:137 SUB:JOHN R BAUGH SURVEY... | |

1/29/2015 12:51:54PM

J



EXHIBIT

J

This track
555 ACRES

P3

## SD_TAX.CERTIFIED_TAX_2011

| | |
|---|---|
| **OBJECTID** | 23818 |
| **DCAD_ID** | 65086114010020000 |
| **ACCOUNT_CATEGORY** | |
| **RECORD_TYPE** | C |
| **OWNER_NAME** | UPG KUK INC |
| **OWNER_ADDRESS_LINE_1** | |
| **OWNER_ADDRESS_LINE_2** | 2028 SANDY LN |
| **OWNER_ADDRESS_LINE_3** | IRVING TX |
| **OWNER_ADDRESS_LINE_4** | |
| **OWNER_ZIPCODE** | 750605639 |
| **LEGAL_LINE_1** | JOSEPH MANGRUM ABST 861 PG 140 |
| **LEGAL_LINE_2** | TR 2 ACS 8.7343 CALC |
| **LEGAL_LINE_3** | |
| **LEGAL_LINE_4** | |
| **LEGAL_LINE_5** | 0861140100200 1CI08611401 |
| **STREET_NUMBER** | 1800 |
| **STREET_DIRECTION** | |



| STREET_NAME | HUNTER FERRELL |
|---|---|
| STREET_SUFFIX | RD |
| TOTAL_LAND_VALUE | 52400 |
| SPECIAL_ASSESSMENT_VALUE | 0 |
| TOTAL_IMPROVEMENT_VALUE | 0 |
| TOTAL_MARKET_VALUE | 52400 |
| CITY_TAXABLE_VALUE | 52400 |
| SPTB_CLASS_CODE | C12 |
| SHAPE | 23818 |

## SD_TAX.CERTIFIED_TAX_2011_SUPPLEMENT
## SD_CITY_INDEX.SCHOOL_DISTRICTS

| OBJECTID | 1 |
|---|---|
| DISTRICT | Grand Prairie ISD |
| SHAPE | 1 |

## SD_CITY_INDEX.ZIPCODE_BOUNDARIES

| OBJECTID | 8 |
|---|---|
| AREA | |
| PERIMETER | |
| ZIPCODE | 75060 |
| SHAPE | 611 |

## SD_CITY_INDEX.CITY_LIMITS

| OBJECTID | 6098 |
|---|---|
| SHAPE | 9021 |

## SD_CITY_INDEX.POLLING_LOC_2008_BOUNDARIES

| OBJECTID | 7 |
|---|---|
| PCT | 4606 |
| CD | CD-32 |
| COMM | COMM04 |
| JP | JP-4 |
| LD | LD-106 |
| SB | SB-12 |
| SS | SS-09 |
| LOCATION | OTIS BROWN ELEMENTARY SCHOOL |
| SHAPE | 7 |

## SD_CITY_INDEX.CITY_COUNCIL_BOUNDARIES_2010
## SD_PROPERTY.parcel_polys

| OBJECTID | 41401 |
|---|---|
| LOT_TRACK | |
| SHAPE | 40265 |

## SD_PROPERTY.annexations

| OBJECTID | 5 |
|---|---|
| ORDINANCE | 2107 |
| ORDINANCE_DATE | 6/10/1971 12:00:00 AM |

| TRACT | |
|---|---|
| **ACREAGE** | 555 |
| **SHAPE** | 5 |

EXHIBIT
J

| **SD_PROPERTY.abstracts** | |
|---|---|
| **OBJECTID** | 179 |
| **ABSTRACT_ID** | A-861 |
| **SHAPE** | 179 |

| **SD_ZONING_LANDUSE.APPROVED_ZONING_CASES** | |
|---|---|
| **SHAPE** | 1770 |
| **CASE_NBR** | 1879 |
| **ORDINANCE** | 2637 |
| **CLASS** | A-G |
| **DESCRIPTION** | A-G |
| **CASE_CLASS** | 1879 A-G |
| **OBJECTID** | 1189 |

| **SD_ZONING_LANDUSE.approved_zoning** | |
|---|---|
| **OBJECTID** | 1189 |
| **CASE_NBR** | 1879 |
| **ORDINANCE** | 2637 |
| **CLASS** | A-G |
| **USE** | |
| **DESCRIPTION** | A-G |
| **OL_SYMBOL** | SOLID |
| **SHAPE** | 1770 |

| **SD_COMP_PLAN.FUTURE_LANDUSE** | |
|---|---|
| **OBJECTID** | 526 |
| **LANDUSE_CODE** | LIGHT COMMERCIAL |
| **SHAPE** | 139 |

| **SD_INSPECTIONS.CODE_ENFORCEMENT_AREAS_40** | |
|---|---|
| **SD_FEMA.FEMA_IRVING** | |
| **OBJECTID** | 461 |
| **FEMA_IRVING_ID** | 2525 |
| **FIPS** | 48113 |
| **COMMUNITY** | 0180 |
| **FIRM_PANEL** | 4801800045D |
| **QUAD** | 32096-G8 |
| **ZONE** | X500 |
| **FLOODWAY** | |
| **COBRA** | COBRA_OUT |
| **SFHA** | OUT |
| **SYMBOL** | 11 |
| **PANEL_TYPE** | CBPP |
| **SHAPE** | 461 |



*Disclaimer/Limitation of Liability: All data, specifically including the geographic data herein are provided "as is" without warranty of any kind, either expressed or implied, or statutory, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. The user assumes the entire risk as to the quality and performance of the data.*

H20

City of Dell
6537811
www. Dallas County. Org



**City of Irving**
**Tax Statement 2004**
**Harry Huson TAC**
**825 West Irving Boulevard**
**Irving, TX 75060**
**(972) 721-2411**

Clerk

10,167-1,167

STEWART KUK JA
2028 SANDY LN
IRVING, TX 75060-5639

Barbara Gomez

DATE: 10/12/2004

LEGAL: JOSEPH MANGRUM ABST 861 PG 140
TR 2 ACS 9.47VOL93014/1966 EX0
10893 CO-DALLAS086 1140 00200
23208611401
PIDN: 65086114010020000
ACRES: 9470.000000

| LAND VALUE 25.570 | APPRAISED VAL 25.570 | | | | | |
|---|---|---|---|---|---|---|
| TAXING ENTITIES | | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | PENALTY & INTEREST |
| CITY OF IRVING | | 0 | 25,570 | 0.547900 | 140.10 | 0.00 |
| | | | | SUBTOTAL | 140.10 | 0.00 |

TOTAL AMOUNT DUE   140.10



**City of Irving**
**Tax Statement 2004**
**Harry Huson TAC**
**825 West Irving Boulevard**
**Irving, TX 75060**
**(972) 721-2411**

10,167-1,167

STEWART KUK JA
2028 SANDY LN
IRVING, TX 75060-5639

DATE: 10/12/2004

LEGAL: JOSEPH MANGRUM ABST 861 PG 140
TR 2 ACS 9.47VOL93014/1966 EX0
10893 CO-DALLAS0861140100200
23208611401
PIDN: 650861140100020000
ACRES: 9470.000000

Look →    Ex0~

| LAND VALUE 25,570 | APPRAISED VAL 25,570 | | | | | |
|---|---|---|---|---|---|---|
| TAXING ENTITIES | | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | PENALTY & INTEREST |
| CITY OF IRVING | | 0 | 25,570 | 0.547900 | 140.10 | 0.00 |
| | | | | SUBTOTAL | 140.10 | 0.00 |

**TOTAL AMOUNT DUE** | 140.10 |

189683

*This top portion and your canceled check will serve as your receipt.*

*^ Detach on perforation and return this portion with your check payable to:*

**Make Checks Payable to: The City of Irving - Revenue Collections**
**P.O. Box 152288**

**TOTAL AMOUNT DUE**



**City of Irving**
**Tax Statement 2004**
**Harry Huson TAC**
**825 West Irving Boulevard**
**Irving, TX 75060**
**(972) 721-2411**

10,168-1,168

STEWART KUK JA
2028 SANDY LN
IRVING, TX 75060-5639

DATE:   10/12/2004

LEGAL:   JOSEPH MANGRUM ABST 861 PG 140
TR 1 ACS 33.33VOL93014/1966 EX
010893 CO-DALLAS0861140100100
23208611401
PIDN:  65086114010010000
ACRES:  33330.000000

*Look*

*Exon ?*

| LAND VALUE 89,990 | APPRAISED VAL. 89,990 | | | | | |
|---|---|---|---|---|---|---|
| TAXING ENTITIES | | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | PENALTY & INTEREST |
| CITY OF IRVING | | 0 | 89,990 | 0.547900 | 493.06 | 0.00 |
| | | | | SUBTOTAL | 493.06 | 0.00 |

**TOTAL AMOUNT DUE**   493.06

*check 25558*

*This top portion and your canceled check will serve as your receipt.*
*^ Detach on perforation and return this portion with your check payable to:*

**Make Checks Payable to:  The City of Irving - Revenue Collections**
**P.O. Box 152288**

**TOTAL AMOUNT DUE**

## ORIGINAL RECEIPT

DATE: **3/30/09**
ACCOUNT: **65118175310200000**
OWNER: STEWART KUK JA
PARCEL ADDRESS: 0002302 ROCK ISLAND
EXEMPTION CODES:
LAWSUIT:
BKRPTCY:

LEGAL: JOHN C READ ABST 1181 PG 753
TR 20 0.50 ACS
DIV89-20962 DD06211990 CO-DC
1181753102000     1CI11
PIDN: 65118175310200000
ACRES: 0

RECEIPT #: 1001426        CHECK #: 566                         DEPOSIT #: 200903301667-2008/IRVING1\cmol

| YEAR | TAXING ENTITIES | TAXABLE VALUE | TAX RATE PER $100 | PAY TYPE | DATE PAID | BASE TAX PAID | PENALTY & INTEREST PAID |
|------|-----------------|---------------|-------------------|----------|-----------|---------------|-------------------------|
| 2008 |                 | $233,020.00   | 0.540600 L        |          | 3/30/09   | $1,258.79     | $113.30                 |

