## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-2
May 06, 2008
Page 1 of 2

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 19664008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left having a radius of 1,340.00 feet, whose chord bears North 66 degrees 33 minutes 30 seconds East, a distance of 240.65 feet;

THENCE Northeasterly, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 10 degrees 18 minutes 13 seconds, an arc length of 240.98 feet to the POINT OF BEGINNING being also the southeast corner of a slope easement;

THENCE North 28 degrees 35 minutes 38 seconds West, departing said proposed north right-of-way line and along said slope easement, a distance of 49.87 feet to a point for the southwest corner of said slope easement, being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,300.00 feet, whose chord bears North 45 degrees 21 minutes 22 seconds East, a distance of 705.11 feet;

THENCE Northeasterly, continuing along said slope easement and along the arc of said circular curve to the left through a central angle of 31 degrees 28 minutes 15 seconds, an arc length of 714.05 feet to a point for corner;

THENCE North 29 degrees 37 minutes 15 seconds East, continuing along said slope easement, a distance of 476.27 feet to a point for the northwest corner of said slope easement, said point also being on said proposed north right-of-way line;

THENCE South 60 degrees 22 minutes 45 seconds East, along said proposed north right-of-way line, a distance of 65.03 feet to a point for the northeast corner of said slope easement;

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-2
May 06, 2008
Page 2 of 2

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed north right-of-way line, a distance of 510.57 feet for the point of curvature of a circular curve to the right having a radius of 1,340.00 feet, whose chord bears South 46 degrees 15 minutes 45 seconds West, a distance of 700.14 feet;

THENCE Southwesterly, continuing along said proposed north right-of-way line and along the arc of said circular curve to the right through a central angle of 30 degrees 17 minutes 18 seconds for an arc length of 708.36 feet to the POINT OF BEGINNING AND CONTAINING 65,366 square feet or 1.5006 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR   DATE: 5/06/08
TEXAS NO. 5619

STATE OF TEXAS
REGISTERED
DOUGLAS A. CALHOUN
5619
PROFESSIONAL SURVEYOR

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 1 of 3

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for the common southwest corner of said called 42.803 acre tract and the southeast corner of said called 37.0313 acre tract, said point also being on the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 1,025.92 feet to a 1/2-inch set iron rod with yellow plastic cap stamped "HALFF ASSOC INC" (hereinafter referred to as "with cap") for the POINT OF BEGINNING, being at the intersection of said existing north right-of-way line and the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way), also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,012.50 feet, whose chord bears North 32 degrees 41 minutes 28 seconds West, a distance of 485.14 feet;

THENCE Northwesterly, departing said existing north right-of-way line, along said proposed south right-of-way line and along the circular curve to the left through a central angle of 27 degrees 43 minutes 22 seconds, an arc length of 489.90 feet to a point for corner;

THENCE North 05 degrees 15 minutes 47 seconds West, continuing along said proposed south right-of-way line, a distance of 37.16 feet to a point for the point of curvature of a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,465.00 feet, whose chord bears North 33 degrees 40 minutes 53 seconds East, a distance of 131.02 feet;

THENCE Northeasterly, continuing along said proposed south right-of-way line and along said circular curve to the left through a central angle of 05 degrees 07 minutes 34 seconds, an arc length of 131.07 feet to a point for corner;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 2 of 3

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said proposed south right-of-way line, a distance of 513.84 feet to a point for corner;

THENCE South 60 degrees 22 minutes 45 seconds East, continuing along said proposed south right-of-way line, a distance of 60.28 feet to a 1/2-inch set iron rod with cap for corner at the intersection of said proposed south right-of-way line and the existing west right-of-way line of said Hunter Ferrell Road;

THENCE South 00 degrees 16 minutes 12 seconds East, along said existing west right-of-way line, a distance of 22.55 feet to a point for corner at the intersection of said existing west right-of-way line and the south line of a slope easement;

THENCE South 33 degrees 26 minutes 10 seconds West, departing said existing west right-of-way line and along a slope easement, a distance of 578.87 feet to a point for corner;

THENCE South 24 degrees 03 minutes 38 seconds West, along said slope easement, a distance of 43.71 feet to a point on a circular curve to the right, not being tangent to the preceding course and having a radius of 2,600.18 feet, whose chord bears South 34 degrees 46 minutes 20 seconds East, a distance of 236.04 feet;

THENCE Southeasterly, continuing along said slope easement and along the arc of said circular curve to the right through a central angle of 05 degrees 12 minutes 11 seconds, an arc length of 236.12 feet to the beginning of a circular curve to the right and having a radius of 930.85 feet, whose chord bears South 23 degrees 29 minutes 25 seconds East, a distance of 244.94 feet;

THENCE Southeasterly, continuing along said slope easement and along said circular curve to the right through a central angle of 15 degrees 07 minutes 13 seconds, an arc length of 245.65 feet to a point for corner at the intersection of said slope easement and said existing north right-of-way line;

THENCE South 85 degrees 57 minutes 39 seconds West, departing said slope easement and along said existing north right-of-way line, a distance of 20.76 feet to the POINT OF BEGINNING AND CONTAINING 53,589 square feet or 1.2302 acres of land, more or less.


A Plat accompanies this legal description.

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 3 of 3

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202),
based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base
stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal
description hereon and the accompanying plat of even date represent an actual survey made on the
ground under my supervision.

_____
DOUGLAS A. CALHOUN                                    DATE
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

UNOFFICIAL

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 TCE
May 06, 2008
Page 1 of 2

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East, a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left having a radius of 1,340.00 feet, whose chord bears North 66 degrees 33 minutes 30 seconds East, a distance of 240.65 feet;

THENCE Northeasterly, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 10 degrees 18 minutes 13 seconds, an arc length of 240.98 feet to a point for corner being also the southeast corner of a slope easement;

THENCE North 28 degrees 35 minutes 38 seconds West, departing said proposed north right-of-way line and along said slope easement, a distance of 49.87 feet to a point for the southwest corner of said slope easement, being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,300.00 feet, whose chord bears North 50 degrees 25 minutes 40 seconds East, a distance of 481.12 feet;

THENCE Northeasterly, continuing along said slope easement and along the arc of said circular curve to the left through a central angle of 21 degrees 19 minutes 40 seconds, an arc length of 483.91 feet to THE POINT OF BEGINNING, being the southwest corner of a temporary construction easement;

THENCE North 51 degrees 15 minutes 31 seconds West, departing said slope easement and along said temporary construction easement, a distance of 142.95 feet to a point for corner;

THENCE North 38 degrees 44 minutes 29 seconds East, continuing along said temporary construction easement, a distance of 52.00 feet to a point for corner;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 TCE
May 06, 2008
Page 2 of 2

THENCE South 51 degrees 15 minutes 31 seconds East, a distance of 142.83 feet to a point on a circular curve to the right having a radius of 1,300.00 feet, whose chord bears South 38 degrees 37 minutes 04 seconds West, a distance of 52.00 feet;

THENCE Southwesterly, along said circular curve to the right through a central angle of 02 degrees 17 minutes 31 seconds, an arc length of 52.00 feet to the POINT OF BEGINNING AND CONTAINING 7,439 square feet or 0.1708 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08



HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-0784

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.







## CURVE DATA TABLE

① Δ=10°18'13"
R=1340.00'
T=120.81'
L=240.98'
CB=N66°33'30"E
CL=240.65'

② Δ=31°28'15"
R=1300.00'
T=366.28'
L=714.05'
CB=N45°21'22"E
CL=705.11'

③ Δ=30°17'18"
R=1340.00'
T=362.67'
L=708.36'
CB=S 46°15'45"W
CL=700.14'

④ Δ=04°58'50"
R=1460.00'
T=63.50'
L=126.91'
CB=N62°49'47"E
CL=126.87'

⑤ Δ=19°38'10"
R=1460.00'
T=252.66'
L=500.36'
CB=N50°31'17"E
CL=497.92'

⑥ Δ=26°26'40"
R=948.50
T=222.86'
L=437.77'
CB=S33°17'49"E
CL=433.90

⑦ Δ=08°26'15"
R=947.26'
T=69.88'
L=139.50'
CB=N26°56'04"W
CL=139.37'

⑧ Δ=16°50'12"
R=730.23'
T=108.07'
L=214.58'
CB=N38°18'29"W
CL=213.81'

⑨ Δ=18°07'46"
R=1582.37'
T=252.46'
L=500.69'
CB=S49°15'57"W
CL=498.61'

⑩ Δ=27°43'22"
R=1012.50'
T=249.85'
L=489.90'
CB=N32°41'28"W
CL=485.14'

⑪ Δ=05°07'34"
R=1465.00'
T=65.58'
L=131.07'
CB=N33°40'53"E
CL=131.02'

⑫ Δ=05°12'11"
R=2600.18'
T=118.14'
L=236.12'
CB=S34°46'20"E
CL=236.04'

⑬ Δ=15°07'13"
R=930.85'
T=123.54'
L=245.65'
CB=S23°29'25"E
CL=244.94'

PARCEL 22 DE-2   3,789 SF   ( 0.0870 AC.)
PARCEL 22 SE-1   39,091 SF  ( 0.8970 AC.)
PARCEL 22 SE-2   65,366 SF  ( 1.5000 AC.)
PARCEL 22 SE-3   53,589 SF  ( 1.2300 AC.)

PROPERTY
INSET
N.T.S.

Basis of bearing is NAD 83 (1993)
Texas Coordinate System, Texas
North Central Zone (4202), based
upon Western Data Systems
Dallas/Fort Worth area RTK
Cooperative Network using base
stations DMLN, DTNA, and DUNP.

A metes and bounds description
accompanies this plat of survey

I, Douglas A Calhoun, a Registered Professional
Land Surveyor, hereby certify that the legal
description hereon and the accompanying plat of
area state represent an actual survey made on the
ground under my supervision

Douglas A Calhoun
Registered Professional Land Surveyor
Texas No. 5619

STATE OF TEXAS
REGISTERED
DOUGLAS A. CALHOUN
5619
PROFESSIONAL
LAND SURVEYOR

### HALFF
4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

COUNTY OF DALLAS
PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT
HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

Exhibit "A"

PARCEL 22 TCE    7,439 SF (0.1748 AC.)

POINT OF
COMMENCING
PARCEL 22 TCE

P.O.C.

S00°41'26"E
0.39'

CALC.
POINT

DETAIL 'A'
N.T.S.

SEE
DETAIL 'A'

Basis of bearing is NAD 83 (1993)
Texas Coordinate System, Texas
North Central Zone (4202), based
upon Western Data Systems
Dallas/Fort Worth area RTX
Cooperative Network using base
stations DAL11, DTN4, and DUMP.

A metes and bounds description
accompanies this plat of survey

Harrington Corporation
Tract A
Called 37.0313 AC.
Vol. 9005, Pg. 4008
D.R.D.C.T.

JOSEPH MANDRUM SURVEY
ABSTRACT NO. 961

UP_G_KUK, INC.
CALLED 42.803 ACRES
CC 200503579476
O.P.R.D.C.T.

N

PARCEL
20 DE-2

PARCEL
20 SE

PFC
STA. 41+39.25
OFF. 60.00' LT

PARCEL 22 DE-1
BY SEPARATE
INSTRUMENT

Δ=10° 18' 13"
R=1340.00'
T=120.81'
L=240.59'
CB=N66°33'30"E
CL=240.65'

PFC
STA. 43+91.01
OFF. 109.87' LT

N28°35'38"W
49.87'

PFC
STA. 44+97.02
OFF. 60.00' LT

SCALE IN FEET

PROPOSED C.L.
Δ=57° 50' 45"
R=1400.00'
T=773.57'
L=1413.44'
CB=N60°02'29"E
CL=1354.17'

PROPOSED
CONCRETE
PAVEMENT

HUNTER FERRELL ROAD

PROPOSED
SIDEWALK

EXISTING HUNTER
FERRELL ROAD

JOHN C. READ SURVEY
ABSTRACT NO. 1164

Grand Prairie Metropolitan
Utility and Reclamation District
of Dallas County Texas
Tract I, Called 304.7458 Acres
Vol. 87004, Pg. 2931
D.R.D.C.T.

PARCEL 22
BY SEPARATE
INSTRUMENT

PARCEL
22 DE-2
BY SEPARATE
INSTRUMENT

PARCEL
22 SE-1
BY SEPARATE
INSTRUMENT

WIDTH
VARIES

WIDTH
VARIES

Δ=21° 19' 40"
R=1300.00'
T=244.79'
L=483.91'
CB=N50°25'40"E
CL=481.72'

PARCEL
22 SE-2
BY SEPARATE
INSTRUMENT

PFC
STA. 49+76.62
OFF. 254.70' LT

PFC
STA. 49+13.05
OFF. 254.70' LT

N36°44'29"E
52.00'

PFC
STA. 49+73.
OFF. 111.90'

POINT OF
BEGINNING
PARCEL 22 TCE

PFC
STA. 49+16.58
OFF. 111.79' LT

Δ=02° 17' 31"
R=1300.00'
T=26.01'
L=52.00'
CB=S38°37'04"W
CL=52.00'

P.O.C.

