# Exhibit C

**Monthly Budget and Staffing Plans**

**M E M O R A N D U M**

| | |
|---|---|
| **TO:** | Energy Future Holdings Corp., *et al.* |
| **FROM:** | Balch & Bingham LLP |
| **DATE:** | May 13, 2016 |
| **SUBJECT:** | Budget and Staffing Plan Memorandum for the Period From June 1, 2016 through June 30, 2016 |

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Balch & Bingham LLP ("Balch") will work with Energy Future Holdings Corp., *et al.* ("you") to develop a budget and staffing plan for the various matters that Balch is handling as your outside environmental counsel approved by the bankruptcy court (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from June 1, 2016 through June 30, 2016 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget range for each of the Matter Categories Balch anticipates working on during the Budget Period,

- **Exhibit B** sets forth the proposed staffing plan for the Budget Period, and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matters Balch anticipates working on during the Budget Period, all of which are presented for your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to Balch's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that Balch files with the court. **Exhibit C** will not be filed with Balch's fee application(s).

It is important to note that budgets and staffing plans are, by their nature, speculative. As such, Balch reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with these Matters in accordance with the terms of the engagement letters by and between you and Balch. Moreover, your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. Both you and Balch recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

---

[1]  Per Balch's usual practice, we have opened the Matter Categories in connection with the matters for which you have engaged us and in consultation with you. In the event it becomes necessary to open additional matters, Balch will work with you to review and revise the Matter Categories discussed herein, as appropriate.

**Exhibit A**

**Aggregate Budget for Matter Categories
for the Period Beginning on June 1, 2016 through June 30, 2016[2]**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Balch & Bingham LLP

| Matter Number[3] | Project Category Description | Hours Budgeted | Total Compensation Budgeted[4],[5] |
|---|---|---|---|
| 4 | General Environmental Matters | 141 | $50,000 |
| 7 | EPA NSR Litigation | 170 | $60,000 |
| 8 | EGU MACT | 42 | $15,000 |
| 9 | Texas PM2.5 Interstate Transport Rule | 14 | $5,000 |
| 11 | EPA Regional Haze Rulemaking | 226 | $80,000 |
| 17 | Regional Haze Section 114 Request | 14 | $5,000 |
| 18 | EPA Affirmative Defense Litigation | 14 | $5,000 |
| 19 | EPA GHG Rules | 42 | $15,000 |
| 21 | Bankruptcy Application and Retention | 28 | $10,000 |
| 24 | La Frontera Gas Contracts | 28 | $10,000 |
| 25 | SO2 NAAQS | 6 | $2,000 |
| 26 | Market Regulatory Advice | 141 | $50,000 |
| **Total** | | **866** | **$307,000** |

---

[2]   The work performed by Balch during the Budget Period is expected to be performed entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

[3]   Balch has other open matters with you that are not expected to have any significant work performed in April. These other matters will be included in future budgets if necessary.

[4]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[5]   Total Compensation Budgeted reflects the total estimated fees only and does not include estimated expenses, which are reimbursable per our engagement letters and the Court's orders.

**Exhibit B**[6]

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on June 1, 2016 through June 30, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 8 | $431 |
| Associate (4+ years since first admission) | 4 | $285 |
| Jr. Associate (1-3 years since first admission) | 3 | $238 |
| **Total Attorney** | **15** | **$354** |
| **Total** | **15** | **$354** |

---

[6] This budget was estimated based on the firm's 2016 billing rates, which have been approved by Luminant.

**M E M O R A N D U M**

| | |
|---|---|
| **TO:** | Energy Future Holdings Corp., *et al.* |
| **FROM:** | Balch & Bingham LLP |
| **DATE:** | May 17, 2016 |
| **SUBJECT:** | Budget and Staffing Plan Memorandum for the Period From June 1, 2016 through June 30, 2016 |

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Balch & Bingham LLP ("Balch") will work with Energy Future Holdings Corp., *et al.* ("you") to develop a budget and staffing plan for the various matters that Balch is handling as your outside environmental counsel approved by the bankruptcy court (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from June 1, 2016 through June 30, 2016 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget range for each of the Matter Categories Balch anticipates working on during the Budget Period,

- **Exhibit B** sets forth the proposed staffing plan for the Budget Period, and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matters Balch anticipates working on during the Budget Period, all of which are presented for your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to Balch's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that Balch files with the court. **Exhibit C** will not be filed with Balch's fee application(s).

