# <u>Exhibit D</u>

**Voluntary Rate Disclosure**

## Customary and Comparable Compensation Disclosures

Pursuant to the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "Guidelines"), Balch is disclosing (1) the blended hourly rate for all timekeepers who billed to Debtor during this fee period and, for comparison purposes, (2) the blended hourly rate for all timekeepers in its Birmingham office[1] other than members of the environmental section[2] during the preceding rolling twelve months (October 1, 2015 – September 30, 2016).

| Position at Balch | Blended Hourly Rate for This Fee Application | Blended Hourly Rate for Non-Environmental Timekeepers for Preceding Rolling Twelve-Months[3] |
|---|---|---|
| Partners | $465 | $475 |
| Associates & Staff Attorneys | $267 | $261 |
| Paralegals | $195 | $200 |
| Attorneys & Paraprofessionals | $359 | $394 |

---

[1]    No office other than Birmingham billed "at least 10% of the hours" to the Debtor during the application period.

[2]    When computing the blended hourly rate for non-bankruptcy matters, the Guidelines provide that "[f]ull service firms should generally exclude all bankruptcy engagements or all data from timekeepers practicing primarily in a bankruptcy group or section." (Guidelines ¶ C.3.a.iv.(a).) Balch is not representing the Debtor in conducting this bankruptcy case. Rather, Balch is employed as special counsel for certain environmental matters. Accordingly, in an effort to comply with the intent of the Guidelines and 11 U.S.C. § 330, Balch is excluding all timekeepers that practice primarily in its environmental section from the blended hourly rate calculation set out at Guidelines ¶ C.3.a.

[3]    The non-environmental blended hourly rates were determined by multiplying the standard hourly rate for each timekeeper by the number of hours billed by that timekeeper. This calculation does not reflect any discounts or premiums that may have modified the standard hourly rates, which are determined on a case-by-case basis and constitute confidential commercial information of Balch.