# __Exhibit E__

**Timekeeper Fees Summary**

# TIMEKEEPER FEES SUMMARY
## May 1, 2016 through October 3, 2016

| Professional Person | Position | Year Admitted | Department | Total Hours Billed in this Fee Application | Hourly Billing Rate | | Total Fees Billed | | Number of Rate Increases |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | In this Fee Application | *In the First Interim Fee Application* | At this Fee Application Rates | *At the First Interim Fee Application Rates* | |
| Steven Burns | Partner | 1995 | Environmental | 2.80 | $445.00 | *$425.00* | $1,246.00 | *$1,190.00* | 2 |
| Thomas L. Casey III | Partner | 2003 | Environmental | 85.10 | $395.00 | *$350.00* | $33,614.50 | *$29,785.00* | 2 |
| Thomas DeLawrence | Partner | 2006 | Environmental | 197.70 | $330.00 | *$295.00* | $65,241.00 | *$58,321.50* | 2 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | 792.30 | $525.00 | *$470.00* | $415,957.50 | *$372,381.00* | 2 |
| Scott B. Grover | Partner | 2001 | Energy | 20.70 | $445.00 | *$390.00* | $9,315.00 | *$8,073.00* | 2 |
| Ed R. Haden | Partner | 1993 | Litigation | 2.80 | $475.00 | *$455.00* | $1,330.00 | *$1,274.00* | 2 |
| Lyle Larson | Partner | 1991 | Energy | 75.30 | $520.00 | *$500.00* | $39,156.00 | *$37,650.00* | 2 |
| C. Grady Moore | Partner | 1992 | Environmental | 212.30 | $525.00 | *$475.00* | $111,457.50 | *$100,842.50* | 2 |
| Jeremy Retherford | Partner | 2003 | Bankruptcy | 1.10 | $400.00 | *$375.00* | $440.00 | *$412.50* | 2 |
| Mary F. Samuels | Partner | 2007 | Environmental | 0.80 | $330.00 | *$285.00* | $264.00 | *$228.00* | 2 |
| Stephen C. Still | Partner | 1994 | Energy | 30.90 | $495.00 | *$455.00* | $15,295.50 | *$14,059.50* | 2 |
| Spence M. Taylor | Partner | 1996 | Environmental | 0.80 | $445.00 | *$425.00* | $356.00 | *$340.00* | 2 |
| Jason Tompkins | Partner | 2007 | Litigation | 7.00 | $380.00 | *$340.00* | $2,660.00 | *$2,380.00* | 2 |
| Timothy J. Tracy | Partner | 1984 | Corporate Finance | 18.50 | $600.00 | *$565.00* | $11,100.00 | *$10,452.50* | 2 |
| Jeff Wood | Partner | 2003 | Environmental | 1.00 | $465.00 | *$425.00* | $465.00 | *$425.00* | 2 |

| Professional Person | Position | Year Admitted | Department | Total Hours Billed in this Fee Application | Hourly Billing Rate | | Total Fees Billed | | Number of Rate Increases |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | In this Fee Application | *In the First Interim Fee Application* | At this Fee Application Rates | *At the First Interim Fee Application Rates* | |
| Julia Barber | Associate | 2014 | Environmental | 262.90 | $245.00 | *$230.00* | $64,410.50 | *$60,467.00* | 2 |
| S. Ellen Burgin | Associate | 2014 | Environmental | 32.40 | $240.00 | *$230.00* | $7,776.00 | *$7,452.00* | 2 |
| Mateo Forero-Norena | Associate | 2016 | Environmental | 11.80 | $230.00 | *n/a* | $2,714.00 | *n/a* | 0 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | 2.70 | $295.00 | *$255.00* | $796.50 | *$688.50* | 2 |
| Alan Lovett | Associate | 2013 | Energy | 2.50 | $235.00 | *$230.00* | $587.50 | *$575.00* | 2 |
| David W. Mitchell | Associate | 2009 | Environmental | 836.70 | $300.00 | *$260.00* | $251,010.00 | *$217,542.00* | 2 |
| J. Patrick Runge | Associate | 2008 | Environmental | 31.70 | $280.00 | *$250.00* | $8,876.00 | *$7,925.00* | 2 |
| Jason Unkenholz | Associate | 2008 | Energy | 7.00 | $325.00 | *$285.00* | $2,275.00 | *$1,995.00* | 2 |
| Amy Benschoter | Staff Attorney | 2005 | Environmental | 560.90 | $230.00 | *n/a* | $129,007.00 | *n/a* | 0 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | 87.00 | $265.00 | *$230.00* | $23,055.00 | *$20,010.00* | 2 |
| Karl. R. Moor | Of Counsel | 1986 | Environmental | 2.30 | $520.00 | *n/a* | $1,196.00 | *n/a* | 0 |
| Lisa Ezell | Paralegal | 25 years | Bankruptcy | 10.30 | $215.00 | *$195.00* | $2,214.50 | *$2,008.50* | 2 |
| **TOTAL (professionals)** | | | | 3,287.00 | – | – | $1,199,601.50 | *$954,469.00* | – |
| **TOTAL (paraprofessionals)** | | | | 10.30 | – | – | $2,214.50 | *$2,008.50* | – |
| **TOTAL (professionals and paraprofessionals)** | | | | 3,297.30 | – | – | $1,201,816.00 | *$956,477.50* | – |