# **<u>Exhibit F</u>**

**Expense Summary**

**EXPENSE SUMMARY**
**MAY 1, 2016 THROUGH OCTOBER 3, 2016**

| Expense Category | Amount |
|---|---|
| Airfare | $14,551.14 |
| Copies or Prints – Color | $368.00 |
| Copies or Prints – Standard | $510.40 |
| Court Fees | $500.00 |
| Deliveries | $188.78 |
| Copies or Prints – Outside Vendor | $853.40 |
| Telephone Charges | $505.16 |
| Transportation | $623.29 |
| Transportation to/from airport | $919.68 |
| Travel Expenses – Lodging | $10,278.60 |
| Travel Expenses – Other | $919.00 |
| Travel Meals | $2,985.03 |
| Working Meals | $122.79 |
| **Total Expenses Sought:** | **$33,325.27** |