# **<u>Exhibit G</u>**

**Subject Matter Summary**

## COMPENSATION BY SUBJECT MATTER[1]
## MAY 1, 2016 THROUGH OCTOBER 3, 2016

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 384.50 | $168,822.50 |
| 7 | EPA NSR Litigation | 886.60 | $297,450.00 |
| 8 | EGU MACT | 47.50 | $16,672.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 133.00 | $43,168.00 |
| 11 | EPA Regional Haze Rulemaking | 1089.80 | $408,053.00 |
| 17 | Regional Haze Section 114 Request | 37.30 | $11,816.50 |
| 18 | EPA Affirmative Defense Litigation | 186.30 | $73,511.00 |
| 19 | EPA Existing Source GHG Rules | 73.30 | $30,150.50 |
| 21 | Bankruptcy Application and Retention | 285.30 | $72,697.50 |
| 24 | La Frontera Gas Contracts | 21.60 | $9,182.50 |
| 25 | SO2 NAAQS | 2.10 | $918.50 |
| 26 | Market Regulatory Advice | 87.30 | $42,282.50 |
| 27 | EPA New Source GHG Rules | 26.10 | $10,222.50 |
| 28 | FERC Issues | 36.60 | $16,868.50 |
| **Totals:** | | **3297.30** | **$1,201,816.00** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.