Case 14-10979-CSS   Doc 10228-2   Filed 11/18/16   Page 1 of 2

## **Exhibit A**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

RLF1 15831950v.1

The Sidley attorneys who rendered professional services in these cases during the Interim Fee Period and their hourly billing rate for these matters are:

| Name | TITLE OR POSITION | Department, group or section | Date of first admission | Fees billed in this application | Hours billed in this application | Hourly rate billed | | Number of rate increases since case inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this application | In first interim application | |
| C. Frederick Beckner | Partner | Litigation | 1997 | $62,274.40 | 64.60 | $964 | $878 | 2 |
| Michelle Hartmann | Partner | Litigation | 2001 | $7,955.00 | 8.60 | $925 | N/A | N/A |
| Peter D. Keisler | Partner | Litigation | 1989 | $852.80 | .80 | $1,066 | $970 | 2 |
| Roger R. Martella | Partner | Environmental | 1997 | $3,792.60 | 4.30 | $882 | $809 | 2 |
| Paige H. Montgomery | Partner | Litigation | 2002 | $7,437.50 | 8.50 | $875 | N/A | N/A |
| Yvette Ostolaza | Partner | Litigation | 1992 | $11,660.00 | 10.60 | $1,100 | N/A | N/A |
| | | | | | | | | |
| Margaret H. Allen | Counsel | Litigation | 2004 | $26,775.00 | 31.50 | $850 | N/A | N/A |
| Rebecca Grapsas | Counsel | Corporate | 2002 | $2,685.00 | 3.00 | $895 | N/A | N/A |
| | | | | | | | | |
| Geoffrey M. King | Associate | Bankruptcy | 2009 | $13,806.00 | 17.70 | $780 | $665 | 2 |
| Tiffanie N. Limbrick | Associate | Litigation | 2013 | $2,306.25 | 3.75 | $615 | N/A | N/A |
| Christa G. Powers | Associate | Litigation | 2014 | $77,444.50 | 142.10 | $545 | N/A | N/A |
| Paul J. Ray | Associate | Litigation | 2013 | $16,951.70 | 28.30 | $599 | N/A | N/A |
| Joel F. Visser | Associate | Environmental | 2009 | $128.00 | .20 | $640 | $540 | 2 |
| | | | **Attorney Totals** | **$234,068.75** | **323.95** | | | |

The paraprofessionals of Sidley who rendered professional services in these cases during the Interim Fee Period and their hourly billing rate for these matters:

| Name | TITLE OR POSITION | Department, group or section | Number of Years in that Position | Fees billed in this application | Hours billed in this application | Hourly rate billed | | Number of rate increases since case inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this application | In first interim application | |
| Nancy P. Cade | Paralegal | Litigation | 27 | $3,392.00 | 10.60 | $320 | N/A | N/A |
| David J. Lutes | Paralegal | Bankruptcy | 29 | $29,962.50 | 79.90 | $375 | $345 | 2 |
| | | | **Paraprofessional Totals** | **$33,354.50** | **90.50** | | | |
| | | | | | | | | |
| | | | **Subtotal of Fees Requested** | **$267,423.25** | | | | |
| | | | **Line Item Adjustments** | **($25,283.13)** | | | | |
| | | | **Total Fees Requested** | **$242,140.12** | | | | |

RLF1 15831950v.1