## Exhibit B

## Summary of Actual and Necessary Expenses for the Interim Fee Period

**Summary of Actual and Necessary Expenses for the Interim Fee Period**

| Service Description | Amount |
|---|---:|
| Document Services | $25.00 |
| Duplicating | $176.45 |
| Legal Support Services | $4,764.15 |
| Lexis | $37.85 |
| Search Services | $17.70 |
| Telephone Tolls | $2.49 |
| Westlaw | $225.36 |
| **Total** | **$5,249.00** |