<u>**Exhibit E**</u>

**Time Records**



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-▇

February 19, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn:  Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36008601
Client Matter 52698-10050

For professional services rendered through January 31, 2016 re
Regional Haze Program

Fees                                                                                    $7,564.40

**Total Due This Bill**                                                    **$7,564.40**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▇
ABA Number: ▇
Swift Code: ▇

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36008601
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | 6.20 | $964.00 | $5,976.80 |
| RR Martella | 1.80 | 882.00 | 1,587.60 |
| **Total Hours and Fees** | **8.00** | | **$7,564.40** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36008601
Luminant Energy Company LLC

Regional Haze Program

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/08/16 | C Beckner | Call with clients and co-counsel re. litigation options | 1.10 |
| 01/08/16 | RR Martella | Teleconference with clients and co-counsel regarding litigation strategy | 1.00 |
| 01/11/16 | C Beckner | Review and analyze litigation filings | .30 |
| 01/13/16 | C Beckner | Comment on litigation filings | .90 |
| 01/20/16 | C Beckner | Call with co-counsel re. litigation strategy | .50 |
| 01/26/16 | RR Martella | Teleconferences with client regarding litigation strategy | .80 |
| 01/27/16 | C Beckner | Review and analyze litigation filings | 1.50 |
| 01/27/16 | C Beckner | Correspondence with counsel re. litigation filings | .20 |
| 01/28/16 | C Beckner | Provide comments on litigation filings | .60 |
| 01/28/16 | C Beckner | Prepare for and participate in call with co-counsel re. litigation strategy | .90 |
| 01/29/16 | C Beckner | Work on litigation filings | .20 |
| | | **Total Hours** | **8.00** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-▉

February 19, 2016

Luminant Energy Company LLC
Attn: Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36008600
Client Matter 52698-10040

For professional services rendered through January 31, 2016 re Clean
Air Transport Rule

Fees                                                                          · $1,156.80

**Total Due This Bill**                                              **$1,156.80**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▉
ABA Number: ▉
Swift Code: ▉

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36008600
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C Beckner | 1.20 | $964.00 | $1,156.80 |
| **Total Hours and Fees** | **1.20** | | **$1,156.80** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36008600
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/31/16 | C Beckner | Review and comment on regulatory proceedings | 1.20 |
| | | **Total Hours** | **1.20** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C.  20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

April 6, 2016

FEDERAL ID 36█████

Luminant Energy Company LLC
Attn:  Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX  75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36019465
Client Matter 52698-10040

For professional services rendered through February 29, 2016 re Clean
Air Transport Rule

Fees                                                                                    $289.20

**Total Due This Bill**                                                   **$289.20**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █████
ABA Number: █████
Swift Code:  C█████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36019465
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C Beckner | .30 | $964.00 | $289.20 |
| **Total Hours and Fees** | **.30** | | **$289.20** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36019465
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/01/16 | C Beckner | Discussion with co-counsel re rulemaking | .30 |
| | | **Total Hours** | **.30** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-■

April 6, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn:  Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36019466
Client Matter 52698-10050

For professional services rendered through February 29, 2016 re
Regional Haze Program

Fees                                                                                   $10,907.60

**Total Due This Bill**                                                      **$10,907.60**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ■
ABA Number: ■
Swift Code: ■

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36019466
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | 10.40 | $964.00 | $10,025.60 |
| RR Martella | 1.00 | 882.00 | 882.00 |
| **Total Hours and Fees** | **11.40** | | **$10,907.60** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36019466
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/01/16 | C Beckner | Discussion with co-counsel and opposing counsel re litigation strategy | .50 |
| 02/02/16 | C Beckner | Review and comment on litigation filings | .20 |
| 02/08/16 | C Beckner | Review and analyze judicial decision | .30 |
| 02/22/16 | RR Martella | Review draft litigation filings | 1.00 |
| 02/23/16 | C Beckner | Revise, comment on and edit litigation filings | 4.50 |
| 02/24/16 | C Beckner | Correspondence re potential schedule | .30 |
| 02/24/16 | C Beckner | Review and analyze litigation filing | .50 |
| 02/25/16 | C Beckner | Revise and edit litigation filings | 3.10 |
| 02/26/16 | C Beckner | Call with outside counsel re litigation strategy | .50 |
| 02/29/16 | C Beckner | Review and analyze litigation filings and correspondence re same | .50 |

**Total Hours**    **11.40**


SIDLEY AUSTIN LLP

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-⬛

April 29, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn:  Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36024399
Client Matter 52698-10050

For professional services rendered through March 31, 2016 re Regional
Haze Program

Fees                                                                                  $32,306.40

**Total Due This Bill**                                                    **$32,306.40**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ⬛
ABA Number: ⬛
Swift Code: ⬛

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36024399
Luminant Energy Company LLC

Regional Haze Program

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | 15.40 | $964.00 | $14,845.60 |
| RR Martella | .50 | 882.00 | 441.00 |
| JF Visser | .20 | 640.00 | 128.00 |
| PJ Ray | 28.20 | 599.00 | 16,891.80 |
| **Total Hours and Fees** | **44.30** | | **$32,306.40** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36024399
Luminant Energy Company LLC

Regional Haze Program

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/01/16 | C Beckner | Analyze potential litigation | .80 |
| 03/01/16 | PJ Ray | Meet with co-counsel re: litigation research | .50 |
| 03/02/16 | C Beckner | Research potential litigation | .50 |
| 03/02/16 | RR Martella | Teleconference with co-counsel regarding litigation strategy | .50 |
| 03/09/16 | C Beckner | Call with co-counsel re. research | .30 |
| 03/09/16 | PJ Ray | Assemble research materials | .50 |
| 03/10/16 | C Beckner | Work on litigation analysis | .80 |
| 03/10/16 | PJ Ray | Conduct legal research | 1.80 |
| 03/11/16 | C Beckner | Call with co-counsel re. legal arguments | .50 |
| 03/11/16 | C Beckner | Conduct legal research | .80 |
| 03/11/16 | PJ Ray | Call with co-counsel re: research | .40 |
| 03/15/16 | PJ Ray | Conduct legal research | .80 |
| 03/17/16 | PJ Ray | Research and draft memo | 4.40 |
| 03/18/16 | PJ Ray | Research and draft litigation guidence | 8.20 |
| 03/18/16 | JF Visser | Call with co-counsel re: legal analysis | .20 |
| 03/21/16 | C Beckner | Revise and edit memo re. legal analysis | 1.50 |
| 03/22/16 | C Beckner | Research and analyze litigation arguments | 1.50 |
| 03/22/16 | C Beckner | Revise and edit memo re. legal analysis | .80 |
| 03/22/16 | PJ Ray | Meet with co-counsel re: legal briefing | .30 |
| 03/22/16 | PJ Ray | Review briefing from co-counsel | .70 |
| 03/22/16 | PJ Ray | Revise legal guidance | 1.40 |
| 03/23/16 | C Beckner | Call with co-counsel re. litigation filings | 1.20 |
| 03/23/16 | C Beckner | Meeting with co-counsel re. litigation filings and research | 1.20 |
| 03/23/16 | C Beckner | Work on litigation filings | .20 |
| 03/23/16 | PJ Ray | Meet with co-counsel re: litigation filings | .70 |
| 03/23/16 | PJ Ray | Call with co-counsel re: litigation filings | 1.20 |
| 03/23/16 | PJ Ray | Analyze litigation filings | .50 |
| 03/23/16 | PJ Ray | Research litigation filings | .80 |

**SIDLEY AUSTIN LLP**

Invoice Number:  36024399
Luminant Energy Company LLC

Regional Haze Program

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/24/16 | C Beckner | Analyze, revise and edit litigation filings | 3.20 |
| 03/24/16 | PJ Ray | Revise litigation filings | 1.20 |
| 03/24/16 | PJ Ray | Research legal issues | .40 |
| 03/25/16 | PJ Ray | Conduct legal research | .20 |
| 03/28/16 | C Beckner | Correspondence and analysis re. legal questions | .60 |
| 03/28/16 | PJ Ray | Research and draft legal analysis | 4.20 |
| 03/31/16 | C Beckner | Revise and edit litigation filings | 1.50 |
| | | **Total Hours** | **44.30** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-█████

May 31, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36032907
Client Matter 52698-10050

For professional services rendered through April 30, 2016 re Regional
Haze Program

Fees                                                                    $7,097.10

**Total Due This Bill**                                        **$7,097.10**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ██████
ABA Number: █
Swift Code: ██████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36032907
Luminant Energy Company LLC

