## Exhibit F

**Record of Expenses**



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-█████

September 20, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36057717
Client Matter 58409-30100

For professional services rendered through January 31, 2016 re Case
Administration

Expenses:
  Legal Support Services                         $442.50
  Telephone Tolls                                <u>1.05</u>

Total Expenses                                           443.55

**Total Due This Bill**                               **<u>$443.55</u>**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ████████
ABA Number: █████
Swift Code: ████████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36057717
Energy Future Holdings Corp.

RE: Case Administration

### EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 01/09/16 | TEL | 01/08/16-Telephone Call (Non-Local) To: 12027368260 | $1.05 |
| 01/22/16 | LIT | 01/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| | | **Total Expenses** | **$443.55** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-▮

September 20, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36057719
Client Matter 58409-30100

For professional services rendered through February 29, 2016 re Case
Administration

Expenses:
  Legal Support Services                                    $442.50

Total Expenses                                                     442.50

**Total Due This Bill**                                       **$442.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮
ABA Number: ▮
Swift Code: ▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36057719
Energy Future Holdings Corp.

RE: Case Administration

## E X P E N S E   D E T A I L

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 02/13/16 | LIT | 02/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | $442.50 |
| | | **Total Expenses** | **$442.50** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-▮▮▮

September 20, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36057721
Client Matter 58409-30100

For professional services rendered through March 31, 2016 re Case
Administration

Expenses:
  Duplicating Charges                           $.40
  Legal Support Services                       442.50

Total Expenses                                                    442.90

**Total Due This Bill**                                          **$442.90**

Remit Check Payments To:                 Remit Wire Payments To:
Sidley Austin LLP                        Sidley Austin LLP
P.O. Box 0642                            JP Morgan Chase Bank, NA
Chicago, Illinois  60690                 Account Number: ▮▮▮
                                         ABA Number: ▮▮▮
                                         Swift Code: ▮▮▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36057721
Energy Future Holdings Corp.

RE: Case Administration

## E X P E N S E   D E T A I L

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 03/02/16 | CPY | 03/01/16-Duplication charges Time: 11:59:00 | $0.40 |
| 03/19/16 | LIT | 03/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| | | **Total Expenses** | **$442.90** |



| | | |
|---|---|---|
| **SIDLEY AUSTIN LLP** | BEIJING | HONG KONG | SAN FRANCISCO |
| 1501 K STREET, N.W. | BOSTON | HOUSTON | SHANGHAI |
| WASHINGTON, D.C. 20005 | BRUSSELS | LONDON | SINGAPORE |
| (202) 736 8000 | CENTURY CITY | LOS ANGELES | SYDNEY |
| (202) 736 8711 FAX | CHICAGO | MUNICH | TOKYO |
| | DALLAS | NEW YORK | WASHINGTON, D.C. |
| | GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-▮

September 20, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36057735
Client Matter 58409-30100

For professional services rendered through April 30, 2016 re Case
Administration

Expenses:
  Legal Support Services                        $442.50

Total Expenses                                                442.50

**Total Due This Bill**                                   **$442.50**

Remit Check Payments To:                 Remit Wire Payments To:
Sidley Austin LLP                        Sidley Austin LLP
P.O. Box 0642                            JP Morgan Chase Bank, NA
Chicago, Illinois 60690                  Account Number: ▮
                                         ABA Number: ▮
                                         Swift Code: ▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36057735
Energy Future Holdings Corp.

RE: Case Administration

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 04/19/16 | LIT | 04/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | $442.50 |
| | | **Total Expenses** | **$442.50** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---------|-----------|---------------|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36

September 20, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36057737
Client Matter 58409-30100

For professional services rendered through May 31, 2016 re Case
Administration

Expenses:
  Duplicating Charges                        $.50
  Legal Support Services                   442.50

Total Expenses                                                        443.00

**Total Due This Bill**                                          **$443.00**

Remit Check Payments To:                    Remit Wire Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois  60690                    Account Number:
                                            ABA Number:
                                            Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36057737
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 05/17/16 | CPY | 05/16/16-Duplicating Charges (Color) Time: 15:09:00 | $0.50 |
| 05/17/16 | LIT | 05/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| | | **Total Expenses** | **$443.00** |



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-▮

October 21, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36065836
Client Matter 58409-30100

For professional services rendered through June 30, 2016 re Case
Administration

Expenses:
  Duplicating Charges                 $.10
  Legal Support Services        442.50

Total Expenses                     442.60

**Total Due This Bill**               **$442.60**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ▮
ABA Number: ▮
Swift Code: ▮

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36065836
Energy Future Holdings Corp.

