**Exhibit G**

**Monthly Budget and Staffing Plans**

**January 2016 Budget**

**Exhibit A**

**Aggregate Budget for Matter Categories**
**for the Period Beginning on January 1, 2016 and Ending on January 31, 2016**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[15] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][16] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[15]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[16]   In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[15] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit) [3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-10 | $4,000-$8,000 |
| **Total** | | **70-205** | **$69,000-$177,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

**Exhibit B**

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on January 1, 2016 and Ending on January 31, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[17] |
|---|:---:|:---:|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[17]  The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**February 2016**

**Exhibit A**

**Aggregate Budget for Matter Categories
for the Period Beginning on February 1. 2016 and Ending on February 29, 2016**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[18] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][19] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[18]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[19]   In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[18] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit) [3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-15 | $4,000-$12,000 |
| 32 | [EFH Corporate Services Company] Parker | 0-60 | $0-$48,000 |
| 33 | [EFH Corporate Services Company] Corporate Governance | 0-25 | $0-$20,000 |
| **Total** | | **70-295** | **$70,000-$249,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

**Exhibit B**

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on February 1, 2016 and Ending on February 29, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[20] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[20]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**March 2016 Budget**

**Exhibit A**

**Aggregate Budget for Matter Categories**
**for the Period Beginning on March 1, 2016 and Ending on March 31, 2016**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[21] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][22] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[21]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[22]  In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[21] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit)[3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-15 | $4,000-$12,000 |
| 32 | [EFH Corporate Services Company] Parker | 0-60 | $0-$48,000 |
| 33 | [EFH Corporate Services Company] Corporate Governance | 0-25 | $0-$20,000 |
| **Total** | | **70-295** | **$70,000-$249,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

## Exhibit B

## Aggregate Staffing Plan Across All Matter Categories
### for the Period Beginning on March 1, 2016 and Ending on March 31, 2016

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[23] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[23] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**April 2016**

**Exhibit A**

**Aggregate Budget for Matter Categories**
**for the Period Beginning on April 1, 2016 and Ending on April 30, 2016**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[24] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][25] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[24]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[25]   In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[24] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit) [3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-15 | $4,000-$12,000 |
| 32 | [EFH Corporate Services Company] Parker | 0-60 | $0-$48,000 |
| 33 | [EFH Corporate Services Company] Corporate Governance | 0-25 | $0-$20,000 |
| **Total** | | **70-295** | **$70,000-$249,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

**Exhibit B**

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on April 1, 2016 and Ending on April 30, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[26] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[26]   The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**May 2016**

**Exhibit A**

**Aggregate Budget for Matter Categories**
**for the Period Beginning on May 1, 2016 and Ending on May 31, 2016**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[27] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][28] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[27]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[28]  In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[27] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit) [3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-15 | $4,000-$12,000 |
| 32 | [EFH Corporate Services Company] Parker | 0-60 | $0-$48,000 |
| 33 | [EFH Corporate Services Company] Corporate Governance | 0-25 | $0-$20,000 |
| **Total** | | **70-295** | **$70,000-$249,000** |

---

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

**Exhibit B**

**Aggregate Staffing Plan Across All Matter Categories**
**for the Period Beginning on May 1, 2016 and Ending on May 31, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[29] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[29]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**June 2016**

## Exhibit A

### Aggregate Budget for Matter Categories
### for the Period Beginning on June 1, 2016 and Ending on June 30, 2016

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[30] |
|:---:|---|:---:|:---:|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][31] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[30]    Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[31]    In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[30] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit) [3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-15 | $4,000-$12,000 |
| 32 | [EFH Corporate Services Company] Parker | 0-60 | $0-$48,000 |
| 33 | [EFH Corporate Services Company] Corporate Governance | 0-25 | $0-$20,000 |
| **Total** | | **70-295** | **$70,000-$249,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

**Exhibit B**

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on June 1, 2016 and Ending on June 30, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[32] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[32] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**July 2016**

## Exhibit A

## Aggregate Budget for Matter Categories
### for the Period Beginning on July 1, 2016 and Ending on July 31, 2016

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[33] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][34] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[33]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[34]  In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[33] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit) [3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-15 | $4,000-$12,000 |
| 32 | [EFH Corporate Services Company] Parker | 0-60 | $0-$48,000 |
| 33 | [EFH Corporate Services Company] Corporate Governance | 0-25 | $0-$20,000 |
| **Total** | | **70-295** | **$70,000-$249,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

**Exhibit B**

**Aggregate Staffing Plan Across All Matter Categories**
**for the Period Beginning on July 1, 2016 and Ending on July 31, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[35] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[35]  The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**August 2016**

**Exhibit A**

**Aggregate Budget for Matter Categories
for the Period Beginning on August 1, 2016 and Ending on August 31, 2016**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[36] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][37] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[36]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[37]  In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[36] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit)[3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-15 | $4,000-$12,000 |
| 32 | [EFH Corporate Services Company] Parker | 0-60 | $0-$48,000 |
| 33 | [EFH Corporate Services Company] Corporate Governance | 0-25 | $0-$20,000 |
| **Total** | | **70-295** | **$70,000-$249,000** |

