IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) **Re: D.I. 9381, 9647, 10140** |

## NOTICE REGARDING SCHEDULING ORDER AND COMMENCEMENT OF PLAN CONFIRMATION PROCEEDINGS

**PLEASE TAKE NOTICE** that, on August 24, 2016, the United States Bankruptcy Court for the District of Delaware entered the *Order Scheduling Certain hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* [D.I. 9381] (as subsequently amended and modified in accordance with its terms by D.I. 9647 and 10140, the "EFH/EFIH Scheduling Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 13 of the EFH/EFIH Scheduling Order, December 1, 2016 shall be the date of the start of the EFH/EFIH Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that in light of the opinion issued by the United States Court of Appeals for the Third Circuit regarding the Makewhole Claims asserted

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the EFH/EFIH Scheduling Order.

by the Holders of EFIH First Lien Notes and EFIH Second Lien Notes (each as defined in the Plan), the EFH Debtors and EFIH Debtors have determined to adjourn the EFH/EFIH Confirmation Hearing to engage in further discussions with key creditor constituencies and the Plan Sponsor.

**PLEASE TAKE FURTHER NOTICE** that, as a result, the EFH Debtors and EFIH Debtors have, contemporaneously herewith, filed a supplement to the EFH/EFIH Scheduling Order, pursuant to which the EFH Debtors and EFIH Debtors are requesting a suspension of the dates and deadlines set forth in paragraph 13(d)-(m) of the EFH/EFIH Scheduling Order.

**PLEASE TAKE FURTHER NOTICE** that the EFH Debtors and EFIH Debtors shall provide further notice to all parties-in-interest once the EFH/EFIH Confirmation Hearing has been rescheduled.

*[Remainder of page intentionally left blank.]*

Dated: November 21, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession