IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: D.I. 9381, 9647, 10140** |

CERTIFICATION OF COUNSEL CONCERNING
"SUPPLEMENT TO ORDER SCHEDULING CERTAIN HEARING
DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS
IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' JOINT PLAN
OF REORGANIZATION AS IT RELATES TO THE EFH/EFIH DEBTORS"

The undersigned hereby certifies as follows:

1. On August 24, 2016, the United States Bankruptcy Court (the "Bankruptcy Court") entered the *Order Scheduling Certain hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* [D.I. 9381] (as subsequently amended and modified in accordance with its terms by D.I. 9647 and 10140, the "EFH/EFIH Scheduling Order").[2] Pursuant to the EFH/EFIH Scheduling Order, the EFH/EFIH Debtors were seeking entry of an

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating*

RLF1 15862657v.1

order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the Debtors' joint plan of reorganization as it relates to the EFH/EFIH Debtors and approval of the EFH/EFIH Debtors' related disclosure statement.

2. Pursuant to paragraph 13 of the EFH/EFIH Scheduling Order, December 1, 2016 shall be the date of the start of the EFH/EFIH Confirmation Hearing.

3. For the reasons set forth in the *Notice Regarding Scheduling Order and Commencement of Plan Confirmation Proceedings* filed contemporaneously herewith, the EFH/EFIH Debtors have determined to adjourn the EFH/EFIH Confirmation Hearing (and the related dates set forth in the EFH/EFIH Scheduling Order).

4. Consequently, as a result of the foregoing, the EFH/EFIH Debtors have prepared a supplement to the EFH/EFIH Scheduling Order pursuant to which the EFH/EFIH Debtors are requesting a suspension of the dates and deadlines set forth in paragraph 13(d)-(m) of the EFH/EFIH Scheduling Order (the "Scheduling Order Supplement"). A copy of the Scheduling Order Supplement is attached hereto as **Exhibit A**.

5. The Debtors circulated a copy of the Scheduling Order Supplement to each of counsel to (a) Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, and David William Fahy; (b) Contrarian Capital Management, LLC; (c) Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates; (d) the EFIH First Lien Indenture Trustee, (e) the EFIH Second Lien Indenture Trustee; (f) The American Stock Transfer & Trust Company, LLC, as successor trustee to the Bank of New York Mellon Trust Company, N.A.; (g) UMB Bank, N.A., as Indenture Trustee and counsel to the ad hoc group of EFIH Unsecured Noteholders, (h) the official committee of unsecured creditors of

---

*Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 9201].

RLF1 15862657v.1

Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.; and (i) the Office of the United States Trustee for the District of Delaware, and each of the parties to whom it was circulated has either confirmed it does not object to the entry of the Scheduling Order Supplement or expressed no position with respect thereto.

6. The EFH/EFIH Debtors therefore respectfully request that the Bankruptcy Court enter the Scheduling Order Supplement, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: November 21, 2016
Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession