# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 9381, 9647, 10140** |

### SUPPLEMENT TO ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE CONFIRMATION OF DEBTORS' JOINT PLAN OF REORGANIZATION AND THE APPROVAL OF DEBTORS' DISCLOSURE STATEMENT

Upon the certification of counsel, dated November 21, 2016 (the "Certification")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of a supplement to the order scheduling certain hearing dates and deadlines and establishing certain protocols in connection with the confirmation of the Debtors' Joint Plan of Reorganization as it relates to the EFH/EFIH Debtors and approval of the EFH/EFIH Debtors' disclosure statement; and the Court having entered an order on August 24, 2016 [D.I. 9381] (as modified in accordance with its terms on September 23, 2016 [D.I. 9647] and November 15, 2016 [D.I.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 9201] (the "Motion").

10140], the "Order"); and the EFH/EFIH Debtors having thereafter requested modifications to the Order; and the Debtors having discussed the relief requested with each of the various creditor constituencies affected by such requested modifications and who objected to the relief requested in the Motion (which objections were overruled or withdrawn in connection with the Order); and such constituencies having agreed to not object to entry of this supplement to the Order; and the Court having found that the relief requested in the Certification is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion and the Certification establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. Effective as of November 21, 2016, the provisions set forth in paragraph 13(d)-(m) shall not be binding on the EFH/EFIH Debtors or any other party in interest.

2. Except as expressly modified by the terms hereof, all of the terms and conditions of the Order are hereby reaffirmed and shall continue in full force and effect as therein written.

3. No new dates to replace the provisions set forth in paragraph 13(d)-(m) shall be set by the Court without appropriate notice as required by the Bankruptcy Court or otherwise ordered by the Court.

Dated: November \_\_\_\_, 2016
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge