**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

**In Re:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street                                **Chapter:** 11
Dallas, TX 75201
  **EIN:** 46–2488810
TXU Corp.
TXU Corp
Texas Utilities

*Case No*.: 14–10979–CSS

*NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

  A transcript of the proceeding held on 8/23/16 was filed on 11/21/16 . The following deadlines apply:

  The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/12/16 .

  If a request for redaction is filed, the redacted transcript is due 12/22/16 .

  If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/21/16 unless extended by court order.

  To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                                          _____
                                                          Una O'Boyle, Clerk of Court

Date: 11/21/16

(ntc)