# **EXHIBIT A**

## **Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 28 | Tax Accounting Support (Current Quarter) | 7.0 | $ 4,025.00 |
| 30 | Earnings and Profit Study | 1.0 | $ 700.00 |
| 32 | Tax Accounting Support (Restructuring) | 13.0 | $ 7,475.00 |
| 33 | Fresh Start | 494.3 | $ 148,292.00 |
| 35 | Fee Statement and Fee Application Preparation | 72.9 | $ 21,998.30 |
| 36 | Retention Services | 2.1 | $ 872.80 |
| 37 | Allegro Implementation Internal Audit | 89.0 | $ 23,385.00 |
| 40 | Tax Consulting Services | 60.1 | $ 36,449.50 |
| 41 | IA - User Access Management | 12.5 | $ 3,185.00 |
| 43 | OneSource Tax Compliance Automation | 45.2 | $ 15,820.00 |
| 44 | Internal Audit | 292.5 | $ 49,656.50 |
| 45 | 355 Opinion | 407.1 | $ 393,685.00 |
| 46 | Bankruptcy Cost Analysis -2016 | 8.8 | $ 3,846.00 |
| 47 | 2015 Oncor Return Review | 2.5 | $ 1,362.50 |
| 48 | 2015 Tax Return Review | 2.5 | $ 1,362.50 |
| | **Total** | **1,510.5** | **$ 712,115.10**[1] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 4,047.58 |
| Lodging | N/A | $ 3,048.57 |
| Travel Meals | N/A | $ 484.72 |
| Ground Transportation | N/A | $ 1,059.59 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 8,640.46** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $1,040,096.00. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $327,980.90 thus benefitting the Chapter 11 estate by same amount.