## EXHIBIT B

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Wheat, David | Partner - Tax | 107.2 | $ 1,225 | * | $ 131,320.00 |
| Zywan, Darin | Partner - Tax | 17.2 | $ 1,225 | * | $ 21,070.00 |
| Wheat, David | Partner - Tax | 13.9 | $ 845 | * | $ 11,745.50 |
| Carpenter, John | Partner - Tax | 0.9 | $ 720 | | $ 648.00 |
| Nesta, Michael G | Partner - Advisory | 9.1 | $ 610 | | $ 5,551.00 |
| Lyons, Stacy L | Partner - Tax | 19.5 | $ 575 | * | $ 11,212.50 |
| Worsdell, Scott | Partner - Tax | 0.5 | $ 575 | | $ 287.50 |
| Crockett, Clifford M | Partner - Tax | 5.0 | $ 545 | * | $ 2,725.00 |
| Kleppel, Robert | Partner - Tax | 1.5 | $ 350 | | $ 525.00 |
| Cargile, David | Managing Director - Advisory | 0.8 | $ 325 | * | $ 260.00 |
| Cargile, David | Managing Director - Advisory | 13.8 | $ 320 | * | $ 4,416.00 |
| Magill, Graham | Senior Manager- WNT | 3.4 | $1,050 | * | $ 3,570.00 |
| Miller, Ryan | Senior Manager - Tax | 88.4 | $1,050 | * | $ 92,820.00 |
| Calloway, Robert | Senior Manager - Tax | 1.0 | $ 700 | | $ 700.00 |
| Miller, Ryan | Senior Manager - Tax | 1.2 | $ 660 | * | $ 792.00 |
| D'Angelo, Chris | Director - Advisory | 0.7 | $ 500 | | $ 350.00 |
| Jandera, Judy | Director - Advisory | 1.6 | $ 500 | | $ 800.00 |
| Lancy, Bradley | Director - Advisory | 143.5 | $ 500 | | $ 71,750.00 |
| Meredith, Kyle | Senior Manager - Tax | 42.7 | $ 350 | | $ 14,945.00 |
| Gottschalk, Andy | Senior Manager - Advisory | 2.2 | $ 285 | * | $ 627.00 |
| Guyre, Jason | Director - Advisory | 45.0 | $ 285 | | $ 12,825.00 |
| Seeman, Nick | Director - Advisory | 4.1 | $ 285 | * | $ 1,168.50 |
| Plangman, Monica | Associate Director - Bankruptcy | 3.9 | $ 325 | | $ 1,267.50 |
| Laukhuff, Brittny | Manager - Tax | 25.5 | $ 825 | * | $ 21,037.50 |
| Wigmore, Andrew | Manager - Tax | 64.7 | $ 825 | * | $ 53,377.50 |
| Wigmore, Andrew | Manager - Tax | 27.4 | $ 560 | * | $ 15,344.00 |
| Laukhuff, Brittny | Manager - Tax | 1.0 | $ 545 | * | $ 545.00 |
| Campbell, Celeste | Manager - Bankruptcy | 69.7 | $ 298 | | $ 20,770.60 |
| Myrick, Cristina | Manager - Advisory | 11.7 | $ 250 | * | $ 2,925.00 |
| Myrick, Cristina | Manager - Advisory | 59.9 | $ 245 | * | $ 14,675.50 |
| Cody, Nonie | Manager - Advisory | 44.0 | $ 240 | | $ 10,560.00 |
| Tuminello, Ross | Senior Associate - Tax | 90.6 | $ 700 | | $ 63,420.00 |
| Wheeler, Ryan | Senior Associate - Tax | 4.3 | $ 700 | | $ 3,010.00 |
| Wight, Jake | Senior Associate - Tax | 10.0 | $ 700 | * | $ 7,000.00 |
| Ruzicka, Emily | Senior Associate - Tax | 8.3 | $ 420 | | $ 3,486.00 |
| Wight, Jake | Senior Associate - Tax | 13.4 | $ 420 | * | $ 5,628.00 |
| Asbell, Donny | Senior Associate - Tax | 1.0 | $ 350 | | $ 350.00 |
| Souare, Sega | Senior Associate - Advisory | 63.0 | $ 275 | | $ 17,325.00 |
| Hugghins, Hillary | Senior Associate - Advisory | 47.5 | $ 185 | | $ 8,787.50 |
| Massad, Kelly | Senior Associate - Advisory | 2.8 | $ 185 | | $ 518.00 |

\* Rates differ due to services provided under multiple Statements of Work

**EXHIBIT B**
(continued)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Kapsner, Paul | Associate - Advisory | 156.4 | $ 190 | $ 29,716.00 |
| Slone, Janessa | Associate - Advisory | 120.0 | $ 190 | $ 22,800.00 |
| Kramp, Cindy | Associate - Advisory | 1.4 | $ 120 | $ 168.00 |
| Reese, Kate | Associate - Advisory | 52.0 | $ 120 | $ 6,240.00 |
| Roane, Connor | Associate - Advisory | 82.7 | $ 120 | $ 9,924.00 |
| White, Evan | Associate - Advisory | 6.4 | $ 120 | $ 768.00 |
| You, James | Associate - Advisory | 19.7 | $ 120 | $ 2,364.00 |
| **Total** | | **1,510.5** | | **$ 712,115.10** |