# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 4,047.58 |
| Lodging | N/A | $ 3,048.57 |
| Travel Meals | N/A | $ 484.72 |
| Ground Transportation | N/A | $ 1,059.59 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 8,640.46** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 4,047.58 |
| Lodging | N/A | $ 3,048.57 |
| Travel Meals | N/A | $ 484.72 |
| Ground Transportation | N/A | $ 1,059.59 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 8,640.46** |