# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2016 through October 3, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 093384821 | Fresh Start | 20160830 | Lancy, Bradley | air | | | $ 653.60 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 8/30/16 Return Date: 9/1/16. Business Purpose: to travel to perform work for Energy Future Holdings (EFH). |
| 093384821 | Allegro Implementation Internal Audit | 20160906 | Cody, Nonie | air | | | $ 405.40 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Depart Date: 9/06/2016 Return Date: 9/8/2016 while traveling to perform work for Energy Future Holdings. |
| 093384821 | Allegro Implementation Internal Audit | 20160908 | Guyre, Jason | air | | | $ 386.70 | Roundtrip coach class airfare from Houston, TX to Dallas, TX Depart Date: 09/08/2016 Return Date: 09/08/2016 for travel to client site to perform work for EFH. |
| 093384821 | Fresh Start | 20160912 | Lancy, Bradley | air | | | $ 476.80 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 9/12/16 Return Date: 9/15/16. Business Purpose: to travel to perform work for Energy Future Holdings (EFH). |
| 093384821 | Allegro Implementation Internal Audit | 20160915 | Cody, Nonie | air | | | $ 405.40 | Roundtrip coach class airfare from Houston, TX to Dallas, TX. Depart Date: 9/15/2016 Return Date: 9/15/2016 while traveling to perform work for Energy Future Holdings. |
| 093384821 | 2000555548 | 20160915 | Gottschalk, Andy | air | | | $ 703.70 | Roundtrip coach class airfare for travel from Orlando, FL to Dallas, TX. Depart Date: 9/15/2016 Return date: 09/16/2016. |
| 093384821 | Fresh Start | 20160919 | Lancy, Bradley | air | | | $ 450.78 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 9/19/16 Return Date: 9/22/16. Business Purpose: to travel to perform work for Energy Future Holdings (EFH). |
| 093384821 | Fresh Start | 20160926 | Lancy, Bradley | air | | | $ 565.20 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 9/26/16 Return Date: 9/30/16. Business Purpose: to travel to perform work for Energy Future Holdings (EFH). |
| | | | | **Total Air** | | | **$ 4,047.58** | |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2016 through October 3, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 093384821 | Fresh Start | 20160901 | Lancy, Bradley | Lodging | | | $ 410.32 | Hotel fees incurred in Dallas, TX for 2 nights (8/30-9/1) while performing work for Energy Future Holdings. |
| 093384821 | Allegro Implementation Internal Audit | 20160906 | Cody, Nonie | Lodging | | | $ 410.32 | Lodging fee incurred at the Marriott in Dallas, TX for 2 nights (9/6 and 9/7 with check out on 9/8) while traveling to perform work for EFH. |
| 093384821 | Fresh Start | 20160914 | Lancy, Bradley | Lodging | | | $ 334.24 | Hotel fees incurred in Dallas, TX for 2 nights (9/12-9/14) while performing work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160915 | Lancy, Bradley | Lodging | | | $ 229.37 | Hotel fees incurred in Dallas, TX for 1 night (9/14-9/15) while performing work for Energy Future Holdings. |
| 093384821 | 2000555548 | 20160916 | Gottschalk, Andy | Lodging | | | $ 380.36 | Hotel fees incurred in Dallas, TX for 1 night (9/15-9/16) while performing work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160922 | Lancy, Bradley | Lodging | | | $ 615.48 | Hotel fees incurred in Dallas, TX for 3 nights (9/19-9/22) while performing work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160926 | Lancy, Bradley | Lodging | | | $ 668.48 | Hotel fees incurred in Dallas, TX for 4 nights (9/26-9/30) while performing work for Energy Future Holdings. |
| | | | **Total Lodging** | | | | **$ 3,048.57** | |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2016 through October 3, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 093384821 | Fresh Start | 20160830 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160830 | Lancy, Bradley | travel meals | | | $ 10.23 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160831 | Lancy, Bradley | travel meals | | | $ 11.02 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy (KPMG). Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160901 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch meal incurred in Dallas, TX. Attendees: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160901 | Lancy, Bradley | travel meals | | | $ 12.64 | Out of town dinner meal incurred in Dallas, TX. Attendees: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160912 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160912 | Lancy, Bradley | travel meals | | | $ 10.23 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160913 | Lancy, Bradley | travel meals | | | $ 8.87 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160913 | Lancy, Bradley | travel meals | | | $ 29.36 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160914 | Lancy, Bradley | travel meals | | | $ 11.02 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160914 | Lancy, Bradley | travel meals | | | $ 30.87 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | 2000555548 | 20160915 | Gottschalk, Andy | travel meals | | | $ 40.00 | Out of town dinner meal incurred at the Sheraton in Dallas, TX for self while traveling to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160915 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160915 | Lancy, Bradley | travel meals | | | $ 12.64 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | 2000555548 | 20160916 | Gottschalk, Andy | travel meals | | | $ 9.94 | Out of town lunch meal incurred in Dallas, TX for self while traveling to perform work for Energy Future Holdings. |
| 093384821 | 2000555548 | 20160916 | Gottschalk, Andy | travel meals | | | $ 16.63 | Out of town dinner meal incurred in Dallas, TX for self while traveling to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160919 | Lancy, Bradley | travel meals | | | $ 10.14 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160919 | Lancy, Bradley | travel meals | | | $ 35.32 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160920 | Lancy, Bradley | travel meals | | | $ 7.50 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160921 | Lancy, Bradley | travel meals | | | $ 5.68 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2016 through October 3, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 093384821 | Fresh Start | 20160921 | Lancy, Bradley | travel meals | | | $ 12.59 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160922 | Lancy, Bradley | travel meals | | | $ 7.85 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160922 | Lancy, Bradley | travel meals | | | $ 12.64 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160926 | Lancy, Bradley | travel meals | | | $ 8.00 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160926 | Lancy, Bradley | travel meals | | | $ 10.23 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160927 | Lancy, Bradley | travel meals | | | $ 8.11 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160927 | Lancy, Bradley | travel meals | | | $ 36.85 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160928 | Lancy, Bradley | travel meals | | | $ 8.00 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160928 | Lancy, Bradley | travel meals | | | $ 12.59 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160929 | Lancy, Bradley | travel meals | | | $ 40.00 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20160930 | Lancy, Bradley | travel meals | | | $ 6.61 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20161003 | Lancy, Bradley | travel meals | | | $ 8.00 | Out of town lunch meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 093384821 | Fresh Start | 20161003 | Lancy, Bradley | travel meals | | | $ 21.16 | Out of town dinner meal incurred in Dallas, TX. KPMG attendee: B. Lancy.  Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| | **Total Travel Meals** | | | | | | **$ 484.72** | |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2016 through October 3, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 093384821 | Fresh Start | 20160830 | Lancy, Bradley | ground | | | $ 23.41 | Taxi fare for travel from home to airport in Chicago, IL to catch flight to Dallas, TX to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160830 | Lancy, Bradley | ground | | | $ 31.50 | Taxi fare for travel from airport to client offices in Dallas, TX to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160901 | Lancy, Bradley | ground | | | $ 31.50 | Taxi from client offices to airport in Dallas, TX related to Energy Future Holdings work travel. |
| 093384821 | Fresh Start | 20160901 | Lancy, Bradley | ground | | | $ 55.00 | Taxi from airport to home in Chicago, IL related to Energy Future Holdings work travel. |
| 093384821 | Allegro Implementation Internal Audit | 20160906 | Cody, Nonie | ground | | | $ 37.02 | Ground transportation from home to Houston Hobby Airport. |
| 093384821 | Allegro Implementation Internal Audit | 20160906 | Cody, Nonie | ground | | | $ 23.62 | Ground transportation via Uber from Dallas Love Field to EFH office. |
| 093384821 | Allegro Implementation Internal Audit | 20160908 | Guyre, Jason | ground | | | $ 20.00 | Parking fee incurred at Houston airport for personal car for 1 day while traveling to perform work for EFH. |
| 093384821 | Allegro Implementation Internal Audit | 20160908 | Guyre, Jason | ground | | | $ 10.35 | Ground transportation via Uber for travel from Dallas Love Field to EFH offices. |
| 093384821 | Allegro Implementation Internal Audit | 20160908 | Guyre, Jason | ground | | | $ 12.72 | Ground transportation via Uber for travel from EFH offices to Dallas Love Field to catch return flight. |
