## Exhibit A

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 1.1 | $960.00 |
| 003 | EFH Business Operations | 5.2 | $5,200.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 4.2 | $4,305.00 |
| 005 | EFH Corporate Governance and Board Matters | 13.7 | $14,645.00 |
| 006 | Discovery | 110.7 | $105,438.50 |
| 008 | Fee Applications and Objections | 34.9 | $31,102.50 |
| 009 | Financing and Cash Collateral | 0.6 | $600.00 |
| 010 | Hearings | 0.6 | $600.00 |
| 011 | Claims Investigations, Analyses and Objections | 10.3 | $9,092.50 |
| 015 | Plan and Disclosure Statement | 40.4 | $43,892.50 |
| 016 | Tax | 10.4 | $9,912.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **232.1** | **$225,748.00** |