## Exhibit B

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $925 | 4.0 | $3,700.00 |
| Michael E. Ellis | Partner | 2007 | Corporate | $925 | 0.2 | $185.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025 | 32.9 | $33,722.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050 | 1.1 | $1,155.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950 | 14.7 | $13,965.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350 | 0.6 | $810.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200 | 44.6 | $53,520.00 |
| Peter J. Young | Partner | 2002 | Corporate | $1,000 | 77.9 | $77,900.00 |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575 | 14.9 | $8,567.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850 | 6.4 | $5,440.00 |
| Gary Silber | Associate | 2011 | Tax | $770 | 2.6 | $2,002.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825 | 28.6 | $23,595.00 |
| **Total** | | | | | **228.5** | **$224,562.00** |

63526423v1

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Isaac L. Antoon | Project Manager of E-Discovery Services | 1.5 years | Professional Resources | $350 | 0.2 | $70.00 |
| Joseph Klock | E-Discovery Coordinator | 1.5 years | Professional Resources | $330 | 3.2 | $1,056.00 |
| Natasha Petrov | Paralegal | 1 year | Corporate | $300 | 0.2 | $60.00 |
| **Total** | | | | | **3.6** | **$1,186.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **232.1** | **$225,748.00** |

63526423v1