# Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

63526423v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $229.10 |
| Telecommunications | $0.00[1] |
| Litigation and Corporate Support Services[2] | $91.00 |
| Travel Out-of-Town – Transportation | $513.35[3] |
| Taxi, Carfare, Mileage, Parking | $305.65[4] |
| Business Meals | $120.00[5] |
| Out-of-Town Lodging | $276.58 |
| **Total** | **$1,535.68** |

---

[1] Reflects a reduction of $0.70 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and transcript (hearing and deposition) expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $7.00 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[5] Includes a reduction of $610.13 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

63526423v1