## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

63526423v1

Disbursements and Other Charges

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 07/31/2016 | Jared Zajac | Litigation Support/docketing-PACER | 20.60 |
| 08/31/2016 | Jared Zajac | Litigation Support/docketing-PACER | 15.10 |
| 09/18/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Home to O'Hare | 55.00 |
| 09/18/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 09/18/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia Airport to Hotel | 40.00 |
| 09/19/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 09/19/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber car from Delaware to Philadelphia | 87.58 |
| 09/19/2016 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia on 9/18-19/16 | 513.35 |
| 09/19/2016 | Mark K. Thomas | Lodging-1 Night Philadelphia | 276.58 |
| 09/30/2016 | Jared Zajac | Litigation Support/docketing-PACER | 11.30 |
| 10/03/2016 | Michael A. Firestein | Filing and Court Costs-COURTCALL | 44.00 |
| 10/07/2016 | Jared Zajac | Reproduction | 5.70 |
| 10/07/2016 | Jared Zajac | Reproduction | 7.20 |
| 10/07/2016 | Jared Zajac | Reproduction | 5.80 |
| 10/07/2016 | Jared Zajac | Reproduction | 3.70 |
| 10/10/2016 | Peter J. Young | Reproduction | 1.40 |
| 10/10/2016 | Peter J. Young | Reproduction | 1.40 |
| 10/11/2016 | Jared Zajac | Reproduction | 0.80 |
| 10/11/2016 | Jared Zajac | Reproduction | 0.50 |
| 10/11/2016 | Jared Zajac | Reproduction | 0.80 |
| 10/11/2016 | Peter J. Young | Reproduction | 0.20 |
| 10/11/2016 | Peter J. Young | Reproduction | 92.20 |
| 10/11/2016 | Peter J. Young | Reproduction | 25.20 |
| 10/12/2016 | Peter J. Young | Reproduction | 2.10 |
| 10/14/2016 | Jared Zajac | Reproduction | 4.40 |
| 10/14/2016 | Jared Zajac | Reproduction | 0.40 |
| 10/14/2016 | Peter J. Young | Reproduction | 1.80 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.80 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.80 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 23.10 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 11.50 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 11.50 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.10 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.10 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 10/15/2016 | Courtney M. Bowman | Reproduction | 1.80 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 1.80 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.10 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.10 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.30 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.30 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 1.90 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.20 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.30 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.10 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.10 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.10 |
| 10/20/2016 | Paulette Lindo | Reproduction | 4.20 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.20 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.10 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.30 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.10 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.40 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.40 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.30 |
| 10/20/2016 | Paulette Lindo | Reproduction | 3.40 |
| 10/20/2016 | Paulette Lindo | Reproduction | 1.30 |
| 10/24/2016 | Peter J. Young | Local Meals | 40.00 |
| 10/24/2016 | Peter J. Young | Local Transportation | 18.07 |
| 10/26/2016 | Peter J. Young | Other Disbursements-COURTCALL | 30.00 |
| 10/26/2016 | Paulette Lindo | Reproduction | 5.50 |
| 10/26/2016 | Paulette Lindo | Reproduction | 1.10 |
| 10/26/2016 | Paulette Lindo | Reproduction | 0.20 |
| 10/26/2016 | Paulette Lindo | Reproduction | 0.50 |
| 10/26/2016 | Jared Zajac | Reproduction | 2.00 |
| 10/28/2016 | Jared Zajac | Reproduction | 0.10 |
| 10/28/2016 | Jared Zajac | Reproduction | 0.40 |

Disbursements and Other Charges                                                $   1,535.68