## EXHIBIT B

### Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 14.3 | $10,725.00 |
| Gary Germeroth | Managing Director | $720 | 22.0 | $15,840.00 |
| Samuel Schreiber | Managing Consultant | $455 | 4.0 | $1,820.00 |
| Pamela Morin | Consultant | $380 | 5.6 | $2,128.00 |
|  |  |  |  |  |
|  |  | **Totals:** | **45.90** | **$30,513.00** |