# **EXHIBIT C**

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $30.00 |
|  |  |
| **Total:** | **$30.00** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $22.65 |
|  |  |
| **Total:** | **$22.65** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $7.35 |
|  |  |
| **Total:** | **$7.35** |

RLF1 15877085v.1