| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-049 | Fee Application | 20161026 | N/a | Other | | | $30.00 | Courtcall fee for Uncontested Interim hearing |
| | | | | | | subtotal: | $30.00 | |
| | | | | | | | | |