11/15/2016

US Bankruptcy Court for the District of Delaware

824 North Market Street

5th Floor Courtroom 6

Wilmington, Delaware 19801

To: Honorable Christopher Sontchi

From: Jeffrey Lammers

This letter is a follow up on the chapter 11 hearing Case No. 14-10979 (CSS). I made a claim to which the response was lack of proof by attorneys for Energy Future Holdings. I explained that the records are held by Energy Future Holdings. Since nobody took the time to look as I have done, I am sending a copy of my monthly bill which has "delivery charge" added to the electric bill starting around 3 years ago. I have stated previously that after going over several years of electric bills that an additional charge was made up called a "delivery charge" that was invoiced by a captive company of TXU known as ONCOR. Previously there was no such bill.

This charge was not previously part of the electric bill of a TXU customer. This bill annually adds $600 to my bill. This charge just showed up. I would expect this charge to be refunded in full because I had to ask repeatedly and the attorneys seemed to be hiding this information from the court and I guess all their other customers of Energy Future Holdings.

LindaSue Lammers

*[signature: Linda Sue Lammers]*

Jeffrey Lammers

*[signature: Jeffrey Lammers]*

Customer Name: LINDA LAMMERS
Account Number: 900014257318
Invoice Number: 055201791815

| Miscellaneous Charges | |
|---|---|
| Late Payment Penalty 10443720001358112 | $ 11.00 |
| Subtotal | $ 11.00 |
| **Total Miscellaneous Charges** | **$ 11.00** |

### Service Address Detail

**Service Address:** 2959 COUNTRY PLACE CIR, CARROLLTON, TX 75006-4782
**ESI ID:** 10443720001358112
The average price you paid for electric service this month was 16.1 cents per kWh excluding taxes and non-recurring charges or credits.
**Transmission Distribution Utility (TDU):** ONCOR ELECTRIC DELIVERY COMPANY

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 112809207LG | 29 | Actual | 10/10/2016 | 5401 | 11/08/2016 | 6624 | 1223 | 1 | 1223 |

| TXU Energy Texas Rewards℠ | |
|---|---|
| Base Charge | $ 4.95 |
| Energy Charge (1223 kWh x $0.11610000) | $ 141.99 |
| Subtotal | $ 146.94 |
| TDU Charges and Other Fees | |
| ONCOR TDU Delivery Charges | $ 50.38 |
| Gross Receipts Reimb | $ 3.93 |
| Subtotal | $ 54.31 |
| Sales Tax | $ 2.01 |
| **Service Address Charges Subtotal** | **$ 203.26** |

TDU Delivery Charges are regulated charges from your TDU for the delivery of electricity. Visit txu.com/tducharges for details on TDU Delivery charges.

*Superfluous Charge* (handwritten)

| **Total Miscellaneous Charges** | **$ 11.00** |
|---|---|
| **Current Charges** | **$ 214.26** |

### Additional Information

We're committed to providing you with outstanding customer service. Want to send a compliment, comment or complaint? Please email our executives at txuexec@txu.com or write us at TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. **See an unauthorized or unknown charge on your bill? Contact us toll-free at 1-877-460-4262 (24X7), and we'll work to investigate and resolve the situation.** If you're not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas PO Box 13326, Austin, TX 78711-3326; (512)936-7120 or toll-free in Texas (888)782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512)936-7136.
The amount billed may include price changes allowed by law or regulatory actions.

| Additional Payment Options | |
|---|---|
| On the Web: | txu.com/myaccount |
| Over the Phone: | 1-877-460-4262 (24X7) (toll free) |
| In Person: | Visit txu.com/payinperson for participating locations |
| AutoPay Program: | Monthly Payments automatically debited to your credit card or checking account |

# TXU energy

**Mobile Solutions**
Manage your account on-the-go.
Visit txu.com/mobilesolutions for details.

| Payment Due Date | Amount Due |
|---|---|
| 11/28/2016 | $214.26 |

### Account Information
| | |
|---|---|
| Customer Name: | LINDA LAMMERS |
| Account Number: | 900014257318 |
| Invoice Number: | 055201791815 |
| Invoice Date: | 11/10/2016 |

### Account Summary
| | | | |
|---|---|---|---|
| Previous Balance | | $ | 219.91 |
| Credits/Payments | | | |
| Inc. Check Payment | 11/01/2016 | $ | 219.91 CR |
| Balance Forward | | $ | 0.00 |
| Current Charges | | $ | 214.26 |
| Amount Due | | $ | 214.26 |

See remaining pages for invoice details.   Note: CR = Credit

### Customer Communications
Notice to customers concerning Critical Care Residential Customer and Chronic Condition Residential Customer status:
If you are a residential customer and have a person permanently residing in your home who has:
- been diagnosed by a physician as having a serious medical condition that requires an electric-powered medical device or electric heating or cooling to prevent the impairment of a major life function through a significant deterioration or exacerbation of the person's medical condition;
- been diagnosed by a physician as being dependent upon an electric-powered medical device to sustain life.

You can apply for certain protections by contacting your Retail Electric Provider for an application.

### Your Electricity Usage



### Contact Information
**Customer Service:**

| By Phone | On the Web |
|---|---|
| | txu.com |
| 1-877-460-4262 (24X7) | **Hearing Impaired:** |
| | 1-800-735-2988 (24 X 7) |

**ONCOR ELECTRIC DELIVERY COMPANY**
Power Outage Notification: 1-888-313-4747

REP Certificate:#10004

**For more information about residential electric service please visit www.powertochoose.com.**

---

*Please return this portion with your payment in the enclosed envelope. Make checks payable to TXU Energy. Do not include correspondence with your payment.*

The TXU Energy Aid℠ program helps families in critical situations with bill payment assistance.
**For Donations Only**

One-time gift to TXU Energy Aid℠ program     $ _____

Recurring monthly donation to TXU Energy Aid℠ program     $ _____

| Payment Due Date | Amount Due |
|---|---|
| 11/28/2016 | $214.26 |

*Additional payment options on the back.*

**To ensure proper payment posting, please provide this number (900014257318) on all payments and send to the address directly below.**

AV 01 000692 43650 B 2 A**5DGT

LINDA LAMMERS
2959 COUNTRY PLACE CIR
CARROLLTON TX 75006-4782



TXU ENERGY
PO BOX 650700
DALLAS, TX 75265-0700

2190001425731800000214260000000000b