**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 10249** |

**DECLARATION OF JONATHAN F. GANTER, ESQ. IN SUPPORT OF OPPOSITION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO THE MOTION OF SHIRLEY FENICLE, DAVID WILLIAM FAHY, JOHN H. JONES, AND DAVID HEINZMANN TO DISMISS CHAPTER 11 PETITIONS OF ASBESTOS DEBTORS EECI, INC., EEC HOLDINGS, INC., LSGT SACROC, INC., AND LSGT GAS CO. LLC**

JONATHAN F. GANTER declares as follows:

1. I am an attorney admitted to practice in the District of Columbia and the United States District Court for the District of Columbia and the State of New Jersey. I am admitted *pro hac vice* in the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the *Opposition of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT Sacroc, Inc., And LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(B)*, filed contemporaneously herewith.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used but not defined herein are given the meanings ascribed to them in the *Opposition of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI,*

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the TXU Corp. Form 10-K (FY 1997), Bates numbered EFH01434704.

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a document entitled Select Intercompany Balances as of June 20, 2015, Bates numbered EFH06448281.

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of a document entitled Stock Purchase Agreement and dated May 11, 1976, Bates numbered EFH06440537.

6. Attached hereto as <u>Exhibit D</u> is a true and correct copy of a document entitled Generating History of Ebasco, Bates numbered EFH06582051.

7. Attached hereto as <u>Exhibit E</u> is a true and correct copy of a document entitled Asset Purchase Agreement between Enserch Corp., Ebasco Services Inc., Raytheon Engineers & Constructors, Inc., and United Engineers & Constructors, Inc., Bates numbered EFH06440586.

8. Attached hereto as <u>Exhibit F</u> is a true and correct copy of a document entitled Purchase and Sale Agreement between Ebasco Services Inc. and Enserch E&C, Inc., Bates numbered EFH06440731.

9. Attached hereto as <u>Exhibit G</u> is a true and correct copy of a document entitled Name Change of Enserch E & C, Inc. to EECI, Inc., Bates numbered EFH06441281.

10. Attached hereto as <u>Exhibit H</u> is a true and correct copy of a document entitled E-Side Claims History, Bates numbered EFH06578105.

11. Attached hereto as <u>Exhibit I</u> is a true and correct copy of a document entitled Management Structure – Point in Time Report, Bates numbered EFH06440765.

12. Attached hereto as <u>Exhibit J</u> is a true and correct copy of the September 30, 2016 Minutes of Meeting of Joint Boards, Bates numbered EFH06578080.

---

*Inc., EEC Holdings, Inc., LSGT Sacroc, Inc., And LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b)* [D.I. 10249].

13. Attached hereto as <u>Exhibit K</u> is a true and correct copy of the April 25, 2014 Minutes of the Board of Directors Meeting of EECI, Inc., Bates numbered EFH06449593.

14. Attached hereto as <u>Exhibit L</u> is a true and correct copy of the April 28, 2014 Written Consent in Lieu of a Meeting of the Board of Directors of EECI, Inc. Bates numbered EFH06449594.

15. Attached hereto as <u>Exhibit M</u> is a true and correct copy of the April 28, 2014 Omnibus Written Consent In Lieu of a Meeting of the Boards of directors and Boards of Managers of EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Company LLC, Bates numbered EFH06448786.

16. Attached hereto as <u>Exhibit N</u> is a true and correct copy of the March 6, 2015 Restructuring Update Presentation, Bates numbered EFH05547309.

17. Attached hereto as <u>Exhibit O</u> is a true and correct copy of an email from S. Dore to K&E, EFH forwarding NEE Bid Letter and Term Sheet, dated May 2, 2016, Bates numbered EFH06362905.

18. Attached hereto as <u>Exhibit P</u> is a true and correct copy of an email from P. Keglevic to T. Horton forwarding NEE Bid Letter and Term Sheet, dated May 18, 2016, Bates numbered EFH06337329 - EFH06337352.

19. Attached hereto as <u>Exhibit Q</u> is a true and correct copy of an email from C. Sieving to S. Dore re Next Week and Diligence, dated June 18, 2016, Bates numbered EFH06436044.

20. Attached hereto as <u>Exhibit R</u> is a true and correct copy of the April 7, 2015 Minutes of the Joint Meeting of EECI, Inc. and LSGT Gas Company LLC, Bates numbered EFH06449607.

21. Attached hereto as <u>Exhibit S</u> is a true and correct copy of an email and its attachment from P. Williams to A. Horton, forwarding NextEra Due Diligence Tracker, dated June 6, 2016, Bates numbered EFH06523195 - EFH06523197.

22. Attached hereto as <u>Exhibit T</u> is a true and correct copy of an email and its attachment from P. Williams to A. Horton, forwarding updated NextEra Due Diligence Tracker, dated June 14, 2016, Bates numbered EFH06526698 - EFH06526699.

23. Attached hereto as <u>Exhibit U</u> is a true and correct copy of an email and its attachment from P. Williams to A. Horton, forwarding updated NextEra Due Diligence Tracker, dated June 16, 2016, Bates numbered EFH06526526 - EFH06526530.

24. Attached hereto as <u>Exhibit V</u> is a true and correct copy of an email from C. Sieving to A. Horton re Checking in, dated July 8, 2016, Bates numbered EFH06403919.

25. Attached hereto as <u>Exhibit W</u> is a true and correct copy of an email from C. Sieving to A. Horton re Checking in, dated July 11, 2016, Bates numbered EFH06522822.

26. Attached hereto as <u>Exhibit X</u> is a true and correct copy of an email from A. Yenamandra to A. Horton *et al.*, attaching July 17, 2016 NextEra Redline of Draft Third Amended Joint Plan of Reorganization, dated July 22, 2016, Bates numbered EFH06410609 - EFH06410951.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 23rd day of November, 2016.

/s/ Jonathan F. Ganter
Jonathan F. Ganter (*pro hac vice*)