# **EXHIBIT B**

**Select Intercompany Balances**
*As of June 30, 2015*
*Dollars in Millions*

| Entity Owing | Entity Owed | 2230000 - Advances from Assoc Cos - MP | 2231000 - Adv from Assoc Co MP Prepet | 2339970 - Notes Payable-Assoc Subj Compr | 2340000 - A_P - Associated Companies | 2349000 - Associate Companies-Advances | 2349970 - Accts Payable-Assoc Subj Compr | Total |
|---|---|---|---|---|---|---|---|---|
| **LSGT Gas Company LLC** | | | | | | | | |
| LSGT Gas Company LLC | EEC Holdings, Inc. | - | 122.68 | 281.10 | - | - | - | 403.78 |
| LSGT Gas Company LLC | EECI, Inc. | - | 83.71 | - | - | - | - | 83.71 |
| LSGT Gas Company LLC | LSGT SACROC, Inc. | - | 461.51 | 40.61 | - | - | - | 502.11 |
| LSGT Gas Company LLC | Energy Future Holdings Corp. | - | - | - | 0.10 | 0.18 | (0.00) | 0.28 |
| Total | | - | 667.89 | 321.71 | 0.10 | 0.18 | (0.00) | 989.88 |
| **EEC Holdings, Inc.** | LSGT Gas Company LLC | 0.02 | - | - | - | - | - | 0.02 |
| **EECI, Inc.** | LSGT Gas Company LLC | 0.11 | - | - | - | - | - | 0.11 |
| **Ebasco Services of Canada Limited** | LSGT Gas Company LLC | - | 1.54 | - | - | - | - | 1.54 |
| **Energy Future Holdings Corp.** | LSGT Gas Company LLC | 0.55 | 187.27 | 372.40 | 0.13 | 0.01 | - | 560.36 |
| **Total** | | 0.67 | 856.70 | 694.11 | 0.23 | 0.19 | (0.00) | 1,551.90 |

Highly Confidential                                                                                                                                          EFH06448281

**Select Intercompany Balance Descriptions**

| Entity Owing | Entity Owed | General Ledger | General Ledger Description | Amount | Description of the Intercompany Balance |
|---|---|---|---|---|---|
| LSGT Gas Company LLC | EEC Holdings, Inc. | 2231000 | Adv from Assoc Co MP Prepet | $122,675,619 | EEC Holdings, Inc. advances to LSGT Gas Company LLC 1/1/1998 $296M; EEC Holdings, Inc. MP interest income from LSGT Gas Company LLC 1998-2014 $147M; reclassification of amounts to noncurrent account $(281)M; carve-out EECI, Inc. $(84)M; Exxon vs Ebasco settlement in 2000 $44M. |
| LSGT Gas Company LLC | EECI, Inc. | 2231000 | Adv from Assoc Co MP Prepet | $83,707,457 | Carve-out of EEC Holdings, Inc. between EECI, Inc. & E&C Holdings based on equity walkforward 2005-2014. |
| LSGT Gas Company LLC | LSGT SACROC, Inc. | 2231000 | Adv from Assoc Co MP Prepet | $461,508,510 | LSGT SACROC, Inc. advances to LSGT Gas Company LLC 1/1/1998 $281M; LSGT SACROC, Inc. MP interest income from LSGT Gas Company LLC 1998-2014 $380M; Balance sheet and legal entity clean-up $(69)M; settle interest on intercompany note with LSGT Gas Company LLC $(59)M; reclassification of amounts to noncurrent account $(41)M; Other ($31M). |
| Energy Future Holdings Corp. | LSGT Gas Company LLC | 2231000 | Adv from Assoc Co MP Prepet | $187,268,266 | LSGT Gas Company LLC MP interest income from Energy Future Holdings Corp. 1998-2014 $232M; Other ($45M). |
| LSGT Gas Company LLC | EEC Holdings, Inc. | 2339970 | Notes Payable-Assoc Subj Compr | $281,099,736 | Prepetition reclassification of moneypool balance to noncurrent note payable. |
| LSGT Gas Company LLC | LSGT SACROC, Inc. | 2339970 | Notes Payable-Assoc Subj Compr | $40,606,189 | Prepetition reclassification of moneypool balance to noncurrent note payable. |
| Energy Future Holdings Corp. | LSGT Gas Company LLC | 2339970 | Notes Payable-Assoc Subj Compr | $372,400,000 | LSGT Gas Company LLC loan to Energy Future Holdings Corp. |

Highly Confidential                EFH06448282