# **<u>EXHIBIT G</u>**

*DEAN HELLER*
Secretary of State

*RENEE L. PARKER*
Chief Deputy
Secretary of State

*PAMELA RUCKEL*
Deputy Secretary
for Southern Nevada



**STATE OF NEVADA**

OFFICE OF THE
**SECRETARY OF STATE**

*CHARLES E. MOORE*
Securities Administrator

*SCOTT W. ANDERSON*
Deputy Secretary
for Commercial Recordings

*ELLICK HSU*
Deputy Secretary
for Elections

C T CORPORATION SYSTEM
350 NORTH ST PAUL
DALLAS, TX 75201

June 16, 2006

**Job Number:** C20060616-0420

**Job Contents:**
NV Corp Filing Acknowledgement(s):   2
File Stamped Copy(s):   2

**Special Handling Instructions:**

1FSC/AMEND, NAME RELEASE
FEDX 7919 7262 5209
MRK
6/16/06

C T CORPORATION SYSTEM
350 NORTH ST PAUL
DALLAS, TX 75201

Highly Confidential

EFH06441281

| | | |
|---|---|---|
| DEAN HELLER<br>*Secretary of State*<br><br>RENEE L. PARKER<br>*Chief Deputy*<br>*Secretary of State*<br><br>PAMELA RUCKEL<br>*Deputy Secretary*<br>*for Southern Nevada* | **STATE OF NEVADA**<br><br>OFFICE OF THE<br>SECRETARY OF STATE | CHARLES E. MOORE<br>*Securities Administrator*<br><br>SCOTT W. ANDERSON<br>*Deputy Secretary*<br>*for Commercial Recordings*<br><br>ELLICK HSU<br>*Deputy Secretary*<br>*for Elections* |

## Filing Acknowledgement

June 16, 2006

**Job Number**
C20060616-0420

**Corporation Number**
C13554-1993

**Filing Description**
Amendment

**Document Filing Number**
20060384644-47

**Date/Time of Filing**
June 16, 2006 08:45:03 AM

**Corporation Name**
EECI, INC.

**Resident Agent**
CORPORATION TRUST COMPANY OF NEVADA

The attached document(s) were filed with the Nevada Secretary of State, Commercial Recordings Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Respectfully,

DEAN HELLER
Secretary of State

Highly Confidential                                                                                                                         EFH06441282

JUN-16-2006  10:46                                                                                      P.03



**DEAN HELLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4299
(775) 684-5708
Website: secretaryofstate.biz

Entity # C13554-1993
Document Number 20060384644-47
Date Filed: 6/16/2006 8:45:03 AM
In the office of

Dean Heller
Secretary of State

## Certificate of Amendment
(PURSUANT TO NRS 78.385 and 78.390)

### Certificate of Amendment to Articles of Incorporation For Nevada Profit Corporations
(Pursuant to NRS 78.385 and 78.390 - After Issuance of Stock)

1. Name of corporation:
   ENSERCH E&C, Inc.

2. The articles have been amended as follows (provide article numbers, if available):
   The First Article has been amended to read in its entirety as follows:
   "FIRST. The name of the corporation is EECI, Inc."

3. The vote by which the stockholders holding shares in the corporation entitling them to exercise at least a majority of the voting power, or such greater proportion of the voting power as may be required in the case of a vote by classes or series, or as may be required by the provisions of the * articles of incorporation have voted in favor of the amendment is: 10 in favor (unanimous). None opposed.

4. Effective date of filing (optional):

5. Officer Signature (required): _[signature]_

*If any proposed amendment would alter or change any preference or any relative or other right given to any class or series of outstanding shares, then the amendment must be approved by the vote, in addition to the affirmative vote otherwise required, of the holders of shares representing a majority of the voting power of each class or series affected by the amendment regardless of limitations or restrictions on the voting power thereof.

**IMPORTANT:** Failure to include any of the above information and submit the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*

TOTAL P.03

Highly Confidential                                                                                     EFH06441283

DEAN HELLER
Secretary of State

RENEE L. PARKER
Chief Deputy
Secretary of State

PAMELA RUCKEL
Deputy Secretary
for Southern Nevada

**STATE OF NEVADA**



OFFICE OF THE
SECRETARY OF STATE

CHARLES E. MOORE
Securities Administrator

SCOTT W. ANDERSON
Deputy Secretary
for Commercial Recordings

ELLICK HSU
Deputy Secretary
for Elections

## Filing Acknowledgement

June 16, 2006

**Job Number**
C20060616-0420

**Corporation Number**
C13554-1993

**Filing Description**
Miscellaneous

**Document Filing Number**
20060384645-58

**Date/Time of Filing**
June 16, 2006 08:45:03 AM

**Corporation Name**
EECI, INC.

**Resident Agent**
CORPORATION TRUST COMPANY OF NEVADA

The attached document(s) were filed with the Nevada Secretary of State, Commercial Recordings Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Respectfully,

*Dean Heller*

DEAN HELLER
Secretary of State

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138

Highly Confidential                                                                                                          EFH06441284

JUN-16-2006  10:45                                                                                      P.02



**DEAN HELLER**
Secretary of State
206 North Carson Street
Carson City, Nevada 89701-4299
(775) 684-5708
Website: secretaryofstate.biz

Entity #
C13554-1993
Document Number:
20060384645-58

Date Filed:
6/16/2006 8:45:03 AM
In the office of

*[signature]*

Above: Dean Heller
Secretary of State

## Name Consent or Release

*Complete one only. Signature must be notarized.*

### Name Consent (if name is currently filed in Nevada)

I, _____ , hereby give consent
   (current holder of name)

to _____ to use the name
   (recipient of name)

_____
(name being released)

### Name Release (if name is currently reserved in Nevada)

I, Jared S. Richardson _____ , hereby give consent
         (current holder of name)

to ENSERCH E&C, Inc. _____ to use the name
         (recipient of name)

EECI, Inc. _____
(name being released)

Signed: *[signature]*
        (signature of current holder of name)

[Notary stamp: PHYLLIS J. WINN, NOTARY PUBLIC STATE OF TEXAS, COMMISSION EXPIRES: JULY 7, 2009]

State of  Texas
County of  Dallas
This document was acknowledged before me on  June 15, 2006
                                                (date)

By  Jared S. Richardson                    *[signature]* Phyllis Winn
    (name of person being notarized)        (signature of notary public)

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:44
1.1.4.34

Highly Confidential                                                                    EFH06441285