# <u>EXHIBIT H</u>

## Filed Under Seal