# **<u>EXHIBIT I</u>**

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45

| Management Structure- Point in Time Report                                            ||||||
|---|---|---|---|---|---|
| Is Between- January 1, 2009 - June 17, 2016                                           ||||||
|  |  |  |  | \* Termination Date -No longer with the Company |||
| Entity Name | Management Name | Title | Role Start Date | Role End | Termination Date |
| Brighten Energy LLC | Burke, James A. | Manager | 09-20-2010 | -- | -- |
|  | Keglevic, Paul M. | Manager | 09-20-2010 | -- | -- |
|  | Burke, James A. | Chairman, President and Chief Executive | 09-20-2010 | -- | -- |
|  | Kirby, Carrie L. | Executive Vice President | 02-03-2014 | -- | -- |
|  | Landy, Richard J. | Executive Vice President | 09-20-2010 | -- | 03-30-2012 |
|  | Carter, Michael L. | Senior Vice President and Chief Financial Officer | 09-20-2010 | 03-01-2012 | -- |
|  | Faranetta, David D. | Senior Vice President and Chief Financial Officer | 03-01-2012 | -- | -- |
|  | Howard, Carla A. | Senior Vice President | 12-31-2012 | -- | -- |
|  | Kirby, Carrie L. | Senior Vice President | 04-01-2012 | 02-03-2014 | -- |
|  | Perry, Nancy F. | Senior Vice President | 09-20-2010 | -- | 04-01-2012 |
|  | Szlauderbach, Stanley J. | Senior Vice President | 09-20-2010 | -- | 09-30-2014 |
|  | Gooch, Cecily Small | Vice President, General Counsel and Secretary | 09-20-2010 | 04-25-2014 | -- |
|  | Kirby, Carrie L. | Vice President of Human Resources | 09-20-2010 | 04-01-2012 | -- |
|  | Richie, Carl S. | Vice President of Governmental Affairs | 09-20-2010 | -- | 12-14-2011 |
|  | Tulloh, Brian T. | Vice President of Public Affairs | 09-20-2010 | -- | 12-14-2011 |
|  | Vazquez, Gabriel V | Vice President and Chief Legal Officer | 04-25-2014 | -- | -- |
|  | Camp, Jeffrey S. | Vice President | 09-20-2010 | -- | -- |
|  | Castro, Gabriel R. | Vice President | 09-20-2010 | -- | -- |
|  | Chase, Patrick Kevin | Vice President | 09-20-2010 | -- | 06-20-2011 |
|  | Geary, John William | Vice President | 09-20-2010 | -- | -- |
|  | Grasso, Michael Paul | Vice President | 09-20-2010 | -- | 07-06-2014 |
|  | Hayes, Gary W. | Vice President | 09-20-2010 | -- | 12-14-2010 |
|  | Hennekes, David E. | Vice President | 09-20-2010 | -- | 08-05-2011 |
|  | Malick, Aaron Ravi | Vice President | 02-03-2014 | -- | -- |
|  | Nickerson, Floyd W. | Vice President | 12-31-2012 | -- | -- |
|  | Perry, Nancy F. | Vice President | 04-01-2012 | 12-31-2012 | -- |
|  | Rod, Kelli A. | Vice President | 09-20-2010 | -- | 12-14-2011 |
|  | Sarich, Gregory S. | Vice President | 06-20-2011 | -- | 09-15-2013 |
|  | Seiger, Sydney C. | Vice President | 11-04-2014 | -- | -- |
|  | Smith, Donald B. | Vice President | 09-20-2010 | -- | 03-11-2013 |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

Highly Confidential                                                                                                    EFH06440765

