# <u>EXHIBIT K</u>

## Filed Under Seal