# **<u>EXHIBIT V</u>**

| | |
|---|---|
| **From:** | Sieving, Charles <Charles.Sieving@NextEraEnergy.com> |
| **Sent:** | Friday, July 8, 2016 4:52 PM |
| **To:** | Dore, Stacey <Stacey.Dore@energyfutureholdings.com>; Calder, Andrew T. <andrew.calder@kirkland.com>; Wright, Andy <Andy.Wright@energyfutureholdings.com>; Horton, Tony <Tony.Horton@energyfutureholdings.com> |
| **Cc:** | Hickson, Mark <Mark.Hickson@nexteraenergy.com> |
| **Subject:** | Checking In |

Hi. Just checking in to see:

- if you have a plan on the plan (of reorg)(and merger agmt);
- if you have heard from the PIKs/communicated to them about the delay of release of funds to satisfy claims;
- if you have any update on asbestos work/timing (I think what you will find is there will be a ginormous range in the claims estimation amount with very little certainty around what the top end is);
- when you may allow us to start to get access to any asbestos data/work you may have; and
- if and when you may want us to meet with your asbestos historians/experts.

I am in the air now but am happy to discuss by phone later today if you prefer.

Thanks again for the care you and your team extended around the shootings last night.

Charlie

Charles E. Sieving
Executive Vice President & General Counsel
NextEra Energy, Inc.
Tel: (561) 691-7575   Fax: (561) 694-3337
Email: charles.sieving@nexteraenergy.com

(FL Authorized House Counsel
Admitted: DC, NY, OH only)

*ABA-EPA Law Office Climate Challenge Partner*

NOTICE: This email message and attachments (if any) are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information.  If yc have received this message in error, please notify the sender immediately by email reply, delete this message from your computer and destroy any copies.

Confidential                                                                                                                                                                                     EFH06403919