# **EXHIBIT W**

| | |
|---|---|
| **From:** | Sieving, Charles <Charles.Sieving@NextEraEnergy.com> |
| **Sent:** | Monday, July 11, 2016 7:18 PM |
| **To:** | *Andy.Wright@energyfutureholdings.com; *Stacey.Dore@energyfutureholdings.com |
| **Cc:** | Calder, Andrew T. <andrew.calder@kirkland.com>; Horton, Tony <Tony.Horton@energyfutureholdings.com>; Hickson, Mark <Mark.Hickson@nexteraenergy.com>; Nunn, Veronica T. <veronica.nunn@kirkland.com>; Hunter, Mike <M.Hunter@energyfutureholdings.com>; Kelly, Dan <Dan.Kelly@energyfutureholdings.com> |
| **Subject:** | RE: Checking In |

Andy. Hopefully, we can do 3 central tomorrow (we are good for that time). Following are some questions/topics. Thanks. Charlie

PROOFS OF CLAIM
- What work/analysis have you done on the approximately 30K proofs of claim filed in the bankruptcy cases to derive a value estimate?
- Have you retained any experts to assist in this analysis (for manifested and/or unmanifested)? Can they share any of their findings?
- What information have you developed, if any, to assist in analyzing these "claims" (contacted any plaintiff law firms, heard from any)?

RESERVES/PRIOR LAWSUITS & PAYMENTS
- Have you adjusted your reserves for asbestos claims, if not, why not, if so, how much?
  - Please confirm there is only the one reserve at EECI for asbestos claims. No other reserves at other entities?
- Please provide a breakdown of the subsidiaries/plants the asbestos plaintiffs cited as the place of asbestos exposure in the claims that were commenced against the EFH entities prior to the bankruptcy cases.
- In the last 5 years, can you provide a settlement "run" (identify case jurisdiction, law firm, disease, alleged exposure, liability chain and amounts)?
  - Can you provide the range of payments by disease? We've seen the average, but would like to know the low/high as well.
  - What has been the primary / secondary exposure mix of claims asserted against the EFH entities?
- Various plaintiff law firms have filed proofs of claim. Did the prior litigations involve these same law firms? Are there any plaintiff law firms that have in the past filed claims against any of the EFH/TCEH entities but did not file proofs of claim?

INSURANCE/LIABILITY TRANSFER
- You have identified a potential market for a "claims buy" product (pay company to take all claims), if so, what data are you sharing with them to price the product?
- Have any historical insurers "accepted" coverage for any of these claims, if so which ones and what are the terms of the policies and have any payouts been made or defense undertaken?

CLAIMS V. EFH CORP.
- Have you successfully defended claims brought against EFH Corp. (summary judgment – affidavits filed) – and what were the theories for liability against the parent company?
- Have you lost any lawsuits asserting asbestos claims against EFH Corp.?
- Have you settled any lawsuits/asbestos claims against EFH Corp.?

---

**From:** Wright, Andy [mailto:Andy.Wright@energyfutureholdings.com]
**Sent:** Monday, July 11, 2016 11:11 AM
**To:** Dore, Stacey; Sieving, Charles
**Cc:** Calder, Andrew T.; Horton, Tony; Hickson, Mark; Nunn, Veronica T.; Hunter, Mike; Kelly, Dan
**Subject:** RE: Checking In

CAUTION - EXTERNAL EMAIL

Charlie

Does 2pm CT tomorrow work for a call with our historian/expert on asbestos?

If so, please let me know the list of invitees from your side and KE will send out an invite.

It would be helpful to have a list of topics/questions that you would like addressed.

Andy

Andrew M. Wright
VP & Deputy General Counsel
Energy Future Holdings Corp.
1601 Bryan, 43rd Floor
Dallas, Texas 75201
Telephone: (214) 812-6038
Cell: (214) 587-6500
Fax: (214) 812-5015
Email: awright@energyfutureholdings.com

---

**From:** Dore, Stacey
**Sent:** Friday, July 08, 2016 5:42 PM
**To:** Sieving, Charles
**Cc:** Calder, Andrew T.; Wright, Andy; Horton, Tony; Hickson, Mark
**Subject:** Re: Checking In

Highly Confidential

EFH06522822

Charlie, see responses below. Have a great weekend.

Stacey

On Jul 8, 2016, at 11:52 AM, Sieving, Charles <Charles.Sieving@NextEraEnergy.com> wrote:

> Hi. Just checking in to see:
>
> - if you have a plan on the plan (of reorg)(and merger agmt);

POR will be circulated by Monday; happy to set up a call to discuss next week at your convenience. Merger agreement will also be circulated early next week and we can schedule a call to do a page flip.

> - if you have heard from the PIKs/communicated to them about the delay of release of funds to satisfy claims;

KE has communicated the delay; waiting to hear back

> - if you have any update on asbestos work/timing (I think what you will find is there will be a ginormous range in the claims estimation amount with very little certainty around what the top end is);
> - when you may allow us to start to get access to any asbestos data/work you may have; and
> - if and when you may want us to meet with your asbestos historians/experts.

We are trying to schedule the historian meeting for Tuesday. Do you want to do by phone? We have discussed the data issue and will provide you with the data next week. It will need to be treated as confidential under our NDA and not shared with anyone else. We will get a better sense of timing of our work by the end of next week.

> I am in the air now but am happy to discuss by phone later today if you prefer.
>
> Thanks again for the care you and your team extended around the shootings last night.
>
> Charlie
>
> Charles E. Sieving
> Executive Vice President & General Counsel
> NextEra Energy, Inc.
> Tel: (561) 691-7575   Fax: (561) 694-3337
> Email: charles.sieving@nexteraenergy.com
>
> (FL Authorized House Counsel
> Admitted: DC, NY, OH only)
>
> ***ABA-EPA Law Office Climate Challenge Partner***
>
> NOTICE: This email message and attachments (if any) are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If yc have received this message in error, please notify the sender immediately by email reply, delete this message from your computer and destroy any copies.

Highly Confidential

EFH06522823