# <u>EXHIBIT X</u>

## Filed Under Seal