## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) ) ) | **Hearing Date:  December 14, 2016 at 10:00 a.m.** **Objection Deadline: December 7, 2016 at 4:00 p.m.** |

### NOTICE OF MOTION OF EFIH SECOND LIEN TRUSTEE FOR AN ORDER DIRECTING PAYMENT AND REIMBURSEMENT OF CERTAIN FEES AND EXPENSES OF THE EFIH SECOND LIEN TRUSTEE AND ITS PROFESSIONALS AS ADEQUATE PROTECTION OR IN THE ALTERNATIVE PURSUANT TO SECTIONS 105(A) AND 506(B) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on November 23, 2016, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacities as indenture trustee (the "EFIH Second Lien Trustee") filed the *Motion of EFIH Second Lien Trustee for an Order Directing Payment and Reimbursement of Certain Fees and Expenses of the EFIH Second Lien Trustee and its Professionals as Adequate Protection or in the Alternative Pursuant to Sections 105(a) and 506(b) of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **December 7, 2016 at 4:00 p.m. prevailing Eastern time**. You must also serve a copy of the response or objection upon: (i) counsel to the Debtors: (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022-4611, Attn: Richard M. Cieri, Esq., richard.cieri@kirkland.com, and Edward O. Sassower, P.C., Esq., edward.sassower@kirkland.com; and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: James H.M. Sprayregen, P.C., Esq., james.sprayregen@kirkland.com, and Chad J. Husnick, Esq., chad.husnick@kirkland.com; and (b) Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, Esq., collins@rlf.com, and Daniel J. DeFranceschi, Esq., defranceschi@rlf.com (ii) counsel to the Indenture Trustee: (a) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Thomas Moers Mayer, Esq., tmayer@kramerlevin.com, Philip Bentley, Esq., pbentley@kramerlevin.com, and Joshua K. Brody, Esq., jbrody@kramerlevin.com; (b) Bryan Cave LLP, 1290 Avenue of the Americas, New York, New York 10104-3300, Attn: Stephanie Wickouski, Esq., stephanie.wickouski@bryancave; and (c) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq., ljones@pszjlaw.com, and Robert J. Feinstein , Esq., rfeinstein@ pszjlaw.com; and (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Richard Schepacarter, Esq., richard.schepacarter@usdoj.gov.

 **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND

IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON DELAWARE 19801 ON **DECEMBER 14, 2016 AT 10:00 A.M. (PREVAILING EASTERN TIME).**

Dated: November 23, 2016          PACHULSKI STANG ZIEHL & JONES LLP


*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@ pszjlaw.com
          rfeinstein@ pszjlaw.com


*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000
Email: tmayer@kramerlevin.com
        ghorowitz@kramerlevin.com
        jbrody@kramerlevin.com


        *- and -*


BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*