## <u>Exhibit A</u>

**Rosen Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF TODD J. ROSEN IN SUPPORT OF THE SIXTH INTERIM AND FINAL FEE APPLICATION OF MUNGER, TOLLES & OLSON LLP, COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM MAY 1, 2016 THROUGH OCTOBER 3, 2016, AND THE FINAL PERIOD FROM NOVEMBER 16, 2014 THROUGH OCTOBER 3, 2016**

I, Todd J. Rosen, being duly sworn, state the following under penalty of perjury:

1.     I am Todd J. Rosen a partner in the law firm of Munger, Tolles & Olson LLP ("MTO"), located at 355 S. Grand Ave., 35th Floor, Los Angeles, California, 90071.   I am a lead attorney from MTO working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of California, and I have been admitted to practice in the United States District Courts for the Central, Northern, Eastern, and Southern District of California; and the Ninth Circuit Court of Appeals.

2.     I have reviewed the foregoing Fee Application of MTO, attorneys for the TCEH Debtors.  To the best of my knowledge, information and belief, the statements contained in the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Fee Application are true and correct.  In addition, I believe that the Fee Application complies with Local Bankruptcy Rules 2016-1 and 2016-2.

3.    In connection therewith, I hereby certify that:

a)    To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions.

b)    Except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by MTO and generally accepted by MTO's clients.  In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the TCEH Debtors' case.

c)    The increase with respect to MTO's 2016 hourly billing rates was disclosed in the *Fourth Supplemental Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective* Nunc Pro Tunc *to November 16, 2014* [D.I. 7361] (the "Fourth Supplemental Declaration"). As disclosed in the Fourth Supplemental Declaration, the rates changed due to timekeeper promotion or rate increases driven by costs that continue to rise, as they have for several years, at a pace that exceeds the Consumer Price Index.  For example, MTO's spending on information technology continues to escalate, driven in large part by investments in security and litigation support services.

d)    MTO is not seeking compensation for time spent reviewing time entries included in invoices.

e)    MTO does not make a profit on costs or expenses for which it seeks reimbursement, whether the service is performed by MTO in-house or through a third party.

f)    In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between MTO and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules.

g)    All services for which compensation is sought were professional services on behalf of the TCEH Debtors and not on behalf of any other person.

h) Where the fees sought in the Fee Application are greater than the fees budgeted for the Interim Fee Period, MTO has disclosed the overage to the TCEH Debtors and provided reasons for the variations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 23, 2016                    Respectfully submitted,

                                            /s/ Todd J. Rosen
                                            Todd J. Rosen
                                            Partner of Munger, Tolles & Olson LLP

## Exhibit B

**Voluntary Rate Disclosures**

| Timekeeper Category | Blended Hourly Rates | | |
|---|---|---|---|
| | Billed in this Fee Application (TCEH Timekeepers) | Billed to clients other than TCEH Debtors (5/1/16 – 10/3/16[1]) (All MTO Timekeepers) | Billed to clients other than TCEH Debtors (5/1/16 – 10/3/16[2]) (TCEH Timekeepers) |
| Partners | $952 | $828 | $860 |
| Of Counsel | $705 | $698 | $675 |
| Associates | $544 | $532 | $590 |
| Automated Litigation Support | $365 | $300 | $354 |
| Specialist | $250 | $269 | $247 |
| Paralegal | $230 | $250 | $230 |
| **Total** | **$760** | **$604[3]** | **$664** |

Case Name:            Energy Future Competitive Holdings Corporation

Case Number:         14-10979 (CSS)

Applicant's Name:    Munger, Tolles & Olson LLP

Date of Application:  November 23, 2016

Interim or Final:       Final

---

[1] This column represents the blended hourly rate billed to MTO clients other than the TCEH Debtors from January to April 2016 by all MTO timekeepers in the timekeeper categories listed in this chart.

[2] This column is calculated as follows: (i) the average rate billed by each of the TCEH Debtor timekeepers to *other* clients during the Fee Period multiplied by the number of hours such timekeeper billed to the TCEH Debtors during the Fee Period to arrive at an adjusted billed value for each TCEH Debtor timekeeper; then (ii) the sum of the adjusted billed value for all TCEH Debtor timekeepers in each timekeeper category is divided by the number of hours billed to the TCEH Debtors during the Fee Period by all TCEH Debtor timekeepers in such timekeeper category, which yields the blended rate by timekeeper category; then (iii) the sums of the adjusted billed value for each timekeeper category are divided by the total number of hours billed to the TCEH Debtors during the Fee Period to yield that total blended rate. This column illustrates that the specialized knowledge and experience of the timekeepers working for the TCEH Debtors results in higher blended rates for this group of timekeepers than the firm blended rates when calculated more generally.

[3] This represents the blended hourly rate billed to MTO clients other than the TCEH Debtors in 2016 by the timekeeper categories listed in the above chart. The blended hourly rate billed to MTO clients other than the TCEH Debtors by all timekeeper categories, including staff counsel and temporary attorneys, is $604.

