IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| et al.[1], | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## <u>VERIFICATION OF DAVID P. PRIMACK, ESQ.</u>

1.      I am a partner in the Bankruptcy and Corporate Restructuring Group of McElroy Deutsch, Mulvaney & Carpenter, LLP ("MDMC").  I am the lead attorney from MDMC working on these chapter 11 cases and am authorized to submit this Verification on its behalf. I am a member in good standing of the Bar of the State of Delaware.  There are no disciplinary proceedings pending against me.

2.      I have personally performed many, if not most, of the legal services rendered by MDMC as co-counsel with Munger, Tolles & Olson, LLP for Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, debtors and debtors-in-possession, and their debtor subsidiaries (the "TCEH Debtors") and am familiar with all other work performed on the TCEH Debtors behalf by the lawyers and paraprofessionals in the firm.

3.      The facts set forth in the Monthly Fee Statement are true and correct to the best of my knowledge, information and belief.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4.    I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and

Procedures of the United States Bankruptcy Court for the District of Delaware and believe that

the Interim Fee Application for MDMC complies with Rule 2016-2.

5.    I declare under penalty of perjury under 28 U.S.C. §1746 that the foregoing is true

and correct to the best of my knowledge, information and belief.

/s/ David P. Primack
David P. Primack, Esq.

**<u>EXHIBIT A</u>**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: June 22, 2016

PAGE:1
REF: 924393

CLIENT - MATTER      E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 05/03/16 | Update calendar | 0.20 | 48.00 | 1591 SLS |
| 05/05/16 | Update calendar | 0.10 | 24.00 | 1591 SLS |
| 05/05/16 | Review efile notices, download and circulate pleadings | 0.50 | 120.00 | 1591 SLS |
| 05/09/16 | Coordinate D. Primack telephonic appearance for 5/16 hearing | 0.30 | 72.00 | 1591 SLS |
| 05/09/16 | Review files and telephone to Courtcall regarding status of telephonic hearing | 0.30 | 72.00 | 1591 SLS |
| 05/11/16 | Review efile notices, download and circulate pleadings | 0.20 | 48.00 | 1591 SLS |
| 05/12/16 | Retrieve and review agenda rescheduling 5/16 hearing and update calendar | 0.70 | 168.00 | 1591 SLS |
| 05/16/16 | Review, retrieve and circulate agenda | 0.30 | 72.00 | 1591 SLS |
| 05/17/16 | Update critical dates | 0.30 | 72.00 | 1591 SLS |
| 05/21/16 | Prepare hearing binder for 5/23 | 0.50 | 120.00 | 1591 SLS |
| 05/25/16 | Update calendar to reconcile confirmation schedule | 0.30 | 72.00 | 1591 SLS |
| 05/27/16 | Retrieve, review and forward agenda, update calendar | 0.20 | 48.00 | 1591 SLS |
| | TOTAL Case Administration | 3.90 | 936.00 | |
| **Fee/Employment Applications** | | | | |
| 05/02/16 | Review MDMC monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 05/02/16 | Draft MDMC monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 05/02/16 | Edit, finalize and file MDMC monthly fee statement | 0.60 | 144.00 | 1591 SLS |
| 05/02/16 | Review of MDMC 14th monthly fee application | 0.30 | 150.00 | 1592 DPP |
| 05/03/16 | Finalize and file Greenhill's certification of no objection to monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 05/17/16 | Draft Munger Tolles monthly fee statement certification of no objection | 0.30 | 72.00 | 1591 SLS |
| 05/18/16 | Finalize and file MTO certification of no objection to 16th monthly fee statement | 0.50 | 120.00 | 1591 SLS |
| 05/25/16 | Draft MDMC 14th monthly fee statement certification of no objection | 0.20 | 48.00 | 1591 SLS |
| 05/25/16 | Draft MDMC 15th monthly fee statement | 0.60 | 144.00 | 1591 SLS |
| 05/25/16 | Draft of June budget | 0.60 | 300.00 | 1592 DPP |
| 05/27/16 | continue draft of MDMC monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 05/27/16 | Finalize for filing Greenhill monthly fee statement, draft Notice | 0.20 | 48.00 | 1591 SLS |
| 05/27/16 | file MDMC monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 05/27/16 | file Greenhill monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 05/27/16 | Finalize for filing MTO monthly fee statement, draft Notice | 0.20 | 48.00 | 1591 SLS |
| 05/27/16 | File MTO monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 05/27/16 | Review of MTO and Greenhill fee applications | 0.30 | 150.00 | 1592 DPP |
| | TOTAL Fee/Employment Applications | 5.70 | 1,680.00 | |
| **Plan and Disclosure Statement** | | | | |
| 05/01/16 | Email to co-counsel re: revised plan and disclosure statement | 0.20 | 100.00 | 1592 DPP |
| 05/02/16 | Review, retrieve and circulate new plan and disclosure and related pleadings | 1.00 | 240.00 | 1591 SLS |
| 05/02/16 | Review of new plan and disclosure statement | 1.50 | 750.00 | 1592 DPP |
| 05/23/16 | Attendance at hearing | 2.10 | 1050.00 | 1592 DPP |
| | TOTAL Plan and Disclosure Statement | 4.80 | 2,140.00 | |
| | **TOTAL HOURS:** | **14.40** | | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                    PAGE: 2
RUN DATE: June 22, 2016                                            REF: 924393

