IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Bankruptcy Case No. 14-10979 (CSS) |
| | : | |
| Debtor. | : | |
| | : | |
| DELAWARE TRUST COMPANY, AS FIRST LIEN INDENTURE TRUSTEE, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 16-189-RGA |
| | : | |
| MORGAN STANLEY CAPITAL GROUP, INC., | : | |
| | : | |
| Appellee. | : | |

## **ORDER**

WHEREAS, Appellant has requested the Court to "remand the appeal for further proceedings before the Bankruptcy Court," due to litigation that is presently pending before that court (D.I. 53);

WHEREAS, Appellees and Intervenors do not object to the remand (D.I. 55 and D.I. 56);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is REMANDED to the United States Bankruptcy Court for the District of Delaware for further proceedings. Jurisdiction over the appeal is retained.

IT IS FURTHER ORDERED, that the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the bankruptcy proceedings have been resolved so that this case may be reopened and other

appropriate action may be taken.

November 23, 2016
DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE