## **EXHIBIT A**

### **Hours Expended by SOLIC Professionals**

| NAME | TITLE | HOURS 10/01 – 10/31/2016 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 22.0 |
| Raoul Nowitz | Managing Director | 74.0 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 51.0 |
| TOTALS | | 150.0 |