**EXHIBIT** B
**Hours Expended by Subject Matter**

**GENERAL**

|  | October 2016 |
|---|---|
| Plan Development & Testimony Review & Analysis | 62.5 |
| Meeting with Counsel & other Constituents | 0.5 |
| Dataroom and Diligence Materials Review | 79.0 |
| EFH Board Meeting Attendance | 3.0 |
| Project Management & Support | 2.0 |
| Fee Applications/Retention Applications | 3.0 |
| TOTAL HOURS | 150.0 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Plan Development & Testimony Review & Analysis:  Meetings with constituents regarding plan formulation, review of plan proposals and analysis of proposed settlements of Conflict Matters.  This category also includes working alongside counsel regarding the Plan of Reorganization including the financial analysis and modeling of illustrative financial scenarios and make-whole matters, discussion related to same plus the review of deposition transcripts as it relates to the E-side's confirmation hearing and related requirements.

- Meeting with Counsel & Other Constituents:  Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.

- Dataroom and Diligence Materials Review:  Download, analyze and review materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom.

- EFH Board Meeting Attendance:  Attend in-person and/or telephonically weekly EFH board meetings and engage in pre-meeting preparations and post-meeting follow-up, including work plan development.

- Project Management & Support:  Key elements of project management on the engagement including work plan development and internal discussion pertaining to same.  General review and research of case filings.

- Fee Applications/Retention Applications:  Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee.