# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 9.6 | $1,942.50 |
| [ALL] Case Administration | 0.7 | $208.00 |
| [ALL] Claims Administration & Objections | 3.2 | $940.00 |
| [ALL] Hearings | 0.8 | $280.00 |
| [ALL] Non-BK Fee/Employment Applications | 4.4 | $1,135.00 |
| [ALL] Plan and Disclosure Statement | 5.3 | $1,855.00 |
| **Total** | **32.8** | **$6,360.50** |