## <u>EXHIBIT C</u>

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---|
| Filing/Court Fees | $3.40 |
| In-House Reproduction | $6.50 |
| **Total** | **$9.90** |