# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 10-21-2016 | Filing/Court Fees | PACER | $3.40 |
| 10-26-2016 | In-House Reproduction | Photocopies (65 copies) | $6.50 |
| **Total** | | | **$9.90** |