UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE:

DEBTOR: ENERGY FUTURE HOLDINGS ET AL
       Chapter 11
       Case No. 14-10979 (CSS), Jointly Administered BAP No. 15-82, Judge Sontchi
       Objections due by Date: January 18, 2016

## NOTICE OF MOTION

TO: Energy Future Holdings et al
    Jason Madron with Richards, Layton & Finger P.A.
    Edward Sassower with Kirkland & Ellis International NY
    James Spray with Kirkland & Ellis IL
    Mark McKane with Kirkland & Ellis CA
    Jonathan Ganer with Kirkland & Ellis D.C.

    United States Trustee T. Patrick Tinker DE

Kenneth R. Stewart, a.k.a. Kenneth S. Stewart, pro se, has filed an MOTIONS TO STOP DEBTOR'S BANKRUPTCY PROCEEDINGS AND PAY OFF ALL DEBTS which seeks the following relief:

    Court stops bankruptcy to allow two Trusts to pay off all debts and take control of Debtor.

You are required to file a response to the attached motion on or before November 30, 2016 to

Kenneth R. Stewart  P. O. Box 270784 Dallas, TX 75227.

Hearing on the Motion will be held on or before January 18, 2017.

If you fail o respond in accordance with this NOTICE, the Court may grant the relief demanded by the Motion without further Notice of Hearing.

BY: _____ (Pro se)    Date: 11-15-16

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: ENERGY FUTURE HOLDINGS, et al.

| | | |
|---|---|---|
| KENNETH R. STEWART, (PRO-SE) | ) | Civil Action No. 15-1213 UNA |
| Creditor | ) | |
| ENERGY FUTURE HOLDINGS CORP., ET AL., | ) | Bankruptcy Case No. 14-10979 (CSS) |
| Debtor | ) | (Jointly Administered) |
| | ) | BAP NO. 15-82 |

MOTIONS TO STOP DEBTOR'S BANKRUPTCY PROCEEDINGS AND PAY OFF DEBTS

1. Whereas, I am the Trust Beneficiary in the following Trusts to pay off all of Debtor's debts while assuming complete control of the TXU et al companies:

    a. My Deed of Trust 51989 DT-LS in 1995 was then assigned to K&K Transportation et al and The Associates to manage for me (see Exhibit A).

    b. My collateral 29680 WD-A was assigned to Dallas Freightliner and The Associates in 1997 to manage for me (see Exhibit B, 2 pages).

    c. My last four security numbers and Trust 5428 in the Security Exchange Commission filings. See the S.E.C. online filings with said numbers.

    d. My last four security numbers and Trust 5438 in the Security Exchange Commission filings. See the S.E.C. online filings with said numbers.

    e. My double social security numbers as reported by TRW. (See Exhibit C)

2. I hereby submit a MOTION to authorize my Trusts 5428 and 5438 to pay off all Creditors of the Debtor, excluding attorney and legal fees.

3. I hereby submit a second MOTION to replace all of Debtor's Executive Management, Board of Directors, and Consultants without severance pay in 2016.

_[signature]_      11-18-16