**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS | : | |
| CORP., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| _____ | : | |

**NOTICE OF WITHDRAWAL OF DOCKET NO. 10007**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Motion of Google Inc. for Allowance and Payment of

Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [Docket No. 10007], filed on behalf

of Google Inc.


Dated: Wilmington, Delaware
      November 30, 2016

**WHITE AND WILLIAMS LLP**

By:   /s/ Marc S. Casarino
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
Wilmington, DE  19801
Telephone:  (302) 467-4520
Facsimile:  (302) 467-4550
casarinom@whiteandwilliams.com

*Attorneys for Google Inc.*

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors claims and noticing agent at http://www.efhcase info.com.

18119518v.1