**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS | : | |
| CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

    I, Marc S. Casarino do hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Docket No. 10007 was served on November 30, 2016 via electronic notification on those parties who receive CM/ECF notices in the above-captioned cases.

Dated: Wilmington, Delaware
        November 30, 2016

**WHITE AND WILLIAMS LLP**

By:   /s/ Marc S. Casarino
Marc S. Casarino (#3613)
824 N. Market Street, Suite 902
Wilmington, DE 19801
Telephone: (302) 467-4520
Fax: (302) 467-4550
casarinom@whiteandwilliams.com

*Attorneys for Google Inc.*

18119518v.1