IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS, CORP., | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Reference Docket No. 10216 |
| | : | |

**NOTICE OF WITHDRAWAL OF DOCUMENT [DOCKET NO. 10216]**

PLEASE TAKE NOTICE that The Fee Committee, by and through its former undersigned Delaware counsel, hereby withdraws, without prejudice, the *Fifth Interim Application of Phillips, Goldman, McLaughlin & Hall, P.A. F/K/A Phillips, Goldman & Spence, P.A. as Counsel to the Fee Committee Seeking Compensation and Reimbursement of Expenses for the Period of January 1, 2016 through April 27, 2016, and the Final Fee Application for the Period September 1, 2014 through April 27, 2016* [Docket No. 10216], which was filed on November 18, 2016.

                                                     PHILLIPS, GOLDMAN, MCLAUGHLIN
                                                           & HALL, P.A.

                                                           /s/ Lisa C. McLaughlin

                                                           Lisa C. McLaughlin, Esquire (#3113)
                                                           1200 North Broom Street
                                                           Wilmington, DE 19806
                                                            (302) 655-4200
                                                           (302) 655-4210
                                                           *Former Delaware Counsel to The Fee Committee*

Date: November 30, 2016

## CERTIFICATE OF SERVICE

I, MICHELLE M. OKAVAGE, Paralegal, do hereby certify that on November 30, 2016, I caused a copy of the foregoing *Notice of Withdrawal of Document [Docket No. 10216] Code* to be served on those persons receiving notice through the Court's CM/ECG system.

Under penalty of perjury, I certify the foregoing to be true and correct.

*/s/ Michelle M. Okavage*
MICHELLE M. OKAVAGE