# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee, | |
| Plaintiff, | Adv. Pro. No. 15-51239 (CSS) |
| v. | |
| WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, | |
| Defendant, | |
| v. | |
| MORGAN STANLEY CAPITAL GROUP INC., J. ARON & COMPANY, and TITAN INVESTMENT HOLDINGS LP, | |
| Intervenors. | |

## NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 1, 2016 *STARTING AT 11:00 A.M. (EST)* AND DECEMBER 2, 2016 STARTING AT 10:00 A.M. (EST)[3]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at www.efhcaseinfo.com.

[2] **Further amended items appear in *bold italics*.**

[3] The December 1, 2016 and December 2, 2016 hearings will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at *11:00 a.m. (EST) on*

> ***** *AT THE DIRECTION OF THE COURT, THE START TIME OF THE DECEMBER 1, 2016 HEARING HAS CHANGED. THE DECEMBER 1, 2016 HEARING WILL NOW BEGIN AT 11:00 A.M. (EST)* *****

I. **"E-SIDE" PLAN STATUS CONFERENCE:**

1. Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9612; filed September 21, 2016]

    "E-Side" Confirmation Objection Deadline:        November 15, 2016

    "E-Side" Confirmation Responses/Objections Received:

    A. Motion to Object to Debtors' Improper Voting Notices, Meetings and Exit Strategy filed by Kenneth R. Stewart [D.I. 10080; filed November 9, 2016]

    B. The United States Trustee's Objection, Response and Reservation of Rights with Respect to the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH and the EFIH Debtors (D.I. 9612) [D.I. 10125; filed November 11, 2016]

    C. Objection to the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10134; filed November 15, 2016]

    D. Objection of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Confirmation of the Debtors' Fourth Amended Joint Plan of Reorganization as it Relates to the EFH Debtors and EFIH Debtors (SEALED) [D.I. 10141; filed November 15, 2016]

    E. Objection of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Confirmation of the Debtors' Fourth Amended Joint Plan of Reorganization as it Relates to the EFH Debtors and EFIH Debtors (REDACTED) [D.I. 10142; filed November 15, 2016]

    F. Reservation of Rights by the EFH Indenture Trustee with Respect to Confirmation of the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the

---

*December 1, 2016 and at* 10:00 a.m. (EST) *on December 2, 2016.* Any person who *wished* to appear telephonically at the December 1, 2016 and/or December 2, 2016 hearings must *have contacted* COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Wednesday, November 30, 2016 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10143; filed November 15, 2016]

G. Contrarian Capital Management, LLC's Objection to Confirmation of the Debtor's Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH and the EFIH Debtors [D.I. 10144; filed November 15, 2016]

H. Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fourth Amended Joint Plan of Reorganization (REDACTED) [D.I. 10150; filed November 15, 2016]

I. Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fourth Amended Joint Plan of Reorganization (SEALED) [D.I. 10152; filed November 15, 2016]

J. Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to Confirmation of the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10154; filed November 15, 2016]

K. EFIH Second Lien Trustee's Objection to Debtors' Plan of Reorganization (REDACTED) [D.I. 10156; filed November 15, 2016]

L. EFIH Second Lien Trustee's Objection to Debtors' Plan of Reorganization (SEALED) [D.I. 10160; filed November 15, 2016]

M. Joinder of Law Debenture Trust Company of New York, as Indenture Trustee, to the Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to Confirmation of the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10167; filed November 15, 2016]

N. Oracle's Reservation of Rights Regarding the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10168; filed November 15, 2016]

O. Limited Objection of UMB Bank, N.A., as Indenture Trustee, to Confirmation of the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10169; filed November 15, 2016]

Related Documents:

i. Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 9201; filed August 5, 2016]

ii. Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 9381; filed August 24, 2016]

iii. Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9493; filed September 7, 2016]

iv. Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 9494; filed September 7, 2016]

v. Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9557; filed September 15, 2016]

vi. Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 9558; filed September 15, 2016]

vii. Notice of Filing of Revised Order in Connection with "Motion of the EFH/EFIH Debtors for Entry of an Order (A) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, (B) Approving the EFH/EFIH Disclosure Statement, (C) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (D) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (E) Approving the Manner and Forms of Notice and Other Related Documents" [D.I. 9559; filed September 15, 2016]

viii. Notice of Filing of Revised EFH/EFIH Solicitation Procedures [D.I. 9579; filed September 18, 2016]

ix. Order (A) Approving the EFH/EFIH Disclosure Statement, (B) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 9585; filed September 19, 2016]

x. Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 9613; filed September 21, 2016]

xi. Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9616; filed September 21, 2016]

xii. Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 9617; filed September 21, 2016]

xiii. Notice of Hearing to Consider Confirmation of the Chapter 11 Plan as it Applies to the EFH/EFIH Debtors and Related Voting and Objection Deadlines [D.I. 9620; filed September 21, 2016]

xiv. Notice of Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 9647; filed September 23, 2016]

xv. Plan Supplement as it Relates to the EFH Debtors and EFIH Debtors for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10101; filed November 11, 2016]

xvi. Notice of Filing of EFH/EFIH Plan Supplement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10102; filed November 11, 2016]

