## EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - All Entities**
**Summary of Time Detail by Task**
**September 1, 2016 through September 30, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 7.3 | $5,657.50 |
| Bankruptcy Support | 68.9 | $41,041.00 |
| Business Plan | 12.4 | $4,650.00 |
| Claims | 347.8 | $180,495.00 |
| Contracts | 38.7 | $25,667.50 |
| Coordination & Communication with other Creditor Constituents | 2.1 | $1,627.50 |
| Coordination & Communication with UCC | 2.9 | $1,812.50 |
| Court | 4.8 | $4,210.00 |
| Fee Applications | 13.7 | $5,165.00 |
| Motions and Orders | 0.4 | $380.00 |
| POR / Disclosure Statement | 56.6 | $24,975.00 |
| Status Meetings | 3.9 | $2,437.50 |
| Travel Time | 19.5 | $10,350.00 |
| UST Reporting Requirements | 7.0 | $3,850.00 |
| Vendor Management | 1.1 | $852.50 |
| **Total** | **587.1** | **$313,171.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
***Summary of Time Detail by Task***
***September 1, 2016 through September 30, 2016***

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 5.5 | $4,243.13 |
| Bankruptcy Support | 15.9 | $10,672.08 |
| Business Plan | 5.1 | $1,894.92 |
| Claims | 299.8 | $156,246.11 |
| Contracts | 23.7 | $15,263.13 |
| Coordination & Communication with UCC | 2.9 | $1,812.50 |
| Court | 2.8 | $2,660.00 |
| Fee Applications | 9.1 | $3,427.08 |
| Motions and Orders | 0.4 | $380.00 |
| POR / Disclosure Statement | 2.0 | $1,550.00 |
| Status Meetings | 3.9 | $2,437.50 |
| Travel Time | 13.9 | $7,410.00 |
| UST Reporting Requirements | 4.6 | $2,554.55 |
| Vendor Management | 0.8 | $639.37 |
| **Total** | **390.4** | **$211,190.36** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH**
**Summary of Time Detail by Task**
**September 1, 2016 through September 30, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 1.8 | $1,414.38 |
| Bankruptcy Support | 27.3 | $15,710.96 |
| Business Plan | 2.7 | $1,022.24 |
| Claims | 27.7 | $14,013.97 |
| Contracts | 15.0 | $10,404.38 |
| Coordination & Communication with other Creditor Constituents | 2.1 | $1,627.50 |
| Court | 1.0 | $775.00 |
| Fee Applications | 2.6 | $992.13 |
| POR / Disclosure Statement | 27.3 | $11,712.50 |
| Travel Time | 3.2 | $1,678.36 |
| UST Reporting Requirements | 1.3 | $739.54 |
| Vendor Management | 0.3 | $213.13 |
| **Total** | **112.4** | **$60,304.07** |

*Travel time billed at 50% of time incurred*

*EFIH*
*Summary of Time Detail by Task*
*September 1, 2016 through September 30, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 25.7 | $14,657.96 |
| Business Plan | 4.6 | $1,732.84 |
| Claims | 20.3 | $10,234.92 |
| Court | 1.0 | $775.00 |
| Fee Applications | 2.0 | $745.79 |
| POR / Disclosure Statement | 27.3 | $11,712.50 |
| Travel Time | 2.4 | $1,261.64 |
| UST Reporting Requirements | 1.0 | $555.92 |
| **Total** | **84.3** | **$41,676.57** |

*Travel time billed at 50% of time incurred*