## EXHIBIT B

### Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - All Entities
### Summary of Time Detail by Professional
### September 1, 2016 through September 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 12.1 | $11,495.00 |
| JD Ivy | Managing Director | $925.00 | 12.0 | $11,100.00 |
| Emmett Bergman | Managing Director | $775.00 | 38.4 | $29,760.00 |
| John Stuart | Managing Director | $775.00 | 9.5 | $7,362.50 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 155.2 | $97,000.00 |
| Matt Frank | Director | $625.00 | 3.0 | $1,875.00 |
| Peter Mosley | Director | $625.00 | 1.5 | $937.50 |
| Robert Casburn | Manager | $590.00 | 10.4 | $6,136.00 |
| Kevin Sullivan | Director | $550.00 | 7.0 | $3,850.00 |
| Paul Kinealy | Director | $550.00 | 9.2 | $5,060.00 |
| Ryan Wells | Senior Associate | $410.00 | 26.0 | $10,660.00 |
| Richard Carter | Consultant | $450.00 | 200.1 | $90,045.00 |
| Michael Williams | Consultant | $375.00 | 18.5 | $6,937.50 |
| Peyton Heath | Analyst | $375.00 | 45.2 | $16,950.00 |
| Sarah Pittman | Analyst | $375.00 | 30.7 | $11,512.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 8.3 | $2,490.00 |
| | | *Total* | 587.1 | $313,171.00 |

*Exhibit B*

## TCEH
### Summary of Time Detail by Professional
### September 1, 2016 through September 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 11.5 | $10,925.00 |
| Emmett Bergman | Managing Director | $775.00 | 22.1 | $17,127.50 |
| John Stuart | Managing Director | $775.00 | 3.0 | $2,325.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 130.8 | $81,765.82 |
| Matt Frank | Director | $625.00 | 2.5 | $1,562.50 |
| Peter Mosley | Director | $625.00 | 1.5 | $937.50 |
| Kevin Sullivan | Director | $550.00 | 4.6 | $2,554.55 |
| Paul Kinealy | Director | $550.00 | 6.1 | $3,357.41 |
| Richard Carter | Consultant | $450.00 | 172.8 | $77,748.17 |
| Michael Williams | Consultant | $375.00 | 12.5 | $4,674.51 |
| Sarah Pittman | Analyst | $375.00 | 17.5 | $6,560.25 |
| Mary Napoliello | Paraprofessional | $300.00 | 5.5 | $1,652.16 |
| | | **Total** | **390.4** | **$211,190.36** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### September 1, 2016 through September 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.6 | $570.00 |
| JD Ivy | Managing Director | $925.00 | 6.0 | $5,550.00 |
| Emmett Bergman | Managing Director | $775.00 | 16.3 | $12,632.50 |
| John Stuart | Managing Director | $775.00 | 3.3 | $2,518.75 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 13.7 | $8,538.02 |
| Matt Frank | Director | $625.00 | 0.5 | $312.50 |
| Robert Casburn | Manager | $590.00 | 5.2 | $3,068.00 |
| Kevin Sullivan | Director | $550.00 | 1.3 | $739.54 |
| Paul Kinealy | Director | $550.00 | 1.8 | $971.96 |
| Richard Carter | Consultant | $450.00 | 15.5 | $6,963.72 |
| Ryan Wells | Senior Associate | $410.00 | 13.0 | $5,330.00 |
| Michael Williams | Consultant | $375.00 | 3.7 | $1,380.38 |
| Peyton Heath | Analyst | $375.00 | 22.6 | $8,475.00 |
| Sarah Pittman | Analyst | $375.00 | 7.4 | $2,775.41 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.6 | $478.30 |
| | | *Total* | **112.4** | **$60,304.07** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### September 1, 2016 through September 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| JD Ivy | Managing Director | $925.00 | 6.0 | $5,550.00 |
| John Stuart | Managing Director | $775.00 | 3.3 | $2,518.75 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 10.7 | $6,696.17 |
| Robert Casburn | Manager | $590.00 | 5.2 | $3,068.00 |
| Kevin Sullivan | Director | $550.00 | 1.0 | $555.92 |
| Paul Kinealy | Director | $550.00 | 1.3 | $730.63 |
| Richard Carter | Consultant | $450.00 | 11.9 | $5,333.11 |
| Ryan Wells | Senior Associate | $410.00 | 13.0 | $5,330.00 |
| Michael Williams | Consultant | $375.00 | 2.4 | $882.61 |
| Peyton Heath | Analyst | $375.00 | 22.6 | $8,475.00 |
| Sarah Pittman | Analyst | $375.00 | 5.8 | $2,176.85 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.2 | $359.54 |
| | | *Total* | 84.3 | $41,676.57 |