**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*September 1, 2016 through September 30, 2016*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $9,340.17 |
| Lodging | $7,472.95 |
| Meals | $1,038.61 |
| Miscellaneous | $66.73 |
| Transportation | $2,419.86 |
| *Total* | **$20,338.32** |

*Exhibit C*

## TCEH
### Summary of Expense Detail by Category
### September 1, 2016 through September 30, 2016

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $6,197.20 |
| Lodging | $4,958.30 |
| Meals | $689.17 |
| Miscellaneous | $44.27 |
| Transportation | $1,605.58 |
| *Total* | **$13,494.52** |

*Exhibit C*

*EFH*
*Summary of Expense Detail by Category*
*September 1, 2016 through September 30, 2016*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $1,794.25 |
| Lodging | $1,435.54 |
| Meals | $199.47 |
| Miscellaneous | $12.81 |
| Transportation | $464.85 |
| *Total* | **$3,906.92** |

*Exhibit C*

## EFIH
### Summary of Expense Detail by Category
### September 1, 2016 through September 30, 2016

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $1,348.72 |
| Lodging | $1,079.11 |
| Meals | $149.97 |
| Miscellaneous | $9.65 |
| Transportation | $349.43 |
| *Total* | **$2,936.88** |