# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*September 1, 2016 through September 30, 2016*

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 7/11/2016 | $1,002.20 | Airfare roundtrip coach San Francisco/Dallas. |
| Emmett Bergman | 7/18/2016 | $1,069.20 | Airfare roundtrip coach San Francisco/Dallas. |
| Emmett Bergman | 7/25/2016 | $568.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 7/28/2016 | $568.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 8/1/2016 | $501.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 8/3/2016 | $501.10 | Airfare one-way coach Dallas/San Francisco. |
| Richard Carter | 8/31/2016 | $762.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/12/2016 | $337.06 | Airfare one-way coach Chicago/Dallas. |
| Richard Carter | 9/13/2016 | $762.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/15/2016 | $337.06 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 9/19/2016 | $416.27 | Airfare one-way coach Chicago/Dallas. |
| Richard Carter | 9/21/2016 | $762.20 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/22/2016 | $337.06 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 9/27/2016 | $361.10 | Airfare one-way coach LA/Chicago. |
| Richard Carter | 9/28/2016 | $381.10 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/29/2016 | $337.06 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 10/2/2016 | $337.06 | Airfare one-way coach Chicago/Dallas. |
| **Expense Category Total** | | **$9,340.17** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 7/13/2016 | $458.78 | Hotel in Dallas - 2 nights. |
| Emmett Bergman | 7/20/2016 | $688.17 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 7/27/2016 | $861.00 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 8/2/2016 | $494.94 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 9/14/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Richard Carter | 9/14/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/21/2016 | $767.64 | Hotel in Dallas - 3 nights. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## September 1, 2016 through September 30, 2016

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 9/21/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/28/2016 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 9/29/2016 | $767.64 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 10/2/2016 | $310.05 | Hotel in Dallas - 1 night. |
| Richard Carter | 10/2/2016 | $310.05 | Hotel in Dallas - 1 night. |
| **Expense Category Total** | | **$7,472.95** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 7/12/2016 | $21.32 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 7/12/2016 | $7.00 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/13/2016 | $40.00 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 7/19/2016 | $35.23 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 7/20/2016 | $22.57 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 7/26/2016 | $37.31 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 7/27/2016 | $30.82 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 7/27/2016 | $15.99 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 7/28/2016 | $21.32 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 7/28/2016 | $27.57 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/2/2016 | $29.63 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 8/2/2016 | $22.32 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/3/2016 | $15.99 | Out of town breakfast - E. Bergman. |
| Jodi Ehrenhofer | 9/12/2016 | $5.61 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 9/12/2016 | $11.21 | Out of town breakfast - R. Carter. |
| Richard Carter | 9/12/2016 | $41.33 | Out of town dinner - R. Carter, J. Ehrenhofer - 2. |
| Jodi Ehrenhofer | 9/13/2016 | $68.46 | Out of town dinner - J. Ehrenhofer, R. Carter - 2. |
| Richard Carter | 9/13/2016 | $8.24 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Jodi Ehrenhofer | 9/14/2016 | $40.00 | Out of town dinner - J. Ehrenhofer. |

*Exhibit D*

## Combined - All Entities
### Expense Detail by Category
### September 1, 2016 through September 30, 2016

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 9/14/2016 | $7.97 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Richard Carter | 9/14/2016 | $40.00 | Out of town dinner - R. Carter. |
| Richard Carter | 9/15/2016 | $8.24 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Richard Carter | 9/15/2016 | $31.30 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 9/19/2016 | $5.61 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/19/2016 | $29.90 | Out of town dinner - J. Ehrenhofer. |
| Richard Carter | 9/19/2016 | $10.98 | Out of town breakfast - R. Carter. |
| Richard Carter | 9/19/2016 | $22.40 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 9/20/2016 | $50.11 | Out of town dinner - J. Ehrenhofer, R. Carter - 2. |
| Jodi Ehrenhofer | 9/20/2016 | $8.24 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/21/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 9/21/2016 | $36.30 | Out of town dinner - R. Carter. |
| Richard Carter | 9/22/2016 | $8.24 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Richard Carter | 9/22/2016 | $8.32 | Out of town dinner - R. Carter. |
| Richard Carter | 9/26/2016 | $10.98 | Out of town breakfast - R. Carter. |
| Jodi Ehrenhofer | 9/27/2016 | $40.00 | Out of town dinner - J. Ehrenhofer. |
| Richard Carter | 9/27/2016 | $3.98 | Out of town breakfast - R. Carter. |
| Richard Carter | 9/27/2016 | $27.82 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 9/28/2016 | $6.46 | Out of town dinner - J. Ehrenhofer. |
| Richard Carter | 9/28/2016 | $8.24 | Out of town breakfast - R. Carter, J. Ehrenhofer - 2. |
| Jodi Ehrenhofer | 9/29/2016 | $8.24 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 9/30/2016 | $36.30 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 10/2/2016 | $6.38 | Out of town dinner - J. Ehrenhofer. |
| Richard Carter | 10/2/2016 | $32.72 | Out of town dinner - R. Carter. |
| Jodi Ehrenhofer | 10/3/2016 | $40.00 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 10/3/2016 | $3.98 | Out of town breakfast - J. Ehrenhofer. |
| Richard Carter | 10/3/2016 | $40.00 | Out of town dinner - R. Carter. |
| **Expense Category Total** | | **$1,038.61** | |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## September 1, 2016 through September 30, 2016

