**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: D.I. 10277** |

**OBJECTION AND RESERVATION OF RIGHTS OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO THE MOTION TO STOP DEBTOR'S BANKRUPTCY PROCEEDINGS AND PAY OFF ALL DEBTS FILED BY KENNETH R. STEWART (A/K/A KENNETH S. STEWART)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this objection and reservation of rights (this "Objection and Reservation of Rights") to the *Motion to Stop Debtor's Bankruptcy Proceedings and Pay Off All Debts* [D.I. 10277] (the "Motion"), filed by Kenneth R. Stewart, a/k/a Kenneth S. Stewart (the "Movant"), requesting that his trusts be authorized to pay the Debtors' creditors and that the Debtors' executive management be replaced. This requested relief may be related to claims (the "Claims") originally asserted by Ms. Kuk Ja Stewart, the Movant's mother, that have been overruled on multiple occasions by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and the United States District Court for the District of Delaware (the

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com. Texas Competitive Electric Holdings Company, LLC, and certain of its Debtor subsidiaries, as well as certain subsidiaries of Energy Future Holdings Corp. emerged from chapter 11 on October 3, 2016. Energy Future Holdings Corp., Energy Future Intermediate Holdings Company, LLC and certain of each of their subsidiaries continue to operate their businesses as Debtors as of the date hereof.

"District Court"). In support of this Objection and Reservation of Rights, the Debtors respectfully state as follows:

**Background**

Ms. Kuk Ja Stewart's son, the Movant, and his lawyer (who was never admitted *pro hac vice* to appear in front of the Bankruptcy Court) appeared in front of the Bankruptcy Court at a hearing held on December 16, 2015 regarding the Claims. After a several hour trial, in which the Movant and his lawyer had an opportunity to cross-examine the Debtors' witness, the Bankruptcy Court entered orders expunging the Claims [D.I. 7381 and 7382]. The Movant appealed those orders expunging the Claims to the District Court on December 29, 2015.

Recently, on November 28, 2016, the Movant filed the Motion noticing a required Response on or before November 30, 2016.

**Objection**

1. As the Debtors have stated in their several objections and responses to Mr. Stewart's various pleadings filed in the Bankruptcy Court[2] and the District Court[3], the Movant's submissions, including this latest Motion, contain unsupported allegations and request unwarranted findings and relief. The Debtors again oppose Mr. Stewart's requests and expressly incorporate all of the arguments asserted in the Omnibus Objection to Various Motions, filed on November 18, 2016.

2. Since the Motion was filed with the Bankruptcy Court on November 28, 2016, counsel to the Debtors has attempted to contact the Movant to attempt to reach consensus with

---

[2] *See Omnibus Objection of Energy Future Holdings Corp., et al., to Various Motions Filed by Kenneth R. Stewart (a/k/a Kenneth S. Stewart)*, filed November 18, 2016 [D.I. 10223] (the "Omnibus Objection to Various Motions").

[3] *See Brief of Appellees*, filed March 3, 2016 [D.I. 20 in Civil Action 15-1213 (RGA) (D. Del.)]; *Omnibus Objection of Appellees*, filed June 17, 2016 [D.I. 26 in Civil Action 15-1213 (RGA) (D. Del.)].

the Movant concerning the proposed timing of a hearing on the Motion and an objection deadline that complies with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. However, given the limited time, such attempts have not yet been successful and the Debtors determined to file this Objection and Reservation of Rights to preserve their rights in connection with the Motion. The Debtors hereby reserve the right to amend, modify or supplement this Objection and Reservation of Rights.

[*Remainder of page intentionally left blank.*]

Dated: November 30, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession