## EXHIBIT A

**List of EFH Debtors and EFIH Debtors**

List of EFH Debtors and EFIH Debtors

Energy Future Holdings Corp.
Ebasco Services of Canada Limited
EEC Holdings, Inc.
EECI, Inc.
EFH Australia (No. 2) Holdings Company
EFH Finance (No. 2) Holdings Company
EFH FS Holdings Company
EFH Renewables Company LLC
Generation Development Company LLC
LSGT Gas Company LLC
LSGT SACROC, Inc.
NCA Development Company LLC
TXU Receivables Company
EFIH Finance, Inc.
Energy Future Intermediate Holding Company LLC