## **EXHIBIT F-2**

**Supplemental Disclosure Statement Order**

**[TO COME]**