# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 12/1/2016 at 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joshua Brody | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Colin R. Robinson | Pachulski Stang Ziehl & Jones | EFH Lien Indenture Trustee |
| Jeffrey S. Sabin | Venable LLP | PIMCO - DIP lender |
| Dan O'Brien | " | PIMCO - DIP " |
| Daniel Hogan | Hogan McDaniel | Fenicle, Fahy, Jrs & Hanson |
| Gyla Velfen | Cephen & Drysdale | " |
| Robin Ball | Chadbourne & Parke | NextEra Energy |
| Howard Seif | " | " |
| Roy Brush | Clary Poinsen | UMB Bank N.A. Indenture Trustee |
| Harold Kaplan | Foley & Lardner | " |
| Ira Dyangott | Akin Gump | " |
| Abid Qureshi | " | " |
| Jai Wright | Landis Rath & Cobb | NextEra Energy |
| Mark Kotwick | Seward & Kissel LLP | Wilmington Trust, FirstLien Collateral |
| Philip Anker | Wilmer Cutler Pickering Hale + Dorr | Delaware Trust, EFH Indenture Trustee and Ad Hoc Group |
| Humayun Khalid | CLEARY GOTTLIEB | J. Aron & Company |
| Stephen Miller | Morris James LLP | Law Debenture Trust Company of NY |
| Brian Guiney | Patterson Belknap | " |
| Marc Kieselstein | Kirkland & Ellis LLP | Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Richard Pedone / Nixon Peabody — EFH Indenture Trustee

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 12/1/2016 at 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark McKane | Kirkland & Ellis LLP | Debtors |
| Chad Husnick | " | Debtors |
| Jason Madron | Richards, Layton & Finger, P.A. | Debtors |
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| Garvan McDaniel | Hogan McDaniel | Contrarian |
| Joseph H. Huston, Jr. | Stevens & Lee P.C. | Wilmington Trust as Admin Agent |
| Eric Daucher | Chadbourne + Parke | NextEra Energy |
| Alexa Kranzley | Sullivan & Cromwell | E-Side Committee |
| Mark A. Fink | MMWR | " |
| Kate Stickles | Cole Schotz | Delaware Trust Co. as Indenture Trustee |
| David Klauder | Bell & Klauder | EFIH Corp. |
| Peter Young | Proskauer | " |
| Mark Thomas | " | " |
| Richard L. Schepacarter | USDOJ | U.S. Trustee |
| GianClaudio FinBo | Bayard | Delaware Trust Co. as IT |
| Jeremy Hollenbeck | Kobre + Kim | " |
| Andrea Wang | Kobre + Kim | " |
| Jeffrey Schlerf | Fox Rothschild LLP | Ad hoc group TCEH unsec notes |
| Chris Shore | White & Case | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Mark Ellenberg   Cadwalader   Morgan Stanley

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 12/01/2016
Calendar Time: 02:00 PM ET

1st Revision 12/01/2016 06:04 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8001715 | Alysa Ain | (212) 859-8000 | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7993688 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7996709 | Jacob A. Alderstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7984146 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7963853 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8001270 | Mitchell Bialek | (312) 542-8575 | C.S.S. | Interested Party, Mitchell Bialek / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8001477 | Lauren Bilzin | (212) 672-2252 | Serengeti Asset Management | Other Prof., Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7999882 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7999977 | Michael Carter - Client | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8001982 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8001909 | Andrew Cohen | (312) 589-6428 | Pentwater Capital | Creditor, Andrew Cohen / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000192 | Amanda D. Darwin | (617) 345-1042 | Nixon Peabody LLP | Interested Party, American Stock Transfer & Trust Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7999911 | Andrew Devore | (617) 951-7618 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7974701 | Amish R. Doshi | (631) 923-2858 | Magnozzi & Kye LLP | Creditor/Claimant, Oracle America, Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8002296 | David Dunn | (203) 529-1765 | Cross Sound Managment, LLC | Interested Party, Cross Sound Managment, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7998147 | Justin K. Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7997285 | Jamie Edmonson | (302) 298-3535 | Venable LLP | Creditor, PimCo / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7993657 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000008 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Inventure / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000208 | Barry Felder | (212) 338-3540 | Foley & Lardner LLP | Trustee, UMB / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7993592 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000032 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7997315 | Joseph A. Florczak | (312) 269-4123 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7999958 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S.C. | Client, Richard Gitlin / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8001242 | Andrew Glenn | (212) 506-1747 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Contrarian Capital Management, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7997902 | Todd M. Goren | (212) 468-8000 | Morrison & Foerster LLP | Creditor, The Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000887 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |

| Case | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8002759 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7997236 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8002738 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7994685 | Emily L. Katz | (212) 761-1671 | Morgan Stanley - New York | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000000 | Ari D. Kunofsky | (202) 353-9187 | U.S. Department of Justice | Creditor, United States of America / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8001240 | Emily L. Kuznick | (212) 506-1839 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Contrarian Capital Management, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7998478 | Kevin M. Lippman | (214) 855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7963659 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8001880 | Tina Moss | (212) 262-6910 | Perkins Coie LLP | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000907 | Lars A. Peterson | (312) 832-5394 | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7999904 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000250 | Meredith Quick | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7993664 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7984225 | Natalie D. Ramsey | (215) 772-7354 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Commitee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000109 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7996758 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7867530 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |

| Case | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 Hearing | 8001342 | Michael Shepherd | (305) 925-4790 | White and Case | Creditor, Ad HOC Committee of TECH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 8001135 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 8002737 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 8000153 | Amer Tiwana | (646) 616-3052 | Cowen & Co. | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 8002169 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom (Chicago) | Representing, Borealis Infrastructure Management Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7996716 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, TXU / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 8001165 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7997773 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committee of TECH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7998055 | Megan Wasson | (212) 715-9464 | Kramer Levin Naftalis & Frankel LLP | Representing, Second Lien Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7998620 | Brady C. Williamson | (608) 284-2642 | Godfrey & Kahn, S.C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 7999888 | Julia M. Winters | (212) 617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 Hearing | 8002744 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123) Hearing | 8002442 | Elsbeth Bennett | (202) 974-1911 | Cleary Gottlieb Steen and Hamilton | Defendant(s), J Aron & Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123) Hearing | 7998177 | Thomas J. Curtin | (212) 504-6063 | Cadwalader, Wickersham & Taft LLP | Defendant(s), Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123) Hearing | 7997561 | Peter Friedman | (202) 383-5300 | O'Melveny & Myers, LLP | Defendant(s), Wilmington Trust / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123) Hearing | 7998965 | Howard Hawkins | (212) 504-6422 | Cadwalader, Wickersham & Taft LLP | Defendant(s), Stanley Morgan / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 8001426 | Sal Romanello | (212) 310-8454 | Weil Gotshal & Manges LLP | Defendant(s), Titan Investments Holdings LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 7995318 | Daniel S. Shamah | (212) 326-2138 | O'Melveny & Myers, LLP | Defendant(s), Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5138 6) | Hearing | 7997296 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |

Raymond Reyes ext. 881    Copyright © 2016 CourtCall, LLC. All Rights Reserved.