# **EXHIBIT A**

9767751 v1

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
OCTOBER 1, 2016   THROUGH OCTOBER 31, 2016

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 2.40 | $1,224.00 |
| | | | 2.40 | $1,224.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 7.30 | $2,445.50 |
| | | | 7.30 | $2,445.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 9.70 | $2,764.50 |
| | | | 9.70 | $2,764.50 |
| | | TOTAL: | 19.40 | $6,434.00 |

Combined Average Hourly Rate:   $331.65

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/03/16 | WMA | Review and comment on draft notices for G&K and Gitlin interim fee apps | 0.20 |
| 10/03/16 | CAH | Review of email from K. Boucher regarding fee applications and hearing(.1); obtain hearing date and prepare Notice of Application for Godfrey & Kahn and Gitlin's fifth interim fee applications and forward to K. Boucher to review (.4); begin Fee Binder for Judge Sontchi (.1) | 0.60 |
| 10/04/16 | CAH | Email to K. Boucher concerning title of fee applications | 0.10 |
| 10/05/16 | JRH | Confer with C. Hartman concerning filing of GK fee application | 0.20 |
| 10/05/16 | WMA | Review and comment on G&K and Gitlin draft interim fee applications and e-mail K. Boucher regarding same | 0.40 |
| 10/05/16 | WMA | Review correspondence from K. Stadler regarding effective date fee matters; email C. Hartman regarding same | 0.10 |
| 10/05/16 | WMA | Finalize and file two interim fee applications after additional e-mails and call with K. Boucher regarding same (1.1); coordinate service of same (.1) | 1.20 |
| 10/06/16 | CAH | Review and save filed fee applications and disseminate to counsel | 0.30 |
| 10/19/16 | WMA | Review fee binder and confer with C. Hartman regarding same | 0.10 |
| 10/19/16 | CAH | Complete fee binder and send to chambers | 0.40 |
| 10/21/16 | JRH | Confer with C. Hartman regarding filings; review documents to be filed and coordinate with her on filing of same | 0.30 |
| 10/21/16 | WMA | Review and coordinate filing fee report and confer with C. Hartman regarding same | 0.30 |
| 10/21/16 | CAH | Download and print Committee Report on Quarterly fees and forward to W. Alleman for review, providing K. Boucher and K. Stadler with his comments (.4); once approved file same and send to GCG for service (.2) | 0.60 |
| 10/25/16 | JRH | Confer with W. Alleman and C. Hartman regarding filing of COC and revised forms of order prior to hearing | 0.30 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/25/16 | WMA | Review agenda for 10/26 hearing and e-mails with K. Stadler regarding same | 0.10 |
| 10/25/16 | WMA | Review and revise certifications of counsel regarding revised fee orders for 10/26 hearing (.6); review e-mails from K. Stadler regarding same (.2); call with K. Boucher regarding same (.2); confs. with C. Hartman regarding same (.4) | 1.40 |
| 10/25/16 | CAH | Confer with K. Boucher and draft Certification of Counsel Regarding Docket No. 9908, showing red-line and clean versions of changes to orders (.6); confer with W. Alleman on same (.1); after several rounds of changes, file same (.2) | 0.90 |
| 10/26/16 | WMA | E-mail K. Boucher regarding revised omnibus fee orders (.2); draft certification for revised omnibus order and McDermott final order (.3); e-mails with K. Stadler, K. Boucher, J. Madron, UST regarding revised orders (.3); e-mail McDermott regarding final order (.1) | 0.90 |
| 10/26/16 | CAH | Review of email from K. Boucher regarding fee orders | 0.10 |
| 10/27/16 | JRH | Confer with W. Alleman regarding status of various orders and follow up on hearing matters | 0.30 |
| 10/27/16 | WMA | E-mails with McDermott, J. Madron, K. Stadler regarding revised omnibus fee orders and draft new CoC carving out MWE; coordinate filing of same (.8); exchange e-mails with McDermott regarding final order (.1); draft certification for final MWE order and coordinate filing of same (.2) | 1.10 |
| 10/27/16 | WMA | Call from K. Stadler regarding final McDermott's fee order | 0.20 |
| 10/27/16 | CAH | Confer with W. Alleman concerning the filing of a Certification of Counsel for approved fee applications | 0.20 |
| 10/27/16 | CAH | File certification of counsel regarding omnibus fee order | 0.30 |
| 10/27/16 | CAH | File certification of counsel with regard to McDermott's final fee application; send to Court | 0.20 |

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 1.10 | $561.00 |
| | | | 1.10 | $561.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 6.00 | $2,010.00 |
| | | | 6.00 | $2,010.00 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 3.70 | $1,054.50 |
| | | | 3.70 | $1,054.50 |
| | | TOTAL: | 10.80 | $3,625.50 |

Fee Applications -- Benesch

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/03/16 | JRH | Conference calls with C. Hartman re: open items related to fee applications | 0.30 |
| 10/03/16 | CAH | Review of email from C. Andres regarding telephone conference to go over timekeeping and set time for same | 0.20 |
| 10/04/16 | WMA | Review e-mail from Kirkland regarding postconfirmation fee procedures and e-mail C. Hartman regarding same | 0.10 |
| 10/04/16 | CAH | Telephone conference with C. Andres regarding on actual fee statements to clarify language and request changes | 1.00 |
| 10/04/16 | CAH | Confer with P. Tyrrell and revise and add clarifying language to fee statements | 0.20 |
| 10/06/16 | CAH | Review of corrected pro-formas for monthly fee statements to assure changes made and provide to S. Houchins. | 1.30 |
| 10/07/16 | JRH | Coordinate with C. Hartman regarding filing of Benesch monthly fee statements | 0.30 |
| 10/07/16 | CAH | Finalize April, May, June and August Fee Statements for filing with Court; | 0.50 |
| 10/07/16 | CAH | After approval and execution by J. Hoover, scan sections of April, May, June and August fee applications and file same | 1.20 |
| 10/07/16 | CAH | Facilitate service of Benesch's April, May, June and August monthly fee statements | 0.30 |
| 10/19/16 | JRH | Review and comment on detail for fee application; coordinate with C. Hartman regarding preparation of same | 0.20 |
| 10/20/16 | CAH | Begin draft of September Monthly Fee Statement for firm | 0.40 |
| 10/24/16 | JRH | Confer with C. Hartman regarding preparation of September fee statement | 0.20 |
| 10/24/16 | CAH | Draft September fee statement and send to Carla Andres to review | 0.60 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/31/16 | CAH | Make final changes to September fee application and forward to J. Hoover to execute | 0.30 |

Fee Applications -- Benesch

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 1.00 | $510.00 |
| | | | 1.00 | $510.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 0.10 | $33.50 |
| | | | 0.10 | $33.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 6.00 | $1,710.00 |
| | | | 6.00 | $1,710.00 |
| | | TOTAL: | 7.10 | $2,253.50 |

Court Appearances

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2016

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/26/16 | JRH | Confer with W. Alleman related open matters scheduled for hearing | 0.30 |
| 10/26/16 | WMA | Prepare for and attend fee hearing | 1.20 |

Court Appearances

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 0.30 | $153.00 |
| | | | 0.30 | $153.00 |
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 1.20 | $402.00 |
| | | | 1.20 | $402.00 |
| | | TOTAL: | 1.50 | $555.00 |