# EXHIBIT B

9767751 v1

Delivery Fee - Outside

| Date | User | Description | Amount |
|---|---|---|---|
| 10/31/16 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 10/19/16 - #230847 FROM: BENESCH ATTORNEYS AT LAW, 222 DEL AVE, SUITE 801 - WILMINGTON, DE, 19801 TO BANKRUPCY COURT - JUDGE SONTCHI, 824 MARKET STREET, 5TH FL WILMINGTON, DE, 19801 | 20.00 |
| | | TOTAL: | $20.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|---|---|---|---|
| 07/18/16 | CAH | Document Reproduction 1 copies | 0.10 |
| | | TOTAL: | $0.10 |

**Filing Fees**

| Date | User | Description | Amount |
|---|---|---|---|
| 07/28/16 | CAH | Filing Fees - Vendor: PNC BANK PRO HAC VICE FEE OF US DIST. COURT - DEL. 6/6/16 | 25.00 |
| | | TOTAL: | $25.00 |