## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | : | Case No. 14-10979 (CSS) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |
|  | : |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 5, 2016 AND DECEMBER 6, 2016 STARTING AT 10:00 A.M. (EST)[2]

### I.    CONTESTED EVIDENTIARY MATTER GOING FORWARD:

1.  Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) [D.I. 10074; filed November 8, 2016]

    Response/Objection Deadline:    November 23, 2016 at 12:00 p.m. (noon) (EST)

    Reply Deadline:    November 29, 2016 at 12:00 p.m. (noon) (EST)

    Responses/Objections Received:

    A.    Opposition of Energy Future Holdings Corp., *et al.*, to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at www.efhcaseinfo.com.

[2] The December 5, 2016 and December 6, 2016 hearings will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST) both days. Any person who wishes to appear telephonically at the December 5, 2016 and/or December 6, 2016 hearings must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Friday, December 2, 2016** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC
Pursuant to 11 U.S.C. § 1112(b) [D.I. 10249; filed November 23, 2016]

Related Documents:

i.      Memorandum of Law in Support of Motion of Shirley Fenicle, David
        William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter
        11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT
        SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b)
        (SEALED) [D.I. 10075; filed November 8, 2016]

ii.     Memorandum of Law in Support of Motion of Shirley Fenicle, David
        William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter
        11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT
        SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b)
        (REDACTED) [D.I. 10076; filed November 8, 2016]

iii.    Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David
        Heinzmann for Leave to Notice the Motion to Dismiss for Hearing on
        November 30, 2016 [D.I. 10077; filed November 8, 2016]

iv.     Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi
        Concerning Asbestos Debtors' Position on Scheduling With Respect to
        Pending Motion to Dismiss Asbestos Debtors' Chapter 11 Cases [D.I.
        10123; filed November 14, 2016]

v.      Notice of Hearing on the Motion of Shirley Fenicle, David William Fahy,
        John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of
        Asbestos Debtors EECI, Inc., EEC Holding, LSGT Gas Co. LLC, and
        LSGT SACROC, Inc., Pursuant to 11 U.S.C. § 1112(b) [D.I. 10178; filed
        November 16, 2016]

vi.     Declaration of Jonathan F. Ganter, Esq. in Support of Opposition of
        Energy Future Holdings Corp., *et al*., to the Motion of Shirley Fenicle,
        David William Fahy, John H. Jones, and David Heinzmann to Dismiss
        Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc.,
        LSGT SACROC, Inc., and LSGT Gas Co. LLC (SEALED) [D.I. 10251;
        filed November 23, 2016]

vii.    Declaration of Jonathan F. Ganter, Esq. in Support of Opposition of
        Energy Future Holdings Corp., *et al*., to the Motion of Shirley Fenicle,
        David William Fahy, John H. Jones, and David Heinzmann to Dismiss
        Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc.,
        LSGT SACROC, Inc., and LSGT Gas Co. LLC (REDACTED) [D.I.
        10252; filed November 23, 2016]

viii.   Reply in Support of Motion of Shirley Fenicle, William Fahy, John H.
        Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos

2

Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) (SEALED) [D.I. 10273; filed November 29, 2016]

ix.     Reply in Support of Motion of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) (REDACTED) [D.I. 10274; filed November 29, 2016]

x.      Notice of Service [D.I. 10276; filed November 29, 2016]

xi.     Notice of Service [D.I. 10278; filed November 29, 2016]

Status: The hearing on this matter will go forward on a contested basis starting on December 5, 2016 at 10:00 a.m. (EST) and will continue, as necessary, on December 6, 2016 starting at 10:00 a.m. (EST).

*[Remainder of page intentionally left blank.]*

3

Dated:  December 1, 2016
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

4