**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF JANE SULLIVAN ON BEHALF OF EPIQ
BANKRUPTCY SOLUTIONS, LLC, REGARDING VOTING AND
TABULATION OF BALLOTS CAST ON THE FOURTH AMENDED
JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS
CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Jane Sullivan, declare, under penalty of perjury:

1.  I am an Executive Vice President of Epiq Bankruptcy Solutions, LLC ("Epiq") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in these chapter 11 cases and should be considered an impartial party.

2.  I submit this Declaration with respect to *the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* dated September 21, 2016 [D.I. 9612] (as amended, supplemented, or modified from time to time, the "Plan").[2] Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the EFH/EFIH Disclosure Statement Order (as defined below).

Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with the (1) *Order Authorizing the Debtors to Retain and Employ Epiq Bankruptcy Solutions, LLC as the Administrative Advisor for the Debtors and Epiq eDiscovery Solutions as E-Discovery Vendor for the Debtors, Effective Nunc Pro Tunc to the Petition Date*, dated September 16, 2014 [D.I. 2053], and (2) *Order (A) Approving the EFH/EFIH Disclosure Statement, (B) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents*, dated September 19, 2016 [D.I. 9585] (the "EFH/EFIH Disclosure Statement Order"), Epiq was appointed and authorized to assist the Debtors with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by holders of Claims in the Voting Classes (as defined below).

4. Pursuant to the Plan, only holders of Claims in the Classes listed on Exhibit A attached hereto (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan.

5. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the EFH/EFIH Disclosure Statement Order. Epiq was instructed to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the holders of Claims in the Voting Classes.

6. As specified in the EFH/EFIH Disclosure Statement Order, September 19, 2016, was established as the record date for determining the holders of Claims in the Voting Classes who would be entitled to vote on the Plan (the "EFH/EFIH Voting Record Date").

7. In accordance with the EFH/EFIH Disclosure Statement Order, Epiq solicited the holders of Claims in the Voting Classes as of the EFH/EFIH Voting Record Date. Epiq's *Affidavit of Service of Solicitation Materials for the EFH/EFIH Debtors* was filed with this Court on November 10, 2016 [D.I. 10098].

8. Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq at the offices of Epiq in Beaverton, Oregon and New York, New York. All Ballots received by Epiq were date-stamped upon receipt and were processed in accordance with the procedures set forth in the EFH/EFIH Disclosure Statement Order.

9. For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the procedures set forth in the EFH/EFIH Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq no later than 2:00 p.m. (prevailing Eastern Time) on November 15, 2016 (the "EFH/EFIH Voting Deadline").

10. All validly executed Ballots cast by holders of Claims in the Voting Classes received by Epiq on or before the EFH/EFIH Voting Deadline were tabulated as outlined in the EFH/EFIH Disclosure Statement Order. I declare that the results of the voting by holders of Claims in the Voting Classes are as set forth in Exhibit B hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq.

11. A report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as Exhibit C hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:   December 2, 2016
         New York, New York

                                                                                             /s/ Jane Sullivan
                                                                                             Jane Sullivan
                                                                                             Executive Vice President
                                                                                             Epiq Bankruptcy Solutions, LLC