**EXHIBIT A**

# EXHIBIT A

## EFH/EFIH VOTING CLASSES

The Plan constitutes a separate chapter 11 plan of reorganization for each EFH and EFIH Debtor

| CLASS A4 EFH Legacy Note Claims ||
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A5 EFH Unexchanged Note Claims ||
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A6 EFH LBO Note Primary Claims ||
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A7 EFH Swap Claims ||
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A8 EFH Non-Qualified Benefit Claims ||
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A9 General Unsecured Claims Against EFH Corp. ||
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A10 General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. ||
|---|---|
| **Case No.** | **Debtor** |
| 14-10987 | Ebasco Services of Canada Limited |
| 14-10990 | EEC Holdings, Inc. |
| 14-10992 | EECI, Inc. |
| 14-10994 | EFH Australia (No. 2) Holdings Company |
| 14-10999 | EFH Finance (No. 2) Holdings Company |
| 14-11004 | EFH FS Holdings Company |
| 14-11006 | EFH Renewables Company LLC |
| 14-11017 | Generation Development Company LLC |
| 14-11039 | LSGT Gas Company LLC |
| 14-11012 | LSGT SACROC, Inc. |
| 14-11016 | NCA Development Company LLC |
| 14-11007 | TXU Receivables Company |

2

| CLASS A12 TCEH Settlement Claims ||
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS B3 EFIH First Lien Note Claims ||
|---|---|
| **Case No.** | **Debtor** |
| 14-11001 | EFIH Finance Inc. |
| 14-11008 | Energy Future Intermediate Holding Company LLC |

| CLASS B4 EFIH Second Lien Note Claims ||
|---|---|
| **Case No.** | **Debtor** |
| 14-11001 | EFIH Finance Inc. |
| 14-11008 | Energy Future Intermediate Holding Company LLC |

| CLASS B5 EFH LBO Note Guaranty Claims ||
|---|---|
| **Case No.** | **Debtor** |
| 14-11008 | Energy Future Intermediate Holding Company LLC |

| CLASS B6 General Unsecured Claims Against the EFIH Debtors ||
|---|---|
| **Case No.** | **Debtor** |
| 14-11001 | EFIH Finance Inc. |
| 14-11008 | Energy Future Intermediate Holding Company LLC |