**EXHIBIT B**

# EXHIBIT B

## EFH/EFIH TABULATION SUMMARY

| Class | Debtor / Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| A4 | **ENERGY FUTURE HOLDINGS CORP.** EFH Legacy Note Claims | 69 **82.14%** | 15 **17.86%** | $490,643,110.82 **88.93%** | $61,077,687.47 **11.07%** | Accepting |
| A5 | **ENERGY FUTURE HOLDINGS CORP.** EFH Unexchanged Note Claims | 25 **100.00%** | 0 **0.00%** | $2,626,784.92 **100.00%** | $0.00 **0.00%** | Accepting |
| A6 | **ENERGY FUTURE HOLDINGS CORP.** EFH LBO Note Primary Claims | 34 **94.44%** | 2 **5.56%** | $61,112,770.42 **99.98%** | $11,251.81 **0.02%** | Accepting |
| A7 | **ENERGY FUTURE HOLDINGS CORP.** EFH Swap Claims | 1 **100.00%** | 0 **0.00%** | $8,246,500.00 **100.00%** | $0.00 **0.00%** | Accepting |
| A8 | **ENERGY FUTURE HOLDINGS CORP.** EFH Non-Qualified Benefit Claims | 48 **100.00%** | 0 **0.00%** | $16,397,865.02 **100.00%** | $0.00 **0.00%** | Accepting |
| A9 | **ENERGY FUTURE HOLDINGS CORP.** General Unsecured Claims Against EFH Corp. | 17 **100.00%** | 0 **0.00%** | $997,196.37 **100.00%** | $0.00 **0.00%** | Accepting |
| A10 | **EBASCO SERVICES OF CANADA LIMITED** General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |

# **EXHIBIT B**

## **EFH/EFIH TABULATION SUMMARY**

| Class | Debtor / Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| **A10** | **EEC HOLDINGS, INC.**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **EECI, INC.**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **EFH FINANCE (NO. 2) HOLDINGS COMPANY**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **EFH FS HOLDINGS COMPANY**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **EFH RENEWABLES COMPANY LLC**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | 1<br>**100.00%** | 0<br>**0.00%** | $1.00<br>**100.00%** | $0.00<br>**0.00%** | Accepting |
| **A10** | **GENERATION DEVELOPMENT COMPANY LLC**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | 1<br>**100.00%** | 0<br>**0.00%** | $1.00<br>**100.00%** | $0.00<br>**0.00%** | Accepting |

# EXHIBIT B

## EFH/EFIH TABULATION SUMMARY

| Class | Debtor / Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| A10 | LSGT GAS COMPANY LLC<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10 | LSGT SACROC, INC.<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10 | NCA DEVELOPMENT COMPANY LLC<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10 | TXU RECEIVABLES COMPANY<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A12 | ENERGY FUTURE HOLDINGS CORP. | 9 | 0 | $14,790,478,695.77 | $0.00 | Accepting |
| | TCEH Settlement Claims | 100.00% | 0.00% | 100.00% | 0.00% | |
| B3 | EFIH FINANCE INC. | 25 | 77 | $95,723,923.07 | $2,159,776,701.63 | Rejecting |
| | EFIH First Lien Note Claims | 24.51% | 75.49% | 4.24% | 95.76% | |
| B3 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | 25 | 77 | $95,723,923.07 | $2,159,776,701.63 | Rejecting |
| | EFIH First Lien Note Claims | 24.51% | 75.49% | 4.24% | 95.76% | |

# EXHIBIT B

## EFH/EFIH TABULATION SUMMARY

| Class | Debtor / Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| B4 | **EFIH FINANCE INC.** | 76 | 113 | $1,007,545,599.23 | $1,076,593,417.55 | Rejecting |
| | EFIH Second Lien Note Claims | **40.21%** | **59.79%** | **48.34%** | **51.66%** | |
| B4 | **ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC** | 76 | 113 | $1,007,545,599.23 | $1,076,593,417.55 | Rejecting |
| | EFIH Second Lien Note Claims | **40.21%** | **59.79%** | **48.34%** | **51.66%** | |
| B5 | **ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC** | 34 | 2 | $61,112,770.42 | $11,251.81 | Accepting |
| | EFH LBO Note Guaranty Claims | **94.44%** | **5.56%** | **99.98%** | **0.02%** | |
| B6 | **EFIH FINANCE INC.** | 120 | 21 | $1,413,092,865.07 | $129,429,921.61 | Accepting |
| | General Unsecured Claims Against the EFIH Debtors | **85.11%** | **14.89%** | **91.61%** | **8.39%** | |
| B6 | **ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC** | 121 | 21 | $1,413,116,647.43 | $129,429,921.61 | Accepting |
| | General Unsecured Claims Against the EFIH Debtors | **85.21%** | **14.79%** | **91.61%** | **8.39%** | |