**EXHIBIT C**

**EXHIBIT C**

**EFH/EFIH REPORT OF EXCLUDED BALLOTS**

| Claim Number | Plan Class | Class Description | Name | Voting Amount | VOTE (A)ccept / (R)eject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| 7618 | A9 | General Unsecured Claims Against EFH Corp. | ACOSTA, ARCILIA C. | $1.00 | Accept | 22 | NO SIGNATURE: Ballot was not signed |
| 5712 | A9 | General Unsecured Claims Against EFH Corp. | EVANS, DONALD L. | $1.00 | Accept | 60 | INSIDER: Creditor was identified as an Insider |
| 5110 | A8 | EFH Non-Qualified Benefit Claims Against Energy Future Holdings Corp. | LANCASTER, BOBBY T. | $8,406.48 | | 45 | NO VOTE: Creditor did not mark a vote to accept or to reject the Plan |
| 8215 | A10 | General Unsecured Claims Against EFH Renewables Company LLC | MCFARLAND, M. A. | $1.00 | Accept | 69 | INSIDER: Creditor was identified as an Insider |
| 8220 | A10 | General Unsecured Claims Against Generation Development Company LLC | MCFARLAND, M. A. | $1.00 | Accept | 68 | INSIDER: Creditor was identified as an Insider |
| 8206 | A9 | General Unsecured Claims Against EFH Corp. | MCFARLAND, M. A. | $1.00 | Accept | 67 | INSIDER: Creditor was identified as an Insider |
| 4476 | A7 | EFH Swap Claims | MERRILL LYNCH CAPITAL SERVICES, INC. | $4,197,000.00 | | 93 | NO VOTE: Creditor did not mark a vote to accept or to reject the Plan |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | MITSUB NYB (2932) - 448082-190 | $76,480.21 | Accept | MB12 | DTC PARTICIPANT DOES NOT HOLD POSITION AS OF RECORD DATE |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) - 13741500 | $10,569,792.58 | Reject | M730 | DUPLICATE VOTE |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) - 13741500 | $55,298,553.71 | Reject | M733 | DUPLICATE BALLOT WITH OVERVOTE: Ballot was duplicative of an already submitted and counted ballot, and amount on this ballot exceeded the Record Date position; the position has been fully voted. |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) - 19-1583A | $5,000,145.49 | Reject | M734 | DUPLICATE BALLOT WITH OVERVOTE: Ballot was duplicative of an already submitted and counted ballot, and amount on this ballot exceeded the Record Date position; the position has been fully voted. |

# EXHIBIT C

# EFH/EFIH REPORT OF EXCLUDED BALLOTS

| Claim Number | Plan Class | Class Description | Name | Voting Amount | VOTE (A)ccept / (R)eject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) - 19-2440 | $1,618,170.29 | Accept | M735 | DUPLICATE BALLOT WITH OVERVOTE: Ballot was duplicative of an already submitted and counted ballot, and amount on this ballot exceeded the Record Date position; the position has been fully voted. |
| | B3 | EFIH First Lien Note Claims (Master Ballot) | US BANK NA (2803) - 19-4327 | $999,988.75 | Accept | MB64 | DUPLICATE VOTE |
| | B3 | EFIH First Lien Note Claims (Master Ballot) | US BANK NA (2803) - 19-5110 | $520,994.14 | Reject | MB64 | DUPLICATE VOTE |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) - 19-5335 | $95,816.34 | Reject | M731 | DUPLICATE VOTE |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) - 19-5335 | $475,740.55 | Reject | M736 | DUPLICATE BALLOT WITH OVERVOTE: Ballot was duplicative of an already submitted and counted ballot, and amount on this ballot exceeded the Record Date position; the position has been fully voted. |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) - 19-9670 | $452,419.37 | Reject | M732 | DUPLICATE VOTE |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) - 19-9670 | $1,845,523.51 | Reject | M737 | DUPLICATE BALLOT WITH OVERVOTE: Ballot was duplicative of an already submitted and counted ballot, and amount on this ballot exceeded the Record Date position; the position has been fully voted. |
| 4906 | A8 | EFH Non-Qualified Benefit Claims Against Energy Future Holdings Corp. | WRIGHT, ANDREW | $36,475.75 | Accept | 48 | INSIDER: Creditor was identified as an Insider |