# Exhibit A

## Satisfied Claims

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | ABB INC<br>PO BOX 88868<br>CHICAGO, IL 60695-1868 | 14-11022 (CSS) | Oak Grove Management Company LLC | 06/30/2014 | 502200100 | $4,836.00 | Scheduled claim is duplicative of Proof of Claim No. 5732, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 2 | ARBORGEN LLC<br>RICHARD O BARHAM SUPERTREE NURSERY<br>PO BOX 947<br>BULLARD, TX 75757 | 14-11022 (CSS) | Oak Grove Management Company LLC | 06/30/2014 | 502200750 | $4,990.60 | Scheduled claim is duplicative of Proof of Claim No. 2541, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 3 | AWC INC<br>421 WELLS BRANCH PKY STE 300<br>PFLUGERVILLE, TX 78660 | 14-11022 (CSS) | Oak Grove Management Company LLC | 06/30/2014 | 502200900 | $4,984.00 | Scheduled claim is duplicative of Proof of Claim No. 4229, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 4 | AWC INC<br>PO BOX 974800<br>DALLAS, TX 75397-4800 | 14-11033 (CSS) | Sandow Power Company LLC | 06/30/2014 | 503300880 | $12,590.00 | Scheduled claim is duplicative of Proof of Claim No. 4229, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 5 | CHEMSEARCH<br>PO BOX 971269<br>DALLAS, TX 75397-1269 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/30/2014 | 503207560 | $20.00 | Scheduled claim is duplicative of Proof of Claim No. 3467, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 6 | CITY OF BENBROOK<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 05/09/2014 | 15 | $1,256.84* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010006267, 1010017447, and 1010042317 on 09/25/2014, 01/20/2015, and 10/20/2015 respectively. |
| 7 | CITY OF MCALLEN<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: DIANE W. SANDERS<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/07/2014 | 2920 | $144.89* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010050776 on 01/26/2016. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 8 | CONTROLLED FLUIDS INC<br>PO DRAWER 1914<br>BEAUMONT, TX 77704 | 14-11033 (CSS) | Sandow Power Company LLC | 06/30/2014 | 503301560 | $4,070.00 | Scheduled claim is duplicative of Proof of Claim No. 4947, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 9 | CONTROLLED FLUIDS INC<br>PO DRAWER 1914<br>BEAUMONT, TX 77704 | 14-11022 (CSS) | Oak Grove Management Company LLC | 06/30/2014 | 502202100 | $28,762.00 | Scheduled claim is duplicative of Proof of Claim No. 4947, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 10 | CROWLEY INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 03/24/2015 | 10037 | $438.09 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010042317 on 10/20/2015. |
| 11 | DALLAS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | 14-11042 (CSS) | Luminant Mining Company LLC | 09/10/2015 | 11471 | $65.72* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010048210 on 12/21/2015. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 12 | ENTERGY<br>PO BOX 8104<br>BATON ROUGE, LA 70891-8104 | 14-10996 (CSS) | EFH Corporate Services Company | 06/30/2014 | 599604330 | $152.58 | Scheduled claim is duplicative of Proof of Claim No. 4324, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 13 | EVERMAN INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 03/24/2015 | 10038 | $18.86 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010042317 on 10/20/2015. |
| 14 | HARRIS COUNTY, ET AL<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: JOHN P. DILLMAN<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/03/2015 | 9994 | $1,735.39* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010017493 and 1010068748 on 01/20/2015 and 08/25/2016, respectively. |
| 15 | HIDALGO COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/25/2014 | 2568 | $225.37 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010068750 on 08/25/2016. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 16 | HULCHER SERVICES INC<br>PO BOX 203532<br>DALLAS, TX 75320-3532 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/30/2014 | 503218930 | $39,098.42 | Scheduled claim is duplicative of Proof of Claim No. 3155, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 17 | IMAGINATION BRANDING<br>230 GREAT CIRCLE RD STE 248<br>NASHVILLE, TN 37228-1728 | 14-10996 (CSS) | EFH Corporate Services Company | 06/30/2014 | 599606010 | $304.83 | Scheduled claim is duplicative of Proof of Claim No. 3729, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 18 | JOHNSON COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 03/23/2015 | 10033 | $0.34 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check numbers 1010068746 on 08/25/2016. |
| 19 | KONE INC<br>PO BOX 429<br>MOLINE, IL 61266-0429 | 14-11002 (CSS) | TXU Energy Solutions Company LLC | 06/30/2014 | 500200050 | $9,240.83 | Scheduled claim is duplicative of Proof of Claim No. 3940, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 20 | LEE HECHT HARRISON LLC<br>DEPT CH # 10544<br>PALATINE, IL 60055-0544 | 14-11042 (CSS) | Luminant Mining Company LLC | 06/30/2014 | 504247470 | $7,000.00 | Scheduled claim is duplicative of Proof of Claim No. 3339, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 21 | MANSFIELD INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 03/24/2015 | 10035 | $1,274.74 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010042317 on 10/20/2015. |
| 22 | MCALLEN INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: JOHN T. BANKS<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/25/2014 | 2569 | $396.09 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010068750 on 08/25/2016. |
