**<u>Exhibit B</u>**

**Partially Satisfied Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTH NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: R. BRUCE MEDLEY<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 12 | Luminant Mineral Development Company LLC | Secured | $8,197.46* | Luminant Mineral Development Company LLC | Secured | $41.21* |
| | REASON FOR SATISFACTION: Claim partially satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010006267, 1010017447, 1010042317, and 1002687095 on 09/25/2014, 01/20/2015, 10/20/2015, and 12/19/2016 respectively. | | | | | | | |
| 2 | COUNTY OF TITUS, TEXAS<br>ATTN: TIM R. TAYLOR, ATTORNEY<br>P.O. BOX 1212<br>MOUNT PLEASANT, TX 75456-1212 | 2608 | Luminant Generation Company LLC | Secured | $3,655,953.84* | Luminant Generation Company LLC | Secured | $2,904.01* |
| | REASON FOR SATISFACTION: Claim partially satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check numbers 1010012076 and 1010017378 on 11/20/2014 and 01/20/2015, respectively. | | | | | | | |
| 3 | EAGLE MOUNTAIN-SAGINAW ISD<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST, SUITE 640<br>ARLINGTON, TX 76010 | 10036 | Luminant Mineral Development Company LLC | Secured | $3,747.36 | Luminant Mineral Development Company LLC | Secured | $273.00 |
| | REASON FOR SATISFACTION: Claim partially satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010042317 on 10/20/2015. | | | | | | | |
| 4 | NOLAN COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 12898 | EFH Corporate Services Company | Administrative | $2,178.39 | EFH Corporate Services Company | Administrative | $2,074.95 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050751 on 01/26/2016. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTH NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | NOLAN COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS MOTT<br>ATTN: ELIZABETH BANDA CALVO<br>500 EAST BORDER ST., SUITE 640<br>ARLINGTON, TX 76010 | 12909 | Luminant Generation Company LLC | Administrative | $1,901.01 | Luminant Generation Company LLC | Administrative | $233.55 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1010050751 on 01/26/2016. | | | | | | | |
| 6 | REDDY ICE CORPORATION<br>5720 LYNDON B JOHNSON FWY STE 200<br>DALLAS, TX 75240-6396<br><br>TRANSFERRED TO: LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: REDDY ICE CORPORATION<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 3250 | Luminant Generation Company LLC[1]<br>Luminant Mining Company LLC<br>Luminant Mining Company LLC<br>Oak Grove Management Company LLC<br>Subtotal | 503(b)(9)<br>503(b)(9)<br>Unsecured<br>Unsecured | $1,084.46<br>$175.50<br>$1,281.09<br>$151.00<br>$2,692.05 | Luminant Generation Company LLC<br>Luminant Mining Company LLC<br>Luminant Mining Company LLC<br>Oak Grove Management Company LLC<br>Subtotal | 503(b)(9)<br>503(b)(9)<br>Unsecured<br>Unsecured | $435.76<br>$175.50<br>$1,076.50<br>$151.00<br>$1,838.76 |
| | REASON FOR SATISFACTION: Claim included post-petition invoices, which were paid in the ordinary course of business. Paid via check numbers 1002703166 and 1002703478 on 06/25/2014 and 06/30/2014, respectively. | | | | | | | |
| 7 | ROMERO, ROGELIO<br>D/B/A YOLANDA CERRILLO<br>12566 COLEMAN ST<br>TYLER, TX 75704-8804 | 5821 | Oak Grove Management Company LLC<br>Oak Grove Management Company LLC<br>Subtotal | Secured<br>Unsecured | $50,600.50[2]<br>$2,060.50<br>$52,661.00 | Oak Grove Management Company LLC | Secured | $50,600.00 |
| | REASON FOR SATISFACTION: Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check number 1002705816 on 07/24/2014. | | | | | | | |

---

[1] Claim 3250 was modified 10/20/2016, by the Order (Third) Sustaining Twenty-Third Omnibus (Substantive) Objection To (Certain Improperly Asserted Claims. (DI. 9899).

[2] Claim 5821 was modified 04/26/2016, by the Order Sustaining Debtors Fortieth Omnibus (Substantive) Objection To No Liability And Overstated Claims. (DI. 8280).

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTH NOTICE OF SATISFACTION: EXHIBIT B – Partially Satisfied Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | REMAINING DEBTOR | REMAINING PRIORITY STATUS | REMAINING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | TARRANT COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | 1730 | TXU Energy Retail Company LLC | Secured | $18,400.93* | TXU Energy Retail Company LLC | Secured | $7,546.78* |
| | REASON FOR SATISFACTION: Claim partially satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010017447, 1010048211 and 1010048211 on 01/20/2015, 12/21/2015 and 12/29/2015 respectively. | | | | | | | |
| 9 | TITUS COUNTY APPRAISAL DISTRICT<br>ATTN: TIM R. TAYLOR, ATTORNEY<br>P.O. BOX 1212<br>MOUNT PLEASANT, TX 75456 | 2352 | Luminant Generation Company LLC | Secured | $6,529,803.54 | Luminant Generation Company LLC | Secured | $128,374.15 |
| | REASON FOR SATISFACTION: Claim partially satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check numbers 1010012075 and 1010017381 on 11/20/2014 and 01/20/2015, respectively. | | | | | | | |
| | | | | TOTAL | $10,275,535.58* | | TOTAL | $193,886.91* |

\* - Indicates claim contains unliquidated and/or undetermined amounts