IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 10304** |

**DECLARATION OF JONATHAN F. GANTER, ESQ. IN SUPPORT OF SURREPLY OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO THE MOTION OF SHIRLEY FENICLE, DAVID WILLIAM FAHY, JOHN H. JONES, AND DAVID HEINZMANN TO DISMISS CHAPTER 11 PETITIONS OF ASBESTOS DEBTORS EECI, INC., EEC HOLDINGS, INC., LSGT SACROC, INC., AND LSGT GAS CO. LLC**

JONATHAN F. GANTER declares as follows:

1. I am an attorney admitted to practice in the District of Columbia and the United States District Court for the District of Columbia and the state of New Jersey. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the *Surreply of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT Sacroc, Inc., And LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(B)*, filed contemporaneously herewith.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used but not defined herein are given the meanings ascribed to them in the *Surreply of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT Sacroc, Inc., And LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b)*.

RLF1 16064006v.1

3. Attached hereto as Exhibit A is an excerpt from a copy of the transcript of the August 18, 2016 T-Side Confirmation Hearing.

4. Attached hereto as Exhibit B is a true and correct copy of the August 13, 2016 *Declaration of Kristopher E. Moldovan in Support of Confirmation of the Third Amended Plan of Reorganization*, labeled D-DIR Moldovan.

5. Attached hereto as Exhibit C is an excerpt from a copy of the transcript of the August 17, 2016 T-Side Confirmation Hearing.

6. Attached hereto as Exhibit D is an excerpt from a copy of the transcript of the August 26, 2016 T-Side Confirmation Hearing.

7. Attached hereto as Exhibit E is an excerpt from a copy of the transcript of the August 11, 2015 Hearing.

8. Attached hereto as Exhibit F is a true and correct copy of the July 18, 2016 Email from Evercore to EFH, KE re Merger Agreement Analysis, labeled DX229 [EFH06533450-53].

9. Attached hereto as Exhibit G is a true and correct copy of the June 16, 2016 email from S. Dore to C. Sieving, labeled DX222 [EFH06522696-701]

10. Attached hereto as Exhibit H is a true and correct copy of the June 18, 2016 email from C. Sieving to S. Dore and A. Calder, labeled DX106 [EFH06436044-45].

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of December 2016.

                                                  */s/ Jonathan F. Ganter*
                                                  Jonathan F. Ganter (*pro hac vice*)