# **<u>EXHIBIT C</u>**

1   UNITED STATES BANKRUPTCY COURT

2   DISTRICT OF DELAWARE

3

4

5   In re:                        :

                                  :    Chapter 11

6   ENERGY FUTURE HOLDINGS         :

    CORP., et al.,                 :    Case No. 14-10979(CSS)

7                                  :

            Debtors.              :    (Jointly Administered)

8   _____ :

9

10

11

12

13                            United States Bankruptcy Court

14                            824 North Market Street

15                            Wilmington, Delaware

16

17                            August 17, 2016

18                            10:04 AM - 5:22 PM

19

20

21   B E F O R E :

22   HON CHRISTOPHER S. SONTCHI

23   U.S. BANKRUPTCY JUDGE

24

25   ECR OPERATOR:   LESLIE MURIN

1   Q    Yes.

2   A    -- the Hunt plan as we refer to it.

3   Q    The confirmed plan, yes, sir.

4        And if you could turn to -- on page 11 of 115.  And if

5   we could put that on the screen.

6        And, sir, you see that same definition, number 56 of

7   contribution.

8   A    It's -- it's the same except that it also embodies EFH

9   properties at this time.

10  Q    All right.  So the confirmed plan contemplated the

11  transfer of equity of both corporate services and EFH

12  properties?

13  A    Yes.  The original plan in '15, we were still

14  evaluating properties because properties was not a debtor to

15  the case and we were understanding our ability to file them

16  and potentially received some monies back from the lessor of

17  the property.

18       We decided that that was not a likely outcome and,

19  therefore, decided that the only way to get rid of it,

20  economically, was the same way we dealt with corporate

21  services.

22  Q    All right.  And that -- and that determination was made

23  before the -- the -- for the plan that was -- that became

24  the confirmed plan; is that correct?

25  A    Yes.  Somewhere in between the original plan and then I