# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 12/5/2016 at 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Leslie Kelleher | Caplin & Drysdale | Fenick, Fahy, Jones & Hanzman |
| Daniel K Hogan | Hogan McDaniel | Fenick Fahy Jones & Hanzman |
| Joseph Wright | Landis Rath & Cobb | Next Era |
| Robin Ball | Chadbourne & Parke | " " |
| Eric Daucher | " " | " " |
| David Klauder | Bell & Klauder | EFH Corp. |
| Mark Thomas | Pres Knopf | " |
| Aster Young | " | " |
| Morgan Nighan | Nixon Peabody | American Stock Transfer |
| Bryan Stephany | K+E | EFH |
| Daniel J. Defranceschi | RLF | EFH |
| Jason M. Madron | RLF | EFH |
| Mark McKane | K&E | EFH |
| Chad Husnick | K&E | EFH |
| John Gantr | K+E | EFH |
| Lisa Esayian | K+E | EFH |
| Natalie Ramsey | Montgomery McCracken | E Committee |
| Brian Glueckstein | Sullivan & Cromwell | E Committee |
| L John Bird | Fox Rothschild | Ad hoc TCEH unsec Notes |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

Calendar Date: 12/05/2016

Calendar Time: 10:00 AM ET

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

### Honorable Christopher S. Sontchi

#6

*1st Revision 12/02/2016 03:45 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8001299 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7963863 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8001274 | Mitchell Bialek | (312) 542-8575 | C.S.S. | Interested Party, Mitchell Bialek / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7999884 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8003077 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8002953 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8000643 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7997327 | Joseph A. Florczak | (312) 269-4123 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8001256 | Andrew Glenn | (212) 506-1747 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Contrarian Capital Management, LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8007656 | Taylor B. Harrison | (212) 390-7831 | Merger Market | Interested Party, Taylor B. Harrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7997244 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8002740 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8005818 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8005744 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8001278 | Emily L. Kuznick | (212) 506-1839 | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Contrarian Capital Management, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8004187 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7963663 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8005822 | Lars A. Peterson | (312) 832-5394 | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000280 | Meredith Quick | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7984229 | Natalie D. Ramsey | (215) 772-7354 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Commitee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000118 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8002845 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 7867534 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8001360 | Michael Shepherd | (305) 925-4790 | White and Case | Creditor, Ad HOC Committee of TECH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8004013 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Resarch, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8000159 | Amer Tiwana | (646) 616-3052 | Cowen & Co. | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8001321 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, TXU / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8001168 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |

| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7997785 | Tamara Van Heel | (305) 995-5232 | White and Case | Creditor, Ad Hoc Committee of TECH Unsecured Note Holders / LISTEN ONLY |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7998068 | Megan Wasson | (212) 715-9464 | Kramer Levin Naftalis & Frankel LLP | Representing, Second Lien Trustee / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8002745 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 (15-51386) | Hearing | 7997299 | Mark A. Cody | (312) 269-4392 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |