## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter
### COMPENSATION BY SUBJECT MATTER[1]
### AUGUST 1, 2016 THROUGH AUGUST 31, 2016

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 55.00 | $62,500.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 2.50 | |
| 11000-56 | EFH – Project Titan | -- | |
| 11001 | Luminant | 240.10 | $75,000.00 |
| 11001-85 | Luminant – Forney Annexation | 113.10 | $57,397.00 |
| 11001-87 | Luminant – Water Rights Amendment | 2.20 | $660.00 |
| 11002 | TXU | 75.60 | $12,500.00 |
| 12050 | 4Change | 2.10 | $2,083.33 |
| | | | |
| **Totals:** | | **490.60** | **$210,140.33** |

### EXPENSE SUMMARY
### AUGUST 1, 2016 THROUGH AUGUST 31, 2016

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $256.86 |
| Copies | $360.75 |
| Taxi | -- |
| Parking | -- |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Mileage | $671.76 |
| Postage | $15.58 |
| Filing Fees | $101.25 |
| Meals | -- |
| Hotel | $367.68 |
| Electronic Research | 25.00 |
| Court Reporter/Hearing Transcripts | -- |
| Hearing/Trial Exhibits | -- |
| **Total Expenses:** | **$1,798.88** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.