## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 62.40 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 81.50 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 50.10 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 19.70 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 97.80 | |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | 23.70 | |
| John J. Vay | Member | 1984 | Environmental | $435.00 | -- | |
| Rod C. Johnson | Member | 1992 | Environmental | $490.00 | 12.00 | |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | -- | |
| Brett A. Nuttall | Associate | 2015 | Regulatory | $225.00 | 18.40 | |
| Shelby O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | -- | |
| Gary Zausmer | Member | 1979 | Litigation | $550.00 | -- | |
| | | | | | **365.60** | **$152,083.33*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | 9.10 | |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | 0.60 | |
| | | | | | **9.70** | |

**Total Fees Requested Consolidated Engagement    375.30    $152,083.33**

## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Forney Annexation)

The Enoch Kever attorneys who rendered professional services in the Forney engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | -- | |
| Gary Zausmer | Member | 1979 | Litigation | $550.00 | 45.80 | $25,190.00 |
| John J. Vay | Member | 1984 | Environmental | $490.00 | 60.30 | $29,547.00 |
| Melissa Lorber | Member | 2001 | Appellate | $395.00 | 5.50 | $2,172.50 |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | -- | -- |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | -- | -- |
| Shelby O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | 1.50 | $487.50 |
| Mandy Kimbrough | Member | 2005 | Regulatory | $325.00 | -- | -- |
| | | | | | **113.10** | **$57,397.00** |

The paraprofessionals of Enoch Kever who rendered professionals services in the Forney engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | -- |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | -- | -- |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | -- | -- |

**Total Fees Requested Forney Annexation**     113.10     $57,397.00

# EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Water Rights Amendment)

The Enoch Kever attorneys who rendered professional services in the Water Rights engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 2.20 | $660.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  | **2.20** | **$660.00** |

The paraprofessionals of Enoch Kever who rendered professionals services in the Water Rights engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| | | |
|---|---|---|
| **Total Fees Requested Water Rights Amendment** | **2.20** | **$   660.00** |
| | | |
| **Total Fee Requested Consolidated Engagement** | 375.30 | $152,083.33 |
| **Total Fees Requested Forney Annexation** | 113.10 | $ 57,397.00 |
| **Total Fees Requested Water Rights Amendment** | 2.20 | $    660.00 |
| **Total Fees Requested** | **490.60** | **$210,140.33** |