## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**AUGUST 1, 2016 THROUGH AUGUST 31, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $256.86 |
| Copies | $360.75 |
| Taxi | -- |
| Parking | -- |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Mileage | $671.76 |
| Postage | $15.58 |
| Filing Fees | $101.25 |
| Meals | -- |
| Hotel | $367.68 |
| Electronic Research | 25.00 |
| Court Reporter/Hearing Transcripts | -- |
| Hearing/Trial Exhibits | -- |
| **Total Expenses:** | **$1,798.88** |