**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**AUGUST 1, 2016 THROUGH AUGUST 31, 2016**

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Unit | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 5218 | 11000 50 | 8/31/16 | Various | Copies | 360 | 0.13 | $46.80 | Copies for the month of August 2016 |
| 5226 | 11001 26 | 8/11/16 | Kimbrough, Mandy | Delivery/ Messenger | 10.00 | 1 | $10.00 | Pick up documents for filing from EFH office (Corporate Couriers; Invoice #43178) |
| 5226 | 11001 26 | 8/12/16 | Kimbrough, Mandy | Delivery/ Messenger | 9.34 | 1 | $9.34 | Hand-deliver Q2 2016 Report in Project 36141 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43178) |
| 5226 | 11001 26 | 8/31/16 | Various | Copies | 48 | 0.13 | $6.24 | Copies for the month of August 2016 |
| 5226 | 11001 27 | 8/31/16 | Various | Copies | 234 | 0.13 | $30.42 | Copies for the month of August 2016 |
| 5226 | 11001 57 | 8/19/16 | Johnson, Rod | Delivery/ Messenger | 23.50 | 1 | $23.50 | Pick up from TCEQ and deliver to R. Johnson (Pro Courier) |
| 5226 | 11001 71 | 8/31/16 | Various | Postage | 4.19 | 1 | $4.19 | Postage for the month of July 2016 |
| 5226 | 11001 83 | 8/3/16 | Rasmussen, Kirk | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver Joint Motion for Extension in Dkt 45992 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43178) |
| 5226 | 11001 83 | 8/31/16 | Various | Copies | 54 | 0.13 | $7.02 | Copies for the month of August 2016 |
| 5226 | 11001 83 | 8/31/16 | Various | Postage | 0.94 | 1 | $0.94 | Postage for the month of August 2016 |
| 5226 | 11001 84 | 8/4/16 | Jolly, Emily | Delivery/ Messenger | 10.00 | 1 | $10.00 | Hand-deliver Exceptions to PFD in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43178) |
| 5226 | 11001 84 | 8/9/16 | Jolly, Emily | Delivery/ Messenger | 14.00 | 1 | $14.00 | Hand-deliver Response to Exceptions to PFD in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43178) |

| 5226 | 1100184 | 8/22/16 | Jolly, Emily | Delivery/ Messenger | 11.00 | 1 | $11.00 | Hand-deliver Supplemental Brief in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43388) |
|------|---------|---------|--------------|--------------------|-------|---|--------|----------------------------------|
| 5226 | 1100184 | 8/31/16 | Various | Copies | 548 | 0.13 | $71.24 | Copies for the month of August 2016 |
| 5226 | 1100184 | 8/31/16 | Various | Postage | 2.28 | 1 | $2.28 | Postage for the month of August 2016 |
| 5240 | 1100185 | 6/21/16 | Zausmer, Gary | Mileage | 220.86 | 1 | $220.86 | Reimbursement for mileage for meeting in Forney on 6/21/16 |
| 5240 | 1100185 | 8/4/16 | Zausmer, Gary | Mileage | 220.86 | 1 | $220.86 | Reimbursement for mileage for meeting in Forney on 8/4/16 |
| 5240 | 1100185 | 8/31/16 | Zausmer, Gary | Mileage | 230.04 | 1 | $230.04 | Reimbursement for mileage to Sunnyvale &  Forney on 9/6/16 |
| 5240 | 1100185 | 8/22/16 | Zausmer, Gary | Electronic Research | 25.00 | 1 | $25.00 | Reimbursement for e-subscription to Forney Messenger. |
| 5111 | 1100187 | 8/31/16 | Various | Copies | 182 | 0.13 | $23.66 | Copies for the month of August 2016 |
| 5111 | 1100187 | 8/3/16 | Horton, Shana | Filing Fees | 101.25 | 1 | $101.25 | Filing fee for TCEQ Amended App. COA. |
| 5226 | 1100188 | 8/4/16 | Moore, Bill | Delivery/ Messenger | 63.69 | 1 | $63.69 | FedEx overnight delivery to Nathan Pollak |
| 5226 | 1100188 | 8/12/16 | Moore, Bill | Hotel | 367.68 | 1 | $367.68 | Reimbursement to B. Moore for hotel stay in Dallas on 8/12/16 for meeting with S. Siegel, et al. |
| 5119 | 1100224 | 8/2/16 | Kimbrough, Mandy | Delivery/ Messenger | 20.00 | 1 | $20.00 | Hand-deliver Reply Comments in Pjt 45625 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43178) |
| 5119 | 1100224 | 8/12/16 | Kimbrough, Mandy | Delivery/ Messenger | 9.33 | 1 | $9.33 | Hand-deliver Q2 2016 Report in Pjt 36141 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43178) |
| 5119 | 1100224 | 8/19/16 | Kimbrough, Mandy | Delivery/ Messenger | 10.00 | 1 | $10.00 | Hand-deliver confidential Response to Complaint (Jeff Phillips) to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43388) |

| 5119 | 110024 | 8/31/16 | Various | Copies | 890 | 0.13 | $115.70 | Copies for the month of August 2016 |
|------|--------|---------|---------|--------|-----|------|---------|------------------------------------|
| 5119 | 110024 | 8/31/16 | Various | Postage | 0.47 | 1 | $0.47 | Postage for the month of August 2016 |
| 5119 | 110267 | 8/17/16 | Kimbrough, Mandy | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver PIA response and documents to AG and return of file-stamped copy (Corporate Couriers; Invoice #43388) |
| 5119 | 110267 | 8/31/16 | Various | Postage | 4.97 | 1 | $4.97 | Postage for the month of August 2016 |
| 5118 | 120502 | 8/15/16 | Kimbrough, Mandy | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver 2016 Semi-Annual Report in Pjt 45571 and Q2 2016 Report in Pjt 36141 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43178) |
| 5118 | 120502 | 8/31/16 | Various | Copies | 459 | 0.13 | $59.67 | Copies for the month of August 2016 |
| 5118 | 120502 | 8/31/16 | Various | Postage | 2.73 | 1 | $2.73 | Postage for the month of August 2016 |

RLF1 16078275v.1