# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter
**COMPENSATION BY SUBJECT MATTER[1]**
**SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

| Matter Number | Matter Description | Total Billed | Total Fees |
|---|---|---|---|
| 11000-50 | EFH Restructuring | 130.20 | $62,500.00 |
| 11000-50.1 | EFH Restructuring – Case Administration | -- | |
| 11000-50.2 | EFH Restructuring – Budgeting | -- | |
| 11000-50.3 | EFH Restructuring – Fee Application | 1.80 | |
| 11000-56 | EFH – Project Titan | -- | |
| 11001 | Luminant | 96.50 | $75,000.00 |
| 11001-85 | Luminant – Forney Annexation | 23.10 | $12,573.00 |
| 11001-87 | Luminant – Water Rights Amendment | 13.70 | $4,528.00 |
| 11002 | TXU | 14.50 | $12,500.00 |
| 12050 | 4Change | 9.60 | $2,083.33 |
| | | | |
| **Totals:** | | **289.40** | **$169,184.33** |

## EXPENSE SUMMARY
**SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $104.10 |
| Copies | $4.68 |
| Taxi | -- |
| Parking | $68.31 |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Mileage | |
| Postage | $0.93 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | $1,412.55 |
| Electronic Research | $0.20 |
| Court Reporter/Hearing Transcripts | $107.87 |
| Hearing/Trial Exhibits | -- |
| **Total Expenses:** | **$1,698.64** |

---

[1] The work performed and expenses incurred by Enoch Kever during the compensation period were entirely on behalf of Energy Future Holdings, LLC and its debtor subsidiaries.