# EXHIBIT B

## Attorneys and Paraprofessionals' Information
### (Consolidated Engagement)

The Enoch Kever attorneys who rendered professional services in the consolidated engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Kever | Member | 1975 | Regulatory | $550.00 | 83.80 | |
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | 57.80 | |
| Emily R. Jolly | Associate | 2007 | Regulatory | $295.00 | 2.60 | |
| Kirk D. Rasmussen | Member | 1999 | Regulatory | $450.00 | 21.00 | |
| Mandy J. Kimbrough | Member | 2005 | Regulatory | $325.00 | 82.30 | |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | -- | |
| John J. Vay | Member | 1984 | Environmental | $435.00 | -- | |
| Rod C. Johnson | Member | 1992 | Environmental | $490.00 | 0.30 | |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | -- | |
| Brett A. Nuttall | Associate | 2015 | Regulatory | $225.00 | 0.40 | |
| Shelby O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | -- | |
| Gary Zausmer | Member | 1979 | Litigation | $550.00 | -- | |
| | | | | | **248.20** | **$152,083.33*** |

*Consolidated Engagement Fixed Fee

The paraprofessionals of Enoch Kever who rendered professionals services in the consolidated engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | 3.20 | |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | 1.20 | |
| | | | | | **4.40** | |

**Total Fees Requested Consolidated Engagement     252.60     $152,083.33**

## EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Forney Annexation)

The Enoch Kever attorneys who rendered professional services in the Forney engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bill A. Moore | Member | 1995 | Regulatory | $475.00 | -- | -- |
| Gary Zausmer | Member | 1979 | Litigation | $550.00 | 20.90 | $11,495.00 |
| John J. Vay | Member | 1984 | Environmental | $490.00 | 2.20 | $1,078.00 |
| Melissa Lorber | Member | 2001 | Appellate | $395.00 | -- | -- |
| Lisa D. Kinzer | Associate | 2013 | Regulatory | $250.00 | -- | -- |
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | -- | -- |
| Shelby O'Brien | Associate | 2002 | Appellate/Litigation | $325.00 | -- | -- |
| Mandy Kimbrough | Member | 2005 | Regulatory | $325.00 | -- | -- |
| | | | | | **23.10** | **$12,573.00** |

The paraprofessionals of Enoch Kever who rendered professionals services in the Forney engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cyd McCool | Legal Assistant | 1 | Appellate/Litigation | $75.00 | -- | -- |
| Lynn Needles | Legal Assistant | 1 | Regulatory | $75.00 | -- | -- |
| Laci Lofton | Legal Assistant | 1 | Appellate/Litigation | $95.00 | -- | -- |

**Total Fees Requested Forney Annexation**            **23.10**    **$12,573.00**

# EXHIBIT B

### Attorneys and Paraprofessionals' Information
### (Water Rights Amendment)

The Enoch Kever attorneys who rendered professional services in the Water Rights engagement during the Fee Period are:

| Professional Person | Position With the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Shana L. Horton | Associate | 2003 | Regulatory | $300.00 | 11.50 | $3,450.00 |
| John J. Vay | Member | 1984 | Environmental | $490.00 | 2.20 | $1,078.00 |
|  |  |  |  |  | 13.70 | $4,528.00 |

The paraprofessionals of Enoch Kever who rendered professionals services in the Water Rights engagement during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| | | |
|---|---|---|
| **Total Fees Requested Water Rights Amendment** | 13.70 | $ 4,528.00 |
| **Total Fee Requested Consolidated Engagement** | 252.60 | $152,083.33 |
| **Total Fees Requested Forney Annexation** | 23.10 | $ 12,573.00 |
| **Total Fees Requested Water Rights Amendment** | 13.70 | $ 4,528.00 |
| **Total Fees Requested** | 289.40 | $169,184.33 |