## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

| Expense Category | Amount |
|---|---|
| Delivery Service/Messenger | $104.10 |
| Copies | $4.68 |
| Taxi | -- |
| Parking | $68.31 |
| Airfare | -- |
| Rental Car | -- |
| Fuel | -- |
| Mileage | |
| Postage | $0.93 |
| Filing Fees | -- |
| Meals | -- |
| Hotel | $1,412.55 |
| Electronic Research | $0.20 |
| Court Reporter/Hearing Transcripts | $107.87 |
| Hearing/Trial Exhibits | -- |
| **Total Expenses:** | **$1,698.64** |