## EXHIBIT D

### Detailed Description of Expenses and Disbursements

#### DETAILED EXPENSE SUMMARY
#### SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016

| Invoice Number | Matter | Date | Timekeeper Who Incurred | Expense Category | Unit Cost | # Of Unit | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 5232 | 1100050 | 9/25/16 | Kever, Andy | Court Reporter | 107.87 | 1 | $107.87 | Transcript of Open Meeting held on 9/22/16 (Kennedy Reporting; Invoice #1609041) |
| 5232 | 1100050 | 9/28/16 | Kimbrough, Mandy | Delivery/ Messenger | 16.05 | 1 | $16.05 | Hand-deliver Comanche Peak Power Co. letter and application to register PGC to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43796) |
| 5252 | 1100126 | 9/28/16 | Kimbrough, Mandy | Delivery/ Messenger | 16.05 | 1 | $16.05 | Hand-deliver Termination of TCEH Guarantee in Pjt 36775 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43796) |
| 5252 | 1100183 | 9/1/16 | Rasmussen, Kirk | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver Joint Motion to Extend Time in Dkt 45922 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43580) |
| 5252 | 1100183 | 9/23/16 | Rasmussen, Kirk | Delivery/ Messenger | 28.00 | 1 | $28.00 | Hand-deliver Joint Motion to Extend Time in Dkt 45922 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43796) |
| 5252 | 1100183 | 9/30/16 | Rasmussen, Kirk | Electronic Research | 0.20 | 1 | $0.20 | Documents from PACER |
| 5252 | 1100183 | 9/30/16 | Various | Copies | 36 | 0.13 | $4.68 | Copies for the month of September 2016 |
| 5252 | 1100183 | 9/30/16 | Various | Postage | 0.93 | 1 | $0.93 | Postage for the month of September 2016 |
| 5252 | 1100184 | 9/2/16 | Jolly, Emily | Parking | 8.00 | 1 | $8.00 | Reimbursement for parking at PUC Open Meeting on 8/18/16 |
| 5252 | 1100186 | 9/6-8/16 | Moore, Bill | Hotel | 808.33 | 1 | $808.33 | Reimbursement to B. Moore for hotel stay in Dallas on 9/6-8/16 for meeting with S. Siegel, et al. re: RFI responses and document review |

| 5252 | 110018 6 | 9/6-8/16 | Moore, Bill | Parking | 30.31 | 1 | $30.31 | Reimbursement to B. Moore for parking in Dallas on 9/6-8/16 for meeting with S. Siegel, et al. re: RFI responses and document review |
| 5252 | 110018 6 | 9/12-14/16 | Moore, Bill | Hotel | 604.22 | 1 | $604.22 | Reimbursement to B. Moore for hotel stay in Dallas on 9/12-14/16 for meeting with S. Siegel, et al. re: RFI responses |
| 5252 | 110018 6 | 9/12-14/16 | Moore, Bill | Parking | 30.00 | 1 | $30.00 | Reimbursement to B. Moore for parking in Dallas on 9/12-14/16 for meeting with S. Siegel, et al. re: RFI responses and document |
| 5287 | 110024 | 9/1/16 | Kimbrough, Mandy | Delivery/ Messenger | 16.00 | 1 | $16.00 | Hand-deliver POLR EFL Update in Pjt 42201 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43580) |