IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 9381, 9647, 10140, 10239** |

## CERTIFICATION OF COUNSEL CONCERNING THE
## REVISED SCHEDULE FOR THE EFH/EFIH PROCEEDINGS

The undersigned hereby certifies as follows:

1. On December 1, 2016, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors") filed the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 10290] (as modified, amended or supplemented from time to time, the "Plan") as it relates to the EFH/EFIH Debtors and the *Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

*Debtors and EFIH Debtors* [D.I. 10293] (as modified, amended or supplemented from time to time, the "EFH/EFIH Disclosure Statement"),[3] which incorporated certain limited modifications in light of the opinion issued by the United States Court of Appeals for the Third Circuit regarding the Makewhole Claims asserted by the Holders of EFIH First Lien Notes and EFIH Second Lien Notes.

2. At a status conference concerning the EFH/EFIH Confirmation Proceedings held on December 2, 2016 (the "December 2nd Hearing"), the Court scheduled a hearing to consider approval of the EFH/EFIH Disclosure Statement for January 4, 2017, and hearing trial to consider confirmation of the Plan commencing on February 14, 2017. *See* Hr'g Tr. 41:4–42:19 Dec. 2, 2016.

3. Consistent with the record of the December 2nd Hearing, the EFH/EFIH Debtors now seek entry of an order (the "Scheduling Order"), rescheduling certain dates and deadlines in connection with the approval of the EFH/EFIH Disclosure Statement and the confirmation of the Plan as it relates to the EFH/EFIH Debtors, and affirming certain protocols in connection with the EFH/EFIH Confirmation Proceedings, including the protective order, attached as **Exhibit 1** to the Scheduling Order, and the production format protocol, attached as **Exhibit 2** to the Scheduling Order, each of which was previously approved by the Court.[4] The EFH/EFIH Debtors negotiated the revised schedule with certain of their significant constituencies, none of whom have an objection to the relief provided for therein.[5]

---

[3] Capitalized terms used but not otherwise defined in this Motion shall have the meaning ascribed to them in the Plan or EFH/EFIH Disclosure Statement, as appropriate.

[4] *See Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* [D.I. 9381] (the "Prior Scheduling Order").

[5] The Debtors circulated the proposed revised schedule to counsel to: CSC Trust Company of Delaware, in its capacity as EFIH secured notes indenture trustee; Computershare Trust Company, in its

2

4. The Debtors therefore respectfully request that the Court enter the Scheduling Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

---

capacity as EFIH second lien notes indenture trustee; the ad hoc committee of EFIH unsecured noteholders; the EFH Committee; UMB Bank, as EFIH unsecured indenture trustee; Fidelity Management & Research Company; the ad hoc group of EFH legacy noteholders; American Stock Transfer & Trust Company, LLC, in its capacity as EFH legacy notes trustee; certain direct or indirect holders of equity interests in Energy Future Holdings Corp.; Deutsche Bank AG New York Brank, in its capacity as the EFIH First Lien DIP Agent; and Pacific Investment Management Company LLC (PIMCO).

Dated: December 7, 2016
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*