# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 10275** |

**NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-THIRD MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016**

Montgomery, McCracken, Walker & Rhoads, LLP ("MMWR"), co-counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., (the "E-Side Committee"), hereby files at the request of Guggenheim Securities, LLC ("Guggenheim Securities") this notice of withdrawal of its *Certificate of No Objection Regarding the Twenty-Third Monthly Fee Statement of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred for the Period*

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

*September 1, 2016 Through September 30, 2016* [D.I. 10275] (the "Certificate of No Objection"). Guggenheim Securities has made this request for the following reasons:

1. The Fee Committee has requested that Guggenheim Securities, among other professionals in these Chapter 11 cases, engage in discussions regarding its monthly fixed fee structure. Guggenheim Securities has accepted the Fee Committee's request while it continues to provide services as the investment banker for the E-Side Committee in accordance with the engagement agreement dated as of November 12, 2014 and approved by this Court on January 13, 2015 [D.I. 3276].

2. Although Guggenheim Securities continues to perform services for the E-Side Committee as set forth in the engagement agreement, including in connection with the confirmation hearing for the proposed plan of reorganization scheduled to commence on February 14, 2017, Guggenheim Securities has agreed to suspend receipt of payment for its Twenty-Third Monthly Fee Statement, for the period September 1, 2016 through September 30, 2016 [D.I. 10059], pending further discussions with the Fee Committee.

3. Accordingly, Guggenheim Securities withdraws its Certificate of No Objection, without prejudice, and Guggenheim Securities fully reserves all rights.

Dated: December 8, 2016
      Wilmington, Delaware

Respectfully submitted,

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

   */s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Tel: (302) 504-7800
Fax: (302) 504-7820
Email: mramsey@mmwr.com
      dwright@mmwr.com
      dfink@mmwr.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*