**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Ref. Docket Nos. 9807 – 9810** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2016, I caused to be served the:

   a. "Notice of Fee Statement," dated October 13, 2016, to which was attached "Seventh Monthly Fee Statement of Greenberg Traurig, LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from May 1, 2016 Through May 31, 2016," dated October 13, 2016 [Docket No. 9807],

   b. "Notice of Fee Statement," dated October 13, 2016, to which was attached "Eighth Monthly Fee Statement of Greenberg Traurig, LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from June 1, 2016 Through June 30, 2016," dated October 13, 2016 [Docket No. 9808],

   c. "Notice of Fee Statement," dated October 13, 2016, to which was attached "Ninth Monthly Fee Statement of Greenberg Traurig, LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from July 1, 2016 Through July 31, 2016," dated October 13, 2016 [Docket No. 9809], and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

d. "Notice of Fee Statement," dated October 13, 2016, to which was attached "Tenth Monthly Fee Statement of Greenberg Traurig, LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from August 1, 2016 Through August 31, 2016," dated October 13, 2016 [Docket No. 9810],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
18th day of October, 2016

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018



T:\Clients\TXUENERG\Affidavits\Greenberg Traurig 7th-10th Fee Apps_DI 9807-9810_10-13-16.docx

# EXHIBIT A

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT & CECILY GOOCH
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE - REGION 3
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING ST, ROOM 2207
WILMINGTON, DE 19801

ROBERTA A. DEANGELIS
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
ATTN: ANDREA B. SCHWARTZ
U.S. FEDERAL BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

SHEARMAN & STERLING LLP
(AGENT TO EFIH FIRST LIEN DIP
FINANCING FACILITY)
ATTN: FREDERICK SOSNICK ESQ &
NED SHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO AGENT TCEH DIP
FINANCING FACILITY)
ATTN: EVAN FLECK AND MATTHEW BROD
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MORRISON & FOERSTER LLP
(COUNSEL TO OFFICIAL CREDITORS'
COMMITTEE)
ATTN: LORENZO MARINUZZI & JENNIFER MARINES
250 W 55TH STREET
NEW YORK, NY 10019

GODFREY & KAHN, S.C.
(COUNSEL TO FEE COMMITTEE)
ATTN: KATHERINE STADLER
ONE E MAIN STREET
MADISON, WI 53703