**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979 (CSS) |
| CORP., <u>et al.</u>[1], | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **RE: Docket No. 9955** |

**CERTIFICATE OF NO OBJECTION REGARDING TWENTIETH MONTHLY**
**FEE STATEMENT OF McELROY, DEUTSCH, MULVANEY & CARPENTER**
**LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH OCTOBER 3, 2016**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading with respect to the twentieth monthly fee statement for

compensation and reimbursement of expenses (the "<u>Monthly Fee Statement</u>") of McElroy,

Deutsch, Mulvaney & Carpenter LLP ("<u>Applicant</u>") listed on **Exhibit A** attached hereto.[2]  The

Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of

Delaware (the "<u>Court</u>") on October 27, 2016.  The undersigned further certifies that upon review

of the Court's docket in this case, no answer, objection or other responsive pleading to the

Monthly Fee Statement appears thereon.  Pursuant to the **Notice of Fee Statement** filed with the

Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no

later than **November 17, 2016 at 4:00 p.m. (Eastern Time)**.  The Monthly Fee Statement was

filed and served in accordance with the **Stipulation and Order Appointing a Fee Committee**,

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    On November 1, 2016, the Applicant received a letter from the Fee Committee stating that it does not object to the payment of 80 percent of fees and 100 percent of expenses requested in the Monthly Fee Statement.  The Fee Committee reserved its right to object to certain interim expense reimbursement requests at the interim fee application stage.

dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: December 7, 2016

> **McElroy, Deutsch, Mulvaney & Carpenter, LLP**
>
> /s/ David Primack
> David Primack, Esq. (No. 4449)
> 300 Delaware Ave., Suite 770
> Wilmington, DE 19801
> Phone: (302) 300-4515
> Facsimile: (302) 654-4031
> dprimack@mdmc-law.com

**Exhibit A**

**Professional Fees and Expenses**
**Monthly Fee Statement[1]**

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| McElroy, Deutsch, Mulvaney & Carpenter LLP<br><br>300 Delaware Ave., Suite 770 Wilmington, DE 19809 Attn: David Primack, Esq.<br><br>(Co-Counsel to Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC and their debtor subsidiaries) | First Monthly Fee Statement<br><br>1/12/2015 through 2/28/2015<br><br>Filed 4/6/2015<br><br>Docket No. 4067 | $54,125.50 | $585.92 | 4/27/2015 | $43,300.40 | $585.92 | $10,825.10 |
| | Second Monthly Fee Statement<br><br>3/1/2015 through 3/31/2015<br><br>Filed 4/22/2015<br><br>Docket No. 4247 | $12,733.50 | $10.70 | 5/13/2015 | $10,186.80 | $10.70 | $2,546.70 |
| | Third Monthly Fee Statement<br><br>4/1/2015 through 4/30/2015<br><br>Filed 5/21/2015 | $30,929.50 | $289.18 | 6/11/2015 | $24,743.60 | $289.18 | $6,185.90 |

---

[1] All fees and expenses requested are allocated 100% to Texas Competitive Electric Holdings Company LLC.

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| | Docket No.4552 | | | | | | |
| | Fourth Monthly Fee Statement  5/1/2015 through 5/31/2015  Filed 6/25/2015  Docket No.4858 | $11,357.50 | $418.40 | 7/16/2015 | $9,086.00 | $418.40 | $2,271.50 |
| | Fifth Monthly Fee Statement  6/1/2015 through 6/30/2015  Filed 8/7/2015  Docket No.5233 | $22,115.00 | $74.00 | 8/28/2015 | $17,692.00 | $74.00 | $4,423.00 |
| | Sixth Monthly Fee Statement  7/1/2015 through 7/31/2015  Filed 8/25/2015  Docket No.5725 | $4,002.50 | $143.40 | 9/15/2015 | $3,202.00 | $143.40 | $800.50 |
| | Seventh Monthly Fee Statement  8/1/2015 through 8/31/2015  Filed 9/21/2015  Docket No.6119 | $13,867.00 | $572.00 | 10/13/2015 | $11,093.60 | $572.00 | $2,773.40 |
| | Eighth Monthly Fee Statement | $20,043.00 | $457.20 | 11/19/2015 | $16,034.40 | $457.20 | $4,008.60 |

4

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| | 9/1/2015 through 9/30/2015<br><br>Filed 10/29/2015<br><br>Docket No. 6756 | | | | | | |
| | Ninth Monthly Fee Statement<br><br>10/1/2015 through 10/31/2015<br><br>Filed 11/30/2015<br><br>Docket No. 7172 | $24,036.00 | $821.76 | 12/21/2015 | $19,228.80 | $821.76 | $4,807.20 |
| | Tenth Monthly Fee Statement<br><br>11/1/2015 through 11/30/2015<br><br>Filed 12/23/2015<br><br>Docket No. 7442 | $33,750.00 | $68.90 | 1/12/2016 | $27,000.00 | $68.90 | $6,750.00 |
| | Eleventh Monthly Fee Statement<br><br>12/1/2015 through 12/31/2015<br><br>Filed 1/27/2016<br><br>Docket No. 7743 | $11,331.00 | $991.20 | 2/16/2016 | $9,064.80 | $991.20 | $2,266.20 |
| | Twelfth Monthly Fee Statement<br><br>1/1/2016 through 1/31/2016<br><br>Filed 2/24/2016 | $3,822.00 | $0 | 3/16/2016 | $3,057.60 | $0 | $764.40 |

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| | Docket No. 7924 | | | | | | |
| | Thirteenth Monthly Fee Statement 2/1/2016 through 2/29/2016 Filed 4/6/2016 Docket No. 8143 | $4,919.00 | $0 | 4/27/2016 | $3,935.20 | $0 | $938.80 |
| | Fourteenth Monthly Fee Statement 3/1/2016 through 3/31/2016 Filed 5/2/2016 Docket No. 8363 | $6,638.00 | $15.00 | 5/23/2016 | $5,310.40 | $15.00 | $1,327.60 |
| | Fifteenth Monthly Fee Statement 4/1/2016 through 4/30/2016 Filed 5/27/2016 Docket No. 8561 | $3,719.00 | $30.00 | 6/17/2016 | $2,975.20 | $30.00 | $743.70 |
| | Sixteenth Monthly Fee Statement 5/1/2016 through 5/31/2016 Filed 6/24/2016 Docket No. 8807 | $4,756.00 | $42.00 | 7/15/2016 | $3,804.80 | $42.00 | $951.20 |
| | Seventeenth Monthly Fee Statement | $8,240.00 | $0.00 | 8/22/2016 | $6,592.00 | $0.00 | $1,648.00 |

| Applicant | Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| | 6/1/2016 through 6/30/2016 Filed 8/1/2016 Docket No. 9166 | | | | | | |
| | Eighteenth Monthly Fee Statement 7/1/2016 through 7/31/2016 Filed 8/29/2016 Docket No. 9416 | $2,984.00 | $0.00 | 9/19/2016 | $2,387.20 | $0.00 | $596.80 |
| | Nineteenth Monthly Fee Statement 8/1/2016 through 8/31/2016 Filed 9/28/2016 Docket No. 9700 | $27,942.00 | $4.00 | 10/19/2016 | $22,353.60 | $4.00 | $5,588.40 |
| | Twentieth Monthly Fee Statement 9/1/2016 through 10/3/2016 Filed 10/27/2016 Docket No. 9955 | $6,387.00 | $0.00 | 11/17/2016 | $5,109.60 | $0.00 | $1,277.40 |