## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 17.80 | $8,282.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 48.60 | $41,749.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 1,291.90 | $969,265.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 59.10 | $54,395.50 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 0.70 | $491.00 |
| 12 | [ALL E-SIDE] Hearings | 17.40 | $13,799.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 179.20 | $77,291.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 16.60 | $13,345.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 58.60 | $49,569.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 192.50 | $167,562.00 |
| 23 | [ALL E-SIDE] Regulatory Issues | 1.90 | $2,090.00 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 0.40 | $340.00 |
| 29 | [ALL E-SIDE] Tax Issues | 118.50 | $149,678.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 44.30 | $48,273.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 21.90 | $18,247.00 |
| 82 | [EFH] Asset Dispositions and Purchases | 0.80 | $680.00 |
| | **Totals:** | **2,070.20** | **$1,615,058.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,020.81 |
| Standard Copies or Prints | $2,416.30 |
| Color Copies or Prints | $1,282.20 |
| Production Blowbacks | $1,703.70 |
| Postage | $4.61 |
| Overnight Delivery | $324.18 |
| Overnight Delivery - Refund | -$21.22 |
| Outside Messenger Services | $383.40 |
| Local Transportation | $216.33 |
| Travel Expense | $14,556.96 |
| Airfare | $18,635.58 |
| Transportation to/from airport | $2,002.89 |
| Travel Meals | $1,699.07 |
| Court Reporter Fee/Deposition | $3,344.32 |
| Other Court Costs and Fees | $3,376.20 |
| Outside Paralegal Assistance | $44,373.63 |
| Catering Expenses | $560.00 |
| Outside Retrieval Service | $17,049.40 |
| Computer Database Research | $2,347.10 |
| Westlaw Research | $1,552.05 |
| Overtime Transportation | $720.45 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $387.12 |
| Rental Expenses | $3,706.21 |
| Cash Credits | -$2,290.60 |
| **Total:** | **$119,370.69** |