## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Aaron Berlin | Associate | 2011 | Corporate - Debt Finance | 895.00 | 11.90 | $10,650.50 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 695.00 | 9.90 | $6,880.50 |
| Emily Geier | Associate | 2012 | Restructuring | 895.00 | 1.70 | $1,521.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 780.00 | 12.30 | $9,594.00 |
| Jacob Johnston | Associate | 2013 | Litigation - General | 795.00 | 28.00 | $22,260.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 760.00 | 2.00 | $1,520.00 |
| Caleb Lowery | Associate | 2016 | Corporate - General | 525.00 | 6.00 | $3,150.00 |
| Kevin McClelland | Associate | 2016 | Restructuring | 525.00 | 15.90 | $8,347.50 |
| Mark Menzies | Associate | 2014 | Litigation - General | 760.00 | 107.40 | $81,624.00 |
| David Moore | Associate | 2015 | Corporate - General | 610.00 | 4.00 | $2,440.00 |
| Carleigh Rodriguez | Associate | 2013 | Environment - Transactional | 780.00 | 0.20 | $156.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 945.00 | 44.30 | $41,863.50 |
| Matthew Smart | Associate | 2016 | Restructuring | 525.00 | 24.70 | $12,967.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 795.00 | 143.60 | $114,162.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 680.00 | 189.20 | $128,656.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 590.00 | 177.80 | $104,902.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 525.00 | 17.50 | $9,187.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 850.00 | 96.80 | $82,280.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,380.00 | 3.50 | $4,830.00 |
| Thad Davis | Partner | 2005 | Taxation | 1,045.00 | 1.60 | $1,672.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,030.00 | 77.10 | $79,413.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 875.00 | 101.20 | $88,550.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,445.00 | 17.90 | $25,865.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 149.20 | $134,280.00 |
| Warren Haskel | Partner | 2009 | Litigation - General | 900.00 | 0.40 | $360.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 22.10 | $24,089.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 1.90 | $2,090.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 25.50 | $33,405.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 5.60 | $6,272.00 |
| Christopher Landau, P.C. | Partner | 1990 | Litigation - Appellate | 1,495.00 | 1.10 | $1,644.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,495.00 | 44.40 | $66,378.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 11.80 | $14,337.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,075.00 | 72.20 | $77,615.00 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate - Capital Markets | 1,325.00 | 1.50 | $1,987.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,380.00 | 17.80 | $24,564.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 945.00 | 27.80 | $26,271.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 1.50 | $1,350.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 5.10 | $5,074.50 |
| Scott D Price | Partner | 1998 | Executive Compensation | 1,380.00 | 0.80 | $1,104.00 |
| Jeffrey S Quinn | Partner | 1998 | Employee Benefits | 1,075.00 | 3.60 | $3,870.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 10.50 | $10,447.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 11.90 | $16,422.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 199.30 | $190,331.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,020.00 | 1.70 | $1,734.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 23.40 | $28,665.00 |
| **Grand Total** | | | | | **1,733.60** | **$1,514,784.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hanna Kupsky | Junior Paralegal | 6 months | Restructuring | 210.00 | 0.30 | $63.00 |
| Erin Bishop | Law Clerk | 1 year | Restructuring | 320.00 | 5.00 | $1,600.00 |
| Colleen Caamano | Litigation Suppt Cons | 3 years | Litigation - General | 325.00 | 8.70 | $2,827.50 |
| Chad Pappenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 36.30 | $11,979.00 |
| Jigna Dalal | Litigation Suppt Cons | 2 months | Litigation - General | 325.00 | 11.10 | $3,607.50 |
| Jungje Choi | Other | 3 months | Litigation - Antitrust/Competition | 260.00 | 2.50 | $650.00 |
| Allison Graybill | Other | 3 years | Admin Services | 250.00 | 20.10 | $5,025.00 |
| Leah Lancaster | Other | 1 year | Admin Services | 200.00 | 34.00 | $6,800.00 |
| Elaine Santucci | Other | 2.5 years | Admin Services | 225.00 | 5.20 | $1,170.00 |
| Mollie Tuomisto | Other | 1.5 years | Litigation - Antitrust/Competition | 300.00 | 0.30 | $90.00 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 610.00 | 0.60 | $366.00 |
| Elizabeth Burns | Paralegal | 10 years | Corporate - General | 360.00 | 17.90 | $6,444.00 |
| Stephanie Ding | Paralegal | 6 months | Litigation - General | 280.00 | 20.40 | $5,712.00 |
| Jason Douangsanith | Paralegal | 1 month | Litigation - General | 205.00 | 12.20 | $2,501.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 310.00 | 2.80 | $868.00 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 400.00 | 1.20 | $480.00 |
| Travis J Langenkamp | Paralegal | 12 years | Litigation - General | 370.00 | 6.90 | $2,553.00 |
| Robert Orren | Paralegal | 6.5 years | Restructuring | 325.00 | 43.80 | $14,235.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 310.00 | 103.70 | $32,147.00 |
| Laura Saal | Paralegal | 12.5 years | Restructuring | 335.00 | 3.10 | $1,038.50 |
| Library Document Retrieval | Research Specialist | N/A | Admin Services | 235.00 | 0.50 | $117.50 |
| **Grand Total** | | | | | **336.60** | **$100,274.00** |

| | | **Total Fees Requested** | **2,070.20** | **$1,615,058.50** |
|---|---|---|---|---|