# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 16127709v.1

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $1,020.81 |
| Standard Copies or Prints | $2,356.40 |
| Color Copies or Prints | $1,274.40 |
| Production Blowbacks | $1,703.70 |
| Postage | $4.61 |
| Overnight Delivery | $324.18 |
| Overnight Delivery - Refund | -$21.22 |
| Outside Messenger Services | $383.40 |
| Local Transportation | $216.33 |
| Travel Expense | $14,556.96 |
| Airfare | $18,635.58 |
| Transportation to/from airport | $2,002.89 |
| Travel Meals | $1,699.07 |
| Court Reporter Fee/Deposition | $3,344.32 |
| Other Court Costs and Fees | $3,376.20 |
| Outside Paralegal Assistance | $44,373.63 |
| Catering Expenses | $560.00 |
| Outside Retrieval Service | $17,049.40 |
| Computer Database Research | $2,347.10 |
| Westlaw Research | $1,552.05 |
| Overtime Transportation | $720.45 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $387.12 |
| Rental Expenses | $3,706.21 |
| Cash Credits | -$2,290.60 |
| **Total:** | **$119,302.99** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $8.70 |
| Color Copies or Prints | $7.80 |
| **Total:** | **$16.50** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $51.20 |
| **Total:** | **$51.20** |