## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON DECEMBER 13, 2016 STARTING AT 10:00 A.M. (EST)[2]

## I.    CONTINUED/RESOLVED MATTERS:

1.    Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3896; filed March 13, 2015]

Response/Objection Deadline:     March 27, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:     None.

Related Documents:

i.    Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3897; filed March 13, 2015]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The December 13, 2016 (the "December 13th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST). Any person who wishes to appear telephonically at the December 13th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Monday, December 12, 2016** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 4013; filed March 31, 2015]

iii.    Order Sustaining Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4093; filed April 9, 2015]

iv.     Order (Second) Sustaining Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4677; filed June 4, 2015]

v.      Order (Third) Sustaining Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9658; filed September 26, 2016]

vi.     Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016]

vii.    Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016]

viii.   Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016]

ix.     Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016]

x.      Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016]

xi.     Order (Fourth) Sustaining Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10175; filed November 16, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit A.  On April 9, 2015, the Court entered an order sustaining this matter as to various claims subject thereto.  On June 4,

2015, the Court entered a further form of order sustaining the objection with respect to certain additional claims subject thereto. On September 26, 2016, the Court entered a further form of order sustaining the objection with respect to certain additional claims subject thereto. On November 16, 2016, the Court entered a further form of order in connection with this matter resolving all remaining claims subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

2.    Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8069; filed March 24, 2016]

Response/Objection Deadline:    April 7, 2016 at 4:00 p.m. (EDT); extended to April 28, 2016 at 4:00 p.m. (EDT) for Hopkins County

Responses/Objections Received:

A.    Response of Indian Mesa Wind Farm, LLC to the Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8152; filed April 7, 2016]

B.    Response of FPL Energy Pecos Wind I, LLC to the Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8153; filed April 7, 2016]

C.    Response of FPL Energy Pecos Wind II, LLC to the Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8154; filed April 7, 2016]

D.    William Jeffrey Herbert's Response to Debtors' Thirty-Ninth Omnibus (Substantive) Objection [D.I. 8173; filed April 8, 2016]

E.    Response to Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Catherine McAloon [D.I. 8240; filed April 18, 2016]

Related Documents:

i.      Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8070; filed March 24, 2016]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 8223; filed April 13, 2016]

iii.    Order Sustaining Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8272; filed April 25, 2016]

iv.     Letter Regarding Proof of Claim filed by Wendy Copeland [D.I. 9567; filed September 15, 2016]

v.      Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016]

vi.     Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016]

vii.    Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016]

viii.   Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016]

ix.     Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016]

x.      Order (Second) Sustaining Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10172; filed November 16, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit B. On April 25, 2016, the Court entered an order in connection with this matter resolving various claims subject thereto. On November 16, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. The hearing on this matter with respect to the claims of FPL Energy Pecos Wind I, LLC, FPL Energy Pecos Wind II, LLC, and Indian Mesa Wind Farm, LLC is continued to the omnibus hearing scheduled to take place on January 19, 2017 at 11:00 a.m. (EST), and the hearing on this matter as it relates to the claim of William Jeffery Herbert is continued to a mutually agreeable date to be determined. The hearing on this matter as it relates to the claim of Catherine McAloon is continued to a date to be determined. Consequently, no hearing with respect to this matter is required at this time.

## II.    PRO SE CLAIMS GOING FORWARD:[3]

3.    Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2992; filed December 12, 2014]

Response/Objection Deadline:    December 31, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.    Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Susan Keyes [D.I. 3164; filed December 31, 2014]

B.    Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Ruth Caesar [D.I. 3171; filed January 5, 2015]

---

[3] On August 15, 2016, the Bankruptcy Court entered its *Order Granting Debtors' Motion for Entry of an Order (I) Scheduling Hearing Dates and Certain Deadlines and Establishing Certain Procedures in Connection With Adjudicating Contested Objections to Pro Se Claims and (II) Approving Notice Thereof* [D.I. 9287] (the "Pro Se Claimant Procedures Order") pursuant to which the Bankruptcy Court (a) scheduled certain dates and deadlines and established certain procedures in connection with the adjudication of contested objections to the claims filed by certain specified pro se claimants (the "Contested Pro Se Claims"), and (b) approved the forms of notice for the hearings to consider the objections to the Contested Pro Se Claims. In accordance with the Pro Se Claimant Procedures Order, the Bankruptcy Court has scheduled dedicated special-purpose hearings on November 8, 2016 and December 13, 2016 to consider the Contested Pro Se Claims.

