## **EXHIBIT A**

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MATHEU, CHRISTINA | 1637 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| WASHINGTON, ROSE B S | 6162 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |

1

**EXHIBIT B**

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| COPELAND, WENDY | 10042 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| COPELAND, WENDY | 10074 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| COPELAND, WENDY | 10619 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| FPL ENERGY PECOS WIND I, LLC | 7485 | Response filed on April 7, 2016. [Docket No. 8153]. The hearing on this claim has been continued to January 19, 2017 starting at 11:00 a.m. (EST). |
| FPL ENERGY PECOS WIND II, LLC | 7483 | Response filed on April 7, 2016. [Docket No. 8154]. The hearing on this claim has been continued to January 19, 2017 starting at 11:00 a.m. (EST). |
| HERBERT, WILLIAM JEFFERY | 4364 | Response filed on April 8, 2016. [Docket No. 8173]. The hearing on this claim is continued to a mutually agreeable date to be determined. |
| INDIAN MESA WIND FARM, LLC | 7484 | Response filed on April 7, 2016. [Docket No. 8152]. The hearing on this claim has been continued to January 19, 2017 starting at 11:00 a.m. (EST). |
| JEFFERSON, MAURICE | 7526 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| JEFFERSON, MAURICE | 9650 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| MCALOON, CATHERINE | 4780 | Response filed on April 18, 2016. [Docket No. 8240]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**<u>EXHIBIT C</u>**

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BETTS, BARBARA | 3831 | On November 15, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim will go forward. |
| GUY, MASON | 2738 | On November 15, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim will go forward. |
| NEAL, KATHEY | 1499 | The hearing on this claim will go forward. |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim will go forward. |
| SMITH, CYNTHIA | 1423 | The hearing on this claim will go forward. |
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim will go forward. |

1

# EXHIBIT D

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim will go forward. |

16090579_1

**EXHIBIT E**

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim will go forward. |
| MITCHELL, STEPHEN W. | 2636 | On November 15, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| MOORE, DEBORAH D. | 3927 | On November 15, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| ROBINSON, JOANN M. | 4959 | On November 15, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| WOODS, SHANTA | 2899 | On November 15, 2016 the Court entered an order sustaining the objection in connection with this claim. |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim will go forward. |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim will go forward. |

1

**EXHIBIT G**

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BEARD JR., JACK ROGERS | 2304 | On November 15, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim will go forward. |
| MCCLAIN, JACKIE | 417 | On November 15, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim will go forward. |

1

## EXHIBIT H

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim will go forward. |

**EXHIBIT I**

Energy Future Holdings Corp.
Thirteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ALLEN, JUDY | 3619 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| BAILEY, NIKITA | 2014 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| BELL, MARILYN | 3368 | Response filed on April 14, 2015. [Docket No. 4152]. The hearing on this claim will go forward. |
| CARTER, SHARRON DENISE | 5735 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| COX, DONALD L | 2701 | Response filed on April 8, 2015. [Docket No. 4088]. The hearing on this claim will go forward. |
| HUGHES, JOAN H | 4465 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| PHILLIPS, MARY JAME | 844 | The hearing on this claim will go forward. |
| PIPKIN, LORENZO III | 8052 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| SMALL, YOLANDA NICOLE | 4830 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| VAUGHN, TERETTA | 8063 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| VILLARREAL, TIMMY | 1520 | Response filed on April 10, 2015. [Docket No. 4114]. The hearing on this claim will go forward. |
| WALKER, ROBERT | 3557 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| WILLIAMS, MELVIN | 3256 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |

RLF-16091004_1

**EXHIBIT J**

Energy Future Holdings Corp.
Fifteenth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MAURILLO, AMELIA | 4599 | Response filed on April 17, 2015. [Docket No. 4206]. The hearing on this claim will go forward. |

1

# EXHIBIT K

Energy Future Holdings Corp.
Sixteenth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| KOVACH, AUSTIN | 9867 | Response filed on July 8, 2015. [Docket No. 4943]. The hearing on this claim will go forward. |
| MYLES, JACQUELYN A | 9600 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| PHILLIPS, DONNA | 2226 | Response filed on June 30, 2015. [Docket No. 4896 & 4897]. The hearing on this claim will go forward. |
| REDIC, CORA | 9919 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |

1

**EXHIBIT L**

Energy Future Holdings Corp.
Seventeenth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, GERALD | 7659 | Response filed on July 8, 2015. [Docket No. 4942]. The hearing on this claim will go forward. |
| ENGLISH, WAYNE | 9800 | Response filed on June 29, 2015. [Docket No. 4882]. The hearing on this claim will go forward. |
| LAMMERS, LINDA | 251 | On November 16, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7840 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7841 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7842 | Informal response received. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1