## CERTIFICATE OF SERVICE

On December 9, 2016, I also caused a true and correct copy of the foregoing *Post-Hearing Brief in Support of the Motion of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. sec 1112(b) (Public, Redacted Version)* to be served via electronic mail on the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

                                                    **HOGAN♦McDANIEL**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE # 2814)