# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ENERGY FUTURE HOLDINGS, CORP., *et al.*,<br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Cross & Simon, LLC hereby withdraws as counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates ("Fidelity") in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Michael J. Joyce and the law firm of O'Kelly Ernst, LLC, hereby enter their appearance as counsel to Fidelity.

PLEASE TAKE FURTHER NOTICE that Gary L. Kaplan, Esquire and Matthew M. Roose, Esquire, and the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP remain as counsel to Fidelity. Undersigned counsel hereby requests service of any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, and requests that the names and addresses of the undersigned counsel be added to all mailing matrices in this case. Service may be made and directed as follows:

| O'KELLY & ERNST, LLC | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP |
|---|---|
| Michael J. Joyce<br>901 N. Market Street, 10th Floor<br>Wilmington, Delaware 19801<br>(302) 778-4000<br>(302) 295-2873 (fax)<br>mjoyce@oelegal.com | Gary L. Kaplan<br>Matthew M. Roose<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>Email: gary.kaplan@friedfrank.com<br>　　　　matthew.roose@friedfrank.com |

Dated: December 9, 2016
　　　　Wilmington, Delaware

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
O'KELLY & ERNST, LLC
901 N. Market Street, 10th Floor
Wilmington, Delaware 19801
(302) 778-4000
(302) 295-2873 (fax)
mjoyce@oelegal.com

- and -

Gary L. Kaplan, Esq.
Matthew M. Roose, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email: gary.kaplan@friedfrank.com
　　　　matthew.roose@friedfrank.com

*Counsel to certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates*