## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON DECEMBER 14, 2016 STARTING AT 10:00 A.M. (EDT)[2]

**I.    CONTINUED/RESOLVED/WITHDRAWN MATTERS:**

1.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to (Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5366; filed August 17, 2015]

Response/Objection Deadline:        August 31, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The December 14, 2016 (the "December 14th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST). Any person who wishes to appear telephonically at the December 14th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Tuesday, December 13, 2016** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Related Documents:

i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5368; filed August 17, 2015]

ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Twenty-Fifth Omnibus (Substantive) Objection to (Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 5699; filed August 24, 2015]

iii. Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5906; filed September 10, 2015]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit A. On September 10, 2015, the Court entered an order in connection with this matter resolving various claims subject thereto. The claims of Fluor Enterprises, Inc. subject to this matter have been satisfied by cure payments made in connection with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 23, 2016 [D.I. 9374] (the "Plan"), as it applies to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan) and, pursuant to Article V, Section C of the Plan, the objection with respect to these claims is therefore moot. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

2. Debtors' Twenty-Sixth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5369; filed August 17, 2015]

Response/Objection Deadline: August 31, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received: None.

Related Documents:

i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Twenty-Sixth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules

2

3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5370; filed August 17, 2015]

ii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Twenty-Sixth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 5701; filed August 24, 2015]

iii.    Order Sustaining Debtors' Twenty-Sixth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5907; filed September 10, 2015]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit B. On September 10, 2015, the Court entered an order in connection with this matter resolving various claims subject thereto. The claims of Fluor Enterprises, Inc. d/b/a Fluor Global subject to this matter have been satisfied by cure payments made in connection with the Plan, as it applies to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan) and, pursuant to Article V, Section C of the Plan, the objection with respect to these claims is therefore moot. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

3.    Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 [D.I. 5373; filed August 17, 2015]

Response/Objection Deadline:    August 31, 2015 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Declaration of Michael Carter in Support of the Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 [D.I. 5374; filed August 17, 2015]

ii.    Notice of Submission of Proofs of Claim Regarding the Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 [D.I. 5678; filed August 21, 2015]

iii.    Order Sustaining Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 [D.I. 6050; filed September 16, 2015]

iv.    Order (Second) Sustaining Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 [D.I. 6776; filed October 30, 2015]

v.    Notice of Settlement of Certain Claims [D.I. 8430; filed May 11, 2016] (the "May Claims Settlement")

vi.    Notice of Settlement of Certain Claims [D.I. 9847; filed October 18, 2016] (the "October Claims Settlement")

vii.    Order (Third) Sustaining Twenty-Eighth Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007 and Local Bankruptcy Rule 3007-1 [D.I. 9900; filed October 20, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit C. On September 16, 2015, the Court entered an order in connection with this matter resolving various claims subject thereto. On October 30, 2015, the Court entered a subsequent order in connection with this matter resolving additional various claims subject thereto. On May 11, 2016, EFH Corp. filed the May Claims Settlement. As stated in the May Claims Settlement, EFH Corp. fully and finally settled certain of the outstanding claims subject to this claims objection. Thereafter, on October 18, 2016, EFH Corp. filed the October Claims Settlement. As stated in the October Claims Settlement, EFH Corp. has fully and finally settled certain of the outstanding claims subject to this claims objection. Most recently, on October 20, 2016, the Court entered a further form of order in connection with this matter resolving certain additional claims subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

4.    Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7814; filed February 9, 2016]

Response/Objection Deadline:    February 23, 2016 at 4:00 p.m. (EST); extended to March 1, 2016 at 4:00 p.m. (EST) for Red Ball Oxygen Company; extended to March 2, 2016 at 4:00 p.m. (EST) for Steag Energy Services LLC

4

Responses/Objections Received:

A.     Response of Ranger Excavating LP to the Debtors' Objection to Ranger Excavating LP's Claim Against Luminant Mining Company LLC as Set out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7898; filed February 19, 2016]

B.     Response of Ranger Excavating LP to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7901; filed February 19, 2016]

C.     Texas Big Spring, LP's Response to the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and Local Bankruptcy Rule 3007-1 [D.I. 7919; filed February 23, 2016]

D.     Red Ball Oxygen Company's Omnibus Response to Debtor's [SIC] Thirty-Sixth (36th) and Thirty-Seventh (37th) Omnibus Claim Objections [D.I. 7956; filed March 1, 2016]

E.     Informal response from Steag Energy Services LLC

Related Documents:

i.      Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC in Support of the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7815; filed February 9, 2016]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 7936; filed February 25, 2016]

iii.    Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7982; filed March 9, 2016]

