**EXHIBIT A**

Energy Future Holdings Corp.
Twenty-Fifth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FLUOR ENTERPRISES, INC. | 7777 | This claim has been satisfied by cure payments made in connection with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 23, 2016 [D.I. 9374] (the "Plan"), as it applies to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan) and, pursuant to Article V, Section C of the Plan, the objection with respect to these claims is therefore moot. |
| FLUOR ENTERPRISES, INC. | 7778 | This claim has been satisfied by cure payments made in connection with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 23, 2016 [D.I. 9374] (the "Plan"), as it applies to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan) and, pursuant to Article V, Section C of the Plan, the objection with respect to these claims is therefore moot. |
| FLUOR ENTERPRISES, INC. | 7779 | This claim has been satisfied by cure payments made in connection with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 23, 2016 [D.I. 9374] (the "Plan"), as it applies to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan) and, pursuant to Article V, Section C of the Plan, the objection with respect to these claims is therefore moot. |

1

**<u>EXHIBIT B</u>**

Energy Future Holdings Corp.
Twenty-Sixth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7776 | This claim has been satisfied by cure payments made in connection with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 23, 2016 [D.I. 9374] (the "Plan"), as it applies to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan) and, pursuant to Article V, Section C of the Plan, the objection with respect to these claims is therefore moot. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7774 | This claim has been satisfied by cure payments made in connection with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 23, 2016 [D.I. 9374] (the "Plan"), as it applies to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan) and, pursuant to Article V, Section C of the Plan, the objection with respect to these claims is therefore moot. |
| FLUOR ENTERPRISES, INC. DBA FLUOR GLOBAL | 7775 | This claim has been satisfied by cure payments made in connection with the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 23, 2016 [D.I. 9374] (the "Plan"), as it applies to the TCEH Debtors and EFH Shared Services Debtors (as such terms are defined in the Plan) and, pursuant to Article V, Section C of the Plan, the objection with respect to these claims is therefore moot. |

RLF-16105941_1

**EXHIBIT C**

Energy Future Holdings Corp.
Twenty Eighth (Substantive) Objection to Claims

| Creditor Name | Claim Number | Status of Claim |
|---|---|---|
| DISTRIBUTION NOW L.P. | 5014 | This claim has been resolved pursuant to Court Order [D.I. 6050] |

1

**EXHIBIT D**

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| RED BALL OXYGEN COMPANY | 7677 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7676 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7679 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7675 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RED BALL OXYGEN COMPANY | 7678 | Response filed on March 1, 2016. [Docket No. 7956]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| AUTOMATIC SYSTEMS, INC. | 4868 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RAILWORKS TRACK SYSTEMS, INC. | 6184 | On October 6, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| RANGER EXCAVATING LP | 2613 | Response filed on February 19, 2016. [Docket No. 7901]. The hearing on this claim has been continued to March 1, 2017 starting at 10:00 a.m. (EST). |
| LONG INDUSTRIES, INC. | 5269 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

RLF-16106001_1

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| TEXAS BIG SPRING, LP | 8007 | Response filed on February 23, 2016. [Docket No. 7919]. The hearing on this claim has been continued to January 19, 2017 starting at 11:00 a.m. (EST). |

2

**EXHIBIT E**

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FPL ENERGY PECOS WIND I, LLC | 7485 | Response filed on April 7, 2016. [Docket No. 8153]. The hearing on this claim has been continued to January 19, 2017 starting at 11:00 a.m. (EST). |
| FPL ENERGY PECOS WIND II, LLC | 7483 | Response filed on April 7, 2016. [Docket No. 8154]. The hearing on this claim has been continued to Janaury 19, 2017 starting at 11:00 a.m. (EST). |
| HERBERT, WILLIAM JEFFERY | 4364 | Response filed on April 8, 2016. [Docket No. 8173]. The hearing on this claim is continued to a mutually agreeable date to be determined. |
| INDIAN MESA WIND FARM, LLC | 7484 | Response filed on April 7, 2016. [Docket No. 8152]. The hearing on this claim has been continued to January 19, 2017 starting at 11:00 a.m. (EST). |
| MCALOON, CATHERINE | 4780 | Response filed on April 18, 2016. [Docket No. 8240]. The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Forty–Second Omnibus (Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| OHIO DEPARTMENT OF TAXATION, THE | 3526 | Response filed on June 29, 2016. [Docket No. 8845]. On November 4, 2016 the Court entered an order sustaining the objection in connection with this claim. |

1