**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) (Jointly Administered) |
| | ) ) Related D.I. No. 9381 and 10327 |

**NOTICE OF INTENT OF DELAWARE TRUST COMPANY, AS INDENTURE TRUSTEE, TO PARTICIPATE IN EFH/EFIH DISCLOSURE STATEMENT PROCEEDINGS AND EFH/EFIH CONFIRMATION PROCEEDINGS**

In accordance with the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors, as supplemented by that certain Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings (D.I. 9381 and 10327, respectively) (collectively, the "**EFH/EFIH Confirmation Scheduling Order**"), Delaware Trust Company, solely in its capacity as successor indenture trustee (the "**Trustee**") for certain 11.50% Senior Secured Notes due October 1, 2020 issued pursuant to an indenture dated as of April 19, 2011 (as amended, modified and supplemented, the "**Indenture**"), by Texas Competitive Electric Holdings Company LLC ("**TCEH**") and TCEH Finance, Inc. (together with TCEH, the "**Issuer**"), and guaranteed by Energy Future Competitive Holdings Company LLC, as parent guarantor, and certain of TCEH's subsidiaries as subsidiary guarantors, hereby provides notice of intent to participate in the EFH/EFIH Disclosure Statement Proceedings and the EFH/EFIH Confirmation Proceedings (as defined in the EFH/EFIH Confirmation Scheduling Order).

1. The address of the Trustee is:

    Delaware Trust Company
    Attn: Joseph McFadden
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

2. The Trustee's claims against the Debtors are set forth in (1) proof of claim number 7666 filed by the Trustee, and (2) proof of claim number 7488 filed by Wilmington Trust, National Association, in its capacity as successor collateral agent, on behalf of the collateral agent and the Trustee pursuant to the Indenture.  In addition, the Trustee is the Plaintiff in Adversary Proceeding No. 15-51239 (CSS).  The Trustee appealed to the U.S. District Court for the District of Delaware (the "**District Court**") this Court's final Order and Judgment (Adv. D.I. Nos. 90 and 91, respectively) and Amended Order (Adv. D.I. No. 94) related to the Court's opinion (Adv. D.I. No. 89) issued in such adversary proceeding.  The District Court has remanded the case to this Court for further proceedings, while retaining jurisdiction over the appeal (Adv. D.I. 141).  This Court has approved a briefing schedule regarding the issues on remand, which concludes with oral argument before this Court on March 2, 2017 (Adv. D.I. Nos. 146 and 148).

3. The names and addresses of counsel to the Trustee are:

    **Bayard, P.A.**
    GianClaudio Finizio
    Neil B. Glassman
    222 Delaware Avenue Suite 900
    Wilmington, DE 19801

    **Kobre & Kim LLP**
    Michael S. Kim
    Jeremy C. Hollembeak
    Benjamin J.A. Sauter
    Andrew D. Wang
    800 Third Avenue
    New York, NY 10022

    **Perkins Coie LLP**
    Tina N. Moss
    30 Rockefeller Plaza, 22nd Floor

New York, NY  10112

Dated: December 12, 2016  **BAYARD, P.A.**
Wilmington, Delaware

*/s/ GianClaudio Finizio*
Neil B. Glassman (No. 2087)
GianClaudio Finizio (No. 4253)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000

-and-

**KOBRE & KIM LLP**
Michael S. Kim
Jeremy C. Hollembeak
Benjamin J.A. Sauter
Andrew D. Wang
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200

-and-

**PERKINS COIE LLP**
Tina N. Moss
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Telephone: (212) 262-6900

*Attorneys for Delaware Trust Company, as TCEH First Lien Indenture Trustee*