## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 653, 2044, 2061, 3459, 3460, 7695,** |
| | ) **7696, 8347, 9246** |

### EIGHTH SUPPLEMENTAL DECLARATION OF MARY MCNULTY IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE HOLDINGS, *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING ENERGY FUTURE HOLDINGS CORP. TO RETAIN AND EMPLOY THOMPSON & KNIGHT LLP AS SPECIAL COUNSEL FOR CERTAIN TAX-RELATED MATTERS EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Mary McNulty, hereby declare, pursuant to 28 U.S.C. § 1746 under penalty of perjury as follows:

1.      I am a Partner at Thompson & Knight LLP ("T&K"), which has a place of business at One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, TX 75201.

2.      On May 29, 2014, the Debtors filed their *Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 653] (the "TK Employment Application").   In support of the TK Employment Application, I submitted the *Declaration of Mary McNulty in Support of the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 653-3] (the "Original McNulty Declaration").

3.      On September 16, 2014, in further support of the TK Employment Application, I submitted the *Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 2044] (the "First Supplemental McNulty Declaration").  By its order dated September 16, 2014 [D.I. 2061], the Court approved the TK Employment Application.

4.      On February 5, 2015, in supplement to the TK Employment Application, I submitted the *Second Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 3459] and the *Third Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 3460] (the "Third Supplemental McNulty Declaration").

5.      On January 20, 2016, in supplement to the TK Employment Application, I submitted the *Fourth Supplemental Declaration of Mary McNulty in Support of the Application*

*of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 7695] (the "Fourth Supplemental McNulty Declaration") and the *Fifth Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 7696] (the "Fifth Supplemental McNulty Declaration").

6.      On April 28, 2016, in further supplement to the TK Employment Application, I submitted the *Sixth Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 8347] (the "Sixth Supplemental McNulty Declaration").

7.      On August 10, 2016, in further supplement to the TK Employment Application, I submitted the *Seventh Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 9246].

8.      As stated in the Original McNulty Declaration, the First Supplemental McNulty Declaration, the Second Supplemental Declaration, the Fourth Supplemental McNulty Declaration, the Sixth Supplemental McNulty Declaration, and the Seventh Supplement McNulty Declaration, T&K advised that to the extent any information disclosed in these

3

declarations required amendment or modification upon T&K's completion of further review or as additional party-in-interest information became available to it, T&K would submit a further supplemental declaration reflecting such amended or modified information.[2]

9.     I now submit this supplement to the previously filed declarations and disclosure of relationships on behalf of T&K as more fully provided below.   T&K has continued to conduct an on-going conflicts review related to the Potential Parties-in-Interest and discloses that parties on **Schedule A** are amendments to Schedule 2 of the Original Declaration.

10.     To my knowledge, based on reasonable inquiry: (a) T&K does not hold or represent any interest adverse to any of the Debtors or the Debtors' estates with respect to the matters on which T&K is to be retained in these chapter 11 cases, or in matters directly related to the Services[3] to be performed by T&K for the Debtors; (b) other than as previously disclosed, and to the best of my knowledge, information, and belief, T&K has no relationship to any of the Debtors, any of the Debtors' significant creditors, equity interest owners, other known Potential Parties-in-Interest in these chapter 11 cases, or to the Debtors' professionals that are known to be assisting the Debtors in these chapter 11 cases; and (c) to the best of my knowledge, information, and  belief, the personnel anticipated to provide the Services to the Debtors in connection herewith are not related to the U.S. Trustee assigned to these chapter 11 cases, any persons employed with the Office of the U.S. Trustee, or the Bankruptcy Judge presiding over such cases.

11.     T&K has made an effort, and will continue to make an effort, to set materiality thresholds with respect to its due diligence search with respect to any connections T&K may

---

[2] The Third Supplemental McNulty Declaration and the Fifth Supplemental McNulty Declaration advised solely annual increase in TK billing rates.

[3] All capitalized terms not specifically defined herein shall have the meaning ascribed in the Original McNulty Declaration.

RLF1 16170216v.1

have with the creditors and Potential Parties-in-Interest in the Debtors' chapter 11 cases.  T&K periodically will continue to review its files during the pendency of these cases to ensure that no conflicts or other disqualifying circumstances exist or arise.   If any new relevant facts or relationships are discovered or arise, T&K will promptly file a supplemental declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**Executed on this 9th day of December, 2016**

*/s/ Mary McNutly*
Mary McNulty
Partner, Thompson & Knight LLP

## SCHEDULE A

**[AMENDMENT TO SCHEDULE 2 OF THE ORIGINAL DECLARATION]**
**The following are current clients, as those terms are defined in the Original Declaration. None of the client representations listed below involves matters related to the Debtors or these Chapter 11 Cases."**

| Name Searched | Category | Relationship to T&K (in Unrelated Matters) |
|---|---|---|
| Bayer Corporation | Schedules/SoFA | CURRENT CLIENT |
| Bayer Healthcare Pharmaceuticals Inc. (affiliate of Bayer Corporation) | Schedules/SoFA | CURRENT CLIENT |
| Bayer Pharma AG (affiliate of Bayer Corporation) | Schedules/SoFA | CURRENT CLIENT |
| Bayer Corporation (affiliate of Bayer Corporation) | Schedules/SoFA | CURRENT CLIENT |
| Bayer Healthcare LLC (affiliate of Bayer Corporation) | Schedules/SoFA | CURRENT CLIENT |
| Bayer Healthcare AG (affiliate of Bayer Corporation) | Schedules/SoFA | CURRENT CLIENT |
| Bayer AG (affiliate of Bayer Corporation) | Schedules/SoFA | CURRENT CLIENT |
| Deutsche Bank AG New York Branch | Bondholders (Secured) | CURRENT CLIENT |
| Harvest Management Sub TRS Corp. | Contract Counterparties | CURRENT CLIENT |
| Harvest Management Sub LLC (affiliate of Harvest Management Sub TRS Corp.) | Contract Counterparties | CURRENT CLIENT |
| Interceramic Manufacturing Inc. | Contract Counterparties | CURRENT CLIENT |