# EXHIBIT A

## Professional Fees and Expenses
## Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP  919 Third Avenue New York, NY 10022 | Seventeenth Monthly Fee Statement  October 1, 2016 through October 31, 2016  Docket No. 10221 | $38,959.00 | $51.00 | 12/09/16 | $31,167.20 | $51.00 | $7,791.80 |