# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Twenty-Second Monthly Fee Statement September 1, 2016 through September 30, 2016 D.I. 10215 | $13,693.00 | $23.50 | 12/09/2016 | $10,954.40 | $23.50 | $2,738.60 |

SL1 1443628v1 109285.00006