# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 12/13/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bryan Stephany | Kirkland & Ellis | EFH |
| Justin Sowa | " | " |
| Rebecca Chaikin | " | " |
| Kay Lewis Jr. | Kelly Harrison | UMB Bank N.A. Indenture Trustee |
| Dan DeFrancesch | Richards Layton & Finger | Debtors |
| Jason Madron | " | " |
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 12/13/2016
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8023217 | Marilyn Bell | (903) 565-4296 | Marilyn Bell - In Pro Per/Pro Se | Debtor, Marilyn Bell / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8021758 | Kellie Cairns | (212) 373-3012 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8026266 | Eric C. Daucher | (212) 408-5405 | Chadbourne & Parke, LLP | Interested Party, NextEra Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8022699 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8026092 | Wayne M. English | (972) 222-4285 | Wayne M. English - In Pro Per/Pro Se | Creditor, Wayne M. English / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8022340 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8022031 | Joseph A. Florczak | (312) 269-4123 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8022392 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8021809 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024587 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8022375 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7867560 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |

Peggy Drasal ext. 802

Copyright © 2016 CourtCall, LLC. All Rights Reserved.

Page 1 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8026050 | Angelo Thalassinos | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8024454 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8022485 | Amer Tiwana | (646) 616-3052 | Cowen & Co. | Interested Party, Cowen and Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8024106 | Megan Wasson | (212) 715-9464 | Kramer Levin Naftalis & Frankel LLP | Representing, Second Lien Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8022433 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.