**EXHIBIT 1** to **EXHIBIT A**

**No Supporting Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRD OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CAESAR, RUTH ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5630 | Undetermined* | No Supporting Documentation Claim |
| 2 | KEYES, SUSAN ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2891 | Undetermined* | No Supporting Documentation Claim |
| 3 | NEAL, KATHEY ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1499 | Undetermined* | No Supporting Documentation Claim |
| 4 | OLBRISH, KIMBERLY ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 669 | Undetermined* | No Supporting Documentation Claim |
| 5 | SMITH, CYNTHIA ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1423 | Undetermined* | No Supporting Documentation Claim |
| 6 | SOTO, MARIA ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 428 | Undetermined* | No Supporting Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1