# ENERGY FUTURE HOLDINGS CORP., et al.

## FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Non-EFH Claim

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BRINKLEY, ANNIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2345 | $5,063.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| | | | | | TOTAL | $5,063.00 | |