**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – INSUFFICIENT DOCUMENTATION CLAIM

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MAURILLO, AMELIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4599 | $18,150.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $18,150.00 | |

Page 1 of 1