**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | EDWARDS, DEANNA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 9922 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. Any claimed liability is due from various third parties, not from Debtors. |
| 2 | EDWARDS, GERALD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 9923 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. Any claimed liability is due from various third parties, not from Debtors. |
| | | | | | TOTAL | Undetermined* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts