**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GRIFFIN, LEO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2191 | $2,775.00 | Insufficient Documentation Claim |
| 2 | MORENO, JESUS ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2730 | $2,775.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $5,550.00 | |

Page 1 of 1