## EXHIBIT 1 to EXHIBIT A

**No Liability Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### TENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Claim

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | JOHNSON-CAULEY, MELVA D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2686 | $2,000.00* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| | | | | | TOTAL | $2,000.00* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1