**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BELL, MARILYN ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3368 | Undetermined* | Insufficient Documentation Claim |
| 2 | COX, DONALD L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2701 | Undetermined* | Insufficient Documentation Claim |
| 3 | PHILLIPS, MARY JAME ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 844 | $49,925.00 | Insufficient Documentation Claim |
| 4 | VILLARREAL, TIMMY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1520 | $15,250.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $65,175.00* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1