**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTEENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | KOVACH, AUSTIN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/18/2014 | 9867 | $13,988.00 | Insufficient Documentation Claim |
| 2 | PHILLIPS, DONNA ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 2226 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | $13,988.00* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1