**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claim

| | CLAIM TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 EDWARDS, GERALD PO BOX 430438 HOUSTON, TX 77243 | 10/24/2014 | 14-10979 (CSS) | 7659 | Undetermined* | EDWARDS, DEANNA PO BOX 580 PRINCETON, LA 71067 | 10/27/2014 | 14-10979 (CSS) | 9922[1] | Undetermined* | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| | | | | | EDWARDS, GERALD PO BOX 430438 HOUSTON, TX 77243 | 10/27/2014 | 14-10979 (CSS) | 9923[2] | Undetermined* | |
| | | TOTAL | | Undetermined* | | | | | | |

[1] This remaining claim is subject to the Debtors' Seventh Omnibus Objection to Claims [D.I. 3218]; see Exhibit 1 attached thereto.
[2] This remaining claim is subject to the Debtors' Seventh Omnibus Objection to Claims [D.I. 3218]; see Exhibit 1 attached thereto.

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claim

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ENGLISH, WAYNE 4849 BLUECAP COURT MESQUITE, TX 75181 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/05/2014 | 9800 | $24,580.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claim is for loss on sale of bonds. |
| | | | | | TOTAL | $24,580.00 | |