## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 10253** |

### CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER AUTHORIZING PAYMENT AND REIMBURSEMENT OF CERTAIN FEES AND EXPENSES OF THE EFIH SECOND LIEN TRUSTEE AND ITS PROFESSIONALS AS ADEQUATE PROTECTION OR IN THE ALTERNATIVE PURSUANT TO SECTIONS 105(A) AND 506(B) OF THE BANKRUPTCY CODE

The undersigned counsel hereby certifies that:

1. On November 23, 2016, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacities as indenture trustee (the "EFIH Second Lien Trustee" or the "Movant") under (i) the 11.0% EFIH senior secured second lien notes due 2021 and (ii) the 11.75% EFIH senior secured second lien notes due 2022 (together, the "EFIH Second Lien Notes") issued by Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. ("EFIH Finance" and collectively with EFIH, the "EFIH Debtors") pursuant to that certain indenture dated April 25, 2011, as supplemented (the "Indenture") filed its *Motion of EFIH Second Lien Trustee for an Order Directing Payment and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

DOCS_DE:211229.2 23731/001

*Reimbursement of Certain Fees and Expenses of the EFIH Second Lien Trustee and its Professionals as Adequate Protection or in the Alternative Pursuant to Sections 105(A) and 506(B) of the Bankruptcy Code* (the "Motion"), seeking the entry of an order directing payment and reimbursement of certain fees and expenses of (a) the EFIH Second Lien Trustee and (b) the EFIH Second Lien Trustee's professionals as adequate protection, or in the alternative pursuant to Sections 105(a) and 506(b).

    2.    Any responses to the relief requested in the Motion were to be filed and served no later than December 7, 2016 at 4:00 p.m. (EST) with the hearing on the Motion scheduled for December 14, 2016 at 10:00 a.m. (EST) (the "Hearing"). The response deadline was extended until December 12, 2016 at 3:00 p.m. (EST) for the EFIH First Lien Indenture Trustee and to the Hearing for the Debtors.

    3.    The EFIH Second Lien Indenture Trustee engaged in discussions with the Debtors, EFIH First Lien Indenture Trustee and the administrative agent (the "EFIH DIP Agent") under the EFIH DIP Facility with respect to the Motion and reached agreement on a proposed form of order granting the relief requested in the Motion.

    4.    The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection, or other responsive pleading to the Motion appears thereon.

    5.    Attached hereto as **Exhibit A** is a copy of the proposed order (the "Proposed Order") approving the Motion that incorporates the comments of the Debtors, First Lien Indenture Trustee and EFIH DIP Agent.

    6.    Attached hereto as **Exhibit B** is a blacklined copy of the Proposed Order showing the changes made to the proposed form of order filed with the Motion.

DOCS_DE:211229.2 23731/001

WHEREFORE, the EFIH Second Lien Indenture Trustee respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the earliest convenience of the Court.

Dated: December 13, 2016              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
          rfeinstein@pszjlaw.com

- *and* -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
          ghorowitz@kramerlevin.com
          jbrody@kramerlevin.com

- *and* –

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Indenture Trustee*