## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Epstein Becker & Green, P.C. hereby withdraws its appearance as counsel for Benbrooke Electric Partners, LLC (the "Company") in the above-referenced bankruptcy case, and requests that it be removed from any applicable service lists on behalf of the Company.

**PLEASE TAKE FURTHER NOTICE** that the Company currently has no controversy pending before the Court, and the undersigned certifies that the Company consents to this withdrawal of appearance.

Dated:  December 14, 2016

                                          Respectfully submitted,

                                          **EPSTEIN BECKER & GREEN, P.C.**

                                          */s/ Wendy G. Marcari*
                                          Wendy G. Marcari
                                          250 Park Avenue
                                          New York, NY  10017
                                          Telephone:  (212) 351–3747
                                          Facsimile:  (212) 878-8719

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Wendy G. Marcari, of Epstein Becker & Green, P.C., hereby certify that on December 14, 2016, I caused a copy of the Notice of Withdrawal of Appearance to be served by the court ECF filing system on all parties who have entered their appearance electronically in the above-captioned proceeding.

**EPSTEIN BECKER & GREEN, P.C.**

*/s/ Wendy G. Marcari*
Wendy G. Marcari
250 Park Avenue
New York, NY  10017
Telephone:  (212) 351–3747
Facsimile:  (212) 878-8719

Dated:  December 14, 2016