**EXHIBIT 1** to **EXHIBIT A**

Modify Priority Claim

RLF1 16203689v.1

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | LONG INDUSTRIES, INC. ATTN: GEORGE YU-FU KING SUITE 570, FOUNDERS SQUARE 900 JACKSON STREET DALLAS, TX 75202-4425 | 5269 | Luminant Generation Company LLC | 503(b)(9) | $162,043.84 | Luminant Generation Company LLC | 503(b)(9) | $35,104.61 |
| | | | Luminant Generation Company LLC | Unsecured | $33,973.36 | Luminant Generation Company LLC | Unsecured | $160,912.59 |
| | | | | Subtotal | $196,017.20 | | Subtotal | $196,017.20 |

REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $196,017.20 | | TOTAL | $196,017.20 |

Page 1 of 1