# SIGN-IN SHEET

**CASE NAME:** Energy Future  
**CASE NO:** 14-10979  

**COURTROOM LOCATION:** 6  
**DATE:** 12/14/2016 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Computershare |
| Bryan Stephani | Kirkland & Ellis | Debtor |
| Daniel J. DeFranceschi | Richards Layton & Finger | " " |
| Jason M. Madron | " " | " " |
| Jamie Edmonson | Venable | PIMCO |
| Joseph Wright | Landis Rath & Cobb | NextEra Energy |
| Eric Daucher | Chadbourne & Parke | " " |
| David Klauder | Bell & Klauder | EFIH Corp |
| Isley Gostin | WilmerHale | EFIH First Lien Trustee |
| Ned Shotell | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Sean Brennecke | Klehr Harrison Harvey Branzburg | UMB Bank |
| Bryan Stephany | Kirkland & Ellis | Debtors (EFH) |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

Calendar Date: 12/14/2016

Calendar Time: 10:00 AM ET

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Christopher S. Sontchi

### #6

*1st Revision 12/14/2016 05:25 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8029250 | Alysa Ain | (212) 859-8000 | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024005 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8025697 | Phil Anker | (212) 230-8890 | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Delaware Trust Co / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 7963947 | Ashley F. Bartram | (512) 475-4937 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas, et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8025484 | Kellie Cairns | (212) 373-3012 | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024895 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024000 | Catherine Eisenhut | (941) 306-7283 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee of Unsecured Note Holders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024669 | Mark A. Fink | (302) 504-7811 | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8018519 | Michael Firestein | (310) 284-5661 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8027221 | Mark Flannagan | (212) 808-7925 | UMB Bank | Creditor, UMB Bank N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8022578 | Joseph A. Florczak | (312) 269-4123 | Jones Day | Creditor, Oncor Electric Delivery Holdings / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024304 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Trustee, UMB Bank N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8028679 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8022408 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024312 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024734 | Alexa J. Kranzley | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7963808 | Hal F. Morris | (512) 475-4550 | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8028091 | Richard Pedone | (617) 345-6139 | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024006 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ad Hoc Committee Of EFIH Unsecured Noteholders / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8025709 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 7867566 | Noah M Schottenstein | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8029120 | Charles Sieving | (561) 691-7575 | NextEra Energy Resources | Creditor, Nextera Energy Resources / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024459 | Andrew M. Thau | (212) 915-1232 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8025512 | Michael Turkel | (212) 373-3689 | Paul Weiss Rifkind Wharton & Garrison | Creditor, TXU / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024605 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024537 | Megan Wasson | (212) 715-9464 | Kramer Levin Naftalis & Frankel LLP | Representing, Second Lien Trustee / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8022440 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8024919 | Peter Young | (312) 962-3528 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |