# EXHIBIT A

Invoice Date: 12/14/16
Invoice Number: 739078
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 001 | Asset Analysis | 2.60 | $1,209.00 |
| 005 | Business Operations | 1.20 | $810.00 |
| 006 | Case Administration | 44.30 | $26,415.50 |
| 011 | Employment and Fee Applications (Others) | 5.70 | $1,803.00 |
| 012 | Financing, Cash Collateral, Make Whole | 3.50 | $2,135.00 |
| 015 | Non-Working Travel | 5.00 | $1,510.00 |
| 016 | Plan and Disclosure Statement | 12.00 | $8,058.00 |
| 021 | Hearings | 6.50 | $3,965.00 |
| 030 | Asbestos-Related Matters | 11.00 | $7,184.50 |
| | Matter Total | 91.80 | $53,090.00 |

MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP