# **EXHIBIT B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 22.40 | $15,120.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 56.40 | $34,404.00 |
| Mark A. Fink | Travel Time | $302.00 | 5.00 | $1,510.00 |
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of the PA Bar since 1995 | $465.00 | 2.80 | $1,302.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 86.60 | $52,336.00 |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $145.00 | 5.20 | $754.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 5.20 | $754.00 |
| **TOTAL ALL PROFESSIONALS** | | | 91.80 | $53,090.00 |