## **EXHIBIT C**

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
| --- | --- |
| Court Call | $51.00 |
| Consultant Fees to Epiq Discovery | $150.00 |
| Duplicating/Printing Charges | $4.70 |
| Federal Express | $19.05 |
| Lodging | $2,957.60 |
| Meals | $267.99 |
| PACER | $195.30 |
| Postage | $.47 |
| Train Fare/Transportation | $117.36 |
| Westlaw On-Line Research | $89.10 |
| **Total:** | $3,852.57 |