# EXHIBIT D

|                        |                  |
|------------------------|------------------|
| Invoice Date:          | 12/14/16         |
| Invoice Number:        | 739078           |
| Client Matter Number:  | 66471.00003      |
| I.D.#                  | 01051            |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---:|
| 09/30/16 | Postage | $ | 0.47 |
| 09/30/16 | Printing & Duplicating - Internal | $ | 4.70 |
| 09/30/16 | Pacer | $ | 195.30 |
| 08/26/16 | Federal Express Federal Express Package - Invoice #:554104464 MARK FINK MONTGOMERY MCCRACKEN WALKER & 437 MADISON AVE NEW YORK NY US 100227041 Tracking #:200064215100243 | $ | 19.05 |
| 09/08/16 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 8/22/16, Cabfare from residence to train station for travel to Washington, DC re: EFH Hearings | $ | 9.67 |
| 09/08/16 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 8/15/16, Cabfare from residence to Amtrak for travel re: EFH Hearing | $ | 7.88 |
| 09/08/16 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 8/19/16, Cabfare fare from train station to residence returning from travel to DE re: EFH Hearings | $ | 17.81 |
| 09/08/16 | Travel - Lodging - PAID TO: Mark A. Fink  - 8/22/16-8/23/16, Lodging at Hotel Dupont (DE) re: EFH Hearings | $ | 1,026.00 |
| 09/08/16 | Travel - Lodging - PAID TO: Mark A. Fink  - 8/15/16-8/19/16, Lodging at Hotel Dupont while in DE re: EFH Hearings | $ | 1,931.60 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/22/16, Meal expense at Hotel Dupont (DE) re: EFH Hearings | $ | 5.00 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/24/16, Breakfast at Matic in DE while attending EFH Hearings | $ | 6.75 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/18/16, Snack expense at Hotel Dupont while in DE re: EFH Hearings | $ | 9.00 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/17/16, Lunch at Brew HaHa (DE) while attending EFH Hearings | $ | 11.65 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/17/16, Dinner at Mikimoto (DE) while attending EFH Hearings | $ | 64.50 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/18/16, Dinner at Mikimoto and snack(Walgreens) while in DE to attend EFH Hearings | $ | 65.98 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/22/16, Lunch M&T Wilmington Center in DE re: EFH Hearings | $ | 8.39 |

| | | Invoice Date: | 12/14/16 |
| | | Invoice Number: | 739078 |
| | | Client Matter Number: | 66471.00003 |
| | | I.D.# | 01051 |

| Date | Description | | Amount |
|---|---|---|---|
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink - 8/22/16, Snack expense at Walgreens in DE during EFH Hearings | $ | 7.47 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink - 8/15/16, Lunch at Pinjis Cafe (Wil. DE client hearings) re: EFH Hearings | $ | 12.95 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink - 8/19/16, Breakfast expense (Wilmington, DE) re: EFH Hearings | $ | 7.75 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink - 8/19/16, Lunch at Urban Cafe (Wilmington, DE) re: EFH Hearings | $ | 6.75 |
| 09/08/16 | Travel - Rail Fare - PAID TO: Mark A. Fink - 8/30/16, Amtrak railfare from Wilmington, DE to NY while returning form EFH Hearings | $ | 82.00 |
| 09/14/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of August 2016 | $ | 150.00 |
| 09/15/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 8/26/16, Court Call Expense - attended an EFH court conference on 8/26/16 at 12:30pm | $ | 51.00 |
| 09/15/16 | Westlaw On-Line Legal Research | $ | 89.10 |
| 09/21/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink - 8/23/16, Dinner expense at Cocina LoLo & Urban Cafe with M.Degrossrilliers | $ | 61.80 |
| | Total Disbursements | $ | 3,852.57 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/14/16 |
| Invoice Number: | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description |  | Amount |
|---|---|---|---:|
| 0008 | Miscellaneous Expense | $ | 51.00 |
| 0013 | Duplicating - Internal | $ | 4.70 |
| 0014 | Postage | $ | 0.47 |
| 0022 | Transportation - Local while on business | $ | 35.36 |
| 0046 | Consultant Fees | $ | 150.00 |
| 0088 | Travel - Lodging | $ | 2,957.60 |
| 0089 | Travel - Meals, Etc | $ | 267.99 |
| 0092 | Travel - Rail Fare | $ | 82.00 |
| 0117 | Federal Express | $ | 19.05 |
| 0152 | Westlaw On-Line Legal Research | $ | 89.10 |
| 0163 | Pacer | $ | 195.30 |
|  | Total: | $ | 3,852.57 |