## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 10.5 | $8,137.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 132.6 | $72,930.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 8.1 | $2,916.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 1.2 | $354.00 |
| Christopher M. DeLillo | Associate | Pending | Bankruptcy | $295 | 4.2 | $1,239.00 |
| **Total** | | | | | **156.6** | **$85,576.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 59.0 | $14,160.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $240 | 2.9 | $696.00 |
| Caroline E. Dougherty | Paralegal | 1 | Bankruptcy | $240 | 2.5 | $600.00 |
| M. Lynzy McGee | Paralegal | 1 | Bankruptcy | $240 | 0.2 | $48.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $240 | 1.1 | $264.00 |
| Tesia S. Smith | Case Management Assistant | 1 | Bankruptcy | $130 | 13.2 | $1,716.00 |
| **Total** | | | | | **78.9** | **$17,484.00** |
| | | | | **Total Fees** | | **$103,060.50** |