# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $54.57 |
| Conference Calling | $76.25 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $427.67 |
| Electronic Legal Research | $305.43 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $122.61 |
| Long distance Telephone Charges | $46.63 |
| Messenger and Delivery Service | $82.10 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $322.69 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $54.66 |
| **Total:** | **$1,492.61** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $3.40 |
| Conference Calling | $4.75 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $26.64 |
| Electronic Legal Research | $19.03 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $7.64 |
| Long distance Telephone Charges | $2.91 |
| Messenger and Delivery Service | $5.11 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $20.10 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $3.40 |
| **Total:** | **$92.98** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $5.55 |
| Conference Calling | $7.75 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $43.47 |
| Electronic Legal Research | $31.04 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $12.46 |
| Long distance Telephone Charges | $4.74 |
| Messenger and Delivery Service | $8.34 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $32.80 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $5.56 |
| **Total:** | **$151.71** |

RLF1 16219266v.1

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $25.95 |
| Conference Calling | $36.25 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $203.32 |
| Electronic Legal Research | $145.20 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $58.29 |
| Long distance Telephone Charges | $22.17 |
| Messenger and Delivery Service | $39.03 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $153.41 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $25.98 |
| **Total:** | **$709.60** |

4