## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 10/17/2016 | Dimeo's Pizzaiuoli | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of Kirkland & Ellis interim fee application | $7.46 | $7.46 |
| 10/26/2016 | Manhattan Bagel | Breakfast | 4 | Working meal for visiting co-counsel, client representatives and other estate professionals in connection with 10/26/16 hearing | $20.50 | $82.00 |
| **TOTALS** | | | | | | **$89.46** |