UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | § | Case No. 14-10979 (CSS) |
| | § | |
|     Debtors | § | (Jointly Administered) |
| | § | |

_____

| | | |
|---|---|---|
| | § | |
| Sandow Power Company LLC | § | |
| | § | Contested Matter |
| v. | § | |
| | § | **Hearing Date: To be Determined** |
| Ranger Excavating LP | § | **Objection Deadline:** |
| | | **January 4, 2017 at 4:00 p.m.** |

_____

**Ranger Excavating LP's Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus(Substantive)Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1**

_____

To the Honorable Judge of Said Court:

    Ranger Excavating LP ("Ranger"), moves for summary judgment on the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus(Substantive)Objection to Certain Improperly Asserted Claims.  This Motion is being filed after discovery is complete, except for supplementation.  The relief sought in the Motion includes a claim for attorneys fees under 11 U.S.C. Section 506(b), which would need to be considered separately at a subsequent hearing if the Motion is granted.

    In support of the Motion, Ranger has filed an Appendix and

Memorandum of Law, which are incorporated herein by reference.

Ranger requests that the Court enter an Order (i) granting the Motion, (ii) determine Ranger's claim to be a fully secured claim, and (iii) that the claim be entitled to interest and attorneys fees with such attorneys fees to be determined at a subsequent hearing.

Dated: December 20, 2016

                Respectfully submitted,

                */s/ Stephen Sakonchick, II*

                Stephen Sakonchick, II
                State Bar No. 17525500
                Stephen Sakonchick II, P.C.
                6502 Canon Wren Drive
                Austin, Texas  78746
                (512) 329-0375
                (512) 697-2859 (fax)
                sakon@flash.net

                Attorney for Ranger Excavating, LP
                Appearing under Local Bankruptcy Rule 9010-1(e)(iii)