UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors | § | (Jointly Administered) |
| | § | |
| _____ | § | |
| Sandow Power Company LLC | § | |
| | § | |
| | § | Contested Matter |
| v. | § | |
| | § | **Hearing Date: To be Determined** |
| Ranger Excavating LP | § | **Objection Deadline:** |
| | | **January 4, 2017 at 4:00 p.m.** |

_____

**Notice of Ranger Excavating LP's Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus(Substantive)Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1**

_____

PLEASE TAKE NOTICE that on December 20, 2016, Ranger Excavating LP ("Ranger"), filed its *Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus(Substantive)Objection to Certain Improperly Asserted Claims* with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be filed on or before **January 4, 2017 at 4:00 p.m.** ("Objection Deadline") with the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you

must serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **a date and time to be determined** before the Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 20, 2016

        Respectfully submitted,

        */s/ Stephen Sakonchick, II*
        ―――――――――――――――――――
        Stephen Sakonchick, II
        State Bar No. 17525500
        Stephen Sakonchick II, P.C.
        6502 Canon Wren Drive
        Austin, Texas  78746
        (512) 329-0375
        (512) 697-2859 (fax)
        sakon@flash.net

        Attorney for Ranger Excavating, LP
        Appearing under Local Bankruptcy Rule 9010-1(e)(iii)