UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors | § | (Jointly Administered) |
| | § | |

| | | |
|---|---|---|
| | § | |
| Sandow Power Company LLC | § | |
| | § | |
| v. | § | Contested Matter |
| | § | |
| Ranger Excavating LP | § | |

**Order Granting Ranger Excavating LP's Motion for
Summary Judgment as to the Debtors' Objection to Ranger
Excavating LP's Claim Against Sandow Power Company LLC as
Set out in Debtors' Thirty-Seventh Omnibus (Substantive)
Objection to Certain Improperly Asserted Claims Pursuant
to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules
3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1**

Having considered *Ranger Excavating LP's Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1* ("Motion"),

IT IS HEREBY ORDERED THAT:

(1) the Motion is granted,

(2) Ranger's claim, Claim No. 2613, is a fully secured claim,

and

    (3) the claim is entitled, under 11 U.S.C. Section 506(b), to interest under the parties stipulation, and attorneys fees, with such attorneys fees to be determined at a subsequent hearing.

Dated: _____ 2017.


_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge