```
                     UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE

In re:                                    §  Chapter 11
                                          §
ENERGY FUTURE HOLDINGS CORP., et al.,     §  Case No. 14-10979 (CSS)
                                          §
         Debtors                          §  (Jointly Administered)
                                          §
_____§_____
                                          §
Sandow Power Company LLC                  §
                                          §
                                          §
v.                                        §  Contested Matter
                                          §
Ranger Excavating LP                      §
_____
```

### CERTIFICATE OF SERVICE
_____

I hereby certify that on December 20, 2016, a true and correct copy of

**Ranger Excavating LP's Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus(Substantive)Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1;**

**Ranger Excavating LP's Memorandum in Support of its Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus(Substantive)Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1;**

**Appendix to**

**Ranger Excavating LP's Memorandum in Support of its Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus(Substantive)Objection to Certain**

**Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1; and**

**Notice of Ranger Excavating LP's Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus(Substantive)Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1;**

was sent to all parties receiving electronic notice via the Court's ECF System, and by email to those attorneys serving as co-counsel on the objection to the claim, the debtor's lead attorneys of record, the United States Trustee, and counsel for the Unsecured Creditor's Committee, as follows:

**To the Debtor through its claim objection counsel**:

Melanie Okon                          mokon@okonhannagan.com
Okon Hannagan PLLC
Suite 1800
750 North St. Paul Street
Dallas, Texas 75201

Justin Sowa                           justin.sowa@kirkland.com
Kirkland & Ellis, LLP
555 California Street
San Francisco, California 94104

**Debtor's attorneys of record**:

Edward O. Sassower, P.C.      edward.sassower@kirkland.com
Stephen E. Hessler            stephen.hessler@kirkland.com
Brian E. Schartz              brian.schwartz@kirkland.com
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, P.C.   james.sprayregen@kirkland.com
Chad J. Husnick               chad.husnick@kirkland.com
Steven N. Serajeddini         stephen.serajeddini@kirkland.com
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

```
Mark D. Collins              collins@rlf.com
Daniel J. DeFranceschi       defranceschi@rlf.com
Jason M. Madron              madron@rlf.com
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
```

**The United States Trustee:**

```
Richard L. Schepacarter      richard.schepacarter@usdoj.gov
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
```

**The Official Committee of Unsecured Creditors:**

```
Elizabeth Blakely            eblakelypaquet@polsinelli.com
Polsinelli PC
900 Third Avenue
21st Floor
New York, New York 10022

Justin K. Edleson            jedelson@polsinelli.com
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, Delaware 19801
```

*/s/ Stephen Sakonchick, II*
_____
Stephen Sakonchick, II