# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF PAUL KEGLEVIC IN SUPPORT
OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., TO APPROVE
A SETTLEMENT OF LITIGATION CLAIMS AND AUTHORIZE THE DEBTORS TO
ENTER INTO AND PERFORM UNDER THE SETTLEMENT AGREEMENT AND
CONFIRMATION OF THE FIFTH AMENDED PLAN OF REORGANIZATION**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

not be overleveraged, and will be a financially-sound company, regardless of whether certain Legacy Notes are reinstated.

### 5.    Asbestos-Related Liabilities Are Funded[39]

82.    Generally, the Debtors have asbestos-related or asbestos-entity-related liabilities in the form of (a) asbestos claims against certain of the EFH Debtors and (b), asbestos claims against certain of the TCEH Debtors.  Since 1992, Debtors have incurred approximately $26.4 million in total asbestos expenses.  In total, there are approximately 371 asbestos-related claims currently reflected on the Debtors' chapter 11 schedules (including approximately 119 cases currently being defended).  Approximately 250 of those claims relate to alleged contractual indemnification obligations that the Debtors have rejected.  From 2009 to 2013, expenses related to asbestos claims have averaged approximately $2 million per year.

83.    The ride-through of certain intercompany claims within reorganized EFH will ensure that the reorganized Debtors will continue to fund asbestos-related expenses at EFH subsidiaries with such expenses as they arise.

84.    Certain subsidiaries of EFH Corp., including EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Company, LLC may in the future have liabilities related to asbestos claims.

---

[39]    DX002, Motion to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under the Settlement Agreement dated Aug 10, 2015 [D.I. 5249].



a. EECI, Inc., EECI, Inc., EEC Holdings, Inc., and LSGT SACROC, Inc., are all subsidiaries of LSGT Gas Company, LLC.

b. LSGT Gas Company, LLC is a subsidiary of EFH Corp.

c. EECI, Inc., EEC Holdings, Inc., and LSGT SACROC, Inc. possess intercompany claims, which are not necessarily related to asbestos, against LSGT Gas Company, LLC, totaling approximately $990 million.

d. LSGT Gas Company, LLC, in turn, possesses an intercompany claim, which is not necessarily related to asbestos, against EFH Corp., totaling approximately $560 million.

85.    These intercompany balances are being reinstated under the Plan, ensuring that reorganized EFH will continue to fund asbestos-related expenses as they arise.

86.    Given the historical amount of asbestos expenses at EFH, these intercompany claim amounts should be sufficient to cover any asbestos related expenses that may arise at the subsidiaries discussed above.

## II.    The Settlement Agreement

87.    The Settlement Agreement proposes to permanently resolve all inter-Debtor claims, all Debtor claims against the TCEH First Lien Creditors, including those raised in the Standing Motions and Litigation Letters, and all claims against the Sponsors and the Debtors'

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: October 2015

Name

Title
Company