# EXHIBIT 5

1

2              UNITED STATES BANKRUPTCY COURT

3                FOR THE DISTRICT OF DELAWARE

4      ------------------------------------x

5      In Re:

6      Energy Future Holdings Corporation,

7      et al.,

8                          Debtors.

9

10     Chapter 11

11     Case No. 14-10979

12     Jointly Administered

13     ------------------------------------x

14

15            DEPOSITION OF DONALD L. EVANS

16                New York, New York

17                September 25, 2015

18

19     **This transcript contains a portion

20       designated Highly Confidential."

21

22     Reported by:

23     MARY F. BOWMAN, RPR, CRR

24     JOB NO. 98068

25

Contains Highly Confidential Portion

1                      D. Evans

2    that sound familiar to you?

3              MR. FIRESTEIN:  I am sorry, I am

4         going to object.  I don't understand

5         the question, whether you're asking him

6         whether your understanding of the

7         motions is correct or whether you are

8         asking him to make a legal conclusion

9         about what the purpose of the motions

10        were.  He is the chairman of the board.

11             MR. KAZAN:  Well, first of all, I

12        guess you didn't listen to Rick when he

13        explained the rules about objections.

14        Let me go back and try that again.

15        Q.    Sir, you understand that the

16   company has had an intercompany credit

17   facility or money pool program in effect

18   for some period of time, is that true?

19        A.    That's true.

20        Q.    As far as you can recall, that's

21   existed since you have been on the board,

22   hasn't it?

23        A.    Well, I don't know exactly how

24   the program works.  What I do know is for

25   an example, we have, you know, shared

Contains Highly Confidential Portion

1                        D. Evans

2    services agreements where we have EFH

3    providing services down to the other debtor

4    companies and they get compensated for that

5    and that's over a period of time and how

6    all the other financing works in terms of

7    money pools, that's -- that's, I mean, you

8    need to talk to our financial co-CRO.  I

9    think he would be much more lucid on it

10   than I would be.

11       Q.   All right, well, I will save that

12   issue for him then.

13            Do you know where the asbestos

14   liabilities are in the corporate

15   organization chart?

16       A.   Well, I can't say I absolutely

17   know for sure.  I'm assuming they are up at

18   EFH.

19            MR. FIRESTEIN:  Don't guess.

20       Q.   Has anyone told you that there

21   are potential asbestos liabilities on the

22   T-side at every Luminant power plant?

23       A.   I don't, I don't recall that.

24       Q.   OK.  Have you ever heard of one

25   of your companies called EECI?

Contains Highly Confidential Portion

1                          D. Evans

2        A.    EECI?  No.  No, I don't recall

3    that one.

4        Q.    Have you ever heard of one of

5    your companies called EEC Holdings?

6        A.    I'm not sure I know that one.

7        Q.    Have you ever heard of one of

8    your companies called LSGT Sacroc

9    S-A-C-R-O-C?

10       A.    I can't say I've heard that one.

11       Q.    Have you ever heard of one of

12   your companies called LSGT Gas Company?

13       A.    I can't -- I don't recall that

14   one.

15       Q.    OK, as far as you know, every

16   company in the corporate group filed as a

17   debtor at the same time in this case, is

18   that correct?

19       A.    As -- as far as I know, yes.

20       Q.    OK.  And when they filed, you're

21   aware that they all filed with the Court

22   something called a schedule of assets and

23   liabilities?

24       A.    Yes, sir.

25       Q.    Have you reviewed any of those?