# EXHIBIT 9



**EXPERT REPORT OF JOHN STUART:
ENERGY FUTURE HOLDINGS CORP. AND AFFILIATES
ENERGY FUTURE INTERMEDIATE HOLDINGS COMPANY LLC**

HYPOTHETICAL LIQUIDATION ANALYSIS SUPPORT

October 21, 2016

**Highly Confidential**

NORTH AMERICA EUROPE MIDDLE EAST LATIN AMERICA ASIA

# OVERVIEW OF ASSET AND LIABILITY MAPPING PROCESS - EFH

## Key Asset Distribution by Legal Entity – Balance Sheet as of 8/31/16 (EFH)

*($ in millions)*

| Entity Code | Legal Entity | Cash | A/R | Inventory | PP&E | Derivative | Intangibles | Tax Assets | Prepaid / Other | Interco. | Investments | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **EFH** | | | | | | | | | | | |
| TXU | Energy Future Holdings Corp. | 427.7 | 0.1 | - | - | - | - | (415.7) | 6.7 | 1,711.1 | (23,215.1) | (21,485.3) |
| ELIMS | EFH Eliminations | - | (0.1) | - | - | - | - | 874.0 | - | (4,966.1) | (3,615.0) | (7,707.2) |
| | **Total EFH Corp** | **427.7** | **0.1** | **-** | **-** | **-** | **-** | **458.3** | **6.7** | **(3,255.0)** | **(26,830.2)** | **(29,192.5)** |
| | **Other EFH Entities** | | | | | | | | | | | |
| AUSH2 | EFH Australia (No. 2) Holdings Company | - | - | - | - | - | - | - | - | 0.0 | - | 0.0 |
| BRTEN | Brighten Energy LLC | - | - | - | - | - | - | 3.3 | - | - | - | 3.3 |
| BRTHC | Brighten Holdings LLC | - | - | - | - | - | - | 0.0 | - | - | (6.1) | (6.1) |
| EECI | EECI, Inc. | - | - | - | - | - | - | 0.7 | 0.2 | 83.7 | - | 84.6 |
| ENS | LSGT Gas Company LLC [a] | - | - | - | - | - | - | 180.3 | 0.0 | 568.2 | 951.5 | 1,700.0 |
| ESCL | EBASCO Services of Canada Limited | - | - | - | - | - | - | - | - | - | - | - |
| FIN2 | EFH Finance (No. 2) Holdings Company | - | - | - | - | - | - | - | - | 123.7 | - | 123.7 |
| GNDVP | Generation Development Company LLC | - | - | - | 1.2 | - | - | 210.6 | 4.9 | - | - | 216.7 |
| NCADV | NCA Development Company LLC | - | - | - | - | - | - | 0.0 | - | 0.0 | - | 0.0 |
| TUUKH | EFH FS Holdings Company [b] | - | - | - | - | - | - | - | - | 1,472.6 | 0.5 | 1,473.1 |
| ECD | EEC Holdings, Inc. | - | - | - | - | - | - | 0.0 | - | 403.8 | 80.1 | 483.9 |
| EPD | LSGT SACROC, Inc. | - | - | - | - | - | - | 0.1 | - | 502.1 | - | 502.2 |
| | **Total Other EFH Debtors** | **-** | **-** | **-** | **1.2** | **-** | **-** | **395.1** | **5.1** | **3,154.1** | **1,026.0** | **4,581.5** |
| INSUR | EFH Vermont Insurance Company | 0.3 | - | - | - | - | - | 0.3 | 0.0 | - | - | 0.6 |
| HGL | Humphreys & Glasgow Limited | - | - | - | - | - | - | - | - | - | - | - |
| | **Total EFH Non-Debtors** | **0.3** | **-** | **-** | **-** | **-** | **-** | **0.3** | **0.0** | **-** | **-** | **0.6** |

**Notes:**
(a) Includes company codes EFNV, and LSP
(b) Includes company code BRHDG

ALVAREZ & MARSAL | 17