# **EXHIBIT 11**
# **IS SEALED IN ITS ENTIRETY**