# EXHIBIT 13

Page 1

1      KRISTOPHER MOLDOVAN
2  UNITED STATES BANKRUPTCY COURT
3  FOR THE DISTRICT OF DELAWARE
   -------------------------------------x
4  In Re:
5  Energy Future Holdings Corporation, et.,
6               Debtors.
7  Chapter 11
8  Case No. 14-10979
9  Jointly Administered
10 -------------------------------------x
11
12    DEPOSITION OF KRISTOPHER MOLDOVAN
13           New York, New York
14           October 18, 2016
15
16
17
18
19
20
21
22
23 Reported by:
24 KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25 JOB NO. 114064

Page 2

1            KRISTOPHER MOLDOVAN
2              October 18, 2016
3
4       Deposition of KRISTOPHER MOLDOVAN,
5   held at Kirkland & Ellis, LLP, 601 Lexington
6   Avenue, New York, New York, before Kathy
7   S. Klepfer, a Registered Professional
8   Reporter, Registered Merit Reporter,
9   Certified Realtime Reporter, Certified
10  Livenote Reporter, and Notary Public of
11  the State of New York.

Page 3

1            KRISTOPHER MOLDOVAN
2            A P P E A R A N C E S:
3
4   KIRKLAND & ELLIS
5   Attorneys for the Debtors
6       555 California Street
7       San Francisco, California 94104
8   BY:  MICHAEL ESSER, ESQ.
9        JUSTIN SOWA, ESQ.
10
11  AKIN GUMP STRAUSS HAUER & FELD
12  Attorneys for UMB Bank, As Indenture Trustee for the
13  Unsecured 11.25 Percent/12.25 Percent Senior Toggle
14  Notes Due 2018
15      One Bryant Park
16      New York, New York  10036
17  BY:  WILLIAM MONGAN, ESQ.  (By telephone)
18
19  NIXON PEABODY
20  Attorneys for American Stock Transfer as
21  Indenture Trustee at EFH
22      100 Summer Street
23      Boston, Massachusetts  02110
24  BY:  RICHARD PEDONE, ESQ.
25

Page 4

1            KRISTOPHER MOLDOVAN
2          A P P E A R A N C E S: (Cont'd.)
3
4   CHADBOURNE & PARKE
5   Attorneys for NextEra
6       350 South Grand Avenue
7       Los Angeles, California 90071
8   BY:  ROBIN BALL, ESQ.
9        ERIC DAUCHER, ESQ.
10
11  SULLIVAN & CROMWELL
12  Attorneys for EFH Committee
13      125 Broad Street
14      New York, New York  10004
15  BY:  BRIAN GLUECKSTEIN, ESQ.
16
17  SHEARMAN & STERLING
18  Attorneys for Deutsche Bank, EFIH First Lien
19  DIP Agent
20      599 Lexington Avenue
21      New York, New York  10022
22  BY:  RONNI ARNOLD, ESQ.
23
24
25

Page 5

1            KRISTOPHER MOLDOVAN
2          A P P E A R A N C E S: (Cont'd.)
3
4   KAZAN, McCLAIN, SATTERLEY & GREENWOOD
5   Attorneys for Shirley Fenicle individually
6   and as successor-in-interest to the estate of
7   George Fenicle
8       55 Harrison Street
9       Oakland, California  94607
10  BY:  STEVEN KAZAN, ESQ.  (By videoconference)
11
12  ROBERT B. SENDLER
13  Vice President & Chief Litigation Counsel
14  NextEra Energy, Inc.
15      700 Universe Boulevard
16      Juno Beach, FL  33408
17
18
19
20
21
22
23
24
25

Page 6

1        KRISTOPHER MOLDOVAN
2       (Time Noted: 1:01 p.m.)
3       (Witness sworn.)
4       MR. ESSER:  Hi.  This is Mike Esser
5   for the debtors, Kirkland & Ellis.  Just
6   we're back on the record for the deposition
7   of Kristopher Moldovan.
8       Giving the same instruction for the
9   those on the phone and Mr. Kazan, for you:
10  To the extent we're going to cover highly
11  confidential information, please indicate
12  that before the question.  My understanding
13  is that at some point we may have a
14  representative of NextEra in the room, and
15  we will ask him to step out for those
16  portions of the deposition.
17      Other than that, I think we should be
18  okay.
19      MR. KAZAN:  Okay.  Are we ready to go
20  ahead?
21      MR. ESSER:  I believe so.
22      THE WITNESS:  Yes.
23
24
25

