# EXHIBIT 14

Entity Name: EEC Holdings, Inc.
Report Name: Management Structure
Exported On: 06/15/2016

| Name | Title | Role Start | Last Elected | Role End | Termination Date | TerminationReason | Status |
|---|---|---|---|---|---|---|---|
| Albosta, R. F. | President | 01/10/1994 | 04/18/1994 | -- | 05/19/1995 | -- | Inactive |
| Anderson, David H. | Vice President and Controller | 06/09/2003 | 06/09/2003 | -- | 07/26/2004 | -- | Inactive |
| Ashby, Kevin M. | Tax Signing Officer | 06/22/2010 | 02/03/2014 | -- | -- | -- | Active |
| Biegler, David W. | Director | 11/03/1993 | 05/19/1995 | -- | 08/05/1997 | -- | Inactive |
| Biegler, David W. | Chairman of the Board and Chief Executive | 01/10/1994 | 04/18/1994 | -- | 05/19/1995 | -- | Inactive |
| Biegler, David W. | Chairman of the Board, President and Chief Executive | 05/19/1995 | 05/19/1995 | -- | 12/31/1997 | -- | Inactive |
| Biegler, David W. | Chairman of the Board, President and Chief Executive | 11/03/1993 | 11/03/1993 | -- | 01/10/1994 | -- | Inactive |
| Browne, James R. | Vice President - General Tax | 12/22/2004 | 12/22/2004 | -- | 04/01/2005 | -- | Inactive |
| Cameron, Andrew A. | Assistant Controller | 05/14/1999 | 05/14/1999 | -- | 06/26/2000 | -- | Inactive |
| Campbell, David A. | Director | 07/26/2004 | 09/18/2006 | -- | 08/05/2008 | -- | Inactive |
| Casarico, P. Ray | Vice President | 01/10/1994 | 05/19/1995 | -- | 12/31/1997 | -- | Inactive |
| Conn, Laura | Assistant Treasurer | 05/14/1999 | 05/14/2001 | -- | 04/30/2002 | -- | Inactive |
| Degeyter, Brock M. | Secretary | 06/22/2010 | 12/14/2011 | -- | 12/31/2011 | Resigned | Inactive |
| Fleshman, Betty R. | Assistant Secretary | 03/05/2008 | 12/31/2012 | -- | 02/03/2014 | -- | Inactive |
| Fraley, F. W. III | Corporate Secretary | 11/03/1993 | 05/19/1995 | -- | 11/01/1997 | -- | Inactive |
| Gallatin, A. E. | Vice President and Treasurer | 11/03/1993 | 05/19/1995 | -- | 10/31/1997 | -- | Inactive |
| Goodman, R. H. | Vice President | 05/19/1995 | 05/19/1995 | -- | 12/31/1997 | -- | Inactive |
| Hargrove, Julia D. | Tax Signing Officer | 05/25/2005 | 07/29/2005 | -- | 10/05/2005 | -- | Inactive |
| Horton, Anthony R. | Director | 03/16/2006 | 09/18/2006 | 12/17/2009 | -- | -- | Inactive |
| Horton, Anthony R. | Director | 02/03/2014 | 03/31/2015 | -- | -- | -- | Active |
| Horton, Anthony R. | President and Treasurer | 02/03/2014 | -- | -- | -- | -- | Active |
| Horton, Anthony R. | Treasurer | 03/05/2008 | 12/31/2012 | -- | 02/03/2014 | -- | Inactive |
| Horton, Anthony R. | Treasurer and Assistant Secretary | 07/26/2004 | 09/18/2006 | -- | 03/04/2008 | -- | Inactive |
| Howard, Carla A. | Senior Vice President | 12/31/2012 | 12/31/2012 | 02/03/2014 | -- | removed | Inactive |
| Howard, Carla A. | Tax Signing Officer | 05/25/2005 | 12/14/2011 | 12/31/2012 | -- | Promoted | Inactive |
| Jay, R. L. | Assistant Corporate Secretary | 11/03/1993 | 05/19/1995 | -- | 08/05/1997 | -- | Inactive |

