## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS – OTHERS | 9.00 | $4,427.00 |
| FEE APPLICATIONS – S&L | 10.80 | $4,633.50 |
| **TOTAL** | **19.80** | **$9,060.50** |