## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COMPUTER RESEARCH - PACER | $ 6.00 |
| COMPUTER RESEARCH – PACER - OCTOBER | $ 13.00 |
| DOCUMENT REPRODUCTION | $ 8.90 |
| COLOR DOCUMENT REPRODUCTION | $ 0.50 |
| **TOTAL** | **$ 28.40** |