## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| MATTER | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 109285-00002 | 10/3/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/5/16 | Document Reproduction | $0.20 |
| 109285-00002 | 10/6/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/6/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/6/16 | Document Reproduction | $0.20 |
| 109285-00002 | 10/6/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/6/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/6/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/6/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/7/16 | COLOR DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 10/1/16 | COMPUTER RESEARCH - PACER | $6.00 |
| 109285-00002 | 10/11/16 | Document Reproduction | $0.90 |
| 109285-00002 | 10/17/16 | Document Reproduction | $0.20 |
| 109285-00002 | 10/17/16 | Document Reproduction | $0.40 |
| 109285-00002 | 10/17/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/18/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/18/16 | Document Reproduction | $0.10 |
| 109285- | 10/18/16 | Document Reproduction | $0.10 |

| 109285-00002 | | | |
|---|---|---|---|
| 109285-00002 | 10/18/16 | Document Reproduction | $0.30 |
| 109285-00002 | 10/18/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 10/20/16 | DOCUMENT REPRODUCTION | $0.00 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.30 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.30 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.30 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.30 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.40 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |

12/21/2016 SL1 1444530v1 109285.00006

| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
|---|---|---|---|
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/20/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/21/16 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 10/21/16 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 10/21/16 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00002 | 10/25/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/25/16 | Document Reproduction | $0.10 |
| 109285-00002 | 10/31/16 | Document Reproduction | $0.20 |
| 109285-00002 | 10/31/16 | Document Reproduction | $0.30 |
| 109285-00002 | 10/1/16 | COMPUTER RESEARCH - PACER - OCTOBER | $13.00 |
| **TOTAL** | | | **$28.40** |