## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS – OTHERS | 4.30 | $1,678.50 |
| FEE APPLICATIONS – S&L | 11.30 | $3,884.50 |
| HEARINGS | 2.70 | $1,930.50 |
| PLANS OF REORGANIZATION | 3.40 | $2,431.00 |
| **TOTAL** | **21.70** | **$9,924.50** |