## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| TELEPHONE CHARGES | $   21.24 |
| DOCUMENT REPRODUCTION | $   18.40 |
| COLOR DOCUMENT REPRODUCTION | $    1.00 |
| **TOTAL** | **$   40.64** |