# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 11/1/16 | $0.20 | Document Reproduction |
| 109285-00002 | 11/1/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/1/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/1/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/1/16 | $0.50 | Document Reproduction |
| 109285-00002 | 11/2/16 | $0.50 | Document Reproduction |
| 109285-00002 | 11/2/16 | $0.40 | Document Reproduction |
| 109285-00002 | 11/3/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/3/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/3/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/3/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/3/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/3/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/3/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/7/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/8/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/8/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/8/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/8/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/8/16 | $0.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/8/16 | $0.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/10/16 | $0.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/10/16 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/10/16 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/11/16 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/11/16 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/11/16 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/14/16 | $0.20 | Document Reproduction |
| 109285-00002 | 11/14/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/14/16 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/14/16 | $1.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/14/16 | $0.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/14/16 | $0.50 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 11/15/16 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/15/16 | $0.50 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 11/18/16 | $0.10 | Document Reproduction |

| | | | |
|---|---|---|---|
| 109285-00002 | 11/18/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/18/16 | $2.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/21/16 | $13.98 | TELEPHONE CHARGES |
| 109285-00002 | 11/21/16 | $7.26 | TELEPHONE CHARGES |
| 109285-00002 | 11/21/16 | $0.10 | Document Reproduction |
| 109285-00002 | 11/21/16 | $0.20 | Document Reproduction |
| 109285-00002 | 11/22/16 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/22/16 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/22/16 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/22/16 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/23/16 | $0.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/28/16 | $0.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/30/16 | $0.90 | DOCUMENT REPRODUCTION |
| 109285-00006 | 11/2/16 | $0.20 | Document Reproduction |
| 109285-00006 | 11/2/16 | $0.20 | Document Reproduction |
| 109285-00006 | 11/2/16 | $0.30 | Document Reproduction |
| 109285-00006 | 11/2/16 | $0.40 | Document Reproduction |
| 109285-00006 | 11/3/16 | $0.00 | DOCUMENT REPRODUCTION |
| 109285-00006 | 11/3/16 | $0.00 | DOCUMENT REPRODUCTION |
| 109285-00006 | 11/3/16 | $0.00 | DOCUMENT REPRODUCTION |
| 109285-00006 | 11/17/16 | $1.60 | Document Reproduction |

12/21/2016 SL1 1444542v1 109285.00006