## EXHIBIT B

### Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 8.0 | $6,000.00 |
| Pamela Morin | Consultant | $380 | 2.8 | $1,064.00 |
|  |  |  |  |  |
|  |  | Totals: | 10.80 | $7,064.00 |