## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $0.00 |
|  |  |
| **Total:** | **$0.00** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $0.00 |
|  |  |
| **Total:** | **$0.00** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $0.00 |
|  |  |
| **Total:** | **$0.00** |