## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 15.20 | $16,237.50 |
| TOTAL | 15.20 | $16,237.50 |