## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 6.30 | 7,560.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 8.90 | 8,677.50 |
| | | | | **TOTAL** | **15.20** | **16,237.50** |