## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| TELEPHONE EXPENSES | 6.82 |
| OTHER - COURTCALL | 30.00 |
| TOTAL | $ 36.82 |

NYCorp 3534423v.1

SL1 1444860v1 109285.00005

109249.1