# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 11/10/2016 | V. Lazar | PARTNER | Telephone Charges | 6.82 | VINCENT LAZAR, SOUNDPATH CONFERENCING, 10/12/2016 |
| 55152-10034 | 11/29/2016 | V. Lazar | PARTNER | Other – Court Call | 30.00 | VINCENT E. LAZAR, 11/15/2016 CourtCall; Teleconference/Videoconference ID#7962527 |