## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: January 11, 2017 at 4:00 p.m. |

### NOTICE OF FEE STATEMENT

**PLEASE TAKE NOTICE** that Guggenheim Securities, LLC (the "**Applicant**")

has today filed the attached Twenty-Fifth Monthly Fee Statement of Guggenheim Securities, LLC,

investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings

Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI,

Inc. for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses

Incurred From November 1, 2016 Through November 30, 2016 (the "**Fee Statement**") with the

United States Bankruptcy Court for the District of Delaware, 824 North Market Street,

Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee

Statement must be made in accordance with the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I.

2066] (the "**Administrative Order**") and must be filed with the Clerk of the United States

Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801,

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; (vi) co-counsel to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY 10004-2498, Attn. Alexa Kranzley; (vii) co-counsel to the EFH Committee, Montgomery McCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright; and (viii) the Applicant, Guggenheim Securities, LLC, 330 Madison Avenue, New York, NY 10017, Attn: Ronen Bojmel, by **no later than 4:00 p.m. (Eastern Standard Time) on January 11, 2017** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Fee Statement will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: Wilmington, Delaware
December 21, 2016

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

_/s/ Mark A. Fink_
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail:     nramsey@mmwr.com
                dwright@mmwr.com
                mfink@mmwr.com

_Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc._

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: January 11, 2017 at 4:00 p.m. |

**COVER SHEETS TO TWENTY-FIFTH MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, EFIH FINANCE INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

| | |
|---|---|
| **Name of Applicant:** | **Guggenheim Securities, LLC** |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. |
| Date of retention: | January 13, 2015 *nunc pro tunc* to November 12, 2014 |
| Period for which compensation and reimbursement is sought (the "Fee Period"): | November 1 – November 30, 2016 |
| Compensation sought as actual, reasonable, and necessary: | $200,000.00 (80% of $250,000.00) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $4,043.00 |

This is a **monthly** fee statement. [2]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with such orders.

# TIME DETAIL BY PROFESSIONAL

## ENERGY FUTURE HOLDINGS CORP., et al
## (Case No. 14-10979 (CSS))

### November 1, 2016 Through November 30, 2016

| Time by Professional | | |
|---|---|---|
| **Name** | **Title** | **Total Hours** |
| Ronen Bojmel | Senior Managing Director | 20.0 |
| Michael Henkin | Senior Managing Director | 23.0 |
| Ofir Nitzan | Managing Director | 21.0 |
| Phillip Laroche | Vice President | 25.0 |
| Nick Palermo | Analyst | 35.0 |
| **Total** [*] | | **124.0** |

*Hours exclude certain Guggenheim employees (such as consultants and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

## TIME DETAIL BY PROJECT CATEGORY

## ENERGY FUTURE HOLDINGS CORP., et al
## (Case No. 14-10979 (CSS))

### November 1, 2016 Through November 30, 2016

| Time by Category | |
|---|---|
| **Project Category** | **Total Hours** |
| A  -  Case Administration | 4.0 |
| B  -  Retention and Fee Applications | 6.0 |
| C  -  Travel | - |
| D  -  Court Testimony and Deposition | - |
| E  -  Analysis, Presentations and Diligence | 66.0 |
| F  -  Financing Matters | - |
| G  -  Mergers and Acquisitions Activity | - |
| H  -  Plan of Reorganization Review/Analysis and Negotiations | - |
| I  -  Valuation and Recoveries Analysis | - |
| J  -  Capital Structure Analysis | - |
| K  -  Debtor Correspondence | 2.5 |
| L  -  Committee Correspondence | 27.5 |
| M  -  Other Creditor Correspondence | 18.0 |
| **Total** [*] | **124.0** |

*Hours exclude certain Guggenheim employees (such as consultants and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# EXPENSE SUMMARY

## ENERGY FUTURE HOLDINGS CORP., et al
## (Case No. 14-10979 (CSS))

### November 1, 2016 Through November 30, 2016

| Expense Summary (*) | Disbursements and Charges | | |
|---|---|---|---|
| | EFH Corp. | EFIH | Total |
| Airfare | $0.00 | $0.00 | $0.00 |
| Hotel | 0.00 | 0.00 | 0.00 |
| Ground Transportation | 0.00 | 0.00 | 0.00 |
| Meals | 0.00 | 0.00 | 0.00 |
| Miscellaneous | 0.00 | 0.00 | 0.00 |
| Legal | 2,021.50 | 2,021.50 | 4,043.00 |
| **Total** | **$2,021.50** | **$2,021.50** | **$4,043.00** |

(Allocation of fees is described in paragraph 3 of the monthly fee statement filed together with these cover sheets.)

*Net of voluntary reductions of $0, consistent with EFH Fee Committee guidelines for expense reimbursement. See Exhibit A for additional detail.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: January 11, 2017 at 4:00 p.m. |

**TWENTY-FIFTH MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, EFIH FINANCE INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. Nunc Pro Tunc to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h),* dated January 13, 2015 [D.I. 3276] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"),

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330, Guggenheim Securities, LLC ("**Guggenheim Securities**"), investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "**EFH Committee**"), files this monthly fee statement (the "**Monthly Fee Statement**") of compensation for professional services and reimbursement for expenses incurred in the amounts described in the cover sheet hereto during the above-captioned period (the "**Fee Period**").

