## Exhibit A

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 1.1 | $1,160.00 |
| 003 | EFH Business Operations | 0.6 | $630.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 50.4 | $57,450.00 |
| 005 | EFH Corporate Governance and Board Matters | 26.5 | $30,570.00 |
| 006 | Discovery | 34.4 | $37,983.50 |
| 007 | Employment Applications | 2.3 | $2,295.00 |
| 008 | Fee Applications and Objections | 7.4 | $7,620.00 |
| 010 | Hearings | 2.4 | $2,547.50 |
| 011 | Claims Investigations, Analyses and Objections | 1.9 | $1,950.00 |
| 014 | Non-Working Travel | 47.9 | $27,566.25 |
| 015 | Plan and Disclosure Statement | 85.4 | $96,597.50 |
| 016 | Tax | 1.8 | $1,935.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **262.1** | **$268,304.75** |

64560183v1