## **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

64560183v1

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $975 | 1.4 | $1,365.00 |
| Michael E. Ellis | Partner | 2007 | Corporate | $1,025 | 1.0 | $1,025.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,075 | 37.3 | $40,097.50 |
| Mark Harris | Partner | 1992 | Litigation | $1,050 | 0.3 | $315.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,275 | 0.6 | $765.00 |
| Paul Possinger | Partner | 1993 | Corporate | $1,075 | 1.7 | $1,827.50 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $1,000 | 6.1 | $6,100.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,425 | 0.4 | $570.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,275 | 74.9 | $95,497.50 |
|  |  |  |  | $637.50 | 21.5 | $13,706.25[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,050 | 81.7 | $85,785.00 |
|  |  |  |  | $525 | 26.4 | $13,860.00[1] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $735 | 1.6 | $1,176.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $900 | 3.4 | $3,060.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $900 | 3.3 | $2,970.00 |
| **Total** |  |  |  |  | **261.6** | **$268,119.75** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

64560183v1

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph Klock | E-Discovery Coordinator | 1.5 years | Professional Resources | $370 | 0.5 | $185.00 |
| **Total** | | | | | **0.5** | **$185.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | 262.1 | $268,304.75 |

64560183v1