## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

64560183v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $13.50 |
| Telecommunications | $30.00 |
| Messenger/Delivery | $65.47 |
| Travel Out-of-Town – Transportation | $3,325.08[1] |
| Taxi, Carfare, Mileage, Parking | $952.93[2] |
| Business Meals | $200.00[3] |
| Out-of-Town Lodging | $1,951.59[4] |
| **Total** | **$6,538.57** |

---

[1] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[2] Includes a reduction of $31.31 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[3] Includes a reduction of $70.90 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[4] Includes a reduction of $760.45 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

64560183v1