## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

Disbursements and Other Charges

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/28/2016 | Jeff J. Marwil | Messenger/delivery | 34.95 |
| 10/28/2016 | Jeff J. Marwil | Messenger/delivery | 30.52 |
| 11/01/2016 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 11/01/2016 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 11/01/2016 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 11/07/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 11/07/2016 | Mark K. Thomas | Lodging-1 Night New York | 500.00 |
| 11/07/2016 | Mark K. Thomas | Airplane-GoGo Air Internet | 19.95 |
| 11/07/2016 | Mark K. Thomas | Out Of Town Transportation-Uber from JFK to Manhattan | 100.00 |
| 11/07/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 11/08/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 11/08/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Parking at Tucson Airport | 13.00 |
| 11/08/2016 | Mark K. Thomas | Out Of Town Transportation-Uber to JFK | 100.00 |
| 11/08/2016 | Mark K. Thomas | Airplane-GoGo Air Internet | 9.95 |
| 11/08/2016 | Mark K. Thomas | Airplane-Tucson to/from New York 11/7-8/16 | 618.10 |
| 11/11/2016 | Jared Zajac | Reproduction | 0.40 |
| 11/14/2016 | Peter J. Young | Out Of Town Transportation-Uber from Home to LAX | 62.35 |
| 11/14/2016 | Peter J. Young | Airplane-Los Angeles,CA to/from Newark, NJ | 1,503.10 |
| 11/14/2016 | Peter J. Young | Airplane-GoGo Air Internet | 39.95 |
| 11/14/2016 | Peter J. Young | Lodging-2 Nights New York | 1,000.00 |
| 11/14/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 11/15/2016 | Peter J. Young | Out Of Town Transportation | 489.00 |
| 11/15/2016 | Michael A. Firestein | Telephone | 30.00 |
| 11/15/2016 | Peter J. Young | Out Of Town Transportation-Cab from Amtrack to Courthouse | 17.00 |
| 11/15/2016 | Jared Zajac | Reproduction | 0.40 |
| 11/16/2016 | Peter J. Young | Out Of Town Transportation-Cab from LAX to Home | 70.00 |
| 11/16/2016 | Peter J. Young | Airplane-GoGo Air Internet | 39.95 |
| 11/18/2016 | Jared Zajac | Reproduction | 1.90 |
| 11/29/2016 | Mark K. Thomas | Reproduction | 2.60 |
| 11/29/2016 | Mark K. Thomas | Reproduction | 0.30 |
| 11/29/2016 | Mark K. Thomas | Reproduction | 2.40 |
| 11/30/2016 | Michele M. Reetz | Reproduction | 1.50 |
| 11/30/2016 | Michele M. Reetz | Reproduction | 0.60 |
| 11/30/2016 | Peter J. Young | Airplane-Inflight WiFi LAX to Houston | 6.99 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 11/30/2016 | Peter J. Young | Airplane-Inflight WiFi Houston to Philadelphia | 7.99 |
| 11/30/2016 | Peter J. Young | Airplane-Los Angeles to Houston to Philadelphia to Houston to Los Angeles | 1,079.10 |
| 11/30/2016 | Peter J. Young | Lodging-2 Nights Philadelphia | 436.60 |
| 11/30/2016 | Peter J. Young | Lodging-WiFi at Hotel | 14.99 |
| 11/30/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 11/30/2016 | Peter J. Young | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 35.00 |
| 11/30/2016 | Peter J. Young | Out Of Town Transportation-Uber from Home to LAX | 66.58 |

Disbursements and Other Charges                $    6,538.57

64560183v1