# Exhibit A

**Fee Summary by Professional for the Period
September 1, 2016 through October 3, 2016**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

September 01, 2016 - October 03, 2016

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Barton, Doug | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Bradfield, Derek | Partner/Principal | $720.00 | 1.9 | $1,368.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 1.7 | $1,224.00 |
| Davine, Christine | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Hoffman, David | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 30.2 | $21,744.00 |
| Kulick, Sandie | Partner/Principal | $720.00 | 1.5 | $1,080.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 17.7 | $12,744.00 |
| Mitrovich, Lisa | Partner/Principal | $720.00 | 2.5 | $1,800.00 |
| Parker, Matt | Partner/Principal | $720.00 | 26.9 | $19,368.00 |
| Poindexter, Heath | Partner/Principal | $720.00 | 2.5 | $1,800.00 |
| Shah, Shahid | Partner/Principal | $720.00 | 1.5 | $1,080.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 0.3 | $216.00 |
| Barton, Chris | Managing Director | $720.00 | 1.0 | $720.00 |
| Craig, Valerie | Managing Director | $720.00 | 1.8 | $1,296.00 |
| Favor, Rick | Managing Director | $720.00 | 17.6 | $12,672.00 |
| Hickl, Jeff | Managing Director | $720.00 | 10.8 | $7,776.00 |
| Perez Zaldivar, Ignacio | Managing Director | $720.00 | 1.2 | $864.00 |
| Sasso, Anthony | Managing Director | $720.00 | 9.8 | $7,056.00 |
| Alimchandani, Hero | Senior Manager | $620.00 | 3.5 | $2,170.00 |
| Auyeung, Tungjun | Senior Manager | $620.00 | 28.2 | $17,484.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 2.3 | $1,426.00 |
| Furry, Margaret | Senior Manager | $620.00 | 7.1 | $4,402.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 11.8 | $7,316.00 |
| Hannagan, Peter | Senior Manager | $620.00 | 2.0 | $1,240.00 |
| Jasion, Shahara | Senior Manager | $620.00 | 1.3 | $806.00 |
| Singh, Amit | Senior Manager | $620.00 | 8.3 | $5,146.00 |
| Wang, Charlie | Senior Manager | $620.00 | 4.1 | $2,542.00 |
| Coetzee, Rachelle | Manager | $540.00 | 3.9 | $2,106.00 |
| Morehead, David | Manager | $540.00 | 3.8 | $2,052.00 |
| Murawski, Bryan | Manager | $540.00 | 10.6 | $5,724.00 |
| Overton, Patrick | Manager | $540.00 | 0.5 | $270.00 |
| Babanova, Maria | Senior Consultant | $425.00 | 6.7 | $2,847.50 |
| Baily, Brianna | Senior Consultant | $425.00 | 0.8 | $340.00 |
| Butler, Mike | Senior Consultant | $425.00 | 14.8 | $6,290.00 |
| Casey, Chris | Senior Consultant | $425.00 | 0.7 | $297.50 |
| Henry, Diane | Senior Consultant | $425.00 | 0.7 | $297.50 |
| Koprivnik, Xander | Senior Consultant | $425.00 | 7.7 | $3,272.50 |
| Sledge, Bryan | Consultant | $350.00 | 2.5 | $875.00 |
| **Professional Subtotal:** | | | **252.2** | **$161,152.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

