**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on December 22, 2016, counsel to American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. ("EFH Corp.") caused true and accurate copies of **(i) Notice of Deposition of Debtors Pursuant to Fed. R. Civ. P. 30(b)(6), made Applicable by Bankruptcy Rule 7030 in Connection with Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors; (ii) Notice of Deposition of Nextera Pursuant to Fed. R. Civ. P. 30(b)(6), made Applicable by Bankruptcy Rule 7030 in Connection with Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors; (iii) Notice of Deposition of UMB Bank, N.A. Pursuant to Fed. R. Civ. P. 30(b)(6), made Applicable by Bankruptcy Rule 7030 in Connection with Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH; (iv) EFH Indenture Trustee's Notice of Deposition to Billie Williamson to Testify and Produce Documents Regarding Matters Relating to Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors; (v) EFH Indenture Trustee's Notice of Deposition to Charles Cremens to Testify and Produce Documents Regarding Matters Relating to Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors; (vi) EFH Indenture Trustee's Notice of Deposition to Donald L. Evans to Testify and Produce Documents Regarding Matters Relating to Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors; (vii) EFH Indenture Trustee's Notice of Deposition to Paul Keglevic to Testify Regarding Matters Relating to the EFH and EFIH Debtors; (viii) EFH Indenture**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Trustee's Notice of Deposition to Carla Howard to Testify Regarding Matters Relating to the EFH and EFIH Debtors; (ix) EFH Indenture Trustee's Notice of Subpoena to Mark Hickson to Testify at a Deposition Regarding Matters Relating to Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors; (x) The EFH Indenture Trustee's Responses and Objections to Debtors' Supplemental Document Request in Accordance with the Revised Discovery Protocol; (xii) Notice of Deposition of Debtors Pursuant to Fed. R. Civ. P. 30(b)(6), Made Applicable by Bankruptcy Rule 7030 in Connection with the Disclosure Statement Hearing** to be served via electronic mail upon the Participating Parties service list at EFH_DS_Discovery_Service_List@kirkland.com.

| | |
|---|---|
| Dated: Wilmington, DE<br>December 22, 2016 | **CROSS & SIMON, LLC**<br><br>/s/ *Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and –<br><br>NIXON PEABODY LLP<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>cfong@nixonpeabody.com<br><br>*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |