# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 22, 2016, counsel to UMB Bank, N.A., as indenture trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 (the "PIK Notes" and such holders, the "PIK Noteholders") and the 9.75% Senior Notes due 2019 (the "Unexchanged Senior Notes" and such holders, the "Unexchanged Senior Noteholders" and, together with the PIK Notes, the "EFIH Unsecured Notes") caused true and accurate copies of (a) **Notice of Rule 30(b)(6) Deposition of Delaware Trust Company**; (b) **Notice of Rule 30(b)(6) Deposition of Computershare Trust Company, N.A. and Computershare Trust Company of Canada**; (c) **Notice of Rule 30(b)(6) Deposition of Debtors**; (d) **Notice of Rule 30(b)(6) Deposition of Nextera**; (e) **Notice of Deposition of Charles H. Cremens**; (f) **Notice of Deposition of Mark E. Hickson**; (g) **Notice of Deposition of Anthony R. Horton**; (h) **Notice of Deposition of Paul Keglevic**; (i) **Notice of Deposition of James L. Robo**; (j) **Notice of Deposition of Charles E. Sieving**; (k) **Notice of Deposition of Andrew Wright**; and (l) **Notice of Deposition of David Ying** to be served via electronic mail upon the Participating Parties service list at EFH_DS_Discovery_Service_List@kirkland.com; ccarty@akingump.com; aqureshi@AkinGump.com; BGFelder@foley.com; and wmongan@akingump.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Dated: December 23, 2016
Wilmington, Delaware

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
　　　　aqureshi@akingump.com
　　　　rboller@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: salberino@akingump.com

By: */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (DE Bar ID No. 4204)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: rlemisch@klehr.com

　　　- *and* -

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, Illinois 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: hkaplan@foley.com
　　　　mhebbeln@foley.com
　　　　lapeterson@foley.com

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: bgfelder@foley.com
　　　　jfriedman@foley.com

*Co-Counsel to UMB Bank, N.A., as Indenture Trustee to the EFIH Senior Toggle Notes*