## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|:---:|:---:|
| [ALL] BK Retention and Fee Applications | 3.5 | $707.50 |
| [ALL] Case Administration | 3.8 | $1,127.50 |
| [ALL] Claims Administration & Objections | 0.9 | $292.50 |
| [ALL] Contested Matters & Adv. Proceed. | 2.8 | $980.00 |
| [ALL] Hearings | 1.2 | $246.00 |
| [ALL] Non-BK Fee/Employment Applications | 2.7 | $630.00 |
| [ALL] Plan and Disclosure Statement | 6.3 | $2,205.00 |
| **Total** | **21.2** | **$6,188.50** |