# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Filing/Court Fees | $2.80 |
| In-House Reproduction | $12.50 |
| **Total** | **$15.30** |