# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 11-18-2016 | In-House Reproduction | Photocopies (30 copies) | $3.00 |
| 11-21-2016 | Filing/Court Fees | PACER | $2.80 |
| 11-30-2016 | In-House Reproduction | Photocopies (95 copies) | $9.50 |
| **TOTAL** | | | **$15.30** |