**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 14-10979 (CSS)<br>:  (Jointly Administered)<br>:<br>: **Reference Docket No. 10297**<br>:<br>: |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 10297

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *October Fee Statement of Benesch, Friedlander, Coplan & Aronoff, LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period From October 1, 2016 through October 31, 2016* (the "Application"), filed with the Court on December 1, 2016, and entered on the Court's docket as Docket No. 10297.

The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than December 22, 2016.

The Application was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee* dated August 21, 2014 [D.I. 1896] and the *Order Establishing*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

9877340 v1

*Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Pursuant the Administrative Order, the debtors and debtors in possession in the above-captioned cases are authorized to pay Benesch, Friedlander, Coplan & Aronoff, LLP (i) $5,147.20, which is 80% of its total fees of $6,434.00, and (ii) $45.10 in expenses it incurred, for a total due of $5,192.30 upon the filing of this certification without the need for a further order of the Court.

Dated: December 28, 2016

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

 */s/ William M. Alleman, Jr.*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr. Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Co-Counsel Energy Future Holdings Corp. Fee Committee*