**EXHIBIT 1** to **EXHIBIT A**

Modify Priority Claim

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Priority Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 5DT INC. 15375 BARRANCA PKWY, G-103 IRVINE, CA 92618 | 3429 | Luminant Generation Company LLC | 503(b)(9) | $49,840.00 | Luminant Generation Company LLC | 503(b)(9) | $12,460.00 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $37,380.00 |
| | | | | | | | Subtotal | $49,840.00 |

REASON FOR MODIFICATION: Modified priority reflects that, according to Debtors' books and records and/or documentation filed with the proof of claim, the claim is for services or other non-goods, which do not qualify for 503(b)(9) priority.

| | | | | TOTAL | $49,840.00 | | TOTAL | $49,840.00 |

Page 1 of 1