# EXHIBIT 4

**NextEra Energy Inc., Form 10-K (Dec. 31, 2015)**




# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended **December 31, 2015**

| Commission File Number | Exact name of registrants as specified in their charters, address of principal executive offices and registrants' telephone number | IRS Employer Identification Number |
|---|---|---|
| 1-8841 | **NEXTERA ENERGY, INC.** | 59-2449419 |
| 2-27612 | **FLORIDA POWER & LIGHT COMPANY** | 59-0247775 |

700 Universe Boulevard
Juno Beach, Florida 33408
(561) 694-4000

**State or other jurisdiction of incorporation or organization:** Florida

**Securities registered pursuant to Section 12(b) of the Act:**

| | | Name of exchange on which registered |
|---|---|---|
| **NextEra Energy, Inc.:** | Common Stock, $0.01 Par Value | New York Stock Exchange |
| | 5.799% Corporate Units | New York Stock Exchange |
| | 6.371% Corporate Units | New York Stock Exchange |
| **Florida Power & Light Company:** None | | |

Indicate by check mark if the registrants are well-known seasoned issuers, as defined in Rule 405 of the Securities Act of 1933.

    NextEra Energy, Inc.    Yes ☑    No ☐    Florida Power & Light Company    Yes ☑    No ☐

Indicate by check mark if the registrants are not required to file reports pursuant to Section 13 or Section 15(d) of the Securities Exchange Act of 1934.

    NextEra Energy, Inc.    Yes ☐    No ☑    Florida Power & Light Company    Yes ☐    No ☑

Indicate by check mark whether the registrants (1) have filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months, and (2) have been subject to such filing requirements for the past 90 days.

    NextEra Energy, Inc.    Yes ☑    No ☐    Florida Power & Light Company    Yes ☑    No ☐

Indicate by check mark whether the registrants have submitted electronically and posted on their corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months.

    NextEra Energy, Inc.    Yes ☑    No ☐    Florida Power & Light Company    Yes ☑    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrants' knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrants are a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Securities Exchange Act of 1934.

| | Large Accelerated Filer | Accelerated Filer | Non-Accelerated Filer | Smaller Reporting Company |
|---|---|---|---|---|
| NextEra Energy, Inc. | ☑ | ☐ | ☐ | ☐ |
| Florida Power & Light Company | ☐ | ☐ | ☑ | ☐ |

Indicate by check mark whether the registrants are shell companies (as defined in Rule 12b-2 of the Securities Exchange Act of 1934).    Yes ☐    No ☑

Aggregate market value of the voting and non-voting common equity of NextEra Energy, Inc. held by non-affiliates as of June 30, 2015 (based on the closing market price on the Composite Tape on June 30, 2015) was $44,190,491,194.

There was no voting or non-voting common equity of Florida Power & Light Company held by non-affiliates as of June 30, 2015.

Number of shares of NextEra Energy, Inc. common stock, $0.01 par value, outstanding as of January 31, 2016: 460,599,691

Number of shares of Florida Power & Light Company common stock, without par value, outstanding as of January 31, 2016, all of which were held, beneficially and of record, by NextEra Energy, Inc.: 1,000

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of NextEra Energy, Inc.'s Proxy Statement for the 2016 Annual Meeting of Shareholders are incorporated by reference in Part III hereof.

_____

This combined Form 10-K represents separate filings by NextEra Energy, Inc. and Florida Power & Light Company. Information contained herein relating to an individual registrant is filed by that registrant on its own behalf. Florida Power & Light Company makes no representations as to the information relating to NextEra Energy, Inc.'s other operations.

Florida Power & Light Company meets the conditions set forth in General Instruction I.(1)(a) and (b) of Form 10-K and is therefore filing this Form with the reduced disclosure format.

