**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on December 28, 2016, I caused a true and correct copy of the **Objection of EFH Indenture Trustee to the Motion of the EFH/EFIH Debtors for Entry of a Supplemental Order (A) Binding Holders of Claims and Interest to Their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation of Votes on the Plan, and (D) Approving the Manner and Forms of Notice Related Thereto Filed** to be served upon the parties listed on the attached service list via electronic mail and first class mail.

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)

**SERVICE LIST**

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801
Email: collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, New York 10022-4611
Email: edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654
Email: james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.
Mark K Thomas, Esq.
Peter J. Young, Esq.
Three First National Plaza
70 W. Madison St, Ste. 3800
Chicago, IL 60602
Email: jmarwil@proskauer.com
      mthomas@proskauer.com
      pyoung@proskauer.com

BIELLI & KLAUDER LLC
David M. Klauder, Esq.
1204 N King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

CRAVATH, SWAIN, & MOORE LLP
Michael A. Paskin, Esq.
Trevor M. Broad, Esq.
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475
Email: mpaskin@cravath.com
      tbroad@cravath.com

| | |
|---|---|
| STEVENS & LEE PC<br>Joseph H. Huston, Jr. , Esq.<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>Email: jhh@stevenslee.com | THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE<br>Richard L. Schepacarter, Esq.<br>Andrea B. Schwartz, Esq.<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>Email: richard.schepacarter@usdoj.gov<br>          andrea.b.schwartz@usdoj.gov |
| SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich, Esq.<br>Brian D. Glueckstein, Esq.<br>Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          torkinm@sullcrom.com | MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP<br>Natalie D. Ramsey, Esq.<br>Davis Lee Wright, Esq.<br>Mark A. Fink, Esq.<br>1105 N. Market St., 15th FL<br>Wilmington, DE 19801<br>Email: nramsey@mmwr.com<br>          dwright@mmwr.com<br>          mfink@mmwr.com |