# EXHIBIT 1 to EXHIBIT A

## Modify Priority Claim

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Disputed Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | RANGER EXCAVATING LP<br>C/O STEPHEN SAKONCHICK II, P.C.<br>ATTN: STEPHEN SAKONCHICK, II<br>6502 CANON WREN DRIVE<br>AUSTIN, TX 78746 | 2613 | Sandow Power Company LLC | Secured | $292,598.58* | Sandow Power Company LLC | Secured | $225,000.00 |
| | REASON FOR MODIFICATION: Modified to reflect settlement between the Debtors and the Claimant. | | | | | | | |
| | | | | TOTAL | $292,598.58* | | TOTAL | $225,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1