UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

FILED

2016 DEC 28  PM 2:41

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

    DEBTOR:  ENERGY FUTURE HOLDINGS ET AL
          Chapter 11
          Case No. 14-10979 (CSS), Jointly Administered BAP No. 15-82, Judge Sontchi
          Objections due by Date: January 18, 2016

NOTICE OF MOTION

TO: Energy Future Holdings et al
    Jason Madron with Richards, Layton & Finger P.A.
    Edward Sassower with Kirkland & Ellis International NY
    James Spray with Kirkland & Ellis IL
    Mark McKane with Kirkland & Ellis CA
    Jonathan Ganer with Kirkland & Ellis D.C.

    United States Trustee T. Patrick Tinker DE

Kenneth R. Stewart, a.k.a. Kenneth S. Stewart, pro se, hereby files an APPEAL WITH A MOTION FOR CHANGE OF VENUE which seeks the following relief:

    In the "interest of justice", Court remedy to include acceptance of Stewart's Motion for a Change of Venue due to fraudulent acts by Debtor, and conveyances by specific Texas actors with premeditated concealment of crucial facts and identities, and to include return of all of my assets to me personally, along with penalty, in Northern Texas Federal Dallas Court in Texas where justice may prevail.

You are required to file a response to the attached motion on or before January 14, 2017 to

Kenneth R. Stewart   P. O. Box 270784  Dallas, TX 75227.

Hearing on the Motion will be held on or before February 18, 2017.

If you fail to respond in accordance with this NOTICE, the Court may grant the relief demanded by the Motion without further Notice of Hearing.

BY: _K Stewart_____ (Pro se)    Date: _12-26-16_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: ENERGY FUTURE HOLDINGS, et al.

FILED

2016 DEC 28  PM 2:41

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| KENNETH R. STEWART, (PRO-SE) ) | Civil Action No. 15-1213 UNA |
| ) | |
| Creditor/Appellant/Movant ) | |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ET AL., ) | Bankruptcy Case No. 14-10979 (CSS) |
| ) | |
| Debtor ) | (Jointly Administered) |
| ) | BAP NO. 15-82 |

## AN APPEAL WITH A MOTION FOR A CHANGE OF VENUE

1. The Creditor/Appellant/Movant  here now files AN APPEAL WITH A MOTION FOR A CHANGE

   OF VENUE for seven  reasons:

   a.  A change of venue to the different Northern Texas District-Dallas of the U.S. Federal

      Courts in Texas and/or Appeals Court in Louisiana or Supreme Court of Texas shall provide

      Creditor affordable and local legal counsels, records and witnesses;

   b.  Most criminal actors stated here before in my charges are located locally;

   c.  Arranging evidence, depositions and subpoenas of said Actors shall be much easier;

   d.  The Debtor and other most specific actors are based in Texas.

e.  The Movant requests a move for change of venue citing other various reasons such as:

publicity, improper venue, or interests of justice;

f.  The Movant seeks another Court outside of Bankruptcy to pursue said claims;

g.  Also, the failure of said Courts to correctly and thoroughly address the Debtors failure to

disclose in Court, and on the initial U.S. Nuclear Regulatory Commission (NRC) application,

and the following annual filings various matters pertaining to the Movant as the long time

sole policy holder for Debtor's Nuclear Insurance Policy. Furthermore, the courts have not

referred these fraudulent disclosure and insurance deception issues to the U.S. Attorney

General, NRC, and Homeland Security for review as required by law.

2.  Whereas, a MOTION FOR CHANGE OF VENUE to the specific U.S. Federal District Court in

Northern Texas, and/or Louisiana for Appeals, allows Creditor to move from the EFH et al

In Bankruptcy Court and transfer to the local Texas Federal District Court where Movant may

pursue various proven actors, perpetrators, agents, and agencies whom have colluded on

concealing, controlling and criminally misappropriating and stealing my assets, including real

estate and trusts.

a.  There are two basic requirements that must be met before a court can hear a case. The

first is jurisdiction, which means that the court has the authority to decide the legal
issues which affect the rights of the parties in the case. The second is venue, which

decides whether the court is in the best location to hear the case.

b. Furthermore, according to 28 U.S.C. Federal Statute 1406(a), this decision can be based on either (1) the interests of justice or (2) the convenience of the parties, or both: Movant pleads The Delaware Court is too far for me to travel and find legal counsel and was done so deliberately by Debtor to make it difficult for me to participate and prosecute effectively on my position.

c. Movant pleads improper court forum, where Federal Code 1406(a) allows for transfer of a case that has been brought in an improper forum.

d. Movant pleads for a different court forum. The Delaware Trial Handbook § 2:15. CHANGE OF VENUE IN CIVIL ACTIONS states: *Different Court.*  The issue of a change of venue between different courts is most likely to arise in the context of a motion to dismiss on the ground of lack of subject matter jurisdiction. 248  In the event that a court determines that it lacks subject matter jurisdiction, it may not dismiss the action solely for that reason. Instead, the plaintiff must be given the opportunity to transfer the proceeding to an appropriate court for hearing and determination.

