IN THE UNTIED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al, | ) | Case No. 14-10979(CSS) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

NOW COME Wayne English ("English"), creditor, appealing from the Order sustaining Debtors' Seventeenth Omnibus Objection denying English's claim in the above-entitled action.

Notice is hereby given that Wayne English, creditor in the above-named bankruptcy case, appeals to the District Court from the Order entered on December 13, 2016, that disallowed and expunged English's proof of claim.   English claim was the result of his mitigating a $100,000.00 TXU corporate bond debt down to $24,580.00.

The following names identify the other parties to the appeal:

Energy Future Holdings Corp., et al, the Debtors and Debtors in possession that are represented by:

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)

Daniel J. DeFranceschi (No. 2732)

Jason M. Madron (No. 4431)

920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302)651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlfcom
-and-
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212)446-4800
Facsimile: (212)446-4900

Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@ldrkland.com
-and-
James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Emai 1: j ames. sprayregen@kirkland. com
marc.kieselstein@kirkland.com
chad.husnick@kirldand.com
steven.serajeddini@kirkland.com
*Co-Counsel to the Debtors and Debtors in Possession*

Election to have appeal heard by District Court:

Appellate elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Date: December 21, 2016

Respectfully submitted,

By: /s/ Wayne English
Wayne English, pro se
4849 Bluecap Court
Mesquite, Texas 75181
Tel:    214-460-4975 (Fax 972-222-4285)

Waynemenglish@aol.com

Certificate of Service

Wayne English, hereby certifies that a copy of the foregoing motion was sent on December 21, 2016, via email, mail, or fax to Richards, Layton, & Finger, P.A., Kirkland & Ellis LLP, and James H. M. Sprayregen, P.C.

Wayne English