# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 10417** |

**SUPPLEMENTAL DECLARATION OF DISINTERESTEDNESS OF GIBSON, DUNN & CRUTCHER LLP PURSUANT TO THE ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, Robert Little, declare under penalty of perjury:

1. I am a Partner of Gibson, Dunn & Crutcher LLP, located at 2100 McKinney Avenue, Dallas, TX 75201 (the "Company").

2. On December 19, 2016, the Company filed the *Declaration of Disinterestedness of Gibson, Dunn & Crutcher LLP Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [D.I. 10417] (the "OCP Declaration").[2]

3. In the OCP Declaration, the Company agreed to modify an indemnification provision in the Company's engagement letter (the "Engagement Letter") pursuant to the *Order*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Declaration.

RLF1 16410272v.1

*Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [D.I. 765].

4. Pursuant to the *Order Authorizing the Debtors to Retain and Employ Gibson, Dunn & Crutcher LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2058], such indemnification provision was deleted.

5. Therefore, notwithstanding anything set forth in the prior OCP Declaration or in the Engagement Letter, I acknowledge that the Debtors shall have no indemnity obligations to the Company under the Engagement Letter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2016                  */s/ Robert B. Little*
                                                          ROBERT B. LITTLE