# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: DMC | Date Created: 12/29/2016 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee | U.S. Federal Office Building | 201 Varick Street, Rm 1006    New York, NY 10065 |
| aty | Daniel J. DeFranceschi | Richards, Layton & Finger | One Rodney Square, P.O. Box 551 | Wilmington, DE 19899 |
| aty | Jason M. Madron | Richards, Layton & Finger, P.A. | One Rodney Square    P.O. Box 551 | Wilmington, DE 19899 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A. | One Rodney Square    920 North King Street | Wilmington, DE 19801 |
| aty | Richard L. Schepacarter | Office of the United States Trustee | U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35 | Wilmington, DE 19801 |

TOTAL: 5