# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| | ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on December 29, 2016 a true and correct copy of the RESERVATION OF RIGHTS OF UMB BANK, N.A. REGARDING THE MOTION OF THE EFH/EFIH DEBTORS FOR ENTRY OF A SUPPLEMENTAL ORDER (A) BINDING HOLDERS OF CLAIMS AND INTERESTS TO THEIR PRIOR BALLOTS, PURSUANT TO SECTION 1127 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3019, (B) APPROVING THE REVISED EFH/EFIH DISCLOSURE STATEMENT, (C) APPROVING THE PROCEDURES AND TIMELINE FOR THE LIMITED RESOLICITATION OF VOTES ON THE PLAN AND (D) APPROVING THE MANNER AND FORMS OF NOTICE RELATED THERETO (the "Reservation of Rights") was served on the following counsel of record for the above captioned Debtors via e-mail:

Edward O. Sassower, P.C.
Stephen Hessler
Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022-4611
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

James H.M. Sprayregen, P.A.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

PHIL1 5451131v.1

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

In addition, the Reservation of Rights was also served on December 29, 2016 via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement* (D.I. 8514)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com

| | |
|---|---|
| Dated: December 29, 2016<br>Wilmington, DE | By: */s/ Raymond H. Lemisch*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch (DE Bar ID No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Tel: (302) 426-1189<br>Fax: (302) 426-9193<br>Email: rlemisch@klehr.com |
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>Robert J. Boller (admitted *pro hac vice*)<br>Christopher Carty (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone:    (212) 872-1000<br>Facsimile:    (212) 872-1002<br>Email:         idizengoff@akingump.com<br>                 aqureshi@akingump.com<br>                 rboller@akingump.com<br>                 ccarty@akingump.com | - *and* -<br>**FOLEY & LARDNER LLP**<br>Harold L. Kaplan (admitted *pro hac vice*)<br>Mark F. Hebbeln (admitted *pro hac vice*)<br>Lars A. Peterson (admitted *pro hac vice*)<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60654-5313<br>Telephone: (312) 832-4500<br>Facsimile:  (312) 832-4700<br>Email:  hkaplan@foley.com<br>            mhebbeln@foley.com<br>            lapeterson@foley.com |

| | |
|---|---|
| Scott L. Alberino (admitted *pro hac vice*) | Barry G. Felder (admitted *pro hac vice*) |
| 1333 New Hampshire Avenue, N.W. | Jonathan H. Friedman (admitted *pro hac vice*) |
| Washington, DC 20036 | 90 Park Avenue |
| Telephone: (202) 887-4000 | New York, NY 10016 |
| Facsimile: (202) 887-4288 | Tel: (212) 682-7474 |
| Email: salberino@akingump.com | Fax: (212) 687-2329 |
| | Email: bgfelder@foley.com |
| | jfriedman@foley.com |