IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) <br> ) (Joint Administration) |
| Debtors. | ) **Related to Docket No. 10459** |

## AFFIDAVIT OF SERVICE

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the EFIH 2nd Lien Notes Indenture Trustee, and that on the 29th day of December, 2016, she caused a copy of the following document(s) to be served upon the parties on the attached service list in the manner indicated.

- EFIH Second Lien Trustee's Objection to the Debtors' Disclosure Statement

_/s/ Elizabeth C. Thomas_
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this 30 day of December, 2016.

_/s/ John Bower_
Notary Public
My Commission Expires: SEPT. 16, 2018

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

DOCS_DE:192954.6 23731/001

Energy Future Holdings Corp.
Service List-Obj to E-Side Plan Confirmation
Case No. 14-10979 (CSS)
Document No. 210780
25– Email
05–Hand Delivery
05– First Class Mail

**Electronic Mail & Hand Delivery**
(Counsel to the Debtors)
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Mark Collins, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

**Electronic Mail & Hand Delivery**
(Counsel for Energy Future Holdings Corp)
David M. Klauder, Esquire
BIELLI & KLAUDER, LLC
1204 North King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

**Electronic Mail & Hand Delivery**
(U.S. Trustee)
Richard Schepacarter, Esquire
Andrea B. Schwartz, Esquire
UNITED STATES TRUSTEE
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov
andrea.b.schwartz@usdoj.gov

**Electronic Mail & Hand Delivery**
(Counsel for The EFIH Official Committee of Unsecured Creditors)
Natalie D. Ramsey, Esquire
Davis Lee Wright, Esquire
Mark A. Fink, Esquire
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Email: nramsey@mmwr.com
dwright@mmwr.com
mfink@mmwr.com

**Electronic Mail & Hand Delivery**
(Independent Counsel for EFIH)
Joseph Huston Jr., Esq.
Stevens & Lee PC
1105 N Market Street, Suite 700
Wilmington, DE 19801
Email: jhh@stevenslee.com

**Electronic Mail & First Class Mail**
(Counsel to the Debtors)
Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

**Electronic Mail & First Class Mail**
(Counsel to the Debtors)
James H.M. Sprayregen, P.C.
Marc Kieselstein, Esquire
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com

steven.serajeddini@kirkland.com

**Electronic Mail & First Class Mail**
(Counsel for Energy Future Holdings Corp.)
Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison Street, Suite 3800
Chicago, IL 60602
Email: jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

**Electronic Mail & First Class Mail**
(Independent Counsel for EFIH)
Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Email: mpaskin@cravath.com
tbroad@cravath.com

**Electronic Mail & First Class Mail**
(Counsel for The EFIH Official Committee
of Unsecured Creditors)
Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Michael H. Torkin, Esquire
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
torkinm@sullcrom.com