UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979     BK ⦿  AP ◯

If AP, related BK case number:

**Title of Order Appealed:** Order (Fourth) Sustaining Debtors' Seventeenth Omnibus Objection to Claims.

**Docket #:** 10380     **Date Entered:** 12/13/2016

Item Transmitted:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Notice of Appeal | Docket #: | 10455 | Date Filed: | 12/29/2016 |
| ☐ | Amended Notice of Appeal | Docket #: | | Date Filed: | |
| ☐ | Cross Appeal | Docket #: | | Date Filed: | |
| ☐ | Motion for Leave to Appeal | Docket #: | | Date Filed: | |
| ☐ | Request for Certification of Direct Appeal | Docket #: | | Date Filed: | |

**Appellant/Cross Appellant:**

Wayne English
4849 Bluecap Court
Mesquite, TX  75181

**Appellee/Cross Appellee**

Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, TX  75201

**Counsel for Appellant/Cross Appellant:**

pro se

**Counsel for Appellee/Cross Appellee:**

Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ⦿ | ◯ |
| **IFP application filed by applicant?** | ◯ | ⦿ |
| **Have additional appeals of the same order been filed?** | ◯ | ⦿ |
| ***If Yes, has District Court assigned a Civil Action Number?** | ◯ | ⦿ |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/30/2016          **by:** _____Donna Capell_____
                                    **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    16-103