IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 4, 2017 STARTING AT 10:00 A.M. (EST)[2]

I. **CONTESTED MATTERS GOING FORWARD:**

1.  Motion of the EFH/EFIH Debtors for Entry of a Supplemental Order (A) Binding Holders of Claims and Interests to Their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation of Votes on the Plan, and (D) Approving the Manner and Forms of Notice Related Thereto [D.I. 10349; filed December 8, 2016]

    Response/Objection Deadline:   December 28, 2016 at 2:00 p.m. (EST)

    Responses/Objections Received:

    A.  Objection of EFH Indenture Trustee to the Motion of the EFH/EFIH Debtors for Entry of a Supplemental Order (A) Binding Holders of Claims and Interests to their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation of Votes on the Plan, and (D)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The January 4, 2017 (the "January 4th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST). Any person who wishes to appear telephonically at the January 4th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Tuesday, January 3, 2017** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

RLF1 16413051v.1

Approving the Manner and Forms of Notice Related Thereto Filed (SEALED) [D.I. 10449; filed December 28, 2016]

B. Objection of EFH Indenture Trustee to the Motion of the EFH/EFIH Debtors for Entry of a Supplemental Order (A) Binding Holders of Claims and Interests to their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation of Votes on the Plan, and (D) Approving the Manner and Forms of Notice Related Thereto Filed (REDACTED) [D.I. 10450; filed December 28, 2016]

Related Documents:

i. Notice of Filing Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9199; filed August 5, 2016]

ii. Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9200; filed August 5, 2016] (the "Original E-Side Disclosure Statement")

iii. Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 9381; filed August 24, 2016] (the "E-Side Scheduling Order")

iv. Order (A) Approving the EFH/EFIH Disclosure Statement, (B) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 9585; filed September 19, 2016]

v. Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9612; filed September 21, 2016]

vi. Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 9613; filed September 21, 2016]

vii. Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9616; filed September 21, 2016]

viii. Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 9617; filed September 21, 2016]

ix. Notice of Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 9647; filed September 23, 2016]

x. Plan Supplement as it Relates to the EFH Debtors and EFIH Debtors for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10101; filed November 11, 2016]

xi. Notice of Filing of EFH/EFIH Plan Supplement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10102; filed November 11, 2016]

xii. Notice of Second Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 10140; filed November 15, 2016]

xiii. Notice Regarding Scheduling Order and Commencement of Plan Confirmation Proceedings [D.I. 10235; filed November 21, 2016]

xiv. Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 10239; filed November 21, 2016]

xv. Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10290; filed December 1, 2016]

xvi. Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 10291; filed December 1, 2016]

xvii. Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10293; filed December 1, 2016]

xviii.  Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 10294; filed December 1, 2016]

xix.  Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10301; filed December 2, 2016]

xx.  Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings [D.I. 10327; filed December 7, 2016] (the "Supplemental Scheduling Order")

xxi.  Notice of EFH/EFIH Disclosure Statement Hearing [D.I. 10396; filed December 15, 2016]

xxii.  Disclosure Statement for the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10446; filed December 28, 2016]

xxiii.  Disclosure Statement for the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 10447; filed December 28, 2016]

xxiv.  Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10453; filed December 28, 2016]

xxv.  Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 10454; filed December 28, 2016]

Status: The hearing on this matter will go forward.

2.  Disclosure Statement for the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10446; filed December 28, 2016]

Response/Objection Deadline:    December 28, 2016 at 2:00 p.m. (EST); extended to December 29, 2016 at 4:00 p.m. (EST) for the EFIH First Lien Indenture

                    Trustee and EFIH Second Lien Indenture Trustee only; extended to December 29, 2016 at 11:59 p.m. (EST) for UMB Bank, N.A. only

Responses/Objections Received:[3]

A.     Objection of EFH Indenture Trustee to the Motion of the EFH/EFIH Debtors for Entry of a Supplemental Order (A) Binding Holders of Claims and Interests to their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation of Votes on the Plan, and (D) Approving the Manner and Forms of Notice Related Thereto Filed (SEALED) [D.I. 10449; filed December 28, 2016] *(see agenda item 1-A)*

B.     Objection of EFH Indenture Trustee to the Motion of the EFH/EFIH Debtors for Entry of a Supplemental Order (A) Binding Holders of Claims and Interests to their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation of Votes on the Plan, and (D) Approving the Manner and Forms of Notice Related Thereto Filed (REDACTED) [D.I. 10450; filed December 28, 2016] *(see agenda item 1-B)*

C.     Objection of Delaware Trust Company and Certain Holders of EFIH First Lien Notes to Disclosure Statement for the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10458; filed December 29, 2016]

D.     EFIH Second Lien Indenture Trustee's Objection to Debtors' Disclosure Statement [D.I. 10459; filed December 29, 2016]

E.     Reservation of Rights of UMB Bank, N.A. Regarding the Motion of the EFH/EFIH Debtors for Entry of a Supplemental Order (A) Binding Holders of Claims and Interests to their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation of Votes on the Plan and (D) Approving the Manner and Forms of Notice Related Thereto [D.I. 10460; filed December 29, 2016]

---

[3] In light of the revised dates and deadlines provided for in the Supplemental Scheduling Order, any objections that were filed to the Original E-Side Disclosure Statement in accordance with the terms of the E-Side Scheduling Order are intentionally omitted.

Related Documents:

i. Notice of Filing Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9199; filed August 5, 2016] *(see agenda item 1-i)*

ii. Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9200; filed August 5, 2016] *(see agenda item 1-ii)*

iii. Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 9381; filed August 24, 2016] *(see agenda item 1-iii)*

iv. Order (A) Approving the EFH/EFIH Disclosure Statement, (B) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 9585; filed September 19, 2016] *(see agenda item 1-iv)*

v. Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9612; filed September 21, 2016] *(see agenda item 1-v)*

vi. Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 9613; filed September 21, 2016] *(see agenda item 1-vi)*

vii. Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9616; filed September 21, 2016] *(see agenda item 1-vii)*

viii. Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 9617; filed September 21, 2016] *(see agenda item 1-viii)*

ix. Notice of Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 9647; filed September 23, 2016] *(see agenda item 1-ix)*

x.  Plan Supplement as it Relates to the EFH Debtors and EFIH Debtors for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10101; filed November 11, 2016] *(see agenda item 1-x)*

xi.  Notice of Filing of EFH/EFIH Plan Supplement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10102; filed November 11, 2016] *(see agenda item 1-xi)*

xii.  Notice of Second Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 10140; filed November 15, 2016] *(see agenda item 1-xii)*

xiii.  Notice Regarding Scheduling Order and Commencement of Plan Confirmation Proceedings [D.I. 10235; filed November 21, 2016] *(see agenda item 1-xiii)*

xiv.  Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 10239; filed November 21, 2016] *(see agenda item 1-xiv)*

xv.  Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10290; filed December 1, 2016] *(see agenda item 1-xv)*

xvi.  Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 10291; filed December 1, 2016] *(see agenda item 1-xvi)*

xvii.  Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10293; filed December 1, 2016] *(see agenda item 1-xvii)*

xviii.  Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 10294; filed December 1, 2016] *(see agenda item 1-xviii)*

xix.  Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,

xx. *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10301; filed December 2, 2016] *(see agenda item 1-xix)*

xx. Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings [D.I. 10327; filed December 7, 2016] *(see agenda item 1-xx)*

xxi. Notice of EFH/EFIH Disclosure Statement Hearing [D.I. 10396; filed December 15, 2016] *(see agenda item 1-xxi)*

xxii. Disclosure Statement for the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 10447; filed December 28, 2016] *(see agenda item 1-xxiii)*

xxiii. Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10453; filed December 28, 2016] *(see agenda item 1-xxiv)*

xxiv. Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 10454; filed December 28, 2016] *(see agenda item 1-xxv)*

Status: The hearing on this matter will go forward.

*[Remainder of page intentionally left blank.]*

Dated: December 30, 2016
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*