# EXHIBIT A

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739587 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 7.80 | $4,868.50 |
| 010 | Employment and Fee Applications (MMWR) | 11.60 | $4,472.00 |
| 011 | Employment and Fee Applications (Others) | 7.50 | $2,622.00 |
| 016 | Plan and Disclosure Statement | 9.00 | $5,691.50 |
| 021 | Hearings | 0.70 | $427.00 |
| 030 | Asbestos-Related Matters | 0.20 | $117.00 |
|  | Matter Total | 36.80 | $18,198.00 |

MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP