**EXHIBIT B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 4.80 | $3,240.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 22.00 | $13,420.00 |
| Mark B. Sheppard | Partner; Joined the firm in 2009; Member PA bar since 1987 | $585.00 | .20 | $117.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | | |
| | | | | |
| Keith Mangan | Paralegal | $145.00 | 9.80 | $1,421.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | | |
| **TOTAL ALL PROFESSIONALS** | | | | $18,198.00 |