**EXHIBIT C**

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Duplicating/Printing Charges | .20 |
| Meals | 12.45 |
| PACER | 50.80 |
| Train Fare/Transportation | 202.75 |
| **Total:** | **$266.20** |