**EXHIBIT D**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739587 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 10/31/16 | Printing & Duplicating - Internal | $ | 0.20 |
| 10/31/16 | Pacer | $ | 50.80 |
| 10/04/16 | Transportation - Local while on business - PAID TO: Mark A. Fink - 9/19/16, Roundtrip cabfare from residence to train station to attend EFH hearing | $ | 15.75 |
| 10/04/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink - 9/19/16, Lunch at Treehouse Cafe while attending EFH hearing in Wilmington | $ | 12.45 |
| 10/04/16 | Travel - Rail Fare - PAID TO: Mark A. Fink - 9/19/16, Roundtrip Amtrak railfare from NY to Wilmington to attend EFH hearing | $ | 187.00 |
| | Total Disbursements | $ | 266.20 |

Invoice Date: 12/30/16
Invoice Number: 739587
Client Matter Number: 66471.00003
I.D.# 01051

## Summary of Disbursements and Other Related Charges
## Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---:|
| 0013 | Duplicating - Internal | $ | 0.20 |
| 0022 | Transportation - Local while on business | $ | 15.75 |
| 0089 | Travel - Meals, Etc | $ | 12.45 |
| 0092 | Travel - Rail Fare | $ | 187.00 |
| 0163 | Pacer | $ | 50.80 |
| | Total: | $ | 266.20 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**