**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**TWENTY-FIFTH MONTHLY FEE APPLICATION OF MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL TO THE EFH OFFICIAL COMMITTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

| **Name of Applicant** | **Montgomery, McCracken, Walker & Rhoads, LLP** |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. |
| Date of Retention: | January 12, 2015 *nunc pro tunc* to November 5, 2014 |
| Period for which compensation and reimbursement is sought: | November 1, 2016 through November 30, 2016. |
| Amount of Compensation sought as actual, reasonable and necessary: | $16,866.80 (80% of $21,083.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $586.72 |

This is a(n) **X** monthly ___ interim ___ final application. No prior application was filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each defined herein), and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the **"Bankruptcy Code"**), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), the *Order Authorizing the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Montgomery, McCracken, Walker & Rhoads, LLP Nunc Pro Tunc to November 5, 2014* [D.I. 3241] (the **"Retention Order"**), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated September 16, 2014* [D.I. 2066] (the **"Interim Compensation Order"**), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the **"Fee Committee Order"**), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of Montgomery, McCracken, Walker & Rhoads, LLP (**"MMWR"**), Delaware Bankruptcy Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the **"EFH Committee"**), hereby files this monthly fee application (the **"Application"**) for: (i) compensation in the amount of $16,866.80 for the reasonable and necessary legal services of MMWR to the EFH Committee from November 1, 2016 through November 30, 2016 (the **"Fee Period"**) (80% of $21,083.50); and (ii) reimbursement of the actual and necessary expenses that MMWR incurred, in the amount of $586.72 during the Fee Period.[3]

---

[3] All services for which MMWR requests compensation were performed for, or on behalf of, the EFH Committee. The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. and MMWR's compensation is proposed as an expense of each of these estates pursuant to section 328 of the Bankruptcy Code, jointly and severally. With respect

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Application, attached are the following exhibits:

    - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by MMWR's partners, associates, and paralegals during the Fee Period with respect to each of the subject matter categories MMWR established in accordance with its internal billing procedures. As reflected in **Exhibit A**, MMWR incurred $21,083.50 in fees during the Fee Period. Pursuant to this Application, MMWR seeks reimbursement for 80% of such fees totaling $16,866.80.

    - **Exhibit B** is a schedule providing certain information regarding the MMWR attorneys and paralegals for whose work on these chapter 11 cases compensation is sought in this Application. Attorneys and paralegals of MMWR expended a total of 35.70 hours in connection with these chapter 11 cases during the Fee Period.

    - **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which MMWR is seeking reimbursement in this Application. All of these disbursements comprise the requested sum of $586.72 for MMWR's out of pocket expenses.

    - **Exhibit D** consists of MMWR's records of expenses incurred during the Fee Period in the rendition of professional services to the Debtors and their estates.

2. Although every effort has been made to include all fees and expenses incurred in the Fee Period within this Application, some fees and expenses might not be included due to delays caused by accounting and processing. MMWR reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the

---

to the allocation of fees and expenses contemplated by section 2(b) of the Interim Compensation Order, the fees and expenses of MMWR are for the benefit of the EFH Committee and not for the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by MMWR.

Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

**WHEREFORE**, MMWR requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $17,453.52 consisting of (A) $16,866.80 which is 80% of the fees incurred by the Committee for reasonable and necessary professional services rendered by MMWR and (b) $586.72, which represents actual and necessary expenses incurred in the rendition of professional services to the Committee in these cases.

Dated: Wilmington, Delaware
December 30, 2016

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail:    nramsey@mmwr.com
           dwright@mmwr.com
           mfink@mmwr.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.*