**EXHIBIT A**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739586 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 1.90 | $1,256.50 |
| 011 | Employment and Fee Applications (Others) | 4.30 | $1,228.00 |
| 012 | Financing, Cash Collateral, Make Whole | 2.00 | $1,220.00 |
| 014 | Meetings and Communications with Creditors | 0.40 | $244.00 |
| 016 | Plan and Disclosure Statement | 17.20 | $10,732.50 |
| 020 | Discovery | 1.80 | $1,215.00 |
| 021 | Hearings | 1.80 | $1,026.00 |
| 030 | Asbestos-Related Matters | 6.30 | $4,161.50 |
|  | Matter Total | 35.70 | $21,083.50 |

MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP