**EXHIBIT B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 11.90 | $8,032.50 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 19.00 | $11,590.00 |
| David L. Wright | Associate; Joined Firm in 2011; Member of the DE Bar since 2002 | $570.00 | 1.80 | $1,026.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | | |
| Keith Mangan | Paralegal | $145.00 | 3.00 | $435.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | | |
| **TOTAL ALL PROFESSIONALS** | | | 35.70 | $21,083.50 |