# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $300.00 |
| Duplicating/Printing Charges | $3.40 |
| Miscellaneous Expense | $74.00 |
| PACER | $124.70 |
| Telephone | $84.62 |
| **Total:** | **$586.72** |