# EXHIBIT D

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---|
| 0008 | Miscellaneous Expense | $ | 74.00 |
| 0013 | Duplicating - Internal | $ | 3.40 |
| 0046 | Consultant Fees | $ | 300.00 |
| 0137 | Telephone | $ | 84.62 |
| 0163 | Pacer | $ | 124.70 |
| | Total: | $ | 586.72 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**