**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP., | : | Case No. 14-10979 (CSS) |
| *et al.*, | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : | **Related to Docket Nos. 10465 - 10474** |

## CERTIFICATE OF SERVICE

    I, J. Kate Stickles, certify that on December 30, 2016, I caused copies of the following notices of deposition to be served via Electronic Mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (No. 14-10979, D.I. 9381)) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com:

1. Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Anthony Horton
2. Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Andrew Wright
3. Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Kneeland Youngblood
4. Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Billie Williamson
5. Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Donald Evans
6. Delaware Trust Company, as Indenture Trustee, Notice of Deposition of John Young
7. Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Ken Pontarelli
8. Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Charles Cremens
9. Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Tom Ferguson
10. Delaware Trust Company, as Indenture Trustee, Notice of Deposition of Paul Keglevic

Dated: December 30, 2016

                                                                         **COLE SCHOTZ P.C.**

                                                      */s/ J. Kate Stickles*
                                                      J. Kate Stickles (Bar No. 2917)
                                                      500 Delaware Avenue, Suite 1410
                                                      Wilmington, DE 19801
                                                      Telephone: (302) 652-3131
                                                      kstickles@coleschotz.com