# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 28.8 | $22,320.00 |
| Russell C. Silberglied | Director | 1996 | Bankruptcy | $750 | 0.1 | $75.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 121.5 | $66,825.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 25.9 | $9,324.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 8.8 | $2,596.00 |
| Christopher M. DeLillo | Associate | Pending | Bankruptcy | $295 | 3.9 | $1,150.50 |
| Total | | | | | 189.0 | $102,290.50 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 71.2 | $17,088.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $240 | 0.8 | $192.00 |
| M. Lynzy McGee | Paralegal | 1 | Bankruptcy | $240 | 0.8 | $192.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $240 | 1.2 | $288.00 |
| Daniel D. White | Tech Support | 11 | MIS | $255 | 7.2 | $1,836.00 |
| Tesia S. Smith | Case Management Assistant | 1 | Bankruptcy | $130 | 2.0 | $260.00 |
| Total | | | | | 83.2 | $19,856.00 |
| | | | | **Total Fees** | | **$122,146.50** |