# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $17.00 |
| Business Meals | $2,877.85 |
| Conference Calling | $273.28 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $926.20 |
| Electronic Legal Research | $95.70 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $23.81 |
| Long distance Telephone Charges | $99.27 |
| Messenger and Delivery Service | $703.41 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $1,369.16 |
| Photocopying/Printing | $7,132.07 |
| Postage | $7.67 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $257.28 |
| **Total:** | **$13,782.70** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $1.00 |
| Business Meals | $90.67 |
| Conference Calling | $8.61 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $29.18 |
| Electronic Legal Research | $3.02 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.75 |
| Long distance Telephone Charges | $3.13 |
| Messenger and Delivery Service | $22.15 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $43.14 |
| Photocopying/Printing | $224.70 |
| Postage | $0.24 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $8.11 |
| **Total:** | **$434.70** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---|
| Binding | $1.80 |
| Business Meals | $51.38 |
| Conference Calling | $4.88 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $16.54 |
| Electronic Legal Research | $1.71 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.43 |
| Long distance Telephone Charges | $1.77 |
| Messenger and Delivery Service | $12.55 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $24.44 |
| Photocopying/Printing | $127.33 |
| Postage | $0.14 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $4.59 |
| **Total:** | **$247.56** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.20 |
| Business Meals | $2.42 |
| Conference Calling | $0.23 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $0.78 |
| Electronic Legal Research | $0.08 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.02 |
| Long distance Telephone Charges | $0.08 |
| Messenger and Delivery Service | $0.59 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $1.15 |
| Photocopying/Printing | $5.99 |
| Postage | $0.01 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.22 |
| **Total:** | **$11.77** |