# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 10/03/2016 | W.B. Mason Co., Inc. | Drinks/ Snacks | 5 | Refreshments for visiting co-counsel, client representatives, and other estate professionals in connection with 10/14/16 hearing | $10.13 | $50.65 |
| 11/7/2016 | Sugarfoot | Lunch | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 11/8/16 hearing | $26.34 | $526.80 |
| 11/7/2016 | The Meat House | Dinner | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 11/8/16 hearing | $17.33 | $346.69 |
| 11/8/2016 | Manhattan Bagel | Breakfast | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 11/8/16 hearing | $17.00 | $340.00 |
| 11/8/2016 | Meat House | Lunch | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 11/8/16 hearing | $18.50 | $370.00 |
| 11/15/2016 | Rodney Grill | Breakfast | 6 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 11/15/16 hearing | $20.96 | $125.76 |
| 11/15/2016 | Rodney Grill | Lunch | 6 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 11/15/16 hearing | $16.14 | $96.83 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/17/2016 | Dimeo's Pizzaiuoli | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for and filing of September 2016 monthly operating report and reservation of rights re: final fee applications | $5.31 | $5.31 |
| 11/29/2016 | The Meat House | Dinner | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/1/16 hearing | $13.99 | $279.80 |
| 11/30/2016 | Sugarfoot | Lunch | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/1/16 hearing | $19.17 | $383.25 |
| 11/30/2016 | Rodney Grill | Breakfast | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/1/16 hearing | $17.27 | $345.35 |
| 11/30/2016 | Rodney Grill | Drinks & Snacks | 20 | Refreshments for visiting co-counsel, client representatives, and other estate professionals in connection with 12/1/16 hearing | $4.37 | $87.23 |
| 11/30/2016 | ShopRight | Drinks | 10 | Refreshments for visiting co-counsel, client representatives, and other estate professionals in connection with 12/1/16 hearing | $6.47 | $64.65 |
| **TOTALS** | | | | | | **$3,022.32** |