**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                                       :

In re                                                     :        Chapter 11
                                                         :

ENERGY FUTURE HOLDINGS CORP., ET AL.,   :        Case No. 14-10979 (CSS)
                                                         :

                                  Debtors.      :        (Jointly Administered)
---------------------------------------------------------------x

**<u>AFFIDAVIT OF SERVICE</u>**

      I, Robert A. Terziyan, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, in the above-captioned cases.

      On December 8, 2016 at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class Mail on the service list attached hereto as **<u>Exhibit A</u>**:

*This Space Intentionally Left Blank*

- Certificate of No Objection - No Order Required Regarding The Twentieth Monthly Fee Statement of AlixPartners, LLP for Compensation for Services Rendered and For Reimbursement of Expenses Incurred as Retructurring Advisor to The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, EFIH Finance, Inc. and EECI, Inc. for the Period from June 1, 2016 through June 30, 2016 [Docket No. 10331]

- Certificate of No Objection - No Order Required Regarding the Twenty-First Monthly Fee Statement of AlixPartners, LLP for Compensation for Services Rendered as for Reimbursement of Expenses Incurred as Restructurring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. for the Period From July 1, 2016 through July 31, 2016 [Docket No. 10332]

- Certificate of No Objection - No Order Required Regarding the Twenty-Second Monthly Fee Statement of AlixPartners, LLP for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Restructurring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. for the Period From August 1, 2016 through August 31, 2016 [Docket No. 10333]

- Notice of Withdrawal of Certificate of No Objection Regarding the Twenty-Third Monthly Fee Statement of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of an Admistrative Claim for Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2016 through September 30, 2016 [Docket No. 10334]

Dated: December 29, 2016

_____
Robert A. Terziyan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 29th day of December 2016, by Robert A. Terziyan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

CASEY MICHAEL SULLIVAN
Commission # 2130532
Notary Public - California
Los Angeles County
My Comm. Expires Oct 16, 2019

# Exhibit A

**Exhibit A**
Fee Application Service List
Served via First Class Mail

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp et al | Andrew W Wright and Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 |
| Godfrey & Kahn SC | Katherine Stadler | One East Main St | | Madison | WI | 53703 |
| Kirkland & Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 |
| Kirkland & Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 |
| Milbank Tweed Haldey & McCloy LLP | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 |
| MORRISON & FOERSTER LLP | BRETT H MILLER AND LORENZO MARINUZZI | 250 W 55TH ST | | NEW YORK | NY | 10019 |
| POLSINELLI PC | CHRISTOPHER WARD JUSTIN EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 |
| Richards Layton & Finger PA | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 |
| Sherman & Sterling LLP | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 |
| US Department of Justice | Andrea B Schwartz Office of US Trustee | 201 Varick St Rm 1006 | US Federal Building | New York | NY | 10014 |
| US Trustee Region 3 Roberta A DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Federal Bldg | Wilmington | DE | 19801 |