**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | Case No. 14-10979 (CSS) |
| et al., | : | |
| | : | (Jointly Administered) |
| Debtor. | : | |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that, on December 31, 2016, the **First Document Requests of Delaware Trust Company, as Indenture Trustee, to U.M.B. Bank, N.A., in Connection with Confirmation of the Debtors' Sixth Amended Joint Plan of Reorganization** was served via electronic mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (D.I. 9381) and the Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings (D.I. 10327)) at the following email address set up by the Debtors to allow for service on all Participating Parties:

EFH_DS_Discovery_Service_List@kirkland.com.

[SIGNATURE ON NEXT PAGE]

Dated:  December 31, 2016

*/s/ J. Kate Stickles*

COLE SCHOTZ P.C.

| | |
|---|---|
| Norman L. Pernick (Bar No. 2290) | Warren A. Usatine |
| J. Kate Stickles (Bar No. 2917) | Court Plaza North |
| 500 Delaware Avenue, Suite 1410 | 25 Main Street |
| Wilmington, DE  19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile:  302-652-3117 | Facsimile:  201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| Philip D. Anker | Dennis L. Jenkins |
| Charles C. Platt | 60 State Street |
| 7 World Trade Center | Boston, MA 02109 |
| 250 Greenwich Street | Telephone: 617-526-6000 |
| New York, NY 10007 | Facsimile: 617-526-5000 |
| Telephone: 212-230-8800 | Dennis.Jenkins@wilmerhale.com |
| Facsimile:  212-230-8888 | |
| Philip.Anker@wilmerhale.com | |
| Charles.Platt@wilmerhale.com | |

DRINKER BIDDLE & REATH LLP

| | |
|---|---|
| James H. Millar | Todd C. Schiltz |
| 1177 Avenue of the Americas | 222 Delaware Ave, Suite 1410 |
| 41st Floor | Wilmington, DE  19801-1612 |
| New York, NY 10036-2714 | Telephone:  302-467-4200 |
| Telephone:  212-248-3264 | Facsimile:  302-467-4201 |
| Facsimile:  212-248-3141 | todd.schiltz@dbr.com |
| James.Millar@dbr.com | |

*Counsel for Delaware Trust Company, as successor indenture trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | Case No. 14-10979 (CSS) |
| *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, J. Kate Stickles, hereby certify that on December 31, 2016, I caused a copy of the **Notice of Service** with respect to the First Document Requests of Delaware Trust Company, as Indenture Trustee, to U.M.B. Bank, N.A., in Connection with Confirmation of the Debtors' Sixth Amended Joint Plan of Reorganization to be served via Electronic Mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (D.I. 9381) and the Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings (D.I. 10327)) at the following email address set up by the Debtors to allow for service on all Participating Parties:

EFH_DS_Discovery_Service_List@kirkland.com.

Dated: December 31, 2016

                                          **COLE SCHOTZ P.C.**


                                          */s/ J. Kate Stickles*
                                          J. Kate Stickles (Bar No. 2917)
                                          500 Delaware Avenue, Suite 1410
                                          Wilmington, DE  19801
                                          Telephone: (302) 652-3131
                                          kstickles@coleschotz.com