# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) ) ) | Case No. 14-10979 (CSS) (Jointly Administered) |
| | ) | |
| Debtors. | ) ) ) | Related Case Nos.: 14-10992, 14-10990, 14-11039 and 14-11012 |
| | | **Related D.I. 10074** |

## ORDER

For the reasons set forth in the Court's opinion dated December 19, 2016, the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT Sacroc, Inc., and LSGT Gas Co., LLC Pursuant to 11 U.S.C. § 1112 (B) [Docket No.: 10074] filed on November 8, 2016, is DENIED.

Christopher S. Sontchi
United States Bankruptcy Judge

Dated: December 19, 2016