**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Case No. 14-10979 (CSS) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtor. | : |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 3, 2017, the **First Document Requests of Delaware Trust Company, as Indenture Trustee, to Avenue Capital Group LLC In Connection With Confirmation of the Debtors' Sixth Amended Joint Plan of Reorganization** was served via electronic mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (D.I. 9381) and the Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings (D.I. 10327)) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

[SIGNATURE ON NEXT PAGE]

52881/0001-13977699v1

Dated: January 3, 2017

*/s/ J. Kate Stickles*
COLE SCHOTZ P.C.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker
Charles C. Platt
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
Philip.Anker@wilmerhale.com
Charles.Platt@wilmerhale.com

Dennis L. Jenkins
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Dennis.Jenkins@wilmerhale.com

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

Todd C. Schiltz
222 Delaware Ave, Suite 1410
Wilmington, DE 19801-1612
Telephone: 302-467-4200
Facsimile: 302-467-4201
todd.schiltz@dbr.com

*Counsel for Delaware Trust Company, as successor indenture trustee*

52881/0001-13977699v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtor. | : |  |

**CERTIFICATE OF SERVICE**

     I, J. Kate Stickles, certify that on January 3, 2017, I caused the **Notice of Service** with respect to the First Document Requests of Delaware Trust Company, as Indenture Trustee, to Avenue Capital Group LLC In Connection With Confirmation of the Debtors' Sixth Amended Joint Plan of Reorganization to be served via Electronic Mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (D.I. 9381) and the Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings (D.I. 10327)) at the following email address set up by the Debtors to allow for service on all Participating Parties:

EFH_DS_Discovery_Service_List@kirkland.com.

Dated: January 3, 2017

                                              **COLE SCHOTZ P.C.**

                                              */s/ J. Kate Stickles*
                                              J. Kate Stickles (No. 2917)
                                              500 Delaware Avenue, Suite 1410
                                              Wilmington, DE  19801
                                              Telephone: (302) 652-3131
                                              kstickles@coleschotz.com

52881/0001-13977699v1