**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 10224** |
| | ) | |

**NOTICE OF FILING OF DECLARATION OF TODD M. GOREN IN SUPPORT OF SEVENTH INTERIM AND FINAL APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 12, 2014 THROUGH OCTOBER 3, 2016**

 **PLEASE TAKE NOTICE** that, on November 18, 2016, Morrison & Foerster LLP filed its *Seventh Interim and Final Application as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 12, 2014 through October 3, 2016* [Docket No. 10224] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

 **PLEASE TAKE FURTHER NOTICE** that, per the request of the Office of the United States Trustee, Morrison & Foerster LLP files the *Declaration of Todd M. Goren in Support of Seventh Interim and Final Application of Morrison & Foerster LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 12, 2014 through October 3, 2016* in further connection with, and in support of, the Application, which is attached hereto as **Exhibit A**.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

Dated: Wilmington, Delaware
January 3, 2017

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
        brettmiller@mofo.com
        lmarinuzzi@mofo.com

        -and-

*/s/ Justin K. Edelson*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
        jedelson@polsinelli.com
        skatona@polsinelli.com

*Attorneys for the Official Committee of TCEH Unsecured Creditors*

## EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF TODD M. GOREN IN SUPPORT OF SEVENTH INTERIM AND
FINAL APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE
OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD MAY 12, 2014 THROUGH OCTOBER 3, 2016**

1.       I am a partner with Morrison & Foerster LLP, located at 250 West 55th Street, New York, New York 10019, which serves as counsel to the Official Committee of TCEH Unsecured Creditors (the "**TCEH Committee**").  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York, and before the United States Court of Appeals for the Second Circuit.

2.       This supplemental declaration (this "**Declaration**") is made in response to a request made by the Office of the United States Trustee (the "**U.S. Trustee**") with respect to the *Seventh Interim and Final Application of Morrison & Foerster LLP as Counsel For the Official Committee of TCEH Unsecured Creditors For Compensation and Reimbursement of Expenses Incurred For the Period May 12, 2014 Through October 3, 2016* [Docket No. 10024] (the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

"**Application**")[2] and the Customary and Comparable Compensation Disclosures (the "**Disclosures**") made therein. *See* Application at xvii. Specifically, the U.S. Trustee requested an explanation for the disparity between the blended hourly billing rate for timekeepers that performed services on behalf of the TCEH Committee during the Seventh Interim Fee Period ($926.12) as compared to the blended hourly billing rate for non-bankruptcy professionals in Morrison & Foerster's New York office during the same time period ($720.00). This Declaration is in further support of the Application and responds to the U.S. Trustee's request.

3.      The non-bankruptcy rates set forth in the Disclosures reflect average rates charged by 126 attorneys (including 51 partners and 75 associates and attorneys) and 17 paraprofessionals office-wide. In contrast, the vast majority of the time billed on this bankruptcy matter during the Seventh Interim Fee Period is attributable to three professionals. Of the 1,146.2 hours billed during the Seventh Interim Fee Period, 920.1 hours (or approximately 80%) were billed by three attorneys: Brett Miller, Todd Goren, and Erica Richards. Because the sample size of professionals billing the most time on this case is so small, the average of billing rate is necessarily skewed since it primarily reflects those individuals' billing rates rather than a true average. This view is further supported by the fact that Morrison & Foerster's blended average billing rate for the Final Application Period ($606.43) is significantly less than the blended average billing rate for the non-bankruptcy professionals in Morrison & Foerster's New York office during the Seventh Interim Fee Period ($720.00). *See* Application at xvi.

4.      As the chapter 11 cases for the TCEH Debtors came to an end, the matters that required TCEH Committee consideration during the Seventh Interim Fee Period necessitated the expertise of experienced professionals. Morrison & Foerster staffed the matter accordingly,

---

[2]      Capitalized used but not otherwise defined herein shall have the meanings given to them in the Application.

which led to an increase in the blended average billing rate for bankruptcy professionals that performed services on behalf of the TCEH Committee relative to the blended average billing rate for non-bankruptcy professionals in Morrison & Foerster's New York office.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Todd M. Goren
Todd M. Goren
Partner of Morrison & Foerster LLP

3