# Notice Recipients

District/Off: 0311−1 | User: JudyF | Date Created: 1/4/2017
Case: 14−10979−CSS | Form ID: van440 | Total: 41

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee    U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065 |
| aty | Andrew Dietderich | Sullivan & Cromwell LLP    125 Broad Street    3835    New York, NY 10004 |
| aty | Beth A. Gori | Gori, Julian and Associates, P.C.    156 North Main Street    Edwardsville, Il 62025 |
| aty | Brian Schartz | c/o Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Brian D. Glueckstein | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Chad J. Husnick | Kirkland & Ellis, LLP    300 North LaSalle Street    Chicago, IL 60654 |
| aty | Daniel J. DeFranceschi | Richards, Layton & Finger    One Rodney Square, P.O. Box 551    Wilmington, DE 19899 |
| aty | Daniel K. Hogan | Hogan McDaniel    1311 Delaware Ave    Wilmington, DE 19806 |
| aty | David M. Klauder | Bielli & Klauder, LLC    1204 N. King Street    Wilmington, DE 19801 |
| aty | Edward O. Sassower | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Ethan Early | Early Lucarelli Sweeney & Meisenkothen    265 Church Street, 11th Floor    New Haven, CT 06508 |
| aty | James H.M. Sprayregen | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Jason M. Madron | Richards, Layton & Finger, LLP    One Rodney Square    P.O. Box 551    Wilmington, DE 19899 |
| aty | Jeanna Rickards Koski | Caplin & Drysdale, Chartered    One Thomas Circle, NW    Suite 1100    Washington, DC 20005−582 |
| aty | Jeff J. Marwil | Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 |
| aty | Joseph H. Huston, Jr. | Stevens & Lee    919 North Market Street    Suite 1300    Wilmington, DE 19801 |
| aty | Leslie M. Kelleher | Caplin & Drysdale    One Thomas Circle, N.W.    Washington, DC 20005 |
| aty | Marc Kieselstein | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Mark B. Sheppard | Montgomery McCracken Walker, et al    123 South Broad Street    Philadelphia, PA |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 |
| aty | Mark K. Thomas | Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 |
| aty | Michael A. Paskin | Cravath, Swaine & Moore LLP    Worldwide Plaza    825 Eighth Avenue    New York, NY 10019−7475 |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads    1105 North Market Street    15th Floor    Wilmington, DE 19801 |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads    1105 North Market Street    15th Floor    Wilmington, DE 19801 |
| aty | Richard B. Levin | Cravath, Swaine & Moore LLP    Worldwide Plaza    825 Eighth Avenue    New York, NY 10019 |
| aty | Richard L. Schepacarter | Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 |
| aty | Robert J. Giuffra, Jr. | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Stephen E. Hessler | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Steven Kazan | Kazan McClain Satterley & Greenwood    Jack London Market    55 Harrison Street    Suite 400    Oakland, CA 94607 |
| aty | Steven L. Holley | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Trevor M Broad | Cravath, Swaine and Moore LLP    Worldwide Plaza    825 Eighth Avenue    New York, NY 10019−7475 |
| | Richard L. Schepacater | J. Caleb Boggs Federal Building    844 N. King Street    Room 2207, Lockbox 35    Wilmington, DE 1901 |
| | Andrea B. Schwartz | J. Caleb Boggs Federal Building    844 N. King Street, Room 2207, Lockbox 3    Wilmington, DE 19801 |
| | David M. Kauder | 901 N. Market Street    Suite 1000    Wilmingont, DE 19801 |
| | Shannon J. Dougherty | 901 N. Market Street    Suite 1000    Wilmington, DE 19801 |
| | Peter J. Young | Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 |
| | Joseph H. Huston, Jr. | Steven & Lee P.C.    1105 N. Market Street, Suite 700    Wilmington, DE 19801 |
| | Richard Levin | Jenner & Block    919 Third Avenue    New York, NY 10022−3908 |
| | Mark B. Sheppard | 1105 N. Makret Street, 15th Floor    Wilmington, DE 19801 |
| | Mark A. Fink | 1105 N. Market Street    15th Floor    Wilmington, DE 19801 |

TOTAL: 41