UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 14-10979 (CSS)          BK(●) AP( )

If AP, related BK case number:

Title of Order Appealed: Order Denying Motion to Dismiss Case.

Docket #: 10415          Date Entered: 12/19/2016

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | Notice of Appeal | Docket #: 10513 | Date Filed: | 1/2/2017 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ | Cross Appeal | Docket #: | Date Filed: | |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Shirley Fenicle, David William Fahy, John H. Jones and David Heinzmann

**Appellee/Cross Appellee**

Energy Future Holdings Corp.

**Counsel for Appellant/Cross Appellant:**

Daniel K. Hogan, Esq. et al

**Counsel for Appellee/Cross Appellee:**

Jason M. Madron, Esq. et al

| | | |
|---|---|---|
| Filing fee paid? | Yes (●) | No ( ) |
| IFP application filed by applicant? | Yes ( ) | No (●) |
| Have additional appeals of the same order been filed? | Yes ( ) | No (●) |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ( ) | No (●) |

Civil Action Number:

*(continued on next page)*

**Notes:**   See attachment for additional counsel.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/4/2017                    **by:** Judy Fisher
                                              _____
                                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   17-1

|   | Party | Attorney |
|---|---|---|
| 1. | Appellants Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann | HOGAN♦McDANIEL<br>Daniel K. Hogan (DE Bar No. 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>Email: dkhogan@dkhogan.com<br><br>-and-<br><br>CAPLIN & DRYSDALE, CHARTERED<br>Leslie M. Kelleher (admitted *pro hac vice*)<br>Jeanna M. Koski (admitted *pro hac vice*)<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Email: lkelleher@capdale.com<br>Email: jkoski@capdale.com |
| 2. | Appellant Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, | KAZAN McCLAIN SATTERLEY & GREENWOOD<br>A Professional Law Corporation<br>Steven Kazan (CA Bar # 46855)<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br>Email: skazan@kazanlaw.com |
| 3. | Appellant David William Fahy | EARLY LUCARELLI SWEENEY & MEISENKOTHEN<br>Ethan Early (CT Juris # 417930)<br>One Century Tower<br>265 Church Street, 11th Floor<br>New Haven, CT 06508-1866<br>Telephone: (203) 777-7799<br>Facsimile: (203) 785-1671<br>Email: eearly@elslaw.com |
| 4. | Appellant John H. Jones | GORI JULIAN & ASSOCIATES, P.C.<br>Beth Gori<br>156 North Main Street<br>Edwardsville, IL 62025<br>Telephone: (618) 659-9833<br>Facsimile: (618) 659-9834<br>Email: gorijulianlaw.com |

|   | Party | Attorney |
|---|---|---|
| 5. | Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>        Andrea.B.Schwartz@usdoj.gov |
| 6. | Debtors and Debtors-in-Possession | RICHARDS, LAYTON & FINGER. P.A.<br>Mark D. Collins (DE Bar No. 2981)<br>Daniel J. DeFranceschi (DE Bar No. 2732)<br>Jason M. Madron (DE Bar No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>      defranceschi@rlf.com<br>      madron@rlf.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>      stephen.hessler@kirkland.com<br>      brian.schartz@kirkland.com<br><br>-and- |

| | Party | Attorney |
|---|---|---|
| | | James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>       marc.kieselstein@kirkland.com<br>       chad.husnick@kirkland.com<br>       steven.serajeddini@kirkland.com |
| 7. | Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC<br>David M. Klauder (DE Bar No. 5769)<br>Shannon J. Dougherty (DE Bar No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 778-4000<br>Facsimile: (302) 295-2873<br>Email: dklauder@oeblegal.com<br>       sdougherty@oeblegal.com<br>-and-<br><br>PROSKAUER ROSE LLP<br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone: (312) 962-3550<br>Facsimile: (312) 962-3551<br>Email: jmarwil@proskauer.com<br>       mthomas@proskauer.com<br>       pyoung@proskauer.com |

|   | **Party** | **Attorney** |
|---|---|---|
| 8. | Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C.<br>Joseph H. Huston, Jr. (DE Bar No. 4035)<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801<br>Telephone: (302) 425-3310<br>Facsimile: (610) 371-7927<br>Email: jhh@stevenslee.com<br><br>-and-<br><br>CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin<br>Trevor M. Broad<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>        tbroad@cravath.com<br><br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com |

|   | **Party** | **Attorney** |
|---|---|---|
| 9. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Mark B. Sheppard Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801 |

|  |  |
|---|---|
|  | Telephone: (302) 504-7800<br>Facsimile: (302) 504-7820<br>E-mail: nramsey@mmwr.com<br>        msheppard@mmwr.com<br>        mfink@mmwr.com<br><br>-and-<br><br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        holleys@sullcrom.com<br>        giuffrar@sullcrom.com<br>        gluecksteinb@sullcrom.com |