IN THE UNTIED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED
2017 JAN -4 AM 8: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al, | ) | Case No. 14-10979(CSS) |
| Debtors. | ) | (Jointly Administered) |
| WAYNE ENGLISH | ) | |
| Appellant, | ) | |
| v. | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al, | ) | |
| Appellee. | ) | |

**Designation of Items to be Included in the Record on Appeal and Statement of Issues on Appeal**

Wayne English Appellant, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal.

Document name, number and filed date for each designated item:

1. Debtors' Seventeenth Omnibus Objection, #4784, 06/16/15.
2. Notice of Debtors' Seventeenth Omnibus Objection, #4784-1, 06/16/15.
3. Energy Future Holdings Corp., et al, Seventeenth Omnibus: Exhibit 2 to Exhibit A-no Liability Claims, #4784-2, page 63 of 89 only, 06/16/15.
4. Response of Creditor, Wayne English to Debtors Seventeenth Omnibus Objection to Claims, #4882, 06/29/15.
5. Certification of Counsel Regarding "Debtors' Seventeenth Omnibus (Substantive) Objection, #5045, 07/20/15.
6. Order Granting Debtors' Motion for Entry of an Order (1) Scheduling Hearing, #9287, 05/15/2016.
7. Notice of Service of Debtors' Responses and Objections to Wayne English's First Set of Interrogatories and Requests for Production of Documents, #10328, 12/07/16.
8. Debtors' Omnibus Reply in support of Objections to Contested Pro Se Claims, #9913, 10/21/16.
9. Order (Fourth) sustaining Debtors' Seventeenth Omnibus (Substantive) Objection, #10380, 12/13/16.
10. Exhibit 2 to Exhibit A [No Liability Claim], #10380-1, page 3 and 4, 12/13/16.

Statement of Issues Presented on Appeal

11. Appellant's proof claim for $24,580.00 was disallowed pursuant to an Omnibus Objection by the Debtors.   Wayne English, Appellant and a creditor in the above-entitled bankruptcy proceeding submitted a claim that was the result of his mitigating a $100,000.00 TXU corporate bond debt down to $24,580.00.  Creditors are required to follow the doctrine of mitigating damages in a Bankruptcy filing.

Date: December 30, 2016

Respectfully submitted,

By: __/s/ Wayne English__
Wayne English, pro se
4849 Bluecap Court
Mesquite, Texas 75181
Tel:      214-460-4975 (Fax 972-222-4285)

Waynemenglish@aol.com

Certificate of Service

Wayne English, hereby certifies that a copy of the foregoing motion was sent on December 30, 2016, via email, mail, or fax to Richards, Layton, & Finger, P.A.,  Kirkland & Ellis LLP, and James H. M. Sprayregen, P.C.

Wayne English

FILED 2017 JAN -4 AM 8:25 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE