# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
#6

Amended Calendar  Jan 3 2017 10:19AM

Calendar Date: 01/03/2017
Calendar Time: 02:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056872 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, TCEH / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056852 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056645 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056904 | Phil Anker | (212) 230-8890 ext. | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Delaware Trust Co / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8057827 | Robin D. Ball | (213) 892-1000 ext. | Chadbourne & Parke, LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056835 | Ryan M. Bartley | (302) 571-5007 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056980 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General - Bankruptcy & Collections Div. Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8057444 | Lauren Bilzin | (212) 672-2252 ext. | Serengeti Asset Management | Creditor, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056861 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056974 | Joshua Brody | (212) 715-9314 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, ComputerShare / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056825 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8057094 | William E. Chipman | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Interested Party, AppLabs Technologies Pvt Ltd. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056893 | Maria Chutchian | (646) 378-3108 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056810 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057046 | Eric C. Daucher | (212) 408-5405 ext. | Chadbourne & Parke, LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056862 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, EFIH 2nd Lean Holders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056251 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056903 | Justin K. Edelson | (302) 252-0925 ext. | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056963 | Jamie Edmonson | (302) 298-3535 ext. | Venable LLP | Creditor, PIMCO / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056843 | Catherine Eisenhut | (941) 306-7283 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057001 | Barry Felder | (212) 338-3540 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056960 | GianClaudio Finizio | (302) 429-9240 ext. | Bayard P.A. | Representing, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056866 | Mark A. Fink | (302) 504-7811 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056954 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Creditor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057019 | Mark Flannagan | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056814 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Interested Party, Oncor Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056851 | Simon E. Fraser | (302) 295-2000 ext. | Cozen O'Connor | Creditor, J. Aron & Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056829 | Julia Frost-Davies | (617) 951-8422 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056895 | Andrew Glenn | (212) 506-1747 ext. | Kasowitz, Benson, Torres & Friedman, LLP | Interested Party, Contrarian Capital Management, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056811 | Brian Glueckstein | 212-558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056918 | Isley M. Gostin | (202) 663-6551 ext. | WilmerHale LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057040 | Brian Guiney | (212) 336-2305 ext. | Patterson Belknap Webb & Tyler | Interested Party, Brian Guiney / LISTEN ONLY |

| Name | Case | Type | Case # | ID | Attorney | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057014 | Mark F. Hebbeln | Foley & Lardner, LLP | (312) 832-4394 ext. | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056877 | Daniel K. Hogan | Hogan McDaniel | (302) 656-7540 ext. | Creditor/Claimant, Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056245 | Chad J. Husnick | Kirkland & Ellis LLP | (312) 862-2009 ext. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056827 | Joseph H. Huston, Jr. | Stevens & Lee, P.C. | (302) 425-3310 ext. | Creditor, Energy Future Intermediate Holdings, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056828 | Michael J. Joyce | O'Kelly Ernst & Bielli, LLC | (302) 778-4003 ext. | Creditor, Fidelity / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057214 | Gary L. Kaplan | Fried, Frank, Harris, Shriver & Jacobson LLP | (212) 859-8812 ext. | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057011 | Harold Kaplan | Foley & Lardner LLP | (312) 832-4393 ext. | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057515 | Geoff Karas | Silver Rock | (212) 207-3065 ext. | Creditor, Silver Rock / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056241 | Marc Kieselstein | Kirkland & Ellis LLP | 312-861-2287 ext. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057031 | David M. Klauder | Bielli & Klauder, LLC | (302) 803-4600 ext. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056890 | Emily L. Kuznick | Kasowitz, Benson, Torres & Friedman, LLP | (212) 506-1839 ext. | Interested Party, Contrarian Capital Management, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056840 | Vincent Lazar | Jenner & Block LLP | (312) 923-2989 ext. | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056985 | Raymond Lemisch | Klehr Harrison Harvey Branzburg LLP | (302) 552-5503 ext. | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056834 | Richard Levin | Jenner & Block LLP | (212) 891-1600 ext. 1601 | Creditor, Energy Future Intermediate Holdings, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056252 | Jason M. Madron | Richards, Layton & Finger, P.A. | (302) 651-7793 ext. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056873 | Garvan McDaniel | The Hogan Firm | (302) 656-7540 ext. | Financial Advisor, Contrarian Capital Management, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056948 | Matthew B. McGuire | Landis Rath & Cobb LLP | (302) 467-4431 ext. | Creditor, NextEra Energy Resources LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056243 | Mark E. McKane | Kirkland & Ellis LLP | (415) 439-1400 ext. | Debtor, Energy Future Holdings Corp. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057057 | R. Stephen McNeill | (302) 984-6171 ext. | Potter Anderson & Corroon LLP | Creditor, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056926 | Joel Millar | (212) 248-3264 ext. | Drinker Biddle & Reath LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056984 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056968 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Representing, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056917 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056913 | Norman L. Pernick | (302) 651-2001 ext. | Cole Schotz P.C. | Interested Party, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056886 | Meredith Pfister | (212) 412-1368 ext. | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057233 | Matthew M. Roose | (212) 859-8029 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057266 | Jeremy W. Ryan | (302) 984-6108 ext. | Potter Anderson & Corroon LLP | Interested Party, Deutsche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056818 | Jeffrey S. Sabin | (212) 307-5500 ext. | Venable LLP | Creditor, PIMCO / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056819 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | Interested Party, Office of the United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056841 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Creditor, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056922 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Client, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056864 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056870 | Noah M Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057044 | Howard Seife | (212) 408-5361 ext. 00 | Chadbourne & Parke, LLP | Interested Party, Nextera Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056357 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057069 | Christopher P. Simon | 302-777-4200 ext. | Cross & Simon, LLC | Creditor, American Stock Transfer & Trust Company, LLC. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056932 | J. Kate Stickles | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Delaware Trust Co. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057022 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057091 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056933 | Amer Tiwana | (646) 616-3052 ext. | Cowen & Co. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056879 | Michael Turkel | (212) 373-3689 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, TCEH / LISTEN ONLY |
| ENERGY FUTURE HOLDINGS CORP. | 14-10979 | Hearing | 8057598 | Matthew Underwood | 212-588-5148 ext. | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057197 | Tamara Van Heel | (305) 995-5232 ext. | White and Case | Creditor, Ad Hoc Committee of Tech Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057730 | Michael J. Walsh | (646) 855-8154 ext. | Bank of America | Creditor, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056976 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, ComputerShare / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056865 | Julia M. Winters | (212) 617-6592 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056253 | Andy Wright | (212) 446-6411 ext. | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056247 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |