# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO.:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 1/4/2017 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl + Jones | Second Lien Indenture Trustee |
| Joshua Brody | Kramer Levin Naftalis + Frankel | Second Lien Indenture Trustee |
| Jennifer Sharret | Kramer Levin Naftalis + Frankel | Second Lien Indenture Trustee |
| Jeffrey S. Sabin | Venable LLP | PIMCO |
| Jamie Edmonson | Venable LLP | PIMCO |
| Philip Anker | Wilmer Hale | EFIH First Lien Trustee + Ad Hoc Group |
| Michael Boyer | O'Kelly Ernst | Fidelity |
| Gary Kaplan | Fried Frank | Fidelity |
| Alton Greenstein | Sullivan Cromwell | E-Side Committee |
| Mark A. Fink | MMWR | " |
| Richard Pedone | Nixon Peabody LLP | EFH Indenture Trustee |
| Ray Lemisch | Klehr Harrison | UMB Bank Indenture Trustee |
| Mark Hebbeln | Foley & Lardner | " |
| Scott Alberino | Akin Gump | " |
| Sarana Newdeck | " | " |
| Marc Kieselstein | Kirkland & Ellis | For the Debtors |
| Mark McKane | " | " |
| Chad Husnick | " | " |
| Jonathan Ganter | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO.:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 1/4/2017 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Dan DeFrancesch | Richards Layton & Finger | for the Debtors |
| Jason Madron | " | " |
| Richard L Schepacarter | USDOJ - OUST | U.S. Trustee |
| R. Stephen McLain | Potter Anderson & Corroon | Deutsche Bank New York |
| David Klauder | Bell & Klauder | EFH Corp. |
| Mark Thomas | Proskauer | " |
| Peter Young | " | " |
| Ted Stuber | Fox Rothschild | AM Blue Ltd, TCEH Nohldco |
| Chris Carty | Akin Gump | UMB Bank Indenture Trustee Wex Eca |
| Matthew McGuire | Landis Rath + Cobb | " |
| Howard Seife | Chadbourne + Parke | " |
| Garvan McDaniel | Hogan McDaniel | Contrarian |
| Christopher Simon | Cross & Simon | EFH Indenture Trustee |
| Joseph H. Huston, Jr. | Stevens + Lee PC | EFIH Special Caylick |
| Daniel K. Hogan | Hogan McDaniel | Fenicle, Fahy, Jones & Arnzen |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 01/04/2017
Calendar Time: 10:00 AM ET

Amended Calendar  Jan 4 2017 6:30AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056876 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, TCEH / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056853 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8033367 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lien Collateral Agent and Administrative Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8057018 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8057470 | Lauren Bilzin | (212) 672-2252 ext. | Serengeti Asset Management | Creditor, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056854 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8055651 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Interested Party, Pacific Investment Management, Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056028 | Michael Carter - Client | (214) 953-6500 ext. | Baker Botts LLP | Client, Michael Carter / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8059271 | Maria Chutchian | (646) 378-3108 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056830 | Andrew Devore | (617) 951-7618 ext. | Ropes & Gray LLP | Creditor, Delaware Trust Co. as Indenture Trustee EFIH First Lien Notes / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8058104 | David Dunn | (203) 529-1765 ext. | Cross Sound Managment, LLC | Interested Party, Cross Sound Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8056858 | Catherine Eisenhut | (941) 306-7283 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |

Peggy Drasal ext. 802                                                    CourtConfCal2009                                          Page 1 of 4

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057005 | Barry Felder | (212) 338-3540 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8052853 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8055605 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Interested Party, Oncor Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056831 | Julia Frost-Davies | (617) 951-8422 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056930 | Erica Goodstein | (718) 921-8180 ext. | American Stock Transfer Trust Company, LLC | Interested Party, American Stock Transfer Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8058724 | Brian Guiney | (212) 336-2305 ext. | Patterson Belknap Webb & Tyler | Interested Party, Patterson Belknap Webb & Tyler / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8054691 | Natasha Hwangpo | (212) 909-3198 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8060146 | Gary L. Kaplan | (212) 859-8812 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8059414 | Harold Kaplan | (312) 832-4393 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057543 | Geoff Karas | (212) 207-3065 ext. | Silver Rock | Creditor, Silver Rock / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8058496 | Emily L. Katz | (212) 761-1671 ext. | Morgan Stanley - New York | Interested Party, Emily L. Katz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8057501 | Christopher Kirby | (212) 525-3118 ext. | HSBC | Creditor, Christopher Kirby / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8058461 | Alexa J. Kranzley | (212) 558-7893 ext. | Sullivan & Cromwell LLP | Creditor, UCC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056842 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056845 | Richard Levin | (212) 891-1600 ext. 1601 | Jenner & Block LLP | Creditor, Energy Future Intermidiate Holdings, LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8058867 | Joel Millar | (202) 663-6167 ext. | WilmerHale LLP | Creditor, Delaware Trust Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056988 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056982 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8059543 | Lars A. Peterson | (312) 832-5394 ext. | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |

| Case | Type | ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056888 | Meredith Pfister | Barclays Bank PLC | (212) 412-1368 ext. | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056860 | Abid Qureshi | Akin Gump Strauss Hauer & Feld LLP | (212) 872-1000 ext. | Creditor, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8058266 | Erica Richards | Morrison & Foerster LLP | (212) 468-8000 ext. | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8053497 | Erik Schneider | Nixon Peabody LLP | (617) 345-1112 ext. | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8012434 | Noah M Schottenstein | Baker Botts LLP | (214) 953-6500 ext. | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8055546 | Michael Shepherd | White and Case | (305) 925-4790 ext. | Creditor, Ad HOC Committee of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8059386 | Charles E. Sieving | NextEra Energy Resources | (561) 691-7575 ext. | Creditor, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056112 | Fredric Sosnick | Shearman & Sterling LLP | 212-848-8571 ext. | Creditor, Deustche Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8042182 | Angelo Thalassinos | Reorg Research, Inc. | (212) 588-8890 ext. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8055506 | Andrew M. Thau | Cantor Fitzgerald | (212) 915-1232 ext. | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8058452 | Amer Tiwana | Cowen & Co. | (646) 616-3052 ext. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8058295 | Carl Tullson | Skadden Arps Slate Meagher & Flom (Chicago) | (312) 407-0379 ext. | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056883 | Michael Turkel | Paul Weiss Rifkind Wharton & Garrison | (212) 373-3689 ext. | Creditor, TCEH / LISTEN ONLY |
| ENERGY FUTURE HOLDINGS CORP. | 14-10979 | Hearing | 8057604 | Matthew Underwood | HBK Capital | 212-588-5148 ext. | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8055536 | Tamara Van Heel | White and Case | (305) 995-5232 ext. | Creditor, Ad Hoc Committee of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8060174 | Michael J. Walsh | Bank of America | (646) 855-8154 ext. | Creditor, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8054244 | Megan Wasson | Kramer Levin Naftalis & Frankel LLP | (212) 715-9464 ext. | Trustee, Second Lien / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 8059063 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Giatlan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8056868 | Julia M. Winters | (212) 617-6592 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-BK-10979 | Hearing | 8059615 | Ward Benson | (202) 514-9642 ext. | U.S. Department of Justice | Creditor, United States of America / LISTEN ONLY |