Case 14-10979-CSS    Doc 10553    Filed 01/04/17    Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979 (CSS)        BK ● AP ○

If AP, related BK case number:

**District Court Case Number:** CA#17-9 UNA

Item(s) Transmitted:

| | | |
|---|---|---|
| Opinion | **Docket #:** 10414 | **Date Entered:** 12/19/2016 |
| | **Docket #:** | **Date Entered:** |
| | **Docket #:** | **Date Entered:** |

**Notes:**

This should have been included in the appeal.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 1/4/2017        **by:** Judy Fisher
                                **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: 17-1