**EXHIBIT D**

**Reorganized EFH/EFIH Financial Projections**

**I.     Development of EFH/EFIH's Financial Projections**

    **A.  Responsibility for and Purpose of the Financial Projections.**

As a condition to confirmation of a plan, the Bankruptcy Code[1] requires, among other things, that the Bankruptcy Court determine that confirmation is not likely to be followed by the liquidation or the need for further financial reorganization of the debtor, unless such liquidation is contemplated by the plan, i.e., that the plan meets the feasibility standard. In connection with the development of the Plan, and for purposes of demonstrating that the Plan satisfies this feasibility standard, the Debtors' management, with the assistance of its financial advisors, has considered that under the Plan that the Plan Sponsor is making a significant equity investment into the Reorganized EFH/EFIH Debtors to meet their obligations under the Plan and retain sufficient liquidity and capital resources to conduct business. The EFH/EFIH Debtors believe that the Plan meets the Bankruptcy Code's feasibility standard.

The Debtors and Oncor provided the financial projections (the "Financial Projections"), which are attached hereto as **Exhibit 1** for the fiscal years ending December 31, 2016 through December 31, 2022. The Oncor Financial Projections have been presented on a consolidated basis. EFH/EFIH does not, as a matter of course, publish its or Oncor's financial projections or anticipated financial position. Accordingly, EFH/EFIH does not anticipate that it will, and disclaims any obligation to, furnish updated financial projections in the future to Holders of Claims or Interests after the Confirmation Date, or to include such information in documents required to be filed with the SEC (if any), or otherwise make such information public.

The Financial Projections assume that the Plan will be implemented in accordance with its stated terms. This information is given in summary form and does not purport to be a complete presentation of all underlying information.

The Debtors received the Oncor Financial Projections from Oncor based on information available to it, including information derived from public sources that have not been independently verified. No representation or warranty, express or implied, is provided in relation to the fairness, accuracy, correctness, completeness, or reliability of the information, opinions, or conclusions expressed herein.

    **B.  The Financial Projections are Subject to the Following Cautionary Statement.**

The financial information reflected in this document does not purport to present EFH/EFIH's or Oncor's financial condition in accordance with generally accepted accounting practices in the United States ("U.S. GAAP"). Neither EFH/EFIH's or Oncor's independent accountants, nor any other accounting firm, have audited or performed any review procedures on the financial information reflected in this document. Such financial information includes certain

---

[1]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the *Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* (the "Disclosure Statement") to which the Financial Projections are attached.

measures that are not measures recognized under U.S. GAAP, such as EBITDA. These measures do not purport to be alternatives to measures presented in accordance with U.S. GAAP.

The Financial Projections reflect "pro forma adjustments" related to the adoption of "fresh start" reporting which may be required by Accounting Standards Codification 852, *Reorganizations* or fair value adjustments which may be required by Accounting Standards Codification 805, *Business Combinations*.

This document includes "forward-looking statements", as that term is defined under the Private Securities Litigation Reform Act of 1995. Forward-looking statements include statements concerning Reorganized EFH/EFIH's and Oncor's plans, objectives, goals, strategies, future events, future revenue or performance, liquidity, cash flows, capital expenditures, financing needs, plans, or business trends, and other information that is not historical information. When used in this document, the words "estimates," "expects," "anticipates," "projects," "plans," "intends," "believes," "forecasts," or future or conditional verbs, such as "will," "should," "could," or "may," and variations of such words or similar expressions are intended to identify forward-looking statements. All forward-looking statements, including, without limitation, management's examination of historical operating trends and data are based upon EFH/EFIH's and Oncor's expectations and various assumptions. Future events or results may differ from those anticipated or expressed in these forward-looking statements. Important factors that could cause actual events or results to differ materially from these forward-looking statements include, among others, the risks and uncertainties described under the heading "Risk Factors" in each respective company's most recent Annual Report on Form 10–K filed by EFH and EFIH on February 29, 2016 and Oncor Electric on February 26, 2016, and the most recent Quarterly Reports on Form 10-Q filed by EFH and EFIH on August 2, 2016 and Oncor Electric on August 2, 2016, and those described in filings made by the Debtors with the U.S. Bankruptcy Court for the District of Delaware and in other filings made with the SEC from time to time.

There may be other factors that may cause Reorganized EFH/EFIH's and Oncor's actual results to differ materially from the forward-looking statements. All forward-looking statements attributable to the Debtors or persons acting on their behalf apply only as of the date of this disclosure statement, and are expressly qualified in their entirety by the cautionary statements included in this document. The Debtors undertake no obligation to update or revise forward-looking statements to reflect events or circumstances that arise after the date of this Disclosure Statement or to reflect the occurrence of unanticipated events.

**C.  Forecasting Process.**

The Financial Projections are based on the forecast developed through Oncor's 2016 forecasting process. Each year, Oncor undergoes a detailed annual forecasting processes.  These processes ensures organizational and resource alignment, unified focus, and a clear direction for each organization. The ultimate objectives of the annual forecasting processes are to develop detailed operating plans for the subsequent calendar-year period and years beyond, in order to ensure that Oncor's strategic plan is on target to be achieved.

3

**D.     Risk Factors.**

Important factors that could cause actual events or results to differ materially from the financial projections include, among others, the risks and uncertainties described under the heading "Risk Factors" in each respective company's most recent Annual Report on Form 10–K filed by EFH and EFIH on February 29, 2016 and Oncor Electric on February 26, 2016, and the most recent Quarterly Reports on Form 10-Q filed by EFH and EFIH on August 2, 2016 and Oncor Electric on August 2, 2016, and those described in filings made by the Debtors with the U.S. Bankruptcy Court for the District of Delaware and in other filings made with the SEC from time to time.

## EXHIBIT 1 – ONCOR FINANCIAL PROJECTIONS

**Oncor Long Range Plan (LRP) key drivers:**
- Capital investment increases from approximately $1.4 billion annually to $1.6 billion by 2018 driven in part by on system growth, distribution automation and distribution maintenance.
    - Assumes ongoing use of Transmission Cost of Service (TCOS) tracker, use of rate cases and distribution tracker filings for recovery of distribution investment.
- Rate case related revenue increase beginning 2018 based on a 2016 test year. Additional rate case revenue increase in 2020 (resulting from second rate case based on a 2018 test year).
- Pension funding accounted for from 2016 through 2022.
    - Driven by actuarial estimates utilizing revised mortality tables as of October 2014.
    - Cash impact is back-loaded due to extension of tax legislation.
- 2016 cash taxes are impacted by 2015 and 2016 bonus depreciation at 50% and 2017 - 2019 cash taxes are impacted by bonus depreciation at 50%, 40%, and 30%, respectively.
- Financial projections do not assume a technical termination of the Oncor partnership. If the reorganization of the EFH Debtors results in a technical termination of the Oncor partnership, tax depreciation of assets would restart and result in higher cash tax distributions, partially offset by a decrease in dividends.
- Base distribution premise growth estimated at 1.5% for 2016, increasing to 1.7% annually thereafter.

**Financial Summary ($ millions)**

## Oncor Financial Summary

|  | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|
| Revenue | $3,758 | $3,932 | $4,022 | $4,222 | $4,390 | $4,546 | $4,705 | $4,864 |
| Adjusted EBITDA(1) | 1,761 | 1,812 | 1,824 | 1,900 | 1,981 | 2,069 | 2, 163 | 2,258 |
| Adjusted Net Income | 432 | 448 | 449 | 499 | 534 | 555 | 582 | 606 |
| Dividends | 436 | 271 | 318 | 264 | 276 | 276 | 300 | 360 |
| Cash Tax Distributions | 154 | (115) | 52 | 104 | 136 | 281 | 289 | 307 |
| Capital Expenditures (2) | 1,113 | 1,363 | 1,551 | 1,586 | 1,596 | 1,596 | 1,596 | 1,596 |
| Total Debt  (Excl. BondCo) | 6,541 | 6,564 | 6,891 | 7,234 | 7,610 | 8,037 | 8,442 | 8,826 |
| Interest Expense | 326 | 338 | 342 | 354 | 364 | 386 | 406 | 417 |

(1) EBITDA means net income (loss) before interest expense and related charges, income tax expense (benefit) and depreciation and amortization (including amortization of regulatory assets reported in operation and maintenance expense) and other income related to purchase accounting. EBITDA is also adjusted for certain noncash and unusual items, none of which is material in the years presented. EBITDA is a financial measure not calculated in accordance with GAAP. EBITDA is not intended to be an alternative to net income as a measure of operating performance, an alternative to cash flows from operating activities as a measure of liquidity or an alternative to any other measure of financial performance presented in accordance with GAAP, nor is it intended to be used as a measure of free cash flow available for discretionary use, because the measure excludes certain cash requirements such as interest payments, tax payments and other debt service requirements. EBITDA as presented in the table reflects EFH Corp.'s calculations of EBITDA for Oncor on a basis consistent with EFH Corp.'s prior public disclosures, except for the exclusion of amortization of regulatory assets reported in operation and maintenance expense. Accordingly, and because not all companies use identical calculations, EBITDA may not be comparable to EBITDA as calculated by Oncor or to similarly titled measures of other companies.
(2) Capital expenditures include expenditures for transmission facilities, infrastructure maintenance, information technology initiatives, distribution facilities to serve new customers and other general investments.