UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | § | Case No. 14-10979 (CSS) |
| | § | |
| Debtors | § | (Jointly Administered) |
| | § | |

_____

| | | |
|---|---|---|
| | § | |
| Sandow Power Company LLC | § | |
| | § | Contested Matter |
| v. | § | |
| | § | |
| Ranger Excavating LP | § | **Re: D.I. 10418** |

_____

**Notice of Withdrawal of Ranger Excavating LP's Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1**

_____

To the Honorable Judge of Said Court:

Ranger Excavating LP ("Ranger"), having resolved Sandow Power Company LLC's objection to Ranger's claim through mediation, withdraws its motion for summary judgment on the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims, filed in this case as Docket Item Number 10418.

Dated: January 4, 2017

Respectfully submitted,

*/s/ Stephen Sakonchick, II*

———————————————
Stephen Sakonchick, II
State Bar No. 17525500
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, Texas  78746
(512) 329-0375
(512) 697-2859 (fax)
sakon@flash.net

Attorney for Ranger Excavating, LP
Appearing under Local Bankruptcy Rule 9010-1(e)(iii)

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 4, 2017, a true and correct copy of the foregoing was sent to all parties receiving electronic notice via the Court's ECF System, and by email to those attorneys serving as co-counsel on the objection to the claim, the debtor's lead attorneys of record, the United States Trustee, and counsel for the Unsecured Creditor's Committee, as follows:

**To the Debtor through its claim objection counsel**:

Melanie Okon                          mokon@okonhannagan.com
Okon Hannagan PLLC
Suite 1800
750 North St. Paul Street
Dallas, Texas 75201

Justin Sowa                              justin.sowa@kirkland.com
Kirkland & Ellis, LLP
555 California Street
San Francisco, California 94104

**Debtor's attorneys of record**:

Edward O. Sassower, P.C.    edward.sassower@kirkland.com
Stephen E. Hessler           stephen.hessler@kirkland.com
Brian E. Schartz             brian.schartz@kirkland.com
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, P.C.  james.sprayregen@kirkland.com
Chad J. Husnick              chad.husnick@kirkland.com
Steven N. Serajeddini       steven.serajeddini@kirkland.com
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654


Mark D. Collins              collins@rlf.com
Daniel J. DeFranceschi      defranceschi@rlf.com
Jason M. Madron            madron@rlf.com
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

**The United States Trustee**:

Richard L. Schepacarter         richard.schepacarter@usdoj.gov
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

**The Official Committee of Unsecured Creditors:**

Elizabeth Blakely               eblakelypaquet@polsinelli.com
Polsinelli PC
900 Third Avenue
21st Floor
New York, New York 10022

Justin K. Edleson               jedelson@polsinelli.com
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, Delaware 19801

                                        */s/ Stephen Sakonchick, II*
                                        _____
                                        Stephen Sakonchick, II