IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : Case No. 14-10979 (CSS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

**COMPUTERSHARE TRUST COMPANY, AS INDENTURE TRUSTEE,
NOTICE OF DEPOSITION OF ANDREW WRIGHT**

**PLEASE TAKE NOTICE**, that, pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of the United States District Court for the District of Delaware, made applicable hereto pursuant to the Local Rules for the Unites States Bankruptcy Court for the District of Delaware (collectively the "Local Rules"), Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in its capacity as indenture trustee (the "EFIH Second Lien Trustee") for the EFIH Second Lien Notes (the "EFIH Second Lien Notes" and the holders thereof, the "EFIH Second Lien Noteholders") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "EFIH") pursuant to the Indenture dated as of April 25, 2011, will take the deposition upon oral examination of Andrew Wright in accordance with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of the Debtors' Joint Plan of Reorganization as It Related to the EFH/EFIH Debtors* [Docket No. 10327] and, in particular, in connection with the proceedings for approval of confirmation of the aspects of the Plan affecting the so-called "E-Side" Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** the deposition will take place on January 20, 2017, at 9:30 a.m. (Eastern Time) at the offices of Wilmer Cutler Pickering Hale and Dorr, LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, or at such other location and time mutually agreeable to counsel. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Wilmington, Delaware
Dated: January 4, 2017

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Laura Davis Jones*
        Laura Davis Jones (Bar No. 2436)
        Robert J. Feinstein (NY Bar No. RF-2836)
        919 N. Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Email: ljones@pszjlaw.com
              rfeinstein@pszjlaw.com

        *- and -*

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

        Thomas Moers Mayer
        Gregory A. Horowitz
        Joshua K. Brody
        Kramer Levin Naftalis & Frankel LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000
        Email: tmayer@kramerlevin.com
              ghorowitz@kramerlevin.com
              jbrody@kramerlevin.com

*- and -*

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: 212-541-1114
Facsimile: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*

- 3 -