## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 4th day of January, 2017, I caused a

copy of the following document(s) to be served via electronic mail (at

EFH_DS_Discovery_Service_List@kirkland.com) on the Participating Parties service list as

defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain*

*Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it*

*Relates to the EFH/EFIH Debtors* dated August 24, 2016 [D.I. 9381] and the *Supplemental Order*

*Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings* [D.I. 10327]:

*Computershare Trust Company, as Indenture Trustee Notice of Deposition of Anthony Horton*
*Computershare Trust Company, as Indenture Trustee Notice of Deposition of Andrew Wright*
*Computershare Trust Company, as Indenture Trustee Notice of Deposition of Kneeland Youngblood*
*Computershare Trust Company, as Indenture Trustee Notice of Deposition of Billie Williamson*
*Computershare Trust Company, as Indenture Trustee Notice of Deposition of Donald Evans*
*Computershare Trust Company, as Indenture Trustee Notice of Deposition of John Young*
*Computershare Trust Company, as Indenture Trustee Notice of Deposition of Ken Pontarelli*
*Computershare Trust Company, as Indenture Trustee Notice of Deposition of Charles Cremens*
*Computershare Trust Company, as Indenture Trustee Notice of Deposition of Tom Ferguson*
*Computershare Trust Company, as Indenture Trustee Notice of Deposition of Paul Keglevic*
*Notice of Deposition of the Debtors Pursuant to Fed. R. Civ. P. 30(b)(6) by Computershare Trust Company,*
*as Indenture Trustee*

/s/ Colin R. Robinson
Colin R. Robinson (Bar No. 5524)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

DOCS_DE:211674.1 23731/001