Page 1

1    UNITED STATES BANKRUPTCY COURT

2    DISTRICT OF DELAWARE

3

4

5    In re:                          :

                                     :    Chapter 11

6    ENERGY FUTURE HOLDINGS          :

     CORP., et al.,                  :    Case No. 14-10979 (CSS)

7                                    :

            Debtors.                 :    (Jointly Administered)

8    _____:

9

10

11                          United States Bankruptcy Court

12                          824 North Market Street

13                          Wilmington, Delaware

14                          January 3, 2017

15                          2:02 PM - 2:31 PM

16

17

18

19

20

21    B E F O R E :

22    HON CHRISTOPHER S. SONTCHI

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO OPERATOR:  LESLIE MURIN

1    HEARING re Telephonic Status Conference

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

1   A P P E A R A N C E S :

2

3   KIRKLAND & ELLIS LLP

4        Attorneys for the Debtors

5

6   BY:  MARK E. MCKANE

7        CHAD HUSNICK

8        MARC KIESELSTEIN

9

10  RICHARDS, LAYTON & FINGER P.A.

11        Attorneys for the Debtor

12

13  BY:  DANIEL DEFRANCESCHI

14        JASON MADRON

15

16  DRINKER BIDDLE & REATH LLP

17        Attorney for Creditor, Delaware Trust

18

19  BY:  JOEL MILLAR

20

21  POTTER ANDERSON & CORROON

22        Attorneys for Deutsche Bank of New York

23

24  BY:  R. STEPHEN MCNEILL

25        JEREMY W. RYAN

1   HOGAN MCDANIEL

2        Attorney for Fenicle, Fahy, Jones & Heinzmann

3

4   BY:  DANIEL K. HOGAN

5        GARVAN MCDANIEL

6

7   STEVENS & LEE P.C.

8        Attorneys for Wilmington Trust as Admin Agent

9

10  BY:  JOSEPH H. HUSTON, JR.

11

12  CHADBOURNE & PARKE

13       Attorney for NextEra Energy

14

15  BY:  ROBIN D. BALL

16       HOWARD SEIFE

17

18  YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

19       Attorney for Ad Hoc Committee of TCEH First Lien

20       Creditors

21

22  BY:  RYAN M. BARTLEY

23

24

25

1    SULLIVAN & CROMWELL LLP

2         Attorneys for Unsecured Creditors Committee

3

4    BY:  BRIAN GLUECKSTEIN

5

6    MONTGOMERY MCCRACKEN WALKER & RHOADS LLP

7         Attorneys for E-Side Committee

8

9    BY:  MARK A. FINK

10

11   COLE SCHOTZ, P.C.

12        Attorneys for Delaware Trust Company as Indenture

13        Trustee

14

15   BY:  J. KATE STICKLES

16

17   BIELLI & KLAUDER, LLC

18        Attorney for EFH Corp.

19

20   BY:  DAVID M. KLAUDER

21

22   PROSKAUER ROSE

23        Attorney for EFH Corp.

24

25   BY:  MICHAEL FIRESTEIN

Page 6

1    UNITED STATES DEPARTMENT OF JUSTICE

2         Attorney for the U.S. Trustee

3

4    BY:  RICHARD L. SCHEPACARTER

5

6    FOX ROTHSCHILD

7         Attorney for the Ad Hoc Group of TCEH Unsecured

8         Noteholders

9

10   BY   JEFFREY SCHLERF

11

12   KRAMER LEVIN NAFTALIS & FRANKEL LLP

13        Attorney for Second Lien Indenture Trustee

14

15   BY:  JOSHUA BRODY

16

17   PACHULSKI STANG ZIEHL & JONES

18        Attorney for Second Lien Indenture Trustee

19

20   BY:  LAURA DAVIS JONES

21

22   VENABLE LLP

23        Attorney for PIMCO DIP Lender

24

25   BY:  JEFFREY S. SABIN

```
                                               Page 7
 1    KLEHR HARRISON HARVEY BRANZBURG LLP

 2         Attorney for UMB Bank, N.A. Indenture Trustee

 3

 4    BY:  RAYMOND H. LEMISCH

 5

 6    AKIN GUMP STRAUSS HAUER & FELD LLP

 7         Attorneys for UMB Bank, N.A. Indenture Trustee

 8

 9    BY:  SCOTT L. ALBERINO

10

11    LANDIS RATH & COBB

12         Attorney for NextEra Energy

13

14    BY:  MATTHEW B. MCGUIRE

15

16    ENERGY FUTURE HOLDLINGS CORP.

17         Debtor

18

19    BY:  ANDY WRIGHT

20

21    SEWARD & KISSEL LLP

22         Attorney for Wilmington Trust, First Lien Col. Agent

23

24    BY:  ARLENE R. ALVES

25
```

```
 1    WILMER CUTLER PICKERING HALE & DORR

 2         Attorneys for Delaware Trust, EFIH First Lien Indenture

 3         Trustee and Ad Hoc Group

 4

 5    BY:  PHILIP ANKER

 6         ISLEY M. GOSTIN

 7

 8    PATTERSON BELKNAP WEBB & TYLER LLP

 9         Attorney for Law Debenture Trust Company of New York

10

11    BY:  BRIAN P. GUINEY

12

13    COZEN O'CONNOR

14         Attorney for Creditor, J. Aron & Co.

15

16    BY:  SIMON E. FRASER

17

18    KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP

19         Attorney for Contrarian Capital Management, LLC

20

21    BY:  ANDREW GLENN

22         EMILY L. KUZNICK

23

24

25
```

Page 9

1    JENNER & BLOCK LLP

2        Attorney for Energy Future Intermediate Holding Co.

3

4    BY:  VINCENT LAZAR

5        RICHARD LEVIN

6

7    PERKINS COIE, LLP

8        Attorney for Delaware Trust Company

9

10   BY:  TINA MOSS

11

12   COLE SCHOTZ, P.C.

13       Attorney for Delaware Trust Co.

14

15   BY:  NORMAN L. PERNICK

16

17   NIXON PEABODY

18       Attorney for EFH Indenture Trustee

19

20   BY:  RICHARD C. PEDONE

21       ERIK SCHNEIDER

22

23

24

25

1   CROSS & SIMON, LLC

2       Attorney for American Stock Transfer & Trust

3

4   BY:  CHRISTOPHER P. SIMON

5

6   CHIPMAN BROWN CICERO & COLE, LLP

7       Interested Party, AppLabs Technologies

8

9   BY:  WILLIAM E. CHIPMAN

10

11

12  PAUL WEISS RIFKIND WHARTON & GARRISON

13      Attorney for Creditor TCEH

14

15  BY:  JACOB A. ALDERSTEIN (TELEPHONICALLY)

16  ALSO PRESENT TELEPHONICALLY:

17

18  ASHLEY F. BARTRAM

19  LAUREN BILZIN

20  PEG A. BRICKLEY

21  CHRISTOPHER L. CARTER

22  MARIA CHUTCHIAN

23  ERIC C. DAUCHER

24  JULIA FROST-DAVIES

25  JUSTIN K. EDELSON

1   JAMIE EDMONSON

2   CATHERINE EISENHUT

3   BENJAMIN D. FELDER

4   MARK FLANNAGAN

5   JOSEPH A. FLORCZAK

6   MICHAEL J. JOYCE

7   HAROLD KAPLAN

8   HAL F. MORRIS

9   MEREDITH PFISTER

10  MATTHEW M. ROOSE

11  NED S. SCHODEK

12  NOAH M. SCHOTTENSTEIN

13  CHARLES E. SIEVING

14  ANGELO THALASSINOS

15  ANDREW M. THAU

16  AMER TIWANA

17  MICHAEL TURKEL

18  MATTHEW UNDERWOOD

19  TAMARA VAN HEEL

20  MICHAEL J. WALSH

21  MEGAN WASSON

22  JULIA M. WINTERS

23  APARNA YENAMANDRA

24  MARK A. CODY

25

1                      P R O C E E D I N G S

2            THE COURT:  Good afternoon, Counsel, and happy New

3    Year to everybody on the phone.  This is Judge Sontchi and

4    we're here in the Energy Future Holdings Corp case.

5            I asked the Debtors to notice this status

6    conference as a precursor towards tomorrow's scheduled

7    disclosure statement hearing.  I was -- I did that because I

8    received -- and I've lost track -- I think it was the fifth

9    but -- no, I'm sorry, the sixth amended plan and disclosure

10   statement that was filed on December 28th, and was somewhat

11   concerned because of the optionality with regard to whether

12   it was going to be the first and second lien settlement or

13   the PIK settlement, for lack of better descriptions, that

14   the Debtors were going to proceed with.  And I was concerned

15   that if we continued to be in a state of flux, that might

16   affect how we went about having the hearing on Wednesday.

17            So, anyway, that's the precursor.  That's why the

18   Court asked the Debtors to schedule this.  And I did see

19   that the Debtors made a number of filings on about 12

20   o'clock today, including the seventh amended plan and an

21   omnibus reply.  I've read the reply, I have skimmed the

22   black lines of the disclosure statement and plan.  I have

23   not read at all the proposed order, amended order that was

24   filed.

25            So with that precursor, I turn it over to Debtor's

1    counsel to provide whatever information they'd like to with

2    the Court, including how they intend to proceed tomorrow.

3              MR. HUSNICK:   Thank you, Your Honor.   It's Chad

4    Husnick with Kirkland & Ellis appearing on behalf of the EFH

5    and the EFIH Debtors.

6              Your Honor, Happy New Year.   As you identified

7    early this afternoon, the EFH and the EFIH Debtors did file

8    a revised plan, disclosure statement, and reply in support

9    of the disclosure statement that is the seventh amended plan

10   of reorganization and the company disclosure statement.

11             In the disclosure statement the Debtors disclose

12   that they have reached agreement with the holders of more

13   than two-thirds of the EFIH PIK noteholders regarding their

14   treatment under the plan and on the terms of an escrow

15   arrangement for the benefit of the EFIH first and second

16   lien creditors pending final resolution of the litigation

17   regarding the validity of those lenders' claims.

18             Importantly, this modification to the disclosure

19   statement eliminated earlier references and earlier

20   optionality regarding the potential settlement with the EFIH

21   first and second lien creditors.   The Debtors have elected

22   not to proceed with that settlement agreement at this time

23   in favor of the PIK settlement agreement.

24             The EFH and EFIH Debtors discussed the

25   consideration for making this particular decision at length

1    in their reply in support of the disclosure statement.

2            At a very high level, Your Honor, as you read the

3    reply, I won't bother reading it back to you, but suffice to

4    say we agree that the PIK deal fully protects the first and

5    second lien claims with a cash escrow that allows the EFH

6    creditors to take their recovery, the cash on hand at EFH to

7    potentially see a recovery to the expense that the third

8    parties' make whole decision is reversed and the make whole

9    claims are ultimately disallowed by final order.  It also

10   preserves the appellate rights of the EFIH Debtors in

11   connection with the make whole, which could potentially

12   yield significant additional recoveries for the EFIH

13   stakeholders.

14            And, finally, it avoids completely unnecessary

15   cramdown fight that we would have February 22nd with the

16   EFIH PIK noteholders.  Pursuing the PIK deal now, Your

17   Honor, preserves the confirmation timeline, as opposed to

18   having to pursue the PIK deal at some later date.  It does

19   avoid a need to ask NextEra for any further extension of the

20   current January 5th milestone to approve the disclosure

21   statement, and the February 22nd milestone to obtain

22   confirmation of the plan.

23            I'm going to save further comment for the

24   disclosure statement hearing on the reason why we pursued

25   this deal.  But I'd like to address the status of the

1   objections and how I see the hearing proceeding tomorrow.

2          First, the Debtors are prepared to proceed with a

3   disclosure statement that embodies the PIK deal from

4   Wednesday.  That's what we filed earlier this afternoon.

5   While the Debtors received multiple objections to the

6   disclosure statement, Your Honor, no party suggested in

7   their objection, either formally or informally, to the

8   Debtors that the disclosure statement hearing should be

9   adjourned.

10          I believe we all recognize the need to keep moving

11   these Chapter 11 cases forward.  If for no other reason,

12   Your Honor, to preserve the NextEra deal and to avoid having

13   this case reach its fourth anniversary in 2018.

14          Toward that end, the Debtors agreed that the EFIH

15   first and second lien noteholders could serve additional

16   fact discovery in connection with confirmation given the

17   changed circumstances.  We are working with those creditors

18   on the scope of such confirmation-related discovery, and to

19   the extent necessary we will bring in direct pertaining to

20   disputes related to such scope to Your Honor's attention

21   through the normal channels.

22          Second, the Debtors have spent a consider amount

23   of time over the last couple of weeks working with the

24   objecting parties, especially over the last few days, to

25   resolve their disclosure related objections.  We've narrowed

1    the issue significantly and I'm cautiously optimistic that

2    over the next 12 or so hours, we will be able to eliminate

3    most, if not all of the disclosure-related objections.  At a

4    minimum, we'll be able to significantly narrow those

5    objections.

6              Finally, the Debtors expect at this time that they

7    will need to proceed with the hearing tomorrow on the aspect

8    of the disclosure statement motion that relates to binding

9    certain EFH stakeholders to the vote cast in connection with

10   the earlier version of the plan.

11             With respect to this motion, Your Honor, let me

12   just highlight that the Debtors -- who the Debtors propose

13   to resolicit here -- the EFIH PIKs, the EFIH First, and the

14   EFIH Second.  The Debtors do not intend to resolicit the

15   other classes of creditors entitled to vote on the plan

16   because we believe that the amendments to the plan do not

17   materially and adversely change the treatment for those

18   creditors.

19             The only objecting party to this motion is the EFH

20   indenture trustee represented by Nixon Peabody.  That's Mr.

21   Pedone.  Notably, no creditor that is actually entitled to

22   vote on the plan has objected to this motion, nor did the

23   official committee representing the interests of these

24   creditors object to the motion.  It's just the EFH

25   indentured trustee, which has become a familiar refrain in

Page 17

1   these cases.

2            And the EFH indentured trustee's objection comes

3   despite the fact, to the best of the Debtor's knowledge,

4   there remains an outstanding direction from the holder of

5   more than 70 percent of the notes represented by the EFH

6   indentured trustee to stand down on confirmation-related

7   objections.

8            Even though we have been unable to resolve this

9   re-solicitation issue with the EFH indentured trustee, and

10  that's despite our significant efforts, we have been able to

11  work with the EFH indenture trustee regarding the scope of

12  the hearing on that part of the disclosure statement motion.

13           Based on those efforts, the Debtors and the EFH

14  indenture trustee do not anticipate that live testimony will

15  be required at Wednesday's hearing on the disclosure

16  statement motion.

17           While there will be some minor evidentiary issues

18  regarding the Jack Williams declaration filed by the EFH

19  indenture trustee, the Debtors and the EFH indenture trustee

20  believe that they can proceed to oral argument on the

21  disclosure statement motion based on all or on part of the

22  materials already submitted to the Court in the plans,

23  disclosure statements and redlines that have already been

24  filed on the docket.

25           In other words, while there may be an argument

1    from the EFH indenture trustee that the Debtors have not

2    satisfied their evidentiary obligation, both the Debtors and

3    the trustee agree that we can proceed to argument on the re-

4    solicitation issue without an extensive evidentiary portion

5    of the hearing.

6           So, to sum it up, Your Honor, the Debtors have

7    made significant progress since we met with you in December.

8    That progress, we believe, will ultimately lead to a

9    streamlined confirmation hearing that we believe should

10   begin on February 14th, consistent with the existing

11   scheduling order.

12          As for tomorrow's disclosure statement hearing,

13   there will be some minor evidentiary issues and oral

14   argument on the ability to bind certain stakeholders to

15   their previously cast votes and to the extent we cannot

16   resolve those named disclosure-related objections, the

17   adequacy of the proposed disclosure statement.

18          And with that, Your Honor, unless you have any

19   questions, I'll turn it over to others.

20          THE COURT:  All right, thank you very much, Mr.

21   Husnick.  To keep some order about the process I'm going to

22   go through the waterfall for lack of a better way to do it,

23   and call on various parties to comment if they wish.  If you

24   don't want to say anything, that's certainly fine.  So I'll

25   start with first lien lenders.  Mr. Anker, if you'd like to

1    comment.

2            MR. ANKER:  Thank you, Judge Sontchi.  I join Mr.

3    Husnick in wishing you and your staff a very happy New Year.

4    Your Honor, and if at any point what I'm about to say --

5    it's not scripted the way I think Mr. Husnick's was -- you

6    think would be more appropriate tomorrow or at a different

7    time, let me know.

8            It is accurate to say that we have quite

9    frustrated clients.  Clients who thought they had a deal and

10   thought, frankly, that people double-traded them.  But

11   having said that -- and you will see when you ultimately

12   look at our fees in connection with our claim on fees, how

13   much time was spent negotiating and finalizing the first

14   lien and second lien settlement.  It was a lot, and without

15   real notice of what was going on behind the scenes.

16           Having said that, I don't claim that the Debtors

17   entered into a binding agreement, let alone one you

18   approved, such that we can force them to proceed with the

19   first lien and second lien settlement.  They've made their

20   bed.  I think it will end up costing this estate way more

21   money and reduce value, including the PIKs, dramatically,

22   but that is what it is.

23           As for disclosure, it is true that there have been

24   a lot of discussions over the last week -- way past midnight

25   last night and on New Year's Day -- regarding amendments to

1    the disclosure statement.  From my perspective, we have had

2    to beg and plead for meaningful disclosure on how the

3    reserve will operate, and we are still not there.  I too,

4    like, Mr. Husnick, am hopeful that at least from a

5    disclosure standpoint, we may get there by tomorrow and not

6    have to prosecute or at most raise some relatively small and

7    narrow objections to disclosure.

8         I do think, however -- I would've have said

9    anything, but Mr. Husnick talked about a streamlined

10   confirmation hearing -- I think we're headed toward a

11   contested confirmation hearing where there won't be a

12   cramdown of the PIKs.  But if I'm right, I think the EFIH

13   first liens and second liens, if my clients are a

14   representative, are going to vote to reject.  And they're

15   going to vote to reject not because there's anything

16   inappropriate about letting us litigate the claims of the

17   final judgment -- if we win, not get the reduced settlement

18   amounts we were prepared to settle for, but pay them in full

19   -- it is whether this really is an adequate reserve.

20        And I should say, and maybe this will be a comfort

21   to Your Honor, as I understand it, the objection really may

22   not stand as an obstacle to confirmation because, as I

23   understand it, the PIKs have agreed that whatever Your Honor

24   requires by way of escrow or reserve, they are bound,

25   including if you require that every penny -- and we think

1    that would be appropriate -- every penny be withheld such

2    that it is all left -- that is, after all, what our lien is

3    today; it's on 100 percent of the value after payment of the

4    DIP and any other priority claims.

5            In that regard, you know, Your Honor, this is

6    really an issue for confirmation.  But we are, as Mr.

7    Husnick said, heading toward what will in June -- April will

8    be year four of this case.  We're heading toward what will

9    be year three of the litigation.  And while we now have a

10   decision by the Third Circuit that reversed Your Honor's

11   decision, the PIKs and the Debtors evidently believe that

12   there is to be further litigation over the make whole

13   claims.  They filed the petition for rehearing in the Third

14   Circuit.  They may seek cert, for all I know, from the

15   Supreme Court and they've made it clear that even if all

16   those efforts end, there will then be what they view as

17   Phase II followed presumably by appeal after appeal after

18   appeal.

19           We've all had cases, this case is already a good

20   example, where litigation has gone way longer than three

21   years.  The Nortel case in this district is a pretty good

22   example, but we can give many others.  And my clients simply

23   are not prepared, at least consensually, to agree to a

24   structure that doesn't preserve and maintain for them the

25   ability to be paid in full.  If that structure is there,

1    that's something very different.  And, as I said, we

2    understand the Debtor's right in the end to litigate.

3             But at the end of -- we've talked to the Debtors

4    about alternatives.  Are the PIKs prepared to personally

5    guarantee all of these amounts?  Are they prepared to agree

6    to disgorge all distributions they receive?  Is anyone else

7    prepared to provide a guarantee with collateral behind that

8    guarantee so that if this litigation goes longer than three

9    years, interest that would continue to accrue gets paid?

10   And so far we have been met with stone silence on those

11   ideas, which suggests to me that people are not willing to

12   put their money where their mouth is.

13            I acknowledge, and I'll end here, those are

14   principally confirmation objections.  But I wanted Your

15   Honor to be aware of them.

16            One last question:  Timing.  I understand and

17   appreciate that there are milestones in the NextEra deal.

18   We have not asked, and we're sensitive to them, that they be

19   moved or that the confirmation hearing be moved.  The moment

20   we learned that the Debtors were pivoting about doing our

21   deal, we asked for and we got time to server additional

22   discovery.  Some of it went out Friday, some of it went out

23   Saturday, Christmas Eve -- New Year's Eve, and some

24   additional will go out today or maybe even gone out in the

25   last hour.

1          I will do and I will commit to do everything in my

2     power to keep this schedule.  But to say the least, this is

3     an important issue to my client and it may be that we will

4     need to come back to Your Honor, and we may need to have a

5     discussion or the Debtor may with NextEra.  But there is a

6     good amount to get done from a confirmation standpoint

7     before this case is ready to be decided and Your Honor has

8     to make what, for us, is a pretty darn important and

9     monumental decision.

10          I wish I had better news at the beginning of a new

11    year, Your Honor, but that's realistically and fairly where

12    we are, and I wanted to be candid with the Court.

13          THE COURT:  Well, thank you very much Mr. Anker.

14    And absolutely that's what I desire from everybody on the

15    phone.  Let's be realistic about where we are where we're

16    headed.  So I appreciate your comments very much.  Turn it

17    over to the seconds -- I assume it's Mr. Brody, if he has

18    anything to say.

19          MR. BRODY:  Yes, thank you, Your Honor.  Josh

20    Brody from Kramer Levin on behalf of ComputerShare as EFIH

21    second lien indenture trustee.  First of all, happy New

22    Year's, Your Honor, and your staff.

23          I don't really have a lot to add to what Mr. Anker

24    just went through.  Suffice it to say that I think most, if

25    not all of it holds true for us.

1          Obviously, my clients really do share the

2     frustration as to how things went.  And while I guess -- and

3     this may be more of an issue for confirmation -- maybe the

4     Debtors are entitled to make the determination to pivot to

5     the PIK plan just strikes me as, frankly, really unfortunate

6     that they moved away from a settled deal to what's going to

7     be (indiscernible).  I think there will be even further

8     litigation but I guess that issue will be dealt with on a

9     different day.

10         As far as tomorrow, I concur with what Mr. Anker

11    and what Mr. Husnick both said, that we are working to try

12    and resolve our disclosure-related objections, so that the

13    issues for tomorrow, although not resolved completely, at

14    least narrowed -- but again, and I also think, you know,

15    echo one other thing Mr. Anker said about what the

16    confirmation hearing is going to look like in terms of what

17    needs to be litigated.

18         And one of the issues that I think we're grappling

19    with is making sure that the disclosure statement either

20    sets off or puts in place a way to set up the exact shape of

21    how the confirmation hearing is going to look in terms of

22    litigation over the reserve and how much needs to be

23    withheld.

24         I generally agree with Mr. Anker in terms of, you

25    know, concerns we have that there's not enough money left

1   behind, and find ourselves in the untenable position that a

2   secured creditor has not been paid in full or unsecured

3   creditor got the benefit of what was really a secured

4   creditor's collateral.

5          And that's an issue, again, that really is a

6   confirmation one.  But in terms of looking at tomorrow and

7   resolving our disclosure statement objections, we're really

8   trying our hardest to make sure that things are clearer and

9   settled in a way that when we get to confirmation we can

10  really give Your Honor a roadmap as to the specific issues

11  that need to get ruled on to make confirmation a possibility

12  if the Debtors can satisfy their burdens.

13         And then (indiscernible) we're also working with

14  Mr. Anker to try to move forward with any discovery we're

15  going to need to serve and keep the Debtor's schedule,

16  because we are mindful of the fact that the NextEra deal has

17  some milestones in it.  Other than that, Your Honor, I guess

18  I'll save any further commentary for tomorrow.

19         THE COURT:  Thank you, Mr. Brody.  Anything from

20  the PIKs?  I don't know if it's Mr. Dizengoff or Mr.

21  Qureshi.

22         MR. ALBERINO:  No, Your Honor.  It's Mr. Alberino.

23         THE COURT:  Oh, well.  Sorry.  O for two.

24         MR. ABLERINO:  O for two.  My apologies, you're

25  stuck with me.  Happy New Year as well.

1          THE COURT:  No problem.

2          MR. ALBERINO:  I'll be brief, Your Honor.  Just a

3    few points here.  Obviously, we are -- we're pleased that

4    we've at least reached the point where we are in agreement

5    with the company structure for moving forward.  There was a

6    lot of frustration voiced earlier in this conference by

7    representatives for the first liens and second liens and I

8    guess I would say that our clients and our stakeholders

9    would probably join in them in echoing their frustration

10   when the settlements with the one Ls and two Ls were

11   announced.

12         We've worked hard with the company to try to

13   create a scenario where future settlement discussions will

14   occur between the various stakeholder groups now, and we

15   have also worked with the company to try to come up with a

16   construct that will provide them with a confirmable pathway

17   to exit these cases.

18         We are mindful of the timeline here.  We certainly

19   are encouraging of the Court to proceed with kind of moving

20   this process forward quickly.  We're not interested in

21   putting up any roadblocks to a mid-February confirmation.

22   As Mr. Anker and Mr. Brody both suggested, discovery has

23   been served -- UMB as well as certain PIK note holders.  We

24   intend to try to move forward as quickly as we can to kind

25   of deal with these discovery requests in an efficient way,

1    you know, mindful of the scope of the confirmation issues

2    that are out there.

3             But we will do everything within our power to keep

4    this process moving on track and consistent with the

5    February timeline.

6             One note on the reserve construct.  We have

7    reached agreement with the company on the reserve construct.

8    Mr. Anker made a note pointing out that the plan support

9    agreement and our settlement terms sheet does provide that

10   we will live with what the Court orders with respect to the

11   reserves.

12            That said, I do believe we've reached an agreement

13   with the company on what we think is an adequate reserve

14   heading out, which is a three-year reserve.  And we'll deal

15   with this in the context of confirmation.  But I also am

16   hopeful that we will try to work with all the stakeholder

17   groups in between now and confirmation and try to come up

18   with appropriate mechanisms to deal with these issues, you

19   know, given the 1129 backdrop that we're all dealing with

20   heading into confirmation.

21            So, that being said, Your Honor, for tomorrow we

22   certainly will be standing next to the Debtors, supporting

23   entry of a disclosure statement approval order, and heading

24   into confirmation, we will do what we can to work with all

25   the various stakeholder groups on discovery issues and we'll

1    work to resolve objections as reasonably as we can.

2            THE COURT:  Thank you, Mr. Alberino.  Mr. Pedone?

3            MR. PEDONE:  Your Honor, Richard Pedone for the

4    EFH indentured trustee.

5            Your Honor, I'll save my responses to the Debtor's

6    replies for tomorrow on the substantive issues.

7            I do have a procedural question for the Court, and

8    that is regarding Mr. Williams' need to be in the courtroom.

9    I know that the standard rule is that he should be there.

10   He's put his declaration in, but we're not intending to call

11   him.  The Debtors may object, we believe, on relevance

12   grounds to the declaration being in at all.  And in response

13   to that, we wouldn't seek any additional testimony.  So my

14   question for the Court is could he be excused from personal

15   attendance?  And if not, we certainly understand.

16           THE COURT:  Okay.  Mr. Husnick, you don't intend

17   to cross-examine the witness?

18           MR. HUSNICK:  That's correct, Your Honor.  The

19   Debtors intend to object to the relevance of this

20   declaration but we have no problem with Mr. Williams not

21   being in attendance.

22           THE COURT:  Okay.  That's fine with me as well,

23   Jr.  Pedone.  Thank you for asking.  And so if I deem it's

24   relevant, it'll go in and it'll be what it is, and there

25   won't be any further testimony with regard to it.

1          MR. HUSNICK:  Thank you, Your Honor.  No other

2    comments.

3          THE COURT:  Okay, thank you.  Does anyone else to

4    make a comment or be heard?

5          MR. HUSNICK:  Your Honor, if I could just very,

6    very briefly, respond.  This is Mr. Husnick from Kirkland &

7    Ellis.

8          I agree with one thing that Mr. Anker said, which

9    is these are all confirmation issues.  So I'm going to leave

10   responding to the substance for another day.

11          But I just want to emphasize something that Mr.

12   Alberino referenced as well.  The Debtor's agreement with

13   the PIKs require that the PIKs will accept whatever Your

14   Honor rules is the appropriate amount of the reserve.  To be

15   clear, the Debtors did not agree that every single dollar,

16   as Mr. Anker said, needs to be held in escrow.  But that, to

17   us, is a relatively simple indubitable equivalent fight that

18   we can have at confirmation.  It's not some long, complex

19   cramdown fight that we otherwise would have had, had we had

20   to litigate against the PIKs.

21          So, to us, this is a much more straightforward

22   hearing, but we will address those issues as they come up

23   going forward.

24          THE COURT:  All right, thank you, Mr. Husnick.

25   It'll be refreshing in this case to have somebody agree to a

1    ruling of this Court without pursuing an appeal.  So,

2    there's a first time for everything.  Anything anybody else

3    wants to say before we adjourn until tomorrow at 10 a.m.?

4              MR. SEIFE:  Your Honor, this is Howard Seife,

5    Chadbourne & Parke for NextEra.

6              THE COURT:  Yes, sir.

7              MR. SEIFE:  A number of the parties have alluded

8    to the milestones that exist between NextEra and the Debtors

9    set forth in our plan support agreement, and I just want to

10   reemphasize how important those milestones are.

11             NextEra has agreed previously to forbearance on

12   meeting one of those milestones, and I don't think the

13   parties should assume that there is a willingness to further

14   extend them.  We are concerned about the contentiousness

15   that we've heard today and we've seen in this case and we're

16   hopeful that the parties will find a way to maintain our

17   schedule, which has been very carefully negotiated with the

18   Debtors.

19             So, NextEra remains committed to the deal and

20   we're very hopeful we'll stay on schedule and won't trigger

21   any termination events under our merger agreement.

22             THE COURT:  When is the PUCT hearing?

23             MR. HUSNICK:  It's in late February, Your Honor.

24   I'm looking to my clients here.  Yeah, late February.  Yes.

25             THE COURT:  Okay.  If you think this is

1    contentious, boy, you should've been here two years ago.

2              MR. HUSNICK:  Well, I'm hopeful we don't meet that

3    standard.

4              THE COURT:  All right.  Thank you very much.

5    Unless anyone has any last words, we will go forward

6    tomorrow with the disclosure statement hearing as scheduled

7    for 10 a.m.  And, hopefully, things will continue to be

8    worked on in connection with resolving disclosures.  I

9    understand not all issues are resolvable.

10             Obviously, Mr. Pedone's issue in connection with

11   re-solicitation will be a live issue for tomorrow, and any

12   other remaining disclosure-related issues the Court will

13   take up if necessary.  So, it shouldn't, hopefully, be too

14   arduous a day.

15             In any event, again, happy New Year to everyone on

16   the phone and I will see you tomorrow at 10 a.m.  We're

17   adjourned.

18             SEVERAL:  Thank you, Your Honor.

19

20                        * * * * *

21

22

23

24

25

Page 32

C E R T I F I C A T I O N

1

2

3       I, Sonya Ledanski Hyde, certified that the foregoing

4  transcript is a true and accurate record of the proceedings.

5

Sonya
6                                    Digitally signed by Sonya Ledanski Hyde
                                     DN: cn=Sonya Ledanski Hyde, o=Veritext,
Ledanski Hyde                        ou, email=digital@veritext.com, c=US
7                                    Date: 2017.01.05 11:02:31 -05'00'

8  Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  January 4, 2017

| & | | | |
|---|---|---|---|
| **&** 3:3,10,16,21 4:2,7,12,18 5:1,6 5:17 6:12,17 7:6 7:11,21 8:1,8,14 8:18 9:1 10:1,2,6 10:12 13:4 29:6 30:5 | **ability** 18:14 21:25 **able** 16:2,4 17:10 **ablerino** 25:24 **absolutely** 23:14 **accept** 29:13 **accrue** 22:9 **accurate** 19:8 32:4 **acknowledge** 22:13 **ad** 4:19 6:7 8:3 **add** 23:23 **additional** 14:12 15:15 22:21,24 28:13 **address** 14:25 29:22 **adequacy** 18:17 **adequate** 20:19 27:13 **adjourn** 30:3 **adjourned** 15:9 31:17 **admin** 4:8 **administered** 1:7 **adversely** 16:17 **affect** 12:16 **afternoon** 12:2 13:7 15:4 **agent** 4:8 7:22 **ago** 31:1 **agree** 14:4 18:3 21:23 22:5 24:24 29:8,15,25 **agreed** 15:14 20:23 30:11 **agreement** 13:12 13:22,23 19:17 26:4 27:7,9,12 29:12 30:9,21 **akin** 7:6 | **al** 1:6 **alberino** 7:9 25:22 25:22 26:2 28:2 29:12 **alderstein** 10:15 **allows** 14:5 **alluded** 30:7 **alternatives** 22:4 **alves** 7:24 **amended** 12:9,20 12:23 13:9 **amendments** 16:16 19:25 **amer** 11:16 **american** 10:2 **amount** 15:22 23:6 29:14 **amounts** 20:18 22:5 **anderson** 3:21 **andrew** 8:21 11:15 **andy** 7:19 **angelo** 11:14 **anker** 8:5 18:25 19:2 23:13,23 24:10,15,24 25:14 26:22 27:8 29:8 29:16 **anniversary** 15:13 **announced** 26:11 **anticipate** 17:14 **anybody** 30:2 **anyway** 12:17 **aparna** 11:23 **apologies** 25:24 **appeal** 21:17,17 21:18 30:1 **appearing** 13:4 **appellate** 14:10 **applabs** 10:7 | **appreciate** 22:17 23:16 **appropriate** 19:6 21:1 27:18 29:14 **approval** 27:23 **approve** 14:20 **approved** 19:18 **april** 21:7 **arduous** 31:14 **argument** 17:20 17:25 18:3,14 **arlene** 7:24 **aron** 8:14 **arrangement** 13:15 **ashley** 10:18 **asked** 12:5,18 22:18,21 **asking** 28:23 **aspect** 16:7 **assume** 23:17 30:13 **attendance** 28:15 28:21 **attention** 15:20 **attorney** 3:17 4:2 4:13,19 5:18,23 6:2,7,13,18,23 7:2 7:12,22 8:9,14,19 9:2,8,13,18 10:2 10:13 **attorneys** 3:4,11 3:22 4:8 5:2,7,12 7:7 8:2 **avoid** 14:19 15:12 **avoids** 14:14 **aware** 22:15 |

| 1 |
|---|
| **10** 30:3 31:7,16 **100** 21:3 **11** 1:5 15:11 **1129** 27:19 **11501** 32:23 **12** 12:19 16:2 **14-10979** 1:6 **14th** 18:10 |

| 2 |
|---|
| **2017** 1:14 32:25 **2018** 15:13 **22nd** 14:15,21 **28th** 12:10 **2:02** 1:15 **2:31** 1:15 |

| 3 |
|---|
| **3** 1:14 **300** 32:22 **330** 32:21 |

| 4 |
|---|
| **4** 32:25 |

| 5 |
|---|
| **5th** 14:20 |

| 7 |
|---|
| **70** 17:5 |

| 8 |
|---|
| **824** 1:12 |

| a |
|---|
| **a.m.** 30:3 31:7,16 |

| b |
|---|
| **b** 1:21 7:14 **back** 14:3 23:4 **backdrop** 27:19 **ball** 4:15 |

**bank**  3:22 7:2,7
**bankruptcy**  1:1
  1:11,23
**bartley**  4:22
**bartram**  10:18
**based**  17:13,21
**bed**  19:20
**beg**  20:2
**beginning**  23:10
**behalf**  13:4 23:20
**believe**  15:10
  16:16 17:20 18:8
  18:9 21:11 27:12
  28:11
**belknap**  8:8
**benefit**  13:15 25:3
**benjamin**  11:3
**benson**  8:18
**best**  17:3
**better**  12:13 18:22
  23:10
**biddle**  3:16
**bielli**  5:17
**bilzin**  10:19
**bind**  18:14
**binding**  16:8
  19:17
**black**  12:22
**block**  9:1
**bother**  14:3
**bound**  20:24
**boy**  31:1
**branzburg**  7:1
**brian**  5:4 8:11
**brickley**  10:20
**brief**  26:2
**briefly**  29:6
**bring**  15:19
**brody**  6:15 23:17
  23:19,20 25:19
  26:22
**brown**  10:6

**burdens**  25:12

      **c**

**c**  3:1 9:20 10:23
  12:1 32:1,1
**call**  18:23 28:10
**candid**  23:12
**capital**  8:19
**carefully**  30:17
**carter**  10:21
**case**  1:6 12:4
  15:13 21:8,19,21
  23:7 29:25 30:15
**cases**  15:11 17:1
  21:19 26:17
**cash**  14:5,6
**cast**  16:9 18:15
**catherine**  11:2
**cautiously**  16:1
**cert**  21:14
**certain**  16:9 18:14
  26:23
**certainly**  18:24
  26:18 27:22 28:15
**certified**  32:3
**chad**  3:7 13:3
**chadbourne**  4:12
  30:5
**change**  16:17
**changed**  15:17
**channels**  15:21
**chapter**  1:5 15:11
**charles**  11:13
**chipman**  10:6,9
**christmas**  22:23
**christopher**  1:22
  10:4,21
**chutchian**  10:22
**cicero**  10:6
**circuit**  21:10,14
**circumstances**
  15:17
**claim**  19:12,16

**claims**  13:17 14:5
  14:9 20:16 21:4
  21:13
**classes**  16:15
**clear**  21:15 29:15
**clearer**  25:8
**client**  23:3
**clients**  19:9,9
  20:13 21:22 24:1
  26:8 30:24
**cobb**  7:11
**cody**  11:24
**coie**  9:7
**col**  7:22
**cole**  5:11 9:12
  10:6
**collateral**  22:7
  25:4
**come**  23:4 26:15
  27:17 29:22
**comes**  17:2
**comfort**  20:20
**comment**  14:23
  18:23 19:1 29:4
**commentary**
  25:18
**comments**  23:16
  29:2
**commit**  23:1
**committed**  30:19
**committee**  4:19
  5:2,7 16:23
**company**  5:12 8:9
  9:8 13:10 26:5,12
  26:15 27:7,13
**completely**  14:14
  24:13
**complex**  29:18
**computershare**
  23:20
**conaway**  4:18
**concerned**  12:11
  12:14 30:14

**concerns**  24:25
**concur**  24:10
**conference**  2:1
  12:6 26:6
**confirmable**
  26:16
**confirmation**
  14:17,22 15:16,18
  17:6 18:9 20:10
  20:11,22 21:6
  22:14,19 23:6
  24:3,16,21 25:6,9
  25:11 26:21 27:1
  27:15,17,20,24
  29:9,18
**connection**  14:11
  15:16 16:9 19:12
  31:8,10
**consensually**
  21:23
**consider**  15:22
**consideration**
  13:25
**consistent**  18:10
  27:4
**construct**  26:16
  27:6,7
**contentious**  31:1
**contentiousness**
  30:14
**contested**  20:11
**context**  27:15
**continue**  22:9
  31:7
**continued**  12:15
**contrarian**  8:19
**corp**  1:6 5:18,23
  7:16 12:4
**correct**  28:18
**corroon**  3:21
**costing**  19:20
**counsel**  12:2 13:1

**country**  32:21
**couple**  15:23
**court**  1:1,11 12:2
  12:18 13:2 17:22
  18:20 21:15 23:12
  23:13 25:19,23
  26:1,19 27:10
  28:2,7,14,16,22
  29:3,24 30:1,6,22
  30:25 31:4,12
**courtroom**  28:8
**cozen**  8:13
**cramdown**  14:15
  20:12 29:19
**create**  26:13
**creditor**  3:17 8:14
  10:13 16:21 25:2
  25:3
**creditors**  4:20 5:2
  13:16,21 14:6
  15:17 16:15,18,24
**creditor's**  25:4
**cromwell**  5:1
**cross**  10:1 28:17
**css**  1:6
**current**  14:20
**cutler**  8:1

**d**

**d**  4:15 11:3 12:1
**daniel**  3:13 4:4
**darn**  23:8
**date**  14:18 32:25
**daucher**  10:23
**david**  5:20
**davies**  10:24
**davis**  6:20
**day**  19:25 24:9
  29:10 31:14
**days**  15:24
**deal**  14:4,16,18,25
  15:3,12 19:9
  22:17,21 24:6
  25:16 26:25 27:14

27:18 30:19
**dealing**  27:19
**dealt**  24:8
**debenture**  8:9
**debtor**  3:11 7:17
  23:5
**debtors**  1:7 3:4
  12:5,14,18,19
  13:5,7,11,21,24
  14:10 15:2,5,8,14
  15:22 16:6,12,12
  16:14 17:13,19
  18:1,2,6 19:16
  21:11 22:3,20
  24:4 25:12 27:22
  28:11,19 29:15
  30:8,18
**debtor's**  12:25
  17:3 22:2 25:15
  28:5 29:12
**december**  12:10
  18:7
**decided**  23:7
**decision**  13:25
  14:8 21:10,11
  23:9
**declaration**  17:18
  28:10,12,20
**deem**  28:23
**defranceschi**  3:13
**delaware**  1:2,13
  3:17 5:12 8:2 9:8
  9:13
**department**  6:1
**descriptions**
  12:13
**desire**  23:14
**despite**  17:3,10
**determination**
  24:4
**deutsche**  3:22
**different**  19:6
  22:1 24:9

**dip**  6:23 21:4
**direct**  15:19
**direction**  17:4
**disallowed**  14:9
**disclose**  13:11
**disclosure**  12:7,9
  12:22 13:8,9,10
  13:11,18 14:1,20
  14:24 15:3,6,8,25
  16:3,8 17:12,15
  17:21,23 18:12,16
  18:17 19:23 20:1
  20:2,5,7 24:12,19
  25:7 27:23 31:6
  31:12
**disclosures**  31:8
**discovery**  15:16
  15:18 22:22 25:14
  26:22,25 27:25
**discussed**  13:24
**discussion**  23:5
**discussions**  19:24
  26:13
**disgorge**  22:6
**disputes**  15:20
**distributions**  22:6
**district**  1:2 21:21
**dizengoff**  25:20
**docket**  17:24
**doesn't**  21:24
**doing**  22:20
**dollar**  29:15
**don't**  18:24 19:16
  23:23 25:20 28:16
  30:12 31:2
**dorr**  8:1
**double**  19:10
**dramatically**
  19:21
**drinker**  3:16

**e**

**e**  1:21,21 3:1,1,6
  5:7 8:16 10:9
  11:13 12:1,1 32:1
**earlier**  13:19,19
  15:4 16:10 26:6
**early**  13:7
**echo**  24:15
**echoing**  26:9
**ecro**  1:25
**edelson**  10:25
**edmonson**  11:1
**efficient**  26:25
**efforts**  17:10,13
  21:16
**efh**  5:18,23 9:18
  13:4,7,24 14:5,6
  16:9,19,24 17:2,5
  17:9,11,13,18,19
  18:1 28:4
**efih**  8:2 13:5,7,13
  13:15,20,24 14:10
  14:12,16 15:14
  16:13,13,14 20:12
  23:20
**eisenhut**  11:2
**either**  15:7 24:19
**elected**  13:21
**eliminate**  16:2
**eliminated**  13:19
**ellis**  3:3 13:4 29:7
**embodies**  15:3
**emily**  8:22
**emphasize**  29:11
**encouraging**
  26:19
**energy**  1:6 4:13
  7:12,16 9:2 12:4
**entered**  19:17
**entitled**  16:15,21
  24:4
**entry**  27:23

**equivalent** 29:17
**eric** 10:23
**erik** 9:21
**escrow** 13:14 14:5
  20:24 29:16
**especially** 15:24
**estate** 19:20
**et** 1:6
**eve** 22:23,23
**event** 31:15
**events** 30:21
**everybody** 12:3
  23:14
**evidentiary** 17:17
  18:2,4,13
**evidently** 21:11
**exact** 24:20
**examine** 28:17
**example** 21:20,22
**excused** 28:14
**exist** 30:8
**existing** 18:10
**exit** 26:17
**expect** 16:6
**expense** 14:7
**extend** 30:14
**extension** 14:19
**extensive** 18:4
**extent** 15:19
  18:15

**f**

**f** 1:21 10:18 11:8
  32:1
**fact** 15:16 17:3
  25:16
**fahy** 4:2
**fairly** 23:11
**familiar** 16:25
**far** 22:10 24:10
**favor** 13:23
**february** 14:15,21
  18:10 26:21 27:5
  30:23,24

**fees** 19:12,12
**feld** 7:6
**felder** 11:3
**fenicle** 4:2
**fifth** 12:8
**fight** 14:15 29:17
  29:19
**file** 13:7
**filed** 12:10,24
  15:4 17:18,24
  21:13
**filings** 12:19
**final** 13:16 14:9
  20:17
**finalizing** 19:13
**finally** 14:14 16:6
**find** 25:1 30:16
**fine** 18:24 28:22
**finger** 3:10
**fink** 5:9
**firestein** 5:25
**first** 4:19 7:22 8:2
  12:12 13:15,21
  14:4 15:2,15
  16:13 18:25 19:13
  19:19 20:13 23:21
  26:7 30:2
**flannagan** 11:4
**florczak** 11:5
**flux** 12:15
**followed** 21:17
**forbearance**
  30:11
**force** 19:18
**foregoing** 32:3
**formally** 15:7
**forth** 30:9
**forward** 15:11
  25:14 26:5,20,24
  29:23 31:5
**four** 21:8
**fourth** 15:13

**fox** 6:6
**frankel** 6:12
**frankly** 19:10
  24:5
**fraser** 8:16
**friday** 22:22
**friedman** 8:18
**frost** 10:24
**frustrated** 19:9
**frustration** 24:2
  26:6,9
**full** 20:18 21:25
  25:2
**fully** 14:4
**further** 14:19,23
  21:12 24:7 25:18
  28:25 30:13
**future** 1:6 7:16
  9:2 12:4 26:13

**g**

**g** 12:1
**garrison** 10:12
**garvan** 4:5
**generally** 24:24
**give** 21:22 25:10
**given** 15:16 27:19
**glenn** 8:21
**glueckstein** 5:4
**go** 18:22 22:24
  28:24 31:5
**goes** 22:8
**going** 12:12,14
  14:23 18:21 19:15
  20:14,15 24:6,16
  24:21 25:15 29:9
  29:23
**good** 12:2 21:19
  21:21 23:6
**gostin** 8:6
**grappling** 24:18
**grounds** 28:12
**group** 6:7 8:3

**groups** 26:14
  27:17,25
**guarantee** 22:5,7
  22:8
**guess** 24:2,8 25:17
  26:8
**guiney** 8:11
**gump** 7:6

**h**

**h** 4:10 7:4
**hal** 11:8
**hale** 8:1
**hand** 14:6
**happy** 12:2 13:6
  19:3 23:21 25:25
  31:15
**hard** 26:12
**hardest** 25:8
**harold** 11:7
**harrison** 7:1
**harvey** 7:1
**hauer** 7:6
**headed** 20:10
  23:16
**heading** 21:7,8
  27:14,20,23
**heard** 29:4 30:15
**hearing** 2:1 12:7
  12:16 14:24 15:1
  15:8 16:7 17:12
  17:15 18:5,9,12
  20:10,11 22:19
  24:16,21 29:22
  30:22 31:6
**heel** 11:19
**heinzmann** 4:2
**held** 29:16
**he's** 28:10
**high** 14:2
**highlight** 16:12
**hoc** 4:19 6:7 8:3
**hogan** 4:1,4

**holder** 17:4
**holders** 13:12
  26:23
**holding** 9:2
**holdings** 1:6 12:4
**holdlings** 7:16
**holds** 23:25
**hon** 1:22
**honor** 13:3,6 14:2
  14:17 15:6,12
  16:11 18:6,18
  19:4 20:21,23
  21:5 22:15 23:4,7
  23:11,19,22 25:10
  25:17,22 26:2
  27:21 28:3,5,18
  29:1,5,14 30:4,23
  31:18
**honor's** 15:20
  21:10
**hopeful** 20:4
  27:16 30:16,20
  31:2
**hopefully** 31:7,13
**hour** 22:25
**hours** 16:2
**howard** 4:16 30:4
**husnick** 3:7 13:3
  13:4 18:21 19:3
  20:4,9 21:7 24:11
  28:16,18 29:1,5,6
  29:24 30:23 31:2
**husnick's** 19:5
**huston** 4:10
**hyde** 2:25 32:3,8

**i**

**ideas** 22:11
**identified** 13:6
**ii** 21:17
**important** 23:3,8
  30:10
**importantly**
  13:18

**inappropriate**
  20:16
**including** 12:20
  13:2 19:21 20:25
**indenture** 5:12
  6:13,18 7:2,7 8:2
  9:18 16:20 17:11
  17:14,19,19 18:1
  23:21
**indentured** 16:25
  17:2,6,9 28:4
**indiscernible** 24:7
  25:13
**indubitable** 29:17
**informally** 15:7
**information** 13:1
**intend** 13:2 16:14
  26:24 28:16,19
**intending** 28:10
**interest** 22:9
**interested** 10:7
  26:20
**interests** 16:23
**intermediate** 9:2
**isley** 8:6
**issue** 16:1 17:9
  18:4 21:6 23:3
  24:3,8 25:5 31:10
  31:11
**issues** 17:17 18:13
  24:13,18 25:10
  27:1,18,25 28:6
  29:9,22 31:9,12
**it'll** 28:24,24
  29:25
**it's** 13:3 16:24
  19:5 21:3 23:17
  25:20,22 28:23
  29:18 30:23
**i'd** 14:25
**i'll** 18:19,24 22:13
  25:18 26:2 28:5

**i'm** 12:9 14:23
  16:1 18:21 19:4
  20:12 29:9 30:24
  31:2
**i've** 12:8,21

**j**

**j** 5:15 8:14 11:6
  11:20
**jack** 17:18
**jacob** 10:15
**jamie** 11:1
**january** 1:14
  14:20 32:25
**jason** 3:14
**jeffrey** 6:10,25
**jenner** 9:1
**jeremy** 3:25
**joel** 3:19
**join** 19:2 26:9
**jointly** 1:7
**jones** 4:2 6:17,20
**joseph** 4:10 11:5
**josh** 23:19
**joshua** 6:15
**joyce** 11:6
**jr** 4:10 28:23
**judge** 1:23 12:3
  19:2
**judgment** 20:17
**julia** 10:24 11:22
**june** 21:7
**justice** 6:1
**justin** 10:25

**k**

**k** 4:4 10:25
**kaplan** 11:7
**kasowitz** 8:18
**kate** 5:15
**keep** 15:10 18:21
  23:2 25:15 27:3
**kieselstein** 3:8
**kind** 26:19,24

**kirkland** 3:3 13:4
  29:6
**kissel** 7:21
**klauder** 5:17,20
**klehr** 7:1
**know** 19:7 21:5
  21:14 24:14,25
  25:20 27:1,19
  28:9
**knowledge** 17:3
**kramer** 6:12
  23:20
**kuznick** 8:22

**l**

**l** 6:4 7:9 8:22 9:15
  10:21
**lack** 12:13 18:22
**landis** 7:11
**late** 30:23,24
**laura** 6:20
**lauren** 10:19
**law** 8:9
**layton** 3:10
**lazar** 9:4
**lead** 18:8
**learned** 22:20
**leave** 29:9
**ledanski** 2:25 32:3
  32:8
**lee** 4:7
**left** 21:2 24:25
**legal** 32:20
**lemisch** 7:4
**lender** 6:23
**lenders** 18:25
**lenders'** 13:17
**length** 13:25
**leslie** 1:25
**letting** 20:16
**let's** 23:15
**level** 14:2
**levin** 6:12 9:5
  23:20

**lien**  4:19 6:13,18
  7:22 8:2 12:12
  13:16,21 14:5
  15:15 18:25 19:14
  19:14,19,19 21:2
  23:21
**liens**  20:13,13
  26:7,7
**lines**  12:22
**litigate**  20:16 22:2
  29:20
**litigated**  24:17
**litigation**  13:16
  21:9,12,20 22:8
  24:8,22
**live**  17:14 27:10
  31:11
**llc**  5:17 8:19 10:1
**llp**  3:3,16 4:18 5:1
  5:6 6:12,22 7:1,6
  7:21 8:8,18 9:1,7
  10:6
**long**  29:18
**longer**  21:20 22:8
**look**  19:12 24:16
  24:21
**looking**  25:6
  30:24
**lost**  12:8
**lot**  19:14,24 23:23
  26:6
**ls**  26:10,10

**m**

**m**  4:22 5:20 8:6
  11:10,12,15,22
**madron**  3:14
**maintain**  21:24
  30:16
**making**  13:25
  24:19
**management**  8:19
**marc**  3:8

**maria**  10:22
**mark**  3:6 5:9 11:4
  11:24
**market**  1:12
**materially**  16:17
**materials**  17:22
**matthew**  7:14
  11:10,18
**mccracken**  5:6
**mcdaniel**  4:1,5
**mcguire**  7:14
**mckane**  3:6
**mcneill**  3:24
**meaningful**  20:2
**mechanisms**
  27:18
**meet**  31:2
**meeting**  30:12
**megan**  11:21
**meredith**  11:9
**merger**  30:21
**met**  18:7 22:10
**michael**  5:25 11:6
  11:17,20
**mid**  26:21
**midnight**  19:24
**milestone**  14:20
  14:21
**milestones**  22:17
  25:17 30:8,10,12
**millar**  3:19
**mindful**  25:16
  26:18 27:1
**mineola**  32:23
**minimum**  16:4
**minor**  17:17
  18:13
**modification**
  13:18
**moment**  22:19
**money**  19:21
  22:12 24:25

**montgomery**  5:6
**monumental**  23:9
**morris**  11:8
**moss**  9:10
**motion**  16:8,11,19
  16:22,24 17:12,16
  17:21
**mouth**  22:12
**move**  25:14 26:24
**moved**  22:19,19
  24:6
**moving**  15:10
  26:5,19 27:4
**multiple**  15:5
**murin**  1:25

**n**

**n**  3:1 12:1 32:1
**n.a.**  7:2,7
**naftalis**  6:12
**named**  18:16
**narrow**  16:4 20:7
**narrowed**  15:25
  24:14
**necessary**  15:19
  31:13
**ned**  11:11
**need**  14:19 15:10
  16:7 23:4,4 25:11
  25:15 28:8
**needs**  24:17,22
  29:16
**negotiated**  30:17
**negotiating**  19:13
**new**  3:22 8:9 12:2
  13:6 19:3,25
  22:23 23:10,21
  25:25 31:15
**news**  23:10
**nextera**  4:13 7:12
  14:19 15:12 22:17
  23:5 25:16 30:5,8
  30:11,19

**night**  19:25
**nixon**  9:17 16:20
**noah**  11:12
**normal**  15:21
**norman**  9:15
**nortel**  21:21
**north**  1:12
**notably**  16:21
**note**  26:23 27:6,8
**noteholders**  6:8
  13:13 14:16 15:15
**notes**  17:5
**notice**  12:5 19:15
**number**  12:19
  30:7
**ny**  32:23

**o**

**o**  1:21 12:1 25:23
  25:24 32:1
**object**  16:24
  28:11,19
**objected**  16:22
**objecting**  15:24
  16:19
**objection**  15:7
  17:2 20:21
**objections**  15:1,5
  15:25 16:3,5 17:7
  18:16 20:7 22:14
  24:12 25:7 28:1
**obligation**  18:2
**obstacle**  20:22
**obtain**  14:21
**obviously**  24:1
  26:3 31:10
**occur**  26:14
**official**  16:23
**oh**  25:23
**okay**  28:16,22
  29:3 30:25
**old**  32:21
**omnibus**  12:21

operate   20:3
operator   1:25
opposed   14:17
optimistic   16:1
optionality   12:11
  13:20
oral   17:20 18:13
order   12:23,23
  14:9 18:11,21
  27:23
orders   27:10
outstanding   17:4
o'clock   12:20
o'connor   8:13

**p**

p   3:1,1 8:11 10:4
  12:1
p.a.   3:10
p.c.   4:7 5:11 9:12
pachulski   6:17
paid   21:25 22:9
  25:2
parke   4:12 30:5
part   17:12,21
particular   13:25
parties   15:24
  18:23 30:7,13,16
parties'   14:8
party   10:7 15:6
  16:19
pathway   26:16
patterson   8:8
paul   10:12
pay   20:18
payment   21:3
peabody   9:17
  16:20
pedone   9:20 16:21
  28:2,3,3,23
pedone's   31:10
peg   10:20
pending   13:16

penny   20:25 21:1
people   19:10
  22:11
percent   17:5 21:3
perkins   9:7
pernick   9:15
personal   28:14
personally   22:4
perspective   20:1
pertaining   15:19
petition   21:13
pfister   11:9
phase   21:17
philip   8:5
phone   12:3 23:15
  31:16
pickering   8:1
pik   12:13 13:13
  13:23 14:4,16,16
  14:18 15:3 24:5
  26:23
piks   16:13 19:21
  20:12,23 21:11
  22:4 25:20 29:13
  29:13,20
pimco   6:23
pivot   24:4
pivoting   22:20
place   24:20
plan   12:9,20,22
  13:8,9,14 14:22
  16:10,15,16,22
  24:5 27:8 30:9
plans   17:22
plead   20:2
pleased   26:3
pm   1:15,15
point   19:4 26:4
pointing   27:8
points   26:3
portion   18:4
position   25:1

possibility   25:11
potential   13:20
potentially   14:7
  14:11
potter   3:21
power   23:2 27:3
precursor   12:6,17
  12:25
prepared   15:2
  20:18 21:23 22:4
  22:5,7
present   10:16
preserve   15:12
  21:24
preserves   14:10
  14:17
presumably   21:17
pretty   21:21 23:8
previously   18:15
  30:11
principally   22:14
priority   21:4
probably   26:9
problem   26:1
  28:20
procedural   28:7
proceed   12:14
  13:2,22 15:2 16:7
  17:20 18:3 19:18
  26:19
proceeding   15:1
proceedings   32:4
process   18:21
  26:20 27:4
progress   18:7,8
propose   16:12
proposed   12:23
  18:17
prosecute   20:6
proskauer   5:22
protects   14:4
provide   13:1 22:7
  26:16 27:9

puct   30:22
pursue   14:18
pursued   14:24
pursuing   14:16
  30:1
put   22:12 28:10
puts   24:20
putting   26:21

**q**

question   22:16
  28:7,14
questions   18:19
quickly   26:20,24
quite   19:8
qureshi   25:21

**r**

r   1:21 3:1,24 7:24
  12:1 32:1
raise   20:6
rath   7:11
raymond   7:4
reach   15:13
reached   13:12
  26:4 27:7,12
read   12:21,23
  14:2
reading   14:3
ready   23:7
real   19:15
realistic   23:15
realistically   23:11
really   20:19,21
  21:6 23:23 24:1,5
  25:3,5,7,10
reason   14:24
  15:11
reasonably   28:1
reath   3:16
receive   22:6
received   12:8 15:5
recognize   15:10
record   32:4

recoveries 14:12
recovery 14:6,7
redlines 17:23
reduce 19:21
reduced 20:17
reemphasize
  30:10
referenced 29:12
references 13:19
refrain 16:25
refreshing 29:25
regard 12:11 21:5
  28:25
regarding 13:13
  13:17,20 17:11,18
  19:25 28:8
rehearing 21:13
reject 20:14,15
related 15:18,20
  15:25 16:3 17:6
  18:16 24:12 31:12
relates 16:8
relatively 20:6
  29:17
relevance 28:11
  28:19
relevant 28:24
remaining 31:12
remains 17:4
  30:19
reorganization
  13:10
replies 28:6
reply 12:21,21
  13:8 14:1,3
representative
  20:14
representatives
  26:7
represented 16:20
  17:5
representing
  16:23

requests 26:25
require 20:25
  29:13
required 17:15
requires 20:24
reserve 20:3,19
  20:24 24:22 27:6
  27:7,13,14 29:14
reserves 27:11
resolicit 16:13,14
resolution 13:16
resolvable 31:9
resolve 15:25 17:8
  18:16 24:12 28:1
resolved 24:13
resolving 25:7
  31:8
respect 16:11
  27:10
respond 29:6
responding 29:10
response 28:12
responses 28:5
reversed 14:8
  21:10
revised 13:8
rhoads 5:6
richard 6:4 9:5,20
  28:3
richards 3:10
rifkind 10:12
right 18:20 20:12
  22:2 29:24 31:4
rights 14:10
road 32:21
roadblocks 26:21
roadmap 25:10
robin 4:15
roose 11:10
rose 5:22
rothschild 6:6
rule 28:9

ruled 25:11
rules 29:14
ruling 30:1
ryan 3:25 4:22

**s**

s 1:22 3:1 6:25
  11:11 12:1
sabin 6:25
satisfied 18:2
satisfy 25:12
saturday 22:23
save 14:23 25:18
  28:5
scenario 26:13
scenes 19:15
schedule 12:18
  23:2 25:15 30:17
  30:20
scheduled 12:6
  31:6
scheduling 18:11
schepacarter 6:4
schlerf 6:10
schneider 9:21
schodek 11:11
schottenstein
  11:12
schotz 5:11 9:12
scope 15:18,20
  17:11 27:1
scott 7:9
scripted 19:5
second 6:13,18
  12:12 13:15,21
  14:5 15:15,22
  16:14 19:14,19
  20:13 23:21 26:7
seconds 23:17
secured 25:2,3
see 12:18 14:7
  15:1 19:11 31:16
seek 21:14 28:13

seen 30:15
seife 4:16 30:4,4,7
sensitive 22:18
serve 15:15 25:15
served 26:23
server 22:21
set 24:20 30:9
sets 24:20
settle 20:18
settled 24:6 25:9
settlement 12:12
  12:13 13:20,22,23
  19:14,19 20:17
  26:13 27:9
settlements 26:10
seventh 12:20
  13:9
seward 7:21
shape 24:20
share 24:1
sheet 27:9
shouldn't 31:13
should've 31:1
side 5:7
sieving 11:13
significant 14:12
  17:10 18:7
significantly 16:1
  16:4
silence 22:10
simon 8:16 10:1,4
simple 29:17
simply 21:22
single 29:15
sir 30:6
sixth 12:9
skimmed 12:21
small 20:6
solicitation 17:9
  18:4 31:11
solutions 32:20
somebody 29:25

**somewhat** 12:10
**sontchi** 1:22 12:3
  19:2
**sonya** 2:25 32:3,8
**sorry** 12:9 25:23
**specific** 25:10
**spent** 15:22 19:13
**staff** 19:3 23:22
**stakeholder** 26:14
  27:16,25
**stakeholders**
  14:13 16:9 18:14
  26:8
**stand** 17:6 20:22
**standard** 28:9
  31:3
**standing** 27:22
**standpoint** 20:5
  23:6
**stang** 6:17
**stargatt** 4:18
**start** 18:25
**state** 12:15
**statement** 12:7,10
  12:22 13:8,9,10
  13:11,19 14:1,21
  14:24 15:3,6,8
  16:8 17:12,16,21
  18:12,17 20:1
  24:19 25:7 27:23
  31:6
**statements** 17:23
**states** 1:1,11 6:1
**status** 2:1 12:5
  14:25
**stay** 30:20
**stephen** 3:24
**stevens** 4:7
**stickles** 5:15
**stock** 10:2
**stone** 22:10
**straightforward**
  29:21

**strauss** 7:6
**streamlined** 18:9
  20:9
**street** 1:12
**strikes** 24:5
**structure** 21:24
  21:25 26:5
**stuck** 25:25
**submitted** 17:22
**substance** 29:10
**substantive** 28:6
**suffice** 14:3 23:24
**suggested** 15:6
  26:22
**suggests** 22:11
**suite** 32:22
**sullivan** 5:1
**sum** 18:6
**support** 13:8 14:1
  27:8 30:9
**supporting** 27:22
**supreme** 21:15
**sure** 24:19 25:8

**t**

**t** 32:1,1
**take** 14:6 31:13
**talked** 20:9 22:3
**tamara** 11:19
**taylor** 4:18
**tceh** 4:19 6:7
  10:13
**technologies** 10:7
**telephonic** 2:1
**telephonically**
  10:15,16
**termination** 30:21
**terms** 13:14 24:16
  24:21,24 25:6
  27:9
**testimony** 17:14
  28:13,25
**thalassinos** 11:14

**thank** 13:3 18:20
  19:2 23:13,19
  25:19 28:2,23
  29:1,3,24 31:4,18
**that's** 12:17,17
  15:4 16:20 17:10
  18:24 22:1 23:11
  23:14 25:5 28:18
  28:22
**thau** 11:15
**there's** 20:15
  24:25 30:2
**they'd** 13:1
**they're** 20:14
**they've** 19:19
  21:15
**thing** 24:15 29:8
**things** 24:2 25:8
  31:7
**think** 12:8 19:5,6
  19:20 20:8,10,12
  20:25 23:24 24:7
  24:14,18 27:13
  30:12,25
**third** 14:7 21:10
  21:13
**thirds** 13:13
**thought** 19:9,10
**three** 21:9,20 22:8
  27:14
**time** 13:22 15:23
  16:6 19:7,13
  22:21 30:2
**timeline** 14:17
  26:18 27:5
**timing** 22:16
**tina** 9:10
**tiwana** 11:16
**today** 12:20 21:3
  22:24 30:15
**tomorrow** 13:2
  15:1 16:7 19:6
  20:5 24:10,13

  25:6,18 27:21
  28:6 30:3 31:6,11
  31:16
**tomorrow's** 12:6
  18:12
**torres** 8:18
**track** 12:8 27:4
**traded** 19:10
**transcribed** 2:25
**transcript** 32:4
**transfer** 10:2
**treatment** 13:14
  16:17
**trigger** 30:20
**true** 19:23 23:25
  32:4
**trust** 3:17 4:8
  5:12 7:22 8:2,9
  9:8,13 10:2
**trustee** 5:13 6:2
  6:13,18 7:2,7 8:3
  9:18 16:20,25
  17:6,9,11,14,19
  17:19 18:1,3
  23:21 28:4
**trustee's** 17:2
**try** 24:11 25:14
  26:12,15,24 27:16
  27:17
**trying** 25:8
**turkel** 11:17
**turn** 12:25 18:19
  23:16
**two** 13:13 25:23
  25:24 26:10 31:1
**tyler** 8:8

**u**

**u.s.** 1:23 6:2
**ultimately** 14:9
  18:8 19:11
**umb** 7:2,7 26:23
**unable** 17:8

**understand** 20:21 20:23 22:2,16 28:15 31:9
**underwood** 11:18
**unfortunate** 24:5
**united** 1:1,11 6:1
**unnecessary** 14:14
**unsecured** 5:2 6:7 25:2
**untenable** 25:1

**v**

**validity** 13:17
**value** 19:21 21:3
**van** 11:19
**various** 18:23 26:14 27:25
**venable** 6:22
**veritext** 32:20
**version** 16:10
**view** 21:16
**vincent** 9:4
**voiced** 26:6
**vote** 16:9,15,22 20:14,15
**votes** 18:15

**w**

**w** 3:25
**walker** 5:6
**walsh** 11:20
**want** 18:24 29:11 30:9
**wanted** 22:14 23:12
**wants** 30:3
**wasson** 11:21
**waterfall** 18:22
**way** 18:22 19:5,20 19:24 20:24 21:20 24:20 25:9 26:25 30:16
**webb** 8:8

**wednesday** 12:16 15:4
**wednesday's** 17:15
**week** 19:24
**weeks** 15:23
**weiss** 10:12
**went** 12:16 22:22 22:22 23:24 24:2
**we'll** 16:4 27:14 27:25 30:20
**we're** 12:4 20:10 21:8 22:18 23:15 24:18 25:7,13,14 26:3,20 27:19 28:10 30:15,20 31:16
**we've** 15:25 21:19 22:3 26:4,12 27:12 30:15,15
**wharton** 10:12
**what's** 24:6
**william** 10:9
**williams** 17:18 28:20
**williams'** 28:8
**willing** 22:11
**willingness** 30:13
**wilmer** 8:1
**wilmington** 1:13 4:8 7:22
**win** 20:17
**winters** 11:22
**wish** 18:23 23:10
**wishing** 19:3
**withheld** 21:1 24:23
**witness** 28:17
**won't** 14:3 20:11 28:25 30:20
**words** 17:25 31:5
**work** 17:11 27:16 27:24 28:1

**worked** 26:12,15 31:8
**working** 15:17,23 24:11 25:13
**wouldn't** 28:13
**would've** 20:8
**wright** 7:19

**y**

**yeah** 30:24
**year** 12:3 13:6 19:3 21:8,9 23:11 25:25 27:14 31:15
**years** 21:21 22:9 31:1
**year's** 19:25 22:23 23:22
**yenamandra** 11:23
**yield** 14:12
**york** 3:22 8:9
**young** 4:18
**you'd** 18:25
**you're** 25:24

**z**

**ziehl** 6:17