**EXHIBIT 1** to **EXHIBIT A**

**Disputed Claim**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-NINTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | MCALOON, CATHERINE ADDRESS ON FILE | 4780 | Energy Future Holdings Corp. | Secured | $12,475.00 | EFH Corporate Services Company | Unsecured | $15,000.00 |
| | | | Energy Future Holdings Corp. | Unsecured | $117,525.00 | | | |
| | | | | Subtotal | $130,000.00 | | | |

REASON FOR MODIFICATION: Modified to reflect settlement between the Debtors and the Claimant.

| | | | | TOTAL | $130,000.00 | | TOTAL | $15,000.00 |