## EXHIBIT 1 to EXHIBIT A

## TNT Crane Claims

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A - TNT Crane Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 4941 | Oak Grove Management Company LLC | Secured | $291,831.00 | Oak Grove Management Company LLC | Secured | $291,831.00 |
| | REASON FOR MODIFICATION: Modified to reflect settlement between the Debtors and the Claimant. | | | | | | | |
| 2 | TNT CRANE & RIGGING, INC. C/O ANDREWS MYERS, P.C. ATTN: LISA M. NORMAN 3900 ESSEX LANE, SUITE 800 HOUSTON, TX 77027 | 4942 | Martin Lake 4 Power Company LLC | Secured | $12,596.50 | Luminant Generation Company LLC | Secured | $12,596.50 |
| | REASON FOR MODIFICATION: Modified to reflect settlement between the Debtors and the Claimant. | | | | | | | |
| | | | | TOTAL | $304,427.50 | | TOTAL | $304,427.50 |