**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

**EFH INDENTURE TRUSTEE'S NOTICE REGARDING SEALED DOCUMENTS PURSUANT TO THE CONFIDENTIALITY AGREEMENT AND STIPULATED <u>PROTECTIVE ORDER</u>**

**PLEASE TAKE NOTICE THAT** pursuant paragraph 16(d) of the Confidentiality Agreement and Stipulated Protective Order [D.I. 1833], (the "Protective Order"), American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), by its undersigned counsel, hereby provides notice that it has received no written notice from the Designating Party[2] (the Debtors) regarding materials filed under seal in the Objection of the EFH Indenture Trustee to the Motion of the EFH/EFIH Debtors for Entry of a Supplemental Order (A) Binding Holders of Claims and Interests to Their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Recolicitation of Votes on the Plan, and (D) Approving the Manner and Forms of Notice Related Thereto Filed, which was filed on December 28, 2016 (the "Objection").   Accordingly, the Objection does not meet the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.
[2] As defined in the Protective Order.

1

requirements for sealing under 11 U.S.C. Section 107(b).  The EFH Indenture Trustee requests

that the temporary seal be lifted and that the sealed Objection and attachments thereto provided

to the Court be filed by the Clerk on the Court's electronic docket.  The EFH Indenture Trustee

is willing to assist the clerk in any way to ensure that the temporary seal is lifted and that the

public has access to the un-redacted documents.  The EFH Indenture Trustee has informed the

Designating Party (the Debtors) of its intent to file this Notice and received no objection.

-

Dated: Wilmington, DE
      January 6, 2017

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*