# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 12.50 | $4,594.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 4.80 | $2,484.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 1,433.50 | $1,057,367.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 27.30 | $24,389.50 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 5.40 | $4,359.00 |
| 12 | [ALL E-SIDE] Hearings | 7.30 | $5,460.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 62.60 | $33,565.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 6.10 | $4,919.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 47.10 | $38,885.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 367.80 | $328,600.50 |
| 23 | [ALL E-SIDE] Regulatory Issues | 7.40 | $6,867.00 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 0.50 | $425.00 |
| 29 | [ALL E-SIDE] Tax Issues | 28.20 | $36,374.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 47.50 | $55,111.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 46.40 | $44,208.50 |
| 82 | [EFH] Asset Dispositions and Purchases | 0.70 | $595.00 |
| | **Totals:** | **2,105.10** | **$1,648,205.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $373.04 |
| Standard Copies or Prints | $1,731.20 |
| Color Copies or Prints | $1,169.40 |
| Production Blowbacks | $118.00 |
| Overnight Delivery | $341.72 |
| Outside Messenger Services | $257.62 |
| Local Transportation | $83.73 |
| Travel Expense | $10,202.63 |
| Airfare | $12,516.68 |
| Transportation to/from airport | $1,168.00 |
| Travel Meals | $866.65 |
| Other Travel Expenses | $378.00 |
| Court Reporter Fee/Deposition | $1,128.43 |
| Other Court Costs and Fees | $741.52 |
| Outside Copy/Binding Services | $10.88 |
| Working Meals/K&E Only | $60.00 |
| Catering Expenses | $4,964.00 |
| Westlaw Research | $1,370.91 |
| LexisNexis Research | $778.14 |
| Overtime Transportation | $337.98 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $243.01 |
| **Total:** | **$38,861.54** |