# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 695.00 | 48.60 | $33,777.00 |
| Katherine Coverdale | Associate | 2010 | Executive Compensation | 850.00 | 0.70 | $595.00 |
| Emily Geier | Associate | 2012 | Restructuring | 895.00 | 34.00 | $30,430.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 780.00 | 18.50 | $14,430.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 760.00 | 8.50 | $6,460.00 |
| Kevin McClelland | Associate | 2016 | Restructuring | 525.00 | 111.30 | $58,432.50 |
| Mark Menzies | Associate | 2014 | Litigation - General | 760.00 | 137.50 | $104,500.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 945.00 | 13.60 | $12,852.00 |
| Matthew Smart | Associate | 2016 | Restructuring | 525.00 | 50.60 | $26,565.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 795.00 | 119.30 | $94,843.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 680.00 | 134.40 | $91,392.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 590.00 | 160.20 | $94,518.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 525.00 | 56.00 | $29,400.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 850.00 | 131.30 | $111,605.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,030.00 | 48.00 | $49,440.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 875.00 | 94.70 | $82,862.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,445.00 | 8.30 | $11,993.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 155.60 | $140,040.00 |
| George W Hicks, Jr. | Partner | 2006 | Litigation - Appellate | 995.00 | 0.30 | $298.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 45.20 | $49,268.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,100.00 | 1.00 | $1,100.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 58.10 | $76,111.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 1.80 | $2,016.00 |
| Christopher Landau, P.C. | Partner | 1990 | Litigation - Appellate | 1,495.00 | 0.80 | $1,196.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,495.00 | 14.50 | $21,677.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 19.70 | $23,935.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,075.00 | 106.90 | $114,917.50 |
| Kevin L Morris | Partner | 2002 | Corporate - M&A/Private Equity | 1,040.00 | 0.30 | $312.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,380.00 | 4.60 | $6,348.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 945.00 | 10.60 | $10,017.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 14.80 | $13,320.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 3.70 | $3,681.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 1.00 | $995.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 22.70 | $29,737.00 |
| James H M | Partner | 1985 | Restructuring | 1,380.00 | 23.20 | $32,016.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sprayregen, P.C. | | | | | | |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 193.60 | $184,888.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,020.00 | 0.70 | $714.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 5.00 | $6,125.00 |
| **Grand Total** | | | | | **1,859.60** | **$1,572,809.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hanna Kupsky | Junior Paralegal | 6 months | Restructuring | 210.00 | 0.90 | $189.00 |
| Colleen Caamano | Litigation Suppt Cons | 3 years | Litigation - General | 325.00 | 0.50 | $162.50 |
| Thomas Mangne | Litigation Suppt Cons | 11 years | Litigation - General | 330.00 | 2.20 | $726.00 |
| Chad Pappenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 29.10 | $9,603.00 |
| Olivia Weyers | Litigation Suppt Spec | 2 years | Litigation - General | 265.00 | 0.50 | $132.50 |
| Jungje Choi | Other | 3 months | Litigation - Antitrust/Competition | 260.00 | 1.50 | $390.00 |
| Courtney Reynolds | Other | 6 years | Admin Services | 190.00 | 1.00 | $190.00 |
| Kurt J Wunderlich | Other | 11 years | Litigation - Antitrust/Competition | 610.00 | 0.70 | $427.00 |
| Stephanie Ding | Paralegal | 6 months | Litigation - General | 280.00 | 67.40 | $18,872.00 |
| Jason Douangsanith | Paralegal | 1 month | Litigation - General | 280.00 | 16.30 | $4,564.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 310.00 | 8.50 | $2,635.00 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 400.00 | 2.70 | $1,080.00 |
| Travis J Langenkamp | Paralegal | 12 years | Litigation - General | 370.00 | 6.70 | $2,479.00 |
| Robert Orren | Paralegal | 6.5 years | Restructuring | 325.00 | 39.80 | $12,935.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 310.00 | 49.70 | $15,407.00 |
| Laura Saal | Paralegal | 12.5 years | Restructuring | 335.00 | 0.90 | $301.50 |
| Library Document Retrieval | Research Specialist | N/A | Admin Services | 235.00 | 0.20 | $47.00 |
| Library Factual Research | Research Specialist | N/A | Admin Services | 315.00 | 1.30 | $409.50 |
| Roman Bielski | Trial Tech Specialist | 3 years | Litigation - General | 315.00 | 2.00 | $630.00 |
| Joshua Urban | Trial Tech Specialist | 3.5 years | Litigation - General | 310.00 | 13.60 | $4,216.00 |
| **Grand Total** | | | | | 245.50 | $75,396.00 |

|  |  |  |
|---|---|---|
| **Total Fees Requested** | 2,105.10 | $1,648,205.50 |