# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $373.04 |
| Standard Copies or Prints | $1,660.40 |
| Color Copies or Prints | $1,157.70 |
| Production Blowbacks | $118.00 |
| Overnight Delivery | $341.72 |
| Outside Messenger Services | $257.62 |
| Local Transportation | $83.73 |
| Travel Expense | $10,202.63 |
| Airfare | $12,516.68 |
| Transportation to/from airport | $1,168.00 |
| Travel Meals | $866.65 |
| Other Travel Expenses | $378.00 |
| Court Reporter Fee/Deposition | $1,128.43 |
| Other Court Costs and Fees | $741.52 |
| Outside Copy/Binding Services | $10.88 |
| Working Meals/K&E Only | $60.00 |
| Catering Expenses | $4,964.00 |
| Westlaw Research | $1,370.91 |
| LexisNexis Research | $778.14 |
| Overtime Transportation | $337.98 |
| Overtime Meals - Non-Attorney | $20.00 |
| Overtime Meals - Attorney | $243.01 |
| **Total:** | **$38,779.04** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $41.30 |
| **Total:** | **$41.30** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $29.50 |
| Color Copies or Prints | $11.70 |
| **Total:** | **$41.20** |