# **EXHIBIT D**

## **Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

January 4, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Andy Wright

**Invoice Number:  5017537**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**


For legal services rendered through November 30, 2016
(see attached Description of Legal Services for detail)                    $ .00


For expenses incurred through November 30, 2016
(see attached Description of Expenses for detail)                     $ 38,779.04

Total legal services rendered and expenses incurred                     $ 38,779.04


Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Third Party Telephone Charges | 373.04 |
| Standard Copies or Prints | 1,660.40 |
| Color Copies or Prints | 1,157.70 |
| Production Blowbacks | 118.00 |
| Overnight Delivery | 341.72 |
| Outside Messenger Services | 257.62 |
| Local Transportation | 83.73 |
| Travel Expense | 10,202.63 |
| Airfare | 12,516.68 |
| Transportation to/from airport | 1,168.00 |
| Travel Meals | 866.65 |
| Other Travel Expenses | 378.00 |
| Court Reporter Fee/Deposition | 1,128.43 |
| Other Court Costs and Fees | 741.52 |
| Outside Copy/Binding Services | 10.88 |
| Working Meals/K&E Only | 60.00 |
| Catering Expenses | 4,964.00 |
| Westlaw Research | 1,370.91 |
| LexisNexis Research | 778.14 |
| Overtime Transportation | 337.98 |
| Overtime Meals - Non-Attorney | 20.00 |
| Overtime Meals - Attorney | 243.01 |
| TOTAL EXPENSES | $ 38,779.04 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses


## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|---|---|---|
| 10/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Conference call(s) | 25.57 |
| 10/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 4.22 |
| 10/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 23.26 |
| 11/07/16 | Bryan Stephany, Internet, Deposition preparation. | 14.95 |
| 11/29/16 | Justin Sowa, Internet, Wi-fi on the plane. Hearing on Motion to Dismiss. | 33.95 |
| 11/29/16 | Anna Terteryan, Internet, Wi-fi on the plane. Motion to Dismiss Hearing. | 17.99 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 2.91 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 4.48 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 3.07 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference. | 61.93 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (NT), Teleconference, Telephone Conference. | 44.53 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Monthly Conference Calls | 11.20 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Conference call(s) | 41.27 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 71.79 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 11.00 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference call made on 11/4/2016. | 0.92 |
| | **Total:** | **373.04** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 11/01/16 | Standard Copies or Prints | 262.80 |
| 11/01/16 | Standard Prints | 0.80 |
| 11/01/16 | Standard Prints | 7.70 |
| 11/01/16 | Standard Prints | 5.50 |
| 11/01/16 | Standard Prints | 19.00 |
| 11/01/16 | Standard Prints | 5.10 |
| 11/01/16 | Standard Prints | 1.70 |
| 11/01/16 | Standard Prints | 0.10 |
| 11/01/16 | Standard Copies or Prints | 0.50 |
| 11/01/16 | Standard Prints | 0.60 |
| 11/02/16 | Standard Prints | 1.10 |
| 11/02/16 | Standard Prints | 10.80 |
| 11/02/16 | Standard Prints | 2.40 |
| 11/02/16 | Standard Prints | 7.50 |
| 11/02/16 | Standard Prints | 0.10 |
| 11/02/16 | Standard Prints | 4.60 |
| 11/02/16 | Standard Prints | 12.60 |
| 11/02/16 | Standard Prints | 7.20 |
| 11/02/16 | Standard Prints | 5.60 |
| 11/03/16 | Standard Copies or Prints | 6.00 |
| 11/03/16 | Standard Prints | 15.20 |
| 11/03/16 | Standard Prints | 0.90 |
| 11/03/16 | Standard Prints | 4.80 |
| 11/03/16 | Standard Prints | 1.90 |
| 11/03/16 | Standard Prints | 3.40 |
| 11/03/16 | Standard Prints | 0.80 |
| 11/03/16 | Standard Prints | 0.40 |
| 11/03/16 | Standard Prints | 0.60 |
| 11/04/16 | Standard Copies or Prints | 131.60 |
| 11/04/16 | Standard Prints | 2.70 |
| 11/04/16 | Standard Prints | 0.90 |
| 11/04/16 | Standard Prints | 11.80 |
| 11/04/16 | Standard Prints | 3.50 |
| 11/04/16 | Standard Prints | 0.90 |
| 11/04/16 | Standard Prints | 62.70 |
| 11/04/16 | Standard Prints | 1.00 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 11/07/16 | Standard Copies or Prints | 5.80 |
| 11/07/16 | Standard Prints | 21.60 |
| 11/07/16 | Standard Prints | 0.20 |
| 11/07/16 | Standard Prints | 3.00 |
| 11/07/16 | Standard Prints | 17.50 |
| 11/07/16 | Standard Prints | 7.80 |
| 11/07/16 | Standard Prints | 2.10 |
| 11/07/16 | Standard Prints | 0.30 |
| 11/08/16 | Standard Copies or Prints | 90.30 |
| 11/08/16 | Standard Prints | 1.90 |
| 11/08/16 | Standard Prints | 7.60 |
| 11/08/16 | Standard Prints | 3.20 |
| 11/09/16 | Standard Prints | 17.90 |
| 11/09/16 | Standard Prints | 1.00 |
| 11/09/16 | Standard Prints | 7.30 |
| 11/09/16 | Standard Prints | 2.50 |
| 11/09/16 | Standard Prints | 0.20 |
| 11/09/16 | Standard Prints | 4.50 |
| 11/09/16 | Standard Prints | 2.80 |
| 11/09/16 | Standard Prints | 0.10 |
| 11/09/16 | Standard Prints | 0.40 |
| 11/09/16 | Standard Prints | 6.40 |
| 11/10/16 | Standard Prints | 6.70 |
| 11/10/16 | Standard Prints | 0.20 |
| 11/10/16 | Standard Prints | 2.90 |
| 11/10/16 | Standard Prints | 1.40 |
| 11/10/16 | Standard Prints | 2.10 |
| 11/10/16 | Standard Prints | 2.40 |
| 11/10/16 | Standard Prints | 26.40 |
| 11/10/16 | Standard Prints | 1.00 |
| 11/10/16 | Standard Prints | 1.00 |
| 11/10/16 | Standard Prints | 0.40 |
| 11/11/16 | Standard Prints | 2.10 |
| 11/11/16 | Standard Prints | 0.70 |
| 11/11/16 | Standard Prints | 0.20 |
| 11/11/16 | Standard Prints | 0.10 |
| 11/14/16 | Standard Prints | 0.20 |
| 11/14/16 | Standard Prints | 8.50 |
| 11/14/16 | Standard Prints | 0.20 |
| 11/14/16 | Standard Prints | 2.60 |
| 11/14/16 | Standard Prints | 2.00 |
| 11/14/16 | Standard Prints | 18.10 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 11/14/16 | Standard Prints | 0.80 |
| 11/14/16 | Standard Prints | 2.70 |
| 11/14/16 | Standard Prints | 1.40 |
| 11/15/16 | Standard Copies or Prints | 0.60 |
| 11/15/16 | Standard Prints | 30.50 |
| 11/15/16 | Standard Prints | 10.20 |
| 11/15/16 | Standard Prints | 9.20 |
| 11/15/16 | Standard Prints | 7.80 |
| 11/15/16 | Standard Prints | 14.20 |
| 11/15/16 | Standard Prints | 17.80 |
| 11/15/16 | Standard Prints | 1.00 |
| 11/15/16 | Standard Prints | 14.60 |
| 11/15/16 | Standard Prints | 0.50 |
| 11/16/16 | Standard Prints | 2.70 |
| 11/16/16 | Standard Prints | 23.60 |
| 11/16/16 | Standard Prints | 4.80 |
| 11/16/16 | Standard Prints | 9.50 |
| 11/16/16 | Standard Prints | 26.80 |
| 11/16/16 | Standard Prints | 10.20 |
| 11/16/16 | Standard Prints | 1.00 |
| 11/16/16 | Standard Prints | 2.10 |
| 11/16/16 | Standard Prints | 0.20 |
| 11/16/16 | Standard Prints | 2.30 |
| 11/16/16 | Standard Prints | 0.80 |
| 11/16/16 | Standard Prints | 0.50 |
| 11/16/16 | Standard Prints | 1.80 |
| 11/16/16 | Standard Prints | 2.10 |
| 11/17/16 | Standard Prints | 4.90 |
| 11/17/16 | Standard Prints | 6.90 |
| 11/17/16 | Standard Prints | 2.90 |
| 11/17/16 | Standard Prints | 2.80 |
| 11/17/16 | Standard Prints | 32.00 |
| 11/17/16 | Standard Prints | 14.00 |
| 11/17/16 | Standard Prints | 0.50 |
| 11/17/16 | Standard Prints | 5.10 |
| 11/17/16 | Standard Prints | 8.40 |
| 11/17/16 | Standard Prints | 0.10 |
| 11/17/16 | Standard Prints | 6.50 |
| 11/17/16 | Standard Prints | 56.10 |
| 11/18/16 | Standard Prints | 4.10 |
| 11/18/16 | Standard Prints | 4.10 |
| 11/18/16 | Standard Prints | 1.00 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 11/18/16 | Standard Prints | 6.00 |
| 11/18/16 | Standard Prints | 9.90 |
| 11/18/16 | Standard Prints | 1.30 |
| 11/18/16 | Standard Prints | 4.50 |
| 11/18/16 | Standard Prints | 2.20 |
| 11/18/16 | Standard Prints | 1.10 |
| 11/18/16 | Standard Prints | 0.10 |
| 11/18/16 | Standard Prints | 15.00 |
| 11/18/16 | Standard Prints | 19.70 |
| 11/18/16 | Standard Prints | 29.90 |
| 11/18/16 | Standard Prints | 26.20 |
| 11/18/16 | Standard Prints | 0.80 |
| 11/18/16 | Standard Prints | 0.70 |
| 11/21/16 | Standard Copies or Prints | 0.10 |
| 11/21/16 | Standard Prints | 8.50 |
| 11/21/16 | Standard Prints | 3.40 |
| 11/21/16 | Standard Prints | 7.70 |
| 11/21/16 | Standard Prints | 6.50 |
| 11/21/16 | Standard Prints | 11.80 |
| 11/21/16 | Standard Prints | 1.80 |
| 11/21/16 | Standard Prints | 2.70 |
| 11/21/16 | Standard Prints | 5.50 |
| 11/21/16 | Standard Prints | 31.30 |
| 11/22/16 | Standard Prints | 2.80 |
| 11/22/16 | Standard Prints | 1.70 |
| 11/22/16 | Standard Prints | 18.60 |
| 11/22/16 | Standard Prints | 4.90 |
| 11/22/16 | Standard Prints | 0.20 |
| 11/22/16 | Standard Prints | 1.10 |
| 11/25/16 | Standard Prints | 1.80 |
| 11/25/16 | Standard Prints | 4.80 |
| 11/25/16 | Standard Prints | 4.80 |
| 11/25/16 | Standard Prints | 21.20 |
| 11/25/16 | Standard Prints | 11.60 |
| 11/25/16 | Standard Prints | 0.30 |
| 11/25/16 | Standard Prints | 0.40 |
| 11/25/16 | Standard Prints | 2.30 |
| 11/25/16 | Standard Prints | 5.00 |
| 11/28/16 | Standard Prints | 41.40 |
| 11/28/16 | Standard Prints | 1.50 |
| 11/28/16 | Standard Prints | 9.00 |
| 11/28/16 | Standard Prints | 4.80 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 11/28/16 | Standard Prints | 10.90 |
| 11/28/16 | Standard Prints | 0.90 |
| 11/28/16 | Standard Prints | 0.50 |
| 11/28/16 | Standard Prints | 1.00 |
| 11/29/16 | Standard Prints | 29.40 |
| 11/29/16 | Standard Prints | 1.10 |
| 11/29/16 | Standard Prints | 32.70 |
| 11/29/16 | Standard Prints | 1.20 |
| 11/29/16 | Standard Prints | 0.20 |
| 11/29/16 | Standard Prints | 0.80 |
| 11/29/16 | Standard Prints | 1.90 |
| 11/29/16 | Standard Prints | 3.20 |
| 11/29/16 | Standard Prints | 0.90 |
| 11/29/16 | Standard Prints | 3.30 |
| | **Total:** | **1,660.40** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|---|---|---:|
| 11/01/16 | Color Prints | 0.90 |
| 11/01/16 | Color Prints | 3.00 |
| 11/01/16 | Color Prints | 4.80 |
| 11/01/16 | Color Prints | 0.60 |
| 11/02/16 | Color Prints | 0.30 |
| 11/02/16 | Color Prints | 0.30 |
| 11/02/16 | Color Prints | 0.30 |
| 11/02/16 | Color Prints | 6.90 |
| 11/02/16 | Color Prints | 1.20 |
| 11/02/16 | Color Prints | 2.40 |
| 11/02/16 | Color Prints | 4.80 |
| 11/02/16 | Color Prints | 0.90 |
| 11/03/16 | Color Prints | 0.90 |
| 11/03/16 | Color Prints | 0.90 |
| 11/03/16 | Color Prints | 0.90 |
| 11/03/16 | Color Prints | 0.30 |
| 11/03/16 | Color Prints | 0.90 |
| 11/03/16 | Color Prints | 2.10 |
| 11/03/16 | Color Prints | 0.60 |
| 11/03/16 | Color Prints | 0.60 |
| 11/03/16 | Color Prints | 1.20 |
| 11/03/16 | Color Prints | 2.10 |
| 11/04/16 | Color Prints | 0.60 |
| 11/04/16 | Color Prints | 0.30 |
| 11/04/16 | Color Prints | 1.50 |
| 11/04/16 | Color Prints | 0.60 |
| 11/04/16 | Color Prints | 22.50 |
| 11/04/16 | Color Prints | 30.60 |
| 11/07/16 | Color Prints | 1.50 |
| 11/07/16 | Color Prints | 0.60 |
| 11/07/16 | Color Prints | 0.30 |
| 11/07/16 | Color Prints | 0.30 |
| 11/07/16 | Color Prints | 0.30 |
| 11/07/16 | Color Prints | 5.10 |
| 11/07/16 | Color Prints | 19.50 |
| 11/08/16 | Color Prints | 1.50 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 11/08/16 | Color Prints | 1.20 |
| 11/08/16 | Color Prints | 1.20 |
| 11/08/16 | Color Prints | 2.10 |
| 11/08/16 | Color Prints | 1.20 |
| 11/08/16 | Color Prints | 0.30 |
| 11/08/16 | Color Prints | 0.90 |
| 11/08/16 | Color Prints | 0.90 |
| 11/09/16 | Color Prints | 1.80 |
| 11/09/16 | Color Prints | 0.30 |
| 11/09/16 | Color Prints | 1.50 |
| 11/09/16 | Color Prints | 1.50 |
| 11/09/16 | Color Prints | 0.60 |
| 11/09/16 | Color Prints | 0.90 |
| 11/09/16 | Color Prints | 0.30 |
| 11/09/16 | Color Prints | 1.20 |
| 11/09/16 | Color Prints | 0.90 |
| 11/09/16 | Color Prints | 0.30 |
| 11/09/16 | Color Prints | 1.20 |
| 11/09/16 | Color Prints | 2.70 |
| 11/09/16 | Color Prints | 0.60 |
| 11/09/16 | Color Prints | 0.60 |
| 11/09/16 | Color Prints | 0.30 |
| 11/09/16 | Color Prints | 0.90 |
| 11/09/16 | Color Prints | 24.90 |
| 11/09/16 | Color Prints | 1.80 |
| 11/10/16 | Color Prints | 2.70 |
| 11/10/16 | Color Prints | 3.60 |
| 11/10/16 | Color Prints | 2.10 |
| 11/10/16 | Color Prints | 1.50 |
| 11/10/16 | Color Prints | 1.50 |
| 11/10/16 | Color Prints | 0.60 |
| 11/10/16 | Color Prints | 2.40 |
| 11/10/16 | Color Prints | 1.50 |
| 11/10/16 | Color Prints | 1.80 |
| 11/10/16 | Color Prints | 0.90 |
| 11/10/16 | Color Prints | 0.90 |
| 11/10/16 | Color Prints | 0.90 |
| 11/10/16 | Color Prints | 0.60 |
| 11/10/16 | Color Prints | 1.50 |
| 11/10/16 | Color Prints | 1.20 |
| 11/11/16 | Color Prints | 3.00 |
| 11/11/16 | Color Prints | 3.00 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 11/11/16 | Color Prints | 0.90 |
| 11/11/16 | Color Prints | 0.60 |
| 11/11/16 | Color Prints | 0.90 |
| 11/11/16 | Color Prints | 3.00 |
| 11/11/16 | Color Prints | 0.90 |
| 11/11/16 | Color Prints | 1.80 |
| 11/11/16 | Color Prints | 0.30 |
| 11/14/16 | Color Prints | 2.10 |
| 11/14/16 | Color Prints | 4.50 |
| 11/14/16 | Color Prints | 3.90 |
| 11/14/16 | Color Prints | 2.40 |
| 11/14/16 | Color Prints | 4.20 |
| 11/14/16 | Color Prints | 3.30 |
| 11/14/16 | Color Prints | 3.30 |
| 11/14/16 | Color Prints | 2.40 |
| 11/14/16 | Color Prints | 3.00 |
| 11/14/16 | Color Prints | 2.10 |
| 11/14/16 | Color Prints | 27.00 |
| 11/15/16 | Color Prints | 2.10 |
| 11/15/16 | Color Prints | 0.90 |
| 11/15/16 | Color Prints | 17.40 |
| 11/15/16 | Color Prints | 4.80 |
| 11/15/16 | Color Prints | 3.60 |
| 11/15/16 | Color Prints | 2.10 |
| 11/15/16 | Color Prints | 0.60 |
| 11/15/16 | Color Prints | 8.70 |
| 11/15/16 | Color Prints | 0.60 |
| 11/15/16 | Color Prints | 3.90 |
| 11/15/16 | Color Prints | 2.70 |
| 11/15/16 | Color Prints | 2.70 |
| 11/15/16 | Color Prints | 2.70 |
| 11/15/16 | Color Prints | 5.10 |
| 11/15/16 | Color Prints | 2.70 |
| 11/15/16 | Color Prints | 3.90 |
| 11/15/16 | Color Prints | 8.10 |
| 11/16/16 | Color Prints | 0.60 |
| 11/16/16 | Color Prints | 15.30 |
| 11/16/16 | Color Prints | 17.70 |
| 11/16/16 | Color Prints | 3.00 |
| 11/16/16 | Color Prints | 1.80 |
| 11/16/16 | Color Prints | 3.00 |
| 11/16/16 | Color Prints | 2.70 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
　　109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 11/16/16 | Color Prints | 0.30 |
| 11/16/16 | Color Prints | 1.80 |
| 11/16/16 | Color Prints | 3.60 |
| 11/16/16 | Color Prints | 3.00 |
| 11/16/16 | Color Prints | 0.90 |
| 11/16/16 | Color Prints | 5.10 |
| 11/16/16 | Color Prints | 1.50 |
| 11/16/16 | Color Prints | 8.70 |
| 11/16/16 | Color Prints | 42.00 |
| 11/16/16 | Color Prints | 0.60 |
| 11/16/16 | Color Prints | 0.30 |
| 11/16/16 | Color Prints | 0.30 |
| 11/16/16 | Color Prints | 9.30 |
| 11/16/16 | Color Prints | 27.60 |
| 11/16/16 | Color Prints | 3.60 |
| 11/16/16 | Color Prints | 27.00 |
| 11/16/16 | Color Prints | 4.80 |
| 11/16/16 | Color Prints | 3.00 |
| 11/16/16 | Color Prints | 5.70 |
| 11/16/16 | Color Prints | 0.30 |
| 11/17/16 | Color Prints | 0.30 |
| 11/17/16 | Color Prints | 0.60 |
| 11/17/16 | Color Prints | 0.90 |
| 11/17/16 | Color Prints | 1.80 |
| 11/17/16 | Color Prints | 0.30 |
| 11/17/16 | Color Prints | 0.30 |
| 11/17/16 | Color Prints | 1.80 |
| 11/17/16 | Color Prints | 2.10 |
| 11/17/16 | Color Prints | 0.60 |
| 11/17/16 | Color Prints | 3.90 |
| 11/17/16 | Color Prints | 5.70 |
| 11/17/16 | Color Prints | 0.90 |
| 11/17/16 | Color Prints | 8.70 |
| 11/17/16 | Color Prints | 0.90 |
| 11/17/16 | Color Prints | 9.00 |
| 11/17/16 | Color Prints | 5.40 |
| 11/17/16 | Color Prints | 42.30 |
| 11/17/16 | Color Prints | 0.30 |
| 11/17/16 | Color Prints | 2.10 |
| 11/17/16 | Color Prints | 0.30 |
| 11/18/16 | Color Prints | 3.30 |
| 11/18/16 | Color Prints | 2.70 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 11/18/16 | Color Prints | 2.10 |
| 11/18/16 | Color Prints | 3.30 |
| 11/18/16 | Color Prints | 11.70 |
| 11/18/16 | Color Prints | 1.80 |
| 11/18/16 | Color Prints | 6.30 |
| 11/18/16 | Color Prints | 3.90 |
| 11/18/16 | Color Prints | 1.50 |
| 11/18/16 | Color Prints | 6.30 |
| 11/18/16 | Color Prints | 0.60 |
| 11/18/16 | Color Prints | 4.20 |
| 11/18/16 | Color Prints | 0.90 |
| 11/18/16 | Color Prints | 1.50 |
| 11/21/16 | Color Prints | 0.30 |
| 11/21/16 | Color Prints | 2.10 |
| 11/21/16 | Color Prints | 1.80 |
| 11/21/16 | Color Prints | 6.90 |
| 11/21/16 | Color Prints | 3.90 |
| 11/21/16 | Color Prints | 1.20 |
| 11/21/16 | Color Prints | 7.20 |
| 11/21/16 | Color Prints | 0.60 |
| 11/21/16 | Color Prints | 1.80 |
| 11/21/16 | Color Prints | 2.10 |
| 11/21/16 | Color Prints | 2.10 |
| 11/21/16 | Color Prints | 6.90 |
| 11/21/16 | Color Prints | 7.50 |
| 11/21/16 | Color Prints | 7.20 |
| 11/21/16 | Color Prints | 7.20 |
| 11/21/16 | Color Prints | 7.80 |
| 11/21/16 | Color Prints | 3.60 |
| 11/21/16 | Color Prints | 7.50 |
| 11/21/16 | Color Prints | 0.90 |
| 11/21/16 | Color Prints | 0.30 |
| 11/22/16 | Color Prints | 7.20 |
| 11/22/16 | Color Prints | 7.50 |
| 11/22/16 | Color Prints | 7.80 |
| 11/22/16 | Color Prints | 8.10 |
| 11/22/16 | Color Prints | 7.20 |
| 11/22/16 | Color Prints | 7.20 |
| 11/22/16 | Color Prints | 7.50 |
| 11/22/16 | Color Prints | 7.20 |
| 11/22/16 | Color Prints | 105.00 |
| 11/22/16 | Color Prints | 24.00 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 11/25/16 | Color Prints | 7.50 |
| 11/25/16 | Color Prints | 0.90 |
| 11/25/16 | Color Prints | 7.50 |
| 11/28/16 | Color Prints | 2.10 |
| 11/28/16 | Color Prints | 7.50 |
| 11/28/16 | Color Prints | 1.80 |
| 11/28/16 | Color Prints | 1.80 |
| 11/28/16 | Color Prints | 0.60 |
| 11/28/16 | Color Prints | 2.70 |
| 11/28/16 | Color Prints | 3.00 |
| 11/28/16 | Color Prints | 1.80 |
| 11/28/16 | Color Prints | 1.20 |
| 11/28/16 | Color Prints | 4.80 |
| 11/28/16 | Color Prints | 3.60 |
| 11/28/16 | Color Prints | 2.10 |
| 11/28/16 | Color Prints | 0.30 |
| 11/29/16 | Color Prints | 0.60 |
| 11/29/16 | Color Prints | 9.60 |
| 11/29/16 | Color Prints | 4.80 |
| 11/29/16 | Color Prints | 2.10 |
| 11/29/16 | Color Prints | 4.80 |
| 11/29/16 | Color Prints | 1.80 |
| 11/29/16 | Color Prints | 5.70 |
| 11/29/16 | Color Prints | 6.30 |
| 11/29/16 | Color Prints | 6.30 |
| 11/29/16 | Color Prints | 1.20 |
| 11/29/16 | Color Prints | 1.80 |
| 11/29/16 | Color Prints | 2.70 |
| 11/29/16 | Color Prints | 4.80 |
| 11/29/16 | Color Prints | 4.80 |
| 11/29/16 | Color Prints | 6.30 |
| 11/29/16 | Color Prints | 37.50 |
| 11/29/16 | Color Prints | 4.50 |
| 11/29/16 | Color Prints | 1.80 |
| 11/29/16 | Color Prints | 15.00 |
| 11/29/16 | Color Prints | 41.40 |
| 11/29/16 | Color Prints | 1.80 |
| 11/29/16 | Color Prints | 2.40 |
| | **Total:** | **1,157.70** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Production Blowbacks

| Date | Description | Amount |
|------|-------------|--------|
| 11/08/16 | Production Blowbacks | 90.70 |
| 11/21/16 | Production Blowbacks | 27.30 |
| | **Total:** | **118.00** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overnight Delivery

| Date | Description | Amount |
|---|---|---|
| 11/01/16 | Overnight Delivery, Fed Exp to:Jason Madron, WILMINGTON,DE from:Robert Orren | 67.85 |
| 11/02/16 | Overnight Delivery, Fed Exp to:Courtney Renee Reynolds,WASHINGTON,DC from:Jungje Choi | 61.24 |
| 11/05/16 | Overnight Delivery, Fed Exp to:BARBARA WITTERS, JASON MADRON WILMINGTON,DE from:KIRKLAND MAILING CENETR | 75.38 |
| 11/10/16 | Overnight Delivery, Fed Exp to:Dan Kelly,DALLAS, TX from:Rebecca Chaikin | 17.85 |
| 11/10/16 | Overnight Delivery, Fed Exp to:Amanda DonCarlos, DALLAS,TX from:Rebecca Chaikin | 17.85 |
| 11/10/16 | Overnight Delivery, Fed Exp to:Catherine McAloon, PLANO,TX from:Rebecca Chaikin | 17.10 |
| 11/16/16 | Overnight Delivery, Fed Exp to:Anthony Horton, DALLAS,TX from:Stephanie Ding | 19.10 |
| 11/17/16 | Overnight Delivery, Fed Exp to:Paul Keglevic, AGOURA HILLS,CA from:Anna Terteryan | 19.36 |
| 11/23/16 | Overnight Delivery, Fed Exp to:Attn: Bryan Stephany-Visiting WILMINGTON,DE from:Patrice Britt | 13.71 |
| 11/29/16 | Overnight Delivery, Fed Exp to:Josh Sussberg, SCARSDALE,NY from:Josh Sussberg | 17.58 |
| 11/29/16 | Overnight Delivery, Fed Exp to:Barbara Witters, WILMINGTON,DE from:Stephanie Ding | 14.70 |
| | **Total:** | **341.72** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Messenger Services

| Date | Description | Amount |
|------|-------------|-------:|
| 9/15/16 | E-WASHINGTON EXPRESS LLC - 12240 INDIAN CREEK CT #100 (TP), Outside Messenger Service, Messenger service for R. Allen | 257.62 |
| | **Total:** | **257.62** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Local Transportation

| Date | Description | Amount |
|------|-------------|--------|
| 11/07/16 | Rebecca Chaikin, Taxi, Transportation from Wilmington train station to Hotel Dupont | 10.00 |
| 11/14/16 | Mark McKane, Taxi, Pretrial conference | 11.00 |
| 11/29/16 | Stephanie Ding, Taxi, Cab from Amtrak station to hotel | 12.00 |
| 11/29/16 | Stephanie Ding, Taxi, Uber from office to Union Station | 8.04 |
| 11/29/16 | McClain Thompson, Taxi, Research re motion to dismiss issues. | 11.74 |
| 11/29/16 | McClain Thompson, Taxi, Research re motion to dismiss issues. | 5.63 |
| 11/30/16 | Jonathan Ganter, Taxi, Hearing on Asbestos Objectors Motion to Dismiss | 15.32 |
| 11/30/16 | Jonathan Ganter, Metra/Public Transportation, Wilmington, DE Hearing on Asbestos Objectors Motion to Dismiss | 10.00 |
| | **Total:** | **83.73** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|------|-------------|--------|
| 10/13/16 | Mark McKane, Lodging, New York, NY 10/10/2016 to 10/13/2016, Deposition preparation and deposition | 422.33 |
| 10/14/16 | Mark McKane, Lodging, Wilmington, DE 10/12/2016 to 10/12/2016, Deposition preparation and deposition | 350.00 |
| 11/06/16 | Mark Menzies, Lodging, New York, NY 11/06/2016 to 11/08/2016, Depositions. | 387.91 |
| 11/07/16 | Aparna Yenamandra, Lodging, Wilmington, DE 11/07/2016 to 11/08/2016, Hearing | 350.00 |
| 11/07/16 | Mark Menzies, Lodging, New York, NY 11/06/2016 to 11/08/2016, Depositions. | 387.91 |
| 11/08/16 | Rebecca Chaikin, Lodging, Wilmington, DE 11/07/2016 to 11/08/2016, Hotel | 328.90 |
| 11/08/16 | Bryan Stephany, Lodging, New York, NY 11/06/2016 to 11/08/2016, Deposition preparation. | 996.38 |
| 11/08/16 | Mark McKane, Lodging, Wilmington, DE 11/07/2016 to 11/08/2016, Hearing | 350.00 |
| 11/15/16 | Mark McKane, Lodging, Wilmington, DE 11/14/2016 to 11/15/2016, Pretrial conference | 350.00 |
| 11/28/16 | HOTEL DUPONT - 11TH AND MARKET STREETS (NT), Hotel, Hotel deposit 11/29/16 to 12/2/16 - C/M#14356/109 | 4,000.00 |
| 11/29/16 | Justin Sowa, Lodging, Wilmington, DE 11/29/2016 to 12/01/2016, Hearing on Motion to Dismiss. | 284.90 |
| 11/29/16 | Anna Terteryan, Lodging, Wilmington, DE 11/29/2016 to 12/01/2016, Motion to Dismiss Hearing. | 284.90 |
| 11/29/16 | McClain Thompson, Lodging, Wilmington, DE 11/29/2016 to 12/01/2016, Research re motion to dismiss issues. | 569.80 |
| 11/30/16 | Justin Sowa, Lodging, Wilmington, DE 11/29/2016 to 12/01/2016, Hearing on Motion to Dismiss. | 284.90 |
| 11/30/16 | Anna Terteryan, Lodging, Wilmington, DE 11/29/2016 to 12/01/2016, Motion to Dismiss Hearing. | 284.90 |
| 11/30/16 | Chad Husnick, Lodging, Wilmington, DE 11/30/2016 to 12/01/2016, Hearing | 284.90 |
| 11/30/16 | Jonathan Ganter, Lodging, Wilmington, DE 11/30/2016 to 12/01/2016, Hearing on Asbestos Objectors Motion to Dismiss | 284.90 |
| | **Total:** | **10,202.63** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
     109 - [ALL E-SIDE] Expenses

### Description of Expenses

**Airfare**

| Date | Description | Amount |
|------|-------------|-------:|
| 9/29/16 | Mark McKane, Airfare, Philadelphia, PA 10/12/2016 to 10/14/2016, Deposition preparation and deposition, SFO to Philadelphia | 639.86 |
| 9/29/16 | Mark McKane, Agency Fee, Deposition preparation and deposition | 29.00 |
| 10/12/16 | Mark McKane, Airfare, Newark, NJ 10/10/2016 to 10/13/2016, Deposition preparation and deposition, Newark airport to SFO | 287.57 |
| 11/01/16 | Mark McKane, Airfare, Newark, NJ 11/13/2016 to 11/15/2016, Pretrial conference, SFO to Newark airport | 783.47 |
| 11/01/16 | Mark McKane, Agency Fee, Pretrial conference | 29.00 |
| 11/01/16 | Mark McKane, Rail, Wilmington, DE 11/14/2016 to 11/14/2016, Pretrial conference | 109.00 |
| 11/01/16 | Mark McKane, Airfare, Philadelphia, PA 11/07/2016 to 11/08/2016, Hearing, SFO to Philadelhia to SFO | 1,602.37 |
| 11/01/16 | Mark McKane, Agency Fee, Hearing | 58.00 |
| 11/04/16 | Bryan Stephany, Airfare, New York, NY 11/06/2016 to 11/08/2016, Deposition preparation. Charlotte, NC to LGA to Wilmington NC | 1,417.20 |
| 11/04/16 | Bryan Stephany, Agency Fee, Deposition preparation. | 58.00 |
| 11/06/16 | Mark Menzies, Baggage Fee, Depositions. | 25.00 |
| 11/07/16 | Aparna Yenamandra, Rail, Wilmington, DE 11/07/2016 to 11/08/2016, Hearing | 109.00 |
| 11/07/16 | Aparna Yenamandra, Agency Fee, Hearing | 58.00 |
| 11/08/16 | Rebecca Chaikin, Rail, NY Penn Station 11/08/2016 to 11/08/2016, Rail from Wilmington train station to N.Y. Penn Station | (17.00) |
| 11/08/16 | Aparna Yenamandra, Rail, New York, NY 11/07/2016 to 11/08/2016, Hearing | 109.00 |
| 11/08/16 | Aparna Yenamandra, Agency Fee, Hearing | 58.00 |
| 11/08/16 | Mark Menzies, Baggage Fee, Depositions. | 25.00 |
| 11/14/16 | Chad Husnick, Airfare, Philadelphia, PA 11/15/2016 to 11/15/2016, Meeting with client. ORD to Philadelphia | 718.20 |
| 11/14/16 | Chad Husnick, Agency Fee, Meeting with client. | 58.00 |
| 11/17/16 | Rebecca Chaikin, Rail, Wilmington 12/11/2016 to 12/13/2016, Travel to Wilmington for hearing. | 192.00 |
| 11/17/16 | Rebecca Chaikin, Agency Fee, Travel to Wilmington for hearing. | 58.00 |
| 11/18/16 | Anna Terteryan, Airfare, Wilimngton, DE 11/29/2016 to 12/02/2016, Motion to Dismiss Hearing. ORD to Philadelphia to ORD | 1,301.53 |
| 11/18/16 | Anna Terteryan, Agency Fee, Motion to Dismiss Hearing. | 58.00 |
| 11/21/16 | Josh Urban, Airfare, Philadelphia, PA 12/29/2016 to 12/29/2016, Flight from Chicago, IL to Philadelphia | 359.10 |
| 11/22/16 | McClain Thompson, Agency Fee, Arranged Boston Coach car for client | 35.00 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | Michael Hunter (EFH hearing) fro 11/30/16 | |
| 11/23/16 | Justin Sowa, Airfare, Wilmington, DE 11/29/2016 to 12/02/2016, Hearing on Motion to Dismiss. SFO to Philadelphia to SFO | 1,902.20 |
| 11/23/16 | Justin Sowa, Agency Fee, Hearing on Motion to Dismiss. | 21.00 |
| 11/23/16 | McClain Thompson, Rail, NY to Wilmington, DE 11/29/2016 to 12/01/2016, Research re motion to dismiss issues. (return trip changed several times which incurred $4.00 for each change - see attached) | 109.00 |
| 11/29/16 | Kevin McClelland, Airfare, Philadelphia, PA 11/30/2016 to 12/01/2016, Hearing. ORD to Philadelphia | 718.20 |
| 11/29/16 | Kevin McClelland, Agency Fee, Hearing. | 58.00 |
| 11/29/16 | Marc Kieselstein, Airfare, Philadelphia, PA 11/30/2016 to 12/01/2016, Hearing. ORD to Philadelphia | 741.88 |
| 11/29/16 | Marc Kieselstein, Agency Fee, Hearing. | 58.00 |
| 11/29/16 | Chad Husnick, Rail, Wilmington, DE 11/30/2016 to 11/30/2016, Hearing | 109.00 |
| 11/29/16 | Chad Husnick, Agency Fee, Hearing | 58.00 |
| 11/29/16 | Chad Husnick, Airfare, Chicago, IL 11/30/2016 to 12/01/2016, Hearing, Philadephia to ORD | 359.10 |
| 11/29/16 | Chad Husnick, Agency Fee, Hearing | 58.00 |
| 11/29/16 | Jonathan Ganter, Rail, Wilmington, DE 11/30/2016 to 11/30/2016, Hearing on Asbestos Objectors Motion to Dismiss | 109.00 |
| 11/29/16 | Stephanie Ding, Rail, Wilmington, D.E. 11/29/2016 to 12/05/2016, Train from Washington D.C. to Wilmington for Asbestos MTD Hearing. | 51.00 |
| 11/29/16 | McClain Thompson, Rail, Wilmington, DE 11/29/2016 to 11/29/2016, Research re motion to dismiss issues. (Return trip changed which incurred in $4.00 extra charge.) | 4.00 |
| | **Total:** | **12,516.68** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|-------:|
| 10/12/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 10/12/2016, Justin Sowa, 300-390 Montgomery St, San Francisco, CA 94104, USA, 3 Domestic Terminals Departures Level, San Francisco, CA 94128, USA, 12:57 PM | 32.43 |
| 10/13/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 10/13/2016, Justin Sowa, Terminal 2, San Francisco, CA 94128, USA, 457 Merritt Ave, Oakland, CA 94610, USA, 11:16 PM | 66.34 |
| 10/16/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 10/16/2016, Michael Esser, 2253 Francisco St, San Francisco, CA 94123, USA, 266 Domestic Terminals Departures Level, San Francisco, CA 94128, USA, 11:56 AM | 72.24 |
| 10/16/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 10/16/2016, Mark Menzies, 1937 McAllister St, San Francisco, CA 94115, USA, 139 Domestic Terminals Departures Level, San Francisco, CA 94128, USA, 10:01 AM | 40.29 |
| 10/16/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 10/16/2016, Justin Sowa, 449 Merritt Ave, Oakland, CA 94610, USA, Terminal 2, San Francisco, CA 94128, USA, 12:52 PM | 67.10 |
| 10/18/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 10/18/2016, Justin Sowa, Terminal 2, San Francisco, CA 94128, USA, 450 Merritt Ave, Oakland, CA 94610, USA, 11:30 PM | 47.40 |
| 10/19/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 10/19/2016, Michael Esser, 635 Lexington Ave, New York, NY 10022, USA, Terminal C, Newark, NJ 07114, USA, 2:02 PM | 125.00 |
| 10/19/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 10/19/2016, Michael Esser, 2456 Domestic Terminals Arrivals Level, San Francisco, CA 94128, USA, 2253 Francisco, San Francisco, CA 94123, USA, 8:24 PM | 72.24 |
| 10/28/16 | VITAL TRANSPORTATION INC, Passenger: ESSER MICHAEL,PHILLIP, Transportation to/from airport, Date: 10/16/2016, Pickup at Newark Airport dropoff at New York, NY | 103.83 |
| 10/28/16 | VITAL TRANSPORTATION INC, Passenger: MCKANE,MARK, Transportation to/from airport, Date: 10/20/2016,Pickup at New York, NY dropoff at Newark airport | 83.59 |
| 11/06/16 | Mark Menzies, Transportation To/From Airport, Taxi from Newark Airport to New York, NY. Depositions. | 95.50 |
| 11/07/16 | Bryan Stephany, Transportation To/From Airport, Deposition preparation. LGA to New York, NY | 36.60 |
| 11/08/16 | Mark Menzies, Transportation To/From Airport, Taxi from New York, NY to Newark Airport. Depositions. | 105.30 |
| 11/08/16 | Mark Menzies, Transportation To/From Airport, Taxi from SFO to home. | 60.95 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---|
| | Depositions. | |
| 11/08/16 | Bryan Stephany, Transportation To/From Airport, Deposition preparation. New York, NY to LGA | 45.42 |
| 11/08/16 | Bryan Stephany, Transportation To/From Airport, Deposition preparation. SFO to San Francisco, CA | 47.65 |
| 11/29/16 | Josh Urban, Transportation To/From Airport, Taxi from airport to hotel. Philadelphia Airport to Wilmington, DE | 66.12 |
| | **Total:** | **1,168.00** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|---|---|---|
| 8/18/16 | Paul Jones, Travel Meals, Wilmington, DE Gift shop purchase. (1) Lunch | 14.00 |
| 8/19/16 | Paul Jones, Travel Meals, Wilmington, DE Gift shop purchase. (1) Lunch | 12.50 |
| 8/21/16 | Paul Jones, Travel Meals, Wilmington, DE Gift shop purchase. (1) Lunch | 4.50 |
| 10/10/16 | Mark McKane, Travel Meals, San Francisco, CA Deposition preparation and deposition (1) Lunch | 15.62 |
| 10/12/16 | Mark McKane, Travel Meals, New York, NY Deposition preparation and deposition (1) Dinner | 18.70 |
| 10/12/16 | Mark McKane, Travel Meals, New York, NY Deposition preparation and deposition (1) Dinner | 40.00 |
| 11/06/16 | Mark Menzies, Travel Meals, New York, NY Depositions (1) Dinner | 31.33 |
| 11/06/16 | Bryan Stephany, Travel Meals, Charlotte International Airport Deposition preparation. (1) Dinner | 12.60 |
| 11/06/16 | Bryan Stephany, Travel Meals, Wilmington, NC Airport Deposition preparation. (1) Dinner | 18.35 |
| 11/07/16 | Aparna Yenamandra, Travel Meals, Wilmington, DE Hearing (1) Dinner | 35.74 |
| 11/07/16 | Mark Menzies, Travel Meals, New York, NY Depositions. (1) Breakfast | 7.44 |
| 11/07/16 | Mark Menzies, Travel Meals, New York, NY Depositions. (4) Dinner | 40.00 |
| 11/07/16 | Bryan Stephany, Travel Meals, New York, NY Deposition preparation. (1) Dinner | 40.00 |
| 11/07/16 | Bryan Stephany, Travel Meals, New York, NY Deposition preparation. (1) Breakfast | 9.70 |
| 11/07/16 | Mark McKane, Travel Meals, San Francisco, CA Hearing (1) Lunch | 15.34 |
| 11/07/16 | Mark McKane, Travel Meals, Wilmington, DE Hearing (1) Dinner | 40.00 |
| 11/08/16 | Mark Menzies, Travel Meals, New York NY Depositions. (1) Breakfast | 2.67 |
| 11/08/16 | Mark Menzies, Travel Meals, Newark, NJ Depositions. (1) Dinner | 10.69 |
| 11/14/16 | Mark McKane, Travel Meals, Wilmington, DE Pretrial conference (1) Dinner | 40.00 |
| 11/15/16 | Chad Husnick, Travel Meals, Philadelphia, PA Meeting with client. (1) Lunch | 40.00 |
| 11/29/16 | Justin Sowa, Travel Meals, San Francisco, CA Hearing on Motion to Dismiss. (1) Lunch | 20.62 |
| 11/29/16 | Anna Terteryan, Travel Meals, Wilmington, DE Motion to Dismiss Hearing. (1) Dinner | 9.50 |
| 11/29/16 | McClain Thompson, Travel Meals, Wilmington, DE Research re motion to dismiss issues. (1) Dinner | 40.00 |
| 11/29/16 | McClain Thompson, Travel Meals, New York Research re motion to dismiss issues. (1) Breakfast | 2.93 |
| 11/29/16 | Josh Urban, Travel Meals, Chicago, IL (1) Breakfast | 6.69 |
| 11/29/16 | Josh Urban, Travel Meals, Wilmington, DE (1) Lunch | 9.50 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 11/29/16 | Josh Urban, Travel Meals, Wilmington, DE (1) Dinner | 13.75 |
| 11/30/16 | Kevin McClelland, Travel Meals, Wilmington, DE Hearing. (1) Breakfast | 31.54 |
| 11/30/16 | Kevin McClelland, Travel Meals, Wilmington, DE Hearing. (1) Dinner | 26.00 |
| 11/30/16 | Marc Kieselstein, Travel Meals, Wilmington, DE Hearing. (1) Breakfast | 6.00 |
| 11/30/16 | Marc Kieselstein, Travel Meals, Wilmington, DE Hearing. (1) Dinner | 40.00 |
| 11/30/16 | Justin Sowa, Travel Meals, Wilmington, DE Hearing on Motion to Dismiss. (1) Breakfast | 26.00 |
| 11/30/16 | Anna Terteryan, Travel Meals, Wilmington, DE Motion to Dismiss Hearing. (1) Breakfast | 3.00 |
| 11/30/16 | Anna Terteryan, Travel Meals, Wilmington, DE Motion to Dismiss Hearing. (1) Breakfast | 30.00 |
| 11/30/16 | Jonathan Ganter, Travel Meals, Wilmington, DE Hearing on Asbestos Objectors Motion to Dismiss (5) Dinner | 40.00 |
| 11/30/16 | Lisa Esayian, Travel Meals, Wilmington, DE Witness preparation. (1) Breakfast | 29.54 |
| 11/30/16 | Lisa Esayian, Travel Meals, Wilmington, DE Witness preparation. (1) Dinner | 40.00 |
| 11/30/16 | McClain Thompson, Travel Meals, Wilmington, DE Research re motion to dismiss issues. (1) Breakfast | 34.00 |
| 11/30/16 | Josh Urban, Travel Meals, Wilmington, DE (1) Breakfast | 8.40 |
| | **Total:** | **866.65** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 10/13/16 | Mark McKane, Parking, San Francisco International Airport Deposition preparation and deposition | 144.00 |
| 11/08/16 | Mark McKane, Parking, San Francisco, CA Hearing | 72.00 |
| 11/15/16 | Chad Husnick, Parking, Chicago, IL Parking at O'Hare for trip to Philadelphia. | 54.00 |
| 11/15/16 | Chad Husnick, Parking, Chicago, IL Meeting with client. | 54.00 |
| 11/15/16 | Mark McKane, Parking, San Francisco, CA Pretrial conference | 54.00 |
|  | **Total:** | **378.00** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|------|-------------|--------|
| 11/17/16 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Transcript Costs, etc. | 346.43 |
| 11/30/16 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Court Reporter Deposition, Certified Transcript(s) | 782.00 |
| | **Total:** | **1,128.43** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Other Court Costs and Fees**

| Date | Description | Amount |
|------|-------------|--------|
| 11/10/16 | E-VERITEXT - PO BOX 71303 (NT), Court Costs and Fees, Transcript Costs, etc. | 711.52 |
| 11/23/16 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, Telephonic Hearing Costs | 30.00 |
| | **Total:** | **741.52** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## **Description of Expenses**

### **Outside Copy/Binding Services**

| Date | Description | Amount |
|------|-------------|-------:|
| 11/01/16 | Beth Friedman, Copies, ADOBE PDF (Ref#004024024545) | 10.88 |
| | **Total:** | **10.88** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Working Meals/K&E Only**

| Date | Description | Amount |
|------|-------------|--------|
| 11/03/16 | Bryan Stephany, Working Meal/K&E Only, Washington DC Overtime meal. | 20.00 |
| 11/14/16 | Bryan Stephany, Working Meal/K&E Only, Washington DC Overtime meal. | 20.00 |
| 11/15/16 | Bryan Stephany, Working Meal/K&E Only, Washington DC Overtime meal expense. | 20.00 |
| | **Total:** | **60.00** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Catering Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 10/13/16 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 10/13/2016 | 160.00 |
| 10/13/16 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 10/13/2016 | 160.00 |
| 10/13/16 | FLIK, Catering Expenses, Client Meeting (20), McKane, Mark, 10/13/2016 | 160.00 |
| 10/13/16 | FLIK, Catering Expenses, Client Meeting (20), McKane, Mark, 10/13/2016 | 160.00 |
| 10/17/16 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 10/17/2016 | 160.00 |
| 10/17/16 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 10/17/2016 | 160.00 |
| 10/17/16 | FLIK, Catering Expenses, Client Meeting (16), McKane, Mark, 10/17/2016 | 320.00 |
| 10/17/16 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 10/17/2016 | 160.00 |
| 10/17/16 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 10/17/2016 | 160.00 |
| 10/18/16 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 10/18/2016 | 160.00 |
| 10/18/16 | FLIK, Catering Expenses, Client Meeting (20), McKane, Mark, 10/18/2016 | 400.00 |
| 10/18/16 | FLIK, Catering Expenses, Client Meeting (10), McKane, Mark, 10/18/2016 | 200.00 |
| 10/18/16 | FLIK, Catering Expenses, Client Meeting (10), McKane, Mark, 10/18/2016 | 200.00 |
| 10/18/16 | FLIK, Catering Expenses, Client Meeting (10), McKane, Mark, 10/18/2016 | 200.00 |
| 10/18/16 | FLIK, Catering Expenses, Client Meeting (10), McKane, Mark, 10/18/2016 | 200.00 |
| 10/18/16 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 10/18/2016 | 160.00 |
| 10/18/16 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 10/18/2016 | 160.00 |
| 10/18/16 | FLIK, Catering Expenses, Client Meeting (18), McKane, Mark, 10/18/2016 | 324.00 |
| 10/18/16 | FLIK, Catering Expenses, Client Meeting (15), McKane, Mark, 10/18/2016 | 300.00 |
| 10/19/16 | FLIK, Catering Expenses, Client Meeting (10), McKane, Mark, 10/19/2016 | 200.00 |
| 10/19/16 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 10/19/2016 | 160.00 |
| 10/19/16 | FLIK, Catering Expenses, Client Meeting (10), McKane, Mark, 10/19/2016 | 200.00 |
| 10/19/16 | FLIK, Catering Expenses, Client Meeting (10), McKane, Mark, 10/19/2016 | 200.00 |
| 10/19/16 | FLIK, Catering Expenses, Client Meeting (15), McKane, Mark, 10/19/2016 | 300.00 |
| | **Total:** | **4,964.00** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Westlaw Research

| Date | Description | Amount |
|------|-------------|-------:|
| 11/01/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 11/1/2016 | 18.69 |
| 11/02/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 11/2/2016 | 59.67 |
| 11/04/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, DOUANGSANITH,JASON, 11/4/2016 | 36.35 |
| 11/07/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 11/7/2016 | 69.34 |
| 11/07/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 11/7/2016 | 22.46 |
| 11/08/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 11/8/2016 | 28.15 |
| 11/09/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 11/9/2016 | 88.71 |
| 11/10/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 11/10/2016 | 43.64 |
| 11/11/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, GALLAGHER,GREGORY W, 11/11/2016 | 67.22 |
| 11/11/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THOMPSON,MCCLAIN, 11/11/2016 | 28.15 |
| 11/13/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 11/13/2016 | 14.07 |
| 11/14/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, GEIER,EMILY, 11/14/2016 | 56.08 |
| 11/14/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 11/14/2016 | 28.15 |
| 11/16/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 11/16/2016 | 78.36 |
| 11/17/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 11/17/2016 | 67.22 |
| 11/17/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 11/17/2016 | 275.23 |
| 11/17/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 11/17/2016 | 16.25 |
| 11/18/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 11/18/2016 | 93.47 |
| 11/19/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 11/19/2016 | 37.39 |
| 11/21/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, | 18.69 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | MCCLELLAND,KEVIN, 11/21/2016 | |
| 11/22/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 11/22/2016 | 16.25 |
| 11/23/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 11/23/2016 | 37.39 |
| 11/28/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, GEIER,EMILY, 11/28/2016 | 37.39 |
| 11/28/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 11/28/2016 | 14.07 |
| 11/28/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, DING,STEPHANIE, 11/28/2016 | 17.89 |
| 11/29/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, GALLAGHER,GREGORY W, 11/29/2016 | 29.83 |
| 11/29/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 11/29/2016 | 18.69 |
| 11/30/16 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 11/30/2016 | 52.11 |
| | **Total:** | **1,370.91** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### LexisNexis Research

| Date | Description | Amount |
|------|-------------|-------:|
| 10/25/16 | LEXISNEXIS, LexisNexis Research, MENZIES, MARK, 10/25/2016 | 207.51 |
| 11/03/16 | LEXISNEXIS, LexisNexis Research, ABELSON, STEVE, 11/3/2016 | 438.03 |
| 11/10/16 | LEXISNEXIS, LexisNexis Research, SMITH, MARGARET, 11/10/2016 | 132.60 |
| | **Total:** | **778.14** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|------|-------------|--------|
| 10/12/16 | UBER TECHNOLOGIES INC, Overtime Transportation, 10/12/2016, Mark Menzies, 555 California St, San Francisco, CA 94104, USA, 1937 McAllister St, San Francisco, CA 94115, USA, 10:46 PM | 14.79 |
| 10/13/16 | UBER TECHNOLOGIES INC, Overtime Transportation, 10/13/2016, Mark Menzies, 555 California St, San Francisco, CA 94104, USA, 1938-1940 McAllister St San Francisco, CA 94115, USA, 10:36 PM | 14.74 |
| 11/02/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 37.25 |
| 11/03/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 8.50 |
| 11/09/16 | McClain Thompson, Taxi, Overtime | 20.15 |
| 11/10/16 | McClain Thompson, Taxi, Overtime | 26.16 |
| 11/10/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.76 |
| 11/14/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 30.95 |
| 11/15/16 | Patrick Venter, Taxi, OT Taxi. | 12.35 |
| 11/15/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.76 |
| 11/16/16 | McClain Thompson, Taxi, Overtime | 26.15 |
| 11/16/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 34.55 |
| 11/28/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 8.50 |
| 11/29/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 9.75 |
| 11/30/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 31.62 |
| | **Total:** | **337.98** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


### Description of Expenses


**Overtime Meals - Non-Attorney**

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/16 | SEAMLESS NORTH AMERICA LLC, Robert Orren, Overtime Meals - Non-Attorney, 11/1/2016 | 20.00 |
| | **Total:** | **20.00** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|-------:|
| 10/31/16 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 10/31/2016 | 20.00 |
| 11/05/16 | SEAMLESS NORTH AMERICA LLC, Matthew Smart, Overtime Meals - Attorney, 11/5/2016 | 20.00 |
| 11/05/16 | SEAMLESS NORTH AMERICA LLC, Kevin McClelland, Overtime Meals - Attorney, 11/5/2016 | 20.00 |
| 11/06/16 | SEAMLESS NORTH AMERICA LLC, Matthew Smart, Overtime Meals - Attorney, 11/6/2016 | 20.00 |
| 11/09/16 | McClain Thompson, Overtime Meals - Attorney | 8.66 |
| 11/10/16 | McClain Thompson, Overtime Meals - Attorney | 11.00 |
| 11/15/16 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 11/15/2016 | 20.00 |
| 11/16/16 | McClain Thompson, Overtime Meals - Attorney, Telephone conference calls | 8.66 |
| 11/16/16 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 11/16/2016 | 20.00 |
| 11/16/16 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 11/16/2016 | 20.00 |
| 11/16/16 | SEAMLESS NORTH AMERICA LLC, Kevin McClelland, Overtime Meals - Attorney, 11/16/2016 | 20.00 |
| 11/17/16 | SEAMLESS NORTH AMERICA LLC, Kevin McClelland, Overtime Meals - Attorney, 11/17/2016 | 20.00 |
| 11/21/16 | SEAMLESS NORTH AMERICA LLC, Kevin McClelland, Overtime Meals - Attorney, 11/21/2016 | 20.00 |
| 11/28/16 | McClain Thompson, Overtime Meals - Attorney | 14.69 |
| | **Total:** | **243.01** |

 

**TOTAL EXPENSES**        **38,779.04**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

January 4, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Andy Wright

**Invoice Number:  5017539**
**Client Matter: 14356-111**

_____

**In the matter of    [EFIH] Expenses**


For legal services rendered through November 30, 2016
(see attached Description of Legal Services for detail)                              $ .00


For expenses incurred through November 30, 2016
(see attached Description of Expenses for detail)                              $ 41.30

Total legal services rendered and expenses incurred                              $ 41.30

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 41.30 |
| | |
| TOTAL EXPENSES | $ 41.30 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 11/16/16 | Standard Prints | 0.10 |
| 11/17/16 | Standard Prints | 0.10 |
| 11/17/16 | Standard Prints | 17.10 |
| 11/21/16 | Standard Prints | 0.20 |
| 11/29/16 | Standard Prints | 0.10 |
| 11/29/16 | Standard Prints | 23.70 |
| | **Total:** | **41.30** |

**TOTAL EXPENSES**        **41.30**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

January 4, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5017540**
**Client Matter: 14356-112**

---

**In the matter of    [EFH] Expenses**

For legal services rendered through November 30, 2016
(see attached Description of Legal Services for detail)                    $ .00

For expenses incurred through November 30, 2016
(see attached Description of Expenses for detail)                    $ 41.20

Total legal services rendered and expenses incurred                    $ 41.20

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 29.50 |
| Color Copies or Prints | 11.70 |
| | |
|     TOTAL EXPENSES | $ 41.20 |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 11/17/16 | Standard Prints | 1.40 |
| 11/18/16 | Standard Prints | 6.70 |
| 11/22/16 | Standard Prints | 1.80 |
| 11/22/16 | Standard Prints | 1.00 |
| 11/25/16 | Standard Prints | 18.60 |
| | **Total:** | **29.50** |

Legal Services for the Period Ending November 30, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 11/18/16 | Color Prints | 11.70 |
| | **Total:** | **11.70** |

| | | |
|------|-------------|--------|
| | **TOTAL EXPENSES** | **41.20** |