# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 659, 2531, 2539, 3127, 7433, 7551 |

## FIFTH SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE OF DANIEL J. DEFRANCESCHI ON BEHALF OF RICHARDS, LAYTON & FINGER, P.A.

STATE OF DELAWARE      :
                                          :  SS.
COUNTY OF NEW CASTLE :

DANIEL J. DEFRANCESCHI, being first duly sworn to oath, deposes and says:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and I am a director of the firm of Richards, Layton & Finger, P.A. ("RL&F"). RL&F is a Delaware law firm with offices at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

2. On April 29, 2014 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, §§ 101-1532, with this Court. On May 29, 2014, the Debtors filed the *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date* [D.I. 659] (the "Application") with this Court

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

seeking entry of an order authorizing the employment of RL&F as their Delaware co-counsel and conflicts counsel in the Debtors' jointly-administered chapter 11 cases. In support of the Application, the Debtors filed an affidavit executed by me on behalf of RL&F (see D.I. 659; Ex. B; the "Original Affidavit") in accordance with, *inter alia*, Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

3. On October 23, 2014, the Debtors filed an affidavit executed by me on behalf of RL&F (see D.I. 2531; the "Supplemental Affidavit") to supplement the disclosures set forth in the Original Affidavit based on, among other things, information that had come to my attention and/or developments that had taken place in the Debtors' jointly-administered chapter 11 cases since the Petition Date.

4. On October 24, 2014, this Court entered its *Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date* [D.I. 2539] (the "Retention Order"). Pursuant to the Retention Order, this Court granted the Application on the terms set forth therein, and approved the retention and employment of RL&F as the Debtors' Delaware co-counsel and conflicts counsel in their jointly-administered chapter 11 cases.

5. On December 22, 2014, the Debtors filed an affidavit executed by me on behalf of RL&F (see D.I. 3127) to provide notice that RL&F would soon thereafter increase its standard billing rates for lawyers and professionals who may work on matters related to the Debtors' jointly-administered chapter 11 cases.

6. On December 22, 2015, the Debtors filed an affidavit executed by me on behalf of RL&F (see D.I. 7433) to supplement the disclosures set forth in the Original Affidavit and the

Supplemental Affidavit based on, among other things, information that had come to my attention and/or developments that had taken place in the Debtors' jointly-administered chapter 11 cases for the period of time of the Petition Date through October 31, 2015.

7.  On January 5, 2016, the Debtors filed an affidavit executed by me on behalf of RL&F (see D.I. 7551) to provide notice that RL&F would soon thereafter increase its standard billing rates for lawyers and professionals who may work on matters related to the Debtors' jointly-administered chapter 11 cases.

8.  Pursuant to Bankruptcy Rules 2014(a) and 2016(b) and Local Rule 2014-1(a), RL&F has conducted a supplemental conflict search with regard to interested and/or potentially interested parties that have either (i) entered an appearance in the Debtors' jointly-administered cases, (ii) requested service of documents filed in the Debtors' jointly-administered cases, and/or (iii) filed one or more motions, applications or responsive documents in the Debtors' jointly administered cases between November 1, 2015 and October 31, 2016 (collectively, the "Supplemental Potential Parties-In-Interest"). In connection with this supplemental conflict search, I have become aware that certain clients of RL&F, former clients of RL&F and/or affiliates thereof may be parties in interest in these jointly-administered chapter 11 cases.

9.  Attached hereto as **Exhibit 1** is a supplemental list of clients and/or affiliates thereof that may be parties in interest in these jointly-administered chapter 11 cases and which RL&F currently represents in matters unrelated to these jointly-administered chapter 11 cases. Attached hereto as **Exhibit 2** is a supplement list of clients and/or affiliates thereof that may be parties in interest in these jointly-administered chapter 11 cases and that have been represented by RL&F in the past five years in matters unrelated to these jointly-administered chapter 11

3

cases. Attached hereto as **Exhibit 3** is a list of the Supplemental Potential Parties-In-Interest in these jointly-administered chapter 11 cases.

10. I do not believe that any of these matters constitute a significant engagement that involve either the billing of fees in excess of one half of one percent (.5%) of RL&F's annual fees billed, or that, in the aggregate for any affiliated group of entities, exceed one percent (1%) of RL&F's annual fees billed.

Dated: January 6, 2017
Wilmington, Delaware

Daniel J. DeFranceschi (No. 2732)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

SWORN TO AND SUBSCRIBED before me this 6th day of January 2017.

Notary Public

My Commission Expires: 1/30/17

# Exhibit 1[1] – Current Clients[2]

**Creditors**
- Accenture LLP
- Mudrick Capital Management, L.P. and certain affiliates thereof

**Interested Parties**
- Certain affiliates of Polygon Convertible Opportunity Master Fund

---

[1] Parties that are both current clients and former clients of RL&F are only listed on Exhibit 1—Current Clients.

[2] Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of current clients. However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.

## Exhibit 2 – Former Clients

**Interested Parties**
- Greenberg Traurig, LLP

### Exhibit 3 – Additional Parties in Interest

**Creditors**
- Accenture LLP
- Arrowhead Contractor Supply
- Bluebonnet Electric Cooperative, Inc.
- Brahmtex, Inc.
- Childress County Appraisal District
- City of Dallas, Texas
- Controlled Fluids, Inc.
- Copeland, Wendy
- Creditor-Investor Consortium
- CRG Financial LLC
- Data Systems & Solutions LLC
- Herbet, William Jeffrey
- Jefferson, Maurice
- McAloon, Catherine
- McClendon, Nikki
- Mudrick Capital Management L.P.
- Northwest ISD
- Polygon Convertible Opportunity Master Fund
- Polygon Distressed Opportunities Master Fund
- Texas Big Spring, LP

**Interested Parties**
- Arabie, Joe
- Ad Hoc Group of Non-Settling EFIH PIK Noteholders
- Benesch, Friedlander, Coplan & Aronoff, LLP
- Boral Material Technologies, LLC
- Carl N. Kunz, III, Esquire
- Cunningham, Michael
- Gellert Scali Busenkell & Brown LLC
- Greenberg Traurig, LLP
- Longhorn Capital GS L.P.
- Ohio Department of Taxation
- Simeio Solutions, Inc.
- Subsequent Settling EFIH PIK Noteholders
- Ziegelbaum, Michelle
- Zilli, Larry R.

**Ordinary Course Professionals**
- Grace & McEwan
- Quintairos, Prieto, Wood & Boyer, P.A.
- Rajkovich, Williams, Kilpatrick & True, PLLC