

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

01/03/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Luminant Generation Company LLC

Re:14-11032DE01

Dear Claims Agent:

On 09/09/2016, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 37699. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases - Administrative Expenses)

Department of the Treasury/Internal Revenue Service

United States Bankruptcy Court for the
District of   DELAWARE

In the Matter of:   LUMINANT GENERATION COMPANY LLC
1601 BYRAN ST
DALLAS, TX 75201

Fiduciary:   *Amendment No. 3 to Request for Payment Dated 11/24/2015*



| Case Number |
|---|
| 14-11032-CSS |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 04/29/2014 |

| Creditor Number |
|---|
|  |

1. The undersigned, whose business address is 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445, is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| XX-XXX7820 | WT-FICA | 06/30/2014 | $0.00 | $3,033.58 | $40,669.79 | $43,703.37 |
|  |  |  | $0.00 | $3,033.58 | $40,669.79 | $43,703.37 |

**Total Amount Due:**   **$43,703.37**

**RECEIVED**

SEP 0 9 2016

**LEGAL SERVICES**

The amount due includes interest and penalty computed to 10/31/2016. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 10/31/2016, contact M. JAMES at (302) 286-1559 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18. U.S.C., Section 152. | Signature   /s/ M. JAMES | Date   09/06/2016 |
|---|---|---|
|  | Title   Revenue Officer/Advisor | Telephone Number   (302) 286-1559 |

Form   6338 - A(C)

Page 1 of 1

TOTAL P.005



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

01/03/2017


Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Luminant Energy Company LLC

Re: 14-11023DE01

Dear Claims Agent:


On 09/09/2016, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 37700. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

*Michael A James*
Michael A James
Bankruptcy Advisor
Insolvency Group 3

# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases - Administrative Expenses)

**Department of the Treasury/Internal Revenue Service**

United States Bankruptcy Court for the
District of __DELAWARE__

In the Matter of: LUMINANT ENERGY COMPANY LLC
1601 BRYAN ST
DALLAS, TX 75201



| Case Number |
|---|
| 14-11023-CSS |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 04/29/2014 |

| Creditor Number |
|---|
| |

Fiduciary:   *Amendment No. 3 to Request for Payment Dated 11/24/2015*

1. The undersigned, whose business address is  1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 , is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| XX-XXX0807 | WT-FICA | 06/30/2014 | $0.00 | $328.41 | $4,402.95 | $4,731.36 |
| | | | $0.00 | $328.41 | $4,402.95 | $4,731.36 |

**Total Amount Due:**    **$4,731.36**

**RECEIVED**

SEP 0 9 2016

LEGAL SERVICES

The amount due includes interest and penalty computed to 10/31/2016. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 10/31/2016, contact M. JAMES at (302) 286-1559 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | Signature | /s/ M. JAMES | Date | 09/06/2016 |
|---|---|---|---|---|
| | Title | Revenue Officer/Advisor | Telephone Number | (302) 286-1559 |

Form   6338 - A(C)

Page 1 of 1