# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 656, 2580, 2617, 7210, 8592 |

## SUPPLEMENTAL DECLARATION OF THOMAS KILKENNY IN CONNECTION WITH THE DEBTORS' RETENTION AND EMPLOYMENT OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Thomas Kilkenny, under penalty of perjury, declares as follows:

1. I am a partner of the firm of Deloitte & Touche LLP ("**Deloitte & Touche**"). I am duly authorized to make and submit this declaration (the "**Declaration**") on behalf of Deloitte & Touche in accordance with section 327(a) of title 11 of the United States Code, Bankruptcy Rule 2014(a), and Rule 2014-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware in connection with the retention and employment of Deloitte & Touche as independent auditor to the above-captioned debtors and debtors in possession (the "**Debtors**"), so authorized by order of this Court, dated October 29, 2014 [D.I. 2617] (the "**Retention Order**").

2. The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

3. As discussed in paragraph 9 of the declaration of Randy Stokx (the "**Original Declaration**") submitted in support of the Debtors' application [D.I. 656] (the "**Application**") for entry of the Retention Order, it stated that as additional material information was discovered, Deloitte & Touche would supplement the Original Declaration.[2] The disclosures set forth below are subject to the statements and qualifications made in the Original Declaration, which are incorporated herein by reference.

4. Accordingly, by this Declaration, I am providing the following supplemental information in connection with Deloitte & Touche's retention and services as independent auditor.

5. Deloitte & Touche was engaged by the Debtors to perform independent audit services in accordance with the terms and conditions set forth in certain engagement letters. These audit services have included audit procedures with respect to Texas Competitive Electric Holdings Company LLC and its subsidiaries ("**TCEH**"). On October 3, 2016, TCEH and certain other Debtors as set forth in the Plan of Reorganization emerged from bankruptcy and is now known as Vistra Energy Corp. ("**Vistra**"). Deloitte & Touche and Vistra have entered into an engagement letter under which Deloitte & Touche will act as Vistra's independent auditor. I will lead the Vistra engagement and many of the personnel providing audit services to the remaining Debtors will also be performing audit services for Vistra.

---

[2] On October 28, 2014, December 1, 2015 and June 2, 2016, in further support of the Application, and to supplement certain disclosures included in the Original Declaration, Deloitte & Touche has previously submitted certain supplement declarations [*See* D.I. 2580, 7210 and 8592].

6. The Debtors have announced that they intend to sell the equity of the reorganized Energy Future Holdings Corp. ("**EFH Corp.**") to NextEra Energy, Inc. ("**NextEra**") under the terms of the Debtors' proposed plan of reorganization. Deloitte & Touche is the independent auditors of NextEra and Deloitte & Touche and its affiliates perform other services for NextEra and/or its affiliates. Deloitte & Touche and its affiliates are not engaged to perform due diligence or similar transaction support services for NextEra or its affiliates to assist them with the purchase of the equity of the reorganized EFH Corp., although Deloitte & Touche may provide responses to questions regarding certain accounting matters relating to the transaction in connection with its role as independent auditor of NextEra. Also, as disclosed in the Original Declaration, Deloitte & Touche is the independent auditor of Oncor Electric Delivery Co. LLC.

Dated: January 09, 2017

By: _____
Thomas Kilkenny
Partner
Deloitte & Touche LLP

State of Texas County of Dallas
Sworn to and subscribed before me this 9 day of January, 20 17
Susan Maness, Notary Public



SUSAN MANESS
OFFICIAL NOTARY PUBLIC
COMMISSION EXPIRES
04-20-2019