**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al*., | (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 10449 & 10604** |

**CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER AUTHORIZING**
**UNSEALING OF THE EFH INDENTURE TRUSTEE'S OBJECTION**

The undersigned counsel hereby certifies that:

1.      American Stock Transfer & Trust Company, LLC ("<u>AST</u>"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee"), filed the Objection of EFH Indenture Trustee to the Motion of the EFH/EFIH Debtors for Entry of a Supplemental Order (A) Binding Holders of Claims and Interests to Their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation of Votes on the Plan, and (D) Approving the Manner and Forms of Notice Related Thereto [D.I. 10449] (the "<u>Objection</u>") under seal pursuant to paragraph 16(d) of the Confidentiality Agreement and Stipulated Protective Order [D.I. 1833], (the "<u>Protective Order</u>").

2.      The EFH Indenture Trustee received no written notice from the Designating Party (the Debtors) within seven days of the filing of the Objection, and therefore the Objection does not meet the requirements for sealing under 11 U.S.C. Section 107(b).

1

3. The EFH Indenture Trustee filed a Notice on the docket stating that the sealed Objection does not meet the requirements for sealing and requesting that the seal be lifted on January 6, 2017 [D.I. 10604] (the "Notice").

4. Undersigned counsel certifies that the Court's docket has been reviewed in this case and no answer, objection, or other response to the Notice appears thereon.

5. The EFH Indenture Trustee engaged in discussions with the Debtors with respect to the sealed Objection and reached agreement on a proposed form of order granting relief.

6. Attached hereto as Exhibit A is a copy of the proposed order (the "Proposed Order") ordering that the Objection and exhibits thereto be unsealed.

## CONCLUSION

7. WHEREFORE, the EFH Indenture Trustee respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as Exhibit A at the earliest convenience of the Court.

Dated: Wilmington, DE
January 10, 2017

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
George J. Skelly
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000

4828-2804-4096 1

Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

4828-2804-4096 1