**EXHIBIT A**

**PROPOSED ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Jointly Administered |
| Debtors. | Re: Docket No. __ |

## ORDER UNSEALING THE EFH INDENTURE TRUSTEE'S OBJECTION AND EXHIBITS THERETO

Pursuant to the Confidentiality Agreement and Stipulated Protective Order [D.I. 1833],

(the "Protective Order") and upon receipt of notice from American Stock Transfer & Trust

Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company,

N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes (the

"EFH Notes") issued by Energy Future Holdings Corp. ("EFH Corp."), that the *Objection of*

*EFH Indenture Trustee to the Motion of the EFH/EFIH Debtors for Entry of a Supplemental*

*Order (A) Binding Holders of Claims and Interests to Their Prior Ballots, Pursuant to Section*

*1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH*

*Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation*

*of Votes on the Plan, and (D) Approving the Manner and Forms of Notice Related Thereto* [D.I.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

10449] (the "Objection") and exhibits thereto do not meet the requirements for sealing under 11

U.S.C. Section 107(b); and the Court having found that it has jurisdiction to consider and

determine this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this

proceeding in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the

consent of the Debtors to the relief sought, and the Court having found that proper, timely,

adequate, and sufficient notice has been provided in accordance with the Bankruptcy Rules

and/or order of the Court and no other or further notice is or shall be required; and the Court

having reviewed the Notice, and having heard arguments and testimony presented at the hearing

before the Court (if any); and the Court having found that the relief requested in the Motion is in

the best interests of the Debtors' estates, their creditors and other parties in interest; and the

Court having determined that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein; and any objections (if any) to the Motion having been

withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing,

it is hereby ORDERED THAT:

1.    The Objection and exhibits thereto shall be unsealed and unredacted versions shall

be filed in this Court's electronic docket.

2.    This Court shall retain jurisdiction to interpret and enforce this Order.


Dated:  January ___, 2017
      Wilmington, Delaware           THE HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE