# EXHIBIT 4

**NextEra Energy Inc., Form 10-K (Dec. 31, 2015)**




# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549
## FORM 10-K

ANNUAL REPORT PURSUANT TO SECT ON 13 OR 15(d)
OF THE SECUR T ES EXCHANGE ACT OF 1934

For the f sca  year ended **December 31, 2015**

| Commission File Number | Exact name of registrants as specified in their charters  address of principal executive offices and registrants' telephone number | RS Employer dentification Number |
|---|---|---|
| 1 8841 | **NEXTERA ENERGY, INC.** | 59 2449419 |
| 2 27612 | **FLORIDA POWER & LIGHT COMPANY** | 59 0247775 |

700 Universe Boulevard
Juno Beach  Florida 33408
(561) 694 4000

**State or other jurisdiction of incorporation or organization:** Flor da

**Secur t es reg stered pursuant to Sect on 12(b) of the Act:**

| | | Name of exchange on which registered |
|---|---|---|
| **NextEra Energy, Inc :** | Common Stock  $0 01 Par Value | New York Stock Exchange |
| | 5 799% Corporate Units | New York Stock Exchange |
| | 6 371% Corporate Units | New York Stock Exchange |
| **F or da Power & L ght Company:** | None | |

ndicate by check mark i  the registrants are well-known seasoned issuers  as de ined in Rule 405 o  the Securities Act o  1933

  NextEra Energy  nc   Yes ☒   No ☐   Florida Power & Light Company   Yes ☒   No ☐

ndicate by check mark i  the registrants are not required to  ile reports pursuant to Section 13 or Section 15(d) o  the Securities Exchange Act o  1934

  NextEra Energy  nc   Yes ☐   No ☒   Florida Power & Light Company   Yes ☐   No ☒

ndicate by check mark whether the registrants (1) have  iled all reports required to be  iled by Section 13 or 15(d) o  the Securities Exchange Act o  1934 during the preceding 12 months  and (2) have been subject to such  iling requirements  or the past 90 days

  NextEra Energy  nc   Yes ☒   No ☐   Florida Power & Light Company   Yes ☒   No ☐

ndicate by check mark whether the registrants have submitted electronically and posted on their corporate website i  any  every  nteractive Data File required to be submitted and posted pursuant to Rule 405 o  Regulation S-T during the preceding 12 months

  NextEra Energy  nc   Yes ☒   No ☐   Florida Power & Light Company   Yes ☒   No ☐

ndicate by check mark i  disclosure o  delinquent  ilers pursuant to  tem 405 o  Regulation S-K is not contained herein  and will not be contained  to the best o  registrants' knowledge  in de initive proxy or in ormation statements incorporated by re erence in Part     o  this Form 10-K or any amendment to this Form 10-K  ☒

ndicate by check mark whether the registrants are a large accelerated  iler  an accelerated  iler  a non-accelerated  iler  or a smaller reporting company  See the de initions o  "large accelerated  iler " "accelerated  iler" and "smaller reporting company" in Rule 12b-2 o  the Securities Exchange Act o  1934

| | Large Accelerated Filer | Accelerated Filer | Non-Accelerated Filer | Smaller Reporting Company |
|---|---|---|---|---|
| NextEra Energy  nc | ☒ | ☐ | ☐ | ☐ |
| Florida Power & Light Company | ☐ | ☐ | ☒ | ☐ |

ndicate by check mark whether the registrants are shell companies (as de ined in Rule 12b-2 o  the Securities Exchange Act o  1934)   Yes ☐   No ☒

Aggregate market value o  the voting and non-voting common equity o  NextEra Energy  nc  held by non-a iliates as o  June 30  2015 (based on the closing market price on the Composite Tape on June 30  2015) was $44 190 491 194

There was no voting or non-voting common equity o  Florida Power & Light Company held by non-a iliates as o  June 30  2015

Number o  shares o  NextEra Energy  nc  common stock  $0 01 par value  outstanding as o  January 31  2016  460 599 691

Number o  shares o  Florida Power & Light Company common stock  without par value  outstanding as o  January 31  2016  all o  which were held  bene icially and o  record  by NextEra Energy  nc  1 000

## DOCUMENTS INCORPORATED BY REFERENCE

Portions o  NextEra Energy  nc 's Proxy Statement  or the 2016 Annual Meeting o  Shareholders are incorporated by re erence in Part     hereo

This combined Form 10-K represents separate  ilings by NextEra Energy  nc  and Florida Power & Light Company   n ormation contained herein relating to an individual registrant is  iled by that registrant on its own behal   Florida Power & Light Company makes no representations as to the in ormation relating to NextEra Energy  nc 's other operations

Florida Power & Light Company meets the conditions set  orth in General  nstruction   (1)(a) and (b) o  Form 10-K and is there ore  iling this Form with the reduced disclosure  ormat

**NEXTERA ENERGY, INC. AND FLORIDA POWER & LIGHT COMPANY**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

## 5. Income Taxes

The components of income taxes are as follows

|  | NEE | | | FPL | | |
|---|---|---|---|---|---|---|
|  | Years Ended December 31 | | | Years Ended December 31 | | |
|  | **2015** | 2014 | 2013 | **2015** | 2014 | 2013 |
|  | | | (millions) | | | |
| Federal | | | | | | |
| Current | $ **10** | $ | $ (145) | $ **423** | $ 240 | $ 174 |
| Deferred | **1,194** | 1,077 | 853 | **399** | 542 | 540 |
| Total federal | **1,204** | 1,077 | 708 | **822** | 782 | 714 |
| State | | | | | | |
| Current | **31** | (29) | 69 | **58** | 68 | 44 |
| Deferred | **(7)** | 128 | | **77** | 60 | 77 |
| Total state | **24** | 99 | 69 | **135** | 128 | 121 |
| Total income taxes | $ **1,228** | $ 1,176 | $ 777 | $ **957** | $ 910 | $ 835 |

A reconciliation between the effective income tax rates and the applicable statutory rates is as follows

|  | NEE | | | FPL | | |
|---|---|---|---|---|---|---|
|  | Years Ended December 31 | | | Years Ended December 31 | | |
|  | **2015** | 2014 | 2013 | **2015** | 2014 | 2013 |
| Statutory federal income tax rate | **35.0 %** | 35.0 % | 35.0 % | **35.0 %** | 35.0 % | 35.0 % |
| Increases (reductions) resulting from: | | | | | | |
| State income taxes, net of federal income tax benefit | **0.4** | 1.8 | 1.8 | **3.4** | 3.4 | 3.6 |
| PTCs and ITCs - NEER | **(4.1)** | (5.1) | (8.5) | — | | |
| Convertible ITCs - NEER | **(0.8)** | (1.4) | (2.5) | — | | |
| Valuation allowance associated with Spain solar projects[a] | — | 0.7 | 5.2 | — | | |
| Charges associated with Canadian assets | — | 1.3 | | — | | |
| Other - net | **0.3** | | 0.7 | **(1.7)** | (0.9) | (0.4) |
| Effective income tax rate | **30.8 %** | 32.3 % | 31.7 % | **36.7 %** | 37.5 % | 38.2 % |

(a) Reflects a full valuation allowance on deferred tax assets associated with the Spain solar projects. See Note 4 - Nonrecurring Fair Value Measurements

106

**NEXTERA ENERGY, INC. AND FLORIDA POWER & LIGHT COMPANY**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The income tax effects of temporary differences giving rise to consolidated deferred income tax liabilities and assets are as follows:

|  | NEE December 31 | | FPL December 31 | |
|---|---|---|---|---|
|  | **2015** | 2014 | **2015** | 2014 |
|  | (millions) | | | |
| Deferred tax liabilities |  |  |  |  |
| Property related | $ **12,204** | $ 11,700 | $ **8,040** | $ 7,457 |
| Pension | **455** | 489 | **480** | 459 |
| Nuclear decommissioning trusts | **219** | 258 | — | |
| Net unrealized gains on derivatives | **528** | 390 | — | |
| Investments in partnerships and joint ventures | **403** | 291 | — | |
| Other | **1,196** | 769 | **695** | 435 |
| Total deferred tax liabilities | **15,005** | 13,897 | **9,215** | 8,351 |
| Deferred tax assets and valuation allowance |  |  |  |  |
| Decommissioning reserves | **438** | 427 | **386** | 374 |
| Postretirement benefits | **141** | 154 | **95** | 99 |
| Net operating loss carryforwards | **604** | 1,070 | **4** | |
| Tax credit carryforwards | **2,916** | 2,742 | — | |
| ARO and accrued asset removal costs | **759** | 737 | **697** | 686 |
| Other | **836** | 820 | **303** | 318 |
| Valuation allowance(a) | **(223)** | (323) | — | |
| Net deferred tax assets | **5,471** | 5,627 | **1,485** | 1,477 |
| Net deferred income taxes | $ **9,534** | $ 8,270 | $ **7,730** | $ 6,874 |

(a) Amount relates to a valuation allowance related to the Spain solar projects, deferred state tax credits and state operating loss carryforwards.

Deferred tax assets and liabilities are included on the consolidated balance sheets as follows:

|  | NEE December 31 | | FPL December 31 | |
|---|---|---|---|---|
|  | **2015** | 2014 | **2015** | 2014 |
|  | (millions) | | | |
| Deferred income taxes – current assets | $ **—** (a) | $ 739 | $ **—** (a) | $ |
| Noncurrent other assets | **293** | 264 | — | |
| Other current liabilities | **—** (a) | (12) | **—** (a) | (39) |
| Deferred income taxes – noncurrent liabilities | **(9,827)** | (9,261) | **(7,730)** | (6,835) |
| Net deferred income taxes | $ **(9,534)** | $ (8,270) | $ **(7,730)** | $ (6,874) |

(a) Effective December 31, 2015, all deferred taxes are classified as noncurrent. See Note 1 – Income Taxes.

107

**NEXTERA ENERGY, INC. AND FLORIDA POWER & LIGHT COMPANY**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The components of NEE's deferred tax assets relating to net operating loss carryforwards and tax credit carryforwards at December 31, 2015 are as follows:

|  | Amount | Expiration Dates |
|---|---|---|
|  | (millions) |  |
| Net operating loss carryforwards |  |  |
| Federal | $ 361 | 2026 - 2035 |
| State | 153 | 2016 - 2035 |
| Foreign | 90 (a) | 2017 - 2024 |
| Net operating loss carryforwards | $ 604 |  |
| Tax credit carryforwards |  |  |
| Federal | $ 2,585 | 2022 - 2035 |
| State | 331 (b) | 2016 - 2037 |
| Tax credit carryforwards | $ 2,916 |  |

(a) Includes $89 million of net operating loss carryforwards with an indefinite expiration period.
(b) Includes $158 million of ITC carryforwards with an indefinite expiration period.

### 6. Discontinued Operations

In 2013, a subsidiary of NEER completed the sale of its ownership interest in a portfolio of hydropower generation plants and related assets with a total generating capacity of 351 MW located in Maine and New Hampshire. The sales price primarily included the assumption by the buyer of $700 million in related debt. In connection with the sale, a gain of approximately $372 million ($231 million after tax) is reflected in gain from discontinued operations, net of income taxes in NEE's consolidated statements of income for the year ended December 31, 2013. The operations of the hydropower generation plants, exclusive of the gain, were not material to NEE's consolidated statements of income for the year ended December 31, 2013.

See Note 4 – Nonrecurring Fair Value Measurements for a discussion of the decision not to pursue the sale of Maine fossil and the related financial statement impacts.

### 7. Jointly-Owned Electric Plants

Certain NEE subsidiaries own undivided interests in the jointly owned facilities described below, and are entitled to a proportionate share of the output from those facilities. The subsidiaries are responsible for their share of the operating costs, as well as providing their own financing. Accordingly, each subsidiary includes its proportionate share of the facilities and related revenues and expenses in the appropriate balance sheet and statement of income captions. NEE's and FPL's respective shares of direct expenses for these facilities are included in fuel, purchased power and interchange expense, O&M expenses, depreciation and amortization expense and taxes other than income taxes and other in NEE's and FPL's consolidated statements of income.

NEE's and FPL's proportionate ownership interest in jointly owned facilities is as follows:

|  | December 31, 2015 |  |  |  |
|---|---|---|---|---|
|  | Ownership Interest | Gross Investment(a) | Accumulated Depreciation(a) | Construction Work in Progress |
|  |  | (millions) |  |  |
| **FPL** |  |  |  |  |
| St. Lucie Unit No. 2 | 85% | $ 2,190 | $ 777 | $ 23 |
| St. Johns River Power Park units and coal terminal | 20% | $ 398 | $ 207 | $ 2 |
| Scherer Unit No. 4 | 76% | $ 1,130 | $ 378 | $ — |
| **NEER** |  |  |  |  |
| Duane Arnold | 70% | $ 435 | $ 126 | $ 24 |
| Seabrook | 88.23% | $ 1,111 | $ 239 | $ 67 |
| Wyman Station Unit No. 4 | 84.35% | $ 74 | $ 51 | $ — |
| **Corporate and Other** |  |  |  |  |
| Transmission substation assets located in Seabrook, New Hampshire | 88.23% | $ 73 | $ 19 | $ 3 |

(a) Excludes nuclear fuel.