IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., ) et al.[1], ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) ) | Jointly Administered |
| | **Re: Docket No. 10255** |

**SUPPLEMENTAL DECLARATION OF TODD J. ROSEN IN SUPPORT
OF THE SIXTH INTERIM AND FINAL FEE APPLICATION OF MUNGER,
TOLLES & OLSON LLP, COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION
ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS
COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE
INTERIM PERIOD FROM MAY 1, 2016 THROUGH OCTOBER 3, 2016, AND THE
FINAL PERIOD FROM NOVEMBER 16, 2014 THROUGH OCTOBER 3, 2016**

I, Todd J. Rosen, being duly sworn, state the following under penalty of perjury:

1. I am Todd J. Rosen a partner in the law firm of Munger, Tolles & Olson LLP ("MTO"), located at 355 S. Grand Ave., 35th Floor, Los Angeles, California, 90071. I am a lead attorney from MTO working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of California, and I have been admitted to practice in the United States District Courts for the Central, Northern, Eastern, and Southern District of California; and the Ninth Circuit Court of Appeals.

2. I submit this supplemental declaration (the "Final Fee Application Supplemental Declaration") in further support of the Sixth Interim and Final Fee Application of Munger, Tolles & Olson LLP, counsel to Debtors and Debtors in Possession Energy Future Competitive

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Holdings Company LLC and Texas Competitive Electric Holdings Company, for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Period from May 1, 2016 through October 3, 2016 (the "Interim Fee Period"), and the Final Period from November 16, 2014 through October 3, 2016 (the "Final Fee Application").[2]

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

4. On November 23, 2016 MTO filed the Final Fee Application. In support of the Final Fee Application, MTO filed Exhibit B to the Final Application, which was described as showing the following blended rate information for the Interim Fee Period: (1) the blended hourly rates billed to the TCEH debtors by timekeeper category and in total, (2) the blended hourly rates billed to clients other than TCEH Debtors by timekeeper category and in total for all MTO timekeepers, and (3) the blended rate billed to clients other than the TCEH Debtors by the same hours-weighted mix of attorneys and paraprofessionals who billed to the TCEH matters (the "TCEH Weighted Rate"). Upon review of Exhibit B to the Final Application, we discovered that the TCEH Weighted Rate was calculated incorrectly.

5. A copy of the corrected Exhibit B to the Final Fee Application is set forth below with the correctly calculated (and labeled) blended rate disclosures for the Interim Fee Period:

---

[2] Capitalized terms not defined in this Final Fee Application Supplemental Declaration have the meaning ascribed to them in the Final Fee Application.

33261788.4

| Timekeeper Category | Blended Hourly Rates 5/1/16 - 10/3/16 | | |
|---|---|---|---|
| | Billed in this Fee Application (TCEH Timekeepers) | Billed to Clients other than TCEH Debtors (All MTO Timekeepers) | Billed to clients other than TCEH Debtors in 2015 (TCEH Timekeepers) adjusted for TCEH |
| Partner | $952 | $828 | $925 |
| Of Counsel | $705 | $698 | $684 |
| Associate | $544 | $532 | $558 |
| Automated Litigation Support | $365 | $300 | $357 |
| Specialist | $250 | $269 | $243 |
| Paralegal | $230 | $250 | $226 |
| **Total** | **$760** | **$604** | **$743** |

6.     The first two columns of the chart above are identical to the MTO Blended Rate Disclosure included in the Final Fee Application as <u>Exhibit B</u>.  The final column, "Billed to clients other than TCEH Debtors (TCEH Timekeepers) adjusted for TCEH hours" is the correct calculation of the TCEH Weighted Rate.  That blended rate for the Interim Fee Period is calculated as follows: (i) the average rate billed by each of the TCEH timekeepers to *other* clients is multiplied by the number of hours such timekeeper billed to TCEH to arrive at an adjusted billed value; (ii) the sum of the adjusted billed value for each timekeeper category is then divided by the number of hours billed to TCEH for such timekeeper category, which yields the blended rate by timekeeper category; (iii) the sums of the adjusted billed value for each timekeeper category are divided by the total number of TCEH hours to yield the total blended rate.

7.     The United States Trustee requested that MTO explain the difference in blended hourly rates shown in <u>Exhibit B</u> for the Interim Fee Period.  Representation of the TCEH Debtors is a complex and sophisticated engagement.  When MTO was retained, the TCEH Debtors requested immediate and critical advice and judgment from experienced senior attorneys in multiple specialized practice areas, including restructuring, tax, litigation, and corporate

33261788.4

governance. The engagement staffing required a combination of experienced attorneys and paraprofessionals in each of these specialties, which varies from the profile of the average MTO matter. As a result of this particular required mix of professionals and paraprofessionals, the TCEH matters have a higher than average blended rate for the time billed in certain timekeeper categories and in total, as compared to the average of all other matters billed by the firm during the Interim Fee Period.

8. In order to understand the impact of this special staffing mix for the TCEH matters, we calculated the blended rate billed to clients other than the TCEH Debtors by the same hours-weighted mix of attorneys and paraprofessionals who billed to the TCEH matters during the Interim Fee Period. This calculation of the TCEH Weighted Rate is reflected in the chart above in the column titled "Billed to clients other than TCEH Debtors (TCEH Timekeepers) adjusted for TCEH hours."

9. The above chart illustrates that the specialized knowledge and experience required for the TCEH matters results in a unique mix of timekeepers working for the TCEH Debtors. This mix causes the bulk of the difference in the blended rates for the TCEH matters as compared to the blended rates when calculated across the firm without regard to the mix of professionals and paraprofessionals engaged on those other matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 11, 2017

Respectfully submitted,

*/s/ Todd J. Rosen*
Todd J. Rosen
Partner of Munger, Tolles & Olson LLP

33261788.4