# EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 11/01 – 11/3102016 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 36.5 |
| Raoul Nowitz | Managing Director | 81.5 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 63.5 |
| TOTALS | | 184.5 |