**EXHIBIT** B
**Hours Expended by Subject Matter**

**GENERAL**

|  | November 2016 |
|---|---|
| Plan Development & Testimony Review & Analysis | 38.0 |
| Meeting with Counsel & other Constituents | 7.5 |
| Dataroom and Diligence Materials Review | 110.0 |
| EFH Board Meeting Attendance | 5.0 |
| Project Management & Support | 6.5 |
| Travel Time | 14.5 |
| Fee Applications/Retention Applications | 3.0 |
| TOTAL HOURS | 184.5 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Plan Development & Testimony Review & Analysis:  Review restructuring proposals, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets, review of deposition transcripts and related court testimony, review of treatment of EFH Corp. assets as part of plan proposals, and analysis of proposed settlements of Conflict Matters.  This category also includes working alongside counsel and engaging with Evercore regarding the Plan of Reorganization and matters pertaining to the upcoming E-side confirmation hearing, make-whole resolution matters, including the financial analysis and modeling of illustrative financial scenarios, discussion related to same plus the review of deposition transcripts and court testimony transcripts.

- Meeting with Counsel & Other Constituents:  Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.

- Dataroom and Diligence Materials Review:  Download, analyze and review materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom.  Datarrom items reviewed included, but were not limited to, E-side liquidation analyses and feasibility reports, documents filed with the PUC for financial elements included therein, monthly operating reports and related variance analyses, cash projections and comparative analyses relative to prior versions, financial analysis on the impact of make-whole claims rulings and the financial impact thereof, and financial analysis as provided in materials shared with EFH Corp's board of directors.

- EFH Board Meeting Attendance:  Attend in-person and/or telephonically weekly EFH board meetings and engage in pre-meeting preparations and post-meeting follow-up, including work plan development.

- <u>Project Management & Support:</u>  Key elements of project management on the engagement including work plan development and internal discussion pertaining to same.  General review and research of case filings.

- <u>Travel Time</u>:  Traveling to/from in-person meetings.

- <u>Fee Applications/Retention Applications</u>:  Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee.