# EXHIBIT C

**Expenses by Category**

|  | November 2016 |
|---|---|
| Airfare | $1,879.40 |
| Ground Transportation | $286.05 |
| Hotel & Lodging | $1,477.81 |
| Meals | $65.35 |
| Mileage | $33.48 |
| TOTALS | $3,742.09 |