IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                              * CHAPTER 11
ENERGY FUTURE HOLDINGS              * CASE NO. 14-10979 [CSS]
CORP., ET AL                        *
                                    * INTERVENOR'S MOTION

MOTION TO INTERVENE AS A CREDITOR/PLAINTIFF
ON BEHALF OF MYSELF AND DECEASED FATHER, BROTHER,
AND MOTHER
    HUNT TOOL COMPANY V. MOORE, INC., 212
    F.2d 685; HARTWELL V. TEXAS CONSOLIDATED
    OILS, 94 F.SUPP. 609

TO THE HONORABLE JUDGE OF THE ABOVE SAID
COURT AS TRUSTEE OF THE CONSTITUTION OF
THE UNITED STATES AND ALL FEDERAL LAWS
AND RULES MADE IN PURSUANCE THEREOF:

RESPECTFULLY MOVING IN THE SPIRIT OF GOOD FAITH
AND PROFESSIONALISM IS DAVID LORENZA JOYNER
SEEKING TO INTERVENE AS A MATTER OF RIGHT
AND WOULD DEMONSTRATE TO THE COURT AS

FOLLOWING:

## I.

REASONS TO INTERVENE AS A CREDITOR/PLAINTIFF

1.) THE MOVANT RESPONDED TO A LEGAL NOTICE THAT WAS PUBLISHED IN THE NATIONAL GEOGRAPHIC OCTOBER 2015 ISSUE. THE NOTICE WAS PUBLISHED BY "ENERGY FUTURE HOLDINGS CORPORATION".

A.) IN MY RESPONSE I NOTIFIED "ENERGY FUTURE HOLDINGS CORPORATION" THAT I MYSELF, MY DECEASED FATHER, DECEASED BROTHER, AND ELDER BROTHER ALL WORKED OUT AT "SOUTH TEXAS NUCLEAR POWER PLANT" WHICH BACK THEN WAS ALSO CONTRACTED WITH "HOUSTON LIGHTING AND POWER COMPANY". I WORKED OUT THERE THROUGH THE PAINTER'S UNION LOCAL #130 / EBASCO / BECH-TEL. PRIOR TO THEN MY DECEASED FATHER, DECEASED BROTHER AND ELDER BROTHER ALL WORKED FOR "BROWN-3-ROOT" "LOCAL #130 PAINTER'S UNION" "EBASCO" AND "BECH-TEL" HERE IN TEXAS AND IN OUR HOME STATE OF VIRGINIA, AND WE ALL LIVED UNDER THE SAME ROOF.

2.) SINCE MY INFORMING THE DEBTORS OF THESE FACTS I KEEP GETTING IN THE THE MAIL "NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE TECH DEBTORS AND RELATED VOTING AND

OBJECTION DEADLINES."

3.) I AM INCARCERATED AND HAVE BEEN FOR THE APPROXIMATE LAST PAST SEVEN YEARS ON A FIFTEEN YEAR SENTENCE. THEREFORE, DUE TO MY INCARCERATION I AM NOT ABLE TO GO ONLINE AND LITIGATE - THOUGH I AM ENTITLED TO REDRESS ON BEHALF OF MYSELF AND DECEASED FAMILY MEMBERS. I HAVE NOT HAD MY CLAIMS [ ONES I SENT TO ENERGY FUTURE HOLDINGS CORPORATIONS ] PROPERLY JOINED IN THIS ONGOING LITIGATION. I AM AWARE OF THE FOLLOWING:

(A.) THE LEGAL NOTICE PUBLISHED IN THE "NATIONAL GEOGRAPHIC MAGAZINE" CONSTITUTES A "CONTRACT" AND "TRUST" UNDER TEXAS LAW

(B.) THAT THE FAILURE OF "ENERGY FUTURE HOLDINGS CORPORATION" TO FOLLOW THROUGH WITH ME OF THE PROMISES / SERVICES IT VOWED TO RENDER AND FULFILL ON BEHALF OF US AFFECTED OR POTENTIALLY AFFECTED WORKERS AT THESE POWER PLANTS CONSTITUTES A "BREACH OF CONTRACT" AND "BREACH OF TRUST DUTIES": AS ADVERTISED, PROMISED, AND VOWED IN THE "NATIONAL GEOGRAPHIC MAGAZINE."

3-OF-5

CONCLUSIONS

UNLESS THIS COURT GRANT LEAVE / ACKNOWLEDGE RIGHT TO INTERVENE I WILL SUFFER BOTH IMMINENT AND FUTURE IRREPARABLE FINANCIAL, PHYSICAL, AND MENTAL DAMAGES.

WHEREFORE, UPON ALL PREMISES CONSIDERED THE MOVANT PRAYS THAT THIS COURT GRANT LEAVE TO INTERVENE AS A CREDITOR/PLAINTIFF AND DEMONSTRATE TO THE COURT THROUGH A NONFRIVOLOUS COMPLAINT AND DOCUMENT EVIDENCE THAT THE DEBTORS "ENERGY FUTURE HOLDINGS CORPORATION. ET Al" ARE ONGOINGLY FAILING TO FULFILL OBLIGATIONS, SERVICES, AND COMPENSATION THAT THEY JUSTLY OWE MOVANT AND PROMISED/VOWED TO FULFILL AND THAT THEIR FAILURE TO FULFILL THE OBLIGATION IS CAUSING AND WILL CAUSE IN THE FUTURE IRREPARABLE FINANCIAL, PHYSICAL, AND MENTAL DAMAGES TO MOVANT.

RESPECTFULLY PETITIONED,

*[signature]*

DAVID LORENZA JOYNER #00508218
701 N. SAN JACINTO HARRIS
COUNTY JAIL, HS. TX. 77002