PROPOSED COURT ORDER

BE IT REMEMBERED THAT CAME ON TO BE HEARD ON THIS: ___ DAY OF ___, ___ WAS "MOTION TO INTERVENE AS A CREDITOR/PLAINTIFF ON BEHALF OF MYSELF AND DECEASED FATHER, BROTHER AND MOTHER". THE MOTION IS CURRENTLY A PRISONER INCARCERATED IN TEXAS: HOUSTON, TEXAS AT THE HARRIS COUNTY JAIL. A CAREFUL REVIEW OF THE MOVANT'S MOTION BRINGS THIS COURT TO THE OPINION THAT IT SHOULD BE GRANTED. THEREFORE THE SAID MOTION IS CONDITIONALLY GRANTED: MEANING DEBTORS HAVE TEN BUSINESS DAYS FROM THE DATE OF THIS COURT'S ORDER TO FILE ANY OBJECTIONS AS TO HOW COME LEAVE SHOULD NOT BE GRANTED. HOWEVER, IF DEBTORS FAIL TO FILE ANY OBJECTIONS: THE MOVANT MAY THEN FILE WITH THIS COURT HIS CLAIMS AGAINST DEBTORS AND CAUSE SAID DEBTORS TO BE SERVED WITH THE SAME. ON THE OTHER HAND IF OBJECTIONS ARE FILED BY THE DEBTORS THIS COURT WILL TAKE BOTH THE MOVANT'S MOTION AND DEBTORS OBJECTIONS UNDER ADVISEMENT AND SUCH OTHER ORDERS IT DEEMS APPROPRIATELY IN THE BEST INTEREST OF ALL PARTIES. ANY OBJECTIONS FILED BY THE DEBTORS SHOULD BE SERVED ON THE MOVANT WITH TRUE AND CORRECT COPY BY DEBTORS WITH CERTIFIED MAIL. THE CLERK OF THIS COURT IS INSTRUCTED TO MAIL COPY TRUE AND CORRECT OF THIS ORDER TO THE MOVANT AND DEBTORS.

HONORABLE UNITED STATES
PRESIDING JUDGE