CERTIFICATE OF SERVICE

THIS CERTIFIES THAT MOVANT MAILED COPY TRUE AND CORRECT OF THIS MOTION TO DEBTORS AT: 1601 BRYAN STREET, DALLAS, TEXAS 75201 ON THIS 29TH DAY OF DECEMBER, 2016

