# Exhibit 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CONTRARIAN CAPITAL MANAGEMENT, LLC'S NOTICE OF DEPOSITIONS IN CONNECTION WITH CONFIRMATION OF DEBTORS' FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AS IT RELATES TO THE EFH AND EFIH DEBTORS

**PLEASE TAKE NOTICE** that pursuant to Rules 26, 30, 34, and 45 of the Federal Rules of Civil Procedure, made applicable to this proceeding pursuant to Rules 7026, 7030, 9014, and 9016 of the Federal Rules of Bankruptcy Procedure, Contrarian Capital Management, LLC (as advisors, or affiliates of advisors to holders, or managers of various accounts with investment authority, contractual authority or voting authority, "Contrarian"), by and through its undersigned counsel, joins in the notices of depositions served by the EFH Indenture Trustee on December 22, 2016 in connection with confirmation of the *Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* as it relates to the EFH Debtors and the EFIH Debtors. Contrarian also reserves the right to question all other parties noticed for depositions.

Dated: December 22, 2016
       Wilmington, Delaware

                        HOGAN ◊ MCDANIEL

By: /s/: *Garvan F. McDaniel*
Garvan F. McDaniel, Esq.
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: gfmcdaniel@dkhogan.com

– and –

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: DRosner@kasowitz.com
       AGlenn@kasowitz.com
       DFliman@kasowitz.com

*Counsel to* Contrarian Capital Management, LLC