## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**PROTECTIVE ORDER QUASHING DEPOSITION NOTICES**

Upon the Debtors' request for a protective order quashing the *Notice of Deposition of Debtors Pursuant to Federal Rule of Civil Procedure 30(b)(6)*, and the *Notice of Deposition of NextEra Energy, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6)* (together, the "30(b)(6) Notices"), and the Notices of Deposition of Donald Evans, Billie Williamson, Charles Cremens, Carla Howard, Paul Keglevic, and Mark Hickson in their individual capacities (together, the "Individual Notices," and collectively with the 30(b)(6) Notices, the "Deposition Notices"), all served by the EFH Indenture Trustee and joined by Contrarian Capital Management on December 22, 2016; and the Court having considered the Request and any response thereto; and the Court finding that it has jurisdiction over the Request and that notice of the Request was adequate under the circumstances; and after due deliberation and sufficient cause appearing therefore;

**IT IS ORDERED** that the Request is granted.  The Deposition Notices are hereby quashed.

Dated: _____, 2017
          Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE