# EXHIBIT B

## Kirby, Robert

| | |
|---|---|
| **From:** | Kirby, Robert |
| **Sent:** | Thursday, October 13, 2016 4:53 PM |
| **To:** | 'EFH_DS_Discovery_Service_List@kirkland.com' |
| **Cc:** | Seife, Howard; Rosenblatt, Andrew; Ashley, Marc D.; Ball, Robin D.; Rivera, Christy; Daucher, Eric; 'Matthew B. McGuire'; 'landis@lrclaw.com' |
| **Subject:** | In re Energy Future Holdings Corp., Case No. 14-10979 - NextEra's Rule 30(b)(6) Designation |

Counsel:

Please be advised that NextEra Energy, Inc. ("NextEra") intends to designate Mark Hickson to testify on its behalf pursuant to Fed. R. Civ. P. 30(b)(6) concerning the topics set forth in the Asbestos Objectors' Notice of Deposition of NextEra, dated September 15, 2016, and in the EFH Indenture Trustee's Amended Notice of Deposition of NextEra, dated October 11, 2016. NextEra reserves its right to designate one or more additional or different Rule 30(b)(6) witnesses concerning those deposition topics, and/or to assert any appropriate objections to those deposition topics.

Mr. Hickson is available to be deposed in that capacity on Tuesday, October 25. We will host that deposition at Chadbourne's offices located at 1301 Avenue of the Americas, New York, New York 10019.

Please provide the names of those who will attend the deposition in person for the security list. If any counsel plans to attend by phone, please let me know and we will set up the following dial-in:

Tel.: 888-543-1114
Passcode: 212 408 5438

Best Regards,
Bob

**Robert Kirby** | Associate
**Chadbourne & Parke LLP**
1301 Avenue of the Americas, New York, NY 10019 - 6022
**tel** 212-408-5438 | **fax** 212-541-5369
rkirby@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/rkirby.vcf

Please consider the environment before printing this email.

1