# EXHIBIT C

Page 1

```
 1
 2            UNITED STATES BANKRUPTCY COURT
 3             FOR THE DISTRICT OF DELAWARE
 4  ---------------------------------------x
 5  In Re:
 6  Energy Future Holdings Corporation,
 7  et al.,
 8                              Debtors.
 9
10  Chapter 11
11  Case No. 14-10979
12  Jointly Administered
13  ---------------------------------------x
14            *CONTAINS CONFIDENTIAL AND
15             HIGHLY CONFIDENTIAL PORTIONS*
16              DEPOSITION OF MARK HICKSON
17                  New York, New York
18                   October 25, 2016
19
20
21
22  Reported by:
23  MARY F. BOWMAN, RPR, CRR
24  JOB NO. 114645
25
```

1
2
3
4
5
6                    October 25, 2016
7                      10:45 a.m.
8
9       Deposition of MARK HICKSON held
10   at the offices of Chadbourne & Parke,
11   LLP, 1301 Avenue of the Americas, New
12   York, New York, before Mary F. Bowman,
13   a Registered Professional Reporter,
14   Certified Realtime Reporter, and Notary
15   Public of the State of New Jersey.
16
17
18
19
20
21
22
23
24
25

1

2 APPEARANCES:

3

4 CHADBOURNE & PARKE

5 Attorneys for NextEra and The Witness

6         350 South Grand Avenue

7         Los Angeles, CA 90071

8 BY:  ROBIN BALL, ESQ.

9      HOWARD SEIFE, ESQ.

10     ROBERT KIRBY, ESQ.

11

12 KIRKLAND & ELLIS

13 Attorneys for the Debtors

14         655 Fifteenth Street, NW

15         Washington, DC 20005

16 BY:  BRYAN STEPHANY, ESQ.

17     MCCLAIN THOMPSON,  ESQ.

18

19 WILMERHALE

20 Attorneys for Delaware Trust as Indenture

21 Trustee for EFIH First Liens

22         1875 Pennsylvania Avenue, NW

23         Washington, DC 20006

24 BY:  ISLEY GOSTIN, ESQ.

25

APPEARANCES:

KRAMER LEVIN NAFTALIS & FRANKEL
Attorneys for Computer Share
EFIH 2nd Lien Indenture Trustee
    1177 Avenue of the Americas
    New York, NY 10036
BY: NOAH HERTZ-BUNZL, ESQ.

NIXON PEABODY
Attorneys for American Stock Transfer as
Indenture Trustee at EFH
    100 Summer Street
    Boston, MA 02110
BY: RICHARD PEDONE, ESQ.

AKIN GUMP STRAUSS HAUER & FELD
Attorneys for UMB Bank, As Indenture Trustee
for the Unsecured 11.25 Percent/12.25
Percent Senior Toggle Notes Due 2018
    One Bryant Park
    New York, NY 10036
BY: WILLIAM MONGAN, ESQ.

1

2                    APPEARANCES:

3

4   VENABLE

5   Attorneys for Pimco

6        1270 Avenue of the Americas

7        New York, NY 10020

8   BY:  JEFFREY SABIN, ESQ.

9

10  SULLIVAN & CROMWELL

11  Attorneys for EFH Committee

12       125 Broad Street

13       New York, NY 10004

14  BY:  BRIAN GLUECKSTEIN, ESQ.

15

16  SHEARMAN & STERLING

17  Attorneys for Deutsche Bank

18  EFIH First Lien DIP Agent

19       599 Lexington Avenue

20       New York, NY 10022

21  By:  FAY TELONI, ESQ.

22

23

24

25

1
2 APPEARANCES:
3
4 KAZAN, MCCLAIN, SATTERLEY & GREENWOOD
5 Attorneys for Shirley Fenicle individually
6 and as successor-in-interest to the estate of
7 George Fenicle
8     55 Harrison Street
9     Oakland, CA 94607
10 BY:  STEVEN KAZAN, ESQ. (By Telephone)
11
12 WHITE & CASE
13 Attorneys for TCEH Ad Hoc Group
14     1155 Avenue of the Americas
15     New York, New York 10036-2787
16 BY:  CHRIS SHORE, ESQ.
17
18
19 Also Present:
20         Charles Sieving,  NextEra Energy
21             EVP and General Counsel
22         Robert B. Sendler,  NextEra Energy
23             Chief Litigation Counsel
24
25

```
 1                    Hickson

 2                 INDEX:

 3   WITNESS          EXAM BY:           PAGE:

 4   M. Hickson         Mr. Kazan          7

 5                      Ms. Gostin         50

 6                      Mr. Shore         106

 7

 8              EXHIBIT INDEX:

 9   NUMBER           DESCRIPTION         PAGE:

10   Exhibit 1    document entitled Fourth    56
11                Amended Joint Plan of
12                Reorganization
13   Exhibit 2    document Bates stamped EFH  65
14                06436033
15   Exhibit 3    document Bates stamped EFH  90
16                06329439
17   Exhibit 4    document Bates stamped EFH  93
18                0640732
19   Exhibit 5    document Bates stamped EFH  96
20                06432818
21   Exhibit 6    document Bates stamped EFH 100
22                06422903
23
24
25
```