# EXHIBIT F

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**CONTRARIAN CAPITAL MANAGEMENT, LLC'S NOTICE
OF DEPOSITIONS IN CONNECTION WITH CONFIRMATION OF
DEBTORS' FIFTH AMENDED JOINT PLAN OF REORGANIZATION OF
ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11
OF THE BANKRUPTCY CODE AS IT RELATES TO THE EFH AND EFIH DEBTORS**

**PLEASE TAKE NOTICE** that pursuant to Rules 26, 30, 34, and 45 of the Federal Rules of Civil Procedure, made applicable to this proceeding pursuant to Rules 7026, 7030, 9014, and 9016 of the Federal Rules of Bankruptcy Procedure, Contrarian Capital Management, LLC (as advisors, or affiliates of advisors to holders, or managers of various accounts with investment authority, contractual authority or voting authority, "Contrarian"), by and through its undersigned counsel, joins in the notices of depositions served by the EFH Indenture Trustee on December 22, 2016 in connection with confirmation of the *Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* as it relates to the EFH Debtors and the EFIH Debtors. Contrarian also reserves the right to question all other parties noticed for depositions.

Dated: December 22, 2016
       Wilmington, Delaware

                        HOGAN ◊ MCDANIEL

                        By: /s/: *Garvan F. McDaniel*
                        Garvan F. McDaniel, Esq.
                        1311 Delaware Avenue
                        Wilmington, Delaware 19806
                        Telephone:  (302) 656-7540
                        Facsimile:  (302) 656-7599
                        Email: gfmcdaniel@dkhogan.com

                                – and –

                        KASOWITZ, BENSON, TORRES
                         & FRIEDMAN LLP

                        David S. Rosner, Esq.
                        Andrew K. Glenn, Esq.
                        Daniel A. Fliman, Esq.
                        1633 Broadway
                        New York, New York 10019
                        Telephone:  (212) 506-1700
                        Facsimile:  (212) 506-1800
                        Email: DRosner@kasowitz.com
                               AGlenn@kasowitz.com
                               DFliman@kasowitz.com

                        *Counsel to* Contrarian Capital Management, LLC