IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Related Docket Nos. 9211 & 9212** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. and its wholly-owned subsidiary NextEra Energy Capital Holdings, Inc. in the above referenced cases, and on the 12th day of January, 2017, he caused a copy of the following:

**LETTER FROM ROBIN D. BALL JOINING LETTER FROM MARK MCKANE, P.C. TO THE HONORABLE CHRISTOPHER S. SONTCHI SEEKING ENTRY OF A PROTECTIVE ORDER QUASHING DEPOSITION NOTICES SERVED BY AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC AND JOINED BY CONTRARIAN CAPITAL MANAGEMENT
[DOCKET NO. 10645]**

to be served upon the e-mail service list EFH_DS_Discovery_Service_List@kirkland.com

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 16th day of January, 2017.

_____
Notary Public

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0045400.}