## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Jointly Administered |
| Debtors. |  |

## THE EFH INDENTURE TRUSTEE'S NOTICE REGARDING THE WITHDRAWAL OF CERTAIN DISCOVERY

**PLEASE TAKE NOTICE THAT** American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), by its undersigned counsel, hereby provides notice that it has withdrawn the following notices of deposition previously served by it:

*1. Notice of Deposition of Debtors Pursuant to Fed. R. Civ. P. 30(b)(6), made Applicable by Bankruptcy Rule 7030 in Connection with Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors;*

*2. Notice of Deposition of Nextera Pursuant to Fed. R. Civ. P. 30(b)(6), made Applicable by Bankruptcy Rule 7030 in Connection with Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors;*

---

[1]The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

3.  *Notice of Deposition of UMB Bank, N.A. Pursuant to Fed. R. Civ. P. 30(b)(6), made Applicable by Bankruptcy Rule 7030 in Connection with Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH;*

4.  *EFH Indenture Trustee's Notice of Deposition to Billie Williamson to Testify and Produce Documents Regarding Matters Relating to Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors;*

5.  *EFH Indenture Trustee's Notice of Deposition to Charles Cremens to Testify and Produce Documents Regarding Matters Relating to Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors;*

6.  *EFH Indenture Trustee's Notice of Deposition to Donald L. Evans to Testify and Produce Documents Regarding Matters Relating to Confirmation of the Debtors' Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors;*

7.  *EFH Indenture Trustee's Notice of Deposition to Paul Keglevic to Testify Regarding Matters Relating to the EFH and EFIH Debtors;*

8.  *EFH Indenture Trustee's Notice of Deposition to Carla Howard to Testify Regarding Matters Relating to the EFH and EFIH Debtors;* and

9.  *EFH Indenture Trustee's Notice of Subpoena to Mark Hickson to Testify at a Deposition Regarding Matters Relating to Confirmation of the Debtors' Fifth Amended Joint*

*Plan of Reorganization of Energy Future Holdings Corp., et. al., Pursuant to Chapter 11 of the Bankruptcy Code as it Relates to the EFH/EFIH Debtors.*

Dated: Wilmington, DE
      January 17, 2017

**CROSS & SIMON, LLC**

By: /s/  *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*