# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**October 1, 2016 through October 31, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 2.2 | $1,025.00 |
| Business Plan | 13.0 | $4,875.00 |
| Claims | 25.6 | $14,640.00 |
| Contracts | 6.3 | $2,362.50 |
| Court | 3.8 | $2,375.00 |
| Fee Applications | 7.6 | $3,502.50 |
| POR / Disclosure Statement | 23.2 | $14,065.00 |
| Travel Time | 2.7 | $1,687.50 |
| UST Reporting Requirements | 6.5 | $3,575.00 |
| **Total** | **90.9** | **$48,107.50** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH**
*Summary of Time Detail by Task*
*October 1, 2016 through October 31, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 1.3 | $606.25 |
| Business Plan | 6.5 | $2,437.50 |
| Claims | 22.4 | $13,177.50 |
| Contracts | 3.1 | $1,181.25 |
| Court | 3.8 | $2,375.00 |
| Fee Applications | 3.8 | $1,751.25 |
| POR / Disclosure Statement | 11.6 | $7,032.50 |
| Travel Time | 1.3 | $843.75 |
| UST Reporting Requirements | 3.3 | $1,787.50 |
| **Total** | **57.0** | **$31,192.50** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*October 1, 2016 through October 31, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 1.0 | $418.75 |
| Business Plan | 6.5 | $2,437.50 |
| Claims | 3.2 | $1,462.50 |
| Contracts | 3.1 | $1,181.25 |
| Fee Applications | 3.8 | $1,751.25 |
| POR / Disclosure Statement | 11.6 | $7,032.50 |
| Travel Time | 1.3 | $843.75 |
| UST Reporting Requirements | 3.3 | $1,787.50 |
| *Total* | **33.9** | **$16,915.00** |

*Travel time billed at 50% of time incurred*