## **EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - EFH & EFIH
### Summary of Time Detail by Professional
### October 1, 2016 through October 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 2.8 | $2,660.00 |
| John Stuart | Managing Director | $775.00 | 8.5 | $6,587.50 |
| Steve Kotarba | Managing Director | $700.00 | 4.5 | $3,150.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 20.4 | $12,750.00 |
| Matt Frank | Director | $625.00 | 0.3 | $187.50 |
| Robert Casburn | Manager | $590.00 | 0.5 | $295.00 |
| Kevin Sullivan | Director | $550.00 | 6.5 | $3,575.00 |
| Ryan Wells | Senior Associate | $410.00 | 0.5 | $205.00 |
| Richard Carter | Consultant | $450.00 | 16.0 | $7,200.00 |
| Peyton Heath | Analyst | $375.00 | 9.5 | $3,562.50 |
| Sarah Pittman | Analyst | $375.00 | 20.2 | $7,575.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.2 | $360.00 |
| | | **Total** | **90.9** | **$48,107.50** |

### EFH
### Summary of Time Detail by Professional
### October 1, 2016 through October 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 1.4 | $1,330.00 |
| John Stuart | Managing Director | $775.00 | 4.3 | $3,293.75 |
| Steve Kotarba | Managing Director | $700.00 | 4.5 | $3,150.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 17.8 | $11,125.00 |
| Matt Frank | Director | $625.00 | 0.3 | $187.50 |
| Robert Casburn | Manager | $590.00 | 0.3 | $147.50 |
| Kevin Sullivan | Director | $550.00 | 3.3 | $1,787.50 |
| Richard Carter | Consultant | $450.00 | 9.6 | $4,320.00 |
| Ryan Wells | Senior Associate | $410.00 | 0.3 | $102.50 |
| Peyton Heath | Analyst | $375.00 | 4.8 | $1,781.25 |
| Sarah Pittman | Analyst | $375.00 | 10.1 | $3,787.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.6 | $180.00 |
| | | *Total* | **57.0** | **$31,192.50** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### October 1, 2016 through October 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 1.4 | $1,330.00 |
| John Stuart | Managing Director | $775.00 | 4.3 | $3,293.75 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 2.6 | $1,625.00 |
| Robert Casburn | Manager | $590.00 | 0.3 | $147.50 |
| Kevin Sullivan | Director | $550.00 | 3.3 | $1,787.50 |
| Richard Carter | Consultant | $450.00 | 6.4 | $2,880.00 |
| Ryan Wells | Senior Associate | $410.00 | 0.3 | $102.50 |
| Peyton Heath | Analyst | $375.00 | 4.8 | $1,781.25 |
| Sarah Pittman | Analyst | $375.00 | 10.1 | $3,787.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.6 | $180.00 |
| | | **Total** | **33.9** | **$16,915.00** |