# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

**Combined EFH & EFIH**
**Energy Future Holdings Corp., et al.,**
**Summary of Expense Detail by Category**
**October 1, 2016 through October 31, 2016**

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $570.39 |
| Lodging | $525.00 |
| Transportation | $145.69 |
| *Total* | **$1,241.08** |

*Page 1 of 1*

*Exhibit C*

**EFH**
*Summary of Expense Detail by Category*
*October 1, 2016 through October 31, 2016*

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $357.98 |
| Lodging | $329.49 |
| Transportation | $91.44 |
| **Total** | **$778.91** |

*Exhibit C*

*EFIH*
*Summary of Expense Detail by Category*
*October 1, 2016 through October 31, 2016*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $212.41 |
| Lodging | $195.51 |
| Transportation | $54.25 |
| *Total* | **$462.17** |