## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

## Combined - EFH & EFIH
## Expense Detail by Category
## October 1, 2016 through October 31, 2016

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 10/19/2016 | $184.05 | Airfare one-way coach Dallas/New York. |
| Jodi Ehrenhofer | 10/20/2016 | $386.34 | Airfare one-way coach New York Chicago. |
| **Expense Category Total** | | **$570.39** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 10/19/2016 | $525.00 | Hotel in New York - 1 night. |
| **Expense Category Total** | | **$525.00** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 10/19/2016 | $51.34 | Taxi from LaGuardia to K&E Office. |
| Jodi Ehrenhofer | 10/19/2016 | $25.86 | Taxi from hotel to DFW Airport. |
| Jodi Ehrenhofer | 10/20/2016 | $46.70 | Taxi from hotel to LaGuardia. |
| Jodi Ehrenhofer | 10/20/2016 | $21.79 | Taxi from O'Hare to home. |
| **Expense Category Total** | | **$145.69** | |
| *Grand Total* | | **$1,241.08** | |