Judy Hamilton Morse, OBA #6450
Crowe & Dunlevy, P.C.
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
Telephone: 405-235-7759
Facsimile: 405-272-5242
Email: judy.morse@crowedunlevy.com
Counsel for Devon Energy Production

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No.   14-10979 (CSS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF CROWE & DUNLEVY, PC AND JUDY HAMILTON MORSE AS COUNSEL FOR DEVON ENERGY CORPORATION

**PLEASE TAKE NOTICE** that Crowe & Dunlevy, PC, and Judy Hamilton Morse hereby withdraw as counsel for Devon Energy Corporation in the above-captioned bankruptcy proceeding. In keeping with Local Rule 9010-2(b). the undersigned hereby certifies that Devon Energy Corporation has no motions, trials, claim objections or any other known matter currently pending before this Court, and consents to the withdrawal of counsel from this case. Please remove Crowe & Dunlevy, PC and Ms. Morse from all service lists in this case, including all electronic service lists and the ECF notification system.

DATED: January 17, 2017

                                                  Respectfully submitted,

                                                *s/Judy Hamilton Morse*
                                                Judy Hamilton Morse, OBA #6450
                                                CROWE & DUNLEVY, P.C.
                                                20 N. Broadway, Suite 1800
                                                Oklahoma City, OK 73102

2

(405) 235-7700
(405) 239-6651 (Facsimile)
judy.morse@crowedunlevy.com

ATTORNEY FOR DEVON ENERGY
CORPORATION

## **CERTIFICATE OF SERVICE**

This certifies that on January 17, 2017, I electronically transmitted the above and foregoing instrument for filing and for transmittal of a Notice of Electronic Filing to the ECF registrants in this case, and that a copy of the same was duly served by depositing in the U.S. Mail, postage pre-paid, upon the following:

United States Trustee
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19899-0035

*s/Judy Hamilton Morse*
Judy Hamilton Morse