**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on January 18, 2017 a true and correct copy of the foregoing *Appellants' Statement of Issues on Appeal, Certificate Regarding Transcripts, and Designation of Items to be Included on the Record on Appeal* was served via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* (D.I. 9381)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com., and via the Court's CM/ECF electronic mail system on those parties requesting same.

        */s/ Daniel K. Hogan*
        Daniel K. Hogan (DE 2814)