## Exhibit A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 7812, 7813, 7956, 7984** |
| | ) | |

## ORDER (SECOND) SUSTAINING DEBTORS' THIRTY-SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the No Liability Claims set forth on **Exhibit 1** attached hereto, as set forth in the Objection and the Kotarba Declaration; and the Court having previously entered its *Order Sustaining Debtors' Thirty-Sixth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7984], dated March 9, 2016 (the "Prior Order") in connection with the Objection; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these

cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the

Court having found that the relief requested in the Objection is in the best interests of the

Debtors' estates, their creditors, and other parties in interest; and the Court having found that the

Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the

Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection

and having heard the statements in support of the relief requested therein at the Hearing, if any;

and the Court having determined that the legal and factual bases set forth in the Objection and at

the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had

before the Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.       The Objection is sustained as set forth in the Prior Order and herein.

2.       The No Liability Claims set forth on the attached **Exhibit 1** are hereby disallowed

in their entirety.

3.       The Claims Agent is authorized to modify the Claims Register to comport with

the entry of this Order.

4.       Notwithstanding the relief granted in this Order and any actions taken pursuant to

such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any

particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the

Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds;

(c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an

implication or admission that any particular claim is of a type specified or defined in this

Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease

is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

5.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: January _____, 2017  
      Wilmington, Delaware      _____  
                                THE HONORABLE CHRISTOPHER S. SONTCHI  
                                UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11042 (CSS) | Luminant Mining Company LLC | 05/12/2015 | 10066 | $9,969.79 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed here appear to be included in remaining claim 7678). |
| 2 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11032 (CSS) | Luminant Generation Company LLC | 05/12/2015 | 10067 | $14,838.87 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7677). |
| 3 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11033 (CSS) | Sandow Power Company LLC | 05/12/2015 | 10068 | $11,857.89 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code (The claimed invoices to be disallowed appear to be included in remaining claim 7675). |
| 4 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11022 (CSS) | Oak Grove Management Company LLC | 05/12/2015 | 10069 | $5,629.00 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7676.) |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11033 (CSS) | Sandow Power Company LLC | 05/12/2015 | 10070 | $3,069.71 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7679). |
| 6 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11022 (CSS) | Oak Grove Management Company LLC | 05/12/2015 | 10071 | $1,659.96 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7679.) |
| | | | | | TOTAL | $47,025.22 | |