**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I.   7814, 7815, 7901, 7982, 8132,** |
| | ) **8895, 9598, 9773, 10388, 10418,** |
| | ) **10451, 10601** |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING**
**"DEBTORS' THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS**
**PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 7814]**

The undersigned hereby certifies as follows:

1.      On February 9, 2016, the above-captioned debtors and debtors in possession
(collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of
Delaware (the "Court") the *Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain
Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7814] (the "Objection").[2]
On February 9, 2016, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing
Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Seventh*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The
location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large
number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete
list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.
A complete list of such information may be obtained on the website of the debtors' claims and noticing
agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to
them in the Objection.

*Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7815] in connection with, and in support of the relief requested, in the Objection.

2.      On March 9, 2016, the Court entered the *Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7982] in connection with the Objection.

3.      On July 12, 2016, the Court entered the *Order (Second) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8895] in connection with the Objection.

4.      On September 20, 2016, the Court entered the *Order (Third) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 9598] in connection with the Objection.

5.      On October 6, 2016, the Court entered the *Order (Fourth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 9773] in connection with the Objection.

6.      On December 14, 2016, the Court entered the *Order (Fifth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims*

*Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 10388] in connection with the Objection.

7.     On December 28, 2016, the Court entered the *Order (Sixth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 10451] in connection with the Objection.

8.     On January 5, 2017, the Court entered the *Order (Seventh) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to (Certain Improperly Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 10601] in connection with the Objection.

9.     Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Standard Time) on February 23, 2016 (the "Response Deadline").

10.     Prior to the Response Deadline, the Debtors received a formal response [D.I. 7956] from Red Ball Oxygen Company (the "Claimant") with respect to claim numbers 7675–7679 (the "Modify Claims"), which the Debtors have consensually resolved with the Claimant, which has indicated that it does not object to the relief requested in the Objection, as modified in the exhibit attached hereto.

11.     Therefore, the Debtors seek to modify the Modify Claims as set forth in **Exhibit 1** to **Exhibit A**, attached hereto.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated:  January 19, 2017
Wilmington, Delaware

_____
            */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

4