## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:  June 30, 2015 at 4:00 p.m.** |
| | **Hearing Date:  July 16, 2015 at 9:30 a.m.** |

## NOTICE OF "DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (SUBSTANTIVE DUPLICATE, NO LIABILITY, AND NO CLAIM ASSERTED) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" AND HEARING THEREON

PLEASE TAKE NOTICE THAT, on June 16, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection") with the United States Bankruptcy Court for the District of Delaware, which seeks to alter the rights of the parties set forth in the Objection.

PLEASE TAKE FURTHER NOTICE that, responses, if any, to the Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel to the Debtors on or before **June 30, 2015 at 4:00 p.m. (EDT)**.

PLEASE TAKE FURTHER NOTICE that a hearing on the Objection will be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **July 16, 2015 at 9:30 a.m. (EDT)**.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  June 16, 2015
      Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline:  June 30, 2015 at 4:00 p.m.** |
| | ) | **Hearing Date:  July 16, 2015 at 9:30 a.m.** |
| | ) | |

**DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO (SUBSTANTIVE DUPLICATE, NO**
**LIABILITY, AND NO CLAIM ASSERTED) CLAIMS PURSUANT**
**TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this seventeenth objection to claims (this "Objection"), pursuant to which the Debtors request

entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"),

(a) disallowing each of the claims (the "Disputed Claims") identified on **Exhibit 1**, **Exhibit 2**,

and **Exhibit 3** to **Exhibit A**, each attached hereto and as discussed in further detail below, and

(b) authorizing Epiq Bankruptcy Solutions, LLC (the "Claims Agent") to expunge each of the

Disputed Claims from the official register maintained by the Claims Agent (the "Claims

Register").   In support of this Objection, the Debtors submit the *Declaration of Steven R.*

*Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the*

*Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability,*

*and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy*

---

1    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the
debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these
chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four
digits of their federal tax identification numbers is not provided herein.  A complete list of such information
may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* (the "Kotarba Declaration").

This Objection complies in all respects with rule 3007-1 of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the

"Local Bankruptcy Rules"), as modified by this Court.[2]  In further support of this Objection, the

Debtors respectfully state as follows.

### Jurisdiction and Venue

1.     The United States Bankruptcy Court for the District of Delaware (the "Court")

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference from the United States District Court for the District of Delaware,*

*dated February 29, 2012*.  This matter is a core proceeding within the meaning of 28 U.S.C.

§ 157(b)(2), and the Debtors consent pursuant to Local Bankruptcy Rule 9013-1(f) to the entry of

a final order by the Court in connection with this Objection to the extent that it is later

determined that the Court, absent consent of the parties, cannot enter final orders or judgments in

connection herewith consistent with Article III of the United States Constitution.

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The statutory bases for the relief requested in this Objection are section 502(b) of

title 11 of the United States Code (the "Bankruptcy Code"), rules 3001, 3003, and 3007 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule

3007-1.

---

[2]     On October 30, 2014, the Debtors filed a motion seeking a waiver of Local Bankruptcy Rule 3007-1(f)(i),
allowing the Debtors to base substantive omnibus claim objections on no more than 500 claims per each such
omnibus claim objection [D.I. 2659]. On November 19, 2014, the Court entered an order granting the waiver
[D.I. 2814].

On November 21, 2014, the Debtors filed a motion seeking a waiver of Local Bankruptcy Rules 3007-1 and
3007-2, allowing the Debtors to use, at their discretion, a Custom Notice instead of a general notice and service
of all of the exhibits filed with an omnibus objection to claims to every claimant whose claim is objected to in
each objection [D.I. 2849].  On December 10, 2014, the Court entered an order granting the waiver [D.I. 2963].

## Relief Requested

4.      By this Objection, the Debtors seek entry of the Order disallowing each of the

claims identified below in full and authorizing the Debtors to expunge such claims from the

Claims Register:

> (a)    **Exhibit 1** to **Exhibit A**, each of which represents a Proof of Claim (as
> defined herein) against a particular Debtor that is substantively duplicative
> of another claim filed on account of the same liability, but with certain
> differences that do not ultimately affect the relief sought by the claimant
> (the "Substantive Duplicate Claims");

> (b)    **Exhibit 2** to **Exhibit A**, each of which represents a Proof of Claim
> asserting a claim for which the Debtors believe they are not liable based
> on the supporting documentation provided in the Proof of Claim and a
> reasonable review of the Debtors' books and records.  Consequently, the
> Debtors believe they do not have any liability on account of each such
> Proof of Claim (the "No Liability Claims");

> (c)    **Exhibit 3** to **Exhibit A**, each of which represents a Proof of Claim
> asserting a claim in the liquidated amount of $0. Consequently, the
> Debtors believe they do not have any liability on account of each such
> Proof of Claim (the "No Claim Asserted Claims").[3]

## Background

5.      On April 29, 2014 (the "Petition Date"), each of the Debtors filed a voluntary

petition with the Court under the Bankruptcy Code.  The Debtors are operating their businesses

and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.  The Court has entered a final order for joint administration of these

chapter 11 cases [D.I. 849].  The Court has not appointed a trustee.  The Office of the United

States Trustee for the District of Delaware (the "U.S. Trustee") formed an official committee of

unsecured creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas

Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor

---

[3]    Per Local Rule 3007-1(e)(iv), images of the Proofs of Claim relating to the No Liability Claims will be
submitted to the Court on or before July 2, 2015.

subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") on May 13, 2014 [D.I. 420] and an official committee of unsecured creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration of Paul Keglevic in support of the Debtors' first day motions [D.I. 98].

6.      On June 30, 2014, the Debtors filed their schedules of assets and liabilities (the "Schedules") and statements of financial affairs ("Statements" and together, with the Schedules, the "Schedules and Statements") [D.I. 1237–1307, 1319–1329, 1331–1343, 1345]. On September 26, 2014, the Debtors filed their amended Schedules and Statements [D.I. 2146-2216], addressing certain discrete issues.

7.      On May 2, 2014, the Court entered an order establishing October 27, 2014, at 5:00 p.m. (prevailing Eastern Time) (the "Customer Claims Bar Date") as the final date and time for certain customer claimants holding or asserting a claim against the Debtors arising on or before the Petition Date to file proofs of claim (the "Customer Proofs of Claim") in these chapter 11 cases and approving the form and manner of notice of the Customer Claims Bar Date [D.I. 307].

8.      Written notice of the Customer Claims Bar Date was mailed to current and certain former customers of the Debtors.[4]  In addition to mailing such actual notice, the Debtors also

---

[4]    The procedures for notifying the Debtors' current and former customers are set forth in the *Motion of Energy Future Holdings Corp.*, et al., *for Entry of (A) an Order Authorizing the Debtors to (I) Maintain and Administer Customer Programs and Customer Agreements, (II) Honor Prepetition Obligations Related Thereto, (III) Pay Certain Expenses on Behalf of Certain Organizations, (IV) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (V) Establish Procedures for Notifying Customers of Commencement of the Debtors' Chapter 11 Cases, Assumption of Customer Agreements, and the Bar Date for Customer Claims and (B) an Order Authorizing Certain of the Debtors to Assume the Customer Agreements* [D.I. 31].

published notice of the Customer Claims Bar Date in *The Wall Street Journal*, *USA Today*, *The Dallas Morning News*, *Houston Chronicle*, *Corpus Christi Caller Times*, *Fort Worth Star-Telegram*, and *Waco Tribute Herald*.

9.      On August 18, 2014, the Court entered an order (the "General Bar Date Order") establishing October 27, 2014, at 5:00 p.m. (prevailing Eastern Time) (the "General Bar Date") as the final date and time for all persons and entities holding or asserting a claim against the Debtors arising on or before the Petition Date to file proofs of claim in these chapter 11 cases (the "Non-Customer Proofs of Claim" and, together with the Customer Proofs of Claim, the "Proofs of Claim"), except for claims specifically exempt from complying with the General Bar Date as set forth in the General Bar Date Order, and approving the form and manner of notice of the General Bar Date [D.I. 1866].

10.     Written notice of the General Bar Date was mailed to, among others, all known creditors and other known holders of claims against the Debtors as of the date of entry of the General Bar Date Order, including all entities listed in the Schedules as holding claims against the Debtors, and to all parties who had filed requests for notices under Bankruptcy Rule 2002 as of the date of the General Bar Date Order.  In addition to mailing such actual notice, the Debtors also published notice of the General Bar Date in more than 200 publications nationwide, as detailed in Exhibit 4 to the Bar Date Order.

11.     To date, over 10,000 Proofs of Claim have been filed in these chapter 11 cases.

**Basis for Objection**

12.     Section 502(a) of the Bankruptcy Code provides that "[a] claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects."  11 U.S.C. § 502(a).  The burden of proof for determining the validity of Claims rests

on different parties at different stages of the objection process. As explained by the United

States Court of Appeals for the Third Circuit:

> The burden of proof for claims brought in the bankruptcy court under 11 U.S.C.A. § 502(a) rests on different parties at different times. Initially, the claimant must allege facts sufficient to support the claim. If the averments in his filed claim meet this standard of sufficiency, it is '*prima facie*' valid [citations omitted]. In other words, a claim that alleges facts sufficient to support legal liability to the claimant satisfies the claimants' initial obligation to go forward. The burden of going forward then shifts to the objector to produce evidence sufficient to negate the *prima facie* validity of the filed claim. . . . In practice, the objector must produce evidence which, if believed, would refute at least one of the allegations that is essential to the claim's legal sufficiency. If the objector produces sufficient evidence to negate one or more of the sworn facts in the proof of claim, the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence.

*In re Allegheny Int'l Inc.,* 954 F.2d 167, 173-74 (3d. Cir. 1992) (citation omitted). Once the

*prima facie* validity of a Claim is rebutted, "it is for the claimant to prove his claim, not for the

objector to disprove it." *In re Kahn,* 114 B.R. 40, 44 (Bankr. S.D.N.Y. 1990) (citations omitted).

13.     A chapter 11 debtor "has the duty to object to the allowance of any claim that is

improper." *Int'l Yacht & Tennis, Inc. v. Wasserman Tennis, Inc. (In re Int'l Yacht & Tennis,

Inc.)*, 922 F.2d 659, 661-62 (11th Cir. 1991); *see also* 11 U.S.C. §§ 704(a)(5), 1106(a)(1), and

1107(a).

## I.     Substantive Duplicate Proofs of Claim.

14.     Upon review of the Proofs of Claim filed against the Debtors in these chapter 11

cases, the Debtors have identified 93 Substantive Duplicate Claims listed on **Exhibit 1** to

**Exhibit A**, in the aggregate claimed amount of $9,560,749.09. Based on the Debtors' review of

the Proofs of Claim and their books and records, the Substantive Duplicate Claims are each

duplicative of another Proof of Claim filed by or on behalf of the same claimant (or a successor)

in respect of the same liabilities, but with certain differences (*e.g.*, a different asserted priority

classification, a claim for a single liability duplicated against multiple Debtors, or a claim for a single invoice reasserted in a subsequently-filed Proof of Claim that was not denoted as amending the initial Proof of Claim).  Failure to disallow the Substantive Duplicate Claims will result in double recoveries to the claimants.  Moreover, disallowance of these claims will enable the Claims Register to reflect more accurately the claims asserted against the Debtors. Accordingly, the Debtors object to the allowance of the Substantive Duplicate Claims and request that such Substantive Duplicate Claims be disallowed in their entirety and expunged.

15.      Any disallowance or expungement of the Substantive Duplicate Claims will not affect the claims set forth under the column heading "Remaining Claims" on **Exhibit 1** to **Exhibit A**, which will remain on the Claims Register until withdrawn by the relevant claimants or disallowed by the Court, subject to the Debtors' right to object in the future on any grounds permitted by bankruptcy or nonbankruptcy law.  *See generally* 11 U.S.C. § 502(a).

## II.      No Liability Proofs of Claim.

16.      Upon review of the Proofs of Claim filed against the Debtors in these chapter 11 cases, the Debtors have identified 135 No Liability Claims listed on **Exhibit 2** to **Exhibit A**, in the aggregate claimed amount of $1,949,772.39.  Each of the No Liability Claims reflects a Proof of Claim that asserts a claim for which the Debtors do not believe they are liable, based on the supporting documentation provided in the Proof of Claim and a reasonable review of the Debtors' books and records.  After reasonable efforts, the Debtors have been unable to locate any documentation that would substantiate the No Liability Claims, whether in full or in part.  The No Liability Claims therefore fail to provide *prima facie* evidence of the validity and amount of the Proof of Claim they assert, as required by section 502 of the Bankruptcy Code and Bankruptcy Rule 3001(f).

### III.    No Claim Asserted Proofs of Claim.

17.    Upon review of the Proofs of Claim filed against the Debtors in these chapter 11 cases, the Debtors have identified two No Claim Asserted Claims listed on **Exhibit 3** to **Exhibit A**, in the aggregate claimed amount of $0.  Each of the No Claim Asserted Claims reflects a Proof of Claim that asserts a claim in the liquidated amount of $0.  Therefore, the Debtors believe each of the claimants intended to indicate that they do not believe they hold a claim against the Debtors.  Nonetheless, in an abundance of caution, the Debtors reviewed their books and records and, after reasonable efforts, have been unable to locate any documentation that would indicate that one or more Debtors is liable under the No Claim Asserted Claims.

18.    For all of the foregoing reasons, the Debtors object to the allowance of the Disputed Claims and request that such Disputed Claims be disallowed in their entirety and expunged.

### **Reservation of Rights**

19.    Nothing contained in this Objection or any actions taken by the Debtors pursuant to relief granted in the Order is intended or should be construed as:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim (including the Proofs of Claim) is of a type specified or defined in this Objection; (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code;

(h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

20.     The Debtors hereby reserve their right to amend, modify, and/or supplement this Objection, including to object to any of the Disputed Claims listed on **Exhibit 1**, **Exhibit 2**, or **Exhibit 3** to **Exhibit A** on any additional grounds, prior to the hearing before the Court on this Objection, if any (the "<u>Hearing</u>") and nothing in this Objection shall affect the Debtors' right to object to the Disputed Claims at a future date on a basis other than as set forth in this Objection as permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

## <u>Notice</u>

21.     The Debtors shall provide notice of this Objection on the date hereof via first class mail to:  (a) the U.S. Trustee; (b) counsel to the TCEH Creditors' Committee; (c) counsel to the EFH Creditors' Committee; (d) Wilmington Trust, N.A., in its capacity as administrative agent under the TCEH first lien credit agreement and collateral agent under the TCEH intercreditor agreements and counsel thereto; (e) Bank of New York Mellon Trust Company, N.A., in its capacity as indenture trustee under:  (i) the TCEH unsecured pollution control revenue bonds; and (ii) the EFCH 2037 Notes due 2037, and counsel thereto; (f) American Stock Transfer & Trust Company, LLC, in its capacity as indenture trustee under:  (i) the 9.75% EFH senior unsecured notes due 2019; (ii) the 10.0% EFH senior unsecured notes due 2020; (iii) the 10.875% EFH LBO senior unsecured notes due 2017; (iv) the 11.25%/12.0% EFH LBO toggle notes due 2017; (v) the 5.55% EFH legacy notes (series P) due 2014; (vi) the 6.50% EFH legacy notes (series Q) due 2024; and (vii) the 6.55% EFH legacy notes (series R) due 2034, and

counsel thereto; (g) Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacities as indenture trustee under:  (i) the 11.0% EFIH senior secured second lien notes due 2021; and (ii) the 11.75% EFIH senior secured second lien notes due 2022, and counsel thereto; (h) UMB Bank, N.A. in its capacity as indenture trustee under:  (i) the 9.75% EFIH senior unsecured notes due 2019; and (ii) the 11.25%/12.25% EFIH senior toggle notes due 2018, and counsel thereto; (i) Delaware Trust Company of Delaware in its capacity as indenture trustee under:  (i) the 6.875% EFIH senior secured notes due 2017; (ii) the 10.0% EFIH senior secured notes due 2020; and (iii), the 11.50% TCEH senior secured notes due 2020, and counsel thereto; (j) Law Debenture Trust Company of New York in its capacity as indenture trustee under:   (i) the 10.25% TCEH senior unsecured notes due 2015; and (ii) the 10.50%/11.25% TCEH senior toggle notes due 2016, and counsel thereto; (k) Wilmington Savings Fund Society, FSB in its capacity as indenture trustee under the 15.0% TCEH senior secured second lien notes due 2021, and counsel thereto; (l) counsel to certain holders of claims against the Debtors regarding each of the foregoing described in clauses (c) through (j); (m) the agent for the TCEH debtor-in-possession financing facility and counsel thereto; (n) the agent for the EFIH debtor-in-possession financing facility and counsel thereto; (o) counsel to certain holders of equity in Texas Energy Future Holdings Limited Partnership; (p) counsel to the Ad Hoc Committee of TCEH Unsecured Noteholders; (q) counsel to the Ad Hoc Committee of TCEH Second Lien Noteholders; (r) Oncor Electric Delivery Holdings Company LLC and counsel thereto; (s) Oncor Electric Delivery Company LLC and counsel thereto; (t) the Securities and Exchange Commission; (u) the Internal Revenue Service; (v) the Office of the United States Attorney for the District of Delaware; (w) the Office of the Texas Attorney General on behalf of the Public Utility Commission of Texas; (x) counsel to the Electric Reliability Council of Texas;

(y) those parties that have requested notice pursuant to Bankruptcy Rule 2002; and (z) the claimants that filed the Disputed Claims. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## No Prior Request

22.     No prior request for the relief sought in this Objection has been made to this or any other court.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtors respectfully request that the Court enter the Order granting the relief requested herein and granting such other and further relief as is appropriate under the circumstances.

Dated: June 16, 2015
　　　　Wilmington, Delaware

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:　　(302) 651-7700
Facsimile:　　(302) 651-7701
Email:　　　　collins@rlf.com
　　　　　　　defranceschi@rlf.com
　　　　　　　madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler (admitted _pro hac vice_)
Brian E. Schartz (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:　　(212) 446-4800
Facsimile:　　(212) 446-4900
Email:　　　　edward.sassower@kirkland.com
　　　　　　　stephen.hessler@kirkland.com
　　　　　　　brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Marc Kieselstein, P.C. (admitted _pro hac vice_)
Chad J. Husnick (admitted _pro hac vice_)
Steven N. Serajeddini (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:　　(312) 862-2000
Facsimile:　　(312) 862-2200
Email:　　　　james.sprayregen@kirkland.com
　　　　　　　marc.kieselstein@kirkland.com
　　　　　　　chad.husnick@kirkland.com
　　　　　　　steven.serajeddini@kirkland.com

_Co-Counsel to the Debtors and Debtors in Possession_

**<u>EXHIBIT A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER SUSTAINING DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (SUBSTANTIVE DUPLICATE, NO LIABILITY, AND NO CLAIM ASSERTED) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1**, **Exhibit 2**, and **Exhibit 3** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

for a hearing on the Objection (the "<u>Hearing</u>") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Substantive Duplicate Claims set forth on the attached **<u>Exhibit 1</u>** are hereby disallowed in their entirety.

3.      The No Liability Claims set forth on the attached **<u>Exhibit 2</u>** are hereby disallowed in their entirety.

4.      The No Claim Asserted Claims set forth on the attached **<u>Exhibit 3</u>** are hereby disallowed in their entirety.

5.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

6.      Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **<u>Exhibit 1</u>**, attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

7.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the

Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

8.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

10.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015                    _____
      Wilmington, Delaware            THE HONORABLE CHRISTOPHER S. SONTCHI
                           UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10978 (CSS) | 6413 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 2 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10979 (CSS) | 6414 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 3 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10980 (CSS) | 6415 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 4 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10982 (CSS) | 6416 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 5 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10983 (CSS) | 6417 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 6 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10984 (CSS) | 6418 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 7 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10985 (CSS) | 6419 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 8 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10986 (CSS) | 6420 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 9 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10987 (CSS) | 6421 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 10 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10988 (CSS) | 6422 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 11 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10989 (CSS) | 6423 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 12 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10990 (CSS) | 6424 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10991 (CSS) | 6425 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 14 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10992 (CSS) | 6426 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 15  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10993 (CSS) | 6427 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 16  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10994 (CSS) | 6428 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 17 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10995 (CSS) | 6429 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 18 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10996 (CSS) | 6430 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 19 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10997 (CSS) | 6431 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 20 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10998 (CSS) | 6432 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE | |
| 21  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-10999 (CSS) | 6433 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. | |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | | |
| 22  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11000 (CSS) | 6434 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. | |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 23 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11001 (CSS) | 6435 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 24 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11002 (CSS) | 6436 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 25  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11003 (CSS) | 6437 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 26  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11004 (CSS) | 6438 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 27 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11005 (CSS) | 6439 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 28 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11006 (CSS) | 6440 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 29 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11007 (CSS) | 6441 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 30 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11008 (CSS) | 6442 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 31 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11009 (CSS) | 6443 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 32 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11010 (CSS) | 6444 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 33 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11011 (CSS) | 6445 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 34 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11012 (CSS) | 6446 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 35 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11013 (CSS) | 6447 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 36 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11014 (CSS) | 6448 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 37 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11015 (CSS) | 6449 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 38 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11016 (CSS) | 6450 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 39 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11017 (CSS) | 6451 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 40 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11018 (CSS) | 6452 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 41 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11019 (CSS) | 6453 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 42 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11020 (CSS) | 6454 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 43 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11021 (CSS) | 6455 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 44 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11022 (CSS) | 6456 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 45 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11023 (CSS) | 6457 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 46 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11024 (CSS) | 6458 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 47 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11025 (CSS) | 6459 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 48 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11026 (CSS) | 6460 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 49 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11027 (CSS) | 6461 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 50 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11028 (CSS) | 6462 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 51 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11029 (CSS) | 6463 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 52 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11030 (CSS) | 6464 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 53 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11031 (CSS) | 6465 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11034 (CSS) | 6468 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 55 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11035 (CSS) | 6469 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 56 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11036 (CSS) | 6470 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 57 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11037 (CSS) | 6471 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 58 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11038 (CSS) | 6472 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 59  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11039 (CSS) | 6473 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 60  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11040 (CSS) | 6474 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 61 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11041 (CSS) | 6475 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 62 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11042 (CSS) | 6476 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 63  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11043 (CSS) | 6477 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 64  ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11044 (CSS) | 6478 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 65 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11045 (CSS) | 6479 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 66 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11046 (CSS) | 6480 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 67 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11047 (CSS) | 6481 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |
| 68 ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11048 (CSS) | 6482 | $55,201.54 | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11032 (CSS) | 6466 | $55,201.54 | Claimed invoices in claim to be disallowed appear to be included in remaining claims. |
| | | | | | ALLIED WASTE/REPUBLIC SERVICES ATTN: GENERAL COUNSEL 18500 N ALLIED WAY PHOENIX, AZ 85054 | 10/23/2014 | 14-11033 (CSS) | 6467 | $55,201.54 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 69 AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10979 (CSS) | 6079 | $953,764.84 | AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10997 (CSS) | 6077 | $953,764.84 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | AXON SOLUTIONS INC ATTN: CARL E. AILARA JR., ESQ. 15 EXCHANGE PLACE, SUITE 730 JERSEY CITY, NJ 07302 | 10/22/2014 | 14-10996 (CSS) | 6078 | $953,764.84 | |
| 70 CENTRAL MARKETING INC. 30 IRVING PLACE NEW YORK, NY 10003 | 07/31/2014 | 14-10979 (CSS) | 3430 | $28,500.00 | CENTRAL MARKETING INC. 30 IRVING PLACE NEW YORK, NY 10003 | 07/31/2014 | 14-10997 (CSS) | 3431 | $28,500.00 | Claim to be disallowed and remaining claim are identical, except for the Debtors against which they are asserted. |
| 71 CRANE NUCLEAR, INC. ATTN: JASON LOCKE 2825 COBB INTERNATION AL BLVD. KENNESAW, GA 30152 | 10/24/2014 | 14-10996 (CSS) | 7536 | $2,775,840.04 | CRANE NUCLEAR, INC. ATTN: JASON LOCKE 2825 COBB INTERNATIONAL BLVD. KENNESAW, GA 30152 | 10/24/2014 | 14-11032 (CSS) | 7538 | $2,775,840.04 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 72 | DIDRIKSON ASSOCIATES INC PO BOX 151007 LUFKIN, TX 75915 | 06/24/2014 | 14-10979 (CSS) | 2525 | $19,072.00 | DIDRIKSON ASSOCIATES INC PO BOX 151007 LUFKIN, TX 75915-1007 | 10/10/2014 | 14-11032 (CSS) | 5134 | $11,057.00 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | DIDRIKSON ASSOCIATES INC PO BOX 151007 LUFKIN, TX 75915-1007 | 10/10/2014 | 14-11042 (CSS) | 5133 | $5,605.00 | |
| | | | | | | DIDRIKSON ASSOCIATES INC PO BOX 151007 LUFKIN, TX 75915-1007 | 10/10/2014 | 14-11033 (CSS) | 5132 | $1,310.00 | |
| | | | | | | DIDRIKSON ASSOCIATES INC PO BOX 151007 LUFKIN, TX 75915-1007 | 10/10/2014 | 14-11022 (CSS) | 5131 | $1,100.00 | |
| 73 | DOCUMENT BINDING COMPANY INC 2221 MANANA DR STE 130 DALLAS, TX 75220-7119 | 06/02/2014 | 14-10979 (CSS) | 940 | $224.96 | DOCUMENT BINDING COMPANY 2221 MANANA DR SUITE 130 DALLAS, TX 76053 | 09/12/2014 | 14-10989 (CSS) | 4345 | $449.92 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 74 | EDWARDS, GERALD PO BOX 430438 HOUSTON, TX 77243 | 10/24/2014 | 14-10979 (CSS) | 7659 | Undetermined* | EDWARDS, DEANNA PO BOX 580 PRINCETON, LA 71067 | 10/27/2014 | 14-10979 (CSS) | 9922 | Undetermined* | Underlying liability asserted in claim to be disallowed is contained in remaining claims. |
| | | | | | | EDWARDS, GERALD PO BOX 430438 HOUSTON, TX 77243 | 10/27/2014 | 14-10979 (CSS) | 9923 | Undetermined* | |
| 75 | GOULD AND LAMB, LLC 2397 HUNTCREST WAY STE 200 LAWRENCEVILL E, GA 30043-6309 | 07/07/2014 | 14-10979 (CSS) | 2915 | $1,150.00 | GOULD & LAMB 2397 HUNTCREST WAY STE 200 LAWRENCEVILLE, GA 30043-6309 | 09/02/2014 | 14-10996 (CSS) | 4072 | $1,341.67 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 76 | MORDECAI, WYATT 1721 STACY RD FAIRVIEW, TX 75069 | 10/29/2014 | 14-10979 (CSS) | 9656 | $20,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6266 | $79,929,269.35* | Duplicates liability in claims filed by Agent and/or Trustee on behalf of all holders of the debt instruments. |
| | | | | | | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | |
| | | | | | | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6281 | $31,782,275.44* | |
| 77 | NAVEX GLOBAL INC PO BOX 60941 CHARLOTTE, NC 28260-0941 | 09/16/2014 | 14-10979 (CSS) | 4447 | $12,271.00 | NAVEX GLOBAL INC. 6000 MEADOWS ROAD, SUITE 200 LAKE OSWEGO, OR 97035 | 05/29/2014 | 14-10979 (CSS) | 635 | $12,271.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 78 NAVEX GLOBAL, INC. 6000 MEADOWS ROAD SUITE 200 LAKE OSWEGO, OR 97035 | 06/23/2014 | 14-10979 (CSS) | 2494 | $11,926.00 | NAVEX GLOBAL INC. 6000 MEADOWS ROAD, SUITE 200 LAKE OSWEGO, OR 97035 | 05/29/2014 | 14-10979 (CSS) | 635 | $12,271.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 79 OPERATION TECHNOLOGY INC 17 GOODYEAR STE 100 IRVINE, CA 92618 | 10/20/2014 | 14-10979 (CSS) | 5700 | $28,018.00 | OPERATION TECHNOLOGY, INC. 17 GOODYEAR, SUITE 100 IRVINE, CA 92618 | 10/23/2014 | 14-11032 (CSS) | 6180 | $28,018.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 80 PERFORMANCE CONTRACTING INC 16047 WEST 110TH ST LENEXA, KS 66219 | 10/20/2014 | 14-10979 (CSS) | 5679 | $1,490,781.05 | PERFORMANCE CONTRACTING INC PO BOX 872346 KANSAS CITY, MO 64187-2346 | 10/21/2014 | 14-11032 (CSS) | 5767 | $1,490,781.05 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | PERFORMANCE CONTRACTING INC PO BOX 872346 KANSAS CITY, MO 64187-2346 | 10/21/2014 | 14-11022 (CSS) | 5768 | $988,272.66 | |
| | | | | | PERFORMANCE CONTRACTING INC PO BOX 872346 KANSAS CITY, MO 64187-2346 | 10/21/2014 | 14-11033 (CSS) | 5769 | $493,187.31 | |
| | | | | | PERFORMANCE CONTRACTING INC PO BOX 872346 KANSAS CITY, MO 64187-2346 | 10/21/2014 | 14-11042 (CSS) | 5772 | $9,321.08 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 81 | PUENTE BROTHERS INVESTMENTS PO BOX 612248 DFW AIRPORT, TX 75261-2248 | 09/26/2014 | 14-10979 (CSS) | 4685 | $5,050.98 | SOUTHWEST OFFICE SYSTEMS INC PO BOX 612248 DFW AIRPORT, TX 75261-2248 | 09/26/2014 | 14-11032 (CSS) | 4694 | $14,526.44 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| 82 | RAPID RATINGS INTERNATIONAL, INC. 86 CHAMBERS ST SUITE 701 NEW YORK, NY 10007 | 11/24/2014 | | 9880 | $15,000.00 | RAPID RATINGS INTERNATIONAL, INC. 86 CHAMBERS ST SUITE 701 NEW YORK, NY 10007 | 02/04/2015 | 14-10979 (CSS) | 9964 | $15,000.00 | Claimed invoice in claim to be disallowed appears to be the same as remaining claim. |
| 83 | SUSAN BECHTEL WCR INC 2601 W STROOP #100 MORAINE, OH 45439 | 06/30/2014 | 14-11033 (CSS) | 2743 | $50,290.00 | WCR 2601 W STROOP RD #100 DAYTON, OH 45439-1929 | 10/27/2014 | | 7733 | $50,290.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 84 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR BUCKMAN LABORATORIES INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/02/2014 | 14-10979 (CSS) | 2801 | $30,216.76 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR BUCKMAN LABORATORIES INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/02/2014 | 14-11032 (CSS) | 2800 | $30,216.76 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | |
| 85 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR FOSSIL POWER SYSTEMS INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/09/2014 | 14-10979 (CSS) | 2959 | $3,520.00 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR FOSSIL POWER SYSTEMS INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/09/2014 | 14-11022 (CSS) | 2960 | $3,520.00 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| 86 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TOWNLEY ENGINEERING & MFG CO INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/18/2014 | 14-10979 (CSS) | 3188 | $20,480.00 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TOWNLEY ENGINEERING & MFG CO INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 07/18/2014 | 14-11032 (CSS) | 3189 | $20,480.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 87 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR CONTINENTAL WIRELESS INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 08/12/2014 | 14-10979 (CSS) | 3639 | $2,988.52 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR CONTINENTAL WIRELESS INC 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 08/12/2014 | 14-11032 (CSS) | 3640 | $2,988.52 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 88 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR EAST TEXAS SEED COMPANY 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 08/27/2014 | 14-10979 (CSS) | 3915 | $4,929.26 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR EAST TEXAS SEED COMPANY 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 08/27/2014 | 14-11042 (CSS) | 3916 | $4,929.26 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 89 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR SEATINGZONE. COM 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 09/05/2014 | 14-10979 (CSS) | 4151 | $13,299.72 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR SEATINGZONE.CO M 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 09/05/2014 | 14-11032 (CSS) | 4150 | $13,299.72 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |
| 90 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR CUTSFORTH PRODUCTS, INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 09/18/2014 | 14-10979 (CSS) | 4492 | $98,365.40 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR CUTSFORTH PRODUCTS INC. 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 09/18/2014 | 14-11033 (CSS) | 4491 | $98,365.40 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|------------|-------------|---------|--------------|------|------------|-------------|---------|--------------|--------------------------|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 91 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR NORTH AMERICAN TIE & TIMBER LLC 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 10/10/2014 | 14-10979 (CSS) | 5081 | $201,600.00 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR NORTH AMERICAN TIE & TIMBER LLC 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | 10/10/2014 | 14-11042 (CSS) | 5079 | $201,600.00 | Claimed invoice(s) in claim to be disallowed included in remaining claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 92 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-10979 (CSS) | 7906 | $9,877.92 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-11022 (CSS) | 7908 | $9,877.92 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-11032 (CSS) | 7909 | $9,877.92 | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 93 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-10996 (CSS) | 7907 | $9,877.92 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-11022 (CSS) | 7908 | $9,877.92 | Claimed invoice(s) in claim to be disallowed included in remaining claims. |
| | | | | | | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR TEXAS VALVE & FITTING CO 150 GRAND STREET SUITE 401 WHITE PLAINS, NY 10601 | 10/27/2014 | 14-11032 (CSS) | 7909 | $9,877.92 | |
| | | | TOTAL | $9,560,749.09* | | | | | | | |

**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALAYO, JOSE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 490 | $180.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 2 | ALIMAK HEK INC<br>12552 GALVESTON ROAD<br>A160<br>WEBSTER, TX 77598 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/01/2014 | 3461 | $4,221.20 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 3 | ALSTON, SHEENA<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/09/2014 | 5021 | $108.90 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The amount asserted reflects a final bill properly issued to the claimant upon the close of claimant's account, and which the claimant never paid. |
| 4 | AMERICAN WARMING & VENTILATING<br>ATTN: SUSAN SHELDON /CREDIT<br>260 NORTH ELM STREET<br>WESTFIELD, MA 01085 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1337 | $12,755.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for materials that Debtors rejected due to manufacturing defects and returned to the vendor for credit. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ANTHONY, LESLIE V ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5629 | $2,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was disconnected appropriately for non-payment; TXU Energy does not reimburse customers for food spoilage associated with valid disconnection of service for non-payment, as stated in the terms of service agreement. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | APODACA, FERNANDO R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 254 | $270.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement) |
| 7 | ARKANSAS INDUSTRIAL MACHINERY INC 3804 NORTH NONA ST NORTH LITTLE ROCK, AR 72118 | | No Debtor Asserted | 09/02/2014 | 4057 | $1,280.37 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for work performed without a Purchase Order issued by the Debtors. |
| 8 | BACCICH, WILLIAM D ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 710 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BANDA, AMADEO ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 1743 | $390.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant is asserting damage resulting from a storm; TXU Energy does not reimburse customers for damages resulting from "acts of God," as stated in the terms of service agreement. |
| 10 | BARRON, THOMAS C ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 326 | $1,500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 11 | BAUMANN, STACEY ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/23/2014 | 2423 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit, plus interest, was credited to claimant's account on a final invoice dated April 17, 2014. |
| 12 | BELGER CARTAGE SERVICE INC 2100 WALNUT ST KANSAS CITY, MO 64108-1813 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/04/2014 | 1101 | $8,243.23 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 13 | BELL, DAISY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 969 | $4,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit(s) have already been returned to claimant. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | BERKNER AREA BAND CLUB 2709 HAZELWOOD DR GARLAND, TX 75044-3721 | | No Debtor Asserted | 10/29/2014 | 9657 | $2,923.20 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 15 | BIOTECH PLUMBING SERVICES 6743 THEALL RD # C HOUSTON, TX 77066-1215 | | No Debtor Asserted | 06/02/2014 | 815 | $494.89 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 16 | BIRDVIEW SKYLIGHTS 201 LONGHORN RD FORT WORTH, TX 76179-2403 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 394 | $1,063.55 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 17 | BIRDVIEW SKYLIGHTS 201 LONGHORN RD FORT WORTH, TX 76179-2403 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 395 | $2,620.15 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 18 | BLYTHE, MARY ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3348 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | BORTOLE, MAGDO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2264 | $40.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit(s) have already been returned to claimant. |
| 20 | BRINKER WSC PO BOX 127 PICKTON, TX 75471 | | No Debtor Asserted | 09/02/2014 | 4053 | $45,000.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the agreement from which claimant asserts its claim arises was never executed by either party. |
| 21 | BROOKS, MARCHELLE D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4550 | $285.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 22 | BURGESS, EMMA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1312 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant did not provide a deposit. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | CAMP, DANIEL ADDRESS ON FILE | | **Multiple Debtors Asserted** | 05/27/2014 | 224 | $70.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that all customer rewards programs are paid and current. |
| 24 | CARRIGAN, ROSE ADDRESS ON FILE | 14-10997 (CSS) | **TXU Energy Retail Company LLC** | 08/11/2014 | 3592 | $4,624.18 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. TXU Energy does not reimburse customers for damages resulting from power transmission or distribution as stated in the terms of service agreement. |
| 25 | CENTURYTEL OF RUSSELLVILLE DBA CENTURYLINK ATTN: BANKRUPTCY 1801 CALIFORNIA ST, RM 900 DENVER, CO 80202-265 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 07/22/2014 | 3272 | $882.79 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 26 | CENTURYTEL OF SILOAM SPRINGS DBA CENTURYLINK ATTN: BANKRUPTCY 1801 CALIFORNIA ST, RM 900 DENVER, CO 80202-265 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 07/22/2014 | 3274 | $2.34 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | CHARLES NEEDHAM INDUSTRIES INC. 4201 N BEACH ST FORT WORTH, TX 76137-3212 | | No Debtor Asserted | 05/27/2014 | 570 | $270.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 28 | CLACK, JEAN M ADDRESS ON FILE | | No Debtor Asserted | 07/02/2014 | 2789 | $602.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 29 | CLARK, LARRY M ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 537 | $1,731.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 30 | CLAVON, BOBBI ADDRESS ON FILE | | No Debtor Asserted | 08/28/2014 | 3933 | $2,775.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 31 | CLINARD, ELIZABETH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/14/2014 | 5217 | $790.43 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 32 | COOKINGHAM, ALLISON ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 10/14/2014 | 5260 | $3,419.58 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 33 | **CORPUS CHRISTI WATER REFINING 3742 SATURN RD CORPUS CHRISTI, TX 78413-1915** | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 05/27/2014 | 539 | $1,258.74 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 34 | CRENSHAW, JAMES ADDRESS ON FILE | 14-10997 (CSS) | **TXU Energy Retail Company LLC** | 08/11/2014 | 3616 | $700.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 35 | CURTIS, DAN R ADDRESS ON FILE | 14-10997 (CSS) | **TXU Energy Retail Company LLC** | 07/03/2014 | 2861 | $1,895.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that all customer rewards programs are paid and current; claimant was disconnected appropriately for non-payment. |
| 36 | DAVIS, H J ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 10/30/2014 | 9682 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | DAVIS, KEVIN O ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 443 | $750.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 38 | DAVIS, LOUISE ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8079 | Undetermined* | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | DEAN, JOHN M ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3732 | $1,820.00 | No liability owed to claimant per a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 40 | DIECKHOFF, SARAH ADDRESS ON FILE | | No Debtor Asserted | 09/19/2014 | 4517 | $400.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit, plus interest, was credited to claimant's account on a final invoice dated January 31, 2014. |
| 41 | DRESSER, STELLA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 268 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | DREXLER, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2014 | 617 | $865.27 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 43 | DURHAM, EVA MOORE ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/23/2014 | 2380 | $100.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Claimant's term plan expired and was converted to a month-to-month plan, as stated in the terms of service agreement, and claimant was notified of the change in accordance with the terms of service agreement. |
| 44 | ELSASS, JENNIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/23/2014 | 208 | $400.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit(s) have already been returned to claimant. |
| 45 | ENGLISH, WAYNE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/05/2014 | 9800 | $24,580.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claim is for loss on sale of bonds. |
| 46 | EVANS, ASHLEY ADDRESS ON FILE | | No Debtor Asserted | 09/15/2014 | 4407 | $1,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 47 | FEDEX TECHCONNECT, INC. ET AL ATTN: REVENUE RECOVERY/BANKRUPTCY 3965 AIRWAYS BLVD. MODULE G, 3RD FLOOR MEMPHIS, TN 38116 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/09/2014 | 1525 | $61,175.59 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 48 | FISHNET SECURITY INC 6130 SPRINT PARKWAY SUITE 400 OVERLAND PARK, KS 66211 | | **No Debtor Asserted** | 11/03/2014 | 9781 | $4,465.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 49 | FLANDERS ELECTRIC INC. 901 HARRISON RD LONGVIEW, TX 75604 | 14-10988 (CSS) | **Big Brown Power Company LLC** | 06/12/2014 | 1864 | $4,957.15 | Claimant has subsequently indicated to the Debtors that claimant believes no amounts are due on account of this claim. |
| 50 | GALINDO, RAY ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/06/2014 | 1295 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 51 | GIPSON, TERRY ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 05/27/2014 | 213 | $5,384.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that a credit for billing discrepancies was applied to claimant's account on October 25, 2010. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | GIPSON, TERRY ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/02/2014 | 792 | $5,384.00* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that a credit for billing discrepancies was applied to claimant's account on October 25, 2010. |
| 53 | GONZALEZ, REBECCA ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/20/2014 | 2314 | $1,676.28 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 54 | HAMBRECHT, JOHN ADDRESS ON FILE | | **No Debtor Asserted** | 10/27/2014 | 8056 | $2,775.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | HANSEN, MONICA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1649 | $120.00 | No liability owed to claimant per a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 56 | HARDIN, MATTIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 803 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that this claimant was accurately billed in accordance with their pricing plan. |
| 57 | HEER, MICHELLE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/21/2014 | 3752 | $520.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | HERNANDEZ, ALEJANDRA ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 06/02/2014 | 864 | $800.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit was credited to claimant's account on an invoice dated August 23, 2014. |
| 59 | HINKLE, GLORIA ADDRESS ON FILE | | **No Debtor Asserted** | 06/17/2014 | 2155 | $2,500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 60 | HOLMES, LAVERA ADDRESS ON FILE | | **No Debtor Asserted** | 12/01/2014 | 9895 | $54.99 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 61 | HOLMES, WILLIE ADDRESS ON FILE | | **No Debtor Asserted** | 03/16/2015 | 10005 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 62 | HOUSTON, LORETTA ADDRESS ON FILE | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 07/01/2014 | 2776 | $5,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan and charges established by regulatory agencies. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 63 | IRISNDT INC<br>1115 W 41ST ST<br>TULSA, OK 74107-7028 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/24/2014 | 9883 | $25,460.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 64 | JIMENEZ, FRANCISCO<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9672 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 65 | JOHNSON, ANGELA<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/26/2014 | 2589 | $427.80 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The amount asserted reflects a final bill properly issued to the claimant upon the close of claimant's account, and which the claimant never paid. |
| 66 | JOYCE, HELEN<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8042 | Undetermined* | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim.  Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 67 | KEEN, MICHAEL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 659 | $1,565.30 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that all customer rewards programs are paid and current. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | KEESEE SHEET METAL 1118 ELYSIAN ST HOUSTON, TX 77020-2002 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2088 | $300.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 69 | KEMP, MILDRED ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1782 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 70 | KFORCE, INC. ATTN: ANDREW LIENTZ 1001 EAST PALM AVENUE TAMPA, FL 33605 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/06/2014 | 8 | $859.40 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that Debtors already paid claimant on account of this claim on May 3, 2012 via check number 1002615416. |
| 71 | LAMMERS, LINDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 251 | $700.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed based in accordance with their pricing plan. No Debtor is responsible for meter maintenance. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 72 | LARSEN TAYLOR, ANNA<br>ADDRESS ON FILE | | No Debtor Asserted | 08/25/2014 | 3785 | $800.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 73 | LONG, JACKIE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/21/2014 | 5747 | $180.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 74 | LOPEZ, MAIRA<br>DBA VARIEDADES YANDEL<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/15/2014 | 3688 | $8,350.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 75 | LOVEDAY, MISTY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/27/2014 | 2639 | $1,000.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant's deposit(s) have been credited to claimant's account on March 24, 2014. |
| 76 | LOVETT, DEBBIE<br>ADDRESS ON FILE | | No Debtor Asserted | 08/19/2014 | 3738 | $250.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 77 | MACK, KENNETH N ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7845 | $1,861.62 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan; claimant's deposit(s) have already been returned to claimant in 2008. |
| 78 | MAIL BOXES ETC. 16 UVALDE RD STE D HOUSTON, TX 77015-1439 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 498 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 79 | MAILLET, JAMES ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 226 | $847.50 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant did not provide a deposit as no deposit was required. |
| 80 | MANSKE, GENE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4225 | $3,734.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 81 | MARTINEZ, JOSE JESUS ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 363 | $2,552.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. TXU Energy does not reimburse customers for damages resulting from power transmission or distribution as stated in the terms of service agreement. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 82 | MCCLAIN, JUSTIN WAYNE ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2597 | $2,287.02 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 83 | MCPHERSON, SHIRLEY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1155 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. The claimant was billed in accordance with their pricing plan. |
| 84 | MELENDEZ, FRANCISCO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4767 | $2,775.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 85 | MIMES, KENNETH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5121 | $6,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 86 | MOGFORD, ADA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1514 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that all customer rewards programs are paid and current. |
| 87 | MONROE, DEBORAH<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 549 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 88 | MORENO, ALFREDO<br>ADDRESS ON FILE | | Multiple Debtors Asserted | 09/02/2014 | 4012 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 89 | MORGAN, RUBY J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2275 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 90 | MORRIS, MELVIA JUNE ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2633 | $44.08* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that a check in the amount of $44.08 was issued to claimant on September 20, 2011 and cleared the Debtors' account on October 5, 2011. The Debtors determined that there are no unpaid royalties owed to claimant. |
| 91 | MUDSMITH LTD 1306 WEST CR 114 MIDLAND, TX 79706 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 948 | $13,816.55 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 92 | NACOGDOCHES HARDWARE AND RENTAL 1812 SE 1ST ST MINERAL WELLS, TX 76067-5600 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9645 | $2,746.32 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 93 | NAVARRETE, MOISES ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9729 | $2,139.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 94 | OGLETREE DEAKINS NASH SMOAK STEWART P.C. PO BOX 167 GREENVILLE, SC 29602 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/11/2014 | 1768 | $1,344.14 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that Debtors already paid claimant on account of this claim on 08/18/2010 and 08/19/2011 via check numbers 1002519897 and 1002578025, respectively. |
| 95 | OSARHIEMEN, JOANNE ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 684 | $1,058.85 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that the claimant is asserting that Transmission & Delivery Utility (TDU) charges were excessive; these charges are merely "passed through" by TXU Energy from the TDU to customers, TDU charges are set by the TDUs and approved by the Public Utility Commission.  The Debtors have confirmed that the TDU charges were appropriately passed through to the Claimant. |
| 96 | OTIS ELEVATOR CORP PO BOX 981997 EL PASO, TX 79998 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1410 | $373.70 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 97 | PENDERGRASS, JEANNE ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2863 | $240.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that the claimant is not eligible for a return of their deposit (per TXU Energy policy, deposit are returned or applied to a customer's account after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement). |
| 98 | PHILLIPS, CHARLOTTE A ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 278 | $300.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors believe that liability, if any, is owed by a non-Debtor third party (no Debtor sends technicians to conduct service calls). |
| 99 | POWERS-WEST, PEGGY ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9691 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 100 | PRATHER, VAL V ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 804 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 101 | PREMIER TRAILER LEASING INC 401 E CORPORATE DR STE 252 LEWISVILLE, TX 75057-6427 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/15/2014 | 3683 | $3,225.38 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit was credited to claimant's account on April 4, 2013. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 102 | PRITCHARD, CHARLSIE ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1674 | Undetermined* | No liability owed to claimant per a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 103 | RAILROAD MANAGEMENT, LLC, MANAGING AGENT FOR THE STRONG CAPITAL ENTITIES ATTN: CARY NEWMAN 5910 N CENTRAL EXPY STE 1580 DALLAS, TX 75206-5148 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2014 | 7840 | $664.21 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 104 | RAILROAD MANAGEMENT, LLC, MANAGING AGENT FOR THE STRONG CAPITAL ENTITIES ATTN: CARY NEWMAN 5910 N CENTRAL EXPY STE 1580 DALLAS, TX 75206-5148 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/27/2014 | 7841 | $1,504,129.59 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 105 | RAILROAD MANAGEMENT, LLC, MANAGING AGENT FOR THE STRONG CAPITAL ENTITIES ATTN: CARY NEWMAN 5910 N CENTRAL EXPY STE 1580 DALLAS, TX 75206-5148 | 14-11035 (CSS) | Southwestern Electric Service Company, Inc. | 10/27/2014 | 7842 | $21,243.95 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 106 | RAPID RATINGS INTERNATIONAL, INC. 86 CHAMBERS ST SUITE 701 NEW YORK, NY 10007 | 14-10979 (CSS) | Energy Future Holdings Corp. | 02/04/2015 | 9964 | $15,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors determined that the subscription agreement from which claimant asserts its claim arises was terminated prior to the start of subscription year. |
| 107 | RICHARDS, DAWN I ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7742 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant was billed in accordance with their pricing plan. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 108 | RODRIGUEZ, CESAR ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2187 | $125.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that all customer rewards programs are paid and current. |
| 109 | ROMAN, BETH ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 503 | $375.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that all customer rewards programs are paid and current. |
| 110 | RUIZ, EDDIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/18/2014 | 2219 | $1,750.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 111 | SCOTT, MELISSA ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 509 | $200.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 112 | SIMMS, JOHN T ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2349 | $200.00* | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 113 | SMITH, SHARILYN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9662 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 114 | SOROKWASZ, KRISTINE ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/26/2014 | 3819 | $1,250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. The claimant was billed in accordance with their pricing plan. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 115 | SOROKWASZ, MARSHALL ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/26/2014 | 3820 | $1,250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. The claimant was billed in accordance with their pricing plan. |
| 116 | STEPHENS, CHARLOTTE A ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1827 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant already received a credit for billing discrepancies on June 27, 2011. |
| 117 | STEWART, WILLIAM S ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1752 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant's deposit was credited to claimant's account on January 26, 2009. |
| 118 | STONERIVER PHARMACY SOLUTIONS PO BOX 504591 ST LOUIS, MO 63150-4591 | | Multiple Debtors Asserted | 09/15/2014 | 4425 | $3,247.70 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 119 | SULLINS, BILLIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4228 | $3,734.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 120 | SUNOCO LOGISTICS PO BOX 211788 COLUMBIA, SC 29221-6788 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 07/17/2014 | 3135 | $2,500.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 121 | TACKER, BLAKE E ADDRESS ON FILE | | No Debtor Asserted | 08/15/2014 | 3677 | $250.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 122 | TISDALE, HERB<br>ADDRESS ON FILE | | No Debtor Asserted | 08/22/2014 | 3778 | $75.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 123 | TTX INC<br>PO BOX 188<br>TONTITOWN, AR 72770-0188 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/26/2014 | 3833 | $9,280.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 124 | VELOCITY INDUSTRIAL LLC<br>17300 HWY 205<br>TERRELL, TX 75160 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 915 | $2,504.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 125 | VESSELS, ROSEMARIE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5030 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 126 | VIGNESS, RICHARD ADDRESS ON FILE | | Multiple Debtors Asserted | 10/27/2014 | 8100 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that claimant already received a credit for billing discrepancies on July 1, 2009. |
| 127 | VIGNESS, RICHARD, DR ADDRESS ON FILE | | Multiple Debtors Asserted | 10/27/2014 | 8099 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. |
| 128 | WASHINGTON, EDWARD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/30/2014 | 4782 | $200.00 | The claimant and Debtor have resolved the claim and agreed that the Debtors are not liable for this claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 129 | WEBB, BOBBY NAGATO, JR. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/01/2014 | 4804 | $1,265.20 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned.  Per Public Utility Commission rules and Texas law, the Debtors are not required to maintain customer records older than four years. The Debtors determined that claimant was billed based on usage in accordance with their pricing plan of choice. |
| 130 | WHITE, BENNY ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1792 | Undetermined* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |
| 131 | WILLIAMS, ALENE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 388 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 132 | WILLIAMS, RENEE ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/01/2014 | 2764 | $117.25 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that claimant was billed in accordance with their pricing plan. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 133 | WILSON, JEFFREY & MALICIA 5549 NEVIL PT BRENTWOOD, TN 37027 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9607 | $5,500.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 134 | WRIGHT, DENNIS ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 495 | $500.00 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. Customers are eligible for a return of their deposit, per TXU Energy policy, after 12 consecutive months of timely payments or termination of account in accordance with their selected plan, as stated in the terms of service agreement. The Debtors' books and records show no deposit on hand for this claimant, indicating that if the claimant ever paid a deposit, it has already been returned. |
| 135 | YOUNG, MIKAL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1186 | $55,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| | | | | | TOTAL | $1,949,772.39* | |

**EXHIBIT 3** to **EXHIBIT A**

**No Claim Asserted Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SEVENTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A – No Claim Asserted Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | PRATT, S J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/24/2014 | 9889 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 2 | ROMAR, SHELDON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9638 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| | | | | | TOTAL | $0.00 | |