**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11042 (CSS) | Luminant Mining Company LLC | 05/12/2015 | 10066 | $9,969.79 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed here appear to be included in remaining claim 7678). |
| 2 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11032 (CSS) | Luminant Generation Company LLC | 05/12/2015 | 10067 | $14,838.87 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7677). |
| 3 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11033 (CSS) | Sandow Power Company LLC | 05/12/2015 | 10068 | $11,857.89 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code (The claimed invoices to be disallowed appear to be included in remaining claim 7675). |
| 4 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11022 (CSS) | Oak Grove Management Company LLC | 05/12/2015 | 10069 | $5,629.00 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7676.) |

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11033 (CSS) | Sandow Power Company LLC | 05/12/2015 | 10070 | $3,069.71 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7679). |
| 6 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 14-11022 (CSS) | Oak Grove Management Company LLC | 05/12/2015 | 10071 | $1,659.96 | Claimant asserted secured amounts for liens that were not properly perfected as the underlying liabilities either (1) do not fall within the scope of, or (2) do not meet the requirements of the Texas Property Code. (The claimed invoices to be disallowed appear to be included in remaining claim 7679.) |
| | | | | | TOTAL | $47,025.22 | |