**EXHIBIT 1** to **EXHIBIT A**

Modify Priority Claim

RLF1 16672253v.1

ENERGY FUTURE HOLDINGS CORP., et al.

THIRTY-FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | KNIFE RIVER CORPORATION - SOUTH PO BOX 674 BRYAN, TX 77806 | 5246 | Luminant Generation Company LLC | 503(b)(9) | $330,900.47 | Luminant Big Brown Mining Company LLC | Secured | $184,298.69 |
| | | | | | | Luminant Mining Company LLC | Secured | $23,713.38 |
| | | | | | | Luminant Big Brown Mining Company LLC | Unsecured | $108,885.55 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $14,002.85 |
| | | | | | | | Subtotal | $330,900.47 |
| | REASON: Modified to reflect agreement between the Debtors and the Claimant. | | | | | | | |
| | | | | TOTAL | $330,900.47 | | TOTAL | $330,900.47 |

Page 1 of 1