**EXHIBIT 1** to **EXHIBIT A**

**Modify Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 7675 | Sandow Power Company LLC | 503(b)(9) | $11,058.64 | Luminant Generation Company LLC | 503(b)(9) | $3,626.81 |
| | | | Sandow Power Company LLC | Unsecured | $23,998.50 | Sandow Power Company LLC | 503(b)(9) | $6,774.75 |
| | | | | | | Luminant Generation Company LLC | Unsecured | $16,137.12 |
| | | | | | | Sandow Power Company LLC | Unsecured | $321.55 |
| | | | | Subtotal | $35,057.14 | | Subtotal | $26,860.23 |
| | REASON: Modified to reflect agreement between the Debtors and the Claimant. | | | | | | | |
| 2 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 7676 | Oak Grove Management Company LLC | 503(b)(9) | $10,203.60 | Luminant Generation Company LLC | 503(b)(9) | $475.20 |
| | | | Oak Grove Management Company LLC | Unsecured | $14,142.69 | Oak Grove Management Company LLC | 503(b)(9) | $6,483.43 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $17,387.66 |
| | | | | Subtotal | $24,346.29 | | Subtotal | $24,346.29 |
| | REASON: Modified to reflect agreement between the Debtors and the Claimant. | | | | | | | |
| 3 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 7677 | Luminant Big Brown Mining Company LLC | 503(b)(9) | $724.11 | Luminant Mining Company LLC | 503(b)(9) | $724.11 |
| | | | Luminant Big Brown Mining Company LLC | Unsecured | $17,101.57 | Luminant Mining Company LLC | Unsecured | $16,236.07 |
| | | | | Subtotal | $17,825.68 | | Subtotal | $16,960.18 |
| | REASON: Modified to reflect agreement between the Debtors and the Claimant. | | | | | | | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED CLAIM AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 7678 | Luminant Generation Company LLC | 503(b)(9) | $139,900.60 | Luminant Generation Company LLC | 503(b)(9) | $111,072.38 |
| | | | Luminant Generation Company LLC | Unsecured | $121,224.58 | Luminant Generation Company LLC | Unsecured | $127,226.78 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $54.60 |
| | | | | Subtotal | $261,125.18 | | Subtotal | $238,353.76 |
| | REASON: Modified to reflect agreement between the Debtors and the Claimant. | | | | | | | |
| 5 | RED BALL OXYGEN COMPANY C/O GLAST PHILLIPS & MURRAY ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS, TX 75254-1449 | 7679 | Luminant Mining Company LLC | 503(b)(9) | $21,509.54 | Luminant Mining Company LLC | 503(b)(9) | $15,357.43 |
| | | | Luminant Mining Company LLC | Unsecured | $48,506.39 | Oak Grove Management Company LLC | 503(b)(9) | $2,604.69 |
| | | | | | | Luminant Mining Company LLC | Unsecured | $38,152.26 |
| | | | | | | Oak Grove Management Company LLC | Unsecured | $10,172.20 |
| | | | | Subtotal | $70,015.93 | | Subtotal | $66,286.58 |
| | REASON: Modified to reflect agreement between the Debtors and the Claimant. | | | | | | | |
| | | | | TOTAL | $408,370.22 | | TOTAL | $372,807.04 |