## EXHIBIT B

**Summary of Fees Billed by Subject Matter for the Seventh Interim Fee Period**

| Activity Description | Sum of Hours | Sum of Amount |
|---|---:|---:|
| 495 Balloting/Solicitation Consultation | 404.00 | $68,911.90 |
| 642 Fee Application Prep and Related Issues | 26.50 | $6,413.00 |
| 700 Travel | 5.20 | $843.70 |
| 900 Ediscovery Services | 134.10 | $18,774.00 |
| 901 Ediscovery Services | 13.70 | $2,397.50 |
| **Totals** | **583.50** | **$97,340.10** |