## EXHIBIT C

### Summary of Hours Billed by Epiq Professionals[1] During the Seventh Interim Fee Period

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 36.50 | $385.00 | $13,475.00 |
| Brian Karpuk | EBS Senior Consultant III | 26.50 | $242.00 | $6,413.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 138.40 | $242.00 | $33,226.60 |
| Joseph Arena | EBS Senior Consultant I | 34.30 | $176.00 | $6,036.80 |
| Archana Sidhartha | EDS Project Manager | 3.50 | $175.00 | $612.50 |
| James Stephens | EDS Project Manager | 0.70 | $175.00 | $122.50 |
| Tanya Rivera | EDS Project Manager | 16.50 | $175/$140 | $2,642.50 |
| Thursin Atkinson | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| David Blasher | EDS Project Manager | 5.80 | $140.00 | $812.00 |
| Alena Crabtree | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Anna Cummens | EDS Project Manager | 0.80 | $140.00 | $112.00 |
| Rebecca Dennis | EDS Project Manager | 6.20 | $140.00 | $868.00 |
| Jake Dziubczynski | EDS Project Manager | 4.00 | $140.00 | $560.00 |
| David Garcia Jr | EDS Project Manager | 24.30 | $140.00 | $3,402.00 |
| Matthew Howard | EDS Project Manager | 0.20 | $140.00 | $28.00 |
| Katie Hursh | EDS Project Manager | 4.90 | $140.00 | $686.00 |
| Johnny Lam | EDS Project Manager | 0.80 | $140.00 | $112.00 |
| Allison Lee | EDS Project Manager | 1.00 | $140.00 | $140.00 |
| Michael Lindsey | EDS Project Manager | 1.50 | $140.00 | $210.00 |
| Elisabetta Longo | EDS Project Manager | 2.70 | $140.00 | $378.00 |
| Merle Pete | EDS Project Manager | 3.00 | $140.00 | $420.00 |
| Sergio Riquelme | EDS Project Manager | 10.60 | $140.00 | $1,484.00 |
| Ronald Schleimer | EDS Project Manager | 1.20 | $140.00 | $168.00 |
| Tisha Shurley | EDS Project Manager | 3.40 | $140.00 | $476.00 |
| Sarah Simzyk | EDS Project Manager | 4.00 | $140.00 | $560.00 |
| Michal Tchorzewski | EDS Project Manager | 46.00 | $140.00 | $6,440.00 |
| Carl Wall | EDS Project Manager | 2.10 | $140.00 | $294.00 |
| Daniel Weisenbacher | EDS Project Manager | 3.10 | $140.00 | $434.00 |
| Koshin Young | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Jonathan Garcia | EBS Case Manager II | 2.10 | $127.00 | $266.70 |
| Rickey Li | EBS Case Manager II | 11.60 | $127.00 | $1,473.20 |
| David Rodriguez | EBS Case Manager II | 20.00 | $127.00 | $2,540.00 |
| John Chau | EBS Case Manager I | 144.10 | $83.00 | $11,960.30 |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Thomas Vazquez | EBS Admin Support I | 22.20 | $35.00 | $777.00 |
| **Totals** | | | **583.50** | **$97,340.10** |