# **EXHIBIT E**

**Summary of Actual and Necessary Expenses for the Seventh Interim Fee Period**

| Expense Category | Amount |
|---|---:|
| HST142 – Load Files-Native, Scanned & 3rd Party | $1,094.45 |
| HST626 – Relativity License Fee | $13,650.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $226,516.17 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | $37,111.04 |
| PRO128 – Client Media Storage | $260.00 |
| PRO238 – Prepare Native Files | $1.65 |
| PRO250 – PDF from TIFF | $86.58 |
| Travel | $305.00 |
| **TOTAL** | **$279,024.89** |