# **EXHIBIT F**

## **Detailed Description of Expenses and Disbursements**

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| May-16 | HST626 – Relativity License Fee | 48.00 licenses | $70.00 | $3,360.00 |
| May-16 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,319.79 GB | $13.00 | $56,157.28 |
| May-16 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 731.48 GB | $12.86 | $9,277.76 |
| May-16 | PRO128 – Client Media Storage | 4.00 EA | $10.00 - $15.00 | $50.00 |
| Jun-16 | HST142 – Load Files-Native, Scanned & 3rd Party | 21.27 GB | $35.00 | $744.45 |
| Jun-16 | HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| Jun-16 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,353.53 GB | $13.00 | $56,595.89 |
| Jun-16 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 731.68 GB | $12.68 | $9,277.76 |
| Jun-16 | PRO128 – Client Media Storage | 5.00 EA | $10.00 | $50.00 |
| Jul-16 | HST142 – Load Files-Native, Scanned & 3rd Party | 8.95 GB | $35.00 | $313.25 |
| Jul-16 | HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| Jul-16 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,373.32 GB | $13.00 | $56,853.16 |
| Jul-16 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 731.68 GB | $12.68 | $9,277.76 |
| Jul-16 | PRO128 – Client Media Storage | 8.00 EA | $10.00 | $80.00 |
| Jul-16 | PRO238 – Prepare Native Files | 33.00 FIL | $0.05 | $1.65 |
| Jul-16 | PRO250 – PDF from TIFF | 4,329.00 PAG | $0.02 | $86.58 |
| Aug-16 | HST142 – Load Files-Native, Scanned & 3rd Party | 1.05 GB | $35.00 | $36.75 |
| Aug-16 | HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| Aug-16 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 4,377.68 GB | $13.00 | $56,909.84 |
| Aug-16 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 731.68 GB | $12.68 | $9,277.76 |
| Aug-16 | PRO128 – Client Media Storage | 8.00 EA | $10.00 | $80.00 |
| **Transportation** | | | | |
| | Professional | Date | Expense Description | Amount |
| | Jane Sullivan | 18-Aug-16 | Taxi from train Station. | $15.00 |
| | Jane Sullivan | 18-Aug-16 | Round trip train travel New York | $290.00 |

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
|  |  |  | to Wilmington. |  |
| **TOTAL** |  |  |  | **$279,024.89** |