**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Laura Davis Jones, hereby certify that on the 23rd day of January, 2017, I caused a copy of the following document(s) to be served on the individuals on the Participating Parties Service List via Electronic Mail upon: EFH_DS_Discovery_Service_List@kirkland.com.

**COMPUTERSHARE TRUST COMPANY, AS INDENTURE TRUSTEE,**
**NOTICE OF DEPOSITION OF DAVID YING**

/s/ *Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.