IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 9844** |

**CERTIFICATION OF COUNSEL REGARDING
ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies as follows:

1. On October 17, 2016, Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP (collectively "Kirkland") filed the *Seventh Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and the Debtors in Possession, for the Period from May 1, 2016 Through and Including August 31, 2016* [D.I. 9844] (the "Seventh Fee Application").[2] Pursuant to the Seventh Fee Application, Kirkland is seeking entry of an order of this Court approving, on an interim basis, fees and expenses incurred by Kirkland representing the above-captioned debtors and debtors in possession during the period from May 1, 2016 through and including August 31, 2016.

2. The deadline to file an objection or other response to the relief requested in the Seventh Fee Application was November 8, 2016 at 4:00 p.m. (Eastern Standard Time) (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein shall have the meaning ascribed to them in the Seventh Fee Application.

RLF1 16712347v.1

"Objection Deadline") with respect to all parties except the Fee Committee. No objections were filed by the Objection Deadline. Moreover, the undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Seventh Fee Application appears thereon.

3. Following discussions with the Fee Committee, Kirkland and the Fee Committee agreed on certain reductions to the fees and expenses requested by Kirkland in the Seventh Fee Application, as reflected in **Exhibit A** to the attached proposed form of order (the proposed order set forth in **Exhibit 1**, the "Proposed Order").

4. Because no other parties objected to the relief requested in the Seventh Fee Application, and in light of the agreement between Kirkland the Fee Committee regarding the reductions set forth on **Exhibit A** to **Exhibit 1**, Kirkland respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit 1,** at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: January 23, 2017
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*