# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP.,<br>*et al.*,[1]<br><br>Debtors. | ) <br>) Chapter 11<br>) Case No. 14-10979 (CSS)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: March 28, 2017 at 10:00 a.m. (ET)**<br>) **Obj. Deadline: February 6, 2017 at 4:00 p.m. (ET)**<br>) **Related to D.I. 10253**<br>) |

## NOTICE OF MOTION OF DELAWARE TRUST COMPANY, AS TRUSTEE FOR THE EFIH FIRST LIEN NOTES, FOR AN ORDER DIRECTING PAYMENT AND REIMBURSEMENT OF CERTAIN FEES AND EXPENSES AS ADEQUATE PROTECTION OR IN THE ALTERNATIVE PURSUANT TO SECTIONS 105(a) AND 506(b) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on January 23, 2017, Delaware Trust Company, as indenture trustee and collateral trustee, filed the **Motion of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, for an Order Directing Payment and Reimbursement of Certain Fees and Expenses as Adequate Protection or in the Alternative Pursuant to Sections 105(a) and 506(b) of the Bankruptcy Code** (the "Motion"), which seeks entry of an order directing EFIH to reimburse and pay the accrued but unpaid fees and out-of-pocket expenses of the EFIH First Lien Trustee and its professionals, incurred through November 2016, without prejudice to the EFIH First Lien Trustee's right to seek in the future payment of fees and expenses incurred after November 2016.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel, **on or before 4:00 p.m. on February 6, 2017 (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT, A HEARING ON THE MOTION, IF REQUIRED, WILL BE HELD ON **MARCH 28, 2017 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM NO. 6, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

52881/0001-14052172v1

Dated:  January 23, 2017

COLE SCHOTZ P.C.

| | |
|---|---|
| /s/ *J. Kate Stickles* | Warren A. Usatine |
| Norman L. Pernick (Bar No. 2290) | Court Plaza North |
| J. Kate Stickles (Bar No. 2917) | 25 Main Street |
| 500 Delaware Avenue, Suite 1410 | Hackensack, NJ 07602 |
| Wilmington, DE  19801 | Telephone: 201-489-3000 |
| Telephone: 302-652-3131 | Facsimile:  201-489-1536 |
| Facsimile:  302-652-3117 | wusatine@coleschotz.com |
| npernick@coleschotz.com | |
| kstickles@coleschotz.com | |

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| Philip D. Anker | Joel Millar |
| 7 World Trade Center | David Gringer |
| 250 Greenwich Street | Isley Gostin |
| New York, NY 10007 | 1875 Pennsylvania Avenue, NW |
| Telephone: 212-230-8800 | Washington, DC 2006 |
| Facsimile:  212-230-8888 | Telephone:  202-663-6000 |
| Philip.Anker@wilmerhale.com | Facsimile: 202-663-6363 |
| | Joel.Millar@wilmerhale.com |
| | David.Gringer@wilmerhale.com |
| | Isley.Gostin@wilmerhale.com |

ROPES & GRAY LLP

| | |
|---|---|
| Keith H. Wofford | D. Ross Martin |
| Mark Somerstein | Andrew Devore |
| 1211 Avenue of the Americas | 800 Boylston Street, Prudential Tower |
| New York, NY 10036-8704 | Boston, MA  02199-3600 |
| Telephone: 212-596-9000 | Telephone: 617-951-7000 |
| Facsimile:  212-596-9090 | Facsimile: 617-951-7050 |
| Keith.Wofford@ropesgray.com | Ross.Martin@ropesgray.com |
| Mark.Somerstein@ropesgray.com | Andrew.Devore@ropesgray.com |

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone:  212-248-3264
Facsimile:   212-248-3141
James.Millar@dbr.com

*Counsel for Delaware Trust Company*