IN THE UNTIED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED 2017 JAN 24 AM 8:24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al, | ) | Case No. 14-10979(CSS) |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF NO TRANSCRIPT

Pursuant to Rule 8009 (b)(1)(B) of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Wayne English the creditor and bondholder in the above-captioned cases ("Appellant") respectfully submit this Certificate of No Transcript.   Wayne English states that he is not ordering any transcripts to be included in the record on appeal in connection with his appeal of the Order (Fourth) Sustaining Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, Local Bankruptcy Rules 300-1, dated December 13, 2016 [D.I. 10380] of the U.S. Bankruptcy Court for the District of Delaware (Sontchi, J.).

Date: January 19, 2017

Respectfully submitted,

By: /s/ Wayne English
Wayne English, pro se
4849 Bluecap Court
Mesquite, Texas 75181
Tel:   214-460-4975 (Fax 972-222-4285)

Waynemenglish@aol.com

### Certificate of Service

Wayne English hereby certifies that a copy of the foregoing motion was sent on January 19, 2017, via email, mail, or fax to Richards, Layton, & Finger, P.A., Kirkland & Ellis LLP, and James H. M. Sprayregen, P.C.

Wayne English