## Exhibit A

### In re: Energy Future Holdings Corp., et al.
### Case No. 14-10979 (CSS)

| Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP D.I. 9844 | 5/1/2016-8/31/2016 | $15,935,849.50 | $202,943.20 | $590,119.93 | $59,681.08 | $15,732,906.30 | $530,438.85 |

RLF1 16712352v.1