## EXHIBIT A

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| RED BALL OXYGEN COMPANY | 7677 | Response filed on March 1, 2016. [Docket No. 7956]. On January 20, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| RED BALL OXYGEN COMPANY | 7676 | Response filed on March 1, 2016. [Docket No. 7956]. On January 20, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| RED BALL OXYGEN COMPANY | 7679 | Response filed on March 1, 2016. [Docket No. 7956]. On January 20, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| RED BALL OXYGEN COMPANY | 7675 | Response filed on March 1, 2016. [Docket No. 7956]. On January 20, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| RED BALL OXYGEN COMPANY | 7678 | Response filed on March 1, 2016. [Docket No. 7956]. On January 20, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| AUTOMATIC SYSTEMS, INC. | 4868 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| RANGER EXCAVATING LP | 2613 | Response filed on February 19, 2016. [Docket No. 7901]. On December 28, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| LONG INDUSTRIES, INC. | 5269 | On December 14, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| TEXAS BIG SPRING, LP | 8007 | Response filed on February 23, 2016. [Docket No. 7919]. The hearing on this claim has been continued to March 28, 2017 starting at 10:00 a.m. (EST). |

## EXHIBIT B

Energy Future Holdings Corp.
Thirty-Ninth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FPL ENERGY PECOS WIND I, LLC | 7485 | Response filed on April 7, 2016. [Docket No. 8153]. The hearing on this claim is continued to a mutually agreeable date to be determined. |
| FPL ENERGY PECOS WIND II, LLC | 7483 | Response filed on April 7, 2016. [Docket No. 8154]. The hearing on this claim is continued to a mutually agreeable date to be determined. |
| HERBERT, WILLIAM JEFFERY | 4364 | Response filed on April 8, 2016. [Docket No. 8173]. The hearing on this claim is continued to a mutually agreeable date to be determined. |
| HOPKINS COUNTY | 11825 | Informal response received. The claimant withdrew the claim pursuant to the Notice of Withdrawal of Proof Claim D.I. 10 filed in case no. 14-10996. |
| INDIAN MESA WIND FARM, LLC | 7484 | Response filed on April 7, 2016. [Docket No. 8152]. The hearing on this claim is continued to a mutually agreeable date to be determined. |
| MCALOON, CATHERINE | 4780 | Response filed on April 18, 2016. [Docket No. 8240]. On January 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |