# Exhibit A

[Statement of Fees by Subject Matter]

64560183v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 1.9 | $1,851.00 |
| 003 | EFH Business Operations | 2.1 | $2,205.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 42.0 | $49,020.00 |
| 005 | EFH Corporate Governance and Board Matters | 26.9 | $31,007.50 |
| 006 | Discovery | 34.2 | $37,960.00 |
| 008 | Fee Applications and Objections | 10.5 | $10,747.50 |
| 009 | Financing and Cash Collateral | 0.4 | $420.00 |
| 010 | Hearings | 25.5 | $28,907.50 |
| 011 | Claims Investigations, Analyses and Objections | 2.4 | $2,520.00 |
| 014 | Non-Working Travel | 49.2 | $27,922.50 |
| 015 | Plan and Disclosure Statement | 79.2 | $88,277.50 |
| 016 | Tax | 60.6 | $61,416.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **334.9** | **$342,254.50** |

64560183v1