## Exhibit B

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $975 | 16.6 | $16,185.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,075 | 47.1 | $50,632.50 |
| Paul Possinger | Partner | 1993 | Corporate | $1,075 | 0.5 | $537.50 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $1,000 | 12.5 | $12,500.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,425 | 4.3 | $6,127.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,275 | 85.8 | $109,395.00 |
| | | | | $637.50 | 18.6 | $11,857.50[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,050 | 83.5 | $87,675.00 |
| | | | | $525 | 30.6 | $16,065.00[1] |
| Jennifer L. Roche | Associate | 2007 | Litigation | $900 | 25.9 | $23,310.00 |
| Gary Silber | Associate | 2011 | Tax | $845 | 5.3 | $4,478.50 |
| Jeramy D. Webb | Associate | 2015 | Corporate | $550 | 0.5 | $275.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $900 | 3.5 | $3,150.00 |
| **Total** | | | | | **334.7** | **$342,188.50** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

64560183v1

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $330 | 0.2 | $66.00 |
| **Total** | | | | | **0.2** | **$66.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **334.9** | **$342,254.50** |