## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

64560183v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $36.80 |
| Telecommunications | $0.00[1] |
| Word Processing | $0.00[2] |
| Litigation and Corporate Support Services | $288.00[3] |
| Messenger/Delivery | $62.89 |
| Travel Out-of-Town – Transportation | $2,204.76[4] |
| Taxi, Carfare, Mileage, Parking | $1,204.19[5] |
| Business Meals | $253.40[6] |
| Out-of-Town Lodging | $1,203.62[7] |
| **Total** | **$5,253.66** |

---

[1] Reflects a reduction of $5.22 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Reflects a reduction of $117.00 for administrative expenses incurred that are not reimbursable pursuant to the fee committee guidelines

[3] Consists of CourtCall expenses.

[4] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[5] Includes a reduction of $21.08 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[6] Includes a reduction of $456.84 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[7] Includes a reduction of $21.85 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

64560183v1