## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

Disbursements and Other Charges

| Date | Name | Description | Amount |
|---|---|---|---|
| 11/14/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from Newark Airport to Hotel | 86.56 |
| 11/16/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from Hotel to Newark Airport | 87.43 |
| 11/25/2016 | Mark K. Thomas | Messenger/delivery | 62.89 |
| 11/30/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 11/30/2016 | Mark K. Thomas | Out Of Town Transportation-Cab from Office to O'Hare | 55.00 |
| 11/30/2016 | Mark K. Thomas | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 40.00 |
| 12/01/2016 | Mark K. Thomas | Out Of Town Transportation-A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 12/01/2016 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia 11/30-12/2/16 | 347.10 |
| 12/01/2016 | Mark K. Thomas | Airplane-Change Fee | 200.00 |
| 12/01/2016 | Mark K. Thomas | Lodging-Two Nights Philadelphia | 589.48 |
| 12/01/2016 | Michael A. Firestein | Telephone-CourtCall | 37.00 |
| 12/01/2016 | Peter J. Young | Lodging-Internet and WiFi | 14.99 |
| 12/01/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 12/01/2016 | Peter J. Young | Out Of Town Transportation-Cab from LAX to Home | 50.00 |
| 12/01/2016 | Peter J. Young | Out Of Town Transportation-Uber from Wilmington to Philadelphia for M. Thomas and P. Young | 192.03 |
| 12/01/2016 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Philadelphia to Wilmington | 125.00 |
| 12/01/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 12/02/2016 | Peter J. Young | Out Of Town Transportation-Uber from Hotel to Philadelphia Airport | 51.51 |
| 12/02/2016 | Peter J. Young | Airplane-Inflight WiFi | 7.99 |
| 12/04/2016 | Peter J. Young | Airplane-Los Angeles to/from Philadelphia 12/2-4/16 | 1,089.10 |
| 12/04/2016 | Peter J. Young | Out Of Town Transportation-Uber from Home to LAX | 60.33 |
| 12/04/2016 | Peter J. Young | Airplane-Inflight WiFi | 11.99 |
| 12/04/2016 | Peter J. Young | Lodging-One Night Philadelphia | 299.15 |
| 12/04/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 12/04/2016 | Mark K. Thomas | Out Of Town Transportation-A1 Airport Limo Service from Home to O'Hare | 75.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 12/04/2016 | Mark K. Thomas | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 40.00 |
| 12/05/2016 | Mark K. Thomas | Out Of Town Transportation-A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 12/05/2016 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia 12/4-5/16 | 499.60 |
| 12/05/2016 | Mark K. Thomas | Airplane-Travel Agent Service Fee | 35.00 |
| 12/05/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 43.25 |
| 12/05/2016 | Mark K. Thomas | Lodging-One Night Philadelphia | 300.00 |
| 12/05/2016 | Peter J. Young | Airplane-Inflight WiFi | 7.99 |
| 12/05/2016 | Peter J. Young | Out Of Town Transportation-Cab from LAX to Home | 55.00 |
| 12/05/2016 | Peter J. Young | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 35.00 |
| 12/05/2016 | Peter J. Young | Out Of Town Transportation-Uber from Wilmington to Philadelphia | 101.33 |
| 12/05/2016 | Peter J. Young | Out Of Town Meals | 10.15 |
| 12/06/2016 | Lary Alan Rappaport | Reproduction | 0.40 |
| 12/08/2016 | Mark K. Thomas | Reproduction | 3.60 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 0.40 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 2.20 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 0.10 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 8.50 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 0.50 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 2.40 |
| 12/14/2016 | Michael A. Firestein | Telephone-CourtCall | 191.00 |
| 12/14/2016 | Peter J. Young | Telephone-CourtCall | 30.00 |
| 12/14/2016 | Michael A. Firestein | Telephone-CourtCall | 30.00 |
| 12/21/2016 | Jared Zajac | Reproduction | 1.90 |
| 12/27/2016 | Peter J. Young | Airplane-Inflight WiFi | 5.99 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.60 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.60 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.20 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.30 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.30 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 1.30 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 2.10 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.80 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 1.50 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 1.30 |
| 12/29/2016 | Jennifer L. Roche | Reproduction | 2.60 |
| 12/29/2016 | Jennifer L. Roche | Reproduction | 2.60 |
| 12/30/2016 | Jennifer L. Roche | Reproduction | 2.60 |

Disbursements and Other Charges                    $   5,253.66