IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 10329 |

**NOTICE OF FILING OF CORRECTED SCHEDULE "MOR-1b"
TO "MONTHLY OPERATING REPORT FOR THE PERIOD FROM
OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016" [D.I. 10329]**

PLEASE TAKE NOTICE that, on December 7, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors"[2]) filed the *Monthly Operating Report for the Period From October 1, 2016 Through October 31, 2016* [D.I. 10329] (the "October 2016 MOR") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, subsequent to filing the October 2016 MOR, the Debtors identified a reporting error in "MOR-1b: Schedule of Disbursements By Legal Entity" (the "Original Schedule"). Specifically, the Debtors inadvertently attributed certain post-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Debtors include (i) Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors"), and (ii) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors").

emergence disbursements made by one of the reorganized TCEH Debtors[3] to the EFH/EFIH Debtors, which such disbursements will be separately reported by the reorganized TCEH Debtors on the applicable post-confirmation quarterly report that will be filed by the reorganized TCEH Debtors in accordance with Public Law 104-99 and ¶ 6.B of the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees.*

PLEASE TAKE FURTHER NOTICE that, as a result of the foregoing, the Debtors have today filed with the Bankruptcy Court the attached corrected and verified "MOR-1b: Schedule of Disbursements By Legal Entity" (the "Corrected Schedule") in connection with the October 2016 MOR to correct the reporting error in the Original Schedule. A copy of the Corrected Schedule is attached hereto as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby expressly incorporate the Corrected Schedule into the October 2016 MOR in its entirety.

*[Remainder of page intentionally left blank.]*

---

[3] The TCEH Debtors emerged from chapter 11 on October 3, 2016. *See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date* [D.I. 9742].

2

Dated: January 24, 2017
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession