## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline:  February 14, 2017** |

### NOTICE OF FEE STATEMENT

Jenner & Block LLP (the "**Applicant**") has today filed the attached *Nineteenth Monthly Fee Statement of Jenner & Block LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from December 1, 2016 through December 31, 2016* (the "**Fee Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654,

Attn: Chad Husnick; (iii) proposed co- counsel to the Debtors, Richards, Layton &

Finger, P.A., 920 North King Street, Wilmington,  DE 19801, Attn: Daniel J.

DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the  United States

Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room  2207,

Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice,

Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New

York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH

First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue,

New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the

agent of the TCEH DIP Financing  Facility, Milbank, Tweed, Hadley & McCloy LLP, 1

Chase Manhattan Plaza, New York, NY  10005, Attn: Evan Fleck and Matthew Brod;

(vii) counsel to the Official Committee of  Unsecured Creditors, Morrison & Foerster

LLP, 250 W. 55th Street, New York, NY 10019,  Attn: Lorenzo Marinuzzi and Jennifer

Marines; and (viii) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main

Street, Madison, WI 53703, Attn: Katherine Stadler, by no later  than **4:00 p.m. (Eastern

Standard Time) on February 14, 2017** (the "**Objection Deadline**").

        If any responses or objections to the  Fee Statement are timely filed, served

and received in accordance with this notice, a hearing on  the Fee Statement will be held at

the convenience of the Bankruptcy Court. Only  those  objections made in writing and timely

filed and received in accordance with the Administrative  Order and the procedures

described herein will be considered by the Bankruptcy Court at such  hearing.

        Under the Administrative Order, if  no objection to the Fee Statement is

timely  filed,  served  and  received  by  the  Objection  Deadline,  the  Applicant  may be paid

SL1 1448597v1 109285.00005

an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the

Fee Statement or (ii) 80% of the fees and 100% of the expenses not subject to an objection

without the need for further order of the Bankruptcy Court.


Date: January 24, 2017

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Jason D. Angelo (No. 6009)
STEVENS & LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3310;-3311
Fax: (610) 371-7972
Email: jhh/jda@stevenslee.com


*Independent Counsel for Energy Future*
*Intermediate Holding Company LLC*

SL1 1448597v1 109285.00005