## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 19.10 | $17,692.00 |
| TOTAL | **19.10** | **$17,692.00** |