## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 3.60 | 4,320.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 9.60 | 9,360.00 |
| Andrew Lichtman | Associate | 2010 | Litigation | 680 | 5.90 | 4,012.00 |
| | | | | **TOTAL** | **19.10** | **17,692.00** |

SL1 1448597v1 109285.00005