## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**No Expenses**