## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**No Expenses**

SL1 1448597v1 109285.00005