**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP, et. al.<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Docket Ref. Nos. 3126 and 3346** |

**FOURTH SUPPLEMENTAL DECLARATION OF ALAN D. HOLTZ**
**OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF ENERGY FUTURES HOLDINGS CORPORATION, ET AL.**

Pursuant to 28 U.S.C. § 1746, I, Alan D. Holtz, under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I am filing this fourth supplemental declaration to supplement my original declaration[1] executed on December 22, 2014, my first supplemental declaration, executed on January 21, 2015, my second supplemental declaration, executed on May 20, 2015 and my third supplemental declaration, executed May 9, 2016 (collectively, the "Declarations"). In the Declarations, AlixPartners reserved the right to supplement the Declarations in the event that AlixPartners discovered any additional information.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Original Declaration.

1

4.  Unless otherwise noted, references to AP in the disclosures below collectively refer to AlixPartners, AP Holdings, AP Services, and each of their respective subsidiaries. AlixPartners wishes to disclose the following:

- AlixPartners is a wholly owned subsidiary of AP Holdings.[2] On January 12, 2017, funds managed by subsidiaries of CVC Capital Partners SICAV-FIS S.A., a private equity and investment advisory firm, ceased to own a controlling stake in AP Holdings and now do not own any interest in AP Holdings. As of January 12, 2017, no person or entity owns a controlling interest in AP Holdings.

    The equity capital of AP Holdings is now owned by: (i) the Managing Directors of AlixPartners; (ii) Lakeview Capital Holdings, Inc. and other affiliates of Jay Alix (collectively "Lakeview"), (iii) affiliates of Caisse de dépôt et placement du Québec ("CDPQ"), (iv) affiliates of Investcorp Group ("IVC"), (v) affiliates of Public Sector Pension Investment Board ("PSP Investments") and (vi) other individuals and trusts. Neither CDPQ, IVC, Lakeview nor PSP Investments (collectively, the "Investors") nor their respective affiliates that directly hold interests in AP Holdings (the "Investor Affiliates," and together with the Investors, the "Investor Parties") nor any other person owns a majority of the equity capital of AP Holdings or individually controls the Board of AP Holdings.

    Designees of the Investors serve or shall serve as some of the members of the Boards of Directors of each of AlixPartners and AP Holdings (collectively, the "Boards"). In addition to their investments in AP Holdings, all of the Investors have substantial investments unrelated to AP.

    No material nonpublic information about the Debtors has been or will be furnished by AP to the Investor Parties, and AP will continue to abide by its confidentiality obligations to the Debtors. Except for the Board designees, AP operates independently of the Investor Parties, and does not share employees, officers or other management with any such Investor Parties. AP and each of the Investor Parties have separate offices in separate buildings, use separate Internet email addresses, and do not otherwise share IT systems. No personnel of the Investor Parties work on AlixPartners client matters or have access to AlixPartners client information or client files or client personnel. No AP executive or employee is a director, officer or employee of any Investor Party. Each Investor Party is governed by its own board of directors or similar body and managed by its own management team. Each Investor is independent of each other Investor.

    The ownership structure of AP Holdings only recently changed to include the Investor Affiliates. As a result, as of the date hereof, due to, among other things, the sheer size of the investment portfolios of some of the Investors, AlixPartners'

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Declarations.

2

conflicts search related to the Investor Parties was limited to AlixPartners searching the names of each of the Investor Parties against the list of Debtors and the list of Potential Parties in Interest. AlixPartners has determined, to the best of its knowledge based on that search, that there are no connections with the Investor Parties that require disclosure other than as noted herein. Nonetheless, AlixPartners is working with the Investor Parties to evaluate and implement any additional conflicts checks that might be warranted as soon as reasonably practicable. AlixPartners will promptly file a supplemental disclosure if there are additional connections.

Although AlixPartners has performed a conflicts check as to the Investor Parties, one or more of the Investor Parties may, in the ordinary course and from time to time, hold, control and/or manage loans to, or investments in, the Debtors and/or Potential Parties in Interest and/or may trade debt and/or equity securities in the Debtors and/or Potential Parties in Interest. In addition, one or more of the Investor Parties may also have had, currently have, or may in the future have business relationships or other connections with the Debtors or other Potential Parties in Interest. To the extent AlixPartners learns of such business relationships or other connections, AlixPartners will promptly file a supplemental disclosure.

In addition, AlixPartners may have had, may currently have or may in the future have business relationships with, among other entities, portfolio companies of the Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the Debtors or their affiliates in these chapter 11 cases. Based on, among other things, the business separation between each of the Investor Parties and AlixPartners and the contractual client confidentiality obligations of AlixPartners, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to the engagement.

5. I continue to reserve the right to submit additional supplemental declarations in the event that AlixPartners discovers any facts bearing on matters regarding AlixPartners' employment by the Committee. AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a) if any new material, relevant facts, or relationships are discovered or arise.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

*/s/ Alan D. Holtz*
Alan D. Holtz

Dated: January 24, 2017
      New York, New York