# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO.:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 1/26/2017 at 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark McKane | Kirkland & Ellis LLP | Debtors |
| Jon Ganter | " | " |
| Philip Anker | Wilmer Hale | EFH First Liens |
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| Daniel J. DeFranceschi | Richards, Layton & Finger | Debtors |
| Jason M. Madron | " | " |
| Rory Brunsch | Kohr Harrison | UMB Bank, N.A. Indenture Trustee |
| Abid Qureshi | Akin Gump | " |
| Chris Carty | " | " |
| Daniel K. Hogan | Hogan McDaniel | Fenicle, Fahy, Heizmann & Jones |
| David Klauder | B. Pell. & Klauder | EFH Corp. |
| Peter Young | Proskauer | " |
| Richard J. DeOur | Nixon Peabody | AST as Indenture Trustee |
| Colin R. Robinson | Pachulski Stang Ziehl & Jones | Second Lien Indenture Trustee |
| Jeffrey S. Sabin | Venable LLP | Pimco |
| Brian Glueckstein | Sullivan & Cromwell LLP | EFH Committee |
| Bryan Stephany | K&E | Debtors |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 01/26/2017
Calendar Time: 01:00 PM ET

Amended Calendar  Jan 26 2017 9:15AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8105238 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8110387 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8103370 | Robin D. Ball | (213) 892-1000 ext. | Chadbourne & Parke, LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8061452 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8106405 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8101405 | Kellie Cairns | (212) 373-3012 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, The Steering Committee of TCEH First Lien Lenders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8105271 | Chris Carty | (212) 872-8045 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8109343 | Maria Chutchian | (646) 378-3108 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8078717 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8105284 | Catherine N. Eisenhut | (212) 872-7434 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8110395 | Barry Felder | (212) 338-3540 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8101272 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8110609 | Mark Flannagan | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 8078741 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8105365 | Simon E. Fraser | (302) 295-2000 ext. | Cozen O'Connor | Creditor, J. Aron & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8107517 | Brian Guiney | (212) 336-2305 ext. | Patterson Belknap Webb & Tyler | Interested Party, Patterson Belknap Webb & Tyler / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8101422 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8109133 | Chad J. Husnick | (312) 862-2009 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 8109138 | Natasha Hwangpo | (212) 909-3198 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8104826 | Gary L. Kaplan | (212) 859-8812 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8101426 | Harold Kaplan | (312) 832-4393 ext. | Foley & Lardner LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8107447 | Emily L. Katz | (212) 761-1671 ext. | Morgan Stanley - New York | Interested Party, Emily L. Katz / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8101570 | Lars A. Peterson | (312) 832-5394 ext. | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8092525 | Meredith Pfister | (212) 412-1368 ext. | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8105251 | Abid Qureshi | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| Energy Future Holdings Corp. | Hearing | 8109029 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8106811 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Client, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8101736 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8056033 | Noah M Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 8104791 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | Hearing | 8105329 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8107456 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8106333 | Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8109046 | Amer Tiwana | (646) 616-3052 ext. | Cowen & Co. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8101396 | Carl Tullson | (312) 407-0379 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8101429 | Michael Turkel | (212) 373-3689 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, TCEH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8105032 | Matthew Underwood | 212-588-5148 ext. | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8101453 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |

Serenia Taylor ext. 855    CourtConfCal2009