## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST TO BE REMOVED FROM SERVICE

PLEASE TAKE NOTICE that Jeffrey S. Cianciulli, Esquire, hereby withdraws his appearance filed in the above-captioned case on behalf of Evercore Group, L.L.C., and requests that he be removed from all Notice and Service Lists in this case.

WEIR & PARTNERS LLP

By: /s/ Jeffrey S. Cianciulli
    Jeffrey S. Cianciulli, Esquire (#4369)
    824 N. Market Street, Suite 800
    Wilmington, Delaware 19801
    T: (302) 652-8181
    F: (302) 652-8909
    jcianciulli@weirpartners.com
    *Attorneys for Evercore Group, L.L.C.*

Dated: January 26, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

505149_1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## CERTIFICATE OF SERVICE

I, Jeffrey S. Cianciulli, Esquire. hereby certify that on this 26th day of January, 2017, I caused to be served a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request to be Removed from the Service List to be served upon all parties currently registered to receive electronic notices via this Court's ECF system:

/s/ Jeffrey S. Cianciulli
Jeffrey S. Cianciulli

505149_1