**EXHIBIT "A"**

Invoice Date: 1/26/17
Invoice Number: 740795
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 001 | Asset Analysis | 2.10 | $1,147.50 |
| 006 | Case Administration | 10.50 | $5,713.00 |
| 008 | Corporate Governance and Board Matters | 1.50 | $915.00 |
| 010 | Employment and Fee Applications (MMWR) | 13.40 | $3,679.50 |
| 011 | Employment and Fee Applications (Others) | 5.40 | $1,558.50 |
| 014 | Meetings and Communications with Creditors | 0.40 | $244.00 |
| 015 | Non-Working Travel | 5.00 | $1,525.00 |
| 016 | Plan and Disclosure Statement | 15.40 | $9,394.00 |
| 021 | Hearings | 8.60 | $5,304.50 |
| 030 | Asbestos-Related Matters | 14.30 | $9,204.00 |
| | Matter Total | 76.60 | $38,685.00 |