# EXHIBIT "B"

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 8.80 | $5,940.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 46.40 | $28,304.00 |
| Mark A. Fink | | $305.00 | 5.00 | $1,525.00 |
| Mark B. Sheppard | Partner; Joined firm in 2009; Member of PA Bar since 1987 | $585.00 | .50 | $292.50 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 60.70 | $36,061.50 |
| | | | | |
| Octavia Frias | Paralegal | $165.00 | 15.90 | $2,623.50 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 15.90 | $2,623.50 |
| **TOTAL ALL PROFESSIONALS** | | | 76.60 | 38,685.00 |