**EXHIBIT "C"**

## EXPENSE SUMMARY
## DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016

| Expense Category | Total Expenses |
|---|---|
| PACER | $222.30 |
| Consultant Fees | $150.00 |
| **Total:** | **372.30** |