# EXHIBIT "D"

|  |  |
|---|---|
| Invoice Date: | 1/26/17 |
| Invoice Number: | 740795 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description |  | Amount |
|---|---|---|---|
| 0046 | Consultant Fees | $ | 150.00 |
| 0163 | Pacer | $ | 222.30 |
|  | Total: | $ | 372.30 |

MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP