# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 4.3 | $897.50 |
| [ALL] Case Administration | 3.2 | $1,007.50 |
| [ALL] Claims Administration & Objections | 1.1 | $340.00 |
| [ALL] Contested Matters & Adv. Proceed. | 2.5 | $875.00 |
| [ALL] Hearings | 9.5 | $3,325.00 |
| [ALL] Non-BK Fee/Employment Applications | 4.6 | $665.00 |
| [ALL] Plan and Disclosure Statement | 8.8 | $2,900.00 |
| **Total** | **34.0** | **$10,010.00** |