## **EXHIBIT B**

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 25.6 | $8,960.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | <u>8.4</u> | <u>$1,050.00</u> |
| **Total** | | | | | **<u>34.0</u>** | **<u>$10,010.00</u>** |