# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| **Expense Category** | **Total Expenses** |
|---|---:|
| Filing/Court Fees | $20.50 |
| In-House Reproduction | $14.30 |
| **Total** | **$34.80** |