## **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

Case 14-10979-CSS    Doc 10725-4    Filed 01/27/17    Page 1 of 2

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 12-05-2016 | In-House Reproduction | Photocopies (60 copies) | $6.00 |
| 12-15-2016 | In-House Reproduction | Photocopies (28 copies) | $2.80 |
| 12-16-2016 | Filing/Court Fees | PACER | $20.50 |
| 12-29-2016 | In-House Reproduction | Photocopies (55 copies) | $5.50 |
| **TOTAL** | | | **$34.80** |