# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP<br><br>919 Third Avenue New York, NY 10022 | Eighteenth Monthly Fee Statement<br><br>November 1, 2016 through November 30, 2016<br><br>Docket No. 10424 | $16,237.50 | $36.82 | 01/17/2017 | $12,990.00 | $16,237.50 | $3,247.50 |