## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Energy Future Holdings Corp., *et al.* | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

### CERTIFICATION OF NO OBJECTION REGARDING ENERGY FUTURE HOLDING CORP.'S NOTICE OF ENTRY INTO LIQUIDATION AGREEMENT

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the *Notice of Entry into Liquidation Agreement* (the "Liquidation Notice"), a copy of which is attached hereto as **Exhibit A.**

1. The Liquidation Notice was served by the Debtors' claims and noticing agent on December 22, 2016 in connection with that certain liquidation agreement entered into by and between Energy Future Holding Corp. ("EFH") and Merrill Lynch Capital Services, Inc. ("Counterparty" and, together with EFH, the "Parties") (the "Liquidation Agreement") to resolve all claims arising under certain hedging and trading transactions entered into by and between the Parties.

2. The Liquidation Notice was served in accordance with the terms of the Court's *Order Establishing Procedures for the Liquidation by Third Parties of Claims on Account of Certain Hedging and Trading Arrangements* [D.I. 1957] (the "Liquidation Procedures Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 16767677v.1

3. Pursuant to the terms of the Liquidation Procedures Order and the Liquidation Notice, parties objecting to EFH's entry into the Liquidation Agreement were to submit a written statement of their objection(s) within fourteen (14) calendar days of receiving the Liquidation Notice (a "Liquidation Objection"). If no Liquidation Objection was timely served in accordance with the terms of the Liquidation Notice, all parties who were served with the Liquidation Notice are barred from objecting to the Liquidation Agreement and the Debtors shall file with the Court a certification of no objection.

4. The undersigned hereby certifies that the Debtors have not received a Liquidation Objection. Accordingly, under the terms of the Liquidation Procedures Order, EFH and Counterparty are immediately authorized to consummate the Liquidation Agreement in accordance with its terms.

*[Remainder of page intentionally left blank.]*

Dated: January 27, 2017
      Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession