## EXHIBIT A

**Liquidation Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 14-10979 (CSS) |
| Energy Future Holdings Corp., *et al.* | ) Jointly Administered |
| Debtors.¹ | ) |

**ENERGY FUTURE HOLDINGS CORP.'S**
**NOTICE OF ENTRY INTO LIQUIDATION AGREEMENT**

**TO:** (i) the Office of the United States Trustee for the District of Delaware; (ii) the Office of the United States Trustee for the Southern District of New York; (iii) counsel to the Official Committee of Unsecured Creditors; and (iv) those parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that, on November 10, 2016, Energy Future Holdings Corp. ("EFH") entered into a liquidation agreement (the "Liquidation Agreement") with Merrill Lynch Capital Services, Inc. ("Counterparty" and, together with EFH, the "Parties") to resolve all claims arising under certain hedging and trading transactions entered into by and between the Parties.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bankruptcy Court's *Order Establishing Procedures for the Liquidation by Third Parties of Claims on Account of Certain Hedging and Trading Arrangements* [D.I. 1957] (the "Liquidation Procedures Order"), the Debtors have the authority to negotiate, resolve, and liquidate claims arising on account of the Hedging and Trading Arrangements (as defined in the Debtors' *Motion for an Order Establishing Procedures for the Liquidation by Third Parties of Claims of Certain Hedging and Trading Arrangements* [D.I. 1838]) (including interest rate swaps executed by Debtor EFH Corp.), consistent with the relief granted in the Liquidation Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the terms of the Liquidation Procedures Order, the following is a summary of the key terms of the Liquidation Agreement:

> ➢ The Liquidation Agreement has been entered into by and between EFH, having an address at 1601 Bryan Street, Dallas, Texas 75201, and the Counterparty, having an address at 214 N. Tryon Street, Charlotte, North Carolina 28255.

---

¹ The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

- ➢ The Liquidation Agreement liquidates the unsecured claim of Counterparty arising out of the Transactions (as defined in the Liquidation Agreement). The Liquidation Agreement provides that Counterparty's proof of claim against EFH (assigned claim number 4476) (the "Filed Claim") shall be allowed against EFH in the amount of $4,150,000.00 and receive the treatment provided to Claims against EFH that are derived from or based upon swaps entered into by EFH on an unsecured basis (the "Agreed Claim"). Payment of the Agreed Claim shall be in full and final satisfaction of the Filed Claim.

- ➢ The Liquidation Agreement provides, *inter alia*, that (i) Counterparty shall have an allowed unsecured claim in the amount of the Agreed Claim; (ii) the Parties agree to full mutual releases with respect to all claims arising out of the Terminated Hedging and Trading Arrangements or Transactions (as defined in the Liquidation Agreement); and (iii) to the extent Counterparty has filed any proofs of claims related to the Terminated Hedging and Trading Arrangements, other than the Agreed Claim, Counterparty agrees that it will withdraw such proofs of claims with prejudice within five (5) business days after the execution of the Liquidation Agreement.

- ➢ EFH believes that entering into the Liquidation Agreement is a sound exercise of its business judgment as it avoids the cost, uncertainty and delay of a protracted litigation concerning the Parties' payables.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the terms of the Liquidation Procedures Order, parties objecting (each, an "Objecting Party") to EFH's entry into the Liquidation Agreement shall submit a written statement of their objection(s) within fourteen (14) calendar days of receiving this Liquidation Notice (a "Liquidation Objection"). Each Liquidation Objection must be served by electronic mail or overnight delivery service upon the following parties: (i) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz, and 300 N. LaSalle, Chicago, IL 60654, Attn: Chad J. Husnick; (ii) counsel to the Counterparty, Moore & Van Allen, PLLC, 100 Tryon Street, Suite 4700, Charlotte, NC 28202, Attn: Stephen E. Gruendel; (iii) the Counterparty, Bank of America, N.A., 901 Main Street, Dallas, TX 75202, Attn: Diane Timmons, Assistant General Counsel; (iv) the Office of the United States Trustee for the District of Delaware; (v) the Office of the United States Trustee for the Southern District of New York; (vi) counsel to the Official Committee of Unsecured Creditors; and (vii) those parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that if no Liquidation Objection is timely served in accordance with the above paragraph, or a timely served Liquidation Objection is withdrawn by the Objecting Party, all parties who were served with the Liquidation Notice shall be barred from objecting to the Liquidation Agreement and the Debtors shall file with the Court a certificate of no objection. Upon such filing, EFH and Counterparty shall be immediately authorized to consummate the Liquidation Agreement in accordance with its terms.

Dated: December 22, 2016
       New York, New York

                                   */s/ Iskender H. Catto*
**GREENBERG TRAURIG, LLP**
Iskender H. Catto
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Special Counsel to the Debtors for*
*Certain Energy-Related Transactional Matters*