# EXHIBIT B[1]

### Additional Disclosures Regarding the EFH/EFIH Distribution Account

As set forth in the Plan (Article VI.A) and the EFH Disclosure Statement (Section I.F), the EFH/EFIH Distribution Account is comprised of one or more interest-bearing accounts. The EFH Debtors and EFIH Debtors are hereby providing a non-binding, good faith estimate of the following amounts, subject to ongoing review and revision:

| Category of Claim(s) | Non-Binding, Good Faith Estimate |
|---|---|
| General Administrative and Priority Claims Asserted Against the EFH Debtors | Approximately $205 million |
| General Administrative and Priority Claims Asserted Against the EFIH Debtors | Approximately $10 million |
| Winddown Costs for the EFH Debtors | Approximately $5 million |
| Winddown Costs for the EFIH Debtors | Approximately $10 million |
| EFIH Claims Reserve | See page 12 of the Ying Report, attached hereto as Exhibit C(1) and accompanying Exhibit C(2). |
| Additional Reserves to Ensure Continuity of Interest | See Exhibit C(3) |
| Post Effective Date Administrative Account | $72 million |

---

[1] The fees and expenses expected to be incurred by the MLOC are anticipated to be escrowed within a segregated account in the EFH/EFIH Distribution Account, in an amount to be determined, and solely if the Post Effective Date Administrative Account is funded in an amount reasonably acceptable to the EFH/EFIH Debtors in consultation with the Initial Supporting Creditors. Amounts remaining in the EFH/EFIH Distribution Account after Administrative Claims and Priority Claims have been accounted for, and after the EFIH Claims Reserve, the Post-Effective Date Administrative Account, and the account for the fees and expenses of the MLOC have been funded may be distributed on the Effective Date to holders of Claims in Class B5 and Class B6 pursuant to the terms of the Plan.

This preliminary analysis is subject to ongoing review and material change based on a variety of factors, including the timing of the EFH Effective Date, and the litigation on the allowance of EFIH First Lien Makewhole Claims and EFIH Second Lien Makewhole Claims.