**EXHIBIT E**

A.     **EFIH Claims Reserve Provisions for Makewhole Litigation**

The Plan requires the Debtors to place into escrow "the EFH/EFIH Debtors' good-faith estimate, determined in consultation with the Initial Supporting Creditors (or in an amount ordered by the Bankruptcy Court) of all contractual interest (including Additional Interest and interest on interest) accruing or on account of the EFIH First Lien Makewhole Claims and EFIH Second Lien Makewhole Claims for a period of three years from the EFH Effective Date (or longer if ordered by the Bankruptcy Court) . . . ." Plan at (I)(A)(161)(b) (definition of "EFIH Claims Reserve").

Attached hereto is an empirical analysis of appellate litigation scenarios related to the EFIH 1L and 2L Makewhole Claims that Kirkland & Ellis LLP prepared at the Debtors' request. The analysis is based on a review of cases from the Third Circuit Court of Appeals ("Third Circuit") and New York Court of Appeals from January 1, 2012 through the present (reflecting a 5-year look back), as well as the Rules of the Supreme Court of the United States ("Supreme Court") and publicly available information regarding the Supreme Court's schedule, and projects the mean, median, and range of elapsed time in days for three scenarios reflecting the reasonably probable paths the Makewhole Litigation may take going forward.

The Debtors filed a motion for rehearing *en banc* with the Third Circuit on December 15, 2016.  Petition for Rehearing or Rehearing *En Banc* for Appellees, *Delaware Trust Co. v. Energy Future Intermediate Holding Co., LLC, et al.*, No. 16-1351 (3d Cir. Dec. 15, 2016).  As part of that motion, the Debtors asked the Third Circuit to certify certain questions of New York law to the New York Court of Appeals.  Thus, the appellate path for each scenario commences on the date the Debtors filed that motion, and the scenarios diverge based on how the Third Circuit decides to proceed with the Debtors' request for rehearing:

- In Scenario 1, (i) the Third Circuit grants the Debtors' petition for rehearing, (ii) the Third Circuit certifies a question to the New York Court of Appeals and the New York Court of Appeals answers, (iii) the Third Circuit incorporates the New York Court of Appeals' answer and issues a second decision, (iv) the losing party files a petition for certiorari with the Supreme Court, and (v) the Supreme Court denies the petition for certiorari.

- In Scenario 2, (i) the Third Circuit grants the Debtors' petition for rehearing, (ii) the Third Circuit does not certify a question to the New York Court of Appeals and issues a second decision, (iii) the losing party files a petition for certiorari with the Supreme Court, and (iv) the Supreme Court denies the petition for certiorari.

- In Scenario 3, (i) the Third Circuit denies the Debtors' petition for rehearing, (ii) the Debtors file a petition for certiorari with the Supreme Court, and (iii) the Supreme Court denies the Debtors' petition for certiorari.

**EFIH Makewhole Reserve: Aggregated Appellate Data**

|   |   | Elapsed Time in Days | | | |
|---|---|---|---|---|---|
|   |   | Average | Median | Min | Max |
| A | Elapsed time from 3rd Circuit issuing its initial decision, to 3rd Circuit deciding whether to rehear. | 72 | 62 | 30 | 162 |
| B | Elapsed time from a federal court certifying to NY CoA, to NY CoA issuing its answer. | 262 | 251 | 211 | 357 |
| C | Elapsed time from 3rd Circuit granting petition for rehearing, to issuing a second decision. | 263 | 298 | 1 | 475 |
| D | Elapsed time from state court issuing its answer, to the 3rd Cir. issuing its opinion incorporating the state court's answer. | 86 | 80 | 15 | 160 |
| E | Elapsed time from ruling to deadline for filing petition for cert. | 120 | 120 | 90 | 150 |
| F | Elapsed time from filing petition for cert. to Supreme Court decision on cert. | 72 | 63 | 49 | 149 |
|   | **Scenario #1 [A+B+D+E+F]** | **612** | **576** | **395** | **978** |
|   | + 3rd Circuit grants petition for rehearing | | | | |
|   | + 3rd Circuit certifies question to NY CoA and NY CoA answers | | | | |
|   | + 3rd Circuit incorporates NY CoA answer and issues 2nd Decision | | | | |
|   | + Losing party files petition for cert. | | | | |
|   | + Supreme Court denies petition for cert. | | | | |
|   | **Scenario #2 [A+C+E+F]** | **527** | **543** | **170** | **936** |
|   | + 3rd Circuit grants petition for rehearing | | | | |
|   | + 3rd Circuit does not certify question to NY CoA and issues 2nd Decision | | | | |
|   | + Losing party files petition for cert. | | | | |
|   | + Supreme Court denies petition for cert. | | | | |
|   | **Scenario #3 [A+E+F]** | **264** | **245** | **169** | **461** |
|   | + 3rd Circuit denies petition for rehearing | | | | |
|   | + Debtors file petition for cert. | | | | |
|   | + Supreme Court denies petition for cert. | | | | |

**Third Circuit Cases Granting Rehearing *En Banc* Since 1/1/2012**

| Case | Decision 1 | Rehr'ing Granted | Decision 2 | Elapsed time (in days) from 3rd Circuit issuing its initial decision, to 3rd Circuit deciding whether to rehear. [A] | Elapsed time (in days) from 3rd Circuit granting petition for rehearing, to issuing a second decision. [C] |
|---|---|---|---|---|---|
| U.S. v. Flores-Mejia, No. 12-3149 | 19-Jul-2013 | 18-Sep-2013 | 16-Jul-2014 | 61 | 301 |
| Dennis v. Secretary, Pennsylvania Dept. of Corrections, No. 13-9003 | 9-Feb-2015 | 6-May-2015 | 23-Aug-2016 | 86 | 475 |
| Langbord v. U.S. Dept. of the Treasury, No. 12-4574 | 17-Apr-2015 | 28-Jul-2015 | 1-Aug-2016 | 102 | 370 |
| Leyse v. Bank of America, Nat. Ass'n, No. 12-3249 | 24-Apr-2013 | 3-Oct-2013 | 4-Oct-2013 | 162 | 1 |
| United Indus., Service, Transp., Professional and Government Workers of North America Seafarers Intern. Union ex rel. Bason v. Government of Virgin Islands, No. 13-1247 | 21-Mar-2014 | 23-May-2014 | 25-Aug-2014 | 63 | 94 |
| Chavez v. Dole Food Co., Inc., No. 13-4144 | 11-Aug-2015 | 22-Sep-2015 | 2-Sep-2016 | 42 | 346 |
| U.S. v. Katzin, No. 12-2548 | 22-Oct-2013 | 12-Dec-2013 | 1-Oct-2014 | 51 | 293 |
| National Collegiate Athletic Ass'n v. Governor of New Jersey, No. 14-4546 | 25-Aug-2015 | 14-Oct-2015 | 9-Aug-2016 | 50 | 300 |
| U.S. v. Lewis, No. 10-2931 | 9-Sep-2014 | 25-Nov-2014 | 16-Sep-2015 | 77 | 295 |
| U.S. v. Reynos, No. 11-1398 | 22-May-2012 | 21-Jun-2012 | 21-Nov-2012 | 30 | 153 |
| | | | **AVERAGE** | 72 | 263 |
| | | | **MEDIAN** | 62 | 298 |
| | | | **RANGE** | | |
| | | | **Min** | 30 | 1 |
| | | | **Max** | 162 | 475 |

**Certified Questions Answered by the New York Court of Appeals Since 1/1/2012**

| Case | Certified | Accepted | Answered | Elapsed time (in days) from a federal court certifying to NY CoA, to NY CoA issuing its answer. [B] |
|---|---|---|---|---|
| Chauca v. Abraham, No. 15-1720 | 1-Nov-2016 | 15-Dec-2016 | n/a (pending) | |
| Gevorkyan v. Judelson, No. 15-3249-cv | 15-Nov-2016 | 15-Dec-2016 | n/a (pending) | |
| Global Reinsurance Corporation of America v. Century Indemnity Company, No. 15-2164-cv | 8-Dec-2016 | 10-Jan-2017 | n/a (pending) | |
| Nguyen v. Holder, No. 13-605-ag | 19-Feb-2014 | 28-Mar-2014 | 28-Oct-2014 | 251 |
| Northern Mariana Islands v. Canadian Imperial Bank of Commerce, No. 12-1857-cv | 6-Sep-2012 | 18-Oct-2012 | 30-Apr-2013 | 236 |
| Griffin v. Sirva Inc., No. 15-1307 | 30-Aug-2016 | 20-Sep-2016 | n/a (pending) | |
| Quaker Hills, LLC v. Pacific Indem. Co., No. 11-3670 | 29-Aug-2013 | 17-Sep-2013 | n/a (withdrawn) | |
| Beck Chevrolet Co., Inc. v. General Motors LLC, No. 13-4066 | 19-May-2015 | 4-Jun-2015 | 3-May-2016 | 350 |
| Eric M. Berman, P.C. v. City of New York, No. 13-598-cv | 29-Oct-2014 | 20-Nov-2014 | 30-Jun-2015 | 244 |
| Executive Plaza, LLC v. Peerless Ins. Co., No. 12-1470-cv | 23-May-2013 | 25-Jun-2013 | 13-Feb-2014 | 266 |
| Isabella v. Koubek, No. 12-2905-cv | 13-Aug-2013 | 12-Sep-2013 | 27-Mar-2014 | 226 |
| Schlessinger v. Valspar Corp., No. 11-4430-cv | 10-Jul-2012 | 30-Aug-2012 | 30-May-2013 | 324 |
| Beardslee v. Inflection Energy, LLC, No. 12-4897-cv | 31-Jul-2014 | 28-Aug-2014 | 31-Mar-2015 | 243 |
| Georgitsi Realty, LLC v. Penn-Star Ins. Co., No. 11-4444-cv | 21-Dec-2012 | 15-Jan-2013 | 17-Oct-2013 | 300 |
| Ministers and Missionaries Ben. Bd. v. Snow, No. 14-1021 | 5-Mar-2015 | 26-Mar-2015 | 15-Dec-2015 | 285 |
| Doe v. Guthrie Clinic, Ltd., No. 12-1045-cv | 25-Mar-2013 | 25-Apr-2013 | 9-Jan-2014 | 290 |
| Osterweil v. Bartlett, No. 11-2420-cv | 29-Jan-2013 | 19-Feb-2013 | 15-Oct-2013 | 259 |
| Ramos v. SimplexGrinnell LP, No. 12-4901-cv | 23-Jan-2014 | 13-Feb-2014 | 23-Oct-2014 | 273 |
| In re Santiago-Monteverde, No. 12-4131-bk | 31-Mar-2014 | 13-May-2014 | 20-Nov-2014 | 234 |
| Pasternack v. Laboratory Corporation of America Holdings, No. 14-4101-cv | 17-Nov-2015 | 15-Dec-2015 | 30-Jun-2016 | 226 |
| Schoenefeld v. Schneiderman, No. 11-4283-cv | 8-Apr-2014 | 6-May-2014 | 31-Mar-2015 | 357 |
| Barenboim v. Starbucks Corp., No. 10-4912-cv | 23-Oct-2012 | 27-Nov-2012 | 26-Jun-2013 | 246 |
| Caronia v. Philip Morris USA, Inc, No. 11-0316-cv | 1-May-2013 | 30-May-2013 | 17-Dec-2013 | 230 |
| Flo & Eddie, Inc. v. Sirius XM Radio, Inc., No. 15-1164-cv | 13-Apr-2016 | 3-May-2016 | 20-Dec-2016 | 251 |
| Licci ex rel. Licci v. Lebanese Canadian Bank, SAL, No. 10-1306-cv | 5-Mar-2012 | 29-Mar-2012 | 20-Nov-2012 | 260 |
| Cruz v. TD Bank, N.A., No. 12-1200-cv | 27-Mar-2013 | 30-Apr-2013 | 21-Nov-2013 | 239 |
| Motorola Credit Corp. v. Standard Chartered Bank, No. 13-2535-cv | 14-Jan-2014 | 18-Feb-2014 | 23-Oct-2014 | 282 |
| In re Thelen LLP, No. 12-4138 | 15-Nov-2013 | 12-Dec-2013 | 1-Jul-2014 | 228 |
| In re Coudert Bros. LLP, No. 12-4916 | 2-Dec-2013 | 14-Jan-2014 | 1-Jul-2014 | 211 |
| Commonwealth of Pennsylvania Public School Employees' Retirement System v. Morgan Stanley & Co., Inc., No. 13-2095-cv | 12-Nov-2014 | 20-Nov-2014 | 30-Jun-2015 | 230 |
| | | | **AVERAGE** | **262** |
| | | | **MEDIAN** | **251** |
| | | | **RANGE** | |
| | | | **Min** | **211** |
| | | | **Max** | **357** |

**Questions to State Courts Certified by the Third Circuit Since 1/1/2012**

| Case | Certified | Accepted | Answered | Decided | Elapsed time (in days) from state court issuing its answer, to the 3rd Cir. issuing its opinion incorporating the state court's answer. [D] |
|---|---|---|---|---|---|
| S. Track & Pump, Inc. v. Terex Corp, No. 13-4279 | 18-Dec-2014 | 15-Apr-2015 | 15-Jun-2015 | 30-Jun-2015 | 15 |
| Doe v. Wilmington Hous. Auth., No. 12-3433 | 18-Jul-2013 | 30-Jul-2013 | 18-Mar-2014 | 6-Jun-2014 | 80 |
| Mitchell Partners, L.P. v. Irex Corp, No. 10-4040 | 27-Sep-2011 | 28-Feb-2012 | 24-Jul-2012 | 19-Sep-2012 | 57 |
| Banks v. Int'l Rental & Leasing Corp, No. 08-1603 | 19-Apr-2011 | 20-May-2011 | 15-Dec-2011 | 23-May-2012 | 160 |
| Nuveen Mun. Trust v. Withumsmith Brown P.C., No. 10-4633 | 16-Aug-2012 | 18-Jan-2013 | n/a* | 14-May-2014 | |
| Hargrove v. Sleepy's LLC, No. 12-2540 | 1-Apr-2013 | 11-Jul-2013 | 15-Jan-2015 | 12-May-2015 | 117 |
| * Denied | | | | **AVERAGE** | 86 |
| | | | | **MEDIAN** | 80 |
| | | | | **RANGE** | |
| | | | | Min | 15 |
| | | | | Max | 160 |

**Petitions to the Supreme Court for Cert.**

| Rules [E], [F] | Days | Rules |
|---|---|---|
| Deadline to file cert. petition after 3rd Circuit mandate | 90 | Supreme Court Rule 13.1 |
| Extension of cert. petition deadline for good cause | 60 | Supreme Court Rule 13.5 |
| Deadline to file (optional) opposition brief | 30 | Supreme Court Rule 15.3 |
| Court | 14 | Supreme Court Rule 15.5 |

| Time from Distribution Date to Conference to Consider Cert. Petition* [F] | |
|---|---|
| AVERAGE | 28 |
| MEDIAN | 19 |
| RANGE | |
|   Minimum | 5 |
|   Maximum | 105 |

*Based on October Term 2016 Case Distribution Schedule distribution and conference dates, (available at https://www.supremecourt.gov/casedistribution/casedistributionschedule.aspx), plus 3 days, assuming order issued on Monday following Friday conference.