## EXHIBIT F

## EFH Plan Administrator Board Disclosures

Pursuant to the Plan, the "EFH Plan Administrator Board" shall be a one or two member board of directors comprised of a person or persons as determined by the EFH Debtors and EFIH Debtors in their sole and absolute discretion, which board shall be appointed on or after the EFH Effective Date and tasked with directing the Disbursing Agent with respect to Cash distributions made on account of Allowed Claims asserted against the EFH Debtors and EFIH Debtors and shall not, for the avoidance of doubt, be authorized to direct the Disbursing Agent with respect to any Cash distributions made on account of Allowed Claims asserted against the TCEH Debtors or EFH Shared Services Debtors, if any.  The EFH Debtors and EFIH Debtors hereby identify Anthony Horton, current Executive Vice President and Chief Financial Officer of EFH Corp. and EFIH as the member of the EFH Plan Administrator Board.