IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | RE: Docket No. 10248 |

**SUPPLEMENT TO SEVENTH INTERIM AND FINAL APPLICATION OF POLSINELLI PC AS DELAWARE COUNSEL AND CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD OF MAY 1, 2016 THROUGH OCTOBER 3, 2016, AND THE FINAL PERIOD OF MAY 13, 2014 THROUGH OCTOBER 3, 2016**

Polsinelli PC ("**Polsinelli**" or the "**Firm**"), Delaware counsel and conflicts counsel to the Official Committee of TCEH Unsecured Creditors (the "**Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, and their direct and indirect subsidiaries (the "**TCEH Debtors**"), and EFH Corporate Services Company, files this supplement (the "**Supplement**") to its *Seventh Interim and Final Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Interim Period of May 1, 2016 through October 3, 2016, and the Final Period of May 13, 2014 through October 3, 2016* [Docket No. 10248] (the "**Final Fee Application**"). In support thereof, Polsinelli respectfully states as follows:

1. On November 23, 2016, Polsinelli filed its Final Fee Application. The objection

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

55757449.1


deadline for the Final Fee Application was December 14, 2016.

2.   Polsinelli received informal responses from the Office of the United States Trustee (the "**U.S. Trustee**") and counsel for the Fee Committee. At the request of the U.S. Trustee and the Fee Committee, Polsinelli submits this Supplement to address two issues concerning Polsinelli's Final Fee Application.

3.   First, in the Final Fee Application, the total requested amount of fees and expenses for the Interim Compensation Period (as defined in the Final Fee Application) were incorrect, as were the exhibits that referenced those amounts. The exhibits erroneously captured an additional billing period outside of the Interim Compensation Period. Attached hereto as Exhibit A are revised exhibits for the Interim Compensation Period, which reflect the correct requested amounts for that period - $177,480.00 in fees and $7,872.70 in expenses.

4.   Second, with respect to the *Customary & Comparable Compensation Disclosures* in the Final Fee Application, the U.S. Trustee requested an explanation for the disparity between the blended hourly billing rate for timekeepers that performed services on behalf of the TCEH Committee during the Final Compensation Period (as defined in the Final Fee Application) as compared to the Firm's blended hourly billing rate for non-bankruptcy professionals during the same period.

5.   Polsinelli has 20 offices spread throughout the United States. Most of the Firm's bankruptcy professionals are located in larger metropolitan markets where the billable rates would be higher than smaller market offices. During the early stages of these cases, Polsinelli's blended hourly billing rate for non-bankruptcy professionals was calculated using all timekeepers across all offices. As a result, the disclosures exhibited a large gap between the billed rate for the fee period and the Firm's average rate for non-bankruptcy work during that period.

55757449.1

6.  Midway through the pendency of these cases, the U.S. Trustee requested that Polsinelli modify the way it calculated these rates. The U.S. Trustee Guidelines authorize firms to report non-bankruptcy blended rates for only those firm offices in which at least 10% of the services in the case were performed during the relevant reporting period. The vast majority of Polsinelli's work on behalf of the TCEH Committee in these cases was done by professionals in the Wilmington, Delaware office. When the rate comparison is calculated using only professionals in the Wilmington office, the disparity is almost nonexistent. *See* attached Exhibit A (blended billing rate for timekeepers during the Interim Compensation Period was $443.70; blended billing rate for non-bankruptcy professionals in the Wilmington office during that period was $438.15).

Dated: Wilmington, Delaware
January 30, 2017

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to the Official Committee of TCEH Unsecured Creditors*

55757449.1