# EXHIBIT A

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 462.70 | $ 477.74 |
| Associate | $ 335.46 | $ 405.05 |
| Paralegal | $ 231.67 | $ 277.67 |
| All timekeepers averaged | $ 438.15 | $ 443.70 |

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 3,321.00 | 5.40 | 615.00 | - | 0 |
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 455.00 | 0.70 | 650.00 | - | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 4,560.00 | 9.50 | 480.00 | - | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 720.00 | 1.20 | 600.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 1,980.00 | 3.30 | 600.00 | - | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 250.00 | 0.40 | 625.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ - | - | - | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 90,780.00 | 204.00 | 445.00 | - | 0 |
| Edelson, Justin K. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 17,328.00 | 36.10 | 480.00 | - | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 3,159.50 | 7.10 | 445.00 | - | 0 |
| Ross, Matthew E. | Shareholder | BU Energy | 01/01/1999 | $ 3,192.00 | 5.60 | 570.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ - | - | - | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 15,052.50 | 22.30 | 675.00 | - | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 1,330.00 | 1.90 | 700.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ - | - | - | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 18,000.00 | 45.00 | 400.00 | - | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 3,913.00 | 9.10 | 430.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ - | - | - | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 10,945.00 | 39.80 | 275.00 | - | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 2,494.00 | 8.60 | 290.00 | - | 0 |
| | | | | $ 177,480.00 | 400.00 | 443.70 | | |

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 5.80 | $ 2,589.00 |
| Assumption/Rejection of Leases & Contracts | | | 1.70 | $ 852.50 |
| Bankruptcy-Related Advice | | | 80.00 | $ 32,156.50 |
| Business Operations | | | 1.10 | $ 594.00 |
| Case Administration | | | 11.50 | $ 5,502.50 |
| Claims Administration & Objections | | | 6.70 | $ 3,021.50 |
| Corporate Governance & Board Matters | | | 1.00 | $ 675.00 |
| Employee Benefits/Pensions | | | 0.60 | $ 240.00 |
| Employment/Fee Applications | | | 69.80 | $ 29,523.00 |
| Financing & Cash Collateral | | | 7.00 | $ 3,293.50 |
| General Bankruptcy Advice/Opinions | | | 2.60 | $ 1,094.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 20.90 | $ 9,892.50 |
| Meetings of & Communications with Creditors or the Comm | | | 14.90 | $ 6,842.00 |
| Operations | | | 29.50 | $ 15,679.00 |
| Plan & Disclosure Statement (including business plan) | | | 144.90 | $ 64,615.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.10 | $ 67.50 |
| Tax Issues | | | 1.90 | $ 842.50 |
| | | | 400.00 | $ 177,480.00 |

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

**(See Guidelines C.8. for project category information.)**

| Category | Amount |
|---|---|
| Client Advance | $ 580.15 |
| Document Reproduction | $ 2,825.55 |
| Deliveries | $ 153.32 |
| On-Line Searches | $ - |
| Meals | $ 1,545.08 |
| Miscellaneous | $ 275.00 |
| Transcript of Proceedings | $ 2,493.60 |
| | $ 7,872.70 |