**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtor. | : | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on January 30, 2017, the *Delaware Trust Company, as Indenture Trustee, Disclosure of Preliminary Witness and Exhibit List* was served via electronic mail on the Participating Parties (as defined in the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors dated August 24, 2016 (No. 14-10979, D.I. 9381)) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

[SIGNATURE ON NEXT PAGE]

52881/0001-14083519v1

Dated: January 30, 2017

 /s/  J. Kate Stickles
COLE SCHOTZ P.C.

| | |
|---|---|
| Norman L. Pernick (Bar No. 2290) | Warren A. Usatine |
| J. Kate Stickles (Bar No. 2917) | Court Plaza North |
| 500 Delaware Avenue, Suite 1410 | 25 Main Street |
| Wilmington, DE  19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile:  302-652-3117 | Facsimile:  201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile:  212-230-8888
Philip.Anker@wilmerhale.com

*Counsel for Delaware Trust Company,*
*as successor indenture trustee*