IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : : | Bankruptcy Case No. 14-10979 (CSS) BAP No. 15-73 |
| Debtor. | : | |

| | | |
|---|---|---|
| UMB BANK, N.A., | : : | |
| Appellant, | : : | |
| v. | : : | Civil Action Nos. 15-1099-RGA, |
| ENERGY FUTURE HOLDINGS CORP., | : : | |
| Appellees. | : | |

| | | |
|---|---|---|
| IN RE: | : : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : : | Bankruptcy Case No. 14-10979 (CSS) BAP No. 15-76 |
| Debtor. | : | |

| | | |
|---|---|---|
| SUBSEQUENT SETTLING EFIH PIK NOTEHOLDERS, | : : : | |
| Appellant, | : : | |
| v. | : : | Civil Action Nos. 15-1118-RGA, |
| ENERGY FUTURE HOLDINGS CORP., | : : | |
| Appellees. | : | |

## **O R D E R**

WHEREAS, the above-captioned cases were stayed on January 24, 2017, due to proceedings that are presently pending before the United States Bankruptcy Court for the District of Delaware (D.I. 37 in C.A. 15-1099-RGA and D.I. 27 in C.A. 15-1118-RGA);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned cases are **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the Bankruptcy proceedings have been resolved so that these cases may be reopened and other appropriate action may be taken.

January 15, 2017
DATE

UNITED STATES DISTRICT JUDGE