# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 27.2 | $21,080.00 |
| Marcos A. Ramos | Director | 2010 | Bankruptcy | $610 | 0.3 | $183.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 116.10 | $63,855.00 |
| Cory D. Kandestin | Counsel | 2007 | Bankruptcy | $535 | 0.2 | $107.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 22.5 | $8,100.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 7.8 | $2,301.00 |
| Christopher M. DeLillo | Associate | 2016 | Bankruptcy | $295 | 5.0 | $1,475.00 |
| Total | | | | | 179.1 | $97,101.00 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 63.7 | $15,288.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $240 | 11.2 | $2,688.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $240 | 4.8 | $1,152.00 |
| Caroline E. Dougherty | Paralegal | 2 | Bankruptcy | $240 | 0.6 | $144.00 |
| Cynthia McMenamin | Paralegal | 2 | Bankruptcy | $240 | 7.5 | $1,800.00 |
| M. Lynzy McGee | Paralegal | 1 | Bankruptcy | $240 | 0.9 | $216.00 |
| Daniel D. White | Tech Support | 11 | MIS | $255 | 7.9 | $2,014.50 |
| Tesia S. Smith | Case Management Assistant | 1 | Bankruptcy | $130 | 2.1 | $273.00 |
| Total | | | | | 98.7 | $23,575.50 |
| | | | | **Total Fees** | | **$120,676.50** |