# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $7.63 |
| Business Meals | $978.45 |
| Conference Calling | $183.61 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $172.78 |
| Electronic Legal Research | $75.62 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $68.26 |
| Messenger and Delivery Service | $322.96 |
| Overtime | $249.08 |
| Photocopying/Printing - Outside Vendor | $347.55 |
| Photocopying/Printing | $1,878.16 |
| Postage | $6.94 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $163.97 |
| **Total:** | **$4,455.01** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---|
| Binding | $1.75 |
| Business Meals | $224.56 |
| Conference Calling | $42.14 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $39.66 |
| Electronic Legal Research | $17.36 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $15.66 |
| Messenger and Delivery Service | $74.12 |
| Overtime | $57.17 |
| Photocopying/Printing - Outside Vendor | $79.77 |
| Photocopying/Printing | $431.05 |
| Postage | $1.59 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $37.63 |
| **Total:** | **$1,022.46** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $15.62 |
| Business Meals | $2,005.03 |
| Conference Calling | $376.25 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $354.06 |
| Electronic Legal Research | $154.97 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $139.87 |
| Messenger and Delivery Service | $661.81 |
| Overtime | $510.42 |
| Photocopying/Printing - Outside Vendor | $712.19 |
| Photocopying/Printing | $3,848.69 |
| Postage | $14.22 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $336.00 |
| **Total:** | **$9,129.13** |

RLF1 16789485v.1