# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 12/1/2016 | Rodney Grille | Breakfast | 15 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/1/16 hearing | $15.07 | $226.15 |
| 12/1/2016 | Qdoba | Lunch | 15 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/1/16 hearing | $18.33 | $275.00 |
| 12/5/2016 | Cosi | Lunch | 15 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/5/16 hearing | $23.60 | $354.10 |
| 12/5/2016 | Food for Thought | Dinner | 15 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/5/16 hearing | $23.08 | $346.25 |
| 12/6/2016 | Food for Thought | Breakfast | 10 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/6/16 hearing | $25.80 | $258.00 |
| 12/7/2016 | Dimeo's Pizzaiuoli | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for and filing of monthly operating report | $7.01 | $7.01 |
| 12/8/2016 | Rodney Grille | Breakfast | 15 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/5/16 hearing | $16.13 | $242.09 |
| 12/12/2016 | Rodney Grille | Breakfast | 12 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/13/16 hearing | $19.38 | $232.60 |

| Date | Location | Meal | # | Description | Unit | Total |
|---|---|---|---|---|---|---|
| 12/12/2016 | Sugarfoot | Lunch | 12 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/13/16 hearing | $24.46 | $293.60 |
| 12/12/2016 | The Meat House | Dinner | 12 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/13/16 hearing | $17.00 | $204.09 |
| 12/13/2016 | Rodney Grille | Breakfast | 12 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/13/16 hearing | $17.80 | $213.71 |
| 12/13/2016 | Cosi | Lunch | 12 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/13/16 hearing | $30.83 | $370.00 |
| 12/14/2016 | Rodney Grille | Breakfast | 15 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/14/16 hearing | $8.98 | $134.80 |
| 12/19/2016 | Iron Hill | Dinner | 1 | Working meal for RL&F team member in connection with after-hours legal research regarding civil action removal period issue | $21.10 | $21.10 |
| 12/29/2016 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation of thirteen (13) volumes of 1/4/17 hearing binders | $29.54 | $29.54 |
| **TOTALS** | | | | | | **$3,208.04** |

RLF1 16789485v.1