## Exhibit A

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of October 01, 2016 to December 31, 2016 | | | Aggregate Postpetition Payments Through December 31, 2016 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] [2] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] [2] | Total Payments |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Hawkins Parnell Thackston & Young LLP | Litigation - Asbestos | 135 | 45 | 135 | 14,184 | 14,184 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Enoch Kever | Regulatory and Legislative | 50,000 | 16,667 | 50,000 | 50,000 | 50,000 |
| Gibson Dunn & Crutcher LLP | Corporate and Litigation | 19,561 | 6,520 | 19,561 | 19,561 | 19,561 |
| Miller & Chevalier Chartered [3] | Federal Income Tax and Benefits Legal Advice | 287,670 | 95,890 | 287,670 | 1,215,088 | 1,215,088 |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted.
2. This amount excludes any fees related to services provided between 10/1 and 10/3 that are attributable to work for the benefit of EFCH, TCEH and its subsidiaries (prior to its chapter 11 emergence).
3. Based on service dates, the cap was not exceeded.