# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Twenty-Fourth Monthly Fee Statement 11/01/2016 through 11/30/2016 D.I. 10422 | $9,924.50 | $40.64 | 01/17/2017 | $7,939.60 | $40.64 | $1,984.90 |

SL1 1449311v1 109285.00006