## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| COMMUNICATIONS WITH PROFESSIONALS | .40 | $286.00 |
| FEE APPLICATIONS – OTHERS | 1.5 | $592.50 |
| FEE APPLICATIONS – S&L | 4.80 | $2.093.00 |
| HEARINGS | 2.60 | $1,859.00 |
| LEGAL AND FACTUAL RESEARCH | .60 | $165.00 |
| PLANS OF REORGANIZATION | 3.10 | $2,216.50 |
| **TOTAL** | **13.00** | **$7,712.00** |