## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COMPUTER RESEARCH | $ 6.20 |
| DOCUMENT REPRODUCTION | $ 13.80 |
| **TOTAL** | **$ 20.00** |