# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 12/1/16 | $0.10 | Document Reproduction |
| 109285-00002 | 12/2/16 | $0.20 | Document Reproduction |
| 109285-00002 | 12/1/16 | $6.20 | Computer Research |
| 109285-00002 | 12/13/16 | $0.10 | Document Reproduction |
| 109285-00002 | 12/13/16 | $0.10 | Document Reproduction |
| 109285-00002 | 12/13/16 | $0.10 | Document Reproduction |
| 109285-00002 | 12/19/16 | $0.30 | Document Reproduction |
| 109285-00002 | 12/20/16 | $0.30 | Document Reproduction |
| 109285-00002 | 12/20/16 | $0.30 | Document Reproduction |
| 109285-00002 | 12/20/16 | $0.30 | Document Reproduction |
| 109285-00002 | 12/20/16 | $0.30 | Document Reproduction |
| 109285-00002 | 12/20/16 | $0.20 | Document Reproduction |
| 109285-00002 | 12/20/16 | $0.20 | Document Reproduction |
| 109285-00002 | 12/20/16 | $0.20 | Document Reproduction |
| 109285-00002 | 12/20/16 | $0.20 | Document Reproduction |
| 109285-00002 | 12/21/16 | $0.00 | Document Reproduction |
| 109285-00002 | 12/21/16 | $1.30 | Document Reproduction |
| 109285-00002 | 12/21/16 | $0.10 | Document Reproduction |
| 109285-00002 | 12/21/16 | $1.30 | Document Reproduction |
| 109285-00002 | 12/27/16 | $6.30 | Document Reproduction |
| 109285-00002 | 12/29/16 | $1.20 | Document Reproduction |
| 109285-00002 | 12/30/16 | $0.10 | Document Reproduction |
| 109285-00002 | 12/31/16 | $0.10 | Document Reproduction |
| 109285-00002 | 12/31/16 | $0.10 | Document Reproduction |
| 109285-00002 | 12/31/16 | $0.40 | Document Reproduction |
| 109285-00006 | 12/21/16 | $0.00 | Document Reproduction |