**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
| | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 10399** |

**CERTIFICATION OF NO OBJECTION REGARDING THE "THIRTIETH
MONTHLY FEE STATEMENT OF RICHARDS, LAYTON & FINGER, P.A.
FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016
THROUGH OCTOBER 31, 2016" (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, other than as

expressly noted in footnote 2 hereof, he has received no answer, objection or other responsive

pleading with respect to the thirtieth monthly fee statement for compensation and reimbursement

of expenses (the "Monthly Fee Statement") of **Richards, Layton & Finger, P.A.** (the

"Applicant") listed on Exhibit A attached hereto.[2]  The Monthly Fee Statement was filed with the

United States Bankruptcy Court for the District of Delaware (the "Court") on December 15,

2016.  The undersigned further certifies that he has reviewed the Court's docket in this case and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On December 29, 2016, the Applicant received correspondence from counsel to the Fee Committee, dated December 29, 2016 identifying "… certain expenses [requested in the Monthly Fee Statement] that may require further documentation and review."  Notwithstanding the Fee Committee's December 29, 2016 correspondence to the Applicant, counsel to the Fee Committee has affirmatively stated that (i) "… the total of these expenses does not justify a formal objection to Richards Layton's request for monthly fees and expenses" and (ii) "[t]he Fee Committee does not object, accordingly, to the Debtor's payment of 80 percent of the fees and 100 percent of the expenses requested in [the Applicant's] October 2016 Monthly Fee Statement."

no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon.

Pursuant to the **Notice of Fee Statement** filed with the Monthly Fee Statement, objections to the

Monthly Fee Statement were to be filed and served no later than **January 5, 2017 at 4:00 p.m.**

**(Eastern Standard Time).**  The Monthly Fee Statement was filed and served in accordance with

the **Stipulation and Order Appointing a Fee Committee**, dated August 21, 2014 [D.I. 1896]

and the **Order Establishing Procedures for Interim Compensation and Reimbursement of**

**Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative

Order").

Consequently, pursuant the Administrative Order, the above-captioned debtors

and debtors in possession in the above-captioned cases, are authorized to pay the Applicant

eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in

the Monthly Fee Statement upon the filing of this certification without the need for a further

order of the Court.  A summary of the fees and expenses sought by the Applicant is annexed

hereto as Exhibit A.

*[Remainder of page intentionally left blank.]*

RLF1 16800174v.1

Dated: January 31, 2017
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 16800174v.1

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees authorized to be paid @ 80%[1] | Amount of Expenses authorized to be paid @ 100%[2] | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A., 920 North King Street, One Rodney Square, Wilmington, DE 19801 (Co-Counsel and Conflicts Counsel to the Debtors) | Thirtieth Monthly Fee Statement 10/1/16 through 10/31/16 Filed 12/15/16 [D.I. 10399] | $103,060.50 | $2,446.90 | 1/5/17 | $82,448.40[3] | $2,446.90 | $20,612.10 |

---

[1] Consistent with the terms of the Administrative Order, the fees requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.,* 80% of the fees requested in the Monthly Fee Statement) shall be allocated $61,308.54, $13,084.72, and $8,055.14 to EFH, EFIH, and TCEH, respectively.

[2] Consistent with the terms of the Administrative Order, the expenses requested in the Monthly Fee Statement authorized to be paid at this time (*i.e.,* 100% of the expenses requested in the Monthly Fee Statement) shall be allocated $1,819.50, $389.03, and $238.37 to EFH, EFIH, and TCEH, respectively.

[3] Consistent with paragraph 4 of the *Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date,* dated October 24, 2014 [D.I. 2539] (the "Retention Order"), "RLF shall apply the remaining amount of the Retainer to satisfy the payment of allowed fees and expenses accruing after the Petition Date before seeking further payment from the Debtors in satisfaction of such allowed fees and expenses." See Retention Order at ¶ 4. As of the date of the filing of this certification of no objection, all remaining retainer amounts are exhausted.