IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP.,<br>*et al.*,[1]<br><br>*Debtors.* | ) Chapter 11<br>) Bankruptcy Case No. 14-10979 (CSS)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 10415, 10511, 10513, 10684** |

### APPELLEES' DESIGNATION OF ADDITIONAL
### ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtors and debtors in possession (the "Appellees") respectfully submit this designation of additional items to be included in the record in connection with the appeal of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann (collectively, the "Appellants") from the order [D.I. 10415], dated December 19, 2016, of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (Sontchi, J.).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 16814056v.1

## Designations[2]

1. Materials entered into the evidentiary record during a hearing on December 5, 2016, before the Bankruptcy Court, as well as two hearing demonstratives and three written direct examinations, as detailed in **Exhibit A** [Tabs 1-28].[3]

2. The following documents referenced in the Appellees' briefing in the Bankruptcy Court and recent transcripts in the chapter 11 cases:

| Date | Bates No. (if any) | Document |
| --- | --- | --- |
| 4/25/2014 | EFH06449434 | Minutes of the Board of Directors Meeting of EECI, Inc. |
| 4/28/2014 | EFH06449594 | Written Consent in Lieu of a Meeting of the Board of Directors of EECI, Inc. |
| 4/28/2014 | EFH06448786 | Omnibus Written Consent In Lieu of a Meeting of the Boards of Directors and Boards of Managers of EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Company LLC |
| 3/6/2015 | EFH05547309 | Restructuring Update |
| 5/2/2016 | EFH06362905 | Email from S. Doré to K&E, EFH forwarding NEE Bid Letter and Term Sheet |
| 5/18/2016 | EFH06337329 | Email from P. Keglevic to T. Horton forwarding NextEra Revised Bid Letter |

---

[2] The Appellees reserve the right to amend this designation of additional items to be included in the record on appeal. It is the Appellees' understanding and belief that the items designated by the Appellants include all exhibits and other documents included within each entry for such item. If this is incorrect, the Appellees hereby designate to be included in the record on appeal all exhibits and other documents related to the documents designated by the Appellants.

[3] In connection with a previous appeal in the Appellees' chapter 11 cases, the Appellees previously confirmed with the Office of the Clerk of the Bankruptcy Court that, notwithstanding anything to the contrary set forth in Del. Bankr. L.R. 8009-1(b), the Appellees are not to electronically file a copy of each document identified in this counter-designation that does not have a docket number or otherwise appear on the docket in chapter 11 Case No. 14-10979 (CSS) (Bankr. D. Del.) (including, without limitation, the documents identified in **Exhibit A**) at this time. To the extent that the Office of the Clerk of the Bankruptcy Court or the Office of the Clerk of the United States District Court for the District of Delaware would like a paper copy of any of the documents identified in this counter-designation that does not have a docket number or otherwise appear on the docket in chapter 11 Case No. 14-10979 (CSS) (Bankr. D. Del.) (including, without limitation, the documents identified in **Exhibit A**), such documents are available from the Appellees' counsel upon request.

| Date | Bates No. (if any) | Document |
|---|---|---|
| 4/7/2015 | EFH06449607 | Minutes of Joint Meeting |
| 6/18/2016 | EFH06436044 | Email from C. Sieving to S. Doré re Next Week and Diligence |
| 7/8/2016 | EFH06403919 | Email from C. Sieving (NextEra) to A. Horton et al. |
| 7/22/2016 | EFH06410609 | Email from A. Yenamandra to A. Horton *et al.*, attaching July 17, 2016 NextEra Redline of Draft Third Amended Joint Plan of Reorganization |
| 7/18/2016 | EFH06533450 | Email from Evercore to EFH, KE re Merger Agreement Analysis |
| 6/16/2016 | EFH06522696 | Email from S. Doré to C. Sieving |
| 8/13/2016 | | Declaration of Kristopher E. Moldovan in Support of Confirmation of the Third Amended Plan of Reorganization |
| 8/11/2015 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 8/17/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 8/18/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 8/26/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 11/15/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 12/5/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 12/14/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 1/3/2017 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 1/4/2017 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 1/26/2017 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |

3. The following documents filed in *Fahy, et al. v. Energy Future Holdings Corp., et al.*, Case No. 16-cv-888 (D. Del.):

| Date | D.I. | Docket Text |
|---|---|---|
| 10/3/2016 | 1 | Notice of Appeal from Bankruptcy Court |
| 10/28/2016 | 11 | Appellees' Designation of Record |
| 12/22/2016 | 18 | Appellees' Motion to Dismiss |
| 12/22/2016 | 19 | Declaration of Mark E. McKane, P.C. re Motion to Dismiss |

[*Remainder of page intentionally left blank.*]

Dated: February 1, 2017
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

-and-

Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel to the Appellees*

# EXHIBIT A

# ADMITTED EXHIBITS[1]

| TAB | DX # | Description |
|---|---|---|
| 1 | DX002 | Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code |
| 2 | DX003 | Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 3 | DX009 | Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof |
| 4 | DX030 | Motion to Authorize Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay |
| 5 | DX042 | 2016-09-30 Minutes of Meeting of Joint Boards |
| 6 | DX091 | Board Materials for Asbestos Debtors |
| 7 | DX104 | Email from C. Sieving to A. Horton, et al. re Checking In |
| 8 | DX105 | Email from A. Yenamandra to A. Horton, et al., attach 7/17/2016 NEE Redline of Draft Third Amended Joint Plan of Reorganization |
| 9 | DX107 | Stock Purchase Agreement between Halliburton Co. and Enserch Corp. |
| 10 | DX108 | Asset Purchase Agreement between Enserch Corp., Ebasco Services Inc., Raytheon Engineers & Constructors, Inc., and United Engineers & Constructors, Inc. |
| 11 | DX109 | Purchase and Sale Agreement between Ebasco Services Inc. and Enserch E&C, Inc. |
| 12 | DX110 | Management Structure - Point in Time Report between January 1, 2009 - June 17, 2016 |
| 13 | DX120 | Certificate of Amendment to Articles of Incorporation for Enserch E&C, Inc. |
| 14 | DX133 | Select Intercompany Balances as of June 30, 2015 |

---

[1] The Bankruptcy Court admitted the Appellees' exhibits on December 5, 2016. *See* 12/5/2016 Hr'g Tr. at 37:21-25; 67:13-68:15; 138:17-139:2; 163:14-18.

| TAB | DX # | Description |
|---|---|---|
| 15 | DX135 | EEC Holdings, Inc. Board Meeting Materials |
| 16 | DX223 | Email from C. Sieving to A. Horton, et al. re Checking In |
| 17 | DX226 | Email from P. Williams to A. Horton, et al., attach NEE Due Diligence Tracker |
| 18 | DX227 | Email from P. Williams to A. Horton, et al., attach updated NEE Due Diligence Tracker |
| 19 | DX228 | Email from P. Williams to A. Horton, et al., attach updated NEE Due Diligence Tracker |
| 20 | DX249 | E-Side Claims History |
| 21 | DX259 | Generating History of Ebasco |
| 22 | DX288 | 1997 SEC Form 10-K TXU Corp. |
| 23 | DX289 | 2008 SEC Form 10-K EFH Corp. |

## DECEMBER 5, 2016 HEARING DEMONSTRATIVES

| TAB | D-DEM # | Description |
|---|---|---|
| 24 | D-DEM Horton 1 | Demonstrative Prepared to Assist Anthony Horton's Testimony |
| 25 | D-DEM Horton 2 | Demonstrative Prepared to Assist Anthony Horton's Testimony |

## DECEMBER 5, 2016 WRITTEN DIRECT EXAMINATIONS

| TAB | D-DEM # | Description |
|---|---|---|
| 26 | D-DIR HORTON | Written Direct Examination of Anthony Horton |
| 27 | D-DIR MOLDOVAN | Written Direct Examination of Kristopher Moldovan |
| 28 | D-DIR HUNTER | Written Direct Examination of Michael Hunter |