# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 10101, 10729** |

**SECOND AMENDED PLAN SUPPLEMENT AS IT RELATES TO THE EFH DEBTORS AND EFIH DEBTORS FOR THE SEVENTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

   **PLEASE TAKE NOTICE THAT** the EFH Debtors and EFIH Debtors (collectively, the "E-Side Debtors") submit this amended plan supplement (the "Amended Plan Supplement" and together with the plan supplement filed on November 11, 2016 [D.I. 10101] and January 27, 2017 [D.I. 10729], the "Plan Supplement") in support of confirmation of the *Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 10551] (as amended from time to time, the "Plan"), filed in these chapter 11 cases on January 4, 2017. Capitalized terms used but not defined herein have the meanings set forth in the Plan.

   **PLEASE TAKE FURTHER NOTICE** that the Amended Plan Supplement filed today includes the following documents, as may be modified, amended, or supplemented from time to time by the E-Side Debtors in accordance with the Plan:

- **Exhibit A** — Additional Terms Regarding the EFIH Claim Reserve

> Certain documents, or portions thereof, contained in the Plan Supplement remain subject to continuing negotiations among the E-Side Debtors and interested parties with respect thereto. The E-Side Debtors reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein, in accordance with the terms of the Plan. To the extent material amendments or modifications are made to any of the Plan Supplement documents, the E-Side Debtors will file a blackline with the Bankruptcy Court prior to the Confirmation Hearing marked to reflect same.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Plan is currently scheduled for **Tuesday, February 14, 2017 starting at 10:00 a.m. (Eastern Standard Time)**, before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of the Plan, the Plan Supplement documents referred to on the attached list, or the Disclosure Statement related to the Plan may download copies from the Debtors' Notice and Claims Agent, Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.

[*Remainder of page intentionally left blank.*]

Dated: February 2, 2017
      Wilmington, Delaware

      */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

## **PLAN SUPPLEMENT DOCUMENTS**

- **Exhibit A** — Additional Terms Regarding the EFIH Claims Reserve