# WILMERHALE

February 3, 2017

**Philip D. Anker**

+1 212 230 8890 (t)
+1 212 230 8888 (f)
philip.anker@wilmerhale.com

**VIA HAND DELIVERY AND ECF**

Hon. Christopher S. Sontchi
United States Bankruptcy Court
 for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re Energy Future Holdings Corp. et al.*, **Case No. 14-10979 (CSS)**

Dear Judge Sontchi:

      We write on behalf of our respective clients, Delaware Trust Company (the "EFIH First Lien Trustee"), as successor indenture and collateral trustee for the first-lien notes (the "EFIH First Lien Notes") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "EFIH"), and Computershare Trust Company, N.A. and Computershare Trust Company of Canada (the "EFIH Second Lien Trustee"), as indenture trustee for the second-lien notes (the "EFIH Second Lien Notes") issued by EFIH.

      At 9:15 p.m. last night—less than 17 hours before today's 2:00 p.m. deadline for filing objections to confirmation the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., (D.I. 10551) (the "Plan")—the Debtors filed a Second Amended Plan Supplement (D.I. 10752), which contains "material terms and conditions of additional key terms" modifying the EFIH Claims Reserve (as defined in the Plan) that is to be created under the Plan to satisfy the secured claims of the holders of the EFIH First Lien Notes and the holders of the EFIH Second Lien Notes (collectively, the "Noteholders"). The Debtors describe these modifications as "integral" to the Plan. As, the Debtors are aware, legal deficiencies with the proposed EFIH Claims Reserve, including the failure to provide the Noteholders with the "indubitable equivalent" of their secured claims, is the focus of our forthcoming objections. Accordingly, we asked the Debtors to agree to an extension of our objection deadline to address this last-minute development. They refused (other than to offer today, after repeated requests by counsel for the EFIH First Lien Trustee and the EFIH Second Lien Trustee, to permit supplemental objections to be filed on Monday afternoon (February 6), which would not allow sufficient time for counsel for the EFIH First Lien Trustee and the EFIH Second Lien Trustee to analyze and discuss the issues raised by the Second Amended Plan Supplement with their clients, and to take any discovery regarding it).

      We therefore ask the Court to (a) order the Debtors to promptly produce all documents related to the Second Amended Plan Supplement (including all correspondence and drafts), (b) order the Debtors to produce a Rule 30(b)(6) deponent on the Second Amended Plan Supplement next week, and (c) allow the EFIH First Lien Trustee and the EFIH Second Lien Trustee to file

**WILMERHALE**

February 3, 2017
Page 2

supplemental objections to confirmation of the Plan that would be due 48 hours after the deposition's conclusion. We are available for a telephonic status conference to discuss this issue at the Court's convenience if the Court would find that useful.

Respectfully submitted,

*/s/ Philip D. Anker*

Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Email: philip.anker@wilmerhale.com

Counsel to the EFIH First Lien Trustee

*/s/ Gregory A. Horowitz*

Gregory A. Horowitz
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: 212-715-9100
Email: ghorowitz@kramerlevin.com

Counsel to the EFIH Second Lien Trustee