**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 14-10979 (CSS) ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Jointly Administered )  ) Re: Docket No. 10551 )  ) Hearing Date: February 14, 2017 at 10:00 a.m. ) Objection Deadline: February 3, 2017 at 2:00 p.m. ) |
| Debtors. | ) |

**RESERVATION OF RIGHTS OF EFH INDENTURE TRUSTEE WITH RESPECT TO CONFIRMATION OF SEVENTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for notes issued by EFH Future Holdings Corp. ("EFH Corp."), by its undersigned counsel, hereby files this reservation of rights ("Reservation of Rights") with respect to confirmation of the *Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 10551] (the "Plan").[2] In support of this Reservation of Rights, the EFH Indenture Trustee respectfully states as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Plan.

1

1.      The EFH Indenture Trustee serves as indenture trustee for the EFH Legacy Notes, the EFH LBO Notes and the EFH Unexchanged Notes issued by EFH Corp. under the EFH Legacy Notes Indentures, the EFH LBO Notes Indenture, the EFH 2019 Note Indenture and the EFH 2002 Note Indenture, respectively.  Holders of those notes are classified under the Plan as holders of Claims in Classes A4, A5, A6 and B6.  Each of Class A4, A5, A6 and B5 voted in favor of the Fourth Amended Plan.  *See Declaration Of Jane Sullivan On Behalf Of Epiq Bankruptcy Solutions, LLC, Regarding Voting And Tabulation Of Ballots Cast On The Fourth Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., Et Al., Pursuant To Chapter 11 Of The Bankruptcy Code* [D.I. 10301], at Ex. B.  The Court has determined that those holders' prior votes are binding with respect to the Plan.  *See Supplemental (A) Binding Holders Of Claims And Interest To Their Prior Ballots, (B) Approving The Revised EFH/EFIH Disclosure Statement, (C) Approving The Procedures And Timeline For The Limited Resolicitation Of Votes On The Plan And (D) Approving The Manner And Forms Of Notice Related Thereto* [D.I. 10560].[3]

2.      So long as Holders of Claims in Classes A4, A5, A6, and B5 continue to accept the Plan, the EFH Indenture Trustee will not prosecute any objections to confirmation of the Plan as currently on file.  However, the EFH Indenture Trustee reserves the right to the object to the Plan and any proposed order to the extent (i) there is a change in circumstances, such as a reversal of the Third Circuit Makewhole Decision, (ii) the ultimate mechanics proposed for the distribution of cash and/or stock to holders prove to be deficient when the EFH Indenture Trustee

---

[3]     On January 13, 2017, the EFH Indenture Trustee received a direction letter from funds and accounts advised or sub-advised by Fidelity Management & Research Company or one or more of its affiliates (collectively, "Fidelity"), concerning not objecting to the Plan.  Fidelity holds EFH Legacy Notes and EFH LBO Notes in excess of a majority in aggregate principal amount of the outstanding EFH Legacy Notes and EFH LBO Notes.

completes its analysis of the plan supplements, related documents and any proposed confirmation order, (iii) there are changes to the economic structure of Plan, including provisions providing for the payment of indenture trustee fees, or (iv) there is a further amendment or modification to the Plan that adversely affects the holders of Claims in Classes A4, A5, A6 or B5.  The grounds for such objections are not exclusive and the EFH Indenture Trustee reserves all rights to respond to, join or reply to any objection to the Plan or any modified version of the Plan.

[*remainder of page intentionally left blank*]

WHEREFORE, the EFH Indenture Trustee respectfully request the Court grant such other relief as is just and proper.

Dated: Wilmington, DE
February 3, 2017

**CROSS & SIMON, LLC**

By: /s/*Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*