IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATION OF COUNSEL CONCERNING
## INITIAL PRETRIAL ORDER CONCERNING CERTAIN PRETRIAL PROCEDURES

On December 7, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings* [D.I. 10327] (as modified or amended from time to time, the "Scheduling Order").[2] Pursuant to the Scheduling Order, the Court scheduled certain dates and deadlines and established certain protocols in connection with the proposed confirmation of the *Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 10551] (as may be further amended or modified, the "Plan") as it relates to the EFH/EFIH Debtors.

Consistent with the terms of the Scheduling Order, the EFH/EFIH Debtors hosted a telephonic meet and confer with the Participating Parties on January 24, 2017 to address various pre-trial procedures in connection with the Plan confirmation process. On January 25, 2017, the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Scheduling Order.

EFH/EFIH Debtors filed a letter with the Court (*see* D.I. 10713) to memorialize and summarize the proposed pretrial procedures addressed during the parties' telephonic meet and confer.

On January 26, 2017 (the "January 26th Hearing"), the Court held a status conference during which the Participating Parties addressed certain proposed pre-trial procedures, including (1) the timing for submission of written direct examinations, and (2) the designation of portions of the record from the evidentiary hearing held on December 5, 2016, in connection with the *Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holding, Inc., LSGT Sacroc, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b)* [D.I. 10074] (the "Motion to Dismiss the LSGT Debtors") filed by Shirley Fenicle, individually, and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann (collectively, the "Asbestos Objectors").

Following the January 26th Hearing, counsel for the EFH/EFIH Debtors and counsel for the Asbestos Objectors engaged in further meet and confer efforts and were able to reach agreement concerning the procedures for designation of portions of the record from the hearing in connection with the Motion to Dismiss the LSGT Debtors as reflected in that certain *Initial Pretrial Order Concerning Certain Pretrial Procedures* (the "Pretrial Order"). A copy of the Pretrial Order is attached hereto as **Exhibit A**. Relatedly, the EFH/EFIH Debtors and the Asbestos Objectors have entered into that certain *Stipulation*, dated February 2, 2017 (the "Stipulation") to resolve any evidentiary issues with the Asbestos Objectors concerning the EFH/EFIH Debtors' use of that certain expert report entitled: *Forecast of the Cost of Resolving All Asbestos-Related Bodily Injury Claims Against Energy Future Holdings Corp. (E-Side)* in connection with the Plan confirmation process on the terms set forth in the Stipulation. A copy

2

of the Stipulation is attached hereto as **Exhibit B**.  The EFH/EFIH Debtors believe that this Court's approval of the Stipulation will promote judicial economy in connection with the Plan confirmation process.  Both the Pretrial Order and the Stipulation have been reviewed by, and are acceptable to, the EFH/EFIH Debtors and the Asbestos Objectors.

The EFH/EFIH Debtors therefore respectfully request that the Court enter the Pretrial Order, substantially in the form attached hereto as **Exhibit A**, and "so order" the Stipulation, substantially in the form attached hereto as **Exhibit B**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: February 3, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Andrew McGaan (admitted *pro hac vice*)
Brenton A. Rogers (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel to the EFH/EFIH Debtors*