# Exhibit A

# (Pretrial Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## INITIAL PRETRIAL ORDER CONCERNING CERTAIN PRETRIAL PROCEDURES

**WHEREAS** the debtors and debtors in possession of Energy Future Holdings Corp., *et al.* (collectively, the "Debtors") hosted a telephonic meet and confer on January 24, 2017, with the Participating Parties, to address pre-trial procedures; and

**WHEREAS** the Debtors filed a letter with the Court on January 25, 2017, to memorialize and summarize the proposed pretrial procedures addressed during the parties' telephonic meet and confer [D.I. 10713]; and

**WHEREAS** the Court held a status conference on January 26, 2017, during which the Participating Parties addressed certain proposed pre-trial procedures, including (1) the timing for submission of written direct examinations, and (2) the designation of portions of the record from the evidentiary hearing held on December 5, 2016, in connection with the *Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holding, Inc., LSGT Sacroc, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b)* [D.I. 10074] (the "Motion to Dismiss the LSGT Debtors") filed by certain asbestos objectors; and

**WHEREAS** counsel for the Debtors and counsel for Shirley Fenicle, individually, and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann (collectively, the "Asbestos Objectors") engaged in further meet and confer

efforts following the January 26, 2017, status conference, and were able to reach agreement concerning the procedures for designation of portions of the record from the hearing in connection with the Motion to Dismiss the LSGT Debtors, as reflected in the following provisions;

**IT IS ORDERED** that:

1. **Direct Examinations.** Participating Parties may submit narrative written direct examinations for all or part of any witness's testimony. Written directs shall not count against a party's allocated time. Witnesses testifying by written direct are permitted to supplement the written direct with live testimony.

2. **Cross Examinations.** All witnesses must be tendered for cross examination. Each Participating Party submitting testimony through a written direct shall provide such written direct to the Court and all Participating Parties at least four calendar days before the witness is scheduled to be called and any testimony is offered. Any evidentiary objections to any portion of a written direct shall be made two calendar days after receipt of the written direct. The parties must then meet and confer regarding any such objections.

3. **Record Designations from the December 5, 2016, Evidentiary Hearing Regarding the Motion to Dismiss the LSGT Debtors**. The Debtors and the Asbestos Objectors will exchange initial designations from the evidentiary hearing in connection with the Motion to Dismiss the LSGT Debtors on February 6, 2017, and any counter-designations will be exchanged on February 11, 2017. The Debtors and the Asbestos Objectors will meet and confer on February 13, 2017, to resolve any objections concerning the proposed designations, and shall jointly submit a final set of the agreed-upon designations to the Court. The agreed-upon designations shall be introduced into evidence as a part of the record of the E-Side Confirmation

Proceedings. The Asbestos Objectors intend to introduce the relevant joint deposition designations agreed to and utilized by the Asbestos Objectors in connection with the Motion to Dismiss the LSGT Debtors, the written direct testimony of Michael Hunter and Kristopher Moldovan in connection with the Motion to Dismiss the LSGT Debtors, and the agreed-upon designations of written directs and trial testimony in connection with the Motion to Dismiss the LSGT Debtors. The agreed-upon designations of written direct and trial testimony for Michael Hunter and Kristopher Moldovan will be introduced in lieu of either individual being called to testify during the E-Side Confirmation Proceedings.

Dated: February \_\_\_\_, 2017
       Wilmington, Delaware

 

                                                                          _____
                                                                           THE HONORABLE CHRISTOPHER S. SONTCHI
                                                                           UNITED STATES BANKRUPTCY JUDGE