# EXHIBITS 1 THROUGH 4
# ARE REDACTED IN THEIR ENTIRETY