**<u>Appendix</u>**

# APPENDIX A: PRECEDENT CASES

**I.** <u>*In re Dow Corning Corp.*</u>, **No. 95-20512 (Bankr. E.D. Mich.)**

**Issue**: Rate and amount of post-petition interest to be paid to unsecured creditors of solvent debtor.

**Time pending**: 17 years, *still pending*.

| Date | Event | |
|---|---|---|
| Apr. 15, 1999 | Bankruptcy court hearing on unsecured creditors' objections to plan confirmation on interest-rate issue. | |
| July 30, 1999 | Bankruptcy court decision overruling unsecured creditors' objections on interest-rate issue. | 237 B.R. 380 (Bankr. E.D. Mich.) |
| Dec. 1, 1999 | Bankruptcy court decision confirming plan and overruling unsecured creditors' objections to plan confirmation on section 1129(b) grounds. | 244 B.R. 678 (Bankr. E.D. Mich.) |
| Sept. 28, 2000 | Debtors file objections to unsecured claims. | No. 97-00009 (Bankr. E.D. Mich.) |
| Mar. 16, 2001 | Unsecured creditors file motions for summary judgment in opposition to claim objection. | |
| May 3, 2001 | Bankruptcy court decision denying motions for summary judgment. | No. 97-00009, Dkt. 430 (Bankr. E.D. Mich.) |
| Mar. 31, 2004 | District court decision on appeal affirming bankruptcy court. | 2004 WL 764654 (E.D. Mich.) |
| July 27, 2005 | Court of appeals oral argument on appeal. | No. 04-1608 (6th Cir.) |
| July 26, 2006 | Court of appeals decision on appeal reversing and remanding. | 456 F.3d 668 (6th Cir.) |
| Oct. 31, 2006 | Petition for rehearing in court of appeals denied. | No. 04-1608, Dkt. 97 (6th Cir.) |
| Nov. 15, 2006 | Court of appeals grants motion to stay mandate pending cert petition. | No. 04-1608, Dkt. 104 (6th Cir.) |
| Mar. 26, 2007 | Supreme Court denies cert. | 549 U.S. 1317 |
| Aug. 2009 | On remand in district court, unsecured creditors file motions for summary judgment. | No. 97-00009 (Bankr. E.D. Mich.) |
| Jan. 28, 2010 | District court oral argument on motions for summary judgment. | No. 95-20512 (Bankr. E.D. Mich.) |
| Apr. 30, 2013 | Parties file joint petition in court of appeals for writ of mandamus compelling district court to rule on motions for summary judgment. | No. 13-1541, Dkt. 1 (6th Cir.) |
| May 14, 2013 | District court decision denying motions for summary judgment. | No. 97-00009, Dkt. 645, (Bankr. E.D. Mich.). |
| *Still pending* | | |

# APPENDIX A: PRECEDENT CASES

**II.** *In re Bank of New England Corp.*, **No. 91-10126 (Bankr. D. Mass.)**

**Issue:** Right of secured creditor to payment of post-petition interest before payment to junior creditors.

**Time pending**: 10 years, 1 month.

| Date | Event | |
|---|---|---|
| May 23, 2001 | Chapter 7 trustee files motion seeking authorization to make distributions to junior bondholders. | Dkt. 1432[1] |
| Nov. 1, 2001 | Bankruptcy court decision granting chapter 7 trustee's motion. | 269 B.R. 82 (Bankr. D. Mass.) |
| Feb. 3, 2003 | District court decision on appeal affirming decision of bankruptcy court. | 295 B.R. 419 (D. Mass.) |
| Apr. 13, 2004 | Court of appeals decision on appeal reversing and remanding. | 364 F.3d 355 (1st Cir.) |
| Oct. 12, 2004 | Supreme Court denies cert. | 543 U.S. 926 |
| Jan. 9, 2007 | Bankruptcy court bifurcates issues on remand and issues decision on burden of proof. | 359 B.R. 384 (Bankr. D. Mass.) |
| Apr. 10, 2009 | Bankruptcy court decision on remand granting chapter 7 trustee's motion. | 404 B.R. 17 (Bankr. D. Mass.) |
| Mar. 15, 2010 | District court decision on appeal affirming decision of bankruptcy court. | 426 B.R. 1 (D. Mass.) |
| June 23, 2011 | Court of appeals decision on appeal affirming. | 646 F.3d 90 (1st Cir.) |

---

[1] Unless otherwise indicated, references to docket entries are references to entries on docket in the main bankruptcy case (or, where applicable, adversary proceeding) in the bankruptcy court.

# APPENDIX A: PRECEDENT CASES

### III. *In re Motors Liquidation Co.*, No. 09-50026, Adv. Pro. No. 09-00504 (Bankr. S.D.N.Y.)

**Issue:** Avoidance action seeking determination that creditors' lien on debtors' assets had been released and avoidance and recovery of payments to those creditors.

**Time Pending**: 7 years, 7 months, *still pending*.

| Date | Event | |
|---|---|---|
| July 31, 2009 | Avoidance action complaint filed. | Dkt. 1 |
| July 1, 2010 | Motions for summary judgment filed. | |
| Mar. 1, 2013 | Bankruptcy court decision granting summary judgment for defendant. | 486 B.R. 596 (Bankr. S.D.N.Y.) |
| June 5, 2013 | Court of appeals grants leave for direct appeal. | Dkt. 83 |
| Mar. 25, 2014 | Court of appeals oral argument on appeal. | No. 13-2187 (2d Cir.) |
| June 17, 2014 | Court of appeals certifies question to Delaware Supreme Court. | 755 F.3d 78 (2d Cir.) |
| Oct. 17, 2014 | Answer from Delaware Supreme Court to certified question. | 103 A.3d 1010 (Del.) |
| Jan. 21, 2015 | Court of appeals decision reversing bankruptcy court and remanding with instructions for the bankruptcy court to enter partial summary judgment for plaintiff. | 777 F.3d 100 (2d Cir.) |
| May 20, 2015 | Amended complaint filed. | Dkt. 91 |
| Nov. 2015 | Defendants file motions to dismiss amended complaint. | |
| June 30, 2016 | Bankruptcy court decision denying motions following remand. | 552 B.R. 253 (Bankr. S.D.N.Y.) |
| *Still pending* | | |

3

# APPENDIX A: PRECEDENT CASES

### IV. *In re Adelphia Commc'ns Corp.*, No. 02-41729, Adv. Pro. No. 03-4942 (Bankr. S.D.N.Y.)

**Issue:** Action by creditors' committee against bank lenders asserting, among others, fraudulent transfer claims and claims for aiding and abetting breaches of fiduciary duties by principals of debtors.

**Time pending:** 7 years, 6 months.

| Date | Event | |
|---|---|---|
| July 6, 2003 | Complaint filed by creditors' committee. | Dkt. 1 |
| Oct. 2003 | Certain defendants file motions to dismiss. | |
| Feb. 9, 2006 | District court withdraws the reference in adversary proceeding except with respect to pending motions to dismiss. | No. 05-9050, Dkt. 22 (S.D.N.Y.) |
| June 11, 2007 | Bankruptcy court decision granting in part and denying in part motions to dismiss. | 365 B.R. 24 (Bankr. S.D.N.Y.) |
| Sept. 5, 2007 | District court grants in part and denies in part leave to appeal bankruptcy court decision. | No. 05-9050, Dkt. 79, (S.D.N.Y.) |
| Oct. 31, 2007 | Creditor trust (as successor to creditors' committee) files amended complaint. | No. 05-9050, Dkt. 132, (S.D.N.Y.) |
| Jan. 17, 2008 | District court decision affirming in part bankruptcy court decision on appeal. | 390 B.R. 64 (S.D.N.Y.) |
| June 17, 2008 | District court decision granting motions to dismiss amended complaint. | 390 B.R. 80 (S.D.N.Y.) |
| Dec. 8, 2008 | District court enters final judgment. | No. 05-9050, Dkt. 921, (S.D.N.Y.) |
| May 26, 2010 | Court of appeal summary order affirming district court decision on appeal. | No. 09-0039, 379 F. App'x 10 (2d Cir.) |
| Jan 5, 2011 | Supreme Court grants motion to dismiss cert petition. | 562 U.S. 1126 |

# APPENDIX A: PRECEDENT CASES

### V. *In re Coudert Bros. LLP*, No. 06-12226 (Bankr. S.D.N.Y.)

**Issue:** Allowance of claim for malpractice.

**Time pending**: 6 years, 7 months.

| Date | Event | |
|---|---|---|
| Mar. 13, 2009 | Debtor files motion to disallow claim and dismiss action. | Dkt. 153 |
| July 22, 2009 | Bankruptcy court decision disallowing claim and dismissing action on statute-of-limitations grounds. | Dkt. 1208 |
| Sept. 8, 2009 | Bankruptcy court denies motion for reconsideration. | 2009 WL 2928911 (Bankr. S.D.N.Y.) |
| June 14, 2010 | District court decision on appeal affirming decision of bankruptcy court. | No. 09-9561, 2010 WL 2382397 (S.D.N.Y.) |
| Feb. 28, 2012 | Court of appeals decision on appeal reversing denial of reconsideration on choice-of-law issue. | 673 F.3d 180 (2d Cir.) |
| Aug. 19, 2013 | Bankruptcy court decision on remand. | 2013 WL 4478824 (Bankr. S.D.N.Y.) |
| Oct. 25, 2013 | Bankruptcy court denies motion for reconsideration. | Dkt. 1610 |
| Sept. 19, 2014 | District court decision on appeal affirming. | No. 13-8578, Dkt. 22 (S.D.N.Y.) |
| Aug. 20, 2015 | Court of appeals oral argument. | No. 14-3688, Dkt. 70 |
| Dec. 29, 2015 | Court of appeals decision reversing decision on remand, vacating disallowance order, and reinstating claim. | 809 F.3d 94 (2d Cir.) |

**APPENDIX A: PRECEDENT CASES**

## VI. *In re Glob. Indus. Techs., Inc.*, No. 02-21626 (Bankr. W.D. Pa.)

**Issue**: Insurers' objections to creation of silica trusts pursuant to plan of reorganization on grounds that creation of trusts involved improper collusion between debtors and tort claimants.

**Time pending**: 6 years, 9 months.

| Date | Event | |
|---|---|---|
| May 19, 2006 | Insurers file objections to plan confirmation. | Dkts. 5991, 5993, 5994, 5995, 5996 |
| July 21, 2006 | Debtors move to strike insurers' plan objections for lack of standing. | Dkt. 6375 |
| Sept. 21, 2007 | Bankruptcy court decision on debtors' motion to strike for lack of standing. | Dkt. 7703 |
| Nov. 13, 2007 | Bankruptcy court decision confirming plan. | Dkt. 7886 |
| July 25, 2008 | District court decision on appeal affirming bankruptcy court decisions. | No. 07-1749, 2008 WL 6838582 (W.D. Pa.) |
| May 21, 2009 | Court of appeals panel oral argument on appeal. | No. 08-3650 |
| June 15, 2010 | Court of appeals issues order *sua sponte* setting appeal for hearing *en banc*. | |
| Oct. 13, 2010 | Court of appeals oral argument *en banc*. | |
| May 4, 2011 | Court of appeals *en banc* decision reversing on issue of standing, vacating order confirming plan, and remanding. | 645 F.3d 201 (3d Cir.) |
| Nov. 17, 2011 | Supreme Court denies cert. | 132 S. Ct. 551 |
| Sept. 14, 2012 | On remand, following discovery, insurers settle and withdraw objections to confirmation of revised plan. | Dkts. 10732, 10733, 10734 |
| Feb. 13, 2013 | Bankruptcy court decision confirming plan. | 2013 WL 587366 (Bankr. W.D. Pa.) |

# APPENDIX A: PRECEDENT CASES

**VII.** <u>*In re Lyondell Chem. Co.*</u>, **No. 09-10023, Adv. Pro. No. 10-05525 (Bankr. S.D.N.Y.)**

**Issue:** Action by estate "litigation" trust seeking avoidance under Bankruptcy Code of intentional fraudulent transfers and constructive fraudulent transfers made in connection with leveraged merger.

**Time pending**: 6 years, *still pending*.

| Date | Event | |
|---|---|---|
| Dec. 23, 2010 | Complaint filed by litigation trust. | Dkt. 1 |
| Apr. 2011 | Defendants file motions to dismiss. | |
| Jan. 14, 2014 | Bankruptcy court decision granting in part and denying in part motions to dismiss. | 503 B.R. 348 (Bankr. S.D.N.Y.) |
| Apr. 18, 2014 | Plaintiff files amended complaint. | Dkt. 753 |
| Aug. 1, 2014 | Defendants file motion to dismiss amended complaint. | Dkt. 770 |
| Nov. 18, 2015 | Bankruptcy court decision granting in part and denying in part motions to dismiss amended complaint. | 541 B.R. 172 (Bankr. S.D.N.Y.) |
| July 27, 2016 | District court decision on appeal reversing bankruptcy court decision. | 554 B.R. 635 (S.D.N.Y.) |
| Oct. 5, 2016 | District court denies motion for reconsideration. | No. 16-518, 2016 WL 5818591 (S.D.N.Y.) |
| *Still pending* | | |

7

APPENDIX A:  PRECEDENT CASES

### VIII. *In re Lyondell Chem. Co.*, No. 09-10023, Adv. Pro. No. 10-4609 (Bankr. S.D.N.Y.)

**Issue:**  Action by creditor trust seeking avoidance under state law of intentional fraudulent transfers and constructive fraudulent transfers made in connection with leveraged merger.

**Time pending**:  6 years, *still pending*.

| Date | Event | |
|---|---|---|
| Dec. 1, 2010 | Complaint filed by creditor trust. | Dkt. 1 |
| Jan. 2011 | Defendants file motions to dismiss. | |
| Jan. 14, 2014 | Bankruptcy court decision granting in part and denying in part motions to dismiss. | 503 B.R. 348 (Bankr. S.D.N.Y.) |
| Apr. 18, 2014 | Plaintiff files amended complaint. | Dkt. 1941 |
| July 2015 | Defendants file motion to dismiss amended complaint. | |
| Nov. 18, 2015 | Bankruptcy court decision granting in part and denying in part motions to dismiss amended complaint. | 541 B.R. 172 (Bankr. S.D.N.Y.) |
| May 4, 2016 | Defendants file motion to dismiss remaining claims. | Dkt. 2387 |
| July 20, 2016 | Bankruptcy court issues report and recommendation to district court recommending grant of motion to dismiss. | Dkt. 2414 |
| Aug. 2016 | Parties file objections and responses to report and recommendation. | |
| *Still pending* | | |

## APPENDIX A: PRECEDENT CASES

**IX.**     *In re W.R. Grace & Co.*, No. 01-01139 (Bankr. D. Del.)

**Issue:** Unsecured creditors' right to post-petition interest at default rate.

**Time pending**: 5 years, 8 months.

| Date | Event | |
|---|---|---|
| June 13, 2008 | Debtors file objection to unsecured creditors' proof of claim. | Dkt. 18922 |
| Sept. 29, 2008 | Bankruptcy court hearing on objection. | |
| May 19, 2009 | Bankruptcy court decision denying right to post-petition interest at default rate. | 2009 WL 1469831 (Bankr. D. Del.) |
| Nov. 2, 2009 | Unsecured creditors file objection to plan confirmation. | Dkt. 23657 |
| Jan. 31, 2011 | Bankruptcy court decision confirming plan and overruling objections. | 446 B.R. 96 (Bankr. D. Del.) |
| June 11, 2012 | District court decision affirming bankruptcy court decisions on appeal. | 475 B.R. 34 (D. Del.) |
| June 17, 2013 | Court of appeals oral argument. | No. 12-1404 |
| Feb. 3, 2014 | Court of appeals grants parties' motion to dismiss. | |

9

# APPENDIX A: PRECEDENT CASES

## X.    *In re ASARCO LLC*, No. 05-21207 (Bankr. S.D. Tex.)

**Issue**: Whether professionals paid from a debtor's bankruptcy estate can be compensated for time spent defending their fee applications (fees-on-fees).

**Time pending**: 5 years, 4 months.

| Date | Event | |
|---|---|---|
| Feb. 8, 2010 | Debtors' counsel files final fee application. | Dkt. 13915 |
| July 20, 2011 | Bankruptcy court decision granting fee application. | 2011 WL 2974957 (Bankr. S.D. Tex.) |
| Aug. 8, 2012 | District court decision on appeal affirming in part, reversing and remanding in part. | 477 B.R. 661 (S.D. Tex.) |
| Sept. 27, 2012 | Bankruptcy court order on remand. | Dkt. 16712 |
| Mar. 26, 2013 | District court decision on appeal affirming bankruptcy court's order on remand. | Nos. 11-290, 12-318, 2013 WL 1292704 (S.D. Tex.) |
| Apr. 30, 2014 | Court of appeals decision on appeal affirming in part and reversing and remanding in part. | 751 F.3d 291 (5th Cir.) |
| Oct. 2, 2014 | Supreme Court grants cert. | 135 S. Ct. 44 |
| June 15, 2015 | Supreme Court decision affirming decision of court of appeals. | 135 S. Ct. 2158 |

# APPENDIX A: PRECEDENT CASES

### XI. *In re Rash*, No. 92-10305 (Bankr. E.D. Tex.)

**Issue:** Appropriate standard of valuation of vehicle in chapter 13 under section 506(a) of the Bankruptcy Code.

**Time pending**: 5 years, 2 months.

| Date | Event | |
|---|---|---|
| May 1, 1992 | Secured creditor files motion for relief from stay. | |
| June 16, 1992 | Bankruptcy court evidentiary hearing on motion for relief from stay and debtors' objection to secured creditor's proof of claim. | |
| Jan. 11, 1993 | Bankruptcy court decision valuing collateral and denying relief from stay. | 149 B.R. 430 (Bankr. E.D. Tex.) |
| Sept. 13, 1994 | Court of appeals decision reversing on appeal. | 31 F.3d 325 (5th Cir.) |
| Aug. 16, 1995 | Panel rehearing in court of appeals denied. | 62 F.3d 685 (5th Cir.) |
| Oct. 18, 1995 | Rehearing *en banc* in court of appeals granted. | 68 F.3d 113 (5th Cir.) |
| July 30, 1996 | *En banc* court of appeals decision affirming bankruptcy court decision. | 90 F.3d 1036 (5th Cir.) |
| June 16, 1997 | Supreme Court decision reversing decision of *en banc* court of appeals and remanding. | 520 U.S. 953 |
| July 28, 1997 | Court of appeals remands to district court with instructions to remand to bankruptcy court. | 118 F.3d 1081 (5th Cir.) |

# APPENDIX A:  PRECEDENT CASES

### XII. *In re: Tribune Co. Fraudulent Conveyance Litig.*, No. 11-2296 (S.D.N.Y.)

**Issue:**  Actions by creditors seeking avoidance of fraudulent transfers made in connection with leveraged buyout.

**Time pending**:  5 years, 11 months, *still pending*.

| Date | Event | |
|---|---|---|
| Mar. 1, 2011 | Creditors file motion from relief from stay to file fraudulent transfer actions outside of bankruptcy. | No. 08-13141, Dkt. 8201 (Bankr. D. Del.) |
| Apr. 25, 2011 | Bankruptcy court grants creditors' motion for relief from stay. | No. 08-13141, Dkt. 8740 (Bankr. D. Del.) |
| June – Dec. 2011 | Creditors file fraudulent transfer actions. | |
| Dec. 9, 2011 | Judicial Panel on Multidistrict Litigation consolidates fraudulent transfer actions in S.D.N.Y. district court. | 831 F. Supp. 2d 1371 (U.S. J.P.M.L.) |
| Nov. 6, 2012 | Defendants file motions to dismiss individual creditor actions. | Dkts. 1670, 1671. |
| Sept. 23, 2013 | District court decision granting motions to dismiss individual creditor actions. | 499 B.R. 310 (S.D.N.Y.) |
| Nov. 5, 2014 | Court of appeals oral argument on appeal. | No. 13-3992 (2d Cir.) |
| Mar. 29, 2016 | Court of appeals decision affirming on appeal. | 818 F.3d 98 (2d Cir.) |
| Sept. 12, 2016 | Cert. petition filed. | No. 16-317 |
| *Still pending* | | |

# APPENDIX A: PRECEDENT CASES

### XIII. *In re Calpine Corp.*, No. 05-60200 (Bankr. S.D.N.Y.)

**Issue**: Enforceability of a "no-call" provision in bankruptcy and allowance of a claim for damages for a breach of that provision.

**Time pending**: 4 years, 6 months.

| Date | Event | |
|---|---|---|
| Jan. 26, 2007 | Debtors file refinancing motion. | Dkt. 3481 |
| Feb. 27, 2007 | Bankruptcy court evidentiary hearing on refinancing motion (including on issue of solvency). | |
| Mar. 5, 2007 | Bankruptcy court decision. | 365 B.R. 392 (Bankr. S.D.N.Y.) |
| Nov. 5, 2007 | District court oral argument on appeal. | No. 07-3088 (S.D.N.Y.) |
| Sept. 15, 2010 | District court decision affirming on appeal. | No. 07-3088, 2010 WL 3835200 (S.D.N.Y.) |
| July 2011 | Parties withdraw appeal to court of appeals by stipulation. | No. 10-4302 (2d Cir.) |

APPENDIX A: PRECEDENT CASES

XIV. *In re Boston Generating LLC*, **No. 10-14419, Adv. Pro. No. 12-01879 (Bankr. S.D.N.Y.)**

**Issue:** Action by creditor trust seeking avoidance under state law of constructive fraudulent transfers made in connection with leveraged recapitalization.

**Time pending**: 4 years, 5 months, *still pending*.

| Date | Event | |
|---|---|---|
| Aug. 17, 2012 | Complaint filed by liquidating trust. | Dkt. 1 |
| Aug. 1, 2013 | Amended complaint filed by liquidating trust. | Dkt. 96 |
| Nov. 1. 2013 | Defendants file motions to dismiss. | |
| May 27, 2014 | Bankruptcy court hearing on motions to dismiss. | |
| *Still pending* | | |

# APPENDIX A: PRECEDENT CASES

**XV.** *Chesapeake Energy Corp. v. The Bank of New York Mellon Trust Co.*, **No. 13-01582 (S.D.N.Y.)**

**Issue:** Whether redemption of notes triggers obligation to pay makewhole.

**Time pending**: 3 years, 11 months, *still pending*.

| Date | Event | |
|---|---|---|
| Mar. 8, 2013 | Chesapeake files complaint seeking declaration that redemption will not trigger makewhole. | Dkt. 1 |
| May 8, 2013 | District court decision holding that redemption would not trigger makewhole. | 957 F. Supp. 2d 316 (S.D.N.Y.) |
| Mar. 6, 2014 | Court of appeals oral argument on appeal. | No. 13-1893 (2d Cir.) |
| Nov. 25, 2014 | Court of appeals decision reversing and remanding for proceedings on damages. | 773 F.3d 110 (2d Cir.) |
| July 10, 2015 | District court decision on damages. | 2015 WL 4191419 (S.D.N.Y.) |
| June 13, 2016 | Court of appeals oral argument on appeal. | No. 15-2366, Dkt. 75 (2d Cir.) |
| Sept. 15, 2016 | Court of appeals decision affirming on appeal. | 837 F.3d 146 (2d Cir.) |
| Sept. 29, 2016 | Chesapeake files petition for rehearing in court of appeals. | No. 15-2366, Dkt. 104 (2d Cir.) |
| Nov. 4, 2016 | Court of appeals denies petition for rehearing. | No. 15-2366, Dkt. 110 (2d Cir.) |
| Nov. 17, 2016 | Court of appeals grants motion to stay mandate pending cert petition. | No. 15-2366, Dkt. 120 (2d Cir.) |
| *Still pending* | | |

APPENDIX A: PRECEDENT CASES

**XVI.** *In re MPM Silicones, LLC*, No. 14-22503, Adv. Pro. No. 14-22503 (Bankr. S.D.N.Y.)

**Issue:** Rate of interest required to "cramdown" secured creditor under section 1129(b)(2)(A)(i) and allowance of makewhole claim following redemption.

**Time pending**: 2 years, 9 months, *still pending*.

| Date | Event | |
|---|---|---|
| May 9, 2014 | Complaint filed seeking declaration that debtors do not owe makewhole. | Dkt. 1 |
| Sept. 9, 2014 | Bankruptcy court decision confirming plan and ruling in adversary proceeding. | 2014 WL 4436335 (S.D.N.Y.) |
| May 4, 2015 | District court decision on appeal affirming decision of bankruptcy court. | 531 B.R. 321 (S.D.N.Y.) |
| June 16, 2016 | Court of appeals oral argument on appeal. | No. 15-1682 (2d Cir.) |
| *Still pending* | | |