**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br>*Debtors*. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

**DECLARATION OF PHILIP D. ANKER
WITH RESPECT TO EXHIBITS FILED IN SUPPORT OF
OBJECTION OF DELAWARE TRUST COMPANY,
AS TRUSTEE FOR THE EFIH FIRST LIEN NOTES,
TO CONFIRMATION OF SEVENTH AMENDED JOINT PLAN OF
<u>REORGANIZATION</u>**

I, PHILIP D. ANKER, hereby certify and declare as follows based upon my own personal information and knowledge:

1. I am an attorney at law, duly admitted and in good standing to practice in the State of New York, the District of Columbia and pro hac vice before this Court, and I am a member of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.

2. I submit this declaration in support of the Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Seventh Amended Joint Plan of Reorganization.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Transcript of January 18, 2017 Deposition of Paul Keglevic.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Transcript of January 20, 2017 Deposition of Anthony Horton.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Transcript of the January 26, 2017 Deposition of Andrew Wright.

6.     Attached hereto as Exhibit D is a true and correct copy of the Stipulation of Facts dated January 24, 2017 (with agreed redactions).

7.     Attached hereto as Exhibit E is a true and correct copy of Energy Future Holdings Corp. Form 8-K dated December 16, 2016.

8.     Attached hereto as Exhibit F is a true and correct copy of the Notice of Rule 30(b)(6) Deposition of Debtors dated December 22, 2016.

9.     Attached hereto as Exhibit G is a true and correct copy of the E-mail dated November 17, 2016 from Mr. Alberino to Mr. Husnick, Bates No. EFH06584368.

10.    Attached hereto as Exhibit H is a true and correct copy of the Expert Report of Christopher J. Kearns dated January 25, 2017.

DATED this 3rd day of February, 2017.

Respectfully submitted,

 /s/ Philip D. Anker
Philip D. Anker
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile:  212-230-8888