**Exhibit G**

**E-mail dated November 17, 2016 from Mr. Alberino to Mr. Husnick,
Bates No. EFH06584368**

| | |
|---|---|
| **From:** | Alberino, Scott L. <SAlberino@AKINGUMP.com> |
| **Sent:** | Thursday, November 17, 2016 8:21 PM |
| **To:** | Husnick, Chad J. <chusnick@kirkland.com> |
| **Subject:** | Re: RE: |

Doesn't fido have an out if the plan is modified in a manner adverse to them?

Scott Alberino

On Nov 17, 2016, at 2:55 PM, Husnick, Chad J. <chusnick@kirkland.com> wrote:

> Phase 2 involves a lot of issues and will not be expedited. I really doubt that will be an attractive alternative.
>
> **Chad J. Husnick**
>
> **KIRKLAND & ELLIS LLP**
> 300 North LaSalle, Chicago, IL 60654
> T +1 312 862 2009  M +1 630 291 1947
>
> chad.husnick@kirkland.com
>
> **From:** Alberino, Scott L. [mailto:SAlberino@AKINGUMP.com]
> **Sent:** Thursday, November 17, 2016 1:44 PM
> **To:** Husnick, Chad J.
> **Subject:**
>
> Would the Company consider delaying confirmation to proceed with an expedited phase 2 proceeding?
>
> Scott Alberino

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.