# **EXHIBIT 1**

# Expert Report *Highly Confidential*

## Potential Escrow Account – Scenario 1 (EFIH 2L Principal Paid to Creditors) *($ in millions)*

| | 4/30/17 | 4/30/18 | 4/30/19 | 4/30/20 |
|---|---|---|---|---|
| **Time From Emergence** | Emergence | 1 Year | 2 Years | 3 Years |
| **EFIH 1st Lien Claim** | **$628** | **$690** | **$759** | **$835** |
| *Make Whole* | 432 | 432 | 432 | 432 |
| *Accrued Interest on MW* | 142 | 202 | 268 | 341 |
| *Professional Fees* | 40 | 40 | 40 | 40 |
| *Accrued Interest on Professional Fees* | 14 | 16 | 19 | 21 |
| **EFIH 2nd Lien Notes** | **$279** | **$311** | **$347** | **$388** |
| *Interest on Principal Amount* | -- | -- | -- | -- |
| *Make Whole Related to 3/11/15 Paydown* | 113 | 113 | 113 | 113 |
| *Accrued Interest on MW* | 32 | 50 | 71 | 94 |
| *Call Premium* | 99 | 99 | 99 | 99 |
| *Accrued Interest on Call Premium* | -- | 12 | 26 | 42 |
| *Professional Fees* | 24 | 24 | 24 | 24 |
| *Accrued Interest on Professional Fees* | 10 | 12 | 14 | 16 |
| **Professional Fees (Post-Emergence)** | **$--** | **$30** | **$60** | **$90** |
| *1st Lien Professionals incl. Accrued Interest ($1.5mm / month)* | -- | 18 | 36 | 54 |
| *2nd Lien Professionals incl. Accrued Interest ($1.0mm / month)* | -- | 12 | 24 | 36 |
| *Asserted Trustee Indemnification Fees* | -- | -- | -- | -- |
| **All MWs, Call Premiums, Interest & Professional Fees** | **$907** | **$1,031** | **$1,166** | **$1,313** |

# Expert Report

*Highly Confidential*

## Potential Escrow Account – Scenario 2 (EFIH 2L Principal Paid to Trustee)  *($ in millions)*

| Time From Emergence | 4/30/17 Emergence | 4/30/18 1 Year | 4/30/19 2 Years | 4/30/20 3 Years |
|---|---|---|---|---|
| **EFIH 1st Lien Claim** | **$628** | **$690** | **$759** | **$835** |
| *Make Whole* | 432 | 432 | 432 | 432 |
| *Accrued Interest on MW* | 142 | 202 | 268 | 341 |
| *Professional Fees* | 40 | 40 | 40 | 40 |
| *Accrued Interest on Professional Fees* | 14 | 16 | 19 | 21 |
| **EFIH 2nd Lien Notes** | **$279** | **$477** | **$705** | **$964** |
| *Interest on Principal Amount* | -- | 212 | 450 | 717 |
| *Make Whole Related to 3/11/15 Paydown* | 113 | 113 | 113 | 113 |
| *Accrued Interest on MW* | 32 | 50 | 71 | 94 |
| *Call Premium* | 99 | 66 | 33 | -- |
| *Accrued Interest on Call Premium* | -- | -- | -- | -- |
| *Professional Fees* | 24 | 24 | 24 | 24 |
| *Accrued Interest on Professional Fees* | 10 | 12 | 14 | 16 |
| **Professional Fees (Post-Emergence)** | **$--** | **$30** | **$60** | **$90** |
| *1st Lien Professionals incl. Accrued Interest ($1.5mm / month)* | -- | 18 | 36 | 54 |
| *2nd Lien Professionals incl. Accrued Interest ($1.0mm / month)* | -- | 12 | 24 | 36 |
| *Asserted Trustee Indemnification Fees* | -- | -- | -- | -- |
| **All MWs, Call Premiums, Interest & Professional Fees** | **$907** | **$1,197** | **$1,523** | **$1,889** |

EVERCORE

13