# **EXHIBIT 2**

603164



# Expert report

Author: Kevin D. Glodowski, Director, Debt Advisory & Restructuring

January 25, 2017

# Disclaimer

This report was prepared by Rothschild Inc. ("Rothschild") at the request of its clients, Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (together, the "Trustee") for the 11% Second Lien Notes due October 1, 2021 and 11.75% Second Lien Notes due March 1, 2020 (together, the "Notes", and the holders of such Notes, the "Holders") issued by Energy Future Intermediate Holding Company LLC (together with its affiliated debtors and debtors in possession, the "Company") and EFIH Financing Inc. under an indenture dated as of April 25, 2011 (as amended and supplemented, the "Indenture"), in connection with certain ongoing chapter 11 cases involving the Company.

In creating this report, Rothschild has relied upon information that is publicly available or which was provided to Rothschild by or on behalf of the Company, the Trustee and/or the Holders, including, without limitation, management operating and financial forecasts or projections. Such information involves numerous significant assumptions and subjective determinations that may or may not be correct. Rothschild has not assumed any responsibility for independent verification of any of such information contained herein, including, but not limited to, any forecasts or projections set forth herein, and Rothschild has relied on such information being complete and accurate in all material respects. Accordingly, no representation or warranty, express or implied, can be made or is made by Rothschild as to the accuracy or completeness of any such information or the achievability of any such forecasts or projections.

Except where otherwise indicated, this report speaks as of the date hereof and is necessarily based upon the information available to Rothschild and financial, stock market and other conditions and circumstances existing and disclosed to Rothschild as of the date hereof, all of which are subject to change. Rothschild does not have any obligation to update, bring-down, review or reaffirm this report. Under no circumstances should the delivery of this report imply that any information or analyses included in this report would be the same if made as of any other date. Nothing contained in this report is, or shall be relied upon as, a promise or representation as to the past, present or future.

The materials set forth herein are not and do not purport to be appraisals of the assets, liabilities, stock or business of the Company. Nothing contained herein shall be deemed to be a recommendation from Rothschild to any party, including without limitation, any security holder of the Company, to enter into any transaction or to take any course of action.

This report is not intended to provide the sole basis for evaluating any transaction or other matter. Rothschild is not in the business of providing, and this report does not constitute, legal, tax or accounting advice.



# Credentials – Kevin D. Glodowski

**Employment history**

- Mr. Glodowski is currently a Director in the Debt Advisory and Restructuring Group at Rothschild, an independent, privately owned financial advisory and investment banking firm with global expertise in mergers and acquisitions, restructurings and other financial advisory services, where he has held varying roles of increasing responsibility since 2012

- From 2011 to 2012, Mr. Glodowski worked in the Restructuring & Recapitalization Group at Jefferies & Co., a global investment banking advisory firm that provides strategic advisory services, including mergers and acquisitions, restructuring and capital markets across a range of industry verticals

- From 2005 to 2011, Mr. Glodowski worked at CDG Group, a leading restructuring advisory, turnaround management, value enhancement and transaction advisory firm

**Transaction Experience**

- Mr. Glodowski has extensive experience advising creditor groups, including: Pinnacle Agriculture (Second Lien Noteholders), Essar Algoma (DIP, ABL and Term Loan Lenders), Caesars Entertainment Operating Company (First Lien Bank Lenders), Energy Future Intermediate Holdings (Second Lien Noteholders), Panavision (First Lien Bank Lenders) and X-Rite (First Lien Bank Lenders)

- Mr. Glodowski also has extensive experience advising debtors, equity sponsors and significant stakeholders, including: GenOn Energy (Debtor), CEVA (Apollo Global Management), Physiotherapy Associates (Debtor), Lifecare Holdings (Debtor), ATP Oil & Gas (Debtor), Reddy Ice (Debtor), RHI Entertainment (Debtor), Milacron (Debtor), Cetero Research (Debtor), Global Home Products (Debtor), Sonar Entertainment (Debtor) and W.R. Grace PI Trust (Monetization of $1.55bn Deferred Payment Obligation)



# Credentials – Kevin D. Glodowski (cont'd)

**Education**

- Mr. Glodowski received his undergraduate degree from Emory University
- Mr. Glodowski holds a Series 79 Securities License

**Compensation**

- Rothschild is being compensated pursuant to an engagement letter dated April 18, 2014
- Rothschild is receiving no additional compensation for the preparation of this report or any related testimony
- Rothschild's compensation is not contingent upon the outcome of this dispute

Report submitted by:

_____

Kevin Glodowski                                                                 Date: January 25, 2017

Director

Rothschild Inc.



# Introduction

**It is my understanding that the Seventh Amended Plan of Reorganization (the "Plan"), as filed with the Court on January 4, 2017, provides for the funding of a claims reserve (the "EFIH Claims Reserve") for potential claims (the "Potential Claims") relating to the EFIH First Lien ("1L") Notes[1] and EFIH Second Lien ("2L") Notes[2] (collectively, the "Secured Creditors"), which remain unpaid at Emergence**

**It is also my understanding that the EFIH Claims Reserve shall be funded with an amount sufficient to pay, in full, all post-Emergence Secured Creditors' professional fees in order to pursue and complete litigation of the Potential Claims**

**Potential components of the EFIH Claims Reserve are discussed with specificity in the following pages**

**Notes**
1  The EFIH 1L Notes include the EFIH First Lien 6.875% Notes, the EFIH First Lien 10.00% Notes and the EFIH First Lien 10.50% Notes
2  The EFIH 2L Notes include the EFIH Second Lien 11.00% Notes and the EFIH Second Lien 11.75% Notes



# Key assumptions

**Kramer Levin Naftalis & Frankel ("Legal Counsel") has requested that I prepare an analysis to estimate the potential size of the EFIH Claims Reserve. In doing so, I have based my analysis on the following key assumptions, all at the direction of Legal Counsel:**

**1**  Plan Effective Date of April 30, 2017 ("Emergence")

**2**  Debtors will seek to pay EFIH 2L Notes principal and interest on Emergence as follows:

| 2L P & I at Emergence ($ in millions) | | | |
|---|---|---|---|
| | Principal | Interest[2] | Total |
| EFIH 11.75%[1] | $1,388 | 402 | $1,791 |
| EFIH 11.00% | 322 | 83 | 405 |
| **EFIH 2L** | **$1,711** | **$485** | **$2,196** |

**3**  Duration of Potential Claims litigation ranging from 3 to 7 years from Emergence

- Each scenario analyzed herein is projected forward only to the point where all remaining distributable value is depleted by the EFIH Claims Reserve. In no scenario does distributable value remain beyond 7 years post-Emergence

**Notes**
1  Interest on EFIH 11.75% Notes includes 50 bps Registration Premium
2  Interest calculation includes interest on overdue interest, compounded on a semi-annual basis on the respective 2L Notes' coupon dates



5

# Key assumptions (cont'd)

**4** Legal Counsel also informs me that the EFIH Claims Reserve may be funded to provide for the following:

Throughout my analysis, interest on overdue payment of claims compounded utilizing two methodologies:

1) Semi-annual basis (at the applicable coupon date)

2) Daily basis

**A  2L future interest ("Future Interest")**
- To the extent that either the 2L Indenture Trustee determines to hold back (the "Holdback") or the Court prohibits the Debtors from distributing some or all of the principal owed on the Second Lien Notes at Emergence, the 2L Noteholders will have a claim against the Debtors for future interest (the "Future Interest Claims") because their principal distribution was not paid in full
- Future Interest Claims equal to 2L interest (including interest on overdue interest) on the Holdback amount, from Emergence through the duration of Potential Claims litigation

**B  1L claims**
- Makewhole claims relating to June 19, 2014 redemption
- Interest (including interest on overdue interest) on above-mentioned makewhole claims
  - From June 19, 2014 through Emergence
  - From Emergence through the duration of Potential Claims litigation
- Unpaid professional fees[1] at Emergence and interest thereon, both pre-Emergence and through the duration of post-Emergence litigation

**C  2L claims (excluding Future Interest)**
- Makewhole claims relating to March 11, 2015 redemption and the redemption at Emergence
- Interest (including interest on overdue interest) on abovementioned makewhole claims
  - From March 11, 2015 through Emergence
  - From Emergence through the duration of Potential Claims litigation
- Unpaid interest on overdue interest, to the extent that daily rather than semi-annual compounding is deemed appropriate
- Unpaid professional fees[1] at Emergence and interest thereon, both pre-Emergence and through the duration of post-Emergence litigation

**D  Post-Emergence professional fees**
- 1L and 2L professional fees[2] from Emergence through the duration of Potential Claims litigation
  - Analysis utilizes Debtors assumptions

**Notes**
1. Analysis utilizes Debtors assumptions, in which 80% of professional fees are paid shortly after Emergence and the remaining 20% continues to accrue interest post-Emergence, along with unpaid interest
2. Debtor professional fees, which are estimated by the Debtors to be $2m per month, are excluded from the EFIH Claims Reserve



# Key assumptions (cont'd)

**5** Legal Counsel has instructed me to analyze the size of the EFIH Claims Reserve pursuant to three scenarios

| **Including 2L Future Interest**<br>No proceeds to 2L Notes at Emergence | **Including 2L Future Interest**<br>Some proceeds to 2L Notes at Emergence | **Excluding Future Interest**<br>All proceeds to 2L Notes at Emergence |
|---|---|---|
| ■ **Court prohibits the Debtors from making any distribution to 2L Notes at Emergence on account of principal**<br><br>■ Future Interest claims equal to 2L contract interest (including interest thereon) on such unpaid principal, from Emergence through the duration of Potential Claims litigation<br><br>■ As a result, no makewhole claims (and interest thereon) related to redemption at Emergence are triggered, as the 2L Notes become callable at 100% after Emergence, but prior to the 3 to 7 year period used in my analysis<br>– 11.75% Notes callable at 100% on 3/10/2020<br>– 11.00% Notes callable at 100% on 5/15/2019 | ■ **Assumes 2L Indenture Trustee holds back some proceeds transferred to it on Emergence, pending resolution of EFIH 1L intercreditor litigation**<br>– Holdback amount equivalent to the potential 1L claims, less unpaid professional fees at Emergence, plus interest thereon corresponding to assumed duration of Potential Claims litigation<br><br>■ Future Interest claims equal to 2L contract interest (including interest thereon) on the Holdback amount from Emergence through the duration of Potential Claims litigation<br><br>■ As a result, only a portion of makewhole claims (and interest thereon) related to redemption at Emergence are triggered, corresponding to the portion of principal which is redeemed<br>– Remainder not triggered due to expiration of call period as described | ■ **Assumes all 2L principal and accrued interest will be paid at Emergence and therefore no Future Interest is triggered** |



# Analysis summary

## Assumes semi-annual compounding on overdue payment of claims



Summary of sizing analysis based on duration of Potential Claims litigation ($ in millions)

**Including 2L Future Interest** — No proceeds to 2L Notes at Emergence

|  | 3 yrs | 4 yrs |
|---|---|---|
| 2L Future Interest | $717 | $1,018 |
| 1L claims | 834 | 918 |
| 2L claims | 235 | 262 |
| Post Emerg. pro. fees | 90 | 120 |
| **EFIH Claims Reserve** | **$1,877** | **$2,318** |

**Including 2L Future Interest** — Some proceeds to 2L Notes at Emergence

|  | 3 yrs | 4 yrs | 5 yrs |
|---|---|---|---|
| 2L Future Interest | $333 | $522 | $768 |
| 1L claims | 834 | 918 | 1,011 |
| 2L claims | 311 | 339 | 368 |
| Post Emerg. pro. fees | 90 | 120 | 150 |
| **EFIH Claims Reserve** | **$1,568** | **$1,899** | **$2,297** |

**Excluding Future Interest** — All proceeds to 2L Notes at Emergence

|  | 3 yrs | 4 yrs | 5 yrs | 6 yrs | 7 yrs |
|---|---|---|---|---|---|
| 2L Future Interest | – | – | – | – | – |
| 1L claims | 834 | 918 | 1,011 | 1,113 | 1,226 |
| 2L claims | 376 | 420 | 469 | 525 | 587 |
| Post Emerg. pro. fees | 90 | 120 | 150 | 180 | 210 |
| **EFIH Claims Reserve** | **$1,301** | **$1,458** | **$1,630** | **$1,817** | **$2,022** |

Legend: Future Interest · 1L claims · 2L claims · Post-Emergence professional fees

8



# Analysis summary (cont'd)

## Assumes daily compounding on overdue payment of claims



Summary of sizing analysis based on duration of Potential Claims litigation ($ in millions)

**Including 2L Future Interest** — No proceeds to 2L Notes at Emergence

| | 3 yrs | 4 yrs |
|---|---|---|
| 2L Future Interest | $743 | $1,056 |
| 1L claims | 846 | 934 |
| 2L claims | 269 | 301 |
| Post Emerg. pro. fees | 90 | 120 |
| **EFIH Claims Reserve** | **$1,948** | **$2,410** |

**Including 2L Future Interest** — Some proceeds to 2L Notes at Emergence

| | 3 yrs | 4 yrs | 5 yrs |
|---|---|---|---|
| 2L Future Interest | $350 | $551 | $815 |
| 1L claims | 846 | 934 | 1,030 |
| 2L claims | 345 | 378 | 413 |
| Post Emerg. pro. fees | 90 | 120 | 150 |
| **EFIH Claims Reserve** | **$1,631** | **$1,982** | **$2,408** |

**Excluding Future Interest** — All proceeds to 2L Notes at Emergence

| | 3 yrs | 4 yrs | 5 yrs | 6 yrs | 7 yrs |
|---|---|---|---|---|---|
| 2L Future Interest | – | – | – | – | – |
| 1L claims | 846 | 934 | 1,030 | 1,137 | 1,255 |
| 2L claims | 412 | 461 | 518 | 581 | 652 |
| Post Emerg. pro. fees | 90 | 120 | 150 | 180 | 210 |
| **EFIH Claims Reserve** | **$1,348** | **$1,515** | **$1,698** | **$1,898** | **$2,118** |

Legend: Future Interest · 1L claims · 2L claims · Post-Emergence professional fees


Rothschild



# A Future Interest claim calculation – no proceeds to 2L Notes

## Detailed components

| Component | Semi-annual compounding methodology | | | | | Daily compounding methodology | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Years from Emergence | | | | | Years from Emergence | | | | |
| | 3 | 4 | 5 | 6 | 7 | 3 | 4 | 5 | 6 | 7 |
| **EFIH 2L 11.00% Notes:** | | | | | | | | | | |
| Outstanding principal (at Emergence) | $322 | $322 | | | | $322 | $322 | | | |
| **Future Interest on outstanding amount** | **$122** | **$172** | | | | **$126** | **$178** | | | |
| **EFIH 2L 11.75% Notes[1]:** | | | | | | | | | | |
| Outstanding principal (at Emergence) | $1,388 | $1,388 | | | | $1,388 | $1,388 | | | |
| **Future Interest on outstanding amount** | **$595** | **$846** | | | | **$617** | **$878** | | | |
| **Future Interest claim** | **$717** | **$1,018** | | | | **$743** | **$1,056** | | | |

Summary of sizing analysis based on duration of Potential Claims litigation ($ in millions)

**Note**
1   Interest on EFIH 11.75% Notes includes 50 bps Registration Premium





# A Future Interest claim calculation – some proceeds to 2L Notes

## Detailed components

| | Summary of sizing analysis based on duration of Potential Claims litigation ($ in millions) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Component** | **Semi-annual compounding methodology** | | | | | **Daily compounding methodology** | | | | |
| | **Years from Emergence** | | | | | **Years from Emergence** | | | | |
| | 3 | 4 | 5 | 6 | 7 | 3 | 4 | 5 | 6 | 7 |
| **Intercreditor reserve:** | | | | | | | | | | |
| 1L Reserve (excl. fees at Emergence) | $773 | $854 | $943 | | | $784 | $868 | $961 | | |
| Unpaid interest on pre-Emergence fees | 21 | 24 | 27 | | | 21 | 25 | 28 | | |
| **Estimated intercreditor reserve** | **$794** | **$878** | **$970** | | | **$806** | **$893** | **$990** | | |
| **Future Interest claim**[1] | **$333** | **$522** | **$768** | | | **$350** | **$551** | **$815** | | |

See following page for 1L Reserve components

**Note**
1  Assumes interest rate of 12.014% (blended rate per applicable indentures)



# B  1L claims calculation

## Detailed components

**Summary of sizing analysis based on duration of Potential Claims litigation ($ in millions)**

| Component | Semi-annual compounding methodology | | | | | Daily compounding methodology | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Years from Emergence | | | | | Years from Emergence | | | | |
| | 3 | 4 | 5 | 6 | 7 | 3 | 4 | 5 | 6 | 7 |
| **EFIH 1L AA5:** | | | | | | | | | | |
| Makewhole (06/19/14) | $273 | $273 | $273 | $273 | $273 | $273 | $273 | $273 | $273 | $273 |
| Makewhole - interest (at Emergence)[1] | 88 | 88 | 88 | 88 | 88 | 91 | 91 | 91 | 91 | 91 |
| Makewhole - interest (post Emergence)[1] | 123 | 172 | 227 | 287 | 354 | 127 | 179 | 236 | 299 | 369 |
| **Subtotal** | **$484** | **$534** | **$588** | **$649** | **$715** | **$491** | **$542** | **$599** | **$662** | **$732** |
| **EFIH 1L AK3:** | | | | | | | | | | |
| Makewhole (06/19/14) | $158 | $158 | $158 | $158 | $158 | $158 | $158 | $158 | $158 | $158 |
| Makewhole - interest (at Emergence)[2] | 54 | 54 | 54 | 54 | 54 | 55 | 55 | 55 | 55 | 55 |
| Makewhole - interest (post Emergence)[2] | 76 | 107 | 141 | 179 | 221 | 79 | 111 | 147 | 187 | 231 |
| **Subtotal** | **$288** | **$319** | **$353** | **$391** | **$433** | **$292** | **$324** | **$360** | **$400** | **$444** |
| **EFIH 1L 6.875% Notes:** | | | | | | | | | | |
| Makewhole (06/19/14) | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 | $1 |
| Makewhole - interest (at Emergence)[3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Makewhole - interest (post Emergence)[3] | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| **Subtotal** | **$2** | **$2** | **$2** | **$2** | **$2** | **$2** | **$2** | **$2** | **$2** | **$2** |
| **1L professional fees pre-Emergence:** | | | | | | | | | | |
| Professional fees (at Emergence) | $41 | $41 | $41 | $41 | $41 | $41 | $41 | $41 | $41 | $41 |
| Interest (at Emergence) | 13 | 13 | 13 | 13 | 13 | 14 | 14 | 14 | 14 | 14 |
| **Residual professional fees[4]** | **$54** | **$54** | **$54** | **$54** | **$54** | **$54** | **$54** | **$54** | **$54** | **$54** |
| Interest (post Emergence)[5] | 7 | 10 | 14 | 17 | 21 | 8 | 11 | 14 | 18 | 23 |
| **Professional fee subtotal** | **$61** | **$64** | **$68** | **$71** | **$75** | **$62** | **$65** | **$69** | **$73** | **$77** |
| **Total 1L claims** | **$834** | **$918** | **$1,011** | **$1,113** | **$1,226** | **$846** | **$934** | **$1,030** | **$1,137** | **$1,255** |

**Notes**
1. Assumes interest rate per applicable indenture of 10.000%
2. Assumes interest rate per applicable indenture of 10.500%
3. Assumes interest rate per applicable indenture of 7.375% (6.875% plus 50 bps registration premium)
4. Amount would be reduced by 1L professional fees paid at or prior to Emergence
5. Assumes interest rate of 10.176% (blended rate per applicable indentures)



# C  2L claims calculation – no proceeds to 2L Notes

## Detailed components

**Summary of sizing analysis based on duration of Potential Claims litigation ($ in millions)**

| Component | Semi-annual compounding methodology | | | | | Daily compounding methodology | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Years from Emergence | | | | | Years from Emergence | | | | |
| | 3 | 4 | 5 | 6 | 7 | 3 | 4 | 5 | 6 | 7 |
| **EFIH 2L 11.00% Notes:** | | | | | | | | | | |
| Makewhole (03/11/15 Paydown) | $15 | $15 | | | | $15 | $15 | | | |
| Call premium (at Emergence)[1] | – | – | | | | – | – | | | |
| Makewhole - interest (at Emergence)[2] | 4 | 4 | | | | 4 | 4 | | | |
| Makewhole - interest (post Emergence)[2] | 7 | 10 | | | | 7 | 10 | | | |
| **Makewhole subtotal** | **$25** | **$28** | | | | **$26** | **$29** | | | |
| Interest (through 3/11/15 Paydown) | – | – | | | | 1 | 1 | | | |
| Interest on interest (at Emergence)[2] | – | – | | | | 3 | 3 | | | |
| Interest on interest (post Emergence)[2] | – | – | | | | 1 | 2 | | | |
| **Interest subtotal** | **–** | **–** | | | | **$5** | **$6** | | | |
| **EFIH 2L 11.75% Notes:** | | | | | | | | | | |
| Makewhole (03/11/15 Paydown) | $98 | $98 | | | | $98 | $98 | | | |
| Call premium (at Emergence) | – | – | | | | – | – | | | |
| Makewhole - interest (at Emergence)[3] | 29 | 29 | | | | 29 | 29 | | | |
| Makewhole - interest (post Emergence)[3] | 54 | 77 | | | | 57 | 81 | | | |
| **Makewhole subtotal** | **$181** | **$204** | | | | **$185** | **$209** | | | |
| Interest (through 3/11/15 Paydown) | – | – | | | | 4 | 4 | | | |
| Interest on interest (at Emergence)[3] | – | – | | | | 14 | 14 | | | |
| Interest on interest (post Emergence)[3] | – | – | | | | 8 | 11 | | | |
| **Interest subtotal** | **–** | **–** | | | | **$25** | **$29** | | | |
| **2L professional fees pre-Emergence:** | | | | | | | | | | |
| Professional fees (at Emergence) | $24 | $24 | | | | $24 | $24 | | | |
| Interest (at Emergence) | 3 | 3 | | | | 3 | 3 | | | |
| **Residual professional fees[4]** | **$27** | **$27** | | | | **$27** | **$27** | | | |
| Interest (post Emergence)[5] | 2 | 3 | | | | 2 | 3 | | | |
| **Professional fee subtotal** | **$28** | **$29** | | | | **$28** | **$29** | | | |
| **Total 2L claims (excl Future Interest)** | **$235** | **$262** | | | | **$269** | **$301** | | | |

**Notes**
1. To the extent that Future Interest Claims are not ultimately allowed by Final Order, the EFIH Second Lien Noteholders will have a claim for the call premium as of the Effective Date (and interest thereon)
2. Assumes interest rate per applicable indenture of 11.000%
3. Assumes interest rate per applicable indenture of 12.250% (11.750% plus 50 bps registration premium)
4. Amount would be reduced by 2L professional fees paid at or prior to Emergence
5. Assumes interest rate of 9.000% (New York State Statutory rate)



## C  2L claims calculation – some proceeds to 2L Notes

### Detailed components

**Summary of sizing analysis based on duration of Potential Claims litigation ($ in millions)**

| Component | Semi-annual compounding methodology | | | | | Daily compounding methodology | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Years from Emergence | | | | | Years from Emergence | | | | |
| | 3 | 4 | 5 | 6 | 7 | 3 | 4 | 5 | 6 | 7 |
| **EFIH 2L 11.00% Notes:** | | | | | | | | | | |
| Makewhole (03/11/15 Paydown) | $15 | $15 | $15 | | | $15 | $15 | $15 | | |
| Call premium (at Emergence)[1] | 10 | 9 | 8 | | | 9 | 8 | 7 | | |
| Makewhole - interest (at Emergence)[2] | 4 | 4 | 4 | | | 4 | 4 | 4 | | |
| Makewhole - interest (post Emergence)[2] | 11 | 14 | 18 | | | 11 | 15 | 19 | | |
| **Makewhole subtotal** | **$38** | **$41** | **$45** | | | **$39** | **$42** | **$45** | | |
| Interest (through 3/11/15 Paydown) | – | – | – | | | 1 | 1 | 1 | | |
| Interest on interest (at Emergence)[2] | – | – | – | | | 3 | 3 | 3 | | |
| Interest on interest (post Emergence)[2] | – | – | – | | | 1 | 2 | 3 | | |
| **Interest subtotal** | **–** | **–** | **–** | | | **$5** | **$6** | **$6** | | |
| **EFIH 2L 11.75% Notes:** | | | | | | | | | | |
| Makewhole (03/11/15 Paydown) | $98 | $98 | $98 | | | $98 | $98 | $98 | | |
| Call premium (at Emergence) | 44 | 40 | 35 | | | 43 | 39 | 34 | | |
| Makewhole - interest (at Emergence)[3] | 29 | 29 | 29 | | | 29 | 29 | 29 | | |
| Makewhole - interest (post Emergence)[3] | 73 | 101 | 132 | | | 76 | 105 | 137 | | |
| **Makewhole subtotal** | **$244** | **$268** | **$294** | | | **$247** | **$272** | **$299** | | |
| Interest (through 3/11/15 Paydown) | – | – | – | | | 4 | 4 | 4 | | |
| Interest on interest (at Emergence)[3] | – | – | – | | | 14 | 14 | 14 | | |
| Interest on interest (post Emergence)[3] | – | – | – | | | 8 | 11 | 15 | | |
| **Interest subtotal** | **–** | **–** | **–** | | | **$25** | **$29** | **$32** | | |
| **2L professional fees pre-Emergence:** | | | | | | | | | | |
| Professional fees (at Emergence) | $24 | $24 | $24 | | | $24 | $24 | $24 | | |
| Interest (at Emergence) | 3 | 3 | 3 | | | 3 | 3 | 3 | | |
| **Residual professional fees[4]** | **$27** | **$27** | **$27** | | | **$27** | **$27** | **$27** | | |
| Interest (post Emergence)[5] | 2 | 3 | 3 | | | 2 | 3 | 3 | | |
| **Professional fee subtotal** | **$28** | **$29** | **$30** | | | **$28** | **$29** | **$30** | | |
| **Total 2L claims (excl Future Interest)** | **$311** | **$339** | **$368** | | | **$345** | **$378** | **$413** | | |

**Notes**
1. To the extent that Future Interest Claims are not ultimately allowed by Final Order, the EFIH Second Lien Noteholders will have a claim for the call premium as of the Effective Date (and interest thereon)
2. Assumes interest rate per applicable indenture of 11.000%
3. Assumes interest rate per applicable indenture of 12.250% (11.750% plus 50 bps registration premium)
4. Amount would be reduced by 2L professional fees paid at or prior to Emergence
5. Assumes interest rate of 9.000% (New York State Statutory rate)



# C — 2L claims calculation – all proceeds to 2L Notes

## Detailed components

**Summary of sizing analysis based on duration of Potential Claims litigation ($ in millions)**

| Component | Semi-annual compounding methodology | | | | | Daily compounding methodology | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Years from Emergence** | | | | | **Years from Emergence** | | | | |
| | 3 | 4 | 5 | 6 | 7 | 3 | 4 | 5 | 6 | 7 |
| **EFIH 2L 11.00% Notes:** | | | | | | | | | | |
| Makewhole (03/11/15 Paydown) | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 |
| Call premium (at Emergence) | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| Makewhole - interest (at Emergence)[1] | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Makewhole - interest (post Emergence)[1] | 14 | 19 | 26 | 33 | 40 | 14 | 20 | 27 | 34 | 42 |
| **Makewhole subtotal** | **$50** | **$55** | **$62** | **$69** | **$76** | **$50** | **$56** | **$63** | **$70** | **$78** |
| Interest (through 3/11/15 Paydown) | – | – | – | – | – | 1 | 1 | 1 | 1 | 1 |
| Interest on interest (at Emergence)[1] | – | – | – | – | – | 3 | 3 | 3 | 3 | 3 |
| Interest on interest (post Emergence)[1] | – | – | – | – | – | 1 | 2 | 3 | 3 | 4 |
| **Interest subtotal** | **–** | **–** | **–** | **–** | **–** | **$5** | **$6** | **$6** | **$7** | **$8** |
| **EFIH 2L 11.75% Notes:** | | | | | | | | | | |
| Makewhole (03/11/15 Paydown) | $98 | $98 | $98 | $98 | $98 | $98 | $98 | $98 | $98 | $98 |
| Call premium (at Emergence) | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 |
| Makewhole - interest (at Emergence)[2] | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |
| Makewhole - interest (post Emergence)[2] | 89 | 127 | 169 | 217 | 271 | 93 | 132 | 177 | 227 | 284 |
| **Makewhole subtotal** | **$298** | **$335** | **$378** | **$426** | **$479** | **$302** | **$342** | **$386** | **$437** | **$494** |
| Interest (through 3/11/15 Paydown) | – | – | – | – | – | 4 | 4 | 4 | 4 | 4 |
| Interest on interest (at Emergence)[2] | – | – | – | – | – | 14 | 14 | 14 | 14 | 14 |
| Interest on interest (post Emergence)[2] | – | – | – | – | – | 8 | 11 | 15 | 19 | 24 |
| **Interest subtotal** | **–** | **–** | **–** | **–** | **–** | **$25** | **$29** | **$32** | **$37** | **$41** |
| **2L professional fees pre-Emergence:** | | | | | | | | | | |
| Professional fees (at Emergence) | $24 | $24 | $24 | $24 | $24 | $24 | $24 | $24 | $24 | $24 |
| Interest (at Emergence) | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| **Residual professional fees**[3] | **$27** | **$27** | **$27** | **$27** | **$27** | **$27** | **$27** | **$27** | **$27** | **$27** |
| Interest (post Emergence)[4] | 2 | 3 | 3 | 4 | 5 | 2 | 3 | 3 | 4 | 5 |
| **Professional fee subtotal** | **$28** | **$29** | **$30** | **$30** | **$31** | **$28** | **$29** | **$30** | **$30** | **$31** |
| **Total 2L claims (excl Future Interest)** | **$376** | **$420** | **$469** | **$525** | **$587** | **$412** | **$461** | **$518** | **$581** | **$652** |

**Notes**
1. Assumes interest rate per applicable indenture of 11.000%
2. Assumes interest rate per applicable indenture of 12.250% (11.750% plus 50 bps registration premium)
3. Amount would be reduced by 2L professional fees paid at or prior to Emergence
4. Assumes interest rate of 9.000% (New York State Statutory rate)

 Rothschild

# D Post-Emergence professional fees calculation

## Detailed components

| Component | Semi-annual compounding methodology | | | | | Daily compounding methodology | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Years from Emergence | | | | | Years from Emergence | | | | |
| | 3 | 4 | 5 | 6 | 7 | 3 | 4 | 5 | 6 | 7 |
| 1L professionals ($1.5m / month) | $54 | $72 | $90 | $108 | $126 | $54 | $72 | $90 | $108 | $126 |
| 2L professionals ($1.0m / month) | 36 | 48 | 60 | 72 | 84 | 36 | 48 | 60 | 72 | 84 |
| **Post-Emergence professional fees** | **$90** | **$120** | **$150** | **$180** | **$210** | **$90** | **$120** | **$150** | **$180** | **$210** |

Summary of sizing analysis based on duration of Potential Claims litigation ($ in millions)



# Sources of information

**I have used a variety of public sources as well as information provided by the Debtors and their advisors in performing my analysis:**

**EFIH bankruptcy court filings**
- Amended Disclosure Statement
- Seventh Amended Joint Plan of Reorganization

**EFIH credit documents**
- 6.875% Senior Secured Notes due 2017 Supplemental Indenture
- 10.000% Senior Secured Notes due 2020 Supplemental Indenture
- 11.000% Senior Secured Second Lien Notes due 2021 Supplemental Indenture
- 11.750% Senior Secured Second Lien Notes due 2022 Supplemental Indenture

**Materials provided to Rothschild by the Debtors and their advisors**
- Recovery and makewhole value post-Emergence
  – Provided by the Debtors on January 3rd, 2017

**Public information**
- U.S. Department of the Treasury

