# **EXHIBIT 4**

# Claims Reserve: Sufficiency (cont'd)

- The EFIH 1Ls and 2Ls are also likely to argue the EFIH Claims Reserve's three-year horizon is too short, given the uncertainty of ongoing litigation.

- The Debtors believe that the three-year timeframe for the EFH Claims Reserve is sufficient for purposes of satisfying the indubitable equivalence standard.

  - **First,** as set forth in the **Appendix**, K&E has reviewed the potential outcomes related to the ongoing makewhole litigation. Based on that review—and acknowledging the significant uncertainty associated with predicting litigation outcomes—the probability of a realistic scenario in which the makewhole litigation remains ongoing beyond the three years contemplated in the Plan is small.

  - **Second**, given that the Bankruptcy Court will retain jurisdiction post-Effective Date with regard to payments under the Plan—including on account of the makewhole litigation—the EFIH 1Ls and 2Ls will retain the ability to come back to the Bankruptcy Court.

    - Thus, in the unlikely event that the makewhole litigation extends beyond three years and the EFIH 1Ls and 2Ls feel that the EFH Claims Reserve may not satisfy their claims, they can seek Bankruptcy Court intervention.

**Redacted For Privilege**

# Appendix: Potential Makewhole Litigation Outcomes

