## **CERTIFICATE OF SERVICE**

I, L. John Bird, hereby certify that on the 3rd day of February, 2017, I caused copies of the foregoing **Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to Confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,** *et al.***, Pursuant to Chapter 11 of the Bankruptcy Code** to be served as indicated on the parties on the attached service list attached hereto.

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)

VIA FIRST CLASS MAIL
Kirkland & Ellis LLP
Attn: Edward O Sassower, P.C.
601 Lexington Avenue
New York, NY 10022

VIA FIRST CLASS MAIL
Kirkland & Ellis LLP
Attn: James H.M. Sprayregen, P.C.
300 North LaSalle
Chicago, IL 60654

VIA FIRST CLASS MAIL
Proskauer Rose LLP
Attn: Jeff J. Marwil, Esq.
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

VIA FIRST CLASS MAIL
Munger Tolles & Olson LLP
Attn: Thomas B. Walper, Esq.
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071

VIA FIRST CLASS MAIL
Cravath Swain & Moore LLP
Attn: Michael A. Paskin, Esq.
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475

VIA FIRST CLASS MAIL
Jenner & Block LLP
Attn: Richard Levin, Esq.
919 Third Ave.
New York, NY 10022-3908

VIA FIRST CLASS MAIL
Morrison & Foerster LLP
Attn: James M. Peck
250 West 55th Street
New York, NY 10019

VIA FIRST CLASS MAIL
Sullivan & Cromwell LLP
Attn: Andrew G. Dietderich, Esq.
125 Broad Street
New York, NY 10004

VIA FIRST CLASS MAIL
Chadbourne & Parke LLP
Attn: Howard Seife, Esq.
1301 Avenue of the Americas
New York, NY 10019-6022

VIA FIRST CLASS MAIL
Nixon Peabody LLP
Attn: Amanda D. Darwin, Esq.
100 Summer Street
Boston, MA 02110

VIA FIRST CLASS MAIL
Nixon Peabody LLP
Attn: Christopher J. Fong, Esq.
437 Madison Avenue
New York, NY 10022

VIA FIRST CLASS MAIL
Caplin & Drysdale, Chartered
Attn: Leslie M. Kelleher, Esq.
One Thomas Circle, N.W.
Washington, DC 20005

VIA FIRST CLASS MAIL
Kazan McClain Satterley & Greenwood
Attn: Steven Kazan, Esq.
55 Harrison Street, Suite 400
Oakland, CA 94607

VIA FIRST CLASS MAIL
Early Lucarelli Sweeney & Meisenkothen
Attn: Ethan Early, Esq.
265 Church Street, 11th Floor
New Haven, CT 06508-1866

VIA FIRST CLASS MAIL
The Ruckdeschel Law Firm LLC
Attn: Jonathan Ruckdeschel, Esq.
8357 Main Street
Ellicott City, MD 21043

VIA FIRST CLASS MAIL
Gori Julian & Associates, P.C.
Attn: Beth Gori, Esq.
156 North Main Street
Edwardsville, IL 62025

VIA HAND DELIVERY
Richards Layton & Finger, P.A.
Attn: Mark D. Collins, Esq.
920 North King Street
Wilmington, DE 19801

VIA HAND DELIVERY
Bielli & Klauder, LLP
Attn: David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801

VIA HAND DELIVERY
McElroy Deutsch Muvaney & Carpenter, LLP
Attn: David P. Primack, Esq.
300 Delaware Avenue, Suite 770
Wilmington, DE 19801

VIA HAND DELIVERY
Stevens & Lee PC
Attn: Joseph H. Hutson Jr., Esq.
1105 N. Market Street, Suite 700
Wilmington, DE 19801

VIA HAND DELIVERY
The Office of the U.S. Trustee
Attn: Richard L. Schepacarter, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

VIA HAND DELIVERY
Polsinelli PC
Attn: Christopher A. Ward, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

VIA HAND DELIVERY
Montgomery McCracken Walker & Rhoads LLP
Attn: Natalie D. Ramsey, Esq.
1105 N. Market Street, 15th Floor
Wilmington, DE 19801

VIA HAND DELIVERY
Landis Rath & Cobb LLP
Attn: Adam G. Landis, Esq.
919 Market Street, Suite 1800
Wilmington, DE 19801

VIA HAND DELIVERY
Cross & Simon, LLC
Attn: Christopher P. Simon, Esq.
1105 North Market Street, Suite 901
Wilmington, DE 19801

VIA HAND DELIVERY
Hogan McDaniel
Attn: Daniel K. Hogan, Esq.
1311 Delaware Avenue
Wilmington, DE 19806