IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

## STIPULATION

The following stipulation is agreed to by the undersigned counsel to the Debtors (the "Debtors") and counsel to Shirley Fenicle, individually, and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann (collectively, the "Asbestos Objectors" and together with the Debtors, the "Parties") for purposes of the proceedings regarding confirmation of the *Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 10551] (as may be further amended or modified, the "Plan"), including any post-trial briefing or appeals therefrom (the "E-Side Confirmation Hearing"). Capitalized terms used but not defined herein shall have the meanings ascribed in the Plan.

**WHEREAS**, on October 21, 2016, the Debtors served an expert report entitled: *Forecast of the Cost of Resolving All Asbestos-Related Bodily Injury Claims Against Energy Future Holdings Corp. (E-Side)* (the "E-Side Ankura Report"); and

**WHEREAS**, the Debtors incorporated the E-Side Ankura Report by reference in the Debtors' expert disclosures served on January 20, 2017, in accordance with Paragraph 8(a) of the *Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings* [D.I. 10327]; and

**WHEREAS**, the Debtors seek to use the E-Side Ankura Report and the opinions expressed therein in support of its affirmative case under section 1129 of the Bankruptcy Code (primarily, feasibility, but possibly other section 1129 requirements such as good faith) in connection with the E-Side Confirmation Hearing but do not intend to seek a finding concerning the allowed amount of any particular asbestos claim (or asbestos claims in the aggregate) that would be binding on any party in any subsequent proceeding; and

**WHEREAS**, the Parties seek to avoid unnecessary motion practice related to the purpose and scope of the expert opinions expressed in the E-Side Ankura Report; and

**THEREFOR**, the Parties hereby agree and stipulate that (a) the Asbestos Objectors will not file a motion *in limine* concerning the E-Side Ankura Report and/or the opinions expressed therein, and the Parties agree that such opinions shall be admissible at the E-Side Confirmation Hearing for purposes of determining feasibility and assessing other section 1129 requirements; (b) any determination by the Court in the E-Side Confirmation Hearing with respect to the forecasted value of asbestos-related claims asserted against the E-Side Debtors will not be

determinative of, or serve as a cap or floor on, the amounts actually due on any such claim(s), and will not otherwise be binding on the Parties or any of the Reorganized EFH Debtors in connection with resolution of any asbestos claim(s) asserted against the E-Side Debtors or any of the Reorganized EFH Debtors, or in any proceeding to estimate the Debtors' aggregate asbestos liability; and (c) the Debtors and the Asbestos Objectors reserve all rights to use or object to the use of the E-Side Ankura Report and/or the opinions expressed therein, in the event that the E-Side Ankura Report is used in the future for any purpose other than the E-Side Confirmation Hearing.

*[Remainder of page intentionally left blank.]*

Dated: February 2, 2017

       /s/ Daniel K. Hogan
_____
Daniel K. Hogan (No. 2814)
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599

-and-

Steven Kazan
KAZAN McCLAIN SATTERLEY & GREENWOOD
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

-and-

Ethan Early
EARLY LUCARELLI SWEENEY & MEISENKOTHEN
One Century Tower
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

-and-

Beth Gori
GORI JULIAN & ASSOCIATES, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

-and-

Jonathan Ruckdeschel
THE RUCKDESCHEL LAW FIRM, LLC
8357 Main Street
Ellicott City, MD 21043-4603
Telephone (410) 750-7825
Facsimile (443) 583-0430

*Co-Counsel to Shirley Fenicle, individually, and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

3

Dated: February 2, 2017

/s/ *Jason M. Madron*
_____
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

-and-

KIRKLAND & ELLIS LLP
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

-and-

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000

*Counsel to the Debtors and Debtors in Possession*

It is SO ORDERED, this 3rd day of February, 2017.

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

4