# **Exhibit A**

*Highly Confidential*

# Stipulation Regarding Escrow Amount

**February 2, 2017**

# Stipulation Regarding Escrow Amount *Highly Confidential*

## Escrow Account Assumptions

| | **All Principal Paid to 2L Notes** | **Some Principal Paid to 2L Notes** | **No Principal Paid to 2L Notes** |
|---|---|---|---|
| **Proceeds to 2L Notes on the Effective Date** | <ul><li>All EFIH 2L principal and accrued interest based on semi-annual compounding will be paid at emergence to creditors and not be escrowed</li><li>Analysis does not include additional amounts on account of Claim asserted by 1Ls Against EFIH for alleged breach of Collateral Trust Agreement</li></ul> | <ul><li>All EFIH 2L principal will be paid at emergence to the 2L Trustee, and the 2L Trustee may determine to hold a portion of such principal, pending resolution of the intercreditor litigation, or distribute to 2L Holders<ul><li>Escrow includes accrued interest on the held back portion of the 2L principal from emergence through resolution of intercreditor litigation</li><li>Assumes 2L Trustee will only hold an amount equivalent to the potential 1L claims, less unpaid professional fees at emergence, which increases depending on the duration of potential claims litigation, and any remaining amounts will be paid out to creditors</li></ul></li><li>Interest on the 2L principal accrued from the first missed coupon date through emergence based on semi-annual compounding will be paid out at emergence to the 2L creditors</li><li>Analysis does not include additional amounts on account of Claim asserted by 1Ls Against EFIH for alleged breach of Collateral Trust Agreement</li></ul> | <ul><li>Court prohibits the Debtors from making any distribution to 2L Notes at emergence on account of principal</li><li>Interest on the 2L principal accrued from the first missed coupon date through emergence based on semi-annual compounding will be paid out at emergence to the 2L creditors</li></ul> |
| **Make Whole Calculation** | <ul><li>Make whole calculation includes registration rights interest where applicable</li></ul> | <ul><li>Same</li></ul> | <ul><li>Same</li></ul> |
| **Interest on the Make Whole** | <ul><li>Interest on the make whole calculated using contract rate plus registration rights interest where applicable</li></ul> | <ul><li>Same</li></ul> | <ul><li>Same</li></ul> |
| **2L Call Premium** | <ul><li>2L call premium will be put into escrow at emergence and is due and payable to creditors pending resolution of the make whole and intercreditor litigation</li><li>Interest will accrue on the 2L call premium following the emergence date, including registration rights interest where applicable</li></ul> | <ul><li>2L call premium will be put into escrow at emergence and is due and payable to creditors pending resolution of the make whole and intercreditor litigation<ul><li>Call premium is only assumed to be payable on amounts paid down at emergence</li></ul></li><li>Interest will accrue on the 2L call premium following the emergence date, including registration rights interest where applicable</li></ul> | <ul><li>The 2L call premium is assumed to be due and payable when the 2L principal is paid to creditors pending resolution of the make whole litigation and intercreditor litigation</li><li>The 2L call premium does not accrue interest as it is paid to creditors when the 2L principal is paid</li></ul> |

# Stipulation Regarding Escrow Amount  *Highly Confidential*

## Escrow Account Assumptions *(cont'd)*

| | All Principal Paid to 2L Notes | Some Principal Paid to 2L Notes | No Principal Paid to 2L Notes |
|---|---|---|---|
| **Timing** | - NA | - Distribution of principal held back to 2L Notes is assumed to be made at the same time as the resolution of the make whole and intercreditor litigation | - Distribution of principal to 2L Notes is assumed to be made at the same time as the resolution of the make whole and intercreditor litigation |
| **Effective Date** | - April 30, 2017 | - Same | - Same |
| **Compounding** | - All interest is assumed to compound on a semi-annual basis in charts on Slide 3<br>- All interest is assumed to compound on a daily basis in charts on Slide 4 | - Same | - Same |
| **Pre-Emergence Professional Fees** | - **First Lien Professional Fees:** Interest on pre-emergence professional fees calculated using weighted average coupon including registration rights interest where applicable, compounding, and beginning at the 1L redemption date (6/19/14)<br>  – Assumes 80% of professional fees are paid shortly after emergence and the remaining 20% continues to accrue interest<br>- **Second Lien Professional Fees:** Interest on pre-emergence professional fees calculated using New York judgement rate of 9%, no compounding, and beginning at the date of the invoice<br>  – Assumes 80% of professional fees are paid shortly after emergence and the remaining 20% continues to accrue interest | - Same | - Same |
| **Post-Emergence Professional Fees** | - First Lien Professionals: $1.5 million per month<br>- Second Lien Professionals: $1.0 million per month<br>- Estimates assumed to include accrued interest on fees<br>- For the avoidance of doubt, all professional fees post-emergence are expected to be paid in the ordinary course, subject to the resolution of any disputes regarding reasonableness | - Same | - Same |

# Stipulation Regarding Escrow Amount

*Highly Confidential*

## Assuming Semi-Annual Compounding

*($ in millions)*

### All Principal Paid to 2L Notes

| | At Emergence | 1 Year | 2 Years | 3 Years | 4 Years | 5 Years | 6 Years | 7 Years |
|---|---|---|---|---|---|---|---|---|
| 2L Future Interest | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 1L Claims | 628 | 690 | 758 | 834 | 918 | 1,011 | 1,113 | 1,226 |
| 2L Claims | 271 | 302 | 337 | 376 | 420 | 469 | 524 | 586 |
| Post-Emerg. Prof. Fees | - | 30 | 60 | 90 | 120 | 150 | 180 | 210 |
| **EFH Claims Reserve** | **$899** | **$1,022** | **$1,155** | **$1,301** | **$1,458** | **$1,629** | **$1,817** | **$2,021** |

### Some Principal Paid to 2L Notes

| | At Emergence | 1 Year | 2 Years | 3 Years | 4 Years | 5 Years | 6 Years | 7 Years |
|---|---|---|---|---|---|---|---|---|
| 2L Future Interest(1) | $ - | $80 | $189 | $333 | $522 | $769 | $1,088 | $1,498 |
| 1L Claims | 628 | 690 | 758 | 834 | 918 | 1,011 | 1,113 | 1,226 |
| 2L Claims | 271 | 285 | 298 | 311 | 338 | 368 | 398 | 430 |
| Post-Emerg. Prof. Fees | - | 30 | 60 | 90 | 120 | 150 | 180 | 210 |
| **EFH Claims Reserve** | **$899** | **$1,085** | **$1,305** | **$1,568** | **$1,899** | **$2,298** | **$2,779** | **$3,363** |

### No Principal Paid to 2L Notes

| | At Emergence | 1 Year | 2 Years | 3 Years | 4 Years | 5 Years | 6 Years | 7 Years |
|---|---|---|---|---|---|---|---|---|
| 2L Future Interest(1) | $ - | $212 | $450 | $717 | $1,018 | $1,356 | $1,735 | $2,162 |
| 1L Claims | 628 | 690 | 758 | 834 | 918 | 1,011 | 1,113 | 1,226 |
| 2L Claims | 271 | 257 | 245 | 235 | 261 | 291 | 324 | 361 |
| Post-Emerg. Prof. Fees | - | 30 | 60 | 90 | 120 | 150 | 180 | 210 |
| **EFH Claims Reserve** | **$899** | **$1,188** | **$1,513** | **$1,877** | **$2,317** | **$2,807** | **$3,352** | **$3,958** |

■ 2L Future Interest ■ 1L Claims ■ 2L Claims ■ Post-Emerg. Prof. Fees

(1) To the extent that Future Interest Claims are not ultimately allowed by Final Order, the EFIH 2L Noteholders will have a claim for the Call Premium as of the Effective Date (and interest thereon)

# Stipulation Regarding Escrow Amount

*Highly Confidential*

## Assuming Daily Compounding[1]

*($ in millions)*



### All Principal Paid to 2L Notes

|  | At Emergence | 1 Year | 2 Years | 3 Years | 4 Years | 5 Years | 6 Years | 7 Years |
|---|---|---|---|---|---|---|---|---|
| 2L Future Interest | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 1L Claims | 632 | 697 | 768 | 847 | 934 | 1,030 | 1,137 | 1,256 |
| 2L Claims | 294 | 329 | 368 | 412 | 461 | 517 | 580 | 650 |
| Post-Emerg. Prof. Fees | - | 30 | 60 | 90 | 120 | 150 | 180 | 210 |
| **EFH Claims Reserve** | **$926** | **$1,055** | **$1,195** | **$1,348** | **$1,515** | **$1,697** | **$1,897** | **$2,116** |



### Some Principal Paid to 2L Notes

|  | At Emergence | 1 Year | 2 Years | 3 Years | 4 Years | 5 Years | 6 Years | 7 Years |
|---|---|---|---|---|---|---|---|---|
| 2L Future Interest[2] | $ - | $84 | $198 | $350 | $551 | $815 | $1,159 | $1,604 |
| 1L Claims | 632 | 697 | 768 | 847 | 934 | 1,030 | 1,137 | 1,256 |
| 2L Claims | 294 | 311 | 328 | 345 | 377 | 412 | 449 | 487 |
| Post-Emerg. Prof. Fees | - | 30 | 60 | 90 | 120 | 150 | 180 | 210 |
| **EFH Claims Reserve** | **$926** | **$1,121** | **$1,353** | **$1,631** | **$1,983** | **$2,408** | **$2,925** | **$3,556** |



### No Principal Paid to 2L Notes

|  | At Emergence | 1 Year | 2 Years | 3 Years | 4 Years | 5 Years | 6 Years | 7 Years |
|---|---|---|---|---|---|---|---|---|
| 2L Future Interest[2] | $ - | $218 | $465 | $742 | $1,055 | $1,409 | $1,807 | $2,257 |
| 1L Claims | 632 | 697 | 768 | 847 | 934 | 1,030 | 1,137 | 1,256 |
| 2L Claims | 294 | 283 | 275 | 269 | 301 | 336 | 376 | 420 |
| Post-Emerg. Prof. Fees | - | 30 | 60 | 90 | 120 | 150 | 180 | 210 |
| **EFH Claims Reserve** | **$926** | **$1,228** | **$1,567** | **$1,948** | **$2,410** | **$2,925** | **$3,500** | **$4,143** |

■ **2L Future Interest**   ■ **1L Claims**   ■ **2L Claims**   ■ **Post-Emerg. Prof. Fees**

(1) This analysis assumes daily compounding on the 2L principal and interest begins to occur on the date of the first missed interest payment on the respective 2L tranche. If daily compounding began on the date of the 2L paydown (3/11/2015), the 2L claims would be reduced by approximately $8 million 3 years post emergence

(2) To the extent that Future Interest Claims are not ultimately allowed by Final Order, the EFIH 2L Noteholders will have a claim for the Call Premium as of the Effective Date (and interest thereon)