## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 6 | [ALL E-SIDE] Case Administration | 15.20 | $6,387.50 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 52.50 | $40,563.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 829.70 | $594,259.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 39.20 | $34,518.50 |
| 12 | [ALL E-SIDE] Hearings | 67.40 | $60,042.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 51.30 | $29,609.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 2.70 | $1,878.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 78.30 | $59,446.50 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 506.20 | $474,402.00 |
| 29 | [ALL E-SIDE] Tax Issues | 46.30 | $45,289.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 39.70 | $42,396.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 98.00 | $85,138.00 |
| 82 | [EFH] Asset Dispositions and Purchases | 40.70 | $23,744.50 |
| | **Totals:** | **1,867.20** | **$1,497,675.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $727.09 |
| Standard Copies or Prints | $547.00 |
| Color Copies or Prints | $360.60 |
| Production Blowbacks | $88.00 |
| Overnight Delivery | $15.37 |
| Outside Messenger Services | $285.44 |
| Local Transportation | $201.93 |
| Travel Expense | $11,528.40 |
| Airfare | $17,498.74 |
| Transportation to/from airport | $2,558.49 |
| Travel Meals | $1,429.83 |
| Other Travel Expenses | $410.75 |
| Court Reporter Fee/Deposition | $3,539.19 |
| Other Court Costs and Fees | $246.00 |
| Working Meals/K&E Only | $120.00 |
| Computer Database Research | $900.00 |
| LexisNexis Research | $533.35 |
| Overtime Transportation | $253.58 |
| Overtime Meals - Attorney | $119.84 |
| Rental Expenses | $857.88 |
| Cash Credits | -$809.90 |
| **Total:** | **$41,411.58** |