# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 695.00 | 77.90 | $54,140.50 |
| Emily Geier | Associate | 2012 | Restructuring | 895.00 | 19.90 | $17,810.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 780.00 | 34.50 | $26,910.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 760.00 | 0.70 | $532.00 |
| Demetre Klebaner | Associate | 2016 | Taxation | 525.00 | 15.70 | $8,242.50 |
| Kevin McClelland | Associate | 2016 | Restructuring | 525.00 | 59.10 | $31,027.50 |
| Mark Menzies | Associate | 2014 | Litigation - General | 760.00 | 20.80 | $15,808.00 |
| Charles Rhodes, IV | Associate | 2014 | Litigation - Appellate | 795.00 | 33.10 | $26,314.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 945.00 | 12.60 | $11,907.00 |
| Matthew Smart | Associate | 2016 | Restructuring | 525.00 | 9.70 | $5,092.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 795.00 | 99.20 | $78,864.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 680.00 | 138.10 | $93,908.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 590.00 | 142.30 | $83,957.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 525.00 | 111.70 | $58,642.50 |
| Spencer Winters | Associate | 2013 | Restructuring | 780.00 | 20.80 | $16,224.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 850.00 | 185.30 | $157,505.00 |
| Paul Clement, P.C. | Partner | 1994 | Litigation - Appellate | 1,495.00 | 3.80 | $5,681.00 |
| Thad Davis | Partner | 2005 | Taxation | 1,045.00 | 0.60 | $627.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,030.00 | 32.10 | $33,063.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 875.00 | 45.80 | $40,075.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,445.00 | 0.30 | $433.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 900.00 | 100.20 | $90,180.00 |
| George W Hicks, Jr. | Partner | 2006 | Litigation - Appellate | 995.00 | 21.30 | $21,193.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,090.00 | 103.20 | $112,488.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,310.00 | 75.10 | $98,381.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,120.00 | 0.70 | $784.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,495.00 | 11.60 | $17,342.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,215.00 | 10.40 | $12,636.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,075.00 | 52.40 | $56,330.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,380.00 | 11.10 | $15,318.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 945.00 | 0.70 | $661.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 900.00 | 17.30 | $15,570.00 |
| John Pitts | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 0.60 | $597.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 995.00 | 4.30 | $4,278.50 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,310.00 | 29.30 | $38,383.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,380.00 | 33.70 | $46,506.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 955.00 | 142.30 | $135,896.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital | 1,020.00 | 1.40 | $1,428.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | Markets | | | |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,225.00 | 5.50 | $6,737.50 |
| **Grand Total** | | | | | **1,685.10** | **$1,441,475.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel Czajkowski | Junior Paralegal | | Litigation - Appellate | 300.00 | 0.80 | $240.00 |
| Hanna Kupsky | Junior Paralegal | 6 months | Restructuring | 210.00 | 1.80 | $378.00 |
| Colleen Caamano | Litigation Suppt Cons | 3 years | Litigation - General | 325.00 | 0.30 | $97.50 |
| Kenneth Gazda | Litigation Suppt Cons | 10 years | Litigation - General | 325.00 | 0.50 | $162.50 |
| Chad Pappenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 330.00 | 32.70 | $10,791.00 |
| Jigna Dalal | Litigation Suppt Spec | 4 months | Litigation - General | 325.00 | 1.20 | $390.00 |
| Anne Lubinsky | Litigation Suppt Spec | 9.5 years | | 295.00 | 0.30 | $88.50 |
| Stephanie Ding | Paralegal | 6 months | Litigation - General | 280.00 | 47.60 | $13,328.00 |
| Jason Douangsanith | Paralegal | 1 month | Litigation - General | 280.00 | 5.10 | $1,428.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 310.00 | 8.60 | $2,666.00 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 400.00 | 1.90 | $760.00 |
| Travis J Langenkamp | Paralegal | 12 years | Litigation - General | 370.00 | 4.70 | $1,739.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 325.00 | 25.70 | $8,352.50 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 310.00 | 26.80 | $8,308.00 |
| Joshua Urban | Trial Tech Specialist | 3.5 years | Litigation - General | 310.00 | 24.10 | $7,471.00 |
| **Grand Total** | | | | | 182.10 | $56,200.00 |

| | | | | **Total Fees Requested** | **1,867.20** | **$1,497,675.50** |