# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $727.09 |
| Standard Copies or Prints | $353.90 |
| Color Copies or Prints | $336.30 |
| Production Blowbacks | $88.00 |
| Overnight Delivery | $15.37 |
| Outside Messenger Services | $285.44 |
| Local Transportation | $201.93 |
| Travel Expense | $11,528.40 |
| Airfare | $17,498.74 |
| Transportation to/from airport | $2,558.49 |
| Travel Meals | $1,429.83 |
| Other Travel Expenses | $410.75 |
| Court Reporter Fee/Deposition | $3,539.19 |
| Other Court Costs and Fees | $246.00 |
| Working Meals/K&E Only | $120.00 |
| Computer Database Research | $900.00 |
| LexisNexis Research | $533.35 |
| Overtime Transportation | $253.58 |
| Overtime Meals - Attorney | $119.84 |
| Rental Expenses | $857.88 |
| Cash Credits | -$809.90 |
| **Total:** | **$41,194.18** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $160.60 |
| Color Copies or Prints | $13.50 |
| **Total:** | **$174.10** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $32.50 |
| Color Copies or Prints | $10.80 |
| **Total:** | **$43.30** |