## <u>EXHIBIT D</u>

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

February 6, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5029317**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**

For legal services rendered through December 31, 2016
(see attached Description of Legal Services for detail)                   $ .00

For expenses incurred through December 31, 2016
(see attached Description of Expenses for detail)                    $ 41,194.18

Total legal services rendered and expenses incurred            $ 41,194.18

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---:|
| Third Party Telephone Charges | 727.09 |
| Standard Copies or Prints | 353.90 |
| Color Copies or Prints | 336.30 |
| Production Blowbacks | 88.00 |
| Overnight Delivery | 15.37 |
| Outside Messenger Services | 285.44 |
| Local Transportation | 201.93 |
| Travel Expense | 11,528.40 |
| Airfare | 17,498.74 |
| Transportation to/from airport | 2,558.49 |
| Travel Meals | 1,429.83 |
| Other Travel Expenses | 410.75 |
| Court Reporter Fee/Deposition | 3,539.19 |
| Other Court Costs and Fees | 246.00 |
| Working Meals/K&E Only | 120.00 |
| Computer Database Research | 900.00 |
| LexisNexis Research | 533.35 |
| Overtime Transportation | 253.58 |
| Overtime Meals - Attorney | 119.84 |
| Rental Expenses | 857.88 |
| Cash Credits | -809.90 |
| | |
| TOTAL EXPENSES | $ 41,194.18 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 7/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference. J. Melchers, July 2016 | 147.93 |
| 10/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 5.59 |
| 11/23/16 | Beth Friedman, Teleconference, CourtCall re Invoice # 7969610 | 30.00 |
| 11/23/16 | Beth Friedman, Teleconference, CourtCall re Invoice # 7963839 | 30.00 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 30.82 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (NT), Teleconference, Conference Calls | 21.75 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 5.75 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 6.88 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference Calls | 2.41 |
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 13.17 |
| 12/01/16 | Anna Terteryan, Internet, Wi-fi on the plane. Motion to Dismiss Hearing. | 17.99 |
| 12/01/16 | Marc Kieselstein, Internet, Internet - Mtg with client | 7.99 |
| 12/05/16 | Marc Kieselstein, Internet, Internet - Mtg with client | 7.99 |
| 12/06/16 | Marc Kieselstein, Internet, Meeting with client. | 43.96 |
| 12/07/16 | Marc Kieselstein, Internet, Internet - Mtg with client | 7.99 |
| 12/14/16 | Beth Friedman, Teleconference, CourtCall re Invoice # 7963863 | 135.00 |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference Calls. | 2.24 |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference Calls. | 5.24 |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 4.50 |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 0.79 |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 0.83 |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 | 0.68 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

|          |                                                                                                                      |        |
|----------|----------------------------------------------------------------------------------------------------------------------|--------|
|          | COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson                                    |        |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 3.58   |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls                       | 0.78   |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Teleconference.                         | 25.51  |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Teleconference.                         | 9.71   |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference      | 82.69  |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference      | 55.10  |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Monthly Conference Calls for Jonathan Ganter | 4.00   |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference      | 16.22  |
|          | **Total:**                                                                                                           | **727.09** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 12/01/16 | Standard Prints | 0.50 |
| 12/02/16 | Standard Prints | 11.40 |
| 12/02/16 | Standard Prints | 2.60 |
| 12/02/16 | Standard Prints | 0.10 |
| 12/02/16 | Standard Prints | 0.20 |
| 12/02/16 | Standard Prints | 5.40 |
| 12/02/16 | Standard Prints | 6.90 |
| 12/02/16 | Standard Prints | 1.50 |
| 12/02/16 | Standard Prints | 0.40 |
| 12/05/16 | Standard Prints | 0.90 |
| 12/05/16 | Standard Prints | 0.20 |
| 12/05/16 | Standard Prints | 0.10 |
| 12/05/16 | Standard Prints | 2.60 |
| 12/05/16 | Standard Prints | 0.40 |
| 12/05/16 | Standard Prints | 5.10 |
| 12/05/16 | Standard Prints | 4.00 |
| 12/06/16 | Standard Prints | 1.20 |
| 12/06/16 | Standard Prints | 0.10 |
| 12/06/16 | Standard Prints | 1.90 |
| 12/06/16 | Standard Prints | 9.60 |
| 12/06/16 | Standard Prints | 36.20 |
| 12/06/16 | Standard Prints | 3.10 |
| 12/06/16 | Standard Prints | 0.80 |
| 12/06/16 | Standard Prints | 0.50 |
| 12/06/16 | Standard Prints | 2.80 |
| 12/06/16 | Standard Prints | 4.90 |
| 12/07/16 | Standard Copies or Prints | 0.30 |
| 12/07/16 | Standard Prints | 2.20 |
| 12/07/16 | Standard Prints | 1.10 |
| 12/07/16 | Standard Prints | 8.50 |
| 12/07/16 | Standard Prints | 3.20 |
| 12/07/16 | Standard Prints | 1.20 |
| 12/07/16 | Standard Prints | 0.60 |
| 12/08/16 | Standard Prints | 7.70 |
| 12/08/16 | Standard Prints | 1.80 |
| 12/08/16 | Standard Prints | 10.00 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 12/08/16 | Standard Prints | 2.00 |
| 12/09/16 | Standard Prints | 3.30 |
| 12/09/16 | Standard Prints | 6.30 |
| 12/09/16 | Standard Prints | 13.40 |
| 12/09/16 | Standard Prints | 1.00 |
| 12/09/16 | Standard Prints | 4.00 |
| 12/09/16 | Standard Prints | 2.80 |
| 12/09/16 | Standard Prints | 5.00 |
| 12/09/16 | Standard Prints | 2.80 |
| 12/09/16 | Standard Prints | 2.80 |
| 12/12/16 | Standard Copies or Prints | 0.30 |
| 12/12/16 | Standard Prints | 15.70 |
| 12/12/16 | Standard Prints | 7.40 |
| 12/12/16 | Standard Prints | 0.40 |
| 12/12/16 | Standard Prints | 7.80 |
| 12/13/16 | Standard Copies or Prints | 0.10 |
| 12/13/16 | Standard Prints | 0.80 |
| 12/13/16 | Standard Prints | 0.40 |
| 12/13/16 | Standard Prints | 13.70 |
| 12/13/16 | Standard Prints | 1.10 |
| 12/14/16 | Standard Prints | 2.90 |
| 12/14/16 | Standard Prints | 2.90 |
| 12/14/16 | Standard Prints | 1.90 |
| 12/14/16 | Standard Prints | 0.40 |
| 12/14/16 | Standard Prints | 1.10 |
| 12/14/16 | Standard Prints | 0.60 |
| 12/15/16 | Standard Prints | 0.30 |
| 12/15/16 | Standard Prints | 12.70 |
| 12/15/16 | Standard Prints | 2.80 |
| 12/15/16 | Standard Prints | 6.00 |
| 12/16/16 | Standard Prints | 0.20 |
| 12/16/16 | Standard Prints | 0.40 |
| 12/16/16 | Standard Prints | 0.60 |
| 12/16/16 | Standard Prints | 0.10 |
| 12/19/16 | Standard Prints | 11.70 |
| 12/19/16 | Standard Prints | 2.80 |
| 12/19/16 | Standard Prints | 5.60 |
| 12/19/16 | Standard Prints | 7.70 |
| 12/19/16 | Standard Prints | 4.40 |
| 12/19/16 | Standard Prints | 4.80 |
| 12/19/16 | Standard Prints | 2.90 |
| 12/19/16 | Standard Prints | 1.10 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
 109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 12/20/16 | Standard Prints | 4.20 |
| 12/20/16 | Standard Prints | 2.60 |
| 12/20/16 | Standard Prints | 9.90 |
| 12/20/16 | Standard Prints | 11.00 |
| 12/20/16 | Standard Prints | 5.40 |
| 12/21/16 | Standard Prints | 1.70 |
| 12/21/16 | Standard Prints | 3.40 |
| 12/21/16 | Standard Prints | 0.30 |
| 12/22/16 | Standard Prints | 0.80 |
| 12/29/16 | Standard Prints | 1.50 |
| 12/29/16 | Standard Prints | 4.90 |
| 12/29/16 | Standard Prints | 3.20 |
| | **Total:** | **353.90** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 12/02/16 | Color Prints | 7.20 |
| 12/02/16 | Color Prints | 7.50 |
| 12/02/16 | Color Prints | 0.60 |
| 12/02/16 | Color Prints | 3.90 |
| 12/02/16 | Color Prints | 2.40 |
| 12/02/16 | Color Prints | 0.60 |
| 12/02/16 | Color Prints | 1.80 |
| 12/02/16 | Color Prints | 1.20 |
| 12/02/16 | Color Prints | 6.30 |
| 12/02/16 | Color Prints | 0.90 |
| 12/02/16 | Color Prints | 4.80 |
| 12/05/16 | Color Prints | 1.80 |
| 12/05/16 | Color Prints | 0.30 |
| 12/05/16 | Color Prints | 2.40 |
| 12/06/16 | Color Prints | 0.90 |
| 12/06/16 | Color Prints | 0.30 |
| 12/06/16 | Color Prints | 0.30 |
| 12/07/16 | Color Prints | 1.50 |
| 12/07/16 | Color Prints | 7.20 |
| 12/07/16 | Color Prints | 2.10 |
| 12/07/16 | Color Prints | 3.60 |
| 12/07/16 | Color Prints | 33.60 |
| 12/08/16 | Color Prints | 7.50 |
| 12/08/16 | Color Prints | 8.10 |
| 12/08/16 | Color Prints | 7.80 |
| 12/08/16 | Color Prints | 7.80 |
| 12/08/16 | Color Prints | 7.80 |
| 12/08/16 | Color Prints | 7.20 |
| 12/08/16 | Color Prints | 6.90 |
| 12/08/16 | Color Prints | 6.90 |
| 12/08/16 | Color Prints | 3.00 |
| 12/09/16 | Color Prints | 8.10 |
| 12/09/16 | Color Prints | 0.60 |
| 12/09/16 | Color Prints | 0.60 |
| 12/09/16 | Color Prints | 7.80 |
| 12/09/16 | Color Prints | 0.90 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

| 12/09/16 | Color Prints | 0.30 |
|---|---|---|
| 12/09/16 | Color Prints | 17.70 |
| 12/09/16 | Color Prints | 1.20 |
| 12/09/16 | Color Prints | 1.50 |
| 12/09/16 | Color Prints | 17.70 |
| 12/12/16 | Color Prints | 5.10 |
| 12/13/16 | Color Prints | 0.30 |
| 12/13/16 | Color Prints | 0.60 |
| 12/13/16 | Color Prints | 2.70 |
| 12/13/16 | Color Prints | 2.70 |
| 12/13/16 | Color Prints | 2.70 |
| 12/13/16 | Color Prints | 0.90 |
| 12/13/16 | Color Prints | 0.60 |
| 12/13/16 | Color Prints | 2.70 |
| 12/16/16 | Color Prints | 17.10 |
| 12/19/16 | Color Prints | 1.20 |
| 12/19/16 | Color Prints | 1.50 |
| 12/19/16 | Color Prints | 2.70 |
| 12/19/16 | Color Prints | 1.20 |
| 12/19/16 | Color Prints | 0.60 |
| 12/19/16 | Color Prints | 2.70 |
| 12/19/16 | Color Prints | 9.00 |
| 12/19/16 | Color Prints | 1.20 |
| 12/19/16 | Color Prints | 1.50 |
| 12/19/16 | Color Prints | 1.80 |
| 12/19/16 | Color Prints | 1.20 |
| 12/19/16 | Color Prints | 1.20 |
| 12/19/16 | Color Prints | 7.80 |
| 12/19/16 | Color Prints | 4.20 |
| 12/19/16 | Color Prints | 3.60 |
| 12/19/16 | Color Prints | 15.90 |
| 12/19/16 | Color Prints | 3.00 |
| 12/20/16 | Color Prints | 5.40 |
| 12/20/16 | Color Prints | 0.30 |
| 12/20/16 | Color Prints | 4.50 |
| 12/20/16 | Color Prints | 1.50 |
| 12/20/16 | Color Prints | 2.40 |
| 12/20/16 | Color Prints | 0.60 |
| 12/20/16 | Color Prints | 1.20 |
| 12/20/16 | Color Prints | 1.20 |
| 12/20/16 | Color Prints | 1.80 |
| 12/20/16 | Color Prints | 1.80 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 12/21/16 | Color Prints | 0.60 |
| 12/21/16 | Color Prints | 2.70 |
| 12/21/16 | Color Prints | 1.80 |
| 12/21/16 | Color Prints | 1.20 |
| 12/21/16 | Color Prints | 1.20 |
| 12/21/16 | Color Prints | 1.80 |
| | **Total:** | **336.30** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Production Blowbacks**

| Date | Description | Amount |
|------|-------------|--------|
| 12/05/16 | Production Blowbacks | 88.00 |
| | **Total:** | **88.00** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


## Description of Expenses

### Overnight Delivery

| Date | Description | Amount |
|------|-------------|-------:|
| 12/07/16 | Overnight Delivery, Fed Exp to:Wayne English, MESQUITE,TX from:Rebecca Chaikin | 15.37 |
| | **Total:** | **15.37** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Messenger Services

| Date | Description | Amount |
|------|-------------|--------|
| 10/15/16 | E-WASHINGTON EXPRESS LLC - 12240 INDIAN CREEK CT #100 (TP), Outside Messenger Service, Messenger service for C. Landau | 57.11 |
| 11/15/16 | E-WASHINGTON EXPRESS LLC - 12240 INDIAN CREEK CT #100 (TP), Outside Messenger Service, Messenger service for C. Reynolds | 228.33 |
| | **Total:** | **285.44** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

**Description of Expenses**

**Local Transportation**

| Date | Description | Amount |
|------|-------------|-------:|
| 9/15/16 | Mark McKane, Taxi, Witness prep re contested merger agreement hearing | 34.19 |
| 9/15/16 | Mark McKane, Taxi, Witness prep re contested merger agreement hearing | 35.98 |
| 12/01/16 | Jonathan Ganter, Taxi, Hearing on Asbestos Objectors Motion to Dismiss | 11.00 |
| 12/01/16 | Jonathan Ganter, Taxi, Hearing on Asbestos Objectors Motion to Dismiss | 11.46 |
| 12/01/16 | McClain Thompson, Taxi, Research re motion to dismiss issues. | 6.06 |
| 12/04/16 | Stephanie Ding, Taxi, Asbestos MTD Hearing. | 7.77 |
| 12/04/16 | McClain Thompson, Taxi, Research re motion to dismiss issues. | 6.33 |
| 12/04/16 | McClain Thompson, Taxi, Research re motion to dismiss issues. | 9.96 |
| 12/04/16 | Jonathan Ganter, Taxi, Hearing | 16.15 |
| 12/04/16 | Jonathan Ganter, Taxi, Hearing | 11.00 |
| 12/05/16 | McClain Thompson, Taxi, Research re motion to dismiss issues. | 6.35 |
| 12/06/16 | Jonathan Ganter, Taxi, Hearing | 11.00 |
| 12/06/16 | Jonathan Ganter, Taxi, Hearing | 11.44 |
| 12/06/16 | Chad Husnick, Taxi, Hearing. | 6.60 |
| 12/06/16 | Marc Kieselstein, Taxi, Cab to meeting. | 16.64 |
| | **Total:** | **201.93** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|---|---|---|
| 9/16/16 | Mark McKane, Lodging, Chicago, IL 09/14/2016 to 09/16/2016, Witness prep re contested merger agreement hearing | 700.00 |
| 12/01/16 | Kevin McClelland, Lodging, Wilmington, DE 11/30/2016 to 12/01/2016, Hearing. | 284.90 |
| 12/01/16 | Marc Kieselstein, Lodging, Wilmington, DE 11/30/2016 to 12/01/2016, Hearing. | 350.00 |
| 12/01/16 | Stephanie Ding, Lodging, Wilmington DE 11/29/2016 to 12/05/2016, Asbestos MTD Hearing | 569.80 |
| 12/01/16 | Lisa Esayian, Lodging, Wilmington, DE 11/30/2016 to 12/01/2016, Witness preparation. | 284.90 |
| 12/01/16 | Mark McKane, Lodging, Wilmington, DE 11/29/2016 to 12/01/2016, Hearings | 569.80 |
| 12/02/16 | HOTEL DUPONT - 11TH AND MARKET STREETS (NT), Hotel, Deposit for room block. Please see attached. | 3,000.00 |
| 12/02/16 | Josh Urban, Lodging, Wilmington, DE 11/29/2016 to 11/29/2016, Hotel room charges and taxes | 240.90 |
| 12/02/16 | Josh Urban, Lodging, Wilmington, DE 11/30/2016 to 11/30/2016, Hotel room charges and taxes | 229.90 |
| 12/02/16 | Josh Urban, Lodging, Wilmington, DE 12/01/2016 to 12/01/2016, Hotel room charges and taxes | 218.90 |
| 12/04/16 | McClain Thompson, Lodging, Wilmington, DE 12/04/2016 to 12/05/2016, Research re motion to dismiss issues. | 284.90 |
| 12/04/16 | Chad Husnick, Lodging, Wilmington, DE 12/04/2016 to 12/06/2016, Court Hearing in Delaware | 284.90 |
| 12/04/16 | Anna Terteryan, Lodging, Wilmington, DE 12/04/2016 to 12/05/2016, Hearing Motion to Dismiss. | 284.90 |
| 12/05/16 | Kevin McClelland, Lodging, Wilmington, DE 12/04/2016 to 12/05/2016, Court hearing in Delaware | 284.90 |
| 12/05/16 | Stephanie Ding, Lodging, Wilmington DE 11/29/2016 to 12/05/2016, Asbestos MTD Hearing. | 284.90 |
| 12/05/16 | Lisa Esayian, Lodging, Wilmington, DE 12/04/2016 to 12/05/2016, Witness prep and attend Court Hearing. | 284.90 |
| 12/05/16 | Chad Husnick, Lodging, Wilmington, DE 12/04/2016 to 12/06/2016, Court Hearing in Delaware | 284.90 |
| 12/06/16 | Jonathan Ganter, Lodging, Wilmington, DE 12/04/2016 to 12/06/2016, Hearing | 569.80 |
| 12/06/16 | Marc Kieselstein, Lodging, New York, NY 12/06/2016 to 12/07/2016, Meeting with client. | 500.00 |
| 12/06/16 | Josh Urban, Lodging, Wilmington, DE 12/04/2016 to 12/04/2016, Room | 185.90 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
     109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | charges and taxes. | |
| 12/06/16 | Josh Urban, Lodging, Wilmington, DE 12/05/2016 to 12/05/2016, Room charges and taxes | 251.90 |
| 12/06/16 | Mark McKane, Lodging, Wilmington, DE 12/04/2016 to 12/06/2016, Hearings | 569.80 |
| 12/06/16 | Bryan Stephany, Lodging, Philadelphia, PA 12/04/2016 to 12/06/2016, EFH trial/hearing re pro se claims hearing to dismiss | 569.80 |
| 12/14/16 | Bryan Stephany, Lodging, Philadelphia, PA 12/12/2016 to 12/14/2016, EFH trial/hearing re pro se claims hearing to dismiss | 437.80 |
| | **Total:** | **11,528.40** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Airfare

| Date | Description | Amount |
|------|-------------|-------:|
| 9/08/16 | Mark McKane, Airfare, Houston, TX 09/13/2016 to 09/18/2016, Witness prep re contested merger agreement hearing. SFO to George Bush Airport | 843.19 |
| 9/08/16 | Mark McKane, Agency Fee, Witness prep re contested merger agreement hearing | 29.00 |
| 11/15/16 | Mark McKane, Airfare, Houston, TX 11/27/2016 to 11/28/2016, Hearings (Houston to Philly) | 694.41 |
| 11/19/16 | Mark McKane, Airfare, San Francisco, CA 12/02/2016 to 12/02/2016, Hearings, Philadelphia, PA to SFO | 755.58 |
| 12/01/16 | Jonathan Ganter, Rail, Washington, DE 12/01/2016 to 12/01/2016, Hearing on Asbestos Objectors Motion to Dismiss | 171.00 |
| 12/01/16 | Stephanie Ding, Rail, Washington D.C. 11/29/2016 to 12/05/2016, Train from Wilmington to Washington D.C. | 171.00 |
| 12/01/16 | Chad Husnick, Airfare, Philadelphia, PA 12/04/2016 to 12/06/2016, Court Hearing in Delaware, ORD to Philadelphia, PA | 359.10 |
| 12/01/16 | Chad Husnick, Agency Fee, Court Hearing in Delaware | 58.00 |
| 12/01/16 | Lisa Esayian, Airfare, Chicago, IL 12/01/2016 to 12/01/2016, Witness preparation. MDW to Philadelphia to MDW | 381.98 |
| 12/01/16 | McClain Thompson, Rail, Wilmington, DE 12/02/2016 to 12/01/2016, Research re motion to dismiss issues. (Return trip changed which incurred in $4.00 extra charge.) | 4.00 |
| 12/01/16 | Anna Terteryan, Airfare, Wilmington, DE 12/04/2016 to 12/06/2016, Hearing Motion to Dismiss. SFO to ORD | 1,619.27 |
| 12/01/16 | Anna Terteryan, Agency Fee, Hearing Motion to Dismiss. | 58.00 |
| 12/01/16 | McClain Thompson, Rail, NY to Wilmington, DE 12/04/2016 to 12/06/2016, Research re motion to dismiss issues. (Due to various changes on return credits were applied on rate - see attached.) | 171.00 |
| 12/01/16 | Josh Urban, Airfare, Philadelphia, PA 12/04/2016 to 12/04/2016, Flight from Chicago, IL to Philadelphia, PA. | 361.10 |
| 12/01/16 | Josh Urban, Airfare, Chicago, IL 12/02/2016 to 12/02/2016, Flight from Philadelphia, PA to Chicago, IL | 361.10 |
| 12/01/16 | Justin Sowa, Airfare, Wilmington, DE 12/04/2016 to 12/06/2016, Hearing on Motion to Dismiss. SFO to Philadelphia Airport to SFO | 951.10 |
| 12/01/16 | Justin Sowa, Agency Fee, Hearing on Motion to Dismiss. | 58.00 |
| 12/02/16 | Lisa Esayian, Airfare, Philadelphia, PA 12/04/2016 to 12/04/2016, Witness prep and attend Court Hearing. MDW to Philadelphia, PA | 381.84 |
| 12/02/16 | Mark McKane, Airfare, Philadelphia, PA 12/04/2016 to 12/04/2016, Hearings, Cleveland, OH to Philadelphia, PA | 626.10 |
| 12/02/16 | Mark McKane, Agency Fee, Hearings | 58.00 |
| 12/02/16 | Mark McKane, Airfare, Phildelphia, PA 12/04/2016 to 12/06/2016, Hearings, | 805.39 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---:|
|  | Philadelphia Intl Airport to Port Columbus Airport |  |
| 12/02/16 | Bryan Stephany, Airfare, Philadelphia, PA 12/04/2016 to 12/06/2016, EFH trial/hearing re pro se claims hearing to dismiss. Wilmington, NC to Charlotte Airport to Philadelphia Airport to Wilmington Airport. | 1,253.20 |
| 12/02/16 | Bryan Stephany, Agency Fee, EFH trial/hearing re pro se claims hearing to dismiss | 58.00 |
| 12/04/16 | Kevin McClelland, Agency Fee, Court hearing in Delaware | 58.00 |
| 12/04/16 | Kevin McClelland, Airfare, Philadelphia, PA 12/04/2016 to 12/04/2016, Court hearing in Delaware, ORD to Philadelphia | 359.10 |
| 12/04/16 | Lisa Esayian, Airfare, Chicago, IL 12/05/2016 to 12/05/2016, Witness prep and attend Court Hearing. MDW to Philadelphia, PA | 381.84 |
| 12/04/16 | Jonathan Ganter, Rail, Wilmington, DE 12/04/2016 to 12/04/2016, Hearing | 171.00 |
| 12/04/16 | Stephanie Ding, Rail, Wilmington, D.E. 11/29/2016 to 12/05/2016, Asbestos MTD Hearing. | 101.00 |
| 12/05/16 | Kevin McClelland, Airfare, Chicago, IL 12/06/2016 to 12/06/2016, Court hearing in Delaware, Philadelphia Airport to ORD. | 359.10 |
| 12/05/16 | Kevin McClelland, Agency Fee, Court hearing in Delaware | 58.00 |
| 12/05/16 | Stephanie Ding, Rail, Washington D.C. 11/29/2016 to 12/05/2016, Asbestos MTD Hearing. | 171.00 |
| 12/05/16 | McClain Thompson, Rail, Wilmington, DE 12/05/2016 to 12/05/2016, Research re motion to dismiss issues. (Re: amount due to rail changes) | 21.00 |
| 12/05/16 | Marc Kieselstein, Airfare, New York, NY 12/06/2016 to 12/07/2016, Meeting with client. ORD to LGA to ORD | 772.68 |
| 12/05/16 | Marc Kieselstein, Agency Fee, Meeting with client. | 58.00 |
| 12/05/16 | Josh Urban, Airfare, Chicago, IL 12/06/2016 to 12/06/2016, Flight from Philadelphia, PA to Chicago, IL | 361.10 |
| 12/05/16 | Justin Sowa, Airfare, San Francisco, CA 12/05/2016 to 12/05/2016, Hearing on Motion to Dismiss. Philadelphia to SFO | 796.10 |
| 12/06/16 | Jonathan Ganter, Rail, Washington, DC 12/06/2016 to 12/06/2016, Hearing | 171.00 |
| 12/06/16 | Chad Husnick, Rail, New York, NY 12/06/2016 to 12/07/2016, Hearing. | 171.00 |
| 12/16/16 | Mark McKane, Airfare, Philadelphia, PA 01/03/2017 to 01/04/2017, Hearing, SFO to Philadelphia to SFO | 1,632.37 |
| 12/16/16 | Mark McKane, Agency Fee, Hearing | 21.00 |
| 12/28/16 | Marc Kieselstein, Airfare, New York, NY 01/03/2017 to 01/04/2017, Meeting with client. ORD to Philadelhia to ORD | 771.89 |
| 12/28/16 | Marc Kieselstein, Agency Fee, Meeting with client. | 58.00 |
| 12/28/16 | Chad Husnick, Airfare, Philadelphia, PA 01/03/2017 to 01/04/2017, Restructuriing. ORD to Philadelphia to ORD | 718.20 |
| 12/28/16 | Chad Husnick, Agency Fee, Restructuriing | 58.00 |
|  | **Total:** | **17,498.74** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|--------|
| 11/06/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 11/6/2016, Mark Menzies, 1950 McAllister St, San Francisco, CA 94115, USA, 116 Domestic Terminals Departures Level, San Francisco, CA 94128, USA, 6:54 AM | 30.80 |
| 11/07/16 | BOSTON COACH CORPORATION, Transportation to/from airport, MARK EDWARD MCKANE, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON . 11TH AND MARKET STREETS WILMINGTON DE | 125.00 |
| 11/15/16 | BOSTON COACH CORPORATION, Transportation to/from airport, CHAD JOHN HUSNICK, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON 920 N KING ST WILMINGTON DE | 125.00 |
| 11/25/16 | VITAL TRANSPORTATION INC, Passenger: MCKANE,MARK, Transportation, Date: 11/14/2016, pickup at 601 Lexington Ave, New York, NY dropoff at 401 7th Ave, New York, NY | 28.74 |
| 11/29/16 | BOSTON COACH CORPORATION, Transportation to/from airport, MARK EDWARD MCKANE, pick up at HOUSTON 806 MAIN STREET HOUSTON TX and drop off at George Bush Airport   Houston TX | 75.00 |
| 11/29/16 | BOSTON COACH CORPORATION, Transportation to/from airport, MICHAEL PHILLIP ESSER, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON . 11TH AND MARKET ST WILMINGTON DE | 125.00 |
| 11/29/16 | BOSTON COACH CORPORATION, Transportation to/from airport, Justin Sowa, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON 42 WEST 11TH ST WILMINGTON DE | 125.00 |
| 11/29/16 | BOSTON COACH CORPORATION, Transportation to/from airport, Joshua Urban, pick up at CHICAGO 2300 W Roscoe St CHICAGO IL and drop off at O'Hare International Airport   O'Hare International Airport IL | 75.00 |
| 11/29/16 | BOSTON COACH CORPORATION, Transportation to/from airport, MARK EDWARD MCKANE, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON . 11TH AND MARKET STREETS WILMINGTON DE | 125.00 |
| 11/29/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 11/29/2016, Michael Esser, 2269 Francisco, San Francisco, CA 94123, USA, 125 Domestic Terminals Arrivals Level, San Francisco, CA 94128, USA, 9:36 AM | 72.24 |
| 11/29/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 11/29/2016, Justin Sowa, 385-399 Pine St, San Francisco, CA 94104, USA, Terminal 2, San Francisco, CA 94128, USA, 12:04 PM | 31.87 |
| 11/29/16 | UBER TECHNOLOGIES INC, Transportation to/from airport, 11/29/2016, Anna Terteryan, 320 W Loraine St, Glendale, CA 91202, USA, 4295-4361 W | 14.73 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | Empire Ave, Burbank, CA 91505, USA, 8:07 AM | |
| 11/30/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 11/30/2016, KEVIN SCOTT MCCLELLAND, 320 W. ILLINOIS 2214,CHICAGO,IL 60654, ,ORD-CHICAGO IL ORD, 4:00 AM | 75.00 |
| 11/30/16 | BOSTON COACH CORPORATION, Transportation to/from airport, MARC KIESELSTEIN, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON . 11TH AND MARKET STREETS WILMINGTON DE | 125.00 |
| 11/30/16 | BOSTON COACH CORPORATION, Transportation to/from airport, MICHAEL HUNTER, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON 920 N KING ST WILMINGTON DE | 125.00 |
| 12/01/16 | Marc Kieselstein, Transportation To/From Airport, Hearing. | 100.00 |
| 12/01/16 | Lisa Esayian, Transportation To/From Airport, Witness preparation. Pickup at MDW and dropoff at 65 E Scott St. | 43.00 |
| 12/01/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/1/2016, CHAD JOHN HUSNICK, ORD-CHICAGO,IL ORD, 747 BRENTWOOD AVENUE,GLEN ELLYN,IL 60137, 9:57 PM | 75.00 |
| 12/01/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/1/2016, KEVIN SCOTT MCCLELLAND, ORD-CHICAGO,IL ORD, 320 W. ILLINOIS 2214,CHICAGO IL 60654, 9:57 PM | 75.00 |
| 12/01/16 | BOSTON COACH CORPORATION, Transportation to/from airport, Justin Sowa, pick up at WILMINGTON 42 WEST 11TH ST WILMINGTON DE and drop off at Philadelphia Airport   Philadelphia PA | 125.00 |
| 12/04/16 | Lisa Esayian, Transportation To/From Airport, Witness prep and attend Court Hearing. Pickup at 65 E Scott dropoff at Midway Airport | 45.00 |
| 12/04/16 | BOSTON COACH CORPORATION, Transportation to/from airport, Michael Hunter, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON . 11TH & MARKET ST WILMINGTON DE | 125.00 |
| 12/04/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/4/2016, KEVIN SCOTT MCCLELLAND, 320 W ILLINOIS 2214,CHICAGO,IL 60654, ,ORD-CHICAGO,IL ORD, 12:00 PM | 75.00 |
| 12/05/16 | Lisa Esayian, Transportation To/From Airport, Witness prep and attend Court Hearing. Pickup at MDW dropoff at 65 E Scott St. | 47.00 |
| 12/05/16 | BOSTON COACH CORPORATION, Transportation to/from airport, Michael Hunter, pick up at WILMINGTON . 11TH & MARKET ST WILMINGTON DE and drop off at Philadelphia Airport   Philadelphia PA | 116.00 |
| 12/05/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, 12/5/2016, KEVIN SCOTT MCCLELLAND, ORD-CHICAGO,IL ORD, 320 W. ILLINOIS STREET CHICAGO,IL 60654, 9:33 PM | 75.00 |
| 12/06/16 | Kevin McClelland, Transportation To/From Airport, Court hearing in Delaware, Pickup at Wilmington, DE dropoff at Philadelphia Airport | 44.74 |
| 12/06/16 | Josh Urban, Transportation To/From Airport, Taxi from airport to home. | 48.12 |
| 12/06/16 | Bryan Stephany, Transportation To/From Airport, EFH trial/hearing re pro se claims hearing to dismiss | 86.25 |
| 12/07/16 | CROWN CARS & LIMOUSINES, Transportation to/from airport, | 75.00 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---|
| | 12/7/2016, CHAD JOHN HUSNICK, ORD-CHICAGO,IL ORD, 747 BRENTWOOD COURT,GLEN ELLYN,IL 60137, 8:31 AM | |
| 12/20/16 | SUNNYS WORLDWIDE CHAUFFEURED TRANSPORTAT - Transportation to/from airport-11/30/16. Pickup at Philadelphia Airport dropoff at Wilmington, DE | 125.00 |
| | **Total:** | **2,558.49** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
 109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|---|---|---|
| 9/15/16 | Mark McKane, Travel Meals, Chicago, IL Witness prep re contested merger agreement hearing Andy Wright-EFH, Jonathan Ganter, Aparna Yenamandra, Dinner (4) | 120.00 |
| 11/29/16 | Mark McKane, Travel Meals, Wilmington, DE Hearings, Dinner (1) | 38.40 |
| 11/29/16 | Mark McKane, Travel Meals, Houston, TX Hearings, Breakfast (1) | 11.34 |
| 11/29/16 | Mark McKane, Travel Meals, Wilmington, DE Hearings, Lunch (1) | 12.88 |
| 11/30/16 | Mark McKane, Travel Meals, Wilmington, DE Hearings Andy Wright-EFH, Tony Horton-EFH, Kris Moldovan-EFH, Mike Hunter-EFH, Chad Husnick, Marc Kieselstein, Kevin McClelland. Dinner (8) | 160.00 |
| 12/01/16 | Justin Sowa, Travel Meals, Wilmington, DE Hearing on Motion to Dismiss. Dinner (1) | 21.48 |
| 12/01/16 | Anna Terteryan, Travel Meals, San Francisco, CA Motion to Dismiss Hearing. Lunch (1) | 17.99 |
| 12/01/16 | Chad Husnick, Travel Meals, Philadelphia, PA Hearing Kevin McClelland, Dinner (2) | 80.00 |
| 12/01/16 | Jonathan Ganter, Travel Meals, Washington, DE Hearing on Asbestos Objectors Motion to Dismiss, Dinner (1) | 15.00 |
| 12/01/16 | Lisa Esayian, Travel Meals, Wilmington, DE Witness preparation. Breakfast (1) | 9.00 |
| 12/01/16 | Lisa Esayian, Travel Meals, Philadelphia, PA Witness preparation. Dinner (1) | 40.00 |
| 12/01/16 | McClain Thompson, Travel Meals, Wilmington, DE Research re motion to dismiss issues. Breakfast (1) | 3.08 |
| 12/01/16 | Josh Urban, Travel Meals, Wilmington, DE. Lunch (1) | 4.95 |
| 12/01/16 | Josh Urban, Travel Meals, Wilmington, DE, Dinner (1) | 40.00 |
| 12/02/16 | Josh Urban, Travel Meals, Philadelphia, PA, Breakfast (1) | 12.66 |
| 12/04/16 | Kevin McClelland, Travel Meals, Chicago, IL Court hearing in Delaware, Lunch (1) | 11.80 |
| 12/04/16 | Kevin McClelland, Travel Meals, Wilmington, DE Court hearing in Delaware, Dinner (1) | 28.80 |
| 12/04/16 | Lisa Esayian, Travel Meals, Wilmington, DE Witness prep and attend Court Hearing. Dinner (1) | 20.00 |
| 12/04/16 | McClain Thompson, Travel Meals, New York Research re motion to dismiss issues. Lunch (1) | 14.51 |
| 12/04/16 | McClain Thompson, Travel Meals, New York Research re motion to dismiss issues. Breakfast (1) | 2.71 |
| 12/04/16 | Chad Husnick, Travel Meals, Wilmington, DE Court Hearing in Delaware, Dinner (1) | 3.00 |
| 12/04/16 | Anna Terteryan, Travel Meals, Chicago, IL Hearing Motion to Dismiss. Lunch (1) | 22.72 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 12/04/16 | Anna Terteryan, Travel Meals, Wilmington, DE Hearing Motion to Dismiss. Dinner (1) | 3.00 |
| 12/04/16 | Josh Urban, Travel Meals, Lunch (1) | 16.66 |
| 12/04/16 | Justin Sowa, Travel Meals, San Francisco, CA Hearing on Motion to Dismiss. Breakfast (1) | 17.96 |
| 12/04/16 | Mark McKane, Travel Meals, Wilmington, DE Hearings Tony Horton-EFH, Lunch (2) | 32.00 |
| 12/04/16 | Mark McKane, Travel Meals, Wilmington, DE Hearings Kris Moldovan-EFH, Chad Husnick, Dinner (3) | 80.00 |
| 12/04/16 | Bryan Stephany, Travel Meals, Philadelphia, PA EFH trial/hearing re pro se claims hearing to dismiss, Lunch (1) | 27.80 |
| 12/04/16 | Bryan Stephany, Travel Meals, Wilmington, NC EFH trial/hearing re pro se claims hearing to dismiss, Breakfast (1) | 11.60 |
| 12/04/16 | Bryan Stephany, Travel Meals, Philadelphia, PA EFH trial/hearing re pro se claims hearing to dismiss Jonathan Ganter, Lisa Esayian, Josh Urban, Stephanie Ding, Justin Sowa, McClain Thompson, Dinner (7) | 253.00 |
| 12/05/16 | Kevin McClelland, Travel Meals, Philadelphia Court hearing in Delaware, Dinner (1) | 40.00 |
| 12/05/16 | McClain Thompson, Travel Meals, New York Research re motion to dismiss issues. Dinner (1) | 35.67 |
| 12/05/16 | Chad Husnick, Travel Meals, Wilmington, DE Court Hearing in Delaware, Breakfast (1) | 5.00 |
| 12/05/16 | Anna Terteryan, Travel Meals, Phildelphia, PA Hearing Motion to Dismiss. Dinner (1) | 15.96 |
| 12/05/16 | Anna Terteryan, Travel Meals, Philadelphia, PA Hearing Motion to Dismiss. Dinner (1) | 28.30 |
| 12/05/16 | Josh Urban, Travel Meals, Wilmington, DE Dinner at hotel. Dinner (1) | 8.70 |
| 12/05/16 | Justin Sowa, Travel Meals, Philadelphia, PE Hearing on Motion to Dismiss. Dinner (1) | 28.94 |
| 12/05/16 | Bryan Stephany, Travel Meals, Philadelphia, PA EFH trial/hearing re pro se claims hearing to dismiss, Dinner (1) | 6.00 |
| 12/06/16 | Jonathan Ganter, Travel Meals, Washington, DC Hearing, Dinner (1) | 15.00 |
| 12/06/16 | Josh Urban, Travel Meals, Philadelphia, PA, Breakfast (1) | 16.35 |
| 12/06/16 | Mark McKane, Travel Meals, Wilmington, DE Hearings, Lunch (1) | 8.88 |
| 12/06/16 | Bryan Stephany, Travel Meals, Wilmington, DE EFH trial/hearing re pro se claims hearing to dismiss, Breakfast (1) | 20.00 |
| 12/07/16 | Anna Terteryan, Travel Meals, Wilmington, DE Hearing Motion to Dismiss. Dinner (1) | 8.99 |
| 12/07/16 | Anna Terteryan, Travel Meals, Wilmington, DE Hearing Motion to Dismiss. Lunch (1) | 3.99 |
| 12/07/16 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. Breakfast (1) | 31.56 |
| 12/14/16 | Bryan Stephany, Travel Meals, Philadelphia, PA EFH trial/hearing re pro se claims hearing to dismiss, Breakfast (1) | 8.17 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 12/14/16 | Bryan Stephany, Travel Meals, Philadelphia, PA EFH trial/hearing re pro se claims hearing to dismiss, Lunch (1) | 15.98 |
| | **Total:** | **1,429.83** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 11/29/16 | Mark McKane, Hotel - Valet/Laundry, Hearings | 8.25 |
| 12/01/16 | Marc Kieselstein, Parking, Chicago, IL Hearing. | 40.00 |
| 12/05/16 | Stephanie Ding, Tips, Asbestos MTD Hearing. | 40.00 |
| 12/06/16 | Mark McKane, Parking, San Francisco Intl Airport Hearings | 180.00 |
| 12/07/16 | Chad Husnick, Parking, Chicago, IL Court Hearing in Delaware | 80.50 |
| 12/07/16 | Marc Kieselstein, Parking, Chicago, IL Meeting with client. | 48.00 |
| 12/14/16 | Bryan Stephany, Parking, Wilmington, NC EFH trial/hearing re pro se claims hearing to dismiss | 14.00 |
| | **Total:** | **410.75** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|---|---|---|
| 12/05/16 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original/Certified Transcripts Costs, etc. | 491.43 |
| 12/07/16 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original/Certified Transcripts Costs, etc. | 1,974.00 |
| 12/15/16 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Transcripts - Original, Electronic, Certified, etc. | 805.80 |
| 12/16/16 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Transcripts - Original, Electronic, Certified, etc. | 267.96 |
| | **Total:** | **3,539.19** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Court Costs and Fees

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/16 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, Telephonic Hearing, etc. | 37.00 |
| 12/05/16 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, Telephonic Hearing, etc. | 135.00 |
| 12/07/16 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, Telephonic Hearing, etc. | 30.00 |
| 12/12/16 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, Telephonic Hearing, etc. | 44.00 |
| | **Total:** | **246.00** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Working Meals/K&E Only

| Date | Description | Amount |
|---|---|---|
| 12/06/16 | Chad Husnick, Working Meal/K&E Only, Philadelphia PA Court Hearing in Delaware Mark McKane, Jonathan Ganter, Bryan Stephany | 120.00 |
| | **Total:** | **120.00** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|--------|
| 12/16/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 11/2016, Robert Orren | 594.00 |
| 12/16/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 11/2016, Robert Orren | 77.00 |
| 12/16/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 11/2016, Robert Orren | 60.00 |
| 12/16/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 11/2016, Robert Orren | 121.00 |
| 12/16/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 11/2016, Robert Orren | 10.00 |
| 12/16/16 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 11/2016, Robert Orren | 38.00 |
| | **Total:** | **900.00** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**LexisNexis Research**

| Date | Description | Amount |
|------|-------------|--------|
| 12/03/16 | LEXISNEXIS, LexisNexis Research, SEXTON, ANTHONY, 12/3/2016 | 533.35 |
| | **Total:** | **533.35** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/16 | UBER TECHNOLOGIES INC, Overtime Transportation, 11/1/2016,  Mark Menzies, 555-599 California St, San Francisco, CA 94104, USA, 1958-1960 McAllister St, San Francisco, CA 94115, USA, 7:48 PM | 10.64 |
| 11/02/16 | UBER TECHNOLOGIES INC, Overtime Transportation, 11/2/2016,  Mark Menzies, 1950 McAllister St, San Francisco, CA 94115, USA, 555-599 California St, San Francisco, CA 94104, USA, 5:59 AM | 10.42 |
| 11/04/16 | UBER TECHNOLOGIES INC, Overtime Transportation, 11/4/2016,  Mark Menzies, 1937 McAllister St, San Francisco, CA 94115, USA, 555-599 California St, San Francisco, CA 94104, USA, 6:08 AM | 10.56 |
| 12/02/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 36.60 |
| 12/05/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.15 |
| 12/06/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 27.25 |
| 12/07/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 21.95 |
| 12/08/16 | Rebecca Chaikin, Taxi, Overtime taxi. | 33.95 |
| 12/14/16 | McClain Thompson, Taxi, Telephone conference with A. Terteryan re merger agreement appeal | 20.76 |
| 12/15/16 | McClain Thompson, Taxi, Telephone conference with K&E working group re confirmation prep | 20.76 |
| 12/16/16 | Patrick Venter, Taxi, OT Cab Fare | 17.16 |
| 12/20/16 | Patrick Venter, Taxi, OT Cab Fare | 14.38 |
| | **Total:** | **253.58** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|-------:|
| 12/02/16 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 12/2/2016 | 20.00 |
| 12/05/16 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 12/5/2016 | 20.00 |
| 12/08/16 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 12/8/2016 | 20.00 |
| 12/15/16 | McClain Thompson, Overtime Meals - Attorney, Telephone conference with K&E working group re confirmation prep | 19.84 |
| 12/15/16 | SEAMLESS NORTH AMERICA LLC, Anna Terteryan, Overtime Meals - Attorney, 12/15/2016 | 20.00 |
| 12/16/16 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 12/16/2016 | 20.00 |
| | **Total:** | **119.84** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Rental Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/16 | E-AQUIPT INC - PO BOX 37849 (TP), Rental Expenses RENTAL EXPENSES | 409.56 |
| 12/08/16 | E-AQUIPT INC - PO BOX 37849 (TP), Rental Expenses RENTAL EXPENSES | 448.32 |
| | **Total:** | **857.88** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Cash Credits**

| Date | Description | Amount |
|------|-------------|--------|
| 12/27/16 | Cash Credits EI DUPONT DE NEMOURS & COUNTRY CLUB FOR DUPONT HOSPITALITY | (591.30) |
| 12/27/16 | Cash Credits EI DUPONT DE NEMOURS & COUNTRY CLUB FOR DUPONT HOSPITALITY | (218.60) |
| | **Total:** | **(809.90)** |

**TOTAL EXPENSES**      **41,194.18**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

February 6, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Andy Wright

**Invoice Number:  5029319**
**Client Matter: 14356-111**

---

**In the matter of    [EFIH] Expenses**


| | |
|---|---|
| For legal services rendered through December 31, 2016 (see attached Description of Legal Services for detail) | $ .00 |
| For expenses incurred through December 31, 2016 (see attached Description of Expenses for detail) | $ 174.10 |
| Total legal services rendered and expenses incurred | $ 174.10 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 160.60 |
| Color Copies or Prints | 13.50 |
|     TOTAL EXPENSES | $ 174.10 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 12/02/16 | Standard Prints | 10.10 |
| 12/02/16 | Standard Prints | 16.90 |
| 12/05/16 | Standard Prints | 2.60 |
| 12/05/16 | Standard Prints | 26.30 |
| 12/08/16 | Standard Prints | 1.50 |
| 12/08/16 | Standard Prints | 3.00 |
| 12/09/16 | Standard Prints | 11.60 |
| 12/09/16 | Standard Prints | 15.90 |
| 12/09/16 | Standard Prints | 2.90 |
| 12/12/16 | Standard Prints | 5.80 |
| 12/12/16 | Standard Prints | 39.60 |
| 12/13/16 | Standard Prints | 1.70 |
| 12/13/16 | Standard Prints | 4.30 |
| 12/15/16 | Standard Prints | 2.90 |
| 12/27/16 | Standard Prints | 15.50 |
| | **Total:** | **160.60** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 12/08/16 | Color Prints | 3.30 |
| 12/19/16 | Color Prints | 6.00 |
| 12/27/16 | Color Prints | 4.20 |
| | **Total:** | **13.50** |

 

**TOTAL EXPENSES**      **174.10**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

February 6, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Andy Wright

**Invoice Number:  5029320**
**Client Matter: 14356-112**

---

**In the matter of    [EFH] Expenses**


For legal services rendered through December 31, 2016
(see attached Description of Legal Services for detail)                    $ .00


For expenses incurred through December 31, 2016
(see attached Description of Expenses for detail)                    $ 43.30

Total legal services rendered and expenses incurred                    $ 43.30

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 32.50 |
| Color Copies or Prints | 10.80 |
| | |
| TOTAL EXPENSES | $ 43.30 |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
  112 - [EFH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 12/01/16 | Standard Prints | 2.30 |
| 12/02/16 | Standard Prints | 0.20 |
| 12/02/16 | Standard Prints | 0.50 |
| 12/09/16 | Standard Prints | 2.90 |
| 12/09/16 | Standard Prints | 2.30 |
| 12/09/16 | Standard Prints | 2.90 |
| 12/14/16 | Standard Prints | 2.00 |
| 12/14/16 | Standard Prints | 9.70 |
| 12/15/16 | Standard Prints | 0.80 |
| 12/15/16 | Standard Prints | 0.10 |
| 12/16/16 | Standard Prints | 0.20 |
| 12/22/16 | Standard Prints | 8.10 |
| 12/22/16 | Standard Prints | 0.50 |
| | **Total:** | **32.50** |

Legal Services for the Period Ending December 31, 2016
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 12/14/16 | Color Prints | 9.00 |
| 12/22/16 | Color Prints | 1.80 |
| | **Total:** | **10.80** |

 

**TOTAL EXPENSES**      **43.30**