IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 6, 2017, copies of the *Shirley Fenicle, as Successor- in-Interest to The Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann's Final Witness and Exhibit Lists For Trial On The E-Side Confirmation Of The Debtors' Plan Of Reorganization* and *The Asbestos Objectors' Initial Record Designations from the December 5, 2016, Evidentiary Hearing Regarding the Motion to Dismiss the LSGT Debtors* were served via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* dated August 24, 2016 (No. 14-10979, D.I. 9381) and in the *Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings*, entered on December 7, 2016 [D.I. 10327]) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Dated: February 7, 2017
      Wilmington, Delaware    By: /s/ *Daniel K. Hogan*
                                    Daniel K. Hogan (DE Bar # 2814)
                                    **HOGAN♦McDANIEL**
                                    1311 Delaware Avenue
                                    Wilmington, Delaware 19806
                                    Telephone: (302) 656-7597
                                    Facsimile: (302) 656-7599
                                    dkhogan@dkhogan.com

                                    *Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

                                    -and-

                                    Leslie M. Kelleher (admitted *pro hac vice*)
                                    Jeanna M. Koski (admitted *pro hac vice*)
                                    Caplin & Drysdale, Chartered
                                    One Thomas Circle, N.W. Suite 1100
                                    Washington, DC 20005
                                    Telephone: (202) 862-5000
                                    Facsimile: (202) 429-3301

                                    *Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and David William Fahy*

                                    -and-

                                    Steven Kazan (admitted *pro hac vice*)
                                    Kazan McClain Satterley & Greenwood
                                    A Professional Law Corporation
                                    Jack London Market
                                    55 Harrison Street, Suite 400
                                    Oakland, CA 94607
                                    Telephone: (510) 302-1000
                                    Facsimile: (510) 835-4913

                                    *Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

                                    -and-

Ethan Early (admitted *pro hac vice*)
Early Lucarelli Sweeney & Meisenkothen
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

-and-

Jonathan Ruckdeschel
The Ruckdeschel Law Firm, LLC
8357 Main Street
Ellicott City, MD 21043-4603
Telephone (410) 750-7825
Facsimile (443) 583-0430

*Counsel for David Heinzmann*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*

## CERTIFICATE OF SERVICE

I, Daniel K. Hogan, Esquire, certify that on February 7, 2017, I caused the foregoing *Notice of Service* to be served via Electronic Mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* dated August 24, 2016 (No. 14-10979, D.I. 9381) and in the *Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings*, entered on December 7, 2016 [D.I. 10327]) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Dated: February 7, 2017
       Wilmington, Delaware

                                          **HOGAN♦McDANIEL**

                                          */s/ Daniel K. Hogan*
                                          Daniel K. Hogan (DE # 2814)