# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br>        *Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) **Related to Docket Nos. 10760 and 10761**<br>) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                   ) SS
NEW CASTLE COUNTY      )

      I, Pauline Z. Ratkowiak, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on February 3, 2017, I caused a copy of the following documents to be served via electronic mail on the parties listed on the attached service list:

1. Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Seventh Amended Joint Plan of Reorganization (DI 10760); and

2. Declaration of Philip D. Anker With Respect to Exhibits Filed in Support of Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Seventh Amended Joint Plan of Reorganization (DI 10761).

*/s/ Pauline Z. Ratkowiak*
Pauline Z. Ratkowiak, Paralegal
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

SWORN TO AND SUBSCRIBED before me
this 6th day of February, 2017

*/s/ Rachel Deely*
NOTARY PUBLIC
RACHEL DEELY
NOTARY PUBLIC, State of Delaware
My Commission Expires September 23, 2020

52881/0001-14115408v1

## SERVICE LIST

**Office of the United States Trustee**

Richard L. Schepacarter, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King St., Ste. 2207 - Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

Andrea B. Schwartz, Esquire
Office of the United States Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, NY 10014
andrea.schwartz@usdoj.gov

**Debtors**

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

James H.M. Sprayregen, P.C., Esquire
Marc Kieselstein, P.C., Esquire
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Edward O. Sassower, P.C., Esquire
Stephen E. Hessler, Esquire
Brian Schartz, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
esassower@kirkland.com
stephen.hessler@kirkland.com
bschartz@kirkland.com

**The EFH Creditors' Committee**

Natalie D. Ramsey, Esquire
Davis Lee Wright, Esquire
Mark A. Fink, Esquire
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
nramsey@mmwr.com
dwright@mmwr.com
mfink@mmwr.com

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Michael H. Torkin, Esquire
SULLIVAN & CROMWELL LLLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
torkinm@sullcrom.com

**Energy Future Holdings Corp.**

Jeff J. Marwil, Esq.
Mark K Thomas, Esq.
Peter J. Young, Esq.
PROSKAUER ROSE LLP.
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

David M. Klauder, Esq.
BIELLI & KLAUDER, LLP
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

**Energy Future Intermediate Holding Company LLC**

Michael A Paskin, Esq.
CRAVATH, SWAIN, & MOORE LLP
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475
mpaskin@cravath.com

52881/0001-14115408v1

Joseph H. Hustson Jr, Esq.
STEVENS & LEE PC
1105 N. Market Street, Suite 700
Wilmington, DE 19801
jhh@stevenslee.com


Participating Parties service list at
EFH_DS_Discovery_Service_List@kirkland.comp

52881/0001-14115408v1