**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.[1], | ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | **Re: Docket No. 10257** |

**SUPPLEMENTAL DECLARATION OF
DAVID P. PRIMACK IN SUPPORT OF THE FIFTH INTERIM
AND FINAL FEE APPLICATION OF McELROY, DEUTSCH, MULVANEY &
CARPENTER LLP, COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION
ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS
COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC, FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE
INTERIM PERIOD FROM MAY 1, 2016 THROUGH OCTOBER 3, 2016, AND THE
FINAL PERIOD FROM JANUARY 12, 2015 THROUGH OCTOBER 3, 2016**

I, David P. Primack, being duly sworn, state the following under penalty of perjury:

1.  I am a partner in the Bankruptcy and Corporate Restructuring Group of McElroy Deutsch, Mulvaney & Carpenter, LLP ("MDMC"). I am the lead attorney from MDMC working on these chapter 11 cases and am authorized to submit this supplemental declaration (the "Supplemental Declaration") on its behalf. I am a member in good standing of the Bar of the State of Delaware. There are no disciplinary proceedings pending against me.

2.  I have personally performed many, if not most, of the legal services rendered by MDMC as co-counsel with Munger, Tolles & Olson, LLP for Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, debtors and debtors-in-possession, and their debtor subsidiaries (the "TCEH Debtors") and am familiar with

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

all other work performed on the TCEH Debtors behalf by the lawyers and paraprofessionals in the firm.

3.  I submit this Supplemental Declaration in further support of the Fifth Interim and Final Fee Application of McElroy, Deutsch, Mulvaney & Carpenter LLP, counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company, for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Period from May 1, 2016 through October 3, 2016 (the "Interim Fee Period"), and the Final Period from January 12, 2015 through October 3, 2016 (the "Final Fee Application").[2]

4.  On November 23, 2016 MDMC filed its Final Fee Application. The United States Trustee has requested that MDMC explain the difference in blended hourly rates shown in the chart entitled "Customary and Comparable Compensation Disclosures" for the Interim Fee Period. As noted in our fee applications, because MDMC's Delaware office only has lawyers all of whom are in the bankruptcy practice group, the blended rates provided from October 1, 2015 to October 3, 2016 are for the entire firm of almost 300 attorneys whose offices are in different jurisdictions such as Colorado, Hartford and northern New Jersey. The difference in blended rates are as a result of these jurisdictional differences and the types of matters worked, hours recorded on matters for which are for institutional clients who negotiated volume discounts and/or negotiated fee engagements, particularly with respect to insurance defense work; work for non-profits; and work on contingency fee matters. All these factors cause differences in the blended rates for the TCEH matters as compared to the blended rates when calculated across the firm.

---

[2] Capitalized terms not defined in this Final Fee Application Supplemental Declaration have the meaning ascribed to them in the Final Fee Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 8, 2017

Respectfully submitted,

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

/s/ David P. Primack
David P. Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com