IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Hearing Date: Feb. 13, 2017 at 1:00 p.m. (EST) |

**NOTICE OF FILING OF JOINT STIPULATED FINAL PRE-TRIAL ORDER**

PLEASE TAKE NOTICE that, on December 7, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order establishing certain hearing dates and deadlines in the *Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings* [D.I. 10327] (as amended, the "Scheduling Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the authorization set forth in paragraph 20 of the Scheduling Order, on February 1, 2017 [D.I. 10748], the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed certain agreed amendments to the Scheduling Order.

PLEASE TAKE FURTHER NOTICE that, among other things, the Scheduling Order provides that "**Wednesday, February 8**, **2017**, shall be the deadline by which Participating Parties must submit a proposed joint pretrial order per Local Bankruptcy Rule 7016-2(d)."

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 16888027v.1

PLEASE TAKE FURTHER NOTICE that, consistent with the terms of the Scheduling Order, the Debtors hereby file the attached *Joint Stipulated Final Pre-Trial Order* (the "<u>Proposed Pre-Trial Order</u>").  A copy of the Proposed Pre-Trial Order is attached hereto as **<u>Exhibit A</u>**.

PLEASE TAKE FURTHER NOTICE that the Participating Parties (as defined in the Scheduling Order) met-and-conferred regarding the Proposed Pre-Trial Order, and the Debtors circulated the Proposed Pre-Trial Order for review and comment by the Participating Parties. The EFIH First Lien Trustee and EFIH Second Lien Trustee object to paragraph 15 to the extent it establishes a Friday, February 10, 2017, deadline for a supplemental objection.

PLEASE TAKE FURTHER NOTICE that a hearing to consider, among other things, entry of the Proposed Pre-Trial Order, is currently scheduled be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **February 13, 2017 starting at 1:00 p.m. (Eastern Standard Time)** (the "<u>February 13th Hearing</u>").

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtors make further revisions to the Proposed Pre-Trial Order prior to the February 13th Hearing, the Debtors will present a blacklined copy to the Court either at or before the February 13th Hearing.

[*Remainder of page intentionally left blank.*]

Dated: February 8, 2017
      Wilmington, Delaware

/s/ *Andrew M. Dean*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Andrew M. Dean (No. 6147)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    dean@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*