## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on February 9, 2017, I caused a true and correct copy of the **Response of the EFH Indenture Trustee to the United States Trustee's Objection, Response and Reservation of Rights with Respect to the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH and the EFIH Debtors** to be served upon all interested parties via CM/ECF and the parties listed on the attached service list via electronic mail and first class mail.

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)

**SERVICE LIST**

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler , Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, New York 10022-4611
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick , Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

PROSKAUER ROSE LLP
Jeff J. Marwil, Esq.
Mark K Thomas, Esq.
Peter J. Young, Esq.
Three First National Plaza
70 W. Madison St, Ste. 3800
Chicago, IL 60602
Email: jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

BIELLI & KLAUDER LLC
David M. Klauder, Esq.
1204 N King Street
Wilmington, DE 19801
Email: dklauder@bk-legal.com

CRAVATH, SWAIN, & MOORE LLP
Michael A. Paskin, Esq.
Trevor M. Broad, Esq.
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475
Email: mpaskin@cravath.com
tbroad@cravath.com

| | |
|---|---|
| STEVENS & LEE PC<br>Joseph H. Huston, Jr. , Esq.<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>Email: jhh@stevenslee.com | THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE<br>Richard L. Schepacarter, Esq.<br>Andrea B. Schwartz, Esq.<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>Email: richard.schepacarter@usdoj.gov<br>　　　　andrea.b.schwartz@usdoj.gov |
| SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich, Esq.<br>Brian D. Glueckstein, Esq.<br>Michael H. Torkin, Esq.<br>125 Broad St.<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com<br>　　　　torkinm@sullcrom.com | MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP<br>Natalie D. Ramsey, Esq.<br>Davis Lee Wright, Esq.<br>Mark A. Fink, Esq.<br>1105 N. Market St., 15th FL<br>Wilmington, DE 19801<br>Email: nramsey@mmwr.com<br>　　　　dwright@mmwr.com<br>　　　　mfink@mmwr.com |