**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**SUPPLEMENTAL DECLARATION OF JANE SULLIVAN**
**ON BEHALF OF EPIQ BANKRUPTCY SOLUTIONS, LLC,**
**REGARDING VOTING AND TABULATION OF BALLOTS CAST**
**ON THE SEVENTH AMENDED JOINT PLAN OF REORGANIZATION**
**OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11**
**OF THE BANKRUPTCY CODE AS IT APPLIES TO THE EFH/EFIH DEBTORS**

I, Jane Sullivan, declare, under penalty of perjury:

1.      I am an Executive Vice President of Epiq Bankruptcy Solutions, LLC ("Epiq")
located at 777 Third Avenue, 12th Floor, New York, New York 10017.  I am over the age of 18
years.  I do not have a direct interest in these chapter 11 cases and should be considered an impartial
party.

2.      I submit this Supplemental Declaration with respect to the *Seventh Amended Joint*
*Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the*
*Bankruptcy Code*, dated January 4, 2017 [D.I. 10551] (as amended, supplemented, or modified
from time to time, the "Plan")[2]  as it applies to the EFH/EFIH Debtors and as a supplement to the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the
debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these
chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of
their federal tax identification numbers is not provided herein.  A complete list of such information may be
obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan, the
EFH/EFIH Disclosure Statement Order (as defined below), or the Supplemental EFH/EFIH Disclosure Statement
Order (as defined below), as applicable.

*Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated December 2, 2016 [D.I. 10301]. Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Supplemental Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3.       In accordance with the *Order Authorizing the Debtors to Retain and Employ Epiq Bankruptcy Solutions, LLC as the Administrative Advisor for the Debtors and Epiq eDiscovery Solutions as E-Discovery Vendor for the Debtors, Effective Nunc Pro Tunc to the Petition Date*, dated September 16, 2014 [D.I. 2053], the *Order (A) Approving the EFH/EFIH Disclosure Statement, (B) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents*, dated September 19, 2016 [D.I. 9585] (the "EFH/EFIH Disclosure Statement Order"), and the *Supplemental Order (A) Binding Holders of Claims and Interests to Their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation of Votes on the Plan, and (D) Approving the Manner and Forms of Notice Related Thereto*, dated January 4, 2017 [D.I. 10560] (the "Supplemental EFH/EFIH Disclosure Statement Order"), Epiq was appointed and authorized to assist the Debtors with, inter alia, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan as it

applies to the EFH/EFIH Debtors by holders of Claims and Interests in the Voting Classes (as defined below).

4.    Pursuant to the Plan, only holders of Claims and Interests in the Classes listed on **Exhibit A** attached hereto (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan as it applies to the EFH/EFIH Debtors.

5.    The procedures for soliciting and tabulating votes on the Plan as it applies to the EFH/EFIH Debtors are outlined in the EFH/EFIH Disclosure Statement Order and the Supplemental EFH/EFIH Disclosure Statement Order, as applicable.  Epiq was instructed to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan as it applies to the EFH/EFIH Debtors by holders of Claims and Interests in the Voting Classes.

6.    As set forth in the EFH/EFIH Disclosure Statement Order and the Supplemental EFH/EFIH Disclosure Statement Order, September 19, 2016, and January 4, 2017, were the record dates, respectively, for determining the holders of Claims and Interests in the Voting Classes who would be entitled to vote on the Plan as it applies to the EFH/EFIH Debtors (the "EFH/EFIH Voting Record Dates").[3]

7.    In accordance with the EFH/EFIH Disclosure Statement Order and the Supplemental EFH/EFIH Disclosure Statement Order, Epiq solicited such holders of Claims and Interests in the Voting Classes as of the EFH/EFIH Voting Record Dates.  Epiq filed an *Affidavit of Service of Solicitation Materials for the EFH/EFIH Debtors* on November 10, 2016 [D.I. 10098]

---

[3]    The TCEH Effective Date occurred during the period between the EFH/EFIH Voting Record Date and the EFH/EFIH Voting Deadline.  Thus, Reorganized TCEH was deemed the record holder of the TCEH Settlement Claim, consistent with paragraph 5(a) of the EFH/EFIH Disclosure Statement Order.

and a *[Supplemental] Affidavit of Service of Solicitation Materials for the EFH/EFIH Debtors* on February 6, 2017 [D.I. 10769].

8.      Ballots returned by mail, hand delivery, or overnight courier were received by Epiq personnel at its offices of Epiq in Beaverton, Oregon and New York, New York.  All Ballots received by Epiq were date-stamped and processed in accordance with the procedures set forth in the EFH/EFIH Disclosure Statement Order and the Supplemental EFH/EFIH Disclosure Statement Order.

9.      For Epiq to count a Ballot as valid, the Ballot must have been properly completed in accordance with the procedures set forth in the EFH/EFIH Disclosure Statement Order and the Supplemental EFH/EFIH Disclosure Statement Order, as applicable, and executed by the relevant holder, or such holder's authorized representative, and Epiq must have received it no later than 2:00 p.m. (prevailing Eastern Time) on November 15, 2016, or as applicable, no later than 2:00 p.m. (prevailing Eastern Time) on February 6, 2017 (the "EFH/EFIH Voting Deadlines").

10.      Epiq tabulated all validly executed Ballots cast by holders of Claims in the Voting Classes received on or before the EFH/EFIH Voting Deadlines, as outlined in the EFH/EFIH Disclosure Statement Order and the Supplemental EFH/EFIH Disclosure Statement Order.  I declare that the voting results by holders of Claims in the Voting Classes are as set forth in **Exhibit B** hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq.

11.      A report of all Ballots not included in the final tabulation and the reasons for excluding such Ballots is attached as **Exhibit C** hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


February 9, 2017
New York, New York

_____
Jane Sullivan
Executive Vice President
Director of Restructuring Services
Epiq Bankruptcy Solutions, LLC

**<u>EXHIBIT A</u>**

**Voting Classes**

## EXHIBIT A

### EFH/EFIH VOTING CLASSES

The Plan constitutes a separate chapter 11 plan of reorganization for each EFH and EFIH Debtor

| CLASS A4 EFH Legacy Note Claims | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A5 EFH Unexchanged Note Claims | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A6 EFH LBO Note Primary Claims | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A7 EFH Swap Claims | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A8 EFH Non-Qualified Benefit Claims | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A9 General Unsecured Claims Against EFH Corp. | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A10 General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10987 | Ebasco Services of Canada Limited |
| 14-10990 | EEC Holdings, Inc. |
| 14-10992 | EECI, Inc. |
| 14-10994 | EFH Australia (No. 2) Holdings Company |
| 14-10999 | EFH Finance (No. 2) Holdings Company |
| 14-11004 | EFH FS Holdings Company |
| 14-11006 | EFH Renewables Company LLC |
| 14-11017 | Generation Development Company LLC |
| 14-11039 | LSGT Gas Company LLC |
| 14-11012 | LSGT SACROC, Inc. |
| 14-11016 | NCA Development Company LLC |
| 14-11007 | TXU Receivables Company |

| CLASS A12 TCEH Settlement Claims | |
| --- | --- |
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS B3 EFIH First Lien Note Claims | |
| --- | --- |
| **Case No.** | **Debtor** |
| 14-11001 | EFIH Finance Inc. |
| 14-11008 | Energy Future Intermediate Holding Company LLC |

| CLASS B4 EFIH Second Lien Note Claims | |
| --- | --- |
| **Case No.** | **Debtor** |
| 14-11001 | EFIH Finance Inc. |
| 14-11008 | Energy Future Intermediate Holding Company LLC |

| CLASS B5 EFH LBO Note Guaranty Claims | |
| --- | --- |
| **Case No.** | **Debtor** |
| 14-11008 | Energy Future Intermediate Holding Company LLC |

| CLASS B6 General Unsecured Claims Against the EFIH Debtors | |
| --- | --- |
| **Case No.** | **Debtor** |
| 14-11001 | EFIH Finance Inc. |
| 14-11008 | Energy Future Intermediate Holding Company LLC |

**<u>EXHIBIT B</u>**

**Voting Results**

## EXHIBIT B

### TABULATION SUMMARY

| Class | Debtor / Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|-------|----------------------------|------------------|------------------|------------------|------------------|---------------------|
| | | % | % | % | % | |
| **A4** | **ENERGY FUTURE HOLDINGS CORP.** | 69 | 15 | $490,643,110.82 | $61,077,687.47 | Accepting |
| | EFH Legacy Note Claims | **82.14%** | **17.86%** | **88.93%** | **11.07%** | |
| **A5** | **ENERGY FUTURE HOLDINGS CORP.** | 25 | 0 | $2,626,784.92 | $0.00 | Accepting |
| | EFH Unexchanged Note Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| **A6** | **ENERGY FUTURE HOLDINGS CORP.** | 34 | 2 | $61,112,770.42 | $11,251.81 | Accepting |
| | EFH LBO Note Primary Claims | **94.44%** | **5.56%** | **99.98%** | **0.02%** | |
| **A7** | **ENERGY FUTURE HOLDINGS CORP.** | 1 | 0 | $8,246,500.00 | $0.00 | Accepting |
| | EFH Swap Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| **A8** | **ENERGY FUTURE HOLDINGS CORP.** | 48 | 0 | $16,397,865.02 | $0.00 | Accepting |
| | EFH Non-Qualified Benefit Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| **A9** | **ENERGY FUTURE HOLDINGS CORP.** | 17 | 0 | $997,196.37 | $0.00 | Accepting |
| | General Unsecured Claims Against EFH Corp. | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |
| **A10** | **EBASCO SERVICES OF CANADA LIMITED** General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |

## EXHIBIT B

### TABULATION SUMMARY

| Class | Debtor / Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|-------|---------------------------|------------------|------------------|------------------|------------------|--------------------|
|       |                           | %                | %                | %                | %                |                    |
| A10   | **EEC HOLDINGS, INC.**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10   | **EECI, INC.**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10   | **EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY**<br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10   | **EFH FINANCE (NO. 2) HOLDINGS COMPANY**<br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10   | **EFH FS HOLDINGS COMPANY**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10   | **EFH RENEWABLES COMPANY LLC**<br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | 1<br>**100.00%** | 0<br>**0.00%** | $1.00<br>**100.00%** | $0.00<br>**0.00%** | Accepting |
| A10   | **GENERATION DEVELOPMENT COMPANY LLC**<br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | 1<br>**100.00%** | 0<br>**0.00%** | $1.00<br>**100.00%** | $0.00<br>**0.00%** | Accepting |

## EXHIBIT B

### TABULATION SUMMARY

| Class | Debtor / Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| A10 | **LSGT GAS COMPANY LLC**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10 | **LSGT SACROC, INC.**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10 | **NCA DEVELOPMENT COMPANY LLC**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A10 | **TXU RECEIVABLES COMPANY**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| A12 | **ENERGY FUTURE HOLDINGS CORP.**<br><br>TCEH Settlement Claims | 9<br>**100.00%** | 0<br>**0.00%** | $14,790,478,695.77<br>**100.00%** | $0.00<br>**0.00%** | Accepting |
| B3 | **EFIH FINANCE INC.**<br><br>EFIH First Lien Note Claims | 21<br>**21.00%** | 79<br>**79.00%** | $21,642,912.60<br>**5.22%** | $393,366,292.35<br>**94.78%** | Rejecting |
| B3 | **ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**<br><br>EFIH First Lien Note Claims | 21<br>**21.00%** | 79<br>**79.00%** | $21,642,912.60<br>**5.22%** | $393,366,292.35<br>**94.78%** | Rejecting |

## EXHIBIT B

### TABULATION SUMMARY

| Class | Debtor / Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|-------|---------------------------|------------------|------------------|------------------|------------------|---------------------|
| | | % | % | % | % | |
| **B4** | **EFIH FINANCE INC.** | 17 | 107 | $866,085,538.46 | $1,136,699,200.74 | Rejecting |
| | EFIH Second Lien Note Claims | **13.71%** | **86.29%** | **43.24%** | **56.76%** | |
| **B4** | **ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC** | 17 | 107 | $866,085,538.46 | $1,136,699,200.74 | Rejecting |
| | EFIH Second Lien Note Claims | **13.71%** | **86.29%** | **43.24%** | **56.76%** | |
| **B5** | **ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC** | 34 | 2 | $61,112,770.42 | $11,251.81 | Accepting |
| | EFH LBO Note Guaranty Claims | **94.44%** | **5.56%** | **99.98%** | **0.02%** | |
| **B6** | **EFIH FINANCE INC.** | 72 | 14 | $1,184,974,062.81 | $200,548,634.49 | Accepting |
| | General Unsecured Claims Against the EFIH Debtors | **83.72%** | **16.28%** | **85.53%** | **14.47%** | |
| **B6** | **ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC** | 72 | 14 | $1,184,974,062.81 | $200,548,634.49 | Accepting |
| | General Unsecured Claims Against the EFIH Debtors | **83.72%** | **16.28%** | **85.53%** | **14.47%** | |

# **EXHIBIT C**

**Report of Excluded Ballots**

## EXHIBIT C

### EFH/EFIH REPORT OF EXCLUDED BALLOTS

| Claim Number | Plan Class | Class Description | Name | Voting Amount | VOTE (A)ccept / (R)eject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| 7618 | A9 | General Unsecured Claims Against EFH Corp. | ACOSTA, ARCILIA C. | $1.00 | Accept | 22 | NO SIGNATURE:  Ballot was not signed |
|  | B3 | EFH First Lien Note Claims (Master Ballot) | BARCLAYCAP (5101) | $4,035,000.00 | Accept | MB44 | DUPLICATE:  Duplicate of another vote received and counted |
|  | B4 | EFIH Second Lien Note Claims (Master Ballot) | BARCLAYCAP (5101) | $4,095,000.00 | Reject | MB12 | DUPLICATE:  Duplicate of another vote received and counted |
|  | B3 | EFH First Lien Note Claims (Master Ballot) | BARCLAYCAP (5101) | $1,560,000.00 | Accept | MB44 | DUPLICATE:  Duplicate of another vote received and counted |
|  | B3 | EFH First Lien Note Claims (Master Ballot) | BARCLAYCAP (5101) | $4,095,000.00 | Accept | MB44 | DUPLICATE:  Duplicate of another vote received and counted |
|  | B4 | EFIH Second Lien Note Claims (Master Ballot) | BARCLAYCAP (5101) | $1,560,000.00 | Reject | MB12 | DUPLICATE:  Duplicate of another vote received and counted |
|  | B4 | EFIH Second Lien Note Claims (Master Ballot) | BARCLAYCAP (5101) | $4,035,000.00 | Reject | MB12 | DUPLICATE:  Duplicate of another vote received and counted |
|  | B6 | General Unsecured Claims (Master Ballot) | BARCLAYCAP (5101) | $2,205,000.00 | Accept | MB43 | DUPLICATE:  Duplicate of another vote received and counted |
|  | B6 | General Unsecured Claims (Master Ballot) | BARCLAYCAP (5101) | $1,270,000.00 | Accept | MB43 | DUPLICATE:  Duplicate of another vote received and counted |
|  | B6 | General Unsecured Claims (Master Ballot) | BARCLAYCAP (5101) | $5,695,000.00 | Accept | MB43 | DUPLICATE:  Duplicate of another vote received and counted |
| 5712 | A9 | General Unsecured Claims Against EFH Corp. | EVANS, DONALD L. | $1.00 | Accept | 60 | INSIDER:  Creditor was identified as an Insider |
| 7576 | B6 | General Unsecured Claims Against EFIH Finance Inc. | HOUSTON, DANNY R. | $12,000.00 | Accept | 2 | LATE:  Received after the Voting Deadline |
| 7577 | B6 | General Unsecured Claims Against EFIH Finance Inc. | JONES, DELORIS | $318,000.00 | Accept | 3 | LATE:  Ballot was received after the Voting Deadline |
| 5110 | A8 | EFH Non-Qualified Benefit Claims Against Energy Future Holdings Corp. | LANCASTER, BOBBY T. | $8,406.48 |  | 45 | NO VOTE:  Creditor did not mark a vote to accept or to reject the Plan |
| 8215 | A10 | General Unsecured Claims Against EFH Renewables Company LLC | MCFARLAND, M. A. | $1.00 | Accept | 69 | INSIDER:  Creditor was identified as an Insider |

**EXHIBIT C**

**EFH/EFIH REPORT OF EXCLUDED BALLOTS**

| Claim Number | Plan Class | Class Description | Name | Voting Amount | VOTE (A)ccept / (R)eject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| 8220 | A10 | General Unsecured Claims Against Generation Development Company LLC | MCFARLAND, M. A. | $1.00 | Accept | 68 | INSIDER:  Creditor was identified as an Insider |
| 8206 | A9 | General Unsecured Claims Against EFH Corp. | MCFARLAND, M. A. | $1.00 | Accept | 67 | INSIDER:  Creditor was identified as an Insider |
| 4476 | A7 | EFH Swap Claims | MERRILL LYNCH CAPITAL SERVICES, INC. | $4,197,000.00 | | 93 | NO VOTE: Creditor did not mark a vote to accept or to reject the Plan |
| 7578 | B6 | General Unsecured Claims Against EFIH Finance Inc. | PHILLIPS, WILLIE E. | $360,000.00 | Accept | 4 | LATE: Ballot was received after the Voting Deadline |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | SSB&T CO (997) | $64,500,000.00 | Reject | BR074 | DUPLICATE:  Duplicate of another vote received and counted |
| | B3 | EFIH First Lien Note Claims (Master Ballot) | US BANK NA (2803) | $1,000,000.00 | Reject | BR147 | DUPLICATE:  Duplicate of another vote received and counted |
| | B3 | EFIH First Lien Note Claims (Master Ballot) | US BANK NA (2803) | $521,000.00 | Reject | BR148 | DUPLICATE:  Duplicate of another vote received and counted |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) | $10,065,404.00 | Reject | BR017 | SUPERSEDED:  Ballot was supereded by a later received ballot |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) | $30,940,446.00 | Reject | BR049 | SUPERSEDED:  Ballot was supereded by a later received ballot |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) | $2,798,413.00 | Reject | BR050 | SUPERSEDED:  Ballot was supereded by a later received ballot |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) | $91,244.00 | Reject | BR018 | SUPERSEDED:  Ballot was supereded by a later received ballot |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) | $266,590.00 | Reject | BR051 | SUPERSEDED:  Ballot was supereded by a later received ballot |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) | $430,830.00 | Reject | BR019 | SUPERSEDED:  Ballot was supereded by a later received ballot |
| | B4 | EFIH Second Lien Note Claims (Master Ballot) | US BANK NA (2803) | $1,032,247.00 | Reject | BR052 | SUPERSEDED:  Ballot was supereded by a later received ballot |
| 4906 | A8 | EFH Non-Qualified Benefit Claims Against Energy Future Holdings Corp. | WRIGHT, ANDREW | $36,475.75 | Accept | 48 | INSIDER:  Creditor was identified as an Insider |