**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: D.I. 10535** |

**NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER**

PLEASE TAKE NOTICE that, in connection with the *Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, filed on January 4, 2017 [D.I. 10535] (as may be further amended, modified, or supplemented, the "Plan"), the above-captioned debtors and debtors in possession have today filed the proposed *Order Confirming the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* (the "Proposed Confirmation Order") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2]  The Proposed Confirmation Order remains subject to ongoing review and revision by the EFH/EFIH Debtors, the Plan Sponsor, and the Initial Supporting Creditors.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meaning set forth in the Plan.

RLF1 16908681v.1

PLEASE TAKE FURTHER NOTICE THAT the EFH/EFIH Debtors expect to file an amended Plan addressing certain requested Plan modifications requested in the objections filed in connection with the Plan as it relates to the EFH/EFIH Debtors as communicated in the objections thereto (although it cannot be said at this time whether such Plan modifications will resolve one or more of the objections), among other changes.

PLEASE TAKE FURTHER NOTICE THAT the EFH/EFIH Debtors expect to file an amended Plan in the near future, and at such time will revise the Proposed Confirmation Order accordingly to reflect such modified terms.  A current copy of the Proposed Confirmation Order is attached hereto as **Exhibit 1**.  The EFH/EFIH Debtors intend to request entry of the Proposed Confirmation Order by the Bankruptcy Court at the conclusion of the hearing on Plan confirmation scheduled to occur on or about February 17, 2017 at 10:00 a.m. (Eastern Standard Time) (the "Hearing").  To the extent that the EFH/EFIH Debtors make revisions to the Proposed Confirmation Order prior to the conclusion of the Hearing, the EFH/EFIH Debtors intend to present a blacklined copy of such revised documents to the Bankruptcy Court either at or before the Hearing.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: February 9, 2017<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession