**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on February 9, 2017 a true and correct copy of the STATEMENT IN SUPPORT OF CONFIRMATION AND REPLY OF UMB BANK, N.A. TO CERTAIN OBJECTIONS TO CONFIRMATION OF SEVENTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ET AL., PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE was served on the parties listed on the attached service list via electronic mail.

Dated:  February 9, 2017
           Wilmington, DE

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
Christopher Carty (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:     (212) 872-1000
Facsimile:      (212) 872-1002
Email:            idizengoff@akingump.com
                     aqureshi@akingump.com
                     rboller@akingump.com
                     ccarty@akingump.com

By: */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (DE Bar ID No. 4204)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Tel: (302) 426-1189
Fax: (302) 426-9193
Email: rlemisch@klehr.com

           - *and* -

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313
Telephone: (312) 832-4500
Facsimile:  (312) 832-4700
Email:  hkaplan@foley.com
             mhebbeln@foley.com

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone:     (202) 887-4000
Facsimile:     (202) 887-4288
Email:         salberino@akingump.com

lapeterson@foley.com

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: bgfelder@foley.com
       jfriedman@foley.com

Richard L. Schepacarter, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox # 35
Wilmington, DE  19801
richard.schepacarter@usdoj.gov

Andrea B. Schwartz, Esquire
Office of the United States Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, NY  10014
andrea.schwartz@usdoj.gov

Edward O. Sassower, P.C., Esquire
Stephen Hessler, Esquire
Brian E. Schartz, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022-4611
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

James H.M. Sprayregen, P.C., Esquire
Marc Kieselstein, P.C., Esquire
Chad J. Husnick, Esquire
Steven N. Serajeddini, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

Natalie D. Ramsey, Esquire
Davis Lee Wright, Esquire
Mark A. Fink, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE  19801
nramsey@mmwr.com
dwright@mmwr.com
mfink@mmwr.com

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Michael H. Torkin, Esquire
Sullivan & Cromwell LLLP
125 Broad Street
New York, NY  10004
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
torkinm@sullcrom.com

Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL  60602
jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

David M. Klauder, Esquire
Bielli & Klauder, LLP
1204 N. King Street
Wilmington, DE  19801
dklauder@bk-legal.com

Michael A. Paskin, Esquire
Cravath, Swain & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
mpaskin@cravath.com

Joseph H. Huston, Jr., Esquire
Stevens & Lee PC
1105 N. Market Street, Suite 700
Wilmington, DE  19801
jhh@stevenslee.com

Participating Parties service list at
EFH_DS_Discovery_Service_List@kirkland.com