IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 10795** |

**DECLARATION OF JONATHAN F. GANTER, ESQ. IN SUPPORT OF
DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF
THE SEVENTH AMENDED JOINT PLAN OF REORGANIZATION
AS IT APPLIES TO THE EFH/EFIH DEBTORS**

JONATHAN F. GANTER declares as follows:

1. I am an attorney admitted to practice in the District of Columbia and the United States District Court for the District of Columbia and the state of New Jersey. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the *Debtors' Memorandum of Law in Support of Confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, filed contemporaneously herewith.[2]

3. Attached hereto as Exhibit A is a true and correct copy of the March 24, 2016 PUCT Order, labeled DX670 [PUCT Dkt. 45188, No. 671].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this Brief have the meanings ascribed to them in the Plan.

4. Attached hereto as Exhibit B is a true and correct copy of the December 16, 2016 Minutes of Meeting of Joint Boards, labeled DX112 [EFH06592909].

5. Attached hereto as Exhibit C is an excerpt from a copy of the transcript of the November 8, 2016 deposition David Ying

6. Attached hereto as Exhibit D is a true and correct copy of the July 28, 2016 Form 8-K/A of Energy Future Holdings Corp, labeled DX677.

7. Attached hereto as Exhibit E is an excerpt from a copy of the transcript of the January 26, 2017 deposition of Andrew Wright.

8. Attached hereto as Exhibit F is an excerpt from a copy of the transcript of the October 18, 2016 deposition of Anthony Horton.

9. Attached hereto as Exhibit G is an excerpt from a copy of the transcript of the October 25, 2016 deposition of Mark Hickson.

10. Attached hereto as Exhibit H is an excerpt from a copy of the transcript of the January 4, 2017 EFH Hearing before Judge Sontchi.

11. Attached hereto as Exhibit I is an excerpt from a copy of the transcript of the December 3, 2015 EFH Hearing before Judge Sontchi.

12. Attached hereto as Exhibit J is an excerpt from a copy of the transcript of the September 19, 2016 EFH Hearing before Judge Sontchi.

13. Attached hereto as Exhibit K is an excerpt from a copy of the transcript of the September 21, 2015 EFH Hearing before Judge Sontchi.

14. Attached hereto as Exhibit L is an excerpt from a copy of the transcript of the December 16, 2015 EFH Hearing before Judge Sontchi.

15. Attached hereto as <u>Exhibit M</u> is an excerpt from a copy of the transcript of the August 11, 2015 EFH Hearing before Judge Sontchi.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 10th day of February, 2017.

>  */s/ Jonathan F. Ganter*
> Jonathan F. Ganter (*pro hac vice*)