# **<u>EXHIBIT B</u>**

**FILED UNDER TEMPORARY SEAL -**

**Subject to Energy Future Holdings Protective Order**