# **EXHIBIT C**

Page 1

1

2              UNITED STATES BANKRUPTCY COURT

3               FOR THE DISTRICT OF DELAWARE

4       ---------------------------------------x

5    In Re

6    Energy Future Holdings Corporation,

7    et al.,

8                              Debtors.

9

10   Chapter 11

11   Case No. 14-10979

12   Jointly Administered

13   ---------------------------------------x

14

15       *CONTAINS CONFIDENTIAL PORTION*

16          DEPOSITION OF DAVID Y. YING

17             New York, New York

18              November 8, 2016

19

20

21

22

23

24   Reported by: MARY F. BOWMAN, RPR, CRR

25   Job No: 115148

Page 25

1                    D. Ying - Confidential
2         A.    I've looked at NextEra's public
3    financials and I've looked at their ability
4    to consummate the transaction and they have
5    significant wherewithal and ability to
6    effect and close the proposed merger
7    transaction.
8         Q.    On page 6 of your report, you
9    provide NextEra's credit ratings from S&P
10   and Moody's, is that correct?
11        A.    I know I do.  I didn't know it
12   was quite on page 6.
13        Q.    Page 6, the fourth bullet down?
14        A.    Yes, thank you.  Yes, I did.
15        Q.    And in your opinion, are those --
16   the credit ratings NextEra has from S&P and
17   Moody's strong credit ratings?
18        A.    They are investment grade credit
19   ratings and they are strong relative to
20   other companies in their industry.
21        Q.    So I want to turn now to your
22   opinion regarding feasibility of the plan.
23   Can you please describe the assignment you
24   were given with respect to the opinion
25   you're rendering regarding the feasibility