# **EXHIBIT E**

Page 1

1

2            UNITED STATES BANKRUPTCY COURT

3            FOR THE DISTRICT OF DELAWARE

4                       - - -

5   In Re:  Energy Future Holdings Corporation, et

6   al., Debtors.

7   Chapter 11

8   Case No. 14-10979

9   Jointly Administered

10                      - - -

11              January 26, 2017

12                      - - -

13       Oral deposition of ANDREW WRIGHT taken

14   pursuant to notice, held at the Law Offices of

15   Richards Layton & Finger, 920 N. King Street,

16   Suite 200, Wilmington, Delaware 19801,

17   commencing at 3:00 p.m., on the above date,

18   before Jennifer P. Miller, RPR, CCR, CRR, and

19   Notary Public for the Commonwealth of

20   Pennsylvania, State of Delaware and the State

21   of New Jersey.

22

23

24

25   JOB NO. 118632

Page 41

1                        ANDREW WRIGHT
2       Q.   And the reason why any other claims,
3   like the PIK claims, don't have to be paid
4   ahead of it is because the PIKs don't have a
5   lien on the value of Oncor, right?
6       A.   When you say "paid ahead of it,"
7   please be more specific.
8       Q.   Sure.  Fair point.  Your
9   understanding is that the PIKs are junior in
10  right of payment out of the value of EFIH's
11  economic interest in Oncor to the EFIH First
12  Liens and Second Liens, correct?
13      A.   Yes.
14      Q.   And you understand that the Second
15  Liens are junior in right of payment to the
16  First Liens, right?
17      A.   Yes.
18      Q.   And that's because the EFIH First
19  Liens have a first lien and the EFIH Second
20  Liens have a junior second lien and the PIKs
21  have no lien at all, right?
22      A.   Correct.
23      Q.   Okay.  Now, it goes on to say, under
24  the terms of the plan, neither NextEra, Oncor
25  or any of the reorganized entities acquired by

Page 42

1                    ANDREW WRIGHT
2    NextEra will be liable for the make-whole
3    claims; do you see that?
4         A.   Yes.
5         Q.   And that's consistent with the
6    Debtors' understanding of the plan, right?
7         A.   Yes.
8         Q.   So, if it turns out that the
9    litigation lasts for a period, and at the end
10   of the time the reserve is inadequate, under
11   this plan, the First Liens and the Second
12   Liens will have no recourse against NextEra,
13   right?
14        A.   Correct.
15        Q.   They'll have no recourse against
16   Oncor, right?
17        A.   Correct.
18        Q.   They'll have no recourse against any
19   of the reorganized entities, including
20   reorganized EFIH, right?
21        A.   Correct.
22             MR. ANKER:  Now, you had mentioned a
23        Kirkland & Ellis presentation.  And let
24        me mark that, what I think you're
25        referring to, and you can tell me if it's