# **EXHIBIT G**

**FILED UNDER TEMPORARY SEAL -**

**Subject to Energy Future Holdings Protective Order**