## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON FEBRUARY 14, 2017 STARTING AT 10:00 A.M. (EST)[2]

**I.    "E-SIDE" PLAN CONFIRMATION:**

1.    Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Solicitation Version] [D.I. 10551; filed January 4, 2017]

    E-Side Confirmation Objection Deadline:    February 3, 2017 at 2:00 p.m. (EST)

    E-Side Confirmation Responses/Objections Received:

    A.    The United States Trustee's Objection, Response and Reservation of Rights with Respect to the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH and the EFIH Debtors (D.I. 10535, 10551) [D.I. 10750; filed February 2, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The February 14, 2017 through February 17, 2017 and February 21, 2017 (only if necessary) hearings will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST) each day. Any person who wishes to appear telephonically at the February 14, 2017 through February 17, 2017 and February 21, 2017 (only if necessary) hearings must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Monday, February 13, 2017** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

B.  Objection to the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10751; filed February 2, 2017]

C.  Reservation of Rights of EFH Indenture Trustee with Respect to Confirmation of Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10754; filed February 3, 2017]

D.  Objection of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Confirmation of the Debtors' Seventh Amended Joint Plan of Reorganization as it Relates to the EFH Debtors and EFIH Debtors [SEALED] [D.I. 10756; filed February 3, 2017]

E.  Objection of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Confirmation of the Debtors' Seventh Amended Joint Plan of Reorganization as it Relates to the EFH Debtors and EFIH Debtors [REDACTED] [D.I. 10757; filed February 3, 2017]

F.  Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Seventh Amended Joint Plan of Reorganization [D.I. 10760; filed February 3, 2017]

G.  EFIH Second Lien Trustee's Objection to Debtors' Plan of Reorganization [D.I. 10762; filed February 3, 2017]

H.  Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to Confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10763; filed February 3, 2017]

I.  Joinder of Law Debenture Trust Company of New York, as Indenture Trustee, to the Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to Confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10765; filed February 3, 2017]

J.  Response of the EFH Indenture Trustee to the United States Trustee's Objection, Response and Reservation of Rights with Respect to the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH and the EFIH Debtors [D.I. 10790; filed February 9, 2017]

K.  Response of Nextera Energy, Inc. to Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to Confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code and Joinder of

2

Nextera Energy, Inc. the to [sic] Debtors' Memorandum of Law in Support of Confirmation of the Seventh Amended Joint Plan of Reorganization as it Applies to the EFH/EFIH Debtors [D.I. 10792; filed February 9, 2017]

Related Documents:

i.      Notice of Filing Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9199; filed August 5, 2016]

ii.     Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9200; filed August 5, 2016]

iii.    Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 9381; filed August 24, 2016]

iv.     Order (A) Approving the EFH/EFIH Disclosure Statement, (B) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 9585; filed September 19, 2016]

v.      Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 9612; filed September 21, 2016]

vi.     Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 9613; filed September 21, 2016]

vii.    Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 9616; filed September 21, 2016]

viii.   Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 9617; filed September 21, 2016]

ix.     Notice of Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in

3

Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 9647; filed September 23, 2016]

x.     Plan Supplement as it Relates to the EFH Debtors and EFIH Debtors for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10101; filed November 11, 2016]

xi.    Notice of Filing of EFH/EFIH Plan Supplement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10102; filed November 11, 2016]

xii.   Notice of Second Agreement to Extend Deadlines in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors [D.I. 10140; filed November 15, 2016]

xiii.  Notice Regarding Scheduling Order and Commencement of Plan Confirmation Proceedings [D.I. 10235; filed November 21, 2016]

xiv.   Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement [D.I. 10239; filed November 21, 2016]

xv.    Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10290; filed December 1, 2016]

xvi.   Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 10291; filed December 1, 2016]

xvii.  Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10293; filed December 1, 2016]

xviii. Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 10294; filed December 1, 2016]

xix.   Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on the Fourth

4

Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10301; filed December 2, 2016]

xx.   Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings [D.I. 10327; filed December 7, 2016]

xxi.   Disclosure Statement for the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10446; filed December 28, 2016]

xxii.   Disclosure Statement for the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 10447; filed December 28, 2016]

xxiii.   Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10453; filed December 28, 2016]

xxiv.   Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 10454; filed December 28, 2016]

xxv.   Debtors' Omnibus Reply to Objections to Disclosure Statement Motion [D.I. 10516; filed January 3, 2017]

xxvi.   Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10518; filed January 3, 2017]

xxvii.   Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 10519; filed January 3, 2017]

xxviii. Amended Disclosure Statement for the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10520; filed January 3, 2017]

xxix.   Amended Disclosure Statement for the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 10521; filed January 3, 2017]

xxx.   Notice of Filing of that Certain *Plan Support Agreement*, Dated January 2, 2017 by and Between the EFH/EFIH Debtors, the PIK Notes Trustee, and Certain Creditor Parties Thereto [D.I. 10530; filed January 3, 2017]

xxxi.   Amended Disclosure Statement for the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10533; filed January 4, 2017]

xxxii.   Amended Disclosure Statement for the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [D.I. 10534; filed January 4, 2017]

xxxiii.   Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10535; filed January 4, 2017]

xxxiv.   Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 10537; filed January 4, 2017]

xxxv.   Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 10539; filed January 4, 2017]

xxxvi.   Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [Solicitation Version] [D.I. 10552; filed January 4, 2017]

xxxvii.   Supplemental Order (A) Binding Holders of Claims and Interests to their Prior Ballots, Pursuant to Section 1127 of the Bankruptcy Code and Bankruptcy Rule 3019, (B) Approving the Revised EFH/EFIH Disclosure Statement, (C) Approving the Procedures and Timeline for the Limited Resolicitation of Votes on the Plan, and (D) Approving the Manner and Forms of Notice Related Thereto [D.I. 10560; filed January 4, 2017]

xxxviii.   Amended Disclosure Statement for the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [Solicitation Version] [D.I. 10564; filed January 4, 2017]

xxxix.   Amended Disclosure Statement for the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors (Blackline) [Solicitation Version] [D.I. 10565; filed January 4, 2017]

6

xl.     Notice of Hearing to Consider Confirmation of the Chapter 11 Plan as it Applies to the EFH/EFIH Debtors and Related Voting and Objection Deadlines [D.I. 10566; filed January 4, 2017]

xli.    Notice of Agreement to Extend Certain Deadlines in the Supplemental Order Approving the Revised Scheduled for the EFH/EFIH Confirmation Proceedings [D.I. 10748; filed February 1, 2017]

xlii.   Declaration of Philip D. Anker with Respect to Exhibits Filed in Support of Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Seventh Amended Joint Plan of Reorganization [REDACTED] [D.I. 10761; filed February 3, 2017]

xliii.  Declaration of Philip D. Anker with Respect to Exhibits Filed in Support of Objection of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, to Confirmation of Seventh Amended Joint Plan of Reorganization [SEALED] [D.I. 10764; filed February 3, 2017]

xliv.   Initial Pretrial Order Concerning Certain Pretrial Procedures [D.I. 10766; filed February 3, 2017]

xlv.    Affidavit of Service of Solicitation Materials for the EFH/EFIH Debtors [D.I. 10769; filed February 6, 2017]

xlvi.   Stipulation and Agreement [D.I. 10776; filed February 6, 2017]

xlvii.  Amended Plan Supplement as it Relates to the EFH Debtors and EFIH Debtors for the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10780; filed February 7, 2017]

xlviii. Notice of Filing of Joint Stipulated Final Pre-Trial Order [D.I. 10787; filed February 8, 2017]

xlix.   Statement of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates in Support of Confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10789; filed February 9, 2017]

l.      Supplemental Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH/EFIH Debtors [D.I. 10791; filed February 9, 2017]

li.     Notice of Filing of Proposed Confirmation Order [D.I. 10793; filed February 9, 2017]

7

lii.   Statement in Support of Confirmation and Reply of UMB Bank, N.A. to Certain Objections to Confirmation of Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10794; filed February 10, 2017]

liii.  Debtors' Memorandum of Law in Support of Confirmation of the Seventh Amended Joint Plan of Reorganization as it Applies to the EFH/EFIH Debtors [D.I. 10795; filed February 10, 2017]

liv.   Declaration of Jonathan F. Ganter, Esq. in Support of Debtors' Memorandum of Law in Support of Confirmation of the Seventh Amended Joint Plan of Reorganization as it Applies to the EFH/EFIH Debtors [SEALED] [D.I. 10796; filed February 10, 2017]

lv.    Declaration of Jonathan F. Ganter, Esq. in Support of Debtors' Memorandum of Law in Support of Confirmation of the Seventh Amended Joint Plan of Reorganization as it Applies to the EFH/EFIH Debtors [REDACTED] [D.I. 10797; filed February 10, 2017]

Status: Plan confirmation will go forward on a contested basis.

*[Remainder of page intentionally left blank.]*

8

Dated: February 10, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

9