# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, in accordance with paragraph 8 of the *Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings*, dated December 7, 2016 [D.I. 10327] (as amended by the *Notice of Agreement to Extend Certain Deadlines in the Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings*, dated February 1, 2017 [D.I. 10748]), on February 6, 2017, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a true and correct copy of both of the following documents to be served via email on all members of the service list attached hereto as Exhibit A, in these chapter 11 cases, EFH_DS_Discovery_Service_List@kirkland.com:

1. *Notice of Disclosure of Final Witness List for EFH/EFIH Confirmation Hearing*; and

2. *Notice of Disclosure of Final Exhibit List for EFH/EFIH Confirmation Hearing*.

*[Remainder of page intentionally left blank.]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 16914565v.1

Dated: February 10, 2017
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Andrew McGaan (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    andrew.mcgaan@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

-and-

Mark E. McKane (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:        mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Service List**

| Participating Parties | Email | Official Service |
|---|---|---|
| (a) the Debtors; | jsowa@kirkland.com<br>alexander.davis@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>SHessler@kirkland.com<br>rhowell@kirkland.com<br>CHusnick@kirkland.com<br>howard.kaplan@kirkland.com<br>amcgaan@kirkland.com<br>MMcKane@kirkland.com<br>WPruitt@kirkland.com<br>brogers@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>ksturek@kirkland.com<br>holly.trogdon@kirkland.com<br>andrew.welz@kirkland.com<br>jgould@kirkland.com<br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com<br>travis.langenkamp@kirkland.com<br>anna.terteryan@kirkland.com<br>austin.klar@kirkland.com<br>jeffery.tula@kirkland.com<br>james.barolo@kirkland.com<br>kevin.chang@kirkland.com<br>nick.laird@kirkland.com | Edward O. Sassower, P.C.<br>Stephen Hessler<br>Brian E. Schartz<br>Mark E. McKane<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (b) the ad hoc group of TCEH first lien lenders (the "TCEH First Lien Ad Hoc Group") and the members thereof; | abernstein@paulweiss.com<br>adenhoff@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>edso@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>mnadler@paulweiss.com<br>katescherling@quinnemanuel.com<br>RBartley@ycst.com<br>kfrancis@paulweiss.com<br>nmarnis@paulweiss.com | Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000 |
| (c) Wilmington Trust, N.A., as TCEH first lien collateral agent and first lien administrative agent; | kotwick@sewkis.com<br>ashmead@sewkis.com<br>DeBaecke@BlankRome.com | Mark D. Kotwick<br>John Ashmead<br>**SEWARD & KISSEL LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: 212-574-1200<br><br>Michael D. DeBaecke<br>**BLANK ROME LLP**<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: 302.425.6400 |
| (d) those certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates; | mjoyce@crosslaw.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br>Samuel.groner@friedfrank.com<br>Jesse.ryan.loffler@friedfrank.com<br>brad.eric.scheler@friedfrank.com<br>Jocelyn.Ryan@friedfrank.com<br>gshumaker@jonesday.com<br>brosenblum@jonesday.com<br>wglaxton@jonesday.com<br>Alysa.Ain@friedfrank.com | Michael J. Joyce<br>**CROSS & SIMON, LLC**<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, Delaware 19899-1380<br>Telephone: (302) 777-4200<br><br>Gary L. Kaplan<br>Matthew M. Roose<br>Brad Eric Scheler<br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000 |

2

| Participating Parties | Email | Official Service |
|---|---|---|
| (e) the ad hoc group of EFH legacy noteholders; | gmcdaniel@dkhogan.com<br>aglenn@kasowitz.com<br>dfliman@kasowitz.com<br>DRosner@kasowitz.com | Garvan McDaniel<br>**HOGAN MCDANIEL**<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br><br>David Rosner<br>Andrew Glenn<br>Daniel Fliman<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN**<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>Telephone: (212) 506-1726 |
| (f) Texas Energy Future Holdings Limited Partnership, as EFH Corp.'s equity holder; | akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>rgmason@wlrk.com<br>ABLees@wlrk.com<br>DAbbott@MNAT.com<br>efay@mnat.com | Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000 |
| (g) American Stock Transfer & Trust Company, LLC, as indenture trustee for the EFH notes; | rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com<br>tgood@nixonpeabody.com<br>mciullo@nixonpeabody.com lharrington@nixonpeabody.com<br>gskelly@nixonpeabody.com<br>spritchett@nixonpeabody.com | Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br>**NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02100<br>Telephone: 617-345-1000 |

3

| Participating Parties | Email | Official Service |
|---|---|---|
| (h) Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the EFIH second lien notes; | ghorowitz@kramerlevin.com<br>agoodman@kramerlevin.com<br>nhertzbunzl@kramerlevin.com<br>abyowitz@kramerlevin.com<br>RRinger@KRAMERLEVIN.com | Gregory A. Horowitz<br>Alissa R. Goodman<br>Noah Hertz-Bunzl<br>Rachael Ringer<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 |
| | ljones@pszjlaw.com<br>jo'neill@pszjlaw.com<br>crobinson@pszjlaw.com | Laura Davis Jones<br>James E. O'Neill<br>Colin R. Robinson<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100 |
| (i) the ad hoc group of EFIH "PIK" noteholders; | idizengoff@akingump.com<br>aqureshi@akingump.com<br>salberino@akingump.com<br>sbaldini@akingump.com<br>rboller@akingump.com<br>ccarty@akingump.com<br>jnewdeck@akingump.com<br>nmoss@akingump.com<br>rtizravesh@akingump.com<br>wmongan@akingump.com | Ira Dizengoff<br>Abid Qureshi<br>Stephen M. Baldini<br>Joanna Newdeck<br>Naomi Moss<br>Robert J. Boller<br>Christopher W. Carty<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>Scott L. Alberino<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>Roxanne Tizravesh<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1111 Louisiana Street<br>44th Floor<br>Houston, TX 77002-5200<br>Telephone: (713) 220-5800<br>Facsimile: (713) 236-0822 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (j) UMB Bank, as indenture trustee for the EFIH unsecured notes; | hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com<br>bgfelder@foley.com<br>jfriedman@foley.com<br>mdean@foley.com<br>rlemisch@klehr.com<br>sbrennecke@klehr.com | Harold Kaplan<br>Mark Hebbeln<br>Lars Peterson<br>**FOLEY & LARDNER LLP**<br>321 N. Clark St., Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br><br>Barry Felder<br>Jonathan Friedman<br>Melissa Dean<br>**FOLEY & LARDNER LLP**<br>90 Park Avenue<br>New York, NY 10016-1314<br>Phone: 212-682-7474<br>Fax: 212-687-2329<br><br>Raymond H. Lemisch<br>Sean Brennecke<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: 302-552-5530<br>Fax: 302-426-9193 |
| (k) the TCEH Creditors' Committee; | alawrence@mofo.com<br>aprinci@mofo.com<br>brettmiller@mofo.com<br>ckerr@mofo.com<br>erichards@mofo.com<br>jmarines@mofo.com<br>ksadeghi@mofo.com<br>lmarinuzzi@mofo.com<br>smartin@mofo.com<br>tgoren@mofo.com<br>jpeck@mofo.com | James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Charles L. Kerr<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000 |

5

RLF1 16914565v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (l) the EFH Creditors' Committee; | gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>ipvw@sullcrom.com<br>nramsey@mmwr.com<br>msheppard@mmwr.com<br>ddormont@mmwr.com<br>sliebesman@mmwr.com<br>mfink@mmwr.com<br>brebnera@sullcrom.com | Brian D. Glueckstein<br>Alexa J. Kranzley<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br><br>Mark A. Fink<br>**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**<br>1105 North Market Street, Suite 1500 ǀ Wilmington, DE 19801<br>Telephone: (302) 504-7811<br>Facsimile: (215) 731-3666 |
| (m) Wilmington Savings Fund Society, FSB, as the indenture trustee for the TCEH second lien notes, and the ad hoc consortium of TCEH second lien noteholders; | jcoffey@brownrudnick.com<br>jdmarshall@brownrudnick.com<br>jjonas@brownrudnick.com<br>jstoll@brownrudnick.com<br>MJackson@brownrudnick.com<br>spoddar@brownrudnick.com<br>alauchheimer@brownrudnick.com<br>eweisfelner@brownrudnick.com<br>jgarfinkle@brownrudnick.com pmott@brownrudnick.com<br>wbowden@ashby-geddes.com<br>gtaylor@ashby-geddes.com | Edward S. Weisfelner<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br><br>Gregory A. Taylor<br>**ASHBY & GEDDES**<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 504-3710<br>Facsimile: (302) 379-3715 |
| (n) the Ad Hoc Group of TCEH Unsecured Noteholders; | tlauria@whitecase.com<br>charles.koster@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>mshepherd@whitecase.com<br>harrison.denman@whitecase.com<br>jason.bartlett@whitecase.com<br>LBird@foxrothschild.com | J. Christopher Shore<br>Gregory M. Starner<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200<br><br>L. John Bird<br>**FOX ROTHSCHILD LLP**<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 622-4263<br>Facsimile: (302) 656-8920 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (o) Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes; | bguiney@pbwt.com<br>dalowenthal@pbwt.com<br>cdent@pbwt.com<br>jtkirklin@pbwt.com | Daniel A. Lowenthal<br>Brian P. Guiney<br>Craig W. Dent<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Telephone: (212) 336-2000 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (p) Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee for the 11.5% senior secured TCEH first lien notes; and<br><br>[D.I. 8392 Filed 05/09/16]<br><br>[D.I. 5122 Filed 07/28/15]<br><br>Attn: Sandra E. Horwitz<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | TMoss@perkinscoie.com<br>Dzazove@perkinscoie.com<br>Philip.Anker@wilmerhale.com<br>Charles.Platt@wilmerhale.com<br>Dennis.Jenkins@wilmerhale.com<br>Isley.Gostin@wilmerhale.com<br>david.gringer@wilmerhale.com<br>James.Millar@dbr.com<br>todd.schiltz@dbr.com<br>Keith.Wofford@ropesgray.com<br>Mark.Somerstein@ropesgray.com<br>Ross.Martin@ropesgray.com<br>Andrew.Devore@ropesgray.com<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br>wusatine@coleschotz.com<br>david.gringer@wilmerhale.com<br>Dennis.Jenkins@wilmerhale.com | **PERKINS COIE:**<br>Tina Moss<br>30 Rockefeller Plaza, 22nd Floor, New York, New York 10112-0085<br>Telephone: (212) 262-6900 / Facsimile: (212) 977-1649<br><br>Daniel Zazove<br>131 South Dearborn Street, Suite 1700<br>Chicago, Illinois 60603-5559<br>Telephone: (312) 324-8605 / Facsimile: (312) 324-9605<br><br>**WILMER CUTLER PICKERING HALE & DORR LLP:**<br>Philip D. Anker / Charles C. Platt<br>7 World Trade Center, 250 Greenwich Street, New York, NY 10007<br>Telephone: (212) 230-8800 / Facsimile: (212) 230-8888<br><br>Dennis L. Jenkins<br>60 State Street, Boston, MA 02109<br>Telephone: (617) 526-6000 / Facsimile: (617) 526-5000<br><br>**DRINKER BIDDLE & REATH LLP:**<br>James H. Millar<br>1177 Ave. of the Americas, 41st Floor, NY, NY 10036-2714<br>Telephone: 212-248-3264 / Facsimile: 212-248-3141<br><br>Todd C. Schiltz<br>222 Delaware Ave, Suite 1410, Wilmington, DE 19801<br>Telephone: (302) 467-4200 / Facsimile: (302) 467-4201<br><br>**COLE SCHOTZ P.C.:**<br>Norman L. Pernick (DE 2290) / J. Kate Stickles (DE 2917)<br>500 Delaware Avenue, Suite 1410, Wilmington, DE 19801<br>Telephone: (302) 652-3131 / Facsimile: (302) 652-3117<br><br>Warren A. Usatine<br>25 Main Street, P.O. Box 800, Hackensack, NJ 07602<br>Telephone: (201) 489-3000 / Facsimile: (201) 489-1536<br><br>**ROPES & GRAY LLP**<br>Keith H. Wofford / Mark R. Somerstein<br>1211 Avenue of the Americas, New York, NY 10036-8704<br>Telephone: (212) 596-9000 / Facsimile: 212-596-9090<br><br>D. Ross Martin / Andrew G. Devore<br>Prudential Tower, 800 Boylston St., Boston, MA 02199-3600<br>Telephone: (617) 951-7000 / Facsimile: (617) 951-7050 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (p) Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee for the 11.5% senior secured TCEH first lien notes; and<br><br>[D.I. 8547 Filed 05/26/16]<br><br>Attn: Joseph McFadden<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | gfinizio@bayardlaw.com<br>nglassman@bayardlaw.com<br>michael.kim@kobrekim.com<br>jeremy.hollembeak@kobrekim.com<br>benjamin.sauter@kobrekim.com<br>Andrew.Wang@Kobrekim.com | GianClaudio Finizio/ Neil B. Glassman<br>**BAYARD, P.A.**<br>222 Delaware Avenue Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>Michael S. Kim/ Jeremy C. Hollembeak/ Benjamin Sauter/ Andrew D. Wang<br>**KOBRE & KIM LLP**<br>800 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 488-1200 |
| (q) Pacific Investment Management Co. LLC, as investment manager for certain holders of certain EFIH First Lien Notes | Julia.frost-davies@morganlewis.com<br>christopher.carter@morganlewis.com<br>JSSabin@Venable.com | Jeffrey Sabin<br>**VENABLE**<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Flr.<br>New York, NY 10020<br>Telephone: (212) 503-0672<br><br>Julia Frost-Davies<br>Christopher Carter<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110<br>Telephone: (617) 951-8000 |
| U.S. Trustee | Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | Richard L. Schepacarter<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the United State Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br><br>Andrea B. Schwartz<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the U.S. Trustee<br>Southern District of New York<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>Telephone: (212) 510-0531 |

| Participating Parties | Email | Official Service |
|---|---|---|
| Counsel for TCEH Debtors | bradley.schneider@mto.com<br>john.spiegel@mto.com<br>kevin.allred@mto.com<br>thomas.walper@mto.com<br>seth.goldman@mto.com<br>bradley.schneider@mto.com | Brad Schneider<br>John Spiegel<br>Kevin Allred<br>Thomas Walper<br>Seth Goldman<br>**MUNGER, TOLLES & OLSON**<br>355 South Grand Ave.<br>35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100 |
| Counsel for Debtor Energy Future Intermediate Holding Company LLC | mpaskin@cravath.com<br>tbroad@cravath.com<br>rlevin@jenner.com<br>VLazar@jenner.com | Michael A. Paskin<br>Trevor Broad<br>**CRAVATH, SWAINE & MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br><br>Richard Levin<br>**JENNER & BLOCK**<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1600 |

10

| Participating Parties | Email | Official Service |
|---|---|---|
| Counsel for Debtor Energy Future Holdings Corp. | MFirestein@proskauer.com<br>mthomas@proskauer.com<br>jmarwil@proskauer.com<br>JAllen@proskauer.com<br>jroche@proskauer.com<br>lrappaport@proskauer.com<br>dklauder@bk-legal.com<br>cstephenson@bk-legal.com | Michael Firestein<br>Jennifer Roche<br>Larry Alan Rappaport<br>**PROSKAUER**<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br><br>Mark Thomas<br>Jeff Marwil<br>**PROSKAUER**<br>Three First National Plaza<br>70 West Madison<br>Suite 3800<br>Chicago, IL 60602-4342<br>Telephone: (312) 962-3550<br><br>Julie Allen<br>**PROSKAUER**<br>Eleven Times Square<br>(Eighth Avenue & 41st Street)<br>New York, NY 10036-8299<br>Telephone: (212) 969-3000<br><br>David M. Klauder, Esquire<br>Cory P. Stephenson, Esquire<br>**BIELLI & KLAUDER, LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 803-4600<br>Facsimile: (302) 397-2557 |
| Counsel to Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes;<br><br>Attn: Mr. Frank Godino<br>400 Madison Avenue, Suite 4D<br>New York, NY 10017<br><br>[D.I. 8440 Filed 05/13/16] | dalowenthal@pbwt.com<br>bguiney@pbwt.com<br>smiller@morrisjames.com | Daniel A. Lowenthal / Brian P. Guiney<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas, New York, NY 10036-6710<br>Telephone: (212) 336-2000 / Facsimile: (212) 336-2222<br><br>Stephen M. Miller<br>**MORRIS JAMES LLP**<br>500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, DE 19899-2306<br>Telephone: (302) 888-6800 / Facsimile: (302) 571-1750 |

11

| Participating Parties | Email | Official Service |
|---|---|---|
| Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle<br><br>[D.I. 8442 Filed 05/13/16]<br><br>[D.I. 5846 Filed 09/03/15] | dkhogan@dkhogan.com<br>skazan@kazanlaw.com<br>lkelleher@capdale.com<br>jkoski@capdale.com<br>ssullivan@capdale.com<br>CGuerrero@Capdale.com | Daniel K. Hogan (DE Bar # 2814)<br>**HOGAN McDANIEL**<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br><br>Steven Kazan (CA Bar # 46855)<br>**KAZAN McCLAIN SATTERLEY & GREENWOOD**<br>A Professional Law Corporation<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br><br>Leslie M. Kelleher<br>Jeanna Rickards Koski<br>Sally J. Sullivan<br>Cecilia Guerrero<br>**CAPLIN & DRYSDALE, CHARTERED**<br>One Thomas Circle, NW<br>Suite 1100<br>Washington, DC 20005-5802<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301 |
| David William Fahy<br><br>[D.I. 8441 05/13/16]<br><br>[D.I. 5912 Filed 09/10/2015] | dkhogan@dkhogan.com | Daniel K. Hogan (DE Bar # 2814)<br>**HOGAN♦McDANIEL**<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br><br>Ethan Early (CT Juris # 417930)<br>**EARLY LUCARELLI SWEENEY & STRAUSS**<br>265 Church Street, 11th Floor<br>New Haven, CT 06508-1866<br>Telephone: (203) 777-7799<br>Facsimile: (203) 785-1671 |

| Participating Parties | Email | Official Service |
|---|---|---|
| Marathon Asset Management, LP; Polygon Convertible Opportunity Master Fund; Polygon Distressed Opportunities Master Fund<br><br>[D.I. 8519 Filed 05/24/16] | landis@lrclaw.com<br>mcguire@lrclaw.com<br>george.shuster@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>George W. Shuster, Jr.<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>Benjamin W. Loveland<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| The Bank of New York Mellon ("BNYM") and The Bank of New York Mellon Trust Company, N.A. (the "BNYMTC" and collectively with BNYM, the "Trustees")<br><br>Attn: Dennis J. Roemlein<br>601 Travis, 16th Floor<br>Houston, TX 77002<br><br>[D.I. 8556 Filed 05/27/16]<br>[D.I. 5173 Filed 07/30/15] | kgwynne@reedsmith.com<br>klawson@reedsmith.com<br>skam@reedsmith.com | Kurt F. Gwynne (Bar No. 3951)<br>Kimberly E. C. Lawson (Bar No. 3966)<br>**REED SMITH LLP**<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br><br>Sarah K. Kam (*pro hac vice*)<br>**REED SMITH LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 549-0284<br>Facsimile: (212) 521-5450 |

13

RLF1 16914565v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| Counsel to Holt Texas, Ltd. d/b/a Holt Cat ("Holt")<br><br>1956 South W.W. White Rd<br>San Antonio, Texas 78222<br><br>[D.I. 5124 Filed 07/28/15] | mblacker@jw.com | Monica S. Blacker<br>**JACKSON WALKER L.L.P.**<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>Telephone: (214)953-6000<br>Facsimile: (214) 953-5822 |
| Counsel to Veolia ES Industrial Services, Inc. ("Veolia")<br><br>Attn: Van A. Cates, Esq.<br>14055 Riveredge Drive<br>Tampa, FL 33637<br>van.cates@veolia.com.<br><br>[D.I. 5157 Filed 07/29/15] | dbarney@gibbonslaw.com  nsongonuga@gibbonslaw.com | Dale E. Barney, Esq.,<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 596-4500<br><br>Natasha M. Songonuga, Esq.<br>**GIBBONS P.C.**<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801-1058<br>Telephone: (302) 295-4875<br>Facsimile: (302) 295-4876 |
| United States Environmental Protection Agency<br><br>[D.I. 6207 Filed 09/28/2015] | Anna.E.Grace@usdoj.gov<br>Alan.Tenenbaum@usdoj.gov | Anna Grace<br>Trial Attorney<br>**ENVIRONMENTAL ENFORCEMENT SECTION, ENRD**<br>U.S. Department of Justice<br>P.O. Box 7611, Washington DC 20044-7611<br>Phone: (202) 514-4091<br><br>Alan Tenenbaum<br>National Bankruptcy Coordinator<br>**ENVIRONMENTAL ENFORCEMENT SECTION, ENRD**<br>U.S. Department of Justice<br>P.O. Box 7611, Washington DC 20044-7611<br>Phone: (202) 514-5409 |

14

RLF1 16914565v.1