**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENTAL VERIFIED STATEMENT OF WILMER CUTLER PICKERING
HALE AND DORR, LLP; ROPES & GRAY LLP; COLE SCHOTZ P.C.;
AND DRINKER BIDDLE & REATH LLP
<u>PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019</u>**

In connection with the chapter 11 cases (the "Chapter 11 Cases") commenced by the above-captioned debtors on April 29, 2014, Wilmer Cutler Pickering Hale and Dorr, LLP ("WilmerHale"), Ropes & Gray LLP ("Ropes & Gray"), Cole Schotz P.C. ("Cole Schotz") and Drinker Biddle & Reath ("Drinker Biddle" and, together with WilmerHale, Ropes & Gray and Cole Schotz, "Counsel") hereby submit this supplemental verified statement (the "Supplemental Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") in connection with (i) Counsel's representation in the Chapter 11 Cases of Delaware Trust Company f/k/a CSC Trust Company of Delaware ("Delaware Trust"), as successor indenture trustee ("Indenture Trustee") to Bank of New York Mellon, N.A. ("BNY"), under (A) that certain indenture (as amended, restated, supplemented, or otherwise modified) by and among Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, "EFIH") and BNY, as indenture trustee, dated as of August 17, 2010, pursuant to which certain 10% Senior Secured Notes Due 2020 (the "10% Notes") were issued, and (B) that certain

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

indenture (as amended, restated, supplemented, or otherwise modified) by and among EFIH and BNY, as indenture trustee, dated August 14, 2012, pursuant to which certain 6.875% Senior Secured Notes Due 2017 (the "6.875% Notes" and, together with the 10% Notes, the "EFIH First Lien Notes") were issued; (ii) Counsel's representation in these Chapter 11 Cases of Delaware Trust, as successor collateral trustee ("Collateral Trustee") to BNY, under that certain Collateral Trust Agreement (as amended, restated, supplemented, or otherwise modified) by and between EFIH and BNY, as collateral trustee, dated as of November 16, 2009; and (iii) the representation by WilmerHale, Ropes & Gray, and Drinker Biddle in these Chapter 11 Cases of a steering committee of holders of the EFIH First Lien Notes (the "Steering Committee").  Counsel respectfully state as follows:

1. On June 5, 2014, Ropes & Gray, Cole Schotz, and Drinker Biddle filed their Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 (Dkt. 850).

2. As of the date of this Supplemental Statement, in these Chapter 11 Cases: Counsel represent the Indenture Trustee and the Collateral Trustee and WilmerHale, Ropes & Gray, and Drinker Biddle represent the Steering Committee.

3. The Steering Committee represents only the interests of its Members and does not represent or purport to represent any other entities in connection with the Chapter 11 Cases.

4. The Members hold, or are the investment advisors or managers of accounts that hold, approximately $1,675,922,000 in aggregate principal amount of the EFIH First Lien Notes as of the week of February 6, 2017.  In accordance with Bankruptcy Rule 2019, the address and nature and amount of all disclosable economic interests for each Member is set forth in Exhibit A.  The information contained in Exhibit A is based upon information provided by the Members to Counsel, and is subject to change.

5.  Nothing in this Supplemental Statement, including Exhibit A hereto, should be construed as a limitation upon, or waiver of, any Member's right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

6.  The undersigned, who are members and/or partners of WilmerHale, Ropes & Gray, Drinker Biddle, and Cole Schotz, respectively, verify that the foregoing is true and correct to the best of their knowledge.

7.  Counsel reserves the right to amend or supplement this verified statement.

Dated: February 10, 2017

COLE SCHOTZ P.C.

 /s/  *J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

WILMER CUTLER PICKERING HALE
AND DORR, LLP
Philip D. Anker
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
Philip.anker@wilmerhale.com

ROPES & GRAY LLP

| Keith H. Wofford | D. Ross Martin |
| Mark Somerstein | Andrew Devore |
| 1211 Avenue of the Americas | 800 Boylston Street, Prudential Tower |
| New York, NY 10036-8704 | Boston, MA 02199-3600 |
| Telephone: 212-596-9000 | Telephone: 617-951-7000 |
| Facsimile: 212-596-9090 | Facsimile: 617-951-7050 |
| Keith.Wofford@ropesgray.com | Ross.Martin@ropesgray.com |
| Mark.Somerstein@ropesgray.com | Andrew.Devore@ropesgray.com |

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone:  212-248-3264
Facsimile:   212-248-3141
James.Millar@dbr.com

Todd C. Schiltz
222 Delaware Ave, Suite 1410
Wilmington, DE  19801-1612
Telephone:  302-467-4200
Facsimile:  302-467-4201
todd.schiltz@dbr.com

**Exhibit A**

Nature and Amount of Disclosable Economic Interest

| Name[1] | Address | Nature and Amount of Disclosable Economic Interests in EFIH | |
|---|---|---|---|
| | | **EFIH First Lien Notes** | **Other Interests in EFIH** |
| BlueMountain Capital Management LLC | 280 Park Avenue 12th Floor New York, NY 10017 | 10% / 10.5%:  $801,813,000 6.875%:  None | None |
| Cyrus Capital Partners | 399 Park Avenue # 3900 New York, NY 10022 | 10% / 10.5%:  $278,140,000 6.875%:  None | None |
| Halcyon Asset Management LLC | 477 Madison Avenue 8th Floor New York, NY 10022 | 10% / 10.5%:  $152,192,000 6.875%:  None | EFIH Second Lien Notes: $59,724,700 |
| Stone Lion Capital Partners L.P. | 555 Fifth Avenue 18th Floor New York, NY 10017 | 10% / 10.5%:  $383,777,000 6.875%:  None | None |
| Serengeti Asset Management LP | 632 Broadway 12th Floor New York, NY 10012 | 10% / 10.5%:  $10,000,000 6.875%:  None | EFIH Unsecured Notes: $14,500,000 |
| VR Advisory Services Ltd. in its capacity as advisor to VR Global Partners, L.P. | 300 Park Avenue, 16th Floor, New York, NY 10022 | 10% / 10.5%:  $50,000,000 6.875%:  None | None |

---

[1] The entities listed are the holders of, or investment advisors or managers of funds and/or accounts that hold, the listed Disclosable Economic Interests.