**EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**November 1, 2016 through November 30, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting/Cut-off | 0.6 | $465.00 |
| Bankruptcy Support | 1.8 | $675.00 |
| Business Plan | 4.9 | $1,837.50 |
| Claims | 7.5 | $3,672.50 |
| Contracts | 28.4 | $15,600.00 |
| Coordination & Communication with other Creditor Constituents | 5.0 | $3,875.00 |
| Court | 2.0 | $1,640.00 |
| Fee Applications | 4.7 | $2,127.50 |
| POR / Disclosure Statement | 14.4 | $8,445.00 |
| UST Reporting Requirements | 11.3 | $6,215.00 |
| **Total** | **80.6** | **$44,552.50** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH**
*Summary of Time Detail by Task*
*November 1, 2016 through November 30, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 0.6 | $465.00 |
| Bankruptcy Support | 0.9 | $337.50 |
| Business Plan | 2.3 | $862.50 |
| Claims | 4.2 | $2,038.75 |
| Contracts | 20.2 | $12,450.00 |
| Coordination & Communication with other Creditor Constituents | 5.0 | $3,875.00 |
| Court | 1.0 | $820.00 |
| Fee Applications | 2.4 | $1,063.75 |
| POR / Disclosure Statement | 8.5 | $5,230.00 |
| UST Reporting Requirements | 5.7 | $3,107.50 |
| **Total** | **50.7** | **$30,250.00** |

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*November 1, 2016 through November 30, 2016*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.9 | $337.50 |
| Business Plan | 2.6 | $975.00 |
| Claims | 3.3 | $1,633.75 |
| Contracts | 8.2 | $3,150.00 |
| Court | 1.0 | $820.00 |
| Fee Applications | 2.4 | $1,063.75 |
| POR / Disclosure Statement | 5.9 | $3,215.00 |
| UST Reporting Requirements | 5.7 | $3,107.50 |
| *Total* | **29.9** | **$14,302.50** |