## EXHIBIT B

### Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

## Combined - EFH & EFIH
### Summary of Time Detail by Professional
### November 1, 2016 through November 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 1.2 | $1,140.00 |
| Emmett Bergman | Managing Director | $775.00 | 20.2 | $15,655.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 10.6 | $6,625.00 |
| Kevin Sullivan | Director | $550.00 | 11.3 | $6,215.00 |
| Richard Carter | Consultant | $450.00 | 13.6 | $6,120.00 |
| Sarah Pittman | Analyst | $375.00 | 22.5 | $8,437.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.2 | $360.00 |
| | | **Total** | **80.6** | **$44,552.50** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### November 1, 2016 through November 30, 2016

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.6 | $570.00 |
| Emmett Bergman | Managing Director | $775.00 | 20.2 | $15,655.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 5.3 | $3,312.50 |
| Kevin Sullivan | Director | $550.00 | 5.7 | $3,107.50 |
| Richard Carter | Consultant | $450.00 | 7.3 | $3,262.50 |
| Sarah Pittman | Analyst | $375.00 | 11.1 | $4,162.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.6 | $180.00 |
| | | *Total* | **50.7** | **$30,250.00** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### November 1, 2016 through November 30, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 0.6 | $570.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 5.3 | $3,312.50 |
| Kevin Sullivan | Director | $550.00 | 5.7 | $3,107.50 |
| Richard Carter | Consultant | $450.00 | 6.4 | $2,857.50 |
| Sarah Pittman | Analyst | $375.00 | 11.4 | $4,275.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.6 | $180.00 |
| | | *Total* | 29.9 | $14,302.50 |