# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

No expenses from November 1, 2016 through November 30, 2016