# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

No expenses from November 1, 2016 through November 30, 2016