# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br>*Debtors*. | ) Chapter 11<br>) Case No. 14-10979 (CSS)<br>) (Jointly Administered)<br>)<br>) |

## STIPULATION OF FACTS

The following facts are stipulated for purposes of the proceedings on confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 10551], as it may be amended or modified from time to time (the "Plan"). All capitalized terms not otherwise defined herein shall have their respective meanings as set forth in the Plan.

1. The EFIH First Lien Notes Trustee, as successor indenture trustee under the EFIH First Lien Note Indentures and successor collateral trustee under the EFIH Collateral Trust Agreement and the Pledge Agreement dated as of November 16, 2009 (the "Pledge Agreement"), and its professionals have incurred fees and expenses in connection with the EFIH First Lien Notes Trustee's performance of its duties under the EFIH First Lien Note Indentures, the EFIH Collateral Trust Agreement, and the Pledge Agreement. The Debtors have reimbursed some, but not all, such fees and expenses incurred by the EFIH First Lien Trustee and its professionals pre-petition. The Debtors have not reimbursed any such fees and expenses incurred by the EFIH First Lien Trustee and its professionals post-petition.

2. The EFIH First Lien Trustee timely filed proofs of claim in the Chapter 11 Cases for such fees and expenses.

3. The total amount of fees and expenses incurred by the EFIH First Lien Notes Trustee and its professionals in connection with the EFIH First Lien Notes Trustee's performance of its duties under the EFIH First Lien Note Indentures, the EFIH Collateral Trust Agreement, and the Pledge Agreement through November 30, 2016 asserted by the EFIH First Lien Notes Trustee and its professionals that has not yet been reimbursed by the Debtors (the "First Lien Non-Reimbursed Fees and Expenses") is $35,754,327.73.[1]

4. The EFIH First Lien Notes Trustee, though counsel, has provided to the Debtors (among other parties) documentation of the First Lien Non-Reimbursed Fees and Expenses.

5. The Debtors currently project that the EFH Effective Date will be April 30, 2017.

6. The EFIH First Lien Trustee and its professionals have incurred and project that they will incur additional fees and expenses in connection with the EFIH First Lien Notes Trustee's performance of its duties under the EFIH First Lien Note Indentures, the EFIH Collateral Trust Agreement, and the Pledge Agreement between December 1, 2016 and the projected EFH Effective Date of April 30, 2017 (the "First Lien Additional Pre-Effective Date Fees and Expenses"). While the exact amount of these First Lien Additional Pre-Effective Date Fees and Expenses is uncertain, the EFIH First Lien Trustee believes that the sum of the First Lien Non-Reimbursed Fees and

---

[1] This amount includes a $2 million success/completion fee payable to BRG Capstone, the EFIH First Lien Trustee's financial advisor.

2

Expenses and the First Lien Additional Pre-Effective Date Fees and Expenses will be approximately $40 million.

7. The EFIH Second Lien Notes Trustee, as successor indenture trustee under the EFIH Second Lien Note Indentures and successor collateral trustee under the EFIH Collateral Trust Agreement and the Pledge Agreement dated as of November 16, 2009 (the "Pledge Agreement"), and its professionals have incurred fees and expenses in connection with the EFIH Second Lien Notes Trustee's performance of its duties under the EFIH Second Lien Note Indentures, the EFIH Collateral Trust Agreement, and the Pledge Agreement. The Debtors have reimbursed some, but not all, such fees and expenses incurred by the EFIH Second Lien Trustee and its professionals.

8. The EFIH Second Lien Trustee timely filed proofs of claim in the Chapter 11 Cases for such fees and expenses.

9. The total amount of fees and expenses incurred by the EFIH Second Lien Notes Trustee and its professionals in connection with the EFIH Second Lien Notes Trustee's performance of its duties under the EFIH Second Lien Note Indentures, the EFIH Collateral Trust Agreement, and the Pledge Agreement through November 30, 2016 asserted by the EFIH Second Lien Notes Trustee and its professionals that has not yet been reimbursed by the Debtors (the "Second Lien Non-Reimbursed Fees and Expenses") is approximately $10.8 million.

10. The EFIH Second Lien Notes Trustee, though counsel, has provided to the Debtors (among other parties) documentation and/or other evidence of the Second Lien Non-Reimbursed Fees and Expenses.

3

11. The EFIH Second Lien Trustee and its professionals have incurred and project that they will incur additional fees and expenses in connection with the EFIH Second Lien Notes Trustee's performance of its duties under the EFIH Second Lien Note Indentures, the EFIH Collateral Trust Agreement, and the Pledge Agreement between December 1, 2016 and the projected EFH Effective Date of April 30, 2017 (the "Second Lien Additional Pre-Effective Date Fees and Expenses"). While the exact amount of these Second Lien Additional Pre-Effective Date Fees and Expenses is uncertain, the EFIH Second Lien Trustee believes that the sum of the Second Lien Non-Reimbursed Fees and Expenses and the Second Lien Additional Pre-Effective Date Fees and Expenses will be approximately $24 million.[2]

12. The EFH First Lien Trustee and EFIH Second Lien Trustee will continue to incur fees and expenses post-Effective Date. The Debtors agree to escrow $2.5 million per month, for fees and expenses (which includes interest) collectively incurred by the EFIH First Lien Trustee and its professionals and the EFIH Second Lien Trustee and its professionals, in the EFIH Claims Reserve. The amounts to be escrowed for the fees and expenses of the EFIH First Lien Trustee, the EFIH Second Lien Trustee, any Holders of EFIH First Lien Note Claims, any Holders of EFIH Second Lien Note Claims, and any professionals representing any such parties is not intended to be a cap on such fees and expenses; *provided*, *however*, that it is the EFH/EFIH Debtors' position that any fees and expenses of the EFIH First Lien Trustee or the EFIH Second Lien Trustee incurred after the Effective Date that are allowed by final, non-appealable order will (subject to

---

[2] This amount includes a $6 million success/completion fee payable to Rothschild Inc., the EFIH Second Lien Trustee's financial advisor.

confirmation and consummation of the Plan) be funded solely from the EFIH Claims Reserve (without prejudice to any arguments the EFIH First Lien Notes Trustee and EFIH Second Lien Trustee may raise at the EFH Confirmation Hearing).

13. The foregoing stipulation is without prejudice to the rights of any party to challenge the reasonableness of any fees and expenses (or the accrual of interest on such fees and expenses) asserted by the EFIH First Lien Trustee, the EFIH Second Lien Trustee, any Holders of EFIH First Lien Note Claims, any Holders of EFIH Second Lien Note Claims, and any professionals representing any such parties, provided, that the EFIH First Lien Trustee, the EFIH Second Lien Trustee, any Holders of EFIH First Lien Note Claims and any Holders of EFIH Second Lien Note Claims reserve all rights as to the appropriate fee review process to be included in the Amended Plan Supplement (as may be further amended, modified, or supplemented prior to the EFH Confirmation Hearing) and which will be addressed at the EFH Confirmation Hearing for any fees and expenses incurred either before, on or after the Effective Date; and all parties reserve all rights to make any arguments regarding any objections to any fees and expenses incurred before, on or after the Effective Date**.**

Dated: February 1, 2017

COLE SCHOTZ P.C.

 /s/J. Kate Stickles
| | |
|---|---|
| Norman L. Pernick (Bar No. 2290) | Warren A. Usatine |
| J. Kate Stickles (Bar No. 2917) | Court Plaza North |
| 500 Delaware Avenue, Suite 1410 | 25 Main Street |
| Wilmington, DE  19801 | Hackensack, NJ 07602 |
| Telephone: 302-652-3131 | Telephone: 201-489-3000 |
| Facsimile:  302-652-3117 | Facsimile:  201-489-1536 |
| npernick@coleschotz.com | wusatine@coleschotz.com |
| kstickles@coleschotz.com | |

WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| Philip D. Anker | Joel Millar |
| 7 World Trade Center | David Gringer |
| 250 Greenwich Street | Isley Gostin |
| New York, NY 10007 | 1875 Pennsylvania Avenue, NW |
| Telephone: 212-230-8800 | Washington, DC 2006 |
| Facsimile: 212-230-8888 | Telephone: 202-663-6000 |
| Philip.Anker@wilmerhale.com | Facsimile: 202-663-6363 |
| | Joel.Millar@wilmerhale.com |
| | David.Gringer@wilmerhale.com |
| | Isley.Gostin@wilmerhale.com |

ROPES & GRAY LLP

| | |
|---|---|
| Keith H. Wofford | D. Ross Martin |
| Mark Somerstein | Andrew Devore |
| 1211 Avenue of the Americas | 800 Boylston Street, Prudential Tower |
| New York, NY 10036-8704 | Boston, MA 02199-3600 |
| Telephone: 212-596-9000 | Telephone: 617-951-7000 |
| Facsimile: 212-596-9090 | Facsimile: 617-951-7050 |
| Keith.Wofford@ropesgray.com | Ross.Martin@ropesgray.com |
| Mark.Somerstein@ropesgray.com | Andrew.Devore@ropesgray.com |

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for the EFIH First Lien Notes Trustee*

PACHULSKI STANG ZIEHL & JONES LLP

/s/Laura Davis Jones
Laura Davis Jones
(Bar No. 2436)
Robert J. Feinstein
(NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@ pszjlaw.com

6

rfeinstein@ pszjlaw.com

*- and -*
KRAMER LEVIN NAFTALIS & FRANKEL    LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
ghorowitz@kramerlevin.com
jbrody@kramerlevin.com

*- and -*
BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-1114
Facsimile: (212) 904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*


RICHARDS, LAYTON & FINGER, P.A.

 /s/Jason Madron
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700 (telephone)

KIRKLAND & ELLIS LLP

| | |
|---|---|
| Edward O. Sassower, P.C. | James H.M. Sprayregen, P.C. |
| Stephen E. Hessler | Marc Kieselstein, P.C. |
| Brian E. Schartz | Chad J. Husnick |
| 601 Lexington Avenue | Steven N. Serajeddini |
| New York, New York 10022 | 300 North LaSalle |
| (212) 446-4800 (telephone) | Chicago, Illinois 60654 |
| | (312) 862-2000 (telephone) |

*Counsel to the Debtors and Debtors in Possession*