# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE (THIRD) REGARDING SERVICE
## AND SUBMISSION OF WRITTEN DIRECT TESTIMONY

**PLEASE TAKE NOTICE THAT**, pursuant to Paragraph 5 of the *Joint Stipulated Final Pre-Trial Order* [D.I. 10787-1] (the "Joint Pre-Trial Order") and Paragraph 2 of the *Initial Pretrial Order* [D.I. 10766] (the "Initial Pre-Trial Order"), on February 12, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors") served the written direct testimony of one witness (Andrew

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

M. Wright) via email on the Participating Parties[3] and, on February 13, 2017, the EFH/EFIH Debtors caused a copy of such written direct testimony to be submitted to the Court

**PLEASE TAKE FURTHER NOTICE THAT** any party other than a Participating Party that did not receive the written direct testimony of such witness may communicate their request for access to such testimony by emailing efhcorrespondence@kirkland.com and the EFH/EFIH Debtors will review in good faith any reasonable requests for such access.

Dated: February 13, 2017
      Wilmington, Delaware

            */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

---

[3] Capitalized terms not defined in this Notice have the meaning they are given in the Joint Pre-Trial Order or the Initial Pre-Trial Order, as applicable.

        James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
        Chad J. Husnick (admitted *pro hac vice*)
        Andrew McGaan (admitted *pro hac vice*)
        Brenton A. Rogers (admitted *pro hac vice*)
        Steven N. Serajeddini (admitted *pro hac vice*)
        300 North LaSalle
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200

        -and-

        Mark E. McKane (admitted *pro hac vice*)
        555 California Street
        San Francisco, CA 94104
        Telephone: (415) 439-1400
        Facsimile: (415) 439-1500

        *Co-Counsel to the EFH/EFIH Debtors*