IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 11 ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) ) (Jointly Administered) |
| Debtors. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 10th day of February, 2017, a true and correct copy of the following, was served on the Participating Parties service list (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* dated August 24, 2016 [D.I. 9381] as amended by Notice of Agreement to Extend Deadlines in the Scheduling Order (D.I. 9647),[2]) at

EFH_DS_Discovery_Service_List@kirkland.com:

*Written Direct Testimony of Robert H. Major of Computershare, N.A., Second Lien Indenture Trustee*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Scheduling Order or the *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (D.I. 6122), as applicable.

DOCS_DE:209352.6 23731/001

Dated: February 13, 2017              PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@ pszjlaw.com
     rfeinstein@ pszjlaw.com


*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
P. Bradley O'Neill
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
     ghorowitz@kramerlevin.com
     boneill@kramerlevin.com
     jbrody@kramerlevin.com


    *- and -*

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: 212-541-1114
Facsimile: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*