# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO.:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 2/13/2017 at 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Boyle | O'Kelly Ernst | Fidelity |
| R. Stephan McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Peg Louisell | Klehr Harrison | UMB Bank N.A. |
| Chris Carty | Akin Gump | " |
| Scott Alberino | " | " |
| Harold Kaplan | Foley & Lardner | " |
| David Klauder | B.Pell & Klauder | EFH Corp. |
| Joseph H. Huston Jr. | Stevens & Lee P.C. | EFIH Conflicts Counsel |
| Chrisopher Shore | White & Case | Ad Hoc TCEH N-Holders |
| Jelly Schlel | Fox Rothschild | " |
| Daniel J. DeFrancesch | Richards, Layton & Finger | Debtors |
| Jason M. Madron | " | " |
| Davis Lee Wright | MMWR | EFH Committee |
| Brian D. Glueckstein | Sullivan + Cromwell | EFH Committee |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Excel Lien Indenture Trustee |
| Greg Horowitz | Kramer Levin Naftalis Frankel | Excel Lien Indenture Trustee |
| Jennifer Sharret | Kramer Levin Naftalis Frankel | Excel Lien Indenture Trustee |
| Howard Seife | Chadbourne & Parke | NextEra |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Robyn Ball
Matthew McGuire  Landis Rath + Cobb

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 2/13/17 **AT** 1:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel K. Hogan | Hogan McDaniel | Fenicle, Fahy, Jones & Hinzmann |
| Dan O'Brien | Reinhold | PIMCO |
| Jeff Sabin | " | " |
| Brian Aukur | Ashby Addu | EFIH 1st Lien Trustee & Steering |
| Chad Husnick | K&E | EFH/EFIH Debtors |
| Marc Kieselstein | " | " |
| Mark McKane | " | " |
| Gregory Horowitz | Kramer Levin Naftalis & Frankel | EFIH 2nd Lien Note Trustee |
| Joshua Brody | " | " |
| Richard Pedone | Nixon Peabody | EFH Indenture Trustee |
| Norman Pernick | Cole Schotz | EFIH 1st Lien Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

**Calendar Date:** 02/13/2017
**Calendar Time:** 01:00 PM ET

2nd Revision  Feb 13 2017 5:21AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8118488 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, TCEH / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8144729 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8142021 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8142555 | Phil Anker | (212) 230-8890 ext. | Wilmer Cutler Pickering Hale & Dorr, LLP | Creditor, Delaware Trust Co / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8132614 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8138694 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8118502 | Kellie Cairns | (212) 373-3012 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, Adhoc Committee of TCEH First Lein Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8142088 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8146192 | Maria Chutchian | (646) 378-3108 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8078719 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8140053 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8139060 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8125085 | Mark Flannagan | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8078732 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Interested Party, Oncor Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8145341 | Brian Glueckstein | 212-558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8125076 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8141836 | Natasha Hwangpo | (212) 909-3198 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8127317 | Harold Kaplan | (312) 832-4393 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8132599 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Comision of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8144648 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8144722 | Joanna S. Newdeck | (202) 887-4288 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8145956 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8144546 | Meredith Pfister | (212) 412-1368 ext. | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8144736 | Abid Qureshi | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146191 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Client, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8142183 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8099416 | Noah M Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8143509 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8142069 | Matthew Underwood | 212-588-5148 ext. | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146394 | Tamara Van Heel | (305) 371-2700 ext. | White & Case LLP - Miami | Creditor, At Heart Group of TECH of Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8132862 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 8142473 | Peter Young | (312) 962-3528 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |