## EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**December 1, 2016 through December 31, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.8 | $425.00 |
| Business Plan | 2.1 | $787.50 |
| Claims | 9.9 | $4,490.00 |
| Contracts | 0.3 | $112.50 |
| Fee Applications | 1.2 | $540.00 |
| UST Reporting Requirements | 8.4 | $4,620.00 |
| **Total** | **22.7** | **$10,975.00** |

*Exhibit A*

### EFH
### Summary of Time Detail by Task
### December 1, 2016 through December 31, 2016

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.7 | $368.75 |
| Business Plan | 0.8 | $300.00 |
| Claims | 5.1 | $2,312.50 |
| Contracts | 0.2 | $56.25 |
| Fee Applications | 0.6 | $270.00 |
| UST Reporting Requirements | 4.2 | $2,310.00 |
| **Total** | **11.5** | **$5,617.50** |

*Exhibit A*

**EFIH**
**Summary of Time Detail by Task**
**December 1, 2016 through December 31, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.2 | $56.25 |
| Business Plan | 1.3 | $487.50 |
| Claims | 4.8 | $2,177.50 |
| Contracts | 0.2 | $56.25 |
| Fee Applications | 0.6 | $270.00 |
| UST Reporting Requirements | 4.2 | $2,310.00 |
| **Total** | **11.2** | **$5,357.50** |