# EXHIBIT B

### Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - EFH & EFIH
### Summary of Time Detail by Professional
### December 1, 2016 through December 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $625.00 | 0.2 | $125.00 |
| Matt Frank | Director | $625.00 | 0.5 | $312.50 |
| Kevin Sullivan | Director | $550.00 | 8.4 | $4,620.00 |
| Richard Carter | Consultant | $450.00 | 10.9 | $4,905.00 |
| Sarah Pittman | Analyst | $375.00 | 2.7 | $1,012.50 |
| | | *Total* | 22.7 | **$10,975.00** |

*Exhibit B*

|  | EFH<br>*Summary of Time Detail by Professional*<br>*December 1, 2016 through December 31, 2016* |  |  |  |
|---|---|---|---|---|
| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
| Jodi Ehrenhofer | Senior Director | $625.00 | 0.1 | $62.50 |
| Matt Frank | Director | $625.00 | 0.5 | $312.50 |
| Kevin Sullivan | Director | $550.00 | 4.2 | $2,310.00 |
| Richard Carter | Consultant | $450.00 | 5.6 | $2,520.00 |
| Sarah Pittman | Analyst | $375.00 | 1.1 | $412.50 |
|  | *Total* |  | 11.5 | $5,617.50 |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### December 1, 2016 through December 31, 2016

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $625.00 | 0.1 | $62.50 |
| Kevin Sullivan | Director | $550.00 | 4.2 | $2,310.00 |
| Richard Carter | Consultant | $450.00 | 5.3 | $2,385.00 |
| Sarah Pittman | Analyst | $375.00 | 1.6 | $600.00 |
| | | **Total** | **11.2** | **$5,357.50** |