# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

No expenses from December 1, 2016 – December 31, 2016