# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

No expenses from December 1, 2016 – December 31, 2016