# SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO.: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 2/14/2017 at 1:30 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| E. Stephen McNeill | Potter Anderson & Corroon | " |
| Laura Davis Jones | Pachulski Stang Ziehl + Jones | Second Lien Indenture Trustee |
| Greg Horowitz | Kramer Levin Frankel + Naftalis | Second Lien Indenture Trustee |
| Josh Brody | Kramer Levin Frankel + Naftalis | Second Lien Indenture Trustee |
| Daniel K. Hogan | Hogan McDaniel | Fenicle, Fahy, Jones & Heinzmann |
| Michael Joyce | O'Kelly Ernst | Fidelity |
| Gary Kaplan | Fried Frank | Fidelity |
| Matt Roose | " | " |
| Alyssa Aiu | " | " |
| Richard Pedone | Nixon Peabody | American Stock Transfer/EFH Trustee |
| Brian Glueckstein | Sullivan & Cromwell | E-side Committee |
| Daniel J. DeFranceschi | Richards, Layton & Finger | Debtors |
| Jason M. Madron | " | " |
| Howard Seife | Chadbourne Parke | NextEra |
| Robin Ball | " | " |
| Matthew McGuire | Landis Rath & Cobb | |
| Peter Lee Wright | Montgomery McCracken | E-side Committee |
| David Eleader | B.P.H.; & Klauder | EFH Corp |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:**
**CASE NO:** - (CSS)
**COURTROOM LOCATION:** 6
**DATE:**       **AT:**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Thomas | Proskauer | EFH Corp |
| Peter Young | " | " |
| Chris Shore | White & Case | Ad hoc TCEH Unsecured |
| Abid Qureshi | Akin Gump | UMB Bank, N.A. Indenture Trustee |
| Scott Alberino | " | " |
| Catherine Eisenhut | " | " |
| Harold Kaplan | Foley & Lardner | " |
| Mark Hebbeln | " | " |
| (illegible) | " | " |
| Joseph H. Huston, Jr. | Stevens & Lee PC | EFIH Unsec'd Cred Owner |
| Norman Pernick | Cole Schotz | EFIH 1st Lien Indenture Trustee |
| Stephen Miller | Morris James | Law Debenture of NY (2nd TSS) |
| Brian Guiney | Patterson Belknap | " |
| Jamie Edmonson | Venable | PIMCO |
| Jeffrey Sabin | " | " |
| Philip Anker | Wilmer Hale | EFIH First Lien Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi #6**

Calendar Date: 02/14/2017
Calendar Time: 01:30 PM ET

Amended Calendar  Feb 14 2017  8:50AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8118454 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, Adhoc Committee of TCEH First Lein Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8142034 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8132615 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8150600 | Mitchell Bialek | (312) 542-8575 ext. | C.S.S., LLC | Interested Party, Mitchell Bialek / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8148189 | Lauren Bilzin | (212) 672-2252 ext. | Serengeti Asset Management | Creditor, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8150980 | Josh W. Brant | (212) 723-1584 ext. | Citigroup | Interested Party, Citigroup Global Markets Inc / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8147636 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8118519 | Kellie Cairns | (212) 373-3012 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, Adhoc Committee of TCEH First Lein Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8145340 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8078720 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8150575 | Elan Daniels | (212) 843-1242 ext. | Stone Lion Capital Partners | Creditor, Delaware Trust Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8147813 | Barry Felder | (212) 338-3540 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8136030 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official committe of unsecured creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8139081 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8130497 | Mark Flannagan | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8078734 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Interested Party, Oncor Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8114058 | Philip A. Gelston | (212) 474-1548 ext. | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8124251 | Alexis Gold | (212) 771-4547 ext. | TCW | Interested Party, Alexis Gold / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146212 | Erica Goodstein | (718) 921-8180 ext. | American Stock Transfer Company, LLC | Interested Party, American Stock Transfer Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8145455 | Todd M. Goren | (212) 468-8000 ext. | Morrison & Foerster LLP | Creditor, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8150560 | Thomas Hals | (610) 544-2712 ext. | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8149236 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Taylor B. Harrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8148218 | Mark Heer | (302) 778-6454 ext. | UMB Bank | Representing, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8150584 | Daniel Hung | (212) 905-3900 ext. | Blue Mountain Capital Management | Creditor, Delaware Trust Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8141852 | Natasha Hwangpo | (212) 909-3198 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8144746 | Zachary Lanier | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8132604 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8135834 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8141864 | Catherine Norman | (512) 879-0969 ext. | Parsley Coffin Renner LLP | Interested Party, NextEra Energy / LISTEN ONLY |

Peggy Drasal ext. 802    CourtConfCal2009    Page 2 of 3

| | | | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8145960 Richard Pedone | Nixon Peabody LLP | (617) 345-6139 ext. | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147893 Lars A. Peterson | Foley & Lardner, LLP | (312) 832-5394 ext. | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8144547 Meredith Pfister | Barclays Bank PLC | (212) 412-1368 ext. | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8142353 Jon Pruchansky | Arrowgrass Capital Partners U.S. LP | (212) 584-5945 ext. | Representing, Energy Future Holding / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146194 Erik Schneider | Nixon Peabody LLP | (617) 345-1112 ext. | Client, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147708 Ned S. Schodek | Shearman & Sterling LLP | (212) 848-7052 ext. | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8099419 Noah M Schottenstein | Baker Botts LLP | (214) 953-6500 ext. | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147790 Fredric Sosnick | Shearman & Sterling LLP | 212-848-8571 ext. | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8148867 Angelo Thalassinos | Reorg Research, Inc. | (212) 588-8890 ext. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147905 Andrew M. Thau | Cantor Fitzgerald | (212) 915-1232 ext. | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146643 Amer Tiwana | Cowen & Co. | (646) 616-3052 ext. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8145655 Carl Tullson | Skadden, Arps, Slate, Meagher & Flom LLP | (312) 407-0379 ext. | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8079849 Matthew Underwood | | 212-588-5148 ext. | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8149183 Tamara Van Heel | White and Case | (305) 995-5232 ext. | Creditor, Ad Hoc Committee of Tech Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8132870 Megan Wasson | Kramer Levin Naftalis & Frankel LLP | (212) 715-9464 ext. | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8138855 Brady C. Williamson | Godfrey & Kahn, S.C. | (608) 284-2642 ext. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147695 Julia M. Winters | Bloomberg LP | (212) 617-6592 ext. | Interested Party, Bloomberg LP / LISTEN ONLY |