## EXHIBIT A

## List of Executory Contracts and Unexpired Leases to be Assumed by the Reorganized EFH Debtors or Reorganized EFIH Debtors (with such cure amounts to be paid by EFH

On the EFH Effective Date, except as otherwise provided herein or in the Confirmation Order, all Executory Contracts or Unexpired Leases of the EFH Debtors or the EFIH Debtors, not previously assumed or rejected pursuant to an order of the Bankruptcy Court, including the TCEH Confirmation Order or the EFH Confirmation Order, will be deemed to be Rejected Executory Contracts or Unexpired Leases, in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those Executory Contracts or Unexpired Leases that are: (1) identified on the EFH/EFIH Assumed Executory Contract and Unexpired Lease List; (2) the subject of a motion to assume Executory Contracts or Unexpired Leases that is pending on the Confirmation Date; or (3) subject to a motion to reject an Executory Contract or Unexpired Lease pursuant to which the requested effective date of such rejection is after the Effective Date; *provided* that each of (1), (2) and (3) must be in form and substance acceptable to the Plan Sponsor.  Entry of the EFH Confirmation Order by the Bankruptcy Court shall constitute approval of such rejections and the assignments and/or assumptions of the Executory Contracts or Unexpired Leases listed on the EFH/EFIH Assumed Executory Contract and Unexpired Lease List pursuant to sections 365(a) and 1123 of the Bankruptcy Code.  Any motions to assume Executory Contracts or Unexpired Leases of the EFH Debtors or EFIH Debtors pending on the EFH Effective Date shall be subject to approval by the Bankruptcy Court on or after the Effective Date by a Final Order.  Each Executory Contract and Unexpired Lease assumed pursuant to this Article V.A.1 or by any order of the Bankruptcy Court, which has not been assigned to a third party before the Confirmation Date, shall revest in and be fully enforceable by Reorganized EFH or Reorganize EFIH, as applicable, or their successors in accordance with its terms, except as such terms are modified by the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law.  The Plan Sponsor, Reorganized EFH, and Reorganized EFIH, as applicable, reserve the right to alter, amend, modify, or supplement the EFH/EFIH Assumed Executory Contract and Unexpired Lease List and the schedules of Executory Contracts and Unexpired Leases with respect to EFH, Reorganized EFH, EFIH, and Reorganized EFIH at any time through and including 45 days after the Effective Date, without incurrence of any penalty or changing the priority or security of any Claim as a result of such treatment change.  For the avoidance of doubt, and notwithstanding anything herein to the contrary, the Tax Matters Agreement, the Transition Services Agreement, and the Separation Agreement, to the extent in the form attached to the Merger Agreement or as amended or modified in accordance with their respective terms and with the consent of the Plan Sponsor, shall be EFH/EFIH Assumed Executory Contracts or Unexpired Leases.

RLF1 16953195v.1

**Exhibit A**

| | Details of Contract (s) | | Counterparty Information | | | Other Information | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any | Amount Required to Cure Default Thereunder, if any | Cure Details[1] | Details of Material Amendments | Assumption Date |
| 2740 | ENERGY FUTURE HOLDINGS CORP. | ONCOR TAX SHARING AGREEMENT DATED 11/5/2008 | ONCOR ELECTRIC DELIVERY HOLDINGS COMPANY LLC, ONCOR ELECTRIC, TEXAS TRANSMISSION INVESTMENT LLC, ONCOR MANAGEMENT INVESTMENT LLC | 1616 WOODALL ROGERS FREEWAY SUITE 6C DALLAS, TX 75201 | | $ 134,979,783.00 | Energy Future Holdings Corp.- $134,979,783.00 | | ON THE EFH EFFECTIVE DATE |

[1] The actual cure amount may be adjusted depending on the date the cure payment is made and adjustments to Oncor's projected or actual taxable income or loss and, as a result, any ultimate cure payments will reflect such adjustments.