**SIGN-IN SHEET**

**CASE NAME: EFH**
**CASE NO.: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 2/15/2017 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Second Lien Indenture Trustee |
| Greg Horowitz | Kramer Levin Naftalis & Frankel | Second Lien Indenture Trustee |
| Bruce Bixby | " | " |
| Richard Pedone | Nixon Peabody LLP | American Stock Transfer as EFH Trustee |
| Brian Glueckstein | Sullivan & Cromwell LLP | E-Side Committee |
| Howard Seife | Chadbourne Parke | " |
| Robin Ball | " | Nextera |
| Matthew McGuire | Landis Rath & Cobb | |
| Daniel K. Hogan | Hogan McDaniel | Fenicle, Fahy, Jones & Heinzmann |
| David J. Defranceschi | Richards, Layton & Finger | Debtors |
| Jason M. Madron | " | " |
| Mark McKane | Kirkland & Ellis LLP | Debtors |
| Chad Husnick | " | " |
| Marc Kieselstein | " | " |
| Michael Esser | " | " |
| Jonathan Ganter | " | " |
| Anna Terteryan | " | " |
| Mike Joyce | O'Kelly Ernst | Fidelity |
| Richard L. Schepacarter | US DOJ - OUST | US Trustee |

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO.:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 2/15/2017 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gary Kaplan | Fried Frank | Fidelity |
| Matt Roose | " | " |
| Travis Lee Wright | MMWR | Eside Committee |
| Justin Sowa | Kirkland & Ellis LLP | Debtors |
| McClain Thompson | " | " |
| David Klauder | Bielli & Klauder | EFH Cmp. |
| Mark Thomas | Proskauer | " |
| Peter Young | " | " |
| Doug Lewinski | Klehr | UMB Bank, N.A. |
| Mark Hebbeln | Foley & Lardner | " |
| Harold Kaplan | " | " |
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| Kate Stickles | Cole Schotz | Delaware Trust Company, as Indenture Trustee |
| Jamie Edmonson | Venable | PIMCO |
| Jeff Sabin | " | " |
| Morgan Nighan | Nixon Peabody | EFH Indenture Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi #6

Calendar Date: 02/15/2017
Calendar Time: 10:00 AM ET

Amended Calendar  Feb 15 2017  6:45AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8118459 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, Adhoc Committee of TCEH First Lein Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8153405 | Alysa Ain | (212) 859-8000 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8151837 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8132618 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8147637 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8118521 | Kellie Cairns | (212) 373-3012 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, Adhoc Committee of TCEH First Lein Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8078722 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8152756 | Andrew G. Devore | (617) 951-7618 ext. | Ropes & Gray LLP | Creditor, Delaware Trust Co. as Indenture Trustee EFIH First Lien Notes / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8147816 | Barry Felder | (212) 338-3540 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8136036 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official committee of unsecured creditors / LISTEN ONLY |

Peggy Drasal ext. 802                                    CourtConfCal2009                                Page 1 of 3

| Client | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8139101 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8130502 | Mark Flannagan | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8078735 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8114065 | Philip A. Gelston | (212) 474-1548 ext. | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8145467 | Todd M. Goren | (212) 468-8000 ext. | Morrison & Foerster LLP | Creditor, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8148229 | Mark Heer | (302) 778-6454 ext. | UMB Bank | Representing, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8153436 | Patrick Holohan | (646) 412-5336 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8141854 | Natasha Hwangpo | (212) 909-3198 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8144755 | Zachary Lanier | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8132605 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8153451 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8141871 | Catherine Norman | (512) 879-0969 ext. | Parsley Coffin Renner LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8145963 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147900 | Lars A. Peterson | (312) 832-5394 ext. | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8153433 | Meredith Pfister | (212) 412-1368 ext. | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8142367 | Jon Pruchansky | (212) 584-5945 ext. | Arrowgrass Capital Partners U.S. LP | Representing, Energy Future Holding / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146196 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Client, American Stock Transfer / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147710 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8099427 | Noah M Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147793 | Fredric Sosnick | 212-848-8571 ext. | Shearman & Sterling LLP | Creditor, Deustche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8148870 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8150230 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146650 | Amer Tiwana | (646) 616-3052 ext. | Cowen & Co. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8142082 | Matthew Underwood | 212-588-5148 ext. | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8132878 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8151836 | Julia M. Winters | (212) 617-6592 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp | 14-10979 | Hearing | 8152822 | David Ying | (212) 857-3144 ext. | Evercore Partners | Interested Party, Evercore Partners / LIVE |