IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline: March 8, 2017 at 4:00 p.m.<br><br>Hearing Date: To be determined. |

## NOTICE OF INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that Guggenheim Securities, LLC (the "**Applicant**") has today filed the attached *Seventh Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred For the Period September 1, 2016 Through December 31, 2016* (the "**Interim Fee Application**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Interim Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; (vi) co-counsel to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY 10004-2498, Attn. Alexa Kranzley; (vii) co-counsel to the EFH Committee, Montgomery, McCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright; and (viii) the Applicant, Guggenheim Securities, LLC, 330 Madison Avenue, New York, NY 10017, Attn: Ronen Bojmel, by **no later than 4:00 p.m. (Eastern Standard Time) on March 8, 2017** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Interim Fee Application will be held on **a date and time to be determined** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th floor, Courtroom no. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE INTERIM FEE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>February 15, 2017 | **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**<br><br>  */s/ Mark A. Fink*  <br>Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:    nramsey@mmwr.com<br>              dwright@mmwr.com<br>              mfink@mmwr.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of*<br>*Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC,*<br>*EFIH Finance Inc., and EECI, Inc.* |

102546546\V-2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: March 8, 2017 at 4:00 p.m. |

**COVER SHEETS TO SEVENTH INTERIM FEE APPLICATION OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, EFIH FINANCE INC., AND EECI, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2016 THROUGH DECEMBER 31, 2016**

| | |
|---|---|
| **Name of Applicant:** | **Guggenheim Securities, LLC** |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. |
| Date of retention: | January 13, 2015 *nunc pro tunc* to November 12, 2014 |
| Period for which compensation and reimbursement is sought (the "Application Period"): | September 1 – December 31, 2016 |
| Compensation sought as actual, reasonable, and necessary: | $1,000,000.00 (20% of which is $200,000.00) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $27,316.00 |

This is an **interim** fee application. [2]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

[2] Notice of this Interim Fee Application shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein) and objections to the relief requested herein shall be addressed in accordance with such orders.

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF GUGGENHEIM SECURITIES, LLC FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, EFIH FINANCE INC., AND EECI, INC.**

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fees Requested | Total Expenses Requested | Total Amount Requested | Total Fees Paid to Date | Total Expenses Paid to Date | Total Amount Paid to Date | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| 2/17/15 D.I. # 3572 | 11/12/14 - 12/31/14 | $408,333.33 | $61,304.70[1] | $469,638.03 | $408,333.33 | $61,304.70 | $469,638.03 | $0.00 |
| 6/3/15 D.I. # 4662 | 1/1/15 - 4/30/15 | $1,000,000.00 | $70,574.54[2] | $1,070,574.54 | $1,000,000.00 | $70,574.54 | $1,070,574.54 | $0.00 |
| 10/16/15 D.I. # 6495 | 5/1/15 - 8/31/15 | $1,000,000.00 | $18,740.69[3] | $1,018,740.69 | $1,000,000.00 | $18,740.69 | $1,018,740.69 | $0.00 |
| 2/12/15 D.I. # 7829 | 9/1/15 - 12/31/15 | $1,000,000.00 | $69,469.14[4] | $1,069,469.14 | $1,000,000.00 | $69,469.14 | $1,069,469.14 | $0.00 |
| 6/15/16 D.I. # 8720 | 1/1/16 - 4/30/16 | $1,000,000.00 | $24,441.34 | $1,024,441.34 | $1,000,000.00 | $24,441.34 | $1,024,441.34 | $0.00 |
| 10/10/16 D.I. # 9791 | 5/1/16 - 8/31/16 | $1,000,000.00 | $16,583.50 | $1,016,583.50 | $800,000.00 | $16,583.50 | $816,583.50 | $200,000.00 |
| 1/27/17 D.I. # TBD | 9/1/16 - 12/31/16 | $1,000,000.00 | $27,316.00 | $1,027,316.00 | $0.00 | $0.00 | $0.00 | $1,027,316.00 |
| **TOTAL** | | **$6,408,333.33** | **$288,429.91** | **$6,696,763.24** | **$5,208,333.33** | **$261,113.91** | **$5,469,447.24** | **$1,227,316.00** |

---

[1] Represents total expenses paid per the monthly applications of $61,782.54 less agreed to expense reduction of $477.84 per DI# 4843.
[2] Represents total expenses paid per the monthly applications of $71,856.92 less agreed to expense reduction of $1,282.38 per DI# 6667.
[3] Represents total expenses paid per the monthly applications of $19,428.65 less agreed to expense reduction of $687.96 per DI# 7883.
[4] Represents total expenses paid per the monthly applications of $71,390.97 less agreed to expense reduction of $1,921.83 per DI# 8824.

**TIME DETAIL BY PROFESSIONAL**
**ENERGY FUTURE HOLDINGS CORP., et al**
**(Case No. 14-10979 (CSS))**

**September 1, 2016 Through December 31, 2016**

| Time by Professional | | |
|---|---|---|
| **Name** | **Title** | **Total Hours** |
| Ronen Bojmel | Senior Managing Director | 82.5 |
| Michael Henkin | Senior Managing Director | 85.5 |
| Ofir Nitzan | Managing Director | 87.0 |
| Phillip Laroche | Vice President | 99.0 |
| Nicholas Palermo | Analyst | 120.5 |
| **Total**(*) | | **474.5** |

*Hours exclude certain Guggenheim employees (such as consultants and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# TIME DETAIL BY PROJECT CATEGORY
# ENERGY FUTURE HOLDINGS CORP., et al
# (Case No. 14-10979 (CSS))

## September 1, 2016 Through December 31, 2016

| Time by Category | |
|---|---|
| **Project Category** | **Total Hours** |
| A - Case Administration | 13.0 |
| B - Retention and Fee Applications | 30.0 |
| C - Travel | -- |
| D - Court Testimony and Deposition | 5.0 |
| E - Analysis, Presentations and Diligence | 302.0 |
| F - Mergers and Acquisitions Activity | -- |
| G - Plan of Reorganization Review/Analysis and Negotiations | -- |
| H - Valuation and Recoveries Analysis | -- |
| I - Debtor Correspondence | 16.0 |
| J - Committee Correspondence | 68.0 |
| K - Other Creditor Correspondence | 40.5 |
| **Total** [*] | **474.5** |

*Hours exclude certain Guggenheim employees (such as consultants and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

102546546\V-2

# EXPENSE SUMMARY
# ENERGY FUTURE HOLDINGS CORP., et al
# (Case No. 14-10979 (CSS))

## September 1, 2016 Through December 31, 2016

| Expense Summary (*) | Disbursements and Charges | | |
|---|---|---|---|
| | EFH Corp. | EFIH | Total |
| Airfare | $0.00 | $0.00 | $0.00 |
| Hotel | 0.00 | 0.00 | 0.00 |
| Ground Transportation | 0.00 | 0.00 | 0.00 |
| Meals | 0.00 | 0.00 | 0.00 |
| Miscellaneous | 0.00 | 0.00 | 0.00 |
| Legal | 13,658.00 | 13,658.00 | 27,316.00 |
| **Total** | **$13,658.00** | **$13,658.00** | **$27,316.00** |

*Net of voluntary reductions of $0, consistent with EFH Fee Committee guidelines for expense reimbursement.

102546546\V-2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: March 8, 2017 at 4:00 p.m. |

**SEVENTH INTERIM FEE APPLICATION OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, EFIH FINANCE INC., AND EECI, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2016 THROUGH DECEMBER 31, 2016**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "**Interim Compensation Order**") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"), Guggenheim Securities, LLC ("**Guggenheim Securities**") hereby submits its Seventh Interim Fee Application (the "**Interim Fee Application**") for an allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred in connection with such services from September 1, 2016 through and including December 31, 2016 (the "**Application Period**") as set forth in their engagement letter (the "**Engagement Letter**"), attached hereto as <u>**Exhibit A**</u>.

Guggenheim Securities seeks interim court approval of the following fee applications:

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fees Requested | Total Expenses Requested | Total Amount Requested | Total Fees Paid to Date | Total Expenses Paid to Date | Total Amount Paid to Date | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| 11/07/16 D.I. # 10059 | 9/1/16 - 9/30/16 | $250,000.00 | $2,235.50 | $252,235.50 | PENDING | PENDING | PENDING | $252,235.50 |
| 11/21/16 D.I. # 10234 | 10/1/16 - 10/31/16 | $250,000.00 | $8,833.50 | $258,833.50 | PENDING | PENDING | PENDING | $258,833.50 |
| 12/21/16 D.I. # 10427 | 11/1/16 - 11/30/16 | $250,000.00 | $4,043.00 | $254,043.00 | PENDING | PENDING | PENDING | $254,043.00 |
| 12/21/16 D.I. # 10712 | 12/1/16 - 12/31/16 | $250,000.00 | $12,204.00 | $262,204.00 | PENDING | PENDING | PENDING | $262,204.00 |
| TOTAL | | $1,000,000.00 | $27,316.00 | $1,027,316.00 | $0.00 | $0.00 | $0.00 | $1,027,316.00 |

## BACKGROUND

1. On April 29, 2014 (the "**Petition Date**"), the debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

2. On January 13, 2015, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an *Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. nunc pro tunc to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 3276] (the "**Retention Order**").

3. On December 9, 2015, the Bankruptcy Court approved the *Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 7285] (the "**Original Confirmed Plan**").

4.      On March 24, 2016, the Public Utilities Commission of Texas entered an order related to the transfers of control and certain transactions contemplated in Original Confirmed Plan that failed to include all of the approvals required for consummation of the Original Confirmed Plan (the "**PUCT Order**").  Following the PUCT Order, the Original Confirmed Plan became null and void.

5.      Following the failure to consummate the Original Confirmed Plan, debtors sought approval of their *Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "**Plan**").  In seeking approval of the Plan, the confirmation process bifurcated the so-called TCEH Debtors and EFH Shared Services Debtors from the EFH Debtors and EFIH Debtors. The Plan as it relates to the TCEH Debtors and EFH Shared Services Debtors was confirmed on August 29, 2016.  The hearing to consider confirmation of the Plan as it relates to the EFH Debtors and EFIH Debtors is currently scheduled to commence on February 14, 2017.

6.      Since November 12, 2014, Guggenheim Securities has continued to act as investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**")[2] and perform the services approved by the Retention Order.

## RELIEF REQUESTED

7.      Guggenheim Securities submits this Interim Fee Application (i) for allowance of reasonable compensation for actual, necessary professional services rendered by Guggenheim Securities as investment banker to the EFH Committee during the Application Period and (ii) for reimbursement of actual, necessary expenses incurred in representing the EFH Committee during

---

[2] Energy Future Holdings Corporation and EECI, Inc. are each "EFH Debtors" as defined in the Plan.  Energy Future Intermediate Holding Company, LLC and EFIH Finance, Inc. are the "EFIH Debtors" as defined in the Plan.

the Application Period. Specifically, Guggenheim Securities seeks payment in the aggregate of $1,000,000.00 for actual, reasonable and necessary professional services rendered to the EFH Committee during the Application Period and payment in the aggregate of $27,316.00 for actual, reasonable and necessary expenses incurred in rendering such services.

8. The statutory predicates for the relief requested herein are sections 328, 330 and 331 of the Bankruptcy Code, as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Rule 2016-2, the Interim Compensation Order and the Fee Committee Order. A Certification of Compliance with Local Rule 2016-2 is attached as **Exhibit B**.

## SUMMARY FOR BASIS FOR RELIEF

9. Throughout these cases, including the period since confirmation of the Original Confirmed Plan and the PUCT Order, Guggenheim Securities has provided services as requested by the EFH Committee and as provided for in the Retention Order. As described more fully below and in the submitted time records, during the Application Period Guggenheim Securities has continued to work to resolve various Plan issues, including providing material analysis of key claim valuation issues and interacting with creditors and other parties in interest in anticipation of confirmation of the Plan.

10. During the Application Period, Guggenheim Securities' professionals expended approximately 474.5 hours on these cases. The time records submitted with this interim application as **Exhibit C** and with the monthly fee statements demonstrate that Guggenheim Securities was deeply involved in performing services on a daily basis to meet the EFH Committee's needs in these chapter 11 cases.[3] Guggenheim Securities believes that it has, and

---

[3] Pursuant to Paragraph 11 of the Retention Order, Guggenheim Securities was granted a limited waiver from Local Rule 2016-2(d) and any other applicable guidelines, orders or procedures, such that Guggenheim Securities is required only to maintain time records of its services rendered for the EFH Committee in half-hour increments.

continues to, capably and efficiently serve the EFH Committee in these chapter 11 cases because of, among other things, Guggenheim Securities' experience and expertise.

11.  The professional services and related expenses for which Guggenheim Securities requests allowance were rendered and incurred in performance of Guggenheim Securities' duties as investment banker for the EFH Committee in these chapter 11 cases.  Guggenheim Securities' services have been substantial, necessary and beneficial to the EFH Committee and to the estates, creditors and other parties in interest.  Guggenheim Securities' highly skilled restructuring and investment banking professionals devoted significant time and effort to properly and expeditiously perform the required professional services, including:

a)  **Case Administration:** During the Application Period, Guggenheim Securities spent time devoted to case administration, which relates to time spent in connection with scheduling, coordination with other professionals, resource planning, and document management.

b)  **Retention and Fee Applications:** During the Application Period, Guggenheim Securities spent time devoted to retention and fee applications, which relates to time spent in connection with fee applications and retention matters, including correspondence with counsel in connection with these matters.

c)  **Travel:** N/A.

d)  **Court Testimony/Deposition:** During the Application Period, Guggenheim Securities spent time in connection with court testimony and related preparation and participation in court hearings.

e)  **Analysis, Presentations and Diligence:** Time expended in this category during the Application Period comprises 302.5 of the total 474.5 hours.   Services in this

102546546\V-2

category include analysis of claims and recoveries under the Plan and diligence in connection with confirmation issues. This category also includes (i) time spent in connection with researching, reviewing and analyzing the Debtors' financial affairs, including in connection with debtor in possession financing; (ii) time spent reviewing historical and projected financial and operational metrics and related public/industry information; and (iii) time spent preparing analyses and presentations summarizing Guggenheim Securities' findings.

f) **Mergers & Acquisitions Activity:** N/A.

g) **Plan of Reorganization Review/Analysis and Negotiations:** N/A.

h) **Valuation and Recoveries Analysis:** N/A

i) **Debtor Correspondence:** During the Application Period, Guggenheim Securities spent time devoted to debtor correspondence, which primarily relates to time spent in connection with correspondences (email, phone calls, in-person meetings, and on site due diligence meetings) involving the Debtors and/or their advisors.

j) **Committee Correspondence:** During the Application Period, Guggenheim Securities spent time devoted to committee correspondence, which primarily relates to time spent in connection with updating the EFH Committee on all developments in these cases related to Plan developments, communicating with the EFH Committee as it relates to various filed papers and pleadings, presenting diligence summaries and conclusions, and advising on general case strategy and Plan confirmation issues.

k) **Other Creditor Correspondence:** During the Application Period, Guggenheim Securities spent time devoted to other creditor correspondence, which primarily

relates to time spent in connection with correspondence (email, phone calls, in-person meetings, and on site due diligence meetings) involving constituents other than the Debtors or the members of the EFH Committee and/or their respective professional advisors.

12. Attached to and incorporated into this Interim Fee Application are charts summarizing the time expended by each Guggenheim Securities professional, time expended by project category and expenses for the Application Period.

13. Guggenheim Securities holds no retainer or other security for fees and disbursements incurred in these cases.

14. No agreement or understanding exists between Guggenheim Securities and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

15. Professional services and expenses for which compensation and reimbursement are sought were rendered and expended on behalf of the EFH Committee pursuant to chapter 11 of the Bankruptcy Code. Guggenheim Securities believes it is appropriate that it be compensated for the time spent and reimbursed for the expenses incurred in connection with these matters.

16. By agreement with the fee committee appointed in these cases, Guggenheim Securities, among other fixed fee professionals, suspended receipt of monthly fees during the Application Period pending further discussion regarding the fixed fee payment structure in these cases.

17. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Interim Fee Application complies with Local Rule 2016-2.

102546546\V-2

WHEREFORE, Guggenheim Securities respectfully requests that this Court enter an order (a) approving and allowing (i) compensation to Guggenheim Securities, LLC for actual, reasonable and necessary professional services rendered on behalf of the EFH Committee during the Application Period in the aggregate amount of $1,000,000.00; and (ii) reimbursement to Guggenheim Securities, LLC for actual, reasonable and necessary expenses incurred during the Application Period in the amount of $27,316.00.

Dated: February 15, 2017                                  **GUGGENHEIM SECURITIES, LLC**

 

Ronen Bojmel
Senior Managing Director and
Co-head of Restructuring