**Exhibit C**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,350/n/a | 4.2 | $5,670.00 | $5,355.00 |
| Richard M. Corn | Partner | 2005 | Tax | $925/$975 | 38.1 | $36,142.50 | $33,337.50 |
| Michael E. Ellis | Partner | 2007 | Corporate | $925/$1,025 | 4.2 | $3,985.00 | $3,360.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,025/$1,075 | 158.4 | $166,580.00 | $154,440.00 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,050/n/a | 11.2 | $11,760.00 | $11,200.00 |
| Mark Harris | Partner | 1992 | Litigation | n/a/$1,050 | 0.3 | $315.00 | $315.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,200/$1,275 | 0.6 | $765.00 | $675.00 |
| Paul Possinger | Partner | 1993 | Corporate | $1,025/$1,075 | 7.6 | $7,900.00 | $7,410.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $950/$1,000 | 44.4 | $43,110.00 | $39,960.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,350/$1,425 | 14.8 | $20,332.50 | $18,870.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,200/$1,275 | 276.0 | $343,252.50 | $310,500.00 |
|  |  |  |  | $600/$637.50 | 50.6 | $31,863.75[2] | $28,462.50[2] |
| Peter J. Young | Partner | 2002 | Corporate | $1,000/$1,050 | 370.6 | $378,860.00 | $342,805.00 |
|  |  |  |  | $500/$525 | 68.1 | $35,475.00[2] | $31,496.25[2] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $575/$735 | 22.2 | $13,021.00 | $12,765.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $850/$900 | 49.4 | $43,455.00 | $39,273.00 |
| Gary Silber | Associate | 2011 | Tax | $770/$845 | 13.7 | $10,946.50 | $9,521.50 |
| Jeramy Webb | Associate | 2015 | Corporate | $445/$550 | 6.7 | $3,034.00 | $2,646.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $825/$900 | 61.5 | $51,247.50 | $47,047.50 |
| Mani Kakkar | Law Clerk | N/A | Tax | $445/n/a | 6.3 | $2,803.50 | $2,803.50 |
| **Total** |  |  |  |  | **1,208.9** | **$1,210,518.75** | **$1,102,243.25** |

[1] In the Fifth Supplemental Declaration, Proskauer disclosed ordinary-course rate increases effective November 1, 2016.  The first hourly billing rate represents the billing rate in effect prior to November 1, 2016.  The second hourly billing rate is the billing rate effective November 1, 2016.  Timekeepers that did not bill any hours for the months of November or December 2016 are indicated by "n/a."

[2] Represents a fifty percent (50%) reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Isaac L. Antoon | Project Manager of E-Discovery Services | 1.5 years | Professional Resources | $350/n/a | 0.7 | $245.00 | $220.50 |
| Joseph Klock | E-Discovery Coordinator | 1.5 years | Professional Resources | $330/$370 | 3.7 | $1,241.00 | $1,221.00 |
| Natasha Petrov | Paralegal | 1.5 year | Corporate | $300/$330 | 0.5 | $156.00 | $142.50 |
| Evelyn Rodriguez | Paralegal | 2 years | Corporate | $325/n/a | 0.5 | $162.50 | $162.50 |
| Michael H. Su | Paralegal | 2.5 years | Information Services | $135/n/a | 1.1 | $148.50 | $148.50 |
| Michael J. Winkelspecht | E-Discovery Services | 0.5 years | Professional Resources | $350/n/a | 1.8 | $630.00 | $630.00 |
| **Total** | | | | | **8.3** | **$2,583.00** | **$2,525.00** |

| | | | |
|---|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **1,217.2** | **$1,213,101.75** | **$1,104,768.25** |