## Exhibit D

[Summary of Actual and Necessary Expenses for the Fee Period]

70877229v1

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Reproduction Costs (at $0.10 per page) | $371.20 |
| Telecommunications | $30.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $594.00 |
| Litigation and Corporate Support Services[2] | $900.00 |
| Postage | $361.25 |
| Travel Out-of-Town – Transportation | $7,126.83[3] |
| Messenger/Delivery | $128.36 |
| Taxi, Carfare, Mileage, Parking | $3,175.31[4] |
| Business Meals | $676.11[5] |
| Out-of-Town Lodging | $3,978.14[6] |
| Word Processing | $0.00[7] |
| **Total** | **$17,341.20** |

---

[1] Includes a reduction of $26.14 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and outside copying expenses.

[3] Includes non-refundable first-class airfare reduced by fifty percent (50%) to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the concerns of the Fee Committee with respect to such expenses.

[4] Includes a reduction of $89.81 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the Fee Committee.

[5] Includes a reduction of $1,169.75 for business meal expenses in excess of the reimbursable cap imposed by the Fee Committee.

[6] Includes a reduction of $908.50 for lodging expenses in excess of the reimbursable cap imposed by the Fee Committee.

[7] Reflects a reduction of $169.00 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.