**Exhibit E**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 6.5 | $6,308.50 |
| 003 | EFH Business Operations | 14.5 | $14,642.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 100.8 | $114,980.00 |
| 005 | EFH Corporate Governance and Board Matters | 98.4 | $111,112.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 250.9 | $249,177.00 |
| 007 | Employment Applications | 2.3 | $2,295.00 |
| 008 | Fee Applications and Objections | 75.5 | $69,615.00 |
| 009 | Financing and Cash Collateral | 2.9 | $2,920.00 |
| 010 | Hearings | 41.8 | $46,282.50 |
| 011 | Claims Investigations, Analyses and Objections | 37.1 | $33,865.00 |
| 014 | Non-Working Travel | 118.7 | $67,338.75 |
| 015 | Plan and Disclosure Statement | 343.9 | $372,027.50 |
| 016 | Tax | 123.9 | $122,537.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,217.2** | **$1,213,101.75** |