# **Exhibit G**

[Summary, by Matter Number, of Fees Budgeted and Fees Incurred During the Fee Period]

70877229v1

**Summary of Legal Services Rendered**

| Matter Number | Matter Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 001 | Case Administration | 20-24 | 6.5 | $20,000-$24,000 | $6,308.50 |
| 003 | EFH Business Operations | 8-12 | 14.5 | $8,000-$12,000 | $14,642.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 20-24 | 100.8 | $20,000-$24,000 | $114,980.00 |
| 005 | EFH Corporate Governance and Board Matters | 360-432 | 98.4 | $414,000-$497,000 | $111,112.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 775-930 | 250.9 | $675,000-$811,000 | $249,177.00 |
| 007 | Employment Applications | 0 | 2.3 | $0.00 | $2,295.00 |
| 008 | Fee Applications and Objections | 80-96 | 75.5 | $74,000-$90,000 | $69,615.00 |
| 009 | Financing and Cash Collateral | 20-24 | 2.9 | $20,000-$24,000 | $2,920.00 |
| 010 | Hearings | 340-408 | 41.8 | $389,000-$468,000 | $46,282.50 |
| 011 | Claims Investigations, Analyses and Objections | 90-108 | 37.1 | $84,000-$102,000 | $33,865.00 |
| 014 | Non-Working Travel | 0 | 118.7 | $0.00 | $67,338.75 |
| 015 | Plan and Disclosure Statement | 1,605-1,926 | 343.9 | $1,576,000-$1,892,000 | $372,027.50 |
| 016 | Tax | 750-900 | 123.9 | $722,000-$867,000 | $122,537.50 |
| **TOTAL** | | **4,068-4,884** | **1,217.2** | **$4,002,000-$4,811,000** | **$1,213,101.75** |