## Exhibit I

[Detailed Description of Expenses and Disbursements]

70877229v1

**ENERGY FUTURE HOLDINGS CORP.**  October 20, 2016
Invoice No. 161501141  Page 39

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/12/2016 | Jeff J. Marwil | Messenger/delivery | 240.34 |
| 08/23/2016 | Jeff J. Marwil | Messenger/delivery | 120.91 |
| 08/23/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber Car from Office to O'Hare | 75.00 |
| 08/23/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia airport to hotel | 40.00 |
| 08/23/2016 | Mark K. Thomas | Out Of Town Meals | 36.46 |
| 08/24/2016 | Lary Alan Rappaport | Filing and Court Costs-CourtCall | 135.00 |
| 08/24/2016 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia 8/23-24/16 | 531.10 |
| 08/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Wilmington to Philadelphia | 105.00 |
| 08/24/2016 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 08/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Carey Car Service from Philadelphia to Wilmington | 125.00 |
| 08/24/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1Airport Limo from O'Hare to Home | 75.00 |
| 08/24/2016 | Michael A. Firestein | Filing and Court Costs-CourtCall | 58.00 |
| 08/24/2016 | Mark K. Thomas | Lodging-WiFi | 14.99 |
| 08/24/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 08/26/2016 | Michael A. Firestein | Filing and Court Costs-CourtCall | 51.00 |
| 08/31/2016 | Natasha Petrov | Court Reporting Service-CourtCall | 105.00 |
| 09/02/2016 | Richard M. Corn | Reproduction | 4.40 |
| 09/06/2016 | Peter J. Young | Reproduction | 0.10 |
| 09/07/2016 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 09/07/2016 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 09/07/2016 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 09/07/2016 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 09/07/2016 | Peter J. Young | Reproduction | 0.20 |
| 09/07/2016 | Peter J. Young | Reproduction | 2.90 |
| 09/12/2016 | Kunal Dogra | Reproduction | 0.20 |
| 09/12/2016 | Kunal Dogra | Reproduction | 0.30 |
| 09/12/2016 | Kunal Dogra | Reproduction | 0.50 |
| 09/12/2016 | Kunal Dogra | Reproduction | 0.30 |
| 09/12/2016 | Kunal Dogra | Reproduction | 0.10 |
| 09/12/2016 | Jared Zajac | Reproduction | 0.40 |
| 09/12/2016 | Peter J. Young | Reproduction | 20.90 |
| 09/12/2016 | Mark K. Thomas | Reproduction | 8.70 |
| 09/13/2016 | Kunal Dogra | Reproduction | 0.60 |
| 09/13/2016 | Kunal Dogra | Reproduction | 0.10 |

**ENERGY FUTURE HOLDINGS CORP.**  October 20, 2016
Invoice No. 161501141  Page 40

**EXPENSES**
Client/Matter No. 26969.0019

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/13/2016 | Kunal Dogra | Reproduction | 0.20 |
| 09/13/2016 | Kunal Dogra | Reproduction | 2.40 |
| 09/13/2016 | Kunal Dogra | Reproduction | 1.70 |
| 09/13/2016 | Kunal Dogra | Reproduction | 1.10 |
| 09/14/2016 | Kunal Dogra | Reproduction | 4.40 |
| 09/14/2016 | Michele M. Reetz | Reproduction | 0.40 |
| 09/14/2016 | Kimberly White | Reproduction | 0.40 |
| 09/15/2016 | Jeramy Webb | Reproduction | 0.10 |
| 09/15/2016 | Jeramy Webb | Reproduction | 12.30 |
| 09/17/2016 | Jeramy Webb | Westlaw | 198.00 |
| 09/18/2016 | Jeramy Webb | Westlaw | 396.00 |
| 09/18/2016 | Peter J. Young | Airplane-Inflight WiFi | 7.99 |
| 09/18/2016 | Peter J. Young | Airplane-Chicago to Philadelphia | 282.55 |
| 09/18/2016 | Peter J. Young | Out Of Town Meals | 7.75 |
| 09/19/2016 | Peter J. Young | Out Of Town Meals | 8.65 |
| 09/19/2016 | Peter J. Young | Out Of Town Meals | 9.85 |
| 09/19/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Car from Wilmington to Philadelphia | 95.54 |
| 09/19/2016 | Peter J. Young | Airplane-GoGoAir Internet | 17.95 |
| 09/19/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Carey Car Service from Philadelphia to Wilmington | 125.00 |
| 09/19/2016 | Peter J. Young | Lodging-Gratuity | 5.00 |
| 09/19/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Parking at O'Hare | 37.00 |
| 09/19/2016 | Peter J. Young | Lodging-WiFi | 14.99 |
| 09/19/2016 | Peter J. Young | Airplane-Philadelphia to Chicago | 244.05 |
| 09/19/2016 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia airport to Hotel | 35.00 |
| 09/19/2016 | Peter J. Young | Lodging-1 Night Philadelphia | 211.37 |
| 09/20/2016 | Jared Zajac | Reproduction | 2.70 |
| 09/21/2016 | Peter J. Young | Reproduction | 3.60 |
| 09/21/2016 | Peter J. Young | Reproduction | 9.10 |
| 09/22/2016 | Jared Zajac | Reproduction | 0.30 |
| 09/23/2016 | Jared Zajac | Reproduction | 0.20 |
| 09/26/2016 | Peter J. Young | Reproduction | 0.40 |
| 09/26/2016 | Peter J. Young | Reproduction | 5.30 |
| 09/26/2016 | Peter J. Young | Reproduction | 1.30 |
| 09/26/2016 | Michael A. Firestein | Filing and Court Costs-CourtCall | 128.00 |
| 09/26/2016 | Peter J. Young | Filing and Court Costs-CourtCall | 44.00 |
| 09/28/2016 | Jared Zajac | Reproduction | 0.20 |
| 09/28/2016 | Jared Zajac | Reproduction | 0.20 |
| 09/28/2016 | Jared Zajac | Reproduction | 0.10 |
| 09/28/2016 | Peter J. Young | Reproduction | 2.80 |

**ENERGY FUTURE HOLDINGS CORP.** October 20, 2016
Invoice No. 161501141 Page 41

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/28/2016 | Mark K. Thomas | Reproduction | 0.20 |
| 09/28/2016 | Peter J. Young | Reproduction | 0.60 |

**Disbursements and Other Charges** $ **4,013.29**

**ENERGY FUTURE HOLDINGS CORP.** November 14, 2016
Invoice No. 161501224 Page 28

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/31/2016 | Jared Zajac | Litigation Support/docketing-PACER | 20.60 |
| 08/31/2016 | Jared Zajac | Litigation Support/docketing-PACER | 15.10 |
| 09/18/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Home to O'Hare | 55.00 |
| 09/18/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 09/18/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab from Philadelphia Airport to Hotel | 40.00 |
| 09/19/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1Airport Limo from O'Hare to Home | 75.00 |
| 09/19/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber car from Delaware to Philadelphia | 87.58 |
| 09/19/2016 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia on 9/18-19/16 | 513.35 |
| 09/19/2016 | Mark K. Thomas | Lodging-1 Night Philadelphia | 276.58 |
| 09/30/2016 | Jared Zajac | Litigation Support/docketing-PACER | 11.30 |
| 10/03/2016 | Michael A. Firestein | Filing and Court Costs-COURTCALL | 44.00 |
| 10/07/2016 | Jared Zajac | Reproduction | 5.70 |
| 10/07/2016 | Jared Zajac | Reproduction | 7.20 |
| 10/07/2016 | Jared Zajac | Reproduction | 5.80 |
| 10/07/2016 | Jared Zajac | Reproduction | 3.70 |
| 10/10/2016 | Peter J. Young | Reproduction | 1.40 |
| 10/10/2016 | Peter J. Young | Reproduction | 1.40 |
| 10/11/2016 | Jared Zajac | Reproduction | 0.80 |
| 10/11/2016 | Jared Zajac | Reproduction | 0.50 |
| 10/11/2016 | Jared Zajac | Reproduction | 0.80 |
| 10/11/2016 | Peter J. Young | Reproduction | 0.20 |
| 10/11/2016 | Peter J. Young | Reproduction | 92.20 |
| 10/11/2016 | Peter J. Young | Reproduction | 25.20 |
| 10/12/2016 | Peter J. Young | Reproduction | 2.10 |
| 10/14/2016 | Jared Zajac | Reproduction | 4.40 |
| 10/14/2016 | Jared Zajac | Reproduction | 0.40 |
| 10/14/2016 | Peter J. Young | Reproduction | 1.80 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.80 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.80 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 23.10 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 11.50 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 11.50 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.10 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.10 |

**ENERGY FUTURE HOLDINGS CORP.**                             **November 14, 2016**
**Invoice No. 161501224**                                                                       **Page 29**

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/15/2016 | Courtney M. Bowman | Reproduction | 1.80 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 1.80 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.10 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.10 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.30 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.30 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 1.90 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.20 |
| 10/15/2016 | Courtney M. Bowman | Reproduction | 0.30 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.10 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.10 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.10 |
| 10/20/2016 | Paulette Lindo | Reproduction | 4.20 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.20 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.10 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.30 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.10 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.40 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.40 |
| 10/20/2016 | Paulette Lindo | Reproduction | 0.30 |
| 10/20/2016 | Paulette Lindo | Reproduction | 3.40 |
| 10/20/2016 | Paulette Lindo | Reproduction | 1.30 |
| 10/24/2016 | Peter J. Young | Local Meals | 40.00 |
| 10/24/2016 | Peter J. Young | Local Transportation | 18.07 |
| 10/26/2016 | Peter J. Young | Other Disbursements-COURTCALL | 30.00 |
| 10/26/2016 | Paulette Lindo | Reproduction | 5.50 |
| 10/26/2016 | Paulette Lindo | Reproduction | 1.10 |
| 10/26/2016 | Paulette Lindo | Reproduction | 0.20 |
| 10/26/2016 | Paulette Lindo | Reproduction | 0.50 |
| 10/26/2016 | Jared Zajac | Reproduction | 2.00 |
| 10/28/2016 | Jared Zajac | Reproduction | 0.10 |
| 10/28/2016 | Jared Zajac | Reproduction | 0.40 |

**Disbursements and Other Charges**                                                  **$     1,535.68**

**ENERGY FUTURE HOLDINGS CORP.**  December 20, 2016
Invoice No. 161501316  Page 30

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/28/2016 | Jeff J. Marwil | Messenger/delivery | 34.95 |
| 10/28/2016 | Jeff J. Marwil | Messenger/delivery | 30.52 |
| 11/01/2016 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 11/01/2016 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 11/01/2016 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 11/07/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 11/07/2016 | Mark K. Thomas | Lodging-1 Night New York | 500.00 |
| 11/07/2016 | Mark K. Thomas | Airplane-GoGo Air Internet | 19.95 |
| 11/07/2016 | Mark K. Thomas | Out Of Town Transportation-Uber from JFK to Manhattan | 100.00 |
| 11/07/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 11/08/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 11/08/2016 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Parking at Tucson Airport | 13.00 |
| 11/08/2016 | Mark K. Thomas | Out Of Town Transportation-Uber to JFK | 100.00 |
| 11/08/2016 | Mark K. Thomas | Airplane-GoGo Air Internet | 9.95 |
| 11/08/2016 | Mark K. Thomas | Airplane-Tucson to/from New York 11/7-8/16 | 618.10 |
| 11/11/2016 | Jared Zajac | Reproduction | 0.40 |
| 11/14/2016 | Peter J. Young | Out Of Town Transportation-Uber from Home to LAX | 62.35 |
| 11/14/2016 | Peter J. Young | Airplane-Los Angeles,CA to/from Newark, NJ | 1,503.10 |
| 11/14/2016 | Peter J. Young | Airplane-GoGo Air Internet | 39.95 |
| 11/14/2016 | Peter J. Young | Lodging-2 Nights New York | 1,000.00 |
| 11/14/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 11/15/2016 | Peter J. Young | Out Of Town Transportation | 489.00 |
| 11/15/2016 | Michael A. Firestein | Telephone | 30.00 |
| 11/15/2016 | Peter J. Young | Out Of Town Transportation-Cab from Amtrack to Courthouse | 17.00 |
| 11/15/2016 | Jared Zajac | Reproduction | 0.40 |
| 11/16/2016 | Peter J. Young | Out Of Town Transportation-Cab from LAX to Home | 70.00 |
| 11/16/2016 | Peter J. Young | Airplane-GoGo Air Internet | 39.95 |
| 11/18/2016 | Jared Zajac | Reproduction | 1.90 |
| 11/29/2016 | Mark K. Thomas | Reproduction | 2.60 |
| 11/29/2016 | Mark K. Thomas | Reproduction | 0.30 |
| 11/29/2016 | Mark K. Thomas | Reproduction | 2.40 |
| 11/30/2016 | Michele M. Reetz | Reproduction | 1.50 |
| 11/30/2016 | Michele M. Reetz | Reproduction | 0.60 |
| 11/30/2016 | Peter J. Young | Airplane-Inflight WiFi LAX to Houston | 6.99 |

**ENERGY FUTURE HOLDINGS CORP.**  December 20, 2016
Invoice No. 161501316  Page 31

**EXPENSES**
Client/Matter No. 26969.0019

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---:|
| 11/30/2016 | Peter J. Young | Airplane-Inflight WiFi Houston to Philadelphia | 7.99 |
| 11/30/2016 | Peter J. Young | Airplane-Los Angeles to Houston to Philadelphia to Houston to Los Angeles | 1,079.10 |
| 11/30/2016 | Peter J. Young | Lodging-2 Nights Philadelphia | 436.60 |
| 11/30/2016 | Peter J. Young | Lodging-WiFi at Hotel | 14.99 |
| 11/30/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 11/30/2016 | Peter J. Young | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 35.00 |
| 11/30/2016 | Peter J. Young | Out Of Town Transportation-Uber from Home to LAX | 66.58 |

**Disbursements and Other Charges**  $  **6,538.57**

**ENERGY FUTURE HOLDINGS CORP.**  **January 13, 2017**
Invoice No. 171500011                                              Page 31

**EXPENSES**
**Client/Matter No. 26969.0019**

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---:|
| 11/14/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from Newark Airport to Hotel | 86.56 |
| 11/16/2016 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from Hotel to Newark Airport | 87.43 |
| 11/25/2016 | Mark K. Thomas | Messenger/delivery | 62.89 |
| 11/30/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 11/30/2016 | Mark K. Thomas | Out Of Town Transportation-Cab from Office to O'Hare | 55.00 |
| 11/30/2016 | Mark K. Thomas | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 40.00 |
| 12/01/2016 | Mark K. Thomas | Out Of Town Transportation-A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 12/01/2016 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia 11/30-12/2/16 | 347.10 |
| 12/01/2016 | Mark K. Thomas | Airplane-Change Fee | 200.00 |
| 12/01/2016 | Mark K. Thomas | Lodging-Two Nights Philadelphia | 589.48 |
| 12/01/2016 | Michael A. Firestein | Telephone-CourtCall | 37.00 |
| 12/01/2016 | Peter J. Young | Lodging-Internet and WiFi | 14.99 |
| 12/01/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 12/01/2016 | Peter J. Young | Out Of Town Transportation-Cab from LAX to Home | 50.00 |
| 12/01/2016 | Peter J. Young | Out Of Town Transportation-Uber from Wilmington to Philadelphia for M. Thomas and P. Young | 192.03 |
| 12/01/2016 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Philadelphia to Wilmington | 125.00 |
| 12/01/2016 | Peter J. Young | Out Of Town Meals | 40.00 |
| 12/02/2016 | Peter J. Young | Out Of Town Transportation-Uber from Hotel to Philadelphia Airport | 51.51 |
| 12/02/2016 | Peter J. Young | Airplane-Inflight WiFi | 7.99 |
| 12/04/2016 | Peter J. Young | Airplane-Los Angeles to/from Philadelphia 12/2-4/16 | 1,089.10 |
| 12/04/2016 | Peter J. Young | Out Of Town Transportation-Uber from Home to LAX | 60.33 |
| 12/04/2016 | Peter J. Young | Airplane-Inflight WiFi | 11.99 |
| 12/04/2016 | Peter J. Young | Lodging-One Night Philadelphia | 299.15 |
| 12/04/2016 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 12/04/2016 | Mark K. Thomas | Out Of Town Transportation-A1 Airport Limo Service from Home to O'Hare | 75.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    January 13, 2017
Invoice No. 171500011                                                       Page 32

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---:|
| 12/04/2016 | Mark K. Thomas | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 40.00 |
| 12/05/2016 | Mark K. Thomas | Out Of Town Transportation-A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 12/05/2016 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia 12/4-5/16 | 499.60 |
| 12/05/2016 | Mark K. Thomas | Airplane-Travel Agent Service Fee | 35.00 |
| 12/05/2016 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 43.25 |
| 12/05/2016 | Mark K. Thomas | Lodging-One Night Philadelphia | 300.00 |
| 12/05/2016 | Peter J. Young | Airplane-Inflight WiFi | 7.99 |
| 12/05/2016 | Peter J. Young | Out Of Town Transportation-Cab from LAX to Home | 55.00 |
| 12/05/2016 | Peter J. Young | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 35.00 |
| 12/05/2016 | Peter J. Young | Out Of Town Transportation-Uber from Wilmington to Philadelphia | 101.33 |
| 12/05/2016 | Peter J. Young | Out Of Town Meals | 10.15 |
| 12/06/2016 | Lary Alan Rappaport | Reproduction | 0.40 |
| 12/08/2016 | Mark K. Thomas | Reproduction | 3.60 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 0.40 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 2.20 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 0.10 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 8.50 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 0.50 |
| 12/12/2016 | Mark K. Thomas | Reproduction | 2.40 |
| 12/14/2016 | Michael A. Firestein | Telephone-CourtCall | 191.00 |
| 12/14/2016 | Peter J. Young | Telephone-CourtCall | 30.00 |
| 12/14/2016 | Michael A. Firestein | Telephone-CourtCall | 30.00 |
| 12/21/2016 | Jared Zajac | Reproduction | 1.90 |
| 12/27/2016 | Peter J. Young | Airplane-Inflight WiFi | 5.99 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.60 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.60 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.20 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.30 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.30 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 1.30 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 2.10 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 0.80 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 1.50 |
| 12/27/2016 | Katherine A. Wagner | Reproduction | 1.30 |
| 12/29/2016 | Jennifer L. Roche | Reproduction | 2.60 |
| 12/29/2016 | Jennifer L. Roche | Reproduction | 2.60 |
| 12/30/2016 | Jennifer L. Roche | Reproduction | 2.60 |

**ENERGY FUTURE HOLDINGS CORP.**  **January 13, 2017**
Invoice No. 171500011  Page 33

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**            $     5,253.66