**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Objection Deadline: March 8, 2017, at 4:00 p.m. EST**<br>**Hearing Date: To be determined** |

**SUMMARY COVER SHEET TO THE FOURTH
INTERIM FEE APPLICATION OF BIELLI & KLAUDER, LLC,
CO-COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION
ENERGY FUTURE HOLDINGS CORP., FOR THE PERIOD FROM
SEPTEMBER 1, 2016 THROUGH AND INCLUDING DECEMBER 31, 2016**

In accordance with the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), Bielli & Klauder, LLC ("BK"), co-counsel for the debtor and debtor in possession Energy Future Holdings Corp. ("EFH Corp."), submits this summary (this "Summary") of fees and expenses sought as actual, reasonable, and necessary in the fourth interim fee application to which this Summary is attached (the "Fee Application")[2] for the period from September 1, 2016 through December 31, 2016 (the "Fee Period").

BK submits the Fee Application as an interim fee application in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order") and the *Stipulation and Order Appointment a Fee Committee* [D.I. 1896] (the "Fee Committee Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined in this Summary shall have the meanings ascribed to such terms in the Fee Application.

*General Information*

| | |
|---|---|
| Name of Applicant: | Bielli & Klauder, LLC |
| Authorized to Provided Services to: | Energy Future Holdings Corp., Debtor and Debtor in Possession |
| Petition Date: | April 29, 2014 |
| Date of Order Authorizing EFH Corp. to Retain BK [D.I. 6963]: | November 12, 2015, *nunc pro tunc* to October 1, 2015 |

*Summary of Fees and Expenses Sought in the Fee Application*

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | September 1, 2016 through December 31, 2016 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $32,390.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $89.70 |
| Total Compensation and Expense Reimbursement Requested for the Fee Period: | $32,479.70 |

*Rate Increases Applicable to the Fee Period*

| | |
|---|---|
| Total Amount of Compensation Sought for the Fee Period, Calculated Use Rates as of Date of Retention: | $32,390.00 |

*Summary of Past Requests for Compensation and Prior Payments*

| | |
|---|---|
| Total Amount of Compensation Previously Requested Pursuant to the Interim Compensation Order to Date: | $110,278.00 |
| Total Amount of Expense Reimbursement Previously Requested Pursuant to the Interim Compensation Order to Date: | $428.20 |
| Total Compensation Approved Pursuant to the Interim Compensation Order to Date: | $71,033.00 |
| Total Amount of Expense Reimbursement Approved Pursuant to the Interim Compensation Order to Date: | $351.30 |

| | |
|---|---|
| Total Allowed Compensation Paid to Date: | $80,081.10 |
| Total Allowed Expenses Paid to Date: | $407.10 |
| Compensation Sought in this Application Already Paid Pursuant to the Interim Compensation Order but Not Yet Allowed: | $0.00 |
| Expenses Sought in this Application Already Paid Pursuant to the Interim Compensation Order but Not Yet Allowed: | $0.00 |

**BIELLI & KLAUDER, LLC**

Date: February 15, 2017

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
Cory P. Stephenson (No. 6097)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com
cstephenson@bk-legal.com

*Co-Counsel to the Debtor*
*Energy Future Holdings Corp.*