## **EXHIBIT C**

**Summary of Bielli & Klauder, LLC Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| **Timekeeper Category** | **Blended Hourly Rate** | |
|---|---|---|
| | **Worked and Billed in 2015** (excluding Restructuring lawyers) | **Worked and Billed in 2015 and 2016** |
| Partners | $350.00 | $350.00 |
| Associates | $250.00 | $250.00 |
| Associates | $102.50 | $102.50 |
| Legal Assistants/Paralegals | $125.00 | $125.00 |
| Total | **$181.25** | **$283.79** |

Case Name:         Energy Future Holdings Corp.

Case Number:       14-10979 (CSS)

Applicant's Name:  Bielli & Klauder, LLC

Date of Application: February 15, 2017

Interim or Final:  Interim