## **EXHIBIT D**

## **Summary of Bielli & Klauder, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David Klauder | Partner | 2012 | Bankruptcy | $350.00 | 81.2 | $28,420.00 |
| Cory Stephenson | Associate | 2015 | Bankruptcy | $205.00 | 1.5 | $307.50 |
| Amy Huber | Paralegal | N/A | Bankruptcy | $125.00 | 29.3 | $3,662.50 |
| **TOTAL** | | | | | **112.0** | **$32,390.00** |