# Exhibit F

[Summary, by Project Category, of Fees Budgeted and Fees Incurred During the Fee Period]

**SUMMARY OF LEGAL SERVICES RENDERED**

| Project Category | Hours | | Total Compensation | |
|---|---|---|---|---|
| | Budgeted | Billed | Budgeted | Billed |
| [ALL] Automatic Stay | 5 | 0 | $1,250.00 | $0.00 |
| [ALL] Case Administration | 30 | 11.4 | $7,500.00 | $3,429.00 |
| [ALL] Cash Management | 0 | 0 | $0.00 | $0.00 |
| [ALL] Claims Administration & Objections | 10 | 5.8 | $2,500.00 | $1,782.50 |
| [ALL] Contested Matters & Adv. Proceed. | 10 | 5.3 | $2,500.00 | $1,855.00 |
| [ALL] Corporate and Securities Issues | 0 | 0 | $0.00 | $0.00 |
| [ALL] Exec. Contracts & Unexpired Leases | 0 | 0 | $0.00 | $0.00 |
| [ALL] Fee/Employment Applications - Retained Professionals | 0 | 0 | $0.00 | $0.00 |
| [ALL] Hearings | 30 | 20.2 | $7,500.00 | $6,896.00 |
| [ALL] Insurance | 0 | 0 | $0.00 | $0.00 |
| [ALL] Non-BK Retention and Fee Applications | 20 | 14.6 | $5,000.00 | $3,130.00 |
| [ALL] Non-Working Travel | 0 | 0 | $0.00 | $0.00 |
| [ALL] BK Retention and Fee Applications | 20 | 23.1 | $5,000.00 | $4,642.50 |
| [ALL] Official Committee Issues & Meet. | 0 | 0 | $0.00 | $0.00 |
| [ALL] Plan and Disclosure Statements | 60 | 31.6 | $15,000.00 | $10,655.00 |
| [ALL] Private Letter Ruling/IRS Matters | 0 | 0 | $0.00 | $0.00 |
| [ALL] Retiree and Employee Issues/OPEB | 0 | 0 | $0.00 | $0.00 |
| [ALL] Schedules, SoFAs | 0 | 0 | $0.00 | $0.00 |
| [ALL] Tax Issues | 0 | 0 | $0.00 | $0.00 |
| [ALL] Valuation | 0 | 0 | $0.00 | $0.00 |
| [EFH] Contested Matters & Advers. Proc. | 0 | 0 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| [EFH] EFH Properties | 0 | 0 | $0.00 | $0.00 |
| [EFH] Expenses | 0 | 0 | $0.00 | $0.00 |
| [EFH] Official Committee Issues & Meet. | 0 | 0 | $0.00 | $0.00 |
| TOTAL | 185 | 112.0 | $46,250.00 | $32,390.00 |