# EXHIBIT G

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Task Code | Total Billed Hours | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 23.1 | $ 4,642.50 |
| [ALL] Case Administration | 11.4 | $ 3,429.00 |
| [ALL] Claims Administration & Objections | 5.8 | $ 1,782.50 |
| [ALL] Contested Matters & Adv. Proceed. | 5.3 | $ 1,855.00 |
| [ALL] Hearings | 20.2 | $ 6,896.00 |
| [ALL] Non-BK Retention and Fee Applications | 14.6 | $ 3,130.00 |
| [ALL] Plan and Disclosure Statements | 31.6 | $ 10,655.00 |
|  | 112.0 | $ 32,390.00 |