**EXHIBIT I**

**Detailed Time Records for Bielli & Klauder, LLC**

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 09-01-2016 | Review correspondence from Fee Committee regarding BK's 2nd Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-02-2016 | Review and organize SOLIC's 19th Monthly Fee Statement (July 2016). | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-02-2016 | Review and coordinate filing of SOLIC fee app and emails re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 09-02-2016 | Review 9019 motion | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-06-2016 | Review motion by EFH debtors to enter in DIP credit amendment | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-06-2016 | Review EFH IT's discovery requests with respect to merger agreement motion | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-06-2016 | Review letter from asbestos re: plan discovery dispute | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-07-2016 | Review Delaware trustee obj to E side disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-07-2016 | Review various reservation of rights to E side disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-07-2016 | Review EFIH second lien objection to disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-07-2016 | Review UMB obj to disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-07-2016 | Review TCEH obj to plan discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-07-2016 | Review asbestos obj to disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 09-08-2016 | Review Nextera objections and responses to plan discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-08-2016 | Review Debtors' objections and responses to plan discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-08-2016 | Review revised disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 09-08-2016 | Continue review of Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors. | [ALL] Plan and Disclosure Statements | Huber, Amy | 1.0 | $ 125.00 | $ 125.00 |
| 09-08-2016 | Review letter from K&E re: doc production | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-09-2016 | Review Order Scheduling 10/26/2016 Omnibus Hearing Date | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-09-2016 | Review letter from McKane to court re: discovery dispute | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-09-2016 | Review email from J. Madron re: hearing on discovery dispute | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-12-2016 | Review debtors' objections to EFH IT discovery requests | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-12-2016 | Review motion to approve settlement with Texas Comptroller | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-12-2016 | Review notice of hearing for motion to approve settlement | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-12-2016 | Review Notice of Motion of for Entry of an Order Approving Settlement Between Debtors and Texas Comptroller of Public Accounts. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-12-2016 | Review notice of appeal of plan confirmation order filed by asbestos creditors | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-12-2016 | Emails with M. Firestein re: 9/19 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-13-2016 | Teleconference with CourtCall scheduling M. Firestein's telephonic appearance at 9/19/2016 hearing. | [ALL] Case Administration | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 09-14-2016 | Review objections to EFH IT discovery requests | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-14-2016 | Review CNO to Proskauer's 20th Monthly Fee Statement (July 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 09-14-2016 | Review doc production letter from K&E | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-14-2016 | Emails re: Proskauer fee app CNO | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-14-2016 | Review debtors' reply to merger agreement objections | [ALL] Case Administration | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 09-15-2016 | Review doc production letter from K&E and download relevant docs | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-15-2016 | Review District Court opinion on claim disallowance | [ALL] Claims Administration & Objections | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-15-2016 | Review agenda for 9/19 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-15-2016 | Review notices of deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-15-2016 | Review notice of filing and revised termination fee/merger agreement order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-15-2016 | Review various notices of depositions and emails re: same | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-16-2016 | Review revised disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 09-16-2016 | Review summary chart of objections to disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-16-2016 | Review revised disc stmt order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-16-2016 | Review amended agenda for 9/19 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-16-2016 | Review 9019 motion for Luminent | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-16-2016 | Review NextEra responses to discovery requests | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-18-2016 | Review notice of filing and revised solictiation procedures | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|------|-------------|------|--------------|----------|------|--------|
| 09-19-2016 | Review email from K&E re: exhibits for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-19-2016 | Prepared document packet for DK for hearing | [ALL] Case Administration | Stephenson, Cory | 0.1 | $ 205.00 | $ 20.50 |
| 09-19-2016 | Review amended agenda for hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-19-2016 | Review docs and demonstratives and prep for hearing on E side disc stmt and merger agreement | [ALL] Hearings | Klauder, David | 0.9 | $ 350.00 | $ 315.00 |
| 09-19-2016 | Attend hearing on E side disc stmt and merger agreement | [ALL] Hearings | Klauder, David | 5.9 | $ 350.00 | $ 2,065.00 |
| 09-20-2016 | Review report on Nextera deal and merger agreement approval | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-21-2016 | Review Epiq Bankruptcy Solutions, LLC's Affidavit of Service indicating Proskauer's 19th Monthly Fee App. (June 2016) and SOLIC's 18th Monthly Fee App. (June 2016) have been served in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-21-2016 | Review Epiq Bankruptcy Solutions, LLC's Affidavit of Service indicating BK's 9th Monthly Fee App. (June 2016) has been served in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-21-2016 | Review Proskauer's 21st Monthly Fee Statement (August 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 09-21-2016 | Email Proskauer's 21st Monthly Fee Statement (August 2016) to Epiq detailing instructions to effectuate service in compliance with the Order Establishing Interim Fee Procedures. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-21-2016 | Review Proskauer fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 09-21-2016 | Emails with M. Firestein re: 9/26 hearing and apperances | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-21-2016 | Review filing notices for amended plan, disc stmt, notice of confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-22-2016 | Review notice of confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-22-2016 | Review amended disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.7 | $ 350.00 | $ 245.00 |
| 09-22-2016 | Review 4th amended ch 11 plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 09-22-2016 | Teleconference with CourtCall scheduling M. Firestein's telephonic appearance at 9/26/2016 hearing. | [ALL] Case Administration | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 09-22-2016 | Emails with A. Huber re: telephonic participation of co-counsel at 9/26 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-22-2016 | Review agenda for 9/26 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-22-2016 | Check Docket to verify no objections have been filed to BK's 10th Monthly Fee Statement (July 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-22-2016 | Prepare CNO to BK's 10th Monthly Fee Statement (July 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 09-22-2016 | Emails with A. Huber re: fee committee response to July fee stmt | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-23-2016 | Review emails from debtor and asbestos claimant counsel re: revised scheduling and dates | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-23-2016 | Review  letter from K&E re: doc production | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-23-2016 | Review debtors' motion to estimate asbestos claims | [ALL] Claims Administration & Objections | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 09-23-2016 | Review July fee stmt to determine obj deadline and CNO date and emails with fee committee re: position on same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-23-2016 | Initial review of August fee stmt for BK | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-23-2016 | Edit CNO to BK's 10th Monthly Fee Statement (July 2016) and finalize the same for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 09-23-2016 | Review correspondence from Fee Committee regarding BK's 10th Monthly Fee App (July 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-23-2016 | Review CNO for Bk fee app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-23-2016 | Review amended agenda for 9/26 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-23-2016 | Review notice of agreement to extend plan deadlines | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-23-2016 | Review correspondence from Fee Committee regarding BK's 11th Monthly Fee App (August 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-23-2016 | Email to Client providing copies of CNO and Monthly Fee Invoice Statement to BK's 10th Monthly Fee Statement (July 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-23-2016 | Prepare Monthly Fee Invoice Statement for July 2016. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 09-24-2016 | Email to Client providing copies of CNO and Monthly Fee Invoice Statement to BK's 11th Monthly Fee Statement (August 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-26-2016 | Review letter from NextEra re; doc production | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-26-2016 | Review joint letter re: NextEra termination fee | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 09-26-2016 | Review debtors' letter re: dispute on T side plan emergence | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 09-26-2016 | Prepared document packet for DK | [ALL] Case Administration | Stephenson, Cory | 0.1 | $ 205.00 | $ 20.50 |
| 09-26-2016 | Attend omnibus hearing | [ALL] Hearings | Klauder, David | 1.9 | $ 350.00 | $ 665.00 |
| 09-26-2016 | Review and edit initial draft of Bk monthly Aug fee app and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 09-26-2016 | Begin preparing BK's 11th Monthly Fee Statement (August 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.2 | $ 125.00 | $ 150.00 |
| 09-26-2016 | Review revised notice of hearing for asbestos estimation motion | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-27-2016 | Review District Court opinion on motion to dismiss Fenicle/Fahey appeal of confirmation order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-27-2016 | Continue preparing BK's 11th Monthly Fee Statement (August 2016) and finalize the same for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.3 | $ 125.00 | $ 162.50 |
| 09-27-2016 | Review final draft of BK August fee app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 09-27-2016 | Email to Epiq Bankruptcy Solutions detailing instructions to effectuate service of BK's 11th Monthly Fee Statement (August 2016) in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-27-2016 | Email to Client providing copy of BK's 11th Monthly Fee Statement (August 2016) and LEDES document and upload the same to www.box.com | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 09-28-2016 | Review COC and stip re: TCEH lien plan distribution dispute | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-28-2016 | Review Re-Notice of "TCEH Debtors' Motion for Entry of an Order Estimating Asbestos Claims Filed Against the TCEH Debtors" and Hearing Thereon. | [ALL] Case Administration | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 09-28-2016 | Review 9019 motion with Forest Creek Wind Farm | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-29-2016 | Review letters re: T side distribution/plan proposal | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-29-2016 | Review District court appeal decision on class certification | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-29-2016 | Review email from Kirkland re: deposition schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-29-2016 | Review CNO for SOLIC fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-29-2016 | Review SOLIC fee app and emails re: same and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 09-29-2016 | Review CNO to SOLIC's 19th Monthly Fee Statement (July 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 09-29-2016 | Review and organize SOLIC's 20th Monthly Fee Statement (August 2016), finalize for filing and e-mail to Epiq detailing instructions to effectuate service of the same in compliance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 09-30-2016 | Review COC and prop order to resolve T side confirmation payment dispute | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 09-30-2016 | Review COC and prop order for TCEH first lien creditor allocation dispute | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 09-30-2016 | Review Fenicle/Fahey notice of appeal on plan confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-30-2016 | Review doc production letter from NextEra counsel | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 09-30-2016 | Review doc production letter from K&E | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 10/3/2016 | Review docket entries from District Court on appeal of merger agreement | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/3/2016 | Review notice of effective date for T side plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/4/2016 | Review third and final notice of plan supplement for T side | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/4/2016 | Confer with D. Klauder regarding BK's June 2016 Monthly Fee Statement and Monthly Fee Invoice Statement. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 10/4/2016 | Review letter from K&E re: doc production | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/5/2016 | Review letter for Fee Committee counsel re: procedure for upcoming fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/5/2016 | Review various emails re: deposition schedule for Debtors' rep | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/7/2016 | Review Debtors' various responses and objections to deposition notices | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 |
| 10/8/2016 | Review doc production letter from K&E | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/8/2016 | Review status of interim fee apps and email A. Huber re: prep of BK 3rd interim fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 10/10/2016 | Review Order Scheduling 12/14/2016 Omnibus Hearing Date | [ALL] Case Administration | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 10/10/2016 | Review emails re: Keglivic depo | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/11/2016 | Review emails from K&E re: depo schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |
| 10/12/2016 | Review EFH IT's amended depo and discovery to NextEra | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/12/2016 | Review agenda for 10/14 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2016 | Review letter from K&E re: doc production | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/13/2016 | Review letter from K&E re: updated designations for corp rep depositions | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/13/2016 | Review email re: depo schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/13/2016 | Various emails re: OEB interim fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/13/2016 | Begin preparing BK's 3rd Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.5 | $125.00 | $187.50 |
| 10/13/2016 | Review email from NextEra's counsel re: corporate designee | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/14/2016 | Continue preparing BK's 3rd Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.6 | $125.00 | $200.00 |
| 10/14/2016 | Review and edit BK interim fee app and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.6 | $350.00 | $210.00 |
| 10/14/2016 | Review CNO for Proskauer August fee app and emails with J. Zajac re: same and interim fee app status | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/14/2016 | Review CNO to Proskauer's 21st Monthly Fee Statement (August 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 10/14/2016 | Review doc production letter from K&E | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/17/2016 | Various emails re: depo schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/17/2016 | Review email from Kirkland re: confidential info at depos | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/17/2016 | Further edits to BK 3rd interim fee app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 10/17/2016 | Review Proskauer interim fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 10/17/2016 | Emails with J. Zajac re: Proskauer interim fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/17/2016 | Edit BK's 3rd Interim Fee App., finalize for filing and email to Epiq detailing instructions to effectuate service of the same. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.7 | $125.00 | $87.50 |
| 10/17/2016 | Review Proskauer's 6th Interim Fee Application, finalize for filing and email to Epiq detailing instructions to effectuate service of the same. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.7 | $125.00 | $87.50 |
| 10/17/2016 | Emails with A. Huber re: notice of fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/17/2016 | Emails with J. Zajac re: SOLIC interim fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/17/2016 | Review SOLIC interim fee app, edit notice and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.7 | $350.00 | $245.00 |
| 10/17/2016 | Emails with Epiq re: service of SOLIC interim fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/18/2016 | Review COCs for 23rd, 28th claim objections and notice of settlement for same | [ALL] Claims Administration & Objections | Klauder, David | 0.5 | $350.00 | $175.00 |
| 10/18/2016 | Review local rules to address remaining claim objections that EFH filed | [ALL] Claims Administration & Objections | Klauder, David | 0.4 | $350.00 | $140.00 |
| 10/18/2016 | Emails with J. Zajac re: COCs and notice of settlement for claim objections | [ALL] Claims Administration & Objections | Klauder, David | 0.3 | $350.00 | $105.00 |
| 10/18/2016 | Review Notice of Settlement of Certain Clams / Certification of Counsel Regarding 23rd / 28th Omnibus Claims Objection, finalize for filing, and email to Epiq detailing instructions to effectuate service of the same. | [ALL] Claims Administration & Objections | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 10/18/2016 | Various emails with A. Huber re: filing and service of COCs and notice of settlement for claim objections | [ALL] Claims Administration & Objections | Klauder, David | 0.3 | $350.00 | $105.00 |
| 10/18/2016 | Review letter from fee committee on August fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/18/2016 | Review production letter from Kirkland | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/18/2016 | Review email from Kirkland re: postponing Howard depo | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/19/2016 | Various emails from Kirkland re: depo schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/19/2016 | Discussion with A. Huber re: OEB final fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/19/2016 | Emails with J. Madron re: COCs for claim objections | [ALL] Claims Administration & Objections | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/20/2016 | Check Docket to verify no objections have been filed to BK's 11th Monthly Fee Statement (August 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 10/20/2016 | Prepare CNO to BK's 11th Monthly Fee Statement (August 2016) and finalize the same for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 10/20/2016 | Review CNO for BK fee app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/20/2016 | Review various emails from K&E re: production letter and confidential designations | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/21/2016 | Review production letter from NextEra's counsel | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/21/2016 | Review, organize SOLIC's 21st Monthly Fee Statement (September 2016) and finalize the same for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $125.00 | $25.00 |
| 10/21/2016 | Review SOLIC fee statement and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 10/21/2016 | Review notice of depo of Hickson | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2016 | Prepare Monthly Fee Invoice Statement for August 2016. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $125.00 | $25.00 |
| 10/23/2016 | Review email from NextEra's counsel re: depos | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/23/2016 | Review of email from K&E and initial review of expert reports | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |
| 10/24/2016 | Review fee examiner report re: interim fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/24/2016 | Review e-mail from B. Witters requesting updated Claim Charts re:  22nd, 23rd and 28th Omnibus Claims Objections, confer with D. Klauder, update Claim Charts and reply to B. Witters providing copies of the same. | [ALL] Claims Administration & Objections | Huber, Amy | 0.5 | $125.00 | $62.50 |
| 10/24/2016 | Review CNO to SOLIC's 20th Monthly Fee Statement (August 2016), and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 10/24/2016 | Review various updated claims charts for 22nd, 23rd and 28th claim objections and emails with A. Huber and RLF re: same | [ALL] Claims Administration & Objections | Klauder, David | 0.5 | $350.00 | $175.00 |
| 10/24/2016 | Review agenda for 10/26 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/24/2016 | Review SOLIC fee app CNO and emails with J. Zajac and A. Huber re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/24/2016 | Review NextEra objection to notices of deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/25/2016 | Review debtors' reply on contested pro se claims | [ALL] Claims Administration & Objections | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/25/2016 | Review emails from Kirkland with confidentiality designations | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/25/2016 | Summary review of 3 expert reports filed for E side confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 |
| 10/26/2016 | Review emails from debtors and NextEra with confidentiality designations | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/26/2016 | Review COC and revised interim fee orders filed by fee committee | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/26/2016 | Prepared requested documents for hearing | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 10/26/2016 | Review agenda and interim fee order for omnibus hearing | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/26/2016 | Attend interim fee and omnibus hearing | [ALL] Hearings | Klauder, David | 0.8 | $350.00 | $280.00 |
| 10/26/2016 | Review Proskauer's 22nd Monthly Fee Statement (September 2016), finalize for filing and email the same to Epiq detailing instructions to effectuate service. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 10/26/2016 | Edit initial draft of BK Sept fee stmt and emails with A. Huber re; same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 10/26/2016 | Review Proskauer Sept fee stmt and emails with A. Huber and J. Zajac re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 10/26/2016 | Review emails from K&E with depo confidential designations | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 10/27/2016 | Prepare BK's 12th Monthly Fee Statement (September 2016), and finalize the same for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.2 | $125.00 | $150.00 |
| 10/27/2016 | Email to Client providing copy of BK's 12th Monthly Fee Statement (September 2016) and LEDES document and upload the same to www.box.com | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 10/27/2016 | Email to Epiq Bankruptcy Solutions detailing instructions to effectuate service of BK's 12th Monthly Fee Statement (September 2016) in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals.[ALL] BK Retention and Fee Applications | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 10/27/2016 | Review and edit BK Sept fee stmt and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 10/27/2016 | Review interim fee order and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/27/2016 | Review DE Trust Company notice of depos | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 10/28/2016 | Review Order approving BK's 2nd Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 10/28/2016 | Prepare Interim Fee Application Statement for BK's 2nd Interim Fee App. and email the same to Client. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 10/28/2016 | Review doc production letter from K&E | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 11-01-2016 | Review report of NextEra purchase of Oncor | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $   35.00 |
| 11-01-2016 | Review email from NextEra counsel re: depo designations | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $   35.00 |
| 11-02-2016 | Review email re: Ying deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $   35.00 |
| 11-03-2016 | Review preliminary list of witnesses for confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $   35.00 |
| 11-03-2016 | Review doc production letter from K&E | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $   35.00 |
| 11-04-2016 | Review various witness and exhibits lists filed by the parties for E side confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $  175.00 |
| 11-04-2016 | Review agenda for 11/8 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $   70.00 |
| 11-07-2016 | Teleconference with CourtCall scheduling M. Firestein's telephonic appearance at 11/15/2016 hearing. | [ALL] Case Administration | Huber, Amy | 0.3 | $ 125.00 | $   37.50 |
| 11-07-2016 | Emails with M. Firestein re: courtcall access for hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $   35.00 |
| 11-07-2016 | Review email from Kirkland re: Ying deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $   35.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|------|-------------|------|--------------|----------|------|--------|
| 11-08-2016 | Review various emails re: scheduling of conference call for initial pretrial conference | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-08-2016 | Initial review of asbestos debtors motion to dismiss | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 11-09-2016 | Further review of asbestos creditors motion to dismiss and memo of law in support | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 11-09-2016 | Review email from Mark McKane re: detailed scheduled for initial pretrial conference on E Side confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 11-09-2016 | Review debtors' notice of depo | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-10-2016 | Review notice of hearing for motions/pleadings filed by Kenneth Stewart | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-10-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating BK's 11th Monthly Fee Statement (July 2016) was served in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 11-10-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating service of Notice of Settlement of Certain Clams / Certification of Counsel Regarding 23rd / 28th Omnibus Claims Objection has been effectuated. | [ALL] Claims Administration & Objections | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 11-10-2016 | Review Epiq Bankruptcy Solutions's Affidavit of Service indicating BK's 10th Monthly Fee Statement (July 2016) was served in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 11-10-2016 | Review correspondence from Fee Committee regarding BK's 12th Monthly Fee App (September 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 11-10-2016 | Review Epiq Bankruptcy Solutions' Affidavit of Service indicating SOLIC's 19th Monthly Fee Statement (July 2016) was served in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 11-10-2016 | Review agenda for 11/15 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-11-2016 | Review notice of filing along with certain plan supplement docs | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 11-11-2016 | Review 5th Supplemental Declaration of J. Marwil in Support of Proskauer's Retention App., finalize for filing and email to Epiq detailing instructions to effectuate service of the same. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.4 | $ 125.00 | $ 50.00 |
| 11-11-2016 | Review email from counsel for asbestos creditors re: issues with pretrial schedule | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-11-2016 | Review email from from M. Mckane and revised pretrial schedule for E side confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-11-2016 | Emails with P. Young re: appearing at pretrial conference | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-11-2016 | Review supplemental Marwil declaration for Proskauer retention and emails re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-14-2016 | Review UST objection to E side plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 11-14-2016 | Review letter from M. McKane re: asbestos debtors motion to dismiss | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-14-2016 | Review letter from M. McKane to court re: pretrial issues for E side confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-14-2016 | Review email from Kirkland and notice re: pretrial scheduling issues | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-14-2016 | Review agenda for hearing on 11/15 | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-14-2016 | Review letter from EFIH second lien counsel re: confirmation scheduling issue | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-15-2016 | Attended pre-trial conference | [ALL] Hearings | Stephenson, Cory | 1.2 | $ 205.00 | $ 246.00 |
| 11-15-2016 | Review notice of second agreement to extend pretrial deadlines | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-15-2016 | Emails re: confidential designations for Ying depo | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-15-2016 | Review EFH IT reservation of rights on confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-15-2016 | Emails with P. Young re: 11/15 hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-15-2016 | Review DE trust objection to E side plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 11-15-2016 | Review TCEH unsecured obj to plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-16-2016 | Review notice of hearing of asbestos motion to dismiss | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-17-2016 | Review limited objection to confirmation filed by UMB bank | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-17-2016 | Review EFIH second lien objection to confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 11-17-2016 | Review Contrarian Capital obj to plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-17-2016 | Review email from Kirkland with proposed pretrial order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-17-2016 | Review asbestos creditors obj to confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 11-17-2016 | Review Bk court opinion | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-18-2016 | Review reservation of rights re: professional fee apps | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-18-2016 | Review summary of 3rd Circuit's decision on make whole premiums | [ALL] Claims Administration & Objections | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 11-18-2016 | Emails among various parties re: depo designations for confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-18-2016 | Review CNO to Proskauer's 22nd Monthly Fee Statement (September 2016) and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 11-18-2016 | Review CNO for Proskauer fee app and emails re: filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-19-2016 | Review 3rd Circuit make-whole decision | [ALL] Claims Administration & Objections | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 11-21-2016 | Review email from M. McKane along with proposed stip and order re: suspension of E side confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 11-21-2016 | Review Proskauer's 23rd Monthly Fee Statement (October 2016), finalize the same for filing and email to Epiq detailing instructions to effectuate service. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 11-21-2016 | Review Proskauer fee app and emails with A. Huber and J. Zajac re: filing and service of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 11-21-2016 | Review various emails between Debtors' counsel and asbestos counsel re: motion to dismiss | [ALL] Case Administration | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 11-21-2016 | Review asbestos creditors witness and exhibit list for motion to dismiss | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-21-2016 | Review COC and notice re: suspension of deadlines for E side confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-22-2016 | Edit initial draft of BK Oct monthly fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 11-22-2016 | Emails with Epiq re: service requirements over holiday | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-23-2016 | Prepare Monthly Fee Invoice Statement for September 2016. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 11-23-2016 | Email to Client providing copies of CNO and MFIS to BK's 12th Monthly Fee Statement (September 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 11-23-2016 | Review CNO re: BK Sept fee app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-23-2016 | Emails with A. Huber re: BK Sept fee app and CNO | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-23-2016 | Review debtors objection to asbestos creditors motion to dismiss | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 11-23-2016 | Review EFIH second lien trustee motion directing payment | [ALL] Case Administration | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 11-23-2016 | Check Docket to verify no objections have been filed to BK's 12th Monthly Fee Statement (September 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 11-23-2016 | Prepare CNO to BK's 12th Monthly Fee Statement (September 2016) and finalize the same for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 11-27-2016 | Review upcoming schedule of deadlines and hearings | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-28-2016 | Prepare BK's 13th Monthly Fee Statement (October 2016), finalize for filing and email the same to Epiq Bankruptcy Solutions detailing instructions to effectuate service in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.2 | $ 125.00 | $ 150.00 |
| 11-28-2016 | Teleconference with CourtCall scheduling Michael Firestein's telephonic appearance at 12/1/2016 hearing. | [ALL] Case Administration | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 11-28-2016 | Emails with M. Firestein and A. Huber re: telephonic participation at 12/1 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-28-2016 | Review, organize SOLIC's 22nd Monthly Fee Statement (October 2016), finalize for filing, and email the same to Epiq Bankruptcy Solutions detailing instructions to effectuate service in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 11-28-2016 | Review CNO to SOLIC's 22st Monthly Fee Statement (September 2016), and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 11-28-2016 | Email to Client providing copy of BK's 13th Monthly Fee Statement (October 2016) and LEDES document and upload the same to www.box.com | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 11-28-2016 | Review SOLIC October fee stmt and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 11-28-2016 | Review CNO for SOLIC Sept fee stmt and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-28-2016 | Review and edit BK Oct fee stmt and various emails with A. Huber re: prep and filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 11-29-2016 | Review agenda for 12/1 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-29-2016 | Emails with P. Young re: 12/1 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-29-2016 | Review asbestos creditors brief in support of motion to dismiss | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 11-29-2016 | Review amended agenda for 12/1 and 12/2 hearing and email A. Huber re: signing up Proskauer attys for Courtcall | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-30-2016 | Teleconference with CourtCall scheduling Michael Firestein's telephonic appearance at 12/2/2016 hearing. | [ALL] Case Administration | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|------|-------------|------|--------------|----------|------|--------|
| 11-30-2016 | Review amended agenda for 12/1 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-30-2016 | Phone call with P. Young re: current status of plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 11-30-2016 | Review of motion to dismiss and debtors' objection in prep for hearing on same | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.8 | $ 350.00 | $ 280.00 |
| 11-30-2016 | Review email from J. Madron re: revised hearing schedule for 12/1 and 12/2 | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-30-2016 | Review second amended agenda for 12/1 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 11-30-2016 | Review debtors' objection to Stewart motions | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-01-2016 | Review fifth amended plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 12-01-2016 | Prep docs for hearing on E side plan status | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 12-01-2016 | Attend hearing on E side plan status | [ALL] Hearings | Klauder, David | 1.5 | $ 350.00 | $ 525.00 |
| 12-01-2016 | Emails with M. Firestein re: upcoming hearing schedule | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-01-2016 | Initial review of disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 12-01-2016 | Review notice of rescheduled hearing and amended agenda re: Dec 2 and Dec 5 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-02-2016 | Review Epiq's certification of ballots | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-02-2016 | Review of disclosure statement for 5th amended plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 12-02-2016 | Review email from Kirkland with proposed revised confirmation schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-03-2016 | Review email from J. Madron re: Dec 5 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-04-2016 | Review Akin Gump's edits to proposed confirmation schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-05-2016 | Review amended agenda for 12/5 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-05-2016 | Review debtors' sur-reply re: motion to dismiss | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 12-05-2016 | Attend hearing on motion to dismiss | [ALL] Hearings | Klauder, David | 6.8 | $ 350.00 | $ 2,380.00 |
| 12-05-2016 | Review notice of cancellation of evidentiary hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-06-2016 | Review debtor edits to E Side confirmation scheduling order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-07-2016 | Review Order Scheduling 1/19/2016 Omnibus Hearing Date. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 12-08-2016 | Teleconference with CourtCall scheduling Michael Firestein's telephonic appearance at 12/14/16 hearing. | [ALL] Case Administration | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 12-08-2016 | Emails with M. Firestein re: 12/14 hearing and coordinate telephonic appearance | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-09-2016 | Review e-mail from B. Witters requesting updated Claim Chart re: 28th Omnibus Claims Objection, confer with D. Klauder, update Claim Chart and reply to B. Witters providing copy of the same. | [ALL] Claims Administration & Objections | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 12-09-2016 | Review motion to approve solicitation procedures for E side plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 12-09-2016 | Review agenda for 12/13 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-09-2016 | Emails with M. Firestein re: 12/13 and 12/14 hearings | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-09-2016 | Emails with A. Huber and RLF re: claim charts for 12/14 hearing | [ALL] Claims Administration & Objections | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 12-09-2016 | Review previous orders related to 28th omnibus objection to address one remaining obj and emails with A. Huber re: same | [ALL] Claims Administration & Objections | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 12-09-2016 | Review debtor's brief re: motion to dismiss | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 12-12-2016 | Review asbestos creditors brief in support of dismissal | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 12-12-2016 | Review Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings. | [ALL] Plan and Disclosure Statements | Huber, Amy | 0.8 | $ 125.00 | $ 100.00 |
| 12-12-2016 | Review agenda for 12/14 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-13-2016 | Review correspondence from Fee Committee regarding BK's 13th Monthly Fee App (October 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 12-13-2016 | Discussion with A. Huber re: BK monthly fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-13-2016 | Review COC and revised order re: payment to EFIH 2nd liens | [ALL] Case Administration | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 12-14-2016 | Review agenda re: matters on for 12/14 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-14-2016 | Attend 12/14 omnibus hearing | [ALL] Hearings | Klauder, David | 1.2 | $ 350.00 | $ 420.00 |
| 12-14-2016 | Review Bk court order re: Kenneth Stewart motions | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-14-2016 | Review CNO to Proskauer's 23nd Monthly Fee Statement (October 2016) and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 12-14-2016 | Review CNO for Proskauer fee app and emails re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-15-2016 | Review notice of hearing for E side disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-16-2016 | Review various discovery requests issued by E side parties | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 12-16-2016 | Review letter from J. Madron to district court and prop stip re: motion to dismiss plan appeal | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-16-2016 | Begin preparing OEB's 3rd Interim and Final Fee App. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 1.2 | $ 125.00 | $ 150.00 |
| 12-19-2016 | Review report on makewhole appeal | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-19-2016 | Review Bankruptcy Court decision on motion to dismiss | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 12-20-2016 | Review email from counsel for asbestos creditors re: motion to dismiss | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-20-2016 | Check Docket to verify no objections have been filed to BK's 13th Monthly Fee Statement (October 2016).  Prepare CNO and finalize for filing.  Prepare Monthly Fee Invoice Statement. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.5 | $ 125.00 | $ 62.50 |
| 12-20-2016 | Review CNO for BK's fee app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-20-2016 | Review letter from fee committee re: interim fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-21-2016 | Review reports on makewhole/Third Circuit case | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-21-2016 | Review email from K&E re: doc production | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-22-2016 | Review Proskauer's 24th Monthly Fee Statement (November 2016), finalize the same for filing and email to Epiq detailing instructions to effectuate service. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 12-22-2016 | Review Proskauer Nov fee stmt and emails with J. Zajac and A. Huber re: filing and service of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 12-22-2016 | Review of initial draft of BK Nov fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 12-22-2016 | Review debtors' motion to dismiss asbestos appeal | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 12-22-2016 | Review various depo notices and discovery responses by EFH IT and UMB Bank | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 12-22-2016 | Review debtors' responses and objections to discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 12-22-2016 | Review Nextera responses and objections to discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-23-2016 | Review liquidating agreement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-23-2016 | Begin preparing BK's 14th Monthly Fee Statement (November 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.8 | $ 125.00 | $ 100.00 |
| 12-23-2016 | Emails with A. Huber re: BK Nov fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-27-2016 | Review and edit BK Nov fee app and emails with A. Huber re: filing and service of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.7 | $ 350.00 | $ 245.00 |
| 12-27-2016 | Continue preparing and edit BK's 14th Monthly Fee Statement (November 2016).  Finalize for filing.  Email to Epiq detailing instructions to effectuate service.  Email to Client providing copy of BK's 14th Monthly Fee Statement (November 2016) and LEDES document and upload the same to www.box.com | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.2 | $ 125.00 | $ 150.00 |
| 12-28-2016 | Review filings of amended plan and disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-28-2016 | Review EFH IT objection to disc stmt motion | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 12-29-2016 | Teleconference with Court Call scheduling Michael Firestein's telephonic appearance at 1/4/2017 hearing. | [ALL] Case Administration | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 12-29-2016 | Emails with M. Firestein re: 1/4 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-29-2016 | Review 6th amended disclosure statement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.9 | $ 350.00 | $ 315.00 |
| 12-29-2016 | Review 6th amended plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 12-29-2016 | Review email from EFH IT re: cancellation of debtors' deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-29-2016 | Review EFIH first lien objection to disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 12-29-2016 | Review 2nd liens objection to disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 12-29-2016 | Email to Client providing copies of CNO and MFIS to BK's 13th Monthly Fee Statement (October 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 12-30-2016 | Review PIK noteholders reservation of rights | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 12-30-2016 | Continue preparing OEB's 3rd Interim and Final Fee App. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 2.5 | $ 125.00 | $ 312.50 |
| 12-30-2016 | Review agenda for 1/4 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-30-2016 | Review various depo notices issued by First liens | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-31-2016 | Review notice of telephonic hearing for 1/3 | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 12-31-2016 | Review various depo notices and discovery requests issued by first lien counsel | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| | | | | | | |
| **Grand Total** | | | | **112.0** | | **$ 32,390.00** |