# **EXHIBIT J**

**Detailed Expenses for Bielli & Klauder, LLC**

| Date | Provider | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|
| 09-19-2016 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 50 | $ 5.00 |
| 09-22-2016 | PACER | Filing/Court Fees | $ 0.10 | 30 | $ 3.00 |
| 09-25-2016 | PACER | Filing/Court Fees | $ 0.10 | 182 | $ 18.20 |
| 09-26-2016 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 35 | $ 3.50 |
| 10-21-2016 | PACER | Filing/Court Fees | $ 0.10 | 34 | $ 3.40 |
| 10-26-2016 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 45 | $ 4.50 |
| 10-26-2016 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 20 | $ 2.00 |
| 11-18-2016 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 30 | $ 3.00 |
| 11-21-2016 | PACER | Filing/Court Fees | $ 0.10 | 28 | $ 2.80 |
| 11-30-2016 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 95 | $ 9.50 |
| 12-05-2016 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 60 | $ 6.00 |
| 12-15-2016 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 28 | $ 2.80 |
| 12-16-2016 | PACER | Filing/Court Fees | $ 0.10 | 205 | $ 20.50 |
| 12-29-2016 | Bielli & Klauder, LLC | In-House Reproduction | $ 0.10 | 55 | $ 5.50 |
| | | | | | |
| **Grand Total** | | | | | $ 89.70 |