## **EXHIBIT K**

### Summary of Bielli & Klauder, LLC Expenses

| Service Description | Amount |
|---|---|
| **Filing/Court Costs** | $ 47.90 |
| **In-House Reproduction** | $ 41.80 |
| Total | $ 89.70 |