## Exhibit D

**Voluntary Rate Disclosures**

**Voluntary Rate Disclosures**

- The blended hourly rate for all Kirkland domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12 month period ending on December 31, 2016 (the "Comparable Fee Period") was, in the aggregate, approximately $729.76 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Kirkland timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $811.56 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at Kirkland | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---:|---:|
| Partners | $1,067.89 | $968.21 |
| Of Counsel | - | $767.81 |
| Associates | $723.00 | $632.58 |
| Visiting Attorney | - | $527.75 |
| Law Clerk | $320.00 | $298.67 |
| Paralegal | $310.95 | $296.51 |
| Junior Paralegal | $221.48 | $191.83 |
| Support Staff | $311.91 | $265.98 |
| **Total** | **$811.56** | **$729.76** |

---

[1] It is the nature of Kirkland's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Kirkland's Restructuring Group. Accordingly, Non-Bankruptcy Matters consist of matters for which Kirkland domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Kirkland domestic timekeepers who work primarily within Kirkland's Restructuring Group.

[2] Kirkland calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Kirkland domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Kirkland domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] Kirkland calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

RLF1 16960423v.1