**Exhibit E**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

**Summary, by Individual Timekeeper, of Total**
**Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | | In this Application at First Interim Application Billing Rate |
| Andrew Calder, P.C. | Partner | Corporate - M&A/Private Equity | 2003 | 38,640.00 | 28.00 | N/A | 1,380.00 | 1,195.00 | | 33,460.00 |
| Paul D Clement, P.C. | Partner | Litigation - Appellate | 1994 | 5,681.00 | 3.80 | N/A | 1,495.00 | 1,495.00 | | 5,681.00 |
| Thad Davis | Partner | Taxation | 2005 | 6,479.00 | 6.20 | N/A | 1,045.00 | 925.00 | | 5,735.00 |
| Barack S Echols | Partner | Litigation - General | 1999 | 38,847.50 | 37.90 | N/A | 1,025.00 | 890.00 | | 33,731.00 |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 121,813.50 | 84.30 | N/A | 1,445.00 | 1,195.00 | | 100,738.50 |
| Chad J Husnick, P.C. | Partner | Restructuring | 2004 | 298,660.00 | 274.00 | N/A | 1,090.00 | 915.00 | | 250,710.00 |
| Atif Khawaja | Partner | Litigation - General | 2003 | 3,792.50 | 3.70 | N/A | 1,025.00 | 880.00 | | 3,256.00 |
| Marc Kieselstein, P.C. | Partner | Restructuring | 1988 | 335,360.00 | 256.00 | N/A | 1,310.00 | 1,125.00 | | 288,000.00 |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | 38,416.00 | 34.30 | N/A | 1,120.00 | 995.00 | | 34,128.50 |
| Christopher Landau, P.C. | Partner | Litigation - Appellate | 1990 | 23,770.50 | 15.90 | N/A | 1,495.00 | 1,225.00 | | 19,477.50 |
| William A Levy, P.C. | Partner | Taxation | 1988 | 8,612.50 | 6.50 | N/A | 1,325.00 | 1,195.00 | | 7,767.50 |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 200,031.00 | 133.80 | N/A | 1,495.00 | 1,295.00 | | 173,271.00 |
| Andrew R McGaan, P.C. | Partner | Litigation - General | 1986 | 175,689.00 | 144.60 | N/A | 1,215.00 | 1,025.00 | | 148,215.00 |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | 337,765.00 | 314.20 | N/A | 1,075.00 | 925.00 | | 290,635.00 |
| Kevin L Morris | Partner | Corporate - M&A/Private Equity | 2002 | 312.00 | 0.30 | N/A | 1,040.00 | 965.00 | | 289.50 |
| Dennis M Myers, P.C. | Partner | Corporate - Capital Markets | 1996 | 6,625.00 | 5.00 | N/A | 1,325.00 | 1,195.00 | | 5,975.00 |
| Linda K Myers, P.C. | Partner | Corporate - Debt Finance | 1990 | 170,568.00 | 123.60 | N/A | 1,380.00 | 1,245.00 | | 153,882.00 |
| John C O'Quinn | Partner | IP Litigation | 2001 | 4,927.50 | 4.50 | N/A | 1,095.00 | 925.00 | | 4,162.50 |
| John Pitts, P.C. | Partner | Corporate - M&A/Private Equity | 2010 | 35,521.50 | 35.70 | N/A | 995.00 | 840.00 | | 29,988.00 |
| Scott D Price | Partner | Executive Compensation | 1998 | 20,838.00 | 15.10 | N/A | 1,380.00 | 1,175.00 | | 17,742.50 |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 111,612.00 | 85.20 | N/A | 1,310.00 | 1,125.00 | | 95,850.00 |
| Dean S Shulman, P.C. | Partner | Taxation | 1992 | 8,671.00 | 5.80 | N/A | 1,495.00 | 1,245.00 | | 7,221.00 |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 125,718.00 | 91.10 | N/A | 1,380.00 | 1,245.00 | | 113,419.50 |

RLF1 16960423v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Sara B Zablotney | Partner | Taxation | 2003 | 81,340.00 | 66.40 | N/A | 1,225.00 | 1,095.00 | 72,708.00 |
| Dean C Bachus | Partner | Executive Compensation | 2004 | 1,199.00 | 1.10 | N/A | 1,090.00 | 975.00 | 1,072.50 |
| Andrew Barton | Partner | Executive Compensation | 2010 | 3,402.00 | 3.60 | N/A | 945.00 | 795.00 | 2,862.00 |
| Katherine Bolanowski | Partner | Corporate - Debt Finance | 2009 | 18,238.50 | 19.30 | N/A | 945.00 | 795.00 | 15,343.50 |
| Jeanne T Cohn-Connor | Partner | Environment - Transactional | 1985 | 8,181.00 | 8.10 | N/A | 1,010.00 | 895.00 | 7,249.50 |
| Thomas Dobleman | Partner | Corporate - Debt Finance | 2011 | 83,821.50 | 88.70 | N/A | 945.00 | 755.00 | 66,968.50 |
| Lisa G Esayian | Partner | Litigation - General | 1991 | 230,926.00 | 224.20 | N/A | 1,030.00 | 920.00 | 206,264.00 |
| Michael Esser | Partner | Litigation - General | 2009 | 240,537.50 | 274.90 | N/A | 875.00 | 750.00 | 206,175.00 |
| Jonathan F Ganter | Partner | Litigation - General | 2010 | 533,340.00 | 592.60 | N/A | 900.00 | 775.00 | 459,265.00 |
| Jeffrey M Gould | Partner | Litigation - General | 2008 | 859.50 | 0.90 | N/A | 955.00 | 795.00 | 715.50 |
| Warren Haskel | Partner | Litigation - General | 2009 | 2,610.00 | 2.90 | N/A | 900.00 | 775.00 | 2,247.50 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | 13,440.00 | 12.00 | N/A | 1,120.00 | 995.00 | 11,940.00 |
| George W Hicks, Jr. | Partner | Litigation - Appellate | 2006 | 21,492.00 | 21.60 | N/A | 995.00 | 995.00 | 21,492.00 |
| Ellen M Jakovic | Partner | Litigation - Antitrust/Competition | 1985 | 21,230.00 | 19.30 | N/A | 1,100.00 | 975.00 | 18,817.50 |
| Gregg G Kirchhoefer, P.C. | Partner | Technology & IP Transactions | 1982 | 3,585.00 | 3.00 | N/A | 1,195.00 | 1,075.00 | 3,225.00 |
| Daniel Lewis | Partner | Technology & IP Transactions | 2008 | 487.50 | 0.50 | N/A | 975.00 | 840.00 | 420.00 |
| Veronica Nunn | Partner | Corporate - M&A/Private Equity | 2010 | 107,635.50 | 113.90 | N/A | 945.00 | 685.00 | 78,021.50 |
| Michael A Petrino | Partner | Litigation - General | 2008 | 151,200.00 | 168.00 | N/A | 900.00 | 775.00 | 130,200.00 |
| William T Pruitt | Partner | Litigation - General | 2004 | 1,598.00 | 1.70 | N/A | 940.00 | 840.00 | 1,428.00 |
| Jeffrey S Quinn | Partner | Employee Benefits | 1998 | 13,652.50 | 12.70 | N/A | 1,075.00 | 965.00 | 12,255.50 |
| Brenton A Rogers | Partner | Litigation - General | 2007 | 18,800.00 | 20.00 | N/A | 940.00 | 825.00 | 16,500.00 |
| Joshua Samis | Partner | Corporate - Debt Finance | 2007 | 29,452.00 | 29.60 | N/A | 995.00 | 840.00 | 24,864.00 |
| Steven Serajeddini | Partner | Restructuring | 2010 | 850.50 | 0.90 | N/A | 945.00 | 795.00 | 715.50 |
| Bryan M Stephany | Partner | Litigation - General | 2007 | 665,253.00 | 696.60 | N/A | 955.00 | 795.00 | 553,797.00 |
| Michael Thorpe | Partner | Litigation - General | 2010 | 175.00 | 0.20 | N/A | 875.00 | 750.00 | 150.00 |
| Jason M Wilcox | Partner | IP Litigation | 2011 | 4,637.50 | 5.30 | N/A | 875.00 | 770.00 | 4,081.00 |
| Wayne E Williams | Partner | Corporate - Capital Markets | 2006 | 12,750.00 | 12.50 | N/A | 1,020.00 | 875.00 | 10,937.50 |

RLF1 16960423v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | | In this Application at First Interim Application Billing Rate |
| Aaron M Berlin | Associate | Corporate - Debt Finance | 2011 | 10,650.50 | 11.90 | N/A | 895.00 | 595.00 | | 7,080.50 |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 168,815.50 | 242.90 | N/A | 695.00 | 450.00 | | 109,305.00 |
| Ryan Copeland | Associate | Corporate - Debt Finance | 2012 | 63,580.00 | 74.80 | N/A | 850.00 | 625.00 | | 46,750.00 |
| Katherine Coverdale | Associate | Executive Compensation | 2010 | 21,823.00 | 31.40 | N/A | 695.00 | 850.00 | | 26,690.00 |
| Katherine Coverdale | Associate | Executive Compensation | 2010 | 5,695.00 | 6.70 | N/A | 850.00 | 850.00 | | 5,695.00 |
| Jarrel O DeLottinville | Associate | Corporate - Capital Markets | 2012 | 340.00 | 0.40 | N/A | 850.00 | 625.00 | | 250.00 |
| Emily Geier | Associate | Restructuring | 2012 | 193,767.50 | 216.50 | N/A | 895.00 | 685.00 | | 148,302.50 |
| Nicholas Hemmingsen | Associate | Corporate - Investment Funds | 2013 | 4,335.00 | 5.10 | N/A | 850.00 | 625.00 | | 3,187.50 |
| Sam Hong | Associate | Technology & IP Transactions | 2008 | 2,237.50 | 2.50 | N/A | 895.00 | 685.00 | | 1,712.50 |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 133,068.00 | 170.60 | N/A | 780.00 | 535.00 | | 91,271.00 |
| Jacob Johnston | Associate | Litigation - General | 2013 | 25,440.00 | 32.00 | N/A | 795.00 | 795.00 | | 25,440.00 |
| Austin Klar | Associate | Litigation - General | 2013 | 13,528.00 | 17.80 | N/A | 760.00 | 520.00 | | 9,256.00 |
| Demetre Klebaner | Associate | Taxation | 2016 | 8,242.50 | 15.70 | N/A | 525.00 | 525.00 | | 8,242.50 |
| Caleb Lowery | Associate | Corporate - General | 2016 | 3,150.00 | 6.00 | N/A | 525.00 | 525.00 | | 3,150.00 |
| Kevin McClelland | Associate | Restructuring | 2016 | 97,807.50 | 186.30 | N/A | 525.00 | 525.00 | | 97,807.50 |
| Mark D Menzies | Associate | Litigation - General | 2014 | 224,808.00 | 295.80 | N/A | 760.00 | 760.00 | | 224,808.00 |
| Kristen Molloy | Associate | Corporate - General | 2015 | 139,385.00 | 228.50 | N/A | 610.00 | 285.00 | | 65,122.50 |
| David Moore | Associate | Corporate - General | 2015 | 22,082.00 | 36.20 | N/A | 610.00 | 610.00 | | 22,082.00 |
| Charles H Rhodes, IV | Associate | Litigation - Appellate | 2014 | 26,314.50 | 33.10 | N/A | 795.00 | 795.00 | | 26,314.50 |
| Carleigh T Rodriguez | Associate | Environment - Transactional | 2013 | 156.00 | 0.20 | N/A | 780.00 | 535.00 | | 107.00 |
| Daniel Rudewicz | Associate | Restructuring | 2016 | 3,721.00 | 6.10 | N/A | 610.00 | 285.00 | | 1,738.50 |
| Reed Schuster | Associate | Corporate - Investment Funds | 2011 | 5,212.50 | 7.50 | N/A | 695.00 | 695.00 | | 5,212.50 |
| Anthony Sexton | Associate | Taxation | 2011 | 182,574.00 | 193.20 | N/A | 945.00 | 685.00 | | 132,342.00 |
| Daniel Sito | Associate | Taxation | 2015 | 2,304.00 | 3.60 | N/A | 640.00 | 285.00 | | 1,026.00 |
| Matthew Smart | Associate | Restructuring | 2016 | 55,965.00 | 106.60 | N/A | 525.00 | 525.00 | | 55,965.00 |
| Justin Sowa | Associate | Litigation - General | 2013 | 427,789.50 | 538.10 | N/A | 795.00 | 595.00 | | 320,169.50 |
| Anna Terteryan | Associate | Litigation - General | 2014 | 470,628.00 | 692.10 | N/A | 680.00 | 450.00 | | 311,445.00 |

RLF1 16960423v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | | In this Application at First Interim Application Billing Rate |
| McClain Thompson | Associate | Litigation - General | 2014 | 287,094.00 | 486.60 | N/A | 590.00 | 695.00 | | 338,187.00 |
| McClain Thompson | Associate | Litigation - General | 2014 | 133,718.00 | 192.40 | N/A | 695.00 | 695.00 | | 133,718.00 |
| Patrick Venter | Associate | Restructuring | 2016 | 120,435.00 | 229.40 | N/A | 525.00 | 525.00 | | 120,435.00 |
| Spencer A Winters | Associate | Restructuring | 2013 | 36,972.00 | 47.40 | N/A | 780.00 | 535.00 | | 25,359.00 |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 570,605.00 | 671.30 | N/A | 850.00 | 625.00 | | 419,562.50 |

RLF1 16960423v.1

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Erin Bishop | Law Clerk | Restructuring | N/A | 1,600.00 | 5.00 | N/A | 320.00 | 320.00 | 1,600.00 |
| Elizabeth Burns | Paralegal | Corporate - General | N/A | 33,228.00 | 92.30 | N/A | 360.00 | 325.00 | 29,997.50 |
| Stephanie Ding | Paralegal | Litigation - General | N/A | 56,308.00 | 201.10 | N/A | 280.00 | 195.00 | 39,214.50 |
| Jason Douangsanith | Paralegal | Litigation - General | N/A | 7,236.50 | 35.30 | N/A | 205.00 | 195.00 | 6,883.50 |
| Jason Douangsanith | Paralegal | Litigation - General | N/A | 5,992.00 | 21.40 | N/A | 280.00 | 195.00 | 4,173.00 |
| Michael S Fellner | Paralegal | Litigation - General | N/A | 7,440.00 | 24.00 | N/A | 310.00 | 250.00 | 6,000.00 |
| Beth Friedman | Paralegal | Restructuring | N/A | 4,200.00 | 10.50 | N/A | 400.00 | 355.00 | 3,727.50 |
| Paul M Jones | Paralegal | Litigation - General | N/A | 2,415.00 | 7.00 | N/A | 345.00 | 345.00 | 2,415.00 |
| Christopher Lambert | Paralegal | Corporate - General | N/A | 690.00 | 2.00 | N/A | 345.00 | 310.00 | 620.00 |
| Travis J Langenkamp | Paralegal | Litigation - General | N/A | 14,319.00 | 38.70 | N/A | 370.00 | 330.00 | 12,771.00 |
| Robert Orren | Paralegal | Restructuring | N/A | 58,955.00 | 181.40 | N/A | 325.00 | 290.00 | 52,606.00 |
| Meghan Rishel | Paralegal | Litigation - General | N/A | 57,257.00 | 184.70 | N/A | 310.00 | 250.00 | 46,175.00 |
| Laura Saal | Paralegal | Restructuring | N/A | 1,641.50 | 4.90 | N/A | 335.00 | 300.00 | 1,470.00 |
| Robin F Soneson | Paralegal | Technology & IP Transactions | N/A | 155.00 | 0.50 | N/A | 310.00 | 275.00 | 137.50 |
| Kenneth J Sturek | Paralegal | Litigation - General | N/A | 666.00 | 1.80 | N/A | 370.00 | 330.00 | 594.00 |
| Daniel Czajkowski | Junior Paralegal | Litigation - Appellate | N/A | 240.00 | 0.80 | N/A | 300.00 | 300.00 | 240.00 |
| Hannah Kupsky | Junior Paralegal | Restructuring | N/A | 630.00 | 3.00 | N/A | 210.00 | 210.00 | 630.00 |
| Jonathon P Merriman | Junior Paralegal | Litigation - General | N/A | 3,080.00 | 14.00 | N/A | 220.00 | 220.00 | 3,080.00 |
| Nisha Shah | Junior Paralegal | Corporate - General | N/A | 1,122.00 | 5.10 | N/A | 220.00 | 220.00 | 1,122.00 |
| Barbara M Siepka | Support Staff | Corporate - General | N/A | 132.00 | 0.60 | N/A | 220.00 | 195.00 | 117.00 |
| Library Factual Research | Support Staff | Admin Services | N/A | 409.50 | 1.30 | N/A | 315.00 | 280.00 | 364.00 |
| Library Document Retrieval | Support Staff | Admin Services | N/A | 164.50 | 0.70 | N/A | 235.00 | 210.00 | 147.00 |
| Ruby A Allen | Support Staff | Admin Services | N/A | 247.00 | 1.30 | N/A | 190.00 | 170.00 | 221.00 |
| Jungje Choi | Support Staff | Litigation - | N/A | 1,092.00 | 4.20 | N/A | 260.00 | 260.00 | 1,092.00 |

RLF1 16960423v.1

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| | | Antitrust/Competition | | | | | | | |
| Linda M Chuk | Support Staff | Admin Services | N/A | 675.00 | 2.70 | N/A | 250.00 | 205.00 | 553.50 |
| Laurie K Dombrowski | Support Staff | Admin Services | N/A | 120.00 | 0.30 | N/A | 400.00 | 295.00 | 88.50 |
| Allison Graybill | Support Staff | Admin Services | N/A | 11,125.00 | 44.50 | N/A | 250.00 | 180.00 | 8,010.00 |
| Leah Lancaster | Support Staff | Admin Services | N/A | 6,800.00 | 34.00 | N/A | 200.00 | 200.00 | 6,800.00 |
| Courtney R Reynolds | Support Staff | Admin Services | N/A | 190.00 | 1.00 | N/A | 190.00 | 170.00 | 170.00 |
| Elaine S Santucci | Support Staff | Admin Services | N/A | 1,170.00 | 5.20 | N/A | 225.00 | 195.00 | 1,014.00 |
| Audrey Schlicht | Support Staff | Admin Services | N/A | 40.00 | 0.10 | N/A | 400.00 | 400.00 | 40.00 |
| Mollie Tuomisto | Support Staff | Litigation - Antitrust/Competition | N/A | 4,710.00 | 15.70 | N/A | 300.00 | 220.00 | 3,454.00 |
| Kurt J Wunderlich | Support Staff | Litigation - Antitrust/Competition | N/A | 8,296.00 | 13.60 | N/A | 610.00 | 500.00 | 6,800.00 |
| Jigna Dalal | Support Staff | Litigation - General | N/A | 6,727.50 | 20.70 | N/A | 325.00 | 325.00 | 6,727.50 |
| Anne R Lubinsky | Support Staff | Litigation - General | N/A | 88.50 | 0.30 | N/A | 295.00 | 235.00 | 70.50 |
| Olivia Weyers | Support Staff | Litigation - General | N/A | 132.50 | 0.50 | N/A | 265.00 | 265.00 | 132.50 |
| Colleen C Caamano | Support Staff | Litigation - General | N/A | 5,947.50 | 18.30 | N/A | 325.00 | 290.00 | 5,307.00 |
| Kenneth Gazda | Support Staff | Litigation - General | N/A | 162.50 | 0.50 | N/A | 325.00 | 290.00 | 145.00 |
| Thomas Mangne | Support Staff | Litigation - General | N/A | 726.00 | 2.20 | N/A | 330.00 | 295.00 | 649.00 |
| Chad M Papenfuss | Support Staff | Litigation - General | N/A | 60,654.00 | 183.80 | N/A | 330.00 | 295.00 | 54,221.00 |
| Roman Bielski | Support Staff | Litigation - General | N/A | 630.00 | 2.00 | N/A | 315.00 | 315.00 | 630.00 |
| Kenneth W Dyche | Support Staff | Litigation - General | N/A | 2,047.50 | 6.50 | N/A | 315.00 | 300.00 | 1,950.00 |
| Joshua L Urban | Support Staff | Litigation - General | N/A | 11,687.00 | 37.70 | N/A | 310.00 | 275.00 | 10,367.50 |
| Matthew Smith | Support Staff | Litigation - General | N/A | 7,213.50 | 22.90 | N/A | 315.00 | 300.00 | 6,870.00 |