# **Exhibit F**

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | Intercall | | $3,511.17 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | $6,958.80 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $5,297.10 |
| Production Blowbacks | Internal (Kirkland & Ellis LLP) | $0.10 per page | $5,163.60 |
| Postage | Federal Express | | $7.21 |
| Overnight Delivery | | | $1,124.40 |
| Overnight Delivery - Refund | | | -$21.22 |
| Outside Messenger Services | | | $1,154.78 |
| Local Transportation | | | $829.38 |
| Travel Expense | | | $53,952.79 |
| Airfare | | | $69,560.25 |
| Transportation to/from airport | | | $11,316.49 |
| Travel Meals | | | $5,458.58 |
| Other Travel Expenses | | | $1,812.67 |
| Court Reporter Fee/Deposition | | | $9,025.05 |
| Other Court Costs and Fees | | | $5,993.42 |
| Trial Exhibits | | | $17,583.75 |
| Outside Paralegal Assistance | | | $44,373.63 |
| Outside Printing Services | | | $18,792.10 |
| Outside Copy/Binding Services | | | $10.88 |
| Working Meals/K&E Only | | | $180.00 |
| Working Meals/K&E and Others | | | $120.00 |
| Catering Expenses | | | $8,616.00 |
| Outside Retrieval Service | | | $17,930.45 |
| Computer Database Research | | | $5,065.10 |
| Westlaw Research | | | $8,645.16 |
| LexisNexis Research | | | $1,473.09 |
| Overtime Transportation | | | $1,732.07 |
| Overtime Meals - Non-Attorney | Seamless North America Inc. | | $60.00 |
| Overtime Meals - Attorney | Seamless North America Inc. | | $1,591.43 |
| Rental Expenses | | | $5,370.50 |
| Leased Equipment | | | $9,208.00 |
| Cash Credits | | | -$3,100.50 |
| **Total** | | | **$318,796.13** |

---

[1] Kirkland may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

RLF1 16960423v.1