## Exhibit G

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

RLF1 16960423v.1

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 6 | [ALL] Case Administration | 16.60 | $7,870.00 | $0.00 | $7,870.00 |
| 6 | [ALL E-SIDE] Case Administration | 45.50 | $19,263.50 | $0.00 | $19,263.50 |
| 8 | [ALL] Claims Administration & Objections | 295.20 | $231,381.00 | $0.00 | $231,381.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 105.90 | $84,797.00 | $0.00 | $84,797.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 178.50 | $61,173.00 | $0.00 | $61,173.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 3,555.10 | $2,620,892.50 | $0.00 | $2,620,892.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 226.50 | $199,387.00 | $0.00 | $199,387.00 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 125.60 | $113,303.50 | $0.00 | $113,303.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 15.20 | $11,264.00 | $0.00 | $11,264.00 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 6.10 | $4,850.00 | $0.00 | $4,850.00 |
| 12 | [ALL] Hearings | 22.70 | $18,514.50 | $0.00 | $18,514.50 |
| 12 | [ALL E-SIDE] Hearings | 92.10 | $79,302.00 | $0.00 | $79,302.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 120.30 | $58,330.50 | $0.00 | $58,330.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 293.10 | $140,466.50 | $0.00 | $140,466.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 5.00 | $2,912.00 | $0.00 | $2,912.00 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 25.40 | $20,142.00 | $0.00 | $20,142.00 |
| 18 | [ALL] Non-Working Travel | 56.90 | $45,056.50 | $0.00 | $45,056.50 |
| 18 | [ALL E-SIDE] Non-Working Travel | 184.00 | $147,900.50 | $0.00 | $147,900.50 |
| 21 | [ALL] Plan and Disclosure Statements | 19.50 | $18,082.50 | $0.00 | $18,082.50 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 1,066.50 | $970,564.50 | $0.00 | $970,564.50 |
| 23 | [ALL E-SIDE] Regulatory Issues | 9.30 | $8,957.00 | $0.00 | $8,957.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 65.30 | $68,754.50 | $0.00 | $68,754.50 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 0.90 | $765.00 | $0.00 | $765.00 |
| 29 | [ALL] Tax Issues | 279.60 | $327,758.50 | $0.00 | $327,758.50 |
| 29 | [ALL E-SIDE] Tax Issues | 193.00 | $231,342.00 | $0.00 | $231,342.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 8.80 | $6,864.00 | $0.00 | $6,864.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 1.60 | $1,432.00 | $0.00 | $1,432.00 |
| 39 | [TCEH] Claims Administration & Objection | 10.00 | $6,763.00 | $0.00 | $6,763.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 6.00 | $4,715.00 | $0.00 | $4,715.00 |
| 42 | [TCEH] Environmental Issues | 12.00 | $11,808.00 | $0.00 | $11,808.00 |
| 51 | [TCEH] Plan/Disclosure Statements | 363.20 | $342,365.00 | $0.00 | $342,365.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 158.90 | $169,888.50 | $0.00 | $169,888.50 |

RLF1 16960423v.1

| | | | | | |
|---|---|---:|---:|---:|---:|
| 68 | [EFIH] Contested Matters & Advers. Pro. | 438.90 | $426,658.50 | $0.00 | $426,658.50 |
| 69 | [EFIH] Corp. Governance and Sec. Issues | 32.80 | $23,665.00 | $0.00 | $23,665.00 |
| 70 | [EFIH] Hearings | 35.80 | $23,084.50 | $0.00 | $23,084.50 |
| 73 | [EFIH] Non-Working Travel | 23.80 | $23,341.00 | $0.00 | $23,341.00 |
| 76 | [EFIH] Plan / Disclosure Statement | 1,374.90 | $1,170,838.00 | $0.00 | $1,170,838.00 |
| 82 | [EFH] Asset Dispositions and Purchases | 42.20 | $25,019.50 | $0.00 | $25,019.50 |
| 90 | [EFH] Hearings | 7.00 | $8,020.00 | $0.00 | $8,020.00 |
| 109 | [ALL] Expenses | 0.00 | $0.00 | $316,554.73 | $316,554.73 |
| 110 | [TCEH] Expenses | 0.00 | $0.00 | $651.00 | $651.00 |
| 111 | [EFIH] Expenses | 0.00 | $0.00 | $989.40 | $989.40 |
| 112 | [EFH] Expenses | 0.00 | $0.00 | $601.00 | $601.00 |
| 113 | [ALL] Enforcement of TTI Rights | 1.50 | $1,492.50 | $0.00 | $1,492.50 |
| 115 | [TCEH] Exit Financing | 631.60 | $500,665.50 | $0.00 | $500,665.50 |
| **Totals** | | **10,152.80** | **$8,239,650.00** | **$318,796.13** | **$8,558,446.13** |