# **Exhibit H**

## Budget and Staffing Plan

## Budget and Staffing Plan for the Fee Period

### Budget

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 20 - 40 | $12,000 - $20,000 |
| 6 | [ALL] Case Administration | 195 - 215 | $80,000 - $100,000 |
| 7 | [ALL] Cash Management | 20 - 40 | $12,000 - $20,000 |
| 8 | [ALL] Claims Administration and Objections | 450 - 505 | $360,000 - 400,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 3,750 - 4,215 | $2,750,000 - $3,150,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 1,185 - 1,325 | $1,110,000 - $1,190,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 80 - 100 | $60,000 - $80,000 |
| 12 | [ALL] Hearings | 205 - 225 | $160,000 - $180,000 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 450 - 500 | $235,000 - $270,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 75 - 95 | $50,000 - $70,000 |
| 18 | [ALL] Non-Working Travel | 335 - 380 | $280,000 - $320,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 20 - 40 | $20,000 - $40,000 |
| 21 | [ALL] Plan and Disclosure Statement | 4,645 - 5,210 | $4,400,000 - $5,100,000 |
| 23 | [ALL E-SIDE] Regulatory Issues | 180 - 200 | $140,000 - $160,000 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 425 - 475 | $215,000 - $250,000 |
| 29 | [ALL] Tax Issues | 600 - 670 | $700,000 - $810,000 |
| 30 | [ALL] U.S. Trustee Issues | 20 - 40 | $10,000 - $20,000 |
| 32 | [ALL] Valuation | 100 - 110 | $80,000 - $90,000 |
| 113 | [ALL] Enforcement of TTI Rights | 60 - 80 | $80,000 - $95,000 |
| 114 | [ALL] Drag Along Rights | 60 - 80 | $40,000 - $65,000 |
| Applicable to TCEH Debtors | | | |
| 34 | [TCEH] Asset Disposition | 5 - 10 | $4,000 - $5,000 |
| 37 | [TCEH] Business Operations | 10 - 15 | $20,000 - $25,000 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 10 - 15 | $10,000 - $12,000 |
| 39 | [TCEH] Claims Administration and Objections | 70 - 75 | $40,000 - $45,000 |
| 40 | [TCEH] Contested Matters and Adversary Proceedings | 75 - 85 | $46,000 - $50,000 |
| 41 | [TCEH] Corporate Governance and Securities Law Issues | 5 - 10 | $3,000 - $5,000 |
| 42 | [TCEH] Environmental Issues | 10 - 15 | $10,000 - $15,000 |
| 46 | [TCEH] Non-Debtor Affiliates | 5 - 10 | $3,000 - $5,000 |
| 48 | [TCEH] Non-Working Travel | 10 - 15 | $5,000 - $8,000 |
| 49 | [TCEH] Official Committee Issues and Meetings | 10 - 15 | $3,000 - $5,000 |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 51 | [TCEH] Plan/Disclosure Statement | 320 - 350 | $300,000 - $310,000 |
| 57 | [TCEH] Trading and Hedging Contracts | 25 - 30 | $14,000 - $20,000 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 30 - 35 | $20,000 - $25,000 |
| 108 | [TCEH] Exec. Contracts & Unexpired Leases | 25 - 35 | $20,000 - $25,000 |
| 115 | [TCEH] Exit Financing | 40 - 50 | $80,000 - $85,000 |
| Applicable to EFIH Debtors | | | |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 100 - 120 | $132,000 - $150,000 |
| 67 | [EFIH] Claims Administration & Objection | 75 - 90 | $80,000 - $90,000 |
| 68 | [EFIH] Contested Matters and Adversary Proceedings | 1,570 - 1,755 | $1,450,000 - $1,710,000 |
| 70 | [EFIH] Hearings | 480 - 540 | $350,000 - $420,000 |
| 73 | [EFIH] Non-Working Travel | 40 - 60 | $40,000 - $60,000 |
| 74 | [EFIH] Official Committee Issues and Meetings | 20 - 30 | $6,000 - $10,000 |
| 76 | [EFIH] Plan / Disclosure Statement | 705 - 1,000 | $600,000 - $650,000 |
| 78 | [EFIH] Rest. Support Agrmt./Global Sett. | 120 - 135 | $100,000 - $120,000 |
| Applicable to EFH Corp. Debtors | | | |
| 86 | [EFH] Contested Matters & Advers. Proc. | 145 - 165 | $150,000 - $220,000 |
| 87 | [EFH] Corporate Governance and Securities Law Issues | 50 - 75 | $40,000 - $60,000 |
| 89 | [EFH] EFH Properties | 70 - 90 | $60,000 - $80,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 20 - 40 | $18,000 - $22,000 |
| 96 | [EFH] Official Committee Issues and Meetings | 40 - 60 | $12,000 -$18,000 |
| **Total** | | **16,960 - 19,470** | **$14,410,000 - $16,680,000** |

## Staffing Plan

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 24 | $1,130 |
| Associate | 12 | $743 |
| Legal Assistant | 6 | $330 |
| Case Assistant | 2 | $213 |
| Project Assistants (and other support staff) | 5 | $345 |
| **Total Attorney** | **36** | **$1,001** |

[1] The "Average Hourly Rate" is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

| **Total Non-Attorney** | **14** | **$316** |
|---|---|---|
| **Total** | **50** | **$815** |