## Exhibit I

**Summary, by Matter Category, of Fees
Budgeted and Fees Incurred During the Fee Period**

## Summary of Legal Services Rendered

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 0003 | [ALL] Automatic Stay | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0006 | [ALL] Case Administration | 195 - 215 | 16.60 | $80,000 - $100,000 | $7,870.00 |
| 0006 | [ALL E-SIDE] Case Administration | | 45.50 | | $19,263.50 |
| 0007 | [ALL] Cash Management | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0008 | [ALL] Claims Administration & Objections | 450 - 505 | 295.20 | $360,000 - 400,000 | $231,381.00 |
| 0008 | [ALL E-SIDE] Claims Admin. & Objections | | 105.90 | | $84,797.00 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 3,750 - 4,215 | 178.50 | $2,750,000 - $3,150,000 | $61,173.00 |
| 0009 | [ALL E-SIDE] Contest Matter & Adv. Proc. | | 3,555.10 | | $2,620,892.50 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 1,185 - 1,325 | 226.50 | $1,110,000 - $1,190,000 | $199,387.00 |
| 0010 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | | 125.60 | | $113,303.50 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 80 - 100 | 15.20 | $60,000 - $80,000 | $11,264.00 |
| 0011 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | | 6.10 | | $4,850.00 |
| 0012 | [ALL] Hearings | 205 - 225 | 22.70 | $160,000 - $180,000 | $18,514.50 |
| 0012 | [ALL E-SIDE] Hearings | | 92.10 | | $79,302.00 |
| 0014 | [ALL] Kirkland Retention and Fee Applications | 450 - 500 | 120.30 | $235,000 - $270,000 | $58,330.50 |
| 0014 | [ALL E-SIDE] K&E Retention & Fee Apps | | 293.10 | | $140,466.50 |
| 0017 | [ALL] Non-Kirkland Retentions & Fee Apps | 75 - 95 | 5.00 | $50,000 - $70,000 | $2,912.00 |
| 0017 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | | 25.40 | | $20,142.00 |
| 0018 | [ALL] Non-Working Travel | 335 - 380 | 56.90 | $280,000 - $320,000 | $45,056.50 |
| 0018 | [ALL E-SIDE] Non-Working Travel | | 184.00 | | $147,900.50 |
| 0019 | [ALL] Official Committee Issues & Meet. | 20 - 40 | 0 | $20,000 - $40,000 | $0.00 |
| 0021 | [ALL] Plan and Disclosure Statements | 4,645 - 5,210 | 19.50 | $4,400,000 - $5,100,000 | $18,082.50 |

RLF1 16960423v.1

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 0021 | [ALL E-SIDE] Plan & Disclos. Statements | | 1,066.50 | | $970,564.50 |
| 0023 | [ALL E-SIDE] Regulatory Issues | 180 - 200 | 9.30 | $140,000 - $160,000 | $8,957.00 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 425 - 475 | 65.30 | $215,000 - $250,000 | $68,754.50 |
| 0026 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | | 0.90 | | $765.00 |
| 0029 | [ALL] Tax Issues | 600 - 670 | 279.60 | $700,000 - $810,000 | $327,758.50 |
| 0029 | [ALL E-SIDE] Tax Issues | | 193.00 | | $231,342.00 |
| 0030 | [ALL] U.S. Trustee Issues | 20 - 40 | 0 | $10,000 - $20,000 | $0.00 |
| 0032 | [ALL] Valuation | 100 - 110 | 0 | $80,000 - $90,000 | $0.00 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 5 - 10 | 8.80 | $4,000 - $5,000 | $6,864.00 |
| 0037 | [TCEH] Business Operations | 10 - 15 | 0 | $20,000 - $25,000 | $0.00 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 10 - 15 | 1.60 | $10,000 - $12,000 | $1,432.00 |
| 0039 | [TCEH] Claims Administration & Objection | 70 - 75 | 10.00 | $40,000 - $45,000 | $6,763.00 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 75 - 85 | 6.00 | $46,000 - $50,000 | $4,715.00 |
| 0041 | [TCEH] Corporate Governance and Securities Law Issues | 5 - 10 | 0 | $3,000 - $5,000 | $0.00 |
| 0042 | [TCEH] Environmental Issues | 10 - 15 | 12.00 | $10,000 - $15,000 | $11,808.00 |
| 0046 | [TCEH] Non-Debtor Affiliates | 5 - 10 | 0 | $3,000 - $5,000 | $0.00 |
| 0048 | [TCEH] Non-Working Travel | 10 - 15 | 0 | $5,000 - $8,000 | $0.000 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 10 - 15 | 0 | $3,000 - $5,000 | $0.00 |
| 0051 | [TCEH] Plan/Disclosure Statement | 320 - 350 | 363.20 | $300,000 - $310,000 | $342,365.00 |
| 0057 | [TCEH] Trading and Hedging Contracts | 25 - 30 | 0 | $14,000 - $20,000 | $0.00 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 30 - 35 | 0 | $20,000 - $25,000 | $0.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 100 - 120 | 158.90 | $132,000 - $150,000 | $169,888.50 |
| 0067 | [EFIH] Claims | 75 - 90 | 0 | $80,000 - | $0.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| | Administration & Objection | | | $90,000 | |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 1,570 - 1,755 | 438.90 | $1,450,000 - $1,710,000 | $426,658.50 |
| 0069 | [EFIH] Corp. Governance and Sec. Issues | 0 | 32.80 | $0.00 | $23,665.00 |
| 0070 | [EFIH] Hearings | 480 - 540 | 35.80 | $350,000 - $420,000 | $23,084.50 |
| 0073 | [EFIH] Non-Working Travel | 40 - 60 | 23.80 | $40,000 - $60,000 | $23,341.00 |
| 0074 | [EFIH] Official Committee Issues and Meetings | 20 - 30 | 0 | $6,000 - $10,000 | $0.00 |
| 0076 | [EFIH] Plan/Disclosure Statement | 705 - 1,000 | 1,374.90 | $600,000 - $650,000 | $1,170,838.00 |
| 0078 | [EFIH] Rest. Support Agrmt./Global Sett. | 120 - 135 | 0 | $100,000 - $120,000 | $0.00 |
| 0082 | [EFH] Asset Dispositions and Purchases | 0 | 42.20 | $0.00 | $25,019.50 |
| 0086 | [EFH] Claims Administration & Objections | 145 - 165 | 0 | $150,000 - $220,000 | $0.00 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 50 - 75 | 0 | $40,000 - $60,000 | $0.00 |
| 0089 | [EFH] EFH Properties | 70 - 90 | 0 | $60,000 - $80,000 | $0.00 |
| 0090 | [EFH] Hearings | 0 | 7.00 | $0.00 | $8,020.00 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 20 - 40 | 0 | $18,000 - $22,000 | $0.00 |
| 0096 | [EFH] Official Committee Issues & Meet. | 40 - 60 | 0 | $12,000 - $18,000 | $0.00 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 25 - 35 | 0 | $20,000 - $25,000 | $0.00 |
| 0113 | [ALL] Enforcement of TTI Rights | 60 - 80 | 1.50 | $80,000 - $95,000 | $1,492.50 |
| 0114 | [ALL] Drag Along Rights | 60 - 80 | 0 | $40,000 - $65,000 | $0.00 |
| 0115 | [TCEH] Exit Financing | 40 - 50 | 631.60 | $80,000 - $85,000 | $500,665.50 |
| **Total** | | **16,960 - 19,470** | **10,152.80** | **$14,410,000 - $16,680,000** | **$8,239,650.00** |