## Exhibit D

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Professional Person | Position with the Applicant | Fees Billed In this Application | Hours Billed In this Application | Hourly Rate Billed | | Fees Billed |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Todd W. Filsinger | Senior Managing Director | $60,600.00 | 80.80 | $750 | $750 | $60,600.00 |
| Jean Bailie (Agras) | Managing Director | $30,600.00 | 42.50 | $720 | $720 | $30,600.00 |
| Gary Germeroth | Managing Director | $83,160.00 | 115.50 | $720 | $720 | $83,160.00 |
| Dave Andrus | Director | $63,210.00 | 98.00 | $645 | n/a | n/a |
| Scott Davis | Director | $9,537.50 | 17.50 | $545 | $545 | $9,537.50 |
| Michael Green | Director | $2,200.00 | 4.00 | $550 | n/a | n/a |
| Paul Harmon | Director | $9,487.50 | 16.50 | $575 | $575 | $9,487.50 |
| Kimberly Eckert | Managing Consultant | $11,137.50 | 22.50 | $495 | n/a | n/a |
| Michael Gadsden | Managing Consultant | $6,670.00 | 14.50 | $460 | $460 | $6,670.00 |
| Jill Kawakami | Managing Consultant | $10,965.00 | 25.50 | $430 | $430 | $10,965.00 |
| Buck Monday | Managing Consultant | $4,050.00 | 9.00 | $450 | $450 | $4,050.00 |
| Nathan Pollak | Managing Consultant | $28,750.00 | 62.50 | $460 | $405 | $25,312.50 |
| Samuel Schreiber | Managing Consultant | $25,025.00 | 55.00 | $455 | $455 | $25,025.00 |
| Laura Hatanaka | Consultant | $17,745.00 | 45.50 | $390 | $390 | $17,745.00 |
| Pamela Morin | Consultant | $7,904.00 | 20.80 | $380 | $380 | $7,904.00 |
| | Totals:[1] | $371,041.50 | 630.10 | $588.86 | | |

---

[1] Blended hourly rate shown.

RLF1 16966129v.1