**Exhibit E**

**Summary of Actual and Necessary Expenses for the Fee Period**

| **Expense[1]** | **Amount** |
|---|---:|
| Lodging | $1,414.24 |
| Airfare | $2,994.57 |
| Taxi | $1,168.81 |
| Travel Meals | $257.02 |
| Vehicle Rental | $75.00 |
| Copies & Postage | $6.45 |
| Other | $30.00 |
| **Totals:** | **$5,946.09** |

---

[1] Travel expense categories included in this table have been summarized compared to the Detailed Description of Expenses Incurred (Exhibit H).

RLF1 16966129v.1