## Exhibit F

## Summary of Fees and Expenses by Project Category for the Fee Period

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 1 | Long-Range Forecast | 45.50 | $22,720.00 | $0.00 | $22,720.00 |
| 2 | Metric Analysis | 4.50 | $3,375.00 | $0.00 | $3,375.00 |
| 3 | Generation Analysis | 49.50 | $25,580.00 | $0.00 | $25,580.00 |
| 4 | Retail Analysis | 0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Commodity Analysis | 42.80 | $21,318.00 | $0.00 | $21,318.00 |
| 6 | Competitor Analysis | 2.50 | $1,800.00 | $0.00 | $1,800.00 |
| 7 | EBITDA Projection | 5.50 | $3,960.00 | $0.00 | $3,960.00 |
| 8 | Environmental Analysis | 22.50 | $12,575.00 | $0.00 | $12,575.00 |
| 9 | Short-Range Forecast | 0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Capital Projects | 0.00 | $0.00 | $0.00 | $0.00 |
| 11 | Wholesale Operations | 14.00 | $9,725.00 | $0.00 | $9,725.00 |
| 12 | Retail Operations | 0.00 | $0.00 | $0.00 | $0.00 |
| 13 | T&D Operations | 90.30 | $58,015.00 | $0.00 | $58,015.00 |
| 14 | Data Collection and Diligence | 9.50 | $6,872.50 | $0.00 | $6,872.50 |
| 15 | Reports | 87.30 | $50,067.00 | $0.00 | $50,067.00 |
| 16 | Hearings | 0.00 | $0.00 | $0.00 | $0.00 |
| 17 | On Site Diligence | 19.00 | $12,517.50 | $5,916.09 | $18,433.59 |
| 18 | Project Management | 0.50 | $360.00 | $0.00 | $360.00 |
| 19 | Project Administration | 0.00 | $0.00 | $0.00 | $0.00 |
| 20 | T&D Forecast | 108.50 | $70,770.00 | $0.00 | $70,770.00 |
| 21 | Fee Objection & Litigation | 0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Fee Application | 24.80 | $9,724.00 | $30.00 | $9,754.00 |
| 23 | Business Services Analysis | 0.00 | $0.00 | $0.00 | $0.00 |

RLF1 16966129v.1

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 24 | Retail Margins | 0.00 | $0.00 | $0.00 | $0.00 |
| 25 | T&D Market Research | 12.50 | $6,525.00 | $0.00 | $6,525.00 |
| 26 | Wholesale Market Research | 13.50 | $7,357.50 | $0.00 | $7,357.50 |
| 27 | Retail Market Research | 0.00 | $0.00 | $0.00 | $0.00 |
| 28 | Performance Analysis | 0.00 | $0.00 | $0.00 | $0.00 |
| 29 | Sales, General & Administrative Analysis | 0.00 | $0.00 | $0.00 | $0.00 |
| 30 | Portfolio Analysis | 0.00 | $0.00 | $0.00 | $0.00 |
| 31 | Oncor Revenue Analysis | 30.90 | $21,847.50 | $0.00 | $21,847.50 |
| 32 | Oncor Capital Structure | 7.00 | $5,250.00 | $0.00 | $5,250.00 |
| 33 | Regulatory Analysis | 0.00 | $0.00 | $0.00 | $0.00 |
| 34 | Claims & Settlement Issues | 0.00 | $0.00 | $0.00 | $0.00 |
| 35 | Property Tax Analysis | 39.50 | $20,682.50 | $0.00 | $20,682.50 |
| 36 | Analysis of Competitive Portfolios | 0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | | **630.10** | **$371,041.50** | **$5,946.09** | **$376,987.59** |

RLF1 16966129v.1