**<u>Exhibit G</u>**

**Detailed Description of Services Provided**

| Invoice | Matter[1] | Date | Employee | Title | Rate | Hours | Fees | Narrative |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-048 | 13 | 9/1/2016 | Buck Monday | Managing Consultant | $450 | 3.0 | $1,350.00 | Transmission and Distribution Charge Analysis-Uploading Photos, Copying and mailing Data |
| EFCH/TCH-CS-048 | 20 | 9/1/2016 | Dave Andrus | Director | $645 | 2.5 | $1,612.50 | Capital Analysis-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/1/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Capital Analysis-Analysis of FERC Form 1 Technology and Meter capex |
| EFCH/TCH-CS-048 | 20 | 9/1/2016 | Dave Andrus | Director | $645 | 2.5 | $1,612.50 | Capital Analysis-Review of Texas Energy Assurance Plan |
| EFCH/TCH-CS-048 | 11 | 9/1/2016 | Gary Germeroth | Managing Director | $720 | 1.0 | $720.00 | Wholesale Prices Modeling-Review current initial derivation of generation offer data on the coal and gas fired plants |
| EFCH/TCH-CS-048 | 3 | 9/1/2016 | Mike Green | Director | $550 | 4.0 | $2,200.00 | Retail Competitor Analysis-Natural gas price trends and coal plant sale price correlation analysis |
| EFCH/TCH-CS-048 | 17 | 9/1/2016 | Paul Harmon | Director | $575 | 2.5 | $1,437.50 | Travel-One Half of Travel Time Dallas to Denver |
| EFCH/TCH-CS-048 | 5 | 9/1/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.0 | $455.00 | Fuel Commodity Analysis-Develop coal price projections and sensitivities |
| EFCH/TCH-CS-048 | 3 | 9/1/2016 | Samuel Schreiber | Managing Consultant | $455 | 3.0 | $1,365.00 | Plant Analysis-Review and analyze third-party analysis of coal plant operations and cash flows |
| EFCH/TCH-CS-048 | 5 | 9/1/2016 | Samuel Schreiber | Managing Consultant | $455 | 3.0 | $1,365.00 | Oak Grove Analysis-Conduct FGEN runs related to coal pricing sensitivities for Oak Grove |
| EFCH/TCH-CS-048 | 5 | 9/1/2016 | Samuel Schreiber | Managing Consultant | $455 | 2.0 | $910.00 | Sandow S Analysis-Conduct FGEN runs related to coal pricing at Sandow |
| EFCH/TCH-CS-048 | 3 | 9/1/2016 | Jean Bailie (Agras) | Managing Director | $720 | 1.5 | $1,080.00 | Wholesale Prices Modeling-Researched historical price data for generation dispatch comparison |
| EFCH/TCH-CS-048 | 5 | 9/1/2016 | Jean Bailie (Agras) | Managing Director | $720 | 4.0 | $2,880.00 | Fuel Commodity Analysis-Set up gas price scenarios for 2014 runs to include three cases for running |
| EFCH/TCH-CS-048 | 1 | 9/1/2016 | Jean Bailie (Agras) | Managing Director | $720 | 3.5 | $2,520.00 | Documentation-Updated run results template for 2014 run to analyze results through 2053 |
| EFCH/TCH-CS-048 | 25 | 9/1/2016 | Laura Hatanaka | Consultant | $390 | 3.0 | $1,170.00 | Distribution Operations-Update the Oncor valuation report with updated FERC and cost analysis data |
| EFCH/TCH-CS-048 | 1 | 9/1/2016 | Laura Hatanaka | Consultant | $390 | 2.0 | $780.00 | Wholesale Prices Modeling-Calculate and update the analysis for the fundamental model for the property tax case |
| EFCH/TCH-CS-048 | 1 | 9/1/2016 | Laura Hatanaka | Consultant | $390 | 2.0 | $780.00 | Wholesale Prices Modeling-Run the fundamental model for the property tax cases |
| EFCH/TCH-CS-048 | 13 | 9/2/2016 | Buck Monday | Managing Consultant | $450 | 3.0 | $1,350.00 | Transmission and Distribution Charge Analysis-reviewing distribution Capex, discuss with Paul and Dave |
| EFCH/TCH-CS-048 | 20 | 9/2/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Capital Analysis-Development of future Capex needs estimates |
| EFCH/TCH-CS-048 | 20 | 9/2/2016 | Dave Andrus | Director | $645 | 1.0 | $645.00 | Capital Analysis-Discussion of future capex needs |
| EFCH/TCH-CS-048 | 20 | 9/2/2016 | Dave Andrus | Director | $645 | 1.5 | $967.50 | Capital Analysis-Analysis of Company Investment Drivers |
| EFCH/TCH-CS-048 | 20 | 9/2/2016 | Dave Andrus | Director | $645 | 1.0 | $645.00 | Capital Analysis-Report data update and validation |
| EFCH/TCH-CS-048 | 35 | 9/2/2016 | Gary Germeroth | Managing Director | $720 | 2.0 | $1,440.00 | Projections-Derive and review the relevant scenarios required for the coal generation fleet property tax evaluation due to its reliance on lignite fuel |
| EFCH/TCH-CS-048 | 6 | 9/2/2016 | Gary Germeroth | Managing Director | $720 | 2.5 | $1,800.00 | Rate of Return Analysis-Research on comparable rates of return being earned and approved in the regulated utility market for transmission and distribution assets |
| EFCH/TCH-CS-048 | 3 | 9/2/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Plant Operations-Analyze Luminant fossil steam generation assets |
| EFCH/TCH-CS-048 | 13 | 9/2/2016 | Paul Harmon | Director | $575 | 1.0 | $575.00 | Distribution Operations-Oncor Distribution Capex Discussion |
| EFCH/TCH-CS-048 | 13 | 9/2/2016 | Paul Harmon | Director | $575 | 3.0 | $1,725.00 | Participation, Preparation and Follow-Up to Site Visits-Updated TNmP Fieldwork data and photos |
| EFCH/TCH-CS-048 | 13 | 9/2/2016 | Paul Harmon | Director | $575 | 3.0 | $1,725.00 | Participation, Preparation and Follow-Up to Site Visits-Updated Centerpoint Fieldwork data and photos |
| EFCH/TCH-CS-048 | 35 | 9/2/2016 | Samuel Schreiber | Managing Consultant | $455 | 2.5 | $1,137.50 | Pro Forma Development-Input results of FGEN runs to pro forma for evaluation |
| EFCH/TCH-CS-048 | 35 | 9/2/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.5 | $682.50 | Plant Analysis-Analyze rendered property tax values of coal plants in Texas |
| EFCH/TCH-CS-048 | 35 | 9/2/2016 | Samuel Schreiber | Managing Consultant | $455 | 3.0 | $1,365.00 | Plant Analysis-Analyze sensitivity of coal plant value to assumed coal commodity pricing |
| EFCH/TCH-CS-048 | 3 | 9/2/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.0 | $455.00 | Capital Analysis-Develop updated cost of capital sensitivity analysis |
| EFCH/TCH-CS-048 | 1 | 9/2/2016 | Jean Bailie (Agras) | Managing Director | $720 | 2.5 | $1,800.00 | Wholesale Prices Modeling-Set up Aurora runs for 2014 No environmental and haze cases |
| EFCH/TCH-CS-048 | 1 | 9/2/2016 | Jean Bailie (Agras) | Managing Director | $720 | 4.0 | $2,880.00 | Documentation-Updated run results template for 2015 run to analyze results through 2053 |
| EFCH/TCH-CS-048 | 1 | 9/2/2016 | Jean Bailie (Agras) | Managing Director | $720 | 3.5 | $2,520.00 | Wholesale Prices Modeling-Processed results from Aurora runs for 6 cases for 2014 long term forecast |
| EFCH/TCH-CS-048 | 1 | 9/2/2016 | Laura Hatanaka | Consultant | $390 | 3.0 | $1,170.00 | Wholesale Prices Modeling-Update the fundamental model for the 2014 and 2015 end of year property tax case |
| EFCH/TCH-CS-048 | 1 | 9/2/2016 | Laura Hatanaka | Consultant | $390 | 2.5 | $975.00 | Wholesale Prices Modeling-Run the fundamental model for the property tax cases under different case scenarios |
| EFCH/TCH-CS-048 | 31 | 9/2/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 3.9 | $2,925.00 | Distribution Operations-Review draft of Section 2 and tables |
| EFCH/TCH-CS-048 | 1 | 9/3/2016 | Laura Hatanaka | Consultant | $390 | 1.0 | $390.00 | Wholesale Prices Modeling-Run and analyze different scenario runs in the fundamental model for the Property tax cases |
| EFCH/TCH-CS-048 | 1 | 9/4/2016 | Laura Hatanaka | Consultant | $390 | 1.5 | $585.00 | Wholesale Prices Modeling-Continued, Run and analyze different scenario runs in the fundamental model for the Property tax cases |
| EFCH/TCH-CS-048 | 20 | 9/6/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Field Inspections-Development of future Capex needs estimates |
| EFCH/TCH-CS-048 | 20 | 9/6/2016 | Dave Andrus | Director | $645 | 3.0 | $1,935.00 | Capital Analysis-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/6/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Capital Analysis-Analysis of FERC Form 1 Technology and Meter capex |
| EFCH/TCH-CS-048 | 25 | 9/6/2016 | Gary Germeroth | Managing Director | $720 | 2.0 | $1,440.00 | Operations & Maintenance Cost Analysis-Build graphics related to peer analysis in draft Oncor expert report |
| EFCH/TCH-CS-048 | 15 | 9/6/2016 | Gary Germeroth | Managing Director | $720 | 2.5 | $1,800.00 | Court Filings and Related Documents-Edit and enhance transmission and distribution peer analysis section of the draft Oncor expert report; import appropriate graphics |
| EFCH/TCH-CS-048 | 11 | 9/6/2016 | Gary Germeroth | Managing Director | $720 | 1.0 | $720.00 | Wholesale Prices Modeling-Analyze and edit  response to Company regarding quick start CT generation offers into ERCOT |
| EFCH/TCH-CS-048 | 15 | 9/6/2016 | Gary Germeroth | Managing Director | $720 | 3.5 | $2,520.00 | Court Filings and Related Documents-Draft and edit revised summary of results section for draft expert report |
| EFCH/TCH-CS-048 | 5 | 9/6/2016 | Michael Gadsden | Managing Consultant | $460 | 1.3 | $598.00 | Wholesale Prices Modeling-Modeled coal plant nodal basis power prices |
| EFCH/TCH-CS-048 | 5 | 9/6/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Wholesale Prices Modeling-Analyze summer peak demand and energy pricing |
| EFCH/TCH-CS-048 | 5 | 9/6/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Wholesale Prices Modeling-Analyze historical ERCOT nodal price basis differentials |
| EFCH/TCH-CS-048 | 22 | 9/6/2016 | Pamela Morin | Consultant | $380 | 1.0 | $380.00 | Fee Application-Review expense documentation |
| EFCH/TCH-CS-048 | 35 | 9/6/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.5 | $682.50 | Oak Grove Analysis-Continue developing FGEN inputs for Oak Grove property tax analysis |
| EFCH/TCH-CS-048 | 35 | 9/6/2016 | Samuel Schreiber | Managing Consultant | $455 | 0.5 | $227.50 | Sandow Analysis-Continue developing FGEN inputs for Sandow property tax analysis |
| EFCH/TCH-CS-048 | 15 | 9/6/2016 | Samuel Schreiber | Managing Consultant | $455 | 2.0 | $910.00 | Field Inspections-Develop updated Oncor fieldwork maps and analysis for report |
| EFCH/TCH-CS-048 | 7 | 9/6/2016 | Jean Bailie (Agras) | Managing Director | $720 | 4.0 | $2,880.00 | Generation Asset Modeling-Updated Fpower to handle price inputs through 2053 and all scenarios |
| EFCH/TCH-CS-048 | 8 | 9/6/2016 | Jean Bailie (Agras) | Managing Director | $720 | 3.5 | $2,520.00 | Carbon Modeling-Set up 6 Environmental cases for 2014 and 2015 scenarios |
| EFCH/TCH-CS-048 | 7 | 9/6/2016 | Jean Bailie (Agras) | Managing Director | $720 | 1.5 | $1,080.00 | Documentation-Updated run results file to automatically generate monthly prices for emissions and coal |
| EFCH/TCH-CS-048 | 13 | 9/6/2016 | Laura Hatanaka | Consultant | $390 | 3.5 | $1,365.00 | Participation, Preparation and Follow-Up to Site Visits-Input Oncor fieldwork data and update the analysis of the Oncor and competitor asset review |
| EFCH/TCH-CS-048 | 1 | 9/6/2016 | Laura Hatanaka | Consultant | $390 | 3.0 | $1,170.00 | Wholesale Prices Modeling-Analyze the fundamental model runs for the 2015 property tax scenarios |
| EFCH/TCH-CS-048 | 1 | 9/6/2016 | Laura Hatanaka | Consultant | $390 | 1.5 | $585.00 | Wholesale Prices Modeling-Pull power prices from the 2014 and 2015 scenario runs for the property tax cases |
| EFCH/TCH-CS-048 | 5 | 9/6/2016 | Laura Hatanaka | Consultant | $390 | 1.5 | $585.00 | Wholesale Prices Modeling-Analyze and assess the power prices from the different scenarios |
| EFCH/TCH-CS-048 | 31 | 9/6/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 4.5 | $3,375.00 | Operations & Maintenance Cost Analysis-Have latest run on ONCOR |
| EFCH/TCH-CS-048 | 13 | 9/6/2016 | Scott Davis | Director | $545 | 1.0 | $545.00 | Retail Market Analysis-Research TDU complaints; submit PUCT ORR |
| EFCH/TCH-CS-048 | 20 | 9/7/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Capital Analysis-Analysis of FERC Form 1 Technology and Meter capex |
| EFCH/TCH-CS-048 | 20 | 9/7/2016 | Dave Andrus | Director | $645 | 3.0 | $1,935.00 | Capital Analysis-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/7/2016 | Dave Andrus | Director | $645 | 1.5 | $967.50 | Capital Analysis-Analysis of Company historic PUCT customer complaints |
| EFCH/TCH-CS-048 | 20 | 9/7/2016 | Gary Germeroth | Managing Director | $720 | 3.5 | $2,520.00 | Projections-Revise Oncor financial model related to various assumptions that are integral to analysis |
| EFCH/TCH-CS-048 | 35 | 9/7/2016 | Gary Germeroth | Managing Director | $720 | 0.5 | $360.00 | Oak Grove Analysis-Review Oak Grove property tax valuation scenarios in preparation for a meeting with the Company |
| EFCH/TCH-CS-048 | 35 | 9/7/2016 | Gary Germeroth | Managing Director | $720 | 0.5 | $360.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Call with the Company related to Oak Grove property tax scenarios |
| EFCH/TCH-CS-048 | 20 | 9/7/2016 | Gary Germeroth | Managing Director | $720 | 4.0 | $2,880.00 | Court Filings and Related Documents-Review, edit and re-write the financial review section of the draft Oncor expert report |

| Invoice | Matter¹ | Date | Employee | Title | Rate | Hours | Fees | Narrative |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-048 | 15 | 9/7/2016 | Gary Germeroth | Managing Director | $720 | 1.5 | $1,080.00 | Court Filings and Related Documents-Edit and re-write the conclusive portion of the draft Oncor expert report |
| EFCH/TCH-CS-048 | 5 | 9/7/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Wholesale Prices Modeling-Analyze historical 15 minute SPP trends in ERCOT market |
| EFCH/TCH-CS-048 | 22 | 9/7/2016 | Pamela Morin | Consultant | $380 | 0.5 | $190.00 | Fee Application-Continued preparation of July fee statement |
| EFCH/TCH-CS-048 | 22 | 9/7/2016 | Pamela Morin | Consultant | $380 | 1.0 | $380.00 | Fee Application-Review expense documentation |
| EFCH/TCH-CS-048 | 35 | 9/7/2016 | Samuel Schreiber | Managing Consultant | $455 | 0.5 | $227.50 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Call with Luminant property tax team to discuss Oak Grove rendition |
| EFCH/TCH-CS-048 | 35 | 9/7/2016 | Samuel Schreiber | Managing Consultant | $455 | 2.5 | $1,137.50 | Wholesale Prices Modeling-Review market forecast inputs and assumptions |
| EFCH/TCH-CS-048 | 15 | 9/7/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.0 | $455.00 | Field Inspections-Continue developing updated Oncor fieldwork maps and analysis for report |
| EFCH/TCH-CS-048 | 3 | 9/7/2016 | Jean Bailie (Agras) | Managing Director | $720 | 4.0 | $2,880.00 | Plant Analysis-Analyzed results of retiring ERCOT coal plants for NPV |
| EFCH/TCH-CS-048 | 1 | 9/7/2016 | Jill Kawakami | Managing Consultant | $430 | 3.5 | $1,505.00 | Wholesale Prices Modeling-Reviewed run results and assumption updates for 2015 property tax scenarios |
| EFCH/TCH-CS-048 | 8 | 9/7/2016 | Jill Kawakami | Managing Consultant | $430 | 3.0 | $1,290.00 | Carbon Modeling-Reviewed carbon constrained run setup and initial results |
| EFCH/TCH-CS-048 | 8 | 9/7/2016 | Jill Kawakami | Managing Consultant | $430 | 1.5 | $645.00 | Carbon Modeling-Processed run results and capacity compensation for 2015 environmental scenarios |
| EFCH/TCH-CS-048 | 13 | 9/7/2016 | Laura Hatanaka | Consultant | $390 | 3.5 | $1,365.00 | Participation, Preparation and Follow-Up to Site Visits-Input Oncor fieldwork data and update the analysis of the Oncor and competitor asset review |
| EFCH/TCH-CS-048 | 25 | 9/7/2016 | Laura Hatanaka | Consultant | $390 | 2.0 | $780.00 | Transmission and Distribution Charge Analysis-Update the Oncor report with the updated fieldwork data |
| EFCH/TCH-CS-048 | 11 | 9/7/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 1.0 | $750.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Meet with Luminant mining and ops staff |
| EFCH/TCH-CS-048 | 15 | 9/7/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 2.5 | $1,875.00 | Generation Asset Modeling-Review bidding data and histogram results |
| EFCH/TCH-CS-048 | 35 | 9/7/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 2.0 | $1,500.00 | Plant Analysis-Review and discuss property tax analysis of plants vs mines |
| EFCH/TCH-CS-048 | 31 | 9/7/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 2.5 | $1,875.00 | Operations & Maintenance Cost Analysis-Draft and mark up section outlines for draft report |
| EFCH/TCH-CS-048 | 13 | 9/7/2016 | Scott Davis | Director | $545 | 2.0 | $1,090.00 | Retail Market Analysis-Analysis of PUCT TDU complaints data |
| EFCH/TCH-CS-048 | 20 | 9/8/2016 | Dave Andrus | Director | $645 | 1.5 | $967.50 | Capital Analysis-Field work summary |
| EFCH/TCH-CS-048 | 20 | 9/8/2016 | Dave Andrus | Director | $645 | 4.0 | $2,580.00 | Capital Analysis-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/8/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Capital Analysis-Development of future Capex needs estimates |
| EFCH/TCH-CS-048 | 15 | 9/8/2016 | Gary Germeroth | Managing Director | $720 | 2.0 | $1,440.00 | Court Filings and Related Documents-Review revised analysis that was incorporated into the draft expert report to ensure consistency with report language |
| EFCH/TCH-CS-048 | 20 | 9/8/2016 | Gary Germeroth | Managing Director | $720 | 3.0 | $2,160.00 | Projections-Evaluate certain operating expense scenarios related to the transmission and distribution segment financial model |
| EFCH/TCH-CS-048 | 3 | 9/8/2016 | Michael Gadsden | Managing Consultant | $460 | 3.0 | $1,380.00 | Generation Asset Modeling-Updated generator dispatch model |
| EFCH/TCH-CS-048 | 11 | 9/8/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Plant Operations-Analyze Luminant steam generation |
| EFCH/TCH-CS-048 | 35 | 9/8/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $910.00 | Wholesale Prices Modeling-Review output market prices for input to FGEN stochastic model |
| EFCH/TCH-CS-048 | 3 | 9/8/2016 | Jean Bailie (Agras) | Managing Director | $720 | 4.0 | $2,880.00 | Plant Analysis-Set up Aurora to test varying retirement assumptions across scenarios |
| EFCH/TCH-CS-048 | 8 | 9/8/2016 | Jill Kawakami | Managing Consultant | $430 | 3.0 | $1,290.00 | Carbon Modeling-Updated carbon constrained settings and ran sample scenarios for various run setup parameters |
| EFCH/TCH-CS-048 | 8 | 9/8/2016 | Jill Kawakami | Managing Consultant | $430 | 2.0 | $860.00 | Carbon Modeling-Created comparison of carbon price scenario results and build plans based on various logic settings |
| EFCH/TCH-CS-048 | 8 | 9/8/2016 | Jill Kawakami | Managing Consultant | $430 | 1.5 | $645.00 | Carbon Modeling-Ran hourly carbon runs with resulting shadow adder price from long-term runs |
| EFCH/TCH-CS-048 | 8 | 9/8/2016 | Jill Kawakami | Managing Consultant | $430 | 1.5 | $645.00 | Carbon Modeling-Processed hourly environmental price results and ran capacity compensation |
| EFCH/TCH-CS-048 | 25 | 9/8/2016 | Laura Hatanaka | Consultant | $390 | 1.5 | $585.00 | Transmission and Distribution Charge Analysis-Discuss the Oncor fieldwork inputs and analysis and update the report with updated data |
| EFCH/TCH-CS-048 | 20 | 9/9/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Capital Analysis-Field work summary |
| EFCH/TCH-CS-048 | 20 | 9/9/2016 | Dave Andrus | Director | $645 | 4.0 | $2,580.00 | Field Inspections-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/9/2016 | Dave Andrus | Director | $645 | 1.5 | $967.50 | Capital Analysis-Analysis of Company Investment Drivers |
| EFCH/TCH-CS-048 | 15 | 9/9/2016 | Gary Germeroth | Managing Director | $720 | 2.5 | $1,800.00 | Court Filings and Related Documents-Incorporate additional suggested changes by internal personnel into the draft Oncor expert report |
| EFCH/TCH-CS-048 | 5 | 9/9/2016 | Nathan Pollak | Managing Consultant | $460 | 1.0 | $460.00 | Wholesale Prices Modeling-Analyze 15 minute ERCOT nodal pricing |
| EFCH/TCH-CS-048 | 35 | 9/9/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.5 | $682.50 | Plant Analysis-Develop additional FGEN inputs for property tax analyses |
| EFCH/TCH-CS-048 | 31 | 9/9/2016 | Samuel Schreiber | Managing Consultant | $455 | 0.5 | $227.50 | Documentation-Assist with Oncor report development |
| EFCH/TCH-CS-048 | 3 | 9/9/2016 | Jean Bailie (Agras) | Managing Director | $720 | 3.5 | $2,520.00 | Carbon Research-Iterated through carbon runs for 2014 long-term forecast |
| EFCH/TCH-CS-048 | 8 | 9/9/2016 | Jean Bailie (Agras) | Managing Director | $720 | 3.0 | $2,160.00 | Quality Control-Compared results across all scenarios for validation |
| EFCH/TCH-CS-048 | 1 | 9/9/2016 | Jill Kawakami | Managing Consultant | $430 | 1.5 | $645.00 | Wholesale Prices Modeling-Verified hourly price results in each 2015 run result file |
| EFCH/TCH-CS-048 | 1 | 9/9/2016 | Jill Kawakami | Managing Consultant | $430 | 2.0 | $860.00 | Wholesale Prices Modeling-Calculated coal cost multiplier to calibrate ERCOT short-term price curves to forward prices |
| EFCH/TCH-CS-048 | 1 | 9/9/2016 | Jill Kawakami | Managing Consultant | $430 | 3.0 | $1,290.00 | Wholesale Prices Modeling-Ran and processed capacity compensation model for each 2015 no environmental and regional haze run results |
| EFCH/TCH-CS-048 | 1 | 9/9/2016 | Jill Kawakami | Managing Consultant | $430 | 3.0 | $1,290.00 | Wholesale Prices Modeling-Created completed price comparison file for all scenario results |
| EFCH/TCH-CS-048 | 25 | 9/9/2016 | Laura Hatanaka | Consultant | $390 | 1.0 | $390.00 | Transmission and Distribution Charge Analysis-Update the Oncor report with the updated reliability tables |
| EFCH/TCH-CS-048 | 1 | 9/9/2016 | Laura Hatanaka | Consultant | $390 | 2.5 | $975.00 | Wholesale Prices Modeling-Analyze different scenario runs from the fundamental model for the Property tax cases assessing the hourly prices |
| EFCH/TCH-CS-048 | 15 | 9/12/2016 | Kimberly Eckert | Managing Consultant | $495 | 4.0 | $1,980.00 | Transmission Operations-Review and analyze overview of transmission business and operational structure |
| EFCH/TCH-CS-048 | 15 | 9/12/2016 | Kimberly Eckert | Managing Consultant | $495 | 4.0 | $1,980.00 | Distribution Operations-Review and analyze overview of distribution business and operational structure |
| EFCH/TCH-CS-048 | 17 | 9/12/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 5.0 | $3,750.00 | Field Inspections-Review competitor t and d field analysis |
| EFCH/TCH-CS-048 | 11 | 9/12/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 3.0 | $2,250.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Staff meeting and meet with Luminant staff to discuss YTD results |
| EFCH/TCH-CS-048 | 20 | 9/12/2016 | Dave Andrus | Director | $645 | 2.5 | $1,612.50 | Capital Analysis-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/12/2016 | Dave Andrus | Director | $645 | 2.5 | $1,612.50 | Capital Analysis-Company data verification for report |
| EFCH/TCH-CS-048 | 20 | 9/12/2016 | Dave Andrus | Director | $645 | 1.5 | $967.50 | Capital Analysis-Field work summary |
| EFCH/TCH-CS-048 | 17 | 9/12/2016 | Gary Germeroth | Managing Director | $720 | 2.5 | $1,800.00 | Travel-Travel from Denver to Dallas for meetings with various Company personnel (billed at a 50% rate) |
| EFCH/TCH-CS-048 | 11 | 9/12/2016 | Gary Germeroth | Managing Director | $720 | 1.0 | $720.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Meeting with Company regarding additional data needs and analysis requirements for the ERCOT generation offer analysis |
| EFCH/TCH-CS-048 | 13 | 9/12/2016 | Gary Germeroth | Managing Director | $720 | 2.0 | $1,440.00 | Projections-Evaluate transmission & distribution returns and L/T growth rates assuming scenario assumptions |
| EFCH/TCH-CS-048 | 15 | 9/12/2016 | Michael Gadsden | Managing Consultant | $460 | 3.0 | $1,380.00 | Transmission Operations-Edited Oncor expert report - transmission |
| EFCH/TCH-CS-048 | 15 | 9/12/2016 | Michael Gadsden | Managing Consultant | $460 | 2.5 | $1,150.00 | Distribution Operations-Edited Oncor expert report - distribution |
| EFCH/TCH-CS-048 | 17 | 9/12/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Travel-Travel from Denver, CO to Dallas, TX (billed 1/2 time) |
| EFCH/TCH-CS-048 | 3 | 9/12/2016 | Nathan Pollak | Managing Consultant | $460 | 1.0 | $460.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Review generation analysis with Luminant staff |
| EFCH/TCH-CS-048 | 22 | 9/12/2016 | Pamela Morin | Consultant | $380 | 0.5 | $190.00 | Fee Application-Review expense documentation |
| EFCH/TCH-CS-048 | 22 | 9/12/2016 | Pamela Morin | Consultant | $380 | 1.5 | $570.00 | Fee Application-Prepare fee statement for August |
| EFCH/TCH-CS-048 | 13 | 9/12/2016 | Paul Harmon | Director | $575 | 1.0 | $575.00 | Capital Analysis-Oncor Capex budget review |
| EFCH/TCH-CS-048 | 15 | 9/12/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.5 | $682.50 | Rate of Return Analysis-Review Oncor expert report and background sections |
| EFCH/TCH-CS-048 | 31 | 9/12/2016 | Samuel Schreiber | Managing Consultant | $455 | 2.5 | $1,137.50 | Transmission Operations-Review Oncor expert report sections related to EBITDA forecasts |
| EFCH/TCH-CS-048 | 15 | 9/13/2016 | Kimberly Eckert | Managing Consultant | $495 | 3.5 | $1,732.50 | Transmission Operations-Review and analyze capital spending forecasts for transmission business as provided by Oncor |
| EFCH/TCH-CS-048 | 15 | 9/13/2016 | Kimberly Eckert | Managing Consultant | $495 | 3.0 | $1,485.00 | Distribution Operations-Review and analyze capital spending forecasts for distribution business as provided by Oncor |
| EFCH/TCH-CS-048 | 15 | 9/13/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 1.0 | $750.00 | Field Inspections-Outline executive summary level doc |
| EFCH/TCH-CS-048 | 15 | 9/13/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 4.0 | $3,000.00 | Field Inspections-Review technical section of Oncor overview |

EXHIBIT G

| Invoice | Matter¹ | Date | Employee | Title | Rate | Hours | Fees | Narrative |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-048 | 13 | 9/13/2016 | Buck Monday | Managing Consultant | $450 | 1.0 | $450.00 | Documentation-Review and comment on T&D analysis |
| EFCH/TCH-CS-048 | 20 | 9/13/2016 | Dave Andrus | Director | $645 | 2.5 | $1,612.50 | Capital Analysis-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/13/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Capital Analysis-Data verification for report |
| EFCH/TCH-CS-048 | 20 | 9/13/2016 | Dave Andrus | Director | $645 | 1.0 | $645.00 | Capital Analysis-Analyze of Company Investment Drivers |
| EFCH/TCH-CS-048 | 20 | 9/13/2016 | Dave Andrus | Director | $645 | 1.5 | $967.50 | Field Inspections-Field work summary |
| EFCH/TCH-CS-048 | 13 | 9/13/2016 | Gary Germeroth | Managing Director | $720 | 3.5 | $2,520.00 | Projections-Analyze and create short form Oncor look at portfolio values to test scenario cases |
| EFCH/TCH-CS-048 | 35 | 9/13/2016 | Gary Germeroth | Managing Director | $720 | 0.5 | $360.00 | Interactions, Calls and Meetings with Advisors to Debtors-Call with Company advisors regarding methodologies deployed related to property tax valuation work |
| EFCH/TCH-CS-048 | 15 | 9/13/2016 | Laura Hatanaka | Consultant | $390 | 2.5 | $975.00 | Documentation-Read and review the draft Oncor valuation report |
| EFCH/TCH-CS-048 | 15 | 9/13/2016 | Laura Hatanaka | Consultant | $390 | 2.0 | $780.00 | Documentation-Edit and format the Oncor valuation report |
| EFCH/TCH-CS-048 | 15 | 9/13/2016 | Michael Gadsden | Managing Consultant | $460 | 2.2 | $1,012.00 | Transmission Operations-Edited Oncor expert report - transmission |
| EFCH/TCH-CS-048 | 15 | 9/13/2016 | Michael Gadsden | Managing Consultant | $460 | 2.5 | $1,150.00 | Distribution Operations-Edited Oncor expert report - distribution |
| EFCH/TCH-CS-048 | 3 | 9/13/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Wholesale Prices Modeling-Analyze Luminant coal fired generation assets |
| EFCH/TCH-CS-048 | 17 | 9/13/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Travel-Travel from Dallas, TX to Denver, CO (billed 1/2 time) |
| EFCH/TCH-CS-048 | 22 | 9/13/2016 | Pamela Morin | Consultant | $380 | 0.5 | $190.00 | Fee Application-Prepare October Budget |
| EFCH/TCH-CS-048 | 22 | 9/13/2016 | Pamela Morin | Consultant | $380 | 0.5 | $190.00 | Fee Application-TCEH projection |
| EFCH/TCH-CS-048 | 35 | 9/13/2016 | Samuel Schreiber | Managing Consultant | $455 | 3.0 | $1,365.00 | Comanche Peak Analysis-Analyze CP property tax characteristics in support of bridge memo |
| EFCH/TCH-CS-048 | 15 | 9/13/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.0 | $455.00 | Rate of Return Analysis-Continue reviewing Oncor expert report |
| EFCH/TCH-CS-048 | 15 | 9/14/2016 | Kimberly Eckert | Managing Consultant | $495 | 4.0 | $1,980.00 | Transmission Operations-Review and analyze long-term drivers of transmission spending in ERCOT as related to Oncor's forecasts |
| EFCH/TCH-CS-048 | 15 | 9/14/2016 | Kimberly Eckert | Managing Consultant | $495 | 4.0 | $1,980.00 | Distribution Operations-Review and analyze long-term drivers of distribution spending in ERCOT as related to Oncor's forecasts |
| EFCH/TCH-CS-048 | 13 | 9/14/2016 | Buck Monday | Managing Consultant | $450 | 2.0 | $900.00 | Documentation-Continued review and comment on T&D analysis |
| EFCH/TCH-CS-048 | 20 | 9/14/2016 | Dave Andrus | Director | $645 | 4.0 | $2,580.00 | Capital Analysis-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/14/2016 | Dave Andrus | Director | $645 | 3.5 | $2,257.50 | Capital Analysis-Company data verification for report |
| EFCH/TCH-CS-048 | 35 | 9/14/2016 | Gary Germeroth | Managing Director | $720 | 0.5 | $360.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Call with Company and Company representatives regarding certain valuation reconciliations between financial reporting and tax reporting |
| EFCH/TCH-CS-048 | 13 | 9/14/2016 | Gary Germeroth | Managing Director | $720 | 3.0 | $2,160.00 | Court Filings and Related Documents-Review initial feedback on draft expert report related to transmission and distribution operations |
| EFCH/TCH-CS-048 | 17 | 9/14/2016 | Gary Germeroth | Managing Director | $720 | 2.0 | $1,440.00 | Travel-Travel from Dallas to Houston returning home from meetings with various Company personnel (billed at a 50% rate) |
| EFCH/TCH-CS-048 | 35 | 9/14/2016 | Gary Germeroth | Managing Director | $720 | 1.0 | $720.00 | Oak Grove Analysis-Analyze and review preliminary analysis for property tax purposes on Oak Grove facility |
| EFCH/TCH-CS-048 | 15 | 9/14/2016 | Laura Hatanaka | Consultant | $390 | 3.0 | $1,170.00 | Quality Control-Update and edit the draft Oncor valuation report |
| EFCH/TCH-CS-048 | 15 | 9/14/2016 | Laura Hatanaka | Consultant | $390 | 3.0 | $1,170.00 | Quality Control-Read and review the draft Oncor valuation report |
| EFCH/TCH-CS-048 | 13 | 9/14/2016 | Paul Harmon | Director | $575 | 4.0 | $2,300.00 | Distribution Operations-Reviewed draft Oncor Report |
| EFCH/TCH-CS-048 | 15 | 9/14/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.0 | $455.00 | Rate of Return Analysis-Review updates to Oncor expert report |
| EFCH/TCH-CS-048 | 35 | 9/14/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.0 | $455.00 | Oak Grove Analysis-Review Oak Grove's pollution control equipment and exemptions for property tax purposes |
| EFCH/TCH-CS-048 | 20 | 9/15/2016 | Dave Andrus | Director | $645 | 4.0 | $2,580.00 | Capital Analysis-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/15/2016 | Dave Andrus | Director | $645 | 3.5 | $2,257.50 | Capital Analysis-Company Capex verification for report |
| EFCH/TCH-CS-048 | 20 | 9/15/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Capital Analysis-Company and ERCOT Load forecast verification for report |
| EFCH/TCH-CS-048 | 13 | 9/15/2016 | Gary Germeroth | Managing Director | $720 | 4.0 | $2,880.00 | Court Filings and Related Documents-Discussion regarding specific draft Oncor expert report comments and derive new analysis required to complete draft |
| EFCH/TCH-CS-048 | 13 | 9/15/2016 | Gary Germeroth | Managing Director | $720 | 1.5 | $1,080.00 | Court Filings and Related Documents-Analyze feedback and potential changes to the draft expert report |
| EFCH/TCH-CS-048 | 13 | 9/15/2016 | Gary Germeroth | Managing Director | $720 | 2.0 | $1,440.00 | Court Filings and Related Documents-Review detailed draft expert report comments and formally incorporate them into the document |
| EFCH/TCH-CS-048 | 22 | 9/15/2016 | Pamela Morin | Consultant | $380 | 0.4 | $152.00 | Fee Application-Participate in conference call on TCEH fee process |
| EFCH/TCH-CS-048 | 22 | 9/15/2016 | Pamela Morin | Consultant | $380 | 0.4 | $152.00 | Fee Application-Make changes and finalize October Budget |
| EFCH/TCH-CS-048 | 22 | 9/15/2016 | Pamela Morin | Consultant | $380 | 0.5 | $190.00 | Fee Application-Final changes and updates to Sept fee statement |
| EFCH/TCH-CS-048 | 13 | 9/15/2016 | Paul Harmon | Director | $575 | 2.0 | $1,150.00 | Distribution Operations-Edited draft Oncor Report |
| EFCH/TCH-CS-048 | 35 | 9/15/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.5 | $682.50 | Oak Grove Analysis-Update analysis of Oak Grove with additional coal price sensitivities |
| EFCH/TCH-CS-048 | 35 | 9/15/2016 | Samuel Schreiber | Managing Consultant | $455 | 3.0 | $1,365.00 | Oak Grove Analysis-Populate pro formas with updated Oak Grove analysis outputs |
| EFCH/TCH-CS-048 | 20 | 9/16/2016 | Dave Andrus | Director | $645 | 3.0 | $1,935.00 | Capital Analysis-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/16/2016 | Dave Andrus | Director | $645 | 2.5 | $1,612.50 | Capital Analysis-Company Capex verification for report |
| EFCH/TCH-CS-048 | 20 | 9/16/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Capital Analysis-Company and ERCOT Load forecast verification for report |
| EFCH/TCH-CS-048 | 14 | 9/16/2016 | Samuel Schreiber | Managing Consultant | $455 | 0.5 | $227.50 | Data and Documents Management-Collect and review updated data room documents |
| EFCH/TCH-CS-048 | 31 | 9/16/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.5 | $682.50 | Documentation-Review updated Oncor report sections |
| EFCH/TCH-CS-048 | 20 | 9/18/2016 | Dave Andrus | Director | $645 | 1.0 | $645.00 | Capital Analysis-Company and ERCOT Load forecast verification for report |
| EFCH/TCH-CS-048 | 20 | 9/19/2016 | Dave Andrus | Director | $645 | 1.5 | $967.50 | Capital Analysis-Company Capex verification for report |
| EFCH/TCH-CS-048 | 15 | 9/19/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 4.6 | $3,450.00 | Distribution Reliability Analysis-Review overview of Oncor system write up and mark up |
| EFCH/TCH-CS-048 | 20 | 9/19/2016 | Dave Andrus | Director | $645 | 3.5 | $2,257.50 | Capital Analysis-Draft report development |
| EFCH/TCH-CS-048 | 20 | 9/19/2016 | Dave Andrus | Director | $645 | 1.5 | $967.50 | Capital Analysis-Company and ERCOT Load forecast verification for report |
| EFCH/TCH-CS-048 | 20 | 9/19/2016 | Dave Andrus | Director | $645 | 1.5 | $967.50 | Capital Analysis-Company data verification for report |
| EFCH/TCH-CS-048 | 18 | 9/19/2016 | Gary Germeroth | Managing Director | $720 | 0.5 | $360.00 | Project Management-Discussion regarding the current status of project work streams and next steps |
| EFCH/TCH-CS-048 | 11 | 9/19/2016 | Gary Germeroth | Managing Director | $720 | 0.5 | $360.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Call with Company personnel regarding data and informational needs for the ERCOT generation offer analysis |
| EFCH/TCH-CS-048 | 11 | 9/19/2016 | Gary Germeroth | Managing Director | $720 | 0.5 | $360.00 | Fuel Commodity Analysis-Discussion regarding next steps for the ERCOT generation offer analysis |
| EFCH/TCH-CS-048 | 13 | 9/19/2016 | Gary Germeroth | Managing Director | $720 | 3.0 | $2,160.00 | Rate of Return Analysis-Process various rate of return scenarios through Oncor long term growth analysis |
| EFCH/TCH-CS-048 | 3 | 9/19/2016 | Nathan Pollak | Managing Consultant | $460 | 0.5 | $230.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Review current progress and findings with EFH and FEP team |
| EFCH/TCH-CS-048 | 5 | 9/19/2016 | Nathan Pollak | Managing Consultant | $460 | 1.5 | $690.00 | Wholesale Prices Modeling-Analyze historical Luminant CT generation |
| EFCH/TCH-CS-048 | 22 | 9/19/2016 | Pamela Morin | Consultant | $380 | 0.5 | $190.00 | Fee Application-Begin updating interim fee statement |
| EFCH/TCH-CS-048 | 20 | 9/20/2016 | Dave Andrus | Director | $645 | 2.5 | $1,612.50 | Capital Analysis-Company and ERCOT Load forecast verification for report |
| EFCH/TCH-CS-048 | 25 | 9/20/2016 | Gary Germeroth | Managing Director | $720 | 1.5 | $1,080.00 | Distribution Operations-Analyze market information regarding transmission and distribution operations |
| EFCH/TCH-CS-048 | 13 | 9/20/2016 | Gary Germeroth | Managing Director | $720 | 2.0 | $1,440.00 | Court Filings and Related Documents-Incorporate additional comments and edits from FEP staff related to the draft Oncor expert report |
| EFCH/TCH-CS-048 | 35 | 9/20/2016 | Gary Germeroth | Managing Director | $720 | 1.5 | $1,080.00 | Plant Analysis-Develop analysis and response to Company request for additional property tax analysis on Oak Grove |
| EFCH/TCH-CS-048 | 5 | 9/20/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Wholesale Prices Modeling-Analyze historical ERCOT real time settlement prices |
| EFCH/TCH-CS-048 | 35 | 9/20/2016 | Samuel Schreiber | Managing Consultant | $455 | 2.5 | $1,137.50 | Oak Grove Analysis-Update coal price sensitivity assumptions to analyze request from TCEH property tax group |
| EFCH/TCH-CS-048 | 35 | 9/20/2016 | Samuel Schreiber | Managing Consultant | $455 | 2.0 | $910.00 | Oak Grove Analysis-Populate and analyze pro formas related to coal price sensitivities |
| EFCH/TCH-CS-048 | 26 | 9/20/2016 | Scott Davis | Director | $545 | 3.0 | $1,635.00 | Documentation-Review ERCOT & FEP LTDEF's & support |
| EFCH/TCH-CS-048 | 26 | 9/20/2016 | Scott Davis | Director | $545 | 1.5 | $817.50 | Documentation-Reconcile premise forecasts |
| EFCH/TCH-CS-048 | 26 | 9/20/2016 | Scott Davis | Director | $545 | 3.5 | $1,907.50 | Documentation-Reconcile load forecasts |
| EFCH/TCH-CS-048 | 13 | 9/21/2016 | Gary Germeroth | Managing Director | $720 | 5.0 | $3,600.00 | Court Filings and Related Documents-Incorporate comments from technical staff into the draft Oncor expert report |
| EFCH/TCH-CS-048 | 13 | 9/21/2016 | Gary Germeroth | Managing Director | $720 | 4.5 | $3,240.00 | Court Filings and Related Documents-Finalize the initial draft Oncor expert report and transmit the document pursuant to discussions with Kirkland & Ellis attorneys |
| EFCH/TCH-CS-048 | 25 | 9/21/2016 | Gary Germeroth | Managing Director | $720 | 0.5 | $360.00 | Premise Forecast-Discussion regarding the current projections for premise and load growth |
| EFCH/TCH-CS-048 | 3 | 9/21/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Generation Asset Modeling-Analyze historical Luminant CT generation |

| Invoice | Matter [1] | Date | Employee | Title | Rate | Hours | Fees | Narrative |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-048 | 26 | 9/21/2016 | Scott Davis | Director | $545 | 3.5 | $1,907.50 | Documentation-Reconcile demand forecasts |
| EFCH/TCH-CS-048 | 15 | 9/21/2016 | Scott Davis | Director | $545 | 1.0 | $545.00 | Documentation-Review Oncor report |
| EFCH/TCH-CS-048 | 20 | 9/22/2016 | Dave Andrus | Director | $645 | 2.5 | $1,612.50 | Capital Analysis-Review of latest Company PUCT filings |
| EFCH/TCH-CS-048 | 13 | 9/22/2016 | Gary Germeroth | Managing Director | $720 | 5.5 | $3,960.00 | Capital Analysis-Evaluate and calculate various capital expenditure scenarios inside the long term Oncor financial model to determine an indicator of valuation changes |
| EFCH/TCH-CS-048 | 3 | 9/22/2016 | Nathan Pollak | Managing Consultant | $460 | 2.5 | $1,150.00 | Generation Asset Modeling-Analyze offer pricing and operational status of Luminant generating units |
| EFCH/TCH-CS-048 | 5 | 9/22/2016 | Nathan Pollak | Managing Consultant | $460 | 1.5 | $690.00 | Wholesale Prices Modeling-Analyze 15-minute and 5-minute historical nodal pricing |
| EFCH/TCH-CS-048 | 20 | 9/23/2016 | Dave Andrus | Director | $645 | 2.0 | $1,290.00 | Capital Analysis-Draft report development and formatting |
| EFCH/TCH-CS-048 | 20 | 9/23/2016 | Dave Andrus | Director | $645 | 1.5 | $967.50 | Capital Analysis-Review of latest Company PUCT filings |
| EFCH/TCH-CS-048 | 20 | 9/23/2016 | Dave Andrus | Director | $645 | 2.5 | $1,612.50 | Capital Analysis-Draft report final review |
| EFCH/TCH-CS-048 | 13 | 9/23/2016 | Gary Germeroth | Managing Director | $720 | 4.5 | $3,240.00 | Court Filings and Related Documents-Begin the process to develop an abridged version of the draft Oncor expert report |
| EFCH/TCH-CS-048 | 25 | 9/23/2016 | Gary Germeroth | Managing Director | $720 | 1.0 | $720.00 | Premise Forecast-Reviewed due diligence support for long term premise growth rates |
| EFCH/TCH-CS-048 | 11 | 9/23/2016 | Gary Germeroth | Managing Director | $720 | 1.5 | $1,080.00 | Wholesale Prices Modeling-Evaluate the initial data received related to 5 and 15 minute interval pricing; evaluate and generate certain rules appropriate to the future analysis |
| EFCH/TCH-CS-048 | 5 | 9/23/2016 | Nathan Pollak | Managing Consultant | $460 | 3.0 | $1,380.00 | Wholesale Prices Modeling-Analyze ERCOT SCED nodal pricing |
| EFCH/TCH-CS-048 | 3 | 9/23/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Generation Asset Modeling-Analyze historical ERCOT CT dispatch |
| EFCH/TCH-CS-048 | 22 | 9/23/2016 | Pamela Morin | Consultant | $380 | 1.0 | $460.00 | Internal Conference Call Participation-Review analysis results with FEP team |
| EFCH/TCH-CS-048 | 22 | 9/23/2016 | Pamela Morin | Consultant | $380 | 2.0 | $760.00 | Fee Application-Additional updates to interim fee statement |
| EFCH/TCH-CS-048 | 26 | 9/23/2016 | Scott Davis | Director | $545 | 2.0 | $1,090.00 | Documentation-Update LTDEF support with additional comparative statistics |
| EFCH/TCH-CS-048 | 14 | 9/26/2016 | Gary Germeroth | Managing Director | $720 | 3.5 | $2,520.00 | Capital Analysis-Review and analyze data utilize in Oncor EBITDA analysis |
| EFCH/TCH-CS-048 | 5 | 9/26/2016 | Nathan Pollak | Managing Consultant | $460 | 3.0 | $1,380.00 | Wholesale Prices Modeling-Analyze ERCOT SCED pricing movements |
| EFCH/TCH-CS-048 | 5 | 9/26/2016 | Nathan Pollak | Managing Consultant | $460 | 3.0 | $1,380.00 | Wholesale Prices Modeling-Analyze and compare ERCOT SCED LMP prices with 5-minute settled prices |
| EFCH/TCH-CS-048 | 22 | 9/26/2016 | Pamela Morin | Consultant | $380 | 1.0 | $380.00 | Fee Application-Additional updates to interim fee statement |
| EFCH/TCH-CS-048 | 22 | 9/26/2016 | Pamela Morin | Consultant | $380 | 0.5 | $190.00 | Fee Application-Review expense documentation |
| EFCH/TCH-CS-048 | 11 | 9/26/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 1.5 | $1,125.00 | Luminant Meetings-Attend SLT meeting with Luminant |
| EFCH/TCH-CS-048 | 31 | 9/26/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 5.5 | $4,125.00 | Distribution Operations-Draft and review detailed distribution system summary and description |
| EFCH/TCH-CS-048 | 3 | 9/27/2016 | Nathan Pollak | Managing Consultant | $460 | 3.0 | $1,380.00 | Generation Asset Modeling-Analyze historical Decordova generation data |
| EFCH/TCH-CS-048 | 3 | 9/27/2016 | Nathan Pollak | Managing Consultant | $460 | 3.0 | $1,380.00 | Generation Asset Modeling-Analyze historical Permian Basin generation and pricing data |
| EFCH/TCH-CS-048 | 3 | 9/27/2016 | Nathan Pollak | Managing Consultant | $460 | 2.5 | $1,150.00 | Generation Asset Modeling-Analyze historical Morgan Creek generation and pricing data |
| EFCH/TCH-CS-048 | 22 | 9/27/2016 | Pamela Morin | Consultant | $380 | 0.5 | $228.00 | Fee Application-Additional updates to interim fee statement |
| EFCH/TCH-CS-048 | 27 | 9/27/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 4.5 | $3,375.00 | Documentation-Consolidation of TCEH materials from AIP historical record |
| EFCH/TCH-CS-048 | 17 | 9/27/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 3.0 | $2,250.00 | Documentation-Review all documents on site and seal confidential documents |
| EFCH/TCH-CS-048 | 5 | 9/28/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Wholesale Prices Modeling-Analyze ERCOT West load zone wholesale price trends |
| EFCH/TCH-CS-048 | 5 | 9/28/2016 | Nathan Pollak | Managing Consultant | $460 | 2.0 | $920.00 | Wholesale Prices Modeling-Analyze ERCOT North load zone wholesale price trends |
| EFCH/TCH-CS-048 | 5 | 9/28/2016 | Nathan Pollak | Managing Consultant | $460 | 2.5 | $1,150.00 | Wholesale Prices Modeling-Analyze ERCOT peak pricing trends |
| EFCH/TCH-CS-048 | 22 | 9/28/2016 | Pamela Morin | Consultant | $380 | 1.0 | $380.00 | Fee Application-Additional updates to interim fee statement |
| EFCH/TCH-CS-048 | 31 | 9/28/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 4.5 | $3,375.00 | Operations & Maintenance Cost Analysis-Analyze site work from Oncor and competitors for comparison |
| EFCH/TCH-CS-048 | 31 | 9/28/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 2.5 | $1,875.00 | Operations & Maintenance Cost Analysis-Develop areas where additional data collection necessary to fill in report doc |
| EFCH/TCH-CS-048 | 3 | 9/29/2016 | Nathan Pollak | Managing Consultant | $460 | 1.0 | $460.00 | Generation Asset Modeling-Analyze Luminant generation during peak periods |
| EFCH/TCH-CS-048 | 31 | 9/29/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 3.0 | $2,250.00 | Transmission and Distribution Charge Analysis-Integrate individual drafts into report doc |
| EFCH/TCH-CS-048 | 35 | 9/30/2016 | Gary Germeroth | Managing Director | $720 | 0.5 | $360.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Call with Company regarding views and required edits to Comanche Peak transition memo |
| EFCH/TCH-CS-048 | 35 | 9/30/2016 | Gary Germeroth | Managing Director | $720 | 1.0 | $720.00 | Comanche Peak Analysis-Review and develop feedback related to transition memo on Comanche Peak facility |
| EFCH/TCH-CS-048 | 11 | 9/30/2016 | Gary Germeroth | Managing Director | $720 | 1.0 | $720.00 | Wholesale Prices Modeling-Discussion regarding analysis of ERCOT bidding implications related to CT fleet |
| EFCH/TCH-CS-048 | 3 | 9/30/2016 | Nathan Pollak | Managing Consultant | $460 | 3.0 | $1,380.00 | Generation Asset Modeling-Analyze Luminant historical generation by fuel type |
| EFCH/TCH-CS-048 | 3 | 9/30/2016 | Nathan Pollak | Managing Consultant | $460 | 0.5 | $230.00 | Plant Operations-Review current results analysis with FEP team |
| EFCH/TCH-CS-048 | 3 | 9/30/2016 | Nathan Pollak | Managing Consultant | $460 | 3.0 | $1,380.00 | Generation Asset Modeling-Analyze Luminant historical generation by technology type |
| EFCH/TCH-CS-048 | 35 | 9/30/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.0 | $455.00 | Comanche Peak Analysis-Review draft memo related to property tax at Comanche Peak |
| EFCH/TCH-CS-049 | 13 | 10/3/2016 | Gary Germeroth | Managing Director | $720 | 1.0 | $720.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Call with Kirkland & Ellis discussing current litigation planning |
| EFCH/TCH-CS-049 | 13 | 10/3/2016 | Gary Germeroth | Managing Director | $720 | 5.0 | $3,600.00 | Projections-Create and process additional scenarios of capex related to transmission and distribution activities |
| EFCH/TCH-CS-049 | 22 | 10/3/2016 | Pamela Morin | Consultant | $380 | 0.8 | $304.00 | Fee Application-Review of interim fee application |
| EFCH/TCH-CS-049 | 13 | 10/3/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 3.5 | $2,625.00 | Distribution Operations-Review heat maps for asset condition for comp in report |
| EFCH/TCH-CS-049 | 15 | 10/4/2016 | Gary Germeroth | Managing Director | $720 | 4.0 | $2,880.00 | Court Filings and Related Documents-Begin drafting of condensed version of draft Oncor expert report incorporating K&E comments |
| EFCH/TCH-CS-049 | 22 | 10/4/2016 | Pamela Morin | Consultant | $380 | 1.0 | $380.00 | Fee Application-Review expense documentation for fee statement |
| EFCH/TCH-CS-049 | 22 | 10/4/2016 | Pamela Morin | Consultant | $380 | 0.4 | $152.00 | Fee Application-Begin September fee statement |
| EFCH/TCH-CS-049 | 13 | 10/4/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 3.5 | $2,625.00 | Distribution Operations-Review detailed doc on system, cap x and operations level development |
| EFCH/TCH-CS-049 | 13 | 10/6/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 2.8 | $2,100.00 | Distribution Operations-Outline and begin drafting executive level doc from detailed report |
| EFCH/TCH-CS-049 | 22 | 10/10/2016 | Pamela Morin | Consultant | $380 | 0.3 | $114.00 | Fee Application-Update CNO & MSF |
| EFCH/TCH-CS-049 | 22 | 10/11/2016 | Pamela Morin | Consultant | $380 | 0.6 | $228.00 | Fee Application-Update November Budget |
| EFCH/TCH-CS-049 | 22 | 10/11/2016 | Samuel Schreiber | Managing Consultant | $455 | 3.0 | $1,365.00 | Fee Application-Review and update 7th interim fee application |
| EFCH/TCH-CS-049 | 22 | 10/12/2016 | Samuel Schreiber | Managing Consultant | $455 | 1.0 | $455.00 | Fee Application-Review updates to the 7th interim fee application and quality check |
| EFCH/TCH-CS-049 | 15 | 10/13/2016 | Gary Germeroth | Managing Director | $720 | 2.0 | $1,440.00 | Court Filings and Related Documents-Revise draft Oncor expert report to incorporate initial comment received from Kirkland & Ellis |
| EFCH/TCH-CS-049 | 15 | 10/17/2016 | Gary Germeroth | Managing Director | $720 | 4.0 | $2,880.00 | Court Filings and Related Documents-Modify the draft Oncor expert report to remove certain sections |
| EFCH/TCH-CS-049 | 22 | 10/17/2016 | Pamela Morin | Consultant | $380 | 0.8 | $304.00 | Fee Application-Final review of 7th interim statement and filing |
| EFCH/TCH-CS-049 | 14 | 10/17/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 4.5 | $3,375.00 | Data and Documents Management-Consolidate files and materials from E side |
| EFCH/TCH-CS-049 | 15 | 10/18/2016 | Gary Germeroth | Managing Director | $720 | 5.0 | $3,600.00 | Court Filings and Related Documents-Create and draft a revised draft Oncor expert report to shorten the previous draft version |
| EFCH/TCH-CS-049 | 22 | 10/18/2016 | Pamela Morin | Consultant | $380 | 1.0 | $380.00 | Fee Application-Prepare Sept fee statement |
| EFCH/TCH-CS-049 | 13 | 10/20/2016 | Gary Germeroth | Managing Director | $720 | 1.0 | $720.00 | Interactions, Calls and Meetings with Debtors and Debtors' Counsel-Telephonic meeting with Kirkland & Ellis to outline the litigation strategy related to filing the Oncor expert report |
| EFCH/TCH-CS-049 | 22 | 10/26/2016 | Pamela Morin | Consultant | $380 | 0.5 | $190.00 | Fee Application-Attend uncontested fee hearing telephonically |
| EFCH/TCH-CS-049 | 22 | 10/26/2016 | Pamela Morin | Consultant | $380 | 0.2 | $76.00 | Fee Application-prepare sixth interim invoice |
| EFCH/TCH-CS-050 | 22 | 11/8/2016 | Pamela Morin | Consultant | $380 | 0.5 | $190.00 | Fee Application-Update CNO and invoice for September |
| EFCH/TCH-CS-050 | 22 | 11/15/2016 | Pamela Morin | Consultant | $380 | 0.8 | $304.00 | Fee Application-Update October fee statement |
| EFCH/TCH-CS-050 | 22 | 11/15/2016 | Pamela Morin | Consultant | $380 | 0.5 | $190.00 | Fee Application-Update December budget |
| EFCH/TCH-CS-050 | 32 | 11/15/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 1.0 | $750.00 | Transmission Operations-Review latest decision on make wholes- |
| EFCH/TCH-CS-050 | 32 | 11/15/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 3.0 | $2,250.00 | Transmission Operations-Consolidate and review current T/D info |
| EFCH/TCH-CS-050 | 32 | 11/17/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 3.0 | $2,250.00 | Transmission Operations-Download field work and document files |
| EFCH/TCH-CS-050 | 22 | 11/22/2016 | Pamela Morin | Consultant | $380 | 1.0 | $380.00 | Fee Application-Finalize and file September fee statement |
| EFCH/TCH-CS-050 | 14 | 11/29/2016 | Todd W. Filsinger | Senior Managing Director | $750 | 1.0 | $750.00 | Distribution Operations-Review summary of the make whole and impacts on schedule and creditor classes |
| | | | | | Total: | 630.10 | $371,041.50 | |

(1) Matter Listing

| Invoice | Matter [1] | Date | Employee | Title | Rate | Hours | Fees | Narrative |
|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Long-Range Forecast | 19 | Project Administration |
| 2 | Metric Analysis | 20 | T&D Forecast |
| 3 | Generation Analysis | 21 | Fee Objection Discussion & Litigation |
| 4 | Retail Analysis | 22 | Fee Application |
| 5 | Commodity Analysis | 23 | Business Services Analysis |
| 6 | Competitor Analysis | 24 | Retail Margins |
| 7 | EBITDA Projection | 25 | T&D Market Research |
| 8 | Environmental Analysis | 26 | Wholesale Market Research |
| 9 | Short-Range Forecast | 27 | Retail Market Research |
| 10 | Capital Projects | 28 | Performance Analysis |
| 11 | Wholesale Operations | 29 | Sales, General & Administrative Analysis |
| 12 | Retail Operations | 30 | Portfolio Analysis |
| 13 | T&D Operations | 31 | Oncor Revenue Analysis |
| 14 | Data Collection and Diligence | 32 | Oncor Capital Analysis |
| 15 | Reports | 33 | Regulatory Analysis |
| 16 | Hearings | 34 | Claims & Settlement Issues |
| 17 | On-Site Diligence | 35 | Property Tax Analysis |
| 18 | Project Management | 36 | Analysis of Competitive Portfolios |