## Exhibit H

**Detailed Description of Expenses Incurred**

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-048 | On Site-Diligence | 20160901 | Paul Harmon | Airfare | | | $350.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160901 | Paul Harmon | Rental Car | | | $75.00 | Hertz |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160901 | Paul Harmon | Taxi | | | $53.64 | Home |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160901 | Buck Monday | Postage | | | $6.45 | postage |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160906 | Todd Filsinger | Airfare | | | $350.10 | Airfare from Denver to Dallas. Purchased a first class ticket and charged back to client at coach fare rate. |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160906 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160906 | Todd Filsinger | Taxi | | | $53.70 | DWF to office |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160907 | Todd Filsinger | Airfare | | | $350.98 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160907 | Todd Filsinger | Hotel | | | $185.69 | The Highland - Dallas, TX |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160907 | Todd Filsinger | Taxi | | | $70.00 | To home |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160907 | Todd Filsinger | Taxi | | | $11.73 | To office |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160907 | Todd Filsinger | Breakfast | | | $24.57 | The Knife | self |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160907 | Todd Filsinger | Lunch | | | $24.03 | Miguel's Cantina | self |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160907 | Todd Filsinger | Taxi | | | $8.34 | To office |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Gary Germeroth | Airfare | | | $350.98 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Gary Germeroth | Hotel | | | $253.60 | Hilton Garden Inn Dallas, TX |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Gary Germeroth | Taxi | | | $68.05 | Home to DIA Airport |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Gary Germeroth | Taxi | | | $12.90 | Love Field to EFH Offices |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Gary Germeroth | Dinner | | | $60.09 | Wild Salsa | Self, Nathan Pollak |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Nathan Pollak | Airfare | | | $203.10 | Airfare from Denver, CO to Dallas, TX |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Nathan Pollak | Taxi | | | $75.00 | DIA |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Nathan Pollak | Taxi | | | $54.79 | EFH |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Todd Filsinger | Airfare | | | $292.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Todd Filsinger | Taxi | | | $28.42 | To office |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Todd Filsinger | Lunch | | | $14.75 | poblanos | self |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Todd Filsinger | Dinner | | | $40.00 | The blue fish | self |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Todd Filsinger | Taxi | | | $34.04 | to hotel |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160912 | Todd Filsinger | Airfare | | | $49.95 | Air internet |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Gary Germeroth | Hotel | | | $253.60 | Hilton Garden Inn Dallas, TX |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Gary Germeroth | Lunch | | | $9.50 | LP Café | Self |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Gary Germeroth | Dinner | | | $13.18 | Wingbucket | Self |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Nathan Pollak | Airfare | | | $111.10 | Airfare from Dallas, TX to Denver, CO |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Nathan Pollak | Hotel | | | $253.60 | Hilton - Dallas, TX |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Nathan Pollak | Taxi | | | $58.10 | DFW |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Nathan Pollak | Taxi | | | $75.00 | Home |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Nathan Pollak | Breakfast | | | $6.26 | Sunrise Cafe | N. Pollak |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Nathan Pollak | Lunch | | | $11.56 | LP Café | N. Pollak |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Nathan Pollak | Dinner | | | $8.65 | McDonalds | N. Pollak |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Todd Filsinger | Airfare | | | $240.10 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Todd Filsinger | Hotel | | | $230.19 | The Highland - Dallas, TX |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Todd Filsinger | Taxi | | | $70.00 | to home |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Todd Filsinger | Taxi | | | $31.74 | to DFW |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160913 | Todd Filsinger | Taxi | | | $7.08 | to office |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160914 | Gary Germeroth | Airfare | | | $224.98 | Airfare from Dallas to Houston |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160914 | Gary Germeroth | Taxi | | | $11.06 | EFH Offices to Love Field |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160914 | Gary Germeroth | Taxi | | | $23.31 | Hobby Airport to Home |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160926 | Todd Filsinger | Airfare | | | $230.10 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160926 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160926 | Todd Filsinger | Taxi | | | $28.27 | DFW to office |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160926 | Todd Filsinger | Dinner | | | $40.00 | The Knife | self |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160927 | Todd Filsinger | Airfare | | | $240.10 | Airfare from Dallas to Denver |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160927 | Todd Filsinger | Hotel | | | $237.56 | The Highland - Dallas, TX |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160927 | Todd Filsinger | Taxi | | | $70.00 | To Home |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160927 | Todd Filsinger | Taxi | | | $75.00 | To DFW |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160927 | Todd Filsinger | Breakfast | | | $4.43 | Starbucks | self |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160927 | Todd Filsinger | Taxi | | | $6.95 | to office |
| EFCH/TCH-CS-048 | On Site-Diligence | 20160927 | Todd Filsinger | Taxi | | | $31.69 | Uber taxi |
| EFCH/TCH-CS-049 | Fee Application | 20161026 | N/a | Other | | | $30.00 | Courtcall fee for Uncontested Interim hearing |
| | | | | | Total: | | $5,946.09 | |