# EXHIBIT D

## Summary of Jenner & Block LLP Blended Hourly Rates
### (Customary And Comparable Compensation Disclosures)

| Timekeeper Category | | Worked and Billed in 2015 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | $676 | $991.42 |
| | Partner - Sr | $739 | $991.42 |
| | Partner - Mid | $631 | N/A |
| | Partner - Jr | $576 | N/A |
| **Associate** | | $453 | $680.00 |
| | Associate - Sr | $500 | $680.00 |
| | Associate - Mid | $506 | N/A |
| | Associate - Jr | $429 | N/A |
| **Total (including Staff Attys, Paralegals & Project Assistants)** | | $491 | $900.13 |

Case Name:             Energy Future Intermediate Holding Company LLC
Case Number:           14-10979 (CSS)
Applicant's Name:      Jenner & Block LLP
Date of Application:   February 15, 2017
Interim or Final:      Interim

2531888.2

=