## EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours[1] | Total Compensation[1] |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Restructuring | $1,200 | 27.7 | $30,120.00 |
| Vincent E. Lazar | Partner | 1990 | Restructuring | $975 | 57.9 | $54,746.25 |
| Andrew J. Lichtman | Associate | 2010 | Restructuring | $680 | 35.5 | $24,140.00 |
| **TOTAL** | | | | | **121.1** | **$109,006.25** |

---

[1] Reflects reduction for travel time billed at 50%.

2531888.2