## EXHIBIT F

### Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---:|
| Travel | $1,003.33 |
| Telephone Expense | $102.57 |
| Pacer Charge | $35.60 |
| **TOTAL** | **$1,141.50** |