## EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 91.4 | $83,255.00 |
| Employment and Fee Applications | 21.0 | $20,925.00 |
| Non-working Travel | 8.7[1] | $4,826.25[1] |
| **TOTAL** | **121.1** | **$109,006.25** |

---

[1] Reflects 50% discount for non-working travel.

2531888.2