## EXHIBIT H

### Detailed Time Records for Jenner & Block LLP

## ENERGY FUTURES INTERMEDIATE HOLDING / PLAN AND DISCLOSURE (55152-10034)

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|------|------|----------|----------|-----------|
| 09/01/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed board meeting materials. |
| 09/02/2016 | VINCENT E. LAZAR | 0.80 | 780.00 | Attended joint board call re restructuring update, DIP loan negotiations and amendment. |
| 09/06/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Telephone conference with R. Levin re Merger Agreement hearing, potential conflict matters (.2); reviewed recoveries chart from K&E for filing in advance of disclosure statement hearing objections (.3). |
| 09/07/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed E-Side redline Disclosure Statement. |
| 09/08/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed docket, disclosure statement objections. |
| 09/10/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed draft reply to Merger Agreement objections, email with A. Yenamandra re same. |
| 09/11/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Review draft reply to sale motion objections. |
| 09/11/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed revised draft merger agreement reply, emailed K&E re same. |
| 09/12/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Review revised Merger Agreement Reply. |
| 09/12/2016 | VINCENT E. LAZAR | 1.10 | 1,072.50 | Reviewed updated merger agreement reply, prepared edits, email with R. Levin re same (.6); reviewed redline disclosure statement addressing objections (.5). |
| 09/13/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed updated merger reply; email with K&E re same. |
| 09/14/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed proposed order language from NextEra re EFIH/EFH responsibility for termination fee (.2); emails with R. Levin, P. Gelston, K&E re same, approval of concept (.2); reviewed docket re claim, plan objections (.2). |
| 09/15/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Reviewed disclosure statement redline, and email with R. Levin re same. |

=

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 09/16/2016 | RICHARD B. LEVIN | 1.40 | 1,680.00 | Board meeting (.8); telephone conference C. Cremens re plan discovery (.2); telephone conference M. Paskin re discovery (.2); follow up (.2). |
| 09/16/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Emails with R. Levy re board approvals, potential REDACTED transactions. |
| 09/16/2016 | VINCENT E. LAZAR | 0.80 | 780.00 | Reviewed objections, summary chart preparing for merger agreement, Disclosure Statement hearing. |
| 09/18/2016 | RICHARD B. LEVIN | 1.50 | 1,800.00 | Telephone conferences M. Kieselstein (.3); P. Gelston (.3); C. Cremens (.5), M. Thomas (.2) re NextEra negotiations; merger agreement; telephone conference V. Lazar re same (.2). |
| 09/18/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Telephone conferences with R. Levin, office conference with C. Husnick, re REDACTED and NextEra developments, resolution of Disclosure Statement and merger agreement objections. |
| 09/19/2016 | RICHARD B. LEVIN | 2.00 | 2,400.00 | Attend hearing on NEE merger agreement. |
| 09/19/2016 | VINCENT E. LAZAR | 4.80 | 4,680.00 | Reviewed report from client re NextEra proposal, resolutions of matters (.2); attended merger agreement, disclosure statement approval hearing (4.0); reviewed revised solicitation procedures (.2); reviewed redline of amended MA, PSA (.4). |
| 09/20/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed MA redline, press re same. |
| 09/21/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Reviewed revised plan, email with R. Levin re same (.3); reviewed revised Disclosure Statement (.4). |
| 09/22/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Emails re Cremens deposition notice and document production, telephone conference B. Stephany re same. |
| 09/23/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed docket. |
| 09/25/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed letter to Court re T-Side distribution dispute (.2); reviewed letter to Court re termination fee provision interpretation (.4). |
| 09/26/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed PSA amendments and emails with Cravath, K&E re same. |
| 09/28/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Reviewed docket (.2); reviewed Forest Creek Wind Stipulation (.1); reviewed stipulations resolving T-Side plan distribution dispute (.2). |
| 09/29/2016 | ANDREW J. LICHTMAN | 1.90 | 1,292.00 | Background meeting with R. Levin (.9); reviewed subpoena and background materials (1.0). |

2531888.2.2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 09/29/2016 | RICHARD B. LEVIN | 1.10 | 1,320.00 | Confer A. Lichtman re plan discovery (.9); emails re same (.2). |
| 09/30/2016 | ANDREW J. LICHTMAN | 2.90 | 1,972.00 | Calls and emails re collecting documents in response to subpoena. |
| 09/30/2016 | RICHARD B. LEVIN | 1.10 | 1,320.00 | Review Board presentation (.3); Attend Board conference call (.8). |
| 10/03/2016 | ANDREW J. LICHTMAN | 0.60 | 408.00 | Reviewed background emails and participated in call with Z. Master re collecting Jenner emails. |
| 10/04/2016 | ANDREW J. LICHTMAN | 1.40 | 952.00 | Call w/ A. Larkin re search terms and collecting documents in response to subpoena (.6); emails re collecting documents in response to subpoena (.8). |
| 10/04/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed emails re discovery, scheduling. |
| 10/05/2016 | ANDREW J. LICHTMAN | 5.90 | 4,012.00 | Call w/ B/ Stefany re deposition schedule (.2); call with T. Broad re reviewing documents in response to subpoena (.6); reviewed previous R&Os to requests for production (.5); drafted R&Os to requests for production (4.6). |
| 10/05/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Reviewed docket re scheduling, objections (.3); emails with R. Levin re confirmation hearing, coverage (.2). |
| 10/06/2016 | ANDREW J. LICHTMAN | 5.10 | 3,468.00 | Reviewed C. Cremens's emails in response to subpoena (3.9); emails/calls re collecting documents (1.2). |
| 10/07/2016 | ANDREW J. LICHTMAN | 1.70 | 1,156.00 | Emails/calls re setting up database for reviewing R. Levin's and V. Lazar's emails. |
| 10/10/2016 | ANDREW J. LICHTMAN | 4.20 | 2,856.00 | Reviewed R. Levin and V. Lazar emails in response to Cremens subpoena. |
| 10/10/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed correspondence, emails re 30(b)(6) witnesses, scheduling, amended topics. |
| 10/11/2016 | ANDREW J. LICHTMAN | 1.60 | 1,088.00 | Reviewed R. Levin and V. Lazar emails in response to Cremens subpoena. |
| 10/12/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Office conference with M. Thomas re R. Pedoni conflict/plan objection theory. |
| 10/13/2016 | ANDREW J. LICHTMAN | 0.40 | 272.00 | Calls with A. Larkin re collecting Cravath's documents. |
| 10/13/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Telephone conference with R. Levin re R. Pedoni conflict theory (0.2); emails with M. Thomas and R. Levin re discovery and depositions, position on DDA depositions (0.2); reviewed plan objections re Pedoni theory (0.3). |
| 10/14/2016 | ANDREW J. LICHTMAN | 3.90 | 2,652.00 | Reviewed documents in response to C. Cremens subpoena. |
| 10/14/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference B. Stephan re discovery; confer A. Lichtman re same. |

3

2531888.2.2

| | | | | |
|---|---|---|---|---|
| 10/17/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Telephone conference M. Thomas re discovery. |
| 10/20/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed discovery emails. |
| 10/25/2016 | RICHARD B. LEVIN | 1.70 | 2,040.00 | Attend Board meeting (1.40); review Board deck (.3). |
| 10/25/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed letters re discovery update, schedule. |
| 10/31/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Board meeting re TTI. |
| 10/31/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed board slides re Oncor 20% transaction; email with R. Levin re same. |
| 11/01/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed docket; responded to J. Huston scheduling email. |
| 11/08/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed scheduling letters, plan objection. |
| 11/09/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Emails re Plan Hearing Scheduling Order. |
| 11/09/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed pre-trial letter, calendars, and emails with R. Levin re hearing coverage, potential disputed issues. |
| 11/11/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Emails with J. Huston re pretrial (.1); reviewed proposed scheduling adjustments, emails re same, trial plan (.3). |
| 11/13/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed emails re meet-and-confer pretrial results (.2); email with R. Levin re trial date adjustment (.1). |
| 11/14/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Telephone conference V. Lazar re confirmation hearing. |
| 11/14/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Reviewed multiple letters to court re scheduling, asbestos committee timing objection (.3); reviewed UST plan objection (.2); telephone conference with R. Levin re logistics, pre-trial hearing, new proposed trial dates (.2). |
| 11/15/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Attended telephonic pre-trial conference (.7); reviewed pleadings re positions on pre-trial. |
| 11/16/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Reviewed Contrarian, first lien, second lien, asbestos and W&C plan objections re potential implications for EFIH estate (.7); email to R. Levin reporting on same (.2). |
| 11/17/2016 | RICHARD B. LEVIN | 1.30 | 1,560.00 | Review make-whole opinion (.7); telephone conferences V. Lazar re same (.4); follow up emails; Review TCEH Order (.2). |
| 11/17/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Reviewed 3rd Circuit decision (.4); emails and telephone conferences with R. Levin re potential impact of same (.2) evaluated effect on plan, EFH distributions (.3). |

2531888.2.2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 11/18/2016 | VINCENT E. LAZAR | 1.50 | 1,462.50 | Attended board call re impact of decision, plan options (1.2); reviewed reports (.2); telephone conference with R. Levin re same (.1). |
| 11/18/2016 | RICHARD B. LEVIN | 1.60 | 1,920.00 | Review Board deck (.3); Attend Board meeting (1.1); follow up (.2). |
| 11/21/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Telephone conference P. Gelston, emails re postponement of confirmation hearing. |
| 11/21/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed materials re make-whole changes in capital structure, plan confirmation continuance. |
| 11/28/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Telephone conference M. Kieselstein re plan amendments. |
| 11/29/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Conference call C. Cremens, P. Gelston re plan amendment. |
| 11/29/2016 | RICHARD B. LEVIN | 1.10 | 1,320.00 | Telephone conferences P. Gelston, C. Cremens, C. Husnick re plan amendment (.5); review draft (.3); review board deck (.3). |
| 11/29/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Telephone conference with R. Levin re update on plan negotiations (.2); reviewed bankruptcy docket (.2). |
| 11/30/2016 | RICHARD B. LEVIN | 1.00 | 1,200.00 | Board conference call re Plan amendments. |
| 11/30/2016 | VINCENT E. LAZAR | 1.80 | 1,755.00 | Reviewed board deck options (.3); reviewed draft plan changes (.2); attended board call re plan update, process and moving forward strategy (1.1); reviewed amended hearing agenda (.2). |
| 12/01/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Emails re plan schedule process. |
| 12/01/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Reviewed hearing reports, schedule (.2); skimmed revised plan and disclosure statement (.5). |
| 12/02/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed emails re proposed discovery schedule. |
| 12/04/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed draft EFIH settlement term sheet; email with R. Levin re same. |
| 12/05/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Email with A. Yenamandra re term sheet (.1); reviewed emails re settlement meeting (.1); monitored reports re asbestos hearing (.2). |
| 12/06/2016 | VINCENT E. LAZAR | 1.00 | 975.00 | Attended first lien negotiating meeting (partial). |
| 12/08/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Review PLK letter re plan; emails re same. |
| 12/08/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Emails with R. Levin re update on 1L, 2L, FIDO discussions, board call (.2); reviewed PIK letter, board deck (.3). |
| 12/09/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Review Board deck re status. |

5

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/09/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Reviewed deck (.3); attended board call (.4); report to C. Cremens et al re same (.2). |
| 12/12/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed docket, participation in confirmation hearing notices. |
| 12/13/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Conference call with H. Kaplan re case update, PIK position, email to R. Levin re same. |
| 12/13/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed draft board deck re update on 1L/2L proposal, PIK position. |
| 12/14/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed draft board materials; reviewed scheduling order. |
| 12/15/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Telephone conference C. Cremens re 1L, 2L plan deal; review Board deck. |
| 12/15/2016 | VINCENT E. LAZAR | 0.70 | 682.50 | Reviewed settlement proposal, emails with R. Levin, P. Gelson re communication with client (.2); email with R. Levin re Disclosure Statement hearing, PIK objection (.2); revised discovery directed at EFIH, email with R. Levin re coordination on same (.3). |
| 12/16/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Attend Board meeting. |
| 12/16/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed updated board deck; emails re settlement proposal. |
| 12/17/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed additional discovery; email with R. Levin re discovery coordination. |
| 12/19/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Review asbestos dismissal denial. |
| 12/19/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed docket, reports re 1L/2L settlement. |
| 12/19/2016 | ANDREW J. LICHTMAN | 2.60 | 1,768.00 | Reviewed UMB Bank's discovery requests and background documents (1.5); call with T. Broad re response to discovery requests (.4); call with B. Stefany re response to discovery requests and emailed summary re same (.7). |
| 12/20/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed docket, reports re 1L/2L settlement. |
| 12/22/2016 | VINCENT E. LAZAR | 0.50 | 487.50 | Reviewed Pedone 30(b)(6) notices, discovery (.2); email with R. Levin re staffing same (.1); reviewed IL and 2L notices (.2). |
| 12/23/2016 | ANDREW J. LICHTMAN | 1.20 | 816.00 | Reviewed recent discovery requests and drafted email to B. Stefany re same. |
| 12/26/2016 | RICHARD B. LEVIN | 0.60 | 720.00 | Emails, telephone conference C. Cremens re Plan, PIK proposal (.4); telephone conference M. Thomas re same (.2). |
| 12/26/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed emails re potential pivot to PIK proposal. |

2531888.2.2

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|------|------|----------|----------|-----------|
| 12/27/2016 | ANDREW J. LICHTMAN | 2.10 | 1,428.00 | Reviewed recent discovery requests to C. Cremens (.3); call with B. Stefany re same (.5); emailed with R. Levin re document collection (.3); emailed with T. Broad and A. Larkin re collecting Cravath's documents (.3); emailed with Jenner IT team re collecting R. Levin's and V. Lazar's documents (.3); emailed with C. Cremens and M. Kunkel re collecting Cremens's documents (.4). |
| 12/27/2016 | RICHARD B. LEVIN | 0.90 | 1,080.00 | Board meeting re plan revisions, PIK settlement. |
| 12/27/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed board deck re PIK pivot proposal. |
| 12/28/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Reviewed Disclosure Statement and redline (.5); reviewed resolicitation objections, 1L and 2L DS responses (.4). |
| 12/29/2016 | RICHARD B. LEVIN | 0.20 | 240.00 | Telephone conference J. Huston re status, hearings. |
| 12/29/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Reviewed reports re 1L, 2L reaction (.2); reviewed 1L objection for Disclosure Statement (.2). |
| 12/31/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Reviewed notices of deposition, document requests directed at EFIH, C. Cremens (.3); email with R. Levin re defending deposition (.1); reviewed additional RFPs, 30(b)(6) deposition notices from UMB (.2). |
| | | **91.40** | **83,255.00** | |

## ENERGY FUTURES INTERMEDIATE HOLDING / EMPLOYMENT AND FEE APPLICATIONS (55152-10085)

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|------|------|----------|----------|-----------|
| 09/12/2016 | RICHARD B. LEVIN | 0.30 | 360.00 | Review draft Cravath monthly statement; emails re same. |
| 09/13/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Telephone conference with R. Levin re fee applications; reviewed files re same. |
| 09/19/2016 | VINCENT E. LAZAR | 0.30 | 292.50 | Reviewed application shells re preparation of next round of fee applications, budget information. |
| 09/21/2016 | VINCENT E. LAZAR | 1.50 | 1,462.50 | Prepared fee application shell, including budget and past application tables. |
| 09/22/2016 | VINCENT E. LAZAR | 0.90 | 877.50 | Reviewed, transmitted Levin declaration (.2); worked on fee application charts (.7). |
| 09/22/2016 | RICHARD B. LEVIN | 0.50 | 600.00 | Finalize supplemental disclosure; prepare October budget. |
| 09/26/2016 | RICHARD B. LEVIN | 0.40 | 480.00 | Prepare October budget. |
| 10/04/2016 | VINCENT E. LAZAR | 1.20 | 1,170.00 | Reviewed charts; prepared spreadsheet for application. |

7

2531888.2.2

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|------|------|------|------|------|
| 10/05/2016 | VINCENT E. LAZAR | 0.40 | 390.00 | Emails with R. Levin re Jenner fee application, status (.2); emails with Cravath re support for fee application, timing (.2). |
| 10/06/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Worked on fee application, supporting spreadsheet for cover sheet items for Cravath and Jenner applications. |
| 10/07/2016 | VINCENT E. LAZAR | 4.30 | 4,192.50 | Prepared reconciliation, spreadsheets for Jenner, Cravath applications (2.5); edited Jenner fee application (1.2); revised and forwarded same to R. Levin (.6). |
| 10/10/2016 | RICHARD B. LEVIN | 0.80 | 960.00 | Review and revise Fourth Interim Fee Application. |
| 10/11/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Revised and finalized Jenner fee application. |
| 10/12/2016 | VINCENT E. LAZAR | 1.50 | 1,462.50 | Worked on Cravath budget worksheet, fee application. |
| 10/14/2016 | VINCENT E. LAZAR | 2.30 | 2,242.50 | Proofed Jenner fee application, edited and forwarded same to J. Huston (0.3); prepared Cravath narrative and charts (holding for August invoice) (1.5). |
| 10/17/2016 | VINCENT E. LAZAR | 2.00 | 1,950.00 | Reviewed figures from Cravath, and worked on fee application support and charts for Cravath application. |
| 10/18/2016 | VINCENT E. LAZAR | 2.40 | 2,340.00 | Conference call with Cravath A/P re rates, 2015 comparison, related issues (.4); worked on Cravath fee application exhibits, narrative (1.2); prepared Exhibit K, inserts for Cravath application and circulated same for approval (.8). |
| 10/19/2016 | VINCENT E. LAZAR | 0.60 | 585.00 | Finalized Cravath application, emails with J. Huston re filing same (.4); email with R. Gonzales (Cravath) re results of hearings on 3rd and 4th Cravath applications, holdback payment (.2). |
| 10/24/2016 | VINCENT E. LAZAR | 0.20 | 195.00 | Reviewed fee examiner recommendation; email with J. Huston re same. |
| | | **21.00** | **20,925.00** | |

## ENERGY FUTURES INTERMEDIATE HOLDING / NON-WORKING TRAVEL (55152-10093)

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|------|------|------|------|------|
| 09/18/2016 | VINCENT E. LAZAR | 3.50 | 3,412.50 | Non-productive travel from Chicago to Delaware (Disclosure Statement hearing). |
| 09/19/2016 | RICHARD B. LEVIN | 5.20 | 6,240.00 | Travel to and from hearing on NEE merger agreement. |
| | | **8.70** | **9,652.50** | |

2531888.2.2