## EXHIBIT I

### Detailed Expense Records for Jenner & Block LLP

| Date | Description | Amt | Vendor/Narrative |
|------|-------------|-----|------------------|
| 07/05/2016 | Pacer Charges | 35.60 | Pacer Charges for period 04/01/2016-06/30/2016 |
| 09/19/2016 | Telephone Expense | 11.77 | Telephone Expense, SOUNDPATH CONFERENCING, 08/12/2016 |
| 09/19/2016 | Telephone Expense | 2.98 | Telephone Expense, SOUNDPATH CONFERENCING, 08/12/2016 |
| 09/21/2016 | Travel | 197.40 | Travel, RICHARD LEVIN, 09/19/2016 to Wilmington, DE; Hearing on approval of merger agreement. |
| 09/22/2016 | Travel | 805.93 | Travel, VINCENT E. LAZAR, 09/18-20/2016 to Wilmington, DE for Hearing. |
| 10/12/2016 | Other - | 51.00 | Other -, VINCENT E. LAZAR, 08/26/2016 Teleconf/Videoconf - CourtCall |
| 11/10/2016 | Telephone Expense | 6.82 | Telephone Expense, SOUNDPATH CONFERENCING, 10/12/2016 |
| 11/29/2016 | Other - | 30.00 | Other -, VINCENT E. LAZAR, 11/15/2016 CourtCall Teleconference/VideoConference ID# 7962527 |
| | | **1,141.50** | |

=