**EXHIBIT K**

**Comparison of Jenner & Block LLP Budgeted and Actual Fees**

**September through December 2016**

|  |  | 1<br>10010 Ch. 11 | 3<br>10034 Plan | 4<br>10042 Interco | 5<br>10050 Tax | 8<br>10085 Empl. | 9<br>10093 Travel | Total |
|---|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | | |
| September | Budget | 0 | 45 | 0 | 0 | 13 | 0 | 58 |
| | Actual | 0 | 27.3 | 0 | 0 | 4.1 | 8.7 | 40.1 |
| | Difference | 0 | 17.7 | 0 | 0 | 8.9 | -8.7 | 17.9 |
| October | Budget | 0 | 40 | 0 | 0 | 18 | 0 | 58 |
| | Actual | 0 | 29.8 | 0 | 0 | 16.9 | 0 | 46.7 |
| | Difference | 0 | 10.2 | 0 | 0 | 1.1 | 0 | 11.3 |
| November | Budget | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | Actual | 0 | 15.2 | 0 | 0 | 0 | 0 | 15.2 |
| | Difference | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| December | Budget | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | Actual | 0 | 19.1 | 0 | 0 | 0 | 0 | 19.1 |
| | Difference | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Total | **Budget** | 0 | 85 | 0 | 0 | 31 | 0 | 116.0 |
| | **Actual**[1] | 0 | 57.1 | 0 | 0 | 21 | 8.7 | 86.8 |
| | **Difference**[1] | 0 | 27.9 | 0 | 0 | 10 | -8.7 | 29.2 |

[1] Reflects only months for which budgets were prepared.

|  |  | 1<br>10010 Ch. 11 | 3<br>10034 Plan | 4<br>10042 Interco | 5<br>10050 Tax | 8<br>10085 Empl. | 9<br>10093 Travel | Total |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| September | Budget | $0.00 | $47,025.00 | $0.00 | $0.00 | $13,350.00 | $0.00 | $60,375.00 |
|  | Actual | $0.00 | $27,024.00 | $0.00 | $0.00 | $4,267.50 | $4,826.25 | $36,117.75 |
|  | Difference | 0.00 | $20,001.00 | $0.00 | $0.00 | $9,082.50 | -$4,826.25 | $24,257.25 |
| October | Budget | $0.00 | $35,850.00 | $0.00 | $0.00 | $16,875.00 | $0.00 | $52,725.00 |
|  | Actual | $0.00 | $22,301.50 | $0.00 | $0.00 | $16,657.50 | $0.00 | $38,959.00 |
|  | Difference | $0.00 | $13,548.50 | $0.00 | $0.00 | $217.50 | $0.00 | $13,766.00 |
| November | Budget | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
|  | Actual | $0.00 | $16,237.50 | $0.00 | $0.00 | $0.00 | $0.00 | $16,237.50 |
|  | Difference | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| December | Budget | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
|  | Actual | $0.00 | $17,692.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,692.00 |
|  | Difference | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Total** | **Budget** | $0.00 | $82,875.00 | $0.00 | $0.00 | $30,225.00 | $0.00 | $113,100.00 |
|  | **Actual**[2] | $0.00 | $49,325.00 | $0.00 | $0.00 | $20,925.00 | $4,826.25 | $75,076.00 |
|  | **Difference**[2] | 0.00 | $33,550.00 | $0.00 | 0.00 | $9,300.00 | -$4,826.25 | $38,024.00 |

---

[2] Reflects only months for which budgets were prepared.

2531888.2

SL1 1451673v1 109285.00005