SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO.: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 2/16/2017 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Clara Davis Jones | Pachulski Stang Ziehl + Jones | Cecil Lion Insider Trustee |
| Gary Holtzwih | Kramer Levin Naftalis - Frankel | " |
| Matthew M'Guire | Landis Rath + Cobb | NextEra |
| Howard Seife | Chadbourne + Parke | " |
| Robin Bell | | |
| Veronica Ip | Sullivan & Cromwell | EFH Committee |
| Daniel J. DeFranceschi | Richards Layton + Finger | Debtors |
| Jason M. Madron | " | Debtors |
| Richard DeRose | Nixon Peabody | American Stock Transfer as EFH Indent Trustee |
| Morgan Nighan | " | " |
| Justin Sousa | Kirkland + Ellis | Debtors |
| Mark McKane | " | " |
| Marc Kieselstein | " | " |
| Bryan Stephany | " | " |
| Mark Munzis | " | " |
| Richard L. Schepacarter | US DOJ - OUST | U.S. Trustee |
| Amy Vanroskin | Klehr Harrison | UMB Bank, N.A. |
| Cory Stephenson | Bielli & Klauder | EFH Corp |
| Peter Young | Proskauer | EFH Corp |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

SIGN-IN SHEET

**CASE NAME: EFH**
**CASE NO.: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 2/16/2017 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank, New York |
| Jamie Edmonson | Venable | PIMCO |
| Jeffrey Sabin | " | " |
| Nick A. Frail | M. M. W. R. | E-Side Parmesarbee |
| Abid Qureshi | Akin Gump | UMB Bank, N.A. |
| Daniel K. Hogan | Hogan McDaniel | Fenicle, Fahy, Jone & Hermzanymp |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

| Calendar Date: | 02/16/2017 |
| Calendar Time: | 10:00 AM ET |

Amended Calendar  Feb 16 2017  5:59AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8118472 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, TCEH / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8156341 | Alysa Ain | (212) 859-8000 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8154868 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8132621 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8147640 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8118522 | Kellie Cairns | (212) 373-3012 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, Adhoc Committee of TCEH First Lein Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8078725 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8147821 | Barry Felder | (212) 338-3540 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8153636 | GianClaudio Finzio | (302) 429-9240 ext. | Bayard P.A. | Representing, Delaware Trust Company / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8136040 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official committe of unsecured creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8139110 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8130505 | Mark Flannagan | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |

Serenia Taylor ext. 855

CourtConfCal2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8078736 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8114071 | Philip A. Gelston | (212) 474-1548 ext. | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8152361 | Brian Glueckstein | 212-558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8155210 | Alexis Gold | (212) 771-4547 ext. | TCW | Interested Party, Alexis Gold / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8153441 | Erica Goodstein | (718) 921-8180 ext. | American Stock Transfer Trust Company, LLC | Interested Party, American Stock Transfer Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8145483 | Todd M. Goren | (212) 468-8000 ext. | Morrison & Foerster LLP | Creditor, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8155266 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Taylor B. Harrison / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8148234 | Mark Heer | (302) 778-6454 ext. | UMB Bank | Representing, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8155201 | Chad J. Husnick | (312) 862-2009 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8141856 | Natasha Hwangpo | (212) 909-3198 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8144759 | Zachary Lanier | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8132607 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8153455 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8141874 | Catherine Norman | (512) 879-0969 ext. | Parsley Coffin Renner LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8145965 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8147902 | Lars A. Peterson | (312) 832-5394 ext. | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |

CourtConfCal2009

Serena Taylor ext. 855

| Debtor | Case | Type | ID | Name | Phone | Firm | Interested Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8156328 | Meredith Pfister | (212) 412-1368 ext. | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8142391 | Jon Pruchansky | (212) 584-5945 ext. | Arrowgrass Capital Partners U.S. LP | Representing, Energy Future Holding / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146199 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Client, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147713 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8099434 | Noah M Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147794 | Fredric Sosnick | 212-848-8571 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8148882 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8150231 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8156311 | Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146653 | Amer Tiwana | (646) 616-3052 ext. | Cowen & Co. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8153473 | Carl Tullson | (312) 407-0379 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8142084 | Matthew Underwood | 212-588-5148 ext. | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8132891 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8155196 | Julia M. Winters | (212) 617-6592 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |