## **EXHIBIT A**

## **Hours Expended by SOLIC Professionals**

| NAME | TITLE | HOURS<br>12/01 – 12/31/2016 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 30.0 |
| Raoul Nowitz | Managing Director | 40.5 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 22.0 |
| TOTALS | | 95.5 |