**EXHIBIT** B
**Hours Expended by Subject Matter**

**GENERAL**

|  | December 2016 |
|---|---|
| Plan Development & Testimony Review & Analysis | 39.0 |
| Meeting with Counsel & other Constituents | 3.0 |
| Dataroom and Diligence Materials Review | 40.5 |
| EFH Board Meeting Attendance | 5.5 |
| Project Management & Support | 4.0 |
| Fee Applications/Retention Applications | 3.0 |
| TOTAL HOURS | 95.5 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Plan Development & Testimony Review & Analysis:  Review restructuring proposals, as applicable, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets, review of deposition transcripts and related court testimony, review of treatment of EFH Corp. assets as part of plan proposals, and analysis of proposed settlements of Conflict Matters.  This category also includes review of relevant filings and motions filed on the bankruptcy court docket as it relates to financial elements and related impacts, working alongside counsel and engaging with Evercore regarding the Plan of Reorganization and matters pertaining to the upcoming E-side confirmation hearing, make-whole resolution matters as it impacts EFH Corp., including the financial analysis and modeling of illustrative financial scenarios, discussion related to same plus the review of deposition transcripts and court testimony transcripts.

- Meeting with Counsel & Other Constituents:  Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.

- Dataroom and Diligence Materials Review:  Download, analyze and review materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom, and (iii) items previously posted to the dataroom requiring additional review and revisiting by the SOLIC team.  Dataroom items reviewed included, but were not limited to, E-side liquidation analyses and feasibility reports, documents filed with the PUC for financial elements included therein, monthly operating reports and related variance analyses, cash projections and comparative analyses relative to prior versions, financial analysis on the impact of make-whole claims rulings and the financial impact thereof as it relates to EFH Corp., and financial analysis as provided in materials shared with EFH Corp's board of directors.

- <u>EFH Board Meeting Attendance</u>:  Attend in-person and/or telephonically weekly EFH board meetings and engage in pre-meeting preparations and post-meeting follow-up.

- <u>Project Management & Support</u>: Key elements of project management on the engagement including work plan development and internal discussion pertaining to same.  General review and research of case filings.

- <u>Fee Applications/Retention Applications</u>:  Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee.