**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF FILING OF EIGHTH AMENDED PLAN OF REORGANIZATION,
PROPOSED CONFIRMATION ORDER, AND EFIH SETTLEMENT**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (the "Debtors") have today filed the following documents, which are in substantially final form:

- The **Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code** (as modified, amended, or supplemented from time to time in advance of entry of the EFH Confirmation Order, the "Plan") as it relates to Energy Future Holdings Corp. ("EFH Corp."), its direct subsidiaries, Energy Future Intermediate Holdings Company, LLC and EFIH Finance Inc. (together, "EFIH"), and certain of their subsidiaries (collectively, and as defined in the Plan, the "EFH/EFIH Debtors"), attached hereto as **Exhibit A-1**, and an incremental blackline against the version filed on February 13, 2017 [D.I. 10815] attached hereto as **Exhibit A-2**.[2]

- The proposed **Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and the EFIH Debtors** (the "Proposed Confirmation Order"), attached hereto as **Exhibit B-1**, and an incremental blackline against the version filed on February 9, 2017 [D.I. 10793] attached hereto as **Exhibit B-2**.

- The **Agreement** by and among the Debtors, the Supporting EFIH Unsecured Creditors, the Supporting EFIH First Lien Holders, and the Supporting EFIH Second

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan.

RLF1 16981445v.1

Lien Holders regarding settlement of the Makewhole Litigation (the "EFIH Settlement Agreement"), attached hereto as **Exhibit C**.

**PLEASE TAKE FURTHER NOTICE** that, to the extent further modifications are made to the Plan, Proposed Confirmation Order, or the EFIH Settlement Agreement, the Debtors will file revised versions of such documents in advance of the hearing to consider confirmation of the Plan, scheduled for **February 17, 2017 starting at 10:00 a.m. (Eastern Standard Time)** (the "EFH Confirmation Hearing") and will present a blacklined copy reflecting the modifications to the Bankruptcy Court at the EFH Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of the Plan, the Proposed Confirmation Order, or the EFIH Settlement Agreement may download copies from the Debtors' Notice and Claims Agent, Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.

[*Remainder of page intentionally left blank.*]

Dated: February 16, 2017
     Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Email:    collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Email:    edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Email:    james.sprayregen@kirkland.com
            marc.kieselstein@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*