**SIGN-IN SHEET**

CASE NAME: EFH

CASE NO.: 14-10979

**COURTROOM LOCATION: 6**

**DATE: 2/17/2017 at 10:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lyonard Ip | Sullivan Cromwell | E-Side Committee |
| Mark H. Hovis | MNAT | " |
| Benjamin H. Finestein | Klehr Harrison | UMB Bank, N.A. |
| Mark Hobolzn | Foley & Lardner | " |
| Harold Keglar | " | " |
| Scott Alberino | Akin Gump | " |
| Abid Qureshi | " | " |
| Katherine Eisenhut | " | " |
| Philip Gund | Wilmington | Delaware Trust As EFIH IL Trustee |
| Richard L Schepacarta | USDOJ - OUST | US Trustee |
| Norman Pernick | Cole Schotz | DTC as EFIH IL Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | 2nd lien indenture Trustee |
| Gregory Horowitz | Kramer Levin | 2nd lien indenture Trustee |
| Dame K. Hogan | Hogan McDaniel / Chadbourne Park | Fenwick, Fahr, Jones & Hantzman |
| Howard Seife | " | NextEra |
| Robin Ball | | |
| Matthew McGuire | Landis Rgth Cobb | |
| Tory Stephenson | B'ielli & Klauder | EFH Corp |
| Peter Young | Proskauer | EFH Corp |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN SHEET**

CASE NAME: EFH

CASE NO.: 14-10979

COURTROOM LOCATION: 6

DATE: 2/17/2017 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark McKane | Kirkland & Ellis | Debtors |
| Aparna Yenamandra | '' | '' |
| Ned Schodek | Shearman & Sterling | Deutsche Bank New York |
| R. Stark on behalf | Peter Aronson | '' '' |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Court Conference

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable Christopher S. Sontchi

#6

| Calendar Date: | 02/17/2017 |
| Calendar Time: | 10:00 AM ET |

Amended Calendar  Feb 17 2017  5:19AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8118484 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, Adhoc Committee of TCEH First Lein Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8157895 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8132622 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8147641 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8118528 | Kellie Cairns | (212) 373-3012 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, Adhoc Committee of TCEH First Lien Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8078726 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8158420 | Andrew G. Devore | (617) 951-7618 ext. | Ropes & Gray LLP | Creditor, Delaware Trust Co. as Indenture Trustee EFIH First Lien Notes / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8147827 | Barry Felder | (212) 336-3540 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8153638 | GianClaudio Finizio | (302) 429-9240 ext. | Bayard P.A. | Representing, Delaware Trust Company / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8136043 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official committe of unsecured creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8139118 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |

Serenia Taylor ext. 855

CourtConfCal2009

| Case | Type | Debtor | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8130506 | Mark Flannagan | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8078737 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8114074 | Philip A. Gelston | (212) 474-1548 ext. | Cravath Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8141728 | Brian Glueckstein | 212-558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8153443 | Erica Goodstein | (718) 921-8180 ext. | American Stock Transfer Company, LLC | Interested Party, American Stock Transfer Trust Company / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8145488 | Todd M. Goren | (212) 468-8000 ext. | Morrison & Foerster LLP | Creditor, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8157908 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Taylor B. Harrison / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8158019 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8148242 | Mark Heer | (302) 778-6454 ext. | UMB Bank | Representing, UMB Bank / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8159249 | Chad J. Husnick | (312) 862-2009 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8141857 | Natasha Hwangpo | (212) 909-3198 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8157912 | Gary L. Kaplan | (212) 859-8812 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8144765 | Zachary Lanier | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8132609 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8153456 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LIVE |
| 14-10979 | Hearing | Energy Future Holdings Corp. | 8141877 | Catherine Norman | (512) 879-0969 ext. | Parsley Coffin Renner LLP | Interested Party, NextEra Energy / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8145968 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147907 | Lars A. Peterson | (312) 832-5394 ext. | Foley & Lardner, LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8142395 | Jon Pruchansky | (212) 584-5945 ext. | Arrowgrass Capital Partners U.S. LP | Representing, Energy Future Holding / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8159264 | Jonathan W. Randles | (714) 932-5005 ext. | Dow Jones | Interested Party, Dow Jones / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146202 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Client, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147715 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8099438 | Noah M Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8147796 | Fredric Sosnick | 212-848-8571 ext. | Shearman & Sterling LLP | Creditor, Deustche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8148889 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8150232 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8158322 | Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8146657 | Amer Tiwana | (646) 616-3052 ext. | Cowen & Co. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8153481 | Carl Tullson | (312) 407-0379 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8142090 | Matthew Underwood | 212-588-5148 ext. | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8132906 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |