IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 10853** |

**CERTIFICATION OF COUNSEL CONCERNING ORDER CONFIRMING THE
EIGHTH AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY
CODE AS IT APPLIES TO THE EFH DEBTORS AND EFIH DEBTORS**

On February 17, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 10853] (as amended, modified, and supplemented from time to time, the "Plan"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). A trial to consider confirmation of the Plan as it relates to the EFH Debtors[2] and EFIH Debtors commenced before the Court on February 14, 2017 and concluded on February 17, 2017. On February 17, 2017, ruling from the bench, the Court confirmed the Plan as it relates to the EFH Debtors and EFIH Debtors.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Plan.

RLF1 16987759v.1

On February 9, 2017, the Debtors filed a proposed form of the *Order Confirming the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* [D.I. 10793]. Thereafter, on February 16, 2017, the Debtors filed an amended proposed form of the *Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* [D.I. 10848; Ex. B-1] (the "Amended Proposed Confirmation Order").

Based on the record of the February 17, 2017 hearing held before the Court wherein the Court confirmed the Plan as it relates to the EFH Debtors and EFIH Debtors, the Debtors have prepared a further revised form of the *Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* (the "Final Proposed Confirmation Order"). A copy of the Final Proposed Confirmation Order is attached hereto as **Exhibit 1**. For the convenience of the Court and other parties-in-interest, a redline of the Final Proposed Confirmation Order marked against the Amended Proposed Confirmation Order filed with the Court on February 16, 2017 is attached hereto as **Exhibit 2**.

The Debtors believe that the Final Proposed Confirmation Order is consistent with the Court's bench rulings made on the record of the hearing held before the Court on February 17, 2017 (including the resolution of the extant objections to the Plan as it relates to the EFH Debtors and EFIH Debtors). The Debtors circulated a copy of the Final Proposed Confirmation Order to counsel to each of (i) UMB Bank, N.A.; (ii) Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee; (iii) Computershare Trust Company, N.A. and

2

Computershare Trust Company of Canada, as Second Lien Indenture Trustee; and (iv) NextEra Energy, Inc. and Next Era Energy Capital Holdings, Inc., and the Debtors believe that the Final Proposed Confirmation Order is acceptable for entry to each of those parties. Consequently, the Final Proposed Confirmation Order should be entered.

The Debtors therefore respectfully request that the Court enter the Final Proposed Confirmation Order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

RLF1 16987759v.1

Dated: February 17, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*