## EXHIBIT D

**Summary of Cravath, Swaine & Moore LLP Blended Hourly Rates**
**(Customary And Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed in 2016** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| Partners | $1,127 | $1,249 |
| Associates | $659 | $689 |
| Legal Assistants/Paralegals | $247 | $316.54 |
| Total | $703 | $980.53 |

Case Name:         Energy Future Intermediate Holding Company LLC
Case Number:       14-10979 (CSS)
Applicant's Name:  Cravath, Swaine & Moore LLP
Date of Application: February 17, 2017
Interim or Final:  Interim

2532491.3

=