## **EXHIBIT E**

## **Summary of Cravath, Swaine & Moore LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Philip Gelston** | Partner | 1979 | Corporate | 1,250 | 43.90 | 54,875.00 |
| **Andrew Needham** | Partner | 1995 | Tax | 1,250 | 18.00 | 22,500.00 |
| **Michael Paskin** | Partner | 1996 | Litigation | 1,230 | 2.80 | 3,444.00 |
| | | | | | | |
| **Trevor Broad** | Associate | 2009 | Litigation | 835 | 3.10 | 2,588.50 |
| **Antje Hagena** | Associate | 2015 | Tax | 765 | 9.10 | 6,961.50 |
| **Alexandra Larkin** | Associate | 2015 | Litigation | 645 | 23.80 | 15,351.00 |
| **Claudia Ricciardi** | Associate | 2016 | Corporate | 645 | 2.20 | 1,419.00 |
| | | | | | | |
| **M. Kraus** | Litigation Tech Specialist | n/a | Litigation support | 340 | 6.90 | 2,346.00 |
| **Melissa Gonzalez** | Legal Assistant | n/a | Litigation Support | 330 | 0.20 | 66.00 |
| **Andrew Tran** | Legal Assistant | n/a | Litigation Support | 245 | 2.30 | 563.50 |
| | | | | | | |
| **TOTAL** | | | | | **112.30** | **$110,114.50** |

2532491.3

=