## **EXHIBIT F**

**Summary of Cravath, Swaine & Moore LLP Expenses**

| Service Description | Amount |
|---|---|
| CLIENT BUSINESS TRANSPORTATION | $ 118.66 |
| OTHER DATABASE RESEARCH | $ 84.60 |
| CONF. CALL/VOICE/DATA | $ 263.00 |
| EXPENSES INCIDENT TO OVERTIME | $ 40.00 |
| GROUND TRANSPORTATION | $ 131.42 |
| **TOTAL** | **$ 637.68** |

2532491.3