## **EXHIBIT G**

## **Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 108.3 | $107,318.50 |
| Tax Issues | 1.8 | $1,377.00 |
| Oncor Sale Process | 2.2 | $1,419.00 |
| **TOTAL** | **112.30** | **$110,114.50** |

2532491.3