# EXHIBIT H

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 9/1/2016 | Gelston, P A | Partner | 2.3 | Reviewed board meeting agenda, board materials and proposed DID amendment (2.3). |
| 11205-003 | 9/2/2016 | Gelston, P A | Partner | 1.4 | Participated in Joint Board call (0.8); e-mail exchange with C. Cremens concerning proposal/resolution (0.6). |
| 11205-003 | 9/2/2016 | Ricciardi, Claudia | Associate | 0.5 | Board meeting. |
| 11205-003 | 9/6/2016 | Needham, A | Partner | 0.7 | Review of terms of proposed settlement w/ Texas comptroller. |
| 11205-003 | 9/7/2016 | Gelston, P A | Partner | 0.8 | Reviewed court rocket filings and additions to data room (0.8). |
| 11205-003 | 9/7/2016 | Hagena, Antje | Associate | 1.1 | Review comptroller settlement motion. |
| 11205-003 | 9/7/2016 | Needham, A | Partner | 0.7 | Review of draft settlement agreement w/ Texas comptroller. |
| 11205-003 | 9/8/2016 | Needham, A | Partner | 0.8 | Review of revised draft settlement agreement w/ Texas comptroller and related motion from Kirkland. |
| 11205-003 | 9/9/2016 | Needham, A | Partner | 1 | Review of information from Kirkland on 2015 tax return and NOL projections (0.8 hrs); corr w/ Kirkland re same (0.2 hrs). |
| 11205-003 | 9/9/2016 | Gelston, P A | Partner | 1.2 | Reviewed tax related matters and filing positions (1.2). |
| 11205-003 | 9/11/2016 | Gelston, P A | Partner | 1.1 | Reviewed revised reply to 2016 Merger and PSA Objections (1.1). |
| 11205-003 | 9/12/2016 | Larkin, Alexandra | Associate | 0.1 | Review of reservations of rights delivered to CSM. |
| 11205-003 | 9/12/2016 | Gelston, P A | Partner | 1.2 | Reviewed revised disclosure statement (1.2). |
| 11205-003 | 9/13/2016 | Needham, A | Partner | 0.8 | Review of draft merger reply from Kirkland. |
| 11205-003 | 9/13/2016 | Gelston, P A | Partner | 0.8 | Review new docket filings (0.8). |
| 11205-003 | 9/14/2016 | Gelston, P A | Partner | 1.2 | Review docket filings, briefs (1.2). |
| 11205-003 | 9/15/2016 | Larkin, Alexandra | Associate | 0.3 | Review of Cremens deposition notice and document requests from indenture trustee, and correspondence with D. Herman and M. Paskin re: same. |
| 11205-003 | 9/15/2016 | Gelston, P A | Partner | 2.6 | Reviewed court filings in preparation for Monday hearing (1.3); email exchange on Cremens deposition preparation (0.4); reviewed revised disclosure statement (0.9). |
| 11205-003 | 9/15/2016 | Paskin, M A | Partner | 1.6 | Review discovery requests re plan confirmation and emails w/ Gelston, Levin re document production and deposition of Cremens. |
| 11205-003 | 9/16/2016 | Broad, Trevor M. | Associate | 0.8 | Discussion with M. Paskin and A. Larkin re document collection and production protocol for plan discovery. |
| 11205-003 | 9/16/2016 | Gelston, P A | Partner | 3.8 | Participated on telephone joint board call (1.4); reviewed Board materials (0.8); attention to NextEra developments (1.6). |

2532491.3

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 9/16/2016 | Larkin, Alexandra | Associate | 1.1 | Correspondence with M. Paskin and T. Broad re: notice of deposition and document subpoena to C. Cremens. |
| 11205-003 | 9/18/2016 | Gelston, P A | Partner | 0.8 | Reviewed revised NextEra proposal (0.8). |
| 11205-003 | 9/19/2016 | Ricciardi, Claudia | Associate | 1.7 | Court hearing. |
| 11205-003 | 9/19/2016 | Gelston, P A | Partner | 5.7 | Telephone appearance at Court hearing (3.9); reviewed executed Merger Agreement, amended PSA and Consents (1.8). |
| 11205-003 | 9/20/2016 | Gelston, P A | Partner | 0.6 | Reviewed reports about hearing results (0.6). |
| 11205-003 | 9/22/2016 | Larkin, Alexandra | Associate | 0.8 | Coordination with CSM team and Jenner & Block re: document collection and preservation in response to Cremens subpoena. |
| 11205-003 | 9/22/2016 | Paskin, M A | Partner | 1.2 | E-Mails w/ Levin re request for Cremens docs. and deposition, and att to preservation and collection of same docs. |
| 11205-003 | 9/22/2016 | Kraus, M | Lit Tech Manager/Specialist | 0.4 | Attention to - emails and calls with A. Larkin, T. Broad, R. Pursikowski, A. Eames and H. Claudio regarding a litigation hold and the possible collection of Phil Gelston's and Andy Needham's email. |
| 11205-003 | 9/22/2016 | Broad, Trevor M. | Associate | 0.4 | Coordinating with A. Larkin and M. Paskin re document collection and production for plan discovery. |
| 11205-003 | 9/23/2016 | Larkin, Alexandra | Associate | 0.4 | Drafted litigation hold notice. Correspondence with TLS and T. Broad re: same. |
| 11205-003 | 9/23/2016 | Kraus, M | Lit Tech Manager/Specialist | 0.3 | Attention to - emails with A. Larkin regarding the litigation hold and email her an example of a Cravath in-house litigation hold. Call with H. Claudio regarding the litigation hold. |
| 11205-003 | 9/25/2016 | Kraus, M | Lit Tech Manager/Specialist | 0.1 | Attention to - emails with A. Larkin regarding setting up a conference call to discuss the litigation hold with H. Claudio. |
| 11205-003 | 9/25/2016 | Gelston, P A | Partner | 0.6 | Reviewed revised PSA draft (0.6). |
| 11205-003 | 9/26/2016 | Gelston, P A | Partner | 0.5 | Review termination fee letter (0.3); call with Sieving on termination fee (0.2) |
| 11205-003 | 9/26/2016 | Kraus, M | Lit Tech Manager/Specialist | 0.4 | Attention to - set-up and attend a conference call with A. Larkin and H. Claudio to discuss the litigation hold. |
| 11205-003 | 9/26/2016 | Larkin, Alexandra | Associate | 0.4 | Correspondence with TLS re: lit hold and email collection. |
| 11205-003 | 9/27/2016 | Needham, A | Partner | 3.4 | Review of draft K&E tax opinion and related documents on spin-off of T side business and related issues (2.1 hrs); tax attn to same (1.3 hrs). |
| 11205-003 | 9/28/2016 | Needham, A | Partner | 2.5 | Review of draft tax memo from KPMG on spin-off of T side business and related issues (1.4 hrs); tax attn to same (1.1 hrs). |
| 11205-003 | 9/29/2016 | Gelston, P A | Partner | 1.8 | Review Board materials on restructuring update (1.2); review articles on PUC issues with termination fee (0.6). |
| 11205-003 | 9/30/2016 | Gelston, P A | Partner | 0.8 | Participated on joint board call (0.5); email with C. Cremens concerning Board slides (0.3). |

2

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 10/4/2016 | Larkin, Alexandra | Associate | 0.4 | Correspondence with A. Lichtman and C. Ricciardi re: document collection and production. |
| 11205-003 | 10/4/2016 | Tran, Andrew | Litigation Legal Assistant | 2.3 | Administration and Organization - Prepared, organized, and assembled updated EFIH E-Side Calendar, as per A. Larkin. |
| 11205-003 | 10/4/2016 | Kraus, M | Lit Tech Manager/Specialist | 1 | Attention to - Call A. Larkin regarding the litigation hold. Fill out the new litigation hold information sheet and send it to H. Claudio to fill in the IT sections. Discuss the collection of A. Needham's and P. Gelston's 2016 emails with A. Larkin. Emails with A. Larkin regarding the search terms she would like to run on the emails. |
| 11205-003 | 10/5/2016 | Larkin, Alexandra | Associate | 0.3 | Correspondence with TLS re: document review for subpoena. |
| 11205-003 | 10/5/2016 | Broad, Trevor M. | Associate | 0.6 | Discussion with A. Lichtman re document production and collection in connection with Plan confirmation discovery. |
| 11205-003 | 10/5/2016 | Kraus, M | Lit Tech Manager/Specialist | 1.5 | Attention to - calls and emails with H. Claudio and L. Haverly regarding the collection of A. Needham's and P. Gelston's emails and running search terms in Notes. Emails and calls with the vendor regarding the upcoming collection, processing and review of the new data. Call with T. Broad regarding the Jenner attorneys and their upcoming collection and production of new data. |
| 11205-003 | 10/6/2016 | Kraus, M | Lit Tech Manager/Specialist | 0.5 | Attention to - emails and calls with A. Larkin and H. Claudio regarding the collection. |
| 11205-003 | 10/7/2016 | Kraus, M | Lit Tech Manager/Specialist | 1.6 | Attention to - Create vendor document processing instructions to be reviewed by attorney A. Larkin before sending documents for processing. Coordinate with M. Gonzalez to create an FTP site to post the documents for the vendor to down load for processing. Coordinate with L. Haverly in IT to export the emails for custodians Gelston and Needham. Quality check the email NSF files with L. Haverly before they are posted to the FTP site. Post the files to the FTP site. Email the processing instruction to the vendor and call them to go over the instructions. |
| 11205-003 | 10/7/2016 | Gonzalez, M | Lit Tech Support 3 | 0.2 | Attention to create a new FTP site at request of Michael Kraus |
| 11205-003 | 10/7/2016 | Broad, Trevor M. | Associate | 0.2 | Discussion with A. Larkin re document collection and review in connection with plan discovery. |
| 11205-003 | 10/9/2016 | Kraus, M | Lit Tech Manager/Specialist | 0.6 | Attention to - email communications with A. Larkin and the vendor regarding the search term and exceptions reports, highlighting privilege terms in the review database and batching out the documents to review. |
| 11205-003 | 10/10/2016 | Larkin, Alexandra | Associate | 1.3 | Review of Gelston and Needham documents in response to document subpoena. |

3

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 10/10/2016 | Larkin, Alexandra | Associate | 0.4 | Prepared for review of documents in response to subpoena. Correspondence with TLS re: same. |
| 11205-003 | 10/11/2016 | Larkin, Alexandra | Associate | 9.2 | Review of Gelston and Needham documents in response to document subpoena. |
| 11205-003 | 10/11/2016 | Kraus, M | Lit Tech Manager/Specialist | 0.1 | Attention to - call with A. Larkin regarding the document review. |
| 11205-003 | 10/11/2016 | Broad, Trevor M. | Associate | 0.8 | Call with A. Lichtman and R. Levin re document review protocol in connection with Plan discovery. |
| 11205-003 | 10/12/2016 | Larkin, Alexandra | Associate | 8.2 | Review of Gelston and Needham documents in response to document subpoena. |
| 11205-003 | 10/13/2016 | Larkin, Alexandra | Associate | 0.2 | Review of Gelston and Needham documents in response to document subpoena. |
| 11205-003 | 10/13/2016 | Larkin, Alexandra | Associate | 0.2 | Calls with A. Lichtman re: priv review. |
| 11205-003 | 10/13/2016 | Broad, Trevor M. | Associate | 0.1 | Call with A. Larkin re privilege log for plan discovery. |
| 11205-003 | 10/14/2016 | Larkin, Alexandra | Associate | 0.2 | Correspondence with A. Lichtman and vendor re: document review. |
| 11205-003 | 10/14/2016 | Kraus, M | Lit Tech Manager/Specialist | 0.1 | Attention to - Coordinate with the vendor to create a cross reference field for Cravath reviewed documents being copied to the Jenner review platform. |
| 11205-003 | 10/17/2016 | Kraus, M | Lit Tech Manager/Specialist | 0.3 | Attention to - call the vendor inquiring if a cross reference field was set-up in the Jenner review platform so the Jenner reviewers can reference a document to the Cravath reviewers. Call A. Larkin regarding the cross reference. |
| 11205-003 | 10/24/2016 | Gelston, P A | Partner | 1.3 | Prep for Board call by reviewing Board slides (1.3). |
| 11205-003 | 10/25/2016 | Hagena, Antje | Associate | 1.8 | Review draft supplemental submission to the IRS regarding EFH reorganization. |
| 11205-003 | 10/25/2016 | Gelston, P A | Partner | 1.6 | Participated on Board teleconference (1.6). |
| 11205-003 | 10/25/2016 | Needham, A | Partner | 2.1 | Review of draft submission to IRS on E side plan (1.3 hrs); review of plan and Nextera merger agreement (0.8 hrs). |
| 11205-003 | 10/30/2016 | Gelston, P A | Partner | 0.8 | ReviewTTHC/OMI board slides and OMIT/TTCH resolutions (0.8). |
| 11205-003 | 10/31/2016 | Hagena, Antje | Associate | 1.8 | Review supplemental ruling request (K&E draft). |
| 11205-003 | 10/31/2016 | Gelston, P A | Partner | 0.8 | Participate on Board call (0.8). |
| 11205-003 | 11/1/2016 | Needham, A | Partner | 3 | Review of revised draft of supplemental IRS ruling request from Kirkland on E side plan (1.6 hrs); tax attn to same (1.2 hrs); corr w/ A. Hagena re ruling (0.2 hrs). |
| 11205-003 | 11/1/2016 | Hagena, Antje | Associate | 2.3 | Review revised supplemental ruling request (K&E draft) (1.8); email to Andy Needham re: revised supplemental ruling request (K&E draft). |
| 11205-003 | 11/3/2016 | Needham, A | Partner | 0.7 | Review of final supplemental IRS ruling request from Kirkland. |
| 11205-003 | 11/7/2016 | Gelston, P A | Partner | 0.8 | E-Mail with R. Levin; reviewed Supreme Court 1st Lien Noteholder Settlement ruling. |

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 11/8/2016 | Gelston, P A | Partner | 0.2 | E-Mails with R. Levin and C. Cremens re: PUC developments (0.2). |
| 11205-003 | 11/17/2016 | Gelston, P A | Partner | 0.8 | Reviewed EFIH Make Whole Decision Reversal opinion (0.8). |
| 11205-003 | 11/18/2016 | Gelston, P A | Partner | 1.3 | Attendance by telephone at the EFH/EFIH Joint Board meeting (1.1); email with R. Levin (0.2). |
| 11205-003 | 11/21/2016 | Gelston, P A | Partner | 0.7 | E-Mails with R. Levin and C. Cremens concerning PIK negotiations (0.4); reviewed E-Side Debtors' Confirmation Hearing and Schedule (0.3). |
| 11205-003 | 11/22/2016 | Gelston, P A | Partner | 0.4 | Review P. Keglevic email (0.4). |
| 11205-003 | 11/28/2016 | Gelston, P A | Partner | 0.3 | E-Mails with R. Levin and C. Cremens concerning Plan proposal (0.3). |
| 11205-003 | 11/29/2016 | Gelston, P A | Partner | 1 | EFH plan conference call with C. Cremens (0.6).; reviewed board materials (0.4). |
| 11205-003 | 11/30/2016 | Gelston, P A | Partner | 1.2 | Participated in EFH/EFIH/EFIH Finance Board conference call (1.2). |
| 11205-003 | 12/5/2016 | Gelston, P A | Partner | 0.8 | E-Mail with R. Levin; reviewed EFIH term sheet (0.8). |
| 11205-003 | 12/8/2016 | Larkin, Alexandra | Associate | 0.3 | Review of case schedule. |
| 11205-003 | 12/15/2016 | Gelston, P A | Partner | 0.8 | Reviewed Board materials and email exchange with V. Lazar and R. Levin concerning Board Materials (0.8). |
| 11205-003 | 12/16/2016 | Gelston, P A | Partner | 1.3 | Participate by telephone on EFH/EFIH Board meeting. |
| 11205-003 | 12/19/2016 | Broad, Trevor M. | Associate | 0.2 | Call with A. Litchman re plan confirmation discovery requests. |
| 11205-003 | 12/19/2016 | Needham, A | Partner | 2.3 | Review of draft supplemental submission to IRS from Kirkland, mtg w/ A. Hagena to discuss same. |
| 11205-003 | 12/19/2016 | Gelston, P A | Partner | 0.4 | E-Mail with R. Levin; reviewed asbestos claimants motion opinion. |
| 11205-003 | 12/19/2016 | Hagena, Antje | Associate | 0.7 | Review supplemental submission on device" in connection with T-Side Spinco distribution" |
| 11205-003 | 12/20/2016 | Hagena, Antje | Associate | 1.4 | Review supplemental submission on device" in connection with T-Side Spinco distribution (0.9); email to Andy Needham re: supplemental submission on "device" in connection with T-Side Spinco distribution (0.5)" |
| 11205-003 | 12/26/2016 | Gelston, P A | Partner | 0.8 | E-Mails with C. Husnick, M. Kieselstein, R. Levin, C. Cremens concerning board update call (0.8). |
| 11205-003 | 12/27/2016 | Gelston, P A | Partner | 1.4 | Participated on EFH/EFIH Finance board call (0.8); reviewed board deck (0.6). |
| | | | | **112.30** | |

02/17/2017 SL1 1452035v1 109285.00005

2532491.3