## EXHIBIT I

### Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| **11205-003** | 9/1/2016 | Mchugh, K | CLIENT BUSINESS TRANSPORTATION | 118.66 | Inv#: 4705238 V# LV132311FD ETG Cravath, 825 Eighth Avenue, New York, NY - SUMMIT, NJ 9:43 0.00 Cravath, 825 Eighth Avenue, New York, NY SUMMIT, NJ |
| **11205-003** | 9/13/2016 | Kaplan, K | CONF. CALL/VOICE/DATA | 263 | TELEPHONE, Merchant: Delaware TRIP PURPOSE: Court Call Set Up CITIES VISITED: NYC RptID: 010014087262 |
| **11205-003** | 9/30/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 0.22 | Public Document Retrieval - Pacer |
| **11205-003** | 9/30/2016 | Del Giorno, J | OTHER DATABASE RESEARCH | 5.88 | Public Document Retrieval - Pacer |
| **11205-003** | 10/11/2016 | Larkin, Alexandra | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1769294360 - Friedman's (10th Ave) |
| **11205-003** | 10/11/2016 | Larkin, Alexandra | GROUND TRANSPORTATION | 65.71 | Inv#: 1065172 V# LV1B243142 CTG Cravath, 825 Eighth Avenue, New York, NY - HOBOKEN, NJ LARKIN 2:27 0.00 Cravath, 825 Eighth Avenue, New York, NY HOBOKEN, NJ |
| **11205-003** | 10/12/2016 | Larkin, Alexandra | GROUND TRANSPORTATION | 65.71 | Inv#: 4757129 V# LV1C243141 ETG Cravath, 825 Eighth Avenue, New York, NY - HOBOKEN, NJ L. LARKIN 2:28 0.00 Cravath, 825 Eighth Avenue, New York, NY HOBOKEN, NJ |
| **11205-003** | 10/12/2016 | Larkin, Alexandra | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1769702089 - The Little Beet |
| **11205-003** | 10/31/2016 | Del Giorno, J | OTHER DATABASE RESEARCH | 0.11 | Public Document Retrieval - Pacer |
| **11205-003** | 12/31/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 78.39 | Public Document Retrieval - Pacer |
| | | | **Total** | **$ 637.68** | |

=