## EXHIBIT J

**Monthly Budgets for Cravath, Swaine & Moore LLP**

=

919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908                    J E N N E R & B L O C K LLP

August 16, 2016

Richard Levin
Tel  +1 212 891 1601
rlevin@jenner.com

VIA EMAIL
PRIVILEGED AND CONFIDENTIAL

Stacey H. Doré
Executive Vice President and General Counsel
Energy Future Intermediate Holdings
Company LLC
Energy Plaza
1601 Bryan Street, 41st Floor
Dallas, TX 75201

Re:    Combined Budget And Staffing Plan for Cravath, Swaine & Moore LLP and Jenner &
       Block for September 2016

Dear Stacey:

This memorandum presents the combined budget and staffing plan for Cravath, Swaine &
Moore LLP and Jenner & Block LLP, as independent counsel for Energy Future Intermediate
Holding Company LLC for the Matters listed below for the period September 1 through
September 30, 2016 (the "**Budget Period**"), for your review and approval.

- Exhibit A sets forth the proposed aggregate budget for each of the Matters
  Cravath and Jenner anticipate working on during the Budget Period;

- Exhibit B sets forth the proposed aggregate staffing plan for the Budget
  Period;

- Exhibits C set forth the proposed staffing plan for each of the Matters
  Cravath and Jenner anticipate working on during the Budget Period.

Exhibits A and B, as approved, after redaction to exclude any sensitive or privileged
information, will be attached as an exhibit to the fee applications that Cravath and Jenner file
with the Court for the Budget Period. Exhibit C will not be filed with Cravath's or Jenner's fee
applications.

Budgets and staffing plans are speculative, particularly in a large chapter 11 case, which
commonly involves conflicting interests of diverse and numerous constituents. Cravath and

Stacey H. Doré
August 16, 2016
Page 2

Jenner reserve the right to seek payment for all of its fees and expenses incurred in accordance with the terms of the engagement letters effective as of November 16, 2014 between you and Cravath and the terms of the engagement letter effective as of May 18, 2015 between you and Jenner (collectively the "**Engagement**"). Your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. You, Cravath, and Jenner recognize and agree that the budget and the staffing plan set forth in this Memorandum do not impair or impede any party's rights with respect to the Engagement, including any right under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

Sincerely,

*Richard Levin*

Partner


cc:      Charles H. Cremens (w/enclosures)
         Brady C. Williamson (w/enclosures other than Exhibit C)

**Exhibit A**

**Aggregate Budget for All Matter Categories
for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 65 | $64,875 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 40 | $42,350 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 2 | $2,460 |
| 9 | Non-Working Travel | 0 | $0 |
| 10 | Claims Litigation | 0 | $0 |
| **Total** | | **107** | $109,685 |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 45 | $47,025 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 13 | $13,350 |
| 9 | Non-Working Travel | 0 | 0 |
| 10 | Claims Litigation | 0 | $0 |
| **Total** | | **65** | $60,375 |

**Exhibit B**

**Aggregate Staffing Plan For All Matter Categories
for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 3 | 1249 |
| Associate (4+ years since first admission) | 1 | 835 |
| Jr. Associate (1-3 years since first admission) | 2 | 623 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistants (and other support staff) | 0 | N/A |
| **Total Attorney** | **6** | **1025** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **6** | **1025** |

Law firm:  **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1069 |
| Associate (4+ years since first admission) | 1 | 705 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistants (and other support staff) | 0 | N/A |
| **Total Attorney** | **3** | **1041** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **3** | **1041** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate for, and projected
number of hours worked by, each timekeeper over the course of the Budget Period.

**Exhibit C**

**Staffing Plan and Budget for Matter Category 1, Chapter 11 General and Administrative, for the Period September 1 through September 30, 2016**

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 1 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 1 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

**Staffing Plan and Budget for Matter Category 2, Governance,
for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 2 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 2 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

**Staffing Plan and Budget for Matter Category 3, Plan and Disclosure Statement
for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 3 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1250 |
| Associate (4+ years since first admission) | 2 | 835 |
| Jr. Associate (1-3 years since first admission) | 1 | 535 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **5** | **998** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **5** | **998** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 3 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1088 |
| Associate (4+ years since first admission) | 1 | 705 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **3** | **1045** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **3** | **1045** |

**Staffing Plan and Budget for Matter Category 4, Intercompany Claims**
**for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 4 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 4 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 5, Tax Issues
for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 5 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 1250 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 1 | 740 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **2** | **1059** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **2** | **1059** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 5 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 6, Oncor Sale
for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 6 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 6 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 7, Financing
for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 7 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | **N/A** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 7 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 8, Employment and Fee Applications
for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 8 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 1230 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **1** | **1230** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **1** | **1230** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 8 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1027 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **2** | **1027** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **2** | **1027** |

**Staffing Plan and Budget for Matter Category 9, Non-Working Travel
for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 9 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 9 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 10, Claims Litigation
for the Period September 1 through September 30, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 10 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 10 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908          J E N N E R & B L O C K LLP

September 26, 2016

Richard Levin
Tel  +1 212 891 1601
rlevin@jenner.com

VIA EMAIL
PRIVILEGED AND CONFIDENTIAL

Stacey H. Doré
Executive Vice President and General Counsel
Energy Future Intermediate Holdings
Company LLC
Energy Plaza
1601 Bryan Street, 41st Floor
Dallas, TX 75201

Re:    Combined Budget And Staffing Plan for Cravath, Swaine & Moore LLP and Jenner &
       Block for October 2016

Dear Stacey:

This memorandum presents the combined budget and staffing plan for Cravath, Swaine &
Moore LLP and Jenner & Block LLP, as independent counsel for Energy Future Intermediate
Holding Company LLC for the Matters listed below for the period October 1 through October
31, 2016 (the "**Budget Period**"), for your review and approval.

- Exhibit A sets forth the proposed aggregate budget for each of the Matters
  Cravath and Jenner anticipate working on during the Budget Period;

- Exhibit B sets forth the proposed aggregate staffing plan for the Budget
  Period;

- Exhibits C set forth the proposed staffing plan for each of the Matters
  Cravath and Jenner anticipate working on during the Budget Period.

Exhibits A and B, as approved, after redaction to exclude any sensitive or privileged
information, will be attached as an exhibit to the fee applications that Cravath and Jenner file
with the Court for the Budget Period. Exhibit C will not be filed with Cravath's or Jenner's fee
applications.

Budgets and staffing plans are speculative, particularly in a large chapter 11 case, which
commonly involves conflicting interests of diverse and numerous constituents. Cravath and

Stacey H. Doré
September 26, 2016
Page 2


Jenner reserve the right to seek payment for all of its fees and expenses incurred in accordance with the terms of the engagement letters effective as of November 16, 2014 between you and Cravath and the terms of the engagement letter effective as of May 18, 2015 between you and Jenner (collectively the "**Engagement**"). Your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. You, Cravath, and Jenner recognize and agree that the budget and the staffing plan set forth in this Memorandum do not impair or impede any party's rights with respect to the Engagement, including any right under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

Sincerely,

*Richard Levin*

Partner


cc:     Charles H. Cremens (w/enclosures)
        Brady C. Williamson (w/enclosures other than Exhibit C)

**Exhibit A**

**Aggregate Budget for All Matter Categories
for the Period October 1 through October 31, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 40 | $40,775 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 25 | $26,150 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 3 | $3,690 |
| 9 | Non-Working Travel | 0 | $0 |
| 10 | Claims Litigation | 0 | $0 |
| **Total** | | **68** | $70,615 |

Law firm:  **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 40 | $35,850 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 18 | $16,875 |
| 9 | Non-Working Travel | 0 | 0 |
| 10 | Claims Litigation | 0 | $0 |
| **Total** | | **58** | $52,725 |

**Exhibit B**

**Aggregate Staffing Plan For All Matter Categories
for the Period October 1 through October 31, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 3 | 1249 |
| Associate (4+ years since first admission) | 1 | 835 |
| Jr. Associate (1-3 years since first admission) | 2 | 638 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistants (and other support staff) | 0 | N/A |
| **Total Attorney** | **6** | **1038** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **6** | **1038** |

Law firm:  **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1064 |
| Associate (4+ years since first admission) | 1 | 705 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistants (and other support staff) | 0 | N/A |
| **Total Attorney** | **3** | **909** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **3** | **909** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate for, and projected number of hours worked by, each timekeeper over the course of the Budget Period.

**Exhibit C**

**Staffing Plan and Budget for Matter Category 1, Chapter 11 General and Administrative, for the Period October 1 through October 31, 2016**

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 1 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

Law firm:  **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 1 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

**Staffing Plan and Budget for Matter Category 2, Governance,**
**for the Period October 1 through October 31, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 2 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 2 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

**Staffing Plan and Budget for Matter Category 3, Plan and Disclosure Statement
for the Period October 1 through October 31, 2016**

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 3 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1250 |
| Associate (4+ years since first admission) | 1 | 835 |
| Jr. Associate (1-3 years since first admission) | 1 | 535 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **4** | **1019** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **4** | **1019** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 3 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1088 |
| Associate (4+ years since first admission) | 1 | 705 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **3** | **896** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **3** | **896** |

**Staffing Plan and Budget for Matter Category 4, Intercompany Claims
for the Period October 1 through October 31, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 4 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 4 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 5, Tax Issues
for the Period October 1 through October 31, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 5 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 1250 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 1 | 740 |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **2** | **1046** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **2** | **1046** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 5 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 6, Oncor Sale
for the Period October 1 through October 31, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 6 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 6 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 7, Financing
for the Period October 1 through October 31, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 7 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | **N/A** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 7 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 8, Employment and Fee Applications
for the Period October 1 through October 31, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 8 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 1230 |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **1** | **1230** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **1** | **1230** |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 8 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 1027 |
| Associate (4+ years since first admission) | 1 | 705 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **2** | **938** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **2** | **938** |

**Staffing Plan and Budget for Matter Category 9, Non-Working Travel
for the Period October 1 through October 31, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 9 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 9 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | **N/A** |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | **N/A** |

**Staffing Plan and Budget for Matter Category 10, Claims Litigation
for the Period October 1 through October 31, 2016**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm: **Cravath, Swaine & Moore LLP,** Independent Counsel for Energy Future
Intermediate Holding Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 10 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |

Law firm: **Jenner & Block LLP,** Independent Counsel for Energy Future Intermediate Holding
Company LLC

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter 10 During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | N/A |
| Associate (4+ years since first admission) | 0 | N/A |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **0** | N/A |
| **Total Non-Attorney** | **0** | N/A |
| **Total** | **0** | N/A |