# EXHIBIT K

**Comparison of Cravath, Swaine & Moore LLP Budgeted and Actual Fees**

**September through December 2016**

2532491.3

|  | Matter | 1<br>Gen | 3<br>Plan | 4<br>Intercompany | 5<br>Tax | 6<br>Sale | 8<br>Empl | 9<br>Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| September | Budget | $0.00 | $64,875.00 | $0.00 | $42,350.00 | $0.00 | $2,460.00 | $0.00 | $109,685.00 |
| | Actual | $0.00 | $54,070.00 | $0.00 | $0.00 | $1,419.00 | $0.00 | $0.00 | $55,489.00 |
| | Difference | $0.00 | $10,805.00 | $0.00 | $42,350.00 | -$1,419.00 | $2,460.00 | $0.00 | $54,196.00 |
| October | Budget | $0.00 | $40,775.00 | $0.00 | $26,150.00 | $0.00 | $3,690.00 | $0.00 | $70,615.00 |
| | Actual | $0.00 | $26,772.00 | $0.00 | $1,377.00 | $0.00 | $0.00 | $0.00 | $28,149.00 |
| | Difference | $0.00 | $14,003.00 | $0.00 | $24,773.00 | $0.00 | $3,690.00 | $0.00 | $42,466.00 |
| November | Budget | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | Actual | $0.00 | $14,759.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,759.50 |
| | Difference | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| December | Budget | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | Actual | $0.00 | $11,717.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,717.00 |
| | Difference | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Total** | **Budget** | $0.00 | $105,650.00 | $0.00 | $68,500.00 | $0.00 | $6,150.00 | $0.00 | $180,300.00 |
| | **Actual[1]** | $0.00 | $107,318.50 | $0.00 | $1,377.00 | $1,419.00 | $0.00 | $0.00 | $110,114.50 |
| | **Difference[1]** | $0.00 | -$1,668.50 | $0.00 | $67,123.00 | -$1,419.00 | $6,150.00 | $0.00 | $70,185.50 |

---

[1] Reflects only months for which budgets were prepared.

|  | Matter | 1<br>Gen | 3<br>Plan | 4<br>Intercompany | 5<br>Tax | 6<br>Sale | 8<br>Empl | 9<br>Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | | | |
| September | Budget | 0 | 65 | 0 | 40 | 0 | 2 | 0 | **107** |
|  | Actual | 0 | 46.5 | 0 | 0 | 2.2 | 0 | 0 | **48.7** |
|  | Difference | 0 | 18.5 | 0 | 40 | -2.2 | 2 | 0 | **58.3** |
| October | Budget | 0 | 40 | 0 | 25 | 0 | 3 | 0 | **68** |
|  | Actual | 0 | 38.7 | 0 | 1.8 | 0 | 0 | 0 | **40.5** |
|  | Difference | 0 | 1.3 | 0 | 23.2 | 0 | 3 | 0 | **27.5** |
| November | Budget | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
|  | Actual | 0 | 12.7 | 0 | 0 | 0 | 0 | 0 | **12.7** |
|  | Difference | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
| December | Budget | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
|  | Actual | 0 | 10.4 | 0 | 0 | 0 | 0 | 0 | **10.4** |
|  | Difference | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
| **Total** | **Budget** | 0 | 105 | 0 | 65 | 0 | 5 | 0 | **175** |
|  | **Actual[2]** | 0 | 108.3 | 0 | 1.8 | 2.2 | 0 | 0 | **112.3** |
|  | **Difference[2]** | 0 | -3.3 | 0 | 63.2 | -2.2 | 5 | 0 | **62.7** |

[2] Reflects only months for which budgets were prepared.