## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 21.20 | $19,425.00 |
| TOTAL | **21.20** | **$19,425.00** |