**EXHIBIT B**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 2.10 | 2,625.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 9.00 | 9,225.00 |
| Andrew Lichtman | Associate | 2010 | Litigation | 680 | 10.10 | 7,575.00 |
| | | | | **TOTAL** | **21.20** | **19,425.00** |