## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount | |
|---|---|---|
| COURTCALL TELEPHONE CONFERENCE | $ | 88.00 |
| TELEPHONE EXPENSES SOUNDPATH | | .92 |
| TOTAL | $ | 88.92 |