# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 1/12/17 | LAZAR, V. | PARTNER | CourtCall Teleconference | 30.00 | Other – VINCENT E. LAZAR, 01/03/2017 CourtCall Teleconference/Videoconference |
| 55152-10034 | 1/13/17 | LAZAR, V. | PARTNER | CourtCall Teleconference | 58.00 | Other – VINCENT E. LAZAR, 01/13/2017 CourtCall Teleconference/Videoconference |
| 55152-10034 | 1/17/17 | LEVIN, R. | PARTNER | Telephone Expense | .92 | Telephone Expense, SOUNDPATH CONFERENCING, 12/12/2016 |