## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 48.70 | 55,489.00 |
| **TOTAL** | **48.70** | **$55,489.00** |