## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 27.20 | 34,000.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 9.90 | 12,375.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1,230 | 2.80 | 3,444.00 |
| | | | | | | |
| T. Broad | Associate | 2009 | Litigation | 835 | 1.20 | 1,002.00 |
| A. Hagena | Associate | 2015 | Tax | 765 | 1.10 | 841.50 |
| A. Larkin | Associate | 2015 | Litigation | 645 | 3.10 | 1,999.50 |
| C. Ricciardi | Associate | 2016 | Corporate | 645 | 2.20 | 1,419.00 |
| | | | | | | |
| M. Kraus | Litigation Tech Manager/Specialist | n/a | Litigation Support | 340 | 1.20 | 408.00 |
| | | | | | | |
| | | | | **TOTAL** | **48.70** | **$55,489.00** |

SL1 1452232v1 109285.00005