## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| CLIENT BUSINESS TRANSPORTATION | 118.66 |
| CONFERENCE CALL/VOICE/DATA | 263.00 |
| OTHER DATABASE RESEARCH | 6.10 |
| TOTAL | $ 387.76 |