## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 9/1/2016 | Mchugh, K | CLIENT BUSINESS TRANSPORTATION | 118.66 | Inv#: 4705238 V# LV132311FD ETG Cravath, 825 Eighth Avenue, New York, NY - SUMMIT, NJ 9:43  0.00 Cravath, 825 Eighth Avenue, New York, NY SUMMIT, NJ |
| 11205-003 | 9/13/2016 | Kaplan, K. | CONFERENCE CALL/VOICE/DATA | 263.00 | TELEPHONE, Merchant: Delaware TRIP PURPOSE: Court  Call Set Up CITIES VISITED: NYC RptID: 010014087262 |
| 11205-003 | 9/30/2016 | Del Giorno, J | OTHER DATABASE RESEARCH | 5.88 | Public Document Retrieval - Pacer |
| 11205-003 | 9/30/2016 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 0.22 | Public Document Retrieval - Pacer |
|  |  |  |  | **387.76** |  |