## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 40.50 | 28,149.00 |
| **TOTAL** | **40.50** | **$28,149.00** |