## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 4.50 | 5,625.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 2.10 | 2,625.00 |
| | | | | | | |
| T. Broad | Associate | 2009 | Litigation | 835 | 1.70 | 1,419.50 |
| A. Hagena | Associate | 2015 | Tax | 765 | 3.60 | 2,754.00 |
| A. Larkin | Associate | 2015 | Litigation | 645 | 20.40 | 13,158.00 |
| | | | | | | |
| M. Kraus | Litigation Tech Manager/Specialist | n/a | Litigation Support | 340 | 5.70 | 1,938.00 |
| M. Gonzalez | Litigation Tech Support 3 | n/a | Litigation Support | 330 | 0.20 | 66.00 |
| A. Tran | Litigation Legal Assistant | n/a | Litigation Support | 245 | 2.30 | 563.50 |
| | | | | | | |
| | | | | **TOTAL** | **40.50** | **$28,149.00** |