## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| Local Transporation | 131.42 |
| Computerized Legal Research/Database Research | 0.11 |
| Expenses Incident to Overtime | 40.00 |
| TOTAL | $ 171.53 |