## EXHIBIT D

### Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 10/11/2016 | Larkin, Alexandra | Ground Transportation | 65.71 | Inv#: 1065172 V# LV1B243142 CTG Cravath, 825 Eighth Avenue, New York, NY - HOBOKEN, NJ LARKIN 2:27 0.00 Cravath, 825 Eighth Avenue, New York, NY HOBOKEN, NJ |
| 11205-003 | 10/12/2016 | Larkin, Alexandra | Ground Transportation | 65.71 | Inv#: 4757129 V# LV1C243141 ETG Cravath, 825 Eighth Avenue, New York, NY - HOBOKEN, NJ L. LARKIN 2:28 0.00 Cravath, 825 Eighth Avenue, New York, NY HOBOKEN, NJ |
| 11205-003 | 10/11/2016 | Larkin, Alexandra | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1769294360 - Friedman's (10th Ave) |
| 11205-003 | 10/12/2016 | Larkin, Alexandra | EXPENSES INCIDENT TO OVERTIME | 20.00 | SWEB ticket #: 1769702089 - The Little Beet |
| 11205-003 | 10/31/2016 | Del Giornio | Computerized Legal Research/Database Research | 0.11 | Public Document Retrieval - Pacer |
|  |  |  |  | **171.53** |  |

SL1 1452226v1 109285.00005