## **EXHIBIT A**

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 10.40 | 13,000.00 |
| Tax Issues | 2.30 | 1,759.50 |
| **TOTAL** | **12.70** | **$14,759.50** |