## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 6.70 | 8,375.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 3.70 | 4,625.00 |
| A. Hagena | Associate | 2015 | Tax | 765 | 2.30 | 1,759.50 |
| | | | | **TOTAL** | **12.70** | **$14,759.50** |