## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 8.30 | 10,110.50 |
| Tax Issues | 2.10 | 1,606.50 |
| **TOTAL** | **10.40** | **$11,717.00** |