## EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,250 | 5.50 | 6,875.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,250 | 2.30 | 2,875.00 |
| T. Broad | Associate | 2009 | Litigation | 835 | 0.20 | 167.00 |
| A. Larkin | Associate | 2015 | Litigation | 645 | 0.30 | 193.50 |
| A. Hagena | Associate | 2015 | Tax | 765 | 2.10 | 1,606.50 |
| | | | | **TOTAL** | **10.40** | **$11,717.00** |