## **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| Computerized Legal Research/Database Research | 78.39 |
| TOTAL | $ 78.39 |