## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 12/31/2016 | A. Larkin | Computerized Legal Research/Database Research | 78.39 | Public Document Retrieval - Pacer |
| | | | | **78.39** | |