# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 8974** |

## NOTICE OF WITHDRAWAL AS COUNSEL AND REQUEST FOR REMOVAL FROM MASTER AND ECF SERVICE LISTS

**PLEASE TAKE NOTICE** that Chipman Brown Cicero & Cole, LLP hereby withdraws their appearance as counsel of record for AppLabs Technolologies Pvt Ltd. (hereafter, "**AppLabs**") and requests to be removed from the master and ECF service lists for the above-captioned cases. Please remove as follows:

> William E. Chipman, Jr.
> *Chipman Brown Cicero & Cole, LLP*
> Hercules Plaza
> 1313 North Market Street, Suite 5400
> Wilmington, Delaware  19801
> Telephone:  (302) 295-0191
> Facsimile:  (302) 295-0199
> Email:      chipman@chipmanbrown.com

AppLabs continues to be represented by the law firm of Varnum LLP.

*[Signature Block to Follow]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

- 2 -

| | |
|---|---|
| Dated: February 21, 2017<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware  19801<br>Telephone:     (302) 295-0191<br>Facsimile:      (302) 295-0199<br>Email:             chipman@chipmanbrown.com<br><br>*Attorneys for AppLabs Technolologies Pvt Ltd.* |