IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| DELAWARE TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, N.A., *et al.*,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 15-51239-CSS |

**ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY**

The Court having considered the Motion for Leave to File Intervenor Defendants' Surreply to Delaware Trust Company's Motion to Partially Vacate Judgment (the "Motion for Leave"); having reviewed all pleadings related thereto; and having determined that there exists just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Leave is **GRANTED**; and

2. The Intervenor Defendants are authorized to file the Surreply that is attached to the Motion for Leave as Exhibit B.

Dated: __2/22__, 2017
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

29482695\1