## Exhibit A

[Statement of Fees by Subject Matter]

73230017v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 0.6 | $486.00 |
| 002 | Asset Disposition | 0.8 | $840.00 |
| 003 | EFH Business Operations | 1.5 | $1,575.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 2.8 | $2,942.50 |
| 005 | EFH Corporate Governance and Board Matters | 12.9 | $14,355.00 |
| 006 | Discovery | 110.7 | $116,554.50 |
| 008 | Fee Applications and Objections | 13.2 | $13,455.00 |
| 009 | Financing and Cash Collateral | 0.8 | $850.00 |
| 010 | Hearings | 5.8 | $6,172.50 |
| 011 | Claims Investigations, Analyses and Objections | 1.9 | $1,905.00 |
| 014 | Non-Working Travel | 98.1 | $55,121.25 |
| 015 | Plan and Disclosure Statement | 132.6 | $146,407.50 |
| 016 | Tax | 21.1 | $21,768.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **402.8** | **$382,432.75** |