## **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

73230017v1

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $975 | 7.3 | $7,117.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,075 | 68.1 | $73,207.50 |
|  |  |  |  | $537.5 | 15.0 | $8,062.50[1] |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $1,000 | 22.4 | $22,400.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,425 | 1.4 | $1,995.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,275 | 73.3 | $93,457.50 |
|  |  |  |  | $637.50 | 30.5 | $19,443.75[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,050 | 90.7 | $95,235.00 |
|  |  |  |  | $525 | 52.6 | $27,615.00[1] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $735 | 15.9 | $11,686.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $900 | 16.9 | $15,210.00 |
| Gary Silber | Associate | 2011 | Tax | $845 | 4.3 | $3,633.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $900 | 3.3 | $2,970.00 |
| **Total** |  |  |  |  | **401.7** | **$382,033.75** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

73230017v1

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph Klock | E-Discovery Coordinator | 1.5 years | Professional Resources | $370 | 0.9 | $333.00 |
| Natasha Petrov | Paralegal | 1 year | Corporate | $330 | 0.2 | $66.00 |
| **Total** | | | | | **1.1** | **$399.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | 402.8 | $382,432.75 |

73230017v1