# Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

73230017v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $81.80 |
| Telecommunications | $125.00[1] |
| Litigation and Corporate Support Services | $71.00[2] |
| Travel Out-of-Town – Transportation | $9,425.36[3] |
| Taxi, Carfare, Mileage, Parking | $839.27[4] |
| Business Meals | $547.44[5] |
| Out-of-Town Lodging | $3,810.00[6] |
| **Total** | **$14,899.87** |

---

[1] Includes a reduction of $1.74 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall expenses.

[3] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $189.21 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[5] Includes a reduction of $602.33 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[6] Includes a reduction of $1,172.59 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

73230017v1