**<u>Exhibit D</u>**

[Detailed Description of Expenses and Disbursements]

73230017v1

Disbursements and Other Charges

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/31/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 16.20 |
| 11/30/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 21.70 |
| 12/05/2016 | Mark K. Thomas | Out Of Town Transportation-Carey Car Service from Philadelphia Hotel to Wilmington | 115.08 |
| 12/28/2016 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 01/02/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 01/02/2017 | Jared Zajac | Reproduction | 0.40 |
| 01/02/2017 | Peter J. Young | Out Of Town Transportation-Cab from Hotel to O'Hare | 50.00 |
| 01/02/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 67.36 |
| 01/02/2017 | Peter J. Young | Airplane-Los Angeles to Chicago to Philadelphia 1/2-4/17 | 728.68 |
| 01/02/2017 | Peter J. Young | Airplane-Inflight WiFi | 9.99 |
| 01/03/2017 | Peter J. Young | Airplane-Inflight WiFi | 4.99 |
| 01/03/2017 | Peter J. Young | Out Of Town Transportation-Uber from Hotel to Chicago Office | 43.02 |
| 01/03/2017 | Peter J. Young | Out Of Town Transportation-Cab in Philadelphia | 35.00 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.00 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.00 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.00 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.10 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.10 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 0.10 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.10 |
| 01/03/2017 | Lary Alan Rappaport | Reproduction | 0.40 |
| 01/03/2017 | Jennifer L. Roche | Reproduction | 2.80 |
| 01/03/2017 | Mark K. Thomas | Reproduction | 0.30 |
| 01/03/2017 | Mark K. Thomas | Reproduction | 3.00 |
| 01/03/2017 | Mark K. Thomas | Reproduction | 4.40 |
| 01/03/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 40.00 |
| 01/03/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 01/03/2017 | Michael A. Firestein | Telephone-CourtCall | 30.00 |
| 01/03/2017 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 01/03/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 01/03/2017 | Peter J. Young | Other Disbursements | 15.00 |
| 01/04/2017 | Michael A. Firestein | Telephone-CourtCall | 65.00 |

73230017v1

| Date | Name | Description | Amount |
|---|---|---|---:|
| 01/04/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 01/04/2017 | Jennifer L. Roche | Reproduction | 2.90 |
| 01/04/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 60.00 |
| 01/04/2017 | Peter J. Young | Out Of Town Meals | 2.99 |
| 01/04/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 01/04/2017 | Peter J. Young | Out Of Town Transportation-Uber from Wilmington to Philadelphia Airport | 99.68 |
| 01/04/2017 | Peter J. Young | Airplane-Philadelphia to LAX | 1,126.60 |
| 01/04/2017 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Philadelphia Hotel to Wilmington | 125.00 |
| 01/04/2017 | Peter J. Young | Airplane-GoGo Air WiFi | 29.95 |
| 01/05/2017 | Lorena Ramirez | Reproduction | 2.90 |
| 01/05/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber from Home to O'Hare | 49.40 |
| 01/05/2017 | Mark K. Thomas | Airplane-Tucson to Chicago on 1/2/17 | 271.96 |
| 01/05/2017 | Mark K. Thomas | Airplane-Chicago to Philadelphia to Chicago to Tucson | 800.51 |
| 01/09/2017 | Lary Alan Rappaport | Reproduction | 3.50 |
| 01/09/2017 | Lary Alan Rappaport | Reproduction | 1.20 |
| 01/09/2017 | Lary Alan Rappaport | Reproduction | 2.90 |
| 01/09/2017 | Jeramy Webb | Other Database Research-Pacer | 3.10 |
| 01/10/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 01/10/2017 | Michael A. Firestein | Airplane-Agent Fee | 35.00 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 1.50 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 3.90 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 2.50 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 0.60 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 4.30 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 5.20 |
| 01/17/2017 | Peter J. Young | Lodging-2 Nights New York | 1,000.00 |
| 01/17/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 01/17/2017 | Peter J. Young | Out Of Town Meals | 6.97 |
| 01/17/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 59.26 |
| 01/17/2017 | Mark K. Thomas | Reproduction | 4.40 |
| 01/17/2017 | Peter J. Young | Airplane-LAX to LGA 1/17-19/17 | 2,178.20 |
| 01/17/2017 | Peter J. Young | Airplane-Inflight WiFI | 15.99 |
| 01/17/2017 | Michael A. Firestein | Out Of Town Transportation-Cab from LGA to Hotel | 77.15 |
| 01/17/2017 | Michael A. Firestein | Airplane-GoGo Air WiFi | 33.95 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---:|
| 01/17/2017 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 57.05 |
| 01/17/2017 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 01/17/2017 | Michael A. Firestein | Lodging-Internet | 10.00 |
| 01/17/2017 | Michael A. Firestein | Lodging-2 Nights New York | 438.00 |
| 01/17/2017 | Michael A. Firestein | Lodging-Taxes | 25.74 |
| 01/17/2017 | Michael A. Firestein | Lodging-Taxes | 36.26 |
| 01/17/2017 | Mark K. Thomas | Out Of Town Meals | 11.55 |
| 01/18/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from LGA to Hotel | 50.00 |
| 01/18/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Service from Home to O'Hare | 75.00 |
| 01/18/2017 | Mark K. Thomas | Out Of Town Meals | 15.98 |
| 01/18/2017 | Mark K. Thomas | Out Of Town Meals | 29.95 |
| 01/18/2017 | Michael A. Firestein | Out Of Town Transportation-Uber from Hotel to NY Office | 7.43 |
| 01/18/2017 | Michael A. Firestein | Out Of Town Transportation-Uber from NY Office to Meeting | 10.42 |
| 01/18/2017 | Michael A. Firestein | Out Of Town Meals-M. Firestein, J. Allen and P. Young | 120.00 |
| 01/19/2017 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 50.00 |
| 01/19/2017 | Michael A. Firestein | Airplane-GoGo Air WiFi | 39.95 |
| 01/19/2017 | Michael A. Firestein | Airplane-LAX to LGA 1/17-19/17 | 721.68 |
| 01/19/2017 | Peter J. Young | Airplane-Inflight WiFi | 15.99 |
| 01/19/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 50.00 |
| 01/19/2017 | Peter J. Young | Other Disbursements-Gratuities | 20.00 |
| 01/19/2017 | Mark K. Thomas | Airplane-O'Hare to LGA 1/18-19/17 | 481.38 |
| 01/19/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from Hotel to LGA | 50.00 |
| 01/19/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 01/19/2017 | Mark K. Thomas | Lodging-1 Night New York | 500.00 |
| 01/19/2017 | Michael A. Firestein | Out Of Town Transportation-Uber from Hotel to LGA | 83.61 |
| 01/20/2017 | Lorena Ramirez | Reproduction | 4.00 |
| 01/20/2017 | Lorena Ramirez | Reproduction | 1.10 |
| 01/22/2017 | Peter J. Young | Out Of Town Transportation-Cab from O'Hare to Hotel | 50.00 |
| 01/22/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 72.20 |
| 01/22/2017 | Peter J. Young | Airplane-Los Angeles to Chicago to New York 1/22-26/17 | 1,505.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 01/23/2017 | Peter J. Young | Airplane-GoGo Air WiFi | 8.50 |
| 01/23/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 01/23/2017 | Peter J. Young | Out Of Town Transportation-Uber from Hotel to Chicago Office | 30.70 |
| 01/23/2017 | Peter J. Young | Out Of Town Transportation-Uber from Chicago Office to O'Hare | 75.00 |
| 01/23/2017 | Lorena Ramirez | Reproduction | 2.00 |
| 01/23/2017 | Lorena Ramirez | Reproduction | 5.80 |
| 01/23/2017 | Lorena Ramirez | Reproduction | 0.10 |
| 01/23/2017 | Mark K. Thomas | Reproduction | 0.10 |
| 01/23/2017 | Mark K. Thomas | Reproduction | 2.60 |
| 01/23/2017 | Mark K. Thomas | Reproduction | 2.00 |
| 01/23/2017 | Mark K. Thomas | Reproduction | 5.80 |
| 01/23/2017 | Mark K. Thomas | Reproduction | 1.00 |
| 01/25/2017 | Mark K. Thomas | Reproduction | 2.20 |
| 01/25/2017 | Mark K. Thomas | Reproduction | 1.60 |
| 01/25/2017 | Peter J. Young | Out Of Town Meals-P. Young and R. Gupta | 80.00 |
| 01/26/2017 | Michael A. Firestein | Telephone-CourtCall | 30.00 |
| 01/26/2017 | Peter J. Young | Out Of Town Transportation-Amtrak from New York to Wilmington | 195.00 |
| 01/26/2017 | Peter J. Young | Other Disbursements-Gratuities | 39.00 |
| 01/26/2017 | Peter J. Young | Airplane-GoGo Air WiFi | 29.95 |
| 01/26/2017 | Mark K. Thomas | Court Reporting Service-CourtCall | 30.00 |
| 01/26/2017 | Peter J. Young | Out Of Town Transportation-Cab to Amtrak | 45.00 |
| 01/26/2017 | Peter J. Young | Out Of Town Transportation-Cab Amtrak to Courthourse | 10.00 |
| 01/26/2017 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Wilmington to Philadelphia Airport | 125.00 |
| 01/26/2017 | Peter J. Young | Lodging-3 Nights New York | 1,500.00 |

Disbursements and Other Charges                                      $   14,899.87

73230017v1