# **EXHIBIT A**

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Nineteenth Monthly Fee Statement 12/01/2016 through 12/31/2016 D.I. 10710 | $17,692.00 | $0.00 | 02/14/17 | $14,153.60 | $0.00 | $3,538.40 |

SL1 1452952v1 109285.00005