# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 4.0 | $860.00 |
| [ALL] Case Administration | 2.3 | $610.50 |
| [ALL] Claims Administration & Objections | 0.4 | $140.00 |
| [ALL] Contested Matters & Adv. Proceed. | 1.1 | $385.00 |
| [ALL] Hearings | 4.3 | $1,505.00 |
| [ALL] Non-BK Fee/Employment Applications | 6.9 | $1,110.00 |
| [ALL] Plan and Disclosure Statement | 10.9 | $3,815.00 |
| **Total** | **29.9** | **$8,425.50** |