# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Conference Calling | $30.00 |
| Filing/Court Fees | $6.10 |
| In-House Reproduction | $10.90 |
| **Total** | **$47.00** |