# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 01-03-2017 | Filing/Court Fees | PACER | $0.40 |
| 01-04-2017 | In-House Reproduction | Photocopies (49 copies) | $4.90 |
| 01-16-2017 | Conference Calling | CourtCall | $30.00 |
| 01-18-2017 | Filing/Court Fees | PACER | $2.70 |
| 01-23-2017 | Filing/Court Fees | PACER | $3.00 |
| 01-26-2017 | In-House Reproduction | Photocopies (60 copies) | $6.00 |
| **TOTAL** | | | **$47.00** |