## EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) |
| In re: | )    Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | )    Case No. 14-10979 (CSS) |
| | ) |
|          Debtors. | )    (Jointly Administered) |
| | ) |
| | )    **Re: Docket No. \_\_\_\_** |

**ORDER SUSTAINING DEBTORS' PARTIAL OBJECTION**
**TO PROOFS OF CLAIMS FILED BY THE INTERNAL REVENUE SERVICE**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), for entry of an order (this "Order"), modifying the

Proofs of Claims set forth on **Exhibit 1** attached hereto, all as set forth in the Objection; and

Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334; the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

the Court having found that venue of this case and the Objection in this district is proper

pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having found that the relief requested in the

Objection is in the best interests of the Debtors' estates, their creditors, and other parties in

interest; and the Court having found that the Debtors provided appropriate notice of the

Objection and the opportunity for a hearing on the Objection (the "Hearing") under the

circumstances; and the Court having reviewed the Objection, and having heard the statements in

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

support of the relief requested therein at the Hearing, if any; the Court having determined that the

legal and factual bases set forth in the Objection and at the Hearing establish just cause for the

relief granted herein; and upon all of the proceedings had before the Court; and after due

deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.      The Objection is SUSTAINED and the relief requested therein is GRANTED as

set forth herein.

2.      The Proofs of Claims set forth on the attached **Exhibit 1** are hereby modified and

replaced with a single proof of claim in the amount of $47.6 million that asserts joint and several

liability against the Debtors listed in the attached **Exhibit 2** (the "Modified IRS Claim").

3.      Epiq Bankruptcy Solutions, LLC, the Debtors' claims and noticing agent, is

authorized and directed to update the official claims register in these chapter 11 cases to reflect

the provisions of this Order.

4.      Nothing set forth herein shall affect the parties' rights with respect to the Proofs

of Claims or the Modified IRS Claim and the parties' rights with respect to such Proofs of

Claims and the Modified IRS Claim are reserved, including, for the avoidance of doubt, the

Debtors' right to object in the future to the Proofs of Claims and the Modified IRS Claim on any

grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the

Local Bankruptcy Rules.

5.      Notwithstanding the relief granted in this Order and any actions taken pursuant to

such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any

particular claim (including the Proofs of Claims and the Modified IRS Claim) against a Debtor

entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of

RLF1 17060683v.1

Claims and the Modified IRS Claim) on any grounds; (c) a promise or requirement to pay any

particular claim (including the Proofs of Claims and the Modified IRS Claim); (d) an implication

or admission that any particular claim is of a type specified or defined in this Objection (except

as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or

unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy

Code or any other applicable law; (g) a request or authorization to assume or reject any

agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert

that any other party is in breach or default of any agreement; or (i) an admission that any contract

or lease is integrated with any other contract or lease.

6.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062,

9014 or otherwise, the terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order in accordance with the Objection.

8.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from

or related to this Order.

Dated: _____, 2017
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3

## **EXHIBIT 1** to **EXHIBIT A**

**Asserted Proofs of Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EXHIBIT 1 TO EXHIBIT A – Proofs of Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5037 | Luminant Energy Company LLC Luminant Energy Company LLC | Priority Unsecured Subtotal | $244,200,374.36 $4,402.95 $244,204,777.31 |
| 2 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5038 | Oak Grove Management Company LLC Oak Grove Management Company LLC | Priority Unsecured Subtotal | $244,200,370.94 $3,281.46 $244,203,652.40 |
| 3 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5039 | TXU SEM Company | Priority | $244,200,360.95 |
| 4 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5040 | LSGT SACROC, Inc. | Priority | $244,200,360.95 |
| 5 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5041 | TXU Retail Services Company | Priority | $244,200,360.95 |
| 6 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5042 | TXU Receivables Company | Priority | $244,200,360.95 |
| 7 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5043 | Energy Future Competitive Holdings Company LLC | Priority | $244,200,360.95 |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EXHIBIT 1 TO EXHIBIT A – Proofs of Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|
| 8 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5044 | EFH FS Holdings Company | Priority | $244,200,360.95 |
| 9 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5045 | EFIH FINANCE INC. | Priority | $244,200,360.95 |
| 10 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5046 | EFH Finance (No. 2) Holdings Company | Priority | $244,200,360.95 |
| 11 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5052 | Generation SVC Company | Priority | $244,200,360.95 |
| 12 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5053 | Luminant Energy Trading California Company | Priority | $244,200,360.95 |
| 13 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5054 | TCEH Finance, Inc. | Priority | $244,200,360.95 |
| 14 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5055 | Luminant ET Services Company | Priority | $244,200,360.95 |

# ENERGY FUTURE HOLDINGS CORP., et al.

## EXHIBIT 1 TO EXHIBIT A – Proofs of Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|
| 15 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 5056 | Luminant Generation Company LLC<br>Luminant Generation Company LLC | Priority<br>Unsecured<br><br>Subtotal | $244,200,484.81<br>$40,669.79<br><br>$244,241,154.60 |
| 16 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 5057 | Lone Star Pipeline Company, Inc. | Priority | $244,200,360.95 |
| 17 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 5058 | Luminant Holding Company LLC | Priority | $244,204,836.03 |
| 18 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 5059 | Luminant Mining Company LLC<br>Luminant Mining Company LLC | Priority<br>Unsecured<br><br>Subtotal | $244,200,404.92<br>$11,390.60<br><br>$244,211,795.52 |
| 19 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 5060 | LSGT Gas Company LLC<br>LSGT Gas Company LLC | Priority<br>Unsecured<br><br>Subtotal | $244,200,360.95<br>$2,500.00<br><br>$244,202,860.95 |
| 20 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 5063 | TXU Energy Retail Company LLC | Priority | $244,200,360.95 |
| 21 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 5064 | EFH Corporate Services Company<br>EFH Corporate Services Company | Priority<br>Unsecured<br><br>Subtotal | $244,454,186.37<br>$72,643.58<br><br>$244,526,829.95 |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EXHIBIT 1 TO EXHIBIT A – Proofs of Claims**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|
| 22 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5065 | TXU Electric Company, Inc. | Priority | $244,200,360.95 |
| 23 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5066 | EFH Australia (No. 2) Holdings Company | Priority | $244,200,360.95 |
| 24 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5067 | EECI, Inc. | Priority | $244,200,360.95 |
| 25 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5068 | EEC Holdings, Inc. | Priority | $244,200,360.95 |
| 26 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5069 | 4Change Energy Holdings LLC 4Change Energy Holdings LLC | Priority Unsecured Subtotal | $244,232,631.21 $35,850.90 $244,268,482.11 |
| 27 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5070 | 4Change Energy Company | Priority | $244,200,360.95 |
| 28 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 5071 | Energy Future Holdings Corp. | Priority | $244,200,360.95 |

# ENERGY FUTURE HOLDINGS CORP., et al.

## EXHIBIT 1 TO EXHIBIT A – Proofs of Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|
| 29 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 5072 | Texas Competitive Electric Holdings Company LLC | Priority | $244,200,360.95 |
| 30 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 5445 | Texas Utilities Company, Inc. | Priority | $244,200,360.95 |
| 31 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 6181 | Energy Future Intermediate Holding Company LLC | Priority | $244,200,360.95 |
| 32 | DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 6182 | Texas Utilities Electric Company, Inc. | Priority | $244,200,360.95 |
| | | | | TOTAL | $7,814,873,051.67 |

## **EXHIBIT 2** to **EXHIBIT A**

### **List of Debtors**

List of Debtors[1]

Luminant Energy Company LLC
Oak Grove Management Company LLC
TXU SEM Company
LSGT SACROC, Inc.
TXU Retail Services Company
TXU Receivables Company
Energy Future Competitive Holdings Company LLC
EFH FS Holdings Company
EFIH FINANCE INC.
EFH Finance (No. 2) Holdings Company
Generation SVC Company
Luminant Energy Trading California Company
TCEH Finance, Inc.
Luminant ET Services Company
Luminant Generation Company LLC
Lone Star Pipeline Company, Inc.
Luminant Holding Company LLC
Luminant Mining Company LLC
LSGT Gas Company LLC
TXU Energy Retail Company LLC
EFH Corporate Services Company
TXU Electric Company, Inc.
EFH Australia (No. 2) Holdings Company
EECI, Inc.
EEC Holdings, Inc.
4Change Energy Holdings LLC
4Change Energy Company
Energy Future Holdings Corp.
Texas Competitive Electric Holdings Company LLC
Texas Utilities Company, Inc.
Energy Future Intermediate Holding Company LLC
Texas Utilities Electric Company, Inc.

---

[1]    As noted above, the Debtors do not believe the Proofs of Claims are properly asserted against certain entities and reserve the right to object in the future to the Modified IRS Claim as it relates to a liability owed by any specific Debtor against which the Modified IRS Claim is asserted.