# Exhibit A

**Fee Summary by Professional for the Period
October 4, 2016 through October 31, 2016**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

October 04, 2016 - October 31, 2016

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Carr, Vickie | Partner/Principal | $720.00 | 10.4 | $7,488.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Parker, Matt | Partner/Principal | $720.00 | 6.1 | $4,392.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 5.1 | $3,672.00 |
| Craig, Valerie | Managing Director | $720.00 | 0.3 | $216.00 |
| Favor, Rick | Managing Director | $720.00 | 10.8 | $7,776.00 |
| Hickl, Jeff | Managing Director | $720.00 | 13.7 | $9,864.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 2.0 | $1,240.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 34.5 | $21,390.00 |
| Wang, Charlie | Senior Manager | $620.00 | 7.8 | $4,836.00 |
| Coetzee, Rachelle | Manager | $540.00 | 1.2 | $648.00 |
| Murawski, Bryan | Manager | $540.00 | 18.8 | $10,152.00 |
| Babanova, Maria | Senior Consultant | $425.00 | 10.6 | $4,505.00 |
| Baily, Brianna | Senior Consultant | $425.00 | 9.3 | $3,952.50 |
| Butler, Mike | Senior Consultant | $425.00 | 48.6 | $20,655.00 |
| Henry, Diane | Senior Consultant | $425.00 | 2.0 | $850.00 |
| Persons, Hillary | Senior Consultant | $425.00 | 0.5 | $212.50 |
| Kashang, Ansari | Consultant | $350.00 | 3.0 | $1,050.00 |
| **Professional Subtotal:** | | | **185.2** | **$103,259.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

October 04, 2016 - October 31, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Carr, Vickie | Partner/Principal | $365.00 | 2.7 | $985.50 |
| Janiak, Stacy | Partner/Principal | $365.00 | 2.5 | $912.50 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 30.5 | $11,132.50 |
| Parker, Matt | Partner/Principal | $365.00 | 29.3 | $10,694.50 |
| Slyh, John | Partner/Principal | $365.00 | 9.0 | $3,285.00 |
| Winger, Julie | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Craig, Valerie | Managing Director | $365.00 | 13.7 | $5,000.50 |
| Favor, Rick | Managing Director | $365.00 | 9.7 | $3,540.50 |
| Hickl, Jeff | Managing Director | $365.00 | 15.8 | $5,767.00 |
| Malone, Kathleen | Managing Director | $365.00 | 0.5 | $182.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 34.1 | $9,889.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 1.0 | $290.00 |
| Erwin, Stephanie | Senior Manager | $290.00 | 0.5 | $145.00 |
| Horn, Dave | Senior Manager | $290.00 | 3.9 | $1,131.00 |
| Wang, Charlie | Senior Manager | $290.00 | 25.3 | $7,337.00 |
| Coetzee, Rachelle | Manager | $265.00 | 34.9 | $9,248.50 |
| Kowalk, Bennett | Manager | $265.00 | 13.6 | $3,604.00 |
| Morehead, David | Manager | $265.00 | 5.4 | $1,431.00 |
| Murawski, Bryan | Manager | $265.00 | 48.4 | $12,826.00 |
| Wendel, Ashley | Manager | $265.00 | 0.5 | $132.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 19.5 | $4,192.50 |
| Baylis, Jessica | Senior Consultant | $215.00 | 15.6 | $3,354.00 |
| Casey, Chris | Senior Consultant | $215.00 | 22.3 | $4,794.50 |
| Henry, Diane | Senior Consultant | $215.00 | 86.8 | $18,662.00 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 40.3 | $8,664.50 |
| Pansari, Anubhav | Senior Consultant | $215.00 | 43.0 | $9,245.00 |
| Persons, Hillary | Senior Consultant | $215.00 | 17.0 | $3,655.00 |
| Pothoulakis, Tony | Senior Consultant | $215.00 | 14.8 | $3,182.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 6.2 | $1,333.00 |
| Kashang, Ansari | Consultant | $175.00 | 25.8 | $4,515.00 |
| Barrazotto, Chip | Consultant | $175.00 | 1.0 | $175.00 |
| Benvenuti, Christina | Consultant | $175.00 | 162.1 | $28,367.50 |
| Choua, Johnny | Consultant | $175.00 | 19.3 | $3,377.50 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

October 04, 2016 - October 31, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Continued | | | | |
| Deswal, Neha | Consultant | $175.00 | 5.0 | $875.00 |
| Lau, Stephanie | Consultant | $175.00 | 9.3 | $1,627.50 |
| Lirely, Loren | Consultant | $175.00 | 35.2 | $6,160.00 |
| Mizell, Madison | Consultant | $175.00 | 3.6 | $630.00 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 14.1 | $2,467.50 |
| Pasricha, Harleen | Consultant | $175.00 | 1.5 | $262.50 |
| Portocarrero Neyra, | Consultant | $175.00 | 5.0 | $875.00 |
| Sawyer, Thomas | Consultant | $175.00 | 1.0 | $175.00 |
| Sledge, Bryan | Consultant | $175.00 | 39.8 | $6,965.00 |
| Sobti, Annie | Consultant | $175.00 | 12.5 | $2,187.50 |
| **Professional Subtotal:** | | | **882.5** | **$203,459.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

### October 04, 2016 - October 31, 2016

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Hickl, Jeff | Partner/Principal | $365.00 | 10.0 | $36,500.00 |
| Wang, Charlie | Senior Manager | $290.00 | 12.0 | $3,480.00 |
| Professional Subtotal: | | | 22.0 | $7,130.00 |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($3,565.00) |
| **Total** | **$3,565.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**October 04, 2016 - October 31, 2016**

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Murawski, Bryan | Manager | $265.00 | 4.8 | $1,272.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 36.4 | $6,370.00 |
| **Professional Subtotal:** | | | **41.2** | **$7,642.00** |