# Exhibit A

**Fee Summary by Professional for the Period
November 1, 2016 through November 30, 2016**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

November 01, 2016 - November 30, 2016

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Carr, Vickie | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Hoffman, David | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 2.2 | $1,584.00 |
| Parker, Matt | Partner/Principal | $720.00 | 2.9 | $2,088.00 |
| Favor, Rick | Managing Director | $720.00 | 6.2 | $4,464.00 |
| Hickl, Jeff | Managing Director | $720.00 | 2.0 | $1,440.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 5.1 | $3,162.00 |
| Coetzee, Rachelle | Manager | $540.00 | 6.3 | $3,402.00 |
| Murawski, Bryan | Manager | $540.00 | 9.5 | $5,130.00 |
| Babanova, Maria | Senior Consultant | $425.00 | 4.7 | $1,997.50 |
| Butler, Mike | Senior Consultant | $425.00 | 6.6 | $2,805.00 |
| Henry, Diane | Senior Consultant | $425.00 | 2.2 | $935.00 |
| **Professional Subtotal:** | | | **49.2** | **$28,087.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

November 01, 2016 - November 30, 2016

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Carr, Vickie | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 7.3 | $2,664.50 |
| Parker, Matt | Partner/Principal | $365.00 | 3.8 | $1,387.00 |
| Slyh, John | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Winger, Julie | Partner/Principal | $365.00 | 0.9 | $328.50 |
| Craig, Valerie | Managing Director | $365.00 | 30.2 | $11,023.00 |
| Favor, Rick | Managing Director | $365.00 | 7.1 | $2,591.50 |
| Hickl, Jeff | Managing Director | $365.00 | 0.8 | $292.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 23.4 | $6,786.00 |
| Wang, Charlie | Senior Manager | $290.00 | 3.3 | $957.00 |
| Coetzee, Rachelle | Manager | $265.00 | 12.8 | $3,392.00 |
| Kowalk, Bennett | Manager | $265.00 | 2.0 | $530.00 |
| Morehead, David | Manager | $265.00 | 11.8 | $3,127.00 |
| Murawski, Bryan | Manager | $265.00 | 33.6 | $8,904.00 |
| Wendel, Ashley | Manger | $265.00 | 1.5 | $397.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 24.3 | $5,224.50 |
| Baylis, Jessica | Senior Consultant | $215.00 | 6.5 | $1,397.50 |
| Casey, Chris | Senior Consultant | $215.00 | 12.0 | $2,580.00 |
| Henry, Diane | Senior Consultant | $215.00 | 28.9 | $6,213.50 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 4.4 | $946.00 |
| Persons, Hillary | Senior Consultant | $215.00 | 25.8 | $5,547.00 |
| Pothoulakis, Tony | Senior Consultant | $215.00 | 2.6 | $559.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 9.3 | $1,999.50 |
| Benvenuti, Christina | Consultant | $175.00 | 58.8 | $10,290.00 |
| Choua, Johnny | Consultant | $175.00 | 4.9 | $857.50 |
| Lau, Stephanie | Consultant | $175.00 | 6.4 | $1,120.00 |
| Lirely, Loren | Consultant | $175.00 | 0.9 | $157.50 |
| Mizell, Madison | Consultant | $175.00 | 21.3 | $3,727.50 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 9.8 | $1,715.00 |
| Sledge, Bryan | Consultant | $175.00 | 0.7 | $122.50 |
| **Professional Subtotal:** | | | **357.1** | **$85,567.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

*November 01, 2016 - November 30, 2016*

*Non-Working Travel*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Favor, Rick | Managing Director | $365.00 | 2.0 | $730.00 |
| Professional Subtotal: | | | 2.0 | $730.00 |

| Adjustment | |
|---|---:|
| Less 50% Non-Working Travel Deduction | ($365.00) |
| **Total** | **$365.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**November 01, 2016 - November 30, 2016**

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Murawski, Bryan | Manager | $265.00 | 4.0 | $1,060.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 16.3 | $2,852.50 |
| **Professional Subtotal:** | | | **20.3** | **$3,912.50** |