# Exhibit A

**Fee Summary by Professional for the Period
December 1, 2016 through December 31, 2016**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

December 01, 2016 - December 31, 2016

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Hoffman, David | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Craig, Valerie | Managing Director | $720.00 | 1.1 | $792.00 |
| Coetzee, Rachelle | Manager | $540.00 | 0.4 | $216.00 |
| Henry, Diane | Senior Consultant | $425.00 | 3.1 | $1,317.50 |
| Parajuli, Jyotsaana | Consultant | $350.00 | 8.5 | $2,975.00 |
| **Professional Subtotal:** | | | **14.7** | **$6,452.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

December 01, 2016 - December 31, 2016

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 4.1 | $1,496.50 |
| Parker, Matt | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Winger, Julie | Partner/Principal | $365.00 | 0.8 | $292.00 |
| Ankney, Jonathan | Managing Director | $365.00 | 3.5 | $1,277.50 |
| Craig, Valerie | Managing Director | $365.00 | 10.8 | $3,942.00 |
| Favor, Rick | Managing Director | $365.00 | 1.5 | $547.50 |
| Hickl, Jeff | Managing Director | $365.00 | 0.5 | $182.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 6.5 | $1,885.00 |
| Handler, Benjamin | Senior Manager | $290.00 | 2.8 | $812.00 |
| Wang, Charlie | Senior Manager | $290.00 | 3.5 | $1,015.00 |
| Coetzee, Rachelle | Manager | $265.00 | 2.5 | $662.50 |
| Morehead, David | Manager | $265.00 | 1.0 | $265.00 |
| Murawski, Bryan | Manager | $265.00 | 8.5 | $2,252.50 |
| Wendel, Ashley | Manager | $265.00 | 0.3 | $79.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 16.3 | $3,504.50 |
| Baylis, Jessica | Senior Consultant | $215.00 | 0.6 | $129.00 |
| Casey, Chris | Senior Consultant | $215.00 | 1.0 | $215.00 |
| Henry, Diane | Senior Consultant | $215.00 | 0.7 | $150.50 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 6.0 | $1,290.00 |
| Persons, Hillary | Senior Consultant | $215.00 | 4.8 | $1,032.00 |
| Pothoulakis, Tony | Senior Consultant | $215.00 | 6.4 | $1,376.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 3.9 | $838.50 |
| Benvenuti, Christina | Consultant | $175.00 | 2.2 | $385.00 |
| Choua, Johnny | Consultant | $175.00 | 1.0 | $175.00 |
| Lau, Stephanie | Consultant | $175.00 | 7.1 | $1,242.50 |
| Mizell, Madison | Consultant | $175.00 | 4.2 | $735.00 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 13.1 | $2,292.50 |
| Sledge, Bryan | Consultant | $175.00 | 2.5 | $437.50 |
| **Professional Subtotal:** | | | **117.1** | **$28,877.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**December 01, 2016 - December 31, 2016**

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Murawski, Bryan | Manager | $265.00 | 1.2 | $318.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 23.0 | $4,025.00 |
| **Professional Subtotal:** | | | **24.2** | **$4,343.00** |