# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Twenty-Fifth Monthly Fee Statement  12/01/2016 through 12/31/2016  D.I. 10744 | $7,212.00 | $20.00 | 02/21/2017 | $5,769.60 | $20.00 | $1,442.40 |

SL1 1453487v1 109285.00006