IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
*TELEPHONIC* HEARING ON MARCH 2, 2017 STARTING AT 10:00 A.M. (EST)[2]

*APPEARANCES AT THE MARCH 2, 2017 HEARING
ARE BY TELEPHONE ONLY; NO IN PERSON ATTENDANCE
(INCLUDING OF DELAWARE COUNSEL) IS PERMITTED*

I. **STATUS CONFERENCE MATTER:**

1. Objection of Energy Future Holdings Corp., *et al.*, to Proof of Claim 13319 Filed by the City of Dallas [D.I. 9409; filed August 26, 2016]

    Response/Objection Deadline: September 9, 2016 at 4:00 p.m. (EDT); extended for the City of Dallas only to October 7, 2016 at 4:00 p.m. (EDT)

    Debtors' Reply Deadline: To be determined by agreement of the parties

    Responses/Objections Received:

    A. Response of the City of Dallas, Texas in Opposition to the Objection of Energy Future Holdings Corp., *et al.*, to Proof of Claim No. 13319 [D.I. 9779; filed October 7, 2016]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Any person (including Delaware counsel)** who wishes to appear at the March 2, 2017 telephonic hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Wednesday, March 1, 2017** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Related Documents:

i. Declaration of Terry Lowery in Support of Response of City of Dallas, Texas in Opposition to the Objection of Energy Future Holdings Corp., *et al.*, to Proof of Claim No. 13319 [D.I. 9780; filed October 7, 2016]

ii. Declaration of Stacy Rodriguez in Support of Response of City of Dallas, Texas in Opposition to the Objection of Energy Future Holdings Corp., *et al.*, to Proof of Claim No. 13319 [D.I. 9781; filed October 7, 2016]

Status: At the direction of Chambers, the Court shall hold a telephonic only status conference in connection with this matter for purposes of scheduling.

*[Remainder of page intentionally left blank.]*

Dated: February 28, 2017
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*