

### DEPARTMENT OF THE TREASURY
### INTERNAL REVENUE SERVICE
#### Washington, D.C. 20224

*Claims Aut (cpy)*

**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Energy Future Competitive Holdings

Re: 14-11005DE01

Dear Claims Agent:

On 09/03/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 4098. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

*Claims Agt copy*

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Luminant Energy Co LLC

Re: 14-11023DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 5037. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**



**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Oak Grove Management Co

Re: 14-11022DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5038. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
**Washington, D.C. 20224**

*Claims Agt Copy*

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: TXU Sem Co

Re: 14-11013DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 5039. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20024**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

*Claims Agt (copy)*



Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: LSGT Sacrot Inc

Re: 14-11012DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 5040. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20024**

*Claims Agt/ot*
*call*

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: TXU Retail Services Co

Re: 14-11009DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 5041. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

*Claims Agt Copy*

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: TXU Receivables Co

Re: 14-11007DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5042. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

*Claims*
*Agent Copy*

**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Energy Future Competitive Holdings

Re: 14-11005DE01

Dear Claims Agent:

On 10/9/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5043. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

*Michael A James*

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

*Claims Ant copy*

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: EFH FS Holdings Co

Re: 14-11004DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5044. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

*Claims Agt
CCP+*

**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: EFIH Finance Inc

Re: 14-11001DE01

Dear Claims Agent:


On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above
Corporation, in the above referenced case number.  The assigned Claim # is 5045.
This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at
Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711


Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3


FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



*Claims Amt Cost*

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017


Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: EFH Finance No2 Holdings Co

Re: 14-10999DE01

Dear Claims Agent:


On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5046. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711



Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3



FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224



SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Generation SVC Co

Re: 14-11025DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5052. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

*Claim Agt Copy*

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Luminant Energy Trading California

Re: 14-11026DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5053. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

*Claims Agt copy*

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: TECH Finance Inc

Re: 14-11028DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5054. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

*Claims Agt (cpt*

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Luminant ET Services Co

Re: 14-11030DE01

Dear Claims Agent:


On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5055.  This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711


Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3


FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

*Claims Art Copy*

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Luminant Generation Co LLC

Re: 14-11032DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5056. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

*Claims Agt Copy*

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017


Re: Lone Star Pipeline Co LLC

Re: 14-11036DE01

Dear Claims Agent:


On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5057. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711


Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

Claims Agt Copy

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: LSGT Gas Co LLC

Re: 14-11039DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above
Corporation, in the above referenced case number.  The assigned Claim # is 5060.
This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at
Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

*Claims Agt Copt*

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: TXU Energy Retail Co LLC

Re: 14-10997DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5063. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

*Claims Act Cost*

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: TXU Electric Co Inc

Re: 14-10989DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5065. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

*Claims Agt Copy*

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: EFH Australia No2 Holdings Co

Re: 14-10994DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5066. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224



**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: EECI Inc

Re: 14-10992DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5067. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC

*Claims Agt Copy*



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: EEC Holdings

Re: 14-10990DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5068. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: 4Change Energy Holdings

Re: 14-10981DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 5069. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

*Claims Agent Copy*

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: 4Change Energy Corp

Re: 14-10980DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above
Corporation, in the above referenced case number.  The assigned Claim # is 5070.
This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at
Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC

*Claims Agent Copy*



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Texas Competitive Electric Holdings

Re: 14-10978DE01

Dear Claims Agent:

On 10/09/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 5072. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

*Claims Agent Copy*

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Texas Utilities Co Inc

Re: 14-11043DE01

Dear Claims Agent:

On 10/16/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 5445. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**



SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Energy Future Intermediate Holding

Re: 14-11008DE01

Dear Claims Agent:

On 10/23/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 6181. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC





**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

02/23/2017

Epiq Bankruptcy Solutions LLC.
757 Third Ave Third Fl
New York, NY 10017

Re: Texas Utilities Electric Co

Re: 14-11045DE01

Dear Claims Agent:

On 10/23/2014, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number.  The assigned Claim # is 6182. This Proof of Claim has been satisfied.  Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED

FEB 2 8 2017

Epiq Bankruptcy Solutions, LLC


100% Recycled fiber
80% Post-Consumer





**Window Envelope**

Visit ups.com® or call 1-800-PICK-UPS® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

This envelope is for use with the following services:

UPS Next Day Air
UPS Worldwide Express®
UPS 2nd Day Air®

Insert shipping documents under window, firm the top.

Do not use this envelope for:

JAMES MICHAEL A
302-286-1559
INTERNAL REVENUE SERVICE
1352 MARROWS RD
NEWARK DE 19711

0.0 LBS    LTR       1 OF 1

SHIP TO:
EPIQ BANKRUPTCY SOLUTIONS LLC
THIRD FLOOR
757 THIRD AVE
NEW YORK  NY  10017-2013

SHIP TO:                27/Feb/2017 20:55 1007
EPIQ BANKRUPTCY SOLUTIONS, LLC
NEW ADD
777 3RD AVE
FL 12
NEW YORK NY 10017 6707



NY 100 9-44

124A63A30195653985



BILLING: P/P

BOD: 9350

FILED / RECEIVED

FEB 2 8 2017

EPIQ SYSTEMS

010195033  4/14  PАС  United Parcel Service



100% Recycled fiber
80% Post-Consumer

**Window Envelop**

Use this envelope with shipping to u
or inkjet printer on plain paper.

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877)
to schedule a pickup or find a drop off location near you.

**Domestic Shipment:**

- To qualify for the Letter rate, UPS Express Envelopes may only contain
  correspondence, urgent documents, and/or electronic media, and must
  weigh 8 oz or less. UPS Express Envelope containing items other than
  those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments:**

- The UPS Express Envelope may be used only for documents of no commercial
  value. Certain countries consider electronic media as documents. Please
  consult the UPS International Rate and Service Guide to verify if your
  shipment qualifies.
- To qualify for the Letter rate, the UPS Express Envelope may not be used
  if weighing more than 8 oz.

Note: Express Services are not recommended
for delivery of currency or valuable items.

```
SHIP TO:
EPIQ BANKRUPTCY SOLUTIONS, LLC
NEW ADD
777 3RD AVE
FL 12
NEW YORK NY 10017 6707
```

27/Feb/2017 20:55 1007

NY 100 9-44

1Z4R53A301982I7770

NY 100 9-44

**UPS NEXT DAY AIR**       **1**

TRACKING #: 1Z 4R5 3A3 01 9821 7770

BILLING: P/P

BOD: 9350

FILED / RECEIVED

FEB 28 2017

this envelope is for use with the following services:

UPS Next Day Air
Worldwide Express
Day Air

Insert shipping documents
under window from the top.

010995I033  4/14  PKG  United Parcel Service


