# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 14-10979 (CSS)<br>: (Jointly Administered)<br>:<br>:<br>: **Obj. Deadline: 3/21/2017 at 4:00 p.m.**<br>: **Hearing Date: 3/28/2017 at 10:00 a.m.**<br>: |

## FIRST INTERIM FEE APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP, FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ENERGY FUTURE HOLDINGS CORP. FEE COMMITTEE FOR THE PERIOD APRIL 7, 2016 THROUGH AUGUST 31, 2016

Benesch Friedlander Coplan & Aronoff LLP (hereinafter "BFC&A") hereby submits its *First Interim Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Energy Future Holdings Corp. Fee Committee for the Period from April 7, 2016 through August 31, 2016* (the "First Interim Fee Application") for professional legal services rendered as counsel for the Energy Future Holdings Corp. Fee Committee (the "Fee Committee"). In support of its application, BFC&A respectfully represents as follows:

### Jurisdiction

1. The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2. Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Employment and Retention of Benesch, Friedlander, Coplan & Aronoff, LLP as Delaware Counsel to the Fee Committee* [D.I. 8448], (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), BFC&A Delaware counsel to the Fee Committee (the "Fee Committee") hereby files its First Interim Fee Application for: (i) compensation in the amount of $13,364.00 for the reasonable and necessary legal services BFC&A rendered to the Fee Committee from April 7, 2016 through August 31, 2016 and $20.90 in expenses it incurred during this same period for a total due of $13,384.90.

### Itemization of Services Rendered and Disbursements Incurred

3. The Cover Sheet for this First Interim Fee Application provides a breakdown of the professionals that worked on this case, their hourly rate, the total hours each worked and the blended rate of all professionals. It also provides a breakdown by category of the work done. The Cover Sheet also provides a breakdown of costs incurred for the services rendered. Expenses incurred, but not yet billed to the firm will be included in future Fee Applications.

### Monthly Fee Statements Covered Herein

4. Pursuant to the procedures set forth in the Interim Compensation Order, professionals may apply for monthly compensation and reimbursement (each such statement, a

"Monthly Fee Statement"), and the notice parties listed in the Interim Compensation Order may object to such request. If no notice party objects to a professional's Monthly Fee Statement within twenty-one (21) days after the date of service of the Monthly Fee Statement, the professional may submit to the Court a certification of no objections whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

5. Pursuant to the Interim Compensation Order, within forty-five (45) days of the end of the quarter, professionals are to file and serve upon the notice parties a request (an "Interim Fee Application") for interim Court approval and allowance of the Monthly Fee Statements filed during the period covered by the Interim Fee Application. If the Court grants the relief requested by the Interim Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses covered by that Interim Fee Application less any amounts previously paid in connection with Monthly Fee Statements. Any payment made pursuant to the Monthly Fee Statements or any Interim Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

6. This First Interim Fee Application, which is submitted in accordance with the Interim Compensation Order, is the first interim application for compensation for services rendered that BFC&A has filed with the Bankruptcy Court in connection with these Chapter 11 Cases, and covers the Fee Period of April 7, 2016 through August 31, 2016.

7. BFC&A filed the following Monthly Fee Statements for compensation during this First Interim Fee Application period:

    a. *April Fee Statement for Benesch, Friedlander, Coplan & Aronoff, LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the*

*Period April 7, 2016 through April 30, 2016* [D.I. 9782], filed on October 7, 2016;

b. *May Fee Statement for Benesch, Friedlander, Coplan & Aronoff, LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period May 1, 2016 through May 31, 2016* [D.I. 9784], filed on October 7, 2016;

c. *June Fee Statement for Benesch, Friedlander, Coplan & Aronoff, LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period June 1, 2016 through June 30, 2016* [D.I. 9785], filed on October 7, 2016;

d. *August Fee Statement for Benesch, Friedlander, Coplan & Aronoff, LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period August 1, 2016 through August 31, 2016* [D.I. 9786], filed on October 7, 2016.

8. The period for objecting to the fees and expense reimbursement requested in the April, May, June and August Fee Statements was October 28, 2016. No objections were filed and BFC&A filed a Certificate of No Objection with the Court for each Fee Statement. As a result, the Debtors are authorized to pay the interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested, pursuant to the Interim Compensation Order.

## Proposed Payment Allocation

9. Paragraph 2(b) of the Interim Compensation Order, requires Professionals to allocate the fees and expenses sought in their Applications among (a) Energy Future Holdings Corp., (b) Energy Future Intermediate Holding Company LLC, and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases. As Delaware counsel to the Fee Committee the compensation earned and expenses incurred by BFC&A should be allocated evenly amongst the Debtors.

4

### Summary of Legal Services Rendered

10. BFC&A has rendered professional legal services to the Committee on a regular basis during the Fee Period[2], including time spent on the following:

   i. Case Administration: This category represents time spent maintaining the docket, reviewing pleadings, and general administrative matters.

   ii. Fee Applications-Others: This category represents time spent reviewing and filing the Fee Committee Reports, assisting Godfrey Kahn with the filing of its Interim Fee Application, and attending hearings on the professionals' fee applications and related matters.

   iii. Fee Applications-Benesch: This category represents time spent coordinating the preparation and filing of Benesch's first and second fee applications as Delaware counsel to the Fee Committee and related matters.

   iv. Employment Applications: BFC&A: This category represents time spent after the Fee Committee requested BFC&A to act as its Delaware counsel, including coordinating the transfer of the case files, drafting and filing of its retention application and related items.

   v. Court Appearances: This category represents time spent appearing with co-counsel to the Fee Committee at hearings in this matter.

11. While every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this First Interim Fee Application due to delays caused by accounting and processing during the Fee Period. BFC&A reserves the right to make further application for allowance of such fees and expenses not included herein. Subsequent Fee Applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, BFC&A requests allowance of its fees included in this First Interim Fee Application for the period of April 7, 2016 through August 31, 2016 in the in the amount of

---

[2] BFC&A did not file a monthly fee statement for the month of July 2016 as it expended no time and had only minor costs which were incurred.

$13,364.00 and expenses in the amount of $20.90 for a total of $13,384.90, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: February 28, 2017

**BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP**

/s/ Jennifer R. Hoover
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Co-Counsel for the Energy Future Holdings Corp. Fee Committee*