## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP., | : | Case No. 14-10979 (CSS) |
| *et al.*,[1] | : | (Jointly Administered) |
|  | : |  |
|  | : | **Obj. Deadline: 3/21/2017 at 4:00 p.m.** |
| Debtors. | : | **Hearing Date: 3/28/2017 at 10:00 a.m.** |
|  | : |  |

## NOTICE OF FILING OF FIRST INTERIM FEE APPLICATION

PLEASE TAKE NOTICE that, Benesch, Friedlander, Coplan & Aronoff, LLP,

("BFC&A") filed the *First Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff,*

*LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as*

*Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period April 7,*

*2016 through August 31, 2016* (the "First Interim Fee Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Statement must

be made in accordance with the *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the

"Interim Compensation Order"), and must be filed with the Clerk of the United States

Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware

19801, and be served upon and received by (i) the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.,* 1601 Bryan

Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of TCEH Unsecured Creditors (the "Committee"), Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Brett H. Miller and Lorenzo Marinuzzi; (viii) co-counsel to the Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward and (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern Time) on March 21, 2017** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE FIRST INTERIM FEE APPLICATION WILL TAKE PLACE BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DE 19801 ON **MARCH 28, 2017 AT 10:00 A.M.**

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE FIRST INTERIM FEE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  February 28, 2017

**BENESCH FRIEDLANDER COPLAN
    & ARONOFF, LLP**

_/s/ Jennifer R. Hoover_
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

_Co-Counsel for the Energy Future Holdings
Corp. Fee Committee_