IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 : |
| | : Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | : (Jointly Administered) : |
| | : **Obj. Deadline: 3/21/2017 at 4:00 p.m.** |
| Debtors. | : **Hearing Date: 3/28/2017 at 10:00 a.m.** |
| | : |

COVER SHEET FOR
FIRST INTERIM FEE APPLICATION OF BENESCH, FRIEDLANDER,
COPLAN & ARONOFF, LLP, FOR INTERIM COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL
TO THE ENERGY FUTURE HOLDINGS CORP. FEE COMMITTEE FOR
THE PERIOD APRIL 7, 2016 THROUGH AUGUST 31, 2016

| | |
|---|---|
| Name of Applicant: | Benesch Friedlander Coplan & Aronoff LLP |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp. Fee Committee |
| Date of Retention: | May 16, 2016 *nunc pro tunc* to April 7, 2016 |
| Period for which Compensation and Reimbursement of Expenses is Sought | April 7, 2016 through August 31, 2016 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary | $13,364.00 |
| Amount of Expense Reimbursement Sought As Actual, Reasonable, and Necessary: | $20.90 |
| Total Requested: | $13,384.90 |

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

## PREVIOUSLY FILED FEE STATEMENTS

| Monthly Fee Statements | | Requested | | Received | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 10/7/2016 | 4/7/2016-4/30/2016 | $6,309.50 | $0.00 | $5,047.59 | $0.00 |
| 10/7/2016 | 5/1/2016-5/31/2016 | $1,466.50 | $4.30 | $1,170.00 | $4.30 |
| 10/7/2016 | 6/1/2016-6/30/2016 | $2,640.00 | $5.00 | $2,112.00 | $5.00 |
| 10/7/2016 | 8/1/2016-8/31/2016 | $2,952.00 | $11.60 | $2,361.60 | $11.60 |
| Totals | | $13,364.00 | $20.90 | $10,691.19 | $20.90 |

## TIMEKEEPER SUMMARY
(April 7, 2016 through August 31, 2016)

| Name of Professional | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jennifer R. Hoover, Esquire | Partner since 2012. Member of the DE Bar since 2007. Member of the PA Bar since 2001. | $460.00 | 7.60 | $3,496.00 |
| William M. Alleman, Jr., Esquire | Associate since 2014. Member of the DE Bar since 2010. | $325.00 | 18.40 | $5,980.00 |
| Celeste A. Hartman, Paralegal | Paralegal since 1977 | $270.00 | 14.40 | $3,888.00 |
| TOTAL | | | 40.40 | $13,364.00 |
| BLENDED RATE | | | | $330.79 |

## COMPENSATION BY PROJECT CATEGORY
(April 7, 2016 through August 31, 2016)

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 6.50 | $2,558.50 |
| Fee Applications-Others | 9.20 | $2,720.50 |
| Fee Applications-Benesch | 0.10 | $32.50 |
| Employment Applications | 21.30 | $6,991.00 |
| Court Appearances | 3.30 | $1,061.50 |
| Totals | 40.40 | $13,364.00 |

## EXPENSE SUMMARY
### (April 7, 2016 through August 31, 2016)

| Expense Category | Provider | Total Fees |
|---|---|---|
| Court Document Charges | Pacer | $15.90 |
| Delivery Services-Hearing Binder to Court | DLS Discovery | $5.00 |
| **Totals** | | **$20.90** |

Dated: February 28, 2017

BENESCH FRIEDLANDER COPLAN
& ARONOFF, LLP

/s/ Jennifer R. Hoover
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Co-Counsel for the Energy Future Holdings Corp. Fee Committee*