## CERTIFICATION OF RESPONSIBLE ATTORNEY

Pursuant to the Guidelines for Applications for Compensation and Reimbursement of Expenses Adopted by the Executive Office for the United States Trustees Pursuant to the Bankruptcy Reform Act 1994, effective January 30, 1996 ("U.S.T. Guidelines") and Local Bankruptcy Rule 2016-2 (the "Local Bankruptcy Rules"), the undersigned, as responsible attorney, certifies (a) I have read the foregoing application, (b) to the best of my knowledge, information, and belief formed after reasonable inquiry, the compensation and expense reimbursement sought conforms with the U.S.T. Guidelines and the Local Bankruptcy Rules, and (c) the compensation and expense reimbursement requested are billed at rates and in accordance with practices no less favorable to the Debtors than those customarily employed by BFC&A generally.

Dated: February 28, 2017

BENESCH FRIEDLANDER COPLAN
& ARONOFF, LLP

_____
Jennifer R. Hoover, Esquire (No. 5111)

*Co-Counsel for the Energy Future Holdings Corp. Fee Committee*

SWORN AND SUBSCRIBED before me this 28th day of February 2017.

DEIRDRE M. STAFFORD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 4, 2020

_____
NOTARY PUBLIC

1