**<u>Exhibit A</u>**

**John L. Stuart Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### DECLARATION OF JOHN L. STUART IN
### SUPPORT OF THE INTERIM FEE APPLICATION OF ALVAREZ & MARSAL
### NORTH AMERICA, LLC, IN THEIR CAPACITY AS RESTRUCTURING ADVISORS
### FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM
### SEPTEMBER 1, 2016 THROUGH AND INCLUDING DECEMBER 31, 2016

I, John L. Stuart, being duly sworn, state the following under penalty of perjury:

1.    I am a Managing Director in the firm of Alvarez & Marsal North America, LLC

("A&M"),[2] located at 2100 Ross Avenue, Suite 2100; Dallas, TX 75201.

2.    I have read the foregoing interim fee application of A&M, restructuring advisors

for the Debtors, for the Fee Period (the "Fee Application").  To the best of my knowledge,

information and belief, the statements contained in the Fee Application are true and correct.  In

addition, I believe that the Fee Application complies with Del. Bankr. L.R. 2016-2.

3.    In connection therewith, I hereby certify that:

       a)    to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

b)  except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by A&M and generally accepted by A&M's clients.  In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' case;

c)  in providing a reimbursable expense, A&M does not make a profit on that expense, whether the service is performed by A&M in-house or through a third party;

d)  in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between A&M and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

e)  All services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 28, 2017                    Respectfully submitted,

*/s/ John L. Stuart*
John L. Stuart
Managing Director
Alvarez & Marsal North America, LLC