## **Exhibit D**

**Voluntary Rate Disclosures**

- The blended hourly rate for all A&M timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$533.48** per hour (the "Debtor Blended Hourly Rate").[1]

- A detailed comparison of these rates is as follows:

| Position at A&M | Debtor Blended Hourly Rate for This Fee Application |
|---|---|
| Managing Directors | $814.19 |
| Senior Directors | $625.00 |
| Directors | $552.56 |
| Manager | $590.00 |
| Senior Associates | $410.00 |
| Consultant | $444.64 |
| Analysts | $375.00 |
| Paraprofessionals | $300.00 |

---

[1] A&M calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

RLF1 13943221v.1