*Exhibit E*

**Combined - All Entities**
**Summary of Time Detail by Professional**
**September 1, 2016 through December 31, 2016**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950.00 | 16.1 | $15,295.00 |
| JD Ivy | Managing Director | $925.00 | 12.0 | $11,100.00 |
| Emmett Bergman | Managing Director | $775.00 | 58.6 | $45,415.00 |
| John Stuart | Managing Director | $775.00 | 18.0 | $13,950.00 |
| Steve Kotarba | Managing Director | $700.00 | 4.5 | $3,150.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 186.4 | $116,500.00 |
| Matt Frank | Director | $625.00 | 3.8 | $2,375.00 |
| Peter Mosley | Director | $625.00 | 1.5 | $937.50 |
| Robert Casburn | Manager | $590.00 | 10.9 | $6,431.00 |
| Kevin Sullivan | Director | $550.00 | 33.2 | $18,260.00 |
| Paul Kinealy | Director | $550.00 | 9.2 | $5,060.00 |
| Ryan Wells | Senior Associate | $410.00 | 26.5 | $10,865.00 |
| Richard Carter | Consultant | $450.00 | 240.6 | $108,270.00 |
| Michael Williams | Consultant | $375.00 | 18.5 | $6,937.50 |
| Peyton Heath | Analyst | $375.00 | 54.7 | $20,512.50 |
| Sarah Pittman | Analyst | $375.00 | 76.1 | $28,537.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 10.7 | $3,210.00 |
| **Total** | | | **781.3** | **$416,806.00** |