*Exhibit F*

| Combined |
| :---: |
| *Energy Future Holdings Corp., et al.,* |
| *Summary of Expense Detail by Category* |
| *September 1, 2016 through December 31, 2016* |

| *Expense Category* | *Sum of Expenses* |
| :--- | ---: |
| Airfare | $9,910.56 |
| Lodging | $7,997.95 |
| Meals | $1,038.61 |
| Miscellaneous | $66.73 |
| Transportation | $2,565.55 |
| *Total* | **$21,579.40** |