*Exhibit G*

**Combined - All Entities**
**Summary of Time Detail by Task**
**September 1, 2016 through December 31, 2016**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 7.9 | $6,122.50 |
| Bankruptcy Support | 73.7 | $43,166.00 |
| Business Plan | 32.4 | $12,150.00 |
| Claims | 391.9 | $204,150.00 |
| Contracts | 73.7 | $43,742.50 |
| Coordination & Communication with other Creditor Constituents | 7.1 | $5,502.50 |
| Coordination & Communication with UCC | 2.9 | $1,812.50 |
| Court | 10.6 | $8,225.00 |
| Fee Applications | 27.2 | $11,335.00 |
| POR / Disclosure Statement | 94.2 | $47,485.00 |
| Status Meetings | 3.9 | $2,437.50 |
| Travel Time | 22.2 | $12,037.50 |
| UST Reporting Requirements | 33.6 | $18,640.00 |
| **Total** | **781.3** | **$416,806.00** |