# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $775 | 37.7 | $29,217.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $550 | 116.6 | $64,130.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $360 | 26.7 | $9,612.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $295 | 5.1 | $1,504.50 |
| Christopher M. DeLillo | Associate | 2016 | Bankruptcy | $295 | 3.5 | $1,032.50 |
| **Total** | | | | | **189.6** | **$105,496.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $240 | 71.7 | $17,208.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $240 | 1.2 | $288.00 |
| Caroline E. Dougherty | Paralegal | 2 | Bankruptcy | $240 | 0.9 | $216.00 |
| Daniel D. White | Tech Support | 11 | MIS | $255 | 0.4 | $102.00 |
| Tesia S. Smith | Case Management Assistant | 1 | Bankruptcy | $130 | 13.2 | $1,716.00 |
| **Total** | | | | | **87.4** | **$19,530.00** |
| | | | | **Total Fees** | | **$125,026.50** |