# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $687.69 |
| Conference Calling | $90.75 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $185.00 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $41.25 |
| Long distance Telephone Charges | $29.36 |
| Messenger and Delivery Service | $156.66 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $1,338.91 |
| Postage | $0.52 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $29.57 |
| **Total:** | **$2,559.71** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $41.68 |
| Conference Calling | $5.50 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $11.20 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $2.50 |
| Long distance Telephone Charges | $1.78 |
| Messenger and Delivery Service | $9.50 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $81.15 |
| Postage | $0.03 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $1.79 |
| **Total:** | **$155.13** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $1,354.54 |
| Conference Calling | $178.75 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $364.39 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $81.25 |
| Long distance Telephone Charges | $57.82 |
| Messenger and Delivery Service | $308.58 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $2,637.25 |
| Postage | $1.02 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $58.24 |
| **Total:** | **$5,041.84** |