## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 1/3/2017 | Iron Hill | Dinner | 2 | Working meal for RL&F team members in connection with after-hours preparation for 1/4/17 disclosure statement hearing | $20.71 | $41.41 |
| 1/3/2017 | Cosi | Lunch | 7 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 1/4/17 disclosure statement hearing | $26.95 | $188.67 |
| 1/4/2017 | Manhattan Bagel | Breakfast | 15 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 1/4/17 disclosure statement hearing | $19.00 | $285.00 |
| 1/4/2017 | Qdoba | Lunch | 15 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 1/4/17 disclosure statement hearing | $18.37 | $275.50 |
| 1/4/2017 | Rodney Grille | Drinks | 15 | Refreshments for visiting co-counsel, client representatives, and other estate professionals in connection with 1/4/17 disclosure statement hearing | $1.99 | $29.85 |
| 1/26/2017 | Manhattan Bagel | Breakfast | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 1/26/17 omnibus hearing | $17.00 | $340.00 |
| 1/26/2017 | Cosi | Lunch | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 1/26/17 omnibus hearing | $24.31 | $486.18 |

RLF1 17083243v.1

| Date | Location | Meal | # | Description | Per Person | Total |
|---|---|---|---|---|---|---|
| 1/26/2017 | Rodney Grille | Lunch | 1 | Working meal for visiting co-counsel in connection with 1/26/17 omnibus hearing | $3.00 | $3.00 |
| 1/26/2017 | The Meat House | Dinner | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 1/26/17 omnibus hearing | $20.61 | $412.26 |
| 1/27/2017 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of amended plan supplement | $22.03 | $22.03 |
| **TOTALS** | | | | | | **$2,083.90** |

RLF1 17083243v.1