# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Justin Sowa<br>To Call Writer Directly:<br>(415) 439-1826<br>justin.sowa@kirkland.com | 555 California Street<br>San Francisco, California  94104<br><br>(415) 439-1400<br><br>www.kirkland.com | Facsimile:<br>(415) 439-1500 |

March 1, 2017

**Via ECF AND Hand Delivery**

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court
District of Delaware
824 Market Street, Fifth Floor
Wilmington, Delaware 19801

Re:   *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979, Proof of Claim No. 13319 Filed by the City of Dallas, Texas.

Judge Sontchi:

   I write on behalf of Vistra Energy Corp. ("Reorganized TCEH") in connection with the telephonic status conference set for tomorrow, March 2, 2017 at 10:00 a.m. (Eastern Standard Time) (the "Status Conference") with regard to the Debtors' Objection to Proof of Claim No. 13319 (the "Claim") Filed by the City of Dallas, Texas (the "City of Dallas," and together with Reorganized TCEH, the "Parties").  Reorganized TCEH and the City of Dallas have been engaged in discussions regarding scheduling for this matter over the past several weeks, and are happy to report that they have reached agreement on a stipulated schedule governing discovery, pre-trial proceedings, and, subject to the Court's availability, a hearing date.  This Stipulation and Agreed Order (the "Stipulated Schedule") is attached hereto as **Exhibit A**.  Subject to the Court's availability, the Stipulated Schedule would enable the Court to try this matter in late May.

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    New York    Palo Alto    Shanghai    Washington, D.C.

RLF1 17096214v.1

# KIRKLAND & ELLIS LLP

The Honorable Christopher S. Sontchi
March 1, 2017
Page 2

    The Parties are willing to work with the Court to make any necessary adjustments to the Stipulated Schedule to accommodate the Court's schedule, and look forward to speaking with the Court during tomorrow's Status Conference.

                                Respectfully submitted,

                                */s/ Justin Sowa*

                                Justin Sowa

cc:       Mark Baggett, Esq., Dallas City Attorney's Office *(via email)*
            John C. Kilgannon, Esq., Stevens & Lee *(via email)*

RLF1 17096214v.1