# U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
#6

*1st Revision  Mar 2 2017 5:08AM*

## Court Conference

Calendar Date: **03/02/2017**

Calendar Time: **10:00 AM ET**

| Page # | Item # | Case Name | Case # | Proceeding | Appearing | App ID | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Mark Baggett | 8184134 | (214) 671-8272 ext. | City of Dallas | Interested Party, City of Dallas / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Mark A. Cody | 8181525 | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Eric C. Daucher | 8180926 | (212) 408-5405 ext. | Chadbourne & Parke, LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Daniel DeFranceschi | 8172008 | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Futures Holding Corp. | 14-10979 | Hearing | John D. Demmy | 8181636 | (302) 425-3308 ext. | Stevens & Lee, P.C. | Creditor, City of Dallas / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Joseph A. Florczak | 8181530 | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Peter Haskel | 8181458 | (214) 670-3038 ext. | City of Dallas | Interested Party, City of Dallas / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Raymond Lemisch | 8181088 | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Lender(s), UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Jason M. Madron | 8171998 | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Mark E. McKane | 8182217 | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | R. Stephen McNeill | 8180825 | (302) 984-6171 ext. | Potter Anderson & Corroon LLP | Creditor, Deutsche Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Daniel Rudewicz | 8181897 | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Noah M Schottenstein | 8181176 | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | Charles E. Sieving | 8184091 | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8181861 | Justin Sowa | (415) 439-1826 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8181204 | Foteini Teloni | (212) 848-4579 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8184880 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8185567 | Amer Tiwana | (646) 616-3052 ext. | Cowen & Co. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8181879 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |

Raymond Reyes ext. 881