# Exhibit A

## Fee Summary by Professional for the Period January 1, 2017 through January 31, 2017

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

January 01, 2017 - January 31, 2017

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $720.00 | 1.2 | $864.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 4.6 | $3,312.00 |
| Slyh, John | Partner/Principal | $720.00 | 1.1 | $792.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 3.2 | $1,984.00 |
| Murawski, Bryan | Manager | $540.00 | 1.0 | $540.00 |
| Butler, Mike | Senior Consultant | $425.00 | 0.3 | $127.50 |
| Henry, Diane | Senior Consultant | $425.00 | 3.0 | $1,275.00 |
| Koprivnik, Xander | Senior Consultant | $425.00 | 0.5 | $212.50 |
| Parajuli, Jyotsaana | Consultant | $350.00 | 37.6 | $13,160.00 |
| **Professional Subtotal:** | | | **52.5** | **$22,267.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

January 01, 2017 - January 31, 2017

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 8.1 | $2,956.50 |
| Parker, Matt | Partner/Principal | $365.00 | 2.8 | $1,022.00 |
| Slyh, John | Partner/Principal | $365.00 | 1.8 | $657.00 |
| Craig, Valerie | Managing Director | $365.00 | 1.6 | $584.00 |
| Favor, Rick | Managing Director | $365.00 | 9.5 | $3,467.50 |
| Sasso, Anthony | Managing Director | $365.00 | 0.5 | $182.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 14.2 | $4,118.00 |
| Erwin, Stephanie | Senior Manager | $290.00 | 3.4 | $986.00 |
| Kurey, Joseph | Senior Manager | $290.00 | 0.7 | $203.00 |
| Wang, Charlie | Senior Manager | $290.00 | 0.5 | $145.00 |
| Morehead, David | Manager | $265.00 | 2.0 | $530.00 |
| Murawski, Bryan | Manager | $265.00 | 21.3 | $5,644.50 |
| Wendel, Ashley | Manager | $265.00 | 0.6 | $159.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 17.6 | $3,784.00 |
| Casey, Chris | Senior Consultant | $215.00 | 7.6 | $1,634.00 |
| Henry, Diane | Senior Consultant | $215.00 | 15.8 | $3,397.00 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 2.4 | $516.00 |
| Pansari, Anubhav | Senior Consultant | $215.00 | 2.5 | $537.50 |
| Persons, Hillary | Senior Consultant | $215.00 | 1.6 | $344.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 10.7 | $2,300.50 |
| Ansari, Kashang | Consultant | $175.00 | 6.0 | $1,050.00 |
| Benvenuti, Christina | Consultant | $175.00 | 10.9 | $1,907.50 |
| Choua, Johnny | Consultant | $175.00 | 51.4 | $8,995.00 |
| Danwani, Nikita | Consultant | $175.00 | 2.0 | $350.00 |
| Gentile, Lauren | Consultant | $175.00 | 40.9 | $7,157.50 |
| Knuf, Anthony | Consultant | $175.00 | 4.3 | $752.50 |
| Lau, Stephanie | Consultant | $175.00 | 33.1 | $5,792.50 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 18.6 | $3,255.00 |
| Sledge, Bryan | Consultant | $175.00 | 1.0 | $175.00 |
| Stipe, Henry | Consultant | $175.00 | 34.8 | $6,090.00 |
| **Professional Subtotal:** | | | **328.2** | **$68,693.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**January 01, 2017 - January 31, 2017**

*Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Murawski, Bryan | Manager | $265.00 | 3.2 | $848.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 8.1 | $1,417.50 |
| **Professional Subtotal:** | | | **11.3** | **$2,265.50** |