## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 10948** |

### DECLARATION OF BRYAN M. STEPHANY, ESQ. IN SUPPORT OF DEBTORS' MOTION OF ENERGY FUTURE HOLDINGS CORPORATION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM FOR FIDELITY MANAGEMENT & RESEARCH COMPANY'S SUBSTANTIAL CONTRIBUTION PURSUANT TO SECTIONS 503(b)(3)(D) AND 503(b)(4) OF THE BANKRUPTCY CODE

Bryan M. Stephany declares as follows:

1. I am an attorney admitted to practice in the District of Columbia and the United States District Court for the District of Columbia and the state of New York. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the *Debtors' Motion of Energy Future Holdings Corporation for Allowance of an Administrative Expense Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code* filed contemporaneously herewith.[2]

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts from the December 3, 2015 Hearing Transcript.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this declaration have the meanings ascribed to them in the Plan.

4.  Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Declaration of Paul Keglevic in Support of Confirmation of the Seventh Amended Plan of Reorganization as it Applies to the E-Side Debtors, dated February 10, 2017 and marked D-DIR Keglevic_R.

5.  Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the September 30, 2016 Presentation to Joint Boards: Restructuring Update, Bates labeled EFH06577922.

6.  Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the September 30, 2016 Minutes of a Meeting of the Joint Boards, Bates labeled EFH06578080.

7.  Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts from the February 16, 2017 Hearing Transcript.

8.  Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the Declaration of Mark Hickson in Support of Confirmation of the Seventh Amended Plan of Reorganization, dated February 11, 2017 and marked D-DIR Hickson.

9.  Attached hereto as <u>Exhibit 7</u> is a true and correct copy of excerpts from the February 17, 2017 Hearing Transcript.

*[Remainder of page intentionally left blank.]*

2

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 2nd day of March, 2017.

*/s/ Bryan M. Stephany*
Bryan M. Stephany (*pro hac vice*)