# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND
## CERTIFICATION OF GOVERNMENT ATTORNEY

PLEASE TAKE NOTICE that the undersigned attorney, Daniel S. Smith, appears as counsel for the United States on behalf of the United States Environmental Protection Agency in the above-captioned matter, and certifies as follows pursuant to Local Rule 9010-1(e)(i):

1. I am admitted to the Bar of the Court of Appeals of Maryland and the U.S. District Court for the District of Maryland.

2. I am in good standing in all jurisdictions where I have been admitted.

3. I will be bound by the local Rules of the United States Bankruptcy Court for the District of Delaware, and I submit to the jurisdiction of this Court for disciplinary purposes.

PLEASE TAKE FURTHER NOTICE that Mr. Smith hereby requests service of any and all notices given or required to be given in the above-captioned matter, and all papers served or required to be served in the case, and requests that the following name and address be added to all mailing matrices in this case.

DANIEL S. SMITH
Senior Counsel
U.S. Department of Justice
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington D.C.  20044-7611

**Overnight Mail:**
601 D Street, N.W.
Washington D.C.  20004

| March 6, 2017 | /s/ Daniel S. Smith |
|---|---|
| Dated: | DANIEL S. SMITH |
| | Senior Counsel |
| | U.S. Department of Justice |
| | Environmental Enforcement Section |
| | Environment & Natural Resources Division |
| | P.O. Box 7611, Ben Franklin Station |
| | Washington D.C.  20044-7611 |
| | 202-305-0371 (voice) |
| | dan.smith2@usdoj.gov |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing was served this 6th day of March 2017, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

/s/ Daniel S. Smith
DANIEL S. SMITH
Senior Counsel
U.S. Department of Justice
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington D.C. 20044-7611
202-305-0371 (voice)
dan.smith2@usdoj.gov