# Notice Recipients

District/Off: 0311−1  User: JudyF  Date Created: 3/6/2017
Case: 14−10979−CSS  Form ID: van440  Total: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee   U.S. Federal Office Building   201 Varick Street, Rm 1006   New York, NY 10065 |
| aty | Andrew Dietderich | Sullivan & Cromwell LLP   125 Broad Street   3835   New York, NY 10004 |
| aty | Beth A. Gori | Gori, Julian and Associates, P.C.   156 North Main Street   Edwardsville, Il 62025 |
| aty | Brian Schartz | c/o Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Brian D. Glueckstein | Sullivan & Cromwell LLP   125 Broad Street   New York, NY 10004 |
| aty | Chad J. Husnick | Kirkland & Ellis, LLP   300 North LaSalle Street   Chicago, IL 60654 |
| aty | Daniel J. DeFranceschi | Richards, Layton & Finger   One Rodney Square, P.O. Box 551   Wilmington, DE 19899 |
| aty | Daniel K. Hogan | Hogan McDaniel   1311 Delaware Ave   Wilmington, DE 19806 |
| aty | Davis Lee Wright | Montgomery McCracken Walker & Rhoads LLP   1105 North Market Street   Suite 1500   Wilmington, DE 19801 |
| aty | Davis Lee Wright | Montgomery McCracken Walker & Rhoads LLP   1105 North Market Street   Suite 1500   Wilmington, DE 19801 |
| aty | Edward O. Sassower | Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Ethan Early | Early Lucarelli Sweeney & Meisenkothen   265 Church Street, 11th Floor   New Haven, CT 06508 |
| aty | James H.M. Sprayregen | Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Jason M. Madron | Richards, Layton & Finger, LLP   One Rodney Square   P.O. Box 551   Wilmington, DE 19899 |
| aty | Jeff J. Marwil | Proskauer Rose LLP   Three First National Plaza   70 W. Madison Street   Suite 3800   Chicago, IL 60602 |
| aty | Jonathan Ruckdeschel | The Ruckdeschel Law Firm, LLC   8357 Main Street   Ellicott City, MD 21043 |
| aty | Leslie M. Kelleher | Caplin & Drysdale   One Thomas Circle, N.W.   Washington, DC 20005 |
| aty | Mark Andrew Fink | Montgomery, McCracken, Walker & Rhoads   1105 N. Market Street   Suite 1500   Wilmington, DE 19081 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A.   One Rodney Square   920 North King Street   Wilmington, DE 19801 |
| aty | Mark K. Thomas | Proskauer Rose LLP   Three First National Plaza   70 W. Madison Street   Suite 3800   Chicago, IL 60602 |
| aty | Michael A. Paskin | Cravath, Swaine & Moore LLP   Worldwide Plaza   825 Eighth Avenue   New York, NY 10019−7475 |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads   1105 North Market Street   15th Floor   Wilmington, DE 19801 |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads   1105 North Market Street   15th Floor   Wilmington, DE 19801 |
| aty | Richard L. Schepacarter | Office of the United States Trustee   U. S. Department of Justice   844 King Street, Suite 2207   Lockbox #35   Wilmington, DE 19801 |
| aty | Robert J. Giuffra, Jr. | Sullivan & Cromwell LLP   125 Broad Street   New York, NY 10004 |
| aty | Stephen E. Hessler | Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Steven Kazan | Kazan McClain Satterley & Greenwood   Jack London Market   55 Harrison Street   Suite 400   Oakland, CA 94607 |
| aty | Steven L. Holley | Sullivan & Cromwell LLP   125 Broad Street   New York, NY 10004 |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | Trevor M Broad | Cravath, Swaine and Moore LLP   Worldwide Plaza   825 Eighth Avenue   New York, NY 10019−7475 |
| | Jeanna M. Koski | One Thomas Circle, N.W. Suite 1100   Washington, DC 20005−5802 |
| | Richard L. Schepacarter | J. Caleb Boggs Federal Building   844 N. King Street, Room 2207 Lockbox 35   Wilmington, DE 19801 |
| | Andrea B. Schwartz | J. Caleb Boggs Federal Building   844 N. King Street, Room 2207, Lockbox 3   Wilmington, DE 19801 |
| | David M. Klauder | 901 N. Market Street, Suite 1000   Wilmington, DE 19801 |
| | Shannon J. Dougherty | 901 M. Market Street, Suite 1000   Wilmington, DE 19801 |
| | Peter J. Young | Three First National Plaza   70 W. Madison Street, Suite 3800   Chicago, IL 60602 |
| | Joseph H. Huston Jr. | Steven & Lee, P.C.   1105 N. Market Street, Suite 700   Wilmington, DE 19801 |
| | Richard Levin | Jenner & Block   919 Third Avenue   New York, NY 10022−3908 |

TOTAL: 38