UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 14-10979 (CSS)    BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Confirming The Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code As It Applies To The EFH Debtors and EFIH Debtors.

**Docket #:** 10859    **Date Entered:** 2/17/2017

Item Transmitted:

| ✓ | Notice of Appeal | Docket #: 10950 | Date Filed: 3/3/2017 |
|---|---|---|---|
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Shirley Fenicle, individually and as successor in interest to the Estate of George Fenicle, David William Fahy, John H. Jones, And David Heinzmann

**Appellee/Cross Appellee**

Energy Future Holdings Corp.

**Counsel for Appellant/Cross Appellant:**

Daniel K. Hogan, Esq.
1311 Delaware Avenue
Wilmington, DE  19806

*

**Counsel for Appellee/Cross Appellee:**

Jason M. Madron, Esq.
920 N. King Street
Wilmington, DE  19801

*

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | ○ | ● |

Civil Action Number:

(continued on next page)

**Notes:**   *See attachment for complete list of counsel.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 3/6/2017                    **by:** _____Judy Fisher_____
                                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   17-5

| | Party | Attorney |
|---|---|---|
| 1. | Appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann | HOGAN♦McDANIEL<br>Daniel K. Hogan (DE Bar No. 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>Email: dkhogan@dkhogan.com |
| 2. | Appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and David William Fahy | CAPLIN & DRYSDALE, CHARTERED<br>Leslie M. Kelleher (admitted *pro hac vice*)<br>Jeanna M. Koski (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, DC 20005-5802<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>Email: lkelleher@capdale.com<br>Email: jkoski@capdale.com |
| 3. | Appellant Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle | KAZAN McCLAIN SATTERLEY & GREENWOOD<br>A Professional Law Corporation<br>Steven Kazan (CA Bar # 46855) (admitted *pro hac vice*)<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br>Email: skazan@kazanlaw.com |
| 4. | Appellant David William Fahy | EARLY LUCARELLI SWEENEY & MEISENKOTHEN<br>Ethan Early (CT Juris # 417930)(admitted *pro hac vice*)<br>One Century Tower, 11th Floor<br>265 Church Street<br>New Haven, CT 06508-1866<br>Telephone: (203) 777-7799<br>Facsimile: (203) 785-1671<br>Email: eearly@elslaw.com |
| 5. | Appellant John H. Jones | GORI JULIAN & ASSOCIATES, P.C.<br>Beth Gori (admitted *pro hac vice*)<br>156 North Main Street<br>Edwardsville, IL 62025<br>Telephone: (618) 307-4085<br>Facsimile: (618) 659-9834<br>Email: beth@gorijulianlaw.com |

| | Party | Attorney |
|---|---|---|
| 6. | Appellant David Heinzmann | Jonathan Ruckdeschel (admitted *pro hac vice*)<br>THE RUCKDESCHEL LAW FIRM, LLC<br>8357 Main Street<br>Ellicott City, MD 21043<br>Telephone: (410) 750-7825<br>Facsimile: (443) 583-0430<br>Email: rucklawfirm@rucklawfirm.com |
| 7. | Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE OFFICE OF THE U.S. TRUSTEE<br>Richard L. Schepacarter<br>Andrea B. Schwartz<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>Email: Richard.Schepacarter@usdoj.gov<br>         Andrea.B.Schwartz@usdoj.gov |
| 8. | Debtors and Debtors-in-Possession | RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (DE Bar No. 2981)<br>Daniel J. DeFranceschi (DE Bar No. 2732)<br>Jason M. Madron (DE Bar No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>         defranceschi@rlf.com<br>         madron@rlf.com<br>-and-<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>         stephen.hessler@kirkland.com<br>         brian.schartz@kirkland.com |

| | Party | Attorney |
|---|---|---|
| | | -and- <br><br> James H.M. Sprayregen, P.C. <br> Chad J. Husnick <br> Steven N. Serajeddini <br> 300 North LaSalle <br> Chicago, IL 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> Email: james.sprayregen@kirkland.com <br>       chad.husnick@kirkland.com <br>       steven.serajeddini@kirkland.com |
| 9. | Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC <br> David M. Klauder (DE Bar No. 5769) <br> Shannon J. Dougherty (DE Bar No. 5740) <br> 901 N. Market Street, Suite 1000 <br> Wilmington, DE 19801 <br> Telephone: (302) 778-4000 <br> Facsimile: (302) 295-2873 <br> Email: dklauder@oeblegal.com <br>       sdougherty@oeblegal.com <br> -and- <br><br> PROSKAUER ROSE LLP <br> Jeff J. Marwil <br> Mark K. Thomas <br> Peter J. Young <br> Three First National Plaza <br> 70 W. Madison Street, Suite 3800 <br> Chicago, IL 60602 <br> Telephone: (312) 962-3550 <br> Facsimile: (312) 962-3551 <br> Email: jmarwil@proskauer.com <br>       mthomas@proskauer.com <br>       pyoung@proskauer.com |
| 10. | Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C. <br> Joseph H. Huston, Jr. (DE Bar No. 4035) <br> 1105 North Market Street, Suite 700 <br> Wilmington, DE 19801 <br> Telephone: (302) 425-3310 <br> Facsimile: (610) 371-7927 <br> Email: jhh@stevenslee.com <br><br> -and- |

| | Party | Attorney |
|---|---|---|
| | | CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin<br>Trevor M. Broad<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>         tbroad@cravath.com<br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com |
| 11. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>David Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile:  (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>         dwright@mmwr.com<br>         mfink@mmwr.com<br>-and-<br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile:  (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         holleys@sullcrom.com<br>         giuffrar@sullcrom.com<br>         gluecksteinb@sullcrom.com |