**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Energy Future Holdings Corp., *et. al.,* | Case No. 14-10979 (CSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: Docket No. 10859** |

## NOTICE OF APPEAL

Notice is hereby given that Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann (respectively "Fenicle", "Fahy", "Jones", and "Heinzmann", together "Appellants"), creditors in the above-captioned chapter 11 cases, file this Notice of Appeal pursuant to 28 U.S.C. §§ 158(a), Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules of United States Bankruptcy Court for the District of Delaware from the *Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors*, dated February 17, 2017, [D.I. 10859] (the "Order").

The names of all parties to the judgment, order, or decree from which the Appellants appeal, and the names, addresses, and telephone numbers of their attorneys are as follows:

**[Remainder of Page Intentionally Left Blank]**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

|   | **Party** | **Attorney** |
|---|---|---|
| 1. | Appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann | HOGAN♦McDANIEL<br>Daniel K. Hogan (DE Bar No. 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware  19806<br>Telephone: (302) 656-7540<br>Facsimile:  (302) 656-7599<br>Email: dkhogan@dkhogan.com |
| 2. | Appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and David William Fahy | CAPLIN & DRYSDALE, CHARTERED<br>Leslie M. Kelleher (admitted *pro hac vice*)<br>Jeanna M. Koski (admitted *pro hac vice*)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, DC 20005-5802<br>Telephone: (202) 862-5000<br>Facsimile:  (202) 429-3301<br>Email: lkelleher@capdale.com<br>Email: jkoski@capdale.com |
| 3. | Appellant Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle | KAZAN McCLAIN SATTERLEY & GREENWOOD<br>A Professional Law Corporation<br>Steven Kazan (CA Bar # 46855) (admitted *pro hac vice*)<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile:  (510) 835-4913<br>Email: skazan@kazanlaw.com |
| 4. | Appellant David William Fahy | EARLY LUCARELLI SWEENEY & MEISENKOTHEN<br>Ethan Early (CT Juris # 417930)(admitted *pro hac vice*)<br>One Century Tower, 11th Floor<br>265 Church Street<br>New Haven, CT 06508-1866<br>Telephone: (203) 777-7799<br>Facsimile:  (203) 785-1671<br>Email: eearly@elslaw.com |
| 5. | Appellant John H. Jones | GORI JULIAN & ASSOCIATES, P.C.<br>Beth Gori (admitted *pro hac vice*)<br>156 North Main Street<br>Edwardsville, IL 62025<br>Telephone: (618) 307-4085<br>Facsimile:  (618) 659-9834<br>Email: beth@gorijulianlaw.com |

|   | **Party** | **Attorney** |
|---|---|---|
| 6. | Appellant David Heinzmann | Jonathan Ruckdeschel (admitted *pro hac vice*) <br> THE RUCKDESCHEL LAW FIRM, LLC <br> 8357 Main Street <br> Ellicott City, MD 21043 <br> Telephone:  (410) 750-7825 <br> Facsimile:   (443) 583-0430 <br> Email: rucklawfirm@rucklawfirm.com |
| 7. | Andrew R. Vara, Acting United States Trustee | U.S. DEPARTMENT OF JUSTICE OFFICE OF THE U.S. TRUSTEE <br> Richard L. Schepacarter <br> Andrea B. Schwartz <br> J. Caleb Boggs Federal Building <br> 844 N. King Street, Room 2207, Lockbox 35 <br> Wilmington, DE 19801 <br> Telephone: (302) 573-6491 <br> Facsimile:  (302) 573-6497 <br> Email: Richard.Schepacarter@usdoj.gov <br>         Andrea.B.Schwartz@usdoj.gov |
| 8. | Debtors and Debtors-in-Possession | RICHARDS, LAYTON & FINGER, P.A. <br> Mark D. Collins (DE Bar No. 2981) <br> Daniel J. DeFranceschi (DE Bar No. 2732) <br> Jason M. Madron (DE Bar No. 4431) <br> 920 North King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 651-7700 <br> Facsimile:  (302) 651-7701 <br> Email: collins@rlf.com <br>         defranceschi@rlf.com <br>         madron@rlf.com <br> -and- <br><br> KIRKLAND & ELLIS LLP <br> KIRKLAND & ELLIS INTERNATIONAL LLP <br> Edward O. Sassower, P.C. <br> Stephen E. Hessler <br> Brian E. Schartz <br> 601 Lexington Avenue <br> New York, NY 10022-4611 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> Email: edward.sassower@kirkland.com <br>         stephen.hessler@kirkland.com <br>         brian.schartz@kirkland.com |

|   | **Party** | **Attorney** |
|---|---|---|
|   |   | -and- <br><br> James H.M. Sprayregen, P.C. <br> Chad J. Husnick <br> Steven N. Serajeddini <br> 300 North LaSalle <br> Chicago, IL 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> Email: james.sprayregen@kirkland.com <br>          chad.husnick@kirkland.com <br>          steven.serajeddini@kirkland.com |
| 9. | Energy Future Holdings Corp. | O'KELLY ERNST & BIELLI, LLC <br> David M. Klauder (DE Bar No. 5769) <br> Shannon J. Dougherty (DE Bar No. 5740) <br> 901 N. Market Street, Suite 1000 <br> Wilmington, DE 19801 <br> Telephone: (302) 778-4000 <br> Facsimile: (302) 295-2873 <br> Email: dklauder@oeblegal.com <br>          sdougherty@oeblegal.com <br> -and- <br><br> PROSKAUER ROSE LLP <br> Jeff J. Marwil <br> Mark K. Thomas <br> Peter J. Young <br> Three First National Plaza <br> 70 W. Madison Street, Suite 3800 <br> Chicago, IL 60602 <br> Telephone: (312) 962-3550 <br> Facsimile: (312) 962-3551 <br> Email: jmarwil@proskauer.com <br>          mthomas@proskauer.com <br>          pyoung@proskauer.com |
| 10. | Energy Future Intermediate Holding Company LLC | STEVENS & LEE, P.C. <br> Joseph H. Huston, Jr. (DE Bar No. 4035) <br> 1105 North Market Street, Suite 700 <br> Wilmington, DE 19801 <br> Telephone: (302) 425-3310 <br> Facsimile: (610) 371-7927 <br> Email: jhh@stevenslee.com <br><br> -and- |

| | **Party** | **Attorney** |
|---|---|---|
| | | CRAVATH, SWAINE AND MOORE LLP<br>Michael A. Paskin<br>Trevor M. Broad<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br>Facsimile: (212) 474-3700<br>Email: mpaskin@cravath.com<br>　　　　tbroad@cravath.com<br>-and-<br><br>JENNER & BLOCK<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601<br>Facsimile: (212) 891-1699<br>Email: rlevin@jenner.com |
| 11. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | MONTGOMERY McCRACKEN WALKER & RHOADS, LLP<br>Natalie D. Ramsey (DE Bar No. 5378)<br>David Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>　　　　dwright@mmwr.com<br>　　　　mfink@mmwr.com<br>-and-<br>SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>　　　　holleys@sullcrom.com<br>　　　　giuffrar@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com |

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Order is attached hereto as <u>Exhibit A.</u> This Notice of Appeal is also accompanied by the prescribed fee.

Dated: March 3, 2017
      Wilmington, Delaware

By: <u>/s/ *Daniel K. Hogan*</u>
Daniel K. Hogan (DE Bar # 2814)
HOGAN♦MCDANIEL
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:  (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

-and-

Leslie M. Kelleher (admitted *pro hac vice*)
Jeanna M. Koski (admitted *pro hac vice*)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile:  (202) 429-3301
Email: lkelleher@capdale.com
Email: jkoski@capdale.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*, and *David William Fahy*

-and-

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY
& GREENWOOD
A Professional Law Corporation
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913
Email: skazan@kazanlaw.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (admitted *pro hac vice*)
EARLY LUCARELLI SWEENEY &
MEISENKOTHEN
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671
Email: eearly@elslaw.com

*Counsel for David William Fahy*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834
Email: beth@gorijulianlaw.com

*Counsel for John H. Jones*

-and-

Jonathan Ruckdeschel (admitted *pro hac vice*)
THE RUCKDESCHEL LAW FIRM LLC
8357 Main Street
Ellicott City, MD 21043
Telephone: (410) 750-7825
Facsimile: (443) 583-0430
Email: rucklawfirm@rucklawfirm.com

*Counsel for David Heinzmann*

**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, Esq., hereby certify that on March 3, 2017, I caused a true and correct copy of the foregoing *Notice of Appeal*, to be served via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* (D.I. 9381)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com, and via the Court's CM/ECF electronic mail system on those parties requesting same.

                                                                */s/ Daniel K. Hogan*
                                                                Daniel K. Hogan (DE 2814)