# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Anna Grace hereby withdraws as counsel for the United States on behalf of the Environmental Protection Agency ("EPA") in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that the above-named attorney respectfully requests that she be removed from all future mailing lists and electronic noticing systems for the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Dan Smith will continue as counsel to the United States on behalf of EPA in the above-captioned matter.

Dated: March 6, 2017
     Washington, D.C.

    /s/ *Anna Grace*
    ANNA GRACE
    Trial Attorney
    U.S. Department of Justice
    Environmental Enforcement Section
    Environment & Natural Resources Division
    P.O. Box 7611
    Washington DC 20044-7611
    Tel: (202) 514-4091
    Anna.E.Grace@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing document was served this 6th day of March, 2017, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

/s/ *Anna Grace*
ANNA GRACE
Trial Attorney
U.S. Department of Justice
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Washington DC 20044-7611
Tel: (202) 514-4091
Anna.E.Grace@usdoj.gov