## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 9.40 | $4,020.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 49.50 | $34,685.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 1,277.20 | $1,058,840.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 16.70 | $14,850.50 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 1.20 | $666.00 |
| 12 | [ALL E-SIDE] Hearings | 23.50 | $24,912.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 37.20 | $22,232.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 4.20 | $2,050.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 62.00 | $61,749.50 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 739.90 | $651,819.50 |
| 29 | [ALL E-SIDE] Tax Issues | 159.50 | $192,944.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 6.70 | $8,544.50 |
| 82 | [EFH] Asset Dispositions and Purchases | 14.20 | $8,091.00 |
| | **Totals:** | **2,401.20** | **$2,085,406.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $720.33 |
| Standard Copies or Prints | $2,243.70 |
| Color Copies or Prints | $1,355.40 |
| Scanned Images | $0.00 |
| Production Blowbacks | $1,216.80 |
| Overnight Delivery | $37.09 |
| Outside Messenger Services | $20.00 |
| Local Transportation | $242.09 |
| Travel Expense | $6,922.47 |
| Airfare | $8,145.70 |
| Transportation to/from airport | $2,379.99 |
| Travel Meals | $1,010.65 |
| Other Travel Expenses | $448.00 |
| Court Reporter Fee/Deposition | $2,327.45 |
| Patent & Trademark Office Filing Fees | $440.00 |
| Other Court Costs and Fees | $712.08 |
| Outside Printing Services | $13,338.45 |
| Catering Expenses | $860.00 |
| Computer Database Research | $1,278.00 |
| Westlaw Research | $4,523.99 |
| Overtime Transportation | $511.44 |
| Overtime Meals - Attorney | $373.86 |
| **Total:** | **$49,107.49** |