# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee

Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 735.00 | 116.00 | $85,260.00 |
| Katherine Coverdale | Associate | 2010 | Executive Compensation | 905.00 | 0.70 | $633.50 |
| Emily Geier | Associate | 2012 | Restructuring | 955.00 | 49.30 | $47,081.50 |
| Sean Hamner | Associate | 2016 | Taxation | 560.00 | 17.90 | $10,024.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 835.00 | 13.80 | $11,523.00 |
| Caleb Lowery | Associate | 2016 | Corporate - General | 555.00 | 1.30 | $721.50 |
| Kevin McClelland | Associate | 2016 | Restructuring | 555.00 | 59.20 | $32,856.00 |
| Mark Menzies | Associate | 2014 | Litigation - General | 810.00 | 107.00 | $86,670.00 |
| David Moore | Associate | 2015 | Corporate - General | 645.00 | 1.00 | $645.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 1,015.00 | 57.50 | $58,362.50 |
| Matthew Smart | Associate | 2016 | Restructuring | 555.00 | 64.00 | $35,520.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 845.00 | 129.20 | $109,174.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 725.00 | 117.70 | $85,332.50 |
| McClain Thompson | Associate | 2014 | Litigation - General | 630.00 | 129.10 | $81,333.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 555.00 | 150.70 | $83,638.50 |
| Spencer Winters | Associate | 2013 | Restructuring | 835.00 | 5.60 | $4,676.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 905.00 | 211.20 | $191,136.00 |
| Thad Davis | Partner | 2005 | Taxation | 1,125.00 | 0.80 | $900.00 |
| Barack S Echols | Partner | 1999 | Litigation - General | 1,125.00 | 26.30 | $29,587.50 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 23.40 | $25,623.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 154.60 | $149,189.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,525.00 | 10.20 | $15,555.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 211.10 | $210,044.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 1,165.00 | 77.20 | $89,938.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 88.00 | $129,800.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 46.40 | $75,400.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,325.00 | 1.20 | $1,590.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 112.20 | $131,835.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 3.80 | $5,605.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 7.30 | $7,263.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 995.00 | 1.20 | $1,194.00 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 1.00 | $1,095.00 |
| Jeffrey S Quinn | Partner | 1998 | Employee Benefits | 1,195.00 | 0.40 | $478.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 1,075.00 | 0.60 | $645.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,410.00 | 5.10 | $7,191.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 27.50 | $40,562.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 147.90 | $150,118.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 14.40 | $18,648.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Grand Total | | | | | 2,191.80 | $2,016,849.50 |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hanna Kupsky | Junior Paralegal | 6 months | Restructuring | 220.00 | 1.00 | $220.00 |
| Jonathan Merriman | Junior Paralegal | 1 year | Litigation - General | 230.00 | 2.10 | $483.00 |
| Colleen Caamano | Litigation Suppt Cons | 3 years | Litigation - General | 340.00 | 5.10 | $1,734.00 |
| Chad Pappenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 345.00 | 48.90 | $16,870.50 |
| Jigna Dalal | Litigation Suppt Spec | 4 months | Litigation - General | 340.00 | 2.50 | $850.00 |
| Stephanie Ding | Paralegal | 6 months | Litigation - General | 295.00 | 37.90 | $11,180.50 |
| Jason Douangsanith | Paralegal | 1 month | Litigation - General | 295.00 | 3.80 | $1,121.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 5.40 | $1,755.00 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 0.60 | $252.00 |
| Travis J Langenkamp | Paralegal | 12 years | Litigation - General | 390.00 | 7.00 | $2,730.00 |
| Adrienne Levin | Paralegal | 9.5 years | Litigation - General | 370.00 | 0.30 | $111.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 29.30 | $9,962.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 59.00 | $19,175.00 |
| Giang Pettinati | Trial Tech Specialist | 2.5 years | Litigation - General | 325.00 | 6.50 | $2,112.50 |
| **Grand Total** | | | | | **209.40** | **$68,556.50** |
| **Total Fees Requested** | | | | | **2,401.20** | **$2,085,406.00** |