# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 17125597v.1

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $720.33 |
| Standard Copies or Prints | $1,130.80 |
| Color Copies or Prints | $1,320.30 |
| Production Blowbacks | $1,216.80 |
| Overnight Delivery | $37.09 |
| Outside Messenger Services | $20.00 |
| Local Transportation | $242.09 |
| Travel Expense | $6,922.47 |
| Airfare | $8,145.70 |
| Transportation to/from airport | $2,379.99 |
| Travel Meals | $1,010.65 |
| Other Travel Expenses | $448.00 |
| Court Reporter Fee/Deposition | $2,327.45 |
| Patent & Trademark Office Filing Fees | $440.00 |
| Other Court Costs and Fees | $712.08 |
| Outside Printing Services | $13,338.45 |
| Catering Expenses | $860.00 |
| Computer Database Research | $1,278.00 |
| Westlaw Research | $4,523.99 |
| Overtime Transportation | $511.44 |
| Overtime Meals - Attorney | $373.86 |
| **Total:** | **$47,959.49** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $1,089.10 |
| Color Copies or Prints | $29.70 |
| **Total:** | **$1,118.80** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $23.80 |
| Color Copies or Prints | $5.40 |
| **Total:** | **$29.20** |