# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| ENERGY FUTURE HOLDINGS, | ) | **Case No. 14-10979 (CSS)** |
| CORP., et al., | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | Re: Docket No. 10917 |
| | ) | |

## NOTICE OF APPEARANECE FOR HAL K. GILLESPIE

Pleaser take notice that Hal K. Gillespie of the law firm of Gillespie Sanford, LLP hereby enters an appearance in the above-captioned and numbered civil action on behalf of Claimant IBEW Local 2337 on behalf of member Chris Morris.

Respectfully submitted,

**Dated: March 7, 2017**

/s/ Hal K. Gillespie
Hal K. Gillespie
Gillespie Sanford LLP
4925 Greenville Ave, Suite 200
Dallas, Texas 75206
Telephone: 214-800-5111
Facsimile:  214-838-0001
Attorney for IBEW Local Union No. 2337
and Chris Morris

## CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Dallas, Texas. I am over the age of eighteen years and not a party to the within action; my business address is 4925 Greenville Avenue, Suite 200, Dallas, Texas 75206.

I hereby certify that on March 7, 2017, I electronically filed and served the forgoing Response of **IBEW Local 2337** with the United States Bankruptcy Court District of Delaware's ECF Filing System.

Further, I caused to be served by FedEx (overnight service), this Response in Opposition on the party listed below:

RICHARDS, LAYTON, FINGER, P.A.
Jason M. Madron
920 North King Street
Wilmington, Delaware 19801

I certify under penalty of perjury that the above is true and correct. Executed at Dallas, Texas, on March 7, 2016.

/s/ Hal K. Gillespie
Hal K. Gillespie
Gillespie Sanford LLP

GILLESPIE SANFORD LLP
Hal K. Gillespie
4925 Greenville Ave., Suite 200
Dallas, Texas 75206
Telephone: 214-800-5112
Facsimile:  214-838-0001
Email:       hkg@gillespiesanford.com
Attorney for IBEW Local 2337 and Chris Morris