## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | X |  |
| In re | : | **Chapter 11** |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | **Case No. 14-10979 (CSS)** |
|  | : |  |
| Debtor-in-Possession. | : | **(Jointly Administered)** |
|  | : |  |
|  | X |  |

Objection deadline:  March 28, 2017 at 10:00 a.m.
Hearing date: March 28, 2017 at 10:00 a.m.

## SIXTH INTERIM APPLICATION OF RICHARD GITLIN, INDIVIDUALLY, AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD FROM MAY 1, 2016 THROUGH AUGUST 31, 2016

### SUMMARY (LOCAL FORM 101)

| | |
|---|---|
| Name of Applicant: | Richard Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee ("the **Applicant**") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Appointment: | August 21, 2014 |
| Period for which compensation and reimbursement is sought: | May 1, 2016 – August 31, 2016 (the "**Compensation Period**") |
| Amount of Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0[1] |

This is an:  _X_  interim      ___  final application.

---

[1] Expense reimbursement requests for the Compensation Period will be included with the Applicant's seventh interim fee application.

The total time expended for fee application preparation is 0 hours and the compensation requested is $0.

Prior fee applications:

*First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 through December 31, 2014* [D.I. 3900]
Approved by order dated June 24, 2015 [D.I. 4843]

*Second Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2015 Through April 30, 2015* [D.I. 5013]
Approved by order dated October 26, 2015 [D.I. 6667]

*Third Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2015 Through August 31, 2015* [D.I. 7714]
Approved by order dated February 18, 2016 [D.I. 7883]

*Fourth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From September 1, 2015 Through December 31, 2015* [D.I. 8643]
Approved by order dated June 27, 2016 [D.I. 8824]

*Fifth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2016 Through April 30, 2016* [D.I. 9766]
Approved by order dated October 27, 2016 [D.I. 9963]

## ATTACHMENTS TO FEE APPLICATION

### EXHIBIT A:  DETAILED TIME RECORDS

Detailed records summarizing the services provided by the Applicant are attached to this Application as Exhibit A.