**CERTIFICATION**

The Chair has reviewed the requirements of Local Rule 2016-2 and certifies that the motion complies with Local Rule 2016-2.

| GITLIN & COMPANY LLC | GODFREY & KAHN, S.C. |
|---|---|
| /s/ Richard A. Gitlin | /s/ Katherine Stadler |
| Richard A. Gitlin<br>Fee Committee Chair | Brady C. Williamson<br>Katherine Stadler, *Admitted Pro Hac Vice*<br><br>GODFREY & KAHN, S.C.<br>One East Main Street, Suite 500<br>P.O. Box 2719<br>Madison, Wisconsin 53701-2719<br>Telephone: (608) 257-3911<br>Facsimile: (608) 257-0609<br>E-mail: bwilliam@gklaw.com<br>         kstadler@gklaw.com<br>*Attorneys for the Fee Committee* |

16893232.2