Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 5/1/2016 | 1.00 | Analysis on impact of termination of Hunt deal. |
| | 1.00 | Analysis on framework for new plan. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Hunt's new plan. |
| 5/2/2016 | 1.50 | Review new Plan and Disclosure Statement. |
| | 0.50 | Telephone conference with Godfrey & Kahn on new plan. |
| | 0.50 | Review order of Court refusing to shorten time and implications for fee review process. |
| 5/3/2016 | 1.50 | Analysis on approach and timing of dealing with 503(b) fees. |
| | 1.00 | Analysis of fee review provisions of the new Plan. |
| | 0.50 | Telephone conference with Godfrey & Kahn on new Plan. |
| | 0.50 | Review scheduling for fee review under new Plan. |
| | 1.00 | Analysis of Fee Committee responsibility for EFH first and second lien professionals. |
| 5/4/2016 | 0.50 | Preparing for future Fee Committee meetings. |
| | 1.00 | Review 503(b) letters for Troutman Sanders and Dentons. |
| | 1.00 | Review Patterson Belknap and Brown Rudnick 503(b) letters. |
| | 0.50 | Review Law Debenture and PA Consulting Group 503(b) letters. |
| | 0.50 | Analysis of timeline for reviewing 503(b) fees. |
| 5/5/2016 | 0.50 | Review status of PUC hearing. |
| 5/6/2016 | 1.00 | Analysis of approach to dealing with excessive rate increases and telephone conference with Mr. Sprayregen. |
| | 0.50 | Telephone conference with Godfrey & Kahn on rate increases. |
| | 0.50 | Review Concentric 503(b) letter. |

16875843.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Review 503(b) issues involving Wilmington Trust. |
| 5/7/2016 | 0.50 | Review provisions of agreement with Lazard regarding monthly flat fees. |
| | 0.50 | Analysis of rate increases and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review issues on Lazard and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review letter to Kirkland on rate increases. |
| 5/8/2016 | 0.50 | Review new Plan developments and telephone conference with Godfrey & Kahn. |
| 5/9/2016 | 1.50 | Analysis of background of Kirkland's rate increases and methods for settlement. |
| | 0.50 | Telephone conference with Godfrey & Kahn on legal analysis for rate increases. |
| | 0.50 | Telephone conference with Mr. Sprayregen on Kirkland's rate increases. |
| | 1.00 | Analysis of law regarding challenging rate increases. |
| 5/10/2016 | 1.00 | Review 503(b) letters to Wilmington Trust and Stratus Energy. |
| | 1.00 | Analysis of framework for approaching a settlement with White & Case. |
| 5/11/2016 | 0.50 | Review status of litigation involving minority holders in Oncor. |
| | 0.50 | Review timeline for fee review under new Plan. |
| | 1.00 | Review revised letters to Stratus, WSFS and Concentric. |
| 5/12/2016 | 0.50 | Review agenda for May 24 Fee Committee meeting. |
| | 1.00 | Review how Caesar's Ch. 11 handled issue of Kirkland rate increases. |
| | 0.50 | Telephone conference with Godfrey & Kahn on draft agenda for May 24 meeting. |
| | 0.50 | Analysis on key provisions of new Plan. |
| | 0.50 | Review revised agenda and document index for May 24 Fee Committee meeting. |
| | 1.00 | Analysis on open issues that must be addressed. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 5/16/2016 | 0.50 | Review request for interim payment of Delaware Trust's fees and expenses. |
| | 0.50 | Preparation for 503(b) hearing. |
| | 1.50 | Review June budgets for Proskauer, SOLIC, Filsinger and Munger Tolles. |
| 5/17/2016 | 0.50 | Review issues on fast track Ch. 11 Plan. |
| | 0.50 | Telephone conference with Godfrey & Kahn on rate increases. |
| | 0.50 | Analysis of objections to new Plan and implications for fee review process. |
| 5/18/2016 | 0.50 | Review Kirkland's response to fee letter. |
| | 0.50 | Review revised agenda for May 24 meeting. |
| | 0.50 | Review timeline for new Ch. 11 plan. |
| 5/19/2016 | 0.50 | Review PUC Hunt decision. |
| 5/21/2016 | 0.50 | Review draft letters to Peter Solomon, NY Bank Mellon and Ashby & Geddes. |
| 5/22/2016 | 1.00 | Preparation for Fee Committee meeting and telephone conference with Godfrey &Kahn. |
| 5/23/2016 | 2.00 | Telephonic participation in court hearing. |
| | 0.50 | Telephone conference with Godfrey & Kahn on scheduling. |
| | 1.50 | Analysis of treatment of substantial contribution claims for post-confirmation work. |
| | 0.50 | Review memo to professionals. |
| | 2.00 | Review materials for Fee Committee meeting on May 24. |
| | 0.50 | Review Guggenheim response to fee letter. |
| 5/24/2016 | 1.50 | Analysis on potential strategy for dealing with rate increases. |
| | 0.50 | Analysis on proposed solution to Kirkland's fees for fifth interim period. |
| | 1.00 | Review status of responses to 503(b) applicants. |

16875843.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Preparation for Fee Committee meeting. |
| | 1.00 | Conference with Godfrey & Kahn on issues to be discussed at the Fee Committee meeting. |
| | 2.00 | Attend Fee Committee meeting. |
| | 0.50 | Review Sullivan's response to Fee Committee letter. |
| | 3.00 | Non-working travel. |
| 5/25/2016 | 0.50 | Review timeline for new Plan. |
| | 0.50 | Telephone conference with Godfrey & Kahn on hourly rate increases. |
| 5/26/2016 | 0.50 | Plan for reviewing 503(b) applications. |
| | 0.50 | Telephone conference with Godfrey & Kahn on 503(b) fees. |
| | 0.50 | Review response of Filsinger on fifth fee application. |
| 5/27/2016 | 0.50 | Review draft memorandum to professionals on scheduling. |
| | **58.00** | **May Total** |
| 6/6/2016 | 1.00 | Assess make-whole decision of Judge Sontchi. |
| 6/9/2016 | 1.00 | Review status of all open 503(b) applications. |
| | 0.50 | Telephone conference with Godfrey & Kahn on scheduling. |
| 6/10/2016 | 0.50 | Review status of make-whole appeal to Third Circuit. |
| 6/13/2016 | 0.50 | Telephone conference with Godfrey & Kahn on agenda and schedule. |
| | 0.50 | Analysis of tax issues if spun-off. |
| | 1.00 | Analysis of professionals that have not yet reached settlement for June 27 hearing. |
| 6/14/2016 | 1.00 | Review draft reports for Epiq on fourth and fifth interim and draft Sidley report. |
| | 0.50 | Review Munger's July budget. |

16875843.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 6/15/2016 | 0.50 | Telephone conference with Godfrey & Kahn on draft letter reports and agenda. |
| | 0.50 | Telephone conference with Godfrey & Kahn on summary report. |
| | 0.50 | Review Proskauer July budget. |
| | 0.50 | Review July budgets for Filsinger and SOLIC. |
| 6/16/2016 | 0.50 | Assess update on the disclosure hearing. |
| | 1.00 | Preparation for the June 23 Fee Committee meeting. |
| 6/17/2016 | 1.00 | Review summary report for filing with the Court and telephone conference with Godfrey & Kahn on the report. |
| 6/18/2016 | 0.50 | Review potential settlement with Lazard and telephone conference with them. |
| 6/19/2016 | 1.00 | Review status of E-Side plan and potential sale of Oncor. |
| 6/20/2016 | 0.50 | Telephone conference with Godfrey & Kahn in preparation for the Fee Committee meeting. |
| | 1.50 | Review rate increase charts of Kirkland and assess position of Fee Committee. |
| | 1.00 | Review proposed settlement for FTI, Polsinelli, Montgomery and Deloitte. |
| | 1.00 | Analysis of 503(b) fee review in light of the failure of the Hunt deal. |
| | 0.50 | Analysis of impact of tax ruling and telephone conference with Mr. Sprayregen. |
| 6/21/2016 | 2.50 | Review materials for June 23 Fee Committee meeting. |
| | 0.50 | Telephone conference with Ms. Gooch on plan issues. |
| | 0.50 | Telephone conference with Godfrey & Kahn on open issues and status report. |
| | 0.50 | Review total fees of professionals. |
| | 0.50 | Review status of negotiations with Sullivan & Cromwell. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 6/22/2016 | 1.00 | Analysis of scope of 503(b) review by the Fee Committee in light of provisions in Plan and Disclosure Statement. |
| | 0.50 | Telephone conference with Godfrey & Kahn and Ms. Gooch on June 23 Fee Committee meeting. |
| | 0.50 | Analysis of Fee Committee incremental time approach. |
| | 1.50 | Review and assess White & Case letter requesting the Fee Committee to note review the 503(b) applicants for reasonableness. |
| | 0.50 | Review proposed response to Sullivan settlement proposal. |
| | 0.50 | Review Richard Layton's response to Fee Committee and suggested settlement proposal. |
| | 0.50 | Assess timing of report to Court on open discussions with some professionals. |
| 6/23/2016 | 1.50 | Preparation for Fee Committee meeting. |
| | 1.00 | Analysis of documents and court orders relating to White & Case request for termination of Fee Committee review. |
| | 0.50 | Conference with Godfrey & Kahn in preparation for Fee Committee meeting. |
| | 2.00 | Attend Fee Committee meeting. |
| | 0.50 | Review report to Court for June 27 hearing. |
| | 0.50 | Analysis of communications to White & Case in response to their letter. |
| | 4.00 | Non-working travel. |
| 6/24/2016 | 0.50 | Telephone conference with Godfrey & Kahn on 503(b) review. |
| | 0.50 | Analysis of Hunt suit on PUC rejection of their deal. |
| 6/25/2016 | 0.50 | Telephone conference with Godfrey & Kahn on June 27 hearing. |
| 6/26/2016 | 1.00 | Preparation for June 27 hearing. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 6/27/2016 | 1.00 | Review materials for hearing. |
| | 1.00 | Preparation of remarks for the Court. |
| | 1.00 | Hearing preparation meeting with Godfrey & Kahn. |
| | 0.50 | Attend hearing. |
| | 2.00 | Analysis of negotiating framework for 503(b) applicants. |
| | 1.00 | Analysis of negotiating framework for rate increases. |
| | 0.50 | Post-hearing telephone conference with Godfrey & Kahn to discuss 503(b) and rate increases. |
| | 4.00 | Non-working travel. |
| | **50.00** | **June Total** |
| 7/1/2016 | 1.00 | Analysis of best way to handle 503(b) review and approach to rate increases. |
| 7/5/2016 | 1.50 | Analysis of chart and its implications for a 503(b) approach to reductions in fees and expenses of professionals for the initial fee application period. |
| | 0.50 | Preparation for July 12 Fee Committee meeting. |
| | 0.50 | Telephone conference with Godfrey & Kahn on open items. |
| 7/7/2016 | 0.50 | Telephone conference with Godfrey & Kahn on July 12 meeting agenda. |
| | 0.50 | Review revised agenda for July 12 meeting. |
| | 0.50 | Analysis of 503(b) issues including review of minutes from June 23 Fee Committee meeting. |
| 7/9/2016 | 2.00 | Review materials for July 12 Fee Committee meeting. |
| 7/11/2016 | 1.00 | Preparation for July 12 Fee Committee meeting. |
| | 0.50 | Telephone conference with Godfrey & Kahn on July 12 meeting. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
|  | 0.50 | Review E-Side scheduling order. |
|  | 1.00 | Review approach to 503(b) applications. |
|  | 0.50 | Review Montgomery billing for derivative litigation review. |
| 7/12/2016 | 1.00 | Assess different categories of 503(b) applicants. |
|  | 1.00 | Analysis of global settlement approach for White & Case. |
|  | 1.50 | Prepare and plan for Fee Committee meeting. |
|  | 1.50 | Attend Fee Committee meeting. |
|  | 0.50 | Assess timeline for 503(b) hearings. |
|  | 4.50 | Non-working travel. |
| 7/13/2016 | 0.50 | Telephone conference with Godfrey & Kahn on scheduling. |
|  | 0.50 | Review E-Side issues. |
|  | 0.50 | Review Filsinger August budget. |
|  | 0.50 | Telephone conference with Godfrey & Kahn on open items and schedule. |
| 7/14/2016 | 1.00 | Analysis of White & Case 503(b) application and approach to settlement. |
|  | 0.50 | Telephone conference with Godfrey & Kahn on approach to settlement and timing. |
| 7/15/2016 | 0.50 | Review of Proskauer budget for August. |
|  | 0.50 | Review of Munger budget for August. |
|  | 0.50 | Telephone conference with Godfrey & Kahn on budgets. |
|  | 1.00 | Preparation for hearings on 503(b) applications. |
| 7/18/2016 | 1.00 | Work on 503(b) solutions and telephone conference with Godfrey & Kahn. |
| 7/19/2016 | 0.50 | Review status of Oncor sale. |

16875843.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 7/20/2016 | 1.00 | Assess and develop response to White & Case position on review of 503(b) professionals. |
| | 0.50 | Telephone conference with Ms. Gooch on White & Case. |
| | 0.50 | Telephone conference with Godfrey & Kahn on White & Case. |
| 7/22/2016 | 0.50 | Telephone conference with Godfrey & Kahn on 503(b) strategy. |
| 7/25/2016 | 1.00 | Review White & Case position on 503(b) review. |
| | 0.50 | Analysis of unresolved letters from the Fee Committee. |
| | 0.50 | Preparation for hearing on uncontested fees. |
| | 0.50 | Review SOLIC's August budget. |
| | 0.50 | Telephone conference with Godfrey & Kahn on hold over professionals. |
| | 0.50 | Review timing of Morris James presentation to Court. |
| 7/28/2016 | 0.50 | Telephone conference with Godfrey & Kahn on scheduling. |
| | 0.50 | Review proposed resolution for Morris James. |
| 7/29/2016 | 1.00 | Analysis of implication of Oncor sale to the plan and fee review process. |
| | 0.50 | Telephone conference with Godfrey & Kahn on plan process. |
| | 0.50 | Review status of discussions with White & Case. |
| | 1.00 | Review draft report to the Court for August 16 and plan for hearing. |
| | **38.00** | **July Total** |
| 8/1/2016 | 0.50 | Telephone conference with Godfrey & Kahn on draft report to Court. |
| | 0.50 | Telephone conference with Ms. Gooch on Ch. 11 plans. |
| | 0.50 | Review status of position of White & Case. |
| | 1.00 | Review amended draft report to the Court and preparation for hearing. |

16875843.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 8/2/2016 | 0.50 | Review latest draft report to the Court. |
| | 0.50 | Telephone conference with Godfrey & Kahn on August 16 hearing. |
| 8/3/2016 | 0.50 | Telephone conference with Godfrey & Kahn on draft report. |
| 8/4/2016 | 0.50 | Review Cravath's billings. |
| | 0.50 | Telephone conference with Godfrey & Kahn on latest developments. |
| | 1.00 | Analysis of managing 503(b) process. |
| | 1.00 | Preparation for August 16 hearing. |
| | 0.50 | Review redrafted report to the Court. |
| 8/5/2016 | 0.50 | Review status of Oncor deal. |
| | 0.50 | Review filings to authorize Oncor sale. |
| 8/6/2016 | 1.00 | Analysis of fees to be paid under Oncor plan. |
| | 0.50 | Telephone conference with Godfrey & Kahn on fees under plan. |
| 8/7/2016 | 0.50 | Telephone conference with Godfrey & Kahn on report to Court and next steps. |
| | 0.50 | Analysis of impact of appeal of make-whole decision. |
| 8/8/2016 | 0.50 | Review status of White & Case's position on Fee Committee review of 503(b) applicants. |
| | 0.50 | Analysis of language in report letter to Court to respond to White & Case. |
| 8/9/2016 | 0.50 | Review rate increases of Kirkland and Eighth Supplemental Declaration. |
| | 0.50 | Review timeline and deadlines to object to Oncor sale. |
| | 0.50 | Review draft agenda and index of documents for August 31 Fee Committee meeting. |
| 8/10/2016 | 0.50 | Review suggested changes to report to the Court. |
| 8/11/2016 | 1.50 | Review of new E-Side plan and implications for the Fee Committee. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 8/12/2016 | 1.00 | Preparation for August 16 hearing. |
| | 0.50 | Review proposed order changes suggested by Morris James. |
| | 3.00 | Analysis of White & Case letter to the Court requesting no review of 503(b) applications and preparation of a response. |
| | 0.50 | Telephone conference with Godfrey & Kahn on White & Case letter and August 16 hearing. |
| 8/13/2016 | 2.50 | Research and review of Court documents regarding White & Case letter. |
| | 0.50 | Review draft letter to Court regarding White & Case letter. |
| | 1.50 | Preparation of remarks to the Court regarding White & Case letter. |
| | 0.50 | Telephone conference with Godfrey & Kahn on White & Case letter. |
| 8/14/2016 | 0.50 | Review U.S. Trustee comments on White & Case letter. |
| | 0.50 | Comments on proposed letter to Court on White & Case. |
| | 0.50 | Review draft of letter to Court on White & Case. |
| | 1.00 | Preparation for Court hearing on White & Case letter. |
| 8/15/2016 | 1.00 | Preparation for hearing on uncontested fee applications for August 16. |
| | 0.50 | Review U.S. Trustee comments on White & Case letter. |
| | 0.50 | Review Proskauer and SOLIC September budgets. |
| | 0.50 | Review final letter to the Court regarding White & Case. |
| | 2.50 | Preparation of remarks to the Court regarding White & Case letter. |
| 8/16/2016 | 2.00 | Preparation for hearing. |
| | 1.00 | Preparation meeting with Godfrey & Kahn prior to hearing. |
| | 2.00 | Attend Court hearing for uncontested fees and White & Case letter. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.50 | Post-hearing analysis on methods to settle the reasonableness issue with White & Case. |
| | 0.50 | Telephone conference with Godfrey & Kahn on 503(b) process. |
| | 0.50 | Review Filsinger's September budget. |
| | 1.00 | Analysis of Oncor deal to be presented to the Court. |
| | 4.00 | Non-working travel. |
| 8/17/2016 | 1.00 | Listen to Court hearing on Oncor. |
| | 0.50 | Telephone conference with Godfrey & Kahn on hearing. |
| | 0.50 | Review Munger's September budget. |
| 8/18/2016 | 1.00 | Review and analysis of White & Case letter report. |
| | 0.50 | Analysis of impact of Hunt's effort to revive the Oncor deal. |
| | 0.50 | Analysis on first lien cert. petition on make-whole. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Ch. 11 status. |
| 8/19/2016 | 0.50 | Review draft agenda for August 31 Fee Committee meeting. |
| | 1.50 | Analysis of settlement strategy for White & Case 503(b). |
| 8/20/2016 | 0.50 | Review open items to be resolved by Fee Committee. |
| | 0.50 | Telephone conference with Godfrey & Kahn on open items. |
| 8/23/2016 | 1.00 | Analysis of letter to 503(b) professionals post Court decision on White & Case letter. |
| | 0.50 | Review Kirkland letter from Fee Committee on sixth interim. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Kirkland letter. |
| | 1.00 | Review plan for dealing with 503(b) professionals, including draft letter to Brown Rudnick. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 8/24/2016 | 0.50 | Review redrafts to White & Case letter. |
| 8/25/2016 | 0.50 | Review U.S. Trustee comments on White & Case letter. |
| | 0.50 | Review progress of confirmation hearing for T-Side. |
| | 0.50 | Review latest draft of White & Case letter. |
| | 0.50 | Telephone conference with Godfrey & Kahn on August 31 Fee Committee meeting. |
| 8/26/2016 | 1.00 | Analysis of hourly rates for flat fee professionals. |
| | 0.50 | Review latest agenda for August 31 Fee Committee meeting. |
| | 0.50 | Review latest draft of Brown Rudnick letter. |
| | 1.00 | Analysis of fee process in light of confirmation of T-Side plan. |
| 8/27/2016 | 0.50 | Telephone conference with Godfrey & Kahn on August 31 Fee Committee meeting. |
| | 1.00 | Preparation for Fee Committee meeting. |
| 8/28/2016 | 1.00 | Review amended proposed confirmation order. |
| 8/29/2016 | 0.50 | Telephone conference with Godfrey & Kahn in preparation for Fee Committee meeting. |
| | 1.00 | Analysis of issues to be discussed at Fee Committee meeting. |
| 8/30/2016 | 2.50 | Review materials for Fee Committee meeting. |
| | 0.50 | Telephone conference with Godfrey & Kahn on adjusting agenda for Fee Committee meeting. |
| | 0.50 | Review minutes of June Fee Committee meeting and proposed revisions. |
| 8/31/2016 | 1.00 | Analysis of Fee Committee responsibilities under T-Side plan as confirmed. |
| | 1.00 | Review approach to 503(b) professionals. |
| | 0.50 | Analysis on rate increase letter and approach. |

16875843.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Preparation meeting with Godfrey & Kahn for Fee Committee meeting. |
| | 2.00 | Attend Fee Committee meeting. |
| | 0.50 | Review post-meeting actions. |
| | 0.50 | Telephone conference with Godfrey & Kahn on post-meeting actions. |
| | 4.50 | Non-working travel. |
| | **80.00** | **August Total** |
| | | |
| | **226.00** | **GRAND TOTAL** |
| | (11.75) | 1/2 of non-working travel hours |
| | 246.75 | |
| | | |
| | | Blended Rate |
| | | |

16875843.1