## CERTIFICATION

Godfrey & Kahn, S.C., has reviewed the requirements of Local Rule 2016-2 and certifies that this Fee Application complies with Local Rule 2016-2.

                GODFREY & KAHN, S.C.

                */s/ Katherine Stadler*
                Brady C. Williamson
                Katherine Stadler, *Admitted Pro Hac Vice*

                GODFREY & KAHN, S.C.
                One East Main Street, Suite 500
                P.O. Box 2719
                Madison, Wisconsin 53701-2719
                Telephone: (608) 257-3911
                Facsimile: (608) 257-0609
                E-mail: bwilliam@gklaw.com
                      kstadler@gklaw.com

                *Attorneys for the Fee Committee*

16891268.2