**EXHIBIT A**

Godfrey & Kahn, S.C.
List of Professionals
May 1, 2016 through August 31, 2016

| Name of Godfrey & Kahn Professional | Practice Group, Year of Obtaining License to Practice | Hourly Billing Rate (before flat fee adjustment) | Number of Rate Increases Since Case Inception | Total Billed Hours | Total Compensation (before flat fee adjustment) |
|---|---|---|---|---|---|
| **Shareholders** | | | | | |
| Brady C. Williamson | Bankruptcy | 1975 | $585 | 0 | 126.9 | $74,236.50 |
| Katherine Stadler | Litigation/Bankruptcy | 1997 WI 2012 NY | $495 | 0 | 195.3 | $96,673.50 |
| Eric Wilson | Litigation | 1994 IL 2003 WI | $515 | 0 | 0.8 | $412.00 |
| **Special Counsel** | | | | | |
| Carla Andres | Bankruptcy | 1989 OH 1993 WI | $410 | 0 | 89.2 | $36,572.00 |
| Linda Schmidt | Litigation | 2004 | $365 | 0 | 52.8 | $19,272.00 |
| **Associates** | | | | | |
| Erin A. West | Litigation/Bankruptcy | 2009 WI 2012 MN | $295 | 0 | 141.4 | $41,713.00 |
| Mark Hancock | Litigation | 2007 IL 2015 WI | $275 | 0 | 69.0 | $18,975.00 |
| **Paraprofessionals** | | | | | |
| Andy Dalton | Data Analyst | 1996 GA 2003 IL | $495 | 0 | 354.7 | $175,576.50 |
| Leah Viola | Litigation Paralegal | 2011 WI | $295 | 0 | 105.7 | $31,181.50 |
| Kathleen Boucher | Bankruptcy Paralegal | | $225 | 0 | 144.0 | $32,400.00 |
| Jill Bradshaw | Research Assistant | | $185 | 0 | 1.1 | $203.50 |
| | | | Total | | 1,280.9 | $527,215.50 |
| | | | Less 50% reduction for Non-working Travel | | | -$16,040.25 |

| | |
|---|---|
| Blended rate in this application for all attorneys (before flat fee adjustment): | $426.20 |
| Blended rate in this application for all professionals (before flat fee adjustment): | $411.60 |
| Effective blended rate in this application (after flat fee adjustment):[1] | $624.56 |

[1] This figure does not include more than 200 hours and more than $100,000 incurred for work on the substantial contribution fee requests of non retained professionals during the Compensation Period.  See  ¶ 10, *infra* .