**EXHIBIT B**

Godfrey & Kahn, S.C.
Compensation by Project Category
May 1, 2016 through August 31, 2016

| Matter Number | Project Category | Hours Billed | Fees Billed |
|---|---|---|---|
| 0002 | General case administration, docket monitoring and maintenance, and calendaring | 48.1 | $12,871.50 |
| 0003 | Retention applications and disclosures-Gitlin & Co., LLC and Godfrey & Kahn | 5.4 | $1,966.00 |
| 0005 | Committee administrative documents | 5.0 | $1,899.00 |
| 0006 | Contact/communications with Fee Committee members and U.S. Trustee's office | 36.5 | $20,352.50 |
| 0007 | Contact/communications with retained professionals generally | 4.2 | $2,273.00 |
| 0008 | Drafting documents to be filed with the court | 30.9 | $15,289.50 |
| 0010 | Reviewing filed documents | 27.0 | $13,645.00 |
| 0011 | Prepare for and attend Fee Committee meetings | 131.7 | $49,469.00 |
| 0012 | Database establishment and maintenance | 25.1 | $12,424.50 |
| 0013 | Non-working travel | 60.9 | $16,040.25 |
| 0014 | Prepare for and attend hearings and court communications | 29.1 | $11,027.50 |
| 0015 | Team meetings | 18.5 | $5,599.00 |
| 0017 | Fee Applications- Godfrey & Kahn and Gitlin & Company LLC | 32.3 | $15,760.50 |
| 020A | Alvarez & Marsal North America, LLC | 31.6 | $13,378.00 |
| 020B | Deloitte & Touche LLP | 48.5 | $21,266.50 |
| 020C | EPIQ Bankruptcy Solutions, LLC | 42.2 | $16,178.00 |
| 020E | Evercore Group LLC | 13.0 | $5,468.50 |
| 020F | Filsinger Energy Partners | 24.2 | $9,619.00 |
| 020G | FTI Consulting, Inc. | 27.0 | $9,889.00 |
| 020H | Gibson, Dunn & Crutcher LLP | 24.3 | $10,208.50 |
| 020I | Kirkland & Ellis LLP | 103.2 | $45,215.00 |
| 020J | KPMG LLP | 29.2 | $12,898.00 |
| 020K | Lazard Freres & Co. LLC | 1.8 | $747.00 |
| 020L | McDermott Will & Emery LLP | 2.9 | $1,261.50 |
| 020M | Morrison & Foerster LLP | 43.6 | $16,224.00 |
| 020N | Polsinelli PC | 46.1 | $16,377.50 |
| 020P | Richards, Layton & Finger, PA | 16.4 | $5,712.00 |
| 020Q | Sidley Austin LLP | 24.8 | $11,509.00 |
| 020R | Thompson & Knight LLP | 12.2 | $5,039.00 |
| 020S | Balch & Bingham | 16.1 | $7,625.50 |
| 020U | Sullivan & Cromwell LLP | 53.0 | $19,989.00 |
| 020V | Montgomery, McCracken, Walker & Rhoads, LLP | 45.5 | $15,679.50 |
| 020W | Cravath, Swaine & Moore LLP | 15.6 | $6,433.00 |
| 020Y | Proskauer Rose LLP | 42.8 | $17,142.00 |
| 20AA | Munger Tolles & Olson | 19.4 | $8,150.00 |
| 20BB | Charles River Associates | 10.4 | $3,288.00 |
| 20CC | Greenhill & Co., LLC | 16.4 | $7,175.50 |
| 20DD | Alix Partners | 16.4 | $6,154.00 |
| 20EE | Guggenheim Securities | 20.2 | $7,167.00 |
| 20GG | Stevens & Lee | 12.3 | $4,917.50 |
| 20HH | Goldin & Associates | 13.5 | $5,931.00 |
| 20II | SOLIC Capital Advisors, LLC | 13.8 | $6,005.50 |
| 20JJ | McElroy, Deutsch, Mulvaney & Carpenter, LLP | 9.4 | $3,566.00 |
| 20KK | Enoch Kever PLLC | 1.5 | $689.50 |
| 20MM | Jenner Block | 15.6 | $6,431.00 |
| 20OO | Bielli & Klauder | 9.1 | $3,758.50 |
| 20PP | Greenberg Traurig | 3.9 | $1,397.50 |
| 20QQ | Benesch, Friedlander, Coplan & Arnoff, LLP | 0.3 | $67.50 |
| **Total** | | **1,280.9** | **$511,175.25** |