**EXHIBIT C**

Godfrey & Kahn, S.C.
Expense Summary
May 1, 2016 through August 31, 2016

| Expense Category | Amount |
|---|---|
| Conference and Court Calls | $457.57 |
| Copies | $178.60 |
| Delivery Services/Couriers/FedEx | $1,241.82 |
| Noticing Agent | $28,076.78 |
| Online Research | $78.80 |
| Outside Copies | $8,652.69 |
| Travel - Airfare | $3,670.15 |
| Travel - Internet | $32.85 |
| Travel - Hotel | $2,679.39 |
| Travel - Meals | $237.94 |
| Travel - Parking | $70.00 |
| Travel - Rail | $524.00 |
| Travel - Taxi | $948.11 |
| **Total** | **$46,848.70** |