**EXHIBIT D**
Godfrey & Kahn, S.C.
List of Professionals by Matter
May 1, 2016 through August 31, 2016

| # | Project Category | ANDRES, CARLA Hours | Fees | BOUCHER, KATHLEEN Hours | Fees | BRADSHAW, JILL Hours | Fees | DALTON, ANDY Hours | Fees | HANCOCK, MARK Hours | Fees | SCHMIDT, LINDA Hours | Fees | STADLER, KATHERINE Hours | Fees | VIOLA, LEAH Hours | Fees | WEST, ERIN Hours | Fees | WILLIAMSON, BRADY C. Hours | Fees | WILSON, ERIC Hours | Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | General case administration, docket monitoring and maintenance, and calendaring | 0.6 | $246.00 | 40.0 | $9,000.00 | | | 0.2 | $55.00 | 0.2 | $73.00 | | | 6.0 | $2,970.00 | 0.4 | $118.00 | | | 0.7 | $409.50 | | | 48.1 | $12,871.50 |
| 0003 | Retention applications and disclosures-Gitlin & Co., LLC and Godfrey & Kahn | 2.6 | $1,066.00 | 1.8 | $405.00 | | | | | | | | | 1.0 | $495.00 | | | | | | | | | 5.4 | $1,966.00 |
| 0005 | Committee administrative documents | | | | | | | 2.1 | $1,039.50 | 1.8 | $495.00 | | | 0.2 | $99.00 | 0.9 | $265.50 | | | | | | | 5.0 | $1,899.00 |
| 0006 | Contact/communications with Fee Committee members and U.S. Trustee's office | 0.6 | $246.00 | | | | | 0.6 | $297.00 | | | 0.1 | $36.50 | 9.1 | $4,504.50 | | | | | 26.1 | $15,268.00 | | | 36.5 | $20,352.50 |
| 0007 | Contact/communications with retained professionals generally | | | | | | | 0.4 | $198.00 | 0.1 | $27.50 | | | 1.3 | $643.50 | | | | | 2.4 | $1,404.00 | | | 4.2 | $2,273.00 |
| 0008 | Drafting documents to be filed with the court | | | 1.3 | $292.50 | | | 3.0 | $1,485.00 | 0.7 | $192.50 | | | 18.1 | $8,959.50 | | | 0.7 | $206.50 | 7.1 | $4,153.50 | | | 30.9 | $15,289.50 |
| 0010 | Reviewing filed documents | | | 2.7 | $607.50 | 1.1 | $203.50 | 6.3 | $3,118.50 | | | | | 1.9 | $940.50 | | | | | 15.0 | $8,775.00 | | | 27.0 | $13,645.00 |
| 0011 | Prepare for and attend Fee Committee meetings | 4.5 | $1,845.00 | 49.8 | $11,205.00 | | | 8.0 | $3,960.00 | 6.0 | $1,650.00 | 5.2 | $1,898.00 | 30.0 | $14,850.00 | 2.7 | $796.50 | 5.7 | $1,681.50 | 19.8 | $11,583.00 | | | 131.7 | $49,469.00 |
| 0012 | Database establishment and maintenance | | | | | | | 25.1 | $12,424.50 | | | | | | | | | | | | | | | 25.1 | $12,424.50 |
| 0013 | Non-working travel | | | | | | | | | | | | | 39.4 | $9,751.50 | | | | | 21.5 | $6,288.75 | | | 60.9 | $16,040.25 |
| 0014 | Prepare for and attend hearings and court communications | | | 12.5 | $2,812.50 | | | 2.0 | $990.00 | 1.9 | $522.50 | 0.4 | $146.00 | 7.1 | $3,514.50 | | | | | 5.2 | $3,042.00 | | | 29.1 | $11,027.50 |
| 0015 | Team meetings | 0.5 | $205.00 | 9.8 | $2,205.00 | | | 1.2 | $594.00 | 1.5 | $412.50 | 1.2 | $438.00 | 1.5 | $742.50 | 1.0 | $295.00 | 1.0 | $295.00 | | | 0.8 | $412.00 | 18.5 | $5,599.00 |
| 0017 | Fee Applications- Godfrey & Kahn and Gitlin & Company LLC | | | 1.2 | $270.00 | | | 13.4 | $6,633.00 | 0.1 | $27.50 | 0.2 | $73.00 | 15.8 | $7,821.00 | | | | | 1.6 | $936.00 | | | 32.3 | $15,760.50 |
| 020A | Alvarez & Marsal North America, LLC | 14.0 | $5,740.00 | 1.1 | $247.50 | | | 10.2 | $5,049.00 | | | | | 1.4 | $693.00 | 4.2 | $1,239.00 | | | 0.7 | $409.50 | | | 31.6 | $13,378.00 |
| 020B | Deloitte & Touche LLP | 22.2 | $9,102.00 | 1.0 | $225.00 | | | 20.2 | $9,999.00 | | | | | 1.6 | $792.00 | 3.1 | $914.50 | | | 0.4 | $234.00 | | | 48.5 | $21,266.50 |
| 020C | EPIQ Bankruptcy Solutions, LLC | | | 2.2 | $495.00 | | | 9.7 | $4,801.50 | | | 16.6 | $6,059.00 | 2.6 | $1,287.00 | 10.2 | $3,009.00 | | | 0.9 | $526.50 | | | 42.2 | $16,178.00 |
| 020E | Evercore Group LLC | 6.7 | $2,747.00 | 0.5 | $112.50 | | | 3.6 | $1,782.00 | | | | | 0.6 | $297.00 | 1.4 | $413.00 | | | 0.2 | $117.00 | | | 13.0 | $5,468.50 |
| 020F | Filsinger Energy Partners | | | 1.0 | $225.00 | | | 7.3 | $3,613.50 | | | | | 4.0 | $1,980.00 | 10.9 | $3,215.50 | | | 1.0 | $585.00 | | | 24.2 | $9,619.00 |
| 020G | FTI Consulting, Inc. | | | 1.9 | $427.50 | | | 5.0 | $2,475.00 | | | 2.8 | $1,022.00 | 3.0 | $1,485.00 | 2.9 | $855.50 | 10.5 | $3,097.50 | 0.9 | $526.50 | | | 27.0 | $9,889.00 |
| 020H | Gibson, Dunn & Crutcher LLP | | | 0.8 | $180.00 | | | 12.6 | $6,237.00 | | | | | 2.3 | $1,138.50 | 8.2 | $2,419.00 | | | 0.4 | $234.00 | | | 24.3 | $10,208.50 |
| 020I | Kirkland & Ellis LLP | | | 0.9 | $202.50 | | | 67.4 | $33,363.00 | 24.6 | $6,765.00 | | | 1.4 | $693.00 | 3.5 | $1,032.50 | | | 5.4 | $3,159.00 | | | 103.2 | $45,215.00 |
| 020J | KPMG LLP | 16.0 | $6,560.00 | 0.3 | $67.50 | | | 11.3 | $5,593.50 | | | | | 0.3 | $148.50 | 0.8 | $236.00 | | | 0.5 | $292.50 | | | 29.2 | $12,898.00 |
| 020K | Lazard Freres & Co. LLC | | | | | | | 0.1 | $49.50 | | | | | 0.4 | $198.00 | | | 0.9 | $265.50 | 0.4 | $234.00 | | | 1.8 | $747.00 |
| 020L | McDermott Will & Emery LLP | | | 0.2 | $45.00 | | | 1.2 | $594.00 | | | | | 0.9 | $445.50 | 0.6 | $177.00 | | | | | | | 2.9 | $1,261.50 |
| 020M | Morrison & Foerster LLP | | | 2.2 | $495.00 | | | 12.9 | $6,385.50 | | | 6.6 | $2,409.00 | 1.5 | $742.50 | 5.5 | $1,622.50 | 14.3 | $4,218.50 | 0.6 | $351.00 | | | 43.6 | $16,224.00 |
| 020N | Polsinelli PC | | | 1.2 | $270.00 | | | 8.9 | $4,405.50 | | | | | 2.8 | $1,386.00 | 3.6 | $1,062.00 | 27.8 | $8,201.00 | 1.8 | $1,053.00 | | | 46.1 | $16,377.50 |
| 020P | Richards, Layton & Finger, PA | | | 0.9 | $202.50 | | | 2.3 | $1,138.50 | 9.2 | $2,530.00 | | | 2.0 | $990.00 | 1.1 | $324.50 | | | 0.9 | $526.50 | | | 16.4 | $5,712.00 |
| 020Q | Sidley Austin LLP | | | 0.4 | $90.00 | | | 7.6 | $3,762.00 | | | | | 12.2 | $6,039.00 | 3.7 | $1,091.50 | | | 0.9 | $526.50 | | | 24.8 | $11,509.00 |
| 020R | Thompson & Knight LLP | | | 0.8 | $180.00 | | | 5.4 | $2,673.00 | | | | | 1.5 | $742.50 | 4.1 | $1,209.50 | | | 0.4 | $234.00 | | | 12.2 | $5,039.00 |
| 020S | Balch & Bingham | | | 0.8 | $180.00 | | | 13.0 | $6,435.00 | | | | | 0.5 | $247.50 | 1.0 | $295.00 | | | 0.8 | $468.00 | | | 16.1 | $7,625.50 |
| 020U | Sullivan & Cromwell LLP | | | 1.1 | $247.50 | | | 15.2 | $7,524.00 | 0.2 | $55.00 | | | 4.8 | $2,376.00 | 6.4 | $1,888.00 | 23.8 | $7,021.00 | 1.5 | $877.50 | | | 53.0 | $19,989.00 |
| 020V | Montgomery, McCracken, Walker & Rhoads, LLP | | | 1.1 | $247.50 | | | 4.8 | $2,376.00 | | | | | 6.0 | $2,970.00 | 4.8 | $1,416.00 | 28.2 | $8,319.00 | 0.6 | $351.00 | | | 45.5 | $15,679.50 |
| 020W | Cravath, Swaine & Moore LLP | | | 0.6 | $135.00 | | | 8.2 | $4,059.00 | 4.6 | $1,265.00 | | | 0.9 | $445.50 | 0.8 | $236.00 | | | 0.5 | $292.50 | | | 15.6 | $6,433.00 |
| 020Y | Proskauer Rose LLP | | | 0.7 | $157.50 | | | 10.1 | $4,999.50 | | | 19.5 | $7,117.50 | 3.0 | $1,485.00 | 7.5 | $2,212.50 | | | 2.0 | $1,170.00 | | | 42.8 | $17,142.00 |
| 20AA | Munger Tolles & Olson | | | 0.2 | $45.00 | | | 10.6 | $5,247.00 | 6.1 | $1,677.50 | | | 1.2 | $594.00 | 0.6 | $177.00 | | | 0.7 | $409.50 | | | 19.4 | $8,150.00 |
| 20BB | Charles River Associates | | | | | | | 0.1 | $49.50 | | | | | 1.0 | $495.00 | 1.9 | $560.50 | 7.4 | $2,183.00 | | | | | 10.4 | $3,288.00 |
| 20CC | Greenhill & Co., LLC | 8.5 | $3,485.00 | 0.3 | $67.50 | | | 5.1 | $2,524.50 | | | | | 0.5 | $247.50 | 1.1 | $324.50 | | | 0.9 | $526.50 | | | 16.4 | $7,175.50 |
| 20DD | Alix Partners | | | 0.8 | $180.00 | | | 4.1 | $2,029.50 | | | | | 1.6 | $792.00 | 1.8 | $531.00 | 7.3 | $2,153.50 | 0.8 | $468.00 | | | 16.4 | $6,154.00 |
| 20EE | Guggenheim Securities | | | | | | | 3.0 | $1,485.00 | | | | | 1.3 | $643.50 | 0.9 | $265.50 | 13.8 | $4,071.00 | 1.2 | $702.00 | | | 20.2 | $7,167.00 |
| 20GG | Stevens & Lee | | | 0.6 | $135.00 | | | 6.0 | $2,970.00 | 3.7 | $1,017.50 | | | 0.3 | $148.50 | 1.2 | $354.00 | | | 0.5 | $292.50 | | | 12.3 | $4,917.50 |
| 20HH | Goldin & Associates | 5.7 | $2,337.00 | 0.3 | $67.50 | | | 4.9 | $2,425.50 | | | | | 0.8 | $396.00 | 1.2 | $354.00 | | | 0.6 | $351.00 | | | 13.5 | $5,931.00 |
| 20II | SOLIC Capital Advisors, LLC | 7.3 | $2,993.00 | 0.3 | $67.50 | | | 4.2 | $2,079.00 | | | | | 0.8 | $396.00 | 0.8 | $236.00 | | | 0.4 | $234.00 | | | 13.8 | $6,005.50 |
| 20JJ | McElroy, Deutsch, Mulvaney & Carpenter, LLP | | | 0.6 | $135.00 | | | 3.5 | $1,732.50 | 3.5 | $962.50 | | | 0.3 | $148.50 | 1.0 | $295.00 | | | 0.5 | $292.50 | | | 9.4 | $3,566.00 |
| 20KK | Enoch Kever PLLC | | | | | | | 0.8 | $396.00 | | | | | | | 0.4 | $118.00 | | | 0.3 | $175.50 | | | 1.5 | $689.50 |
| 20MM | Jenner Block | | | 0.6 | $135.00 | | | 8.8 | $4,356.00 | 4.8 | $1,320.00 | | | 0.6 | $297.00 | 0.5 | $147.50 | | | 0.3 | $175.50 | | | 15.6 | $6,431.00 |
| 20OO | Bielli & Klauder | | | 0.6 | $135.00 | | | 4.2 | $2,079.00 | | | | | 0.8 | $396.00 | 3.1 | $914.50 | | | 0.4 | $234.00 | | | 9.1 | $3,758.50 |
| 20PP | Greenberg Traurig | | | 0.6 | $135.00 | | | 0.3 | $148.50 | | | | | 1.0 | $495.00 | 1.9 | $560.50 | | | 0.1 | $58.50 | | | 3.9 | $1,397.50 |
| 20QQ | Benesch, Friedlander, Coplan & Arnoff, LLP | | | 0.3 | $67.50 | | | | | | | | | | | | | | | | | | | 0.3 | $67.50 |
| | Totals | 89.2 | $36,572.00 | 144.0 | $32,400.00 | 1.1 | $203.50 | 354.7 | $175,576.50 | 69.0 | $18,975.00 | 52.8 | $19,272.50 | 195.3 | $96,673.50 | 105.7 | $31,181.50 | 141.4 | $41,713.00 | 126.9 | $74,236.50 | 0.8 | $412.00 | 1,280.9 | $511,175.25 |