**EXHIBIT F**
Godfrey & Kahn, S.C.
Detailed Expense Records
May 1, 2016 through August 31, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/3/2016 | 2 | $0.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/3/2016 | 1 | $0.10 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/3/2016 | 1 | $0.10 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/3/2016 | 1 | $0.10 | Photocopies |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 7/5/2016 | 1 | $933.20 | Travel - Transportation - Paid to: STADLER, KATHERINE 6/26/16 Delta flight Madison to Philadelphia-main cabin |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 7/5/2016 | 1 | $90.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 06/26/16 Delaware Express-Philadelphia Airport to Hotel |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 6/14/2016 | 1 | $1,057.20 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Delta Airfare roundtrip to New York May 24-25, 2016 - main cabin |
|  | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 6/14/2016 | 1 | $49.80 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from airport to meeting on May 24, 2016 |
|  | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 6/14/2016 | 1 | $43.50 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from hotel to airport on May 25, 2016 |
|  | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 6/14/2016 | 1 | $26.94 | Meals - Paid to: WILLIAMSON, BRADY C Lunch at Au Bon Pain in New York on May 24, 2016: Brady Williamson and Richard Gitlin |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 5/10/2016 | 1 | $524.35 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Delta Airfare returning to Madison from New York April 28, 2016-main cabin |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Rail | 5/10/2016 | 1 | $245.00 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Amtrak from D.C. to New York on April 27, 2016 |
|  | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 5/10/2016 | 1 | $32.72 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from D.C. hotel to train station on April 27, 2016 |
|  | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 5/10/2016 | 1 | $23.50 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from train station to hotel on April 27, 2016 |
| * | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 5/10/2016 | 1 | $120.00 | Meals - Paid to: WILLIAMSON, BRADY C Dinner on April 27, 2016: Brady Williamson, Katie Stadler and Cecily Gooch |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 5/10/2016 | 1 | $489.56 | Travel - Related Expenses - Paid to: WILLIAMSON, BRADY C Crosby Street Hotel in New York April 27, 2016 (one night) |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/19/2016 | 6 | $0.60 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/19/2016 | 18 | $1.80 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/19/2016 | 1 | $0.10 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/19/2016 | 3 | $0.30 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/19/2016 | 3 | $0.30 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/19/2016 | 152 | $15.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/23/2016 | 4 | $0.40 | Photocopies |
|  | 0018 | Disbursements & Expenses | E105 | Conference and Court Calls | 6/14/2016 | 1 | $15.04 | Telephone-Conf. Call(s) - Paid to: SOUNDPATH CONFERENCING 4/28/16 |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 6/14/2016 | 18 | $1.80 | Photocopies |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 6/14/2016 | 1 | $489.83 | Travel - Related Expenses - Paid to: WILLIAMSON, BRADY C Crosby Street Hotel in New York May 24, 2016 (one night) |
|  | 0018 | Disbursements & Expenses | E105 | Conference and Court Calls | 7/14/2016 | 1 | $23.33 | Telephone-Conf. Call(s) - Paid to: SOUNDPATH CONFERENCING 5/24/16 |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/10/2016 | 2 | $0.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/10/2016 | 53 | $5.30 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/10/2016 | 4 | $0.40 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/10/2016 | 64 | $6.40 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/11/2016 | 11 | $1.10 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/11/2016 | 252 | $25.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/11/2016 | 2 | $0.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/11/2016 | 2 | $0.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E105 | Conference and Court Calls | 8/15/2016 | 1 | $53.57 | Telephone-Conf. Call(s) - Paid to: SOUNDPATH CONFERENCING 6/23/16 & 7/12/16 |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/12/2016 | 2 | $0.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/12/2016 | 2 | $0.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 5/12/2016 | 3 | $0.30 | Photocopies |

**EXHIBIT F**
Godfrey & Kahn, S.C.
Detailed Expense Records
May 1, 2016 through August 31, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/12/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/12/2016 | 15 | $1.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/12/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/13/2016 | 5 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/13/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/13/2016 | 23 | $2.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/16/2016 | 18 | $1.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 7/7/2016 | 1 | $97.64 | Fed. Express/Express Mail COURIER SHIPMENT #776682889990 TO Richard Gitlin, Gitlin & Company, WEST HARTFORD, CT, US INVOICE #547849942 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 7/9/2016 | 1 | $52.49 | Fed. Express/Express Mail COURIER SHIPMENT #776706649888 TO Richard Gitlin, Gitlin & Company, WEST HARTFORD, CT, US INVOICE #547849942 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 7/9/2016 | 1 | $52.49 | Fed. Express/Express Mail COURIER SHIPMENT #776705749050 TO Richard Gitlin, Gitlin & Company, WEST HARTFORD, CT, US INVOICE #547849942 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 7/11/2016 | 1 | $36.53 | Fed. Express/Express Mail COURIER SHIPMENT #776705704889 TO Cecily Gooch (GUEST), The Plaza Hotel, NEW YORK, NY, US INVOICE #547849942 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 7/11/2016 | 1 | $36.53 | Fed. Express/Express Mail COURIER SHIPMENT #776706119712 TO Richard Schepacarter, Office of the U.S. Trustee, WILMINGTON, DE, US INVOICE #547849942 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 7/11/2016 | 1 | $36.53 | Fed. Express/Express Mail COURIER SHIPMENT #776706099809 TO Andrea Beth Schwartz, U.S. Dept of Justice - U.S. Tr, NEW YORK CITY, NY, US INVOICE #547849942 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 7/11/2016 | 1 | $41.06 | Fed. Express/Express Mail COURIER SHIPMENT #776706133050 TO Peter Kravitz, Province Firm, HENDERSON, NV, US INVOICE #547849942 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/24/2016 | 130 | $13.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/24/2016 | 198 | $19.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/25/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/26/2016 | 2 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/17/2016 | 7 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/17/2016 | 101 | $10.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/17/2016 | 8 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/17/2016 | 56 | $5.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/17/2016 | 8 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/17/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E105 | Conference and Court Calls | 5/17/2016 | 1 | $45.13 | Telephone-Conf. Call(s) - Paid to: SOUNDPATH CONFERENCING 3/18/16 & 4/11/16 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 48 | $4.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 8 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 13 | $1.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 5 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 69 | $6.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 43 | $4.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 127 | $12.70 | Photocopies |
| * | 0018 | Disbursements & Expenses | E112 | Noticing Agent | 7/20/2016 | 1 | $1,121.39 | Service of Process - Paid to: GARDEN CITY GROUP INC |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/18/2016 | 2 | $0.20 | Photocopies |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 8/22/2016 | 1 | $447.20 | Travel - Transportation - Paid to: STADLER, KATHERINE 08/15/16 Delta Flight Madison to Philadelphia-main cabin |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 8/22/2016 | 1 | $90.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 08/15/16 Delaware Express-Philadelphia airport to hotel |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 8/22/2016 | 1 | $70.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 08/16/16 Cab for Richard Gitlin and K. Stadler from hotel Du Pont to airport |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 8/22/2016 | 1 | $40.00 | Meals - Paid to: STADLER, KATHERINE 08/15/16 Dinner - Katie Stadler and Cecily Gooch |

EXHIBIT F
Godfrey & Kahn, S.C.
Detailed Expense Records
May 1, 2016 through August 31, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 8/22/2016 | 1 | $350.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 08/15/16 Hotel- Wilmington |
| | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 8/22/2016 | 1 | $20.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 08/15/16 Parking at Dane County Airport |
| | 0018 | Disbursements & Expenses | E110 | Travel - Internet | 8/22/2016 | 1 | $9.95 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 08/15/16 GoGo Wireless |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 5/4/2016 | 1 | $220.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 04/27/16 Delta flight Madison to New York-main cabin |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 5/4/2016 | 1 | $100.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 04/27/16 Transportation airport to hotel - New York |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 5/4/2016 | 1 | $100.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 04/28/16 Transportation to airport - New York |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 5/4/2016 | 1 | $26.16 | Travel - Transportation - Paid to: STADLER, KATHERINE 04/27/16 Cab from hotel to lunch meeting |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 5/4/2016 | 1 | $500.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 04/27/16 Hotel - New York |
| | 0018 | Disbursements & Expenses | E110 | Travel - Internet | 5/4/2016 | 1 | $13.95 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 04/28/16 GoGo Wireless |
| | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 5/4/2016 | 1 | $20.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 04/27/16 Parking at Dane County Airport |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copies | 5/4/2016 | 1 | $3,277.52 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copies | 5/4/2016 | 1 | $297.14 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 8/16/2016 | 1 | $68.72 | Fed. Express/Express Mail COURIER SHIPMENT #776997493639 TO Katherine Stadler (GUEST), Hotel du Pont, WILMINGTON, DE, US INVOICE #552373288 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/5/2016 | 3 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/4/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/9/2016 | 20 | $2.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/9/2016 | 21 | $2.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/9/2016 | 4 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 5/20/2016 | 1 | $39.29 | Fed. Express/Express Mail COURIER SHIPMENT #783146445864 TO Richard Schepacarter, Office of the U.S. Trustee, WILMINGTON, DE, US INVOICE #542786229 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 5/20/2016 | 1 | $45.18 | Fed. Express/Express Mail COURIER SHIPMENT #783146358633 TO Richard Gitlin, Gitlin & Company LLC, WEST HARTFORD, CT, US INVOICE #542786229 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 5/20/2016 | 1 | $41.22 | Fed. Express/Express Mail COURIER SHIPMENT #783146490400 TO Cecily Gooch, Energy Future Holdings, DALLAS, TX, US INVOICE #542786229 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 5/20/2016 | 1 | $39.29 | Fed. Express/Express Mail COURIER SHIPMENT #783146397880 TO Andrea Beth Schwartz, U.S. Dept of Justice - U.S. Tr, NEW YORK CITY, NY, US INVOICE #542786229 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 5/20/2016 | 1 | $45.97 | Fed. Express/Express Mail COURIER SHIPMENT #783146557459 TO Peter Kravitz, Province Firm, HENDERSON, NV, US INVOICE #542786229 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 5/31/2016 | 2 | $0.20 | Photocopies |
| * | 0018 | Disbursements & Expenses | E112 | Noticing Agent | 6/1/2016 | 1 | $26,955.39 | Service of Process - Paid to: GARDEN CITY GROUP INC |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 8/29/2016 | 1 | $39.78 | Fed. Express/Express Mail COURIER SHIPMENT #777092041310 TO Peter Kravitz, Province Firm, HENDERSON, NV, US INVOICE #553085119 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 8/29/2016 | 1 | $35.17 | Fed. Express/Express Mail COURIER SHIPMENT #777091563390 TO Richard Schepacarter, Office of the U.S. Trustee, WILMINGTON, DE, US INVOICE #553085119 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 8/29/2016 | 1 | $35.17 | Fed. Express/Express Mail COURIER SHIPMENT #777091544155 TO Andrea Beth Schwartz, U.S. Dept of Justice - U.S. Tr, NEW YORK CITY, NY, US INVOICE #553085119 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 8/27/2016 | 1 | $56.90 | Fed. Express/Express Mail COURIER SHIPMENT #777091662341 TO Cecily Gooch, DALLAS, TX, US INVOICE #553085119 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 8/27/2016 | 1 | $56.90 | Fed. Express/Express Mail COURIER SHIPMENT #777091476765 TO Richard Gitlin, Gitlin & Company, WEST HARTFORD, CT, US INVOICE #553085119 |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 6/28/2016 | 1 | $488.20 | Travel - Transportation - Paid to: STADLER, KATHERINE 6/22/16 Delta flight Madison to New York-main cabin |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 6/28/2016 | 1 | $100.00 | Travel - Transportation - Paid to: STADLER, KATHERINE 6/22/16 Transportation airport to hotel - New York |

EXHIBIT F  
Godfrey & Kahn, S.C.  
Detailed Expense Records  
May 1, 2016 through August 31, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| * | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 6/28/2016 | 1 | $100.00 | Travel - Transportation - Paid to: STADLER, KATHERINE` 6/23/16 Transportation to airport - New York |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 6/28/2016 | 1 | $500.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 6/22/16 Hotel - New York |
|   | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 6/28/2016 | 1 | $20.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 6/22/16 Parking at Dane County Airport |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 7/5/2016 | 1 | $88.00 | Travel - Transportation - Paid to: STADLER, KATHERINE` 06/27/16 Delaware Express-To and From Hearing to Philadelphia Airport |
|   | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 7/5/2016 | 1 | $51.00 | Meals - Paid to: STADLER, KATHERINE 06/27/16 Breakfast Richard Gitlin, Brady Williamson and Katie Stadler |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 7/5/2016 | 1 | $350.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 06/26/16 Hotel - Wilmington |
|   | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 7/5/2016 | 1 | $10.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 06/26/16 Parking at Dane County Airport |
|   | 0018 | Disbursements & Expenses | E110 | Travel - Internet | 7/5/2016 | 1 | $8.95 | Travel - Related Expenses - Paid to: STADLER, KATHERINE 06/27/16 GoGo Wireless |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 7/5/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 6/21/2016 | 1 | $37.44 | Fed. Express/Express Mail COURIER SHIPMENT #776561714900 TO Richard Gitlin, Gitlin & Company, WEST HARTFORD, CT, US INVOICE #546446259 |
|   | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 6/21/2016 | 1 | $39.13 | Fed. Express/Express Mail COURIER SHIPMENT #776561754498 TO Andrea B. Schwartz, U..S. Dept of Justice-U.S. Tru, NEW YORK CITY, NY, US INVOICE #546446259 |
|   | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 6/21/2016 | 1 | $39.13 | Fed. Express/Express Mail COURIER SHIPMENT #776561792433 TO Richard Schepacarter, Office of the U.S. Trustee, WILMINGTON, DE, US INVOICE #546446259 |
|   | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 6/21/2016 | 1 | $43.74 | Fed. Express/Express Mail COURIER SHIPMENT #776561915132 TO Peter Kravitz, Province Firm, HENDERSON, NV, US INVOICE #546446259 |
|   | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 6/21/2016 | 1 | $36.23 | Fed. Express/Express Mail COURIER SHIPMENT #776561858680 TO Cecily Gooch, Energy Future Holdings, DALLAS, TX, US INVOICE #546446259 |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copies | 7/6/2016 | 1 | $944.20 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON |
|   | 0018 | Disbursements & Expenses | E102 | Conference and Court Calls | 7/12/2016 | 1 | $30.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-MASTERCARD 6/23/16 COURT CALL #7669849 - COURT CALL 6/16/16.- B.WILLIAMSON |
|   | 0018 | Disbursements & Expenses | E102 | Conference and Court Calls | 7/12/2016 | 1 | $30.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-MASTERCARD 7/5/16 COURT CALL #7682092 / COURT CALL 6/27/16 M.HANCOCK |
|   | 0018 | Disbursements & Expenses | E106 | Online Research | 7/12/2016 | 1 | $78.80 | Other Database Search - Paid to: PACER SERVICE CENTER |
|   | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 6/29/2016 | 1 | $39.13 | Fed. Express/Express Mail COURIER SHIPMENT #776624044290 TO Cecily Gooch, Energy Future Holdings, DALLAS, TX, US INVOICE #547161617 |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Rail | 7/11/2016 | 1 | $279.00 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C` Amtrak train roundtrip from Washington DC to Wilimington, DE June 27, 2016 |
|   | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 7/11/2016 | 1 | $21.93 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from Amtrak station to hearing on June 27, 2016 |
|   | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 7/11/2016 | 1 | $12.50 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Taxi from hearing to Amtrak station on June 27, 2016 |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 6/3/2016 | 55 | $5.50 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 6/3/2016 | 44 | $4.40 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 6/3/2016 | 4 | $0.40 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 6/3/2016 | 2 | $0.20 | Photocopies |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copies | 8/3/2016 | 1 | $1,403.77 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 6/3/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 6/6/2016 | 24 | $2.40 | Photocopies |
|   | 0018 | Disbursements & Expenses | E101 | Copies | 6/6/2016 | 2 | $0.20 | Photocopies |
|   | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 5/25/2016 | 1 | $69.30 | Fed. Express/Express Mail COURIER SHIPMENT #525003791905 TO KATHLEEN BOUCHER, GODFREY & KAHN, MADISON, WI, US INVOICE #543515484 |
|   | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 5/27/2016 | 1 | $38.45 | Fed. Express/Express Mail COURIER SHIPMENT #776383848910 TO Cecily Gooch, Energy Future Holdings, DALLAS, TX, US INVOICE #543515484 |
|   | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers/FedEx | 5/27/2016 | 1 | $42.41 | Fed. Express/Express Mail COURIER SHIPMENT #776383914341 TO Richard Gitlin, Gitlin & Co. LLC, WEST HARTFORD, CT, US INVOICE #543515484 |

**EXHIBIT F**
Godfrey & Kahn, S.C.
Detailed Expense Records
May 1, 2016 through August 31, 2016

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
|  | 0018 | Disbursements & Expenses | E101 | Copies | 6/7/2016 | 2 | $0.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 6/7/2016 | 61 | $6.10 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 6/7/2016 | 2 | $0.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 6/7/2016 | 11 | $1.10 | Photocopies |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copies | 6/9/2016 | 1 | $2,730.06 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON |
|  | 0018 | Disbursements & Expenses | E102 | Conference and Court Calls | 6/10/2016 | 1 | $30.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-MASTERCARD 5/9/16 COURTCALL# 7574107-COURT CALL 4/27/16 - MARK HANCOCK |
|  | 0018 | Disbursements & Expenses | E102 | Conference and Court Calls | 6/10/2016 | 1 | $30.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-MASTERCARD 5/9/16 COURT CALL # 7580704 - COURT CALL 4/27/16 - RICHARD GITLIN |
|  | 0018 | Disbursements & Expenses | E102 | Conference and Court Calls | 6/10/2016 | 1 | $42.50 | Conference Call - Paid to: BMO HARRIS BANK N.A.-MASTERCARD 5/24/16 COURT CALL # 7610924 - COURT CALL 5/18/16 - ANDY DALTON |
|  | 0018 | Disbursements & Expenses | E102 | Conference and Court Calls | 6/10/2016 | 1 | $86.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-MASTERCARD 5/24/16 COURT CALL# 7619057 - COURT CALL 5/23/16 - BRADY WILLIAMSON |
|  | 0018 | Disbursements & Expenses | E102 | Conference and Court Calls | 6/10/2016 | 1 | $72.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-MASTERCARD 5/24/16 COURT CALL# 7619094 - COURT CALL 5/23/16 - RICHARD GITLIN |

$46,848.70 **Application Total**