**EXHIBIT G**

Godfrey and Kahn, S.C.
Customary and Comparable Hourly Rate Disclosure
May 1, 2016 through August 31, 2016

| Category of Timekeeper | Blended Hourly Rate | |
| --- | --- | --- |
| | Billed for Year Preceding Retention (2013), Excluding Bankruptcy | Billed in this Fee Application (Before Flat Fee Adjustment) |
| Shareholder | $497.68 | $530.41 |
| Counsel/Data Analyst | $411.42 | $465.92 |
| Associate | $284.93 | $288.44 |
| Paralegal | $205.12 | $254.63 |
| All Timekeepers Aggregated | $419.59 | $411.60 |