# EXHIBIT H
**Godfrey and Kahn, S.C.**
**Budget and Staffing Plan**
**May 1, 2016 through August 31, 2016**

| BUDGET-MAY 1, 2016 THROUGH AUGUST 31, 2016 | | | | |
|---|---|---|---|---|
| **Matter** | **Project Category** | **Hours Budgeted** | **Fees Budgeted** | **Hours Billed** | **Fees Sought** |
| 0002 | General Case Administration | 45 | $15,750 | 48.1 | $12,871.50 |
| 0003 | Retention applications & disclosures-Applicants | 10 | $3,500 | 5.4 | $1,966.00 |
| 0005 | Committee administrative documents | 25 | $9,875 | 5.0 | $1,899.00 |
| 0006 | Contact/communications with Fee Committee | 50 | $25,000 | 36.5 | $20,352.50 |
| 0007 | Contact/communications with retained professionals generally | 20 | $7,000 | 4.2 | $2,273.00 |
| 0008 | Drafting documents to be filed with the Court | 55 | $24,750 | 30.9 | $15,289.50 |
| 0009 | Legal research and drafting | 5 | $1,750 | 0.0 | $0.00 |
| 0010 | Reviewing filed documents | 30 | $12,000 | 27.0 | $13,645.00 |
| 0011 | Prepare for and attend Fee Committee meetings | 200 | $80,000 | 131.7 | $49,469.00 |
| 0012 | Database establishment & maintenance | 45 | $22,275 | 25.1 | $12,424.50 |
| 0013 | Non-working travel | 75 | $20,625 | 60.9 | $16,040.25 |
| 0014 | Prepare for and attend hearings and court communications | 50 | $23,750 | 29.1 | $11,027.50 |
| 0015 | Team meetings | 35 | $14,000 | 18.5 | $5,599.00 |
| 0016 | Media Inquiries and Management | 5 | $2,500 | 0.0 | $0.00 |
| 0017 | Fee Applications-Applicants | 35 | $15,750 | 32.3 | $15,760.50 |
| 020A-20LL | Retained Professionals-application review and reporting | 1,400 | $525,000 | 826.2 | $332,558.00 |
| **TOTAL** | | 2,085 | $803,525 | 1,280.9 | $511,175.25 |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number expected to work on the matter During the Budget Period** | **Average hourly rate** |
| Shareholder | 3 | $532 |
| Special Counsel/Data Specialist | 3 | $423 |
| Associates (5-7 years) | 2 | $285 |
| Paralegal | 2 | $260 |