**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979-(CSS) |
| CORP., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

---

**ELECTRONIC FILER REQUEST TO TERMINATE COURT E-MAIL**
**NOTIFICATION OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned attorney/electronic filer ("E-Filer") hereby requests termination of electronic notification of actions and events docketed in the above matter.  The undersigned understands that registration as an electronic filer serves as consent to receive notice electronically from the court.  The undersigned also understands that upon processing of this request by the clerk, service of orders and notices from the court via E-mail notification will cease, and because the undersigned's general status as a registered E-filer with the court remains in effect, the undersigned will not receive service of orders and notices by conventional mailing from the court.

PLEASE TAKE FURTHER NOTICE that in the event the undersigned E-filer has previously filed a Waiver of Conventional Notice and Consent to Notice by Electronic Transmission, undersigned understands said waiver is withdrawn by the filing of this Request.

Dated:   March 9, 2017

Respectfully submitted,

*/s/Risa Lynn Wolf-Smith*
Risa Lynn Wolf-Smith, #15835
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Telephone:  303-295-8011
Facsimile:   303-295-8261
rwolf@hollandhart.com

***ATTORNEYS FOR CLOUD PEAK ENERGY***
***RESOURCES LLC***

9639256_1

---

[1] The last four digits of the Debtor Energy Future Holdings Corp.'s tax identification number are 8810.  The Debtors' corporate headquarters and the service address is 1601 Bryan Street, Dallas, Texas 75201.