# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>                      Debtors.<br><br>DELAWARE TRUST COMPANY, as IDENTURE TRUSTEE<br><br>                      Plaintiff,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC.<br><br>                      Defendants. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br><br><br>Adv. Proc. No. 14-50363 (CSS) |

## NOTICE OF WITHDRAWAL OF APPEARNCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Erin R. Fay, hereby withdraws her appearance as counsel to Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., and Texas Energy Future Holdings Limited Partnership (collectively, the "EFH Equity Owners") in the above-captioned bankruptcy cases and adversary proceeding. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these proceedings, remove her from the electronic and paper noticing matrix for the above-captioned proceedings.

All other current counsel of record will continue to represent the EFH Equity Owners and are not intended to be affected by this notice.

Dated: Wilmington, Delaware
      March 9, 2017

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Erin R. Fay*
Erin R. Fay (No. 5268)
1201 North Market Street, Suite 1600
Wilmington, Delaware  19801
Tel:  (302) 658-9200
Fax:  (302) 658-3989