## EXHIBIT A

**Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | .10 | $17.50 |
| COMMUNICATIONS WITH PROFESSIONALS | .60 | $441.00 |
| FEE APPLICATIONS – OTHERS | 1.4 | $413.00 |
| FEE APPLICATIONS – S&L | 3.80 | $1,319.00 |
| HEARINGS | 2.20 | $1,617.00 |
| PLANS OF REORGANIZATION | 4.10 | $3,013.50 |
| PLEADINGS, MOTIONS, AND BRIEFS | .40 | $294.00 |
| **TOTAL** | **12.60** | **$7,115.00** |