## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
|  |  |
| CELL PHONE - J. HUSTON | $1.50 |
| DOCUMENT REPRODUCTION | $18.80 |
| COURT CALL APPEARANCE | $30.00 |
| TELEPHONE CHARGES | $14.82 |
| **TOTAL** | **$65.12** |