## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
|  |  |  |  |
| 109285-00002 | 1/2/17 | $1.80 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.30 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.40 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.20 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.40 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.30 | Document Reproduction |
| 109285-00002 | 1/3/17 | $3.40 | Document Reproduction |
| 109285-00002 | 1/3/17 | $5.20 | Document Reproduction |
| 109285-00002 | 1/3/17 | $0.90 | Document Reproduction |
| 109285-00002 | 1/4/17 | $2.06 | Telephone Charges |
| 109285-00002 | 1/6/17 | $0.20 | Document Reproduction |
| 109285-00002 | 1/11/17 | $0.90 | Document Reproduction |
| 109285-00002 | 1/11/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/11/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/12/17 | $0.00 | Document Reproduction |
| 109285-00002 | 1/10/17 | $1.00 | Mobile Phone – J. Huston |
| 109285-00002 | 1/10/17 | $0.50 | Mobile Phone – J. Huston |
| 109285-00002 | 1/17/17 | $0.00 | Document Reproduction |
| 109285-00002 | 1/3/17 | $30.00 | Court Call Appearance (JHH) 1/3/17 |
| 109285-00002 | 1/24/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/24/17 | $2.70 | Document Reproduction |
| 109285-00002 | 1/27/17 | $12.76 | Telephone Charges |
| 109285-00002 | 1/27/17 | $0.40 | Document Reproduction |
| 109285-00002 | 1/30/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/31/17 | $0.10 | Document Reproduction |
| 109285-00002 | 1/31/17 | $0.10 | Document Reproduction |