# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee, | |
| Plaintiff, | Adv. Pro. No. 15-51239 (CSS) |
| v. | |
| WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, | |
| Defendants, | |
| v. | |
| MORGAN STANLEY CAPITAL GROUP INC., J. ARON & COMPANY, and TITAN INVESTMENT HOLDINGS LP, | |
| Intervenors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 14, 2017 STARTING AT 10:00 A.M. (EDT)[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The March 14, 2017 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT).

RLF1 17153498v.1

> *AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD,*
> *THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT*

I. **ORAL ARGUMENT IN ADVERSARY PROCEEDING 15-51239:**

1. Motion of Delaware Trust Company, as TCEH First Lien Indenture Trustee, to Partially Vacate Judgment Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b) [Adv. D.I. 122; filed June 1, 2016]

   Responses/Objections Received:

   A. Intervenor Defendants' Brief in Opposition to Plaintiff's Motion to Partially Vacate Judgment Pursuant to Fed. R. Bankr. P. 9024 & Fed. R. Civ. P. 60(b) [Adv. D.I. 127; filed June 15, 2016]

   B. Reply of Delaware Trust Company, as TCEH First Lien Indenture Trustee, in Support of Motion to Partially Vacate Judgment Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b) [Adv. D.I. 128; filed June 22, 2016]

   C. Supplemental Memorandum of Delaware Trust Company, as TCEH First Lien Indenture Trustee, in Further Support of Motion to Partially Vacate Judgment (SEALED) [Adv. D.I. 149; filed December 20, 2016]

   D. Supplemental Memorandum of Delaware Trust Company, as TCEH First Lien Indenture Trustee, in Further Support of Motion to Partially Vacate Judgment (REDACTED) [Adv. D.I. 150; filed December 20, 2016]

   E. Supplemental Brief in Support of Intervenor Defendants' Motions for Judgement on the Pleadings and in Further Opposition to Delaware Trust Company's Motion to Partially Vacate Judgment [Adv. D.I. 154; filed February 1, 2017]

   F. Supplemental Reply Brief of Delaware Trust Company, as TCEH First Lien Indenture Trustee, in Further Support of Motion to Partially Vacate Judgment [Adv. D.I. 155; filed February 8, 2017]

   G. Intervenor Defendants' Surreply to Delaware Trust Company's Motion to Partially Vacate Judgment [Adv. D.I. 159; filed February 22, 2017]

   Related Documents:

   i. Joint Motion of Defendants Morgan Stanley Capital Group Inc. and J. Aron & Company for Judgment on the Pleadings [Adv. D.I. 56; filed October 9, 2015]

ii. Opening Brief in Support of Defendants Morgan Stanley Capital Group Inc.'s and J. Aron & Company's Joint Motion for Judgment on the Pleadings [Adv. D.I. 57; filed October 9, 2015]

iii. Declaration of Hugh K. Murtagh [Adv. D.I. 58; filed October 9, 2015]

iv. Titan Investment Holdings LP's Motion for Judgment on the Pleadings [Adv. D.I. 60; filed October 9, 2015]

v. Opening Brief in Support of Titan Investment Holdings LP's Motion for Judgment on the Pleadings [Adv. D.I. 61; filed October 9, 2015]

vi. Motion and Supporting Memorandum of Law of Plaintiff Delaware Trust Company for Partial Judgment on the Pleadings or, in the Alternative, Partial Summary Judgment [Adv. D.I. 62; filed October 9, 2015]

vii. Titan Investment Holdings LP's Memorandum of Law in Opposition to Plaintiff's Motion for Partial Judgment on the Pleadings, or in the Alternative, Partial Summary Judgment [Adv. D.I. 67; filed October 20, 2015]

viii. Plaintiff's Answering Brief in Opposition to the (I) Motion of Titan Investment Holdings LP for Judgment on the Pleadings and (II) Motion of Morgan Stanley Capital Group Inc. and J. Aron & Company for Judgment on the Pleadings [Adv. D.I. 68; filed October 20, 2015]

ix. Answering Brief of Defendants Morgan Stanley Capital Group Inc. and J. Aron & Company in Opposition to Motion of Plaintiff Delaware Trust Company for Partial Judgement on the Pleadings or, in the Alternative, Partial Summary Judgment [Adv. D.I. 69; filed October 20, 2015]

x. Titan Investment Holdings LP's Reply Brief in Support of its Motion for Judgment on the Pleadings [Adv. D.I. 74; filed October 28, 2015]

xi. Reply Brief in Further Support of Defendants Morgan Stanley Capital Group Inc.'s and J. Aron & Company's Joint Motion for Judgment on the Pleadings [Adv. D.I. 75; filed October 28, 2015]

xii. Plaintiff's Reply Brief in Further Support of its Motion for Partial Judgment on the Pleadings or, in the Alternative, Partial Summary Judgment [Adv. D.I. 76; filed October 28, 2015]

xiii. Opinion [Adv. D.I. 89; filed March 11, 2016]

xiv. Judgment [Adv. D.I. 91; filed March 11, 2016]

xv. Amended Order [Adv. D.I. 94; filed March 23, 2016]

xvi. Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors [D.I. 9421; filed August 29, 2016]

xvii. Memorandum Order [Adv. D.I. 139; filed November 17, 2016]

xviii. Order [Case is remanded to the United States Bankruptcy Court for the District of Delaware. Jurisdiction over the appeal is retained] [Adv. D.I. 141; filed November 29, 2016]

xix. Certification of Counsel Regarding Stipulation to Establish Briefing Schedule [Adv. D.I. 146; filed December 7, 2016]

xx. Order Approving Stipulation to Establish Briefing Schedule [Adv. D.I. 148; filed December 8, 2016]

xxi. Certification of Counsel Regarding Stipulation to Amend Briefing Schedule [Adv. D.I. 151; filed January 12, 2017]

xxii. Order Approving Stipulation to Amend Briefing Schedule [Adv. D.I. 152; filed January 12, 2017]

xxiii. Notice of Completion of Briefing [Adv. D.I. 156; filed February 14, 2017]

xxiv. Motion for Leave to File Intervenor Defendants' Surreply to Delaware Trust Company's Motion to Partially Vacate Judgment [Adv. D.I. 157; filed February 21, 2017]

xxv. Order Granting Motion for Leave to File Surreply [Adv. D.I. 161; filed February 24, 2017]

Status: At the direction of Chambers, oral argument in connection with this matter is continued to the hearing scheduled to take place on April 26, 2017 starting at 10:00 a.m. (EDT).

*[Remainder of page intentionally left blank.]*

Dated: March 10, 2017
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*