**EXHIBIT D**

**Summary of Stevens & Lee, P.C. Non-Bankruptcy Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| **Timekeeper Category (Delaware)** | **Blended Hourly Rate** | |
|---|---|---|
| | **Worked and Billed in 2016** (excluding bankruptcy lawyers) | **Billed in this Fee Application** |
| Practice Leader/Shareholders | $445.00[1] | $715.00 |
| Associates | $258.00 | $275.00 |
| Legal Assistants/Paralegals | $161.00 | $170.00 |
| **Average Rate** | $288.00 | $386.67 |

Case Name:            Energy Future Intermediate Holding Company LLC
Case Number:          14-10979 (CSS)
Applicant's Name:     Stevens & Lee, P.C.
Date of Application:  March 10, 2017
Interim or Final:     Interim

---

[1] This includes hours recorded on matters which were contingent and unsuccessful; institutional and governmental clients who negotiated volume discounts; work for nonprofits; and negotiated fee engagements.