# EXHIBIT E

## Summary of Stevens & Lee, P.C. Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Practice Concentration | 2016 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $715.00 | 45.20 | $32,318.00 |
| Jason D. Angelo | Associate | 2013 (NJ) 2014 (DE) 2016 (PA) | Bankruptcy and Financial Restructuring | $275.00 | 19.10 | $5,252.50 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $170.00 | 10.70 | $1,819.00 |
| | | | | **TOTAL** | **75.00** | **$39,389.50** |

**Billings Calculated at 2014 Rates**

| Name of Professional | Title | Year Admitted | Practice Concentration | Rate | Hours | Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $680.00 | 45.20 | $30,736.00 |
| Jason D. Angelo | Associate | 2013 (NJ) 2014 (DE) 2016 (PA) | Bankruptcy and Financial Restructuring | $275.00 | 19.10 | $5,252.50 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $160.00 | 10.70 | $1,712.00 |
| | | | | **TOTAL** | **75.00** | **$37,700.50** |

---

[1] For the Fee Period, S&L's current hourly billing rate for each attorney and paraprofessional equals the respective 2016 hourly billing rates which reflect normal increases since 2014 as disclosed in S&L's employment application. There was a rate increase as of January 1, 2016, one of two rate increases since the inception of the retention.

SL1 1455095v1 109285.00006