## EXHIBIT F

**Summary of Stevens & Lee, P.C. Expenses**

| Service Description | | Amount |
|---|---|---|
| Computer Research | $ | 28.20 |
| Color Document Reproduction | $ | 2.00 |
| Document Reproduction | $ | 59.50 |
| Telephone Charges | $ | 21.24 |
| Cell Phone Charges | $ | 1.60 |
| **TOTAL** | **$** | **112.54** |