# EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| **(1) Professional Retentions** | 0.50 | $ 357.50 |
| **(2) Case Administration-General Matters** | 0.00 | $ 0.00 |
| **(3) Chapter 11 Issues** | 0.00 | $ 0.00 |
| **(4) Communications with Professionals** | 0.40 | $ 286.00 |
| **(5) Fee Applications – Others** | 19.70 | $ 9,042.50 |
| **(6) Fee Applications – S&L** | 28.80 | $ 11,663.50 |
| **(7) Hearings** | 11.90 | $ 8,508.50 |
| **(8) Legal & Factual Research** | 0.60 | $ 165.00 |
| **(9) Meetings** | 0.00 | $ 0.00 |
| **(10) Plans of Reorganization and Disclosure Statements** | 13.10 | $ 9,366.50 |
| **(11) Pleadings, Motions & Briefs** | 0.00 | $ 0.00 |
| **TOTAL** | **75.00** | **$ 39,389.50** |

| | MATTER | 1<br>Prof. Ret. | 2<br>Case Admin. | 3<br>Ch. 11 Issues | 4<br>Comm. w/ Prof. | 5<br>Fee App. (Others) | 6<br>Fee App. (S&L) | 7<br>Hearings | 8<br>Research | 9<br>Mtgs | 10<br>Reorg. Plans | 11<br>Pleadings, Motions, Briefs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FEES** | | | | | | | | | | | | | |
| **Sept.** | **Budget** | 357.50 | 0.00 | 0.00 | 0.00 | 2,344.50 | 1,052.50 | 4,719.00 | 0.00 | 0.00 | 4,719.00 | 0.00 | 9,097.00 |
| | **Actual** | 357.50 | 0.00 | 0.00 | 0.00 | 2,344.50 | 1,052.50 | 4,719.00 | 0.00 | 0.00 | 4,719.00 | 0.00 | 9,097.00 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Oct.** | **Budget** | 0.00 | 0.00 | 0.00 | 0.00 | 4,427.00 | 4,633.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,060.50 |
| | **Actual** | 0.00 | 0.00 | 0.00 | 0.00 | 4,427.00 | 4,633.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,060.50 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Nov.** | **Budget** | 0.00 | 71.00 | 0.00 | 0.00 | 1,678.50 | 3,884.50 | 1,930.50 | 0.00 | 0.00 | 2,431.00 | 0.00 | 9,924.50 |
| | **Actual** | 0.00 | 71.00 | 0.00 | 0.00 | 1,678.50 | 3,884.50 | 1,930.50 | 0.00 | 0.00 | 2,431.00 | 0.00 | 9,924.50 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Dec.** | **Budget** | 0.00 | 0.00 | 0.00 | 286.00 | 592.50 | 2,093.00 | 1,859.00 | 165.00 | 0.00 | 2,216.50 | 0.00 | 7,712.00 |
| | **Actual** | 0.00 | 0.00 | 0.00 | 286.00 | 592.50 | 2,093.00 | 1,859.00 | 165.00 | 0.00 | 2,216.50 | 0.00 | 7,712.00 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **Budget** | 357.50 | 71.00 | 0.00 | 286.00 | 9,042.50 | 11,663.50 | 8,508.50 | 165.00 | 0.00 | 9,366.50 | 0.00 | 39,389.50 |
| | **Actual** | 357.50 | 71.00 | 0.00 | 286.00 | 9,042.50 | 11,663.50 | 8,508.50 | 165.00 | 0.00 | 9,366.50 | 0.00 | 39,389.50 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |