# EXHIBIT H

**Detailed Time Records for Stevens & Lee, P.C.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00001** | | | **ENERGY FUTURE/PROFESSIONAL RETENTIONS** |
| *JHH* | *Huston, Joseph* | | |
| 9/22/16 | 0.30 | $214.50 | REVIEW, EFILING AND SERVICE OF JENNER SUPPLEMENTAL DISCLOSURE |
| 9/23/16 | 0.20 | $143.00 | REVIEW 6TH SUPP DISCLOSURE FOR JENNER AND EMAILS SLFO RE FILING AND SERVICE |
| ***JHH Total:*** | ***0.50*** | ***$357.50*** | |
| **109285-00001 Total:** | **0.50** | **$357.50** | |
| **109285-00004** | | | **ENERGY FUTURE/COMMUNICATIONS WITH PROF** |
| *JHH* | *Huston, Joseph* | | |
| 12/13/16 | 0.40 | $286.00 | EMAILS AND DISCUSSION JDA RE INTERIM FEE APPS AND PAYMENT PACKAGES |
| ***JHH Total:*** | ***0.40*** | ***$286.00*** | |
| **109285-00004 Total:** | **0.40** | **$286.00** | |
| **109285-00005** | | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** |
| *JDA* | *Angelo, Jason D* | | |
| 9/9/16 | 0.20 | $55.00 | REVIEW EMAIL CORRESPONDENCE RE: CRAVATH FEE APPS FROM CRAVATH ATTORNEYS AND JHH. |
| 9/20/16 | 0.20 | $55.00 | REVIEW EMAILS FROM SFO AND JHH RE: INTERIM FEE APPS. |
| 9/20/16 | 0.30 | $82.50 | REVIEW STANDING ORDER, POLICIES/PROCEDURES RE: FEE APPS AND EXCHANGE EMAILS WITH SFO AND JHH RE: SAME. |
| 9/28/16 | 0.20 | $55.00 | REVISE GOLDIN 20TH FEE STATEMENT/REVIEW EMAILS FROM SFO AND JHH RE: SAME. |
| 10/3/16 | 0.20 | $55.00 | REVIEW EMAILS FROM JHH AND SFO RE: INTERIM FEE APPS. |
| 10/14/16 | 0.40 | $110.00 | REVIEW JENNER AND GOLDIN FEE APPLICATIONS AND E-MAILS RE: SAME WITH JHH AND SFO. |
| 11/18/16 | 0.20 | $55.00 | REVIEW JENNER FEE APPLICATION AND CONFER WITH JHH RE: SAME. |
| 12/13/16 | 0.10 | $27.50 | REVIEW CNO RE: JENNER 17TH MONTHLY APP. |
| ***JDA Total:*** | ***1.80*** | ***$495.00*** | |
| *JHH* | *Huston, Joseph* | | |
| 9/9/16 | 0.40 | $286.00 | EMAILS CRAVATH RE 18TH MONTHLY CNO AND ADDITIONAL APPS |
| 9/9/16 | 0.30 | $214.50 | REVIEW AND FILE/SERVE JENNER CNO 13TH MONTHLY |
| 9/12/16 | 0.40 | $286.00 | REVIEW CRAVATH'S 20TH MONTHLY APP AND EMAILS CRAVATH RE QUESTIONS |
| 9/13/16 | 0.40 | $286.00 | REVIEW CRAVATH 20TH AND EMAILS CRAVATH RE CALCULATIONS, REVISE ACCORDINGLY |
| 9/14/16 | 0.30 | $214.50 | REVIEW CNO FOR JENNER 16TH MONTHLY - RETRIEVE AND FORWARD FEE COMMITTEE LETTER |
| 9/14/16 | 0.30 | $214.50 | REVIEW CRAVATH'S 19TH MONTHLY, FILING AND SERVICE |
| 9/19/16 | 0.20 | $143.00 | REVIEW AND APPROVE CNO FOR JENNER JULY MONTHLY |
| 9/27/16 | 0.30 | $214.50 | REVIEW, FILING AND SERVICE OF JENNER 15TH MONTHLY |
| 10/5/16 | 0.20 | $143.00 | EMAILS D PRAGER RE STATUS AND TIMING FOR INTERIM FEE APPS |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/7/16 | 0.30 | $214.50 | REVIEW/REVISE, FILING AND SERVICE OF CRAVATH CNOS (2) |
| 10/13/16 | 0.30 | $214.50 | REVIEW AND APPROVE CRAVATH'S 21ST MONTHLY |
| 10/14/16 | 0.70 | $500.50 | REVIEW JENNER INTERIM FEE APP AND EMAILS V LAZAR RE CHANGES AND FILING (.4) - REVIEW GOLDIN APP AND EMAILS D PRAGER RE CHANGES AND DATES (.3) |
| 10/17/16 | 0.70 | $500.50 | REVIEW, REVISE NOTICE, FILING AND SERVICE OF GOLDIN 6TH INTERIM (.3) AND JENNER 4TH INTERIM (.4) |
| 10/19/16 | 1.00 | $715.00 | REVIEW AND REVISE CRAVATH SIXTH INTERIM AND EXHIBITS AND EMAILS M PASKIN RE SAME (.6) - CREATE EX J (.2) - EMAILS JDA AND SLFO RE NEEDED ADDITIONS (.2) |
| 10/20/16 | 0.40 | $286.00 | REVIEW, REVISE AND EFILING OF JENNER 16TH - EMAIL JENNER RE OPEN ISSUES |
| 10/20/16 | 0.20 | $143.00 | REVIEW AND APPROVE NOTICE FOR CRAVATH 6TH INTERIM |
| 10/21/16 | 0.50 | $357.50 | REVIEW FEE COMMITTEE REPORT ON INTERIM AND FINAL FEE APPS AND PROPOSED FORM OF ORDER (.3) EMAILS JENNER, CRAVATH AND GOLDIN SAME (.2) |
| 10/24/16 | 0.30 | $214.50 | EMAILS V LAZAR RE EXAMINERS REPORT AND UPCOMING HEARING |
| 10/28/16 | 0.30 | $214.50 | REVIEW, FILING AND SERVICE OF GOLDIN 21ST MONTHLY |
| 10/31/16 | 0.30 | $214.50 | CNO FOR JENNER 15TH MONTHLY AND EMAILS JENNER SAME |
| 11/1/16 | 0.90 | $643.50 | FOLLOW DOCKET RE INTERIM FEE ORDERS AND READ REVISING CERT OF COUNSEL SAME (.4) - EMAIL FEE COMMITTEE COUNSEL RE ENTRY OF APPROVAL (.2) - READ AND FORWARD TO JENNER, CRAVATH AND GOLDIN (.3) |
| 11/7/16 | 0.30 | $214.50 | EMAILS FELLOW PROFESSIONALS RE INTERIM FEE PAYMENT PROTOCOLS AND RESULTS |
| 11/15/16 | 0.30 | $214.50 | REVIEW CRAVATH CNO AND EMAILS SLFO AND JDA RE QUESTIONS ON OBJECTION DATES |
| 11/18/16 | 0.20 | $143.00 | REVIEW JENNER 17TH MONTHLY |
| 12/13/16 | 0.30 | $214.50 | REVISE AND FILING AND SERVICE OF CNO FOR JENNER 17TH MONTHLY |
| 12/21/16 | 0.30 | $214.50 | REVIEW AND APPROVE JENNER 18TH |
| **JHH Total:** | **10.10** | **$7,221.50** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/9/16 | 0.10 | $17.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE THIRTEENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2016 THROUGH JUNE 30, 2016 (NO ORDER REQUIRED) |
| 9/9/16 | 0.10 | $17.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2016 THROUGH MAY 31, 2016 (NO ORDER REQUIRED) |
| 9/9/16 | 0.10 | $17.00 | DRAFT CNO RE CRAVATH'S 18TH MONTHLY FEE APP (MAY) |
| 9/9/16 | 0.10 | $17.00 | DRAFT CNO RE JENNER'S 13TH MONTHLY FEE APP (JUNE) |
| 9/14/16 | 0.20 | $34.00 | EFILE TWENTIETH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2016 THROUGH JULY 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/14/16 | 0.20 | $34.00 | EFILE NINETEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2016 THROUGH JUNE 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 9/19/16 | 0.20 | $34.00 | CHECK DOCKET; DRAFT CNO RE 14TH MONTHLY FEE STMT - JENNER (JULY) |
| 9/20/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE FOURTEENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2016 THROUGH JULY 31, 2016 |
| 9/23/16 | 0.20 | $34.00 | EFILE FIFTH SUPPLEMENTAL DECLARATION OF RICHARD LEVIN IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF JENNER & BLOCK LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(A) AND 1107(B) OF THE BANKRUPTCY CODE, EFFECTIVE NUNC PRO TUNC TO MAY 18, 2015 - SEND TO EPIQ FOR SERVICE |
| 10/6/16 | 0.20 | $34.00 | DRAFT CNO RE CNO RE NINETEENTH MONTHLY FEE STMT - CRAVATH (JUNE, 2016) |
| 10/7/16 | 0.20 | $34.00 | DRAFT CNO RE CNO RE TWENTIETH MONTHLY FEE STMT - CRAVATH (JULY, 2016) |
| 10/7/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE NINETEENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2016 THROUGH JUNE 30, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/7/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE "TWENTIETH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2016 THROUGH JULY 31, 2016" (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/14/16 | 0.20 | $34.00 | EFILE TWENTY-FIRST MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2016 THROUGH AUGUST 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/14/16 | 0.10 | $17.00 | DRAFT NOTICE RE FOURTH INTERIM FEE APPLICATION OF JENNER & BLOCK LLP |
| 10/14/16 | 0.10 | $17.00 | DRAFT NOTICE RE SIXTH INTERIM FEE STATEMENT OF GOLDIN ASSOCIATES, LLC |
| 10/17/16 | 0.20 | $34.00 | EFILE FOURTH INTERIM FEE APPLICATION OF JENNER & BLOCK LLP INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD MAY 1, 2016 THROUGH AUGUST 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/17/16 | 0.20 | $34.00 | EFILE SIXTH INTERIM FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2016 THROUGH AUGUST 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/20/16 | 0.30 | $51.00 | EFILE SIXTH INTERIM FEE APPLICATION OF CRAVATH, SWAINE & MOORE, LLP INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD MAY 1, 2016 THROUGH AUGUST 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/20/16 | 0.20 | $34.00 | DRAFT NOTICE RE: CRAVATH'S 6TH INTERIM |
| 10/21/16 | 0.30 | $51.00 | EFILE SIXTEENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/28/16 | 0.10 | $17.00 | DRAFT NOTICE RE GOLDIN'S TWENTY-FIRST MONTHLY FEE APP |
| 10/28/16 | 0.30 | $51.00 | EFILE TWENTY-FIRST MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/31/16 | 0.20 | $34.00 | CHECK DOCKET; DRAFT CNO RE FIFTEENTH MONTHLY FEE STMT - JENNER (AUG, 2016) |
| 10/31/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE FIFTEENTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2016 THROUGH AUGUST 31, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 11/3/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9824 AND 9825 |
| 11/3/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9815 |
| 11/3/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9882 AND 9903 |
| 11/3/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9532 & 9533 |
| 11/3/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9378 |
| 11/8/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9686 |
| 11/8/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9387 |
| 11/8/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9974 |
| 11/15/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-FIRST MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2016 THROUGH AUGUST 31, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 11/15/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE SIXTEENTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 11/15/16 | 0.20 | $34.00 | CHECK DOCKET; DRAFT CNO RE CRAVATH'S TWENTY-FIRST MONTHLY FEE APP (AUG, 2016) |
| 11/15/16 | 0.20 | $34.00 | CHECK DOCKET; DRAFT CNO RE JENNER'S SIXTEENTH MONTHLY FEE APP (SEPT, 2016) |
| 11/17/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9905 |
| 11/18/16 | 0.20 | $34.00 | CHECK DOCKET; DRAFT CNO RE TWENTY-FIRST MONTHLY FEE STMT - GOLDIN (SEPT, 2016) |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 11/18/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-FIRST MONTHLY FEE STATEMENT OF GOLDIN ASSOCIATES, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 (NO ORDER REQUIRED) |
| 11/18/16 | 0.30 | $51.00 | EFILE SEVENTEENTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 12/13/16 | 0.30 | $51.00 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE JENNER'S SEVENTEENTH MONTHLY FEE APP (OCT, 2016) |
| 12/13/16 | 0.30 | $51.00 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE S&L'S TWENTY-SECOND MONTHLY FEE APP (SEPT, 2016) |
| 12/13/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE SEVENTEENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| ***SLFO Total:*** | **7.80** | **$1,326.00** | |
| **109285-00005 Total:** | **19.70** | **$9,042.50** | |

**109285-00006    ENERGY FUTURE/FEE APPLICATIONS-S&L**

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/9/16 | 0.20 | $55.00 | REVIEW/FINALIZE S&L 20TH FEE APP. |
| 10/15/16 | 1.10 | $302.50 | DRAFT S&L'S 21ST MONTHLY FEE APPLICATION. |
| 10/18/16 | 0.40 | $110.00 | PREPARE TWENTY-FIRST INTERIM FEEL APPLICATION AND FINALIZE FOR FILING. |
| 10/18/16 | 2.50 | $687.50 | PREPARE 6TH INTERIM FEE APPLICATION OF S&L. |
| 10/19/16 | 0.60 | $165.00 | CONFER WITH KR AND JHH RE: DATA NEEDED FOR FEE APPS AND REVIEW SAME. |
| 10/19/16 | 0.70 | $192.50 | FURTHER CORRESPONDENCE WITH JHH, SF, AND KR RE: FINALIZING 6TH INTERIM FEE APP. |
| 10/20/16 | 1.10 | $302.50 | MULTIPLE EMAILS/OTHER COMMUNICATION WITH JHH, KR, AND SF RE: 6TH INTERIM FEE APPLICATION. |
| 11/1/16 | 0.30 | $82.50 | REVIEW MULTIPLE EMAIL CORRESPONDENCE RE: FEE APPLICATIONS. |
| 11/2/16 | 1.80 | $495.00 | DRAFT PAYMENT PACKAGES 21 - 25 AND EXHIBITS/RETRIEVE DOCUMENTS FROM DOCKET RE: SAME. |
| 11/2/16 | 0.30 | $82.50 | CONFER WITH JHH AND SF RE: PAYMENT PACKAGES. |
| 11/8/16 | 1.20 | $330.00 | DRAFT AND PREPARE/FINALIZE PAYMENTS PACKAGES 21 THROUGH 25 AND SEND SAME TO EFIC. |
| 11/14/16 | 0.30 | $82.50 | REVIEW ISSUES RE: PAYMENT OF FEES AND CONFER WITH G. MOORE AND JHH RE: SAME. [DO NOT CHARGE ESTATE]. |
| 11/14/16 | 0.40 | $110.00 | CONFER WITH JHH AND LUMINANT RE: FEE STATEMENT ISSUES. |
| 11/15/16 | 0.60 | $165.00 | REVIEW MULTIPLE CORRESPONDENCE WITH JHH, SLF AND G. MOORE RE: INTERIM AND MONTHLY FEE APPS. [DO NOT CHARGE ESTATE]. |
| 11/15/16 | 0.20 | $55.00 | REVIEW CNO RE: 21ST MONTHLY FEE APP. |
| 11/17/16 | 1.00 | $275.00 | DRAFT 22ND MONTHLY FEE APP AND SEND TO JHH FOR REVIEW. |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 11/29/16 | 0.60 | $165.00 | CONFER WITH G. MOORE AND JHH RE: ISSUES WITH 3RD-5TH INTERIM FEE APP PAYMENT PACKAGES. [DO NOT CHARGE ESTATE] |
| 11/30/16 | 1.10 | $302.50 | REVIEW/REVISE THIRD THROUGH FIFTH INTERIM FEE APPLICATION PAYMENT PACKAGES AND CONFER WITH G. MOORE AND JHH RE: SAME [DO NOT CHARGE ESTATE]. |
| 12/13/16 | 0.10 | $27.50 | REVIEW CNO RE: MONTHLY APP. |
| 12/19/16 | 1.40 | $385.00 | DRAFT OCTOBER AND NOVEMBER FEE APPLICATIONS. |
| 12/20/16 | 0.30 | $82.50 | CONFER WITH JHH, SF, AND ACCOUNTING DEPARTMENT RE: 23/24 FEE APPLICATIONS. |
| 12/21/16 | 0.20 | $55.00 | FINALIZE 23/24TH FEE APP FOR FILING. |
| 12/21/16 | 0.10 | $27.50 | REVIEW COMMITTEE LETTER RE: 6TH INTERIM FEE APP. |
| 12/28/16 | 0.20 | $55.00 | REVIEW EMAILS AND LETTER RE: FEE COMMITTEE COMMUNICATION -OCT/NOV FEE APPLICATIONS. |
| **JDA Total:** | **16.70** | **$4,592.50** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/9/16 | 0.40 | $286.00 | REVIEW AND REVISE 20TH MONTHLY - FILING AND SERVICE SAME |
| 9/9/16 | 0.30 | $214.50 | REVIEW, REVISE AND EFILING OF CNO TO 19TH MONTHLY |
| 9/20/16 | 0.60 | $429.00 | RESEARCH STATUS OF INTERIM FEE APPLICATION AND EMAILS JDA RE PREPARING 5TH INTERIM |
| 10/18/16 | 0.30 | $214.50 | REVIEW AND REVISE 21ST MONTHLY AND EMAILS JDA SAME |
| 10/19/16 | 1.40 | $1,001.00 | REVIEW AND REVISE SIXTH INTERIM AND EMAILS JDA RE SAME AND EXHIBITS (1.2) - EMAILS JDA AND SLFO RE NEEDED ADDITIONS AND SERVICE (.2) |
| 10/20/16 | 0.90 | $643.50 | FINALIZE 6TH INTERIM FEE APP (.6) - EMAILS JDA RE SAME AND BLENDED RATE CHART (.3) |
| 10/20/16 | 0.90 | $643.50 | RESEARCH DEBTORS' NONPAYMENT OF HOLDBACKS FROM INTERIM FEE APPS 3 AND 4 (.6) EMAILS SLFO AND REVIEW HER SUMMARY OF SAME (.3) |
| 10/21/16 | 0.40 | $286.00 | REVIEW FEE COMMITTEE REPORT ON INTERIM FEE APPS AND PROPOSED FORM OF ORDER AND EMAIL TO FEE COMMITTEE COUNSEL APPROVING SAME |
| 11/1/16 | 0.40 | $286.00 | FOLLOW DOCKET RE INTERIM FEE ORDERS AND READ REVISING CERT OF COUNSEL SAME (.2) - EMAIL FEE COMMITTEE COUNSEL RE ENTRY OF APPROVAL (.2) - |
| 11/2/16 | 0.90 | $643.50 | REVIEW INTERIM ORDER AND PAST PAY PACKAGES (.3) - EMAILS K&E RE OMISSION FROM EMAIL BLAST RE PAYMENT DETAILS (.2) - DISC JDA RE PREPARATION OF PACKAGES FOR 3RD, 4TH, AND 5TH INTERIM ORDERS AND MONTHLIES(.4) |
| 11/8/16 | 0.40 | $286.00 | WORK ON INTERIM FEE APP PAY PACKAGES AND EMAILS JDA SAME |
| 11/18/16 | 0.40 | $286.00 | REVIEW AND REVISE 22D MONTHLY AND EMAILS JDA SAME |
| 12/13/16 | 0.30 | $214.50 | REVISE AND FILING AND SERVICE OF CNO FOR 22D MONTHLY |
| 12/15/16 | 0.30 | $214.50 | PREP/FORMAT SUPPORTING DOCS FOR 3RD AND 5TH INTERIM APPS AND DISC JDA SAME |
| 12/20/16 | 0.80 | $572.00 | REVIEW AND REVISE 23D AND 24TH MONTHLY APPS AND DISCUSS CHANGES WITH JDA |
| 12/23/16 | 0.30 | $214.50 | FOLLOWUP ON PAYMENT OF INTERIM APPS |
| 12/29/16 | 0.20 | $143.00 | EMAILS JDA RE FEE COMMITTEE LETTER AND TIMING OF CNOS |
| **JHH Total:** | **9.20** | **$6,578.00** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/9/16 | 0.10 | $17.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE NINETEENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2016 THROUGH JUNE 30, 2016 (NO ORDER REQUIRED) |
| 9/9/16 | 0.30 | $51.00 | EFILE TWENTIETH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2016 THROUGH JULY 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - UPLOAD FILES TO BOX |
| 10/19/16 | 0.20 | $34.00 | EFILE TWENTY-FIRST MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2016 THROUGH AUGUST 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/20/16 | 0.30 | $51.00 | EFILE SIXTH INTERIM FEE APPLICATION OF STEVENS & LEE, P.C., SPECIAL COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD OF MAY 1, 2016, THROUGH AUGUST 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 11/1/16 | 0.20 | $34.00 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE S&L'S TWENTIETH MONTHLY FEE APP |
| 11/2/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTIETH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2016 THROUGH JULY 31, 2016 (NO ORDER REQUIRED) |
| 11/3/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9852 |
| 11/3/16 | 0.10 | $17.00 | EFILE AFFIDAVIT OF SERVICE RE: DI 9509 |
| 11/15/16 | 0.20 | $34.00 | CHECK DOCKET; DRAFT CNO RE S&L'S TWENTY-FIRST MONTHLY FEE APP (AUG, 2016) |
| 11/15/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-FIRST MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2016 THROUGH AUGUST 31, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 11/18/16 | 0.40 | $68.00 | EFILE TWENTY-SECOND MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 12/13/16 | 0.20 | $34.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SECOND MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 (NO ORDER REQUIRED) - SEND TO INTERESTED PARTIES VIA EMAIL |
| 12/21/16 | 0.20 | $34.00 | EFILE TWENTY-THIRD MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 12/21/16 | 0.20 | $34.00 | EFILE TWENTY-FOURTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| *SLFO Total:* | *2.90* | *$493.00* | |
| **109285-00006 Total:** | **28.80** | **$11,663.50** | |

**109285-00007   ENERGY FUTURE/HEARINGS**

*JHH   Huston, Joseph*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/19/16 | 6.60 | $4,719.00 | PREP FOR/ATTEND HEARING ON PLAN SUPPORT AND AMENDED DISCL STMT |
| 11/15/16 | 2.70 | $1,930.50 | PREP FOR AND ATTEND INITIAL CONF PRE-TRIAL CONFERENCE |
| 12/1/16 | 2.60 | $1,859.00 | PREP FOR AND ATTEND CONFIRMATION AND DTC V WTC MAKE WHOLE LITIGATION STATUS CONFERENCE AND EMAILS REPORT TO TEAM SAME |
| *JHH Total:* | *11.90* | *$8,508.50* | |
| **109285-00007 Total:** | **11.90** | **$8,508.50** | |

**109285-00008   ENERGY FUTURE/LEGAL AND FACTUAL RESEAR**

*JDA   Angelo, Jason D*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 12/19/16 | 0.60 | $165.00 | RETRIEVE AND SEND MOTION FOR REHEARING EN BANC W/THIRD CIRCUIT TO JHH; REVIEW SAME. |
| *JDA Total:* | *0.60* | *$165.00* | |
| **109285-00008 Total:** | **0.60** | **$165.00** | |

**109285-00010   ENERGY FUTURE/PLANS OF REORGANIZATION A**

*JHH   Huston, Joseph*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/12/16 | 1.90 | $1,358.50 | FOLLOW DOCKET FOR OBJECTIONS AND READ RELEVANT SUBMISSIONS (1.3) - READ MTA TAX SETTLEMENT (.3) - EMAILS JENNER & BLOCK RE LOGISTICS FOR HEARING (.3) |
| 9/15/16 | 1.20 | $858.00 | READ AGENDA FOR HEARING, OMNIBUS REPLY TO OBJECTIONS, CHART OF OBJECTIONS, AND VARIOUS RESERVATIONS OF RIGHTS (.9) - FOLLOW DOCKET FOR ADDITIONAL FILINGS AND ORDERS (.3) |
| 9/16/16 | 1.60 | $1,144.00 | EMAILS V LAZAR RE LOGISTICS FOR HEARING (.5) - FOLLOW DOCKET FOR ADDITIONAL OBJECTIONS AND AGENDA (.5) - PREP MATERIALS FOR HEARING(.6) |
| 9/19/16 | 1.60 | $1,144.00 | PREP FOR DS HEARING:  FINISH D TRUST OBJECTION, READ FIDELITY MGMT AND EFIH TRUSTEE RESERVATIONS OF RIGHTS, DEBTORS' OMNIBUS REPLY, CHART OF OBJECTIONS AND SECOND AMENDED AGENDA |
| 9/22/16 | 0.30 | $214.50 | FOLLOW DOCKET FOR SUPPLEMENTAL FILINGS AND ORDERS |
| 11/8/16 | 0.20 | $143.00 | READ REPORT OF SUPREME COURT REJECTION OF CERT |
| 11/11/16 | 1.10 | $786.50 | READ AND CIRCULATE AGENDA (.2) - EMAILS V LAZAR RE LOGISTICS OF COVERAGE (.2) - READ RELEVANT NEW FILINGS, LETTERS RE ASBESTOS MTDS ETC. (.7) |
| 11/14/16 | 0.20 | $143.00 | READ UST OBJECTION RE PAYMENT OF NONRETAINED PROF FEES |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 11/15/16 | 0.60 | $429.00 | READ LETTERS TO COURT RE SCHEDULING AND ASBESTOS DISMISSAL ISSUES AND RESERVATIONS OF RIGHTS |
| 11/18/16 | 0.80 | $572.00 | READ/ANALYZE THIRD CIRCUIT OPINION ON MAKE-WHOLE PAYMENTS TO BONDHOLDERS AND EMAILS JENNER RE POTENTIAL EFFECT ON CONFIRMATION |
| 11/21/16 | 0.50 | $357.50 | READ AND CIRCULATE NOTICE OF CHANGE IN CONFIRMATION SCHEDULE AND RELATED HEARING DATES - EMAILS TEAM SAME |
| 12/19/16 | 0.70 | $500.50 | READ/ANALYZE TRUSTEE OBJECTION TO DS (.4) AND TC R LEVIN RE STATE OF PLAY (.3) |
| 12/20/16 | 0.90 | $643.50 | READ/ANALYZE PETITION FOR REHEARING IN 3RD CIRCUIT AND REPORTS OF SETTLEMENT |
| 12/28/16 | 0.60 | $429.00 | READ BLACKLINED PORTIONS OF 6TH AMENDED DS |
| 12/29/16 | 0.30 | $214.50 | EXTENDED TC R LEVIN RE STATUS OF PLAN AND DISCLOSURE STMT AND SETTLEMENTS WITH CLASSES |
| 12/30/16 | 0.60 | $429.00 | READ EFIH 2D LIEN TRUSTEE OBJECTION TO CONFIRMATION (.2) DOWNLOAD AND FORWARD AGENDA FOR HEARING AND NOTICE OF STATUS CONFERENCE AND EMAILS J&B RE SAME AND LOGISTICS COVERAGE AT BOTH (.6) |
| *JHH Total:* | *13.10* | *$9,366.50* | |
| **109285-00010 Total:** | **13.10** | **$9,366.50** | |
| | | | |
| **Grand Total:** | **75.00** | **$39,389.50** | |