## EXHIBIT I

**Aggregate Budget & Comparison with Actual Fees for Stevens & Lee, P.C.[1]**

| Aggregate Budget for All Matter Categories<br>For the Period May 1, 2016 through August 31, 2016 | | | |
|---|---|---|---|
| **Matter No.** | **Matter Description** | **Hours Budgeted** | **Total Compensation Budgeted** |
| 1 | Professional Retentions | 0.50 | $ 357.50 |
| 2 | Case Administration-General Matters | 0.00 | $ 0.00 |
| 3 | Chapter 11 Issues | 0.00 | $ 0.00 |
| 4 | Communications with Professionals | 0.40 | $ 286.00 |
| 5 | Fee Applications – Others | 19.70 | $ 9,042.50 |
| 6 | Fee Applications – S&L | 28.80 | $ 11,663.50 |
| 7 | Hearings | 11.90 | $ 8,508.50 |
| 8 | Legal & Factual Research | 0.60 | $ 165.00 |
| 9 | Meetings | 0.00 | $ 0.00 |
| 10 | Plans of Reorganization and Disclosure Statements | 13.1 | $ 9,366.50 |
| 11 | Pleadings, Motions & Briefs | 0.00 | $ 0.00 |
|  | **Totals** | **75.00** | **$ 39,389.50** |

---

[1] Stevens & Lee was not required to submit budgets. Accordingly, the budget and staffing plan for the Fee Period was prepared using the actual data for the Fee Period. *See* paragraph 13 of the Application.

SL1 1455095v1 109285.00006

| | MATTER | 1<br>Prof. Retentions | 2<br>Case Admin. | 3<br>Ch. 11 Issues | 4<br>Comm. w/ Prof. | 5<br>Fee App. (Others) | 6<br>Fee App. (S&L) | 7<br>Hearings | 8<br>Research | 9<br>Meetings | 10<br>Reorg. Plans | 11<br>Pleadings, Motions, Briefs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOURS** | | | | | | | | | | | | | |
| **Sept.** | **Budget** | 0.5 | 0.0 | 0.0 | 0.0 | 4.9 | 1.9 | 6.6 | 0.0 | 0.0 | 6.6 | 0.0 | 20.5 |
| | **Actual** | 0.5 | 0.0 | 0.0 | 0.0 | 4.9 | 1.9 | 6.6 | 0.0 | 0.0 | 6.6 | 0.0 | 20.5 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Oct.** | **Budget** | 0.0 | 0.0 | 0.0 | 0.0 | 9.0 | 10.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 19.8 |
| | **Actual** | 0.0 | 0.0 | 0.0 | 0.0 | 9.0 | 10.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 19.8 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Nov.** | **Budget** | 0.0 | 0.0 | 0.0 | 0.0 | 4.3 | 11.3 | 2.7 | 0.0 | 0.0 | 3.4 | 0.0 | 21.7 |
| | **Actual** | 0.0 | 0.0 | 0.0 | 0.0 | 4.3 | 11.3 | 2.7 | 0.0 | 0.0 | 3.4 | 0.0 | 21.7 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Dec.** | **Budget** | 0.0 | 0.0 | 0.0 | 0.4 | 1.5 | 4.8 | 2.6 | 0.6 | 0.0 | 3.1 | 0.0 | 13.0 |
| | **Actual** | 0.0 | 0.0 | 0.0 | 0.4 | 1.5 | 4.8 | 2.6 | 0.6 | 0.0 | 3.1 | 0.0 | 13.0 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **Budget** | 0.5 | 0.0 | 0.0 | 0.4 | 19.7 | 28.8 | 11.9 | 0.6 | 0.0 | 13.1 | 0.0 | 75.0 |
| | **Actual** | 0.5 | 0.0 | 0.0 | 0.4 | 19.7 | 28.8 | 11.9 | 0.6 | 0.0 | 13.1 | 0.0 | 75.0 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |