# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) **Re: D.I. 10858** |

## NOTICE OF FILING OF REVISED *SETTLEMENT AGREEMENT* IN CONNECTION WITH "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER APPROVING THE EFIH SETTLEMENT BETWEEN THE DEBTORS, CERTAIN HOLDERS OF EFIH FIRST LIEN NOTE CLAIMS, CERTAIN HOLDERS OF EFIH SECOND LIEN NOTE CLAIMS, AND CERTAIN HOLDERS OF EFIH UNSECURED NOTE CLAIMS"

PLEASE TAKE NOTICE that, on February 17, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims* [D.I. 10858] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order approving the settlement by and among (a) the Debtors; (b)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17160584v.1

the Supporting EFIH Unsecured Creditors[2]; (c) the Supporting EFIH First Lien Creditors; and (d) the Supporting EFIH Second Lien Creditors, substantially in the form attached to the Motion as "Exhibit 1" to "Exhibit A" thereto (the "Settlement Agreement"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that the Settlement Agreement filed with the Motion did not include the signature pages of the Supporting EFIH Second Lien Creditors for the reasons stated on the record at the hearing held in front of the Bankruptcy Court on February 17, 2017.

PLEASE TAKE FURTHER NOTICE that, today, the Debtors have filed a revised proposed form of Settlement Agreement (the "Revised Settlement Agreement") in connection with the Motion. The Revised Settlement Agreement includes the signature pages of the Supporting EFIH Second Lien Creditors. A copy of the Revised Settlement Agreement is attached hereto as **Exhibit A.** The Debtors hereby expressly incorporated the Revised Settlement Agreement into the Motion in its entirety as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider approval of the Motion (and approval of the Revised Settlement Agreement) is currently scheduled to be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 28, 2017 starting at 10:00 a.m. (Eastern Daylight Time).**

*[Remainder of page intentionally left blank.]*

---

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Motion.

Dated: March 10, 2017
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession