**Exhibit A**

**Satisfied Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | COUNTY OF BASTROP, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37729 | $66,486.93* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079028 on 01/25/2017. |
| 2 | COUNTY OF HENDERSON, TEXAS, THE<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37738 | $301,882.81* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010078986 on 01/25/2017. |
| 3 | COUNTY OF HILL, TEXAS, THE<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37740 | $1,647.27* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079016 on 01/25/2017. |
| 4 | COUNTY OF LEON, TEXAS, THE<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37741 | $31.13* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010078991on 01/25/2017. |
| 5 | COUNTY OF WILLIAMSON, TEXAS, THE<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37746 | $363.03* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079295 on 01/27/2017. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**EIGHTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 6 | FORT BEND COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: JOHN P. DILLMAN<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/03/2015 | 9993 | $16.95* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010048212 on 12/21/2015. |
| 7 | GROESBECK INDEPENDENT SCHOOL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/01/2016 | 37761 | $1,583,895.86* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079015 on 01/25/2017. |
| 8 | MEXIA INDEPENDENT SCHOOL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37742 | $19.26* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079015 on 01/25/2017. |
| 9 | MIDLAND CENTRAL APPRAISAL DISTRICT<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37743 | $295.66* | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079032 on 01/25/2017. |
| | | | | | TOTAL | $ 1,954,638.90* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts