**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**SUMMARY COVER SHEET TO THE SIXTH INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**

| Name of Applicant: | SOLIC Capital Advisors, LLC ("SOLIC") |
|---|---|
| Authorized to provide professional services to: | Energy Future Holdings Corp. (the "Debtor") |
| Date of retention: | Retention order entered on February 6, 2015 (effective as of December 18, 2014) [D.I. 3467] |
| Period for which compensation and reimbursement is sought: | September 1, 2016 through December 31, 2016 |
| Amount of compensation sought as actual, reasonable and necessary: | $800,000.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $3,742.09 |

This is a __ monthly X interim __ final application. Five prior applications filed.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this interim fee application shall be served in accordance with the Interim Compensation Order (as defined herein) and Fee Committee Order (as defined herein) and objections, if any, to the monthly fee statement shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

*Prior Statements, Applications and Allowances*

| Fee Statement Period Covered | Docket No. | Fees Requested | Fees Paid or to be Paid | Holdback (20%) | Expenses Requested | Expenses Paid or to be Paid (100%) |
|---|---|---|---|---|---|---|
| *First Interim Fee Application* December 18, 2014 through April 30, 2015 | 4892 | $ 890,322.58 | $ 890,322.58 | $0.00 | $ 41,787.51 | 41,459.01 [1] |
| *Second Interim Fee Application* May 1, 2015 through August 31, 2015 | 6509 | $ 800,000.00 | $ 800,000.00 | $0.00 | $ 27,676.85 | $ 27,676.85 |
| *Third Interim Fee Application* September 1, 2015 through December 31, 2015 | 7864 | $ 800,000.00 | $ 800,000.00 | $0.00 | $ 13,709.16 | $ 13,709.16 |
| *Fourth Interim Fee Application* January 1, 2016 through April 30, 2016 | 8752 | $ 800,000.00 | $ 640,000.00 | $0.00 | $ 24,173.43 | 23,323.38 [2] |
| May 1, 2016 through May 31, 2016 | 8848 | $ 200,000.00 | $ 160,000.00 | $40,000.00 | $ 8,388.60 | $ 8,388.60 |
| June 1, 2016 through June 30, 2016 | 9010 | $ 200,000.00 | $ 160,000.00 | $ 40,000.00 | $ 2,760.82 | $ 2,760.82 |
| July 1, 2016 through July 31, 2016 | 9477 | $ 200,000.00 | $ 160,000.00 | $ 40,000.00 | $ - | $ - |
| August 1, 2016 through August 31, 2016 | 9710 | $ 200,000.00 | $ 160,000.00 | $ 40,000.00 | $ - | $ - |
| *Fifth Interim Fee Application* May 1, 2016 through August 31, 2016 | 9843 | $ 800,000.00 | $ 640,000.00 | $160,000.00 | $ 11,149.42 | $ 11,149.42 |
| September 1, 2016 through September 30, 2016 | 9910 | $200,000.00 | $160,000.00 | $40,000.00 | $ - | $ - |
| October 1 through October 31, 2016 | 10262 | $200,000.00 | $ 160,000.00 | $40,000.00 | $ - | $ - |
| November 1 through November 30, 2016 | 10636 | $ 200,000.00 | $ 160,000.00 | $40,000.00 | $ 3,742.09 | $ 3,742.09 |
| December 1 through December 31, 2016 | 10846 | $ 200,000.00 | $ 160,000.00 | $40,000.00 | $ - | $ - |
| *Sixth Interim Fee Application* September 1, 2016 through December 31, 2016 | | $800,000.00 | $640,000.00 | $160,000.00 | $ 3,742.09 | $ 3,742.09 |
| **SUBTOTAL** | | **$ 4,890,322.58** | **$ 4,410,322.58** | **$320,000.00** | **$ 122,238.46** | **$ 121,059.91** |

[1] This amount represents an agreed upon proposed reduction of the expenses encompassed in the First Interim Fee Application [Doc 4892] in the amount of $328.50

[2] This amount represents an agreed upon proposed reduction of the expenses encompassed in the Fourth Interim Fee Application [Doc 8752] in the amount of $850.05

## SUMMARY OF PROFESSIONAL SERVICES RENDERED

SOLIC professionals rendering services during the Fee Period were:

| NAME OF PROFESSIONAL | TITLE | TOTAL HOURS BILLED |
|---|---|---|
| Neil Luria | Sr. Managing Director | 112.5 |
| Raoul Nowitz | Managing Director | 340.5 |
| Paul Hogan | Director | 12.0 |
| Matt Cumbee | Sr. Associate | 205.0 |
| **TOTAL** | | **670.0** |

SOLIC does not charge hourly rates to the Debtor in accordance with its retention in this Case and has no hourly rates associated with these professionals in this case.

## SUMMARY OF HOURS EXPENDED BY SUBJECT MATTER

| TASK DESCRIPTION | TOTAL HOURS |
|---|---|
| 705 -Plan Development & Testimony Review & Analysis | 163.0 |
| 710 - Bid Review 2016 | 41.5 |
| 715 - Tax Reviews | 2.0 |
| 718 - Meeting with Counsel & with other Constituents | 17.5 |
| 720 - Financing Proposal & Review | 1.5 |
| 725 - Dataroom and Diligence Materials Review | 359.5 |
| 729 - EFH Board Meeting Attendance | 19.5 |
| 730 - Project Management and Support | 38.5 |
| 750 -Travel Time | 14.5 |
| 795 - Fee Applications/Retention Application | 12.5 |
| Total | 670.0 |

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Airfare | $1,879.40 |
| Ground Transportation | $286.05 |
| Hotels & Lodging | $1,477.81 |
| Meals | $65.35 |
| Mileage | $33.48 |
| **TOTAL** | **$3,742.09** |