**<u>Exhibit C</u>**

[Detailed Description of Services Provided]

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 9/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to call with Proskauer Litigation pertaining to recent E-side discovery requests related to cash impacts | 0.50 |
| 9/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to call with Proskauer bankruptcy and tax teams, as it pertains to the State of Texas tax payment and refund items. | 0.50 |
| 9/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of various items as a follow-up with Proskauer call pertaining to new E-side discovery requests | 3.00 |
| 9/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to correspondence with Evercore pertaining to State of Texas tax payment matters as it relates to projected EFH cash. | 0.50 |
| 9/1/2016 | Nowitz, Raoul | 730 - Project Management and Support<br>Attention to review of various case briefs, motions and objections as it related to EFH Corp cash/recovery impacts | 3.00 |
| 9/1/2016 | Nowitz, Raoul | 720 - Financing Proposal Review<br>Attention to review of draft board materials pertaining to the EFIH 1L DIP extension and waterfall impacts | 1.50 |
| 9/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of updated DIP amendment per the NEE waterfall recovery impacts | 1.00 |
| 9/1/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of board materials and current status of T side spin and Oncor confirmation | 1.50 |
| 9/1/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other<br>Attention to communication with EVR and counsel regarding State of Texas tax payments and impact on cash balances | 2.00 |
| 9/2/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance<br>Attention to and participation in bi-weekly board call. | 1.00 |
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of waterfall in light of DIP extension and additional cash, as directed by Proskauer | 2.50 |
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of EFIH projected cash balances in light of terms on EFIH DIP amendment terms. | 1.00 |
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of prior EVR waterfall analysis and draft waterfall analysis for Proskauer. | 2.50 |
| 9/2/2016 | Nowitz, Raoul | 730 - Project Management and Support<br>Attention to further review of the case docket for relevant filings and impact on EFH Corp. | 1.50 |
| 9/2/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to call with Proskauer litigation pertaining to EFH Corp. financial elements | 0.50 |
| 9/2/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance<br>Attention to EFH Board teleconference and preparation therefor. | 1.00 |
| 9/2/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of EFH cash roll-forward and development of updated projections. | 1.00 |
| 9/2/2016 | Nowitz, Raoul | 715 - Tax Reviews<br>Attention to review of presentation materials from Proskauer to EFH Corp. Disinterested Directors on State of Texas tax claims. | 1.50 |

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of NEE stock price and other relevant metrics pertaining to recoverable value | 2.00 |
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of various data room files including claims and cash projected cash balances and impact on recovery. | 3.50 |
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to further review of certain professional fee allocations and projections as it relates to value recoveries | 1.50 |
| 9/2/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to research and review of the recent objection by Asbestos Claimants to Merger Agreement and Termination fee relating to purchase of Oncor; assess impact on cash. | 2.00 |
| 9/2/2016 | Cumbee, Matthew | 710 - Bid Review 2016<br>Attention to review and iteration of updated waterfall / recovery analysis based on information provided in latest Board materials | 4.00 |
| 9/2/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to reviewing documents in the data room relevant to new E-side discovery requests and its impacts on EFH Corp. cash | 3.00 |
| 9/3/2016 | Nowitz, Raoul | 715 - Tax Reviews<br>Attention to review of email from counsel to EFH Corp Disinterested Directors pertaining to State of Texas tax claims | 0.50 |
| 9/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of latest waterfall / recoveries based on latest DIP extension materials | 3.00 |
| 9/5/2016 | Nowitz, Raoul | 730 - Project Management and Support<br>Attention to internal review and discussion relating to emails (as requested by counsel) related to discovery matters. | 1.00 |
| 9/5/2016 | Nowitz, Raoul | 710 - Bid Review 2016<br>Attention to review of EVR materials forwarded by K&E pertaining to waterfall recoveries under the NEE transaction construct | 3.50 |
| 9/5/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of draft Disclosure Statement for Third Amended Joint Plan of Reorganization, focus on EFH Corp elements | 3.00 |
| 9/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of EFH professional fees analysis; assess impact on EFH projected cash at emergence | 3.50 |
| 9/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to further review of make-whole claims balances; impact on surplus recovery of EFH Corp. | 2.00 |
| 9/6/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to further review of draft Disclosure Statement for Third Amended Joint Plan of Reorganization; impact on EFH Corp. recoveries | 2.50 |
| 9/6/2016 | Cumbee, Matthew | 710 - Bid Review 2016<br>Attention to updating the financial analysis relating to NEE, including trending stock and debt prices, in light of recent market changes | 4.00 |
| 9/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| | | Attention to review of cash projections in EVR analysis provided via K&E pertaining to inclusion in the E-side disclosure statement. | |
| 9/7/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to internal review and iteration of specific elements of EVR-prepared analysis for inclusion in the E-side Disclosure Statement. | |
| 9/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of certain allocated expenses to EFH Corp. as compared to prior plan allocations | |
| 9/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of ticking fee revisions under NEE bid and impact on recoveries | |
| 9/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of EFH Corp. balances and allocation of recovery between beneficiary and non-beneficiary claimants. | |
| 9/8/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.50 |
| | | Attention to further understanding Continuity of Interest allocations under proposed transaction construct and impact on EFH Corp. recoveries. | |
| 9/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of stock price performance trends and impact on recoveries | |
| 9/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 4.50 |
| | | Attention to review of latest amended E-side DS and related filings as it relates to EFH Corp. recoveries | |
| 9/8/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of filed Disclosure Statement, specifically, potential issues associated with NEE purchase of Oncor and T side spin. | |
| 9/8/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to review and discussion relating to the latest amended E-side Disclosure Statement with attention on EFH Corp. impacts. | |
| 9/8/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review and analysis of the NEE ticking fee consideration and impact on waterfall / recoveries | |
| 9/9/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to review of materials pertaining to EFIH make-whole dispute by creditors. | |
| 9/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of latest EFH/EFIH emergence projection cash forecast. | |
| 9/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of EFIH pre-emergence cash schedule as it relates to the impact of a new 1L DIP facility | |
| 9/10/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review and iteration of monthly budget for required submission | |
| 9/10/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of NEE stock performance and related metrics. | |

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 9/11/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of the latest EFH/EFIH cash at emergence projections and impact on waterfall / recoveries | 1.00 |
| 9/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of various cash-related files pertaining to cash projections | 3.50 |
| 9/12/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to discussions with Proskauer on certain expenses allocated to EFH Corp and impact on recoveries | 1.00 |
| 9/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to correspondence with EVR on specific emergence deductions and related cash impacts | 1.00 |
| 9/12/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to further review of revised disclosure statement and roll-forward cash balance issues. | 1.50 |
| 9/12/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of EFH stakeholder recoveries based on current estimates of timing. | 1.00 |
| 9/13/2016 | Nowitz, Raoul | 730 - Project Management and Support<br>Attention to discovery request matters as requested by Proskauer in the context of recoveries to EFH Corp and next steps | 3.50 |
| 9/13/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of disclosure statement issues and related impacts on recoveries | 1.00 |
| 9/13/2016 | Nowitz, Raoul | 730 - Project Management and Support<br>Attention to review of SOLIC time reporting requirements | 2.00 |
| 9/13/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to analysis stemming from review of various EFH cash balance files posted to the data room | 4.00 |
| 9/14/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to continued review of disclosure statement issues with related impacts on recoveries | 2.00 |
| 9/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of Make-whole and PPI interest in light of discussions with counsel pertaining to potential settlements. | 2.00 |
| 9/14/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review and follow-up relating to K&E omnibus reply to objections dated 09/14 regarding termination fee approval. | 3.00 |
| 9/14/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance<br>Attention to participation on bi-weekly board call. | 0.50 |
| 9/15/2016 | Nowitz, Raoul | 730 - Project Management and Support<br>Attention to review of monthly budget based on team planning | 2.00 |
| 9/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of various docket filings with a focus on impact on EFH Corp. | 1.50 |
| 9/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to further review of variance analysis as prepared by team with associated cash impacts | 1.50 |
| 9/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |

## Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| | | Attention to further review of ancillary fees included in EFH professional fees schedule with related impact on EFH Corp. recoveries | |
| 9/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to review of break-up fee materials as related to impacts on EFH Corp. recoveries | |
| 9/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of break-up fee related matters and impact on recoveries | |
| 9/15/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest Board materials provided by EVR with focus on EFH Corp. elements | |
| 9/15/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to reviewing prior analyses regarding MW and PPI and potential impact on recoveries | |
| 9/15/2016 | Cumbee, Matthew | 730 - Project Management and Support | 1.00 |
| | | Attention to developing a required budget requirement for select months. | |
| 9/15/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to research and review of materials relating to the suitability of NEE's proposed break-up fee and potential impact on waterfall / recoveries | |
| 9/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Kirkland & Ellis brief re break-up fee and other matters. | |
| 9/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of latest cash projections based on latest updated waterfall | |
| 9/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of cash based on questions from Proskauer | |
| 9/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of board materials with a focus on EFH Corp. and related impacts | |
| 9/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to follow-up based on latest revisions to emergence cash waterfall | |
| 9/16/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to EFH board meeting via teleconference. | |
| 9/16/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of board materials in preparation for board teleconference. | |
| 9/16/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to review and iteration of latest waterfall / recovery model, updated based on the latest Board materials and ongoing negotiations with bidders | |
| 9/16/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the K&E briefing on the proposed NextEra break-up fee | |
| 9/16/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to further research relating to break-up fees in recent large scale bankruptcy filings | |
| 9/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Fee |
|---|---|---|---|
| 9/18/2016 | Nowitz, Raoul | Attention to further review of EFH Corp. projected cash and recovery elements. <br> 710 - Bid Review 2016 | 0.50 |
| 9/18/2016 | Nowitz, Raoul | Attention to review of Co-CRO update on NEE proposal developments <br> 710 - Bid Review 2016 | 1.50 |
| 9/19/2016 | Nowitz, Raoul | Attention to review of latest waterfall analysis on NEE bid including internal follow-up <br> 710 - Bid Review 2016 | 3.50 |
| 9/19/2016 | Nowitz, Raoul | Attention to further review of latest NEE waterfall analysis, including comparison to prior versions and internal iteration <br> 718 - Meeting with counsel and with other | 0.50 |
| 9/19/2016 | Nowitz, Raoul | Attention to discussion with counsel on NEE latest bid and process <br><br> 725 - Dataroom and Diligence Materials | 3.00 |
| 9/19/2016 | Nowitz, Raoul | Attention to review of materials and updates post the 09.19.2016 court hearing. <br> 725 - Dataroom and Diligence Materials | 2.50 |
| 9/19/2016 | Cumbee, Matthew | Attention to initial review of chronological bid progression data as discussed with Proskauer. <br> 710 - Bid Review 2016 | 4.00 |
| 9/19/2016 | Cumbee, Matthew | Attention to updating the waterfall / recovery model based on latest negotiations with bidders <br> 718 - Meeting with counsel and with other | 1.00 |
| 9/19/2016 | Cumbee, Matthew | Attention to internal call with counsel to discuss next steps and timing <br> 710 - Bid Review 2016 | 4.00 |
| 9/20/2016 | Nowitz, Raoul | Attention to development of analysis pertaining to the chronology of bids received and related expected recoveries, to-date <br> 725 - Dataroom and Diligence Materials | 1.50 |
| 9/20/2016 | Cumbee, Matthew | Attention to review of latest cash details provided by Evercore and related impacts <br> 730 - Project Management and Support | 1.00 |
| 9/22/2016 | Luria, Neil | Attention to review of August time entries for the latest fee statement <br> 705 - Plan Development and Testimony | 2.00 |
| 9/22/2016 | Nowitz, Raoul | Attention to review of 9/19 hearing transcript related to NEE Merger Agreement/break-up fee issues. <br> 730 - Project Management and Support | 2.00 |
| 9/23/2016 | Nowitz, Raoul | Attention to preparation and review of monthly budget tasks and hours <br> 730 - Project Management and Support | 3.00 |
| 9/26/2016 | Nowitz, Raoul | Attention to review of latest documents filed with the bankruptcy court relating to elements impact on recoveries <br> 710 - Bid Review 2016 | 3.00 |
| 9/27/2016 | Nowitz, Raoul | Attention to review of progression of bids and related recoveries to determine increases in stakeholder value <br> 710 - Bid Review 2016 | 1.50 |
| 9/27/2016 | Nowitz, Raoul | Attention to review of materials on PUCT meeting feedback and correspondence with counsel on same. <br> 725 - Dataroom and Diligence Materials | 1.50 |

**Energy Future Holdings Corp – September 2016**

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 9/27/2016 | Nowitz, Raoul | Attention to review of latest dataroom cash file postings and communications with counsel on same.<br>710 - Bid Review 2016 | 0.50 |
| 9/27/2016 | Nowitz, Raoul | Attention to review of EFH/NEE letter to the PUCT/judge pertaining to basis of payment of break-up fees.<br>725 - Dataroom and Diligence Materials | 0.50 |
| 9/28/2016 | Nowitz, Raoul | Attention to review of updates on EFIH make-whole hearings; impact on EFH Corp.<br>725 - Dataroom and Diligence Materials | 2.00 |
| 9/29/2016 | Cumbee, Matthew | Attention to further review of professional fee projections and discussions with counsel on same.<br>725 - Dataroom and Diligence Materials | 1.00 |
| 9/29/2016 | Nowitz, Raoul | Attention to further review of the latest professional fee allocation file posted to the data room<br>730 - Project Management and Support | 4.00 |
| 9/29/2016 | Hogan, Paul | Attention to various work plan and project management matters<br>795 - Fee Applications/Retention | 3.00 |
| 9/30/2016 | Luria, Neil | Attention to review and filing of the August monthly fee statement.<br>729 - EFH Board Meeting Attendance | 1.50 |
| 9/30/2016 | Nowitz, Raoul | Attention to EFH Board meeting via teleconference.<br>725 - Dataroom and Diligence Materials | 2.00 |
| 9/30/2016 | Nowitz, Raoul | Attention to review of board materials pre-board call.<br>729 - EFH Board Meeting Attendance | 1.00 |
| 9/30/2016 | Nowitz, Raoul | Attention to participation on board call.<br>725 - Dataroom and Diligence Materials | 2.50 |
| 9/30/2016 | Cumbee, Matthew | Attention to review of emergence costs analyses and related discussion with Evercore<br>725 - Dataroom and Diligence Materials | 3.00 |
| 9/30/2016 | Nowitz, Raoul | Attention to review of the latest make-whole roll-forward analysis posted to the data room in comparison with prior claims analyses<br>725 - Dataroom and Diligence Materials | 2.00 |
| 9/30/2016 | Cumbee, Matthew | Attention to further review of emergence cash based on correspondence with EVR.<br>725 - Dataroom and Diligence Materials | 2.50 |
| 9/30/2016 | Cumbee, Matthew | Attention to the review of the latest Board Materials provided by EVR<br>725 - Dataroom and Diligence Materials | 3.00 |
|  |  | Attention to review and discussion relating to emergence costs and related analyses associated with EFH Corp. recoveries. |  |

# Energy Future Holdings Corp – October 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 10/1/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of the EFH Master Services Agreement posted to the data room; assess impacts of same. | 3.00 |
| 10/3/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of case matters and impact on EFH Corp recovery | 4.00 |
| 10/3/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of NEE financials and related with a view on any key changes in performance/financial condition | 3.00 |
| 10/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to further review of updated make whole claims analysis, including review of prior make whole calculations and roll-forwards | 3.00 |
| 10/4/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to further review and discussion of latest MW roll-forward calculations and potential impact on waterfall / recoveries | 2.50 |
| 10/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to court make-whole matters within the context of impacts on recoveries | 3.00 |
| 10/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of emergence costs and professional fees pertaining to emergence date recoveries | 2.50 |
| 10/7/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to continued tracking of NextEra's recent financial performance as it relates to sustained ability to close the transaction as proposed | 2.00 |
| 10/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of case matters and filings | 2.00 |
| 10/10/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of Plan and Disclosure Statement to understand flow of funds and E side confirmation process. | 3.00 |
| 10/10/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of Aug MOR and follow-up on same. | 4.50 |
| 10/11/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of latest filings including the Plan Supplement (Third Amended and Final Plan Supplement as it relates to TCEH and EFH Shared Services) | 2.00 |
| 10/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of select monthly fee statements pertaining to allocations and impact on recoveries | 1.50 |
| 10/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of docket and other materials for elements associated with emergence adjustments, EFH Corp. cash projections, and related | 3.00 |
| 10/14/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to continued tracking of NextEra's recent financial performance as it relates to sustained ability to close the transaction as proposed | 2.00 |
| 10/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of de minimum asset sales in the context of value being ascribed to EFH Corp. | 1.00 |

# Energy Future Holdings Corp – October 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 10/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of cash diligence items including projected emergence adjustments, trends as reviewed in MORs, and estimated cash at emergence | 3.00 |
| 10/18/2016 | Cumbee, Matthew | 730 - Project Management and Support<br>Attention to review and edit of the September Fee Statement | 2.00 |
| 10/19/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of Aug 2016 MOR with an assessment of run-rate and relative to estimated burn to emergence | 2.50 |
| 10/21/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to continued tracking of NextEra's recent financial performance as it relates to sustained ability to close the transaction as proposed | 2.00 |
| 10/21/2016 | Hogan, Paul | 795 - Fee Applications/Retention<br>Attention to review and filing of September Fee Statement | 3.00 |
| 10/22/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of board materials circulated in advance of 10/25 board teleconference. | 1.00 |
| 10/23/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to detailed review of the August MOR and comparison to plan | 3.00 |
| 10/23/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to development of questions stemming from the review of the August MOR | 2.00 |
| 10/24/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of board materials, focus on elements pertaining to EFH Corp. | 2.50 |
| 10/24/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to further review of MORs with an assessment on cash burn and cash projections | 2.00 |
| 10/25/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of latest cash projection to prior version with focus on differences and items requiring follow-up | 3.00 |
| 10/25/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance<br>Attention to participation on board call. | 1.50 |
| 10/25/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of make whole impacts on waterfall recovery based on board discussion | 2.00 |
| 10/25/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of Tony Horton and Kris Moldovan deposition transcripts. | 3.50 |
| 10/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of the latest EFH/EFIH liquidity projections to develop a variance analysis and related questions | 4.00 |
| 10/25/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance<br>Attention to participation in board call. | 1.50 |
| 10/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to further review of Aug 2016 MOR including EVR responses. | 2.00 |
| 10/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of latest emergence cash projection as provided by Evercore. | 1.00 |

# Energy Future Holdings Corp – October 2016

| Date | Person | Activity Code | Duration | Duration |
|---|---|---|---|---|
| 10/26/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of David Ying, Thomas Vasquez expert reports. | | 2.00 |
| 10/26/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of John Stuart expert reports and financial analysis thereof. | | 2.50 |
| 10/27/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of Paul Keglevic deposition transcript, with follow-up on EFH Corp. elements | | 3.00 |
| 10/27/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of D. Ying expert report dated 10/21/16 with required follow-up. | | 3.00 |
| 10/27/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to further review and iteration of the EFH/EFIH liquidity variance analysis | | 4.00 |
| 10/28/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of Hickson, Hunter and Wright deposition transcripts. | | 4.00 |
| 10/28/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of A. Horton deposition transcript Oct 18th for financial elements and related follow-up. | | 2.50 |
| 10/28/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of P. Keglevic deposition transcript (Oct 13th) on financial elements with related follow-up. | | 3.00 |
| 10/28/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to continued tracking of NextEra's recent financial performance as it relates to sustained ability to close the transaction as proposed | | 2.00 |
| 10/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of A. Wright deposition transcript dated 10/19/2016 on financial elements with require follow-up | | 2.00 |
| 10/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of M. Hunter deposition transcript (held on 10/19/2016) with required follow-up | | 1.00 |
| 10/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of T. Vasquez expert report dated 10/21/2016 on asbestos liability estimation. | | 2.00 |
| 10/29/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony<br>Attention to review of David Ying's expert report regarding plan feasibility (dated 10/21/2016) | | 3.00 |
| 10/29/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony<br>Attention to review and discussion relating to A. Horton's deposition transcript | | 3.00 |
| 10/29/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony<br>Attention to review of T. Vasquez expert report regarding asbestos liability claims | | 2.50 |
| 10/30/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of M. Hickson deposition transcript dated 10/25/2016 for financial elements and related follow-up | | 2.50 |
| 10/30/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to initial review of J. Stuart (A&M) hypothetical liquidation analysis. | | 2.50 |

**Energy Future Holdings Corp – October 2016**

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 10/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to further follow-up based on review of various deposition transcripts pertaining to EFH Corp. matters | 3.50 |
| 10/30/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony<br>Attention to review of M. Hickson deposition transcript, including internal discussions on the same | 1.00 |
| 10/30/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony<br>Attention to review of K. Moldovan deposition transcript, including internal discussion on same | 2.00 |
| 10/30/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony<br>Attention to review and analysis relating to J. Stuart's liquidation analysis | 4.00 |
| 10/31/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of K. Moldovan deposition transcript 10/13/2016 on financial elements with follow-up on same. | 1.00 |
| 10/31/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of board materials related to TTHC and OMI transaction and implications on EFH recoveries. | 1.50 |
| 10/31/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to update discussion with Proskauer on key outstanding elements, case status and next steps | 0.50 |
| 10/31/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to post-Proskauer call follow-up/review pertaining to items associated with EFH Corp. cash elements | 2.50 |
| 10/31/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of materials from Proskauer on the NextEra purchase of the minority interest in Oncor. | 2.00 |
| 10/31/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony<br>Attention to review of the latest Board Deck and Resolutions, including materials relating to NextEra's purchase of Oncor minority interest | 4.00 |

# Energy Future Holdings Corp – November 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 11/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of NEE and Oncor filings details with the PUC | 2.00 |
| 11/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of J. Stuart expert report on E-side Liquidation analysis and other materials ahead of call to review the report. | 3.00 |
| 11/1/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of the David Ying Feasibility report and impact on EFH Corp. | 4.00 |
| 11/2/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to participation on call with J. Stuart of A&M on E-side Liquidation Analysis and post-call follow-up | 1.00 |
| 11/2/2016 | Nowitz, Raoul | 730 - Project Management and Support<br>Attention to review of docket pertaining to latest filings and motions, review of same. | 1.50 |
| 11/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to detailed review and development of questions relating to the E-side liquidation analysis | 4.00 |
| 11/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of documents filed with the PUC re: NextEra and purchase of Oncor | 2.50 |
| 11/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of prior cash analyses and cash projections | 3.50 |
| 11/4/2016 | Cumbee, Matthew | 730 - Project Management and Support<br>Attention to review of time entries for September fee application | 1.00 |
| 11/4/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of the bankruptcy docket to review any pertinent filings and/or motions | 2.50 |
| 11/4/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to further review and update of the EFH/EFIH cash variance analyses | 2.50 |
| 11/7/2016 | Luria, Neil | 750 - Travel Time<br>Attention to travel to NYC for Evercore meetings. | 3.50 |
| 11/7/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to correspondence with EVR and team on items associated with EFH Corp diligence items | 1.00 |
| 11/8/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to meeting at Evercore to discuss current status of EFH cash forecasts and confirmation process. | 2.00 |
| 11/8/2016 | Nowitz, Raoul | 750 - Travel Time<br>Attention to travel to New York for meeting with Evercore. | 4.00 |
| 11/8/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to participation at meeting with Evercore regarding case update and related. | 0.50 |
| 11/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to Evercore post-meeting follow-up on various diligence matters pertaining to EFH Corp. recoveries | 4.00 |
| 11/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of news on status of Supreme Court ruling on prior first lien refi | 1.00 |
| 11/8/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |

# Energy Future Holdings Corp – November 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 11/8/2016 | Cumbee, Matthew | Attention to a call with Evercore to discuss latest plan developments<br>725 - Dataroom and Diligence Materials | 1.50 |
| 11/9/2016 | Luria, Neil | Attention to review of documents relating to the previous ruling by the Supreme Court regarding the refinancing of the first liens<br>705 - Plan Development and Testimony | 3.00 |
| 11/9/2016 | Luria, Neil | Attention to review of D. Ying deposition transcripts.<br>750 - Travel Time | 3.00 |
| 11/9/2016 | Nowitz, Raoul | Attention to travel from NYC after Evercore meeting<br>750 - Travel Time | 4.00 |
| 11/10/2016 | Nowitz, Raoul | Attention to return travel post meeting with Evercore.<br>705 - Plan Development and Testimony | 1.00 |
| 11/11/2016 | Nowitz, Raoul | Attention to review of D. Ying deposition transcript dated 11/8/2016; impact on EFH Corp. elements<br>718 - Meeting with counsel and with other | 0.50 |
| 11/11/2016 | Nowitz, Raoul | Attention to correspondence with Proskauer pertaining to case status, items for review, and elements from Evercore meeting<br>725 - Dataroom and Diligence Materials | 3.50 |
| 11/11/2016 | Cumbee, Matthew | Attention to further review of items as a result of review of deposition testimony pertaining to EFH Corp cash and recoveries<br>725 - Dataroom and Diligence Materials | 2.50 |
| 11/12/2016 | Nowitz, Raoul | Attention to review of the bankruptcy docket to review any pertinent filings and/or motions<br>725 - Dataroom and Diligence Materials | 3.00 |
| 11/15/2016 | Nowitz, Raoul | Attention to further review of materials pertaining to deposition testimony and required follow-up on diligence items<br>725 - Dataroom and Diligence Materials | 2.50 |
| 11/16/2016 | Nowitz, Raoul | Attention to review of trustee's objection to the 4th amended plan, discussion with Proskauer, follow-up on same<br>705 - Plan Development and Testimony | 5.50 |
| 11/16/2016 | Luria, Neil | Attention to review of financial elements of various limited objections to the Plan filed on 11/15<br>705 - Plan Development and Testimony | 2.00 |
| 11/17/2016 | Nowitz, Raoul | Attention to review of deposition transcripts and related review of potential impact of delayed effectiveness on EFH liquidity and cash available for EFH stakeholders.<br>718 - Meeting with counsel and with other | 0.50 |
| 11/17/2016 | Nowitz, Raoul | Attention to discussions with Proskauer on Third Circuit make whole rulings; impact on recoveries<br>725 - Dataroom and Diligence Materials | 3.50 |
| 11/17/2016 | Nowitz, Raoul | Attention to financial analysis and related recovery impacts in light of Third Circuit ruling on make-wholes<br>725 - Dataroom and Diligence Materials | 2.00 |
| 11/17/2016 | Luria, Neil | Attention to review of Third Circuit ruling on make-wholes and related follow-up.<br>705 - Plan Development and Testimony | 3.50 |
| 11/17/2016 | Cumbee, Matthew | Attention to review of Circuit Court opinion related to Make Wholes and analysis of potential implications.<br>725 - Dataroom and Diligence Materials | 2.50 |
| 11/17/2016 | Cumbee, Matthew | Attention to review of documents pertaining to the Third Circuit's decision to overturn the make whole ruling<br>725 - Dataroom and Diligence Materials | 1.50 |

# Energy Future Holdings Corp – November 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 11/18/2016 | Luria, Neil | Attention to update of analyses as it pertains to the latest make whole ruling and potential impact on EFH recoveries<br>729 - EFH Board Meeting Attendance | 1.50 |
| 11/18/2016 | Nowitz, Raoul | Attention to participation in EFH Board teleconference.<br>725 - Dataroom and Diligence Materials | 2.00 |
| 11/18/2016 | Nowitz, Raoul | Attention to review of board materials<br>729 - EFH Board Meeting Attendance | 1.50 |
| 11/18/2016 | Nowitz, Raoul | Attention to participation on weekly board call<br>725 - Dataroom and Diligence Materials | 4.00 |
| 11/18/2016 | Cumbee, Matthew | Attention to further review and analysis pertaining to third-circuit make-whole ruling and other elements with assessment of impact on EFH Corp.<br>725 - Dataroom and Diligence Materials | 2.50 |
| 11/18/2016 | Cumbee, Matthew | Attention to review of the bankruptcy docket to review any pertinent filings and/or motions with focus on EFH Corp. elements<br>725 - Dataroom and Diligence Materials | 2.00 |
| 11/18/2016 | Cumbee, Matthew | Attention to further review and update of analyses as it pertains to the latest make whole ruling and potential impact on EFH recoveries<br>725 - Dataroom and Diligence Materials | 1.50 |
| 11/21/2016 | Nowitz, Raoul | Attention to review of the latest board materials<br>730 - Project Management and Support | 1.00 |
| 11/21/2016 | Nowitz, Raoul | Attention to review of docket and related elements pertaining to latest issues and items impacting recoveries<br>705 - Plan Development and Testimony | 2.00 |
| 11/21/2016 | Luria, Neil | Attention to review of run-rate spend on certain expenses with impact on emergence cash<br>705 - Plan Development and Testimony | 2.50 |
| 11/22/2016 | Nowitz, Raoul | Attention to review of draft plan documentation and related impact of cash roll forward for EFH and EFIH.<br>718 - Meeting with counsel and with other | 0.50 |
| 11/22/2016 | Nowitz, Raoul | Attention to communication with team pertaining to outstanding items and follow-up<br>730 - Project Management and Support | 2.00 |
| 11/22/2016 | Cumbee, Matthew | Attention to review of items for delivery of required reporting including hours and budgeted areas of focus<br>725 - Dataroom and Diligence Materials | 3.50 |
| 11/22/2016 | Luria, Neil | Attention to further review of materials as it relates to the various depositions / testimonies filed with the court<br>705 - Plan Development and Testimony | 3.00 |
| 11/23/2016 | Nowitz, Raoul | Attention to continued review of draft plan documentation and related review of cash roll forward for EFH and EFIH.<br>730 - Project Management and Support | 1.00 |
| 11/23/2016 | Cumbee, Matthew | Attention to review of additional items and sign-off for delivery to the Fee Committee<br>725 - Dataroom and Diligence Materials | 2.50 |
| 11/23/2016 | Cumbee, Matthew | Attention to detailed review of legal analysis pertaining to the latest judgement on make whole claims; impact on recoveries<br>725 - Dataroom and Diligence Materials | 3.00 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

# Energy Future Holdings Corp – November 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 11/24/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to further review and update of analyses as it pertains to NextEra's financial wherewithal in light of the recent make whole ruling and potential ask to increase cash consideration | 4.00 |
| 11/24/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to further review and update of analyses as it relates to NextEra's market performance and financial trends | 4.00 |
| 11/25/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to update of financial analyses relating to the make whole claims and impact on potential recoveries for EFH creditors | 1.00 |
| 11/25/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of materials pertaining to opposition to the motion to dismiss the Ch. 11 case of the asbestos debtors | 1.00 |
| 11/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of reply in support of motion to dismiss the asbestos debtors for financial elements within the context of financial impacts | 2.50 |
| 11/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of the bankruptcy docket to review any pertinent filings and/or motions with a focus on items impacting on EFH Corp. recoveries | 3.00 |
| 11/28/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to review of materials pertaining to the asbestos debtors and related opposition to the motion to dismiss the Ch. 11 case | 0.50 |
| 11/28/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to participation on call with Evercore on diligence items and status elements | 3.00 |
| 11/28/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to various matters on case status post call with Evercore. | 0.50 |
| 11/28/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to participation on call with Proskauer re updates, status and next steps | 1.00 |
| 11/28/2016 | Hogan, Paul | 795 - Fee Applications/Retention<br>Attention to participation on update call with team and post-call follow-up. | 3.00 |
| 11/28/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review and filing of October Fee Statement | 1.50 |
| 11/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to further review of D. Ying's expert testimony as it relates to impact of the latest make whole ruling; impact on recoveries | 2.00 |
| 11/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to discussions with team and related follow-up on various elements on key items including make-wholes, cash diligence, views on recoveries | 2.00 |
| 11/29/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to additional follow-up on certain required diligence items post discussion with counsel (Proskauer) | 4.00 |

# Energy Future Holdings Corp – November 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| | | Attention to further review of D. Ying's expert testimony regarding EFIH make whole claims, as well as review and update of internal calculations and models relating to the same | |
| 11/29/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review and financial analysis related to amended plan document. | |
| 11/29/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of proposed CRO Term Sheet and other plan related documents. | |
| 11/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of the Sep 2016 MOR, comparison to other info and prior estimates of cash burn, and discussion with team on same | |
| 11/30/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to communications with EVR pertaining to Sep 2016 MOR observations. | |
| 11/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of board materials ahead of 11.2016 board call; follow-up on same | |
| 11/30/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of latest Board materials and internal discussion regarding the same | |
| 11/30/2016 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to telephonic attendance on Board Call | |
| 11/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of materials on make-whole status post board call; follow-up on same | |
| 11/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of board materials and plan documentation in advance of board call. | |
| 11/30/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to participation in EFH Board teleconference. | |
| 11/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review and analysis of Amended Plan and cash forecasts. | |
| 11/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to analysis of board materials related to Plan Amendment. | |

# Energy Future Holdings Corp – December 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 12/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to participation on status update call with Proskauer | 0.50 |
| 12/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to follow-up post call with counsel and pre and post call diligence follow-up pertaining to same | 3.00 |
| 12/1/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of amended plan and analysis thereof. | 1.50 |
| 12/1/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to analysis of CRO Term Sheet and potential negotiation strategies. | 1.50 |
| 12/2/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other<br>Attention to correspondence with Proskauer and Evercore on cash variance questions, follow-up on same including items for further follow-up | 2.00 |
| 12/5/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to further review of financial analysis of amended plan. | 1.50 |
| 12/5/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of structure of plan and potential conditions to closing. | 1.00 |
| 12/6/2016 | Nowitz, Raoul | 795 - Fee Applications/Retention<br>Attendance on call with Proskauer to discuss fee app matters. | 0.50 |
| 12/9/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of Restructuring Update materials in advance of the EFH/EFIH board meeting and of financial analysis related to recovery by EFH stakeholders. | 1.50 |
| 12/9/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of Board materials in advance of Board call | 1.00 |
| 12/9/2016 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance<br>Attention to EFH Board call attendance | 0.50 |
| 12/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of board materials | 2.00 |
| 12/9/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance<br>Attention to participation on bi-weekly board call. | 1.00 |
| 12/10/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of post-hearing brief in support of motion to dismiss the Chapter 11 petition of asbestos debtors | 1.00 |
| 12/10/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of Oct 2016 MORs and related follow-up | 3.00 |
| 12/10/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to comparison of MOR to other analysis; assessment of cash burn trends to emergence | 2.00 |
| 12/10/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of latest MOR for unexpected changes in EFH cash balances; follow up on same | 2.50 |
| 12/11/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to update of cash variance analysis as it relates to actual cash reported on the MOR and projected cash from files posted to data room | 2.00 |
| 12/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to further review of waterfall analytics based on latest make whole discussions; impacts on recoveries | 3.00 |

**Energy Future Holdings Corp – December 2016**

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 12/13/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of docket and relevant filings including follow-up and project management matters | |
| 12/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to discussions with team on status and next steps; focus on cash projection elements and work plan related thereto | |
| 12/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of cash trends based on latest information provided and assessment of range of potential cash recoveries at emergence | |
| 12/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of Plan documentation and Board Presentation materials. | |
| 12/16/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to participation in EFH Board Meeting. | |
| 12/16/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of revised cash flow matters in order to understand impact to EFH stakeholders of current proposed Plan. | |
| 12/16/2016 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance to the EFH Board call | |
| 12/16/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the latest Board materials in-advance of the call, including update of waterfall / recovery analyses based on latest negotiations re: MW claims and settlements | |
| 12/19/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of Debtor's Petition for Rehearing En Banc. | |
| 12/19/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of the Court's opinion with respect to Asbestos parties. | |
| 12/19/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of docket for latest filings; review of select filings and follow-up thereto | |
| 12/20/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of Judge Sontchi ruling on Opinion Denying the MTD Asbestos Debtors' Case; discussion with team on same | |
| 12/20/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to discussion with Proskauer on the opinion denying the asbestos claimants' MTD the asbestos debtors' cases | |
| 12/20/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to follow-up on financial elements in the opinion denying the asbestos claimants' MTD the asbestos debtors' cases | |
| 12/20/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of plan documentation and settlement documentation related to proposal to first and second liens re make wholes. | |
| 12/20/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of economic impact of settlement and cash roll-forward implications. | |
| 12/22/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of EFH cash build as of 12/1/2016 provided by Evercore and analyzing total adjusted EFH cash as of 4/30. | |

# Energy Future Holdings Corp – December 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 12/22/2016 | Nowitz, Raoul | 730 - Project Management and Support<br>Attention to review of case status, case filings, and go-forward work plan needs | 2.00 |
| 12/22/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of latest cash at emergence files provided by Evercore and comparison against prior versions | 2.00 |
| 12/24/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to further update of variances analyses as it relates to the latest cash at emergence projections provided by Evercore | 4.00 |
| 12/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to further update of the waterfall / recovery analysis based on updated assumptions regarding Make whole claim allowances | 3.50 |
| 12/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials<br>Attention to review of the latest professional fees projections as it relates to EFH cash balances and projections at emergence | 2.50 |
| 12/27/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of EFIH/PIK proposed term sheet related to make whole escrow settlement and amended plan. | 1.50 |
| 12/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials<br>Attention to review of board materials, revisit prior board materials, discussion with team on same. | 3.00 |
| 12/27/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance<br>Attention to participation on board call with post-call follow-up with team. | 1.00 |
| 12/27/2016 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance<br>Attention to attendance on the Board call | 1.00 |
| 12/27/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to Review of impact of PIK proposal on EFH stakeholder recovery and related matters. | 1.50 |
| 12/28/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review of filed plan documentation and review of implications to EFH cash at effectiveness. | 3.00 |
| 12/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony<br>Attention to review of latest case developments and related; follow-up as required | 2.00 |
| 12/29/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to further review of revised plan document and financial impact thereof. | 1.00 |
| 12/29/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to reviewing cash roll-forward and analysis of implications of value to EFH stakeholders. | 2.00 |
| 12/30/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to further review of draft plan and current negotiations with PIK noteholders and first and second lien lenders. | 1.00 |
| 12/30/2016 | Hogan, Paul | 795 - Fee Applications/Retention<br>Attention to review, preparation of November monthly fee statement. | 3.00 |
| 12/30/2016 | Luria, Neil | 705 - Plan Development and Testimony<br>Attention to review and comparison of impact of various scenarios on EFH cash position and recovery of EFH stakeholders. | 1.50 |