**Exhibit D**

[Detailed Description of Expenses Incurred]

# Energy Future Holdings Corp – November 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 11/7/2016 | Luria, Neil | AIR - Airfare | $ 437.10 |
| | | One-way, economy class to LGA for Evercore meeting | |
| 11/9/2016 | Luria, Neil | AIR - Airfare | $ 626.10 |
| | | One-way, economy class to CLE for return trip | |
| 11/8/2016 | Nowitz, Raoul | AIR - Airfare | $ 568.10 |
| | | One-way, economy class to LGA for Evercore meeting | |
| 11/9/2016 | Nowitz, Raoul | AIR - Airfare | $ 248.10 |
| | | One-way, economy class to ATL for return trip | |
| | | **Total Airfare:** | **$ 1,879.40** |
| 11/9/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 92.98 |
| | | Cab to home | |
| 11/8/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 23.79 |
| | | Cab to dinner | |
| 11/8/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 52.44 |
| | | Cab to Evercore meeting | |
| 11/8/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 31.59 |
| | | Cab to hotel | |
| 11/9/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 17.25 |
| | | Cab to Penn Station | |
| 11/9/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Parking ATL | |
| | | **Total Ground Transportation:** | **$ 286.05** |
| 11/9/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 1,000.00 |
| | | Room rate and taxes - 2 nights in NY | |
| 11/9/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 477.81 |
| | | Room rate and taxes - 1 night in NY | |
| | | **Total Hotel and Lodging:** | **$ 1,477.81** |
| 11/8/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s):   R. Nowitz | |
| 11/8/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.89 |
| | | Attendee(s): R. Nowitz | |
| 11/10/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.46 |
| | | Attendee(s): R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 65.35** |
| 11/9/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from home to airport | |
| 11/10/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from airport to home | |
| | | **Total USA - Mileage:** | **$ 33.48** |
| | | | **$ 3,742.09** |