UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP. | § | Case No. 14-10979 (CSS) |
| et al., | § | |
| | § | |
| Debtors | § | Jointly Administered |

### WITHDRAWAL OF CLAIM

Claimant Michael Kenn Tate hereby withdraws Claim Number 4212 asserted against Debtor Luminant Generation Company LLC because he no longer desires to pursue his civil action against Debtor forming the basis of this claim.

Dated March 9, 2017.

Respectfully submitted,

/s/ Rod Tanner
**Rod Tanner**
Texas Bar No. 19637500
**Matt Pierce**
Texas Bar No. 24088226
**Tanner and Associates, PC**
6300 Ridglea Place, Suite 407
Fort Worth, Texas 76116-5706
817.377.8833 (phone)
817.377.1136 (fax)
rtanner@rodtannerlaw.com
mpierce@rodtannerlaw.com

Attorneys for Claimant

Approved:

_____
Michael Kenn Tate
Claimant

Withdrawal of Claim – Page 1

## Certificate of Service

The undersigned attorney certifies that on March 9, 2017, a copy of the foregoing document was served via U.S. First-Class Mail on the following attorneys of record.

Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington A venue
New York, New York 10022-4611
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

James H.M. Sprayregen, P.C.
Marc K.ieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Chicago, Illinois 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

/s/ Matt Pierce
**Matt Pierce**

**Tanner and Associates, P.C.**
6300 Ridglea Place, Suite 407
Fort Worth, Texas 76116-5706
817.377.8833
817.377.1136 (fax)
www.rodtannerlaw.com

Matt Pierce
Associate Attorney

March 9, 2017

Energy Future Holdings Corp. Claims Processing Center          Via UPS Next Day Delivery
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

    Re: Case No. 14-10979; *In re Energy Future Holdings Corp, et al.*

To Whom It May Concern:

    This firm, Tanner and Associates, PC, represents Michael Kenn Tate, who has asserted a claim against Debtor Luminant Generation Company LLC in the above-referenced case, currently pending in the U.S. Bankruptcy Court for the District of Delaware. Mr. Tate's claim was received on September 8, 2014 and was designated Claim Number 4212. The Debtors filed an objection to liability for that claim on February 24, 2017.

    Mr. Tate hereby withdraws Claim Number 4212. He no longer desires to pursue his civil action against the Debtor forming the basis of his claim. Accordingly, he will take the necessary steps to dismiss his civil action. Enclosed is a *Withdrawal of Claim* executed by Mr. Tate and by his counsel. Please advise if any further action is required to withdraw Mr. Tate's claim.

    Thank you for your attention to this matter.

                                            Sincerely,

                                            Matt Pierce

Enclosure

cc: Mark D. Collins (w/enclosure)
    Edward O. Sassower, P.C. (w/enclosure)
    James H.M. Sprayregen, P.C. (w/enclosure)

