IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 14-10979 (CSS) <br> : (Jointly Administered) <br> : <br> : **Obj. Deadline: 4/5/2017 at 4:00 p.m.** <br> : <br> : |

**COMBINED MONTHLY FEE STATEMENT OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ENERGY FUTURE HOLDINGS CORP. FEE COMMITTEE FOR THE PERIOD FROM NOVEMBER 1, 2016 THROUGH DECEMBER 31, 2016**

Benesch, Friedlander, Coplan & Aronoff LLP (BFC&A") hereby submits its *Combined Monthly Fee Statement of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period From November 1, 2016 Through December 31, 2016* (the "Fee Period") for professional legal services rendered as Delaware counsel for the Energy Future Holdings Corp. Fee Committee (the "Fee Committee"). In support of its application, BFC&A respectfully represents as follows:

### Jurisdiction

1.  The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2.      Pursuant to sections 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Employment and Retention of Benesch, Friedlander, Coplan & Aronoff, LLP as Delaware Counsel to the Fee Committee* [D.I. 8448], (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), BFC&A, as Delaware counsel to the Fee Committee hereby files this Fee Statement for (i) allowance of compensation in the amount of $4,649.50, 80% of such amount for reasonable and necessary legal services BFC&A rendered to the Fee Committee from November 1, 2016 through December 31, 2016 and (ii) allowance and payment of $57.70 for actual and necessary expenses it incurred during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

3.      The Cover Sheet for this Fee Statement provides a breakdown of the professionals that worked on this case, their hourly rate, the total hours each worked, and the blended rate of all professionals. It also provides a breakdown by category of the work done. The Cover Sheet also provides a breakdown of costs incurred for the services rendered. **Exhibit A** to this Fee Statement provides a breakdown by professional in tenths of an hour under each category outlined in the Cover Sheet. Expenses incurred are itemized at **Exhibit B**. Expenses incurred but not yet billed to the firm will be included in future fee statements.

2

### Proposed Payment Allocation

4.     Paragraph 2(b) of the Interim Compensation Order requires Professionals to allocate the fees and expenses sought in their Applications among (a) Energy Future Holdings Corp., (b) Energy Future Intermediate Holding Company LLC, and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases. As Delaware counsel to the Fee Committee, the compensation earned and expenses incurred by BFC&A should be allocated evenly amongst the Debtors.

### Representations

5.     While every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Fee Statement due to delays caused by accounting and processing during the Fee Period.

6.     BFC&A reserves the right to make further application for allowance of such fees and expenses not included herein. Subsequent Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, BFC&A requests allowance of its fees incurred from November 1, 2016 through December 31, 2016 in the in the amount of $4,649.50, payment of 80% of such fees, or $3,718.60 and allowance and payment of actual, necessary expenses in the amount of $57.50 for a total due of $3,777.10, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

9813595 v1

Dated: March 15, 2017

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 /s/ *Jennifer R. Hoover*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Co-Counsel for the Energy Future Holdings Corp. Fee Committee*

4