# EXHIBIT A

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
NOVEMBER 1, 2016   THROUGH DECEMBER 31, 2016

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 2.50 | $1,275.00 |
| | | | 2.50 | $1,275.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 0.80 | $268.00 |
| | | | 0.80 | $268.00 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 10.90 | $3,106.50 |
| | | | 10.90 | $3,106.50 |
| | | TOTAL: | 14.20 | $4,649.50 |

Combined Average Hourly Rate:   $327.43

Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2016

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/29/16 | CAH | Update docket to system for review of filed pleadings | 0.10 |
| 12/07/16 | CAH | Revise chart of important deadlines and dates; email to K. Boucher for review and comment | 0.20 |
| 12/28/16 | JRH | Review status | 0.20 |
| 12/28/16 | CAH | Update docket to system and review pleadings recently filed | 0.20 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 0.20 | $102.00 |
| | | | 0.20 | $102.00 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 0.50 | $142.50 |
| | | | 0.50 | $142.50 |
| | | TOTAL: | 0.70 | $244.50 |

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2016

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/01/16 | WMA | E-mails from/to J. Houston regarding status of omnibus fee order | 0.10 |
| 11/01/16 | CAH | Confer with L. McLaughlin at PGMH regarding the necessity of their filing a final fee application to receive final order on money received | 0.30 |
| 11/15/16 | JRH | Confer with C. Hartman regarding filing of fee report | 0.20 |
| 11/16/16 | CAH | Confer with Phillips, Goldman McLaughlin & Hall regarding their final fee application | 0.50 |
| 11/16/16 | CAH | Confer with K. Boucher concerning December fee hearing and filing of application by Phillips, Goldman | 0.20 |
| 11/17/16 | CAH | Confer further with M. Okavage and L. McLaughlin concerning Phillips, Goldman's final fee application and the service of same, along with verification of payment for previous work. | 0.50 |
| 11/18/16 | JRH | Confer with C. Hartman on open items and filing of fee report | 0.20 |
| 11/18/16 | WMA | Review Professionals' reservation of rights regarding final fee applications | 0.10 |
| 11/18/16 | WMA | E-mails from/to H. Alleman (PGMH) regarding mechanics of payment upon final fee application | 0.20 |
| 11/21/16 | WMA | Respond to e-mails from retained professional (PGMH) regarding final fee application process | 0.20 |
| 11/22/16 | JRH | Coordinate with C. Hartman regarding hearing time and filing of report | 0.20 |
| 12/28/16 | CAH | Send email to Phillips, Goldman, McLaughlin & Hall regarding the filing of a cno for their last fee application and provide it with copy of invoice to use to collect money. | 0.30 |

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 0.60 | $306.00 |
| | | | 0.60 | $306.00 |
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 0.60 | $201.00 |
| | | | 0.60 | $201.00 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 1.80 | $513.00 |
| | | | 1.80 | $513.00 |
| | | TOTAL: | 3.00 | $1,020.00 |

Fee Applications -- Benesch

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2016

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/01/16 | JRH | Review and finalize CNOs and coordinate regarding filing with C. Hartman | 0.30 |
| 11/01/16 | JRH | Review and follow up on CNOs and next steps with C. Hartman | 0.20 |
| 11/01/16 | CAH | Check docket to verify no objections to Benesch fee statements were filed | 0.20 |
| 11/01/16 | CAH | Draft Certificate of No Objection for each of April, May, June and August fee statements of Benesch and forward to J. Hoover for review and approval | 0.80 |
| 11/01/16 | CAH | File four certificates of No objection for each of April, May, June and August Fee Statements (.4); file September fee Statement of Benesch (.2) | 0.60 |
| 11/01/16 | CAH | Email to and from N. Hwangpo regarding correct procedure for payment of invoices (.2); create invoices for T side and E side for billing unopposed fees for each of April, May, June and August monthly fee statements (.6); send each to appropriate parties (.2) | 1.00 |
| 11/02/16 | JRH | Coordinate with C. Hartman regarding fee statements and invoices and billing of same | 0.20 |
| 11/02/16 | CAH | Complete draft of First Interim Fee Application for Benesch and send to C. Andres for review. | 0.70 |
| 11/02/16 | CAH | Email to accounting regarding application of payment of fees and costs based upon invoices | 0.20 |
| 11/04/16 | CAH | Review of pro-forma to assure compliance with local rules for fee applications | 0.20 |
| 11/15/16 | CAH | Recalculate amounts due from E side based upon new invoicing form sent by G. Moor (.7); forward same to J. Vaccaro to double check numbers (.2) | 0.90 |
| 11/17/16 | CAH | Draft October fee statement for Benesch and forward to C. Andres for review | 0.60 |
| 11/29/16 | CAH | Review and revise Benesch's first interim fee application after review of comments by C. Andres | 0.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/29/16 | CAH | Revise Benesch's October fee statement after review of comments by C. Andres | 0.40 |
| 11/29/16 | CAH | Draft CNO for Benesch's September fee statement and draft invoice for September fee statement in preparation of filing | 0.50 |
| 11/30/16 | JRH | Review and coordinate filing of CNOs | 0.20 |
| 11/30/16 | CAH | File CNO for September fee statement and send invoice to appropriate parties for payment of same | 0.30 |
| 12/01/16 | JRH | Review and comment on October fee statement | 0.30 |
| 12/01/16 | CAH | Update fee related pleadings | 0.20 |
| 12/05/16 | CAH | Review of pro forma to assure compliance with local rules | 0.30 |
| 12/09/16 | CAH | Draft November fee statement for Benesch and forward to C. Andres for approval and forward to J. Hoover | 0.60 |
| 12/12/16 | JRH | Review and revise November fee statement | 0.50 |
| 12/12/16 | CAH | Respond to email from J. Vaccaro concerning approval of fees and application of same | 0.10 |
| 12/28/16 | WMA | Review and comment on and coordinate filing of CNO for October fee application | 0.20 |
| 12/28/16 | CAH | Draft CNO for Benesch October fee application and revise same after W. Alleman review; draft invoice for same; file CNO and send invoice for payment | 0.50 |

Fee Applications -- Benesch

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 1.70 | $867.00 |
| | | | 1.70 | $867.00 |
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 0.20 | $67.00 |
| | | | 0.20 | $67.00 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 8.60 | $2,451.00 |
| | | | 8.60 | $2,451.00 |
| | | TOTAL: | 10.50 | $3,385.00 |