# EXHIBIT B

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
NOVEMBER 1, 2016   THROUGH DECEMBER 31, 2016

| Expense | Amount |
|---|---|
| Delivery Fee - Outside | $30.00 |
| Court Case Mgmt charges-Pacer | $27.70 |
| TOTAL: | $57.70 |

Delivery Fee - Outside

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 11/15/16 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 11/6 | 5.00 |
| 11/17/16 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 10/27 | 20.00 |
| 11/17/16 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 10/27 | 5.00 |
| | | TOTAL: | $30.00 |

Court Case Mgmt charges-Pacer

| Date | User | Description | Amount |
|---|---|---|---|
| 10/03/16 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 10/21/16 | XXX | Court Case Mgmt charges-Pacer | 0.50 |
| 10/21/16 | XXX | Court Case Mgmt charges-Pacer | 2.70 |
| 10/21/16 | XXX | Court Case Mgmt charges-Pacer | 0.90 |
| 10/21/16 | XXX | Court Case Mgmt charges-Pacer | 0.10 |
| 10/21/16 | XXX | Court Case Mgmt charges-Pacer | 0.60 |
| 10/25/16 | XXX | Court Case Mgmt charges-Pacer | 2.70 |
| 10/25/16 | XXX | Court Case Mgmt charges-Pacer | 0.50 |
| 10/25/16 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 10/25/16 | XXX | Court Case Mgmt charges-Pacer | 0.60 |
| 10/27/16 | XXX | Court Case Mgmt charges-Pacer | 0.50 |
| 10/27/16 | XXX | Court Case Mgmt charges-Pacer | 0.30 |
| 10/27/16 | XXX | Court Case Mgmt charges-Pacer | 0.60 |
| 10/27/16 | XXX | Court Case Mgmt charges-Pacer | 0.40 |
| 11/01/16 | XXX | Court Case Mgmt charges-Pacer | 0.90 |
| 11/01/16 | XXX | Court Case Mgmt charges-Pacer | 0.40 |
| 11/01/16 | XXX | Court Case Mgmt charges-Pacer | 1.40 |
| 11/01/16 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 11/02/16 | XXX | Court Case Mgmt charges-Pacer | 1.00 |
| 11/29/16 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 12/09/16 | XXX | Court Case Mgmt charges-Pacer | 1.60 |
| 12/12/16 | XXX | Court Case Mgmt charges-Pacer | 1.00 |
| 12/28/16 | XXX | Court Case Mgmt charges-Pacer | 1.70 |
| 12/28/16 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 12/29/16 | XXX | Court Case Mgmt charges-Pacer | 0.30 |
| 12/29/16 | XXX | Court Case Mgmt charges-Pacer | 1.00 |

```
12/29/16   XXX    Court Case Mgmt charges-Pacer                  0.10

12/29/16   XXX    Court Case Mgmt charges-Pacer                  0.90

12/29/16   XXX    Court Case Mgmt charges-Pacer                  0.40
                                                             _____
                                         TOTAL:                 $27.70
```