# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION OF DAN NAVARRO OF NOTICE OF HEARING TO CONSIDER EFIH SETTLEMENT IN THE DALLAS MORNING NEWS

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17193541v.1

...

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared Dan Navarro, Advertising Representative for The Dallas Morning News, being duly sworn by oath, states the attached advertisement of

   Energy Future Holdings

was published in The Dallas Morning News

      February 23, 2017

_____
(Dan Navarro)

Sworn to and subscribed before me this     February 23, 2017

_____
(Notary Public)



LYNDA F BLACK
My Commission Expires
May 27, 2017

( Legal Notices )    ( Legal Notices )    ( Legal Notices )

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING TO CONSIDER EFIH SETTLEMENT**

On February 17, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims** (the "Motion").[2]

By the Motion, the Debtors seek approval of the EFIH Settlement, which provides, among other things:[3]

(a) **EFIH First Lien Claims**. The Debtors will pay (a) 95% of (i) the Makewhole Claims in respect of the EFIH First Lien Notes, and (ii) the interest, at the contract rate, on the EFIH First Lien Makewhole Claims accrued as of the date of repayment; (b) pursuant to section 506(b) of the Bankruptcy Code, 100% of the documented fees, expenses, and indemnification claims, if any, incurred by the EFIH First Lien Notes Trustee and Supporting EFIH First Lien Creditors; and (c) 100% of any additional accrued and unpaid interest, again at the contract rate.

(b) **EFIH Second Lien Claims**. The Debtors will pay (a) 87.5% of (i) the Makewhole Claims in respect of the EFIH Second Lien Notes, and (ii) the interest, at the contract rate, on the EFIH Second Lien Makewhole Claims accrued as of the date of repayment; (b) pursuant to section 506(b) of the Bankruptcy Code, 100% of the documented fees, expenses, and indemnification claims, if any, incurred by the EFIH Second Lien Notes Trustee and Supporting EFIH Second Lien Creditors; (c) 100% of accrued and unpaid principal amount of EFIH Second Lien Notes and interest thereon accrued as of the date of repayment, and (d) 100% of any additional accrued and unpaid interest, again at the contract rate.

(c) **Temporary Stay and Ultimate Termination of Makewhole Litigation**. The Debtors will seek a temporary stay of litigation regarding the Makewhole Claims (the "Makewhole Litigation") and, upon entry of the Order, file a notice or pleading withdrawing the request for rehearing currently pending with the Third Circuit. Upon remand to the Bankruptcy Court, the Debtors and the EFIH Secured Trustees will enter a stipulation of dismissal of the Makewhole Litigation with prejudice.

(d) **Vote to Accept the Plan**. The Supporting Secured Creditors shall be deemed by entry of the EFH Confirmation Order to have changed any vote to reject the Plan to a vote to accept the Plan.

A copy of the Motion, the proposed order granting the Motion, and the EFIH Settlement may be obtained at http://dm.epiq11.com/content/EFIHsettlement.pdf or by calling the Debtors' restructuring hotline at (877) 276-7311. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

Objections to the Motion, if any, must be in writing and filed on or before **March 21, 2017, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such objection so that the response is **actually received** on or before the Objection Deadline upon: (a) Marc Kieselstein, P.C., Chad J. Husnick, P.C., Kirkland & Ellis LLP, 300 N. LaSalle Street, Chicago, Illinois 60654 and Aparna Yenamandra, Kirkland & Ellis LLP, 601 Lexington Ave, New York, NY 10022; (b) Philip D. Anker, Isley M. Gostin, Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007; (c) Joshua K. Brody, Jennifer R. Sharret, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036; and (d) Joanna F. Newdeck, Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, N.W., Washington, DC 20036. **Any objection shall contain**: a written statement (x) setting forth the Noteholder's name and address, (y) certifying the principal amount of the Notes held, and (z) stating any intention concerning appearing in person at the hearing and the name of legal counsel, if any.

A HEARING ON THE OBJECTION WILL BE HELD ON **MARCH 28, 2017, AT 10:00 AM (ET)**, BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Motion or EFIH Settlement, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Dated: February 17, 2017    Wilmington, Delaware    /s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**, Mark D. Collins (No. 2981), Daniel J. DeFranceschi (No. 2732), Jason M. Madron (No. 4431), 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701, Email: collins@rlf.com, defranceschi@rlf.com, madron@rlf.com -and- **KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP**, Edward O. Sassower, P.C. (admitted pro hac vice), Stephen E. Hessler (admitted pro hac vice), Brian E. Schartz (admitted pro hac vice), 601 Lexington Avenue, New York, New York 10022-4611, Telephone: (212) 446-4800, Facsimile: (212) 446-4900, Email: edward.sassower@kirkland.com, stephen.hessler@kirkland.com, brian.schartz@kirkland.com -and- James H.M. Sprayregen, P.C. (admitted pro hac vice), Marc Kieselstein, P.C. (admitted pro hac vice), Chad J. Husnick, P.C. (admitted pro hac vice), Steven N. Serajeddini (admitted pro hac vice), 300 North LaSalle, Chicago, Illinois 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200, Email: james.sprayregen@kirkland.com, marc.kieselstein@kirkland.com, chad.husnick@kirkland.com, steven.serajeddini@kirkland.com. Co-Counsel to the Debtors and Debtors in Possession

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

[3] The summary contained in this Motion is qualified in its entirety by the provisions of the EFIH Settlement. To the extent anything in this Motion is inconsistent with the EFIH Settlement, the terms of the EFIH Settlement shall control.

DN-1592393-01