IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 14-bk-10979 |
| | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Judge Christopher S. Sontchi |
| | ) | |
| Debtors. | ) | Obj. Deadline: 3/17/2017 @ 12 PM |
| | ) | Hearing Date: 3/28/2017 @ 10 AM |

**RESPONSE TO CLAIM OBJECTION AND RESERVATION OF RIGHTS**

The United States of America hereby responds to the debtors' objection to the Internal Revenue Service's proofs of claim. (Dkt. No. 10909). The parties have been working diligently towards a resolution of the proper amount of the United States' claims against the debtors as well as the debtors' claims for tax refunds. The United States anticipates that the disputes will be resolved shortly through the submission of a certification of counsel fixing the amounts of the claims and the refunds.

The United States therefore respectfully requests that the Court defer ruling on the objection to allow the parties to fully resolve the matter. The United States reserves its rights to amend this response in the event no resolution is reached in a timely manner.

//

//

//

| | |
|---|---|
| DATE: March 17, 2017 | Respectfully submitted, |
| | DAVID HUBBERT<br>Acting Assistant Attorney General |
| | /s/ Ward W. Benson<br>WARD W. BENSON<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 514-9642<br>Fax: (202) 514-6866<br>Email: wardlow.w.benson@usdoj.gov |

## CERTIFICATE OF SERVICE

I certify that the foregoing RESPONSE was filed with the clerk of the court on March 17, 2017, using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

/s/ Ward W. Benson
WARD W. BENSON
