# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE
## RELATING TO THE SETTLEMENT NOTICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK )

Jane Sullivan, being duly sworn, deposes and says, under the penalty of perjury:

1. I am an Executive Vice President at Epiq Bankruptcy Solutions, LLC ("Epiq") located at 777 Third Avenue, New York, 12th Floor, New York 10017. I am authorized to submit this affidavit on Epiq's behalf. I am over the age of eighteen years and am not a party to the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. I supervised the February 17, 2017 service of the Notice of Hearing to Consider EFIH Settlement (the "Settlement Notice"). The Affidavit of Service of Forrest Kuffer was filed on March 3, 2017 [D.I. 10952] (the "Affidavit of Service") and a true and correct copy of the Affidavit of Service is attached hereto as **Exhibit A**.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3.  This affidavit is to provide additional background with respect to the service of the Settlement Notice detailed in the Affidavit of Service, including an overview of the way notice mailings are typically undertaken by Epiq.

4.  US Debt securities such as the EFH/EFIH notes are typically held through The Depository Trust Company ("<u>DTC</u>") through a chain of ownership. The indenture trustee, which maintains the records for an issuance, typically shows a single holder, Cede & Co., which is the nominee name of DTC. DTC is the principal depository in the United States, and offers depository services for securities that are freely tradable under United States securities laws, and that otherwise satisfy DTC's criteria for depository services.

5.  DTC maintains records with respect to the banks and brokerage firms that hold securities through DTC. These banks and brokerage firms are participants in the DTC system, and are referred to as "DTC Participants."

6.  DTC does not play a role in disseminating materials to the ultimate investors in the securities, which hold through the DTC Participants and are known as "beneficial owners." It is possible to post a notice to DTC's legal noticing system, known as LENS. However, only subscribing DTC Participants have access to the LENS system, and there is no obligation on the part of the DTC Participant to forward any notice posted to the LENS system to beneficial owners.

7.  In order to facilitate communication with beneficial owners of a security, upon request and payment, DTC will provide to the issuer a listing of the DTC Participants holding the security.

8.  The issuer is then responsible for arranging for the transmittal of a specific document or documents to the relevant beneficial owners holding through the DTC Participants. Based upon the practice of a particular DTC Participant, printed copies of the relevant communication must be sent either to the DTC Participant itself or to the DTC Participant's mailing agent. Broadridge

Financial Solutions, Inc. ("Broadridge") is the largest mailing agent, and acts in that role for over 90 percent of DTC Participants.

9. The general steps undertaken by Epiq to distribute a notice to beneficial owners are as follows:

(a) Epiq contacts Broadridge to establish a mailing record date or utilizes an existing record date already in the Broadridge system.

(b) Epiq determines how many printed copies Broadridge and the other mailing agents need to be able to mail a notice to each beneficial owner.

(c) Epiq prints and delivers the needed quantities of document to Broadridge and any other mailing agent, based upon the information received, along with a memorandum of instruction outlining relevant details about the mailing.

(d) Epiq also prints and delivers at least one copy of the document and the memorandum of instruction to each individual DTC Participant recorded on the relevant DTC Participant listing, even if the DTC Participant uses Broadridge or another mailing agent to reach beneficial owners. The memorandum of instruction includes information on the CUSIP number(s) to be included in the mailing, the mailing record date, and the Broadridge job number for those DTC Participants that use Broadridge.

(e) Epiq expedites delivery of the documents to the mailing agents and DTC Participants for receipt the next business day. Broadridge and the DTC Participants are then responsible for forwarding any document to the beneficial owners, although it can take time for the document to be mailed to, and be received by, beneficial owners.

10. The steps outlined in paragraph 9 were undertaken in the mailing of the Settlement Notice, as stated in the Affidavit of Service.

11. Based on my understanding of the mailing process in general, and for the Settlement Notice in particular, I believe that substantially all beneficial owners of EFIH First Lien Notes, EFIH

Second Lien Notes and EFH Unsecured Notes[2] should have received a copy of the Settlement Notice between March 1, 2017 and March 14, 2017.

12. The Settlement Notice also appeared in seven publications on February 23, 2017, including The Wall Street Journal, USA Today, Dallas Morning News, Houston Chronicle, Corpus Christi Caller-Times, Star-Telegram, Inc. at Fort Worth, and Waco Tribune-Herald, as set forth in the certificates of publication [D.I. 11006–11012], filed on March 16, 2017.

[*Remainder of page left intentionally blank*]

---

[2] Each as defined in the *Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan"), which was confirmed by the Court on the record at the EFH Confirmation Hearing on February 17, 2017.

4

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Jane Sullivan*
Jane Sullivan
Executive Vice President
Epiq Bankruptcy Solutions, LLC

SUBSCRIBED AND SWORN TO BEFORE ME
this 17th day of March 2017.

*Mary M. Streany*
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                       ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 17, 2017, I caused to be served the "Notice of Hearing to Consider EFIH Settlement," dated February 17, 2017, (the "Notice"), annexed hereto as Exhibit A, by causing sufficient copies to be delivered by next-day delivery to the brokerage firms, banks and agents (the "Nominees") identified on the annexed Exhibit B, along with a Memorandum instructing the Nominees to distribute the Notice to the beneficial owners of the Debtors' public securities.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Forrest Kuffer
Forrest Kuffer

Sworn to before me this
21st day of February, 2017

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20__

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF HEARING TO CONSIDER EFIH SETTLEMENT

On February 17, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Motion of Energy Future Holdings Corp.,** *et al.*, **for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims** (the "Motion").[2]

By the Motion, the Debtors seek approval of the EFIH Settlement, which provides, among other things:[3]

(a) ***EFIH First Lien Claims.*** The Debtors will pay (a) 95% of (i) the Makewhole Claims in respect of the EFIH First Lien Notes, and (ii) the interest, at the contract rate, on the EFIH First Lien Makewhole Claims accrued as of the date of repayment; (b) pursuant to section 506(b) of the Bankruptcy Code, 100% of the documented fees, expenses, and indemnification claims, if any, incurred by the EFIH First Lien Notes Trustee and Supporting EFIH First Lien Creditors; and (c) 100% of any additional accrued and unpaid interest, again at the contract rate.

(b) ***EFIH Second Lien Claims.*** The Debtors will pay (a) 87.5% of (i) the Makewhole Claims in respect of the EFIH Second Lien Notes, and (ii) the interest, at the contract rate, on the EFIH Second Lien Makewhole Claims accrued as of the date of repayment; (b) pursuant to section 506(b) of the Bankruptcy Code, 100% of the documented fees, expenses, and indemnification claims, if any, incurred by the EFIH Second Lien Notes Trustee and Supporting EFIH Second Lien Creditors; (c) 100% of accrued and unpaid principal amount of EFIH Second Lien Notes and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

[3] The summary contained in this Motion is qualified in its entirety by the provisions of the EFIH Settlement. To the extent anything in this Motion is inconsistent with the EFIH Settlement, the terms of the EFIH Settlement shall control.

interest thereon accrued as of the date of repayment, and (d) 100% of any additional accrued and unpaid interest, again at the contract rate.

(c) ***Temporary Stay and Ultimate Termination of Makewhole Litigation***. The Debtors will seek a temporary stay of litigation regarding the Makewhole Claims (the "Makewhole Litigation") and, upon entry of the Order, file a notice or pleading withdrawing the request for rehearing currently pending with the Third Circuit. Upon remand to the Bankruptcy Court, the Debtors and the EFIH Secured Trustees will enter a stipulation of dismissal of the Makewhole Litigation with prejudice.

(d) ***Vote to Accept the Plan.*** The Supporting Secured Creditors shall be deemed by entry of the EFH Confirmation Order to have changed any vote to reject the Plan to a vote to accept the Plan.

A copy of the Motion, the proposed order granting the Motion, and the EFIH Settlement may be obtained at http://dm.epiq11.com/content/EFIHsettlement.pdf or by calling the Debtors' restructuring hotline at (877) 276-7311. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

Objections to the Motion, if any, must be in writing and filed on or before **March 21, 2017, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such objection so that the response is **actually received** on or before the Objection Deadline upon: : (a) Marc Kieselstein, P.C., Chad J. Husnick, P.C., Kirkland & Ellis LLP, 300 N. LaSalle Street, Chicago Illinois 60654 and Aparna Yenamandra, Kirkland & Ellis LLP, 601 Lexington Ave, New York, NY 10022; (b) Philip D. Anker, Isley M. Gostin, Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street New York, New York 10007; (c) Joshua K. Brody, Jennifer R. Sharret, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036; and (d) Joanna F. Newdeck, Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, N.W., Washington, DC 20036. **Any objection shall contain**: a written statement (x) setting forth the Noteholder's name and address, (y) certifying the principal amount of the Notes held, and (z) stating any intention concerning appearing in person at the hearing and the name of legal counsel, if any.

A HEARING ON THE OBJECTION WILL BE HELD ON **MARCH 28, 2017, AT 10:000 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Motion or EFIH Settlement, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

2

Dated: February 17, 2017
Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

3

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALBERT FRIED & COMPANY, LLC (0284) | ATTN:RICHARD CELLENTANO OR PROXY MGR 45 BROADWAY NEW YORK NY 10006 |
| AMERIPRISE (0756) | ATTN:GREG WRAALSTAD OR PROXY MGR 901 3RD AVE SOUTH MINNEAPOLIS MN 55474 |
| BAIRD & CO. INCORPORATED (0547) | ATTN:JANE ERBE OR PROXY MGR 777 E. WISCONSIN AVENUE MILWAUKEE WI 53202 |
| BANC OF AMERICA SECURITIES LLC (0773) | ATTN:JOHN DOLAN OR PROXY MGR 100 W. 33RD STREET 3RD FLOOR NEW YORK NY 10001 |
| BANK OF AMERICA, NA/GWIM TRUST OPERATIONS (0955) | ATTN:SHARON BROWN OR PROXY MGR 1201 MAIN STREET 9TH FLOOR DALLAS TX 75202 |
| BANK OF NEW YORK MELLON (0901/ 2023) | ATTN:JENNIFER MAY OR PROXY MGR 525 WILLIAM PENN PLACE SUITE 153-0400 PITTSBURGH PA 15259 |
| BARCLAYS CAPITAL (5101 & 0229) | ATTN:ANTHONY SCIARAFFO OR PROXY DEPT. 400 JEFFERSON PARK WHIPPANY NJ 07981 |
| BARCLAYS CAPITAL (7256) | ATTN:PAUL MCCARTHY OR REORG MGR 70 HUDSON STREET CORPORATE ACTIONS JERSEY CITY NJ 07302 |
| BARCLAYS CAPITAL /BARCLAYS BANK (7254) | ATTN:NELLIE FOO OR PROXY MGR 200 CEDAR KNOLLS ROAD CORPORATE ACTIONS WHIPPANY NJ 07981 |
| BARCLAYS CAPITAL INC. (0229) | ATTN: CORPORATE ACTIONS 400 CONVERGENCE WAY JERSEY CITY NJ 07981 |
| BB&T SECURITIES (0702) | ATTN:JESSE W. SPROUSE OR PROXY MGR 8006 DISCOVERY DRIVE SUITE 200 RICHMOND VA 23229 |
| BNP PARIBAS PRIME BROKERAGE, INC. (2154/2787) | ATTN:RONALD PERSAUD OR PROXY MGR 525 WASHINGTON BLVD 9TH FLOOR JERSEY CITY NJ 07310 |
| BNP/CUST (2787) | ATTN:MANGALA PRAKASH OR PROXY MGR 525 WASHINGTON BLVD. 9TH FLOOR JERSEY CITY NJ 07310 |
| BNY MELLON, DBAG LONDON GLOBAL MARKET (2485) | ATTN:ENIS SULJIC OR PROXY MGR 525 WILLIAM PENN PLACE ROOM 0300 PITTSBURGH PA 15259 |
| BNY/WEALTH (8275) | ATTN:KEVIN KELLY ONE WALL STREET NEW YORK NY 10005 |
| BRANCH BANKING/IP BB&T (2703) | ATTN:DOROTHEE SINGLETARY OR PROXY MGR 4320 KAHN DRIVE BUILDING 1 LUMBERTON NC 27893 |
| BROADRIDGE FINANCIAL | ATTN:JOBS: N02991, N02992, N02993 N02994, N02995, N02996, N02997 51 MERCEDES WAY EDGEWOOD NY 11717 |
| BROWN BROTHERS HARRIMAN & CO. (0010) | ATTN:CORPORATE ACTIONS / VAULT 140 BROADWAY NEW YORK NY 10005 |
| CANTOR FITZGERALD & CO./DEBT CAPITAL MARKETS(7311) | ATTN:ANTHONY ROYE CORPORATE ACTIONS 55 WATER STREET, 28TH FLOOR NEW YORK NY 10041 |
| CHARLES SCHWAB & CO., INC. (0164) | ATTN:CHRISTINA YOUNG OR PROXY MGR 2423 EAST LINCOLN DRIVE PHOENIX AZ 85016-1215 |
| CITADEL SECURITIES LLC (0395) | ATTN:KEVIN NEWSTEAD OR PROXY MGR 131 SOUTH DEARBORN STREET 35TH FLOOR CHICAGO IL 60603 |
| CITIBANK, N.A. (0908) | ATTN:SHERIDA SINANAN OR PROXY DEPT. 3801 CITIBANK CENTER B/3RD FLOOR/ZONE 12 TAMPA FL 33610 |
| CITIGROUP GLOBAL MARKETS INC. (0418) | ATTN:SHERRYL NASH-COOK OR PROXY MGR 388 GREENWICH STREET 11TH FLOOR NEW YORK NY 10013 |
| CITIGROUP/SALOMON (0274) | ATTN:PATRICIA HALLER OR PROXY DEPT. 111 WALL ST. 4TH FLOOR NEW YORK NY 10005 |
| COMERICA BANK (2108) | ATTN:LEWIS WISOTSKY OR PROXY MGR 411 WEST LAFAYETTE MAIL CODE 3530 DETROIT MI 48226 |
| COMMERCE (2170) | ATTN:ANDY SORKIN OR PROXY MGR INVESTMENT MANAGEMENT GROUP 922 WALNUT KANSAS CITY MO 64106 |
| COMMERZ MARKETS LLC (0126) | ATTN: ROBERT ORTEGA OR PROXY MGR PROXY. DEPT. 32ND FLOOR, 75 WALL STREET NEW YORK NY 10005 |
| COR CLEARING (0052) | ATTN:CORPORATE ACTIONS DEPT. 1200 LANDMARK CENTER, STE. 800 OMAHA NE 68102-1916 |
| CREDIT SUISSE (0355) | ATTN:EMILY CONNORS OR PROXY DEPT. C/O REORGANIZATION DEPT. 7033 LOUIS STEPHENS DRIVE 4TH FLOOR RESEARCH TRIANGLE PARK NC 27709 |
| CREWS & ASSOCIATES, INC. (5158) | ATTN:DON/VICTORIA WINTON/MASON OR PROXY MGR 521 PRESIDENT CLINTON AVE SUITE 800 LITTLE ROCK AR 72201 |
| D. A. DAVIDSON & CO. (0361) | ATTN:RITA LINSKEY OR PROXY MGR 8 THIRD STREET NORTH GREAT FALLS MT 59401 |

| Claim Name | Address Information |
|---|---|
| DAVENPORT & COMPANY LLC (0715) | ATTN:KIM NIEDING OR PROXY MGR 901 EAST CARY ST 11TH FLOOR RICHMOND VA 23219 |
| DEPOSITORY TRUST CO. | ATTN:ROBERT GIORDANO 570 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| DEUTSCHE BANK SECURITIES, INC. (0573) | ATTN:SARA BATTEN OR PROXY MGR 5022 GATE PARKWAY SUITE 100 JACKSONVILLE FL 32256 |
| EDWARD JONES (0057) | ATTN:DEREK ADAMS OR PROXY DEPT. CORPORATE ACTIONS & DISTRIBUTION 12555 MANCHESTER ROAD ST. LOUIS MO 63131 |
| ETRADE/APEX (0158/0385) | C/O BROADRIDGE SECURITIES PROCESSING SOLUTIONS ATTN: YASMINE CASSEUS 2 JOURNAL SQUARE PLAZA, 5TH FLOOR JERSEY CITY NJ 07306 |
| FIDUCIARY SSB (0987) | ATTN:STEPHEN MORAN OR PROXY MGR 225 FRANKLIN STREET MAO-3 BOSTON MA 02110 |
| FIFTH THIRD BANK THE (2116) | ATTN:CARRIE POTTER OR PROXY DEPT. 5001 KINGSLEY DRIVE MAIL DROP 1M0B2D CINCINNATI OH 45227 |
| FIRST CLEARING, LLC (0141) | ATTN:MATT BUETTNER OR PROXY MGR 2801 MARKET STREET H0006-09B ST. LOUIS MO 63103 |
| FIRST SOUTHWEST CO. (0309) | ATTN:DONALD KARAS OR PROXY DEPT. 325 NORTH ST. PAUL STREET DALLAS TX 75201 |
| FMSBONDS, INC. (5217) | ATTN:MICHAEL SELIGSOHN OR PROXY MGR 301 YAMATO ROAD, SUITE 2100 BOCA RATON FL 33431 |
| GOLDMAN SACHS (0005) | ATTN:MEGHAN SULLIVAN OR PROXY DEPT. 30 HUDSON STREET PROXY DEPARTMENT JERSEY CITY NJ 07302 |
| HSBC SECURITIES INC. (0486) | ATTN:CHRIS ARMATO OR PROXY MGR 1 WEST 39TH STREET NEW YORK NY 10018 |
| HUNTINGTON NATIONAL BANK (2305) | ATTN:RIA BOLTON OR PROXY MGR 7 EASTON OVAL - EA4 E78 COLUMBUS OH 43219 |
| INGALLS & SNYDER, LLC (0124) | ATTN:JOSEPH DI BUONO OR PROXY MGR 61 BROADWAY 31ST FLOOR NEW YORK NY 10006 |
| INT BROKERS (0534) | ATTN:KARIN MCCARTHY OR PROXY DEPT. 8 GREENWICH OFFICE PARK GREENWICH CT 06831 |
| INVESHARE WAREHOUSE DIST. CTR. | ATTN: RECEIVING CORPORATE ACTIONS 156 FERNWOOD AVENUE EDISON NJ 08837-3857 |
| J.J.B. HILLIARD, W.L. LYONS, LLC (0768) | ATTN:FRANCES COLEMAN OR PROXY MGR 500 WEST JEFFERSON ST. 6TH FLOOR LOUISVILLE KY 40202 |
| J.P. MORGAN CLEARING CORP. | ATTN:(0187/ 0352/ 0902/ 2357/ 2424) RAMZY SHREIM/ GREGORY WINKELMAN OR PROXY MGR 500 STANTON CHRISTIANA ROAD,OPS 4 NEWARK DE 19713-2107 |
| JANNEY MONTGOMERY SCOTT INC. (0374) | ATTN:MARK F. GRESS OR PROXY MGR C/O MEDIANT COMMUNICATIONS INC. 200 REGENCY FOREST DRIVE CARY NC 27518 |
| JEFFERIES & COMPANY, INC. (0019) | ATTN:ROBERT MARANZANO OR PROXY MGR 34 EXCHANGE PL JERSEY CITY NJ 07311 |
| LPL FINANCIAL CORPORATION (0075) | ATTN:KRISTIN KENNEDY OR PROXY MGR 9785 TOWNE CENTRE DRIVE SAN DIEGO CA 92121-1968 |
| M&I MARSHALL & ILSLEY BANK (0992) | ATTN:CYNTHIA HAMMERELL OR PROXY MGR 1000 N. WATER STREET -TR 14 MILWAUKEE WI 53202 |
| MEDIANT COMMUNICATIONS | ATTN:STEPHANIE FITZHENRY 100 DEMAREST DRIVE WAYNE NJ 07470 |
| MERRILL LYNCH (0161 & 5198) | ATTN:EARL WEEKS OR PROXY DEPT. C/O MERRILL LYNCH CORPORATE ACTIONS 4804 DEER LAKE DR. E. JACKSONVILLE FL 32246 |
| MITSUBISHI UFJ SECURITIES (0076) | ATTN:JOSEPH CATANIA OR PROXY MGR 1633 BROADWAY NEW YORK NY 10019 |
| MITSUBISHI UFJ TRUST (2932) | ATTN:RICHARD WENSHOSKI OR PROXY MGR 420 FIFTH AVENUE 6TH FLOOR NEW YORK NY 10018 |
| MIZUHO SECURITIES /FIXED (2396) | ATTN:RICH VISCO OR PROXY MGR 111 RIVER STREET SUITE 1100 HOBOKEN NJ 07030 |
| MIZUHO TRUST & BANKING CO (2888) | ATTN:ROBERT KOWALEWSKI OR PROXY MGR 666 FIFTH AVENUE NEW YORK NY 10103 |
| MORGAN STANLEY & CO. (0050) | ATTN:JONATHAN GOLDMAN OR PROXY DEPT. 1300 THAMES STREET WHARF 7TH FLOOR BALTIMORE MD 21231 |
| MORGAN STANLEY SMITH BARNEY LLC (0015) | ATTN:JOHN BARRY OR PROXY DEPT 1300 THAMES STREET WHARF 6TH FLOOR BALTIMORE MD 21231 |
| MORGAN STANLEY TRUST N.A. (2267) | ATTN:JONATHAN GOLDMAN OR PROXY MGR 919 NORTH MARKET STREET WILMINGTON DE 19801 |
| NATIONAL FINANCIAL SVCS. (0226) | ATTN:SEAN COLE OR PROXY DEPT. NEWPORT OFFICE CENTER III 499 WASHINGTON BOULEVARD JERSEY CITY NJ 07310 |
| NOMURA SECURITIES/FIXED INCOME (5222) | ATTN:DANIEL LYNCH OR PROXY MGR WORLDWIDE PLAZA 309 W. 49TH STREET NEW YORK NY 10019-7316 |
| NORTHERN TRUST COMPANY, THE (2669) | ATTN:ANDREW LUSSEN OR PROXY MGR 801 S. CANAL STREET ATTN: CAPITAL |

| Claim Name | Address Information |
|---|---|
| NORTHERN TRUST COMPANY, THE (2669) | STRUCTURES-C1N CHICAGO IL 60607 |
| OPPENHEIMER & CO. INC. (0571) | ATTN:OSCAR NAZARIO OR PROXY MGR 85 BROAD STREET NEW YORK NY 10004 |
| OPTIONSXPRESS, INC. (0338) | ATTN:PROXY SERVICES 150 S WACKER DRIVE SUITE 1100 CHICAGO IL 60606 |
| PERSHING (0443) | ATTN:JOSEPH LAVARA OR PROXY DEPT. 1 PERSHING PLAZA JERSEY CITY NJ 07399 |
| PNC BANK, NATIONAL ASSOCIATION (2616) | ATTN:EILEEN BLAKE OR PROXY MGR 8800 TINICUM BLVDT MS F6-F266-02-2 PHILADELPHIA PA 19153 |
| PRIMEVEST (0701) | ATTN:ANGELA HANDELAND OR PROXY MGR 400 1ST STREET SOUTH SUITE 300 ST. CLOUD MN 56301 |
| RAYMOND JAMES & ASSOCIATES, INC. (0725) | ATTN:ROBERTA GREEN OR PROXY MGR 880 CARILION PARKWAY TOWER 2, 4TH FLOOR ST. PETERSBURG FL 33716 |
| RBC CAPITAL MARKETS CORPORATION (0235) | ATTN:STEVE SCHAFER OR PROXY MGR 60 S 6TH ST - P09 MINNEAPOLIS MN 55402-4400 |
| RCAP SECURITIES, INC. (0166) | ATTN:JASON KUMP OR PROXY MGR 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| REGIONS BANK (0971) | ATTN:GREGORY RUSS OR PROXY MGR 250 RIVERCHASE PARKWAY EAST BIRMINGHAM AL 35244 |
| SCOTIA CAPITAL /CDS (5011) | ATTN:EVELYN PANDE OR PROXY DEPT. SCOTIA PLAZA P.O. BOX 4085 TORONTO ON M5W 2X6 CANADA |
| SCOTTRADE, INC. (0705) | ATTN:RHONDA KOTTEMAN OR PROXY MGR. 500 MARYVILLE UNIVERSITY DRIVE ST. LOUIS MO 63141 |
| SEI PRIVATE TRUST COMPANY (2039) | ATTN:ERIC GREENE OR PROXY MGR ONE FREEDOM VALLEY DRIVE OAKS PA 19456 |
| SG AMERICAS SECURITIES, LLC (0286) | ATTN:PAUL MITSAKOS OR PROXY MGR 480 WASHINGTON BLVD. JERSEY CITY NJ 07310 |
| SOUTHWEST SECURITIES (0279) | ATTN:RHONDA JACKSON OR PROXY DEPT. 1201 ELM STREET SUITE 3700 DALLAS TX 75270 |
| STATE STREET (0997/2767) | ATTN:CHRISTINE SULLIVAN OR PROXY MGR 1776 HERITAGE DRIVE NORTH QUINCY MA 02171 |
| STEPHENS INC. (0419) | ATTN:LINDA THOMPSON OR PROXY MGR 111 CENTER STREET LITTLE ROCK AR 72201-4402 |
| STERNE, AGEE & LEACH, INC. (0750) | ATTN:JAMES MEZRANO OR PROXY MGR 2 PERIMETER PARK, SUITE 100W BIRMINGHAM AL 35209 |
| STIFEL NICOLAUS & CO. (0793) | ATTN:CHRIS WIEGAND OR PROXY DEPT. C/O MEDIANT COMMUNCATIONS 501 N. BROADWAY ST LOUIS MO 63102 |
| STOCKCROSS FINANCIAL (0445) | ATTN:DIANE TOBEY OR PROXY MGR 77 SUMMER STREET BOSTON MA 02210 |
| TD AMERITRADE CLEARING, INC. (0188) | ATTN:MANDI FOSTER OR PROXY MGR 1005 AMERITRADE PLACE BELLEVUE NE 68005 |
| TD WATERHOUSE CANADA INC. /CDS (5036) | ATTN:YOUSUF AHMED OR PROXY MGR 77 BLOOR STREET WEST 3RD FLOOR TORONTO ON M4Y 2T1 CANADA |
| THE FROST NATIONAL BANK (2053) | ATTN:JULIA WARD OR PROXY MGR 100 WEST HOUSTON SAN ANTONIO TX 78205 |
| TRADESTATION SECURITIES (0271) | ATTN:CORPORATE ACTIONS 8050 SW 10TH STREET, STE 2000 PLANTATION FL 33324 |
| U.S. BANCORP INVESTMENTS, INC. (0280) | ATTN:KEVIN BROWN OR PROXY MGR 60 LIVINGSTON AVE ST. PAUL MN 55107-1419 |
| U.S. BANK N.A. (2803) | ATTN:PAUL KUXHAUS OR PROXY MGR 1555 N. RIVER CENTER DRIVE SUITE 302 MILWAUKEE WI 53212 |
| UBS FINANCIAL SERVICES LLC (0221) | ATTN:JANE FLOOD OR PROXY MGR 1000 HARBOR BLVD WEEHAWKEN NJ 07086 |
| UBS SECURITIES LLC (0642) | ATTN:GREGORY CONTALDI OR PROXY MGR 1000 HARBOR BLVD - 5TH FLOOR WEEHAWKEN NJ 07086 |
| UMB BANK, NATIONAL ASSOCIATION (2450) | ATTN:KAREN BOUCHARD OR PROXY MGR 928 GRAND BLVD MAILSTOP 1010404 KANSAS CITY MO 64106 |
| VANGUARD MARKETING CORPORATION (0062) | ATTN:BEN BEGUIN OR PROXY MGR 14321 N. NORTHSIGHT BOULEVARD SCOTTSDALE AZ 85260 |
| VISION FINANCIAL MARKETS LLC (0595) | ATTN: PROXY MGR 120 LONG RIDGE ROAD 3 NORTH STAMFORD CT 06902 |
| WEDBUSH MORGAN SECURITIES, INC. (0103) | ATTN:ALAN FERREIRA OR PROXY MGR P.O. BOX 30014 LOS ANGELES CA 90030 |
| WELLS FARGO BANK NA (2027) | ATTN:LORA DAHLE 550 SOUTH 4TH STREET MAC N9310-141 MINNEAPOLIS MN 55415 |
| WELLS FARGO SECURITIES, LLC (0250) | ATTN:SCOTT NELLIS OR PROXY MGR CORP ACTIONS - MAC D109-010 1525 WEST W.T. HARRRIS BLVD, 1B1 CHARLOTTE NC 28262 |

**Total Creditor count 98**