IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: D.I. 10948 & 10949** |

**NOTICE OF DECLARATION OF ANTHONY R. HORTON IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORPORATION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM FOR FIDELITY MANAGEMENT & RESEARCH COMPANY'S SUBSTANTIAL CONTRIBUTION PURSUANT TO SECTIONS 503(B)(3)(D) AND 503(B)(4) OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that, on March 2, 2017, Energy Future Holdings Corp. ("EFH Corp.") filed the *Motion of Energy Future Holdings Corporation for Allowance of an Administrative Expenses Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(d) and 503(b)(4) of the Bankruptcy Code* [D.I. 10948] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").[2] **You were previously served with a copy of the Motion**.

PLEASE TAKE FURTHER NOTICE that, in connection with the Motion, EFH Corp. hereby files the *Declaration of Anthony R. Horton in Support of the Motion of Energy Future Holdings Corporation for Allowance of an Administrative Expenses Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(d)*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

*and 503(b)(4) of the Bankruptcy Code* (the "Horton Declaration").  The Horton Declaration is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion is scheduled to be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 28, 2017 at 10:00 a.m. (Eastern Daylight Time).**

[*Remainder of page intentionally left blank.*]

Dated:  March 20, 2017
       Wilmington, Delaware

    /s/ *Andrew M. Dean*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Andrew M. Dean (No. 6147)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com
       dean@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession