## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 10.10 | $10,420.00 |
| Employment and Fee Applications | 9.30 | $9,847.50 |
| **TOTAL** | **21.20** | **$20,267.50** |