## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1200 | 1.70 | 2,500.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 975 | 17.70 | 9,122.50 |
|  |  |  |  | **TOTAL** | **19.40** | **20,267.50** |