Claims Agent Copy



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

03/13/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Oak Grove Management Co LLC

Re: 14-11022DE01

Dear Claims Agent:

On 09/09/16, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 37701. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE  19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

FILED / RECEIVED
MAR 20 REC'D
EPIQ BANKRUPTCY SOLUTIONS, LLC

SHIP TO:
EPIQ BANKRUPTCY SOLUTIONS, LLC
NEW ADD
777 3RD AVE
FL 12
NEW YORK NY 10017 6707

17/Mar/2017 21:18 1007

NY 100 9-44

1Z4R53A30197963466

NY 100 9-44

UPS NEXT DAY AIR         1
TRACKING #: 1Z 4R5 3A3 01 9796 3466

BILLING: P/P

BOD: 9350