**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 10858 & 10993** |
| | ) | |

**NOTICE OF FILING OF REVISED FORM OF ORDER
IN CONNECTION WITH "MOTION OF ENERGY FUTURE HOLDINGS
CORP., *ET AL.*, FOR ENTRY OF AN ORDER APPROVING THE EFIH SETTLEMENT
BETWEEN THE DEBTORS, CERTAIN HOLDERS OF EFIH FIRST LIEN NOTE
CLAIMS, CERTAIN HOLDERS OF EFIH SECOND LIEN NOTE CLAIMS, AND
CERTAIN HOLDERS OF EFIH UNSECURED NOTE CLAIMS"**

PLEASE TAKE NOTICE that, on February 17, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims* [D.I. 10858] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order approving the settlement by and among (a) the Debtors; (b)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Supporting EFIH Unsecured Creditors;[2] (c) the Supporting EFIH First Lien Creditors; and (d) the Supporting EFIH Second Lien Creditors, substantially in the form attached to the Motion as "Exhibit 1" to "Exhibit A" thereto (the "Settlement Agreement").  **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, on March 10, 2017, the Debtors filed a revised version of the Settlement Agreement under notice [D.I. 10993] (the "Revised Settlement Agreement"), which included the signature pages of the Supporting EFIH Second Lien Creditors.  The Debtors expressly incorporated the Revised Settlement Agreement into the Motion in its entirety as if set forth therein in full.  **You were previously served with a copy of the Revised Settlement Agreement.**

PLEASE TAKE FURTHER NOTICE that, today, the Debtors have filed a revised proposed form of order (the "Revised Order") in connection with the Motion.  A copy of the Revised Order is attached hereto as **Exhibit A**.  For the convenience of the Bankruptcy Court and all parties in interest, a redline of the Revised Order marked against the original form of order filed with the Motion is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider approval of the Motion (and approval of the Revised Settlement Agreement) is currently scheduled to be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 28, 2017 starting at 10:00 a.m. (Eastern Daylight Time)**.

---

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Motion.

Dated: March 21, 2017          */s/ Joseph C. Barsalona II*
          Wilmington, Delaware      **RICHARDS, LAYTON & FINGER, P.A.**
                                    Mark D. Collins (No. 2981)
                                    Daniel J. DeFranceschi (No. 2732)
                                    Jason M. Madron (No. 4431)
                                    Joseph C. Barsalona II (No. 6102)
                                    920 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone:    (302) 651-7700
                                    Facsimile:    (302) 651-7701
                                    Email:        collins@rlf.com
                                                  defranceschi@rlf.com
                                                  madron@rlf.com
                                                  barsalona@rlf.com

                                    -and-


                                    **KIRKLAND & ELLIS LLP**
                                    **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                    Edward O. Sassower, P.C. (admitted *pro hac vice*)
                                    Stephen E. Hessler (admitted *pro hac vice*)
                                    Brian E. Schartz (admitted *pro hac vice*)
                                    601 Lexington Avenue
                                    New York, New York 10022-4611
                                    Telephone:    (212) 446-4800
                                    Facsimile:    (212) 446-4900
                                    Email:        edward.sassower@kirkland.com
                                                  stephen.hessler@kirkland.com
                                                  brian.schartz@kirkland.com

                                    -and-


                                    James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                                    Marc Kieselstein, P.C. (admitted *pro hac vice*)
                                    Chad J. Husnick (admitted *pro hac vice*)
                                    Steven N. Serajeddini (admitted *pro hac vice*)
                                    300 North LaSalle
                                    Chicago, Illinois 60654
                                    Telephone:    (312) 862-2000
                                    Facsimile:    (312) 862-2200
                                    Email:        james.sprayregen@kirkland.com
                                                  marc.kieselstein@kirkland.com
                                                  chad.husnick@kirkland.com
                                                  steven.serajeddini@kirkland.com


                                    Co-Counsel to the Debtors and Debtors in Possession


3