**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 10948; 10949, & 11023** |

**CERTIFICATION OF COUNSEL REGARDING ORDER ALLOWING
ADMINISTRATIVE EXPENSE CLAIM FOR FIDELITY MANAGEMENT
& RESEARCH COMPANY'S SUBSTANTIAL CONTRIBUTION
PURSUANT TO SECTIONS 503(B)(3)(D) AND 503(B)(4)
OF THE BANKRUPTCY CODE**

The undersigned hereby certifies as follows:

1. On March 2, 2017, Energy Future Holdings Corp. ("EFH Corp.") filed the *Motion of Energy Future Holdings Corporation for Allowance of an Administrative Expenses Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(d) and 503(b)(4) of the Bankruptcy Code* [D.I. 10948] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").[2]

2. Pursuant to the *Notice of "Motion of Energy Future Holdings Corporation for Allowance of an Administrative Expenses Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(d) and 503(b)(4) of the Bankruptcy Code" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Daylight Time) on March 16, 2017 (the "Objection Deadline").  The undersigned certifies that he has reviewed the Court's docket in the above-captioned chapter 11 cases and that no objection or other responsive pleading to the Motion appears thereon.

3. Prior to the Objection Deadline, EFH Corp. received informal comments to the Motion (the "Comments") from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and a party-in-interest.  To address the Comments, on March 20, 2017, EFH Corp. filed the *Declaration of Anthony R. Horton in Support of the Motion of Energy Future Holdings Corporation for Allowance of an Administrative Expenses Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(d) and 503(b)(4) of the Bankruptcy Code* [D.I. 11023].

4. EFH Corp. also prepared a revised form of order (the "Revised Order") approving the Motion, attached hereto as **Exhibit A**, which implements clarifying revisions.  The Revised Order has been circulated to, and is acceptable to, counsel to Fidelity and the U.S. Trustee.  The Revised Order has also been circulated to counsel to the EFIH PIK Group and counsel to NextEra.  For the convenience of the Court and all parties in interest, a blackline comparison of the Revised Order against the proposed order originally filed with the Motion is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, EFH Corp. respectfully requests that the Bankruptcy Court enter the Revised Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated: March 21, 2017
Wilmington, Delaware

/s/ *Andrew M. Dean*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Andrew M. Dean (No. 6147)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    dean@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession