**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered)<br><br>**Re: D.I. 10915** |

**CERTIFICATION OF NO OBJECTION REGARDING
"DEBTORS' FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO AMENDED AND LATE FILED CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES
3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 10915]**

___

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the *Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 10915] (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on February 24, 2017.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of "Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17227804v.1

*and 3007, and Local Bankruptcy Rule 3007-1" and Hearing Thereon* filed contemporaneously with the Motion, responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Standard Time) on March 10, 2017.

The Debtors therefore respectfully request that the proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

Wilmington, Delaware
Dated: March 21, 2017        */s/ Joseph C. Barsalona II*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com
         barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT A**

**Proposed Order**

RLF1 17227804v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. \_\_\_** |

**ORDER SUSTAINING DEBTORS'
FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO AMENDED AND LATE FILED CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing the Disputed Claims set forth on **Exhibit 1** and **Exhibit 2** attached hereto, all as set forth in the Objection and the Nutt Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The Amended Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3. The Late Filed Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4. The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

5. Nothing set forth herein shall affect the parties' rights with respect to (a) the claims identified as "Remaining Claims" on **Exhibit 1** as attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds;

(c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

7.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Wilmington, Delaware
Dated: _____, 2017                              _____
                                                  THE HONORABLE CHRISTOPHER S. SONTCHI
                                                  UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Amended Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Amended Claims**

| | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CALIFORNIA FRANCHISE TAX BOARD ATTN: BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/09/2014 | 14-11026 (CSS) | 1545 | $1,694.90 | CALIFORNIA FRANCHISE TAX BOARD P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | 06/27/2016 | 14-11026 (CSS) | 37623 [1] | $0.00 | Amended and superseded claim |
| 2 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 05/26/2016 | 14-10979 (CSS) | 37617 | $238.54 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS RD, STE 204 NEWARK, DE 19711-5445 | 09/09/2016 | 14-10979 (CSS) | 37703 | $200.92 | Amended and superseded claim |
| | | | | **TOTAL** | **$1,933.44** | | | | | | |

---

[1] Claim # 37623 is subject to Debtor's Forty-Fifth (Substantive) Omnibus Objection - Exhibit 2 to Exhibit A.

2

**EXHIBIT 2** to **EXHIBIT A**

**Late Filed Claims**

RLF1 17227804v.1

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Late Filed Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | APPLIED ENERGY COMPANY LLC<br>1205 VENTURE COURT STE#100<br>CARROLLTON, TX 75006 | 14-10979 (CSS) | Energy Future Holdings Corp. | 12/23/2014 | 9930 | $5,157.53 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 2245 (which remains active on the register) by asserting a new claim not included in proof of claim no. 2245. |
| 2 | CUMMINS SOUTHERN PLAINS LLC<br>600 NORTH WATSON ROAD<br>ARLINGTON, TX 76011-5319 | 14-11042 (CSS) | Luminant Mining Company LLC | 01/29/2015 | 9956 | $1,250.00 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 7672 (which remains active on the register) by asserting a new claim not included in proof of claim no. 7672. |
| 3 | CUMMINS SOUTHERN PLAINS LLC<br>600 NORTH WATSON ROAD<br>ARLINGTON, TX 76011-5319 | 14-11042 (CSS) | Luminant Mining Company LLC | 01/29/2015 | 9958 | $492,663.91 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 7671 (which remains active on the register) by asserting a "higher" priority than that asserted in proof of claim no. 7671. |
| 4 | EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS INC.<br>ATTN: JOSEPH MIKSCHE<br>8000 NORMAN CENTER DR. SUITE 1200<br>BLOOMINGTON, MN 55437 | 14-11032 (CSS) | Luminant Generation Company LLC | 11/17/2014 | 9855 | $69,179.48 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 43 (which remains active on the register) by asserting a new claim not included in proof of claim no. 43. |
| 5 | INTERTEK AIM<br>PO BOX 416482<br>BOSTON, MA 02241-6482 | | Multiple Debtors Asserted | 08/06/2015 | 10104 | $18,578.98 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 4736 (which remains active on the register) by asserting a new claim not ncluded in claim no. 4736. |
| 6 | NICOL, GAVIN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/12/2016 | 37605 | $32,664.00 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 5435 (which remains active on the register) by asserting a new claim not included in proof of claim no. 5435. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Late Filed Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | RESCAR COMPANIES<br>407 W BRENTWOOD ST<br>CHANNELVIEW, TX 77530-3952 | 14-11042 (CSS) | Luminant Mining Company LLC | 05/11/2015 | 10060 | $82,208.40 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 3347 (which remains active on the register) by asserting new claims not included in proof of claim no. 3347. |
| 8 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR ROMCO EQUIPMENT COMPANY<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | 14-10979 (CSS) | Energy Future Holdings Corp. | 12/03/2014 | 9899 | $200,868.61 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 4683 (which remains active on the register) by asserting a new claim not included in proof of claim no. 4683. |
| 9 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR ROMCO EQUIPMENT COMPANY<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | 14-11042 (CSS) | Luminant Mining Company LLC | 12/03/2014 | 9900 | $200,868.61 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 4684 (which remains active on the register) by asserting a new claim not included in proof of claim no. 4684. |
| 10 | WESTERN DATA SYSTEMS<br>14722 REGNAL ST<br>HOUSTON, TX 77039 | 14-11042 (CSS) | Luminant Mining Company LLC | 11/03/2014 | 9786 | $6,473.43 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 5770 (which remains active on the register) by asserting a new claim not included in proof of claim no. 5770. |
| | | | | | TOTAL | $1,109,912.95 | |