IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |
|  |  | **Re: D.I. 10917, 10918 & 10972** |

CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 10917]

The undersigned hereby certifies as follows:

1. On February 24, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 10917] (the "Objection").[2] On February 24, 2017, the Debtors also filed the *Declaration of Terry L. Nutt, Senior Vice President and Controller at Vistra Energy Corp., in Support of the Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 10917] in connection with, and in support of the relief requested, in the Objection.

2. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Standard Time) on March 10, 2017 (the "Response Deadline").

3. The Debtors received one formal response to the Objection (the "Formal Response") filed on March 7, 2017 by the International Brotherhood of Electrical Workers, Local Union 2337 ("IBEW") [D.I. 10972] with respect to Proof of Claim number 5540.

4. The Debtors have agreed to adjourn the hearing with respect to the Formal Response. IBEW consented to the adjournment via electronic mail.

5. The Debtors also received two informal responses to the Objection (together, the "Informal Responses").

6. The Debtors have consensually resolved the following Informal Response, and the claimant has indicated that it does not object to the relief requested in the Objection:

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC Nos. 6198, 6199 | Delaware Trust Company | None |

7. The Debtors have agreed to adjourn the hearing with respect to the remaining Informal Response.

8. The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed to continue the hearing as described above (the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 5540 | IBEW | 10972 |
| POC Nos. 5468–5488, 5490–5539 | Various claimants represented by Gillespie Sanford LLP | None |

9. During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

10. The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

11. Additionally, on March 14, 2017, the Debtors received the *Withdrawal of Claim* [D.I. 11001], filed on account of Proof of Claim number 4212 (the "Withdrawn Claim"), to which the Debtors objected in the Objection.

12. The Debtors have revised the applicable exhibits to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims and the Withdrawn Claim. A copy of the Proposed Order is attached hereto as **Exhibit A**, and a redline of the applicable exhibit as compared to the exhibit attached to the Proposed Order filed on February 24, 2017, is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Wilmington, Delaware
Dated:  March 21, 2017

/s/ Joseph C. Barsalona II
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:     collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com
           barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:     edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:     james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*