## Exhibit A

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. ____** |

**ORDER SUSTAINING DEBTORS'
FORTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1** and **Exhibit 2** attached hereto, all as set forth in the Objection and the Nutt Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Substantive Duplicate Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.      The No Liability Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

5.      Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1**, attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an

2

implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

7.    Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

9.    This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Wilmington, Delaware
Dated: _____, 2017

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 17227904v.1

**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate**

| | | CLAIM TO BE DISALLOWED | | | | REMAINING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | NICOL, GAVIN ADDRESS ON FILE | 04/12/2016 | 14-10979 (CSS) | 37604 | $15,900.00 | SPM FLOW CONTROL, INC. 601 WEIR WAY FORT WORTH, TX 76108 | 10/16/2014 | 14-10979 (CSS) | 5435 | $15,900.00 | Claimed invoice in claim to be disallowed appears to be included in the remaining claim. |
| | | | | TOTAL | $15,900.00 | | | | | | |

**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALDINE INDEPENDENT SCHOOL DISTRICT C/O TAX OFFICE 14909 ALDINE WESTFIELD ROAD HOUSTON, TX 77032 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/11/2014 | 1773 | $417.18 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | ARKANSAS UNCLAIMED PROPERTY UNIT 1401 WEST CAPITOL AVENUE SUITE 325 LITTLE ROCK, AR 72201 | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/02/2015 | 10041 | $2,390.81 | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 3 | ARLINGTON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 05/09/2014 | 12 [1] | $41.21* | Modified amount reflects adjustment for the part of the claim for which no liability is owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 4 | ATMOS PIPELINE - TEXAS A DIVISION OF ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS, TX 75202 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 09/30/2014 | 4774 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim asserted is on account of a guaranty, which has expired. |
| 5 | ATMOS PIPELINE - TEXAS A DIVISION OF ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS, TX 75202 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 09/30/2014 | 4775 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim asserted is on account of an entitlement to draw on a letter of credit, which is not property of the Debtors' estate. |

[1] Claim 12 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10980 (CSS) | 4Change Energy Company | 10/23/2014 | 6352 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 7 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10981 (CSS) | 4Change Energy Holdings LLC | 10/23/2014 | 6353 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 8 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10982 (CSS) | DeCordova Power Company LLC | 10/23/2014 | 6354 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10983 (CSS) | Big Brown 3 Power Company LLC | 10/23/2014 | 6355 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 10 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10984 (CSS) | Eagle Mountain Power Company LLC | 10/23/2014 | 6356 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 11 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10985 (CSS) | Tradinghouse Power Company LLC | 10/23/2014 | 6357 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10986 (CSS) | Big Brown Lignite Company LLC | 10/23/2014 | 6358 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 13 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10988 (CSS) | Big Brown Power Company LLC | 10/23/2014 | 6359 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 14 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/23/2014 | 6360 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10998 (CSS) | Collin Power Company LLC | 10/23/2014 | 6361 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 16 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11002 (CSS) | TXU Energy Solutions Company LLC | 10/23/2014 | 6362 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 17 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11003 (CSS) | DeCordova II Power Company LLC | 10/23/2014 | 6363 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------------|--------------------------------|
| 18 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | **Energy Future Competitive Holdings Company LLC** | 10/23/2014 | 6364 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 19 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11009 (CSS) | **TXU Retail Services Company** | 10/23/2014 | 6365 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 20 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11010 (CSS) | **Martin Lake 4 Power Company LLC** | 10/23/2014 | 6366 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11011 (CSS) | Monticello 4 Power Company LLC | 10/23/2014 | 6367 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 22 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11013 (CSS) | TXU SEM Company | 10/23/2014 | 6368 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 23 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11014 (CSS) | Morgan Creek 7 Power Company LLC | 10/23/2014 | 6369 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11015 (CSS) | Valley NG Power Company LLC | 10/23/2014 | 6370 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 25 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11018 (CSS) | Luminant Big Brown Mining Company LLC | 10/23/2014 | 6371 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 26 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11019 (CSS) | NCA Resources Development Company LLC | 10/23/2014 | 6372 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11020 (CSS) | Valley Power Company LLC | 10/23/2014 | 6373 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 28 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11021 (CSS) | Generation MT Company LLC | 10/23/2014 | 6374 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 29 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11022 (CSS) | Oak Grove Management Company LLC | 10/23/2014 | 6375 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11023 (CSS) | Luminant Energy Company LLC | 10/23/2014 | 6376 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 31 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11024 (CSS) | Oak Grove Mining Company LLC | 10/23/2014 | 6377 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 32 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11025 (CSS) | Generation SVC Company | 10/23/2014 | 6378 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11026 (CSS) | Luminant Energy Trading California Company | 10/23/2014 | 6379 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 34 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11027 (CSS) | Oak Grove Power Company LLC | 10/23/2014 | 6380 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 35 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11029 (CSS) | Lake Creek 3 Power Company LLC | 10/23/2014 | 6381 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11030 (CSS) | Luminant ET Services Company | 10/23/2014 | 6382 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 37 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/23/2014 | 6383 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 38 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11033 (CSS) | Sandow Power Company LLC | 10/23/2014 | 6384 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11037 (CSS) | Luminant Holding Company LLC | 10/23/2014 | 6385 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 40 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 10/23/2014 | 6386 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 41 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/23/2014 | 6387 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|--------------------|----------------------------------|
| 42 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11044 (CSS) | Luminant Renewables Company LLC | 10/23/2014 | 6388 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 43 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11046 (CSS) | Tradinghouse 3 & 4 Power Company LLC | 10/23/2014 | 6389 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 44 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6390 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6391 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 46 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11028 (CSS) | TCEH Finance, Inc. | 10/23/2014 | 6392 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 47 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6393 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11028 (CSS) | TCEH Finance, Inc. | 10/23/2014 | 6394 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 49 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6395 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 50 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11028 (CSS) | TCEH Finance, Inc. | 10/23/2014 | 6396 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6407 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 52 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6408 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 53 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6410 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 54 | BANK OF NEW YORK MELLON, THE, TTEE UNDER NUCLEAR DECOMMISSIONING TRUST AGREEMENT ATTN: AMY M. TONTI, ESQ. REED SMITH CENTER 225 FIFTH AVE STE 1200 PITTSBURGH, PA 15222 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/14/2014 | 5261 | Undetermined* | The claim is a contingent claim for unpaid fees, expenses, and other charges under the Amended and Restated Nuclear Decommissioning Trust Agreement, dated January 1, 2002. According to the Debtors' books and records, there are no outstanding prepetition amounts owed under the Trust Agreement and that any amounts that accrued postpetition are being paid in accordance with the terms of the trust agreement, which was assumed by the Debtors. |
| 55 | BLACKWELL INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/02/2015 | 12911 | $79.94 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  Claim is on account of penalties and interest that have since been removed by the claimant. |
| 56 | CALIFORNIA FRANCHISE TAX BOARD P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | 14-11026 (CSS) | Luminant Energy Trading California Company | 06/27/2016 | 37623 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 57 | CARROLL INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10996 (CSS) | EFH Corporate Services Company | 05/14/2014 | 59 | $0.62* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | CITY OF SULPHUR SPRINGS C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 14-10996 (CSS) | EFH Corporate Services Company | 09/28/2015 | 11827 | $4,920.43* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 59 | CITY OF SWEETWATER C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/02/2015 | 12913 | $1,146.72 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of penalties and interest that have since been removed by the claimant. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 60 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF THE TREASURY DIVISION OF UNCLAIMED PROPERTY PO BOX 2478 RICHMOND, VA 23218-2478 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6351 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 61 | COUNTY OF TITUS, TEXAS ATTN: TIM R. TAYLOR, ATTORNEY P.O. BOX 1212 MOUNT PLEASANT, TX 75456-1212 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/26/2014 | 2608 [2] | $2,904.01* | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable; the Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

[2] Claim 2608 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | CUMMINS FAMILY TRUST, THE 4106 HONEYCOMB ROCK CIRCLE AUSTIN, TX 78731-2016 | 14-11042 (CSS) | **Luminant Mining Company LLC** | 10/16/2014 | 5437 | $52,454.00 | According to the Debtors' books and records, the Debtors are not liable for the asserted claim for royalties for excess lignite mined because the Debtors have not mined any excess lignite.  Therefore, the Claimant had no existing right to payment as of the TCEH Effective Date for royalties pursuant to the applicable deed.  Any future royalties due under the terms of the deed shall be paid pursuant to the terms thereof. |
| 63 | DELAWARE TRUST COMPANY F/K/A CSC TRUST COMPANY OF DELAWARE ATTN: JAMES S. CARR, BENJAMIN D. FEDER 101 PARK AVENUE NEW YORK, NY 10178 | 14-10978 (CSS) | **Texas Competitive Electric Holdings Company LLC** | 10/23/2014 | 6198 | $3,797,798.04* | According to the Debtors' books and records, Debtors are not liable for the obligations described in the proof of claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party, pursuant to the terms of that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1987 and the Participation Agreement, dated as of December 1, 1987. |
| 64 | DELAWARE TRUST COMPANY F/K/A CSC TRUST COMPANY OF DELAWARE ATTN: JAMES S. CARR, BENJAMIN D. FEDER 101 PARK AVENUE NEW YORK, NY 10178 | 14-10978 (CSS) | **Texas Competitive Electric Holdings Company LLC** | 10/23/2014 | 6199 | $25,467,419.53* | According to the Debtors' books and records, Debtors are not liable for the obligations described in the proof of claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party, pursuant to the terms of that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1989 and the Participation Agreement, dated as of December 1, 1989. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 65 | EAGLE MOUNTAIN-SAGINAW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 03/24/2015 | 10036 [3] | $273.00 | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable. Debtors believe that liability, if any, is owed by a non-Debtor entity. |
| 66 | GREAT IOWA TREASURE HUNT LUCAS STATE OFFICE BUILDING ATTN: KATHRYN FEHRING 321 E. 12TH ST., 1ST FLOOR DES MOINES, IA 50319 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/04/2014 | 4120 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 67 | MORGAN, JAMES O. C/O GOLDSMITH & ASSOCIATES, LLC ATTN: SYLVIA A GOLDSMITH, PARK WEST BLDG 20545 CENTER RIDGE ROAD, SUITE 120 ROCKY RIVER, OH 44116 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7931 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The debt that was reported to credit agencies was valid and outstanding at the time of the report; the debt has since been cleared and is no longer being reported. |
| 68 | NEBRASKA STATE TREASURER UNCLAIMED PROPERTY DIVISION 809 P STREET LINCOLN, NE 68508-1390 | | No Debtor Asserted | 09/02/2014 | 4082 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |

---

[3] Claim 10036 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 69 | NEW JERSEY OFFICE OF THE STATE TREASURER UNCLAIMED PROPERTY PO BOX 214 TRENTON, NJ 08695-0214 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 11/04/2014 | 9797 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 70 | NOLAN COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | **EFH Corporate Services Company** | 11/02/2015 | 12898 [4] | $2,074.95 | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable; (1) the Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC; (2) rendition penalties which have been removed per the county appraiser. |
| 71 | NOLAN COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-11032 (CSS) | **Luminant Generation Company LLC** | 11/02/2015 | 12909 [5] | $233.55 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for rendition penalties that have been removed by the county assessor. |
| 72 | NORTH CAROLINA DEPT OF STATE TREASURER UNCLAIMED PROPERTY PROGRAM 325 NORTH SALISBURY STREET RALEIGH, NC 27603-1385 | 14-10997 (CSS) | **TXU Energy Retail Company LLC** | 10/20/2014 | 5637 | $7,007.16 | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |

[4] Claim 12898 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

[5] Claim 12909 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 73 | OKLAHOMA STATE TREASURER 2300 N LINCOLN BLVD RM 217 OKLAHOMA CITY, OK 73105 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/02/2014 | 4062 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 74 | OKLAHOMA STATE TREASURER ATTN: KEN MILLER 2300 N. LINCOLN BLVD., SUITE 217 OKLAHOMA CITY, OK 73105-4895 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 09/02/2014 | 4063 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 75 | STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION C/O PULLMAN & COMLEY, ATTN: LIZ AUSTIN 850 MAIN STREET, 8TH FLOOR BRIDGEPORT, CT 06601-7006 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5684 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 76 | SULPHUR SPRINGS ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 14-10996 (CSS) | EFH Corporate Services Company | 09/28/2015 | 11826 | $18,262.51* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 77 | TITUS COUNTY APPRAISAL DISTRICT ATTN: TIM R. TAYLOR, ATTORNEY P.O. BOX 1212 MOUNT PLEASANT, TX 75456 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/20/2014 | 2352 [6] | $128,374.15 | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable;  the Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC |
| 78 | VALWOOD IMPROVEMENT AUTHORITY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 03/23/2015 | 10029 | $1.33 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records.  The Debtors determined that Debtors already paid claimant on account of this claim on 01/29/2014 via check 1002691270. |
| 79 | WEST VIRGINIA STATE TREASURER'S OFFICE 322 70TH ST SE CHARLESTON, WV 25304-2910 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 09/25/2014 | 4659 | $2,373.84* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| | | | | | TOTAL | $29,488,172.98* | |

---

[6] Claim 2352 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)