**Exhibit B**

**Redline of Exhibit 2**

**(No Liability Claims)**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALDINE INDEPENDENT SCHOOL DISTRICT C/O TAX OFFICE 14909 ALDINE WESTFIELD ROAD HOUSTON, TX 77032 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/11/2014 | 1773 | $417.18 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | ALEMAN, MANUEL, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5468 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 3 | ALFORD, JAMES T., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5469 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 24 | ARKANSAS UNCLAIMED PROPERTY UNIT 1401 WEST CAPITOL AVENUE SUITE 325 LITTLE ROCK, AR 72201 | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/02/2015 | 10041 | $2,390.81 | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 35 | ARLINGTON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 05/09/2014 | 12 [1] | $41.21* | Modified amount reflects adjustment for the part of the claim for which no liability is owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

[1] Claim 12 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

## ENERGY FUTURE HOLDINGS CORP., et al.

### REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 46 ATMOS PIPELINE - TEXAS A DIVISION OF ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS, TX 75202 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 09/30/2014 | 4774 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim asserted is on account of a guaranty, which has expired. |
| 57 ATMOS PIPELINE - TEXAS A DIVISION OF ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS, TX 75202 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 09/30/2014 | 4775 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim asserted is on account of an entitlement to draw on a letter of credit, which is not property of the Debtors' estate. |
| 68 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10980 (CSS) | 4Change Energy Company | 10/23/2014 | 6352 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 79 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10981 (CSS) | 4Change Energy Holdings LLC | 10/23/2014 | 6353 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8~~10~~ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10982 (CSS) | DeCordova Power Company LLC | 10/23/2014 | 6354 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 9~~11~~ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10983 (CSS) | Big Brown 3 Power Company LLC | 10/23/2014 | 6355 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 10~~2~~ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10984 (CSS) | Eagle Mountain Power Company LLC | 10/23/2014 | 6356 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1<del>3</del><ins>1</ins> BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10985 (CSS) | Tradinghouse Power Company LLC | 10/23/2014 | 6357 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 1<ins>2</ins><del>4</del> BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10986 (CSS) | Big Brown Lignite Company LLC | 10/23/2014 | 6358 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 1<ins>3</ins><del>5</del> BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10988 (CSS) | Big Brown Power Company LLC | 10/23/2014 | 6359 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|--------------------|----------------------------------|
| 14~~6~~ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/23/2014 | 6360 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 15~~7~~ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10998 (CSS) | Collin Power Company LLC | 10/23/2014 | 6361 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 16~~8~~ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11002 (CSS) | TXU Energy Solutions Company LLC | 10/23/2014 | 6362 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1~~7~~9 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11003 (CSS) | DeCordova II Power Company LLC | 10/23/2014 | 6363 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 18~~0~~2 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6364 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 19~~1~~2 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11009 (CSS) | TXU Retail Services Company | 10/23/2014 | 6365 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20<s>2</s> | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11010 (CSS) | Martin Lake 4 Power Company LLC | 10/23/2014 | 6366 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 21<s>3</s> | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11011 (CSS) | Monticello 4 Power Company LLC | 10/23/2014 | 6367 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 22<s>4</s> | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11013 (CSS) | TXU SEM Company | 10/23/2014 | 6368 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 2~~35~~ BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11014 (CSS) | Morgan Creek 7 Power Company LLC | 10/23/2014 | 6369 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 2~~46~~ BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11015 (CSS) | Valley NG Power Company LLC | 10/23/2014 | 6370 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 2~~57~~ BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11018 (CSS) | Luminant Big Brown Mining Company LLC | 10/23/2014 | 6371 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 2<s>68</s> BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11019 (CSS) | NCA Resources Development Company LLC | 10/23/2014 | 6372 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 2<s>79</s> BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11020 (CSS) | Valley Power Company LLC | 10/23/2014 | 6373 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 28<s>3</s><s>0</s> BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11021 (CSS) | Generation MT Company LLC | 10/23/2014 | 6374 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 29~~3~~<br>~~1~~ BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-11022 (CSS) | Oak Grove Management Company LLC | 10/23/2014 | 6375 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 30~~2~~ BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-11023 (CSS) | Luminant Energy Company LLC | 10/23/2014 | 6376 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 31~~3~~ BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE 19801 | 14-11024 (CSS) | Oak Grove Mining Company LLC | 10/23/2014 | 6377 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 3~~2~~4 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11025 (CSS) | Generation SVC Company | 10/23/2014 | 6378 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 3~~3~~5 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11026 (CSS) | Luminant Energy Trading California Company | 10/23/2014 | 6379 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 3~~4~~6 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11027 (CSS) | Oak Grove Power Company LLC | 10/23/2014 | 6380 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35~~7~~ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11029 (CSS) | Lake Creek 3 Power Company LLC | 10/23/2014 | 6381 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 36~~8~~ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11030 (CSS) | Luminant ET Services Company | 10/23/2014 | 6382 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 37~~9~~ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/23/2014 | 6383 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 384 0 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11033 (CSS) | Sandow Power Company LLC | 10/23/2014 | 6384 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 394 1 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11037 (CSS) | Luminant Holding Company LLC | 10/23/2014 | 6385 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 402 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 10/23/2014 | 6386 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 413 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/23/2014 | 6387 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 424 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11044 (CSS) | Luminant Renewables Company LLC | 10/23/2014 | 6388 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 435 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11046 (CSS) | Tradinghouse 3 & 4 Power Company LLC | 10/23/2014 | 6389 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

# ENERGY FUTURE HOLDINGS CORP., et al.

### REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 4~~46~~ BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6390 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 4~~5~~7 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6391 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 4~~6~~8 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11028 (CSS) | TCEH Finance, Inc. | 10/23/2014 | 6392 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 479 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6393 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 4850 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11028 (CSS) | TCEH Finance, Inc. | 10/23/2014 | 6394 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 4951 BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6395 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50̶2̶ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11028 (CSS) | TCEH Finance, Inc. | 10/23/2014 | 6396 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 51̶3̶ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6407 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 52̶4̶ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6408 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------------|----------------------------------|
| 5~~35~~ | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | **Energy Future Competitive Holdings Company LLC** | 10/23/2014 | 6410 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 5~~46~~ | BANK OF NEW YORK MELLON, THE, TTEE UNDER NUCLEAR DECOMMISSIONING TRUST AGREEMENT ATTN: AMY M. TONTI, ESQ. REED SMITH CENTER 225 FIFTH AVE STE 1200 PITTSBURGH, PA 15222 | 14-11032 (CSS) | **Luminant Generation Company LLC** | 10/14/2014 | 5261 | Undetermined* | The claim is a contingent claim for unpaid fees, expenses, and other charges under the Amended and Restated Nuclear Decommissioning Trust Agreement, dated January 1, 2002. According to the Debtors' books and records, there are no outstanding prepetition amounts owed under the Trust Agreement and that any amounts that accrued postpetition are being paid in accordance with the terms of the trust agreement, which was assumed by the Debtors. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 57 BARTSCH, BRAD, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5470 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 58 BATTLE, BOBBY, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5471 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 59 | BAUER, LAWRENCE, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5472 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 60 | BEHNKEN, DIANE, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5473 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | BERAN, JAMIE, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5474 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 62 | BEXLEY, KERRY, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5475 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 63 ~~BIEHLE, CRAIG, SELF & SIMILARLY SITUATED~~ ~~C/O GILLESPIE SANFORD LLP~~ ~~ATTN: JOSEPH H. GILLESPIE~~ ~~4925 GREENVILLE AVE., SUITE 200~~ ~~DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5476~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |
| 556 4 BLACKWELL INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/02/2015 | 12911 | $79.94 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claim is on account of penalties and interest that have since been removed by the claimant. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 65 | BROWN, JUSTIN, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5478 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 66 | BROWN, WALTER R., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5477 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|--------------------|---------------------------------|
| 566 7 | CALIFORNIA FRANCHISE TAX BOARD P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | 14-11026 (CSS) | Luminant Energy Trading California Company | 06/27/2016 | 37623 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 68 | CALVIN, FREDDIE, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5479 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 69 ~~CARRAZALES, CRESPIN, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5480~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |
| 577 ~~0~~ CARROLL INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10996 (CSS) | EFH Corporate Services Company | 05/14/2014 | 59 | $0.62* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| ~~71~~ ~~CHARANZA, BOBBY, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5481~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |
| ~~587~~ 2 CITY OF SULPHUR SPRINGS C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 14-10996 (CSS) | EFH Corporate Services Company | 09/28/2015 | 11827 | $4,920.43* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| ~~597~~ 3 CITY OF SWEETWATER C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/02/2015 | 12913 | $1,146.72 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of penalties and interest that have since been removed by the claimant. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| ~~74~~ ~~COLLETTE, JOE, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5482~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |
| 60~~7~~ ~~5~~ | COMMONWEALTH OF VIRGINIA DEPARTMENT OF THE TREASURY DIVISION OF UNCLAIMED PROPERTY PO BOX 2478 RICHMOND, VA 23218-2478 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6351 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 61~~7~~ ~~6~~ | COUNTY OF TITUS, TEXAS ATTN: TIM R. TAYLOR, ATTORNEY P.O. BOX 1212 MOUNT PLEASANT, TX 75456-1212 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/26/2014 | 2608 [2] | $2,904.01* | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable; the Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

[2] Claim 2608 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 627~~7~~ CUMMINS FAMILY TRUST, THE 4106 HONEYCOMB ROCK CIRCLE AUSTIN, TX 78731-2016 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/16/2014 | 5437 | $52,454.00 | According to the Debtors' books and records, the Debtors are not liable for the asserted claim for royalties for excess lignite mined because the Debtors have not mined any excess lignite.  Therefore, the Claimant had no existing right to payment as of the TCEH Effective Date for royalties pursuant to the applicable deed.  Any future royalties due under the terms of the deed shall be paid pursuant to the terms thereof. |
| ~~78~~ ~~DAUGHTREY, ROY C., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5483~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 637 9 DELAWARE TRUST COMPANY F/K/A CSC TRUST COMPANY OF DELAWARE ATTN: JAMES S. CARR, BENJAMIN D. FEDER 101 PARK AVENUE NEW YORK, NY 10178 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6198 | $3,797,798.04* | According to the Debtors' books and records, Debtors are not liable for the obligations described in the proof of claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party, pursuant to the terms of that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1987 and the Participation Agreement, dated as of December 1, 1987. |
| 648 0 DELAWARE TRUST COMPANY F/K/A CSC TRUST COMPANY OF DELAWARE ATTN: JAMES S. CARR, BENJAMIN D. FEDER 101 PARK AVENUE NEW YORK, NY 10178 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6199 | $25,467,419.53* | According to the Debtors' books and records, Debtors are not liable for the obligations described in the proof of claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party, pursuant to the terms of that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1989 and the Participation Agreement, dated as of December 1, 1989. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 81 | DIAZ, FRANK, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5484 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 82 | DODD, TED, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5485 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 83 | DORNHOEFER, ROBERT, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5486 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 84 | DOSS, BILL, JR, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5487 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 85 | DUREE, JEREMY, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5488 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 658 6 | EAGLE MOUNTAIN-SAGINAW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 03/24/2015 | 10036 ³ | $273.00 | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable.  Debtors believe that liability, if any, is owed by a non-Debtor entity. |

---

³ Claim 10036 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 87 | ESCHBERGER, TODD, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5490 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 88 | GARNER, CLIFFORD, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5491 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 89 | GARZA, CARLOS, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5492 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 90 | GOETZ, DAVID, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5493 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 669 1 | GREAT IOWA TREASURE HUNT LUCAS STATE OFFICE BUILDING ATTN: KATHRYN FEHRING 321 E. 12TH ST., 1ST FLOOR DES MOINES, IA 50319 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/04/2014 | 4120 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 92 | GRIFFIN, DANIEL W., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5494 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 93 GUNNELS, DAVID W., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5495 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 94 GUZMAN, ERIC, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5496 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 95 HACKETT, CHRISTOPHER, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5497 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 96 HARVEY, TODD, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5498 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 97 HAYS, LESTER R., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5499 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 98 HEMPEL, KIRK, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5500 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 99 | HENNINGTON, RONALD W., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5501 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 100 | HINES, WELDON, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5502 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|--------------------|----------------------------------|
| 101 HOFFMAN, PATRICK, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5503 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 102 HOLLAS, MELVIN, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5504 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 103 | IBEW LOCAL 2337 ON BEHALF OF MEMBER CHRIS MORRIS, C/O GILLESPIE SANFORD LLP ATTN: HAL GILLESPIE & JOSEPH GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5540 | Undetermined* | The Debtors are not liable for the asserted claim pursuant to an arbitration decision dated November 23, 2013. The Claimant has not presented legal support to vacate the arbitrator's decision—there are no allegations of impropriety on the part of the arbitrator, the arbitrator appears to have acted within his authority, and the arbitrator has not improperly refused to consider evidence. |
| 104 | JACOBSEN, LUKE, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5505 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 105 JUAREZ, MARTIN, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5506 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 106 KELLY, WAYNE, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5507 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|--------------------|----------------------------------|
| 107 KIMBREL, JEFF, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5508 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 108 KNOBLOCH, MICHAEL, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5509 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 109 KRENEK, RICHARD, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5510 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 110 KUBACAK, MICHAEL, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5511 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 111 | LEWIS, EMMETT, SELF & SIMILARLY SITUATED<br>C/O GILLESPIE SANFORD LLP<br>ATTN: JOSEPH H. GILLESPIE<br>4925 GREENVILLE AVE., SUITE 200<br>DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5512 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 112 | MATYSEK, MARVIN R., ET AL<br>C/O GILLESPIE SANFORD LLP<br>ATTN: JOSEPH H. GILLESPIE<br>4925 GREENVILLE AVE., SUITE 200<br>DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5513 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 113 MCGARY, DARRELL, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5514 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 114 MONTELONGO, ALBERT, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5515 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 67~~1~~ ~~15~~ MORGAN, JAMES O. C/O GOLDSMITH & ASSOCIATES, LLC ATTN: SYLVIA A GOLDSMITH, PARK WEST BLDG 20545 CENTER RIDGE ROAD, SUITE 120 ROCKY RIVER, OH 44116 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 10/27/2014 | 7931 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The debt that was reported to credit agencies was valid and outstanding at the time of the report; the debt has since been cleared and is no longer being reported. |
| ~~116~~ ~~MUSTON, EDDIE, SELF & SIMILARLY SITUATED~~ ~~C/O GILLESPIE SANFORD LLP~~ ~~ATTN: JOSEPH H. GILLESPIE~~ ~~4925 GREENVILLE AVE., SUITE 200~~ ~~DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5516~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |
| 68~~1~~ ~~17~~ NEBRASKA STATE TREASURER UNCLAIMED PROPERTY DIVISION 809 P STREET LINCOLN, NE 68508-1390 | | **No Debtor Asserted** | 09/02/2014 | 4082 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| ~~118~~ ~~NELSON, WINSTON, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5517~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |
| ~~691~~ ~~19~~ NEW JERSEY OFFICE OF THE STATE TREASURER UNCLAIMED PROPERTY PO BOX 214 TRENTON, NJ 08695-0214 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/04/2014 | 9797 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| ~~701~~ ~~20~~ NOLAN COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/02/2015 | 12898 [4] | $2,074.95 | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable; (1) the Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC; (2) rendition penalties which have been removed per the county appraiser. |

[4] Claim 12898 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 71~~1~~ 21 NOLAN COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-11032 (CSS) | Luminant Generation Company LLC | 11/02/2015 | 12909 [5] | $233.55 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for rendition penalties that have been removed by the county assessor. |
| 72~~1~~ 22 NORTH CAROLINA DEPT OF STATE TREASURER UNCLAIMED PROPERTY PROGRAM 325 NORTH SALISBURY STREET RALEIGH, NC 27603-1385 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/20/2014 | 5637 | $7,007.16 | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| ~~123 O'CAMPO, JOHN, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5518~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |

---

[5] Claim **12909** was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|--------------------|----------------------------------|
| ~~73~~ 24 OKLAHOMA STATE TREASURER 2300 N LINCOLN BLVD RM 217 OKLAHOMA CITY, OK 73105 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 09/02/2014 | 4062 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| ~~74~~ 25 OKLAHOMA STATE TREASURER ATTN: KEN MILLER 2300 N. LINCOLN BLVD., SUITE 217 OKLAHOMA CITY, OK 73105-4895 | 14-10997 (CSS) | **TXU Energy Retail Company LLC** | 09/02/2014 | 4063 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| ~~126 PHILLIPS, WILLIE, SR., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~**Luminant Mining Company LLC**~~ | ~~10/17/2014~~ | ~~5519~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 127 PLACHY, ROBERT, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5520 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 128 POPE, ANTONIO, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5521 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|--------------------|----------------------------------|
| 129 POUNDERS, JASON, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5522 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 130 ROZELL, MIKE, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5523 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 131 RUCKER, JAMES R, JR, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5524 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 132 SABESTA, JAMES E., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5529 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 133 SAIN, JERRY, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5525 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 134 SAKEWITZ, KYLE, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5526 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 135 | SANTELLANO, MARK, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5527 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 136 | SAVAGE, ALVIN, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5528 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 137 SENKEL, KENNETH R., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5530 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 138 SIGLE, TONY, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5531 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| ~~139~~ ~~SIMPSON, STEVEN, ET AL~~ ~~C/O GILLESPIE SANFORD LLP~~ ~~ATTN: JOSEPH H. GILLESPIE~~ ~~4925 GREENVILLE AVE., SUITE 200~~ ~~DALLAS, TX 75206~~ | ~~14-11042~~ ~~(CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5532~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |
| ~~75~~ 40 STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION C/O PULLMAN & COMLEY, ATTN: LIZ AUSTIN 850 MAIN STREET, 8TH FLOOR BRIDGEPORT, CT 06601-7006 | 14-10979 (CSS) | **Energy Future Holdings Corp.** | 10/20/2014 | 5684 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| ~~76~~ 41 SULPHUR SPRINGS ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 14-10996 (CSS) | **EFH Corporate Services Company** | 09/28/2015 | 11826 | $18,262.51* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| ~~142~~ ~~TATE, MICHAEL KENN~~ ~~C/O TANNER AND ASSOCIATES, PC~~ ~~ATTN: ROD TANNER~~ ~~6300 RIDGLEA PLACE, STE 407~~ ~~FORT WORTH, TX 76116~~ | ~~14-11032~~ ~~(CSS)~~ | ~~Luminant Generation~~ ~~Company LLC~~ | ~~09/08/2014~~ | ~~4212~~ | ~~$1,000,000.00*~~ | ~~The Debtors are not liable for the asserted claim because the applicable Debtor was required to take the action at issue by federal nuclear reporting regulations; the Debtors reported truthful information required by law. Furthermore, the Claimant requests that the Debtor take an action that would violate the Debtor's legal obligations under federal nuclear regulations.~~ |
| ~~771~~ 43 | TITUS COUNTY APPRAISAL DISTRICT ATTN: TIM R. TAYLOR, ATTORNEY P.O. BOX 1212 MOUNT PLEASANT, TX 75456 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/20/2014 | 2352 [6] | $128,374.15 | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable;  the Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC |

---

[6] Claim 2352 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|--------------------|----------------------------------|
| 144  TUCKER, DAVID, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5533 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 145  TURNIPSEED, RAY, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5534 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies.  The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute.  Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to  consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|-------------|------------|---------|--------------------|----------------------------------|
| ~~146~~ ~~URBAN, DWAN S., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5535~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |
| ~~78~~ 47 | VALWOOD IMPROVEMENT AUTHORITY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 03/23/2015 | 10029 | $1.33 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that Debtors already paid claimant on account of this claim on 01/29/2014 via check 1002691270. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF** FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 148 VARGAS, ERNESTO, ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5536 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| 149 VEGA, NOE, SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5537 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 79~~1~~ 50 WEST VIRGINIA STATE TREASURER'S OFFICE 322 70TH ST SE CHARLESTON, WV 25304-2910 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 09/25/2014 | 4659 | $2,373.84* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| ~~151~~ ~~WILLRICH, ROBERT L., ET AL C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206~~ | ~~14-11042 (CSS)~~ | ~~Luminant Mining Company LLC~~ | ~~10/17/2014~~ | ~~5538~~ | ~~$8,000.00*~~ | ~~The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question.~~ |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**REDLINE OF FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 152 YOUNG, JOE M., SELF & SIMILARLY SITUATED C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/17/2014 | 5539 | $8,000.00* | The claim is asserted on account of a putative class action under the Fair Labor Standards Act concerning the Debtor's meal and break policies. The Debtors believe such policies were lawful and the alleged "work" by class members is not compensable under the applicable statute. Furthermore, the uniform amount asserted by all claimants party to the putative class action suit fails to consider relevant factors including individual and disparate wage rates, time worked by the individual claimant, job categories, vacation and leaves, individual job duties, and payments already made on account of certain of the hours in question. |
| | | | | **TOTAL** | $29,488,172.9831,0 56,172.98* | |