## **Exhibit A**

[Statement of Fees by Subject Matter]

77493382v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 0.7 | $447.00 |
| 003 | EFH Business Operations | 2.4 | $2,520.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 2.6 | $2,725.00 |
| 005 | EFH Corporate Governance and Board Matters | 9.2 | $10,740.00 |
| 006 | Discovery | 5.3 | $5,053.50 |
| 008 | Fee Applications and Objections | 32.8 | $30,660.00 |
| 009 | Financing and Cash Collateral | 0.1 | $105.00 |
| 010 | Hearings | 41.5 | $47,067.50 |
| 011 | Claims Investigations, Analyses and Objections | 6.4 | $6,720.00 |
| 014 | Non-Working Travel | 26.2 | $14,823.75 |
| 015 | Plan and Disclosure Statement | 156.3 | $165,565.00 |
| 016 | Tax | 9.7 | $10,560.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **293.2** | **$296,986.75** |

77493382v1