## **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

77493382v1

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $975 | 3.1 | $3,022.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,075 | 43.8 | $47,085.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $1,000 | 18.1 | $18,100.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,275 | 34.3 | $43,732.50 |
|  |  |  |  | $637.50 | 9.5 | $6,056.25[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,050 | 131.9 | $138,495.00 |
|  |  |  |  | $525 | 16.7 | $8,767.50[1] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $735 | 1.6 | $1,176.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $900 | 8.6 | $7,740.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $900 | 25.2 | $22,680.00 |
| **Total** |  |  |  |  | **292.8** | **$296,854.75** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

77493382v1

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $330 | 0.4 | $132.00 |
| **Total** | | | | | **0.4** | **$132.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **293.2** | **$296,986.75** |

77493382v1