## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

77493382v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $46.40 |
| Telecommunications | $479.00 |
| Litigation and Corporate Support Services | $179.00[1] |
| Travel Out-of-Town – Transportation | $2,819.61[2] |
| Taxi, Carfare, Mileage, Parking | $894.61[3] |
| Business Meals | $213.47[4] |
| Out-of-Town Lodging | $1,500.00[5] |
| **Total** | **$6,132.09** |

---

[1] Consists of CourtCall and court reporting expenses.

[2] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[3] Includes a reduction of $14.08 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[4] Includes a reduction of $203.76 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[5] Includes a reduction of $674.05 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

77493382v1