## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

Disbursements and Other Charges

| Date | Name | Description | Amount |
|---|---|---|---|
| 01/04/2017 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 01/17/2017 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from Newark Airport to Hotel | 86.87 |
| 01/19/2017 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from Hotel to Newark Airport | 88.15 |
| 01/20/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 01/23/2017 | Peter J. Young | Taxicab/car Svc.-XYZ from LaGuardia to Hotel | 56.81 |
| 02/01/2017 | Lary Alan Rappaport | Reproduction | 2.20 |
| 02/02/2017 | Lary Alan Rappaport | Reproduction | 2.20 |
| 02/02/2017 | Jennifer L. Roche | Reproduction | 0.90 |
| 02/02/2017 | Jennifer L. Roche | Reproduction | 1.30 |
| 02/03/2017 | Lorena Ramirez | Reproduction | 2.70 |
| 02/03/2017 | Lary Alan Rappaport | Reproduction | 2.40 |
| 02/09/2017 | Jared Zajac | Reproduction | 0.20 |
| 02/10/2017 | Jared Zajac | Reproduction | 4.40 |
| 02/10/2017 | Jared Zajac | Reproduction | 3.00 |
| 02/10/2017 | Jared Zajac | Reproduction | 3.20 |
| 02/10/2017 | Jared Zajac | Reproduction | 4.20 |
| 02/10/2017 | Jared Zajac | Reproduction | 3.40 |
| 02/10/2017 | Michael A. Firestein | Reproduction | 0.30 |
| 02/10/2017 | Michael A. Firestein | Reproduction | 13.50 |
| 02/13/2017 | Peter J. Young | Airplane-Los Angeles to/from Philadelphia 2/13-17/17 | 1,886.20 |
| 02/13/2017 | Peter J. Young | Airplane-GoGo Air Internet | 29.95 |
| 02/13/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from home to Los Angeles Airport | 73.78 |
| 02/13/2017 | Peter J. Young | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 34.86 |
| 02/13/2017 | Michael A. Firestein | Telephone-CourtCall | 58.00 |
| 02/13/2017 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 02/13/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 02/14/2017 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Philadelphia to Wilmington | 125.00 |
| 02/14/2017 | Peter J. Young | Lodging-2 Nights Wilmington | 600.00 |
| 02/14/2017 | Peter J. Young | Out Of Town Meals | 8.00 |
| 02/14/2017 | Mark K. Thomas | Out Of Town Transportation-Carey Car Service from Philadelphia to Wilmington | 120.08 |
| 02/14/2017 | Michael A. Firestein | Telephone-CourtCall | 51.00 |

77493382v1

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/14/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 02/14/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from Home to O'Hare | 75.00 |
| 02/15/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 02/15/2017 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia 2/14-15/17 | 803.51 |
| 02/15/2017 | Mark K. Thomas | Lodging-1 Night Wilmington | 300.00 |
| 02/15/2017 | Jared Zajac | Reproduction | 0.40 |
| 02/15/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 02/15/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 02/15/2017 | Peter J. Young | Out Of Town Meals | 5.47 |
| 02/15/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 02/16/2017 | Peter J. Young | Out Of Town Transportation-Uber from Wilmington to Philadelphia | 109.06 |
| 02/16/2017 | Peter J. Young | Airplane-GoGo Air Internet | 29.95 |
| 02/16/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Los Angeles Airport to Home | 50.00 |
| 02/16/2017 | Natasha Petrov | Court Reporting Service-CourtCall | 128.00 |
| 02/17/2017 | Natasha Petrov | Court Reporting Service-CourtCall | 51.00 |
| 02/21/2017 | Michael A. Firestein | Telephone-CourtCall | 319.00 |
| 02/22/2017 | Michael A. Firestein | Telephone-CourtCall | 51.00 |
| 02/22/2017 | Jared Zajac | Reproduction | 2.10 |

Disbursements and Other Charges                                $   6,132.09