# **<u>EXHIBIT B</u>**

**In re: Energy Future Holdings Corp., et al. Case No. 14-10979(CSS)**
**Interim Fee Applications included in Final Fee Applications**
**Hearing March 28, 2017**

as of 3/22/2017
**EXHIBIT B**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | McElroy Deutsch M&C [D.I. 10257] | 05/01/16 - 10/03/16 | $51,055.00 | $0.00 | $46.00 | $0.00 | $51,055.00 | $46.00 |
| 2 | Balch & Bingham LLP [D.I. 10227] | 05/01/16 - 10/03/16 | $1,201,816.00 | $3,876.75 | $33,325.27 | $589.00 | $1,197,939.25 | $32,736.27 |
| 3 | Greenhill [D.I. 10163] | 05/01/16 - 10/02/16 | $1,274,193.55 | $0.00 | $16,151.10 | $191.02 | $1,274,193.55 | $15,960.08 |
| 4 | Munger Tolles & Olson LLP [D.I. 10255] | 05/01/16 - 10/03/16 | $1,159,043.00 | $14,503.95 | $35,500.89 | $0.00 | $1,144,539.05 | $35,500.89 |
| 5 | Sidley Austin [D.I. 10228] | 01/01/16 - 10/03/16 | $242,140.12 | $14,417.70 | $5,249.00 | $64.54 | $227,722.42 | $5,184.46 |
| 6 | FTI Consulting [D.I. 10218] | 05/01/16 - 10/03/16 | $47,012.50 | $0.00 | $0.00 | $0.00 | $47,012.50 | $0.00 |
| 7 | Gibson, Dunn & Crutcher LLP [D.I. 10217] | 05/01/16 - 10/02/16 | $1,272,910.70 | $18,326.05 | $67,137.91 | $0.00 | $1,254,584.65 | $67,137.91 |
| 8 | KPMG LLP [D.I. 10404] | 05/01/16 - 10/03/16 | $2,870,146.40 | $3,847.10 | $42,208.42 | $0.00 | $2,866,299.30 | $42,208.42 |
| 9 | Morrison & Foerster [D.I. 10224] **FN 1** | 05/01/16 - 10/03/16 | $1,073,157.00 | $16,752.00 | $12,956.79 | $0.00 | $1,056,405.00 | $12,956.79 |
| 10 | Polsinelli PC [D.I. 10248; 10733] | 05/01/16 - 10/03/16 | $177,480.00 | $6,298.75 | $7,872.70 | $833.56 | $171,181.25 | $7,039.14 |
| 11 | Phillips Goldman & Spence [D.I. 8488] n/k/a Phillips Goldman McLaughlin & Hall [D.I. 10216] **FN 2** | 01/01/16 - 04/27/16 | $2,559.00 | | $99.70 | | $2,559.00 | $99.70 |

1 Morrison & Foerster's Interim fee request includes $11,637.00 in fees for which approval was sought in the sixth interim fee period but was consensually deferred to the seventh period.

2 Phillips Goldman & Spence terminated its representation of the Fee Committee effective 4/27/2016 as a result of a geographic relocation.