# **<u>EXHIBIT C</u>**

In re: Energy Future Holdings Corp., et al. Case No. 14-10979(CSS)
**Final Fee Applications**
**Hearing March 28, 2017**

EXHIBIT C
as of 3/22/2017

| | Applicant | Compensation Period | Final Fees Documented FN 1 | Fee Committee's Interim Fee Adjustments | Fee Committee's Final Fee Adjustments | Final Expenses Documented FN1 | Fee Committee's Interim Expense Adjustments | Fee Committee's Final Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | McElroy Deutsch M&C [D.I. 4770, 6479, 7862, 8722, & 10257] **FN2** | 01/12/15 - 10/03/16 | $ 306,107.00 | | $  - | $ 4,305.66 | | $  - | $ 313,317.00 | $ 4,305.66 |
| | Final fee application preparation | | $ 7,210.00 | | | | | | | |
| 2 | Balch & Bingham LLP [D.I. 3542, 4756, 6503, 7881, 8834, &10227] | 10/01/14-10/03/16 | $ 5,823,380.80 | | | $ 140,884.29 | | | $ 5,818,478.05 | $ 136,894.63 |
| | Final fee application preparation | | $ 19,269.00 | | | | | | | |
| | Seventh Fee Period | | | | | | $ 589.00 | | | |
| | Sixth Fee Period - D.I. 9963 | | | $ 3,876.75 | | | $ 1.28 | | | |
| | Fifth Fee Period - D.I. 8824 | | | $ 4,224.50 | | | $ 490.47 | | | |
| | Fourth Fee Period - D.I. 7883 | | | $ 2,293.00 | | | $ 757.38 | | | |
| | Third Fee Period - D.I. 6667 | | | $ 7,575.50 | | | $ 1,914.28 | | | |
| | Second Fee Period - D.I. 4843 | | | $ 3,523.00 | | | $ 237.25 | | | |
| | **Total Adjustments** | | | $ 2,679.00 | | | | | | |
| | | | | $ 24,171.75 | | | $ 3,989.66 | | | |
| 3 | Greenhill & Co LLC [D.I. 10163] | 11/17/14-10/03/16 | $ 5,640,860.22 | | | $ 233,692.22 | | | $ 12,683,333.34 | $ 218,854.53 |
| | Final Flat fee disallowance | | | | $ 1,524,193.55 | | | | | |
| | Transaction Fee | | $ 9,500,000.00 | | | | | | | |
| | Transaction Fee Credit | | $ 1,695,430.11 | | $ 933,333.33 | | | | | |
| | Seventh Fee Period | | | | | | $ 191.02 | | | |
| | Sixth Fee Period - D.I. 9963 | | | | | | $ 2,245.60 | | | |
| | Fifth Fee Period - D.I. 8824 | | | | | | $ 222.52 | | | |
| | Fourth Fee Period - D.I. 7883 | | | | | | $ 4,149.87 | | | |
| | Third Fee Period - D.I. 6667 | | | | | | $ 4,866.03 | | | |
| | Second Fee Period - D.I. 4843 | | | | | | $ 3,162.65 | | | |
| | **Total Adjustments** | | | | $ 2,457,526.88 | | $ 14,837.69 | | | |
| 4 | Munger Tolles & Olson LLP [D.I. 10255] **FN 3** | 11/16/14 - 10/03/16 | $ 15,171,705.90 | | $  - | $ 312,326.71 | | $  - | $ 15,205,446.95 | $ 312,326.71 |
| | Final fee application preparation | | $ 48,245.00 | | | | | | | |
| | Seventh Fee Period | | | $ 14,503.95 | | | $  - | | | |
| | **Total Adjustments** | | | $ 14,503.95 | | | $  - | | | |
| 5 | Sidley Austin [D.I. 10228] **FN 4** | 04/29/14-10/03/16 | $ 4,003,746.17 | | | $ 50,268.33 | | | $ 3,989,328.47 | $ 50,203.79 |
| | Sixth Fee Period | | | $ 14,417.70 | | | $ 64.54 | | | |
| | **Total Adjustments** | | | $ 14,417.70 | | | $ 64.54 | | | |
| 6 | FTI Consulting [D.I. 10218] **FN 5** | 05/19/14-10/03/16 | $ 11,287,077.63 | | $  - | $ 362,724.73 | | $  - | $ 11,287,077.63 | $ 362,724.73 |
| 7 | Gibson, Dunn & Crutcher LLP [D.I. 10217] **FN 6** | 04/29/14-10/02/16 | $ 5,840,871.45 | | | $ 211,207.89 | | | $ 5,861,801.40 | $ 211,207.89 |
| | Final fee application preparation | | $ 39,256.00 | | | | | | | |
| | Seventh Fee Period | | | $ 18,326.05 | | | $  - | | | |
| | **Total Adjustments** | | | $ 18,326.05 | | | $  - | | | |
| 8 | KPMG LLP [D.I. 10404] **FN 7** | 4/29/14-10/3/2016 | $ 15,250,158.13 | | $  - | $ 574,716.35 | | $  - | $ 15,246,311.03 | $ 574,716.35 |
| | Seventh Fee Period | | | $ 3,847.10 | | | $  - | | | |
| | **Total Adjustments** | | | $ 3,847.10 | | | $  - | | | |
| 9 | Morrison & Foerster [D.I. 10224] | 05/12/14-10/3/16 | $ 36,902,408.00 | | | $ 906,422.66 | | | $ 36,502,452.25 | $ 884,066.20 |
| | Seventh Fee Period **FN 8** | | | $ 16,752.00 | | | $  - | | | |
| | Sixth Fee Period - D.I. 9963 | | | $ 21,074.50 | | | $ 67.75 | | | |

as of 3/22/2017

# EXHIBIT C

In re: Energy Future Holdings Corp., et al. Case No. 14-10979(CSS)
**Final Fee Applications**
**Hearing March 28, 2017**

| | Applicant | Compensation Period | Final Fees Documented FN 1 | Fee Committee's Interim Fee Adjustments | Fee Committee's Final Fee Adjustments | Final Expenses Documented FN1 | Fee Committee's Interim Expense Adjustments | Fee Committee's Final Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|---|---|
| | Fifth Fee Period - D.I. 8824 | | | $ 28,228.00 | | | $ 253.77 | | | |
| | Fourth Fee Period - D.I. 7883 | | | $ 61,915.00 | | | $ 3,576.83 | | | |
| | Third Fee Period - D.I. 6667 | | | $ 110,329.50 | | | $ 450.00 | | | |
| | Second Fee Period - D.I. 4843 | | | $ 21,992.00 | | | $ 2,753.33 | | | |
| | First Fee Period - D.I. 3148 | | | $ 139,664.75 | | | $ 15,254.78 | | | |
| | **Total Adjustments** | | | **$ 399,955.75** | | | **$ 22,356.46** | | | |
| 10 | Polsinelli PC [D.I. 10248, 10733] | 05/13/14-10/03/16 | $ 2,968,992.00 | | $ 8,384.00 | $ 117,015.37 | | $ 151.00 | $ 2,749,072.00 | $ 111,849.01 |
| | Seventh Fee Period | | | $ 6,289.75 | | | $ 833.56 | | | |
| | Sixth Fee Period | | | $ 63,628.00 | | | $ 3,249.44 | | | |
| | Fifth Fee Period - D.I. 9308 | | | $ 40,324.93 | | | $ 149.00 | | | |
| | Fourth Fee Period - D.I. 7883 | | | $ 30,019.13 | | | $ 1,152.10 | | | |
| | Third Fee Period - D.I. 6667 | | | $ 24,138.13 | | | $ 761.65 | | | |
| | Second Fee Period - D.I. 4843 | | | $ 13,687.06 | | | $ 52.91 | | | |
| | First Fee Period - D.I. 4843 | | | $ 33,449.00 | | | $ 1,999.14 | | | |
| | **Total Adjustments** | | | **$ 219,920.00** | | | **$ 5,166.36** | | | |
| 11 | Lazard Frères [D.I. 9763] **FN 9** | 05/14/14-09/30/16 | $ 16,270,161.29 | | $ - | $ 111,780.49 | | $ - | $ 16,270,161.29 | $ 111,780.49 |
| | Note: includes Completion Fee | | $ 11,875,000.00 | | | | | | | |
| | Phillips Goldman & Spence [D.I. 8488] | | | | | | | | | |
| 12 | n/k/a Phillips Goldman McLaughlin & Hall [D.I. 10216] | 09/01/14-04/27/16 | $ 18,402.00 | | | $ 2,225.41 | | | $ 18,402.00 | $ 2,225.41 |

1 Final Fees Documented figures do not incude estimated fees for final fee application preparation. Actual fees documented for final fee application preparation are separately itemized.
2 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $2,336.50 in interim fees and $218.00 in interim expenses.
3 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $150,046 in interim fees and $10,984.98 in interim expenses.
4 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $671,689.15 in interim fees and $16,998.05 in interim expenses.
5 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $604,18.87 in interim fees and $9,582.82 in interim expenses
6 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $59,830.15 in interim fees and $1,424.07 in interim expenses.
7 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $87,013.29 in interim fees and $2,394.70 in interim expenses.
8 This amount includes $11,637.00 in fees, the consideration of which has been deferred until this final fee application.
9 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $13,341.90 in interim expenses.