**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 10909, 10925 & 11014** |

**CERTIFICATION OF COUNSEL REGARDING "OBJECTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO PROOFS OF CLAIMS FILED BY THE INTERNAL REVENUE SERVICE OR, IN THE ALTERNATIVE, REQUEST TO ESTIMATE PROOFS OF CLAIMS FILED BY THE INTERNAL REVENUE SERVICE" [D.I. 10909]**

The undersigned hereby certifies as follows:

1. On February 24, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Objection of Energy Future Holdings Corp.,* et al.*, to Proofs of Claims Filed by the Internal Revenue Service or, in the Alternative, Request to Estimate Proofs of Claims Filed by the Internal Revenue Service* [D.I. 10909] (the "Objection"), objecting to certain proofs of claim filed by the Internal Revenue Service (the "IRS") for unpaid taxes or penalties (collectively, the "Disputed Proofs of Claims") or, in the alternative, requesting the Court estimate such Disputed Proofs of Claims for purposes of enabling distributions to proceed.[2] Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Time) on March 17, 2017 (as extended by agreement between the Debtors and the IRS). On March 17, 2017, the IRS filed a limited response to the Objection [D.I. 11014] to reserve its rights while negotiations between the parties were ongoing.

2. On February 28, 2017, the IRS withdrew all but four of the Disputed Proofs of Claims [D.I. 10925]. The withdrawn Disputed Proofs of Claims are claim numbers 5445, 5037-5046, 5052-5057, 5060, 5063, 5065-5070, 5072, 5445, 6181, and 6182 (collectively, the "Withdrawn Claims"). Accordingly, the Objection is resolved with respect to the Withdrawn Claims.

3. On February 28, 2017 and March 16, 2017, the IRS also filed four new proofs of claims—numbers 37775, 37776, 37777, and 37780 (collectively, the "Amending Claims")—amending the four remaining Disputed Proofs of Claim, numbers 5064, 5059, 5058, and 5071 (collectively, the "Amended and Superseded Disputed Claims"), respectively. Accordingly, the Debtors request that the Court disallow and expunge the Amended and Superseded Claims, as set forth on **Exhibit 1** to **Exhibit A**, attached hereto. The disallowance and expungement of the Amended and Superseded Disputed Claims will not affect the Amending Claims, which will remain on the Claims Register unless withdrawn by the IRS or disallowed by the Court, subject to the Debtors' right to object in the future on any grounds permitted by bankruptcy or nonbankruptcy law. *See generally* 11 U.S.C. § 502(a).

4. Amending Claim number 37780 reflects the agreement between the Debtors and the IRS regarding the liabilities asserted against Energy Future Holdings Corp. (the "EFH Corp. Claim"), subject to the Debtors' receipt of anticipated refunds of no less than $9,255,227.53 for the 2014 tax year (the "2014 Tax Refund") and no less than $14,028,131.85 for the 2015 tax year (the "2015 Tax Refund"). On March 21, 2017, the Debtors received the 2015 Tax Refund and an

IRS Audit Manager, a Bankruptcy Specialist, and the Interest Specialist with the IRS informed the Debtors that a check on account of the 2014 Tax Refund has been issued. The IRS subsequently stated that the check for the 2014 Tax Refund has been sent to the Debtors by first class mail. As of the filing of this certification, the Debtors have not received the 2014 Tax Refund.

5. The following is a complete list of the resolutions of the Disputed Proofs of Claims:

| Disputed Proof of Claim No. | Asserted Debtor | Resolution |
|---|---|---|
| 5071 | Energy Future Holdings Corp. | Amended and superseded by proof of claim number 37780 |
| 5058 | Luminant Holding Company LLC | Amended and superseded by proof of claim number 37777 |
| 5059 | Luminant Mining Company LLC | Amended and superseded by proof of claim number 37776 |
| 5064 | EFH Corporate Services Company | Amended and superseded by proof of claim number 37775 |
| 5037 | Luminant Energy Company LLC | Claim withdrawn |
| 5038 | Oak Grove Management Company LLC | Claim withdrawn |
| 5039 | TXU SEM Company | Claim withdrawn |
| 5040 | LSGT SACROC, Inc. | Claim withdrawn |
| 5041 | TXU Retail Services Company | Claim withdrawn |
| 5042 | TXU Receivables Company | Claim withdrawn |
| 5043 | Energy Future Competitive Holdings Company LLC | Claim withdrawn |
| 5044 | EFH FS Holdings Company | Claim withdrawn |
| 5045 | EFIH FINANCE INC. | Claim withdrawn |
| 5046 | EFH Finance (No. 2) Holdings Company | Claim withdrawn |
| 5052 | Generation SVC Company | Claim withdrawn |
| 5053 | Luminant Energy Trading California Company | Claim withdrawn |
| 5054 | TCEH Finance, Inc. | Claim withdrawn |
| 5055 | Luminant ET Services Company | Claim withdrawn |
| 5056 | Luminant Generation Company LLC | Claim withdrawn |
| 5057 | Lone Star Pipeline Company, Inc. | Claim withdrawn |
| 5060 | LSGT Gas Company LLC | Claim withdrawn |
| 5063 | TXU Energy Retail Company LLC | Claim withdrawn |
| 5065 | TXU Electric Company, Inc. | Claim withdrawn |
| 5066 | EFH Australia (No. 2) Holdings Company | Claim withdrawn |
| 5067 | EECI, Inc. | Claim withdrawn |
| 5068 | EEC Holdings, Inc. | Claim withdrawn |
| 5069 | 4Change Energy Holdings LLC | Claim withdrawn |

| Disputed Proof of Claim No. | Asserted Debtor | Resolution |
|---|---|---|
| 5070 | 4Change Energy Company | Claim withdrawn |
| 5072 | Texas Competitive Electric Holdings Company LLC | Claim withdrawn |
| 5445 | Texas Utilities Company, Inc. | Claim withdrawn |
| 6181 | Energy Future Intermediate Holding Company LLC | Claim withdrawn |
| 6182 | Texas Utilities Electric Company, Inc. | Claim withdrawn |

6. The Debtors have revised the proposed form of order (the "Proposed Order") and the exhibits thereto to reflect the resolution of the Disputed Proofs of Claims. A copy of the Proposed Order is attached hereto as **Exhibit A** and a redline of the Proposed Order as compared to the version filed on February 24, 2017, is attached hereto as **Exhibit B**.

7. In light of the importance to the Debtors of having an accurate "cash on hand" figure prior to the effective date of the Plan with respect to the E-Side Debtors (the "EFH Effective Date"), and that the amount of such "cash on hand" has a critical impact on the transactions to be consummated on the EFH Effective Date, if some or all of the 2014 Tax Refund has not actually been received by the Debtors by the last business day before the EFH Effective Date (such amount, the "Refund Deficit"), the Debtors shall, in accordance with Article VI.J of the Plan, reduce the amount of the distribution on account of the EFH Corp. Claim by the amount of such Refund Deficit and such payment shall be in full and final satisfaction of the EFH Corp. Claim. In the event one or more checks or wires for the Refund Deficit are received after the Debtors have made a distribution on account of the EFH Corp. Claim that reflects a reduction for the Refund Deficit, *either* (a) such check(s) will promptly be returned to the IRS without being cashed and/or such wire(s) will promptly be refused; or (b) such check(s) will be cashed and/or such wire(s) will be deposited and the Debtors (or Reorganized Debtors, as the case may be) shall pay such amount to the IRS. In an abundance of caution, the Debtors have included in the Proposed Order an express acknowledgement of their

ability under the Plan to make the aforementioned reduction to the distribution on account of the EFH Corp. Claim in the event of a Refund Deficit.

8. The IRS has informed the Debtors that it does not object to the relief requested in the Proposed Order.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Wilmington, Delaware
Dated: March 23, 2017

/s/ Andrew M. Dean
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Andrew M. Dean (No. 6147)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com
dean@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*