**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 10858, 10993 & 11028** |
| | ) | |

**NOTICE OF FILING OF SUPPLEMENT TO "MOTION OF
ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY
OF AN ORDER APPROVING THE EFIH SETTLEMENT BETWEEN
THE DEBTORS, CERTAIN HOLDERS OF EFIH FIRST LIEN NOTE
CLAIMS, CERTAIN HOLDERS OF EFIH SECOND LIEN NOTE CLAIMS, AND
CERTAIN HOLDERS OF EFIH UNSECURED NOTE CLAIMS" [D.I. 10858]**

PLEASE TAKE NOTICE that, on February 17, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims* [D.I. 10858] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order approving the settlement by and among (a) the Debtors; (b)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17249081v.2

the Supporting EFIH Unsecured Creditors;[2] (c) the Supporting EFIH First Lien Creditors; and (d) the Supporting EFIH Second Lien Creditors, substantially in the form attached to the Motion as "Exhibit 1" to "Exhibit A" thereto (the "Settlement Agreement").  **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, on March 10, 2017, the Debtors filed a revised version of the Settlement Agreement under notice [D.I. 10993] (the "Revised Settlement Agreement"), which included the signature pages of the Supporting EFIH Second Lien Creditors.  The Debtors expressly incorporated the Revised Settlement Agreement into the Motion in its entirety as if set forth therein in full.  **You were previously served with a copy of the Revised Settlement Agreement.**

PLEASE TAKE FURTHER NOTICE that, on March 21, 2017, the Debtors filed a revised proposed form of order (the "Revised Order") under notice [D.I. 11028] in connection with the Motion.  **You were previously served with a copy of the Revised Order.**

PLEASE TAKE FURTHER NOTICE that, today, the Debtors have filed a supplement to the Motion (the "Supplement") in compliance with paragraph 6 of the Revised Order.  A copy of the Supplement is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, contemporaneously herewith, the Debtors are submitting a further Revised Order (the "Further Revised Order") to the Bankruptcy Court under certification of counsel (the "Certification of Counsel").  As stated in the Certification of Counsel, the Further Revised Order has been circulated, and is acceptable, to the Supporting EFIH Unsecured Creditors, the Supporting EFIH First Lien Creditors and the

---

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Motion.

Supporting EFIH Second Lien Creditors.  The Further Revised Order has also been circulated to the Plan Sponsor.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider approval of the Motion (and approval of the Revised Settlement Agreement) is currently scheduled to be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 28, 2017 starting at 10:00 a.m. (Eastern Daylight Time)**.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: March 23, 2017<br>Wilmington, Delaware | */s/ Joseph C. Barsalona II*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Joseph C. Barsalona II (No. 6102)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br>barsalona@rlf.com |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession