## **EXHIBIT A**

RLF1 17249081v.2

| | 4/30/17 Emergence |
|---|---|
| | **1L MW @ 95%** <br> **2L MW @ 87.5%** |
| Total Purchase Price | $9,796 |
| Plus: Ticking Fee[1] | -- |
| Plus: 1L DIP Fee Obligation (Risk Sharing - 50% of Total Fee) | 5.0 |
| Less: Holdback for Asbestos Claims | (100) |
| **Oncor Holdings TEV** | **$9,701** |
| (+) 19.97% Minority Interest | 2,420 |
| **Oncor Equity Value** | **$12,121** |
| (+) Oncor Net Debt | 6,647 |
| **Oncor TEV** | **$18,768** |
| | |
| **EFIH Recovery** | |
| EFIH Purchase Price | $9,701 |
| (+) EFIH Distributable Cash at Emergence (4/30/17) | 141 |
| (-) EFIH 1L Notes Pre-Effective Date Unpaid Professional Fees | (40) |
| (-) EFIH 1L Notes Additional Interest and Interest on Interest | (2) |
| (-) EFIH 2L Notes Pre-Effective Date Unpaid Professional Fees | (30) |
| (-) EFIH 1L & 2L Post-Effective Date Professional Fees (Distributed to Indenture Trustees to Hold) | (4) |
| **Total Value Distributed to EFIH Creditors** | **$9,766** |

| | Principal | Claims | | % of Claim | % of Prin. |
|---|---|---|---|---|---|
| EFIH 1L DIP | $5,475 | $5,475 | $5,475 | 100 | 100 |
| EFIH 1L Notes MW (Incl. Accrued Interest) | NA | 574 | 545 | 95 | NA |
| EFIH 2L Notes | 1,711 | 2,196 | 2,196 | 100 | 128 |
| EFIH 2L Notes MW (Incl. Accrued Interest) | NA | 245 | 214 | 87.5 | NA |
| **Total Value to EFIH Unsecured Notes & EFH LBO Notes** | | | **$1,336** | | |
| EFIH Unsecured Notes[2] | 1,568 | 1,655 | 1,286 | 78 | 82 |
| EFH LBO Notes | 60 | 64 | 49 | 78 | 82 |
| Memo: EFIH 2L Notes with MW (Incl. Accrued Interest) | 1,711 | 2,441 | 2,410 | 99 | 141 |

(1) 50% EFIH 1L DIP and EFIH 2L Notes daily interest expense sharing once PUCT approval is only closing condition outstanding

(2) The distribution to the EFIH Unsecured Notes reflected herein is subject to deduction pursuant to the EFIH Unsecured Notes Trustee's charging lien, including for payment of the fees and expenses of the EFIH Unsecured Notes Trustee's professionals