IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: D.I. 10858, 10993 & 11028** |

CERTIFICATION OF COUNSEL REGARDING
"MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY
OF AN ORDER APPROVING THE EFIH SETTLEMENT BETWEEN
THE DEBTORS, CERTAIN HOLDERS OF EFIH FIRST LIEN NOTE
CLAIMS, CERTAIN HOLDERS OF EFIH SECOND LIEN NOTE CLAIMS, AND
CERTAIN HOLDERS OF EFIH UNSECURED NOTE CLAIMS" [D.I. 10858]

---

The undersigned hereby certifies as follows:

1. On February 17, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims* [D.I. 10858] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order approving the settlement by and among (a) the Debtors; (b) the Supporting EFIH

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17250415v.1

Unsecured Creditors;[2] (c) the Supporting EFIH First Lien Creditors; and (d) the Supporting EFIH Second Lien Creditors (parties (a) through (d) collectively, the "Settlement Parties"), substantially in the form attached to the Motion as "Exhibit 1" to "Exhibit A" thereto (the "Settlement Agreement").

2. On March 10, 2017, the Debtors filed a revised version of the Settlement Agreement under notice [D.I. 10993] (the "Revised Settlement Agreement"), which included the signature pages of the Supporting EFIH Second Lien Creditors. The Debtors expressly incorporated the Revised Settlement Agreement into the Motion in its entirety as if set forth therein in full.

3. On March 21, 2017, the Debtors filed a revised proposed form of order (the "Revised Order") under notice [D.I. 11028] in connection with the Motion. The Revised Order reflected those comments received from the Settlement Parties at that time.

4. Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on March 21, 2017 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on March 28, 2017 starting at 10:00 a.m. (Eastern Daylight Time). Other than the comments by the Settlement Parties and the Plan Sponsor, no

---

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Motion.

other party has commented to the Revised Order and the no answer, objection or other responsive pleading to the Motion appears on the Bankruptcy Court's docket.

5. Based upon further negotiations and agreement between the Settlement Parties, the Debtors now submit a further revised order (the "Further Revised Order") approving the Revised Settlement Agreement. A copy of the Further Revised Order is attached hereto as **Exhibit A**. For the convenience of the Bankruptcy Court and other parties-in-interest, a redline of the Further Revised Order marked against the copy of the Revised Order is attached hereto as **Exhibit B**. The Further Revised Order has been circulated, and is acceptable, to counsel to the Settlement Parties. The Further Revised Order has also been circulated to the Plan Sponsor.

6. The Debtors therefore respectfully request that the Further Revised Order, attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank.*]

Wilmington, Delaware
Dated:  March 23, 2017

/s/ Joseph C. Barsalona II
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com
barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*