# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER SUSTAINING DEBTORS' PARTIAL OBJECTION TO PROOFS OF CLAIMS FILED BY THE INTERNAL REVENUE SERVICE

Upon the objection (the "Objection") and the certification of counsel (the "Certification of Counsel")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), modifying or estimating the Disputed Proofs of Claims, all as set forth in the Objection; and Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection, and having heard the statements in support of the relief requested therein at the Hearing, if any; the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection or Certification of Counsel, as applicable.

RLF1 17250438v.1

Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The Amended and Superseded Disputed Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3. The IRS shall use its best efforts to ensure the Debtors' receipt of the 2014 Tax Refund on or prior to the EFH Effective Date. If some or all of the 2014 Tax Refund has not actually been received by the Debtors by the last business day before the EFH Effective Date, for the avoidance of doubt, in accordance with Article VI.J of the Plan, the Debtors shall be entitled to reduce the amount of the distribution on account of the EFH Corp. Claim by the amount of the Refund Deficit and such payment shall be in full and final satisfaction of the EFH Corp. Claim. In the event one or more checks or wires for the Refund Deficit are received after the Debtors have made the distribution on account of the EFH Corp. Claim that reflects a reduction for the Refund Deficit, *either* (a) such check(s) will promptly be returned to the IRS without being cashed and/or such wire(s) will promptly be refused; or (b) such check(s) will be cashed and/or such wire(s) will be deposited and the Debtors (or Reorganized Debtors, as the case may be) shall pay such amount to the IRS.

4. Epiq Bankruptcy Solutions, LLC, the Debtors' claims and noticing agent, is authorized and directed to update the official claims register in these chapter 11 cases to reflect the provisions of this Order.

5. Nothing set forth herein shall affect the parties' rights with respect to the Amending Claims on **Exhibit 1** and the parties' rights with respect to such Amending Claims are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law, subject to any limitations set forth in the Local Bankruptcy Rules.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: ____3/24____, 2017
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE