**EXHIBIT 1** to **EXHIBIT A**

**Amended and Superseded Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### EXHIBIT 1 TO EXHIBIT A – Amended Claims

| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-11037 (CSS) | 5058 | $244,204,836.03 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 02/28/2017 | 14-11037 (CSS) | 37777 | $4,410.98 | Amended and superseded claim |
| 2 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-11042 (CSS) | 5059 | $244,211,795.52 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 02/28/2017 | 14-11042 (CSS) | 37776 | $554.14 | Amended and superseded claim |
| 3 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-10996 (CSS) | 5064 | $244,526,829.95 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 02/28/2017 | 14-10996 (CSS) | 37775 | $16,293.28 | Amended and superseded claim |

ENERGY FUTURE HOLDINGS CORP., et al.

EXHIBIT 1 TO EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 4 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-10979 (CSS) | 5071 | $244,200,360.95 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 03/16/2017 | 14-10979 (CSS) | 37780 | $71,612,800.94 | Amended and superseded claim |

TOTAL    $977,143,822.45