**EXHIBIT 1** to **EXHIBIT A**

**Amended Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | CALIFORNIA FRANCHISE TAX BOARD ATTN: BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/09/2014 | 14-11026 (CSS) | 1545 | $1,694.90 | CALIFORNIA FRANCHISE TAX BOARD P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | 06/27/2016 | 14-11026 (CSS) | 37623 [1] | $0.00 | Amended and superseded claim |
| 2 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK, DE 19711-5445 | 05/26/2016 | 14-10979 (CSS) | 37617 | $238.54 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE 1352 MARROWS RD, STE 204 NEWARK, DE 19711-5445 | 09/09/2016 | 14-10979 (CSS) | 37703 | $200.92 | Amended and superseded claim |
| | | | TOTAL | | $1,933.44 | | | | | | |

---

[1] Claim # 37623 is subject to Debtor's Forty-Fifth (Substantive) Omnibus Objection - Exhibit 2 to Exhibit A.

Page 1 of 1

## EXHIBIT 2 to EXHIBIT A

**Late Filed Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Late Filed Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | APPLIED ENERGY COMPANY LLC<br>1205 VENTURE COURT STE#100<br>CARROLLTON, TX 75006 | 14-10979 (CSS) | Energy Future Holdings Corp. | 12/23/2014 | 9930 | $5,157.53 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 2245 (which remains active on the register) by asserting a new claim not included in proof of claim no. 2245. |
| 2 | CUMMINS SOUTHERN PLAINS LLC<br>600 NORTH WATSON ROAD<br>ARLINGTON, TX 76011-5319 | 14-11042 (CSS) | Luminant Mining Company LLC | 01/29/2015 | 9956 | $1,250.00 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 7672 (which remains active on the register) by asserting a new claim not included in proof of claim no. 7672. |
| 3 | CUMMINS SOUTHERN PLAINS LLC<br>600 NORTH WATSON ROAD<br>ARLINGTON, TX 76011-5319 | 14-11042 (CSS) | Luminant Mining Company LLC | 01/29/2015 | 9958 | $492,663.91 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 7671 (which remains active on the register) by asserting a "higher" priority than that asserted in proof of claim no. 7671. |
| 4 | EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS INC.<br>ATTN: JOSEPH MIKSCHE<br>8000 NORMAN CENTER DR. SUITE 1200<br>BLOOMINGTON, MN 55437 | 14-11032 (CSS) | Luminant Generation Company LLC | 11/17/2014 | 9855 | $69,179.48 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 43 (which remains active on the register) by asserting a new claim not included in proof of claim no. 43. |
| 5 | INTERTEK AIM<br>PO BOX 416482<br>BOSTON, MA 02241-6482 | | Multiple Debtors Asserted | 08/06/2015 | 10104 | $18,578.98 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 4736 (which remains active on the register) by asserting a new claim not ncluded in claim no. 4736. |
| 6 | NICOL, GAVIN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/12/2016 | 37605 | $32,664.00 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 5435 (which remains active on the register) by asserting a new claim not included in proof of claim no. 5435. |

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Late Filed Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | RESCAR COMPANIES<br>407 W BRENTWOOD ST<br>CHANNELVIEW, TX 77530-3952 | 14-11042 (CSS) | Luminant Mining Company LLC | 05/11/2015 | 10060 | $82,208.40 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 3347 (which remains active on the register) by asserting new claims not included in proof of claim no. 3347. |
| 8 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR ROMCO EQUIPMENT COMPANY<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | 14-10979 (CSS) | Energy Future Holdings Corp. | 12/03/2014 | 9899 | $200,868.61 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 4683 (which remains active on the register) by asserting a new claim not included in proof of claim no. 4683. |
| 9 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR ROMCO EQUIPMENT COMPANY<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY 10601 | 14-11042 (CSS) | Luminant Mining Company LLC | 12/03/2014 | 9900 | $200,868.61 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 4684 (which remains active on the register) by asserting a new claim not included in proof of claim no. 4684. |
| 10 | WESTERN DATA SYSTEMS<br>14722 REGNAL ST<br>HOUSTON, TX 77039 | 14-11042 (CSS) | Luminant Mining Company LLC | 11/03/2014 | 9786 | $6,473.43 | The claim was filed after the Bar Date and attempts to improperly amend claim no. 5770 (which remains active on the register) by asserting a new claim not included in proof of claim no. 5770. |
| | | | | | TOTAL | $1,109,912.95 | |