**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Substantive Duplicate

| | | CLAIM TO BE DISALLOWED | | | | REMAINING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | NICOL, GAVIN ADDRESS ON FILE | 04/12/2016 | 14-10979 (CSS) | 37604 | $15,900.00 | SPM FLOW CONTROL, INC. 601 WEIR WAY FORT WORTH, TX 76108 | 10/16/2014 | 14-10979 (CSS) | 5435 | $15,900.00 | Claimed invoice in claim to be disallowed appears to be included in the remaining claim. |
| | | | | TOTAL | $15,900.00 | | | | | | |

**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALDINE INDEPENDENT SCHOOL DISTRICT C/O TAX OFFICE 14909 ALDINE WESTFIELD ROAD HOUSTON, TX 77032 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/11/2014 | 1773 | $417.18 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | ARKANSAS UNCLAIMED PROPERTY UNIT 1401 WEST CAPITOL AVENUE SUITE 325 LITTLE ROCK, AR 72201 | 14-10979 (CSS) | Energy Future Holdings Corp. | 04/02/2015 | 10041 | $2,390.81 | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 3 | ARLINGTON INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 05/09/2014 | 12 [1] | $41.21* | Modified amount reflects adjustment for the part of the claim for which no liability is owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 4 | ATMOS PIPELINE - TEXAS A DIVISION OF ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS, TX 75202 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 09/30/2014 | 4774 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim asserted is on account of a guaranty, which has expired. |
| 5 | ATMOS PIPELINE - TEXAS A DIVISION OF ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS, TX 75202 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 09/30/2014 | 4775 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim asserted is on account of an entitlement to draw on a letter of credit, which is not property of the Debtors' estate. |

---

[1] Claim 12 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10980 (CSS) | 4Change Energy Company | 10/23/2014 | 6352 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 7 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10981 (CSS) | 4Change Energy Holdings LLC | 10/23/2014 | 6353 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 8 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10982 (CSS) | DeCordova Power Company LLC | 10/23/2014 | 6354 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10983 (CSS) | Big Brown 3 Power Company LLC | 10/23/2014 | 6355 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 10 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10984 (CSS) | Eagle Mountain Power Company LLC | 10/23/2014 | 6356 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 11 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10985 (CSS) | Tradinghouse Power Company LLC | 10/23/2014 | 6357 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10986 (CSS) | Big Brown Lignite Company LLC | 10/23/2014 | 6358 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 13 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10988 (CSS) | Big Brown Power Company LLC | 10/23/2014 | 6359 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 14 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/23/2014 | 6360 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10998 (CSS) | Collin Power Company LLC | 10/23/2014 | 6361 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 16 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11002 (CSS) | TXU Energy Solutions Company LLC | 10/23/2014 | 6362 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 17 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11003 (CSS) | DeCordova II Power Company LLC | 10/23/2014 | 6363 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6364 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 19 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11009 (CSS) | TXU Retail Services Company | 10/23/2014 | 6365 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 20 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11010 (CSS) | Martin Lake 4 Power Company LLC | 10/23/2014 | 6366 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11011 (CSS) | Monticello 4 Power Company LLC | 10/23/2014 | 6367 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 22 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11013 (CSS) | TXU SEM Company | 10/23/2014 | 6368 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 23 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11014 (CSS) | Morgan Creek 7 Power Company LLC | 10/23/2014 | 6369 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11015 (CSS) | Valley NG Power Company LLC | 10/23/2014 | 6370 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 25 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11018 (CSS) | Luminant Big Brown Mining Company LLC | 10/23/2014 | 6371 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 26 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11019 (CSS) | NCA Resources Development Company LLC | 10/23/2014 | 6372 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11020 (CSS) | Valley Power Company LLC | 10/23/2014 | 6373 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 28 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11021 (CSS) | Generation MT Company LLC | 10/23/2014 | 6374 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 29 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11022 (CSS) | Oak Grove Management Company LLC | 10/23/2014 | 6375 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------------|----------------------------------|
| 30 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11023 (CSS) | Luminant Energy Company LLC | 10/23/2014 | 6376 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 31 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11024 (CSS) | Oak Grove Mining Company LLC | 10/23/2014 | 6377 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 32 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11025 (CSS) | Generation SVC Company | 10/23/2014 | 6378 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11026 (CSS) | Luminant Energy Trading California Company | 10/23/2014 | 6379 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 34 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11027 (CSS) | Oak Grove Power Company LLC | 10/23/2014 | 6380 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 35 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11029 (CSS) | Lake Creek 3 Power Company LLC | 10/23/2014 | 6381 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11030 (CSS) | Luminant ET Services Company | 10/23/2014 | 6382 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 37 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/23/2014 | 6383 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 38 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11033 (CSS) | Sandow Power Company LLC | 10/23/2014 | 6384 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

## FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11037 (CSS) | Luminant Holding Company LLC | 10/23/2014 | 6385 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 40 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 10/23/2014 | 6386 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 41 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/23/2014 | 6387 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11044 (CSS) | Luminant Renewables Company LLC | 10/23/2014 | 6388 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 43 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11046 (CSS) | Tradinghouse 3 & 4 Power Company LLC | 10/23/2014 | 6389 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 44 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6390 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6391 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 46 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11028 (CSS) | TCEH Finance, Inc. | 10/23/2014 | 6392 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 47 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6393 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

**FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11028 (CSS) | TCEH Finance, Inc. | 10/23/2014 | 6394 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 49 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6395 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |
| 50 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11028 (CSS) | TCEH Finance, Inc. | 10/23/2014 | 6396 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes. Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan. Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6407 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 52 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6408 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |
| 53 | BANK OF NEW YORK MELLON TRUST CO,NA, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON, DE 19801 | 14-11005 (CSS) | Energy Future Competitive Holdings Company LLC | 10/23/2014 | 6410 | Undetermined* | The claim is asserted on account of contingent claims for potential indemnification in connection with the claimant's former role as indenture trustee for several series of notes.  Any claims against the claimant that could give rise to a claim against a Debtor for indemnification were released under the TCEH Plan.  Therefore, no Debtor liability for indemnification should arise. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 54 | BANK OF NEW YORK MELLON, THE, TTEE UNDER NUCLEAR DECOMMISSIONING TRUST AGREEMENT ATTN: AMY M. TONTI, ESQ. REED SMITH CENTER 225 FIFTH AVE STE 1200 PITTSBURGH, PA 15222 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/14/2014 | 5261 | Undetermined* | The claim is a contingent claim for unpaid fees, expenses, and other charges under the Amended and Restated Nuclear Decommissioning Trust Agreement, dated January 1, 2002. According to the Debtors' books and records, there are no outstanding prepetition amounts owed under the Trust Agreement and that any amounts that accrued postpetition are being paid in accordance with the terms of the trust agreement, which was assumed by the Debtors. |
| 55 | BLACKWELL INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/02/2015 | 12911 | $79.94 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claim is on account of penalties and interest that have since been removed by the claimant. |
| 56 | CALIFORNIA FRANCHISE TAX BOARD P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | 14-11026 (CSS) | Luminant Energy Trading California Company | 06/27/2016 | 37623 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 57 | CARROLL INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON, TX 76094-0430 | 14-10996 (CSS) | EFH Corporate Services Company | 05/14/2014 | 59 | $0.62* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | CITY OF SULPHUR SPRINGS C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 14-10996 (CSS) | EFH Corporate Services Company | 09/28/2015 | 11827 | $4,920.43* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 59 | CITY OF SWEETWATER C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/02/2015 | 12913 | $1,146.72 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. A portion of the claim is on account of penalties and interest that have since been removed by the claimant. Concerning the remaining portion, the Debtors believe that the liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |
| 60 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF THE TREASURY DIVISION OF UNCLAIMED PROPERTY PO BOX 2478 RICHMOND, VA 23218-2478 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/23/2014 | 6351 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 61 | COUNTY OF TITUS, TEXAS ATTN: TIM R. TAYLOR, ATTORNEY P.O. BOX 1212 MOUNT PLEASANT, TX 75456-1212 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/26/2014 | 2608 [2] | $2,904.01* | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable; the Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC. |

[2] Claim 2608 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | CUMMINS FAMILY TRUST, THE 4106 HONEYCOMB ROCK CIRCLE AUSTIN, TX 78731-2016 | 14-11042 (CSS) | Luminant Mining Company LLC | 10/16/2014 | 5437 | $52,454.00 | According to the Debtors' books and records, the Debtors are not liable for the asserted claim for royalties for excess lignite mined because the Debtors have not mined any excess lignite. Therefore, the Claimant had no existing right to payment as of the TCEH Effective Date for royalties pursuant to the applicable deed. Any future royalties due under the terms of the deed shall be paid pursuant to the terms thereof. |
| 63 | DELAWARE TRUST COMPANY F/K/A CSC TRUST COMPANY OF DELAWARE ATTN: JAMES S. CARR, BENJAMIN D. FEDER 101 PARK AVENUE NEW YORK, NY 10178 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6198 | $3,797,798.04* | According to the Debtors' books and records, Debtors are not liable for the obligations described in the proof of claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party, pursuant to the terms of that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1987 and the Participation Agreement, dated as of December 1, 1987. |
| 64 | DELAWARE TRUST COMPANY F/K/A CSC TRUST COMPANY OF DELAWARE ATTN: JAMES S. CARR, BENJAMIN D. FEDER 101 PARK AVENUE NEW YORK, NY 10178 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 10/23/2014 | 6199 | $25,467,419.53* | According to the Debtors' books and records, Debtors are not liable for the obligations described in the proof of claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party, pursuant to the terms of that certain Trust Indenture, Security Agreement and Mortgage, dated as of December 1, 1989 and the Participation Agreement, dated as of December 1, 1989. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 65 | EAGLE MOUNTAIN-SAGINAW ISD C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-11040 (CSS) | Luminant Mineral Development Company LLC | 03/24/2015 | 10036 [3] | $273.00 | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable. Debtors believe that liability, if any, is owed by a non-Debtor entity. |
| 66 | GREAT IOWA TREASURE HUNT LUCAS STATE OFFICE BUILDING ATTN: KATHRYN FEHRING 321 E. 12TH ST., 1ST FLOOR DES MOINES, IA 50319 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/04/2014 | 4120 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 67 | MORGAN, JAMES O. C/O GOLDSMITH & ASSOCIATES, LLC ATTN: SYLVIA A GOLDSMITH, PARK WEST BLDG 20545 CENTER RIDGE ROAD, SUITE 120 ROCKY RIVER, OH 44116 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7931 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The debt that was reported to credit agencies was valid and outstanding at the time of the report; the debt has since been cleared and is no longer being reported. |
| 68 | NEBRASKA STATE TREASURER UNCLAIMED PROPERTY DIVISION 809 P STREET LINCOLN, NE 68508-1390 | | No Debtor Asserted | 09/02/2014 | 4082 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |

---

[3] Claim 10036 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 69 | NEW JERSEY OFFICE OF THE STATE TREASURER UNCLAIMED PROPERTY PO BOX 214 TRENTON, NJ 08695-0214 | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/04/2014 | 9797 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 70 | NOLAN COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 11/02/2015 | 12898 [4] | $2,074.95 | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable; (1) the Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC; (2) rendition penalties which have been removed per the county appraiser. |
| 71 | NOLAN COUNTY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 14-11032 (CSS) | Luminant Generation Company LLC | 11/02/2015 | 12909 [5] | $233.55 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The claim is for rendition penalties that have been removed by the county assessor. |
| 72 | NORTH CAROLINA DEPT OF STATE TREASURER UNCLAIMED PROPERTY PROGRAM 325 NORTH SALISBURY STREET RALEIGH, NC 27603-1385 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/20/2014 | 5637 | $7,007.16 | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |

[4] Claim 12898 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

[5] Claim 12909 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 73 | OKLAHOMA STATE TREASURER 2300 N LINCOLN BLVD RM 217 OKLAHOMA CITY, OK 73105 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/02/2014 | 4062 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 74 | OKLAHOMA STATE TREASURER ATTN: KEN MILLER 2300 N. LINCOLN BLVD., SUITE 217 OKLAHOMA CITY, OK 73105-4895 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 09/02/2014 | 4063 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 75 | STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION C/O PULLMAN & COMLEY, ATTN: LIZ AUSTIN 850 MAIN STREET, 8TH FLOOR BRIDGEPORT, CT 06601-7006 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5684 | Undetermined* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| 76 | SULPHUR SPRINGS ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 14-10996 (CSS) | EFH Corporate Services Company | 09/28/2015 | 11826 | $18,262.51* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 77 | TITUS COUNTY APPRAISAL DISTRICT ATTN: TIM R. TAYLOR, ATTORNEY P.O. BOX 1212 MOUNT PLEASANT, TX 75456 | 14-11032 (CSS) | Luminant Generation Company LLC | 06/20/2014 | 2352 [6] | $128,374.15 | Modified amount reflects adjustment for the part of the claim for which, according to the Debtors' books and records, Debtors are not liable; the Debtors believe that liability, if any, is owed by a non-Debtor entity, Oncor Electric Delivery Company LLC |
| 78 | VALWOOD IMPROVEMENT AUTHORITY C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON, TX 76010 | 14-10996 (CSS) | EFH Corporate Services Company | 03/23/2015 | 10029 | $1.33 | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. The Debtors determined that Debtors already paid claimant on account of this claim on 01/29/2014 via check 1002691270. |
| 79 | WEST VIRGINIA STATE TREASURER'S OFFICE 322 70TH ST SE CHARLESTON, WV 25304-2910 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 09/25/2014 | 4659 | $2,373.84* | The claim is for unclaimed property; however, the dormancy period had not expired as of the Petition Date and, therefore, the property does not escheat to the state under applicable bankruptcy law. |
| | | | | | TOTAL | $29,488,172.98* | |

---

[6] Claim 2352 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DI. 10302)

\* - Indicates claim contains unliquidated and/or undetermined amounts