IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Bankruptcy Case No. 14-10979 (CSS) |
| | : | |
| Debtor. | : | |
| | : | |
| SHIRLEY FENICLE, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 16-888-RGA |
| | : | BAP No. 16-47 |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | |
| | : | |
| Appellees. | : | |

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Bankruptcy Case No. 14-10979 (CSS) |
| | : | |
| Debtor. | : | |
| | : | |
| SHIRLEY FENICLE, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 17-9-RGA |
| | : | BAP No. 17-1 |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | |
| | : | |
| Appellees. | : | |

| | |
|---|---|
| IN RE: : | |
| : | |
| ENERGY FUTURE HOLDINGS CORP., : | Bankruptcy Case No. 14-10979 (CSS) |
| et al., : | |
| : | |
| Debtor. : | |
| : | |
| SHIRLEY FENICLE, et al., : | |
| : | |
| Appellants, : | |
| : | |
| v. : | Civil Action No. 17-229-RGA |
| : | |
| ENERGY FUTURE HOLDINGS CORP., : | |
| et al., : | |
| : | |
| Appellees. : | |

## SCHEDULING ORDER

I appreciate the parties' attempt to bring order to these appeals. I do not, though, understand why Debtors want to drag these appeals out. It seems clear to me that whatever I do is going to be appealed to the Court of Appeals, and the sooner the cases get there, the better.

I think the cases should be consolidated, and I order that they be CONSOLIDATED under the caption proposed by the parties.

I further think that the motion(s) to dismiss ought to be treated, for briefing purposes, as the equivalent of a cross-appeal, and that the parties should follow the format of Fed. R. App. P. 28.1. Appellants would file a "principal brief" on the substantive issues. Debtors' motion(s) to dismiss would thus only start being briefed as part of their "principal and response brief."

I think the above proposal would meet the parties' goal of "judicial economy" and "conserv[ing] scarce judicial resources." (No. 16-688-RGA, D.I. 26 at 2 & 3).

The parties should agree upon a briefing schedule consistent with the above format.

IT IS SO ORDERED this 16 day of March 2017.

*Richard G Andrews*
United States District Judge