# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>ENERGY FUTURE HOLDINGS CORP., )<br>*et al.*, )<br>) <br>*Debtors*. )<br>─────────────────────────── )<br>SHIRLEY FENICLE, INDIVIDUALLY, AND )<br>AS SUCCESSOR -IN-INTEREST TO THE )<br>ESTATE OF GEORGE FENICLE, DAVID )<br>WILLIAM FAHY, AND JOHN H. JONES, )<br>)<br>*Appellants*, )<br>)<br>v. )<br>)<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,)<br>)<br>*Appellees*. )<br>─────────────────────────── )<br>)<br>SHIRLEY FENICLE, INDIVIDUALLY, AND )<br>AS SUCCESSOR -IN-INTEREST TO THE )<br>ESTATE OF GEORGE FENICLE, DAVID )<br>WILLIAM FAHY, JOHN H. JONES, AND )<br>DAVID HEINZMANN, )<br>)<br>*Appellants*, )<br>)<br>v. )<br>)<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,)<br>)<br>*Appellees*. )<br>─────────────────────────── )<br>SHIRLEY FENICLE, INDIVIDUALLY, AND )<br>AS SUCCESSOR -IN-INTEREST TO THE )<br>ESTATE OF GEORGE FENICLE, DAVID )<br>WILLIAM FAHY, JOHN H. JONES, AND )<br>DAVID HEINZMANN, )<br>)<br>*Appellants*, )<br>)<br>v. )<br>)<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,)<br>)<br>*Appellees*. )<br>─────────────────────────── | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>Appeals from the Bankruptcy Court<br><br>Civil Action No. 16-cv-888 (RGA)<br>Civil Action No. 17-cv-9 (RGA)<br>Civil Action No. 17-cv-229 (RGA)<br>CONSOLIDATED APPEALS |

## **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE**

NOW COMES appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann (together, the "Appellants") [1] and Appellees Energy Future Holdings Corp. and affiliated debtors in the above-captioned chapter 11 cases (the "Appellees," and together with the Appellants, the "Parties") in accordance with the *Scheduling Order* dated March 16, 2017 [D.I. 14] (the "Scheduling Order") regarding their joint proposal for a briefing schedule in the above-captioned, consolidated appeals (the "Appeals"); and the Parties having stipulated to the terms set out below, and entry by the Court of the following:

WHEREAS, the Court has ordered the consolidation of the Appeals and instructed the Parties to submit a joint briefing schedule consistent with the format of Federal Rule of Appellate Procedure 28.1; and

WHEREAS, in Civil Action No. 17-cv-229 (RGA), the Appellants filed their statement of issues and record designations on March 17, 2017, and the Appellees anticipate filing their counter-designations no later than March 31, 2017; and

WHEREAS, the Court has removed each of the Appeals from the mandatory mediation requirement; and

WHEREAS, the Parties have completed briefing regarding a motion to dismiss the Appeal in Civil Action No. 16-cv-888 (RGA); and

WHEREAS, to streamline these Appeals, the Parties have agreed that Appellants will withdraw their Appeal in Civil Action No. 17-cv-009 (RGA) with prejudice, and will withdraw issue No. 2 from their statement of issues in the Appeal in Civil Action No. 16-cv-888 (RGA) with prejudice; and

---

[1]     Appellant Heinzmann is not a party to Civil Action No. 16-cv-888 (RGA).

WHEREAS, to maximize judicial economy and facilitate the efficient prosecution of the Appeals, the Parties have agreed, subject to the Court's approval, to the briefing schedule set out below, which the Parties believe is consistent with the format of Federal Rule of Appellate Procedure 28.1; and

WHEREAS, given the lengthy procedural history and the need to address complex bankruptcy and constitutional issues in these consolidated Appeals, the Parties have agreed, subject to the Court's approval, that the type-volume limitations from Federal Rule of Appellate Procedure 28.1(e)(2) shall apply ~~and shall be doubled~~; and

RFA

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, subject to approval of the Court, that:

1. The Appeal in Civil Action No. 17-cv-009 shall be dismissed with prejudice, and the caption in these consolidated Appeals shall be revised to read as follows:

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>ENERGY FUTURE HOLDINGS CORP., )<br>*et al.*, )<br>)<br>_____*Debtors*. )<br>_____)<br>SHIRLEY FENICLE, INDIVIDUALLY, AND )<br>AS SUCCESSOR -IN-INTEREST TO THE )<br>ESTATE OF GEORGE FENICLE, DAVID )<br>WILLIAM FAHY, AND JOHN H. JONES, )<br>)<br>_____*Appellants*, )<br>)<br>v. )<br>)<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,)<br>)<br>_____*Appellees*. )<br>_____)<br>)<br>SHIRLEY FENICLE, INDIVIDUALLY, AND )<br>AS SUCCESSOR -IN-INTEREST TO THE )<br>ESTATE OF GEORGE FENICLE, DAVID )<br>WILLIAM FAHY, JOHN H. JONES, AND )<br>DAVID HEINZMANN, )<br>)<br>_____*Appellants*, )<br>)<br>v. )<br>)<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,)<br>)<br>_____*Appellees* )<br>)<br>_____) | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br><br>Appeals from the Bankruptcy Court<br><br>Civil Action No. 16-cv-888 (RGA)<br>Civil Action No. 17-cv-229 (RGA)<br>CONSOLIDATED APPEALS |

2.      Issue No. 2 from Appellants' statement of issues in the Appeal in Civil Action

No. 16-cv-888 (RGA) is hereby withdrawn with prejudice.

3.      No later than May 8, 2017, the Appellants shall file their principal brief.

4.      No later than June 7, 2017, the Appellees shall file their principal and response

brief.

5.      No later than July 7, 2017, the Appellants shall file their response and reply brief.

6.      No later than July 28, 2017, the Appellees shall file their reply brief, if any.

4

7. Federal Rule of Appellate Procedure 28.1 shall apply to the briefing, *provided that*: (a) given the lengthy procedural history and the need to address complex bankruptcy and constitutional issues in these consolidated Appeals, the type-volume limitations from Federal Rule of Appellate Procedure 28.1(e)(2) shall be doubled; and (b) the provisions of Rule 28.1(d) regarding the color of the brief covers shall not apply.

8. The pending motion to dismiss in Civil Action No. 16-cv-888 (RGA) shall be held in abeyance.

Dated: March 23, 2017
Wilmington, Delaware

Respectfully,

*/s/Jason M. Madron*
Richards, Layton & Finger, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

-and-

Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Respectfully,

*/s/Daniel K. Hogan*
HOGAN♦McDANIEL
Daniel K. Hogan (No. 2814)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7597
Facsimile: (302) 656-7599

*Counsel to the Appellants*

-and-

CAPLIN & DRYSDALE
Leslie M. Kelleher (admitted *pro hac vice*)
Jeanna M. Koski (admitted *pro hac vice*)
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel to Appellants Shirley Fenicle, Individually, and as Successor-in-Interest to the Estate of George Fenicle, and David William Fahy*

5

-and-

Bryan M. Stephany (admitted *pro hac vice*)
655 Fifteenth St. NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

-and-

Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Co-Counsel to the Appellees*

(and as modified w/PT)

SO ORDERED this ___23___ day of March, 2017

THE HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE