# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 8.2 | $1,407.50 |
| [ALL] Case Administration | 2.7 | $586.50 |
| [ALL] Claims Administration & Objections | 0.4 | $140.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.2 | $70.00 |
| [ALL] Hearings | 15.4 | $4,694.00 |
| [ALL] Non-BK Fee/Employment Applications | 3.3 | $750.00 |
| [ALL] Plan and Disclosure Statement | <u>18.8</u> | <u>$6,580.00</u> |
| **Total** | **<u>49.0</u>** | **<u>$14,228.00</u>** |