# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 02-14-2017 | In-House Reproduction | Photocopies (22 copies) | $2.20 |
| 02-14-2017 | Filing/Court Fees | PACER | $4.00 |
| 02-14-2017 | In-House Reproduction | Photocopies (150 copies) | $15.00 |
| 02-15-2017 | In-House Reproduction | Photocopies (45 copies) | $4.50 |
| **TOTAL** | | | **$25.70** |