# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Twenty-Second Monthly Fee Statement 09/01/2016 through 09/30/2016 D.I. 10868 | $55,489.00 | $387.76 | 03/14/2017 | $44,391.20 | $387.76 | $11,097.80 |

SL1 1457242v1 109285.00005