## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Twenty-Third Monthly Fee Statement 10/01/2016 through 10/31/2016 D.I. 10869 | $28,149.00 | $171.53 | 03/14/2017 | $22,519.20 | $171.53 | $5,629.80 |

SL1 1457246v1 109285.00005