# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Twenty-Fourth Monthly Fee Statement 11/01/2016 through 11/30/2016 D.I. 10871 | $14,759.50 | $0.00 | 03/14/2017 | $11,807.60 | $0.00 | $2,951.90 |

SL1 1457250v1 109285.00005