# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Twenty-Fifth Monthly Fee Statement 12/01/2016 through 12/31/2016 D.I. 10873 | $11,717.00 | $78.39 | 03/14/2017 | $9,373.60 | $78.39 | $2,343.40 |

SL1 1457255v1 109285.00005