# **Exhibit A**

Invoice Date: 3/23/17
Invoice Number: 742876
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 14.00 | $8,369.50 |
| 010 | Employment and Fee Applications (MMWR) | 6.70 | $1,550.50 |
| 011 | Employment and Fee Applications (Others) | 3.90 | $1,889.50 |
| 015 | Non-Working Travel | 1.80 | $549.00 |
| 016 | Plan and Disclosure Statement | 21.60 | $13,176.00 |
| 021 | Hearings | 5.10 | $3,111.00 |
| 030 | Asbestos-Related Matters | 0.50 | $305.00 |
| | Matter Total | 53.60 | $28,950.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**