# **<u>Exhibit B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 0.80 | $540.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 43.70 | $26,657.00 |
| Mark A. Fink | | $305.00 | 1.80 | $549.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 46.30 | $27,746.00 |
| | | | | |
| Octavia Frias | Paralegal | $165.00 | 7.30 | $1,204.50 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 7.30 | $1,204.50 |
| **TOTAL ALL PROFESSIONALS** | | | 53.60 | $28,950.50 |