# **<u>Exhibit C</u>**

**EXPENSE SUMMARY**
**JANUARY 1, 2017 THROUGH JANUARY 31, 2017**

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expenses | $223.00 |
| Duplicating – Internal | $0.10 |
| Transportation – Local while on business | $22.52 |
| Consultant Fees | $150.00 |
| Filing Fee – Other | $37.00 |
| Travel - Miscellaneous | $9.10 |
| Travel – Rail Fare | $752.00 |
| Pacer | $40.80 |
| **Total:** | **$1,234.52** |