# **<u>Exhibit D</u>**

|  |  |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 01/31/17 | Printing & Duplicating - Internal | $ | 0.10 |
| 01/31/17 | Pacer | $ | 40.80 |
| 01/06/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 12/5/16, Court Call expense for hearing | $ | 163.00 |
| 01/06/17 | Travel - Miscellaneous - PAID TO: Mark A. Fink - 12/1/16, Cabfare from residence to Penn Station for travel to Wilmington | $ | 9.10 |
| 01/06/17 | Travel - Rail Fare - PAID TO: Mark A. Fink - 12/1/16, Roundtrip Amtrak railfare from NYC to Wilmington to attend hearing | $ | 376.00 |
| 01/09/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 12/14/16, Court call hearing expense | $ | 30.00 |
| 01/18/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 1/3/17, Court call expense, telephone conference - EFH hearing | $ | 30.00 |
| 01/18/17 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of December 2016 (customer # 3003555) | $ | 150.00 |
| 01/24/17 | Filing Fee - Other - PAID TO: American Express - CCALL ID # 7984225 charge on 12/12/2016 | $ | 37.00 |
| 01/25/17 | Transportation - Local while on business - PAID TO: Mark A. Fink - 1/4/17, Roundtrip cabfare from residence to Penn Station for travel to Wilmington to attend EFH disclosure statement hearing | $ | 17.00 |
| 01/25/17 | Transportation - Local while on business - PAID TO: Mark A. Fink - 1/4/17, Cabfare from Wilmington train station to office for travel to Wilmington to attend EFH disclosure statement hearing | $ | 5.52 |
| 01/25/17 | Travel - Rail Fare - PAID TO: Mark A. Fink - 1/4/17, Roundtrip railfare from NY to Wilmington to attend EFH Disclosure Statement Hearing | $ | 376.00 |
| | Total Disbursements | $ | 1,234.52 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**