# **Exhibit A**

Invoice Date: 3/23/17
Invoice Number: 742877
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 7.70 | $4,385.50 |
| 010 | Employment and Fee Applications (MMWR) | 11.10 | $1,896.50 |
| 011 | Employment and Fee Applications (Others) | 6.10 | $2,418.50 |
| 015 | Non-Working Travel | 4.50 | $1,372.50 |
| 016 | Plan and Disclosure Statement | 49.30 | $30,144.50 |
| 021 | Hearings | 30.10 | $17,717.00 |
| 030 | Asbestos-Related Matters | 8.70 | $5,437.00 |
| | Matter Total | 117.50 | $63,371.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**