# **Exhibit B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 3.10 | $2,092.50 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 79.30 | $48,373.00 |
| Mark A. Fink | | $305.00 | 4.50 | $1,372.50 |
| Davis L. Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $570.00 | 16.10 | $9,177.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **103.00** | **$61,015.00** |
| | | | | |
| Octavia Frias | Paralegal | $165.00 | 12.70 | $2,095.50 |
| Kevin T. Mangan | Paralegal | $145.00 | 1.80 | $261.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **14.50** | **$2,356.50** |
| **TOTAL ALL PROFESSIONALS** | | | **117.50** | **$63,371.50** |