# **Exhibit C**

**EXPENSE SUMMARY**
**FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017**

| Expense Category | Total Expenses |
| --- | --- |
| Miscellaneous Expenses | $259.00 |
| Duplicating – Internal | $6.40 |
| Transcript-Court | $364.80 |
| Travel – Rail Fare | $578.00 |
| Westlaw On-Line Legal Research | $53.46 |
| Pacer | $47.20 |
| **Total:** | **$1,308.86** |