**<u>Exhibit D</u>**

|  |  |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742877 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 02/28/17 | Printing & Duplicating - Internal | $ | 6.40 |
| 02/28/17 | Pacer | $ | 47.20 |
| 02/02/17 | Westlaw On-Line Legal Research | $ | 53.46 |
| 02/24/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 2/14/17, Court Call expense re: attendance at E-side confirmation hearing | $ | 51.00 |
| 02/24/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 2/13/17, Court Call expense re: EFH hearing, 1:00pm | $ | 58.00 |
| 02/24/17 | Travel - Rail Fare - PAID TO: Mark A. Fink - 2/16/17, Roundtrip Amtrak railfare from NY to DE to attend confirmation hearing | $ | 279.00 |
| 02/24/17 | Travel - Rail Fare - PAID TO: Mark A. Fink - 2/17/17, Roundtrip Amtrak railfare from NY to DE to attend EFH hearing | $ | 299.00 |
| 02/28/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of January, 2017 | $ | 150.00 |
| 02/28/17 | Transcript-Court - PAID TO: Veritext- MAIN - Certified Transcript (Witness 14-10979) - 2/14/17, Wilmington, DE | $ | 87.60 |
| 02/28/17 | Transcript-Court - PAID TO: Veritext- MAIN - Certified transcript (Witness 14-10979) - job date 2/15/17 | $ | 277.20 |
|  | Total Disbursements | $ | 1,308.86 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**