## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 28, 2017 STARTING AT 10:00 A.M. (EDT)[3]

I.  **CONTINUED/RESOLVED MATTERS:**

   1.   Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4784; filed June 16, 2015]

   Response/Objection Deadline:          July 2, 2015 at 4:00 p.m. (EDT)

   Responses/Objections Received:

   A.   Response of Railroad Management Company LLC in Opposition to Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4784] with Respect to Proofs of Claim Nos. 7840, 7841, and 7842 [D.I. 10875; filed February 21, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The March 28, 2017 (the "March 28th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any person who wished to appear telephonically at the March 28th Hearing must **have** contacted COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Monday, March 27, 2017 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Related Documents:

i.  Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 4785; filed June 16, 2015]

ii.  *Amended* Notice of "Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" and Hearing Thereon [D.I. 4804; filed June 18, 2015]

iii.  *Second Amended* Notice of "Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" and Hearing Thereon [D.I. 4851; filed June 24, 2015]

iv.  Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 5011; filed July 15, 2015]

v.  Order Sustaining Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5089; filed July 24, 2015]

vi.  Order (Second) Sustaining Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 5876; filed September 8, 2015]

vii.  Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9913; filed October 21, 2016]

viii.  Declaration of Daniel McKillop, Senior Manager, Contact Center Operations, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9914; filed October 21, 2016]

ix.    Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 9915; filed October 21, 2016]

x.    Notice of Filing of Corrected "Exhibit A" to Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims" [D.I. 9924; filed October 24, 2016]

xi.    Supplemental Declaration of Sinead Soesbe, Senior Counsel, in Support of the Debtors' Omnibus Reply in Support of Objections to Contested Pro Se Claims [D.I. 10050; filed November 7, 2016]

xii.    Order (Third) Sustaining Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10174; filed November 16, 2016]

xiii.    Notice of Service [D.I. 10328; filed December 7, 2016]

xiv.    Order (Fourth) Sustaining Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10380; filed December 13, 2016]

xv.    Notice of Hearing to Consider Debtors' Seventeenth Omnibus (Substantive) Objection to (Substantive Duplicate, No Liability, and No Claim Asserted) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1, with Respect to Railroad Management, LLC Proofs of Claim and Related Deadlines [D.I. 10688; filed January 19, 2017]

xvi.    Withdrawal Claim [D.I. 11031; filed March 21, 2017]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit A.  On July 24, 2015, September 8, 2015, November 16, 2016 and December 13, 2016 the Court entered orders resolving various claims subject thereto.  On March 21, 2017, Railroad Management Company, LLC withdrew its claims subject to this matter.  Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

2.    Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7814; filed February 9, 2016]

RLF1 17277388v.1

Response/Objection Deadline:    February 23, 2016 at 4:00 p.m. (EST); extended to March 1, 2016 at 4:00 p.m. (EST) for Red Ball Oxygen Company; extended to March 2, 2016 at 4:00 p.m. (EST) for Steag Energy Services LLC

Responses/Objections Received:

A.      Texas Big Spring, LP's Response to the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and Local Bankruptcy Rule 3007-1 [D.I. 7919; filed February 23, 2016]

Related Documents:

i.      Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC in Support of the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7815; filed February 9, 2016]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 7936; filed February 25, 2016]

iii.    Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7982; filed March 9, 2016]

iv.     Order (Second) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8895; filed July 12, 2016]

v.      Order (Third) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9598; filed September 20, 2016]

vi.     Order (Fourth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section

502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9773; filed October 6, 2016]

vii.   Order (Fifth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10388; filed December 14, 2016]

viii.  Order (Sixth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10451; filed December 28, 2016]

ix.    Notice of Withdrawal of Ranger Excavating LP's Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set Out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10567; filed January 4, 2017]

x.     Order (Seventh) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10601; filed January 5, 2017]

xi.    Order (Eighth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10691; filed January 20, 2017]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit B. On March 9, 2016, July 12, 2016, September 20, 2016, October 6, 2016, December 14, 2016, December 28, 2016, January 5, 2017, and January 20, 2017, the Court entered orders in connection with this matter resolving various claims subject thereto. The hearing on this matter with respect to the claim of Texas Big Spring, LP is continued to the hearing scheduled to take place on April 17, 2017 starting at 11:00 a.m. (EDT). The remaining unresolved claim subject to this matter is continued to a date to be determined. Consequently, no hearing with respect to this matter is required at this time.

3.   Motion of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, for an Order Directing Payment and Reimbursement of Certain Fees and Expenses as Adequate Protection or in the Alternative Pursuant to Sections 105(a) and 506(b) of the Bankruptcy Code [D.I. 10703; filed January 23, 2017]

<table>
<tr><td>Response/Objection Deadline:</td><td>February 6, 2017 at 4:00 p.m. (EST); extended to a date to be determined for the Debtors, Pacific Investment Management Company, LLC, Deutsche Bank, AB, the Ad Hoc Group of PIK Noteholders and the PIK Trustee only</td></tr>
<tr><td>Responses/Objections Received:</td><td>None at this time.</td></tr>
</table>

Related Documents:

i.      Notice of Adjournment of Hearing on "Motion of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, for an Order Directing Payment and Reimbursement of Certain Fees and Expenses as Adequate Protection or in the Alternative Pursuant to Sections 105(a) and 506(b) of the Bankruptcy Code" [D.I. 10876; filed February 21, 2017]

Status: This matter has been continued to the May 2017 omnibus hearing in these cases, which date and time are to be determined. Consequently, no hearing with respect to this matter is required at this time.

4.     Motion of Energy Future Holdings Corporation for Entry of Order Approving Assumption of Oncor Tax Sharing Agreement Prior to Plan Effective Date [D.I. 10908; filed February 24, 2017]

<table>
<tr><td>Response/Objection Deadline:</td><td>March 10, 2017 at 4:00 p.m. (EST)</td></tr>
<tr><td>Responses/Objections Received:</td><td>None.</td></tr>
</table>

Related Documents:

i.      Certification of No Objection Regarding "Motion of Energy Future Holdings Corporation for Entry of Order Approving Assumption of Oncor Tax Sharing Agreement Prior to Plan Effective Date" [D.I. 10908] [D.I. 10997; filed March 13, 2017]

ii.     Order Approving Assumption of Oncor Tax Sharing Agreement Prior to Plan Effective Date [D.I. 10998; filed March 13, 2017]

Status: On March 13, 2017, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II.    UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL:

5.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien

6

Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims [D.I. 10858; filed February 17, 2017]

Response/Objection Deadline:    March 21, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Notice of Filing of Revised *Settlement Agreement* in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims" [D.I. 10993; filed March 10, 2017]

ii.    Affidavit of Publication of Tiffany Roberts of Notice of Hearing to Consider EFIH Settlement in the Wall Street Journal [D.I. 11006; filed March 16, 2017]

iii.    Affidavit of Publication of Toussaint Hutchinson of Notice of Hearing to Consider EFIH Settlement in USA Today [D.I. 11007; filed March 16, 2017]

iv.    Affidavit of Publication of Dan Navarro of Notice of Hearing to Consider EFIH Settlement in The Dallas Morning News [D.I. 11008; filed March 16, 2017]

v.    Affidavit of Publication of Victoria Bond of Notice of Hearing to Consider EFIH Settlement in Houston Chronicle [D.I. 11009; filed March 16, 2017]

vi.    Affidavit of Publication of Georgia Lawson of Notice of Hearing to Consider EFIH Settlement in Corpus Christi Caller-Times [D.I. 11010; filed March 16, 2017]

vii.    Affidavit of Publication of Nancy Calvery of Notice of Hearing to Consider EFIH Settlement in Star-Telegram, Inc. at Fort Worth [D.I. 11011; filed March 16, 2017]

viii.    Affidavit of Publication of Ana Lozano-Harper of Notice of Hearing to Consider EFIH Settlement in WACO Tribune-Herald [D.I. 11012; filed March 16, 2017]

ix.    Statement of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the EFIH Settlement [D.I. 11022; filed March 20, 2017]

x.      Notice of Filing of Revised Form of Order in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims" [D.I. 11028; filed March 21, 2017]

xi.     EFIH Second Lien Trustee's Statement in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the EFIH Settlement [D.I. 11035; filed March 21, 2017]

xii.    Notice of Filing of Supplement to "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims" [D.I. 10858] [D.I. 11043; filed March 23, 2017]

xiii.   Certification of Counsel Regarding "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims" [D.I. 10858] [D.I. 11044; filed March 23, 2017]

xiv.    **Order Approving the EFIH Settlement by and Among the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims [D.I. 11048; filed March 24, 2017]**

Status: **On March 24, 2017, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

6.      Objection of Energy Future Holdings Corp., *et al.*, to Proofs of Claim Filed by the Internal Revenue Service, or in the Alternative, Request to Estimate Proofs of Claims Filed by the Internal Revenue Service [D.I. 10909; filed February 24, 2017]

Response/Objection Deadline:          March 15, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.      Response to Claim Objection and Reservation of Rights filed by the United States of America [D.I. 11014; filed March 17, 2017]

8

Related Documents:

i.      Withdrawal of Claim on Behalf of the Department of Treasury - Internal Revenue Service (IRS) Regarding Claim Nos. 37699 and 37700 [D.I. 10609; filed January 6, 2017]

ii.     Withdrawal of Claim on Behalf of the Department of Treasury - IRS Regarding Claim Nos. 4098, 5037-5046, 5052-5057, 5060, 5063, 5065-5070, 5072, 5445, 6181-6182 [D.I. 10925; filed February 28, 2017]

iii.    Withdrawal of Claim on Behalf of the Department of Treasury - Internal Revenue Service (IRS) Regarding Claim No. 37698 [D.I. 11026; filed March 20, 2017]

iv.     Withdrawal of Claim on Behalf of the Department of Treasury - Internal Revenue Service (IRS) Regarding Claim No. 3770 [D.I. 11027; filed March 20, 2017]

v.      Certification of Counsel Regarding "Objection of Energy Future Holdings Corp., *et al.*, to Proofs of Claims Filed by the Internal Revenue Service or, in the Alternative, Request to Estimate Proofs of Claims Filed by the Internal Revenue Service [D.I. 10909] [D.I. 11042; filed March 23, 2017]

vi.     **Order Sustaining Debtors' Partial Objection to Proofs of Claims Filed by the Internal Revenue Service [D.I. 11047; filed March 24, 2017]**

Status: **On March 24, 2017, the Court entered a revised form of unopposed order in connection with this matter. Consequently, no hearing with respect to this matter is required.**

7.   Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10915; filed February 24, 2017]

Response/Objection Deadline:          March 10, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.      Declaration of Terry L. Nutt, Senior Vice President and Controller at Vistra Energy Corp., in Support of the Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10916; filed February 24, 2017]

ii.   Certification of No Objection Regarding "Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 10915] [D.I. 11030; filed March 21, 2017]

iii.  **Order Sustaining Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11051; filed March 24, 2017]**

Status: The individual status of each claim subject to this matter is listed on the attached <u>Exhibit C</u>. **On March 24, 2017, the Court entered an order sustaining this objection with respect to all claims subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.**

8.   Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10917; filed February 24, 2017]

Response/Objection Deadline:   March 10, 2017 at 4:00 p.m. (EST); extended to March 31, 2017 at 4:00 p.m. (EDT) for Various Class Action Claimants represented by Gillespie Sanford LLP and Delaware Trust Company

Responses/Objections Received:

A.   Response in Opposition to Debtor's [sic] Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon (Duplicate Debt Claims) filed by IBEW Local 2337 [D.I. 10972; filed March 7, 2017]

B.   Informal response from Various Class Action Claimants represented by Gillespie Sanford LLP

C.   Informal response from Delaware Trust Company

Related Documents:

i.   Declaration of Terry L. Nutt, Senior Vice President and Controller at Vistra Energy Corp., in Support of the Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims

10

Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10918; filed February 24, 2017]

ii.   Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 11005; filed March 15, 2017]

iii.   Certification of Counsel Regarding "Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 10917] [D.I. 11033; filed March 21, 2017]

iv.   **Order Sustaining Debtors' Forty-Fifth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11052; filed March 24, 2017]**

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit D. **On March 24, 2017, the Court entered an order in connection with this matter resolving various claims subject thereto.** The hearing on this matter with respect to the claims of IBEW Local 2337 and various class action claimants represented by Gillespie Sanford LLP are continued to the hearing scheduled to take place on April 17, 2017 starting at 11:00 a.m. (EDT). **Consequently, no hearing with respect to this matter is required at this time.**

9.   Motion of Energy Future Holdings Corporation for Allowance of an Administrative Expense Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(d) and 503(b)(4) of the Bankruptcy Code [D.I. 10948; filed March 2, 2017]

Response/Objection Deadline:       March 10, 2017 at 4:00 p.m. (EST); extended to March 20, 2017 at 12:00 p.m. (noon) (EDT) for the United States Trustee

Responses/Objections Received:     None.

Related Documents:

i.   Declaration of Bryan M. Stephany, Esq. in Support of Debtors' Motion Energy Future Holdings Corporation for Allowance of an Administrative Expense Claim for Fidelity Management & Research Company's

Substantial Contribution Pursuant to Sections 503(b)(3)(d) and 503(b)(4) of the Bankruptcy Code [D.I. 10949; filed March 2, 2017]

ii. Notice of Declaration of Anthony R. Horton in Support of the Motion of Energy Future Holdings Corporation for Allowance of an Administrative Expense Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(d) and 503(b)(4) of the Bankruptcy Code [D.I. 11023; filed March 20, 2017]

iii. Certification of Counsel Regarding Order Allowing Administrative Expense Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(d) and 503(b)(4) of the Bankruptcy Code [D.I. 11029; filed March 21, 2017]

iv. **Order Allowing Administrative Expense Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(d) and 503(b)(4) of the Bankruptcy Code [D.I. 11050; filed March 24, 2017]**

Status: **On March 24, 2017, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

10. Debtors' Motion for Entry of an Order Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors [D.I. 10976; filed March 7, 2017]

Response/Objection Deadline:     March 21, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:   None.

Related Documents:

i. Certification of No Objection Regarding "Debtors' Motion for Entry of an Order Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors" [D.I. 10976] [D.I. 11037; filed March 22, 2017]

ii. **Order Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors [D.I. 11049; filed March 24, 2017]**

Status: **On March 24, 2017, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

III.   **UNCONTESTED INTERIM FEE APPLICATIONS:**[4]

    11.   Interim Fee Applications

        <u>Status</u>: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing with respect to the interim fee applications listed on <u>Exhibit E</u> hereto.

IV.   **UNCONTESTED INTERIM/FINAL T-SIDE FEE APPLICATIONS:**[5]

    12.   Interim/Final Fee Applications

        <u>Status</u>: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim/final fee order to the Court for entry at the hearing with respect to the interim/final fee applications listed on <u>Exhibit F</u> hereto.

*[Remainder of page intentionally left blank.]*

---

[4]   In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim fee application] shall appear in person at the [interim fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

[5]   In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim/final fee application] shall appear in person at the [interim/final fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim/final fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

RLF1 17277388v.1

Dated: March 27, 2017
　　　　Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:　　(302) 651-7700
Facsimile:　　(302) 651-7701
Email:　　　　collins@rlf.com
　　　　　　　defranceschi@rlf.com
　　　　　　　madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:　　(212) 446-4800
Facsimile:　　(212) 446-4900
Email:　　　　edward.sassower@kirkland.com
　　　　　　　stephen.hessler@kirkland.com
　　　　　　　brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:　　(312) 862-2000
Facsimile:　　(312) 862-2200
Email:　　　　james.sprayregen@kirkland.com
　　　　　　　marc.kieselstein@kirkland.com
　　　　　　　chad.husnick@kirkland.com
　　　　　　　steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

14