AMOUNT TENDERED     **$1,372.09**
AMOUNT PAID
BASE TAX     **$1,258.79**
PENALTY & INTEREST     **$113.30**

PAYER: STEWART KUK JA
2028 SANDY LN
IRVING TX 75060

| TOTAL PAID | $1,372.09 |
|------------|-----------|

**REMAINING AMOUNT DUE
AS OF 3/30/09
$0.00**

CITY OF IRVING
BRAD DUFF
825 WEST IRVING BOULEVARD
IRVING, TX 75060
(972) 721-2411

OWNER: STEWART KUK JA
65118175310200000

### * * * THIS IS A RECEIPT * * *

ACCOUNT: 65118175310200000

**REMAINING AMOUNT DUE
AS OF 3/30/09
$0.00**

STEWART KUK JA
2028 SANDY LN
IRVING TX 75060

P 2 3

**ROAM**

OPR    Marriage Records    Historical Index    Historical Book    File Assumed Name or Submit Marriage Application    Dashboard    Shopping cart is Empty    Carter.Ferguson@dallascounty.org ▾



**ROAM**™

Up G Kuk

Advanced Search
What is Phonetic Search? | ROAM Help

**Sort By :**  Instrument : High to Low

Search    Phonetic Search

Results: Multiple | Single
PC | Mobile | Tablet

All Records Verified Through: 01/31/2014

**Dallas Clerk OPR**    Results 1 - 7 of 7 for Up G Kuk. (0.05 seconds)

| ▼ Index Type | Instrument ⇕ | Recorded Date ⇕ | Phonetic Name ⇕ | Party Role ⇕ | Doc Type ⇕ | Book ⇕ | Page ⇕ | Other Name ⇕ | Legal Description ⇕ | First Reference ⇕ | View Image ⇕ | Briefcase ⇕ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Official Public Records **(7)** | 201000065959 | 03/18/2010 09:57:13 AM | UP G KUK INC | Grantor | EASEMENT | | | DALLAS COUNTY | BK:861 INST:200503579476 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | | 🔍 | Add |
| ▼ Party Role | 201000065957 | 03/18/2010 09:57:11 AM | UP G KUK INC | Grantor | EASEMENT | | | DALLAS COUNTY | BK:861 INST:200503579476 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | | 🔍 | Add |
| ☐ Grantee **(2)** ☐ Grantor **(5)** | 201000065958 | 03/18/2010 09:57:12 AM | UP G KUK INC | Grantor | EASEMENT | | | DALLAS COUNTY | BK:861 INST:200503579476 CITY:IRVING SUB:JOSEPH MANGRUM SURVEY | | 🔍 | Add |
| ▼ Recorded Date + 2010(4) + 2005(3) | 201000065956 | 03/18/2010 09:57:10 AM | UP G KUK INC | Grantor | RIGHT OF WAY DEED | | | DALLAS COUNTY | BK:861 INST:200503579476 CITY:IRVING SUB:JOSEPH | | 🔍 | Add |
| ▼ Legal Sequence | | | | | | | | | | | | |

https://roamdallaspropertyrecords.com/...D&Subdivision=&Subdivision_select=AND&CityTown=&CityTown_select=AND&Freeform=&Freeform_select=AND&advancedSortOrder=Instrument%7CY[2/10/2014 3:38:47 PM]





ROAM

| | | | | | | | | | MANGRUM SURVEY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200503610909 | 12/06/2005 12:00:00 AM | UP G KUK | Grantor | RELEASE | 0 | 0 | SCOUT EXPLORATION JV | SURVEY 861 JOSEPH MANGUM | 198601685245 [+] | | Add |
| 200503579476 | 11/12/2005 12:00:00 AM | UP G KUK INC | Grantee | DEED | 0 | 0 | STEWART KUK JA | GIFCO PROPERTIES DALLAS VOL 84211 PG 350 [-] | 198601661752 [+] | | Add |
| 200503579476 | 11/12/2005 12:00:00 AM | UP G KUK JA | Grantee | DEED | 0 | 0 | STEWART KUK JA | DALLAS SURVEY NO 861 JOSEPH MANGUM [+] | 198601661752 [+] | | Add |

**+ 1(6)**
**+ 2(1)**

**▼ Party Sequence**

**+ 1(5)**
**+ 2(2)**

**▼ Recent Searches**

1. Up G Kuk&lq=
2. Kuk&lq=
3. UPG&lq=
4. UPG KUK&lq=
5. UPG KUK INC&lq=
6. 20080193585 &lq=
7. 2005126 50&lq=
8. 20080030653&lq= Olden ure&lq=
10. 84008 2635&lq=
[Clear]

**Export options:** Excel | PDF | RTF



Copyright © 1986 - 2012 American Cadastre LLC (dba AmCad & AmCad Digital Conversions)    **Results per page :** 500

A tract of Land

K

 

201000065955
PR REL 1/27

03/18/2010 09:57:09 AM

## PARTIAL RELEASE OF LEASE

October 7, 2009

Description of unrecorded Residential Lease Agreement:

Dated:         January 10, 2005

Lessee:        Todd Curtis of Chris Nasrallah

Lessor:        Kuk Ja Stewart

Property (including any improvements) subject to lease:

Being seven tracts of land situated in the Joseph Mangrum Survey, Abstract No. 861, Dallas County, Texas, and being more particularly described on Exhibit "A", attached hereto and incorporated herein by reference for all purposes.

In consideration of the partial payment of One and No/100 Dollar ($1.00) and other good and valuable consideration, Lessee does hereby remise, release and forever quitclaim to Lessor, owner of the property, any and all its right, title, interest, lien or claim in and to the real property described in Exhibit "A", located in the City of Irving, Dallas County, Texas, to be conveyed to the County of Dallas for right of way purposes.

It is expressly understood and agreed that this is a Partial Release of Lease and releases all of Lessee's right, title and interest in the property described on Exhibit "A" only, to the Owner for the right-of-way required by Dallas County in conjunction with its Hunter Ferrell Road Project (Belt Line Road to MacArthur Blvd.), Parcel 22, 22SE(1,2,3), 22DE(1,2,3) and 22TCE and nothing herein shall be construed to waive, affect, release or impair the validity of said lease agreement or any other property in said instrument(s) mentioned.

Executed this 2ⁿᵈ day of November, 2009.

OWNER:                                    LESSEE:

By: Kuk J Stewart                        By: Todd R Curtis

Name: KUK JA STEWART                     Name: TODD R. CURTIS

Title: _____                   Title: OWNER, FOUNDER, MANAGER.



**EXHIBIT**

K

Project: Hunter Ferrell Rd. MCIP 40704(805)
(Belt Line Rd. to MacArthur Blvd.)
Parcel: 22,22SE(1,2,3),22DE(1,2,3), 22TCE

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 1 of 3

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point for corner having Texas State Plane Coordinate (Texas North Central Zone (4202), NAD83, U.S. Feet (Surface), Combined Scale Factor 0.999863512631) values of N=6970348.53, E=2435595.84 for the POINT OF BEGINNING said point being on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,340.00 feet, whose chord bears North 51 degrees 24 minutes 52 seconds East, a distance of 929.61 feet;

THENCE Northeasterly, departing said common line, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 40 degrees 35 minutes 31 seconds, an arc length of 949.34 feet for the point of tangency with values of N=6970928.31, E=2436322.49;

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said proposed north right-of-way line, a distance of 510.57 feet to a point for corner with values of N=6971365.42, E=2436586.36;

THENCE North 60 degrees 22 minutes 45 seconds West, continuing along said called proposed north right-of-way line, a distance of 65.03 feet to a point for corner with values of N=6971397.56, E=2436529.83;

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said north right-of-way line a distance of 149.10 feet to a point for corner with values of N=6971525.20, E=2436606.89 for the point of curvature of a circular curve to the right having a radius of 1,525.00 feet, whose chord bears North 35 degrees 35 minutes 33 seconds East, a distance of 237.93 feet;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 2 of 3

THENCE Northeasterly, continuing along said proposed north right-of-way line and along said circular curve to the right through a central angle of 08 degrees 56 minutes 54 seconds, an arc length of 238.17 feet to a 1/2-inch set iron rod with yellow cap stamped "HALFF ASSOC. INC." (hereinafter referred to as "with cap") at the intersection of said proposed north right-of-way line and the existing west right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE South 00 degrees 16 minutes 12 seconds East, departing said proposed north right-of-way line and along said existing west right-of-way line, a distance of 444.86 feet to a 1/2-inch set iron rod with cap at the intersection of said existing west right-of-way line and the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 60 degrees 22 minutes 45 seconds West, departing said existing west right-of-way line and along said proposed south right-of-way line, a distance of 60.28 feet to a point for corner with values of N=6971303.61, E=2436695.06;

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed south right-of way line, a distance of 513.84 feet to a point for corner with values of N=6970863.71, E=2436429.51 for the point of curvature of a circular curve to the right having a radius of 1,465.00 feet, whose chord bears South 33 degrees 40 minutes 53 seconds West, a distance of 131.02 feet;

THENCE Southwesterly, continuing along said proposed south right-of way line and along said circular curve to the right through a central angle of 05 degrees 07 minutes 34 seconds, an arc length of 131.07 feet to a point for corner with values of N=6970754.68, E=2436356.84;

THENCE South 05 degrees 15 minutes 47 seconds East, continuing along said proposed south right-of way line a distance of 37.16 feet to a point for corner with values of N=6970717.68, E=2436360.25 for the point of curvature of a circular curve to the right having a radius of 1,012.50 feet, whose chord bears South 32 degrees 41 minutes 28 seconds East a distance of 485.14 feet;

THENCE Southeasterly, continuing along said proposed south right-of way line and along said circular curve to the right through a central angle of 27 degrees 43 minutes 22 seconds, an arc length of 489.90 feet to a 1/2-inch set iron rod with cap for the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 67.45 feet to a 1/2-inch set iron rod with cap at the intersection of said existing north right-of-way line and said proposed south right-of-way line and also being on a circular curve to the left having a radius of 948.50 feet, whose chord bears North 33 degrees 17 minutes 49 seconds West, a distance of 433.90 feet;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 3 of 3

THENCE Northwesterly, departing said existing north right-of-way line and along said proposed south right-of-way line and also being along said circular curve to the left through a central angle of 26 degrees 26 minutes 40 seconds, an arc length of 437.77 feet to a point for corner with values of N=6970670.84, E=2436316.64;

THENCE South 86 degrees 28 minutes 08 seconds West, continuing along said proposed south right-of-way line, a distance of 34.57 feet to a point for corner with values of N=6970668.71, E=2436282.14 for the point of curvature of a circular curve to the right having a radius of 1,460.00 feet, whose chord bears South 53 degrees 00 minutes 42 seconds West, a distance of 622.46 feet;

THENCE Southwesterly, continuing along said proposed south right-of-way line and along said circular curve to the right through a central angle of 24 degrees 37 minutes 00 seconds, an arc length of 627.27 feet to a point for corner with values of N=6970294.20, E=2435784.94 being the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 188.44 feet to a point for corner with values of N=6970290.79, E=2435596.53, said point being the common southwest corner of said called 42.803 acre tract and southeast corner of said called 37.0313 acre Harrington tract;

THENCE North 00 degrees 41 minutes 26 seconds West, departing said existing north right-of-way line and along the common west line of said 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 57.75 feet to the POINT OF BEGINNING AND CONTAINING 261,722 square feet or 6.0083 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

_Douglas A. Calhoun_                                        5/06/08
DOUGLAS A. CALHOUN                                          DATE:
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-1
May 06, 2008
Page 1 of 2

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,317.84 feet to a the POINT OF BEGINNING at the intersection of said common line and the north line of a drainage easement;

THENCE South 51 degrees 20 minutes 32 seconds East, departing said common line and along the north line of said drainage easement, a distance of 87.12 feet to a point for corner;

THENCE North 64 degrees 53 minutes 59 seconds East, continuing along the north line of said drainage easement, a distance of 105.00 feet to a point for the northeast corner of said drainage easement;

THENCE South 28 degrees 35 minutes 38 seconds East, along the east line of said drainage easement, a distance of 125.95 feet to a point on a circular curve to the right, being on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 120 foot wide at this point), said curve not being tangent to the preceding course and having a radius of 1,340.00 feet, whose chord bears South 66 degrees 33 minutes 30 seconds West, a distance of 240.65 feet;

THENCE Southwesterly, along said proposed north right-of-way line and along said circular curve through a central angle of 10 degrees 18 minutes 13 seconds for an arc distance of 240.98 feet to a point for corner at the intersection of said proposed north right-of-way line and said common line;

THENCE North 00 degrees 41 minutes 26 seconds West, departing said proposed north right-of-way line and along said common line, a distance of 216.22 feet to the POINT OF BEGINNING AND CONTAINING 29,481 square feet or 0.6768 acres of land, more or less.

A Plat accompanies this legal description.



201000065955
PR REL 1/27

# PARTIAL RELEASE OF LEASE

October 7, 2009

Description of unrecorded Residential Lease Agreement:

Dated:          January 10, 2005

Lessee:          Todd Curtis of Chris Nasrallah

Lessor:          Kuk Ja Stewart

Property (including any improvements) subject to lease:

Being seven tracts of land situated in the Joseph Mangrum Survey, Abstract No. 861, Dallas County, Texas, and being more particularly described on Exhibit "A", attached hereto and incorporated herein by reference for all purposes

In consideration of the partial payment of One and No/100 Dollar ($1.00) and other good and valuable consideration, Lessee does hereby remise, release and forever quitclaim to Lessor, owner of the property, any and all its right, title, interest, lien or claim in and to the real property described in Exhibit "A", located in the City of Irving, Dallas County, Texas, to be conveyed to the County of Dallas for right of way purposes.

It is expressly understood and agreed that this is a Partial Release of Lease and releases all of Lessee's right, title and interest in the property described on Exhibit "A" only, to the Owner for the right-of-way required by Dallas County in conjunction with its Hunter Ferrell Road Project (Belt Line Road to MacArthur Blvd.), Parcel 22, 22SE(1,2,3), 22DE(1,2,3) and 22TCE and nothing herein shall be construed to waive, affect, release or impair the validity of said lease agreement or any other property in said instrument(s) mentioned.

Executed this 2ⁿᵈ day of November, 2009.

OWNER:                                              LESSEE:

By: _Kuk J Stewart_                          By: _Todd R Curtis_
Name: _KUK JA STEWART_             Name: _TODD R. CURTIS_
Title: _____                        Title: _OWNER, FOUNDER, MANAGER_

Project: Hunter Ferrell Rd. MCIP 40704(805)
(Belt Line Rd. to MacArthur Blvd.)
Parcel: 22, 22SE(1,2,3), 22DE(1,2,3), 22TCE

**ACKNOWLEDGMENTS**

THE STATE OF TEXAS          §

COUNTY OF DALLAS          §

This instrument was acknowledged before me on this 2nd day of November, 2009 by Kuk Ja Stewart

(Personalized Seal)  PATRICIA ANN RIEN
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 04-17-2012

Notary Public in and for the State of Texas
Printed Name: Patricia Ann Rien
My Commission Expires: 4/17/2012

FoRgeRy - Not
HeR Handwriting

me on this 2nd day of November, 2009



Public in and for the State of Texas
Printed Name: Rosemary L. Cotten
My Commission Expires: May 24, 2010

ROSEMARY L. COTTEN
MY COMMISSION EXPIRES
May 24, 2010

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 1 of 3

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point for corner having Texas State Plane Coordinate (Texas North Central Zone (4202), NAD83, U.S. Feet (Surface), Combined Scale Factor 0.999863512631) values of N=6970348.53, E=2435595.84 for the POINT OF BEGINNING said point being on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,340.00 feet, whose chord bears North 51 degrees 24 minutes 52 seconds East, a distance of 929.61 feet;

THENCE Northeasterly, departing said common line, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 40 degrees 35 minutes 31 seconds, an arc length of 949.34 feet for the point of tangency with values of N=6970928.31, E=2436322.49;

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said proposed north right-of-way line, a distance of 510.57 feet to a point for corner with values of N=6971365.42, E=2436586.36;

THENCE North 60 degrees 22 minutes 45 seconds West, continuing along said called proposed north right-of-way line, a distance of 65.03 feet to a point for corner with values of N=6971397.56, E=2436529.83;

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said north right-of-way line a distance of 149.10 feet to a point for corner with values of N=6971525.20, E=2436606.89 for the point of curvature of a circular curve to the right having a radius of 1,525.00 feet, whose chord bears North 35 degrees 35 minutes 33 seconds East, a distance of 237.93 feet;

1 of 24

# EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 2 of 3

THENCE Northeasterly, continuing along said proposed north right-of-way line and along said circular curve to the right through a central angle of 08 degrees 56 minutes 54 seconds, an arc length of 238.17 feet to a 1/2-inch set iron rod with yellow cap stamped "HALFF ASSOC. INC." (hereinafter referred to as "with cap") at the intersection of said proposed north right-of-way line and the existing west right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE South 00 degrees 16 minutes 12 seconds East, departing said proposed north right-of-way line and along said existing west right-of-way line, a distance of 444.86 feet to a 1/2-inch set iron rod with cap at the intersection of said existing west right-of-way line and the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 60 degrees 22 minutes 45 seconds West, departing said existing west right-of-way line and along said proposed south right-of-way line, a distance of 60.28 feet to a point for corner with values of N=6971303.61, E=2436695.06;

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed south right-of-way line, a distance of 513.84 feet to a point for corner with values of N=6970863.71, E=2436429.51 for the point of curvature of a circular curve to the right having a radius of 1,465.00 feet, whose chord bears South 33 degrees 40 minutes 53 seconds West, a distance of 131.02 feet;

THENCE Southwesterly, continuing along said proposed south right-of way line and along said circular curve to the right through a central angle of 05 degrees 07 minutes 34 seconds, an arc length of 131.07 feet to a point for corner with values of N=6970754.68, E=2436356.84;

THENCE South 05 degrees 15 minutes 47 seconds East, continuing along said proposed south right-of way line a distance of 37.16 feet to a point for corner with values of N=6970717.68, E=2436360.25 for the point of curvature of a circular curve to the right having a radius of 1,012.50 feet, whose chord bears South 32 degrees 41 minutes 28 seconds East a distance of 485.14 feet;

THENCE Southeasterly, continuing along said proposed south right-of way line and along said circular curve to the right through a central angle of 27 degrees 43 minutes 22 seconds, an arc length of 489.90 feet to a 1/2-inch set iron rod with cap for the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 67.45 feet to a 1/2-inch set iron rod with cap at the intersection of said existing north right-of-way line and said proposed south right-of-way line and also being on a circular curve to the left having a radius of 948.50 feet, whose chord bears North 33 degrees 17 minutes 49 seconds West, a distance of 433.90 feet;

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 3 of 3

THENCE Northwesterly, departing said existing north right-of-way line and along said proposed south right-of-way line and also being along said circular curve to the left through a central angle of 26 degrees 26 minutes 40 seconds, an arc length of 437.77 feet to a point for corner with values of N=6970670.84, E=2436316.64;

THENCE South 86 degrees 28 minutes 08 seconds West, continuing along said proposed south right-of-way line, a distance of 34.57 feet to a point for corner with values of N=6970668.71, E=2436282.14 for the point of curvature of a circular curve to the right having a radius of 1,460.00 feet, whose chord bears South 53 degrees 00 minutes 42 seconds West, a distance of 622.46 feet;

THENCE Southwesterly, continuing along said proposed south right-of-way line and along said circular curve to the right through a central angle of 24 degrees 37 minutes 00 seconds, an arc length of 627.27 feet to a point for corner with values of N=6970294.20, E=2435784.94 being the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 188.44 feet to a point for corner with values of N=6970290.79, E=2435596.53, said point being the common southwest corner of said called 42.803 acre tract and southeast corner of said called 37.0313 acre Harrington tract;

THENCE North 00 degrees 41 minutes 26 seconds West, departing said existing north right-of-way line and along the common west line of said 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 57.75 feet to the POINT OF BEGINNING AND CONTAINING 261,722 square feet or 6.0083 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN                                      DATE: 5/06/08
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

3 of 24

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-1
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,317.84 feet to a the POINT OF BEGINNING at the intersection of said common line and the north line of a drainage easement;

THENCE South 51 degrees 20 minutes 32 seconds East, departing said common line and along the north line of said drainage easement, a distance of 87.12 feet to a point for corner;

THENCE North 64 degrees 53 minutes 59 seconds East, continuing along the north line of said drainage easement, a distance of 105.00 feet to a point for the northeast corner of said drainage easement;

THENCE South 28 degrees 35 minutes 38 seconds East, along the east line of said drainage easement, a distance of 125.95 feet to a point on a circular curve to the right, being on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 120 foot wide at this point), said curve not being tangent to the preceding course and having a radius of 1,340.00 feet, whose chord bears South 66 degrees 33 minutes 30 seconds West, a distance of 240.65 feet;

THENCE Southwesterly, along said proposed north right-of-way line and along said circular curve through a central angle of 10 degrees 18 minutes 13 seconds for an arc distance of 240.98 feet to a point for corner at the intersection of said proposed north right-of-way line and said common line;

THENCE North 00 degrees 41 minutes 26 seconds West, departing said proposed north right-of-way line and along said common line, a distance of 216.22 feet to the POINT OF BEGINNING AND CONTAINING 29,481 square feet or 0.6768 acres of land, more or less.

A Plat accompanies this legal description.

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-1
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

5 of 24

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-2
May 06, 2008
Page 1 of 2

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for the intersection of said common line and the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 188.44 feet for the POINT OF BEGINNING, being the intersection of the proposed south right-of-way line of Hunter Ferrell Road with said existing north right-of-way line, and also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,460.00 feet, whose chord bears North 62 degrees 49 minutes 47 seconds East, a distance of 126.87 feet;

THENCE Northeasterly, departing said existing north right-of-way line and along said proposed south right-of-way line and along said circular curve through a central angle of 04 degrees 58 minutes 50 seconds, an arc length of 126.91 feet to a point for corner being the most northerly corner of a variable width drainage easement;

THENCE South 25 degrees 53 minutes 02 seconds East, departing said proposed south right-of-way line and along the east side of said drainage easement, a distance of 61.58 feet to a point for corner on said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, along said existing north right-of-way line, a distance of 139.78 feet to the POINT OF BEGINNING AND CONTAINING 3,789 square feet or 0.0870 acres of land, more or less.

A Plat accompanies this legal description.

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-2
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

STATE OF TEXAS
REGISTERED
DOUGLAS A. CALHOUN
5619
PROFESSIONAL
LAND SURVEYOR

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 1 of 2

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

BEGINNING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and also being on the south line of that called 66.0667 acre tract land described in Substitute Trustee's Deed to Mary B. Christensen as recorded in Volume 88119, Page 0715 D.R.D.C.T., from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE North 89 degrees 17 minutes 27 seconds East, along the common line between the north line of said called 42.803 acre tract and the south line of said called 66.0667 acre tract, a distance of 1,167.27 feet to a point for corner on the existing west right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE South 00 degrees 16 minutes 12 seconds East, departing said common line and along said existing west right-of-way line, a distance of 178.25 feet to a 1/2-inch set iron rod with yellow plastic cap stamped "HALFF ASSOC. INC." at the intersection of said existing west right-of-way line and the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 250 feet wide at this point) and also being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,525.00 feet, whose chord bears South 35 degrees 35 minutes 33 seconds West, a distance of 237.93 feet;

THENCE Southwesterly, departing said existing west right-of-way line, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 08 degrees 56 minutes 54 seconds, an arc length of 238.17 feet to a point for corner;

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed north right-of-way line, a distance of 42.79 feet to a point for the southeast corner of a variable width drainage easement;

THENCE North 59 degrees 28 minutes 47 seconds West, departing said proposed north right-of-way line and along the south line of said drainage easement, a distance of 113.94 feet to a point for corner;

THENCE North 65 degrees 40 minutes 46 seconds West, continuing along the south line of said drainage easement, a distance of 329.02 feet to a point for corner;

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 2 of 2

THENCE North 75 degrees 41 minutes 12 seconds West, continuing along the south line of said drainage easement, a distance of 324.52 feet to a point for corner;

THENCE North 72 degrees 34 minutes 25 seconds West, continuing along the south line of said drainage easement, a distance of 308.85 feet to a point for corner;

THENCE North 00 degrees 41 minutes 26 seconds West, a distance of 27.82 feet to the POINT OF BEGINNING AND CONTAINING 240,552 square feet or 5.5223 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

STATE OF TEXAS
REGISTERED
DOUGLAS A. CALHOUN
5619
PROFESSIONAL LAND SURVEYOR

DATE: 5/06/08

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SB-1
May 06, 2008
Page 1 of 3

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for corner on the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 188.44 feet to a point of a circular curve to the left having a radius of 1,460.00 feet, whose chord bears North 62 degrees 49 minutes 47 seconds East, a distance of 126.87 feet, said point being on the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way, 120 feet wide at this point);

THENCE Northeasterly, departing said existing north right-of-way line and along said proposed south right-of-way line and along said circular curve to the left through a central angle of 04 degrees 58 minutes 50 seconds for an arc length of 126.91 feet for the POINT OF BEGINNING, being a corner on a variable width slope easement and also being a continuation of the preceding circular curve to the left, having a radius of 1,460.00 feet, whose chord bears North 50 degrees 31 minutes 17 seconds East, a distance of 497.92 feet;

THENCE Northeasterly, continuing along said proposed south right-of-way line and along the arc of said circular curve to the left through a central angle of 19 degrees 38 minutes 10 seconds, an arc length of 500.36 feet to a point for corner;

THENCE North 86 degrees 28 minutes 08 seconds East, continuing along said proposed south right-of-way line, a distance of 34.57 feet to a point for the point of curvature of a circular curve to the right, not being tangent to the preceding course, having a radius of 948.50 feet, whose chord bears South 33 degrees 17 minutes 49 seconds East, a distance of 433.90 feet;

**EXHIBIT A**

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 2 of 3

THENCE Southeasterly, continuing along said proposed south right-of-way line and along the arc of said circular curve to the right through a central angle of 26 degrees 26 minutes 40 seconds, an arc length of 437.77 feet to a 1/2-inch set iron rod with yellow cap stamped "HALFF ASSOC. INC." for corner at the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 28.44 feet to a point for corner on the south line of a variable width slope easement, said point also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 947.26 feet and whose chord bears North 26 degrees 56 minutes 04 seconds West, a distance of 139.37 feet;

THENCE Northwesterly, departing said existing north right-of-way line, along the south line of said slope easement and along said circular curve to the left through a central angle of 08 degrees 26 minutes 15 seconds for an arc length of 139.50 feet to a point on a circular curve to the left having a radius of 730.23 feet, whose chord bears North 38 degrees 18 minutes 29 seconds West, a distance of 213.81 feet;

THENCE Northwesterly, continuing along the south line of said slope easement and along the arc of said circular curve to the left through a central angle of 16 degrees 50 minutes 12 seconds, an arc length of 214.58 feet to a point for corner;

THENCE North 48 degrees 46 minutes 46 seconds West, continuing along the south line of said slope easement, a distance of 40.11 feet to a point on a circular curve to the right, not being tangent to the preceding course, and having a radius of 1,582.37 feet, whose chord bears South 49 degrees15 minutes 57 seconds West, a distance of 498.61 feet;

THENCE Southwesterly, continuing along the south line of said slope easement and along the arc of said circular curve to the right through a central angle of 18 degrees 07 minutes 46 seconds, an arc length of 500.69 feet to a point for corner;

THENCE North 25 degrees 53 minutes 02 seconds West, continuing along said slope easement, a distance of 57.12 feet to the POINT OF BEGINNING AND CONTAINING 39,091 square feet or 0.8974 acres of land, more or less.

**EXHIBIT A**

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 3 of 3

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

12 of 24

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-2
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 19664008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left having a radius of 1,340.00 feet, whose chord bears North 66 degrees 33 minutes 30 seconds East, a distance of 240.65 feet;

THENCE Northeasterly, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 10 degrees 18 minutes 13 seconds, an arc length of 240.98 feet to the POINT OF BEGINNING being also the southeast corner of a slope easement;

THENCE North 28 degrees 35 minutes 38 seconds West, departing said proposed north right-of-way line and along said slope easement, a distance of 49.87 feet to a point for the southwest corner of said slope easement, being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,300.00 feet, whose chord bears North 45 degrees 21 minutes 22 seconds East, a distance of 705.11 feet;

THENCE Northeasterly, continuing along said slope easement and along the arc of said circular curve to the left through a central angle of 31 degrees 28 minutes 15 seconds, an arc length of 714.05 feet to a point for corner;

THENCE North 29 degrees 37 minutes 15 seconds East, continuing along said slope easement, a distance of 476.27 feet to a point for the northwest corner of said slope easement, said point also being on said proposed north right-of-way line;

THENCE South 60 degrees 22 minutes 45 seconds East, along said proposed north right-of-way line, a distance of 65.03 feet to a point for the northeast corner of said slope easement;

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-2
May 06, 2008
Page 2 of 2

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed north right-of-way line, a distance of 510.57 feet for the point of curvature of a circular curve to the right having a radius of 1,340.00 feet, whose chord bears South 46 degrees 15 minutes 45 seconds West, a distance of 700.14 feet;

THENCE Southwesterly, continuing along said proposed north right-of-way line and along the arc of said circular curve to the right through a central angle of 30 degrees 17 minutes 18 seconds for an arc length of 708.36 feet to the POINT OF BEGINNING AND CONTAINING 65,366 square feet or 1.5006 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR    DATE: 5/06/08
TEXAS NO. 5619

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 1 of 3

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for the common southwest corner of said called 42.803 acre tract and the southeast corner of said called 37.0313 acre tract, said point also being on the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 1,025.92 feet to a 1/2-inch set iron rod with yellow plastic cap stamped "HALFF ASSOC. INC" (hereinafter referred to as "with cap") for the POINT OF BEGINNING, being at the intersection of said existing north right-of-way line and the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way), also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,012.50 feet, whose chord bears North 32 degrees 41 minutes 28 seconds West, a distance of 485.14 feet;

THENCE Northwesterly, departing said existing north right-of-way line, along said proposed south right-of-way line and along the circular curve to the left through a central angle of 27 degrees 43 minutes 22 seconds, an arc length of 489.90 feet to a point for corner;

THENCE North 05 degrees 15 minutes 47 seconds West, continuing along said proposed south right-of-way line, a distance of 37.16 feet to a point for the point of curvature of a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,465.00 feet, whose chord bears North 33 degrees 40 minutes 53 seconds East, a distance of 131.02 feet;

THENCE Northeasterly, continuing along said proposed south right-of-way line and along said circular curve to the left through a central angle of 05 degrees 07 minutes 34 seconds, an arc length of 131.07 feet to a point for corner;

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 2 of 3

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said proposed south right-of-way line, a distance of 513.84 feet to a point for corner;

THENCE South 60 degrees 22 minutes 45 seconds East, continuing along said proposed south right-of-way line, a distance of 60.28 feet to a 1/2-inch set iron rod with cap for corner at the intersection of said proposed south right-of-way line and the existing west right-of-way line of said Hunter Ferrell Road;

THENCE South 00 degrees 16 minutes 12 seconds East, along said existing west right-of-way line, a distance of 22.55 feet to a point for corner at the intersection of said existing west right-of-way line and the south line of a slope easement;

THENCE South 33 degrees 26 minutes 10 seconds West, departing said existing west right-of-way line and along a slope easement, a distance of 578.87 feet to a point for corner;

THENCE South 24 degrees 03 minutes 38 seconds West, along said slope easement, a distance of 43.71 feet to a point on a circular curve to the right, not being tangent to the preceding course and having a radius of 2,600.18 feet, whose chord bears South 34 degrees 46 minutes 20 seconds East, a distance of 236.04 feet;

THENCE Southeasterly, continuing along said slope easement and along the arc of said circular curve to the right through a central angle of 05 degrees 12 minutes 11 seconds, an arc length of 236.12 feet to the beginning of a circular curve to the right and having a radius of 930.85 feet, whose chord bears South 23 degrees 29 minutes 25 seconds East, a distance of 244.94 feet;

THENCE Southeasterly, continuing along said slope easement and along said circular curve to the right through a central angle of 15 degrees 07 minutes 13 seconds, an arc length of 245.65 feet to a point for corner at the intersection of said slope easement and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said slope easement and along said existing north right-of-way line, a distance of 20.76 feet to the POINT OF BEGINNING AND CONTAINING 53,589 square feet or 1.2302 acres of land, more or less.

A Plat accompanies this legal description.

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 3 of 3

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

*STATE OF TEXAS*
*REGISTERED*
*DOUGLAS A. CALHOUN*
*5619*
*PROFESSIONAL*
*LAND SURVEYOR*

17 of 24

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 TCE
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East, a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left having a radius of 1,340.00 feet, whose chord bears North 66 degrees 33 minutes 30 seconds East, a distance of 240.65 feet;

THENCE Northeasterly, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 10 degrees 18 minutes 13 seconds, an arc length of 240.98 feet to a point for corner being also the southeast corner of a slope easement;

THENCE North 28 degrees 35 minutes 38 seconds West, departing said proposed north right-of-way line and along said slope easement, a distance of 49.87 feet to a point for the southwest corner of said slope easement, being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,300.00 feet, whose chord bears North 50 degrees 25 minutes 40 seconds East, a distance of 481.12 feet;

THENCE Northeasterly, continuing along said slope easement and along the arc of said circular curve to the left through a central angle of 21 degrees 19 minutes 40 seconds, an arc length of 483.91 feet to THE POINT OF BEGINNING, being the southwest corner of a temporary construction easement;

THENCE North 51 degrees 15 minutes 31 seconds West, departing said slope easement and along said temporary construction easement, a distance of 142.95 feet to a point for corner;

THENCE North 38 degrees 44 minutes 29 seconds East, continuing along said temporary construction easement, a distance of 52.00 feet to a point for corner;



Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
03/18/2010 09:57:09 PM
$.00

201000065955

After Recording Please Return To:
Dallas County Public Works
411 Elm Street, Suite 300

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 TCE
May 06, 2008
Page 2 of 2

THENCE South 51 degrees 15 minutes 31 seconds East, a distance of 142.83 feet to a point on a circular curve to the right having a radius of 1,300.00 feet, whose chord bears South 38 degrees 37 minutes 04 seconds West, a distance of 52.00 feet;

THENCE Southwesterly, along said circular curve to the right through a central angle of 02 degrees 17 minutes 31 seconds, an arc length of 52.00 feet to the POINT OF BEGINNING AND CONTAINING 7,439 square feet or 0.1708 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

STATE OF TEXAS
REGISTERED
DOUGLAS A. CALHOUN
5619
PROFESSIONAL
LAND SURVEYOR

19 of 24

Harrington Corporation Tract
Called 37.0313 Acres
Vol. 90005, Pg. 4005
D.R.D.C.T.

POINT OF COMMENCING
22 SE-1, 22 SE-2,
22 SE-3 &
22 DE-2

SEE DETAIL "A"

DRAINAGE EASEMENT
22 DE-1 BY SEPARATE INSTRUMENT

P.O.C.

DETAIL "A"
N.T.S.

JOSEPH MANGRUM SURVEY
ABSTRACT NO. 881

UP. G. KUK, INC.
CALLED 42.803 ACRES
CC 200503579476
O.P.R.D.C.T.

PROPOSED C.L.
Δ=57° 50' 45"
R=1400.00'
T=773.57'
L=1413.44'
CB=N60°02'29"E
CL=1354.17'

SCALE IN FEET

PARCEL 22 SE-2

WIDTH VARIES

MATCH LINE STA 48+00

N28°35'38"W
49.87'

POINT OF BEGINNING
22 SE-2 BY SEPARATE INSTRUMENT

PARCEL 22 BY SEPARATE INSTRUMENT

HUNTER FERRELL ROAD

PROPOSED CONCRETE PAVEMENT

PROPOSED SIDEWALK

POINT OF BEGINNING
22 DE-2

POINT OF BEGINNING
22 SE-1

PARCEL 22 DE-2

PARCEL 22 SE-1

N25°53'02"W
57.12'

WIDTH VARIES

LEGEND

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Eastern Data Systems Dallas/Fort Worth area, RTK Cooperative Network using base stations DLRA, DTRA, and DLRB.

A metes and bounds description accompanies this plat of survey.

NOTE:
SEE SHEET 4 OF 4 FOR WHOLE PROPERTY COMPOSITE & CURVE DATA TABLE.

Grand Prairie Metropolitan Utility and Reclamation District of Dallas County Texas
Called 384.7454 Acres
Vol. 87004, Pg. 2951
D.R.D.C.T.

JOHN C. READ SURVEY
ABSTRACT NO. 1184

EXISTING FENCE
SLOPE EASEMENT
DRAINAGE EASEMENT
SURVEY LINE
PROPERTY LINE OF SUBJECT PARCEL
PROPOSED EASEMENT LINE
PROPERTY LINE OF OTHER PARCELS
EXISTING EASEMENT LINE

PROPOSED BACK OF CURB
EXISTING EDGE OF ASPHALT
FIR    FOUND IRON ROD
½" S.IR W/CAP  ½" SET IRON ROD W/YELLOW PLASTIC CAP STAMPED "HALFF ASSOC. INC."
PFC    POINT FOR CORNER
POWER POLE
TRAFFIC SIGN

HALFF
4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 233-8784

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

County: DALLAS   Doc: 000065955   Date: 03/18/2010   Vol: 0000000   Page: 00000

Page 23 of 27



County of Dallas — Public Works Department

**HALFF**
4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847–1422
FAX (817) 232–4784

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT
SLOPE & DRAINAGE EASEMENT PLAT
HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

LEGEND
— EXISTING FENCE
— SLOPE EASEMENT
— SURVEY LINE
— PROPERTY LINE OF SUBJECT PARCEL
— PROPOSED EASEMENT LINE
— PROPERTY LINE OF OTHER PARCELS
— EXISTING EASEMENT LINE
— PROPOSED BACK OF CURB
FIR — FOUND IRON ROD
1/2" SIR W/CAP — 1/2" SET IRON ROD W/YELLOW PLASTIC CAP STAMPED "HALFF ASSOC. INC."
PFC — POINT FOR CORNER
— POWER POLE
— TRAFFIC SIGN
— EXISTING EDGE OF ASPHALT

SCALE IN FEET



PROPOSED C.L.
Δ=57° 50' 45"
R=1400.00'
T=773.57'
L=1413.44'
CB=N60°02'29"E
CL=1354.17'

UP_G_KUK, INC.
CALLED 42.803 ACRES
CC 200503579476
O.P.R.D.C.T.

PROPOSED DRAINAGE EASEMENT 22 DE-2 BY SEPERATE INSTRUMENT

PFC
STA. 51+63.87
OFF. 112.56' LT

PFC
STA. 56+39.98
OFF. 125.00' LT

N29°37'15"E    476.27'

PARCEL 22 SE-2    WIDTH VARIES

S31°07'06"W    510.57'

S60°22'45"E    65.03'

PFC
STA. 51+31.10
OFF. 60.00' LT

PROPOSED CONCRETE PAVEMENT

PFC
STA. 56+41.68
OFF. 60.00' LT

N31°07'06"E    657.99'

PARCEL 22 BY SEPARATE INSTRUMENT

HUNTER FERRELL ROAD

PROPOSED CONCRETE PAVEMENT

PFC
STA. 56+44.95
OFF. 65.00' RT

PFC
STA. 51+31.10
OFF. 65.00' RT

N31°07'06"E    513.84'    PROPOSED HIKE & BIKE TRAIL

WIDTH VARIES

PARCEL 22 SE-3

S60°22'45"E    60.28'

1/2" IR W/CAP
STA. 56+46.52
OFF. 125.26' RT

S33°26'10"W    578.87'

PFC
STA. 56+27.21
OFF. 137.00' RT

S00°16'12"E    22.55'

SURVEY LINE

EXISTING ASPHALT PAVEMENT

EXISTING HUNTER FERRELL ROAD

(170 R.O.W.)

City of Grand Prairie
Vol. 99150, Pg. 878
D.R.D.C.T.

SCALE IN FEET

**LEGEND**

Scale of bearing is NAD 83 (1993)
Texas Coordinate System, Texas
North Central Zone (4202), based
upon Western Data Systems
DallasFort Worth area RTK
Cooperative Network using base
stations DNLN, DTNA, and DUM?.

A metes and bounds description
accompanies this plat of survey

NOTE:
SEE SHEET 4 OF 4 FOR WHOLE
PROPERTY COMPOSITE AND
CURVE DATA TABLE.

| | | | |
|---|---|---|---|
| | EXISTING FENCE | FR | FOUND IRON ROD |
| | SLOPE EASEMENT | | 1/2" SET IRON ROD W/YELLOW |
| | SURVEY LINE | IR/CAP | PLASTIC CAP STAMPED |
| | PROPERTY LINE OF SUBJECT PARCEL | | 'HALFF ASSOC. INC.' |
| | PROPOSED EASEMENT LINE | PFC | POINT FOR CORNER |
| | PROPERTY LINE OF OTHER PARCELS | | POWER POLE |
| | EXISTING EASEMENT LINE | | TRAFFIC SIGN |
| | PROPOSED BACK OF CURB | | SANITARY SEWER |
| | EXISTING EDGE OF ASPHALT | | MANHOLE |

JOSEPH WARDREP SURVEY ABSTRACT INC. 152

LINE STA 51+00
H.01+08 01/24

PROPOSED 125' WIDTH RIGHT-OF-WAY

PROPOSED VARIABLE WIDTH

PROPOSED BRIDGE

PARCEL · 22 SE-4
22 SE-2,22-SE-3
& 22 DE-2

SHEET 3 OF 4

**HALFF**

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

**COUNTY OF DALLAS** PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

Case 14-10979-CSS Doc 10228 Filed 11/18/16 Page 67 of 95

## CURVE DATA TABLE



(1)
Δ=10°18'13"
R=1340.00'
T=120.81'
L=240.98'
CB=N66°33'30"E
CL=240.65'

(2)
Δ=31°28'15"
R=1300.00'
T=366.28'
L=714.05'
CB=N45°21'22"E
CL=705.11'

(3)
Δ=30°17'18"
R=1340.00'
T=362.67'
L=708.36'
CB=S 46°15'45"W
CL=700.14'

(4)
Δ=04°58'50"
R=1460.00'
T=63.50'
L=126.91'
CB=N62°49'47"E
CL=126.87'

(5)
Δ=19°38'10"
R=1460.00'
T=252.66'
L=500.36'
CB=N50°31'17"E
CL=497.92'

(6)
Δ=26°26'40"
R=948.50'
T=222.86'
L=437.77'
CB=S33°17'49"E
CL=433.90'

(7)
Δ=08°26'15"
R=947.26'
T=69.88'
L=139.50'
CB=N26°56'04"W
CL=139.37'

(8)
Δ=16°50'12"
R=730.23'
T=108.07'
L=214.58'
CB=N38°18'29"W
CL=213.81'

(9)
Δ=18°07'46"
R=1582.37'
T=252.46'
L=500.69'
CB=S49°15'57"W
CL=498.61'

(10)
Δ=27°43'22"
R=1012.50'
T=249.85'
L=489.90'
CB=N32°41'28"W
CL=485.14'

(11)
Δ=05°07'34"
R=1465.00'
T=65.58'
L=131.07'
CB=N33°40'53"E
CL=131.02'

(12)
Δ=05°12'11"
R=2600.18'
T=118.14'
L=236.12'
CB=S34°46'20"E
CL=236.04'

(13)
Δ=15°07'13"
R=930.85'
T=123.54'
L=245.65'
CB=S23°29'25"E
CL=244.94'



P.O.C.
22 SE-1, 22 SE-2,
22 SE-3 & 22 DE-2

SHEET 1 OF 1

N

P.O.B.
22 SE-2

P.O.B.
22 SE-1

P.O.B.
22 DE-2

P.O.B.
22 SE-3

PARCEL 22 DE-2    3,789 SF    ( 0.0870 AC. )
PARCEL 22 SE-1    39,091 SF   ( 0.8974 AC. )
PARCEL 22 SE-2    65,366 SF   ( 1.5006 AC. )
PARCEL 22 SE-3    55,589 SF   ( 1.2302 AC. )

PROPERTY
INSET
N.T.S.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DNLN, DTNA, and DUMP.

A metes and bounds description accompanies this plat of survey



I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and its accompanying plat of even date represent an actual survey made on the ground under my supervision.

Douglas A Calhoun
Registered Professional Land Surveyor
Texas No.5619



**HALFF**

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-0784

| NO. | REVISION | BY | DATE |
|---|---|---|---|

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

Exhibit "A"



Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
03/18/2010 09:57:09 AM
$.00



201000065955

After Recording Please Return To:
Dallas County Public Works
411 Elm Street, Suite 300



Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
03/18/2010 09:57:09 AM
$.00

201000065955

After Recording Please Return To:
Dallas County Public Works
411 Elm Street, Suite 300

Notice of Confidentiality Rights: If you are a natural person, you may remove or strike any or all of the following information from any Instrument that transfers an interest in real property before it is filed for record in the public records: Your social security number or your driver's license number.

## RIGHT-OF-WAY DEED

THE STATE OF TEXAS        §

COUNTY OF DALLAS         §

KNOW ALL BY THESE PRESENTS:

That, Kuk Ja Stewart, sole stockholder and sole director of UP_G_KUK, Inc., a dissolved corporation, hereinafter Grantor, whether one or more, of the County of Dallas, State of Texas, for and in consideration of the sum of Ten and No/100 Dollars ($10.00) and other good and valuable consideration to Grantor in hand paid by the Grantee, herein named, receipt and sufficiency of which is hereby acknowledged and confessed, and for which no lien is retained, either expressed or implied, has Granted, Sold and Conveyed, and does by these presents Grant, Sell and Convey unto the COUNTY OF DALLAS, a political subdivision of the State of Texas, hereinafter Grantee, its successors and assigns, all of Grantor's right, title and interest in and to the real property more particularly described in Exhibit "A" attached hereto, and incorporated herein by reference for all purposes.

Grantor reserves all of the oil, gas and sulphur in and under the land herein conveyed but waives all rights of ingress and egress to the surface thereof for the purpose of exploring, developing, mining or drilling for same; however, nothing in this reservation shall affect the title and rights of the Grantee to take and use all other minerals and materials thereon, therein and thereunder.

This conveyance is made and accepted subject to all, if any, restrictions, easements, covenants and conditions of record in the Real Property Records of Dallas County, Texas, which affect the property herein conveyed, to the extent they are valid and subsisting and are enforceable against a political subdivision of the State of Texas.

TO HAVE AND TO HOLD the premises herein described and conveyed, together with all and singular the rights, appurtenances and hereditaments thereto in anywise belonging unto the said Grantee, its successors and assigns forever; and Grantor hereby binds Grantor and Grantor's heirs, executors, administrators, successors and assigns to Warrant and Forever Defend all and singular the rights and title to said premises unto the Grantee, its successors and assigns, against every person whosoever lawfully claiming or to claim the same or any part thereof.

Executed this 2ʳᵈ day of November , 2009.

Kuk Ja Stewart, sole stockholder and
sole director of Up_G_Kuk, Inc., a
dissolved corporation

Project:    Hunter Ferrell Rd. MCIP 40704(805)
            (Belt Line Rd. to MacArthur Blvd.)
Parcel:     22

## ACKNOWLEDGMENT

THE STATE OF TEXAS    §
COUNTY OF Tarrant §

     This instrument was acknowledged before me on this 2nd day of November 2009 by Kuk Ja Stewart, sole stockholder and sole director of UP_G_KUK, Inc., a dissolved corporation.

PATRICIA ANN RIEN
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 04-17-2012

Notary Public in and for the State of Texas
Printed Name: Patricia Ann Rien
My Commission Expires: 4/17/2012

After Recording Please Return To:
**Dallas County Public Works**
**411 Elm Street, 3rd Floor**
**Dallas, Texas 75202**



201000065955
PR REL 1/27

# PARTIAL RELEASE OF LEASE

October 7, 2009

Description of unrecorded Residential Lease Agreement:

      Dated:      January 10, 2005

      Lessee:      Todd Curtis of Chris Nasrallah

      Lessor:    Kuk Ja Stewart

Property (including any improvements) subject to lease:

      Being seven tracts of land situated in the Joseph Mangrum Survey, Abstract No. 861, Dallas County, Texas, and being more particularly described on Exhibit "A", attached hereto and incorporated herein by reference for all purposes.

      In consideration of the partial payment of One and No/100 Dollar ($1.00) and other good and valuable consideration, Lessee does hereby remise, release and forever quitclaim to Lessor, owner of the property, any and all its right, title, interest, lien or claim in and to the real property described in Exhibit "A", located in the City of Irving, Dallas County, Texas, to be conveyed to the County of Dallas for right of way purposes.

      It is expressly understood and agreed that this is a Partial Release of Lease and releases all of Lessee's right, title and interest in the property described on Exhibit "A" only, to the Owner for the right-of-way required by Dallas County in conjunction with its Hunter Ferrell Road Project (Belt Line Road to MacArthur Blvd.) Parcel 22, 22SE(1,2,3), 22DE(1,2,3) and 22TCE and nothing herein shall be construed to waive, affect, release or impair the validity of said lease agreement or any other property in said instrument(s) mentioned.

      Executed this ___2nd___ day of ___November___, 2009.

OWNER:                             LESSEE:

By: _____         By: _____

Name: KUK JA Stewart     Name: TODD R. CURTIS

Title: _____        Title: OWNER, FOUNDER, MANAGER

Project: Hunter Ferrell Rd. MCIP 40704(805)
(Belt Line Rd. to MacArthur Blvd.)
Parcel: 22,22SE(1,2,3),22DE(1,2,3), 22TCE

## ACKNOWLEDGMENTS

THE STATE OF TEXAS §

COUNTY OF DALLAS §

This instrument was acknowledged before me on this 2nd day of November ,2009
by Kirk Ja Stewart.

(Personalized Seal)

PATRICIA ANN RIEN
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 04-17-2012

Notary Public in and for the State of Texas

Printed Name: Patricia Ann Rien

My Commission Expires: 4/17/2012

THE STATE OF TEXAS §

COUNTY OF DALLAS §

This instrument was acknowledged before me on this 2nd day of November ,2009
by

(Personalized Seal)

Notary Public in and for the State of Texas

Printed Name: ROSEMARY L. COTTEN

My Commission Expires: MAY 24, 2010

ROSEMARY L. COTTEN
MY COMMISSION EXPIRES
May 24, 2010

 

201000065955
PR REL 1/27

## PARTIAL RELEASE OF LEASE

October 7, 2009

Description of unrecorded Residential Lease Agreement:

| | |
|---|---|
| Dated: | January 10, 2005 |
| Lessee: | Todd Curtis of Chris Nasrallah |
| Lessor: | Kuk Ja Stewart |

Property (including any improvements) subject to lease:

Being seven tracts of land situated in the Joseph Mangrum Survey, Abstract No. 861, Dallas County, Texas, and being more particularly described on Exhibit "A", attached hereto and incorporated herein by reference for all purposes

In consideration of the partial payment of One and No/100 Dollar ($1.00) and other good and valuable consideration, Lessee does hereby remise, release and forever quitclaim to Lessor, owner of the property, any and all its right, title, interest, lien or claim in and to the real property described in Exhibit "A", located in the City of Irving, Dallas County, Texas, to be conveyed to the County of Dallas for right of way purposes.

It is expressly understood and agreed that this is a Partial Release of Lease and releases all of Lessee's right, title and interest in the property described on Exhibit "A" only, to the Owner for the right-of-way required by Dallas County in conjunction with its Hunter Ferrell Road Project (Belt Line Road to MacArthur Blvd.), Parcel 22, 22SE(1,2,3), 22DE(1,2,3) and 22TCE and nothing herein shall be construed to waive, affect, release or impair the validity of said lease agreement or any other property in said instrument(s) mentioned.

Executed this 2nd day of November , 2009.

OWNER:                                                   LESSEE:

By: _Kuk J Stewart_                        By: _Todd R Curtis_
Name: KUK JA STEWART               Name: TODD R. CURTIS
Title: _____            Title: OWNER, FOUNDER, MANAGER



EXHIBIT
K

Project: Hunter Ferrell Rd. MCIP 40704(805)
(Belt Line Rd. to MacArthur Blvd.)
Parcel: 22,22SE(1,2,3),22DE(1,2,3), 22TCE

**ACKNOWLEDGMENTS**

THE STATE OF TEXAS       §

COUNTY OF DALLAS       §

This instrument was acknowledged before me on this 2nd day of November, 2009 by Kuk Ja Stewart

(Personalized Seal)

> PATRICIA ANN RIEN
> NOTARY PUBLIC
> STATE OF TEXAS
> My Comm. Exp. 04-17-2012

Notary Public in and for the State of Texas

Printed Name: Patricia Ann Rien

My Commission Expires: 4/17/2012

THE STATE OF TEXAS       §

COUNTY OF DALLAS       §

This instrument was acknowledged before me on this 2nd day of November, 2009 by Todd R. Curtis

(Personalized Seal)

Notary Public in and for the State of Texas

Printed Name: Rosemary L. Cotten

My Commission Expires: May 24, 2010

> ROSEMARY L. COTTEN
> MY COMMISSION EXPIRES
> May 24, 2010

TO: CBM ✓

    GR
    SE ✓ copy given to
         SE on 8/10/05

KUR JA'STEWART/OIL
    general GAS
    mm
    8/10/05



**Scout Exploration Joint Venture**
3811 Turtle Creek Blvd.
Dallas, Texas 75219



August 10, 2005

<u>Via Hand Delivery, Return Receipt Requested</u>

Mrs. Kuk Ja Stewart
2028 Sandy Lane
Irving, Texas 75060-5639

Re:    Letter of Intent – Oil and Gas Lease, dated June 10, 2005 (the "Letter of Intent")
       Between Kuk Ja Stewart ("Lessor") and Scout Exploration, J.V. ("Lessee")
       Covering 33.33 acres / 9.47 acres, J. Mangum Survey, A-861 (the "Property") in
       Dallas County, Texas

Dear Mrs. Stewart:

     Pursuant to the terms of the Letter of Intent, this will confirm Lessee's election to exercise its option to extend the title examination period for an additional 30 days. Enclosed you will find Lessee's check in the amount of $1,000.00 in payment of the option fee. With this extension, Lessor will continue to hold the minerals under the Property for exclusive lease by Lessee through and including September 13, 2005, which is the 90th day following Lessor's execution of the Letter of Intent on June 15, 2005. All other terms and conditions of the Letter of Intent remain intact.

Sincerely,

Scout Exploration, J.V.

By:_____

       Wallace L. Hall, Jr.,
       Its Authorized Representative

✓ cc:    Charles B. Mitchell, Esq.
         c/o Mr. Sterling Elza
         BROWN, DEAN, WISEMAN, LISER, PROCTOR & HART, LLP
         105 West 7th Street, Suite 200
         Fort Worth, Texas 76102-4905



Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
03/18/2010 09:57:09 AM
$.00

201000065955

After Recording Please Return To:
Dallas County Public Works
411 Elm Street, Suite 300

**Notice of Confidentiality Rights: If you are a natural person, you may remove or strike any or all of the following information from any Instrument that transfers an interest in real property before it is filed for record in the public records: Your social security number or your driver's license number.**

## RIGHT-OF-WAY DEED

THE STATE OF TEXAS      §

                                         KNOW ALL BY THESE PRESENTS:

COUNTY OF DALLAS      §

That, Kuk Ja Stewart, sole stockholder and sole director of UP_G_KUK, Inc., a dissolved corporation, hereinafter Grantor, whether one or more, of the County of Dallas, State of Texas, for and in consideration of the sum of Ten and No/100 Dollars ($10.00) and other good and valuable consideration to Grantor in hand paid by the Grantee, herein named, receipt and sufficiency of which is hereby acknowledged and confessed, and for which no lien is retained, either expressed or implied, has Granted, Sold and Conveyed, and does by these presents Grant, Sell and Convey unto the COUNTY OF DALLAS, a political subdivision of the State of Texas, hereinafter Grantee, its successors and assigns, all of Grantor's right, title and interest in and to the real property more particularly described in Exhibit "A" attached hereto, and incorporated herein by reference for all purposes.

Grantor reserves all of the oil, gas and sulphur in and under the land herein conveyed but waives all rights of ingress and egress to the surface thereof for the purpose of exploring, developing, mining or drilling for same; however, nothing in this reservation shall affect the title and rights of the Grantee to take and use all other minerals and materials thereon, therein and thereunder.

This conveyance is made and accepted subject to all, if any, restrictions, easements, covenants and conditions of record in the Real Property Records of Dallas County, Texas, which affect the property herein conveyed, to the extent they are valid and subsisting and are enforceable against a political subdivision of the State of Texas.

TO HAVE AND TO HOLD the premises herein described and conveyed, together with all and singular the rights, appurtenances and hereditaments thereto in anywise belonging unto the said Grantee, its successors and assigns forever; and Grantor hereby binds Grantor and Grantor's heirs, executors, administrators, successors and assigns to Warrant and Forever Defend all and singular the rights and title to said premises unto the Grantee, its successors and assigns, against every person whosoever lawfully claiming or to claim the same or any part thereof.

Executed this 2ʳᵈ day of November , 2009.

                                      Kuk Ja Stewart

                                      Kuk Ja Stewart, sole stockholder and
                                      sole director of Up_G_Kuk, Inc., a
                                        dissolved corporation

Project:    Hunter Ferrell Rd. MCIP 40704(805)
                   (Belt Line Rd. to MacArthur Blvd.)
Parcel:     22

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 1 of 3

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No, 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point for corner having Texas State Plane Coordinate (Texas North Central Zone (4202), NAD83, U.S. Feet (Surface), Combined Scale Factor 0.999863512631) values of N=6970348.53, E=2435595.84 for the POINT OF BEGINNING said point being on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,340.00 feet, whose chord bears North 51 degrees 24 minutes 52 seconds East, a distance of 929.61 feet;

THENCE Northeasterly, departing said common line, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 40 degrees 35 minutes 31 seconds, an arc length of 949.34 feet for the point of tangency with values of N=6970928.31, E=2436322.49;

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said proposed north right-of-way line, a distance of 510.57 feet to a point for corner with values of N=6971365.42, E=2436586.36;

THENCE North 60 degrees 22 minutes 45 seconds West, continuing along said called proposed north right-of-way line, a distance of 65.03 feet to a point for corner with values of N=6971397.56, E=2436529.83;

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said north right-of-way line a distance of 149.10 feet to a point for corner with values of N=6971525.20, E=2436606.89 for the point of curvature of a circular curve to the right having a radius of 1,525.00 feet, whose chord bears North 35 degrees 35 minutes 33 seconds East, a distance of 237.93 feet;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 2 of 3

THENCE Northeasterly, continuing along said proposed north right-of-way line and along said circular curve to the right through a central angle of 08 degrees 56 minutes 54 seconds, an arc length of 238.17 feet to a 1/2-inch set iron rod with yellow cap stamped "HALFF ASSOC. INC." (hereinafter referred to as "with cap") at the intersection of said proposed north right-of-way line and the existing west right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE South 00 degrees 16 minutes 12 seconds East, departing said proposed north right-of-way line and along said existing west right-of-way line, a distance of 444.86 feet to a 1/2-inch set iron rod with cap at the intersection of said existing west right-of-way line and the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 60 degrees 22 minutes 45 seconds West, departing said existing west right-of-way line and along said proposed south right-of-way line, a distance of 60.28 feet to a point for corner with values of N=6971303.61, E=2436695.06;

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed south right-of-way line, a distance of 513.84 feet to a point for corner with values of N=6970863.71, E=2436429.51 for the point of curvature of a circular curve to the right having a radius of 1,465.00 feet, whose chord bears South 33 degrees 40 minutes 53 seconds West, a distance of 131.02 feet;

THENCE Southwesterly, continuing along said proposed south right-of-way line and along said circular curve to the right through a central angle of 05 degrees 07 minutes 34 seconds, an arc length of 131.07 feet to a point for corner with values of N=6970754.68, E=2436356.84;

THENCE South 05 degrees 15 minutes 47 seconds East, continuing along said proposed south right-of-way line a distance of 37.16 feet to a point for corner with values of N=6970717.68, E=2436360.25 for the point of curvature of a circular curve to the right having a radius of 1,012.50 feet, whose chord bears South 32 degrees 41 minutes 28 seconds East a distance of 485.14 feet;

THENCE Southeasterly, continuing along said proposed south right-of-way line and along said circular curve to the right through a central angle of 27 degrees 43 minutes 22 seconds, an arc length of 489.90 feet to a 1/2-inch set iron rod with cap for the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 67.45 feet to a 1/2-inch set iron rod with cap at the intersection of said existing north right-of-way line and said proposed south right-of-way line and also being on a circular curve to the left having a radius of 948.50 feet, whose chord bears North 33 degrees 17 minutes 49 seconds West, a distance of 433.90 feet;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 3 of 3

THENCE Northwesterly, departing said existing north right-of-way line and along said proposed south right-of-way line and also being along said circular curve to the left through a central angle of 26 degrees 26 minutes 40 seconds, an arc length of 437.77 feet to a point for corner with values of N=6970670.84, E=2436316.64;

THENCE South 86 degrees 28 minutes 08 seconds West, continuing along said proposed south right-of-way line, a distance of 34.57 feet to a point for corner with values of N=6970668.71, E=2436282.14 for the point of curvature of a circular curve to the right having a radius of 1,460.00 feet, whose chord bears South 53 degrees 00 minutes 42 seconds West, a distance of 622.46 feet;

THENCE Southwesterly, continuing along said proposed south right-of-way line and along said circular curve to the right through a central angle of 24 degrees 37 minutes 00 seconds, an arc length of 627.27 feet to a point for corner with values of N=6970294.20, E=2435784.94 being the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 188.44 feet to a point for corner with values of N=6970290.79, E=2435596.58, said point being the common southwest corner of said called 42.803 acre tract and southeast corner of said called 37.0313 acre Harrington tract;

THENCE North 00 degrees 41 minutes 26 seconds West, departing said existing north right-of-way line and along the common west line of said 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 57.75 feet to the POINT OF BEGINNING AND CONTAINING 261,722 square feet or 6.0083 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems-Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

## ACKNOWLEDGMENT

THE STATE OF ~~TEXAS~~    §

COUNTY OF _Tarrant_    §

This instrument was acknowledged before me on this _2nd_ day of _November_ 2009 by Kuk Ja Stewart, sole stockholder and sole director of UP_G_KUK, Inc., a dissolved corporation.

PATRICIA ANN RIEN
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 04-17-2012
Personalized Seal

Notary Public in and for the State of Texas
Printed Name: _Patricia Ann Rien_
My Commission Expires: _4/17/2012_

After Recording Please Return To:
**Dallas County Public Works**
**411 Elm Street, 3rd Floor**
**Dallas, Texas 75202**

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DB-1
May 06, 2008
Page 1 of 2

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,317.84 feet to a the POINT OF BEGINNING at the intersection of said common line and the north line of a drainage easement;

THENCE South 51 degrees 20 minutes 32 seconds East, departing said common line and along the north line of said drainage easement, a distance of 87.12 feet to a point for corner;

THENCE North 64 degrees 53 minutes 59 seconds East, continuing along the north line of said drainage easement, a distance of 105.00 feet to a point for the northeast corner of said drainage easement;

THENCE South 28 degrees 35 minutes 38 seconds East, along the east line of said drainage easement, a distance of 125.95 feet to a point on a circular curve to the right, being on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 120 foot wide at this point), said curve not being tangent to the preceding course and having a radius of 1,340.00 feet, whose chord bears South 66 degrees 33 minutes 30 seconds West, a distance of 240.65 feet;

THENCE Southwesterly, along said proposed north right-of-way line and along said circular curve through a central angle of 10 degrees 18 minutes 13 seconds for an arc distance of 240.98 feet to a point for corner at the intersection of said proposed north right-of-way line and said common line;

THENCE North 00 degrees 41 minutes 26 seconds West, departing said proposed north right-of-way line and along said common line, a distance of 216.22 feet to the POINT OF BEGINNING AND CONTAINING 29,481 square feet or 0.6768 acres of land, more or less.

A Plat accompanies this legal description.

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-1
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DB-2
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for the intersection of said common line and the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 188.44 feet for the POINT OF BEGINNING, being the intersection of the proposed south right-of-way line of Hunter Ferrell Road with said existing north right-of-way line, and also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,460.00 feet, whose chord bears North 62 degrees 49 minutes 47 seconds East, a distance of 126.87 feet;

THENCE Northeasterly, departing said existing north right-of-way line and along said proposed south right-of-way line and along said circular curve through a central angle of 04 degrees 58 minutes 50 seconds, an arc length of 126.91 feet to a point for corner being the most northerly corner of a variable width drainage easement;

THENCE South 25 degrees 53 minutes 02 seconds East, departing said proposed south right-of-way line and along the east side of said drainage easement, a distance of 61.58 feet to a point for corner on said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, along said existing north right-of-way line, a distance of 139.78 feet to the POINT OF BEGINNING AND CONTAINING 3,789 square feet or 0.0870 acres of land, more or less.

A Plat accompanies this legal description.

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-2
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN                                    DATE
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 1 of 2

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

BEGINNING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and also being on the south line of that called 66.0667 acre tract land described in Substitute Trustee's Deed to Mary B. Christensen as recorded in Volume 88119, Page 0715 D.R.D.C.T., from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE North 89 degrees 17 minutes 27 seconds East, along the common line between the north line of said called 42.803 acre tract and the south line of said called 66.0667 acre tract, a distance of 1,167.27 feet to a point for corner on the existing west right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE South 00 degrees 16 minutes 12 seconds East, departing said common line and along said existing west right-of-way line, a distance of 178.25 feet to a 1/2-inch set iron rod with yellow plastic cap stamped "HALFF ASSOC. INC." at the intersection of said existing west right-of-way line and the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 250 feet wide at this point) and also being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,525.00 feet, whose chord bears South 35 degrees 35 minutes 33 seconds West, a distance of 237.93 feet;

THENCE Southwesterly, departing said existing west right-of-way line, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 08 degrees 56 minutes 54 seconds, an arc length of 238.17 feet to a point for corner;

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed north right-of-way line, a distance of 42.79 feet to a point for the southeast corner of a variable width drainage easement;

THENCE North 59 degrees 28 minutes 47 seconds West, departing said proposed north right-of-way line and along the south line of said drainage easement, a distance of 113.94 feet to a point for corner;

THENCE North 65 degrees 40 minutes 46 seconds West, continuing along the south line of said drainage easement, a distance of 329.02 feet to a point for corner;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

BEGINNING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4608 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and also being on the south line of that called 66.0667 acre tract land described in Substitute Trustee's Deed to Mary B. Christensen as recorded in Volume 88119, Page 0715 D.R.D.C.T., from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE North 89 degrees 17 minutes 27 seconds East, along the common line between the north line of said called 42.803 acre tract and the south line of said called 66.0667 acre tract, a distance of 1,167.27 feet to a point for corner on the existing west right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE South 00 degrees 16 minutes 12 seconds East, departing said common line and along said existing west right-of-way line, a distance of 178.25 feet to a 1/2-inch set iron rod with yellow plastic cap stamped "HALFF ASSOC. INC." at the intersection of said existing west right-of-way line and the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 250 feet wide at this point) and also being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,525.00 feet, whose chord bears South 35 degrees 35 minutes 33 seconds West, a distance of 237.93 feet;

THENCE Southwesterly, departing said existing west right-of-way line, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 08 degrees 56 minutes 54 seconds, an arc length of 238.17 feet to a point for corner;

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed north right-of-way line, a distance of 42.79 feet to a point for the southeast corner of a variable width drainage easement;

THENCE North 59 degrees 28 minutes 47 seconds West, departing said proposed north right-of-way line and along the south line of said drainage easement, a distance of 113.94 feet to a point for corner;

THENCE North 65 degrees 40 minutes 46 seconds West, continuing along the south line of said drainage easement, a distance of 329.02 feet to a point for corner;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-2
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 2 of 2

THENCE North 75 degrees 41 minutes 12 seconds West, continuing along the south line of said drainage easement, a distance of 324.52 feet to a point for corner;

THENCE North 72 degrees 34 minutes 25 seconds West, continuing along the south line of said drainage easement, a distance of 308.85 feet to a point for corner;

THENCE North 00 degrees 41 minutes 26 seconds West, a distance of 27.82 feet to the POINT OF BEGINNING AND CONTAINING 240,552 square feet or 5.5223 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 1 of 3

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for corner on the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 188.44 feet to a point of a circular curve to the left having a radius of 1,460.00 feet, whose chord bears North 62 degrees 49 minutes 47 seconds East, a distance of 126.87 feet, said point being on the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way, 120 feet wide at this point);

THENCE Northeasterly, departing said existing north right-of-way line and along said proposed south right-of-way line and along said circular curve to the left through a central angle of 04 degrees 58 minutes 50 seconds for an arc length of 126.91 feet for the POINT OF BEGINNING, being a corner on a variable width slope easement and also being a continuation of the preceding circular curve to the left, having a radius of 1,460.00 feet, whose chord bears North 50 degrees 31 minutes 17 seconds East, a distance of 497.92 feet;

THENCE Northeasterly, continuing along said proposed south right-of-way line and along the arc of said circular curve to the left through a central angle of 19 degrees 38 minutes 10 seconds, an arc length of 500.36 feet to a point for corner;

THENCE North 86 degrees 28 minutes 08 seconds East, continuing along said proposed south right-of-way line, a distance of 34.57 feet to a point for the point of curvature of a circular curve to the right, not being tangent to the preceding course, having a radius of 948.50 feet, whose chord bears South 33 degrees 17 minutes 49 seconds East, a distance of 433.90 feet;

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 2 of 3

THENCE Southeasterly, continuing along said proposed south right-of-way line and along the arc of said circular curve to the right through a central angle of 26 degrees 26 minutes 40 seconds, an arc length of 437.77 feet to a 1/2-inch set iron rod with yellow cap stamped "HALFF ASSOC. INC." for corner at the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 28.44 feet to a point for corner on the south line of a variable width slope easement, said point also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 947.26 feet and whose chord bears North 26 degrees 56 minutes 04 seconds West, a distance of 139.37 feet;

THENCE Northwesterly, departing said existing north right-of-way line, along the south line of said slope easement and along said circular curve to the left through a central angle of 08 degrees 26 minutes 15 seconds for an arc length of 139.50 feet to a point on a circular curve to the left having a radius of 730.23 feet, whose chord bears North 38 degrees 18 minutes 29 seconds West, a distance of 213.81 feet;

THENCE Northwesterly, continuing along the south line of said slope easement and along the arc of said circular curve to the left through a central angle of 16 degrees 50 minutes 12 seconds, an arc length of 214.58 feet to a point for corner;

THENCE North 48 degrees 46 minutes 46 seconds West, continuing along the south line of said slope easement, a distance of 40.11 feet to a point on a circular curve to the right, not being tangent to the preceding course, and having a radius of 1,582.37 feet, whose chord bears South 49 degrees 15 minutes 57 seconds West, a distance of 498.61 feet;

THENCE Southwesterly, continuing along the south line of said slope easement and along the arc of said circular curve to the right through a central angle of 18 degrees 07 minutes 46 seconds, an arc length of 500.69 feet to a point for corner;

THENCE North 25 degrees 53 minutes 02 seconds West, continuing along said slope easement, a distance of 57.12 feet to the POINT OF BEGINNING AND CONTAINING 39,091 square feet or 0.8974 acres of land, more or less.

## EXHIBIT A

**HUNTER FERRELL ROAD**
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 3 of 3

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DATE: 5/06/08

**DOUGLAS A. CALHOUN**
**REGISTERED PROFESSIONAL LAND SURVEYOR**
**TEXAS NO. 5619**