PROPERTY INSET

LEGEND

EXISTING FENCE
TEMPORARY CONSTRUCTION EASEM
SURVEY LINE
PROPERTY LINE OF SUBJECT PARC
PROPOSED RIGHT-OF-WAY LINE
PROPOSED EASEMENT LINE
PROPERTY LINE OF OTHER PARCEL
EXISTING EASEMENT LINE
EXISTING BACK OF CURB
EXISTING EDGE OF ASPHALT
FIR    FOUND IRON ROD
△    POINT FOR CORNER
POWER POLE
TRAFFIC SIGN
½" SIR    ½" SET IRON ROD W/YELLOW
W/CAP    PLASTIC CAP STAMPED
"HALFF ASSOC. INC."

I, Douglas A. Calhoun, a Registered Professional
Land Surveyor, hereby certify that the above
description hereon and this accompanying plat of
even date represent an actual survey made on the
ground under my supervision.

STATE OF TEXAS
DOUGLAS A. CALHOUN
5618
PROFESSIONAL
LAND SURVEYOR

Douglas A. Calhoun
Registered Professional Land Surveyor
Texas No.5618

HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

COUNTY OF DALLAS    PUBLIC WOR
DEPARTMEN

TEMPORARY CONSTRUCTION EASEMENT PLAT
HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

PARCEL " 22

SHEET 1 OF

SHEET 4 of 24

**Notice of Confidentiality Rights: If you are a natural person, you may remove or strike any or all of the following information from any Instrument that transfers an interest in real property before it is filed for record in the public records: Your social security number or your driver's license number.**

## EASEMENT

THE STATE OF TEXAS     §

                                              KNOW ALL BY THESE PRESENTS:

COUNTY OF DALLAS     §

      That, Kuk Ja Stewart, sole stockholder and sole director of UP_G_KUK, Inc., a dissolved corporation, hereinafter Grantor, whether one or more, of the County of Dallas, State of Texas, for and in consideration of the sum of One and No/100 Dollars ($1.00) and other good and valuable consideration to Grantor, in hand paid by the Grantee herein named, the receipt and sufficiency of which is hereby acknowledged and confessed, and for which no lien is retained either expressed or implied, does by these presents Grant, Sell and Convey unto the COUNTY OF DALLAS, a political subdivision of the State of Texas, hereinafter Grantee, its successors and assigns, an easement, in, under, over, along, upon and across the real property more particularly described in Exhibit "A" attached hereto, and incorporated herein by reference for all purposes.

      Grantee is acquiring this easement and right of way together with all rights and privileges hereby granted for the purpose of constructing and maintaining a drainage system for roadway purposes, to be used for the discharge of liquids comprised primarily of water.

      It is further expressly provided that access to and from the remainder of the tract of land of which the above described parcel of land is a part, to the public road facilities to be built, SHALL NOT BE DENIED: and that the owners of said tract of land and their heirs, executors, administrators, successors and assigns shall retain all rights and privileges pertaining to the use and enjoyment of the parcel of land herein described which DOES NOT IMPEDE OR PROHIBIT exercise of the hereinabove specified easement rights acquired in said parcel of land by the said Grantee.

      As a part of the grant hereby made it is agreed between the parties hereto that any stone, earth, gravel or caliche which may be excavated in the opening, construction or maintenance of said drainage easement may be removed from said premises by the Grantee.

      TO HAVE AND TO HOLD said easement, together with all and singular the rights, appurtenances and hereditaments thereto in anywise belonging unto the said Grantee, its successors and assigns, for so long as said property is used by Grantee, its successors or assigns, for the purpose of the easement herein granted.

      Grantor hereby binds Grantor and Grantor's heirs, executors, administrators, successors and assigns to Warrant and Defend all and singular the easement described herein and rights unto Grantee, successors and assigns, against every person whosoever lawfully claiming or to claim the same or any part thereof.

      Executed this _2ʰᵈ_ day of _November_, 2009.

                                        Kuk Ja Stewart, sole stockholder and sole
                                        director of Up_G_Kuk, Inc., a dissolved
                                        corporation

                                      Project:  Hunter Ferrell Rd. MCIP 40805
                                               (Belt Line Rd. to MacArthur Blvd.)

*Cdmydoc/proj/perm ease p 22*                            Parcel:  22DE (1,2,3)

## ACKNOWLEDGMENT

THE STATE OF TEXAS    §

COUNTY OF ___Tarrant___ §

This instrument was acknowledged before me on this __2nd__ day of __November__, 2009 by Kuk Ja Stewart, sole stockholder and sole director of UP_G_KUK, Inc., a dissolved corporation.

PATRICIA ANN RIEN
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 04-17-2012

(Personalized Seal)

Notary Public in and for the State of Texas

Printed Name: __Patricia Ann Rien__

My Commission Expires: __4/17/2012__

After Recording Please Return To:
**Dallas County Public Works**
**411 Elm Street, 3rd Floor**
**Dallas, Texas 75202**

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-1
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,317.84 feet to a the POINT OF BEGINNING at the intersection of said common line and the north line of a drainage easement;

THENCE South 51 degrees 20 minutes 32 seconds East, departing said common line and along the north line of said drainage easement, a distance of 87.12 feet to a point for corner;

THENCE North 64 degrees 53 minutes 59 seconds East, continuing along the north line of said drainage easement, a distance of 105.00 feet to a point for the northeast corner of said drainage easement;

THENCE South 28 degrees 35 minutes 38 seconds East, along the east line of said drainage easement, a distance of 125.95 feet to a point on a circular curve to the right, being on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 120 foot wide at this point), said curve not being tangent to the preceding course and having a radius of 1,340.00 feet, whose chord bears South 66 degrees 33 minutes 30 seconds West, a distance of 240.65 feet;

THENCE Southwesterly, along said proposed north right-of-way line and along said circular curve through a central angle of 10 degrees 18 minutes 13 seconds for an arc distance of 240.98 feet to a point for corner at the intersection of said proposed north right-of-way line and said common line;

THENCE North 00 degrees 41 minutes 26 seconds West, departing said proposed north right-of-way line and along said common line, a distance of 216.22 feet to the POINT OF BEGINNING AND CONTAINING 29,481 square feet or 0.6768 acres of land, more or less.

A Plat accompanies this legal description.

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-1
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

2-9



EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-2
May 06, 2008
Page 1 of 2

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for the intersection of said common line and the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 188.44 feet for the POINT OF BEGINNING, being the intersection of the proposed south right-of-way line of Hunter Ferrell Road with said existing north right-of-way line, and also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,460.00 feet, whose chord bears North 62 degrees 49 minutes 47 seconds East, a distance of 126.87 feet;

THENCE Northeasterly, departing said existing north right-of-way line and along said proposed south right-of-way line and along said circular curve through a central angle of 04 degrees 58 minutes 50 seconds, an arc length of 126.91 feet to a point for corner being the most northerly corner of a variable width drainage easement;

THENCE South 25 degrees 53 minutes 02 seconds East, departing said proposed south right-of-way line and along the east side of said drainage easement, a distance of 61.58 feet to a point for corner on said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, along said existing north right-of-way line, a distance of 139.78 feet to the POINT OF BEGINNING AND CONTAINING 3,789 square feet or 0.0870 acres of land, more or less.

A Plat accompanies this legal description.

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-2
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

5/06/08
DATE:



Exhibit "A"

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 1 of 2

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

BEGINNING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and also being on the south line of that called 66.0667 acre tract land described in Substitute Trustee's Deed to Mary B. Christensen as recorded in Volume 88119, Page 0715 D.R.D.C.T., from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE North 89 degrees 17 minutes 27 seconds East, along the common line between the north line of said called 42.803 acre tract and the south line of said called 66.0667 acre tract, a distance of 1,167.27 feet to a point for corner on the existing west right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE South 00 degrees 16 minutes 12 seconds East, departing said common line and along said existing west right-of-way line, a distance of 178.25 feet to a 1/2-inch set iron rod with yellow plastic cap stamped "HALFF ASSOC. INC." at the intersection of said existing west right-of-way line and the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 250 feet wide at this point) and also being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,525.00 feet, whose chord bears South 35 degrees 35 minutes 33 seconds West, a distance of 237.93 feet;

THENCE Southwesterly, departing said existing west right-of-way line, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 08 degrees 56 minutes 54 seconds, an arc length of 238.17 feet to a point for corner;

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed north right-of-way line, a distance of 42.79 feet to a point for the southeast corner of a variable width drainage easement;

THENCE North 59 degrees 28 minutes 47 seconds West, departing said proposed north right-of-way line and along the south line of said drainage easement, a distance of 113.94 feet to a point for corner;

THENCE North 65 degrees 40 minutes 46 seconds West, continuing along the south line of said drainage easement, a distance of 329.02 feet to a point for corner;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 2 of 2

THENCE North 75 degrees 41 minutes 12 seconds West, continuing along the south line of said drainage easement, a distance of 324.52 feet to a point for corner;

THENCE North 72 degrees 34 minutes 25 seconds West, continuing along the south line of said drainage easement, a distance of 308.85 feet to a point for corner;

THENCE North 00 degrees 41 minutes 26 seconds West, a distance of 27.82 feet to the POINT OF BEGINNING AND CONTAINING 240,552 square feet or 5.5223 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08



Exhibit "A"

### LEGEND

EXISTING FENCE
DRAINAGE EASEMENT
SURVEY LINE
PROPERTY LINE OF SUBJECT PARCEL
PROPOSED EASEMENT LINE
PROPERTY LINE OF OTHER PARCELS
EXISTING EASEMENT LINE
PROPOSED BACK OF CURB
EXISTING EDGE OF ASPHALT

FIR — FOUND IRON ROD
1/2" SIR W/CAP — 1/2" SET IRON ROD W/YELLOW PLASTIC CAP STAMPED "HALFF ASSOC. INC."
△PFC — POINT FOR CORNER
POWER POLE
TRAFFIC SIGN
SANITARY SEWER MANHOLE

## HALFF
4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

### COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT
DRAINAGE EASEMENT PLAT
HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

## CONTRACT AGREEMENT
## PERMANENT EASEMENT

THE STATE OF TEXAS  §

                                          KNOW ALL BY THESE PRESENTS:

COUNTY OF DALLAS   §

That this Contract Agreement by and between the County of Dallas, hereinafter County, and that Kuk Ja Stewart, sole stockholder and sole director of UP_G_KUK, Inc., a dissolved corporation, hereinafter Owner, whether one or more:

### WITNESSETH:

WHEREAS, the County and Owner, whose property herein described is to be used in conjunction with the improvement of Hunter Ferrell Road, a public road in Dallas County, Texas are desirous of constructing, widening, and securing the benefits from this construction and widening of said road:

NOW THEREFORE, it is mutually agreed by and between the County and Owner as follows:

I.

THAT Owner, in consideration of the benefits accruing by reason of the construction, improvement and/or widening of said road, agrees to convey to the County, an easement, in, over, upon and across certain lands necessary for the purpose of grading, sloping or filling along, upon and across said property for lateral and subsurface support (SE) and constructing and maintaining a drainage system for roadway purposes, to be used for the discharge of liquids comprised primarily of water (DE), which is part of the widening, improvement or building of the said road, as described in Exhibit "A" attached hereto, and incorporated herein by reference for all purposes.

II.

Owner hereby gives permission for the County and/or the State, its agents or assigns, to enter upon the herein described property for the purpose of expediting the beginning of construction, and the right to remove any fixed improvements located thereon, for surveying, adjustment of utilities, or any other purpose associated with construction of the roadway. This permission is requested by the County and granted by the Owner for the sole purpose of minimizing any impact on the project schedule.

III.

In further consideration of the agreement, the County agrees and hereby binds itself to pay the Owner and/or Lienholder of record for Owner's account, a total amount of FIFTY FIVE THOUSAND NINE HUNDRED THIRTY TWO AND NO/100 DOLLARS ($55,932.00) said sum being full payment to Owner for the conveyance of the rights herein described, all improvements thereon, if any, including but not limited to, structures, fences and shrubbery, unless specifically excluded by paragraphs herein; and damages, if any, to the value of the remainder of the property out of which the herein described premises were originally a portion including all damages of whatever kind or character to any leasehold estates in

                            Project:   Hunter Ferrell Rd. MCIP 40704(805)
                                             (Belt Line Rd. to MacArthur Blvd.)
                            Parcel:    22DE (1,2,3) & 22SE (1,2,3)

Contract Agreement
Permanent Easement
Page 2
the

said remainder. The amount of money herein involved is to be paid by the County after execution of the required documents and the finalization of the payment procedure which normally requires three to four weeks for processing.

OTHER TERMS:    There are no Improvements located in the proposed Easements.

SUMMARY: $55,932.00 FOR 431,868 Square Feet of Land (permanent easements).

Executed by Owner and County as of the effective date.

_Kuk Ja Stewart_

Kuk Ja Stewart, sole stockholder and sole
director of Up_G_Kuk, Inc., a dissolved
corporation

Witness                    Date    11/2/09.

**COUNTY OF DALLAS, TEXAS:**

**ABSENT**
_____
Jim Foster, County Judge          Maurine Dickey, District 1          Mike Cantrell, District 2

John Wiley Price, District 3          Kenneth A. Mayfield, District 4

Recommended By:

Donald R. Holzwarth, P.E.
Director of Public Works

Effective date ___December 15___, 2009.

*Cdmydoc/proj/contract perm ease p22*

Project:    Hunter Ferrell Rd. MCIP 40704(805)
            (Belt Line Rd. to MacArthur Blvd.)
Parcel:     22DE (1,2,3) & 22SE (1,2,3)

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-1
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,317.84 feet to a the POINT OF BEGINNING at the intersection of said common line and the north line of a drainage easement;

THENCE South 51 degrees 20 minutes 32 seconds East, departing said common line and along the north line of said drainage easement, a distance of 87.12 feet to a point for corner;

THENCE North 64 degrees 53 minutes 59 seconds East, continuing along the north line of said drainage easement, a distance of 105.00 feet to a point for the northeast corner of said drainage easement;

THENCE South 28 degrees 35 minutes 38 seconds East, along the east line of said drainage easement, a distance of 125.95 feet to a point on a circular curve to the right, being on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 120 foot wide at this point), said curve not being tangent to the preceding course and having a radius of 1,340.00 feet, whose chord bears South 66 degrees 33 minutes 30 seconds West, a distance of 240.65 feet;

THENCE Southwesterly, along said proposed north right-of-way line and along said circular curve through a central angle of 10 degrees 18 minutes 13 seconds for an arc distance of 240.98 feet to a point for corner at the intersection of said proposed north right-of-way line and said common line;

THENCE North 00 degrees 41 minutes 26 seconds West, departing said proposed north right-of-way line and along said common line, a distance of 216.22 feet to the POINT OF BEGINNING AND CONTAINING 29,481 square feet or 0.6768 acres of land, more or less.

A Plat accompanies this legal description.

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-1
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

STATE OF TEXAS
REGISTERED
DOUGLAS A. CALHOUN
5619
PROFESSION



Exhibit "A"

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUMP.

A metes and bounds description accompanies this plat of survey.

PARCEL 22 DE-1    29,481 SF ( 0.6768 AC.)

### LEGEND

| | |
|---|---|
| EXISTING FENCE | EXISTING EDGE OF ASPHALT |
| DRAINAGE EASEMENT | FOUND IRON ROD / MONUMENT |
| SURVEY LINE | ½" SET IRON ROD W/YELLOW PLASTIC CAP STAMPED "HALFF ASSOC. INC." |
| PROPERTY LINE OF SUBJECT PARCEL | POINT FOR CORNER |
| PROPOSED EASEMENT LINE | POWER POLE |
| PROPERTY LINE OF OTHER PARCELS | TRAFFIC SIGN |
| EXISTING EASEMENT LINE | |
| PROPOSED BACK OF CURB | |

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision

Douglas A. Calhoun
Registered Professional Land Surveyor
Texas No. 5619

STATE OF TEXAS
DOUGLAS A. CALHOUN
5619
PROFESSIONAL LAND SURVEYOR

## HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-2
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for the intersection of said common line and the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 188.44 feet for the POINT OF BEGINNING, being the intersection of the proposed south right-of-way line of Hunter Ferrell Road with said existing north right-of-way line, and also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,460.00 feet, whose chord bears North 62 degrees 49 minutes 47 seconds East, a distance of 126.87 feet;

THENCE Northeasterly, departing said existing north right-of-way line and along said proposed south right-of-way line and along said circular curve through a central angle of 04 degrees 58 minutes 50 seconds, an arc length of 126.91 feet to a point for corner being the most northerly corner of a variable width drainage easement;

THENCE South 25 degrees 53 minutes 02 seconds East, departing said proposed south right-of-way line and along the east side of said drainage easement, a distance of 61.58 feet to a point for corner on said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, along said existing north right-of-way line, a distance of 139.78 feet to the POINT OF BEGINNING AND CONTAINING 3,789 square feet or 0.0870 acres of land, more or less.

A Plat accompanies this legal description.

EXHIBIT A

HUNTER FERRELL ROAD
 Project: MCIP 40704/40805
Parcel 22 DE-2
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202),
based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base
stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal
description hereon and the accompanying plat of even date represent an actual survey made on the
ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

5/06/08
DATE:

5-9



Exhibit "A"

# HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 1 of 2

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

BEGINNING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and also being on the south line of that called 66.0667 acre tract land described in Substitute Trustee's Deed to Mary B. Christensen as recorded in Volume 88119, Page 0715 D.R.D.C.T., from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE North 89 degrees 17 minutes 27 seconds East, along the common line between the north line of said called 42.803 acre tract and the south line of said called 66.0667 acre tract, a distance of 1,167.27 feet to a point for corner on the existing west right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE South 00 degrees 16 minutes 12 seconds East, departing said common line and along said existing west right-of-way line, a distance of 178.25 feet to a 1/2-inch set iron rod with yellow plastic cap stamped "HALFF ASSOC. INC." at the intersection of said existing west right-of-way line and the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 250 feet wide at this point) and also being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,525.00 feet, whose chord bears South 35 degrees 35 minutes 33 seconds West, a distance of 237.93 feet;

THENCE Southwesterly, departing said existing west right-of-way line, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 08 degrees 56 minutes 54 seconds, an arc length of 238.17 feet to a point for corner;

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed north right-of-way line, a distance of 42.79 feet to a point for the southeast corner of a variable width drainage easement;

THENCE North 59 degrees 28 minutes 47 seconds West, departing said proposed north right-of-way line and along the south line of said drainage easement, a distance of 113.94 feet to a point for corner;

THENCE North 65 degrees 40 minutes 46 seconds West, continuing along the south line of said drainage easement, a distance of 329.02 feet to a point for corner;

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 2 of 2

THENCE North 75 degrees 41 minutes 12 seconds West, continuing along the south line of said drainage easement, a distance of 324.52 feet to a point for corner;

THENCE North 72 degrees 34 minutes 25 seconds West, continuing along the south line of said drainage easement, a distance of 308.85 feet to a point for corner;

THENCE North 00 degrees 41 minutes 26 seconds West, a distance of 27.82 feet to the POINT OF BEGINNING AND CONTAINING 240,552 square feet or 5.5223 acres of land, more or less.


A Plat accompanies this legal description.


Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.


I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

8-9



PARCEL 22 DE-3    240,552 SF ( 5.5223 AC.)

POINT OF BEGINNING

PFC
STA 20+10.67
OFF: 232.83' LT
OVERFLOW CHANNEL

N89°17'27"E    1167.27'

PARCEL
22 DE-3

UP_G_KUK, INC.
CALLED 42.803 ACRES
CC 200503579476
O.P.R.D.C.T.

HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

PROPOSED C.L.
Δ=58° 09' 22"
R=1400.00'
T=778.53'
L=1421.02'
CB=N60°11'47"E
CL=1360.80'

LEGEND
EXISTING FENCE
DRAINAGE EASEMENT
SURVEY LINE
PROPERTY LINE OF SUBJECT PARCEL
PROPOSED EASEMENT LINE
PROPERTY LINE OF OTHER PARCELS
EXISTING EASEMENT LINE
PROPOSED BACK OF CURB
EXISTING EDGE OF ASPHALT

FIR        FOUND IRON ROD
1/2" SIR W/CAP    1/2" SET IRON ROD W/YELLOW PLASTIC CAP STAMPED "HALFF ASSOC. INC."
PFC        POINT FOR CORNER
POWER POLE
TRAFFIC SIGN
SANITARY SEWER MANHOLE

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 1 of 3

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for corner on the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 188.44 feet to a point of a circular curve to the left having a radius of 1,460.00 feet, whose chord bears North 62 degrees 49 minutes 47 seconds East, a distance of 126.87 feet, said point being on the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way, 120 feet wide at this point);

THENCE Northeasterly, departing said existing north right-of-way line and along said proposed south right-of-way line and along said circular curve to the left through a central angle of 04 degrees 58 minutes 50 seconds for an arc length of 126.91 feet for the POINT OF BEGINNING, being a corner on a variable width slope easement and also being a continuation of the preceding circular curve to the left, having a radius of 1,460.00 feet, whose chord bears North 50 degrees 31 minutes 17 seconds East, a distance of 497.92 feet;

THENCE Northeasterly, continuing along said proposed south right-of-way line and along the arc of said circular curve to the left through a central angle of 19 degrees 38 minutes 10 seconds, an arc length of 500.36 feet to a point for corner;

THENCE North 86 degrees 28 minutes 08 seconds East, continuing along said proposed south right-of-way line, a distance of 34.57 feet to a point for the point of curvature of a circular curve to the right, not being tangent to the preceding course, having a radius of 948.50 feet, whose chord bears South 33 degrees 17 minutes 49 seconds East, a distance of 433.90 feet;

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 2 of 3

THENCE Southeasterly, continuing along said proposed south right-of-way line and along the arc of said circular curve to the right through a central angle of 26 degrees 26 minutes 40 seconds, an arc length of 437.77 feet to a 1/2-inch set iron rod with yellow cap stamped "HALFF ASSOC. INC." for corner at the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 28.44 feet to a point for corner on the south line of a variable width slope easement, said point also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 947.26 feet and whose chord bears North 26 degrees 56 minutes 04 seconds West, a distance of 139.37 feet;

THENCE Northwesterly, departing said existing north right-of-way line, along the south line of said slope easement and along said circular curve to the left through a central angle of 08 degrees 26 minutes 15 seconds for an arc length of 139.50 feet to a point on a circular curve to the left having a radius of 730.23 feet, whose chord bears North 38 degrees 18 minutes 29 seconds West, a distance of 213.81 feet;

THENCE Northwesterly, continuing along the south line of said slope easement and along the arc of said circular curve to the left through a central angle of 16 degrees 50 minutes 12 seconds, an arc length of 214.58 feet to a point for corner;

THENCE North 48 degrees 46 minutes 46 seconds West, continuing along the south line of said slope easement, a distance of 40.11 feet to a point on a circular curve to the right, not being tangent to the preceding course, and having a radius of 1,582.37 feet, whose chord bears South 49 degrees15 minutes 57 seconds West, a distance of 498.61 feet;

THENCE Southwesterly, continuing along the south line of said slope easement and along the arc of said circular curve to the right through a central angle of 18 degrees 07 minutes 46 seconds, an arc length of 500.69 feet to a point for corner;

THENCE North 25 degrees 53 minutes 02 seconds West, continuing along said slope easement, a distance of 57.12 feet to the POINT OF BEGINNING AND CONTAINING 39,091 square feet or 0.8974 acres of land, more or less.

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 3 of 3

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN                                    DATE: 5/06/08
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-2
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 19664008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left having a radius of 1,340.00 feet, whose chord bears North 66 degrees 33 minutes 30 seconds East, a distance of 240.65 feet;

THENCE Northeasterly, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 10 degrees 18 minutes 13 seconds, an arc length of 240.98 feet to the POINT OF BEGINNING being also the southeast corner of a slope easement;

THENCE North 28 degrees 35 minutes 38 seconds West, departing said proposed north right-of-way line and along said slope easement, a distance of 49.87 feet to a point for the southwest corner of said slope easement, being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,300.00 feet, whose chord bears North 45 degrees 21 minutes 22 seconds East, a distance of 705.11 feet;

THENCE Northeasterly, continuing along said slope easement and along the arc of said circular curve to the left through a central angle of 31 degrees 28 minutes 15 seconds, an arc length of 714.05 feet to a point for corner;

THENCE North 29 degrees 37 minutes 15 seconds East, continuing along said slope easement, a distance of 476.27 feet to a point for the northwest corner of said slope easement, said point also being on said proposed north right-of-way line;

THENCE South 60 degrees 22 minutes 45 seconds East, along said proposed north right-of-way line, a distance of 65.03 feet to a point for the northeast corner of said slope easement;

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-2
May 06, 2008
Page 2 of 2

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed north right-of-way line, a distance of 510.57 feet for the point of curvature of a circular curve to the right having a radius of 1,340.00 feet, whose chord bears South 46 degrees 15 minutes 45 seconds West, a distance of 700.14 feet;

THENCE Southwesterly, continuing along said proposed north right-of-way line and along the arc of said circular curve to the right through a central angle of 30 degrees 17 minutes 18 seconds for an arc length of 708.36 feet to the POINT OF BEGINNING AND CONTAINING 65,366 square feet or 1.5006 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

STATE OF TEXAS
REGISTERED
DOUGLAS A. CALHOUN
5619
PROFESSIONAL SURVEYOR

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 1 of 3

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for the common southwest corner of said called 42.803 acre tract and the southeast corner of said called 37.0313 acre tract, said point also being on the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 1,025.92 feet to a 1/2-inch set iron rod with yellow plastic cap stamped "HALFF ASSOC. INC" (hereinafter referred to as "with cap") for the POINT OF BEGINNING, being at the intersection of said existing north right-of-way line and the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way), also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,012.50 feet, whose chord bears North 32 degrees 41 minutes 28 seconds West, a distance of 485.14 feet;

THENCE Northwesterly, departing said existing north right-of-way line, along said proposed south right-of-way line and along the circular curve to the left through a central angle of 27 degrees 43 minutes 22 seconds, an arc length of 489.90 feet to a point for corner;

THENCE North 05 degrees 15 minutes 47 seconds West, continuing along said proposed south right-of-way line, a distance of 37.16 feet to a point for the point of curvature of a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,465.00 feet, whose chord bears North 33 degrees 40 minutes 53 seconds East, a distance of 131.02 feet;

THENCE Northeasterly, continuing along said proposed south right-of-way line and along said circular curve to the left through a central angle of 05 degrees 07 minutes 34 seconds, an arc length of 131.07 feet to a point for corner;

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 2 of 3

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said proposed south right-of-way line, a distance of 513.84 feet to a point for corner;

THENCE South 60 degrees 22 minutes 45 seconds East, continuing along said proposed south right-of-way line, a distance of 60.28 feet to a 1/2-inch set iron rod with cap for corner at the intersection of said proposed south right-of-way line and the existing west right-of-way line of said Hunter Ferrell Road;

THENCE South 00 degrees 16 minutes 12 seconds East, along said existing west right-of-way line, a distance of 22.55 feet to a point for corner at the intersection of said existing west right-of-way line and the south line of a slope easement;

THENCE South 33 degrees 26 minutes 10 seconds West, departing said existing west right-of-way line and along a slope easement, a distance of 578.87 feet to a point for corner;

THENCE South 24 degrees 03 minutes 38 seconds West, along said slope easement, a distance of 43.71 feet to a point on a circular curve to the right, not being tangent to the preceding course and having a radius of 2,600.18 feet, whose chord bears South 34 degrees 46 minutes 20 seconds East, a distance of 236.04 feet;

THENCE Southeasterly, continuing along said slope easement and along the arc of said circular curve to the right through a central angle of 05 degrees 12 minutes 11 seconds, an arc length of 236.12 feet to the beginning of a circular curve to the right and having a radius of 930.85 feet, whose chord bears South 23 degrees 29 minutes 25 seconds East, a distance of 244.94 feet;

THENCE Southeasterly, continuing along said slope easement and along said circular curve to the right through a central angle of 15 degrees 07 minutes 13 seconds, an arc length of 245.65 feet to a point for corner at the intersection of said slope easement and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said slope easement and along said existing north right-of-way line, a distance of 20.76 feet to the POINT OF BEGINNING AND CONTAINING 53,589 square feet or 1.2302 acres of land, more or less.

A Plat accompanies this legal description.

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 3 of 3

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

Harrington Corporation
Tract 4
Called 37.0313 Acres
Vol. 90005, Pg. 4008
D.R.D.C.T.

POINT OF COMMENCING
22 SE-1, 22 SE-2, 22 SE-3 & 22 DE-2

P.O.C.

JOSEPH MANGRUM SURVEY
ABSTRACT NO. 861

PROPOSED C.L.
Δ=57° 50' 45"
R=1400.00'
T=773.57'
L=1413.44'
CB=N60°02'29"E
CL=1354.17'

PARCEL # 22 SE-I,
22 SE-2,22 SE-3
& 22 DE-2

SHEET I OF 4

SCALE IN FEET

UP_G_KUK, INC.
CALLED 42.803 ACRES
CC 200503579476
O.P.R.D.C.T.

SEE DETAIL 'A'

DRAINAGE EASEMENT
22 DE-1
BY SEPARATE INSTRUMENT

DETAIL 'A'
N.T.S.

PFC
STA. 43+91.02
OFF. 109.87' LT

WIDTH VARIES

PARCEL
22 SE-2

MATCH LINE STA. 48+00

PFC
STA. 41+39.26
OFF. 60.00' LT

N28°35'38"W
49.87'

PFC
STA. 43+91.02
OFF. 60.00' LT

PROPOSED R.O.W. WIDTH

PFC
STA. 41+21.73
OFF. 4.84' LT

POINT OF BEGINNING
22 SE-2

PARCEL 22
BY SEPARATE INSTRUMENT

PROPOSED CONCRETE PAVEMENT

POINT OF BEGINNING
22 DE-2

HUNTER FERRELL ROAD

POINT OF BEGINNING
22 SE-1

PROPOSED SIDEWALK

N68°57'39"E
188.44'

PARCEL
22 DE-2

PFC
STA. 44+17.10
OFF. 60.00' RT

PFC
STA. 42+95.40
OFF. 60.00' RT

SURVEY LINE

N25°53'02"W
57.12'

WIDTH VARIES

PARCEL
22 SE-1

S68°57'39"W
139.78'

EXISTING HUNTER FERRELL ROAD
(VARIABLE WIDTH RIGHT-OF-WAY)

N68°57'39"E

LEGEND

PFC
STA. 44+13.63
OFF. 117.00' RT

PFC
STA. 44+13.37
OFF. 121.45' RT

1025.92'

Grand Prairie Metropolitan
Utility and Reclamation District
of Dallas County Texas
Called 384.7458 Acres
Vol. 87004, Pg. 2931
D.R.D.C.T.

JOHN C. READ SURVEY
ABSTRACT NO. 1164

Basis of bearing is NAD 83 (1993)
Texas Coordinate System, Texas
North Central Zone (4202), based
upon Western Data Systems
Dallas/Fort Worth area RTK
Cooperative Network using base
stations DNLN, DTNA, and DUMP.

A metes and bounds description
accompanies this plat of survey

NOTE:
SEE SHEET 4 OF 4 FOR WHOLE
PROPERTY COMPOSITE & CURVE
DATA TABLE.

| | EXISTING FENCE | | PROPOSED BACK OF CURB |
| | SLOPE EASEMENT | | EXISTING EDGE OF ASPHALT |
| | DRAINAGE EASEMENT | FIR | FOUND IRON ROD |
| | SURVEY LINE | ½" SIR W/CAP | ½" SET IRON ROD W/YELLOW PLASTIC CAP STAMPED "HALFF ASSOC. INC." |
| | PROPERTY LINE OF SUBJECT PARCEL | PFC | POINT FOR CORNER |
| | PROPOSED EASEMENT LINE | | POWER POLE |
| | PROPERTY LINE OF OTHER PARCELS | | TRAFFIC SIGN |
| | EXISTING EASEMENT LINE | | |

**HALFF**

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

| NO. | REVISION | BY | DATE |
|---|---|---|---|

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

Page 9 of 12



Page 10 of 12

Grand Prairie Metropolitan
Utility and Reclamation District
of Dallas County Texas
Called 384.7458 Acres
Vol. 87004, Pg. 2931
D.R.D.C.T.

JOHN C. READ SURVEY
ABSTRACT NO. 1184

EXISTING HUNTER-
FERRELL ROAD
VARIABLE WIDTH RIGHT OF WAY

JOSEPH MANGRUM SURVEY
ABSTRACT NO. 881

UP_G_KUK, INC.
CALLED 42.803 ACRES
CC 200503579476
O.P.R.D.C.T.

N89°57'39"E   1025.92'

S88°57'39"W
28.44'

PFC
STA. 142+83.21
OFF. 68.35' LT

1/2" SIR W/CAP
STA. 142+73.24
OFF. 41.52' LT

POINT OF
BEGINNING
22 SE-3

S89°57'39"W
20.76'

PFC
STA. 142+51.73
OFF. 22.48' RT

1/2" SIR W/CAP
STA. 142+51.73
OFF. 22.48' RT

PFC
STA. 142+45.65
OFF. 42.27' RT

PFC
STA. 144+33.36
OFF. 73.08' LT

LEVEE ROAD

PROPOSED HIKE/BIKE TRAIL

C.L. LEVEE ROAD
Δ=47°22'22"
R=990.00'
T=434.30'
L=818.54'
CB=N27°56'49"W
CL=795.43'

PFC
STA. 146+65.63
OFF. 81.52' LT

PFC
STA. 147+30.18
OFF. 41.52' LT

PARCEL
22 SE-1

WIDTH
VARIES

FARCEL 22
BY SEPARATE
INSTRUMENT

PFC
STA. 147+09.28
OFF. 84.83' LT

N48°46'46"W
40.11'

N86°28'08"E
14.57'

PROPOSED
SIDEWALK

PROPOSED 20' WIDTH
RIGHT OF WAY

MATCH LINE STA 48+00

PROPOSED C.L.
Δ=57°50'45"
R=1400.00'
T=773.57'
L=1413.44'
CB=N60°02'29"E
CL=1354.17'

WIDTH
VARIES

PFC
STA. 147+55.45
OFF. 66.50' LT

HUNTER
FERRELL
ROAD

PARCEL
22 SE-2

PROPOSED
CONCRETE
PAVEMENT

PARCEL * 22 SE-4,
22 SE-3,22 SE-4,
& 22 SE-2

SHEET 2 OF 4

PARCEL
22 SE-1

PFC
STA. 144+80.13
OFF. 49.90' RT

PARCEL
22 SE-3

WIDTH
VARIES

N05°15'47"W
37.6'

PFC
STA. 147+03.18
OFF. 65.35' RT

S24°03'38"W
43.71'

PFC
STA. 147+17.32
OFF. 106.27' RT

S33°26'10"W
578.87'

PFC
STA. 147+30.76
OFF. 22.48' RT

PFC
STA. 147+57.40
OFF. 47.38' RT

PROPOSED 125' WIDTH
RIGHT OF WAY

MATCH LINE STA 51+00

LEGEND

|  | EXISTING FENCE |
|  | SLOPE EASEMENT |
|  | SURVEY LINE |
|  | PROPERTY LINE OF SUBJECT PARCEL |
|  | PROPOSED EASEMENT LINE |
|  | PROPERTY LINE OF OTHER PARCELS |
|  | EXISTING EASEMENT LINE |
|  | PROPOSED BACK OF CURB |

| | EXISTING EDGE OF ASPHALT |
| FIR | FOUND IRON ROD |
| 1/2" SIR W/CAP | 1/2" SET IRON ROD W/YELLOW PLASTIC CAP STAMPED "HALFF ASSOC. INC." |
| △PFC | POINT FOR CORNER |
| ⌀ | POWER POLE |
| TS | TRAFFIC SIGN |

0   25   50   75   100
SCALE IN FEET

NOTE:
SEE SHEET 4 OF 4 FOR WHOLE
PROPERTY COMPOSITE & CURVE
DATA TABLE.

Basis of bearing is NAD 83 (1993)
Texas Coordinate System, Texas
North Central Zone (4202), based
upon Western Data Systems
Dallas/Fort Worth area RTK
Cooperative Network using base
stations DMLN, DTNA, and DUNP.

A metes and bounds description
accompanies this plat of survey

| NO. | REVISION | BY | DATE |
|---|---|---|---|

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

| DRAWN: RLS | CHECKED: DVC | DATE: MAY 01,2008 | PROJ: 40704/40805 |

HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784



PARCEL # 22 SE-1,
22 SE-2,22 SE-3
& 22 DE-2

SHEET 4 OF 4

## CURVE DATA TABLE

(1)
Δ=10°18'13"
R=1340.00'
T=120.81'
L=240.98'
CB=N66°33'30"E
CL=240.65'

(2)
Δ=31°28'15"
R=1300.00'
T=366.28'
L=714.05'
CB=N45°21'22"E
CL=705.11'

(3)
Δ=30°17'18"
R=1340.00'
T=362.67'
L=708.36'
CB=S 46°15'45"W
CL=700.14'

(4)
Δ=04°58'50"
R=1460.00'
T=63.50'
L=126.91'
CB=N62°49'47"E
CL=126.87'

(5)
Δ=19°38'10"
R=1460.00'
T=252.66'
L=500.36'
CB=N50°31'17"E
CL=497.92'

(6)
Δ=26°26'40"
R=948.50'
T=222.86'
L=437.77'
CB=S33°17'49"E
CL=433.90'

(7)
Δ=08°26'15"
R=947.26'
T=69.88'
L=139.50'
CB=N26°56'04"W
CL=139.37'

(8)
Δ=16°50'12"
R=730.23'
T=108.07'
L=214.58'
CB=N38°18'29"W
CL=213.81'

(9)
Δ=18°07'46"
R=1582.37'
T=252.46'
L=500.69'
CB=S49°15'57"W
CL=498.61'

(10)
Δ=27°43'22"
R=1012.50'
T=249.85'
L=489.90'
CB=N32°41'28"W
CL=485.14'

(11)
Δ=05°07'34"
R=1465.00'
T=65.58'
L=131.07'
CB=N33°40'53"E
CL=131.02'

(12)
Δ=05°12'11"
R=2600.18'
T=118.14'
L=236.12'
CB=S34°46'20"E
CL=236.04'

(13)
Δ=15°07'13"
R=930.85'
T=123.54'
L=245.65'
CB=S23°29'25"E
CL=244.94'

P.O.C.
22 SE-1, 22 SE-2,
22 SE-3 & 22 DE-2

N89°17'21"E    1167.21'

N

P.O.B.
22 SE-2

P.O.B.
22 SE-1

P.O.B.
22 DE-2

P.O.B.
22 SE-3

S44°23'51"W
11.12'

PARCEL 22 DE-2    3,789 SF    ( 0.0870 AC. )
PARCEL 22 SE-1    39,091 SF    ( 0.8974 AC. )
PARCEL 22 SE-2    65,366 SF    ( 1.5006 AC. )
PARCEL 22 SE-3    55,589 SF    ( 1.2302 AC. )

PROPERTY
INSET
N.T.S.

Basis of bearing is NAD 83 (1993)
Texas Coordinate System, Texas
North Central Zone (4202), based
upon Western Data Systems
Dallas/Fort Worth area RTK
Cooperative Network using base
stations DMLN, DINA, and DUNP.

A metes and bounds description
accompanies this plat of survey

I, Douglas A. Calhoun, a Registered Professional
Land Surveyor, hereby certify that the legal
description hereon and the accompanying plat of
even date represent an actual survey made on the
ground under my supervision



Douglas A. Calhoun
Registered Professional Land Surveyor
Texas No.5619

STATE OF TEXAS
DOUGLAS A. CALHOUN
5619
PROFESSIONAL
LAND SURVEYOR

## HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

| NO. | REVISION | BY | DATE |
|---|---|---|---|

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

| DRAWN: RLS | CHECKED: DAC | DATE: JAN. 01,2008 | PROJ: 40704/40805 |
|---|---|---|---|

Notice of Confidentiality Rights: If you are a natural person, you may remove or strike any or all of the following information from any Instrument that transfers an interest in real property before it is filed for record in the public records: Your social security number or your driver's license number.

## TEMPORARY EASEMENT

THE STATE OF TEXAS    §

COUNTY OF DALLAS    §

KNOW ALL BY THESE PRESENTS:

201000065959

03/18/2010 09:57:13 AM    EASEMENT 1/6

That, UP_G_KUK, INC., a Texas corporation, hereinafter Grantor, whether one or more, of the County of Dallas, State of Texas, for and in consideration of the sum of One and No/100 Dollars ($1.00), and other good and valuable consideration to Grantor, in hand paid by the Grantee, herein named, receipt of which is hereby acknowledged and confessed, and for which no lien is retained, either expressed or implied, does by these presents Grant, Bargain, Sell and Convey unto the COUNTY OF DALLAS, a political subdivision of the State of Texas, hereinafter termed Grantee, its successors and assigns, a temporary easement for the purpose of a construction work area and grading, sloping or filling, along, upon and across said property to provide a more subtle grade change transition along, upon and across the real property described in Exhibit "A" attached hereto, and incorporated herein by reference for all purposes.

This easement shall expire on the 25th day of June, 2014, unless vacated and released earlier at the request of the Grantor.

TO HAVE AND TO HOLD UNTO THE SAID Grantee as aforesaid, for the purposes set forth above, the premises herein described.

Executed this _17[th]_ day of _FeBruary_ , 2010.

UP_G_KUK, INC., a Texas corporation

Kuk Ja Stewart, Director

Project:    Hunter Ferrell Rd. MCIP 40704(805)
            (Belt Line Rd. to MacArthur Blvd.)

*Cdmydoc/proj/temp ease 22*       Parcel:    22TCE

## ACKNOWLEDGMENT

THE STATE OF TEXAS    §
COUNTY OF DALLAS    §

     BEFORE ME, the undersigned authority, on this day personally appeared KUK JA STEWART, known to me to be the person and officer whose name is subscribed to the foregoing instrument and acknowledged to me that the same was the act of said UP_G_KUK, INC., a Texas corporation and that she executed the same as the act of such corporation for the purpose and consideration therein expressed, and in the capacity therein stated.

     Given under my hand and seal of office, this _17ᵗʰ_ day of _Febovary_, 2010.

(Personalized Seal)



Notary Public in and for the State of Texas

Printed Name: _Marcia Mitchell_

My Commission Expires: _08-22-2012_

*Acknow corp p 22*

**After Recording Please Return To:**
**Dallas County Public Works**
**411 Elm Street, 3ʳᵈ Floor**
**Dallas, Texas 75202**

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 TCE
May 06, 2008
Page 1 of 2

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East, a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left having a radius of 1,340.00 feet, whose chord bears North 66 degrees 33 minutes 30 seconds East, a distance of 240.65 feet;

THENCE Northeasterly, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 10 degrees 18 minutes 13 seconds, an arc length of 240.98 feet to a point for corner being also the southeast corner of a slope easement;

THENCE North 28 degrees 35 minutes 38 seconds West, departing said proposed north right-of-way line and along said slope easement, a distance of 49.87 feet to a point for the southwest corner of said slope easement, being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,300.00 feet, whose chord bears North 50 degrees 25 minutes 40 seconds East, a distance of 481.12 feet;

THENCE Northeasterly, continuing along said slope easement and along the arc of said circular curve to the left through a central angle of 21 degrees 19 minutes 40 seconds, an arc length of 483.91 feet to THE POINT OF BEGINNING, being the southwest corner of a temporary construction easement;

THENCE North 51 degrees 15 minutes 31 seconds West, departing said slope easement and along said temporary construction easement, a distance of 142.95 feet to a point for corner;

THENCE North 38 degrees 44 minutes 29 seconds East, continuing along said temporary construction easement, a distance of 52.00 feet to a point for corner;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 TCE
May 06, 2008
Page 2 of 2

THENCE South 51 degrees 15 minutes 31 seconds East, a distance of 142.83 feet to a point on a circular curve to the right having a radius of 1,300.00 feet, whose chord bears South 38 degrees 37 minutes 04 seconds West, a distance of 52.00 feet;

THENCE Southwesterly, along said circular curve to the right through a central angle of 02 degrees 17 minutes 31 seconds, an arc length of 52.00 feet to the POINT OF BEGINNING AND CONTAINING 7,439 square feet or 0.1708 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

STATE OF TEXAS
REGISTERED
DOUGLAS A. CALHOUN
5619
PROFESSIONAL
LAND SURVEYOR

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

5/06/08
DATE:

Exhibit "A"



PARCEL 22  TCE    7,439 SF  (0.1748 AC.)

POINT OF COMMENCING PARCEL 22 TCE

DETAIL 'A'
N.T.S.

UP_G_KUK, INC.
CALLED 42.803 ACRES
CC 200503579476
O.P.R.D.C.T.

POINT OF BEGINNING
PARCEL 22 TCE

LEGEND

EXISTING FENCE
TEMPORARY CONSTRUCTION EAS
SURVEY LINE
PROPERTY LINE OF SUBJECT P
PROPOSED RIGHT-OF-WAY LINE
PROPOSED EASEMENT LINE
PROPERTY LINE OF OTHER PAR
EXISTING EASEMENT LINE
PROPOSED BACK OF CURB
EXISTING EDGE OF ASPHALT
FIR      FOUND IRON ROD
△       POINT FOR CORNER
⊡       POWER POLE
⊥       TRAFFIC SIGN
1/2" SIR   1/2" SET IRON ROD W/YELLOW
W/CAP     PLASTIC CAP STAMPED
          "HALFF ASSOC. INC."

HUNTER FERRELL ROAD

PROPERTY INSET
N.T.S.

I, Douglas A. Calhoun, a Registered Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision

Douglas A. Calhoun
Registered Professional Land Surveyor
Texas No. 5629

STATE OF TEXAS
DOUGLAS A. CALHOUN
5619
PROFESSIONAL
LAND SURVEYOR

HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

COUNTY OF DALLAS PUBLIC WA
DEPARTM

TEMPORARY CONSTRUCTION EASEMENT PLAT
HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
03/18/2010 09:57:13 AM
$.00



201000065959

## ACKNOWLEDGMENT

THE STATE OF TEXAS      §

COUNTY OF DALLAS      §

BEFORE ME, the undersigned authority, on this day personally appeared KUK JA STEWART, known to me to be the person and officer whose name is subscribed to the foregoing instrument and acknowledged to me that the same was the act of said UP_G_KUK, INC., a Texas corporation and that she executed the same as the act of such corporation for the purpose and consideration therein expressed, and in the capacity therein stated.

Given under my hand and seal of office, this _17th_ day of _February_ , 2010.

(Personalized Seal)

Notary Public in and for the State of Texas

Printed Name: _Marcia M. Mitchell_

My Commission Expires: _9: 22 2010_



MARCIA MITCHELL
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 09-22-2012

*Acknow corp p 22*

**After Recording Please Return To:**
**Dallas County Public Works**
**411 Elm Street, 3rd Floor**
**Dallas, Texas 75202**

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-1
May 06, 2008
Page 1 of 2

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,317.84 feet to a the POINT OF BEGINNING at the intersection of said common line and the north line of a drainage easement;

THENCE South 51 degrees 20 minutes 32 seconds East, departing said common line and along the north line of said drainage easement, a distance of 87.12 feet to a point for corner;

THENCE North 64 degrees 53 minutes 59 seconds East, continuing along the north line of said drainage easement, a distance of 105.00 feet to a point for the northeast corner of said drainage easement;

THENCE South 28 degrees 35 minutes 38 seconds East, along the east line of said drainage easement, a distance of 125.95 feet to a point on a circular curve to the right, being on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 120 foot wide at this point), said curve not being tangent to the preceding course and having a radius of 1,340.00 feet, whose chord bears South 66 degrees 33 minutes 30 seconds West, a distance of 240.65 feet;

THENCE Southwesterly, along said proposed north right-of-way line and along said circular curve through a central angle of 10 degrees 18 minutes 13 seconds for an arc distance of 240.98 feet to a point for corner at the intersection of said proposed north right-of-way line and said common line;

THENCE North 00 degrees 41 minutes 26 seconds West, departing said proposed north right-of-way line and along said common line, a distance of 216.22 feet to the POINT OF BEGINNING AND CONTAINING 29,481 square feet or 0.6768 acres of land, more or less.

A Plat accompanies this legal description.

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-1
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN                               DATE
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

Exhibit "A"



PARCEL 22 DE-1    29,481 SF ( 0.6768 AC.)

LEGEND

EXISTING FENCE
DRAINAGE EASEMENT
SURVEY LINE
PROPERTY LINE OF SUBJECT PARCEL
PROPOSED EASEMENT LINE
PROPERTY LINE OF OTHER PARCELS
EXISTING EASEMENT LINE
PROPOSED BACK OF CURB

EXISTING EDGE OF ASPHALT
FOUND IRON ROD / MONUMENT
1/2" SET IRON ROD W/YELLOW PLASTIC CAP STAMPED "HALFF ASSOC. INC."
POINT FOR CORNER
POWER POLE
TRAFFIC SIGN

HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-2
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for the intersection of said common line and the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 188.44 feet for the POINT OF BEGINNING, being the intersection of the proposed south right-of-way line of Hunter Ferrell Road with said existing north right-of-way line, and also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,460.00 feet, whose chord bears North 62 degrees 49 minutes 47 seconds East, a distance of 126.87 feet;

THENCE Northeasterly, departing said existing north right-of-way line and along said proposed south right-of-way line and along said circular curve through a central angle of 04 degrees 58 minutes 50 seconds, an arc length of 126.91 feet to a point for corner being the most northerly corner of a variable width drainage easement;

THENCE South 25 degrees 53 minutes 02 seconds East, departing said proposed south right-of-way line and along the east side of said drainage easement, a distance of 61.58 feet to a point for corner on said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, along said existing north right-of-way line, a distance of 139.78 feet to the POINT OF BEGINNING AND CONTAINING 3,789 square feet or 0.0870 acres of land, more or less.

A Plat accompanies this legal description.

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-2
May 06, 2008
Page 2 of 2

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN                                        DATE
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619



Exhibit "A"

HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 1 of 2

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

BEGINNING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and also being on the south line of that called 66.0667 acre tract land described in Substitute Trustee's Deed to Mary B. Christensen as recorded in Volume 88119, Page 0715 D.R.D.C.T., from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE North 89 degrees 17 minutes 27 seconds East, along the common line between the north line of said called 42.803 acre tract and the south line of said called 66.0667 acre tract, a distance of 1,167.27 feet to a point for corner on the existing west right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE South 00 degrees 16 minutes 12 seconds East, departing said common line and along said existing west right-of-way line, a distance of 178.25 feet to a 1/2-inch set iron rod with yellow plastic cap stamped "HALFF ASSOC. INC." at the intersection of said existing west right-of-way line and the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, 250 feet wide at this point) and also being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,525.00 feet, whose chord bears South 35 degrees 35 minutes 33 seconds West, a distance of 237.93 feet;

THENCE Southwesterly, departing said existing west right-of-way line, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 08 degrees 56 minutes 54 seconds, an arc length of 238.17 feet to a point for corner;

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed north right-of-way line, a distance of 42.79 feet to a point for the southeast corner of a variable width drainage easement;

THENCE North 59 degrees 28 minutes 47 seconds West, departing said proposed north right-of-way line and along the south line of said drainage easement, a distance of 113.94 feet to a point for corner;

THENCE North 65 degrees 40 minutes 46 seconds West, continuing along the south line of said drainage easement, a distance of 329.02 feet to a point for corner;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 DE-3
May 06, 2008
Page 2 of 2

THENCE North 75 degrees 41 minutes 12 seconds West, continuing along the south line of said drainage easement, a distance of 324.52 feet to a point for corner;

THENCE North 72 degrees 34 minutes 25 seconds West, continuing along the south line of said drainage easement, a distance of 308.85 feet to a point for corner;

THENCE North 00 degrees 41 minutes 26 seconds West, a distance of 27.82 feet to the POINT OF BEGINNING AND CONTAINING 240,552 square feet or 5.5223 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08



Exhibit "A"

POINT OF BEGINNING

PARCEL 22 DE-3    240,552 SF ( 5.5223 AC.)

Mary B. Christensen
CALLED 66.0667 ACRES
Vol 88119, Pg. 0715
O.R.D.C.T.

PARCEL
22 DE-3

JP_G_KUK, INC.
CALLED 42.803 ACRES
CC 200503579476
O.P.R.D.C.T.

PROPERTY INSET
N.T.S.

DETAIL "A"
N.T.S.

SCALE IN FEET
0  50  100  150  200

PROPOSED C.L.
Δ=58° 09' 22"
R=1400.00'
T=778.53'
L=1421.02'
CB=N60°11'47"E
CL=1360.80'

LEGEND

EXISTING FENCE
DRAINAGE EASEMENT
SURVEY LINE
PROPERTY LINE OF SUBJECT PARCEL
PROPOSED EASEMENT LINE
PROPERTY LINE OF OTHER PARCELS
EXISTING EASEMENT LINE
PROPOSED BACK OF CURB
EXISTING EDGE OF ASPHALT

FOUND IRON ROD
1/2" SET IRON ROD W/YELLOW
PLASTIC CAP STAMPED
HALFF ASSOC. INC.
POINT FOR CORNER
POWER POLE
TRAFFIC SIGN
SANITARY SEWER
MANHOLE

Basis of bearing is NAD 83 (1993)
Texas Coordinate System, Texas
North Central Zone (4202), based
upon Western Data Systems
Dallas/Fort Worth area RTK
Cooperative Network using base
stations DML N, DTNA, and DUNP.

A metes and bounds description
accompanies this plat of survey

I, Douglas A Calhoun, a Registered Professional
Land Surveyor, hereby certify that the legal
description hereon and the accompanying plat of
even date represent an actual survey made on the
ground under my supervision

Douglas A Calhoun
Registered Professional Land Surveyor
Texas No. 5619

**HALFF**
4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.



Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
03/18/2010 09:57:11 AM
$.00

After Recording Please Return To:
Dallas County Public Works
411 Elm Street, Suite 300
Dallas, Texas 75202



201000065957

**Notice of Confidentiality Rights: If you are a natural person, you may remove or strike any or all of the following information from any Instrument that transfers an interest in real property before it is filed for record in the public records: Your social security number or your driver's license number.**

# EASEMENT

THE STATE OF TEXAS       §

                                                    KNOW ALL BY THESE PRESENTS:

COUNTY OF DALLAS        §

That, UP_G_KUK, Inc., a Texas corporation, hereinafter Grantor, whether one or more, of the County of Dallas, State of Texas, for and in consideration of the sum of One and No/100 Dollars ($1.00) and other good and valuable consideration to Grantor, in hand paid by the Grantee herein named, the receipt and sufficiency of which is hereby acknowledged and confessed, and for which no lien is retained either expressed or implied, does by these presents Grant, Sell and Convey unto the COUNTY OF DALLAS, a political subdivision of the State of Texas, hereinafter Grantee, its successors and assigns, an easement, in, under, over, along, upon and across the real property more particularly described in Exhibit "A" attached hereto, and incorporated herein by reference for all purposes.

Grantee is acquiring this easement and right of way together with all rights and privileges hereby granted for the purpose of constructing and maintaining a drainage system for roadway purposes, to be used for the discharge of liquids comprised primarily of water.

It is further expressly provided that access to and from the remainder of the tract of land of which the above described parcel of land is a part, to the public road facilities to be built, SHALL NOT BE DENIED: and that the owners of said tract of land and their heirs, executors, administrators, successors and assigns shall retain all rights and privileges pertaining to the use and enjoyment of the parcel of land herein described which DOES NOT IMPEDE OR PROHIBIT exercise of the hereinabove specified easement rights acquired in said parcel of land by the said Grantee.

As a part of the grant hereby made it is agreed between the parties hereto that any stone, earth, gravel or caliche which may be excavated in the opening, construction or maintenance of said drainage easement may be removed from said premises by the Grantee.

TO HAVE AND TO HOLD said easement, together with all and singular the rights, appurtenances and hereditaments thereto in anywise belonging unto the said Grantee, its successors and assigns, for so long as said property is used by Grantee, its successors or assigns, for the purpose of the easement herein granted.

Grantor hereby binds Grantor and Grantor's heirs, executors, administrators, successors and assigns to Warrant and Defend all and singular the easement described herein and rights unto Grantee, successors and assigns, against every person whosoever lawfully claiming or to claim the same or any part thereof.

Executed this _11_ day of ____February____, 2010.

                                                    UP_G_KUK, INC., a Texas corporation

                                                    _____
                                                    Kuk Ja Stewart, Director

                                                    Project:    Hunter Ferrell Rd. MCIP 40805
                                                                    (Belt Line Rd. to MacArthur Blvd.)
Parcel:    22DE (1,2,3)

Notice of Confidentiality Rights: If you are a natural person, you may remove or strike any or all of the following information from any Instrument that transfers an interest in real property before it is filed for record in the public records: Your social security number or your driver's license number.

## EASEMENT

THE STATE OF TEXAS    §

                             KNOW ALL BY THESE PRESENTS:

COUNTY OF DALLAS    §

      That, UP_G_KUK, Inc., a Texas corporation, hereinafter Grantor, whether one or more, of the County of Dallas, State of Texas, for and in consideration of the sum of One and No/100 Dollars ($1.00) and other good and valuable consideration to Grantor, in hand paid by the Grantee herein named, the receipt and sufficiency of which is hereby acknowledged and confessed, and for which no lien is retained either expressed or implied, does by these presents Grant, Sell and Convey unto the COUNTY OF DALLAS, a political subdivision of the State of Texas, hereinafter Grantee, its successors and assigns, an easement, in, under, over, along, upon and across the real property more particularly described in Exhibit "A" attached hereto, and incorporated herein by reference for all purposes.

      Grantee is acquiring this easement and right of way together with all rights and privileges hereby granted for the purpose of grading, sloping or filling along, upon and across said property for lateral and subsurface support.

      It is further expressly provided that access to and from the remainder of the tract of land of which the above described parcel of land is a part, to the public road facilities to be built, SHALL NOT BE DENIED: and that the owners of said tract of land and their heirs, executors, administrators, successors and assigns shall retain all rights and privileges pertaining to the use and enjoyment of the parcel of land herein described which DOES NOT IMPEDE OR PROHIBIT exercise of the hereinabove specified easement rights acquired in said parcel of land by the said Grantee.

      As a part of the grant hereby made it is agreed between the parties hereto that any stone, earth, gravel or caliche which may be excavated in the opening, construction or maintenance of said drainage easement may be removed from said premises by the Grantee.

      TO HAVE AND TO HOLD said easement, together with all and singular the rights, appurtenances and hereditaments thereto in anywise belonging unto the said Grantee, its successors and assigns, for so long as said property is used by Grantee, its successors or assigns, for the purpose of the easement herein granted.

      Grantor hereby binds Grantor and Grantor's heirs, executors, administrators, successors and assigns to Warrant and Defend all and singular the easement described herein and rights unto Grantee, successors and assigns, against every person whosoever lawfully claiming or to claim the same or any part thereof.

      Executed this _17_ day of _February_, 2010.

                                    UP_G_KUK, INC., a Texas corporation

                                    Kuk Ja Stewart, Director

Project:   Hunter Ferrell Rd. MCIP 40805
            (Belt Line Rd. to MacArthur Blvd.)
Parcel:   22SE (1,2,3)

## ACKNOWLEDGMENT

THE STATE OF TEXAS       §
COUNTY OF DALLAS         §

BEFORE ME, the undersigned authority, on this day personally appeared KUK JA STEWART, known to me to be the person and officer whose name is subscribed to the foregoing instrument and acknowledged to me that the same was the act of said UP_G_KUK, INC., a Texas corporation and that she executed the same as the act of such corporation for the purpose and consideration therein expressed, and in the capacity therein stated.

Given under my hand and seal of office, this _17th_ day of _February_____, 2010.

(Personalized Seal)



Notary Public in and for the State of Texas

Printed Name: _MARCIA MITCHELL_

My Commission Expires: _09-22-2012_

*MARCIA MITCHELL*
*NOTARY PUBLIC*
*STATE OF TEXAS*
*My Comm. Exp. 09-22-2012*

*Acknow corp p 22*

After Recording Please Return To:
**Dallas County Public Works**
**411 Elm Street, 3rd Floor**
**Dallas, Texas 75202**

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 1 of 3

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for corner on the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 188.44 feet to a point of a circular curve to the left having a radius of 1,460.00 feet, whose chord bears North 62 degrees 49 minutes 47 seconds East, a distance of 126.87 feet, said point being on the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way, 120 feet wide at this point);

THENCE Northeasterly, departing said existing north right-of-way line and along said proposed south right-of-way line and along said circular curve to the left through a central angle of 04 degrees 58 minutes 50 seconds for an arc length of 126.91 feet for the POINT OF BEGINNING, being a corner on a variable width slope easement and also being a continuation of the preceding circular curve to the left, having a radius of 1,460.00 feet, whose chord bears North 50 degrees 31 minutes 17 seconds East, a distance of 497.92 feet;

THENCE Northeasterly, continuing along said proposed south right-of-way line and along the arc of said circular curve to the left through a central angle of 19 degrees 38 minutes 10 seconds, an arc length of 500.36 feet to a point for corner;

THENCE North 86 degrees 28 minutes 08 seconds East, continuing along said proposed south right-of-way line, a distance of 34.57 feet to a point for the point of curvature of a circular curve to the right, not being tangent to the preceding course, having a radius of 948.50 feet, whose chord bears South 33 degrees 17 minutes 49 seconds East, a distance of 433.90 feet;

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 2 of 3

THENCE Southeasterly, continuing along said proposed south right-of-way line and along the arc of said circular curve to the right through a central angle of 26 degrees 26 minutes 40 seconds, an arc length of 437.77 feet to a 1/2-inch set iron rod with yellow cap stamped "HALFF ASSOC. INC." for corner at the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 28.44 feet to a point for corner on the south line of a variable width slope easement, said point also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 947.26 feet and whose chord bears North 26 degrees 56 minutes 04 seconds West, a distance of 139.37 feet;

THENCE Northwesterly, departing said existing north right-of-way line, along the south line of said slope easement and along said circular curve to the left through a central angle of 08 degrees 26 minutes 15 seconds for an arc length of 139.50 feet to a point on a circular curve to the left having a radius of 730.23 feet, whose chord bears North 38 degrees 18 minutes 29 seconds West, a distance of 213.81 feet;

THENCE Northwesterly, continuing along the south line of said slope easement and along the arc of said circular curve to the left through a central angle of 16 degrees 50 minutes 12 seconds, an arc length of 214.58 feet to a point for corner;

THENCE North 48 degrees 46 minutes 46 seconds West, continuing along the south line of said slope easement, a distance of 40.11 feet to a point on a circular curve to the right, not being tangent to the preceding course, and having a radius of 1,582.37 feet, whose chord bears South 49 degrees 15 minutes 57 seconds West, a distance of 498.61 feet;

THENCE Southwesterly, continuing along the south line of said slope easement and along the arc of said circular curve to the right through a central angle of 18 degrees 07 minutes 46 seconds, an arc length of 500.69 feet to a point for corner;

THENCE North 25 degrees 53 minutes 02 seconds West, continuing along said slope easement, a distance of 57.12 feet to the POINT OF BEGINNING AND CONTAINING 39,091 square feet or 0.8974 acres of land, more or less.

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-1
May 06, 2008
Page 3 of 3

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN                                    DATE: 5/06/08
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-2
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 19664008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left having a radius of 1,340.00 feet, whose chord bears North 66 degrees 33 minutes 30 seconds East, a distance of 240.65 feet;

THENCE Northeasterly, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 10 degrees 18 minutes 13 seconds, an arc length of 240.98 feet to the POINT OF BEGINNING being also the southeast corner of a slope easement;

THENCE North 28 degrees 35 minutes 38 seconds West, departing said proposed north right-of-way line and along said slope easement, a distance of 49.87 feet to a point for the southwest corner of said slope easement, being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,300.00 feet, whose chord bears North 45 degrees 21 minutes 22 seconds East, a distance of 705.11 feet;

THENCE Northeasterly, continuing along said slope easement and along the arc of said circular curve to the left through a central angle of 31 degrees 28 minutes 15 seconds, an arc length of 714.05 feet to a point for corner;

THENCE North 29 degrees 37 minutes 15 seconds East, continuing along said slope easement, a distance of 476.27 feet to a point for the northwest corner of said slope easement, said point also being on said proposed north right-of-way line;

THENCE South 60 degrees 22 minutes 45 seconds East, along said proposed north right-of-way line, a distance of 65.03 feet to a point for the northeast corner of said slope easement;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-2
May 06, 2008
Page 2 of 2

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed north right-of-way line, a distance of 510.57 feet for the point of curvature of a circular curve to the right having a radius of 1,340.00 feet, whose chord bears South 46 degrees 15 minutes 45 seconds West, a distance of 700.14 feet;

THENCE Southwesterly, continuing along said proposed north right-of-way line and along the arc of said circular curve to the right through a central angle of 30 degrees 17 minutes 18 seconds for an arc length of 708.36 feet to the POINT OF BEGINNING AND CONTAINING 65,366 square feet or 1.5006 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN                                    DATE: 5/06/08
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 1 of 3

### LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,591.81 feet to a point for the common southwest corner of said called 42.803 acre tract and the southeast corner of said called 37.0313 acre tract, said point also being on the existing north right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 88 degrees 57 minutes 39 seconds East, departing said common line and along said existing north right-of-way line, a distance of 1,025.92 feet to a 1/2-inch set iron rod with yellow plastic cap stamped "HALFF ASSOC, INC" (hereinafter referred to as "with cap") for the POINT OF BEGINNING, being at the intersection of said existing north right-of-way line and the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way), also being on a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,012.50 feet, whose chord bears North 32 degrees 41 minutes 28 seconds West, a distance of 485.14 feet;

THENCE Northwesterly, departing said existing north right-of-way line, along said proposed south right-of-way line and along the circular curve to the left through a central angle of 27 degrees 43 minutes 22 seconds, an arc length of 489.90 feet to a point for corner;

THENCE North 05 degrees 15 minutes 47 seconds West, continuing along said proposed south right-of-way line, a distance of 37.16 feet to a point for the point of curvature of a circular curve to the left, not being tangent to the preceding course, and having a radius of 1,465.00 feet, whose chord bears North 33 degrees 40 minutes 53 seconds East, a distance of 131.02 feet;

THENCE Northeasterly, continuing along said proposed south right-of-way line and along said circular curve to the left through a central angle of 05 degrees 07 minutes 34 seconds, an arc length of 131.07 feet to a point for corner;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 2 of 3

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said proposed south right-of-way line, a distance of 513.84 feet to a point for corner;

THENCE South 60 degrees 22 minutes 45 seconds East, continuing along said proposed south right-of-way line, a distance of 60.28 feet to a 1/2-inch set iron rod with cap for corner at the intersection of said proposed south right-of-way line and the existing west right-of-way line of said Hunter Ferrell Road;

THENCE South 00 degrees 16 minutes 12 seconds East, along said existing west right-of-way line, a distance of 22.55 feet to a point for corner at the intersection of said existing west right-of-way line and the south line of a slope easement;

THENCE South 33 degrees 26 minutes 10 seconds West, departing said existing west right-of-way line and along a slope easement, a distance of 578.87 feet to a point for corner;

THENCE South 24 degrees 03 minutes 38 seconds West, along said slope easement, a distance of 43.71 feet to a point on a circular curve to the right, not being tangent to the preceding course and having a radius of 2,600.18 feet, whose chord bears South 34 degrees 46 minutes 20 seconds East, a distance of 236.04 feet;

THENCE Southeasterly, continuing along said slope easement and along the arc of said circular curve to the right through a central angle of 05 degrees 12 minutes 11 seconds, an arc length of 236.12 feet to the beginning of a circular curve to the right and having a radius of 930.85 feet, whose chord bears South 23 degrees 29 minutes 25 seconds East, a distance of 244.94 feet;

THENCE Southeasterly, continuing along said slope easement and along said circular curve to the right through a central angle of 15 degrees 07 minutes 13 seconds, an arc length of 245.65 feet to a point for corner at the intersection of said slope easement and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said slope easement and along said existing north right-of-way line, a distance of 20.76 feet to the POINT OF BEGINNING AND CONTAINING 53,589 square feet or 1.2302 acres of land, more or less.

A Plat accompanies this legal description.

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 SE-3
May 06, 2008
Page 3 of 3

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE

STATE OF TEXAS
REGISTERED
DOUGLAS A. CALHOUN
5619
PROFESSIONAL
LAND SURVEYOR



# HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

**COUNTY OF DALLAS** PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

**HUNTER FERRELL ROAD**
**FROM BELTLINE ROAD TO**
**MacARTHUR BLVD.**







## CURVE DATA TABLE

① Δ=10°18'13"
R=1340.00'
T=120.81'
L=240.98'
CB=N66°33'30"E
CL=240.65'

② Δ=31°28'15"
R=1300.00'
T=366.28'
L=714.05'
CB=N45°21'22"E
CL=705.11'

③ Δ=30°17'18"
R=1340.00'
T=362.67'
L=708.36'
CB=S 46°15'45"W
CL=700.14'

④ Δ=04°58'50"
R=1460.00'
T=63.50'
L=126.91'
CB=N62°49'47"E
CL=126.87'

⑤ Δ=19°38'10"
R=1460.00'
T=252.66'
L=500.36'
CB=N50°31'17"E
CL=497.92'

⑥ Δ=26°26'40"
R=948.50
T=222.86'
L=437.77'
CB=S33°17'49"E
CL=433.90

⑦ Δ=08°26'15"
R=947.26'
T=69.88'
L=139.50'
CB=N26°56'04"W
CL=139.37'

⑧ Δ=16°50'12"
R=730.23'
T=108.07'
L=214.58'
CB=N38°18'29"W
CL=213.81'

⑨ Δ=18°07'46"
R=1582.37'
T=252.46'
L=500.69'
CB=S49°15'57"W
CL=498.61'

⑩ Δ=27°43'22"
R=1012.50'
T=249.85'
L=489.90'
CB=N32°41'28"W
CL=485.14'

⑪ Δ=05°07'34"
R=1465.00'
T=65.58'
L=131.07'
CB=N33°40'53"E
CL=131.02'

⑫ Δ=05°12'11"
R=2600.18'
T=118.14'
L=236.12'
CB=S34°46'20"E
CL=236.04'

⑬ Δ=15°07'13"
R=930.85'
T=123.54'
L=245.65'
CB=S23°29'25"E
CL=244.94'

PARCEL 22 DE-2    3,789 SF    ( 0.0870 AC. )
PARCEL 22 SE-1    39,091 SF   ( 0.8974 AC. )
PARCEL 22 SE-2    65,366 SF   ( 1.5006 AC. )
PARCEL 22 SE-3    55,589 SF   ( 1.2762 AC. )

PROPERTY
INSET
N.T.S.

Basis of bearing is NAD 83 (1993)
Texas Coordinate System, Texas
North Central Zone (4202), based
upon Western Data Systems
Dallas/Fort Worth area RTK
Cooperative Network using base
stations DMLN, DTNA, and DUNP.

A metes and bounds description
accompanies this plat of survey

STATE OF TEXAS
DOUGLAS A. CALHOUN
5619
PROFESSIONAL
LAND SURVEYOR

Douglas A. Calhoun, a Registered Professional
Land Surveyor, hereby certify that the legal
description herein and the accompanying plat of
an data represent an actual survey made on the
round under my supervision

Douglas A. Calhoun
Registered Professional Land Surveyor
ess No.5619

# HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

| NO. | REVISION | BY | DATE |
|-----|----------|----|----|

COUNTY OF DALLAS PUBLIC WORKS DEPARTMENT

SLOPE & DRAINAGE EASEMENT PLAT

HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.

DRAWN: PLS    CHECKED: DAC    DATE: MAY 01,2008    PROJ: 63704/42005



Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
03/18/2010 09:57:12 AM
$.00

201000065958

After Recording Please Return To:
Dallas County Public Works
411 Elm Street, Suite 300
Dallas, Texas 75202

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 TCE
May 06, 2008
Page 1 of 2

## LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East, a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left having a radius of 1,340.00 feet, whose chord bears North 66 degrees 33 minutes 30 seconds East, a distance of 240.65 feet;

THENCE Northeasterly, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 10 degrees 18 minutes 13 seconds, an arc length of 240.98 feet to a point for corner being also the southeast corner of a slope easement;

THENCE North 28 degrees 35 minutes 38 seconds West, departing said proposed north right-of-way line and along said slope easement, a distance of 49.87 feet to a point for the southwest corner of said slope easement, being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,300.00 feet, whose chord bears North 50 degrees 25 minutes 40 seconds East, a distance of 481.12 feet;

THENCE Northeasterly, continuing along said slope easement and along the arc of said circular curve to the left through a central angle of 21 degrees 19 minutes 40 seconds, an arc length of 483.91 feet to THE POINT OF BEGINNING, being the southwest corner of a temporary construction easement;

THENCE North 51 degrees 15 minutes 31 seconds West, departing said slope easement and along said temporary construction easement, a distance of 142.95 feet to a point for corner;

THENCE North 38 degrees 44 minutes 29 seconds East, continuing along said temporary construction easement, a distance of 52.00 feet to a point for corner;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 TCE
May 06, 2008
Page 2 of 2

THENCE South 51 degrees 15 minutes 31 seconds East, a distance of 142.83 feet to a point on a circular curve to the right having a radius of 1,300.00 feet, whose chord bears South 38 degrees 37 minutes 04 seconds West, a distance of 52.00 feet;

THENCE Southwesterly, along said circular curve to the right through a central angle of 02 degrees 17 minutes 31 seconds, an arc length of 52.00 feet to the POINT OF BEGINNING, AND CONTAINING 7,439 square feet or 0.1708 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

5/06/08
DATE:

## EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 TCE
May 06, 2008
Page 2 of 2

THENCE South 51 degrees 15 minutes 31 seconds East, a distance of 142.83 feet to a point on a circular curve to the right having a radius of 1,300.00 feet, whose chord bears South 38 degrees 37 minutes 04 seconds West, a distance of 52.00 feet;

THENCE Southwesterly, along said circular curve to the right through a central angle of 02 degrees 17 minutes 31 seconds, an arc length of 52.00 feet to the POINT OF BEGINNING AND CONTAINING 7,439 square feet or 0.1708 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

DOUGLAS A. CALHOUN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619

DATE: 5/06/08

STATE OF TEXAS
REGISTERED
DOUGLAS A. CALHOUN
5619
PROFESSIONAL
LAND SURVEYOR

19 of 24

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 1 of 3

LEGAL DESCRIPTION

Being part of a tract of land situated in the Joseph Mangrum Survey, Abstract No. 861, City of Irving, Dallas County, Texas and being a part of that called 42.803 acre tract land described in Warranty Deed to UP_G_KUK, Inc., as recorded in County Clerk's Document No. 200503579476 of the Official Public Records of Dallas County, Texas (O.P.R.D.C.T.) and being more particularly described as follows:

COMMENCING at a point for the common northwest corner of said called 42.803 acre tract and northeast corner of that called 37.0313 acre tract of land described as Tract 4 in Warranty Deed to the Harrington Corporation, as recorded in Volume 90005, Page 4008 of the Deed Records of Dallas County, Texas (D.R.D.C.T.) and from which a 1/2-inch found iron rod bears South 00 degrees 41 minutes 26 seconds East a distance of 0.39 feet;

THENCE South 00 degrees 41 minutes 26 seconds East, along the common west line of said called 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 1,534.06 feet to a point for corner having Texas State Plane Coordinate (Texas North Central Zone (4202), NAD83, U.S. Feet (Surface), Combined Scale Factor 0.999863512631) values of N=6970348.53, E=2435595.84 for the POINT OF BEGINNING said point being on the proposed north right-of-way line of Hunter Ferrell Road (variable width right-of-way, proposed 120 foot wide at this point) and also being on a circular curve to the left, not being tangent to the preceding course, having a radius of 1,340.00 feet, whose chord bears North 51 degrees 24 minutes 52 seconds East, a distance of 929.61 feet;

THENCE Northeasterly, departing said common line, along said proposed north right-of-way line and along said circular curve to the left through a central angle of 40 degrees 35 minutes 31 seconds, an arc length of 949.34 feet for the point of tangency with values of N=6970928.31, E=2436322.49;

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said proposed north right-of-way line, a distance of 510.57 feet to a point for corner with values of N=6971365.42, E=2436586.36;

THENCE North 60 degrees 22 minutes 45 seconds West, continuing along said called proposed north right-of-way line, a distance of 65.03 feet to a point for corner with values of N=6971397.56, E=2436529.83;

THENCE North 31 degrees 07 minutes 06 seconds East, continuing along said north right-of-way line a distance of 149.10 feet to a point for corner with values of N=6971525.20, E=2436606.89 for the point of curvature of a circular curve to the right having a radius of 1,525.00 feet, whose chord bears North 35 degrees 35 minutes 33 seconds East, a distance of 237.93 feet;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 2 of 3

THENCE Northeasterly, continuing along said proposed north right-of-way line and along said circular curve to the right through a central angle of 08 degrees 56 minutes 54 seconds, an arc length of 238.17 feet to a 1/2-inch set iron rod with yellow cap stamped "HALFF ASSOC. INC." (hereinafter referred to as "with cap") at the intersection of said proposed north right-of-way line and the existing west right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE South 00 degrees 16 minutes 12 seconds East, departing said proposed north right-of-way line and along said existing west right-of-way line, a distance of 444.86 feet to a 1/2-inch set iron rod with cap at the intersection of said existing west right-of-way line and the proposed south right-of-way line of Hunter Ferrell Road (variable width right-of-way);

THENCE North 60 degrees 22 minutes 45 seconds West, departing said existing west right-of-way line and along said proposed south right-of-way line, a distance of 60.28 feet to a point for corner with values of N=6971303.61, E=2436695.06;

THENCE South 31 degrees 07 minutes 06 seconds West, continuing along said proposed south right-of way line, a distance of 513.84 feet to a point for corner with values of N=6970863.71, E=2436429.51 for the point of curvature of a circular curve to the right having a radius of 1,465.00 feet, whose chord bears South 33 degrees 40 minutes 53 seconds West, a distance of 131.02 feet;

THENCE Southwesterly, continuing along said proposed south right-of way line and along said circular curve to the right through a central angle of 05 degrees 07 minutes 34 seconds, an arc length of 131.07 feet to a point for corner with values of N=6970754.68, E=2436356.84;

THENCE South 05 degrees 15 minutes 47 seconds East, continuing along said proposed south right-of way line a distance of 37.16 feet to a point for corner with values of N=6970717.68, E=2436360.25 for the point of curvature of a circular curve to the right having a radius of 1,012.50 feet, whose chord bears South 32 degrees 41 minutes 28 seconds East a distance of 485.14 feet;

THENCE Southeasterly, continuing along said proposed south right-of way line and along said circular curve to the right through a central angle of 27 degrees 43 minutes 22 seconds, an arc length of 489.90 feet to a 1/2-inch set iron rod with cap for the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 67.45 feet to a 1/2-inch set iron rod with cap at the intersection of said existing north right-of-way line and said proposed south right-of-way line and also being on a circular curve to the left having a radius of 948.50 feet, whose chord bears North 33 degrees 17 minutes 49 seconds West, a distance of 433.90 feet;

EXHIBIT A

HUNTER FERRELL ROAD
Project: MCIP 40704/40805
Parcel 22 ROW
May 06, 2008
Page 3 of 3

THENCE Northwesterly, departing said existing north right-of-way line and along said proposed south right-of-way line and also being along said circular curve to the left through a central angle of 26 degrees 26 minutes 40 seconds, an arc length of 437.77 feet to a point for corner with values of N=6970670.84, E=2436316.64;

THENCE South 86 degrees 28 minutes 08 seconds West, continuing along said proposed south right-of-way line, a distance of 34.57 feet to a point for corner with values of N=6970668.71, E=2436282.14 for the point of curvature of a circular curve to the right having a radius of 1,460.00 feet, whose chord bears South 53 degrees 00 minutes 42 seconds West, a distance of 622.46 feet;

THENCE Southwesterly, continuing along said proposed south right-of-way line and along said circular curve to the right through a central angle of 24 degrees 37 minutes 00 seconds, an arc length of 627.27 feet to a point for corner with values of N=6970294.20, E=2435784.94 being the intersection of said proposed south right-of-way line and said existing north right-of-way line;

THENCE South 88 degrees 57 minutes 39 seconds West, departing said proposed south right-of-way line and along said existing north right-of-way line, a distance of 188.44 feet to a point for corner with values of N=6970290.79, E=2435596.53, said point being the common southwest corner of said called 42.803 acre tract and southeast corner of said called 37.0313 acre Harrington tract;

THENCE North 00 degrees 41 minutes 26 seconds West, departing said existing north right-of-way line and along the common west line of said 42.803 acre tract and east line of said called 37.0313 acre Harrington tract, a distance of 57.75 feet to the POINT OF BEGINNING AND CONTAINING 261,722 square feet or 6.0083 acres of land, more or less.

A Plat accompanies this legal description.

Basis of bearing is NAD 83 (1993) Texas Coordinate System, Texas North Central Zone (4202), based upon Western Data Systems Dallas/Fort Worth area RTK Cooperative Network using base stations DMLN, DTNA, and DUNP.

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and the accompanying plat of even date represent an actual survey made on the ground under my supervision.

Douglas A. Call                                          5/06/08
DOUGLAS A. CALHOUN                              DATE:
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS NO. 5619







PARCEL 22
SHEET 3 OF 4

Δ=40° 35' 31"
R=1340.00'
T=495.57'
L=949.34'
CB=N51°24'52"E
CL=929.61'

PROPOSED C.L.
Δ=57° 50' 45"
R=1400.00'
T=773.57'
L=1413.44'
CB=N60°02'29"E
CL=1354.17'

PROPOSED C.L.
Δ=58° 09' 22"
R=1400.00'
T=778.53'
L=1421.02'
CB=N60°11'47"E
CL=1360.80'

Δ=08°56'54"
R=1525.00'
T=119.33'
L=238.17'
CB=N35°35'33"E
CL=237.93'

PFC
STA. 56+39.98
OFF. 125.00' LT
N=6971397.56
E=2436529.83

PFC
STA. 57+89.08
OFF. 125.00' LT
N=6971525.20
E=2436606.89

N31°07'06"E
149.10'

PFC
STA. 51+31.10
OFF. 60.00' LT
N=6970928.31
E=2436322.49

UP_G_KUK, INC.
CALLED 42.803 ACRES
CC 200503579476
O.P.R.D.C.T.

PARCEL
22 SE-2
BY SEPARATE  WIDTH
INSTRUMENT  VARIES

PFC
STA. 56+41.68
OFF. 60.00' LT
N=6971365.42
E=2436586.36

JOSEPH MANGRUM SURVEY
ABSTRACT NO. 881

N31°07'06"E   510.57'

N60°22'45"W
65.03'

PROPOSED CONCRETE
PAVEMENT

PARCEL 22

HUNTER FERRELL ROAD

PROPOSED CONCRETE
PAVEMENT

PROPOSED HIKE & BIKE TRAIL

PROPOSED
BRIDGE

S31°07'06"W   513.84'

PFC
STA. 51+31.10
OFF. 65.00' LT
N=6970863.71
E=2436429.51

WIDTH
VARIES

PARCEL
22 SE-3
BY SEPARATE
INSTRUMENT

PFC
STA. 56+44.95
OFF. 65.00' RT
N=6971303.61
E=2436695.06

N60°22'45"W
60.28'

1/2" SIR W/CAP
STA. 56+46.52
OFF. 125.26' RT.

S00°16'12"E
444.86'

SURVEY LINE

Δ=05° 07' 34"
R=1465.00'
T=65.58'
L=131.07'
CB=S33°40'53"W
CL=131.02'

LEGEND

EXISTING HUNTER
FERRELL ROAD

(70' R.O.W.)

EXISTING ASPHALT
PAVEMENT

City of Grand Prairie
Vol 99150, Pg. 878
D.R.D.C.T.

Basis of bearing is NAD 83 (1993)
Texas Coordinate System, Texas
North Central Zone (4202), based
upon Western Data Systems
Dallas/Fort Worth area RTK
Cooperative Network using base
stations DALX, DTNA, and DUNP.

A metes and bounds description
accompanies this plat of survey.

NOTE:
SEE SHEET 4 OF 4 FOR WHOLE
PROPERTY COMPOSITE.

EXISTING FENCE
R.O.W. TAKING
SURVEY LINE
PROPERTY LINE OF SUBJECT PARCEL
PROPOSED EASEMENT LINE
PROPERTY LINE OF OTHER PARCELS
EXISTING EASEMENT LINE
PROPOSED BACK OF CURB
EXISTING EDGE OF ASPHALT

FIR        FOUND IRON ROD

1/2"SIR    1/2" SET IRON ROD W/YELLOW
W/CAP      PLASTIC CAP STAMPED
           "HALFF ASSOC. INC."

△          POINT FOR CORNER

P          POWER POLE

TRAFFIC SIGN

SANITARY SEWER
MANHOLE

SCALE IN FEET
0   25   50   75   100

HALFF

4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

COUNTY OF DALLAS PUBLIC WORKS
DEPARTMENT

RIGHT-OF-WAY PLAT

HUNTER FERRELL ROAD
FROM  BELTLINE ROAD TO
MacARTHUR BLVD.



LEGEND

| | EXISTING FENCE |
| | R.O.W. TAKING |
| | SURVEY LINE |
| | PROPERTY LINE OF SUBJECT PARCEL |
| | PROPOSED EASEMENT LINE |
| | PROPERTY LINE OF OTHER PARCELS |
| | EXISTING EASEMENT LINE |
| | PROPOSED BACK OF CURB |
| | EXISTING EDGE OF ASPHALT |
| FR | FOUND IRON ROD |
| 1/2 SIR W/CAP | 1/2" SET IRON ROD W/YELLOW PLASTIC CAP STAMPED "HALFF ASSOC. INC." |
| △ | POINT FOR CORNER |
| ◻ | POWER POLE |
| | TRAFFIC SIGN |
| | SANITARY SEWER MANHOLE |

PROPOSED C.L.
Δ=58°09'22"
R=1400.00'
T=778.53'
L=1421.02'
CB=N60°11'47"E
CL=1360.80'

PARCEL • 22
SHEET • OF •

Δ=08°56'54"
R=1525.00'
T=119.33'
L=238.17'
CB=N35°35'33"E
CL=237.93'

PARCEL 22 DE-3 BY SEPARATE INSTRUMENT

JOSEPH MANGRUM SURVEY ABSTRACT NO. 881

UP_G_KUK, INC.
CALLED 42.803 ACRES
CC 200503579476
O.P.R.D.C.T.
PARCEL 22

EXISTING HUNTER FERRELL ROAD

PROPOSED BRIDGE
HUNTER FERRELL ROAD

MATCH LINE STA 58+00

PARCEL 23

FUTURE ACCESS ROAD

ISRAEL JENNINGS SURVEY ABSTRACT NO. 679

City of Grand Prairie
Vol 99150, Pg. 878
O.R.D.C.T.

P.O.C.

P.O.B.

PROPERTY INSET
N.T.S.

AREA
GROSS (DEED) 1,843,6749 SF (42.3249 AC.)
PARCEL 22    261,722 SF (6.0083 AC.)
NET         1,581,952 SF (36.3166 AC.)

SCALE IN FEET

I, Douglas A. Calhoun, a Registered Professional Land Surveyor, hereby certify that the legal description hereon and its accompanying plat of area data represent an actual survey made on the ground under my supervision

STATE OF TEXAS
DOUGLAS A. CALHOUN
5619
PROFESSIONAL LAND SURVEYOR

Douglas A. Calhoun
Registered Professional Land Surveyor
Texas No. 5619

HALFF
4000 FOSSIL CREEK BLVD.
FORT WORTH, TEXAS 76137
TEL (817) 847-1422
FAX (817) 232-9784

| NO. | REVISION | BY | DATE |

COUNTY OF DALLAS
PUBLIC WORKS DEPARTMENT

RIGHT-OF-WAY PLAT
HUNTER FERRELL ROAD
FROM BELTLINE ROAD TO
MacARTHUR BLVD.



# PRIORITY
## ★ MAIL ★



UNITED STATES POSTAGE
$ 000.00⁰
02 1P
0001788526  MAR 10 2015
MAILED FROM ZIP CODE 79777

VISIT US AT
ORDER FREE SUPPLIES ONLINE





## LARGE FLAT RATE BOX
FOR DOMESTIC AND
INTERNATIONAL USE



PS00011036402

USPS TRACKING #

9114 9010 7574 2324 7104 23

LFRBH14
ID: 12 x 12 x 5 1/2
OD: 12 1/4 x 12 1/4 x 6
ODCUFT: 0.521



## PRIORITY
### MAIL
UNITED STATES POSTAL SERVICE

For Domestic
and International Use





From Kenneth Stewart
5353 Maple Ave 100
Dallas Tx 75235

## TO
Energy Future Holdings Claims
c/o Epiq Bankruptcy Solutions LLc
757 Third Avenue, 3rd Floor
Label 228, January 2008  New York, NY 10017



## **Exhibit C**

POC No. 10982

Filed: USBC - District of Delaware
Energy Future Holdings Corp. (B10)
14-10979(CSS)




0000010982

Claim # 5739

Amendend to the Claim        14-10979 CSS

Kuk Ja Stewart Hong

Being owner of water rights and not receiving
proceeds from Debtors, Affilates for thier use
of water.

1) ref: B-4   any title rights: to ~~tidelands~~ navigatable or perennial
rivers, streams, lakes, bays, Gulf, or Oceans.
bulk head,
            lands beyond the line of the harbor or
Bulkhead lines as estiblished or changed by any
government or
            filled in lands or Artificial Islands
Statutory water rights, including riparian rights
to the of meanlaw tide to the line of vegetation or
right of access to that area or easement along and
across that area.

2) ~~Previously submitted with original claim~~
~~Reissuance~~ of gas lease on Cifco Properties, Inc.
( reference: gas lease, power lines
) continuation of Schedule B
All visible and apparent easements and all underground
easements the existence of which may arise by
virtue of unrecorded grant or use

We pray the court acknowledge our submittals as

to inspect corporate Records,                    14-10979 CSS

Adverse interest and conduct

1) Voting Trust Agreement
2) retained earnings
3) Illegal Dividends
4) rights of Shareholders

    Stock Certificates
    voting rights
    Dividends
    transferred Shares
    Corporate Assets
    Corporate dissolutions-
    file suit on corporate behalf.

5) Survivorship Rights
6) Quorum Requirements
7) Stock Warrants

Prose
Kenneth Stewart
2028 Sandy Ln
Irving TX 75060

                    5229