It is important to note that budgets and staffing plans are, by their nature, speculative. As such, Balch reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with these Matters in accordance with the terms of the engagement letters by and between you and Balch. Moreover, your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. Both you and Balch recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

---

[1] Per Balch's usual practice, we have opened the Matter Categories in connection with the matters for which you have engaged us and in consultation with you. In the event it becomes necessary to open additional matters, Balch will work with you to review and revise the Matter Categories discussed herein, as appropriate.

**Exhibit A**

**Aggregate Budget for Matter Categories
for the Period Beginning on June 1, 2016 through June 30, 2016[2]**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm: Balch & Bingham LLP

| Matter Number[3] | Project Category Description | Hours Budgeted | Total Compensation Budgeted[4],[5] |
|---|---|---|---|
| 4 | General Environmental Matters | 141 | $50,000 |
| 7 | EPA NSR Litigation | 170 | $60,000 |
| 8 | EGU MACT | 42 | $15,000 |
| 9 | Texas PM2.5 Interstate Transport Rule | 14 | $5,000 |
| 11 | EPA Regional Haze Rulemaking | 283 | $100,000 |
| 17 | Regional Haze Section 114 Request | 14 | $5,000 |
| 18 | EPA Affirmative Defense Litigation | 14 | $5,000 |
| 19 | EPA GHG Rules | 42 | $15,000 |
| 21 | Bankruptcy Application and Retention | 28 | $10,000 |
| 24 | La Frontera Gas Contracts | 28 | $10,000 |
| 25 | SO2 NAAQS | 6 | $2,000 |
| 26 | Market Regulatory Advice | 141 | $50,000 |
| **Total** | | **923** | **$327,000** |

---

[2]  The work performed by Balch during the Budget Period is expected to be performed entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

[3]  Balch has other open matters with you that are not expected to have any significant work performed in April. These other matters will be included in future budgets if necessary.

[4]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[5]  Total Compensation Budgeted reflects the total estimated fees only and does not include estimated expenses, which are reimbursable per our engagement letters and the Court's orders.

2

1438742.1

## Exhibit B[6]

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on June 1, 2016 through June 30, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 8 | $431 |
| Associate (4+ years since first admission) | 4 | $285 |
| Jr. Associate (1-3 years since first admission) | 3 | $238 |
| **Total Attorney** | **15** | **$354** |
| **Total** | **15** | **$354** |

---

[6] This budget was estimated based on the firm's 2016 billing rates, which have been approved by Luminant.

**M E M O R A N D U M**

| | |
|---|---|
| **TO:** | Energy Future Holdings Corp., *et al.* |
| **FROM:** | Balch & Bingham LLP |
| **DATE:** | June 13, 2016 |
| **SUBJECT:** | Budget and Staffing Plan Memorandum for the Period From July 1, 2016 through July 31, 2016 |

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective.  To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Balch & Bingham LLP ("Balch") will work with Energy Future Holdings Corp., *et al.* ("you") to develop a budget and staffing plan for the various matters that Balch is handling as your outside environmental counsel approved by the bankruptcy court (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from July 1, 2016 through July 31, 2016 (the "Budget Period").  Specifically:

- **Exhibit A** sets forth the proposed budget range for each of the Matter Categories Balch anticipates working on during the Budget Period,

- **Exhibit B** sets forth the proposed staffing plan for the Budget Period, and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matters Balch anticipates working on during the Budget Period, all of which are presented for your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to Balch's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that Balch files with the court. **Exhibit C** will not be filed with Balch's fee application(s).

It is important to note that budgets and staffing plans are, by their nature, speculative.  As such, Balch reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with these Matters in accordance with the terms of the engagement letters by and between you and Balch.  Moreover, your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period.  Both you and Balch recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

---

[1] Per Balch's usual practice, we have opened the Matter Categories in connection with the matters for which you have engaged us and in consultation with you.  In the event it becomes necessary to open additional matters, Balch will work with you to review and revise the Matter Categories discussed herein, as appropriate.

## Exhibit A

## Aggregate Budget for Matter Categories
## for the Period Beginning on July 1, 2016 through July 31, 2016[2]

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm: Balch & Bingham LLP

| Matter Number[3] | Project Category Description | Hours Budgeted | Total Compensation Budgeted[4],[5] |
|---|---|---|---|
| 4 | General Environmental Matters | 127 | $45,000 |
| 7 | EPA NSR Litigation | 141 | $50,000 |
| 8 | EGU MACT | 9 | $3,000 |
| 9 | Texas PM2.5 Interstate Transport Rule | 28 | $10,000 |
| 11 | EPA Regional Haze Rulemaking | 141 | $50,000 |
| 17 | Regional Haze Section 114 Request | 28 | $10,000 |
| 18 | EPA Affirmative Defense Litigation | 42 | $15,000 |
| 19 | EPA Existing Source GHG Rules | 28 | $10,000 |
| 21 | Bankruptcy Application and Retention | 28 | $10,000 |
| 24 | La Frontera Gas Contracts | 28 | $10,000 |
| 25 | SO2 NAAQS | 28 | $10,000 |
| 26 | Market Regulatory Advice | 71 | $25,000 |
| 27 | EPA New Source GHG Rules | 28 | $10,000 |
| **Total** | | **727** | **$258,000** |

---

[2] The work performed by Balch during the Budget Period is expected to be performed entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

[3] Balch has other open matters with you that are not expected to have any significant work performed in April. These other matters will be included in future budgets if necessary.

[4] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[5] Total Compensation Budgeted reflects the total estimated fees only and does not include estimated expenses, which are reimbursable per our engagement letters and the Court's orders.

1445882.1

## Exhibit B[6]

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on July 1, 2016 through July 31, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 8 | $431 |
| Associate (4+ years since first admission) | 4 | $285 |
| Jr. Associate (1-3 years since first admission) | 3 | $238 |
| **Total Attorney** | **15** | **$354** |
| **Total** | **15** | **$354** |

---

[6] This budget was estimated based on the firm's 2016 billing rates, which have been approved by Luminant.

# **M E M O R A N D U M**

**TO:** Energy Future Holdings Corp., *et al.*

**FROM:** Balch & Bingham LLP

**DATE:** July 15, 2016

**SUBJECT:** Budget and Staffing Plan Memorandum for the Period From August 1, 2016 through August 31, 2016

---

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Balch & Bingham LLP ("Balch") will work with Energy Future Holdings Corp., *et al.* ("you") to develop a budget and staffing plan for the various matters that Balch is handling as your outside environmental counsel approved by the bankruptcy court (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from August 1, 2016 through August 31, 2016 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget range for each of the Matter Categories Balch anticipates working on during the Budget Period,

- **Exhibit B** sets forth the proposed staffing plan for the Budget Period, and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matters Balch anticipates working on during the Budget Period, all of which are presented for your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to Balch's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that Balch files with the court. **Exhibit C** will not be filed with Balch's fee application(s).

It is important to note that budgets and staffing plans are, by their nature, speculative. As such, Balch reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with these Matters in accordance with the terms of the engagement letters by and between you and Balch. Moreover, your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. Both you and Balch recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

---

[1] Per Balch's usual practice, we have opened the Matter Categories in connection with the matters for which you have engaged us and in consultation with you. In the event it becomes necessary to open additional matters, Balch will work with you to review and revise the Matter Categories discussed herein, as appropriate.

## Exhibit A

### Aggregate Budget for Matter Categories
### for the Period Beginning on August 1, 2016 through August 31, 2016[2]

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm: Balch & Bingham LLP

| Matter Number[3] | Project Category Description | Hours Budgeted | Total Compensation Budgeted[4],[5] |
|---|---|---|---|
| 4 | General Environmental Matters | 113 | $40,000 |
| 7 | EPA NSR Litigation | 141 | $50,000 |
| 8 | EGU MACT | 28 | $10,000 |
| 9 | Texas PM2.5 Interstate Transport Rule | 42 | $15,000 |
| 11 | EPA Regional Haze Rulemaking | 127 | $45,000 |
| 17 | Regional Haze Section 114 Request | 14 | $5,000 |
| 18 | EPA Affirmative Defense Litigation | 14 | $5,000 |
| 19 | EPA Existing Source GHG Rules | 28 | $10,000 |
| 21 | Bankruptcy Application and Retention | 42 | $15,000 |
| 24 | La Frontera Gas Contracts | 42 | $15,000 |
| 25 | SO2 NAAQS | 9 | $3,000 |
| 26 | Market Regulatory Advice | 42 | $15,000 |
| 27 | EPA New Source GHG Rules | 23 | $8,000 |
| **Total** | | **665** | **$236,000** |

---

[2] The work performed by Balch during the Budget Period is expected to be performed entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

[3] Balch has other open matters with you that are not expected to have any significant work performed in April. These other matters will be included in future budgets if necessary.

[4] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[5] Total Compensation Budgeted reflects the total estimated fees only and does not include estimated expenses, which are reimbursable per our engagement letters and the Court's orders.

1463597.1

## Exhibit B[6]

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on August 1, 2016 through August 31, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 8 | $431 |
| Associate (4+ years since first admission) | 4 | $285 |
| Jr. Associate (1-3 years since first admission) | 3 | $238 |
| **Total Attorney** | **15** | **$354** |
| **Total** | **15** | **$354** |

---

[6] This budget was estimated based on the firm's 2016 billing rates, which have been approved by Luminant.

**M E M O R A N D U M**

| | |
|---|---|
| **TO:** | Energy Future Holdings Corp., *et al.* |
| **FROM:** | Balch & Bingham LLP |
| **DATE:** | July 15, 2016 |
| **SUBJECT:** | Budget and Staffing Plan Memorandum for the Period From September 1, 2016 through September 30, 2016 |

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Balch & Bingham LLP ("Balch") will work with Energy Future Holdings Corp., *et al.* ("you") to develop a budget and staffing plan for the various matters that Balch is handling as your outside environmental counsel approved by the bankruptcy court (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from September 1, 2016 through September 30, 2016 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget range for each of the Matter Categories Balch anticipates working on during the Budget Period,

- **Exhibit B** sets forth the proposed staffing plan for the Budget Period, and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matters Balch anticipates working on during the Budget Period, all of which are presented for your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to Balch's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that Balch files with the court. **Exhibit C** will not be filed with Balch's fee application(s).

It is important to note that budgets and staffing plans are, by their nature, speculative. As such, Balch reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with these Matters in accordance with the terms of the engagement letters by and between you and Balch. Moreover, your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. Both you and Balch recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

---

[1] Per Balch's usual practice, we have opened the Matter Categories in connection with the matters for which you have engaged us and in consultation with you. In the event it becomes necessary to open additional matters, Balch will work with you to review and revise the Matter Categories discussed herein, as appropriate.

**Exhibit A**

**Aggregate Budget for Matter Categories
for the Period Beginning on September 1, 2016 through September 30, 2016[2]**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Balch & Bingham LLP

| Matter Number[3] | Project Category Description | Hours Budgeted | Total Compensation Budgeted[4],[5] |
|---|---|---|---|
| 4 | General Environmental Matters | 113 | $40,000 |
| 7 | EPA NSR Litigation | 141 | $50,000 |
| 8 | EGU MACT | 28 | $10,000 |
| 9 | Texas PM2.5 Interstate Transport Rule | 28 | $10,000 |
| 11 | EPA Regional Haze Rulemaking | 198 | $70,000 |
| 17 | Regional Haze Section 114 Request | 14 | $5,000 |
| 18 | EPA Affirmative Defense Litigation | 170 | $60,000 |
| 19 | EPA Existing Source GHG Rules | 71 | $25,000 |
| 21 | Bankruptcy Application and Retention | 28 | $10,000 |
| 24 | La Frontera Gas Contracts | 14 | $5,000 |
| 25 | SO2 NAAQS | 6 | $2,000 |
| 26 | Market Regulatory Advice | 57 | $20,000 |
| 27 | EPA New Source GHG Rules | 14 | $5,000 |
| 28 | Market Based Rate Application Package | 7 | $2,500 |
| **Total** | | **889** | **$314,500** |

---

[2]  The work performed by Balch during the Budget Period is expected to be performed entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

[3]  Balch has other open matters with you that are not expected to have any significant work performed in April. These other matters will be included in future budgets if necessary.

[4]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[5]  Total Compensation Budgeted reflects the total estimated fees only and does not include estimated expenses, which are reimbursable per our engagement letters and the Court's orders.

2

1468466.1

3

**Exhibit B[6]**

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on September 1, 2016 through September 30, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 8 | $431 |
| Associate (4+ years since first admission) | 4 | $285 |
| Jr. Associate (1-3 years since first admission) | 3 | $238 |
| **Total Attorney** | **15** | **$354** |
| **Total** | **15** | **$354** |

---

[6] This budget was estimated based on the firm's 2016 billing rates, which have been approved by Luminant.

# **M E M O R A N D U M**

**TO:**       Energy Future Holdings Corp., *et al.*

**FROM:**   Balch & Bingham LLP

**DATE:**   September 14, 2016

**SUBJECT:**   Budget and Staffing Plan Memorandum for the Period From October 1, 2016 through October 31, 2016

---

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Balch & Bingham LLP ("Balch") will work with Energy Future Holdings Corp., *et al.* ("you") to develop a budget and staffing plan for the various matters that Balch is handling as your outside environmental counsel approved by the bankruptcy court (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from October 1, 2016 through October 31, 2016 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget range for each of the Matter Categories Balch anticipates working on during the Budget Period,

- **Exhibit B** sets forth the proposed staffing plan for the Budget Period, and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matters Balch anticipates working on during the Budget Period, all of which are presented for your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to Balch's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that Balch files with the court. **Exhibit C** will not be filed with Balch's fee application(s).

It is important to note that budgets and staffing plans are, by their nature, speculative. As such, Balch reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with these Matters in accordance with the terms of the engagement letters by and between you and Balch. Moreover, your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. Both you and Balch recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

---

[1] Per Balch's usual practice, we have opened the Matter Categories in connection with the matters for which you have engaged us and in consultation with you. In the event it becomes necessary to open additional matters, Balch will work with you to review and revise the Matter Categories discussed herein, as appropriate.

**Exhibit A**

**Aggregate Budget for Matter Categories
for the Period Beginning on October 1, 2016 through October 31, 2016[2]**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Balch & Bingham LLP

| Matter Number[3] | Project Category Description | Hours Budgeted | Total Compensation Budgeted[4],[5] |
|---|---|---|---|
| 4 | General Environmental Matters | 170 | $60,000 |
| 7 | EPA NSR Litigation | 141 | $50,000 |
| 8 | EGU MACT | 14 | $5,000 |
| 9 | Texas PM2.5 Interstate Transport Rule | 71 | $25,000 |
| 11 | EPA Regional Haze Rulemaking | 127 | $45,000 |
| 17 | Regional Haze Section 114 Request | 6 | $2,000 |
| 18 | EPA Affirmative Defense Litigation | 57 | $20,000 |
| 19 | EPA Existing Source GHG Rules | 42 | $15,000 |
| 21 | Bankruptcy Application and Retention | 14 | $5,000 |
| 24 | La Frontera Gas Contracts | 14 | $5,000 |
| 25 | SO2 NAAQS | 9 | $3,000 |
| 26 | Market Regulatory Advice | 6 | $2,000 |
| 27 | EPA New Source GHG Rules | 28 | $10,000 |
| 28 | Market Based Rate Application Package | 6 | $2,000 |
| **Total** | | **705** | **$249,000** |

---

[2]  The work performed by Balch during the Budget Period is expected to be performed entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

[3]  Balch has other open matters with you that are not expected to have any significant work performed in April. These other matters will be included in future budgets if necessary.

[4]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[5]  Total Compensation Budgeted reflects the total estimated fees only and does not include estimated expenses, which are reimbursable per our engagement letters and the Court's orders.

1475869.1

3

**Exhibit B[6]**

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on October 1, 2016 through October 31, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 8 | $431 |
| Associate (4+ years since first admission) | 4 | $285 |
| Jr. Associate (1-3 years since first admission) | 3 | $238 |
| **Total Attorney** | **15** | **$354** |
| **Total** | **15** | **$354** |

---

[6] This budget was estimated based on the firm's 2016 billing rates, which have been approved by Luminant.