Regional Haze Program

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | 7.30 | $964.00 | $7,037.20 |
| PJ Ray | .10 | 599.00 | 59.90 |
| **Total Hours and Fees** | **7.40** | | **$7,097.10** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36032907
Luminant Energy Company LLC

Regional Haze Program

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/04/16 | C Beckner | Review and comment on litigation filings | .40 |
| 04/06/16 | C Beckner | Research on litigation questions and correspondence re. same | .50 |
| 04/07/16 | PJ Ray | Review litigation filings | .10 |
| 04/09/16 | C Beckner | Review and comment on litigation filings | 2.50 |
| 04/17/16 | C Beckner | Revise and edit litigation filings | 1.40 |
| 04/18/16 | C Beckner | Revise and edit litigation filings | 1.20 |
| 04/29/16 | C Beckner | Review and analyze litigation filings and call with co-counsel re same | 1.30 |
| | | **Total Hours** | **7.40** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-▉

June 23, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36037334
Client Matter 52698-10050

For professional services rendered through May 31, 2016 re Regional
Haze Program

Fees       $6,844.40

Expenses       8.55

**Total Due This Bill**       **$6,852.95**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▉
ABA Number: ▉
Swift Code: ▉

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36037334
Luminant Energy Company LLC

Regional Haze Program

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C Beckner | 7.10 | $964.00 | $6,844.40 |
| **Total Hours and Fees** | **7.10** | | **$6,844.40** |

EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|--------|
| Duplicating Charges | $8.55 |
| **Total** | **$8.55** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36037334
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/16/16 | C Beckner | Call with co-counsel re. litigation developments | .20 |
| 05/17/16 | C Beckner | Call with co-counsel re. potential legal arguments | .50 |
| 05/18/16 | C Beckner | Correspondence with co-counsel re. litigation developments | .30 |
| 05/18/16 | C Beckner | Correspondence with co-counsel re. litigation developments | .20 |
| 05/22/16 | C Beckner | Review and comment on legal filings | .80 |
| 05/23/16 | C Beckner | Revise and edit legal filings and research re. same | 2.10 |
| 05/24/16 | C Beckner | Call with co-counsel to discuss revisions to filings | .70 |
| 05/26/16 | C Beckner | Review and edit filings | 1.10 |
| 05/27/16 | C Beckner | Call with co-counsel re. filings | .30 |
| 05/27/16 | C Beckner | Call with counsel re. appellate briefing | .30 |
| 05/27/16 | C Beckner | Research and correspondence on litigation developments with co-counsel re. same | .40 |
| 05/31/16 | C Beckner | Correspondence with co-counsel re. revisions to filing | .20 |
| | | **Total Hours** | **7.10** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36037334
Luminant Energy Company LLC

Regional Haze Program

## EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 05/24/16 | 05/23/16-Duplicating Charges (Color) Time: 14:44:00 | $8.55 |
| | **Total Expenses** | **$8.55** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-███

August 10, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36048896
Client Matter 52698-10050

For professional services rendered through June 30, 2016 re Regional
Haze Program

Fees                                                    $6,555.20

**Total Due This Bill**                              **$6,555.20**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ███
ABA Number: ███
Swift Code: ███

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36048896
Luminant Energy Company LLC

Regional Haze Program

T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | 6.80 | $964.00 | $6,555.20 |
| **Total Hours and Fees** | **6.80** | | **$6,555.20** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36048896
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/10/16 | C Beckner | Advise on regulatory and litigation developments | 2.20 |
| 06/11/16 | C Beckner | Advise on regulatory and litigation developments | 1.50 |
| 06/13/16 | C Beckner | Review regulatory and litigation developments with co-counsel | .40 |
| 06/13/16 | C Beckner | Correspondence regarding litigation strategy | .20 |
| 06/15/16 | C Beckner | Participate in telephonec call re: regulatory and litigation development | 1.20 |
| 06/16/16 | C Beckner | Advise on regulatory and litigation developments | .90 |
| 06/22/16 | C Beckner | Call with co-counsel regarding litigation strategy | .40 |
| | | **Total Hours** | **6.80** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-█████

August 10, 2016

Luminant Energy Company LLC
Attn: Stacey Doré, General Counsel
Energy Future Holdings, 1601 Bryan Street, 41st Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36048894
Client Matter 52698-10040

For professional services rendered through June 30, 2016 re Clean Air
Transport Rule

Fees                                                                    $1,253.20

**Total Due This Bill**                                        **$1,253.20**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █████
ABA Number: █████
Swift Code: █████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36048894
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | 1.30 | $964.00 | $1,253.20 |
| **Total Hours and Fees** | **1.30** | | **$1,253.20** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36048894
Luminant Energy Company LLC

Clean Air Transport Rule

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/30/16 | C Beckner | Revise correspondence regarding regulatory concerns | .60 |
| 06/30/16 | C Beckner | Prepare for and participate in call regarding regulatory concerns | .70 |
| | | **Total Hours** | **1.30** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---------|-----------|---------------|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-██████

August 29, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36052532
Client Matter 52698-10050

For professional services rendered through July 31, 2016 re Regional
Haze Program

Fees                                                                    $4,337.60

**Total Due This Bill**                                                 **$4,337.60**

---

Remit Check Payments To:                    Remit Wire Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois 60690                     Account Number: ████████
                                            ABA Number: ████████
                                            Swift Code: ████████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36052532
Luminant Energy Company LLC

Regional Haze Program

TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| PD Keisler | .80 | $1,066.00 | $852.80 |
| C Beckner | 2.70 | 964.00 | 2,602.80 |
| RR Martella | 1.00 | 882.00 | 882.00 |
| **Total Hours and Fees** | **4.50** | | **$4,337.60** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36052532
Luminant Energy Company LLC

Regional Haze Program

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/15/16 | C Beckner | Review and analyze caselaw | .50 |
| 07/15/16 | C Beckner | Call with co-counsel to discuss litigation strategy | .50 |
| 07/15/16 | C Beckner | Review and analyze caselaw | .70 |
| 07/15/16 | PD Keisler | Review court order | .50 |
| 07/16/16 | C Beckner | Correspondence re. litigation developments | .10 |
| 07/17/16 | PD Keisler | Email correspondence with client regarding caselaw | .30 |
| 07/18/16 | C Beckner | Correspondence re. court order | .10 |
| 07/19/16 | C Beckner | Prepare for and participate in call re. litigation strategy | .80 |
| 07/19/16 | RR Martella | Confer with co-counsel to discuss litigation and strategy | 1.00 |
| | | **Total Hours** | **4.50** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---------|-----------|---------------|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-▮▮▮▮

September 30, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36060587
Client Matter 52698-10050

For professional services rendered through August 31, 2016 re Regional
Haze Program

Fees                                                                    $192.80

**Total Due This Bill**                                            **$192.80**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮▮▮▮
ABA Number: ▮▮▮▮
Swift Code: ▮▮▮▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36060587
Luminant Energy Company LLC

Regional Haze Program

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | .20 | $964.00 | $192.80 |
| **Total Hours and Fees** | **.20** | | **$192.80** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36060587
Luminant Energy Company LLC

Regional Haze Program

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/15/16 | C Beckner | Work on litigation filings | .20 |
| | | **Total Hours** | **.20** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-█

October 20, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36065227
Client Matter 52698-10050

For professional services rendered through September 30, 2016 re
Regional Haze Program

Fees                                                                    $3,663.20

**Total Due This Bill**                                    **$3,663.20**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █
ABA Number: █
Swift Code: █

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36065227
Luminant Energy Company LLC

Regional Haze Program

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C Beckner | 3.80 | $964.00 | $3,663.20 |
| **Total Hours and Fees** | **3.80** | | **$3,663.20** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36065227
Luminant Energy Company LLC

Regional Haze Program

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/07/16 | C Beckner | Work on revisions to litigation filings | 1.50 |
| 09/08/16 | C Beckner | Work on revisions to litigation filings and correspondence with co-counsel re. same | 1.50 |
| 09/16/16 | C Beckner | Review litigaiton filings and correspondence with co-counsel re. same | .80 |
| | | **Total Hours** | **3.80** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-▮

October 20, 2016

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36065228
Client Matter 55784-40030

For professional services rendered through September 30, 2016 re MSS
Appeal

Fees                                                                    $674.80

**Total Due This Bill**                                               **$674.80**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮
ABA Number: ▮
Swift Code: ▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36065228
Luminant Generation Company LLC

MSS Appeal

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C Beckner | .70 | $964.00 | $674.80 |
| **Total Hours and Fees** | **.70** | | **$674.80** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36065228
Luminant Generation Company LLC

MSS Appeal

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/06/16 | C Beckner | Correspondence with co-counsel re. litigation filings | .20 |
| 09/07/16 | C Beckner | Work on litigation filings | .50 |
| | | **Total Hours** | **.70** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-█████

October 20, 2016

Luminant Generation Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX 75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36065229
Client Matter 55784-40090

For professional services rendered through September 30, 2016 re SSM
Regulation

Fees     $1,156.80

**Total Due This Bill**     **$1,156.80**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █████
ABA Number: █████
Swift Code: █████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36065229
Luminant Generation Company LLC

SSM Regulation

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| C Beckner | 1.20 | $964.00 | $1,156.80 |
| **Total Hours and Fees** | **1.20** | | **$1,156.80** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36065229
Luminant Generation Company LLC

SSM Regulation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/15/16 | C Beckner | Revise litigation filings | 1.20 |
| | | **Total Hours** | **1.20** |


**SIDLEY**
SIDLEY AUSTIN LLP

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SAN FRANCISCO |
| 2021 MCKINNEY AVENUE | BOSTON | HOUSTON | SHANGHAI |
| SUITE 2000 | BRUSSELS | LONDON | SINGAPORE |
| DALLAS, TX 75201 | CENTURY CITY | LOS ANGELES | SYDNEY |
| (214) 981 3300 | CHICAGO | MUNICH | TOKYO |
| (214) 981 3400 FAX | DALLAS | NEW YORK | WASHINGTON, D.C. |
| | GENEVA | PALO ALTO | |

FOUNDED 1866

March 29, 2016

FEDERAL ID 36-█████

EFH Corporate Services Company
1601 Bryan Street
43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36014206
Client Matter 65892-40020

Work Authorized by: Amanda Doncarlos

For professional services rendered through February 29, 2016 re Parker



Fees                                                                    $47,707.00

████████████                                                          -9,587.26

                                                                        $38,119.74

**Total Due This Bill**                                              **$38,119.74**

Remit Check Payments To:                    Remit Wire Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois 60690                     Account Number: ████████
                                            ABA Number: ████████
                                            Swift Code: ████████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36014206
EFH Corporate Services Company

Parker

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Y Ostolaza | 3.10 | $1,100.00 | $3,410.00 |
| M Hartmann | 5.80 | 925.00 | 5,365.00 |
| MH Allen | 2.40 | 850.00 | 2,040.00 |
| CG Powers | 66.40 | 545.00 | 36,188.00 |
| NP Cade | 2.20 | 320.00 | 704.00 |
| **Total Hours and Fees** | **79.90** | | **$47,707.00** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36014206
EFH Corporate Services Company

Parker

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/01/16 | CG Powers | Correspond with M. Allen (0.2); revise motion for extension of time (0.6) | .80 |
| 02/02/16 | Y Ostolaza | Call with client (0.1); communications with counsel (0.1) | .20 |
| 02/02/16 | CG Powers | Correspond with M. Allen (0.3); revise motion for extension of time (1.0) | 1.30 |
| 02/03/16 | Y Ostolaza | Conference with M. Allen on extension and strategy (0.1); emails on same (0.1) | .20 |
| 02/03/16 | CG Powers | Correspond with M. Allen (0.2); revise motion for extension of time (0.6) | .80 |
| 02/04/16 | CG Powers | Correspond with M. Allen and Y. Ostolaza and edit motion for extension of time | .90 |
| 02/05/16 | CG Powers | Finalize draft of motion to extend to time to answer | .70 |
| 02/08/16 | CG Powers | Review First Amended Complaint (0.4); confer with M. Allen (0.1) | .50 |
| 02/09/16 | Y Ostolaza | Review and comment on unopposed motion | .10 |
| 02/09/16 | CG Powers | Correspond regarding Parker v. EFH | .30 |
| 02/10/16 | CG Powers | Draft corporate disclosure statement (1.6); coordinate production with K. Lopez (0.4) | 2.00 |
| 02/11/16 | CG Powers | Edit corporate disclosure statement and coordinate regarding review of documents | 2.50 |
| 02/12/16 | CG Powers | Review documents | 5.30 |
| 02/13/16 | CG Powers | Review documents | 6.50 |
| 02/14/16 | CG Powers | Review documents | 1.20 |
| 02/15/16 | CG Powers | Review documents | 4.70 |
| 02/16/16 | CG Powers | Review and analyze hot documents and compile summary with potential arguments to raise in motion to dismiss (4.3); confer with M. Allen regarding strategy for motion to dismiss (0.8) | 5.10 |
| 02/17/16 | CG Powers | Confer with K. Lopez (0.3); organize documents received from client (0.8); begin draft of motion to dismiss (4.1) | 5.20 |
| 02/18/16 | CG Powers | Draft motion to dismiss | 4.10 |
| 02/19/16 | CG Powers | Draft motion to dismiss | 4.20 |
| 02/20/16 | CG Powers | Draft motion to dismiss | 2.40 |

SIDLEY AUSTIN LLP

Invoice Number: 36014206
EFH Corporate Services Company

Parker

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/21/16 | CG Powers | Draft motion to dismiss | 1.00 |
| 02/22/16 | CG Powers | Research and edit motion to dismiss | 3.70 |
| 02/23/16 | CG Powers | Research and edit motion to dismiss | 4.20 |
| 02/24/16 | NP Cade | Conferences with C. Powers regarding filings (0.5); preparations for efiling of Corporate Disclosure (0.4); Unopposed Motion for Extension of Time (0.4); Proposed Order (0.4); efiling of same (0.5) | 2.20 |
| 02/24/16 | CG Powers | Edit motion to dismiss (3.5); coordinate filing of motion to extend time and corporate disclosure statement (0.7) | 4.20 |
| 02/25/16 | MH Allen | Work on motion to dismiss (0.5); correspond with Y. Ostolaza regarding deadlines (0.1) | .60 |
| 02/25/16 | CG Powers | Research and edit motion to dismiss | 3.20 |
| 02/26/16 | MH Allen | Conference with C. Powers regarding strategy and tasks for motion to dismiss (0.2); review and analyze background documents including internal investigation file (0.1); conference with Y. Ostolaza regarding strategy and tasks (0.1); work on motion to dismiss and conference with M. Hartmann regarding same (0.2); correspond with A. DonCarlos and Y. Ostolaza regarding document review (0.1) | .70 |
| 02/26/16 | M Hartmann | Review case law and research and discussions regarding same with C. Powers | 1.30 |
| 02/26/16 | Y Ostolaza | Conference with M. Allen on documents (0.1); conference on Motion to Dismiss timing with client (0.1); review motion (0.7) | .90 |
| 02/26/16 | CG Powers | Confer regarding motion to dismiss (0.2); research difference between 12(b) and 12(c) motions (0.3) | .50 |
| 02/29/16 | MH Allen | Review background documents and interview memoranda (0.3); review and revise proposed order (0.1); correspond with Y. Ostolaza, M. Hartmann (in part), and C. Powers (in part) regarding motion to dismiss (0.3); review and revise same (0.1); correspond with A. DonCarlos and Y. Ostolaza regarding same (0.3) | 1.10 |
| 02/29/16 | M Hartmann | Review and revise motion to dismiss (1.5); emails with team regarding same (0.3); further review and finalize motion to dismiss for filing (2.7) | 4.50 |
| 02/29/16 | Y Ostolaza | Review and comment on motion to dismiss (1.0); emails on same (0.3); review order (0.4) | 1.70 |
| 02/29/16 | CG Powers | Draft proposed order and edit motion to dismiss (0.8); confer with Y. Ostolaza, M. Hartmann, M. Allen (0.3) | 1.10 |
| | | **Total Hours** | **79.90** |



**SIDLEY AUSTIN LLP**
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TX 75201
(214) 981 3300
(214) 981 3400 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D C |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

April 30. 2016

FEDERAL ID 36-███████

EFH Corporate Services Company
1601 Bryan Street
43rd Floor
Dallas. TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36023384
Client Matter 65892–40020

---

Work Authorized by: Amanda Doncarlos

For professional services rendered through March 31. 2016 re Parker

| | |
|---|---|
| Fees | $20,377.50 |
| ██████████████ | -3,667.95 |
| | $16,709.55 |
| Expenses | 293.12 |
| **Total Due This Bill** | **$17,002.67** |

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago. Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank. NA
Account Number: ██████
ABA Number: ██████
Swift Code: ██████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36023384
EFH Corporate Services Company

Parker

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Y Ostolaza | .50 | $1,100.00 | $550.00 |
| MH Allen | 4.10 | 850.00 | 3,485.00 |
| CG Powers | 25.70 | 545.00 | 14,006.50 |
| NP Cade | 7.30 | 320.00 | 2,336.00 |
| **Total Hours and Fees** | **37.60** | | **$20,377.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36023384
EFH Corporate Services Company

Parker

### E X P E N S E  S U M M A R Y

| Category/Description | Amount |
|---|---|
| Duplicating Charges | $12.10 |
| Lexis Research Service | 37.85 |
| Legal Support Services | 28.21 |
| Document Production | 25.00 |
| Westlaw Research Service | 189.96 |
| **Total** | **$293.12** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36023384
EFH Corporate Services Company

Parker

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/01/16 | MH Allen | Correspond with Y. Ostolaza regarding strategy and tasks | .10 |
| 02/02/16 | MH Allen | Conference with M. Daily, A. DonCarlos, and Y. Ostolaza regarding strategy and tasks (0.2); conference with C. Powers regarding motion to extend time and background information (0.3); correspond with opposing counsel (0.3) | .80 |
| 02/03/16 | MH Allen | Correspond with A. DonCarlos and Y. Ostolaza regarding complaint and background facts (0.3); correspond and conference with opposing counsel regarding same (0.1); correspond and conference with C. Powers regarding strategy and tasks (0.1) | .50 |
| 02/04/16 | MH Allen | Correspond with Y. Ostolaza regarding strategy and tasks (0.1); conference with opposing counsel regarding amended complaint and extension (0.1); correspond with A. DonCarlos and Y. Ostolaza regarding first amended complaint (0.1) | .30 |
| 02/05/16 | MH Allen | Review and revise motion to extend time and order (0.2); correspond with C. Powers regarding same and other tasks (0.1) | .30 |
| 02/10/16 | MH Allen | Correspond with A. DonCarlos regarding motion to extend time (0.1); correspond with Y. Ostolaza regarding same (0.1); correspond with C. Powers regarding motion and disclosure statement (0.3); review and revise disclosure statement (0.2); work on document review (0.3) | 1.00 |
| 02/12/16 | CG Powers | Review documents | 5.30 |
| 02/13/16 | CG Powers | Review documents | 6.50 |
| 02/14/16 | CG Powers | Review documents | 1.20 |
| 02/15/16 | CG Powers | Review documents | 4.70 |
| 02/16/16 | MH Allen | Work on document review (0.4); correspond with C. Powers regarding strategy and tasks (0.3) | .70 |
| 03/04/16 | NP Cade | Communications with C. Powers (0.2); preparation for and efiling of Motion to Dismiss (1.3); Appendix in Support of same (0.9); Proposed Order (1.0) | 3.40 |
| 03/14/16 | CG Powers | Compile materials necessary for Rule 26(f) confernece | 1.50 |
| 03/17/16 | CG Powers | Prepare Rule 26 Report | .40 |
| 03/18/16 | MH Allen | Work on initial disclosures and joint report | .30 |
| 03/18/16 | CG Powers | Prepare time line for case and draft Rule 26(f) Report | 3.30 |

**SIDLEY AUSTIN LLP**

Invoice Number: 36023384
EFH Corporate Services Company

Parker

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/21/16 | CG Powers | Finalize Rule 26(f) Report | 2.60 |
| 03/22/16 | CG Powers | Confer with M. Allen and finalize proposal for Rule 26(f) report | .20 |
| 03/24/16 | NP Cade | Communications with C. Powers regarding preparation of attorney binders of Motion to Dismiss briefing and cases (0.4); preparation of same (3.5) | 3.90 |
| 03/29/16 | MH Allen | Work on Rule 26(f) joint report | .10 |
| 03/30/16 | Y Ostolaza | Call with M. Allen regarding rule 26f and opposing counsel | .50 |
| | | **Total Hours** | **37.60** |



| SIDLEY AUSTIN LLP | | |
|---|---|---|
| 2021 MCKINNEY AVENUE | BEIJING | HONG KONG | SAN FRANCISCO |
| SUITE 2000 | BOSTON | HOUSTON | SHANGHAI |
| DALLAS, TX 75201 | BRUSSELS | LONDON | SINGAPORE |
| (214) 981 3300 | CENTURY CITY | LOS ANGELES | SYDNEY |
| (214) 981 3400 FAX | CHICAGO | MUNICH | TOKYO |
| | DALLAS | NEW YORK | WASHINGTON, D.C. |
| | GENEVA | PALO ALTO | |

FOUNDED 1866

May 31, 2016

FEDERAL ID 36-█████

EFH Corporate Services Company
1601 Bryan Street
43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36032002
Client Matter 65892–40020

Work Authorized by: Amanda Doncarlos

For professional services rendered through April 30, 2016 re Parker

| | |
|---|---|
| Fees | $37,520.50 |
| ████████████ | -6,753.69 |
| | $30,766.81 |
| Expenses | 19.05 |
| **Total Due This Bill** | **$30,785.86** |

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █████
ABA Number: █████
Swift Code: █████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36032002
EFH Corporate Services Company

Parker

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Y Ostolaza | 3.70 | $1,100.00 | $4,070.00 |
| M Hartmann | 1.40 | 925.00 | 1,295.00 |
| MH Allen | 13.50 | 850.00 | 11,475.00 |
| CG Powers | 37.30 | 545.00 | 20,328.50 |
| NP Cade | 1.10 | 320.00 | 352.00 |
| M Hartmann | 4.50 | 0.00 | 0.00 |
| Y Ostolaza | .50 | 0.00 | 0.00 |
| MH Allen | 6.50 | 0.00 | 0.00 |
| CG Powers | 12.70 | 0.00 | 0.00 |
| TS Costin | 4.50 | 0.00 | 0.00 |
| **Total Hours and Fees** | **85.70** | | **$37,520.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36032002
EFH Corporate Services Company

Parker

E X P E N S E   S U M M A R Y

| Category/Description | Amount |
|---|---|
| Duplicating Charges | $1.35 |
| Legal Support Services | 0.00 |
| Search Services | 17.70 |
| **Total** | **$19.05** |

SIDLEY AUSTIN LLP

Invoice Number: 36032002
EFH Corporate Services Company

Parker

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/11/16 | Y Ostolaza | Call with client on strategy | .20 |
| 04/01/16 | MH Allen | Work on Rule 26(f) report; correspond with Y. Ostolaza, M. Hartmann, and C. Powers regarding same ▮▮▮▮▮▮▮ | .50 |
| 04/01/16 | CG Powers | Edit reply brief; research; edit Rule 26 Report; confer ▮▮ | 3.10 |
| 04/04/16 | MH Allen | Conference with C. Powers regarding strategy and tasks related to same | .10 |
| 04/04/16 | CG Powers | Confer with M. Allen on interview regarding next steps | .10 |
| 04/05/16 | MH Allen | Work on reply brief ▮▮▮▮▮▮▮ Negotiate with opposing counsel regarding extensions of time and dismissal of incorrect entity (0.8) | .80 |
| 04/05/16 | M Hartmann | Review and revise reply in support of motion to dismiss and multiple conferences with M. Allen and C. Powers regarding same and further research ▮▮▮▮▮▮▮ | 4.50 |
| 04/05/16 | Y Ostolaza | Review 26f; conference on same ▮▮▮▮▮ | .30 |
| 04/05/16 | CG Powers | Research additional law in light of Plaintiff developments; incorporate additional edits ▮▮▮▮▮ | 3.00 |
| 04/06/16 | MH Allen | Work on reply brief; conference with A. DonCarlos and Y. Ostolaza regarding strategy and tasks ▮▮▮▮▮ | 2.80 |
| 04/06/16 | Y Ostolaza | Call with opposing counsel regarding negotiations on EFH drop | .30 |
| 04/06/16 | CG Powers | Research law regarding extrinsic evidence and find additional cases to support attaching Code of Conduct (1.6); address issue regarding wrong entity remaining as named defendant (0.4) | 2.00 |
| 04/06/16 | CG Powers | Edit reply ▮▮▮▮ | 2.10 |
| 04/07/16 | MH Allen | Negotiate Rule 26(f) report and dismissal of incorrect entity against opposing counsel (0.4); work on reply brief and file same (1.1); work on agreed motion to extend time to submit Rule 26(f) report and file same (0.5) ▮▮▮▮▮ | 2.00 |

**SIDLEY AUSTIN LLP**

Invoice Number:  36032002
EFH Corporate Services Company

Parker

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/07/16 | TS Costin | Reply brief in support of Motion to Dismiss as directed by J. Burns & C. Powers ███████████ | 4.50 |
| 04/07/16 | Y Ostolaza | Review reply brief (0.1); email on same (0.1) ███████ | .20 |
| 04/07/16 | CG Powers | Finalize and file reply brief (2.3); confer with M. Allen re same (0.4)███████ | 2.70 |
| 04/08/16 | MH Allen | Negotiate the dismissal of incorrect defendant (0.5); correspond with Y. Ostolaza, M. Hartmann, and C. Powers regarding same (0.2) | .70 |
| 04/08/16 | CG Powers | Correspond, review docket, and reorganize deadlines given grant of extension of time | .30 |
| 04/11/16 | MH Allen | Negotiate dismissal of incorrect entity with opposing counsel (1.4); conference with A. DonCarlos and Y. Ostolaza regarding factual developments and witness interviews (0.4) | 1.80 |
| 04/11/16 | M Hartmann | Review stipulation and revise same (0.2); review Rule 26 report and revise same (0.2); conference with M. Allen regarding new allegations regarding intern and emails regarding same (0.2) | .60 |
| 04/11/16 | CG Powers | Correspond with M. Allen (0.1); draft interview outline for interview with EFH manager (0.8) | .90 |
| 04/12/16 | MH Allen | Negotiate dismissal of incorrect entity with opposing counsel (0.3); work on dismissal papers (0.3); file same (0.4); correspond with A. DonCarlos regarding email review (0.1) | 1.10 |
| 04/12/16 | CG Powers | Edit and coordinate filing for agreed motion to dismiss Energy Future Holdings as a Party | 1.20 |
| 04/13/16 | CG Powers | Draft interview outline for Rachel Hawkins (1.7); summarize related docs (1.3) | 3.00 |
| 04/14/16 | MH Allen | Correspond with A. DonCarlos regarding Rule 26(f) report and witness interviews (0.3); review and revise Rule 26(f) report (0.2)███████ | .50 |
| 04/14/16 | M Hartmann | Review further revised report and final stipulation and email M. Allen | .10 |
| 04/14/16 | CG Powers | Correspond with M. Allen regarding EFH's recent interview with Hawkins and manager (0.3); draft interview outline for Hawkins's interview (0.8) | 1.10 |
| 04/15/16 | MH Allen | Correspond with opposing counsel regarding Rule 26(f) report ███████ | .10 |
| 04/15/16 | CG Powers | Draft interview outline and compile table of chronology for | .80 |

**SIDLEY AUSTIN LLP**

Invoice Number: 36032002
EFH Corporate Services Company

Parker

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | events named in complaint and discussed in EFH's interviews | |
| 04/18/16 | MH Allen | Negotiate Rule 26(f) report with opposing counsel ████ | .10 |
| 04/18/16 | M Hartmann | Review dismissal of J. Boyle and revised Rule 26 report (0.1): email with C. Powers regarding same (0.1) | .20 |
| 04/18/16 | Y Ostolaza | Conference on Rule 26 and review order | .10 |
| 04/18/16 | CG Powers | Prepare for R. Hawkins interview (2.6): compile relevant documents (0.8): analyze discrepancies between witness testimonies (1.0) | 4.40 |
| 04/19/16 | MH Allen | Conference with A. DonCarlos, M. Daily, and Y. Ostolaza regarding strategy and tasks: negotiate Rule 26(f) report with opposing counsel: review and revise interview outline | 1.50 |
| 04/19/16 | Y Ostolaza | Call with counsel and review documents | .20 |
| 04/19/16 | CG Powers | Review additional "hot documents," including e-mails and interview outline for Hawkins: edit outline for Hawkins's interview: create chart comparing witnesses's statements and compare how they have changed over time | 3.20 |
| 04/20/16 | MH Allen | Conference with A. DonCarlos and M. Daily regarding strategy and tasks: work on Rule 26(f) report: negotiate same with opposing counsel: review and analyze interview notes ████ | .80 |
| 04/20/16 | M Hartmann | Emails with M. Allen regarding revisions to joint report: review and revise joint report following opposing counsel's comments and discuss same with C. Powers | .30 |
| 04/20/16 | CG Powers | Edit interview outline for Hawkins | 3.80 |
| 04/21/16 | MH Allen | Negotiate Rule 26(f) report with opposing counsel: review and revise same ████ | .30 |
| 04/21/16 | CG Powers | Confer with Plaintiff's counsel: confer with M. Allen and M. Hartmann: update Rule 26(f) in light of conference with Plaintiff's counsel: edit interview outline | 4.50 |
| 04/22/16 | MH Allen | Finalize Rule 26(f) report and coordinate filing of same ████ | .20 |
| 04/22/16 | NP Cade | Communications with C. Powers: preparation for and efiling of Joint Rule 26(f) Report | 1.10 |
| 04/22/16 | CG Powers | Finalize Rule 26(f) Report and coordinate filing ████ | 1.80 |
| 04/25/16 | M Hartmann | Review scheduling order and email regarding discovery | .20 |
| 04/25/16 | Y Ostolaza | Review scheduling order and docket | .10 |

**SIDLEY AUSTIN LLP**

Invoice Number: 36032002
EFH Corporate Services Company

Parker

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/25/16 | CG Powers | Review scheduling order and plan upcoming deadlines | .70 |
| 04/26/16 | CG Powers | Confer regarding Hawkins's interview; calendar upcoming deadlines per the scheduling order | .70 |
| 04/27/16 | MH Allen | Prepare for witness interview (0.7); interview witness (1.0); conference with A. DonCarlos and Y. Ostolaza regarding same (0.3); review and analyze discovery requests from Plaintiff (0.3); revise interview memorandum (0.2) | 2.50 |
| 04/27/16 | Y Ostolaza | Prepare for and participate in interview of witness (1.0); review scheduling order (0.3); emails on mediator (0.7); meet with client (0.5); post-interview discussion with M. Allen on next steps (0.3) | 2.80 |
| 04/27/16 | CG Powers | Review Plaintiff's RFIs and RFPs and docket (0.5); begin first responses and objections (1.5); review interview notes of Hawkins(0.9) | 2.90 |
| 04/28/16 | MH Allen | Work on discovery responses (0.8); work on interview memorandum (0.9); negotiate extension of initial disclosures deadline with opposing counsel (0.4); work on mediator selection (0.4) | 2.50 |
| 04/28/16 | CG Powers | Discuss Judge's deadline for selecting a mediator (0.3); confer with M. Allen with upcoming deadlines and assignments (0.4); draft stipulation regarding deadline initial disclosures (0.8) | 1.50 |
| 04/29/16 | MH Allen | Work on discovery requests and responses (0.8); correspond with opposing counsel regarding mediator selection (0.2); correspond with A. DonCarlos, M. Daily, Y. Ostolaza, and C. Powers regarding same (0.2); review and analyze discovery requests and correspond with A. DonCarlos, M. Daily, Y. Ostolaza, and C. Powers regarding same (0.5) | 1.70 |
| 04/29/16 | CG Powers | Draft objections to RFIs and RFPs (2.3); Review second set of RFIs and RFPs (0.9); Confer with M. Allen (0.3); Draft EFH's RFIs and RFPs (0.4) | 3.90 |
| 04/30/16 | CG Powers | Draft EFH's RFIs and RFPs | 2.30 |
| | | **Total Hours** | **85.70** |



**SIDLEY AUSTIN LLP**
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TX 75201
(214) 981 3300
(214) 981 3400 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D C |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-▮▮▮▮▮

June 15, 2016

EFH Corporate Services Company
1601 Bryan Street
43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36035585
Client Matter 65892-40020

---

Work Authorized by: Amanda Doncarlos

For professional services rendered through May 31, 2016 re Parker

| | |
|---|---|
| Fees | $18.981.50 |
| ▮▮▮▮▮▮▮ | -3,416.67 |
| | $15.564.83 |
| Expenses | 784.36 |
| **Total Due This Bill** | **$16,349.19** |

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮▮▮▮▮
ABA Number: ▮▮▮▮▮
Swift Code: ▮▮▮▮▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36035585
EFH Corporate Services Company

Parker

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Y Ostolaza | .90 | $1,100.00 | $990.00 |
| M Hartmann | 1.40 | 925.00 | 1,295.00 |
| MH Allen | 11.50 | 850.00 | 9,775.00 |
| CG Powers | 12.70 | 545.00 | 6,921.50 |
| **Total Hours and Fees** | **26.50** | | **$18,981.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36035585
EFH Corporate Services Company

Parker

## EXPENSE SUMMARY

| Category/Description | Amount |
|---|---|
| Duplicating Charges | $31.92 |
| Legal Support Services | 752.44 |
| **Total** | **$784.36** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36035585
EFH Corporate Services Company

Parker

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/01/16 | MH Allen | Correspond with C. Powers regarding discovery responses | .10 |
| 05/01/16 | CG Powers | Draft RFIs and RFPs for EFH (1.5); prepare responses to PL's RFIs and RFPs (2.1) | 3.60 |
| 05/02/16 | MH Allen | Work on responses to discovery requests (2.4); conference with A. DonCarlos and M. Daily regarding same (0.3); correspond with Y. Ostolaza regarding affirmative discovery (0.2) | 2.90 |
| 05/02/16 | M Hartmann | Review new document requests and all served interrogatory and discovery requests (0.4); email C. Powers regarding deadlines (0.1) | .50 |
| 05/02/16 | Y Ostolaza | Review incoming discovery requests | .70 |
| 05/02/16 | CG Powers | Draft responses objections to first set of RFIs (2.0); review documents to determine responsiveness to RFPs (1.2); draft initial disclosures (0.3); draft EFH's request for discovery (0.4); review third request for production (0.2) | 4.10 |
| 05/03/16 | MH Allen | Work on discovery requests (3.6); conference with opposing counsel regarding voluntary dismissal (0.5); correspond with A. DonCarlos, M. Daily, and Y. Ostolaza regarding same (0.6); draft dismissal papers (2.2) | 6.90 |
| 05/03/16 | M Hartmann | Review outgoing interrogatory requests and revise same (0.7); emails with M. Allen regarding dismissal and revise stipulation of dismissal (0.2) | .90 |
| 05/03/16 | CG Powers | Draft affirmative discovery requests (2.3); research EFH re: interrogatories (1.1); edit EFH RFIs and RFPs (0.2); research documents relating to drafting discovery requests (0.1); and research joint stipulation of dismissal (0.3) | 4.00 |
| 05/04/16 | MH Allen | Work on dismissal of action | 1.50 |
| 05/04/16 | Y Ostolaza | Revise stipulation (0.1); emails on same (0.1) | .20 |
| 05/04/16 | CG Powers | Assist preparation of dismissal of case (0.6); call court to inform it of stipulation (0.4) | 1.00 |
| 05/05/16 | MH Allen | Remove docket deadlines and work on archive of document database | .10 |

**Total Hours**    **26.50**


SIDLEY AUSTIN LLP

| SIDLEY AUSTIN LLP | | |
|---|---|---|
| 2021 MCKINNEY AVENUE | | |
| SUITE 2000 | | |
| DALLAS, TX 75201 | | |
| (214) 981 3300 | | |
| (214) 981 3400 FAX | | |

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

June 15, 2016

FEDERAL ID 36-▓▓▓▓▓

EFH Corporate Services Company
1601 Bryan Street
43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36035602
Client Matter 65892-10020

Work Authorized by: Jeff Walker

For professional services rendered through May 31, 2016 re Corporate
Governance Issues

| | |
|---|---|
| Fees | $12,383.75 |
| ▓▓▓▓▓▓▓▓▓▓ | -1,857.56 |
| | $10,526.19 |
| Expenses | 35.40 |
| **Total Due This Bill** | **$10,561.59** |

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▓▓▓▓▓
ABA Number: ▓▓▓▓▓
Swift Code: ▓▓▓▓▓

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36035602
EFH Corporate Services Company
Page 2

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Y Ostolaza | 2.40 | $1,100.00 | $2,640.00 |
| PH Montgomery | 8.50 | 875.00 | 7,437.50 |
| TN Limbrick | 3.75 | 615.00 | 2,306.25 |
| **Total Hours and Fees** | **14.65** | | **$12,383.75** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36035602
EFH Corporate Services Company
Page 3


E X P E N S E  S U M M A R Y


| Category/Description | Amount |
|---|---|
| Westlaw Research Service | $35.40 |
| **Total** | **$35.40** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36035602
EFH Corporate Services Company
Page 4

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/26/16 | TN Limbrick | Research re: duties of senior management | 3.50 |
| 04/26/16 | PH Montgomery | Review case law regarding Delaware and Texas corporate governance issues related to officers (4.2); calls with J. Jacobs, T. Limbrick, and Y. Ostolaza regarding same (0.5); review and revise draft email regarding same (0.4); call with client regarding same (1.0) | 6.10 |
| 04/26/16 | Y Ostolaza | Call with P. Montgomery (0.2); call with client and P. Montgomery (1.0); review cases (0.1) | 1.30 |
| 04/27/16 | Y Ostolaza | Call with J. Walker and A. Burton (0.3); prepare for call (0.1); review cases with P. Montgomery (0.2); communications on governance issues (0.3) | .90 |
| 04/28/16 | PH Montgomery | Conference call with H. Gregory and R. Grapsas regarding cases on corporate governance issues (0.5); email J. Jacobs regarding key managerial employees (0.4) | .90 |
| 05/02/16 | TN Limbrick | Research re: duties of senior management | .25 |
| 05/02/16 | PH Montgomery | Review Goldman case and draft email regarding same (0.4); conferences with y. ostolaza regarding same (0.5); review and revise same and send (0.6) | 1.50 |
| 05/02/16 | Y Ostolaza | Review and revise email to client | .20 |
| | | **Total Hours** | **14.65** |



| | | | |
|---|---|---|---|
| **SIDLEY AUSTIN LLP** | BEIJING | HONG KONG | SAN FRANCISCO |
| 2021 MCKINNEY AVENUE | BOSTON | HOUSTON | SHANGHAI |
| SUITE 2000 | BRUSSELS | LONDON | SINGAPORE |
| DALLAS, TX 75201 | CENTURY CITY | LOS ANGELES | SYDNEY |
| (214) 981 3300 | CHICAGO | MUNICH | TOKYO |
| (214) 981 3400 FAX | DALLAS | NEW YORK | WASHINGTON, D C |
| | GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36▆▆▆▆

July 28, 2016

EFH Corporate Services Company
1601 Bryan Street
43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36045193
Client Matter 65892-10020

Work Authorized by: Jeff Walker

For professional services rendered through June 30, 2016 re Corporate
Governance Issues

Fees                                                                                    $2,685.00

**Total Due This Bill**                                                    <u>**$2,685.00**</u>

Remit Check Payments To:                           Remit Wire Payments To:
Sidley Austin LLP                                         Sidley Austin LLP
P.O. Box 0642                                              JP Morgan Chase Bank, NA
Chicago, Illinois  60690                               Account Number: ▆▆▆▆
                                                                 ABA Number: ▆▆▆▆
                                                                 Swift Code: ▆▆▆▆

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36045193
EFH Corporate Services Company
Page 2

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| R Grapsas | 3.00 | $895.00 | $2,685.00 |
| **Total Hours and Fees** | **3.00** | | **$2,685.00** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36045193
EFH Corporate Services Company
Page 3

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/28/16 | R Grapsas | Preparing emails in relation to identification and duties of officers for Energy Future Holdings (2.6); discussing same with P. Montgomery (0.4) | 3.00 |
| | | **Total Hours** | **3.00** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---------|-----------|---------------|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-▮▮▮▮

September 20, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36057716
Client Matter 58409-30090

---

For professional services rendered through January 31, 2016 re Fee
Applications

Fees                                                           $8,059.50

**Total Due This Bill**                                        **$8,059.50**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮▮▮▮
ABA Number: ▮▮▮▮
Swift Code: ▮▮▮▮

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: 36057716
Energy Future Holdings Corp.

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/04/16 | DJ Lutes | Review Luminant cost issue with M. Lyles and email re: same (.2); email with G. King re: EFH fee application issue (.1) | .30 |
| 01/05/16 | DJ Lutes | Emails with J. Romero re: Luminant billing issues and costs (.2); review materials re: same (.1) | .30 |
| 01/06/16 | GM King | Review EFH fee materials (0.8) | .80 |
| 01/07/16 | DJ Lutes | Prepare Certificates of no objection for the 13th, 14th, 15th and 16th monthly fee applications (2.4); email to G. King re: same (.1); prepare monthly fee application materials for November (.3); review Luminant cost issues and prepare monthly fee application materials (.5); emails to J. Romero re: same (.2) | 3.50 |
| 01/08/16 | DJ Lutes | Prepare monthly fee application materials re: same (.4); prepare MFIS statements for the 13th, 14th, 15th and 16th monthly fee applications (1.0); review 4th interim fee application materials (.2) | 1.60 |
| 01/11/16 | DJ Lutes | Prepare MFIS statements and review filed invoices for the 13th, 14th, 15th and 16th monthly fee application periods | 2.70 |
| 01/12/16 | GM King | Review CNO's (0.2) | .20 |
| 01/12/16 | DJ Lutes | Review certificate of no objection materials to include silos of direct and collective benefit tables (.4); emails with G. King re: same (.1) | .50 |
| 01/13/16 | DJ Lutes | Prepare calculations for direct and collective benefit silos for certificate of no objections for the 13th, 14th, 15th and 16th monthly fee applications (2.6); prepare MFIS statements for the 13th, 14th, 15th and 16th monthly fee application periods (1.6); email materials to G. King re: same (.2) | 4.40 |
| 01/14/16 | GM King | Review CNO's (0.3); correspondence re: CNO's (0.2) | .50 |
| 01/14/16 | DJ Lutes | Review certificates of no objection and revise MFIS statement for 13th, 14th, 15th, and 16th monthly fee applications (.9); review October cost issues (.3); prepare EFH monthly fee application materials (.5) | 1.70 |
| 01/15/16 | DJ Lutes | Emails re: Luminant monthly fee application issues | .20 |
| 01/18/16 | GM King | Prepare EFH MFIS statements (0.5) | .50 |
| 01/19/16 | DJ Lutes | Emails with J. Romero and Sidley team re: Luminant monthly fee application materials | .10 |
| 01/20/16 | GM King | Draft correspondence re: second and third interim applications (0.1); review materials re: same (0.3) | .40 |

**SIDLEY AUSTIN LLP**

Invoice Number: 36057716
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/20/16 | DJ Lutes | Review Luminant monthly fee application materials for October (.2); emails to J. Romero and G. King re: same (.2) | .40 |
| 01/21/16 | DJ Lutes | Review Luminant monthly fee application cost issues for September and October (.3); emails with B. Beaton and J. Romero re: same (.1) | .40 |
| 01/25/16 | DJ Lutes | Prepare monthly fee application materials for November and December (.3); emails to L. Cuello re: same (.1) | .40 |
| | | **Total Hours** | **18.90** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36057716
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| GM King | 2.40 | $780.00 | $1,872.00 |
| DJ Lutes | 16.50 | 375.00 | 6,187.50 |
| **Total Hours and Fees** | **18.90** | | **$8,059.50** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-███

September 20, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36057718
Client Matter 58409-30090

For professional services rendered through February 29, 2016 re Fee
Applications

Fees                                                                            $9,657.00

**Total Due This Bill**                                                          **$9,657.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ███
ABA Number: ███
Swift Code: ███

Payment is Due Within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: 36057718
Energy Future Holdings Corp.

RE: Fee Applications

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/01/16 | DJ Lutes | Prepare 5th interim fee application and review materials re: same (.7); email to J. Romero re: Luminant fee application issues (.1); revise and prepare October fee application materials (.6); prepare November fee application materials (.5); prepare December fee application materials (.4) | 2.30 |
| 02/02/16 | DJ Lutes | Prepare monthly fee application materials for October (1.3); prepare monthly fee application materials for November (1.1); prepare monthly fee application materials for December (.4); email to L. Cuello re: same (.1) | 2.90 |
| 02/03/16 | DJ Lutes | Prepare November monthly fee application materials (.6); prepare December monthly fee application materials (.7) | 1.30 |
| 02/05/16 | DJ Lutes | Preparation of November monthly fee application materials (.9); review January monthly materials (.3); emails with J. Romero and G. King re: Luminant issues (.2) | 1.40 |
| 02/08/16 | DJ Lutes | Prepare email summary report for G. King (.3); prepare November and December monthly fee application materials re: same (.6) | .90 |
| 02/11/16 | DJ Lutes | Prepare monthly fee application materials re: Luminant for December | .50 |
| 02/12/16 | DJ Lutes | Prepare December monthly fee application materials | .70 |
| 02/15/16 | GM King | Review EFH invoices (0.2); correspondence re: same (0.1) | .30 |
| 02/17/16 | DJ Lutes | Prepare monthly fee application revisions for November and December 2015 (1.5); coordinate same with L. Cuello (.2); emails with G. King re: same (.1) | 1.80 |
| 02/21/16 | GM King | Revise interim fee application (0.8) | .80 |
| 02/23/16 | DJ Lutes | Prepare monthly fee application materials for November and December (1.2); prepare 5th interim fee application materials (1.1); emails with B. Beaton and G. King re: same (.2) | 2.50 |
| 02/24/16 | DJ Lutes | Prepare monthly fee applications (.8); prepare interim fee application materials (1.6) | 2.40 |
| 02/25/16 | GM King | Call with D. Lutes re: fee applications (0.3); correspondence re: same (0.1) | .40 |
| 02/25/16 | DJ Lutes | Emails from B. Beaton and J. Romero re: Luminant fees and costs (.2); review and prepare September monthly fee application materials in light of revisions (1.9); review and prepare October monthly fee application materials for filing (.4); review and prepare November monthly fee application | 5.10 |

**SIDLEY AUSTIN LLP**

Invoice Number: 36057718
Energy Future Holdings Corp.

RE: Fee Applications

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | materials for filing (.4); review and prepare December monthly fee application materials for filing (.4); emails with G. King re: same (.2); tc with L. Cuello re: fees and costs re: same (.3); prepare interim fee application materials (1.3) | |
| 02/26/16 | GM King | Review and finalize monthly fee applications (0.4) | .40 |
| | | **Total Hours** | **23.70** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36057718
Energy Future Holdings Corp.

RE: Fee Applications

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| GM King | 1.90 | $780.00 | $1,482.00 |
| DJ Lutes | 21.80 | 375.00 | 8,175.00 |
| **Total Hours and Fees** | **23.70** | | **$9,657.00** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-▆

September 20, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36057720
Client Matter 58409-30090

For professional services rendered through March 31, 2016 re Fee
Applications

Fees                                                                                    $8,116.50

**Total Due This Bill**                                                       **$8,116.50**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▆
ABA Number: ▆
Swift Code: ▆

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36057720
Energy Future Holdings Corp.

RE: Fee Applications

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/01/16 | DJ Lutes | Prepare monthly expense materials for Exhibit D to the September, October, November and December 2015 monthly fee statements (1.7); prepare electronic materials for filing re: same (.5); emails with G. King re: same (.2); emails and tc with L. Cuello re: invoice materials for monthly fee applications (.3); review and prepare interim fee application spreadsheet materials (.4) | 3.10 |
| 03/18/16 | GM King | Review fee application materials (0.8) | .80 |
| 03/25/16 | GM King | Review fee application materials (1.2) | 1.20 |
| 03/28/16 | GM King | Prepare fee application materials (2.8) | 2.80 |
| 03/29/16 | GM King | Review fee application information (1.7) | 1.70 |
| 03/29/16 | DJ Lutes | Review 4th interim MFIS statements (.5); prepare 4th interim statement and prepare calculations (1.7); emails with G. King re: same (.3) | 2.50 |
| 03/30/16 | GM King | Review fee materials (0.3) | .30 |
| 03/30/16 | DJ Lutes | Prepare cover letter and 4th interim period statement materials (.8); research invoices for 5th interim period (.8); emails to G. King re: same (.3) | 1.90 |

**Total Hours**    **14.30**

**SIDLEY AUSTIN LLP**

Invoice Number:  36057720
Energy Future Holdings Corp.

RE: Fee Applications

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| GM King | 6.80 | $780.00 | $5,304.00 |
| DJ Lutes | 7.50 | 375.00 | 2,812.50 |
| **Total Hours and Fees** | **14.30** | | **$8,116.50** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36 ▌

September 20, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36057734
Client Matter 58409-30090

For professional services rendered through April 30, 2016 re Fee
Applications

Fees                                                    $5,197.50

**Total Due This Bill**                                  **$5,197.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▌
ABA Number: ▌
Swift Code: ▌

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36057734
Energy Future Holdings Corp.

RE: Fee Applications

### TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/12/16 | DJ Lutes | Prepare 5th interim fee application, spreadsheet calculations and exhibits | 2.70 |
| 04/13/16 | GM King | Revise figures in fee application (1.2) | 1.20 |
| 04/14/16 | GM King | Prepare fee application for filing (1.8) | 1.80 |
| 04/14/16 | DJ Lutes | Prepare exhibits to 5th interim fee application including redaction of same | .90 |
| 04/15/16 | GM King | Finalize exhibits for filing of fee application (1.3) | 1.30 |
| 04/25/16 | GM King | Correspondence with D. Lutes re: fee applications (0.2) | .20 |
| 04/25/16 | DJ Lutes | Prepare monthly fee application materials including emails with G. King re: same | .90 |
| | | **Total Hours** | **9.00** |

**SIDLEY AUSTIN LLP**

Invoice Number: 36057734
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| GM King | 4.50 | $780.00 | $3,510.00 |
| DJ Lutes | 4.50 | 375.00 | 1,687.50 |
| **Total Hours and Fees** | **9.00** | | **$5,197.50** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-███

September 20, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX  75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36057736
Client Matter 58409-30090

For professional services rendered through May 31, 2016 re Fee
Applications

Fees                                                                          $343.50

**Total Due This Bill**                                                      **$343.50**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ███
ABA Number: ███
Swift Code: ███

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36057736
Energy Future Holdings Corp.

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/16/16 | DJ Lutes | Emails to L. Cuello and J. Romero re: fee application issues | .20 |
| 05/17/16 | GM King | Correspondence re: EFH fees (0.2) | .20 |
| 05/19/16 | DJ Lutes | Review fee application issues and reconciliation of payments | .30 |
| | | **Total Hours** | **.70** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36057736
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| GM King | .20 | $780.00 | $156.00 |
| DJ Lutes | .50 | 375.00 | 187.50 |
| **Total Hours and Fees** | **.70** | | **$343.50** |



SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-█████

October 21, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36065835
Client Matter 58409-30090

For professional services rendered through June 30, 2016 re Fee
Applications

Fees                                                              $2,371.50

**Total Due This Bill**                                     **$2,371.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █████
ABA Number: █████
Swift Code: █████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36065835
Energy Future Holdings Corp.

RE: Fee Applications

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/10/16 | GM King | Review materials re: prior interim fee applications (0.3) | .30 |
| 06/16/16 | DJ Lutes | Review Jan, Feb, Mar and Apr time re: EFH and Luminant (.5); review and store electronic files re: same (.8) | 1.30 |
| 06/20/16 | DJ Lutes | Review monthly materials January through May for EFH and Luminant | .60 |
| 06/21/16 | DJ Lutes | Reconcile 4th and 5th interim cost discrepancies | 1.50 |
| 06/22/16 | DJ Lutes | TC with L. Cuello re: Ledes materials to EFH (.2); review invoices and materials re: same (.6) | .80 |
| 06/30/16 | DJ Lutes | Review allocations issues for fee application (.7); review same with L. Cuello (.4); emails with G. King and L. Cuello re: same (.4) | 1.50 |
| | | **Total Hours** | **6.00** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36065835
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| GM King | .30 | $780.00 | $234.00 |
| DJ Lutes | 5.70 | 375.00 | 2,137.50 |
| **Total Hours and Fees** | **6.00** | | **$2,371.50** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-█

October 21, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36065837
Client Matter 58409-30090

For professional services rendered through July 31, 2016 re Fee
Applications

Fees      $1,374.00

**Total Due This Bill**      **$1,374.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █
ABA Number: █
Swift Code: █

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36065837
Energy Future Holdings Corp.

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/01/16 | GM King | Draft correspondence re: EFH fees | .50 |
| 07/21/16 | DJ Lutes | TC with N. Palomar re: billing issues and allocations (.3); review spreadsheet, perform calculations and next steps (.7); email to G. King re: same (.1) | 1.10 |
| 07/22/16 | GM King | Call with D. Lutes re: fee applications (0.3) | .30 |
| 07/22/16 | DJ Lutes | Review allocations and fee application issues (.6); confer with G. King re: same (.3) | .90 |
| | | **Total Hours** | **2.80** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36065837
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| GM King | .80 | $780.00 | $624.00 |
| DJ Lutes | 2.00 | 375.00 | 750.00 |
| **Total Hours and Fees** | **2.80** | | **$1,374.00** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-████

October 28, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36067567
Client Matter 58409-30090

For professional services rendered through August 31, 2016 re Fee
Applications

Fees                                                                    $2,737.50

**Total Due This Bill**                                                 **$2,737.50**

Remit Check Payments To:                    Remit Wire Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois 60690                     Account Number: ████
                                            ABA Number: ███
                                            Swift Code: ████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36067567
Energy Future Holdings Corp.

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/02/16 | DJ Lutes | Review and prepare monthly fee application materials for January (.9); review and prepare monthly fee application materials for February (1.1); review and prepare monthly fee application materials for March (.8); review and prepare monthly fee application materials for April (.9); review and prepare monthly fee application materials for May (.6) | 4.30 |
| 08/03/16 | DJ Lutes | Review and prepare March monthly fee application materials (.2); review and prepare April monthly fee application materials (.4); review and prepare May monthly fee application materials (.4) | 1.00 |
| 08/05/16 | DJ Lutes | Prepare monthly fee applications for January, February, March, April, and May | 1.20 |
| 08/31/16 | DJ Lutes | Research monthly fee application materials (.4); email to G. King re: same (.2); review EFH billing issues with M. Dayton (.2) | .80 |
| | | **Total Hours** | **7.30** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36067567
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| DJ Lutes | 7.30 | $375.00 | $2,737.50 |
| **Total Hours and Fees** | **7.30** | | **$2,737.50** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-█

October 28, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36067569
Client Matter 58409-30090

For professional services rendered through September 30, 2016 re Fee
Applications

Fees                                                                        $5,911.50

**Total Due This Bill**                                          **$5,911.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █
ABA Number: █
Swift Code: █

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36067569
Energy Future Holdings Corp.

RE: Fee Applications

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/01/16 | GM King | Correspondence re: EFH fees (0.3) | .30 |
| 09/01/16 | DJ Lutes | Prepare monthly fee application materials May through June (.3); review fee application issues re: same (.2); email to G. King re: same (.1) | .60 |
| 09/08/16 | GM King | Meeting with P. Caruso re: fee application (0.1); call with D. Lutes re: EFH fee applications (0.2) | .30 |
| 09/08/16 | DJ Lutes | Prepare monthly fee application materials January to May 2016 (.3); emails with billing specialist re: same (.2); review and assess EFH fee application materials from Dallas (.3); email to G. King re: same (.1) | .90 |
| 09/19/16 | DJ Lutes | Prepare January monthly fee application materials to include EFH Corp Dallas (1.0); prepare February monthly fee application materials to include EFH Corp Dallas (1.9); prepare March monthly fee application materials to include EFH Corp Dallas (.6) | 3.50 |
| 09/20/16 | DJ Lutes | Prepare March monthly fee application materials and calculations including EFH Corp Dallas (.7); prepare April monthly fee application materials and calculations including EFH Corp Dallas (1.1); emails with L. Cuello re: same (.1); prepare May monthly fee application materials and calculations including EFH Corp Dallas (.7) | 2.60 |
| 09/21/16 | DJ Lutes | Prepare May monthly fee application materials and calculations including EFH Corp Dallas | .80 |
| 09/22/16 | DJ Lutes | Prepare May monthly fee application materials and calculations including EFH Corp Dallas (.8); prepare June monthly fee application materials and calculations including EFH Corp Dallas (.4) | 1.20 |
| 09/23/16 | DJ Lutes | Call with J. Huffman re: Dallas invoices (.2); review fee application issues for June materials (.5); prepare monthly fee application materials for June (.6); prepare email summary report to G. King re: same (.4) | 1.70 |
| 09/26/16 | GM King | Call with D. Lutes re: EFH invoices (0.2) | .20 |
| 09/26/16 | DJ Lutes | Prepare May fee application materials (.6); prepare June fee application materials (.9); prepare fee application exhibits (1.1); confer with G. King re: fee application issues (.2) | 2.80 |

**Total Hours**    **14.90**

**SIDLEY AUSTIN LLP**

Invoice Number:  36067569
Energy Future Holdings Corp.

RE: Fee Applications

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| GM King | .80 | $780.00 | $624.00 |
| DJ Lutes | 14.10 | 375.00 | 5,287.50 |
| **Total Hours and Fees** | **14.90** | | **$5,911.50** |