RE: Case Administration

### EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 06/16/16 | CPY | 06/15/16-Duplicating charges Time: 15:28:00 | $0.10 |
| 06/18/16 | LIT | 06/01/16-Monthly Electronic Data Storage Fee 88.50 GB @ $5.00 | 442.50 |
| | | **Total Expenses** | **$442.60** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-

October 21, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36065838
Client Matter 58409-30100

For professional services rendered through July 31, 2016 re Case
Administration

Expenses:
  Legal Support Services                                    $442.50
  Telephone Tolls                                              1.44

Total Expenses                                                         443.94

**Total Due This Bill**                                              **$443.94**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:
ABA Number:
Swift Code:

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36065838
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 07/14/16 | TEL | 06/24/16-Telephone Charges Conference Call | $0.39 |
| 07/14/16 | LIT | 07/01/16-Monthly Electronic Data Hosting Fee 88.50 GB @ $5.00 | 442.50 |
| 07/21/16 | TEL | 07/20/16-Telephone Call (Non-Local) To: 13125043369 Chicago, IL | 1.05 |
| | | **Total Expenses** | **$443.94** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-█

October 28, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36067568
Client Matter 58409-30100

For professional services rendered through August 31, 2016 re Case
Administration

Expenses:
  Legal Support Services                          $443.00

Total Expenses                                             443.00

**Total Due This Bill**                                  **$443.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █
ABA Number: █
Swift Code: █

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36067568
Energy Future Holdings Corp.

RE: Case Administration

### EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/24/16 | LIT | 08/01/16-Monthly Electronic Data Hosting Fee 88.60 GB @ $5.00 | $443.00 |
| | | **Total Expenses** | **$443.00** |



SIDLEY AUSTIN LLP

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36████

October 28, 2016

Energy Future Holdings Corp.
1601 Bryan Street
43rd Floor
Dallas, TX 75291

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36067570
Client Matter 58409-30100

For professional services rendered through September 30, 2016 re Case
Administration

Expenses:
Duplicating Charges                    $121.53
Legal Support Services                  443.00

Total Expenses                                        564.53

**Total Due This Bill**                           **$564.53**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ████
ABA Number: ████
Swift Code: ████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36067570
Energy Future Holdings Corp.

RE: Case Administration

### EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 09/16/16 | LIT | 09/01/16-Monthly Electronic Data Hosting Fee 88.60 GB @ $5.00 | $443.00 |
| 09/21/16 | CPY | 09/16/16 - Williams Lea - 0000698954-000 Reprographics | 121.53 |
| | | **Total Expenses** | **$564.53** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

FEDERAL ID 36-█████

June 23, 2016

Stephanie Zapata Moore
Luminant Energy Company LLC
Attn: Stephanie Zapata Moore, General Counsel
1601 Bryan Street, 22nd Floor
Dallas, TX  75201-3411

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36037334
Client Matter 52698-10050

For professional services rendered through May 31, 2016 re Regional
Haze Program

Fees                                                                                       $6,844.40

Expenses                                                                                  8.55

**Total Due This Bill**                                                          **$6,852.95**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: █████
ABA Number: █████
Swift Code: █████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36037334
Luminant Energy Company LLC

Regional Haze Program

### TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| C Beckner | 7.10 | $964.00 | $6,844.40 |
| **Total Hours and Fees** | **7.10** | | **$6,844.40** |

### EXPENSE SUMMARY

| Category/Description | Amount |
|----------------------|--------|
| Duplicating Charges | $8.55 |
| **Total** | **$8.55** |

**SIDLEY AUSTIN LLP**

Invoice Number:  36037334
Luminant Energy Company LLC

Regional Haze Program

EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 05/24/16 | 05/23/16-Duplicating Charges (Color) Time: 14:44:00 | $8.55 |
| | **Total Expenses** | **$8.55** |



| | |
|---|---|
| **SIDLEY AUSTIN LLP** | |
| 2021 MCKINNEY AVENUE | |
| SUITE 2000 | |
| DALLAS, TX 75201 | |
| (214) 981 3300 | |
| (214) 981 3400 FAX | |

BEIJING    HONG KONG    SAN FRANCISCO
BOSTON    HOUSTON    SHANGHAI
BRUSSELS    LONDON    SINGAPORE
CENTURY CITY    LOS ANGELES    SYDNEY
CHICAGO    MUNICH    TOKYO
DALLAS    NEW YORK    WASHINGTON, D.C.
GENEVA    PALO ALTO

FOUNDED 1866

April 30. 2016

FEDERAL ID 36-██████

EFH Corporate Services Company
1601 Bryan Street
43rd Floor
Dallas. TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36023384
Client Matter 65892-40020

Work Authorized by: Amanda Doncarlos

For professional services rendered through March 31. 2016 re Parker

| | |
|---|---:|
| Fees | $20.377.50 |
| ████████████ | -3.667.95 |
| | $16.709.55 |
| Expenses | 293.12 |
| **Total Due This Bill** | **$17,002.67** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago. Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank. NA
Account Number: ██████
ABA Number: ██████
Swift Code: ██████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36023384
EFH Corporate Services Company

Parker

## EXPENSE SUMMARY

| Category/Description | Amount |
|---|---|
| Duplicating Charges | $12.10 |
| Lexis Research Service | 37.85 |
| Legal Support Services | 28.21 |
| Document Production | 25.00 |
| Westlaw Research Service | 189.96 |
| **Total** | **$293.12** |



SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TX 75201
(214) 981 3300
(214) 981 3400 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

FOUNDED 1866

May 31, 2016

FEDERAL ID 36-████

EFH Corporate Services Company
1601 Bryan Street
43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36032002
Client Matter 65892-40020

Work Authorized by: Amanda Doncarlos

For professional services rendered through April 30, 2016 re Parker

| | |
|---|---|
| Fees | $37,520.50 |
| ████████████ | -6,753.69 |
| | $30,766.81 |
| Expenses | 19.05 |
| **Total Due This Bill** | **$30,785.86** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ████████
ABA Number: ████████
Swift Code: ████████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 36032002
EFH Corporate Services Company

Parker

### EXPENSE SUMMARY

| Category/Description | Amount |
|---|---|
| Duplicating Charges | $1.35 |
| Legal Support Services | 0.00 |
| Search Services | 17.70 |
| **Total** | **$19.05** |



SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TX 75201
(214) 981 3300
(214) 981 3400 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D C |
| GENEVA | PALO ALTO | |

FOUNDED 1866

June 15, 2016

FEDERAL ID 36-█████

EFH Corporate Services Company
1601 Bryan Street
43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36035585
Client Matter 65892-40020

Work Authorized by: Amanda Doncarlos

For professional services rendered through May 31, 2016 re Parker

Fees                                                      $18,981.50

████████████                                              -3,416.67

                                                          $15,564.83

Expenses                                                     784.36

**Total Due This Bill**                                  **$16,349.19**

| | |
|---|---|
| Remit Check Payments To: | Remit Wire Payments To: |
| Sidley Austin LLP | Sidley Austin LLP |
| P.O. Box 0642 | JP Morgan Chase Bank, NA |
| Chicago, Illinois  60690 | Account Number: ████ |
| | ABA Number: |
| | Swift Code: ██████ |

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36035585
EFH Corporate Services Company

Parker

## E X P E N S E   S U M M A R Y

| Category/Description | Amount |
|---|---|
| Duplicating Charges | $31.92 |
| Legal Support Services | 752.44 |
| **Total** | **$784.36** |



**SIDLEY AUSTIN LLP**
2021 MCKINNEY AVENUE
SUITE 2000
DALLAS, TX 75201
(214) 981 3300
(214) 981 3400 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C |
| GENEVA | PALO ALTO | |

FOUNDED 1866

June 15, 2016

FEDERAL ID 36-█████

EFH Corporate Services Company
1601 Bryan Street
43rd Floor
Dallas, TX 75201

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36035602
Client Matter 65892-10020

Work Authorized by: Jeff Walker

For professional services rendered through May 31, 2016 re Corporate
Governance Issues

| | |
|---|---|
| Fees | $12,383.75 |
| ███████████████ | -1,857.56 |
| | $10,526.19 |
| Expenses | 35.40 |
| **Total Due This Bill** | **$10,561.59** |

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: ████████
ABA Number: ████████
Swift Code: ████████

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36035602
EFH Corporate Services Company
Page 3

## EXPENSE SUMMARY

| Category/Description | Amount |
| --- | --- |
| Westlaw Research Service | $35.40 |
| **Total** | **$35.40** |