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

**Exhibit B**

**Aggregate Staffing Plan Across All Matter Categories
for the Period Beginning on August 1, 2016 and Ending on August 31, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[38] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[38]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**September (thru to October 3rd) 2016**

# Exhibit A

## Aggregate Budget for Matter Categories
### for the Period Beginning on September 1, 2016 and Ending on October 3, 2016

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Sidley Austin LLP

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[39] |
|---|---|---|---|
| Applicable to All Debtors: | | | |
| 1 | [ALL] First Day Motions | 0 | $0 |
| 2 | [ALL] DIP Financing Matters/Cash Collateral | 0 | $0 |
| 3 | [ALL] Executory Contracts and Leases | 0 | $0 |
| 4 | [ALL] Use/Sale/Lease of Assets | 0 | $0 |
| 5 | [ALL] Plan and Disclosure Statement | 0 | $0 |
| 6 | [ALL] Professional Retention | 5-20 | $10,000-$15,000 |
| 7 | [ALL] Claims Processing | 0 | $0 |
| 8 | [ALL] Fee Applications | 10-50 | $5,000-$35,000 |
| 9 | [ALL] Case Administration | 5-10 | $5,000-$10,000 |
| 10 | [ALL] Bankruptcy Schedules | 0 | $0 |
| 11 | [ALL] Litigated Matters | 0 | $0 |
| 12 | [ALL] Committee-Related Matters | 0 | $0 |
| 13 | [ALL] Vendor Issues | 0 | $0 |
| 14 | [ALL] Creditor Communications | 0 | $0 |
| 15 | [ALL] Employee Issues | 0 | $0 |
| 16 | [ALL] Labor Issues | 0 | $0 |
| 17 | [ALL] Insurance Matters | 0 | $0 |
| 18 | [ALL] Environmental Issues | 0 | $0 |
| 19 | [ALL] Intellectual Property Issues | 0 | $0 |
| 20 | [ALL] Securities and Tax Issues | 0 | $0 |
| 21 | [ALL] Corporate General | 0 | $0 |
| 22 | [ALL] Business Operations | 0 | $0 |
| 23 | [ALL] Inter-Company Issues | 5-15 | $5,000-$20,000 |
| 24 | [ALL] Travel Time | 0 | $0 |
| 25 | [ALL] Sponsor Matters | 20-50 | $25,000-$50,000 |
| Applicable to Certain Debtors: | | | |
| 26 | [Luminant Energy Company LLC][40] Clean Air Transport Rule Litigation | 5-10 | $4,000-$8,000 |

---

[39]  Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[40]  In addition to Debtor Luminant Energy Company LLC, the work provided in this matter category also benefits, or may potentially benefit, Debtors Luminant Generation Company LLC, Sandow Power Company LLC, Big

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[39] |
|---|---|---|---|
| 27 | [Luminant Energy Company LLC] Regional Haze Program[3] | 5-10 | $4,000-$8,000 |
| 28 | [Luminant Energy Company LLC] EPA July 2012 (5th Circuit) [3] | 0-5 | $0-$4,000 |
| 29 | [Luminant Energy Company LLC] Greenhouse Cases[3] | 5-15 | $4,000-$11,000 |
| 30 | [Luminant Energy Company LLC] Counseling on Regulations for Existing Generating Units[3] | 5-10 | $4,000-$8,000 |
| 31 | [Luminant Energy Company LLC] Startup, Shutdown and Maintenance (SSM) Litigation[3] | 5-15 | $4,000-$12,000 |
| 32 | [EFH Corporate Services Company] Parker | 0-60 | $0-$48,000 |
| 33 | [EFH Corporate Services Company] Corporate Governance | 0-25 | $0-$20,000 |
| **Total** | | **70-295** | **$70,000-$249,000** |

---

Brown Power Company LLC, Oak Grove Management Company LLC, Luminant Mining Company LLC, Big Brown Lignite Company LLC, Luminant Big Brown Mining Company LLC, and Luminant Holding Company LLC.

## Exhibit B

## Aggregate Staffing Plan Across All Matter Categories
## for the Period Beginning on September 1, 2016 and Ending on October 3, 2016

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[41] |
|---|---|---|
| Partner | 5-15 | $865.00 |
| Counsel | 0-4 | $745.00 |
| Associate (4+ years since first admission) | 2-10 | $625.00 |
| Jr. Associate (1-3 years since first admission) | 2-10 | $520.00 |
| Legal Assistant | 1-5 | $335.00 |
| Case Assistant | N/A | $210.00 |
| Project Assistants (and other support staff) | N/A | $180.00 |
| **Total Attorney** | **9-39** | **$765.00** |
| **Total Non-Attorney** | **1-5** | **$350.00** |
| **Total** | **10-44** | **$705.00** |

---

[41] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.