| 093384821 | Allegro Implementation Internal Audit | 20160908 | Cody, Nonie | ground | | | $ 12.00 | Ground transportation via Uber for travel to Dallas Love Field |
| 093384821 | Allegro Implementation Internal Audit | 20160908 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation from Houston Hobby Airport to home. |
| 093384821 | Fresh Start | 20160912 | Lancy, Bradley | ground | | | $ 36.18 | Taxi fare for travel from home to airport in Chicago, IL to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160912 | Lancy, Bradley | ground | | | $ 31.50 | Taxi fare for travel from airport to client offices in Dallas, TX to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160914 | Lancy, Bradley | ground | | | $ 38.00 | Taxi fare for travel from client offices to hotel in Dallas, TX while performing work for Energy Future Holdings. |
| 093384821 | Allegro Implementation Internal Audit | 20160915 | Cody, Nonie | ground | | | $ 37.02 | Ground transportation from home to Houston Hobby Airport. |
| 093384821 | Allegro Implementation Internal Audit | 20160915 | Cody, Nonie | ground | | | $ 23.62 | Ground transportation from Dallas Love Field to EFH office. |
| 093384821 | Allegro Implementation Internal Audit | 20160915 | Cody, Nonie | ground | | | $ 50.00 | Ground transportation from Houston Hobby Airport to home. |
| 093384821 | 2000555548 | 20160915 | Gottschalk, Andy | ground | | | $ 55.00 | Fee for ground transportation for travel from Dallas airport to EFH offices in order to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160915 | Lancy, Bradley | ground | | | $ 38.00 | Taxi fare for travel from hotel to client offices in Dallas, TX related to Energy Future Holdings work travel. |
| 093384821 | Fresh Start | 20160915 | Lancy, Bradley | ground | | | $ 31.50 | Taxi fare for travel from client offices to airport in Dallas, TX while performing work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160915 | Lancy, Bradley | ground | | | $ 35.67 | Taxi fare for travel from airport to home in Chicago, IL after return flight from Dallas, TX to perform work for Energy Future Holdings. |
| 093384821 | 2000555548 | 20160916 | Gottschalk, Andy | ground | | | $ 55.00 | Ground transportation for travel from EFH offices to Dallas Love field airport to catch return flight. |
| 093384821 | 2000555548 | 20160916 | Gottschalk, Andy | ground | | | $ 34.00 | Parking fee incurred in Orlando, FL for personal car from Date: 9/14/2016 to Date: 9/16/2016 while traveling to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160919 | Lancy, Bradley | ground | | | $ 21.37 | Taxi fare for travel from home to airport in Chicago, IL to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160919 | Lancy, Bradley | ground | | | $ 31.50 | Taxi fare for travel from airport to client offices in Dallas, TX to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160922 | Lancy, Bradley | ground | | | $ 31.50 | Taxi fare for travel from client offices to airport in Dallas, TX while performing work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160922 | Lancy, Bradley | ground | | | $ 24.67 | Taxi fare for travel from airport to home in Chicago, IL after return flight from Dallas, TX to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160926 | Lancy, Bradley | ground | | | $ 24.68 | Taxi fare for travel from home to airport in Chicago, IL to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160926 | Lancy, Bradley | ground | | | $ 31.50 | Taxi fare for travel from airport to client offices in Dallas, TX to perform work for Energy Future Holdings. |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2016 through October 3, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 093384821 | Fresh Start | 20160930 | Lancy, Bradley | ground | | | $ 31.50 | Taxi fare for travel from client offices to airport in Dallas, TX while performing work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20160930 | Lancy, Bradley | ground | | | $ 34.79 | Taxi fare for travel from airport to home in Chicago, IL after return flight from Dallas, TX to perform work for Energy Future Holdings. |
| 093384821 | Fresh Start | 20161003 | Lancy, Bradley | ground | | | $ 23.97 | Taxi ground transportation from home to airport in Chicago, IL related to Energy Future Holdings work travel. |
| 093384821 | Fresh Start | 20161003 | Lancy, Bradley | ground | | | $ 31.50 | Taxi fare for travel from airport to client offices in Dallas, TX to perform work for Energy Future Holdings. |
| | | | **Total Ground** | | | | **$ 1,059.59** | |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2016 through October 3, 2016**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | **Total Miscellaneous** | | | | | $ - | |