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Weeks, Richard Glenn | Vice President | 09-20-2010 | -- | 08-05-2011 |
|  | Horton, Anthony R. | Treasurer | 09-20-2010 | -- | -- |
|  | Walker, Jeffrey J. | Secretary | 04-25-2014 | -- | -- |
|  | Burton, Ashley A | Assistant Secretary | 02-03-2014 | -- | -- |
|  | Degeyter, Brock M. | Assistant Secretary | 09-20-2010 | -- | 12-31-2011 |
|  | Fleshman, Betty R. | Assistant Secretary | 12-31-2011 | -- | 02-03-2014 |
|  | Moldovan, Kristopher E. | Assistant Treasurer | 09-20-2010 | -- | -- |
|  | Ashby, Kevin M. | Tax Signing Officer | 09-20-2010 | -- | -- |
|  | Howard, Carla A. | Tax Signing Officer | 09-20-2010 | 12-31-2012 | -- |
|  |  |  |  |  |  |
| Brighten Holdings LLC | Burke, James A. | Manager | 09-20-2010 | -- | -- |
|  | Keglevic, Paul M. | Manager | 09-20-2010 | -- | -- |
|  | Burke, James A. | Chairman, President and Chief Executive | 09-20-2010 | -- | -- |
|  | Kirby, Carrie L. | Executive Vice President | 02-03-2014 | -- | -- |
|  | Landy, Richard J. | Executive Vice President | 09-20-2010 | -- | 03-30-2012 |
|  | Carter, Michael L. | Senior Vice President and Chief Financial Officer | 09-20-2010 | 03-01-2012 | -- |
|  | Faranetta, David D. | Senior Vice President and Chief Financial Officer | 03-01-2012 | -- | -- |
|  | Howard, Carla A. | Senior Vice President | 12-31-2012 | -- | -- |
|  | Kirby, Carrie L. | Senior Vice President | 04-01-2012 | 02-03-2014 | -- |
|  | Perry, Nancy F. | Senior Vice President | 09-20-2010 | -- | 04-01-2012 |
|  | Szlauderbach, Stanley J. | Senior Vice President | 09-20-2010 | -- | 09-30-2014 |
|  | Gooch, Cecily Small | Vice President, General Counsel and Secretary | 09-20-2010 | 04-25-2014 | -- |
|  | Kirby, Carrie L. | Vice President of Human Resources | 09-20-2010 | 04-01-2012 | -- |
|  | Richie, Carl S. | Vice President of Governmental Affairs | 09-20-2010 | -- | 12-14-2011 |
|  | Tulloh, Brian T. | Vice President of Public Affairs | 09-20-2010 | -- | 12-14-2011 |
|  | Vazquez, Gabriel V | Vice President and Chief Legal Officer | 04-25-2014 | -- | -- |
|  | Camp, Jeffrey S. | Vice President | 09-20-2010 | -- | -- |
|  | Castro, Gabriel R. | Vice President | 09-20-2010 | -- | -- |
|  | Chase, Patrick Kevin | Vice President | 09-20-2010 | -- | 06-20-2011 |
|  | Geary, John William | Vice President | 09-20-2010 | -- | -- |
|  | Grasso, Michael Paul | Vice President | 09-20-2010 | -- | 07-06-2014 |
|  | Hayes, Gary W. | Vice President | 09-20-2010 | -- | 12-14-2010 |
|  | Hennekes, David E. | Vice President | 09-20-2010 | -- | 08-05-2011 |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

Highly Confidential

EFH06440766

|   | Name | Title | Start Date | | End Date |
|---|---|---|---|---|---|
|   | Malick, Aaron Ravi | Vice President | 02-03-2014 | -- | -- |
|   | Nickerson, Floyd W. | Vice President | 12-31-2012 | -- | -- |
|   | Perry, Nancy F. | Vice President | 04-01-2012 | -- | 12-31-2012 |
|   | Rod, Kelli A. | Vice President | 09-20-2010 | -- | 12-14-2011 |
|   | Sarich, Gregory S. | Vice President | 06-20-2011 | -- | 09-15-2013 |
|   | Seiger, Sydney C. | Vice President | 11-04-2014 | -- | -- |
|   | Smith, Donald B. | Vice President | 09-20-2010 | -- | 03-11-2013 |
|   | Weeks, Richard Glenn | Vice President | 09-20-2010 | -- | 08-05-2011 |
|   | Horton, Anthony R. | Treasurer | 09-20-2010 | -- | -- |
|   | Walker, Jeffrey J. | Secretary | 04-25-2014 | -- | -- |
|   | Burton, Ashley A | Assistant Secretary | 02-03-2014 | -- | -- |
|   | Degeyter, Brock M. | Assistant Secretary | 09-20-2010 | -- | 12-31-2011 |
|   | Fleshman, Betty R. | Assistant Secretary | 12-31-2011 | -- | 02-03-2014 |
|   | Moldovan, Kristopher E. | Assistant Treasurer | 09-20-2010 | -- | -- |
|   | Ashby, Kevin M. | Tax Signing Officer | 09-20-2010 | -- | -- |
|   | Howard, Carla A. | Tax Signing Officer | 09-20-2010 | 12-31-2012 | -- |
|   |  |  |  |  |  |
| Ebasco Services of Canada Limited | Dunlop, David | Director | 05-30-2016 | -- | -- |
|   | Horton, Anthony R. | Director | 02-03-2014 | -- | -- |
|   | Keglevic, Paul M. | Director | 03-07-2011 | 02-03-2014 | -- |
|   | Peterson, M. M. | Director | 08-16-2004 | -- | 12-31-2012 |
|   | Walters, Robert C. | Director | 04-01-2008 | -- | 03-07-2011 |
|   | Wentzell, David G. | Director | 12-28-2002 | -- | 05-30-2016 |
|   | Walters, Robert C. | Chairman of the Board, President and Chief Executive | 06-24-2008 | -- | 03-07-2011 |
|   | Horton, Anthony R. | President and Treasurer | 02-03-2014 | -- | -- |
|   | Keglevic, Paul M. | President | 03-07-2011 | 02-03-2014 | -- |
|   | Howard, Carla A. | Senior Vice President | 12-31-2012 | 02-03-2014 | -- |
|   | Szlauderbach, Stanley J. | Senior Vice President | 10-22-2008 | -- | 02-03-2014 |
|   | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
|   | Degeyter, Brock M. | Secretary | 07-08-2010 | -- | 12-31-2011 |
|   | Horton, Anthony R. | Treasurer | 03-05-2008 | 02-03-2014 | -- |
|   | Richardson, Jared S. | Secretary | 03-05-2008 | -- | 12-31-2009 |
|   | Fleshman, Betty R. | Assistant Secretary | 03-05-2008 | -- | 02-03-2014 |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

| | | | | | |
|---|---|---|---|---|---|
| | Moldovan, Kristopher E. | Assistant Treasurer | 07-08-2010 | -- | -- |
| | Ashby, Kevin M. | Tax Signing Officer | 07-08-2010 | -- | -- |
| | Howard, Carla A. | Tax Signing Officer | 07-29-2005 | 12-31-2012 | -- |
| | Sigler, David A. | Tax Signing Officer | 03-09-2006 | -- | 09-25-2009 |
| | | | | | |
| EEC Holdings, Inc. | Horton, Anthony R. | Director | 03-16-2006 | 12-17-2009 | -- |
| | Horton, Anthony R. | Director | 02-03-2014 | -- | -- |
| | Keglevic, Paul M. | Director | 08-06-2008 | 02-03-2014 | -- |
| | Walters, Robert C. | Director | 04-01-2008 | -- | 03-07-2011 |
| | Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04-08-2008 | -- | 03-07-2011 |
| | Horton, Anthony R. | President and Treasurer | 02-03-2014 | -- | -- |
| | Keglevic, Paul M. | President | 03-07-2011 | 02-03-2014 | -- |
| | Howard, Carla A. | Senior Vice President | 12-31-2012 | 02-03-2014 | -- |
| | Szlauderbach, Stanley J. | Senior Vice President | 10-03-2008 | -- | 02-03-2014 |
| | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
| | Degeyter, Brock M. | Secretary | 06-22-2010 | -- | 12-31-2011 |
| | Horton, Anthony R. | Treasurer | 03-05-2008 | -- | 02-03-2014 |
| | Richardson, Jared S. | Secretary | 03-05-2008 | -- | 12-31-2009 |
| | Fleshman, Betty R. | Assistant Secretary | 03-05-2008 | -- | 02-03-2014 |
| | Moldovan, Kristopher E. | Assistant Treasurer | 06-22-2010 | -- | -- |
| | Ashby, Kevin M. | Tax Signing Officer | 06-22-2010 | -- | -- |
| | Howard, Carla A. | Tax Signing Officer | 05-25-2005 | 12-31-2012 | -- |
| | Sigler, David A. | Tax Signing Officer | 03-09-2006 | -- | 09-25-2009 |
| | | | | | |
| EECI, Inc. | Horton, Anthony R. | Director | 03-16-2006 | -- | -- |
| | Keglevic, Paul M. | Director | 08-06-2008 | 02-03-2014 | -- |
| | Moldovan, Kristopher E. | Director | 02-03-2014 | -- | -- |
| | Walters, Robert C. | Director | 04-01-2008 | -- | 03-07-2011 |
| | Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04-08-2008 | -- | 03-07-2011 |
| | Horton, Anthony R. | President and Treasurer | 02-03-2014 | -- | -- |
| | Keglevic, Paul M. | President | 03-07-2011 | 02-03-2014 | -- |
| | Howard, Carla A. | Senior Vice President | 12-31-2012 | 02-03-2014 | -- |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

Highly Confidential                                                                 EFH06440768

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

| | | | | | |
|---|---|---|---|---|---|
| | Szlauderbach, Stanley J. | Senior Vice President | 10-03-2008 | -- | 02-03-2014 |
| | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
| | Degeyter, Brock M. | Secretary | 06-22-2010 | -- | 12-31-2011 |
| | Horton, Anthony R. | Treasurer | 03-05-2008 | 02-03-2014 | -- |
| | Horton, Anthony R. | Treasurer and Assistant Secretary | 07-26-2004 | 03-04-2008 | -- |
| | Richardson, Jared S. | Secretary | 03-05-2008 | -- | 12-31-2009 |
| | Fleshman, Betty R. | Assistant Secretary | 03-05-2008 | -- | 02-03-2014 |
| | Moldovan, Kristopher E. | Assistant Treasurer | 06-22-2010 | -- | -- |
| | Ashby, Kevin M. | Tax Signing Officer | 06-22-2010 | -- | -- |
| | Howard, Carla A. | Tax Signing Officer | 07-29-2005 | 12-31-2012 | -- |
| | Sigler, David A. | Tax Signing Officer | 03-09-2006 | -- | 09-25-2009 |
| | | | | | |
| EFH Australia (No.2) Holdings Company | Horton, Anthony R. | Director | 07-29-2005 | -- | -- |
| | Keglevic, Paul M. | Director | 03-07-2011 | -- | -- |
| | Walters, Robert C. | Director | 04-01-2008 | -- | 03-07-2011 |
| | Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04-08-2008 | -- | 03-07-2011 |
| | Keglevic, Paul M. | President | 03-07-2011 | -- | -- |
| | Howard, Carla A. | Senior Vice President | 12-31-2012 | -- | -- |
| | Szlauderbach, Stanley J. | Senior Vice President | 10-03-2008 | -- | 09-30-2014 |
| | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
| | Degeyter, Brock M. | Secretary | 06-22-2010 | -- | 12-31-2011 |
| | Horton, Anthony R. | Treasurer | 01-22-2008 | -- | -- |
| | Richardson, Jared S. | Secretary | 01-22-2008 | -- | 12-31-2009 |
| | Fleshman, Betty R. | Assistant Secretary | 01-22-2008 | -- | 03-31-2015 |
| | Moldovan, Kristopher E. | Assistant Treasurer | 06-22-2010 | -- | -- |
| | Ashby, Kevin M. | Tax Signing Officer | 06-22-2010 | -- | -- |
| | Howard, Carla A. | Tax Signing Officer | 07-29-2005 | 12-31-2012 | -- |
| | Sigler, David A. | Tax Signing Officer | 03-09-2006 | -- | 09-25-2009 |
| | | | | | |
| EFH Finance (No.2) Holdings Company | Horton, Anthony R. | Director | 03-16-2006 | -- | -- |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

Highly Confidential                                                                                                                    EFH06440769

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

|  | Walters, Robert C. | Director | 04-01-2008 | -- | 03-07-2011 |
|---|---|---|---|---|---|
|  | Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04-08-2008 | -- | 03-07-2011 |
|  | Keglevic, Paul M. | President | 03-07-2011 | -- | -- |
|  | Howard, Carla A. | Senior Vice President | 12-31-2012 | -- | -- |
|  | Szlauderbach, Stanley J. | Senior Vice President | 10-03-2008 | -- | 09-30-2014 |
|  | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
|  | Degeyter, Brock M. | Secretary | 06-22-2010 | -- | 12-31-2011 |
|  | Horton, Anthony R. | Treasurer | 03-05-2008 | -- | -- |
|  | Richardson, Jared S. | Secretary | 03-05-2008 | -- | 12-31-2009 |
|  | Fleshman, Betty R. | Assistant Secretary | 03-05-2008 | -- | 03-31-2015 |
|  | Moldovan, Kristopher E. | Assistant Treasurer | 06-22-2010 | -- | -- |
|  | Ashby, Kevin M. | Tax Signing Officer | 06-22-2010 | -- | -- |
|  | Howard, Carla A. | Tax Signing Officer | 07-29-2005 | 12-31-2012 | -- |
|  | Sigler, David A. | Tax Signing Officer | 03-09-2006 | -- | 09-25-2009 |
|  |  |  |  |  |  |
| EFH FS Holdings Company | Horton, Anthony R. | Director | 07-29-2005 | -- | -- |
|  | Walters, Robert C. | Director | 04-01-2008 | -- | 03-07-2011 |
|  | Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04-08-2008 | -- | 03-07-2011 |
|  | Keglevic, Paul M. | President | 03-07-2011 | -- | -- |
|  | Howard, Carla A. | Senior Vice President | 12-31-2012 | -- | -- |
|  | Szlauderbach, Stanley J. | Senior Vice President | 10-03-2008 | -- | 09-30-2014 |
|  | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
|  | Degeyter, Brock M. | Secretary | 06-22-2010 | -- | 12-31-2011 |
|  | Horton, Anthony R. | Treasurer | 07-26-2004 | -- | -- |
|  | Richardson, Jared S. | Secretary | 01-22-2008 | -- | 12-31-2009 |
|  | Fleshman, Betty R. | Assistant Secretary | 01-22-2008 | -- | 03-31-2015 |
|  | Moldovan, Kristopher E. | Assistant Treasurer | 06-22-2010 | -- | -- |
|  | Ashby, Kevin M. | Tax Signing Officer | 06-22-2010 | -- | -- |
|  | Howard, Carla A. | Tax Signing Officer | 07-29-2005 | 12-31-2012 | -- |
|  | Sigler, David A. | Tax Signing Officer | 03-09-2006 | -- | 09-25-2009 |
|  |  |  |  |  |  |
| EFH Renewables Company LLC | Keglevic, Paul M. | Manager | 02-25-2010 | -- | -- |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

|  | Walters, Robert C. | Manager | 02-25-2010 | -- | 03-07-2011 |
|---|---|---|---|---|---|
|  | Young, John F. | President and Chief Executive | 02-25-2010 | -- | -- |
|  | McFarland, M. A. | Executive Vice President | 12-31-2012 | -- | -- |
|  | Walters, Robert C. | Executive Vice President and General Counsel | 02-25-2010 | -- | 03-07-2011 |
|  | McFarland, M. A. | Senior Vice President and Chief Commercial Officer | 02-25-2010 | 12-31-2012 | -- |
|  | Frenzel, Robert C. | Senior Vice President | 02-25-2010 | 03-01-2012 | -- |
|  | Ho, Joseph C. | Senior Vice President | 02-03-2014 | -- | -- |
|  | Howard, Carla A. | Senior Vice President | 12-31-2012 | -- | -- |
|  | Szlauderbach, Stanley J. | Senior Vice President | 02-25-2010 | -- | 09-30-2014 |
|  | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
|  | Ho, Joseph C. | Vice President | 03-01-2012 | 02-03-2014 | -- |
|  | Williams, Patrick | Vice President | 02-25-2010 | 03-01-2012 | -- |
|  | Horton, Anthony R. | Treasurer | 02-25-2010 | -- | -- |
|  | Winston, Lisa M. | Secretary | 02-25-2010 | -- | 04-04-2012 |
|  | Degeyter, Brock M. | Assistant Secretary | 02-25-2010 | -- | 12-31-2011 |
|  | Fleshman, Betty R. | Assistant Secretary | 12-31-2011 | -- | 03-31-2015 |
|  | Moldovan, Kristopher E. | Assistant Treasurer | 06-22-2010 | -- | -- |
|  | Ashby, Kevin M. | Tax Signing Officer | 06-22-2010 | -- | -- |
|  | Howard, Carla A. | Tax Signing Officer | 02-25-2010 | 12-31-2012 | -- |
|  |  |  |  |  |  |
| EFH Vermont Insurance Company | Horton, Anthony R. | Director | 10-13-2006 | -- | -- |
|  | Littlehale, David M. | Director | 10-13-2005 | -- | 12-31-2009 |
|  | Pallito, Patti | Director | 01-01-2010 | -- | -- |
|  | Walters, Robert C. | Director | 04-01-2008 | -- | 03-07-2011 |
|  | Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04-07-2008 | -- | 03-07-2011 |
|  | Keglevic, Paul M. | President | 03-07-2011 | -- | -- |
|  | Howard, Carla A. | Senior Vice President | 12-20-2013 | -- | -- |
|  | Burton, Ashley A | Secretary | 06-23-2015 | -- | -- |
|  | Degeyter, Brock M. | Secretary | 06-24-2010 | -- | 12-06-2010 |
|  | Fleshman, Betty R. | Secretary | 12-06-2010 | -- | 03-31-2015 |
|  | Horton, Anthony R. | Treasurer | 12-01-2009 | -- | -- |
|  | Horton, Anthony R. | Treasurer and Assistant Secretary | 08-06-2004 | -- | 12-01-2009 |
|  | Richardson, Jared S. | Secretary | 10-13-2006 | -- | 12-31-2009 |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

Highly Confidential                                                                                                                                             EFH06440771

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

| Entity | Name | Title | Start | End1 | End2 |
|---|---|---|---|---|---|
| | Degeyter, Brock M. | Assistant Secretary | 12-06-2010 | -- | 12-31-2011 |
| | Fleshman, Betty R. | Assistant Secretary | 06-24-2010 | -- | 12-06-2010 |
| | Littlehale, David M. | Assistant Secretary | 10-13-2006 | -- | 06-24-2010 |
| | Moldovan, Kristopher E. | Assistant Treasurer | 06-24-2010 | -- | -- |
| | Ashby, Kevin M. | Tax Signing Officer | 06-24-2010 | -- | -- |
| | Howard, Carla A. | Tax Signing Officer | 05-25-2005 | 12-20-2013 | -- |
| | Sigler, David A. | Tax Signing Officer | 03-09-2006 | -- | 09-25-2009 |
| | Szlauderbach, Stanley J. | Controller | 10-13-2004 | -- | 09-30-2014 |
| | | | | | |
| Generation Development Company LLC | Campbell, David A. | Manager | 07-12-2006 | -- | 12-31-2012 |
| | Enze, Charles R. | Manager | 07-12-2006 | -- | 04-15-2013 |
| | McCall, Michael T. | Manager | 07-12-2006 | -- | 01-30-2009 |
| | McFarland, M. A. | Manager | 12-31-2012 | -- | -- |
| | Enze, Charles R. | President and Chief Executive of Generation Construction | 09-18-2006 | -- | 07-08-2010 |
| | Enze, Charles R. | President and Chief Executive Officer of Construction | 07-08-2010 | -- | 04-15-2013 |
| | McFarland, M. A. | Executive Vice President | 11-20-2008 | -- | -- |
| | Horton, Anthony R. | Senior Vice President and Treasurer | 05-01-2006 | -- | -- |
| | Ho, Joseph C. | Senior Vice President | 02-03-2014 | -- | -- |
| | Howard, Carla A. | Senior Vice President | 12-31-2012 | -- | -- |
| | Kopenitz, Stephen J. | Senior Vice President | 07-12-2006 | -- | -- |
| | Szlauderbach, Stanley J. | Senior Vice President | 11-20-2008 | -- | 09-30-2014 |
| | Dore, Stacey H. | Vice President and General Counsel | 11-03-2011 | 03-15-2012 | -- |
| | Moore, Stephanie Zapata | Vice President and General Counsel | 03-15-2012 | -- | -- |
| | Ho, Joseph C. | Vice President | 03-01-2012 | 02-03-2014 | -- |
| | Smith, Ken | Vice President | 02-26-2013 | -- | 04-30-2016 |
| | Williams, Patrick | Vice President | 11-20-2008 | -- | 07-18-2010 |
| | Williams, Patrick | Vice President | 08-24-2010 | 03-01-2012 | -- |
| | Moore, William A. | General Counsel | 07-08-2010 | -- | 12-14-2011 |
| | Moore, William A. | General Counsel and Chief Legal Officer | 11-20-2008 | -- | 07-08-2010 |
| | Moor, Gary L. | Secretary | 11-20-2008 | -- | -- |
| | Fleshman, Betty R. | Assistant Secretary | 07-08-2010 | -- | 03-31-2015 |
| | Richardson, Jared S. | Assistant Secretary | 03-05-2008 | -- | 12-31-2009 |
| | Moldovan, Kristopher E. | Assistant Treasurer | 07-08-2010 | -- | -- |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45

| | Ashby, Kevin M. | Tax Signing Officer | 07-08-2010 | -- | -- |
|---|---|---|---|---|---|
| | Howard, Carla A. | Tax Signing Officer | 09-18-2006 | 12-31-2012 | -- |
| | Sigler, David A. | Tax Signing Officer | 09-18-2006 | -- | 09-25-2009 |
| | | | | | |
| Humphreys and Glasgow Limited | Phillips, Buckler | Liquidator | 01-01-1900 | -- | -- |
| *In bankruptcy since December 20, 1988 | | | | | |
| *Due for dissolution December 9, 2016 | | | | | |
| | | | | | |
| LSGT Gas Company LLC | Horton, Anthony R. | Manager | 02-03-2014 | -- | -- |
| | Keglevic, Paul M. | Manager | 08-01-2008 | 02-03-2014 | -- |
| | Walters, Robert C. | Manager | 10-02-2008 | -- | 03-07-2011 |
| | Walters, Robert C. | Chairman of the Board, President and Chief Executive | 10-03-2008 | -- | 03-07-2011 |
| | Horton, Anthony R. | President and Treasurer | 02-03-2014 | -- | -- |
| | Keglevic, Paul M. | President | 03-07-2011 | 02-03-2014 | -- |
| | Howard, Carla A. | Senior Vice President | 12-31-2012 | 02-03-2014 | -- |
| | Szlauderbach, Stanley J. | Senior Vice President | 10-03-2008 | -- | 02-03-2014 |
| | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
| | Degeyter, Brock M. | Secretary | 03-30-2010 | -- | 12-31-2011 |
| | Horton, Anthony R. | Treasurer | 10-01-2007 | 02-03-2014 | -- |
| | Richardson, Jared S. | Secretary | 03-05-2008 | -- | 12-31-2009 |
| | Fleshman, Betty R. | Assistant Secretary | 01-07-2008 | -- | 02-03-2014 |
| | Moldovan, Kristopher E. | Assistant Treasurer | 06-22-2010 | -- | -- |
| | Ashby, Kevin M. | Tax Signing Officer | 06-22-2010 | -- | -- |
| | Howard, Carla A. | Tax Signing Officer | 10-01-2007 | 12-31-2012 | -- |
| | Sigler, David A. | Tax Signing Officer | 10-01-2007 | -- | 09-25-2009 |
| | | | | | |
| LSGT SACROC, Inc. | Horton, Anthony R. | Director | 02-03-2014 | -- | -- |
| | Keglevic, Paul M. | Director | 08-06-2008 | 02-03-2014 | -- |
| | Walters, Robert C. | Director | 04-01-2008 | -- | 03-07-2011 |
| | Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04-08-2008 | -- | 03-07-2011 |
| | Horton, Anthony R. | President and Treasurer | 02-03-2014 | -- | -- |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

Highly Confidential                                                                                                                                           EFH06440773

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

|  | Name | Title | Start | End 1 | End 2 |
| --- | --- | --- | --- | --- | --- |
|  | Keglevic, Paul M. | President | 03-07-2011 | 02-03-2014 | -- |
|  | Howard, Carla A. | Senior Vice President | 12-31-2012 | 02-03-2014 | -- |
|  | Szlauderbach, Stanley J. | Senior Vice President | 10-03-2008 | -- | 02-03-2014 |
|  | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
|  | Degeyter, Brock M. | Secretary | 03-30-2010 | -- | 12-31-2011 |
|  | Horton, Anthony R. | Treasurer | 01-03-2008 | 02-03-2014 | -- |
|  | Richardson, Jared S. | Secretary | 01-03-2008 | -- | 12-31-2009 |
|  | Fleshman, Betty R. | Assistant Secretary | 01-03-2008 | -- | 02-03-2014 |
|  | Moldovan, Kristopher E. | Assistant Treasurer | 06-22-2010 | -- | -- |
|  | Ashby, Kevin M. | Tax Signing Officer | 06-22-2010 | -- | -- |
|  | Howard, Carla A. | Tax Signing Officer | 05-25-2005 | 12-31-2012 | -- |
|  | Sigler, David A. | Tax Signing Officer | 03-09-2006 | -- | 09-25-2009 |
|  |  |  |  |  |  |
| NCA Development Company LLC | Keglevic, Paul M. | Manager | 03-07-2011 | -- | -- |
|  | Walters, Robert C. | Manager | 04-22-2010 | -- | 03-07-2011 |
|  | Wiggs, Brett | Manager | 11-03-2008 | -- | 09-02-2009 |
|  | Keglevic, Paul M. | President | 03-07-2011 | -- | -- |
|  | Walters, Robert C. | President | 06-22-2010 | -- | 03-07-2011 |
|  | Wiggs, Brett | President | 11-20-2008 | -- | 09-02-2009 |
|  | Horton, Anthony R. | Senior Vice President and Treasurer | 06-22-2010 | -- | -- |
|  | Ho, Joseph C. | Senior Vice President | 02-03-2014 | -- | -- |
|  | Howard, Carla A. | Senior Vice President | 12-31-2012 | -- | -- |
|  | Szlauderbach, Stanley J. | Senior Vice President | 11-20-2008 | -- | 09-30-2014 |
|  | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
|  | Ho, Joseph C. | Vice President | 03-01-2012 | 02-03-2014 | -- |
|  | Williams, Patrick | Vice President | 11-03-2011 | 03-01-2012 | -- |
|  | Fleshman, Betty R. | Secretary | 06-22-2010 | -- | 12-31-2012 |
|  | Horton, Anthony R. | Treasurer | 03-05-2008 | -- | 06-22-2010 |
|  | Richardson, Jared S. | Secretary | 12-27-2006 | -- | 12-31-2009 |
|  | Degeyter, Brock M. | Assistant Secretary | 06-22-2010 | -- | 12-31-2011 |
|  | Fleshman, Betty R. | Assistant Secretary | 03-05-2008 | -- | 06-22-2010 |
|  | Fleshman, Betty R. | Assistant Secretary | 12-31-2012 | -- | 03-31-2015 |
|  | Moldovan, Kristopher E. | Assistant Treasurer | 06-22-2010 | -- | -- |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Ashby, Kevin M. | Tax Signing Officer | 06-22-2010 | -- | -- |
|  | Howard, Carla A. | Tax Signing Officer | 12-27-2006 | 12-31-2012 | -- |
|  | Sigler, David A. | Tax Signing Officer | 12-27-2006 | -- | 09-25-2009 |
|  |  |  |  |  |  |
| TXU Receivables Company | Huffines, James R. | Director | 06-27-2011 | -- | 07-02-2012 |
|  | Keglevic, Paul M. | Director | 03-07-2011 | -- | -- |
|  | Klein, Robert A. | Director | 08-15-2012 | -- | -- |
|  | Mack, Timothy A. | Director | 02-08-1999 | -- | 06-27-2011 |
|  | Walters, Robert C. | Director | 04-01-2008 | -- | 03-07-2011 |
|  | Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04-08-2008 | -- | 03-07-2011 |
|  | Keglevic, Paul M. | President | 03-07-2011 | -- | -- |
|  | Howard, Carla A. | Senior Vice President | 12-31-2012 | -- | -- |
|  | Szlauderbach, Stanley J. | Senior Vice President | 10-09-2008 | -- | 09-30-2014 |
|  | Walker, Jeffrey J. | Vice President and Secretary | 12-31-2012 | -- | -- |
|  | Fleshman, Betty R. | Secretary | 11-20-2008 | -- | 12-31-2012 |
|  | Horton, Anthony R. | Treasurer | 11-20-2008 | -- | -- |
|  | Degeyter, Brock M. | Assistant Secretary | 07-09-2010 | -- | 12-31-2011 |
|  | Fleshman, Betty R. | Assistant Secretary | 12-31-2012 | -- | 03-31-2015 |
|  | Richardson, Jared S. | Assistant Secretary | 07-29-2005 | -- | 12-31-2009 |
|  | Moldovan, Kristopher E. | Assistant Treasurer | 07-09-2010 | -- | -- |
|  | Ashby, Kevin M. | Tax Signing Officer | 07-09-2010 | -- | -- |
|  | Howard, Carla A. | Tax Signing Officer | 05-25-2005 | 12-31-2012 | -- |
|  | Sigler, David A. | Tax Signing Officer | 03-09-2006 | -- | 09-25-2009 |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:45
1.1.10

Highly Confidential    EFH06440775