**<u>Exhibit C</u>**

**Summary of Total Fees Incurred and Hours Billed**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Thomas B. Walper | Partner | Restructuring | 1980 | $335,331.00 | 302.1 | 2 | 1,110.00 | 1,025.00 | $309,652.50 |
| Kevin S. Allred | Partner | Litigation | 1986 | $101,551.00 | 117.4 | 2 | 865.00 | 800.00 | $93,920.00 |
| Stephen D. Rose | Partner | Tax | 1991 | $158,702.50 | 159.5 | 2 | 995.00 | 910.00 | $145,145.00 |
| Seth Goldman | Partner | Restructuring | 2002 | $193,011.00 | 247.45 | 2 | 780.00 | 720.00 | $178,164.00 |
| Michael J. O'Sullivan | Partner | Corporate | 1992 | $79,267.00 | 81.3 | 2 | 975.00 | 875.00 | $71,137.50 |
| Todd J. Rosen | Partner | Restructuring | 1999 | $69,251.00 | 76.1 | 2 | 910.00 | 840.00 | $63,924.00 |
| Bradley R. Schneider | Of Counsel | Litigation | 2004 | $14,170.50 | 20.1 | 2 | 705.00 | 640.00 | $12,864.00 |
| Samuel T. Greenberg | Associate | Tax | 2010 | $528.00 | 0.8 | 2 | 660.00 | 535.00 | $428.00 |
| Emily Bussigel | Associate | Restructuring | 2010 | $58,927.50 | 87.3 | 2 | 675.00 | 595.00 | $51,943.50 |
| Peter E. Boos | Associate | Tax | 2014 | $72,662.00 | 154.6 | 2 | 470.00 | 375.00 | $57,975.00 |
| Alicia M. Barlow | Specialist | Litigation | N/A | $8,825.00 | 35.3 | 2 | 250.00 | 235.00 | $8,295.50 |
| Bruce M. Gordon | Paralegal | Litigation | N/A | $37,835.00 | 164.5 | 2 | 230.00 | 215.00 | $35,367.50 |
| Allen Ng | Automated Litigation Support ("ALS") | Litigation | N/A | $28,981.00 | 79.4 | 2 | 365.00 | 340.00 | $26,996.00 |
| **Totals** | | | | **$1,159, 043.00** | **1,525.85** | | | | **$1,055,813.00** |

## **Exhibit D**

**Summary of Actual and Necessary Expenses**

**Summary of Actual and Necessary Expenses for the Interim Fee Period**

| Service Description | Amount |
|---|---|
| Computer Research | $713.50 |
| Copying Charges (Outside) | $153.56 |
| Meals | $869.19 |
| Messenger | $62.30 |
| Other Expense | $1,174.95 |
| Conference Calls | $14.66 |
| Travel – Airfare | $15,863.50 |
| Travel – Ground (Out of Town) | $4,815.25 |
| Travel – Hotel | $11,985.26 |
| **Total:** | **$35,500.89** |

## **Exhibit E**

**Detailed Description of Expenses and Disbursements**

| Name | Title | Description | Amount | Narrative |
|------|-------|-------------|--------|-----------|
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100 | Travel - Ground (Out of Town) - Vendor: BLS INV-3053794*1 - 04/27/16 - From EWR to The Ritz Carlton, New York - T. Walper |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3058212*1 - 04/29/16 - From Ritz Carlton - New York to EWR - T. Walper |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100 | Travel - Ground (Out of Town) - Vendor: BLS - INV-802291 - 08/17/16 - From JFK to Hotel - New York - T. Walper |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 75 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3059538*1 - 05/03/16 - From DFW to Ritz Carlton - Dallas - T. Walper |
| Goldman, Seth | Partner | Other Expense | 30 | Other Expense - Vendor: COURTCALL, LLC INV #5/15/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 4/28/16 - S GOLDMAN |
| Walper, Thomas B. | Partner | Other Expense | 30 | Other Expense - Vendor: COURTCALL, LLC INV #5/15/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 4/28/16 - T WALPER |
| Walper, Thomas B. | Partner | Travel – Hotel | 750 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings on EFH, 04/11/2016 - 04/14/2016, Ritz Carlton Central Park, New York City – 010012178182 |
| Walper, Thomas B. | Partner | Travel – Meals | 20 | Meals THOMAS B. WALPER - Hotel - Meals Other, Travel to New York to attend client meetings on EFH(split), 04/11/2016, Ritz Carlton Central Park - 010012178182 |
| Walper, Thomas B. | Partner | Travel - Meals | 40 | Meals THOMAS B. WALPER - Hotel - Breakfast, Travel to New York to attend client meetings on EFH (split) (2 meals), 04/12/2016 - 04/13/2016, Ritz Carlton Central Park - 010012178182 |
| Walper, Thomas B. | Partner | Travel - Meals | 20 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to New York to attend client meetings on EFH (split), 04/12/2016, Ritz Carlton Central Park - 010012178182 |
| Walper, Thomas B. | Partner | Travel - Meals | 19.33 | Meals THOMAS B. WALPER - Hotel - Lunch, Travel to New York to attend client meetings on EFH (split), 04/13/2016, Ritz Carlton Central Park - 010012178182 |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 62.5 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 04/14/16, Travel to New York to attend client meetings on EFH , LAX Airport Lot P7 - 010012178182 |
| Walper, Thomas B. | Partner | Travel – Hotel | 1,500 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings., 04/26/2016 - 04/29/2016, Ritz Carlton Central Park, New York City - 010012292631 |
| Walper, Thomas B. | Partner | Travel – Meals | 80 | Meals THOMAS B. WALPER - Hotel - Breakfast, Travel to New York to attend client meetings., 04/27/2016 - 04/29/2016, Ritz Carlton Central Park – 010012292631 (2 meals) |
| Walper, Thomas B. | Partner | Computer Research | 70 | Computer Research - APRIL 2016 PACER CHARGES |

| | | | | |
|---|---|---|---|---|
| Walper, Thomas B. | Partner | Computer Research | 106.90 | Computer Research - APRIL 2016 PACER CHARGES |
| Bussigel, Emily A. | Associate | Other Expense | 86 | Other Expense - Vendor: COURTCALL, LLC INV #5/31/16 STMNT - U.S. BANKRUPTCY COURT - DELWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 5/23/16 - E BUSSIGEL |
| Goldman, Seth | Partner | Other Expense | 72 | Other Expense - Vendor: COURTCALL, LLC INV #5/31/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 5/23/16 - S GOLDMAN |
| Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 99.82 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #17362, 5/17/16 - 284 b&w blowbacks, 619 color blowbacks - B Gordon |
| Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 13.52 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #17427, 5/20/16 - 248 b&w blowbacks - B Gordon |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 75 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3060206*1 - 05/13/16 - From 1601 Bryan St., Dallas, TX to DFW - T. Walper |
| Walper, Thomas B. | Partner | Travel – Hotel | 700 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to Dallas to attend client meetings., 05/02/2016 - 05/04/2016, Ritz Carlton, Dallas - 010012422387 |
| Walper, Thomas B. | Partner | Travel – Hotel | 16.18 | Travel - Hotel THOMAS B. WALPER - Hotel - Internet, Travel to Dallas to attend client meetings., 05/03/2016, Ritz Carlton - 010012422387 |
| Walper, Thomas B. | Partner | Meals | 40 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to Dallas to attend client meetings., 05/03/2016, Ritz Carlton - 010012422387 |
| Walper, Thomas B. | Partner | Travel - Hotel | 1,000 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings., 05/22/2016 - 05/24/2016, Ritz Carlton Central Park, New York City - 010012602682 |
| Walper, Thomas B. | Partner | Meals | 40 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to New York to attend client meetings., 05/24/2016, Ritz Carlton Central Park - 010012602682 |
| Walper, Thomas B. | Partner | Other Expense | 40 | Meals THOMAS B. WALPER - Hotel - Lunch, Travel to New York to attend client meetings., 05/24/2016, Ritz Carlton Central Park - 010012602682 |
| Schneider, Bradley R. | Partner | Travel – Ground (Out of Town) | 125 | Travel - Ground (Out of Town) - Vendor: BLACK TIE TRANSPORTATION - INV-162969 - 06/15/16 - From PHL to Sheraton - Wilimington, DE - B. Schneider |
| Walper, Thomas B. | Partner | Travel – Airfare | 1,635.04 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 05/28/2016 - STMNT - WALPER/THOMAS B - EWR/LAX - 04/29/2016 |
| Walper, Thomas B. | Partner | Travel – Airfare | 1,644.20 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 05/28/2016 - STMNT - WALPER/THOMAS B - LAX EWR LAX - 05/22/2016 |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 290 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 05/28/2016 - STMNT - WALPER/THOMAS B - NWK NYP - 05/23/2016 (Amtrak - One-Way) |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3067761*1 - 05/22/16 - From EWR to NY Ritz Carlton - T. Walper |

| | | | | |
|---|---|---|---|---|
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 100 | Travel - Ground (Out of Town) - Vendor: BLS  - INV-3069947*1 - 05/24/16 - From Ritz Carlton New York to EWR - T. Walper |
| Rose, Stephen D. | Partner | Travel – Ground (Out of Town) | 289 | Travel - Ground (Out of Town) - Vendor: AMERICAN EXPRESS - 06/28/2016 STMT - ROSE/STEPHEN D - 06/15/2016 - PHL WAS  (Amtrak - Roundtrip) |
| Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 7.98 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, Philadelphia Hotel/Philadelphia Train Station - 010013036402 |
| Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 14.22 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, WASHINGTON, D.C. TRAIN STATION/KIRKLAND ELLIS OFFICE - 010013036402 |
| Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 10.73 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, PROSKAUER OFFICE/WASHINGTON, D.C. TRAIN STATION - 010013036402 |
| Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 8.44 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, PHILADELPHIA TRAIN STATION/PHILADELPHIA HOTEL - 010013036402 |
| Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 114 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Train, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE: EFH, 06/15/2016, PHILADELPHIA/WASHINGTON, D.C., AMTRAK - 010013036402 |
| Rose, Stephen D. | Partner | Meals | 5.92 | Meals STEPHEN D. ROSE - Meals Other, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, FABER BOOKSTORE - 30TH STREET STATION - 010013036402 |
| Rose, Stephen D. | Partner | Meals | 4.94 | Meals STEPHEN D. ROSE - Meals Other, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, SBARR0 - UNION STATION - 010013036402 |
| Rose, Stephen D. | Partner | Meals | 4.38 | Meals STEPHEN D. ROSE - Meals Other, 06/15/16, ATTEND IRS MEETING IN WASHINGTON, D.C. RE:  EFH, AU BON PAIN - 010013036402 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 90 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 05/24/16, Travel to New York to attend client meetings., LAX Parking Lot P7 - 010012988819 |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 93 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 04/29/16, Travel to New York to attend client meetings., New South Parking LAX Lot P7 - 010012989278 |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 60 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 05/04/16, Travel to Dallas to attend client meetings., New South Parking LAX Lot P4 - 010012989650 |
| Firm, Firm | | Other Expense | 37 | Other Expense - Vendor: COURTCALL, LLC INV #063016 - U.S. BANKRUPTCY COURT - DELAWARE, HONORABLE CHRISTOPHER S. SONTCHI ON 6/16/16 - S GOLDMAN |
| Rosen, Todd J. | Partner | Other Expense | 30 | Other Expense - Vendor: COURTCALL, LLC INV #071516 - U.S. BANKRUPTCY COURT - DELAWRE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 6/27/16 - T ROSEN |

| Name | Title | Category | Amount | Description |
|---|---|---|---|---|
| Walper, Thomas B. | Partner | Telephone - Conference Call | 8.87 | Telephone - Conference Call  West Unified May 2016  5/2-5/20/16 |
| Goldman, Seth | Partner | Other Expense | 58 | Other Expense - Vendor: COURTCALL, LLC INV #073116 - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 7/20/16 - S GOLDMAN |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 75 | Travel - Ground (Out of Town) - Vendor: MUSIC EXPRESS, INC.  - INV-LA-01087117 - 07/28/16 - From Dallas to DFW - S. Goldman |
| Goldman, Seth | Partner | Travel - Airfare | 1,046.20 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 07/28/2016 STMT  GOLDMAN/SETH - 07/27/2016 LAX DFW LAX |
| Walper, Thomas B. | Partner | Travel - Airfare | 835.6 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 07/28/2016 STMT  WALPER/THOMAS B - 07/17/2016 LAX EWR LAX |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 294 | Travel - Ground (Out of Town) - Vendor: AMERICAN EXPRESS - 07/28/2016  STMT WALPER/THOMAS B - N/A  LAX  SAN (Amtrak - Roundtrip) |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 18 | Travel - Ground (Out of Town) - Vendor: AMERICAN EXPRESS - 07/28/2016  STMT WALPER/THOMAS B - N/A  WIL  NYP (Amtrak - Oneway) |
| Schneider, Bradley R. | Of counsel | Travel – Airfare | 37.31 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 06/28/2016 STMT - SCHNEIDER/BRADLEY R - 06/13/2016 - PHL  LAX |
| Allred, Kevin | Partner | Travel – Airfare | 109 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 06/28/2016 STMT - ALLRED /ECONOMY P - 06/14/2016 - LAX-IAH |
| Allred, Kevin | Partner | Travel – Airfare | 113 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 06/28/2016 STMT - ALLRED /ECONOMY P - 06/14/2016 - LAX-IAH |
| Schneider, Bradley R. | Of counsel | Travel – Airfare | 93 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 06/28/2016 STMT - SCHNEIDER /ECONOMY P - 06/14/2016 - LAX-IAH |
| Schneider, Bradley R. | Of counsel | Travel – Airfare | 113 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 06/28/2016 STMT - SCHNEIDER /ECONOMY P - 06/14/2016 - LAX-IAH |
| Schneider, Bradley R. | Of counsel | Travel – Airfare | 1035.10 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 06/28/2016 STMT - SCHNEIDER/BRADLEY R - 06/16/2016 - PHL/LAX |
| Schneider, Bradley R. | Of counsel | Travel – Airfare | 619.55 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 06/28/2016 STMT - SCHNEIDER/BRADLEY R - 06/14/2016 - LAX IAH PHL |
| Goldman, Seth | Partner | Other Expense | 100 | Other Expense - Vendor: COURTCALL, LLC INV #8/31/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S.SONTCHI ON  8/17/16 - S GOLDMAN |
| Walper, Thomas B. | Partner | Meals | 40 | Meals THOMAS B. WALPER - Hotel - Lunch, Travel to New York to attend client meetings., 07/18/2016 - 07/19/2016, Ritz Carlton Central Park - 010013482656 |
| Walper, Thomas B. | Partner | Meals | 23.57 | Meals THOMAS B. WALPER - Hotel - Breakfast, Travel to New York to attend client meetings., 07/20/2016, Ritz Carlton Central Park – 010013482656 |
| Walper, Thomas B. | Partner | Travel – Ground (Out of Town) | 60 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 07/20/16, Travel to New York to attend client meetings., LAX Airport Lot P7 - 010013482656 |
| Walper, Thomas B. | Partner | Travel – Hotel | 1,072.44 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings., 07/17/2016 - 07/20/2016, Ritz Carlton Central Park, New York City - 010013482656 |
| Goldman, Seth | Partner | Meals | 40 | Meals SETH GOLDMAN - Hotel - Breakfast, Client meetings, 08/01/2016 - 08/02/2016, The Ritz Carlton - 010013584329 |

| | | | | |
|---|---|---|---|---|
| Allred, Kevin S. | Partner | Meals | 40.11 | Meals KEVIN S. ALLRED - Hotel - Breakfast, ECF Depo & Berry Client presentation, 08/01/2016, The Ritz- Carlton - 010013602214 |
| Allred, Kevin S. | Partner | Meals | 9.13 | Meals KEVIN S. ALLRED - Lunch, 08/04/16, Sawyer depo, Shake Shack - 010013602214 |
| Allred, Kevin S. | Partner | Meals | 41.06 | Meals KEVIN S. ALLRED - Hotel - Dinner, ECF Depo & Berry Client presentation, 08/01/2016, The Ritz- Carlton – 010013602214 |
| Allred, Kevin S. | Partner | Other Expense | 39.95 | Other Expense KEVIN S. ALLRED - Internet, 08/04/16, Sawyer depo, GoGoDelta - 010013602214 |
| Allred, Kevin S. | Partner | Travel – Ground (Out of Town) | 61.86 | Travel - Ground (Out of Town) KEVIN S. ALLRED - Taxi/Car Service, 08/04/16, Sawyer depo, LAX to Home - 010013602214 |
| Allred, Kevin S. | Partner | Travel – Ground (Out of Town) | 72.92 | Travel - Ground (Out of Town) KEVIN S. ALLRED - Taxi/Car Service, 08/04/16, Sawyer depo, NYC / JFK - 010013602214 |
| Goldman, Seth | Partner | Travel – Hotel | 1,500 | Travel - Hotel SETH GOLDMAN - Lodging, Client meetings, 08/01/2016 - 08/04/2016, The Ritz Carlton, NYC - 010013584329 |
| Allred, Kevin S. | Partner | Travel – Hotel | 1,972.74 | Travel - Hotel KEVIN S. ALLRED - Lodging, ECF Depo & Berry Client presentation, 08/01/2016 - 08/04/2016, The Ritz- Carlton, New York City - 010013602214 |
| Goldman, Seth | Partner | Other Expense | 128 | Other Expense - Vendor: COURTCALL, LLC INV #8/31/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S.SONTCHI ON 8/19/16 - S GOLDMAN |
| Goldman, Seth | Partner | Other Expense | 30 | Other Expense - Vendor: COURTCALL, LLC INV #8/31/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 8/15/16 - S GOLDMAN |
| Goldman, Seth | Partner | Other Expense | 44 | Other Expense - Vendor: COURTCALL, LLC INV #8/31/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 8/16/16 - S GOLDMAN |
| Rosen, Todd J | Partner | Other Expense | 51 | Other Expense - Vendor: COURTCALL, LLC INV #8/31/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 8/16/16 - T ROSEN |
| Allred, Kevin S. | Partner | Other Expense | 156 | Other Expense - Vendor: COURTCALL, LLC INV #8/31/16 STMNT - U.S.BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 8/19/16 - K ALLRED |
| Schneider, Bradley R. | Of Counsel | Meals | 31.46 | Meals BRADLEY R. SCHNEIDER - Lunch, 06/16/16, Huron meeting., Sky Asian Bistro - 010012935099 |
| Schneider, Bradley R. | Of Counsel | Travel - Ground (Out of Town) | 54.44 | Travel - Ground (Out of Town) BRADLEY R. SCHNEIDER - Parking, 06/16/16, Huron meeting., Joe's Airport Parking - 010012935099 |
| Schneider, Bradley R. | Of Counsel | Travel - Ground (Out of Town) | 71.5 | Travel - Ground (Out of Town) BRADLEY R. SCHNEIDER - Taxi/Car Service, 06/15/16, Huron meeting., Houston/Airport - 010012935099 |

| | | | | |
|---|---|---|---|---|
| Schneider, Bradley R. | Of Counsel | Travel - Ground (Out of Town) | 95.95 | Travel - Ground (Out of Town) BRADLEY R. SCHNEIDER - Taxi/Car Service, 06/16/16, Huron meeting., Wilmington/Philadelphia airport - 010012935099 |
| Schneider, Bradley R. | Of Counsel | Meals | 27 | Meals BRADLEY R. SCHNEIDER - Hotel - Dinner, Huron meeting., 06/16/2016, Sheraton - 010012935099 |
| Schneider, Bradley R. | Of Counsel | Travel - Hotel | 273.9 | Travel - Hotel BRADLEY R. SCHNEIDER - Lodging, Huron meeting., 06/15/2016 - 06/16/2016, Sheraton, Wilmington, DE - 010012935099 |
| Schneider, Bradley R. | Of Counsel | Travel - Airfare | 79 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 06/28/2016 STMT - SCHNEIDER /ECONOMY P - 06/15/2016 - IAH-PHL |
| Goldman, Seth | | Travel - Hotel | 350 | Travel - Hotel SETH GOLDMAN - Lodging, Meetings w/clients, 07/27/2016 - 07/28/2016, Rosewood Mansion on Turtle Creek, Dallas - 010013567573 |
| Goldman, Seth | Partner | Meals | 40 | Meals SETH GOLDMAN - Hotel - Dinner, Meetings w/clients, 07/27/2016, Rosewood Mansion on Turtle Creek - 010013567573 |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 15.08 | Travel - Ground (Out of Town) SETH GOLDMAN - Taxi/Car Service, 07/27/16, Meetings w/clients, Hotel to 1607 Federal St., Dallas - 010013567573 |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 16.39 | Travel - Ground (Out of Town) SETH GOLDMAN - Taxi/Car Service, 07/27/16, Meetings w/clients, 356 N. Ervay St., to 3419 Gillespie St., Dallas - 010013567573 |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 15 | Travel - Ground (Out of Town) SETH GOLDMAN - Taxi/Car Service, 07/28/16, Meetings w/clients, 3419 Gillespie St., to 2108 McKinney Ave., Dallas - 010013567573 |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 60 | Travel - Ground (Out of Town) SETH GOLDMAN - Parking, 07/28/16, Meetings w/clients, ABM Parking LAX Lot P4 - 010013567573 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 390 | Travel - Ground (Out of Town) THOMAS B. WALPER - Train, 08/15/16, Travel to client meetings in Wilmington., 08/15/2016, NY/Wilmington/NY, **Amtrak** - 010013775451 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 380 | Travel - Ground (Out of Town) THOMAS B. WALPER - Train, 08/18/16, Travel to client meetings in Wilmington., 08/18/2016, NY/Wilmington/Newark, Amtrak - 010013775882 |
| Walper, Thomas B. | Partner | Travel - Hotel | 2,000 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings., 08/15/2016 - 08/19/2016, Ritz Carlton Central Park, New York City - 010013780459 |
| Walper, Thomas B. | Partner | Meals | 120 | Meals THOMAS B. WALPER - Hotel - Breakfast, Travel to New York to attend client meetings., 08/15/2016 - 08/17/2016, Ritz Carlton Central Park - 010013780459 (3 meals) |
| Walper, Thomas B. | Partner | Meals | 89.78 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to New York to attend client meetings., 08/15/2016 - 08/19/2016, Ritz Carlton Central Park - 010013780459 |
| Walper, Thomas B. | Partner | Meals | 16.33 | Meals THOMAS B. WALPER - Hotel - Meals Other, Travel to New York to attend client meetings., 08/17/2016, Ritz Carlton Central Park - 010013780459 |
| Walper, Thomas B. | Partner | Travel - Hotel | 500 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings., 08/21/2016 - 08/22/2016, Ritz Carlton Central Park, New York City - 010013844057 |

| | | | | |
|---|---|---|---|---|
| Walper, Thomas B. | Partner | Meals | 33.18 | Meals THOMAS B. WALPER - Hotel - Breakfast, Travel to New York to attend client meetings., 08/22/2016, Ritz Carlton Central Park - 010013844057 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 264 | Travel - Ground (Out of Town) THOMAS B. WALPER - **Train**, 08/21/16, Travel To NY to attend client meetings., 08/22/2016, New York/Wilmington, Amtrak - 010013844695 |
| Walper, Thomas B. | Partner | Travel - Hotel | 350 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to Wilmington to attend client meetings., 08/22/2016 - 08/23/2016, Hotel Du Pont, Wilmington - 010013844804 |
| Walper, Thomas B. | Partner | Meals | 3 | Meals THOMAS B. WALPER - Hotel - Meals Other, Travel to Wilmington to attend client meetings., 08/22/2016, Hotel Du Pont - 010013844804 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 100 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3103129-1 - 08/15/16 - From EWR to Ritz Carlton, NY - T. Walper |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 125 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3106277*1 - 08/19/16 - From Hotel Dupont, Wilmington, DE to Wilmington, DE Amtrak Station - T. Walper |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 100 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3104402*1 - 08/21/16 - From EWR to Ritz Carlton, NY - T. Walper |
| Goldman, Seth | Partner | Other Expense | 51 | Other Expense - Vendor: COURTCALL, LLC INV #9/15/16 STMNT - U.S. BANKRUPTCY COURT - DELAWRE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 9/2/16 - S GOLDMAN |
| Walper, Thomas B. | Partner | Other Expense | 51 | Other Expense - Vendor: COURTCALL, LLC INV #9/15/16 STMNT - U.S. BANKRUPTCY COURT- DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 9/2/16 - T WALPER |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 85 | Travel - Ground (Out of Town) - Vendor: BLS - INV-1987368*1 - 08/01/16 - From EWR to Ritz Carlton, New York - S. Goldman |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 78.46 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3099529*1 - 08/04/16 - From LAX to Seal Beach Residence - S. Goldman |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 79 | Travel - Ground (Out of Town) - Vendor: BLS - INV-3100273*1 - 08/04/16 - From Kirland & Ellis, New York to EWR - S. Goldman |
| Goldman, Seth | Partner | Travel - Ground (Out of Town) | 75 | Travel - Ground (Out of Town) - Vendor: BLS - INV-1986747*1 - 07/27/16 - From DFW to Rosewood Mansion on Turtle Creek, Dallas TX - S. Goldman |
| Schneider, Bradley R. | Of Counsel | Travel - Airfare | 2,154.44 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - SCHNEIDER/BRADLEY R - 07/31/2016 - LAX JFK LAX |
| Goldman, Seth | Partner | Travel - Airfare | 848.60 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - GOLDMAN/SETH - 08/05/2016 - IAH-PHX-PSP |
| Goldman, Seth | Partner | Travel - Airfare | 431.42 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - GOLDMAN/SETH - 07/31/2016 - LAX EWR IAH |
| Goldman, Seth | Partner | Travel - Airfare | 431.43 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - GOLDMAN/SETH - 08/04/2016 - EWR/LAX |
| Walper, Thomas B. | Partner | Travel - Airfare | 672.1 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - WALPER/THOMAS B - 07/28/2016 - IAH/LAX |

| Walper, Thomas B. | Partner | Travel - Airfare | 1,675.70 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - WALPER/THOMAS B - 08/14/2016 - LAX EWR LAX |
| Walper, Thomas B. | Partner | Travel - Airfare | 862.86 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - WALPER/THOMAS B - 08/21/2016 - LAX/EWR |
| Walper, Thomas B. | Partner | Travel - Airfare | 674.95 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - WALPER/THOMAS B - 08/25/2016 - IAH/LAX |
| Walper, Thomas B. | Partner | Travel - Airfare | 372 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - WALPER/THOMAS B - 08/17/2016 - NYP WIL **(Amtrak - Roundtrip)** |
| Walper, Thomas B. | Partner | Travel - Airfare | 372 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - WALPER/THOMAS B - 08/18/2016 - NYP WIL **(Amtrak)** |
| Walper, Thomas B. | Partner | Travel - Airfare | -182 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - WALPER/THOMAS B - 08/18/2016 - NYP WIL **(Amtrak)** |
| Walper, Thomas B. | Partner | Travel - Airfare | 190 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 08/28/2016 STMT - WALPER/THOMAS B - 08/23/2016 - WIL NYP **(Amtrak - One Way)** |
| Walper, Thomas B. | Partner | Computer Research | 231.3 | Computer Research - JUNE 2016 PACER CHARGE |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 72.5 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 08/25/16, Travel to New York and Houston for client meetings., ABM Parking LAX Parking Lot P7 - 010014114574 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 100 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 08/20/16, Travel to New York to attend client meetings., ABM Parking LAX Parking Lot P7 - 010014114673 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 10 | Travel - Ground (Out of Town) THOMAS B. WALPER - Taxi/Car Service, 08/17/16, Travel to Wilmington, DE to attend client meetings., Train Station/Client Meeting - 010014127046 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 20 | Travel - Ground (Out of Town) THOMAS B. WALPER - Taxi/Car Service, 08/17/16, Travel to Wilmington, DE to attend client meetings., Client Meeting/Train Station - 010014127046 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 20 | Travel - Ground (Out of Town) THOMAS B. WALPER - Taxi/Car Service, 08/18/16, Travel to Wilmington, DE to attend client meetings., Train Station/Client Meeting - 010014127046 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 20 | Travel - Ground (Out of Town) THOMAS B. WALPER - Taxi/Car Service, 08/18/16, Travel to Wilmington, DE to attend client meetings., Client Meeting/Train Station - 010014127046 |
| Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 20 | Travel - Ground (Out of Town) THOMAS B. WALPER - Taxi/Car Service, 08/19/16, Travel to Wilmington, DE to attend client meetings., NY Penn/EWR Airport - 010014127046 |
| Walper, Thomas B. | Partner | Messenger | 62.3 | Messenger - Vendor: LA EXPRESS SUPER RUSH Inv #1004083116, 8/31/16 ticket #27557,8/20/16 - From MTO to T. Walper residence |
| Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 40.22 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #18143, 8/29/16 - 738 b&w blowbacks - B Gordon |
| Walper, Thomas B. | Partner | Other Expense | 93 | Other Expense - Vendor: COURTCALL, LLC INV #9/30/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 9/19/16 - T WALPER |

| | | | | |
|---|---|---|---|---|
| Walper, Thomas B. | Partner | Other Expense | 44 | Other Expense - Vendor: COURTCALL, LLC INV #10/15/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE CHRISTOPHER S. SONTCHI ON 9/26/16 - T WALPER |
| Goldman, Seth | Partner | Other Expense | 44 | Other Expense - Vendor: COURTCALL, LLC INV #10/15/16 STMNT - U.S. BANKRUPTCY COURT - DELAWARE BEFORE HONORABLE  CHRISTOPHER S. SONTCHI ON 9/26/16 - S GOLDMAN |
| Walper, Thomas B. | Partner | Computer Research | 305.3 | Computer Research  August 2016 Pacer Charge |
| Walper, Thomas B. | Partner | Telephone - Conference Call | 3.32 | Telephone - Conference Call  West Unified  July 2016  7/20/16  M O'Sullivan |
| Walper, Thomas B. | Partner | Telephone - Conference Call | 2.47 | Telephone - Conference Call  West Unified  Aug 2016  8/22/16  K Allred |

## Exhibit F

**Budget and Staffing Plan**

**Budget For Matter Categories For the Interim Fee Period[1]**

| Matter Number | Matter Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 008 | [TCEH] Corporate Governance | 128 – 141 | $113,400 - $124,741 |
| 013 | [TCEH] MTO Retention & Fee Applications | 71 – 79 | $50,435 - $55,479 |
| 014 | [TCEH] Non-Working Travel | 190 – 209 | $154,663 - $170,129 |
| 017 | [TCEH] Plan & Disclosure Statement | 1700 – 1871 | $1,319,200 - $1,451,121 |
| 018 | [TCEH] Private Letter Ruling/IRS Matters/Tax Issues | 360 – 398 | $25,550 - $281,107 |
| **Total** | | **2,449 – 2,698** | **$1,893,248 - $2,082,577** |

---

[1] Pursuant to direction from the Debtors, MTO did not prepare budgets for September or October 2016 and, accordingly, budgeted figures and amounts are based on budgeted amounts for May through August 2016.

## Staffing Plan For the Interim Fee Period

| Category of Timekeeper | Number Expected to Work During Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 6 | $903 |
| Of Counsel | 1 | $680 |
| Associate | 2 | $630 |
| Jr. Associate | 1 | $502 |
| Paralegal | 2 | $284 |
| Automated Litigation Support | 1 | $350 |
| **Total Attorney** | 10 | $697 |
| **Total Non-Attorney** | 3 | $294 |
| **Total** | 13 | $679 |

---

[1]     The average hourly rate is a weighted average based on the individual hourly rate of and projected number of hours worked by each timekeeper during the budget period.

**<u>Exhibit G</u>**

**Summary by Matter Category of Fees Budgeted and Fees Incurred**

| Matter Number | Matter Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted[1] | Billed | Budgeted[2] | Billed |
| 001 | [TCEH] Asset Disposition/Purchases | 0 | 6.90 | 0 | $7,560.00 |
| 005 | [TCEH] Cash Collateral and DIP Financing | 0 | 0.30 | 0 | $234.00 |
| 006 | [TCEH] Investigation of Claims | 0 | 73.20 | 0 | $43,318.00 |
| 008 | [TCEH] Corporate Governance | 128 – 141 | 174.80 | $113,400 - $124,741 | $160,206.00 |
| 010 | [TCEH] Hearings | 0 | 16.70 | 0 | $16,387.50 |
| 013 | [TCEH] MTO Retention & Fee Applications | 71 – 79 | 129.30 | $50,435 - $55,479 | $88,278.50 |
| 014 | [TCEH] Non-Working Travel | 190 – 209 | 59.55 | $154,663 - $170,129 | $60,466.50 |
| 015 | [TCEH] Official and Ad Hoc Committee Issues & Meetings | 0 | 1.20 | 0 | $913.50 |
| 017 | [TCEH] Plan & Disclosure Statement | 1700 – 1871 | 728.70 | $1,319,200 - $1,451,121 | $532,188.00 |
| 018 | [TCEH] Private Letter Ruling/IRS Matters/Tax Issues | 360 – 398 | 331.90 | $255,550 - $281,107 | $245,927.00 |
| **Total** | | **6,241 – 6,870** | **1,522.55** | **$1,893,248 - $2,082,577** | **$1,155,479.00** |

---

[1] Pursuant to direction from the Debtors, MTO did not prepare budgets for September or October 2016 and, accordingly, budgeted figures and amounts are based on budgeted amounts for May through August 2016.

[2] Pursuant to direction from the Debtors, MTO did not prepare budgets for September or October 2016 and, accordingly, budgeted figures and amounts are based on budgeted amounts for May through August 2016.

## **Exhibit H**

**Detailed Description of Services Provided**