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 05/10/16 | American Express: Courtcall- D. Primack. | 30.00 | |
| 05/14/16 | American Express: Courtcall- D. Primack. | 12.00 | |
| | TOTAL Telephone Calls | | 42.00 |
| | TOTAL DISBURSEMENTS VALUE | | 42.00 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                              PAGE: 3
RUN DATE: June 22, 2016                                    REF: 924393

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 5.00 | 500.00 | 2,500.00 |
| SLS | 9.40 | 240.00 | 2,256.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 3.90 | 936.00 |
| D27 - Fee/Employment Applications | 5.70 | 1680.00 |
| D32 - Plan and Disclosure Statement | 4.80 | 2140.00 |

| Disbursement Code | Amount |
|---|---|
| 12 - Telephone Calls | 42.00 |

|  |  |
|---|---|
| TOTAL FEES | 4,756.00 |
| TOTAL DISB | 42.00 |
| TOTAL BALANCE DUE | 4,798.00 |

**<u>EXHIBIT B</u>**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: July 28, 2016

CLIENT - MATTER     E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 06/01/16 | Retrieve and review order regarding omnibus hearing dates and update calendar accordingly | 0.30 | 72.00 | 1591 SLS |
| 06/14/16 | Review agenda for 6/16/16 | 0.30 | 72.00 | 1591 SLS |
| 06/15/16 | Prepare hearing binder for 6/16 | 2.00 | 480.00 | 1591 SLS |
| 06/15/16 | Update calendar | 0.30 | 72.00 | 1591 SLS |
| 06/20/16 | Review efile notices, download documents, update calendar | 0.30 | 72.00 | 1591 SLS |
| 06/24/16 | Retrieve and review agenda for 6/27 hearing | 0.30 | 72.00 | 1591 SLS |
| | TOTAL Case Administration | 3.50 | 840.00 | |
| Fee/Employment Applications | | | | |
| 06/02/16 | Finalize for filing MTO monthly fee statement and draft notice | 0.20 | 48.00 | 1591 SLS |
| 06/02/16 | File and forward for service, MTO monthly fee statement | 0.50 | 120.00 | 1591 SLS |
| 06/02/16 | Review of MTO April Fee statement | 0.20 | 100.00 | 1592 DPP |
| 06/07/16 | Draft MDMC 4th Interim Fee Application | 1.40 | 336.00 | 1591 SLS |
| 06/07/16 | Review of fee committee memorandum | 0.30 | 150.00 | 1592 DPP |
| 06/07/16 | Preparation of third interim fee application | 0.50 | 250.00 | 1592 DPP |
| 06/10/16 | Edit MDMC 4th interim fee application | 0.30 | 72.00 | 1591 SLS |
| 06/10/16 | Review of and edits to fourth interim fee application | 0.90 | 450.00 | 1592 DPP |
| 06/10/16 | Email to debtors re: fourth interim fee application | 0.30 | 150.00 | 1592 DPP |
| 06/14/16 | Finalize for filing Greenhill's 16th monthly fee statement, draft notice | 0.50 | 120.00 | 1591 SLS |
| 06/14/16 | File and forward for service Greenhill's monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 06/14/16 | Emails with Greenhill counsel re: 16th montly and interim fee applications | 0.40 | 200.00 | 1592 DPP |
| 06/15/16 | Finalize for filing Greenhill's 5th interim fee application | 0.70 | 168.00 | 1591 SLS |
| 06/15/16 | Finalize for filing MDMC's interim fee application | 0.70 | 168.00 | 1591 SLS |
| 06/15/16 | File Greenhill's 5th interim fee application, forward for service | 0.40 | 96.00 | 1591 SLS |
| 06/15/16 | File MDMC's interim fee application, forward for service | 0.40 | 96.00 | 1591 SLS |
| 06/15/16 | Finalize, file and forward for service, Munger Tolles Supplemental Declaration | 0.40 | 96.00 | 1591 SLS |
| 06/15/16 | Draft notice of Munger interim fee appliction, file with application and forward for service | 0.60 | 144.00 | 1591 SLS |
| 06/15/16 | Review of MDMC interim fee application | 0.40 | 200.00 | 1592 DPP |
| 06/15/16 | Review of Greenhill interim fee application | 0.40 | 200.00 | 1592 DPP |
| 06/15/16 | Review of MTO interim fee application and supplemental declaration | 0.50 | 250.00 | 1592 DPP |
| 06/15/16 | Call with co-counsel re: MTO interim fee application and supplemental declaration | 0.20 | 100.00 | 1592 DPP |
| 06/21/16 | Draft certification of no objection to MDMC monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 06/21/16 | Draft certification of no objection to MTO monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 06/21/16 | Draft certification of no objection to Greenhill's monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 06/21/16 | Review of MTO monthly fee application | 0.20 | 100.00 | 1592 DPP |
| 06/22/16 | Edit, finalize and file certification of no objection to MDMC monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 06/22/16 | Edit, finalize and file certification of no objection to MTO monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 06/22/16 | Edit, finalize and file certification of no objection to Greenhill's monthly fee statement | 0.20 | 48.00 | 1591 SLS |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: July 28, 2016

PAGE: 2
REF: 928269

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 06/22/16 | Review of Greenhill monthly fee application | 0.20 | 100.00 | 1592 DPP |
| 06/23/16 | Draft MDMC monthly fee statement for 5/2016 | 0.70 | 168.00 | 1591 SLS |
| 06/23/16 | Retrieve and review Fee Examiners report | 0.20 | 48.00 | 1591 SLS |
| 06/23/16 | Review of MDMC monthly fee statement | 0.20 | 100.00 | 1592 DPP |
| 06/24/16 | finalize and file MDMC May 2016 monthly fee statement | 0.50 | 120.00 | 1591 SLS |
| 06/27/16 | Draft certification of no objection to MTO monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 06/27/16 | Attendance at fee application hearing | 1.00 | 500.00 | 1592 DPP |
| 06/28/16 | Edit certification of no objection to MTO monthly fee statement, file | 0.40 | 96.00 | 1591 SLS |
| | TOTAL Fee/Employment Applications | 15.60 | 5,226.00 | |

Litigation

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 06/02/16 | Review of discovery responses to BNYM requests | 0.60 | 300.00 | 1592 DPP |
| 06/09/16 | Draft notice of service of June 3 discovery responses | 0.40 | 96.00 | 1591 SLS |
| 06/10/16 | Edit notice of service of discovery responses | 0.20 | 48.00 | 1591 SLS |
| 06/10/16 | File Notice of service for answer to discovery requests | 0.30 | 72.00 | 1591 SLS |
| 06/10/16 | Draft of notice of service of discovery responses | 0.20 | 100.00 | 1592 DPP |
| | TOTAL Litigation | 1.70 | 616.00 | |

Plan and Disclosure Statement

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 06/07/16 | Update calendar regarding plan and disclosure critical and hearing dates | 0.40 | 96.00 | 1591 SLS |
| 06/07/16 | Review re-Notice of Motion to Approve Disclosure Statement | 0.20 | 48.00 | 1591 SLS |
| 06/07/16 | Review correspondence regarding Plan confirmation | 0.40 | 96.00 | 1591 SLS |
| 06/10/16 | Review and retrieve plan and disclosure related pleadings | 0.40 | 96.00 | 1591 SLS |
| 06/16/16 | Attendance at disclosure statement approval hearing | 2.10 | 1050.00 | 1592 DPP |
| 06/23/16 | Review of notice of deposition of H. Sawyer | 0.20 | 100.00 | 1592 DPP |
| 06/24/16 | Retrieve and review Notice of Deposition of H. Sawyer | 0.30 | 72.00 | 1591 SLS |
| | TOTAL Plan and Disclosure Statement | 4.00 | 1,558.00 | |

**TOTAL HOURS:** **24.80**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                        PAGE: 3
RUN DATE: July 28, 2016                              REF: 928269

| Attorney | Hours | Rate | Value |
|----------|-------|------|-------|
| DPP | 8.80 | 500.00 | 4,400.00 |
| SLS | 16.00 | 240.00 | 3,840.00 |

| Task | Hours | Amount |
|------|-------|--------|
| D24 - Case Administration | 3.50 | 840.00 |
| D27 - Fee/Employment Applications | 15.60 | 5226.00 |
| D30 - Litigation | 1.70 | 616.00 |
| D32 - Plan and Disclosure Statement | 4.00 | 1558.00 |

| Disbursement Code | Amount |
|-------------------|--------|

| | |
|---|---|
| TOTAL FEES | 8,240.00 |
| TOTAL DISB | 0.00 |
| TOTAL BALANCE DUE | 8,240.00 |

**<u>EXHIBIT C</u>**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: August 26, 2016

PAGE:**1**
REF: 931468

CLIENT - MATTER     E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 07/12/16 | Review order regarding mediation and reconcile calendar | 0.30 | 72.00 | 1591 SLS |
| 07/14/16 | Review amended agenda for 7/15 and reconcile calendar | 0.30 | 72.00 | 1591 SLS |
| 07/18/16 | Retrieve, review and circulate agenda for 7/20 | 0.30 | 72.00 | 1591 SLS |
| 07/19/16 | Update calendar | 0.10 | 24.00 | 1591 SLS |
| 07/19/16 | Prepare hearing binder for 7/20 | 0.70 | 168.00 | 1591 SLS |
| 07/27/16 | Review efile notices, download pleadings and update calendar | 0.40 | 96.00 | 1591 SLS |
| | TOTAL Case Administration | 2.10 | 504.00 | |
| Fee/Employment Applications | | | | |
| 07/27/16 | Draft MDMC monthly fee statement certifcation of no objection | 0.20 | 48.00 | 1591 SLS |
| 07/27/16 | Draft Greenhill's monthly fee statement certification of no objection | 0.20 | 48.00 | 1591 SLS |
| 07/29/16 | Edit and file Greenhill's certification of no objection to monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 07/29/16 | Edit and file MDMC's certification of no objection to monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 07/29/16 | Draft MDMC's June monthly fee statement | 0.70 | 168.00 | 1591 SLS |
| | TOTAL Fee/Employment Applications | 1.70 | 408.00 | |
| Plan and Disclosure Statement | | | | |
| 07/15/16 | Review order regarding plan confirmation regarding timeline for trial | 0.40 | 96.00 | 1591 SLS |
| 07/15/16 | Review of upcoming confirmation hearing and related preconfirmation deadlines | 0.70 | 350.00 | 1592 DPP |
| 07/20/16 | Attendance at hearing | 3.10 | 1550.00 | 1592 DPP |
| 07/21/16 | Review of plan and related pleadings | 1.50 | 750.00 | 1592 DPP |
| 07/25/16 | Review order revising confirmation schedule and update calendar accordingly | 0.10 | 24.00 | 1591 SLS |
| 07/25/16 | Further updates to confirmation calendar | 0.20 | 48.00 | 1591 SLS |
| | TOTAL Plan and Disclosure Statement | 6.00 | 2,818.00 | |
| | **TOTAL HOURS:** | **9.80** | | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                    PAGE: 2
RUN DATE: August 26, 2016                        REF: 931468

| Attorney | Hours | Rate | Value |
|----------|-------|------|-------|
| DPP | 5.30 | 500.00 | 2,650.00 |
| SLS | 4.50 | 240.00 | 1,080.00 |

| Task | Hours | Amount |
|------|-------|--------|
| D24 - Case Administration | 2.10 | 504.00 |
| D27 - Fee/Employment Applications | 1.70 | 408.00 |
| D32 - Plan and Disclosure Statement | 6.00 | 2818.00 |

| Disbursement Code | Amount |
|-------------------|--------|

| | |
|--|--|
| TOTAL FEES | 3,730.00 |
| TOTAL DISB | 0.00 |
| TOTAL BALANCE DUE | 3,730.00 |

**EXHIBIT D**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION

RUN DATE: September 27, 2016

PAGE:1
REF: 934758

CLIENT - MATTER    E0700 Energy Future Competitive Holdings Compa
1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| Case Administration | | | | |
| 08/09/16 | Update calendar | 0.40 | 96.00 | 1591 SLS |
| 08/11/16 | Retrieve and review agenda for 8/15 hearing | 0.40 | 96.00 | 1591 SLS |
| 08/15/16 | Prepare hearing binders for 8/16 | 1.10 | 264.00 | 1591 SLS |
| 08/16/16 | Prepare hearing binder for 8/17 | 1.10 | 264.00 | 1591 SLS |
| | TOTAL Case Administration | 3.00 | 720.00 | |
| Claims Administration and Objections | | | | |
| 08/17/16 | Review order scheduling pro se proofs of claim procedures and reconcile calendar | 0.20 | 48.00 | 1591 SLS |
| | TOTAL Claims Administration and Objections | 0.20 | 48.00 | |
| Fee/Employment Applications | | | | |
| 08/01/16 | Finalize and file MDMC June monthly fee statement | 0.60 | 144.00 | 1591 SLS |
| 08/02/16 | Finalize for filing MTO 19th monthly fee statement, draft notice, file and serve | 0.80 | 192.00 | 1591 SLS |
| 08/02/16 | Review of co-counsel re: fee application | 0.20 | 100.00 | 1592 DPP |
| 08/08/16 | Review of Greenhill monthly fee application | 0.20 | 100.00 | 1592 DPP |
| 08/09/16 | Finalize for filing Greenhill's May monthly fee statement, draft notice | 0.30 | 72.00 | 1591 SLS |
| 08/24/16 | Draft Notice of Greenhill's June 2016 monthly fee statement and finalize monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 08/24/16 | File and forward for service, Greenhill's 18th monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 08/29/16 | Draft MDMC July monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 08/29/16 | Draft Notice of Greenhill's 19th monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 08/29/16 | Draft MDMC's certification of no objection to 17th monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 08/29/16 | Draft certification of no objection to MTO's 19th monthly fee statement | 0.20 | 48.00 | 1591 SLS |
| 08/29/16 | Finalize and file MDMC's certification of no objection to 17th monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 08/29/16 | Finalize and file certification of no objection to MTO's 19th monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 08/29/16 | Finalize and file Greenhill's 19th monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 08/29/16 | Finalize and file MDMC's July monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| | TOTAL Fee/Employment Applications | 5.30 | 1,376.00 | |
| Plan and Disclosure Statement | | | | |
| 08/09/16 | Retrieve and review motion regarding EFH confirmation, reconcile calendar | 0.40 | 96.00 | 1591 SLS |
| 08/12/16 | Prepare hearing binder for 8/15 hearing | 1.70 | 408.00 | 1591 SLS |
| 08/15/16 | Review order regarding E-Side confirmation schedule and update calendar | 0.30 | 72.00 | 1591 SLS |
| 08/15/16 | Attendance at hearing | 1.60 | 800.00 | 1592 DPP |
| 08/16/16 | Preparation for and attendance at hearing | 3.10 | 1550.00 | 1592 DPP |
| 08/17/16 | Preparation for and attendance at confirmation hearing | 8.20 | 4100.00 | 1592 DPP |
| 08/18/16 | Attendance at confirmation hearing | 8.10 | 4050.00 | 1592 DPP |
| 08/19/16 | Attendance at confirmation hearing | 6.90 | 3450.00 | 1592 DPP |
| 08/22/16 | Attendance at confirmation hearing | 7.10 | 3550.00 | 1592 DPP |
| 08/23/16 | Attendance at hearing | 7.10 | 3550.00 | 1592 DPP |
| 08/24/16 | Attend closing argument on plan confirmation hearing and objections | 4.80 | 3000.00 | 1294 GDB |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                    PAGE: 2
RUN DATE: September 27, 2016                                       REF: 934758

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| 08/25/16 | Reconcile dates regarding EFH confirmation schedule | 0.30 | 72.00 | 1591 SLS |
| 08/26/16 | Attendance at confirmation hearing | 2.20 | 1100.00 | 1592 DPP |
| | TOTAL Plan and Disclosure Statement | 51.80 | 25,798.00 | |

**TOTAL HOURS:** **60.30**

| ACTIVITY DATE | DESCRIPTION OF DISBURSEMENT | AMOUNT | |
|---|---|---|---|
| 08/31/16 | Pacer charge for the month of August 2016 Acct# MH0032 | 4.00 | |
| | TOTAL Pacer | | 4.00 |
| | TOTAL DISBURSEMENTS VALUE | | 4.00 |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                                    PAGE: 3
RUN DATE: September 27, 2016                                        REF: 934758

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 44.70 | 500.00 | 22,350.00 |
| GDB | 4.80 | 625.00 | 3,000.00 |
| SLS | 10.80 | 240.00 | 2,592.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 3.00 | 720.00 |
| D25 - Claims Administration and Objections | 0.20 | 48.00 |
| D27 - Fee/Employment Applications | 5.30 | 1376.00 |
| D32 - Plan and Disclosure Statement | 51.80 | 25798.00 |

| Disbursement Code | Amount |
|---|---|
| 36 - Pacer | 4.00 |

|  |  |
|---|---|
| TOTAL FEES | 27,942.00 |
| TOTAL DISB | 4.00 |
| TOTAL BALANCE DUE | 27,946.00 |

**Exhibit E**

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION
RUN DATE: October 25, 2016

PAGE:1
REF: 938826

CLIENT - MATTER      E0700 Energy Future Competitive Holdings Compa
                     1001 Bankruptcy

| ACTIVITY DATE | DESCRIPTION OF SERVICES | HOURS | AMOUNT | ATTY |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 09/12/16 | Update calendar | 0.10 | 24.00 | 1591 SLS |
| 09/14/16 | Review efile notices and download documents | 0.40 | 96.00 | 1591 SLS |
| 09/23/16 | Review agenda, email from S. Shidner re what's needed for hearing, respond | 0.10 | 62.50 | 1294 GDB |
| 09/23/16 | Review efile notices and recent pleadings regarding confirmation hearings and related and reconcile calendar | 1.00 | 240.00 | 1591 SLS |
| 09/26/16 | Review letter from Next Era to court re termination fee issue, their position | 0.20 | 125.00 | 1294 GDB |
| 09/26/16 | Review letter from debtor's counsel to court - issues re payment of TCEH unsecured entities on effective date of confirmed plan | 0.30 | 187.50 | 1294 GDB |
| 09/26/16 | Attend hearing - status of plan effective date | 1.80 | 1125.00 | 1294 GDB |
| 09/26/16 | Meeting with D. Primack re result of hearing | 0.20 | 125.00 | 1294 GDB |
| 09/27/16 | Review efile notices and update calendar | 0.30 | 72.00 | 1591 SLS |
| | TOTAL Case Administration | 4.40 | 2,057.00 | |
| **Fee/Employment Applications** | | | | |
| 09/19/16 | Determine status of Greenhill monthly fee statements, draft (2) certifications of no objection to same | 0.80 | 192.00 | 1591 SLS |
| 09/19/16 | Finalize and file (2) Certifcations of No Objection to Greenhill's monthly fee statements | 0.40 | 96.00 | 1591 SLS |
| 09/20/16 | Determine status of MDMC monthly fee statements and draft certification of no objection to July statement | 0.60 | 144.00 | 1591 SLS |
| 09/20/16 | Review of CNO for fee MDMC application | 0.20 | 100.00 | 1592 DPP |
| 09/21/16 | Finalize and file (2) certifications of no objection to MDMC and Greenhill monthly fee statements | 0.40 | 96.00 | 1591 SLS |
| 09/21/16 | Review of MTO fee application | 0.20 | 100.00 | 1592 DPP |
| 09/23/16 | finalize for filing MTO 20th monthly fee statement and draft notice of same | 0.30 | 72.00 | 1591 SLS |
| 09/23/16 | File MTO 20th monthly fee statement | 0.30 | 72.00 | 1591 SLS |
| 09/23/16 | Review of MTO monthly fee application | 0.20 | 100.00 | 1592 DPP |
| 09/27/16 | Finalize for filing MDMC and Greenhill's monthly fee statements | 0.60 | 144.00 | 1591 SLS |
| 09/27/16 | Draft MDMC August monthly fee statement | 0.40 | 96.00 | 1591 SLS |
| 09/28/16 | Finalize and file MDMC and Greenhill's monthly fee statements | 0.70 | 168.00 | 1591 SLS |
| | TOTAL Fee/Employment Applications | 5.10 | 1,380.00 | |
| **Plan and Disclosure Statement** | | | | |
| 09/16/16 | Email to co-counsel re: upcoming hearing | 0.20 | 100.00 | 1592 DPP |
| 09/19/16 | Attendance at hearing | 5.70 | 2850.00 | 1592 DPP |
| | TOTAL Plan and Disclosure Statement | 5.90 | 2,950.00 | |
| | **TOTAL HOURS:** | **15.40** | | |

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

FEE APPLICATION                                    PAGE: 2
RUN DATE: October 25, 2016                          REF: 938826

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| DPP | 6.50 | 500.00 | 3,250.00 |
| GDB | 2.60 | 625.00 | 1,625.00 |
| SLS | 6.30 | 240.00 | 1,512.00 |

| Task | Hours | Amount |
|---|---|---|
| D24 - Case Administration | 4.40 | 2057.00 |
| D27 - Fee/Employment Applications | 5.10 | 1380.00 |
| D32 - Plan and Disclosure Statement | 5.90 | 2950.00 |

| Disbursement Code | Amount |
|---|---|

| | |
|---|---|
| TOTAL FEES | 6,387.00 |
| TOTAL DISB | 0.00 |
| TOTAL BALANCE DUE | 6,387.00 |