xvii. Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi in Contemplation of November 15, 2016 Initial Pre-Trial Conference Concerning Status of Logistics and Scheduling in Connection with E-Side Confirmation Proceedings [D.I. 10124; filed November 14, 2016]

    xviii.  Letter to The Honorable Christopher S. Sontchi from Joshua K. Brody, Esq. Responding to Letter of Mark McKane, P.C. With Respect to the Proposed Pre-Trial Order [D.I. 10128; filed November 14, 2016]

    xix.  Notice of Second Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 10140; filed November 15, 2016]

    xx.  Declaration of Philip D. Anker with Respect to Exhibits Filed in Support of Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fourth Amended Joint Plan of Reorganization (REDACTED) [D.I. 10151; filed November 15, 2016]

    xxi.  Declaration of Philip D. Anker with Respect to Exhibits Filed in Support of Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Fourth Amended Joint Plan of Reorganization (SEALED) [D.I. 10153; filed November 15, 2016]

    xxii.  Notice Regarding Scheduling Order and Commencement of Plan Confirmation Proceedings [D.I. 10235; filed November 21, 2016]

    xxiii.  Supplement to Order Scheduling Certain Hearing Dates and Deadline and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 10239; filed November 21, 2016]

Status: A status conference with respect to the Plan as it relates to the EFH Debtors and EFIH Debtors will go forward.

## II. STATUS CONFERENCE IN ADVERSARY PROCEEDING 15-51239:

2. Order [Civil Action No. 16-189 - D.I. 57; filed November 23, 2016/ Main Case No. 14-10979 - D.I. 10261; filed November 29, 2016]

Related Documents:

    i.  Opinion [Adv. D.I. 89; filed March 11, 2016]

    ii.  Order [Adv. D.I. 90; filed March 11, 2016]

    iii.  Judgment [Adv. D.I. 91; filed March 11, 2016]

    iv.  Amended Order [Adv. D.I. 94; filed March 23, 2016]

    v.  Motion of Delaware Trust Company, as TCEH First Lien Indenture Trustee, to Partially Vacate Judgment Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b) [Adv. D.I. 122; filed June 1, 2016]

vi. Intervenor Defendant's Brief in Opposition to Plaintiff's Motion to Partially Vacate Judgment Pursuant to Fed. R. Bankr. P. 9024 & Fed R. Civ. P. 60(b) [Adv. D.I. 127; filed June 15, 2016]

vii. Reply of Delaware Trust Company, as TCEH First Lien Indenture Trustee, in Support of Motion to Partially Vacate Judgment Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b) [Adv. D.I. 128; filed June 22, 2016]

viii. Letter to the Honorable Christopher S. Sontchi [Adv. D.I. 138; filed November 15, 2016]

ix. Memorandum Order [Adv. D.I. 139; filed November 17, 2016]

Status: At the direction of Chambers, a status conference with respect to Adv. Proc. No. 15-51239 (CSS) (Bankr. D. Del.) will go forward.

### III. CONTESTED EVIDENTIARY MATTER GOING FORWARD:

3. Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) [D.I. 10074; filed November 8, 2016]

Response/Objection Deadline: November 23, 2016 at 12:00 p.m. (noon) (EST)

Reply Deadline: November 29, 2016 at 12:00 p.m. (noon) (EST)

Responses/Objections Received:

A. Opposition of Energy Future Holdings Corp., *et al.*, to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) [D.I. 10249; filed November 23, 2016]

Related Documents:

i. Memorandum of Law in Support of Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) (SEALED) [D.I. 10075; filed November 8, 2016]

ii. Memorandum of Law in Support of Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter

RLF1 16008259v.1

|     | 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) (REDACTED) [D.I. 10076; filed November 8, 2016] |
|-----|---|
| iii. | Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann for Leave to Notice the Motion to Dismiss for Hearing on November 30, 2016 [D.I. 10077; filed November 8, 2016] |
| iv. | Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi Concerning Asbestos Debtors' Position on Scheduling With Respect to Pending Motion to Dismiss Asbestos Debtors' Chapter 11 Cases [D.I. 10123; filed November 14, 2016] |
| v. | Notice of Hearing on the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holding, LSGT Gas Co. LLC, and LSGT SACROC, Inc., Pursuant to 11 U.S.C. § 1112(b) [D.I. 10178; filed November 16, 2016] |
| vi. | Declaration of Jonathan F. Ganter, Esq. in Support of Opposition of Energy Future Holdings Corp., *et al.*, to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC (SEALED) [D.I. 10251; filed November 23, 2016] |
| vii. | Declaration of Jonathan F. Ganter, Esq. in Support of Opposition of Energy Future Holdings Corp., *et al.*, to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC (REDACTED) [D.I. 10252; filed November 23, 2016] |
| viii. | Reply in Support of Motion of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) (SEALED) [D.I. 10273; filed November 29, 2016] |
| ix. | Reply in Support of Motion of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) (REDACTED) [D.I. 10274; filed November 29, 2016] |
| x. | Notice of Service [D.I. 10276; filed November 29, 2016] |
| xi. | Notice of Service [D.I. 10278; filed November 29, 2016] |

<u>Status</u>: The hearing on this matter will go forward on a contested basis.

Dated: November 30, 2016
Wilmington, Delaware

*/s/ [signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*