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 8/1/2016 | $8.50 | Internet online fees on plane. |
| Jodi Ehrenhofer | 9/15/2016 | $8.65 | Inflight wifi charge. |
| Jodi Ehrenhofer | 9/22/2016 | $8.65 | Inflight wifi charge. |
| Richard Carter | 9/22/2016 | $25.93 | Internet online access charge. |
| Jodi Ehrenhofer | 9/27/2016 | $15.00 | Inflight wifi charge. |
| **Expense Category Total** | | **$66.73** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 7/12/2016 | $25.00 | Taxi to Energy. |
| Emmett Bergman | 7/12/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/14/2016 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 7/14/2016 | $25.00 | Taxi to Dallas Airport. |
| Emmett Bergman | 7/18/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/21/2016 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 7/21/2016 | $25.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 7/25/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 7/25/2016 | $25.00 | Taxi to Energy. |
| Emmett Bergman | 7/27/2016 | $9.34 | Taxi from hotel to Energy. |
| Emmett Bergman | 7/28/2016 | $7.88 | Taxi to Dallas Airport. |
| Emmett Bergman | 7/28/2016 | $63.23 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 8/1/2016 | $25.00 | Taxi from DFW to Energy. |
| Emmett Bergman | 8/1/2016 | $100.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 8/3/2016 | $100.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 8/3/2016 | $9.51 | Taxi to Dallas Airport. |
| Jodi Ehrenhofer | 9/12/2016 | $5.61 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 9/12/2016 | $7.09 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 9/12/2016 | $46.35 | Taxi from home to O'Hare. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**September 1, 2016 through September 30, 2016**

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 9/12/2016 | $63.06 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 9/13/2016 | $6.40 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 9/13/2016 | $7.94 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 9/13/2016 | $6.59 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 9/14/2016 | $13.36 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 9/15/2016 | $60.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 9/15/2016 | $45.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 9/15/2016 | $6.77 | Taxi from hotel to Energy. |
| Richard Carter | 9/15/2016 | $6.84 | Taxi from Energy to hotel. |
| Richard Carter | 9/15/2016 | $140.00 | Parking at Chicago O'Hare. |
| Richard Carter | 9/15/2016 | $55.20 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 9/19/2016 | $42.20 | Taxi from home to O'Hare. |
| Richard Carter | 9/19/2016 | $57.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 9/20/2016 | $6.47 | Taxi from dinner to hotel. |
| Richard Carter | 9/20/2016 | $11.14 | Taxi from hotel to Energy. |
| Richard Carter | 9/20/2016 | $6.45 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 9/21/2016 | $14.91 | Taxi from hotel to Energy. |
| Richard Carter | 9/21/2016 | $6.43 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 9/22/2016 | $51.30 | Taxi from O'Hare Airport to home. |
| Richard Carter | 9/22/2016 | $64.80 | Taxi from Energy to DFW Airport. |
| Richard Carter | 9/22/2016 | $5.67 | Taxi from Energy to hotel. |
| Richard Carter | 9/22/2016 | $5.67 | Taxi from hotel to Energy. |
| Richard Carter | 9/22/2016 | $140.00 | Parking at Chicago O'Hare. |
| Richard Carter | 9/26/2016 | $68.53 | Taxi from DFW Airport to Energy. |
| Richard Carter | 9/27/2016 | $11.14 | Taxi from hotel to Energy. |
| Richard Carter | 9/27/2016 | $5.67 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 9/28/2016 | $10.00 | Taxi from hotel to Energy. |
| Richard Carter | 9/28/2016 | $5.67 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 9/29/2016 | $60.00 | Taxi from Energy to DFW Airport. |

*Exhibit D*

## Combined - All Entities
### Expense Detail by Category
### September 1, 2016 through September 30, 2016

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 9/29/2016 | $45.00 | Taxi from O'Hare Airport to home. |
| Richard Carter | 9/29/2016 | $56.46 | Taxi from Energy to DFW Airport. |
| Richard Carter | 9/29/2016 | $170.00 | Parking at Chicago O'Hare. |
| Richard Carter | 9/29/2016 | $11.54 | Taxi from hotel to Energy. |
| Richard Carter | 9/29/2016 | $5.67 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 10/2/2016 | $44.90 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 10/2/2016 | $60.00 | Taxi from DFW Airport to hotel. |
| Jodi Ehrenhofer | 10/3/2016 | $5.61 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 10/3/2016 | $5.61 | Taxi from hotel to Energy. |
| Richard Carter | 10/5/2016 | $56.85 | Taxi from DFW Airport to Energy. |
| **Expense Category Total** | | **$2,419.86** | |
| *Grand Total* | | **$20,338.32** | |