| 23 | NORTH AMERICAN COAL ROYALTY COMPANY<br>ATTN: JOHN D. NEUMANN<br>5340 LEGACY DR., BUILDING 1, SUITE 300<br>PLANO, TX 75024 | 14-11027 (CSS) | Oak Grove Power Company LLC | 10/10/2014 | 5119 | $4,270,000.00 | The Debtors have determined to reinstate this claim. The Debtors' obligations under the Purchase and Sale Agreement dated 12/22/2010 will be paid in full and in accordance with the terms of such Agreement. Pursuant to Article III.B.27 of the TCEH Plan, the Claimant is receiving reinstatement of its claim in full and final satisfaction of the proof of claim filed in the chapter 11 cases. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 24 | PENNSYLVANIA CRUSHER CORP<br>5505 N CUMBERLAND AVE STE 307<br>CHICAGO, IL 60656-1471 | 14-11022 (CSS) | Oak Grove Management Company LLC | 06/30/2014 | 502206650 | $42,806.16 | Scheduled claim is duplicative of Proof of Claim No. 4472, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 25 | RED RIVER PUMP SPECIALISTS LLC<br>1555 WELLS ISLAND ROAD<br>SHREVEPORT, LA 71107 | 14-11042 (CSS) | Luminant Mining Company LLC | 06/30/2014 | 504265100 | $2,709.56 | Scheduled claim is duplicative of Proof of Claim No. 7590, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 26 | SMITH COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | 14-11035 (CSS) | Southwestern Electric Service Company, Inc. | 09/10/2015 | 11468 | $47.95* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010068744 on 08/25/2016. |
| 27 | SOUTH TEXAS COLLEGE<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: DIANE W. SANDERS<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/07/2014 | 2919 | $51.06* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010068750 on 08/25/2016. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|----|------|-------------|-------------|------------|---------|--------------------|-------------------------|
| 28 | SOUTH TEXAS ISD<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: DIANE W. SANDERS<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/07/2014 | 2921 | $16.75* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010068750 on 08/25/2016. |
| 29 | ST JOSEPH REGIONAL HEALTH CENTER<br>PO BOX 660445<br>DALLAS, TX 75266-0445 | 14-11033 (CSS) | Sandow Power Company LLC | 06/30/2014 | 503304530 | $35.00 | Scheduled claim is duplicative of Proof of Claim No. 4761, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 30 | TEX-LA ELECTRIC COOP. OF TEXAS, INC<br>C/O DYKEMA GOSSETT PLLC<br>ATTN: JEFFREY R. FINE<br>1717 MAIN ST, STE 4200<br>DALLAS, TX 75201 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7794 | $60,810,367.58* | Claim satisfied in accordance with agreement between parties by wire number 7162003282 on 9/22/2016. |
| 31 | TEX-LA ELECTRIC COOP. OF TEXAS, INC<br>C/O DYKEMA GOSSETT PLLC<br>ATTN: JEFFREY R. FINE<br>1717 MAIN ST, STE 4200<br>DALLAS, TX 75201 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 7795 | $60,810,367.58* | Claim satisfied in accordance with agreement between parties by wire number 7162003282 on 9/22/2016. |
| 32 | TEX-LA ELECTRIC COOP. OF TEXAS, INC<br>C/O DYKEMA GOSSETT PLLC<br>ATTN: JEFFREY R. FINE<br>1717 MAIN ST, STE 4200<br>DALLAS, TX 75201 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/27/2014 | 7796 | $60,810,367.58* | Claim satisfied in accordance with agreement between parties by wire number 7162003282 on 9/22/2016. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 33 | TEXAS WORKFORCE COMMISSION REGULATORY INTEGRITY DIVISION ATTN: PAUL D CARMONA 101 E 15TH ST, ROOM 556 AUSTIN, TX 78778-0001 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 05/12/2014 | 37 | $432.34 | Claim satisfied pursuant to court order entered on 6/4/2014 [Docket No. 786]. Paid via check number 1010061991 on 05/27/2016. |
| 34 | UNITED STATES DEPT OF AGRICULTURE, RURAL UTILITIES SERVICE C/O US DOJ CIVIL DIV./ATTN: M. J. TROY POB 875 BEN FRANKLIN STATION WASHINGTON, DC 20044-0875 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7807 | $60,810,367.58* | Claim satisfied in accordance with agreement between parties by wire number 7162003282 on 9/22/2016. |
| 35 | UNITED STATES DEPT OF AGRICULTURE, RURAL UTILITIES SERVICE C/O US DOJ CIVIL DIV./ATTN: M. J. TROY POB 875 BEN FRANKLIN STATION WASHINGTON, DC 20044-0875 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/27/2014 | 7808 | $60,810,367.58* | Claim satisfied in accordance with agreement between parties by wire number 7162003282 on 9/22/2016. |
| 36 | UNITED STATES DEPT OF AGRICULTURE, RURAL UTILITIES SERVICE C/O US DOJ CIVIL DIV./ATTN: M. J. TROY POB 875 BEN FRANKLIN STATION WASHINGTON, DC 20044-0875 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/27/2014 | 7809 | $60,810,367.58* | Claim satisfied in accordance with agreement between parties by wire number 7162003282 on 9/22/2016. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 37 | UT DALLAS ACCOUNTS RECEIVABLE 800 W CAMPBELL RD AD 37 RICHARDSON, TX 75080 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/30/2014 | 503239580 | $16,680.00 | Scheduled claim is duplicative of Proof of Claim No. 6302, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| 38 | WATCO MECHANICAL SERVICES 39575 TREASURY CENTER CHICAGO, IL 60694-9500 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/30/2014 | 503240310 | $430,311.58 | Scheduled claim is duplicative of Proof of Claim No. 6298, which is Allowed and on account of which Claimant has received the treatment provided for such claim in the TCEH Plan in full and final satisfaction of the claim. (Claimant may receive subsequent distributions on account of general unsecured claims, if any.) |
| | | | | | TOTAL | $369,746,901.47* | |