C.  Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Maria Soto [Not on Docket]

Related Documents:

i.  Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2993; filed December 12, 2014]

ii.  Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3160; filed December 30, 2014]

iii.  Order Sustaining Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3236; filed January 12, 2015]

iv.  Order (Second) Sustaining Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3470; filed February 6, 2015]

v.  Order (Third) Sustaining Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3839; filed March 9, 2015]

vi.  Order (Fourth) Sustaining Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9662; filed September 26, 2016]

vii.  Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016]

viii.  Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016]

ix. Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016]

x. Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016]

xi. Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016]

xii. Order (Fifth) Sustaining Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10138; filed November 15, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit C. On January 12, 2015, the Court entered an order granting the objection with respect to certain claims. On February 6, 2015, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. On March 9, 2015, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. On September 26, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. On November 15, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. **The hearing on this matter with respect to Contested Pro Se Claims of Ruth Caesar, Susan Keyes, Kathey Neal, Kimberley Olbrish, Cynthia Smith and Maria Soto will go forward**.

4. Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2994; filed December 12, 2014]

Response/Objection Deadline: December 31, 2014 at 4:00 p.m. (EST)

Responses/Objections Received: None.

Related Documents:

i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy

Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2995; filed December 12, 2014]

ii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3161; filed December 30, 2014]

iii.    Order Sustaining Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3234; filed January 12, 2014]

iv.    Order (Second) Sustaining Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3502; filed February 10, 2014]

v.    Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016] *(see agenda item no. 3-vii)*

vi.    Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016] *(see agenda item no. 3-viii)*

vii.    Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016] *(see agenda item no. 3-ix)*

viii.    Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016] *(see agenda item no. 3-x)*

ix.    Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016] *(see agenda item no. 3-xi)*

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit D. On January 12, 2015, the Court entered an order granting the objection with respect to certain claims. On February 10, 2015, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. **The hearing on this matter with respect to the Contested Pro Se Claim of Annie Brinkley will go forward.**

5.      Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3212; filed January 9, 2015]

Response/Objection Deadline:           January 23, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:

A.      Response to Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Monica Regina Hawkins [D.I. 3386; filed January 27, 2015]

Related Documents:

i.      Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3213; filed January 9, 2015]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3374; filed January 27, 2015]

iii.    Order Sustaining Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3468; filed February 6, 2015]

iv.     Order (Second) Sustaining Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3838; filed March 9, 2015]

v.      Letter Referring to the Omnibus Objection to Claims (Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1) [D.I. 3926; filed March 18, 2015]

vi.     Order (Third) Sustaining Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section

502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9661; filed September 26, 2016]

vii.    Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016] *(see agenda item no. 3-vii)*

viii.   Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016] *(see agenda item no. 3-viii)*

ix.     Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016] *(see agenda item no. 3-ix)*

x.      Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016] *(see agenda item no. 3-x)*

xi.     Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016] *(see agenda item no. 3-xi)*

xii.    Order (Fourth) Sustaining Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10137; filed November 15, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit E. On February 6, 2015, the Court entered an order in connection with this matter resolving various claims subject thereto. On March 9, 2015, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. On September 26, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. On November 15, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. **The hearing on this matter with respect to the Contested Pro Se Claim of Monica R. Hawkins will go forward.**

6.      Debtors' Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3218; filed January 9, 2015]

Response/Objection Deadline:       January 23, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:

A.      Response to Debtors' Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by DeAnna & Gerald Edwards [D.I. 3388; filed January 28, 2015]

Related Documents:

i.      Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3219; filed January 9, 2015]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3375; filed January 27, 2015]

iii.    Order Sustaining Debtors' Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3465; filed February 6, 2015]

iv.     Order (Second) Sustaining Debtors' Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3854; filed March 10, 2015]

v.      Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016] *(see agenda item no. 3-vii)*

vi.     Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016] *(see agenda item no. 3-viii)*

vii.    Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016] *(see agenda item no. 3-ix)*

viii.   Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016] *(see agenda item no. 3-x)*

    ix.    Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016] *(see agenda item no. 3-xi)*

    Status: The individual status of each claim subject to this matter is listed on the attached Exhibit F.  On February 6, 2015, the Court entered an order in connection with this matter resolving various claims subject thereto.  On March 10, 2015, the Court entered a further form of order in connection with this matter sustaining the objection with respect to the claim of Gary Waldrep. **The hearing on this matter with respect to the Contested Pro Se Claims of DeAnna and Gerald Edwards will go forward.**

7.    Debtors' Eighth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3381; filed January 27, 2015]

    Response/Objection Deadline:    February 10, 2015 at 4:00 p.m. (EST)

    Responses/Objections Received:

    A.    Response to Debtors' Eighth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Leo Griffin [D.I. 3498; filed February 9, 2015]

    B.    Response to Debtors' Eighth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Jesus A Moreno [D.I. 3578; filed February 18, 2015]

    Related Documents:

    i.    Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Eighth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3382; filed January 27, 2015]

    ii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Eighth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3637; filed February 24, 2015]

iii.  Order Sustaining Debtors' Eighth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3640; filed February 24, 2015]

iv.  Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016] *(see agenda item no. 3-vii)*

v.  Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016] *(see agenda item no. 3-viii)*

vi.  Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016] *(see agenda item no. 3-ix)*

vii.  Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016] *(see agenda item no. 3-x)*

viii.  Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016] *(see agenda item no. 3-xi)*

ix.  Order (Second) Sustaining Debtors' Eighth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10135; filed November 15, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit G. On February 24, 2015, the Court entered an order granting the objection with respect to certain claims subject thereto. On November 15, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. **The hearing on this matter with respect to the Contested Pro Se Claims of Leo Griffin and Jesus Moreno will go forward.**

8.  Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3473; filed February 6, 2015]

Response/Objection Deadline:          February 20, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:

A.  Objection to Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Melva Johnson [D.I. 3636; filed February 24, 2015]

Related Documents:

i.  Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3474; filed February 6, 2015]

ii.  Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3639; filed February 24, 2015]

iii.  Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3876; filed March 12, 2015]

iv.  Order (Second) Sustaining Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4094; filed April 9, 2015]

v.  Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016] *(see agenda item no. 3-vii)*

vi.  Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016] *(see agenda item no. 3-viii)*

vii.  Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016] *(see agenda item no. 3-ix)*

viii.  Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016] *(see agenda item no. 3-x)*

     ix.    Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016] *(see agenda item no. 3-xi)*

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit H. On March 12, 2015, the Court entered an order in connection with this matter resolving various claims subject thereto. On April 9, 2015, the Court entered a further from of order sustaining the objection with respect to certain additional claims subject thereto. **The hearing on this matter with respect to the Contested Pro Se Claim of Melva D. Johnson-Cauley will go forward.**

9.    Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4003; filed March 27, 2015]

Response/Objection Deadline:    April 10, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Objection to Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Lori Slocum for estate of Donald L. Cox [D.I. 4088; filed April 8, 2015]

B.    Response to Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Timmy Villarreal [D.I. 4114; filed April 10, 2015]

C.    Response to Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Marilyn Bell [D.I. 4152; filed April 14, 2015]

Related Documents:

i.    Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4004; filed March 27, 2015]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 4226; filed April 20, 2015]

iii.    Order Sustaining Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4373; filed May 1, 2015]

iv.    Order (Second) Sustaining Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4676; filed June 4, 2015]

v.     Order (Third) Sustaining Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4905; filed July 1, 2015]

vi.    Order (Fourth) Sustaining Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9659; filed September 26, 2016]

vii.    Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016] *(see agenda item no. 3-vii)*

viii.    Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016] *(see agenda item no. 3-viii)*

ix.    Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016] *(see agenda item no. 3-ix)*

x.     Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016] *(see agenda item no. 3-x)*

xi.    Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016] *(see agenda item no. 3-xi)*

xii.    Order (Fifth) Sustaining Debtors' Thirteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10176; filed November 16, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit I. On May 1, 2015, the Court entered an order in connection with this matter resolving various claims subject thereto. On June 4, 2015, the Court entered a further form of order sustaining the objection with respect to certain additional claims subject thereto. On July 1, 2015, the Court entered a further form of order sustaining the objection with respect to certain additional claims subject thereto. On September 26, 2016, the Court entered a further form of order sustaining the objection with respect to certain additional claims subject thereto. On November 16, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. **The hearing on this matter with respect to the Contested Pro Se Claims of Marilyn Bell, Donald L. Cox, Mary Jame Phillips and Timmy Villarreal will go forward.**

10.    Debtors' Fifteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4052; filed April 2, 2015]

Response/Objection Deadline:        April 16, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Amelia Maurillo's Response to Debtor's Objection to Amelia Maurillo Proof of Claim [D.I. 4206; filed April 17, 2015]

Related Documents:

i.    Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Fifteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4053; filed April 2, 2015]

ii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Fifteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 4228; filed April 20, 2015]

iii.   Order Sustaining Debtors' Fifteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4281; filed April 27, 2015]

iv.   Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016] *(see agenda item no. 3-vii)*

v.   Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016] *(see agenda item no. 3-viii)*

vi.   Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016] *(see agenda item no. 3-ix)*

vii.   Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016] *(see agenda item no. 3-x)*

viii.   Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016] *(see agenda item no. 3-xi)*

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit J. On April 27, 2015, the Court entered an order sustaining this matter as to various claims subject thereto. **The hearing on this matter with respect to the Contested Pro Se Claim of Amelia Maurillo will go forward**.

11.   Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4782; filed June 16, 2015]

Response/Objection Deadline:        June 30, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.   Response to Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Donna Phillips [D.I. 4897; filed June 30, 2015]

B.   Response to Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims

Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Austin Kovach [D.I. 4943; filed July 8, 2015]

Related Documents:

i.  Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4783; filed June 16, 2015]

ii. Notice of Submission of Copies of Proofs of Claim Related to "Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 4913; filed July 2, 2015]

iii. Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5006; filed July 15, 2015]

iv. Declaration of Barry Harman, Pro Se Claimant, in Support of the Original Claim as Filed and in Opposition to Debtors' Standard Form Objection(s) [D.I. 5076; filed July 22, 2015]

v.  Order (Second) Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5875; filed September 8, 2015]

vi. Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016] *(see agenda item no. 3-vii)*

vii. Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016] *(see agenda item no. 3-viii)*

viii. Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016] *(see agenda item no. 3-ix)*

ix.   Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016] *(see agenda item no. 3-x)*

x.   Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016] *(see agenda item no. 3-xi)*

xi.   Order (Third) Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to (Insufficient Documentation, Amended, and Wrong Debtor) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10173; filed November 16, 2016]

Status:   The individual status of each claim subject to this matter is listed on the attached Exhibit K.   On July 15, 2015, the Court entered an order sustaining this matter as to various claims subject thereto.   On September 8, 2015, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto.   On November 16, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. **The hearing on this matter with respect to the Contested Pro Se Claims of Austin Kovach and Donna Phillips will go forward**.

12.   Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4784; filed June 16, 2015]

Response/Objection Deadline:        July 2, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.   Creditors Response to Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Wayne English [D.I. 4882; filed June 29, 2015]

B.   Response to Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by DeAnna & Gerald Edwards [D.I. 4942; filed July 8, 2015]

Related Documents:

i.      Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4785; filed June 16, 2015]

ii.     *Amended* Notice of "Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" and Hearing Thereon [D.I. 4804; filed June 18, 2015]

iii.    *Second Amended* Notice of "Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" and Hearing Thereon [D.I. 4851; filed June 24, 2015]

iv.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 5011; filed July 15, 2015]

v.      Order Sustaining Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5089; filed July 24, 2015]

vi.     Order (Second) Sustaining Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5876; filed September 8, 2015]

vii.    Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016] *(see agenda item no. 3-vii)*

viii.   Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016] *(see agenda item no. 3-viii)*

ix.   Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016] *(see agenda item no. 3-ix)*

x.   Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016] *(see agenda item no. 3-x)*

xi.   Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016] *(see agenda item no. 3-xi)*

xii.   Order (Third) Sustaining Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10174; filed November 16, 2016]

xiii.   Notice of Service [D.I. 10328; filed December 7, 2016]

Status:   The individual status of each claim subject to this matter is listed on the attached Exhibit L.   On July 24, 2015, the Court entered an order sustaining this matter as to various claims subject thereto.   On September 8, 2015, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto.   Certain remaining unresolved claims subject to this matter are continued to a date to be determined.   On November 16, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto.   **The hearing on this matter with respect to the Contested Pro Se Claims of Gerald Edwards and Wayne English will go forward.**

*[Remainder of page intentionally left blank]*

Dated: December 9, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:       (302) 651-7700
Facsimile:       (302) 651-7701
Email:           collins@rlf.com
                 defranceschi@rlf.com
                 madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900
Email:           edward.sassower@kirkland.com
                 stephen.hessler@kirkland.com
                 brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200
Email:           james.sprayregen@kirkland.com
                 marc.kieselstein@kirkland.com
                 chad.husnick@kirkland.com
                 steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*