RLF1 16165609v.1

iv.  Order (Second) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8895; filed July 12, 2016]

v.  Order (Third) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9598; filed September 20, 2016]

vi.  Order (Fourth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9773; filed October 6, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit D. On March 9, 2016, the Court entered an order in connection with this matter resolving various claims subject thereto. On July 12, 2016, the Court entered a further form of order in connection with this matter resolving additional various claims subject thereto. On September 20, 2016, the Court entered a further from of order in connection with this matter resolving additional various claims subject thereto. On October 6, 2016, the Court entered a further from of order in connection with this matter resolving additional various claims subject thereto. The hearing on this matter specifically with respect to the claim of Ranger Excavating LP is continued to a special-purpose evidentiary hearing scheduled to take place on March 1, 2017 starting at 10:00 a.m. (EST). The hearing on this matter with respect to the claim of Texas Big Spring, LP is continued to the hearing scheduled to take place on January 19, 2017 starting at 11:00 a.m. (EST). All other remaining unresolved claims subject to this matter are continued to a date to be determined. Consequently, no hearing with respect to this matter is required at this time.

5.  Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8069; filed March 24, 2016]

Response/Objection Deadline:     April 7, 2016 at 4:00 p.m. (EDT); extended to April 28, 2016 at 4:00 p.m. (EDT) for Hopkins County

Responses/Objections Received:

A.  Response of Indian Mesa Wind Farm, LLC to the Debtors' Thirty-Ninth
    Omnibus (Substantive) Objection to Substantive Duplicate and No
    Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code,
    Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule
    3007-1 [D.I. 8152; filed April 7, 2016]

B.  Response of FPL Energy Pecos Wind I, LLC to the Debtors' Thirty-Ninth
    Omnibus (Substantive) Objection to Substantive Duplicate and No
    Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code,
    Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule
    3007-1 [D.I. 8153; filed April 7, 2016]

C.  Response of FPL Energy Pecos Wind II, LLC to the Debtors' Thirty-Ninth
    Omnibus (Substantive) Objection to Substantive Duplicate and No
    Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code,
    Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule
    3007-1 [D.I. 8154; filed April 7, 2016]

D.  William Jeffrey Herbert's Response to Debtors' Thirty-Ninth Omnibus
    (Substantive) Objection [D.I. 8173; filed April 8, 2016]

E.  Response to Debtors' Thirty-Ninth Omnibus (Substantive) Objection to
    Substantive Duplicate and No Liability Claims Pursuant to Section 502(b)
    of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and
    Local Bankruptcy Rule 3007-1 filed by Catherine McAloon [D.I. 8240;
    filed April 18, 2016]

Related Documents:

i.  Declaration of Steven R. Kotarba, Managing Director with Alvarez &
    Marsal North America, LLC, in Support of the Debtors' Thirty-Ninth
    Omnibus (Substantive) Objection to Substantive Duplicate and No
    Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code,
    Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule
    3007-1 [D.I. 8070; filed March 24, 2016]

ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors'
    Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate
    and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy
    Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy
    Rule 3007-1" [D.I. 8223; filed April 13, 2016]

iii. Order Sustaining Debtors' Thirty-Ninth Omnibus (Substantive) Objection
    to Substantive Duplicate and No Liability Claims Pursuant to Section

502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8272; filed April 25, 2016]

iv.     Letter Regarding Proof of Claim filed by Wendy Copeland [D.I. 9567; filed September 15, 2016]

v.      Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016]

vi.     Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016]

vii.    Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016]

viii.   Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016]

ix.     Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016]

x.      Order (Second) Sustaining Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10172; filed November 16, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit E. On April 25, 2016, the Court entered an order in connection with this matter resolving various claims subject thereto. On November 16, 2016, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. The hearing on this matter with respect to the claims of FPL Energy Pecos Wind I, LLC, FPL Energy Pecos Wind II, LLC, and Indian Mesa Wind Farm, LLC is continued to the hearing scheduled to take place on January 19, 2017 starting at 11:00 a.m. (EST), and the hearing on this matter as it relates to the claim of William Jeffery Herbert is continued to a mutually agreeable date to be determined. The hearing as it relates to the claim of Catherine McAloon is continued to a date to be determined. Consequently, no hearing with respect to this matter is required at this time.

6.      Debtors' Forty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001,

8

3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8728; filed June 15, 2016]

Response/Objection Deadline: July 1, 2016 at 4:00 p.m. (EDT); extended to July 12, 2016 at 12:00 p.m. (noon) (EDT) for The Ohio Department of Taxation

Responses/Objections Received:

A.   Response of Ohio Department of Taxation to Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8845; filed June 29, 2016]

Related Documents:

i.    Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Forty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8729; filed June 15, 2016]

ii.   Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Forty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 8852; filed July 1, 2016]

iii.  Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8905; filed July 13, 2016]

iv.   Order (Second) Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10039; filed November 4, 2016]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit F. On July 13, 2016, the Court entered an order in connection with this matter resolving various claims subject thereto. On November 4, 2016, the Court entered a further order in connection with this matter resolving the remaining claim subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

7.   Objection of Energy Future Holdings Corp., *et al.*, to Proof of Claim 13319 Filed by the City of Dallas [D.I. 9409; filed August 26, 2016]

9

Response/Objection Deadline:    September 9, 2016 at 4:00 p.m. (EDT); extended for the City of Dallas only to October 7, 2016 at 4:00 p.m. (EDT)

Debtors' Reply Deadline:    To be determined by agreement of the parties

Responses/Objections Received:

A.    Response of the City of Dallas, Texas in Opposition to the Objection of Energy Future Holdings Corp., *et al.*, to Proof of Claim No. 13319 [D.I. 9779; filed October 7, 2016]

Related Documents:

i.    Declaration of Terry Lowery in Support of Response of City of Dallas, Texas in Opposition to the Objection of Energy Future Holdings Corp., *et al.*, to Proof of Claim No. 13319 [D.I. 9780; filed October 7, 2016]

ii.    Declaration of Stacy Rodriguez in Support of Response of City of Dallas, Texas in Opposition to the Objection of Energy Future Holdings Corp., *et al.*, to Proof of Claim No. 13319 [D.I. 9781; filed October 7, 2016]

Status: This matter is continued to a special-purpose evidentiary hearing scheduled for March 2, 2017 starting at 10:00 a.m. (EST). Consequently, no hearing with respect to this matter is required at this time.

8.    Motion of Google Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [D.I. 10007; filed November 2, 2016]

Response/Objection Deadline:    December 7, 2016 at 4:00 p.m. (EST)

Responses/Objections Received:    None.

Related Documents:

i.    Notice of Withdrawal of Docket No. 1007 [D.I. 10282; filed November 30, 2016]

Status: On November 30, 2016, the Movant withdrew this matter (see D.I. 10282). Consequently, no hearing with respect to this matter is required.

## II.    MATTER GOING FORWARD:

9.    Motion of EFIH Second Lien Trustee for an Order Directing Payment and Reimbursement of Certain Fees and Expenses of the EFIH Second Lien Trustee and its Professionals as Adequate Protection or in the Alternative Pursuant to

10

Sections 105(a) and 506(b) of the Bankruptcy Code [D.I. 10253; filed November 23, 2016]

| | |
|---|---|
| Response/Objection Deadline: | December 7, 2016 at 4:00 p.m. (EST); extended to December 12, 2016 at 3:00 p.m. (EST) for the EFIH First Lien Indenture Trustee; extended to at the hearing for the Debtors |
| Reply Deadline: | December 12, 2016 at 11:59 p.m. (EST) |
| Responses/Objections Received: | None to date. |

Status: The hearing on this matter will go forward.

## III. CONTESTED MATTERS GOING FORWARD:

10. Motion to Serve Debtor *et al* Electronic Emails for Official Delivery of Documents; Objections to December 2015 Nonfinal Ruling; and Amended Motion to Debtor Fraud, Motion to Stay, and Motion to Intervene filed by Kenneth R. Stewart [D.I. 10079; filed November 9, 2016]

   Response/Objection Deadline:    November 18, 2016 at 4:00 p.m. (EST)

   Responses/Objections Received:

   A.    Omnibus Objection of Energy Future Holdings Corp., *et al.*, to Various Motions filed by Kenneth R. Stewart (a/k/a Kenneth S. Stewart) [D.I. 10223; filed November 18, 2016]

   Related Documents:

   i.    Re-Notice of (I) "Motion to Serve Debtors *et al* Electronic Emails for Official Delivery of Documents" [D.I. 10079]; (II) "Objections to December 2015 Nonfinal Ruling" [D.I. 10079]; and (III) "Amended Motion to Debtor Fraud, Motion to Stay, and Motion to Intervene" [D.I. 10079] filed by Kenneth R. Stewart and Hearing Thereon [D.I. 10083; filed November 9, 2016]

   Status: The hearing on this matter will go forward on a contested basis.

11. Motions to Stop Debtor's Bankruptcy Proceedings and Pay Off All Debts filed by Kenneth R. Stewart [D.I. 10277; filed November 28, 2016]

   Response/Objection Deadline:    November 30, 2016

RLF1 16165609v.1

<u>Responses/Objections Received</u>:

A.      Omnibus Objection of Energy Future Holdings Corp., *et al*., to Various Motions filed by Kenneth R. Stewart (a/k/a Kenneth S. Stewart) [D.I. 10223; filed November 18, 2016] *(see agenda item #10-A)*

B.      Objection and Reservation of Rights of Energy Future Holdings Corp., *et al*., to the Motion to Stop Debtor's Bankruptcy Proceedings and Pay off all Debts Filed by Kenneth R. Stewart (a/k/a Kenneth S. Stewart) [D.I. 10289; filed November 30, 2016]

<u>Status</u>: The hearing on this matter will go forward on a contested basis.

*[Remainder of page intentionally left blank.]*

12

Dated: December 12, 2016
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

13