Page 7

1        KRISTOPHER MOLDOVAN
2   KRISTOPHER MOLDOVAN, called as a
3     witness, having been duly sworn by a Notary
4     Public, was examined and testified as
5     follows:
6   EXAMINATION BY
7   MR. KAZAN:
8       Q.   Sir, would you state your name for the
9   record, please.
10      A.   Kristopher Moldovan.
11      Q.   And by whom are you employed?
12      A.   I am currently employed by a
13  subsidiary of TCEH Corp.  That subsidiary is EFH
14  Corporate Services Company.
15      Q.   All right.  And you also hold a
16  position or title as officers of several of the
17  EFH debtor subsidiaries, in particular, what
18  we've been calling the asbestos debtors; is that
19  correct?
20      A.   I did.  I was the assistant treasurer
21  of all of those entities until October 4, at
22  which time I ceased to be an officer or director
23  of any of those entities.
24      Q.   Did somebody replace you?
25      A.   That's my understanding, yes.  Perhaps

Page 8

1        KRISTOPHER MOLDOVAN
2   not as assistant treasurer.  I don't believe
3   that they have an assistant treasurer title.
4   Somebody did replace me.  I was a board member
5   for EECI, and I was replaced on that board by
6   Mr. Keglevic.
7       Q.   And you held the position of assistant
8   treasurer of all four of these companies from
9   2010 until earlier this month; is that correct?
10      A.   That's correct.
11      Q.   How much time did you devote to your
12  duties as assistant treasurer of those companies
13  during each of those five years?
14      MR. ESSER:  Object to form.
15      Go ahead.
16      A.   So from 2010 to 2016, so six years, I
17  don't recall.  It varied.  We didn't track time,
18  so I don't have any specific recollection of the
19  amount of time, or I didn't keep track of time
20  for the amount of time I spent on any particular
21  company.
22      Q.   All right.  Do you have any estimate
23  as to how many hours a year, for example, you
24  would have worked for either -- for any of those
25  companies?

Page 9

1        KRISTOPHER MOLDOVAN
2       A.   I don't.  I oversee Cash Management,
3   so there's cash management activities with
4   respect to those companies going on on a
5   consistent basis.  There were -- I participated
6   in calls about those companies.  I don't -- I
7   have not thought about trying to break down how
8   much time it's been.
9       Q.   All right.  Tell me what you did with
10  respect to cash management for the asbestos
11  debtors during that period of years.
12      A.   Sure.  Again --
13      MR. BALL:  Objection to form.
14      A.   For during the time that I have been
15  assistant treasurer, again, I oversee our Cash
16  Management Group.  Our Cash Management Group is
17  responsible for all of the bank accounts within
18  the EFH system and then also maintains the money
19  pool balances, accrues not only -- it tracks
20  cash movements and accrues -- helps accrue the
21  interest at the end of the month.
22      That would, from a cash management
23  perspective, I mean, that's a general summary of
24  what we do for those entities.
25      Q.   And are you familiar with the SOFAs

Page 34

KRISTOPHER MOLDOVAN

Accounting that I interviewed on that topic who said that there may be documents in a warehouse that, yes, that that warehouse does in fact exist.

Q. And do you know if anyone has made any effort whatsoever to identify documents in that warehouse that relate to any of the asbestos debtors in this case?

MR. ESSER: Object to form.

You can answer if you know.

MR. BALL: Same objection.

A. I don't know. I'm not aware.

Q. One of the documents that has been produced was the 1993 sales agreement involving Raytheon. Do you know if that document was located in the corporate headquarters building or was retrieved from the warehouse?

MR. ESSER: Object to form.

You can answer if you know.

A. I don't know where that was located. I don't know if that came from SEC filings or -- but I'm not aware of where that -- how that was produced.

Q. Give me just a moment.

Page 35

KRISTOPHER MOLDOVAN

Have you had any involvement in efforts to explore the availability of retrospective insurance coverage for asbestos liabilities?

A. No, I have not been involved in that at all.

Q. Have you been involved in the discussions or negotiations with NextEra?

A. I was involved the first time approximately I think two years ago in some negotiations with NextEra. I have -- I was generally not involved at all in this latest round of NextEra that resulted into the merger agreement.

Q. Have you participated in the creation of any documents, charts, PowerPoint decks, memos related to the asbestos debtor receivables that were presented to corporate management, the board of directors, subcommittees of the board?

A. No I have --

MR. ESSER: Objection to form.

You can answer.

A. I have not participated in the creation of any PowerPoints or documents for --

Page 36

KRISTOPHER MOLDOVAN

with respect to the receivables.

MR. KAZAN: I think that's all the questions I have for you at this point.

MR. ESSER: All right.

THE WITNESS: Thank you.

MR. ESSER: I think we're done. We can go off the record.

(Time Noted: 1:45 p.m.)

oOo

Page 37

KRISTOPHER MOLDOVAN

CERTIFICATE

STATE OF NEW YORK )
             : ss
COUNTY OF NEW YORK)

I, Kathy S. Klepfer, a Registered Merit Reporter and Notary Public within and for the State of New York, do hereby certify:

That KRISTOPHER MOLDOVAN, the witness whose deposition is herein before set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand this 18th day of October 2016.

_____
KATHY S. KLEPFER, RPR, RMR, CRR, CLR