Highly Confidential    Confidential - Subject to NDA    EFH06449229

| Name | Title | | | | Resigned | Status |
|---|---|---|---|---|---|---|
| Keglevic, Paul M. | Director | 08/06/2008 | 12/23/2013 | 02/03/2014 | -- | Inactive |
| Keglevic, Paul M. | President | 03/07/2011 | 12/31/2012 | 02/03/2014 | -- | Inactive |
| Kessler, L. M. | Assistant Corporate Secretary | 01/10/1994 | 01/10/1994 | -- | 04/18/1994 | Inactive |
| Kubin, Diane J. | Secretary and Assistant Treasurer | 01/01/1998 | 09/18/2006 | -- | 12/31/2007 | Personnel Made Inactive |
| Leary, J. T. | Treasury Officer | 11/03/1993 | 05/19/1995 | -- | 07/21/1997 | Inactive |
| Long, D. R. | Director | 05/19/1995 | 05/19/1995 | -- | 05/30/1997 | Inactive |
| Long, D. R. | Vice President | 05/19/1995 | 05/19/1995 | -- | 05/30/1997 | Inactive |
| Longhurst, Scott | Controller and Principal Financial Officer | 07/26/2004 | 07/26/2004 | -- | 11/15/2004 | Inactive |
| McMahon, Gaylene M. | Assistant Controller | 05/14/1999 | 05/14/1999 | -- | 05/11/2001 | Inactive |
| McNally, Michael J. | Director | 08/05/1997 | 05/16/2003 | -- | 07/26/2004 | Inactive |
| Moldovan, Kristopher E. | Assistant Treasurer | 06/22/2010 | 02/03/2014 | -- | -- | Active |
| Nye, Erle | Director | 08/05/1997 | 05/16/2003 | -- | 07/26/2004 | Inactive |
| Nye, Erle | Chairman of the Board and Chief Executive | 01/01/1998 | 05/16/2003 | -- | 07/26/2004 | Inactive |
| Oliver, Kirk R. | Director | 07/26/2004 | 07/29/2005 | -- | 03/16/2006 | Inactive |
| Oliver, Kirk R. | Treasurer and Assistant Secretary | 09/14/1998 | 05/16/2003 | -- | 07/26/2004 | Inactive |
| Peterson, Eric H. | Director | 08/16/2004 | 07/29/2005 | -- | 03/16/2006 | Inactive |
| Peterson, Eric H. | Director | 05/16/2003 | 05/16/2003 | -- | 07/26/2004 | Inactive |
| Peterson, Eric H. | Chairman of the Board, President and Chief Executive | 07/26/2004 | 07/29/2005 | -- | 03/16/2006 | Inactive |
| Pinkerton, Jerry W. | Vice President and Controller | 11/03/1993 | 05/14/1999 | -- | 05/11/2001 | Inactive |
| Poole, David P. | Director | 03/16/2006 | 09/18/2006 | -- | 03/24/2008 | Personnel Made Inactive |
| Poole, David P. | Chairman of the Board, President and Chief Executive | 09/18/2006 | 03/05/2008 | -- | 03/24/2008 | Personnel Made Inactive |
| Poole, David P. | Chairman of the Board, President and Chief Executive | 03/16/2006 | 03/16/2006 | -- | 09/18/2006 | Inactive |
| Porter, Biggs C. | Vice President and Controller | 05/11/2001 | 05/10/2002 | -- | 05/16/2003 | Inactive |
| Rescoe, M. E. | Director | 08/31/1995 | 08/31/1995 | -- | 08/14/1997 | Inactive |
| Rescoe, M. E. | Senior Vice President - Finance and Corporate Development, Chief Financial Officer | 08/31/1995 | 08/31/1995 | -- | 05/31/1996 | Inactive |
| Rescoe, M. E. | Senior Vice President - Finance, Chief Financial Officer | 05/31/1996 | 05/31/1996 | -- | 08/14/1997 | Inactive |
| Richardson, Jared S. | Secretary | 03/05/2008 | 11/20/2008 | -- | 12/31/2009 | Personnel Made Inactive |
| Richardson, Jared S. | Assistant Secretary | 07/29/2005 | 09/18/2006 | -- | 03/04/2008 | Inactive |
| Rogers, Annell C. | Assistant Controller | 11/03/1993 | 05/11/1998 | -- | 05/14/1999 | Inactive |

Highly Confidential

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:51

EFH06449230

| Name | Title | Start Date | End Date | End Date 2 | Reason | Status |
|---|---|---|---|---|---|---|
| Satterwhite, William T. | Director | 11/03/1993 | 05/08/1998 | 02/26/1999 | -- | Inactive |
| Satterwhite, William T. | Senior Vice President and General Counsel, Chief Legal Officer | 05/19/1995 | 05/19/1995 | 12/31/1997 | -- | Inactive |
| Satterwhite, William T. | Senior Vice President | 11/03/1993 | 04/18/1994 | 05/18/1995 | -- | Inactive |
| Shapard, Robert S. | Treasurer and Assistant Secretary | 01/01/1998 | 05/11/1998 | 09/14/1998 | -- | Inactive |
| Sigler, David A. | Tax Signing Officer | 03/09/2006 | 11/20/2008 | 09/25/2009 | Personnel Made Inactive | Inactive |
| Singer, S. R. | Director | 11/03/1993 | 05/19/1995 | 08/31/1995 | -- | Inactive |
| Singer, S. R. | Senior Vice President | 11/03/1993 | 04/18/1994 | 05/19/1995 | -- | Inactive |
| Singer, S. R. | Senior Vice President - Finance and Corporate Development, Chief Financial Officer | 05/19/1995 | 05/19/1995 | 08/31/1995 | -- | Inactive |
| Stephens, John F. Jr. | Assistant Secretary | 01/01/1998 | 07/26/2004 | 04/01/2005 | -- | Inactive |
| Szlauderbach, Stanley J. | Senior Vice President | 10/03/2008 | 12/31/2012 | 02/03/2014 | -- | Inactive |
| Thomas, Gina C. | Senior Vice President | 03/05/2008 | 11/20/2008 | 12/22/2008 | -- | Inactive |
| Thomas, Gina C. | Vice President | 09/18/2006 | 09/18/2006 | 03/04/2008 | -- | Inactive |
| Thomas, Gina C. | Vice President - General Tax | 05/25/2005 | 07/29/2005 | 09/18/2006 | -- | Inactive |
| Tinkham, Peter B. | Executive Vice President | 01/01/1998 | 05/16/2003 | 06/01/2004 | -- | Inactive |
| Walker, Jeffrey J. | Vice President and Secretary | 12/31/2012 | 02/03/2014 | -- | -- | Active |
| Walters, Robert C. | Director | 04/01/2008 | 12/17/2009 | 03/07/2011 | Resigned | Inactive |
| Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04/08/2008 | 06/22/2010 | 03/07/2011 | Resigned | Inactive |
| Williams, R. B. | Director | 11/03/1993 | 04/18/1994 | 05/19/1995 | -- | Inactive |
| Wood, Andrea L. | Tax Signing Officer | 05/25/2005 | 07/29/2005 | 09/18/2006 | -- | Inactive |

Setec Investigations
Sep 19, 2016 13:51
1.7.32

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:51
1.7.32

Highly Confidential

EFH06449231

Entity Name: EECI, Inc.
Report Name : Management Structure
Exported On : 06/15/2016

| Name | Title | Role Start | Last Elected | Role End | Termination Date | Status |
|---|---|---|---|---|---|---|
| Albosta, R. F. | President | 01/10/1994 | 04/18/1994 | -- | 05/19/1995 | Inactive |
| Anderson, David H. | Vice President and Controller | 06/09/2003 | 06/09/2003 | -- | 07/26/2004 | Inactive |
| Ashby, Kevin M. | Tax Signing Officer | 06/22/2010 | 02/03/2014 | -- | -- | Active |
| Biegler, David W. | Director | 11/03/1993 | 05/19/1995 | -- | 08/05/1997 | Inactive |
| Biegler, David W. | Chairman of the Board and Chief Executive | 01/14/1994 | 04/18/1994 | -- | 05/19/1995 | Inactive |
| Biegler, David W. | Chairman of the Board, President and Chief Executive | 11/03/1993 | 11/03/1993 | | 01/10/1994 | Inactive |
| Biegler, David W. | Chairman of the Board, President and Chief Executive | 05/19/1995 | 05/19/1995 | | 12/31/1997 | Inactive |
| Cameron, Andrew A. | Assistant Controller | 05/14/1999 | 05/14/1999 | -- | 06/26/2000 | Inactive |
| Campbell, David A. | Director | 08/16/2004 | 09/18/2006 | -- | 08/05/2008 | Inactive |
| Casarico, P. Ray | Vice President | 01/10/1994 | 05/19/1995 | -- | 12/31/1997 | Inactive |
| Conn, Laura | Assistant Treasurer | 05/14/1999 | 05/11/2001 | -- | 04/30/2002 | Inactive |
| Degeyter, Brock M. | Secretary | 06/22/2010 | 12/14/2011 | -- | 12/31/2011 | Inactive |
| Fleshman, Betty R. | Assistant Secretary | 03/05/2008 | 12/31/2012 | -- | 02/03/2014 | Inactive |
| Fraley, F. W. III | Corporate Secretary | 11/03/1993 | 05/19/1995 | -- | 11/01/1997 | Inactive |
| Gallatin, A. E. | Vice President and Treasurer | 11/03/1993 | 05/19/1995 | -- | 10/31/1997 | Inactive |
| Goodman, R. H. | Vice President | 01/14/1994 | 05/19/1995 | -- | 12/31/1997 | Inactive |
| Hargrove, Julia D. | Tax Signing Officer | 08/02/2005 | 07/29/2005 | -- | 10/05/2005 | Inactive |
| Horton, Anthony R. | Director | 03/16/2006 | 03/31/2015 | -- | -- | Active |
| Horton, Anthony R. | President and Treasurer | 02/03/2014 | -- | -- | -- | Active |
| Horton, Anthony R. | Treasurer | 03/05/2008 | 12/31/2012 | 02/03/2014 | -- | Inactive |
| Horton, Anthony R. | Treasurer and Assistant Secretary | 07/26/2004 | 09/18/2006 | 03/04/2008 | -- | Inactive |
| Howard, Carla A. | Senior Vice President | 12/31/2012 | 12/31/2012 | 02/03/2014 | -- | Inactive |
| Howard, Carla A. | Tax Signing Officer | 07/29/2005 | 12/14/2011 | 12/31/2012 | -- | Inactive |
| Jay, R. L. | Assistant Corporate Secretary | 11/03/1993 | 05/19/1995 | -- | 08/05/1997 | Inactive |
| Keglevic, Paul M. | Director | 08/06/2008 | 12/23/2013 | 02/03/2014 | -- | Inactive |

Highly Confidential

EFH06649232

Confidential - Subject to NDA
Mike Kunkel
Sep 19, 2016 13:51
1,7,32

| Name | Title | Role Start | Last Elected | Role End | Termination Date | Status |
|---|---|---|---|---|---|---|
| Keglevic, Paul M. | President | 03/07/2011 | 12/31/2012 | 02/03/2014 | -- | Inactive |
| Kessler, L. M. | Assistant Corporate Secretary | 01/10/1994 | 01/10/1994 | -- | 04/18/1994 | Inactive |
| Kubin, Diane J. | Secretary and Assistant Treasurer | 01/01/1998 | 09/18/2006 | -- | 12/31/2007 | Inactive |
| Leary, J. T. | Treasury Officer | 11/03/1993 | 05/19/1995 | -- | 07/21/1997 | Inactive |
| Long, D. R. | Director | 05/19/1995 | 05/19/1995 | -- | 05/30/1997 | Inactive |
| Long, D. R. | Vice President | 05/19/1995 | 05/19/1995 | -- | 05/30/1997 | Inactive |
| Longhurst, Scott | Controller and Principal Financial Officer | 07/26/2004 | 07/26/2004 | -- | 11/15/2004 | Inactive |
| McMahon, Gaylene M. | Assistant Controller | 05/14/1999 | 05/14/1999 | -- | 05/11/2001 | Inactive |
| McNally, Michael J. | Director | 08/05/1997 | 05/16/2003 | -- | 07/26/2004 | Inactive |
| Moldovan, Kristopher E. | Director | 02/03/2014 | 03/31/2015 | -- | -- | Active |
| Moldovan, Kristopher E. | Assistant Treasurer | 06/22/2010 | 02/03/2014 | -- | -- | Active |
| Nye, Erle | Director | 08/05/1997 | 05/16/2003 | -- | 07/26/2004 | Inactive |
| Nye, Erle | Chairman of the Board and Chief Executive | 01/01/1998 | 05/16/2003 | -- | 07/26/2004 | Inactive |
| Oliver, Kirk R. | Director | 08/16/2004 | 07/29/2005 | -- | 03/16/2006 | Inactive |
| Oliver, Kirk R. | Treasurer and Assistant Secretary | 09/14/1998 | 05/16/2003 | -- | 07/26/2004 | Inactive |
| Peterson, Eric H. | Director | 08/16/2004 | 07/29/2005 | -- | 03/16/2006 | Inactive |
| Peterson, Eric H. | Director | 05/16/2003 | 05/16/2003 | -- | 07/26/2004 | Inactive |
| Peterson, Eric H. | Chairman of the Board, President and Chief Executive | 07/26/2004 | 07/29/2005 | -- | 03/16/2006 | Inactive |
| Pinkerton, Jerry W. | Vice President and Controller | 11/03/1993 | 05/14/1999 | -- | 05/11/2001 | Inactive |
| Poole, David P. | Director | 03/16/2006 | 09/18/2006 | -- | 03/24/2008 | Inactive |
| Poole, David P. | Chairman of the Board, President and Chief Executive | 03/16/2006 | 03/16/2006 | -- | 09/18/2006 | Inactive |
| Poole, David P. | Chairman of the Board, President and Chief Executive | 09/18/2006 | 03/05/2008 | -- | 03/24/2008 | Inactive |
| Porter, Biggs C. | Vice President and Controller | 05/11/2001 | 05/10/2002 | -- | 05/16/2003 | Inactive |
| Rescoe, M. E. | Director | 08/31/1995 | 08/31/1995 | -- | 08/14/1997 | Inactive |
| Rescoe, M. E. | Senior Vice President - Finance and Corporate Development, Chief Financial Officer | 08/31/1995 | 08/31/1995 | -- | 05/31/1996 | Inactive |

Highly Confidential

EFH06449233

Selec Investigations
Sep 19, 2016 13:51
1.7.32

Confidential - Subject to NDA
Mike Kunkel
Selec Investigations
Sep 19, 2016 13:51
1.7.32

| Name | Title | Role Start | Last Elected | Role End | Termination Date | Status |
|---|---|---|---|---|---|---|
| Rescoe, M. E. | Senior Vice President - Finance, Chief Financial Officer | 05/31/1996 | 05/31/1996 | -- | 08/14/1997 | Inactive |
| Richardson, Jared S. | Secretary | 03/05/2008 | 11/20/2008 | -- | 12/31/2009 | Inactive |
| Richardson, Jared S. | Assistant Secretary | 07/29/2005 | 09/18/2006 | -- | 03/04/2008 | Inactive |
| Rogers, Annell C. | Assistant Controller | 11/03/1993 | 05/11/1998 | -- | 05/14/1999 | Inactive |
| Satterwhite, William T. | Director | 11/03/1993 | 05/08/1998 | -- | 02/26/1999 | Inactive |
| Satterwhite, William T. | Senior Vice President and General Counsel, Chief Legal Officer | 05/19/1995 | 05/19/1995 | -- | 12/31/1997 | Inactive |
| Satterwhite, William T. | Senior Vice President | 11/03/1993 | 04/18/1994 | -- | 05/19/1995 | Inactive |
| Shapard, Robert S. | Treasurer and Assistant Secretary | 01/01/1998 | 05/11/1998 | -- | 09/14/1998 | Inactive |
| Sigler, David A. | Tax Signing Officer | 03/09/2006 | 11/20/2008 | -- | 09/25/2009 | Inactive |
| Singer, S. R. | Director | 11/03/1993 | 05/19/1995 | -- | 08/31/1995 | Inactive |
| Singer, S. R. | Senior Vice President | 11/03/1993 | 04/18/1994 | -- | 05/19/1995 | Inactive |
| Singer, S. R. | Senior Vice President - Finance and Corporate Development, Chief Financial Officer | 05/19/1995 | 05/19/1995 | -- | 08/31/1995 | Inactive |
| Stephens, John F. Jr. | Assistant Secretary | 01/01/1998 | 07/26/2004 | -- | 04/01/2005 | Inactive |
| Szlauderbach, Stanley J. | Senior Vice President | 10/03/2008 | 12/31/2012 | -- | 02/03/2014 | Inactive |
| Thomas, Gina C. | Senior Vice President | 03/05/2008 | 11/20/2008 | -- | 12/22/2008 | Inactive |
| Thomas, Gina C. | Vice President | 09/18/2006 | 09/18/2006 | -- | 03/04/2008 | Inactive |
| Thomas, Gina C. | Vice President - General Tax | 07/29/2005 | 07/29/2005 | -- | 09/18/2006 | Inactive |
| Tinkham, Peter B. | Executive Vice President | 01/01/1998 | 05/16/2003 | -- | 06/01/2004 | Inactive |
| Walker, Jeffrey J. | Vice President and Secretary | 12/31/2012 | 02/03/2014 | -- | -- | Active |
| Walters, Robert C. | Director | 04/01/2008 | 12/17/2009 | -- | 03/07/2011 | Inactive |
| Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04/08/2008 | 06/22/2010 | -- | 03/07/2011 | Inactive |
| Williams, R. B. | Director | 11/03/1993 | 04/18/1994 | -- | 05/19/1995 | Inactive |
| Wood, Andrea L. | Tax Signing Officer | 07/29/2005 | 07/29/2005 | -- | 09/18/2006 | Inactive |

Highly Confidential

Confidential - Subject to NDA
Selec Investigations
Mike Kunkel
Sep 19, 2016 13:51

EFH06449234

Entity Name: LSGT Gas Company LLC
Report Name: Management Structure
Exported On: 6/15/2016

| Name | Title | Role Start | Last Elected | Role End | Termination Date | Status |
|---|---|---|---|---|---|---|
| Ashby, Kevin M. | Tax Signing Officer | 06/22/2010 | 02/03/2014 | -- | -- | Active |
| Campbell, David A. | Manager | 10/01/2007 | 08/01/2008 | 10/01/2008 | 10/01/2008 | Inactive |
| Casey, John M. | Assistant Treasurer | 10/01/2007 | -- | -- | 02/25/2007 | Inactive |
| Degeyter, Brock M. | Secretary | 03/30/2010 | 12/14/2011 | -- | 12/31/2011 | Inactive |
| Fleshman, Betty R. | Assistant Secretary | 01/07/2008 | 12/31/2012 | -- | 02/03/2014 | Inactive |
| Greene, M. S. | Manager | 10/01/2007 | -- | -- | 07/31/2008 | Inactive |
| Greene, M. S. | Chairman and Chief Executive | 10/01/2007 | 03/05/2008 | 10/02/2008 | 10/02/2008 | Inactive |
| Horton, Anthony R. | Manager | 02/03/2014 | -- | -- | -- | Active |
| Horton, Anthony R. | President and Treasurer | 02/03/2014 | -- | -- | -- | Active |
| Horton, Anthony R. | Treasurer | 10/01/2007 | 12/31/2012 | 02/03/2014 | -- | Inactive |
| Howard, Carla A. | Senior Vice President | 12/31/2012 | 12/31/2012 | 02/03/2014 | -- | Inactive |
| Howard, Carla A. | Tax Signing Officer | 10/01/2007 | 12/14/2011 | 12/31/2012 | -- | Inactive |
| Keglevic, Paul M. | Manager | 08/01/2008 | 10/02/2008 | 02/03/2014 | -- | Inactive |
| Keglevic, Paul M. | President | 03/07/2011 | 12/31/2012 | 02/03/2014 | -- | Inactive |
| Kubin, Diane J. | Secretary | 10/01/2007 | -- | -- | 12/31/2007 | Inactive |

Highly Confidential                                                      EFH06649235

Setec Investigations
Sep 19, 2016 13:51
1.7.32

| Name | Title | | | | Status |
|---|---|---|---|---|---|
| McCall, Michael T. | President | 10/01/2007 | 03/05/2008 | 10/02/2008 | Inactive |
| Moldovan, Kristopher E. | Assistant Treasurer | 06/22/2010 | 02/03/2014 | -- | Active |
| Richardson, Jared S. | Secretary | 03/05/2008 | 11/20/2008 | -- | Inactive |
| Richardson, Jared S. | Assistant Secretary | 10/01/2007 | -- | 03/05/2008 | Inactive |
| Sigler, David A. | Tax Signing Officer | 10/01/2007 | 11/20/2008 | -- | Inactive |
| Szlauderbach, Stanley J. | Senior Vice President | 10/03/2008 | 12/31/2012 | -- | Inactive |
| Thomas, Gina C. | Senior Vice President | 03/05/2008 | 11/20/2008 | -- | Inactive |
| Thomas, Gina C. | Vice President | 10/01/2007 | 03/05/2008 | 03/05/2008 | Inactive |
| Walker, Jeffrey J. | Vice President and Secretary | 12/31/2012 | 02/03/2014 | -- | Active |
| Walters, Robert C. | Manager | 10/02/2008 | 10/02/2008 | -- | Inactive |
| Walters, Robert C. | Chairman of the Board, President and Chief Executive | 10/03/2008 | 06/22/2010 | -- | Inactive |

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:51
1.7.32

Highly Confidential

EFH06449236

**Entity Name:** LSGT SACROC, Inc.
**Report Name:** Management Structure
**Exported On:** 06/15/2016

| Name | Title | Role Start | Last Elected | Role End | Termination Date | TerminationReason | Status |
|---|---|---|---|---|---|---|---|
| Altobelli, M. A. | Vice President - Land Operations | 10/22/1991 | 10/22/1991 | -- | 05/05/1992 | -- | Inactive |
| Altobelli, M. A. | Vice President - Land Operations | 04/29/1992 | 04/29/1992 | -- | 05/07/1992 | -- | Inactive |
| Ashby, Kevin M. | Tax Signing Officer | 06/22/2010 | 02/03/2014 | -- | -- | -- | Active |
| Biegler, David W. | Director | 10/22/1991 | 04/29/1993 | -- | 08/05/1997 | -- | Inactive |
| Biegler, David W. | Chairman of the Board and Chief Executive | 10/22/1991 | 04/18/1994 | -- | 05/19/1995 | -- | Inactive |
| Biegler, David W. | Chairman of the Board, President and Chief Executive | 05/19/1995 | 05/19/1995 | -- | 12/31/2001 | -- | Inactive |
| Browne, James R. | Vice President - General Tax | 12/10/2004 | 12/10/2004 | -- | 04/01/2005 | -- | Inactive |
| Browne, James R. | Vice President - General Tax | 12/22/2004 | 12/22/2004 | -- | 04/01/2005 | -- | Inactive |
| Camp, J. B. | Senior Vice President - Land | 10/22/1991 | 10/22/1991 | -- | 01/01/1993 | -- | Inactive |
| Campbell, David A. | Director | 12/17/2004 | 09/18/2006 | -- | 08/05/2008 | -- | Inactive |
| Christian, T. C. | Assistant Controller | 06/01/1992 | 06/01/1992 | -- | 02/09/1993 | -- | Inactive |
| Cummings, D. H. | Vice President - Exploration Operations | 10/22/1991 | 10/22/1991 | -- | 03/02/1992 | -- | Inactive |
| Degeyter, Brock M. | Secretary | 03/30/2010 | 12/14/2011 | -- | 12/31/2011 | Resigned | Inactive |
| Fleshman, Betty R. | Assistant Secretary | 01/03/2008 | 12/31/2012 | -- | 02/03/2014 | -- | Inactive |
| Fraley, F. W. III | Corporate Secretary | 10/22/1991 | 05/19/1995 | -- | 11/01/1997 | -- | Inactive |
| Gallatin, A. E. | Vice President and Treasurer | 02/09/1993 | 05/19/1995 | -- | 10/31/1997 | -- | Inactive |
| Hargrove, Julia D. | Tax Signing Officer | 05/25/2005 | 07/29/2005 | -- | 10/05/2005 | -- | Inactive |
| Harper, C. B. | Vice President and General Counsel | 10/22/1991 | 04/18/1994 | -- | 05/19/1995 | -- | Inactive |
| Horton, Anthony R. | Director | 03/16/2006 | 03/16/2006 | -- | 09/17/2006 | -- | Inactive |
| Horton, Anthony R. | Director | 02/03/2014 | 03/31/2015 | -- | -- | -- | Active |
| Horton, Anthony R. | President and Treasurer | 02/03/2014 | -- | -- | -- | -- | Active |
| Horton, Anthony R. | Treasurer | 01/03/2008 | 12/31/2012 | 02/03/2014 | -- | -- | Inactive |
| Horton, Anthony R. | Treasurer and Assistant Secretary | 12/27/2004 | 09/18/2006 | -- | 01/02/2008 | -- | Inactive |
| Howard, Carla A. | Senior Vice President | 12/31/2012 | 12/31/2012 | 02/03/2014 | -- | -- | Inactive |
| Howard, Carla A. | Tax Signing Officer | 05/25/2005 | 12/14/2011 | 12/31/2012 | -- | Promoted | Inactive |

Highly Confidential    EFH06449237

| Name | Title | Role Start | Last Elected | Role End | Termination Date | TerminationReason | Status |
|---|---|---|---|---|---|---|---|
| Irani, B. K. | Vice President - Production and Engineering Division | 10/22/1991 | 04/18/1994 | -- | 05/19/1995 | -- | Inactive |
| Jay, R. L. | Assistant Corporate Secretary | 10/22/1991 | 04/18/1994 | -- | 08/05/1997 | -- | Inactive |
| Jones, C. L. | Vice President - Marketing | 10/22/1991 | 10/22/1991 | -- | 03/31/1992 | -- | Inactive |
| Jones, T. H. | Assistant Controller | 10/22/1991 | 10/22/1991 | -- | 02/09/1993 | -- | Inactive |
| Junco, Gary J. | Director | 10/22/1991 | 04/29/1993 | -- | 10/30/1996 | -- | Inactive |
| Junco, Gary J. | President and Chief Operating Officer | 10/22/1991 | 04/18/1994 | -- | 05/19/1995 | -- | Inactive |
| Keglevic, Paul M. | Director | 08/06/2008 | 12/31/2012 | 02/03/2014 | -- | Resigned | Inactive |
| Keglevic, Paul M. | President | 03/07/2011 | 12/31/2012 | 02/03/2014 | -- | Resigned | Inactive |
| Kincheloe, R. L. | Senior Vice President - Drilling and Production Operations | 10/22/1991 | 10/22/1991 | -- | 01/06/1992 | -- | Inactive |
| Kinzer, F. M. | Assistant Controller | 10/22/1991 | 10/22/1991 | -- | 02/09/1993 | -- | Inactive |
| Kubin, Diane J. | Secretary and Assistant Treasurer | 12/27/2004 | 09/18/2006 | -- | 12/31/2007 | Personnel Made Inactive | Inactive |
| Leary, J. T. | Treasury Officer | 02/09/1993 | 04/18/1994 | -- | 07/21/1997 | -- | Inactive |
| Lutz, M. C. | Senior Vice President - Exploration | 10/22/1991 | 10/22/1991 | -- | 09/30/1992 | -- | Inactive |
| Lyle, J. F. | Vice President - Drilling | 10/22/1991 | 04/18/1994 | -- | 05/19/1995 | -- | Inactive |
| McNally, Michael J. | Director | 08/05/1997 | 08/05/1997 | -- | 08/05/1999 | -- | Inactive |
| Moldovan, Kristopher E. | Assistant Treasurer | 06/22/2010 | 02/03/2014 | -- | -- | -- | Active |
| Niemeyer, J. E. | Director | 10/22/1991 | 10/22/1991 | -- | 02/09/1993 | -- | Inactive |
| Niemeyer, J. E. | Senior Vice President - Finance, Treasurer | 10/22/1991 | 10/22/1991 | -- | 02/09/1993 | -- | Inactive |
| Nye, Erle | Director | 08/05/1997 | 08/05/1997 | -- | 08/05/1999 | -- | Inactive |
| Oliver, Kirk R. | Director | 12/17/2004 | 07/29/2005 | -- | 03/16/2006 | -- | Inactive |
| Peterson, Eric H. | Director | 07/29/2005 | 07/29/2005 | -- | 03/16/2006 | -- | Inactive |
| Peterson, Eric H. | Director | 12/17/2004 | 04/18/1994 | -- | 03/16/2006 | -- | Inactive |
| Peterson, Eric H. | Chairman of the Board, President and Chief Executive | 12/27/2004 | 07/29/2005 | -- | 03/16/2006 | -- | Inactive |
| Pinkerton, Jerry W. | Director | 02/09/1993 | 02/09/1993 | -- | 04/29/1993 | -- | Inactive |
| Pinkerton, Jerry W. | Vice President and Controller | 02/09/1993 | 05/19/1995 | -- | 12/17/2004 | -- | Inactive |
| Poole, David P. | Director | 03/16/2006 | 09/18/2006 | -- | 03/24/2008 | Personnel Made Inactive | Inactive |
| Poole, David P. | Chairman of the Board, President and Chief Executive | 03/16/2006 | 03/16/2006 | -- | 09/18/2006 | -- | Inactive |

Highly Confidential                                                                                                          EFH06449238

| Name | Title | Role Start | Last Elected | Role End | Termination Date | TerminationReason | Status |
|---|---|---|---|---|---|---|---|
| Poole, David P. | Chairman of the Board, President and Chief Executive | 09/18/2006 | 01/03/2008 | -- | 03/24/2008 | Personnel Made Inactive | Inactive |
| Rescoe, M. E. | Director | 08/31/1995 | 08/31/1995 | -- | 08/14/1997 | -- | Inactive |
| Richardson, Jared S. | Secretary | 01/03/2008 | 11/20/2008 | -- | 12/31/2009 | Personnel Made Inactive | Inactive |
| Richardson, Jared S. | Assistant Secretary | 07/29/2005 | 09/18/2006 | -- | 01/02/2008 | -- | Inactive |
| Satterwhite, William T. | Director | 04/29/1993 | 04/29/1993 | -- | 12/21/1994 | -- | Inactive |
| Satterwhite, William T. | Director | 08/05/1997 | 08/05/1997 | -- | 02/26/1999 | -- | Inactive |
| Schmitz, R. E. | Assistant Controller | 02/09/1993 | 04/18/1994 | -- | 08/05/1997 | -- | Inactive |
| Schmitz, R. E. | Controller | 10/22/1991 | 10/22/1991 | -- | 02/09/1993 | -- | Inactive |
| Sigler, David A. | Tax Signing Officer | 03/09/2006 | 11/20/2008 | -- | 09/25/2009 | Personnel Made Inactive | Inactive |
| Singer, S. R. | Director | 04/29/1993 | 04/29/1993 | -- | 08/31/1995 | -- | Inactive |
| Stephens, John F. Jr. | Assistant Secretary | 12/27/2004 | 12/27/2004 | -- | 04/01/2005 | -- | Inactive |
| Szlauderbach, Stanley J. | Senior Vice President | 10/03/2008 | 12/31/2012 | -- | 02/03/2014 | -- | Inactive |
| Thomas, Gina C. | Senior Vice President | 01/03/2008 | 11/20/2008 | -- | 12/22/2008 | -- | Inactive |
| Thomas, Gina C. | Vice President | 09/18/2006 | 09/18/2006 | -- | 01/02/2008 | -- | Inactive |
| Thomas, Gina C. | Vice President - General Tax | 05/25/2005 | 07/29/2005 | -- | 09/18/2006 | -- | Inactive |
| Walker, Jeffrey J. | Vice President and Secretary | 12/31/2012 | 02/03/2014 | -- | -- | -- | Active |
| Walters, Robert C. | Director | 04/01/2008 | 12/17/2009 | -- | 03/07/2011 | Resigned | Inactive |
| Walters, Robert C. | Chairman of the Board, President and Chief Executive | 04/08/2008 | 06/22/2010 | -- | 03/07/2011 | Resigned | Inactive |
| Williams, R. B. | Director | 04/29/1993 | 04/29/1993 | -- | 12/21/1994 | -- | Inactive |
| Wood, Andrea L. | Tax Signing Officer | 05/25/2005 | 07/29/2005 | -- | 09/18/2006 | -- | Inactive |
| Young, Gary | Director | 12/21/1994 | 08/05/1997 | -- | 08/05/1999 | -- | Inactive |

Setec Investigations
Sep 19, 2016 13:51

Confidential - Subject to NDA
Mike Kunkel
Setec Investigations
Sep 19, 2016 13:51

Highly Confidential

EFH06449239