### Itemization of Services Rendered and Expenses Incurred

1.      Typical of investment bankers of its kind, Guggenheim Securities is not compensated by the hour, but through a structure of fixed fees and related compensation, such as was approved by the Retention Order. Accordingly, certain information appropriate to consideration of the fee requests of hourly-rate compensated professionals, such as blended rates or maturation, do not exist for Guggenheim Securities.

2.      Attached as **Exhibit A** and **Exhibit A-1** to this Monthly Fee Statement is a detailed listing of Guggenheim Securities' expense records for the Fee Period, including invoices reflecting Guggenheim Securities' own legal expenses incurred during the Fee Period in connection with Guggenheim Securities' services to the EFH Committee.

### Proposed Payment Allocation

3.      All services for which Guggenheim Securities requests compensation were performed on behalf of the EFH Committee. The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance

Inc. and EECI, Inc. Guggenheim Securities' compensation is proposed as a joint and several expense of each of these estates pursuant to section 328 of the Bankruptcy Code. With respect to the allocation of fees and expenses contemplated by section 2(b) of the Interim Compensation Order, Guggenheim Securities proposes the allocation of the fees and expenses set forth herein equally between (a) Energy Future Holdings Corporation ("**EFH Corp.**") and (b) Energy Future Intermediate Holding Company LLC ("**EFIH**"):

| Debtors | Time Allocation | Monthly Fee | | Expenses |
|---|---|---|---|---|
| | | Total Fees | 80% of Fees | |
| EFH Corp. | 50.0% | $125,000.00 | $100,000.00 | $2,021.50 |
| EFIH | 50.0% | $125,000.00 | $100,000.00 | $2,021.50 |
| **Total** | **100.0%** | **$250,000.00** | **$200,000.00** | **$4,043.00** |

4.      To the extent necessary, reallocation of the fees and expenses set forth above will occur in interim and/or final fee applications.

### Reservation of Rights and Notice

5.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Guggenheim Securities reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

Dated: December 21, 2016

Ronen Bojmel
Senior Managing Director and
Co-head of Restructuring
Guggenheim Securities, LLC

## EXHIBIT A

**Detailed Description of Expenses**

Guggenheim Securities

Expense Details

EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

| Original Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 11/30/2016 | Legal | $4,043.00 | $0.00 | $4,043.00 | Legal | | Legal expenses for the month of November |

## <u>EXHIBIT A-1</u>

**Legal Expenses of Guggenheim Securities, LLC**

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Salans FMC SNR Denton
McKenna Long
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

December 13, 2016

**Invoice No. 1846162**

Client/Matter: 21421443-000045

Energy Future Holdings
2016-000060

Payment Due Upon Receipt

Total This Invoice                                    $        4,043.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

**DENTONS**

| | |
|---|---|
| Dentons US LLP | Salans FMC SNR Denton |
| 233 South Wacker Drive | McKenna Long |
| Suite 5900 | dentons.com |
| Chicago, Illinois 60606-6361 | |

GUGGENHEIM SECURITIES                                                        December 13, 2016
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR                                   **Invoice No. 1846162**
NEW YORK, NY 10017
USA

Client/Matter:  21421443-000045

Energy Future Holdings
2016-000060

---

For Professional Services Rendered through November 30, 2016:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 11/16/16 | P. Maxcy | 0.40 | L120 | A104 | Review letter from fee committee and transcript of hearing on fee applications. |
| 11/16/16 | P. Maxcy | 0.20 | L120 | A106 | Phone conference with K. Stadler. |
| 11/16/16 | P. Maxcy | 0.60 | L120 | A106 | Forward fee committee proposal and advise client on same. |
| 11/17/16 | P. Maxcy | 0.40 | L120 | A106 | Phone conference with D. Fogel re letter from fee committee and possible response. |
| 11/17/16 | P. Maxcy | 0.20 | L120 | A106 | Forward report on fee application to client. |
| 11/17/16 | P. Maxcy | 0.20 | L120 | A106 | Conference P. Laroche and M. Henkin re invitation from fee committee and response to same. |
| 11/18/16 | P. Maxcy | 1.20 | L120 | A104 | Analysis of blended hour rates for inclusion on fee application. |
| 11/18/16 | P. Maxcy | 0.50 | L120 | A107 | Conference D. Fogel re fee application. |
| 11/30/16 | G. Miller | 0.20 | L210 | A104 | Review Fee Committee Order and Interim Compensation Procedures Order. |
| 11/30/16 | P. Maxcy | 0.30 | L120 | A106 | Phone calls with E. West and K. Stadler re proposed discussions with fee committee and issues related thereto. |
| 11/30/16 | P. Maxcy | 0.90 | L120 | A104 | Prepare email memo to Guggenheim Securities to advise on status of discussions with fee committee and propose next steps. |

Energy Future Holdings
2016-000060

December 13, 2016

Matter: 21421443-000045
Invoice No.: 1846162

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/30/16 | P. Maxcy | 0.30 | L120 | A104 | Review fee procedure order to analyze proposal. |
| Total Hours | | 5.40 | | | |
| Fee Amount | | | | | $4,013.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| P. Maxcy | $755.00 | 5.20 | $3,926.00 |
| G. Miller | $435.00 | 0.20 | $87.00 |
| Totals | | 5.40 | $4,013.00 |

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 11/3/2016 | Filing Fees Appearance fee for 11/3/16 telephonic hearing | | | 30.00 |
| | | | SUBTOTAL | 30.00 |
| | Total Disbursements | | | $30.00 |
| | Fee Total | $ | 4,013.00 | |
| | Disbursement Total | $ | 30.00 | |
| | Invoice Total | $ | 4,043.00 | |

3   16