September 01, 2016 - October 03, 2016

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Becker, Paul | Partner/Principal | $365.00 | 2.3 | $839.50 |
| Benesh, Kay | Partner/Principal | $365.00 | 2.5 | $912.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 4.7 | $1,715.50 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 58.8 | $21,462.00 |
| Mano, Patrice | Partner/Principal | $365.00 | 0.6 | $219.00 |
| Parker, Matt | Partner/Principal | $365.00 | 40.5 | $14,782.50 |
| Poindexter, Heath | Partner/Principal | $365.00 | 3.4 | $1,241.00 |
| Slyh, John | Partner/Principal | $365.00 | 34.2 | $12,483.00 |
| Smith, Wyn | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Winger, Julie | Partner/Principal | $365.00 | 9.2 | $3,358.00 |
| Craig, Valerie | Managing Director | $365.00 | 79.4 | $28,981.00 |
| Favor, Rick | Managing Director | $365.00 | 7.2 | $2,628.00 |
| Hickl, Jeff | Managing Director | $365.00 | 15.6 | $5,694.00 |
| Sasso, Anthony | Managing Director | $365.00 | 2.4 | $876.00 |
| Auyeung, Tungjun | Senior Manager | $290.00 | 57.7 | $16,733.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 89.3 | $25,897.00 |
| Erwin, Stephanie | Senior Manager | $290.00 | 0.5 | $145.00 |
| Freeman, Mike | Senior Manager | $290.00 | 11.5 | $3,335.00 |
| Garner, Kristen | Senior Manager | $290.00 | 1.0 | $290.00 |
| Salazar, Manny | Senior Manager | $290.00 | 2.5 | $725.00 |
| Singh, Amit | Senior Manager | $290.00 | 53.1 | $15,399.00 |
| Wang, Charlie | Senior Manager | $290.00 | 3.1 | $899.00 |
| Coetzee, Rachelle | Manager | $265.00 | 22.2 | $5,883.00 |
| Goswami, Chinmay | Manager | $265.00 | 0.4 | $106.00 |
| Kowalk, Bennett | Manager | $265.00 | 12.0 | $3,180.00 |
| Masserwick, Jack | Manager | $265.00 | 0.5 | $132.50 |
| Matsunaga, Roy | Manager | $265.00 | 2.2 | $583.00 |
| Morehead, David | Manager | $265.00 | 124.8 | $33,072.00 |
| Murawski, Bryan | Manager | $265.00 | 82.1 | $21,756.50 |
| Schneider, Stephen | Manager | $265.00 | 44.7 | $11,845.50 |
| Wendel, Ashley | Manager | $265.00 | 5.0 | $1,325.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 145.7 | $31,325.50 |
| Baylis, Jessica | Senior Consultant | $215.00 | 88.7 | $19,070.50 |
| Brigaitis, Stephen | Senior Consultant | $215.00 | 1.5 | $322.50 |
| Casey, Chris | Senior Consultant | $215.00 | 137.9 | $29,648.50 |
| Evetts, Erin | Senior Consultant | $215.00 | 29.0 | $6,235.00 |
| Henry, Diane | Senior Consultant | $215.00 | 94.3 | $20,274.50 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 17.9 | $3,848.50 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

September 01, 2016 - October 03, 2016

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Pansari, Anubhav | Senior Consultant | $215.00 | 98.4 | $21,156.00 |
| Persons, Hillary | Senior Consultant | $215.00 | 144.9 | $31,153.50 |
| Pothoulakis, Tony | Senior Consultant | $215.00 | 101.5 | $21,822.50 |
| Richards, Lauren | Senior Consultant | $215.00 | 43.5 | $9,352.50 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 14.5 | $3,117.50 |
| Yu, David | Senior Consultant | $215.00 | 91.8 | $19,737.00 |
| Kashang, Ansari | Consultant | $175.00 | 25.7 | $4,497.50 |
| Benvenuti, Christina | Consultant | $175.00 | 116.3 | $20,352.50 |
| Chetal, Palak | Consultant | $175.00 | 9.0 | $1,575.00 |
| Deswal, Neha | Consultant | $175.00 | 23.0 | $4,025.00 |
| Gerasymova, Kateryna | Consultant | $175.00 | 5.0 | $875.00 |
| Lau, Stephanie | Consultant | $175.00 | 75.7 | $13,247.50 |
| Lirely, Loren | Consultant | $175.00 | 109.6 | $19,180.00 |
| Mizell, Madison | Consultant | $175.00 | 132.4 | $23,170.00 |
| Mohla, Tanya | Consultant | $175.00 | 2.0 | $350.00 |
| Moscatelli, David | Consultant | $175.00 | 10.7 | $1,872.50 |
| Nasa, Srishti | Consultant | $175.00 | 1.5 | $262.50 |
| Palmer, Evan | Consultant | $175.00 | 41.9 | $7,332.50 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 82.1 | $14,367.50 |
| Sharma, Anurag | Consultant | $175.00 | 21.5 | $3,762.50 |
| Werth, Aaron | Consultant | $175.00 | 24.2 | $4,235.00 |
| **Professional Subtotal:** | | | **2,464.6** | **$573,032.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

September 01, 2016 - October 03, 2016

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Favor, Rick | Partner/Principal | $365.00 | 8.0 | $2,920.00 |
| Hickl, Jeff | Partner/Principal | $365.00 | 10.0 | $3,650.00 |
| Sasso, Anthony | Partner/Principal | $365.00 | 11.0 | $4,015.00 |
| Auyeung, Tungjun | Senior Manager | $290.00 | 25.0 | $7,250.00 |
| Wang, Charlie | Senior Manager | $290.00 | 6.0 | $1,740.00 |
| **Professional Subtotal:** | | | **60.0** | **$19,575.00** |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($9,787.50) |
| **Total** | **$9,787.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

September 01, 2016 - October 03, 2016

*Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Kilkenny, Tom | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Murawski, Bryan | Manager | $265.00 | 8.0 | $2,120.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 38.3 | $6,702.50 |
| **Professional Subtotal:** | | | **46.8** | **$9,005.00** |