**NEXTERA ENERGY, INC. AND FLORIDA POWER & LIGHT COMPANY**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

## 5. Income Taxes

The components of income taxes are as follows:

|  | NEE | | | FPL | | |
|---|---|---|---|---|---|---|
|  | Years Ended December 31, | | | Years Ended December 31, | | |
|  | **2015** | 2014 | 2013 | **2015** | 2014 | 2013 |
|  | (millions) | | | | | |
| Federal: | | | | | | |
| Current | $ **10** | $ — | $ (145) | $ **423** | $ 240 | $ 174 |
| Deferred | **1,194** | 1,077 | 853 | **399** | 542 | 540 |
| Total federal | **1,204** | 1,077 | 708 | **822** | 782 | 714 |
| State: | | | | | | |
| Current | **31** | (29) | 69 | **58** | 68 | 44 |
| Deferred | **(7)** | 128 | — | **77** | 60 | 77 |
| Total state | **24** | 99 | 69 | **135** | 128 | 121 |
| Total income taxes | $ **1,228** | $ 1,176 | $ 777 | $ **957** | $ 910 | $ 835 |

A reconciliation between the effective income tax rates and the applicable statutory rate is as follows:

|  | NEE | | | FPL | | |
|---|---|---|---|---|---|---|
|  | Years Ended December 31, | | | Years Ended December 31, | | |
|  | **2015** | 2014 | 2013 | **2015** | 2014 | 2013 |
| Statutory federal income tax rate | **35.0 %** | 35.0 % | 35.0 % | **35.0 %** | 35.0 % | 35.0 % |
| Increases (reductions) resulting from: | | | | | | |
| State income taxes - net of federal income tax benefit | **0.4** | 1.8 | 1.8 | **3.4** | 3.4 | 3.6 |
| PTCs and ITCs - NEER | **(4.1)** | (5.1) | (8.5) | **—** | — | — |
| Convertible ITCs - NEER | **(0.8)** | (1.4) | (2.5) | **—** | — | — |
| Valuation allowance associated with Spain solar projects[a] | **—** | 0.7 | 5.2 | **—** | — | — |
| Charges associated with Canadian assets | **—** | 1.3 | — | **—** | — | — |
| Other - net | **0.3** | — | 0.7 | **(1.7)** | (0.9) | (0.4) |
| Effective income tax rate | **30.8 %** | 32.3 % | 31.7 % | **36.7 %** | 37.5 % | 38.2 % |

_____
(a)  Reflects a full valuation allowance on deferred tax assets associated with the Spain solar projects. See Note 4 - Nonrecurring Fair Value Measurements.

106

**NEXTERA ENERGY, INC. AND FLORIDA POWER & LIGHT COMPANY**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The income tax effects of temporary differences giving rise to consolidated deferred income tax liabilities and assets are as follows:

|  | NEE | | FPL | |
|---|---|---|---|---|
|  | December 31, | | December 31, | |
|  | **2015** | 2014 | **2015** | 2014 |
|  | (millions) | | | |
| **Deferred tax liabilities:** | | | | |
| Property-related | $ **12,204** | $ 11,700 | $ **8,040** | $ 7,457 |
| Pension | **455** | 489 | **480** | 459 |
| Nuclear decommissioning trusts | **219** | 258 | — | — |
| Net unrealized gains on derivatives | **528** | 390 | — | — |
| Investments in partnerships and joint ventures | **403** | 291 | — | — |
| Other | **1,196** | 769 | **695** | 435 |
| Total deferred tax liabilities | **15,005** | 13,897 | **9,215** | 8,351 |
| **Deferred tax assets and valuation allowance:** | | | | |
| Decommissioning reserves | **438** | 427 | **386** | 374 |
| Postretirement benefits | **141** | 154 | **95** | 99 |
| Net operating loss carryforwards | **604** | 1,070 | **4** | — |
| Tax credit carryforwards | **2,916** | 2,742 | — | — |
| ARO and accrued asset removal costs | **759** | 737 | **697** | 686 |
| Other | **836** | 820 | **303** | 318 |
| Valuation allowance[a] | **(223)** | (323) | — | — |
| Net deferred tax assets | **5,471** | 5,627 | **1,485** | 1,477 |
| Net deferred income taxes | $ **9,534** | $ 8,270 | $ **7,730** | $ 6,874 |

---
(a) Amount relates to a valuation allowance related to the Spain solar projects, deferred state tax credits and state operating loss carryforwards.

Deferred tax assets and liabilities are included on the consolidated balance sheets as follows:

|  | NEE | | FPL | |
|---|---|---|---|---|
|  | December 31, | | December 31, | |
|  | **2015** | 2014 | **2015** | 2014 |
|  | (millions) | | | |
| Deferred income taxes - current assets | $ **—** [a] | $ 739 | $ **—** [a] | $ — |
| Noncurrent other assets | **293** | 264 | — | — |
| Other current liabilities | **—** [a] | (12) | **—** [a] | (39) |
| Deferred income taxes - noncurrent liabilities | **(9,827)** | (9,261) | **(7,730)** | (6,835) |
| Net deferred income taxes | $ **(9,534)** | $ (8,270) | $ **(7,730)** | $ (6,874) |

---
(a) Effective December 31, 2015, all deferred taxes are classified as noncurrent. See Note 1 - Income Taxes.

**NEXTERA ENERGY, INC. AND FLORIDA POWER & LIGHT COMPANY**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The components of NEE's deferred tax assets relating to net operating loss carryforwards and tax credit carryforwards at December 31, 2015 are as follows:

|  | Amount | Expiration Dates |
|---|---|---|
|  | (millions) |  |
| Net operating loss carryforwards: |  |  |
| Federal | $ 361 | 2026-2035 |
| State | 153 | 2016-2035 |
| Foreign | 90 [a] | 2017-2024 |
| Net operating loss carryforwards | $ 604 |  |
| Tax credit carryforwards: |  |  |
| Federal | $ 2,585 | 2022-2035 |
| State | 331 [b] | 2016-2037 |
| Tax credit carryforwards | $ 2,916 |  |

_____
(a) Includes $89 million of net operating loss carryforwards with an indefinite expiration period.
(b) Includes $158 million of ITC carryforwards with an indefinite expiration period.

### 6. Discontinued Operations

In 2013, a subsidiary of NEER completed the sale of its ownership interest in a portfolio of hydropower generation plants and related assets with a total generating capacity of 351 MW located in Maine and New Hampshire. The sales price primarily included the assumption by the buyer of $700 million in related debt. In connection with the sale, a gain of approximately $372 million ($231 million after-tax) is reflected in gain from discontinued operations, net of income taxes in NEE's consolidated statements of income for the year ended December 31, 2013. The operations of the hydropower generation plants, exclusive of the gain, were not material to NEE's consolidated statements of income for the year ended December 31, 2013.

See Note 4 - Nonrecurring Fair Value Measurements for a discussion of the decision not to pursue the sale of Maine fossil and the related financial statement impacts.

### 7. Jointly-Owned Electric Plants

Certain NEE subsidiaries own undivided interests in the jointly-owned facilities described below, and are entitled to a proportionate share of the output from those facilities. The subsidiaries are responsible for their share of the operating costs, as well as providing their own financing. Accordingly, each subsidiary includes its proportionate share of the facilities and related revenues and expenses in the appropriate balance sheet and statement of income captions. NEE's and FPL's respective shares of direct expenses for these facilities are included in fuel, purchased power and interchange expense, O&M expenses, depreciation and amortization expense and taxes other than income taxes and other in NEE's and FPL's consolidated statements of income.

NEE's and FPL's proportionate ownership interest in jointly-owned facilities is as follows:

|  | December 31, 2015 | | | |
|---|---|---|---|---|
|  | Ownership Interest | Gross Investment[a] | Accumulated Depreciation[a] | Construction Work in Progress |
|  |  | (millions) | | |
| FPL: |  |  |  |  |
| St. Lucie Unit No. 2 | 85% | $ 2,190 | $ 777 | $ 23 |
| St. Johns River Power Park units and coal terminal | 20% | $ 398 | $ 207 | $ 2 |
| Scherer Unit No. 4 | 76% | $ 1,130 | $ 378 | $ — |
| NEER: |  |  |  |  |
| Duane Arnold | 70% | $ 435 | $ 126 | $ 24 |
| Seabrook | 88.23% | $ 1,111 | $ 239 | $ 67 |
| Wyman Station Unit No. 4 | 84.35% | $ 74 | $ 51 | $ — |
| Corporate and Other: |  |  |  |  |
| Transmission substation assets located in Seabrook, New Hampshire | 88.23% | $ 73 | $ 19 | $ 3 |

_____
(a) Excludes nuclear fuel.

108