3. Whereas, Delaware Bankruptcy may be the improper venue for the Movant as the majority of the colluding actors, perpetrators, agents and agencies are Texas locals and this move allows Creditor easy access to file suit, arrange depositions, subpoenas and trials with lots of public news coverage:

a. In Civil Cases 28 U.S.C. 1391 governs the venue in federal courts. The law states that the venue is proper in the district where the person resides or does business or where the

events giving rise to the claim occurred;

b.  **In Criminal Cases:** In criminal cases, the venue is the location where the particular crime was committed. Fed.R.Civ.P. 31 deals with the change of venue in criminal cases in federal courts.  When the crime was initiated in one area but completed in another, then the trial may be held at either of those locations.

4.  Whereas, Creditor/Movant reserves all rights to re-enter this Delaware Bankruptcy case against said Debtor, or a new Texas case, along with any future criminal, civil and malfeasance claims hereto. This includes charges of the many Debtor violations to U.S. Federal laws pertaining to the illegal & criminal document preparations, corruption, and the falsifying of the U.S. Federal Application for Nuclear Power Generating Plants and the Annual Operation Filings, and reports to U.S. Homeland Security which were not addressed in this court even though this coverup alludes to terrorist or organized crime collusion at every angle.  In re: 2014 Emoral , Inc., Delaware District 3: 13-1467 Personal Injury causes of action arising from the alleged wrongful conduct of a debtor-corporation, asserted against a third-party non-debtor on a mere continuation theory of successor liability under Delaware state, are properly characterized claims against property of the bankruptcy estate.

_____ (Pro Se)  Date:  12-26-16



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CHICAGO IL 60654 — OFFICIAL USE

Certified Mail Fee $3.30     0228   13

Extra Services & Fees (check box, add fee as appropriate)    $2.70
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00     Postmark Here
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery   $

Postage $0.68

Total Postage and Fees   $6.68     12/27/2016

Sent To James Spraytegan c/o Kirkland Ellis
Street and Apt. No., or PO Box No. 300 N LaSalle St
City, State, ZIP+4® Chicago, IL 60654

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WILMINGTON DE 19801 — OFFICIAL USE

Certified Mail Fee $3.30     0228   13

Extra Services & Fees (check box, add fee as appropriate)    $2.70
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00     Postmark Here
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery   $ $0.00

Postage $0.47

Total Postage and Fees   $6.47     12/27/2016

Sent To Patrick Tinker U.S. Trustee
Street and Apt. No., or PO Box No. 844 King St, #2207 LB 35
City, State, ZIP+4® Wilmington DE 1980)

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WILMINGTON DE 19801 — OFFICIAL USE

Certified Mail Fee $3.30     0228   13

Extra Services & Fees (check box, add fee as appropriate)    $2.70
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00     Postmark Here
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery   $

Postage $0.68

Total Postage and Fees   $6.68     12/27/2016

Sent To Richards Layton & Fingers
Street and Apt. No., or PO Box No. 920 N King St
City, State, ZIP+4® Wilmington, DE 19801

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NY 10022 — OFFICIAL USE

Certified Mail Fee $3.30     0228   13

Extra Services & Fees (check box, add fee as appropriate)    $2.70
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00     Postmark Here
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery   $

Postage $0.68

Total Postage and Fees   $6.68     12/27/2016

Sent To Edward Sassower w/ Kirkland & Ellis
Street and Apt. No., or PO Box No. 601 Lexington Ave
City, State, ZIP+4® NY 10022-4611

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NEW YORK NY 1001 — OFFICIAL USE

Certified Mail Fee $3.30     0228   13

Extra Services & Fees (check box, add fee as appropriate)    $2.70
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00     Postmark Here
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery   $

Postage $0.68

Total Postage and Fees   $6.68     12/27/2016

Sent To EPIQ Bankruptcy Solutions
Street and Apt. No., or PO Box No. 757 Third Ave 3rd Floor
City, State, ZIP+4® New York, NY 10017

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

12 — 26 — 16

Judge Sontchi / Judge Andrews :

Appeal Fee to be paid within

7 days.  Thank you.

K. Stewart

817.751.3280

FILED

2016 DEC 28  PM 2:41

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE