**EXHIBIT A**

Energy Future Holdings Corp.
Seventeenth Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| EDWARDS, GERALD | 7659 | On December 13, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| ENGLISH, WAYNE | 9800 | On December 13, 2016 the Court entered an order sustaining the objection in connection with this claim. |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7840 | Withdraw of Claim filed on March 21, 2017. [Docket No. 11031] |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7841 | Withdraw of Claim filed on March 21, 2017. [Docket No. 11031] |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | 7842 | Withdraw of Claim filed on March 21, 2017. [Docket No. 11031] |

1

**<u>EXHIBIT B</u>**

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| AUTOMATIC SYSTEMS, INC. | 4868 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TEXAS BIG SPRING, LP | 8007 | Response filed on February 23, 2016. [Docket No. 7919]. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |

1

**EXHIBIT C**

Energy Future Holdings Corp.
Forty-Fourth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CALIFORNIA FRANCHISE TAX BOARD | 1545 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 37617 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| APPLIED ENERGY COMPANY LLC | 9930 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CUMMINS SOUTHERN PLAINS LLC | 9956 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CUMMINS SOUTHERN PLAINS LLC | 9958 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| EMERSON PROCESS MANAGEMENT POWER & WATER | 9855 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| INTERTEK AIM | 10104 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NICOL, GAVIN | 37605 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| RESCAR COMPANIES | 10060 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| TANNOR PARTNERS CREDIT FUND LP | 9899 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| TANNOR PARTNERS CREDIT FUND LP | 9900 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WESTERN DATA SYSTEMS | 9786 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |

1

**EXHIBIT D**

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| NICOL, GAVIN | 37604 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ALDINE INDEPENDENT SCHOOL DISTRICT | 1773 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ALEMAN, MANUEL, ET AL. | 5468 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| ALFORD, JAMES T., ET AL | 5469 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| ARKANSAS UNCLAIMED PROPERTY UNIT | 10041 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT | 12.02 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ATMOS PIPELINE - TEXAS | 4774 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ATMOS PIPELINE - TEXAS | 4775 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6352 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6353 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6354 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6355 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6356 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6357 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6358 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6359 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6360 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6361 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6362 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6363 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6364 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6365 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6366 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6367 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6368 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6369 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6370 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6371 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6372 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | 6373 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6374 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6375 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6376 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6377 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6378 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6379 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6380 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6381 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6382 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6383 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6384 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6385 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6386 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6387 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6388 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |

Exhibit A

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6389 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6390 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6391 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6392 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6393 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6394 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6395 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6396 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6407 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6408 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON TRUST CO.,NA, THE | 6410 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BANK OF NEW YORK MELLON, THE, TTEE UNDER | 5261 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BARTSCH, BRAD, SELF & SIMILARLY SITUATED | 5470 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| BATTLE, BOBBY, SELF & SIMILARLY SITUATED | 5471 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |

4

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BAUER, LAWRENCE, ET AL | 5472 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| BEHNKEN, DIANE, ET AL | 5473 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| BERAN, JAMIE, SELF & SIMILARLY SITUATED | 5474 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| BEXLEY, KERRY, SELF & SIMILARLY SITUATED | 5475 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| BIEHLE, CRAIG, SELF & SIMILARLY SITUATED | 5476 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| BLACKWELL INDEPENDENT SCHOOL DISTRICT | 12911 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BROWN, JUSTIN, SELF & SIMILARLY SITUATED | 5478 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| BROWN, WALTER R., ET AL | 5477 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| CALIFORNIA FRANCHISE TAX BOARD | 37623 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CALVIN, FREDDIE, ET AL | 5479 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| CARRAZALES, CRESPIN, ET AL | 5480 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| CARROLL INDEPENDENT SCHOOL DISTRICT | 59 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CHARANZA, BOBBY, ET AL | 5481 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| CITY OF SULPHUR SPRINGS | 11827 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CITY OF SWEETWATER | 12913 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COLLETTE, JOE, SELF & SIMILARLY SITUATED | 5482 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| COMMONWEALTH OF VIRGINIA | 6351 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF TITUS, TEXAS | 2608.02 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CUMMINS FAMILY TRUST, THE | 5437 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| DAUGHTREY, ROY C., ET AL | 5483 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| DELAWARE TRUST COMPANY | 6198 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| DELAWARE TRUST COMPANY | 6199 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| DIAZ, FRANK, SELF & SIMILARLY SITUATED | 5484 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| DODD, TED, SELF & SIMILARLY SITUATED | 5485 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| DORNHOEFER, ROBERT, ET AL | 5486 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| DOSS, BILL, JR, ET AL | 5487 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| DUREE, JEREMY, SELF & SIMILARLY SITUATED | 5488 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
| --- | --- | --- |
| EAGLE MOUNTAIN-SAGINAW ISD | 10036.02 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ESCHBERGER, TODD, ET AL | 5490 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| GARNER, CLIFFORD, ET AL | 5491 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| GARZA, CARLOS, SELF & SIMILARLY SITUATED | 5492 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| GOETZ, DAVID, SELF & SIMILARLY SITUATED | 5493 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| GREAT IOWA TREASURE HUNT | 4120 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| GRIFFIN, DANIEL W., ET AL | 5494 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| GUNNELS, DAVID W., ET AL | 5495 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| GUZMAN, ERIC, SELF & SIMILARLY SITUATED | 5496 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| HACKETT, CHRISTOPHER, ET AL | 5497 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| HARVEY, TODD, SELF & SIMILARLY SITUATED | 5498 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| HAYS, LESTER R., ET AL | 5499 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| HEMPEL, KIRK, SELF & SIMILARLY SITUATED | 5500 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| HENNINGTON, RONALD W., ET AL | 5501 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| HINES, WELDON, SELF & SIMILARLY SITUATED | 5502 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| HOFFMAN, PATRICK, ET AL | 5503 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| HOLLAS, MELVIN, ET AL | 5504 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| IBEW LOCAL 2337 ON BEHALF OF MEMBER | 5540 | Response filed on March 7, 2017. [Docket No. 10972]. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| JACOBSEN, LUKE, ET AL | 5505 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| JUAREZ, MARTIN, ET AL | 5506 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| KELLY, WAYNE, SELF & SIMILARLY SITUATED | 5507 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| KIMBREL, JEFF, SELF & SIMILARLY SITUATED | 5508 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| KNOBLOCH, MICHAEL, ET AL | 5509 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| KRENEK, RICHARD, ET AL | 5510 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| KUBACAK, MICHAEL, ET AL | 5511 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |

8

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| LEWIS, EMMETT, SELF & SIMILARLY SITUATED | 5512 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| MATYSEK, MARVIN R., ET AL | 5513 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| MCGARY, DARRELL, ET AL | 5514 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| MONTELONGO, ALBERT, ET AL | 5515 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| MORGAN, JAMES O. | 7931 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MUSTON, EDDIE, SELF & SIMILARLY SITUATED | 5516 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| NEBRASKA STATE TREASURER | 4082 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NELSON, WINSTON, ET AL | 5517 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| NEW JERSEY OFFICE OF THE STATE TREASURER | 9797 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NOLAN COUNTY | 12898.02 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NOLAN COUNTY | 12909.02 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NORTH CAROLINA DEPT OF STATE TREASURER | 5637 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| O'CAMPO, JOHN, SELF & SIMILARLY SITUATED | 5518 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| OKLAHOMA STATE TREASURER | 4062 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |

9

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| OKLAHOMA STATE TREASURER | 4063 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| PHILLIPS, WILLIE, SR., ET AL | 5519 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| PLACHY, ROBERT, ET AL | 5520 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| POPE, ANTONIO, SELF & SIMILARLY SITUATED | 5521 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| POUNDERS, JASON, ET AL | 5522 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| ROZELL, MIKE, SELF & SIMILARLY SITUATED | 5523 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| RUCKER, JAMES R, JR., ET AL | 5524 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| SABESTA, JAMES E., ET AL | 5529 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| SAIN, JERRY, SELF & SIMILARLY SITUATED | 5525 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| SAKEWITZ, KYLE, ET AL | 5526 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| SANTELLANO, MARK, ET AL | 5527 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| SAVAGE, ALVIN, SELF & SIMILARLY SITUATED | 5528 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| SENKEL, KENNETH R., ET AL | 5530 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SIGLE, TONY, SELF & SIMILARLY SITUATED | 5531 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| SIMPSON, STEVEN, ET AL | 5532 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| STATE OF CONNECTICUT | 5684 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| SULPHUR SPRINGS ISD | 11826 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| TATE, MICHAEL KENN | 4212 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| TITUS COUNTY APPRAISAL DISTRICT | 2352.02 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| TUCKER, DAVID, ET AL | 5533 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| TURNIPSEED, RAY, ET AL | 5534 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| URBAN, DWAN S., ET AL | 5535 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| VALWOOD IMPROVEMENT AUTHORITY | 10029 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| VARGAS, ERNESTO, ET AL | 5536 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| VEGA, NOE, SELF & SIMILARLY SITUATED | 5537 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| WEST VIRGINIA STATE TREASURER'S OFFICE | 4659 | On March 24, 2017 the Court entered an order sustaining the objection in connection with this claim. |

11

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| WILLRICH, ROBERT L., ET AL | 5538 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |
| YOUNG, JOE M., SELF & SIMILARLY SITUATED | 5539 | Informal response received. The hearing on this claim has been continued to April 17, 2017 starting at 11:00 a.m. (EDT) |

12

**EXHIBIT E**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## INDEX OF INTERIM FEE APPLICATIONS
## TO BE CONSIDERED AT THE MARCH 28, 2017 HEARING

1.  Sixth Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of January 1, 2016 Through April 30, 2016 [D.I. 9215; filed August 8, 2016]

    Response/Objection Deadline:          August 30, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:          None.

    Related Documents:

    A.  Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

2.  Sixth Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2016 Through April 30, 2016 [D.I. 8825; filed June 27, 2016]

    Response/Objection Deadline:          July 18, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:          None.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

3.    Sixth Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from January 1, 2016 Through and Including April 30, 2016 [D.I. 9822; filed October 14, 2016]

| Response/Objection Deadline: | November 7, 2016 at 4:00 p.m. (EST) |
|---|---|
| Response/Objection Received: | None. |

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

4.    Third Interim Fee Application of Bielli & Klauder, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period from May 1, 2016 Through and Including August 31, 2016 [D.I. 9829; filed October 17, 2016]

| Response/Objection Deadline: | November 7, 2016 at 4:00 p.m. (EST) |
|---|---|
| Response/Objection Received: | None. |

Related Documents:

    A.    Notice of Interim Fee Application [D.I. 9831; filed October 17, 2016]

    B.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

5.    Fourth Interim Fee Application of Jenner & Block LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period May 1, 2016 Through August 31, 2016 [D.I. 9824; filed October 17, 2016]

| Response/Objection Deadline: | November 7, 2016 at 4:00 p.m. (EST) |
|---|---|
| Response/Objection Received: | None. |

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

6.    Fifth Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2016 Through August 31, 2016 [D.I. 9843; filed October 17, 2016]

Response/Objection Deadline:    November 7, 2016 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

7.    Sixth Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc., and EECI, Inc. for the Period from May 1, 2016 Through August 31, 2016 [D.I. 9828; filed October 17, 2016]

Response/Objection Deadline:    November 7, 2016 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

8.    Sixth Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period May 1, 2016 Through August 31, 2016 [D.I. 9882; filed October 20, 2016]

Response/Objection Deadline:    November 10, 2016 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.  Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

9.  Sixth Interim Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from May 1, 2016 Through August 31, 2016 [D.I. 9825; filed October 17, 2016]

Response/Objection Deadline:        November 7, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.  Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

10.  Sixth Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2016 Through August 31, 2016 [D.I. 9791; filed October 10, 2016]

Response/Objection Deadline:        October 31, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.  Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

11.  Sixth Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from May 1, 2016 Through August 31, 2016 [D.I. 9849; filed October 18, 2016]

Response/Objection Deadline:        November 8, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

12.    Sixth Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2016 Through August 31, 2016 [D.I. 9832; filed October 17, 2016]

Response/Objection Deadline:        November 7, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

13.    Sixth Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of May 1, 2016 Through August 31, 2016 [D.I. 9903; filed October 20, 2016]

Response/Objection Deadline:        November 10, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

14.    Sixth Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2016 Through and Including August 31, 2016 [D.I. 9827; filed October 17, 2016]

Response/Objection Deadline:        November 7, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

15.    Seventh Interim Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from May 1, 2016 Through and Including August 31, 2016 [D.I. 9970; filed October 27, 2016]

Response/Objection Deadline:        November 18, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

16.    Seventh Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of May 1, 2016 Through August 31, 2016 [D.I. 10431; filed December 22, 2016]

Response/Objection Deadline:        January 13, 2017 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

17.    Seventh Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker and Financial Advisor for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from May 1, 2016 Through August 31, 2016 [D.I. 10323; filed December 6, 2016]

Response/Objection Deadline:        December 28, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

18.    Seventh Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period from May 1, 2016 Through and Including August 31, 2016 [D.I. 9830; filed October 17, 2016]

Response/Objection Deadline:        November 8, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

19.    Seventh Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from May 1, 2016 Through August 31, 2016 [D.I. 10692; filed January 20, 2017]

Response/Objection Deadline:        February 13, 2017 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

20.    Sixth Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period from May 1, 2016 Through August 31, 2016 [D.I. 10973; filed March 7, 2017]

Response/Objection Deadline:        March 28, 2017 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

21.    Sixth Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2016 Through August 31, 2016 [D.I. 10975; filed March 7, 2017]

Response/Objection Deadline:     March 28, 2017 at 4:00 p.m. (EDT)

Response/Objection Received:     None.

22.    First Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff, LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period April 7, 2016 Through August 31, 2016 [D.I. 10926; filed February 28, 2017]

Response/Objection Deadline:     March 21, 2017 at 4:00 p.m. (EDT)

Response/Objection Received:     None.

**EXHIBIT F**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### INDEX OF INTERIM/FINAL TECH FEE APPLICATIONS
### TO BE CONSIDERED AT THE MARCH 28, 2017 HEARING

1.    Fifth Interim and Final Fee Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP for Allowance of Compensation and for Reimbursement of Expenses Incurred During the Period May 1, 2016 Through October 3, 2016 [D.I. 10257; filed November 23, 2016]

   Response/Objection Deadline:          December 14, 2016 at 4:00 p.m. (EST)

   Response/Objection Received:          None.

   Related Documents:

   A.    Supplemental Declaration of David P. Primack in Support of the Fifth Interim and Final Fee Application of McElroy, Deutsch, Mulvaney & Carpenter LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Period from May 1, 2016 Through October 3, 2016, and the Final Period from January 12, 2015 Through October 3, 2016 [D.I. 10786; filed February 8, 2017]

   B.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17207647v.1

2.   Sixth Interim and Final Fee Application of Balch & Bingham LLP, Special Counsel to the Debtors and Debtors in Possession, for the Period from May 1, 2016 Through and Including October 3, 2016 [D.I. 10227; filed November 18, 2016]

Response/Objection Deadline:          December 12, 2016 at 4:00 p.m. (EST)

Response/Objection Received:          None.

Related Documents:

A.   Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

3.   Final Fee Application of Greenhill & Co., LLC, as Financial Advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Allowance of Compensation and Reimbursement of Expenses for the Period November 17, 2014 Through October 3, 2016 [D.I. 10163; filed November 15, 2016]

Response/Objection Deadline:          December 6, 2016 at 4:00 p.m. (EST)

Response/Objection Received:          None.

Related Documents:

A.   Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

4.   Sixth Interim and Final Fee Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Period from May 1, 2016 Through October 3, 2016, and the Final Period from November 16, 2014 Through October 3, 2016 [D.I. 10255; filed November 23, 2016]

Response/Objection Deadline:          December 14, 2016 at 4:00 p.m. (EST)

Response/Objection Received:          None.

Related Documents:

A.   Exhibit H to Sixth Interim and Final Fee Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for Compensation for Services Rendered and Reimbursement of Expenses for the

Interim Period from May 1, 2016 Through October 3, 2016, and the Final Period from November 16, 2014 Through October 3, 2016 [D.I. 10256; filed November 23, 2016]

B.    Supplemental Declaration of Todd J. Rosen in Support of the Sixth Interim and Final Fee Application of Munger, Tolles & Olson LLP, Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Period from May 1, 2016 Through October 3, 2016, and the Final Period from November 16, 2014 Through October 3, 2016 [D.I. 10635; filed January 11, 2017]

C.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

5.    Sixth and Final Fee Application of Sidley Austin LLP as Special Counsel to the Debtors and Debtors in Possession for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period of January 1, 2016 Through October 3, 2016 and the Final Fee Period of April 29, 2014 to October 3, 2016 [D.I. 10228; filed November 18, 2016]

Response/Objection Deadline:        December 12, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

6.    Seventh Interim and Final Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period May 19, 2014 Through October 3, 2016 [D.I. 10218; filed November 18, 2016]

Response/Objection Deadline:        December 9, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

RLF1 17207647v.1

7.    Seventh Interim and Final Fee Application of Gibson, Dunn & Crutcher LLP Special Counsel to the Debtors and Debtors in Possession for the Interim Period from May 1, 2016 Through October 2, 2016, and the Final Period from April 29, 2014 Through October 3, 2016 [D.I. 10217; filed November 18, 2016]

Response/Objection Deadline:        December 12, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

8.    Seventh Interim and Final Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Interim Period from May 1, 2016 Through October 3, 2016 and the Final Period from April 29, 2014 Through October 3, 2016 [D.I. 10404; filed December 15, 2016]

Response/Objection Deadline:        January 6, 2017 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

9.    Seventh Interim and Final Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 12, 2014 Through October 3, 2016 [D.I. 10224; filed November 18, 2016]

Response/Objection Deadline:        December 9, 2016 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.    Notice of Filing of Declaration of Todd M. Goren in Support of Seventh Interim and Final Application of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 12, 2014 Through October 3, 2016 [D.I. 10529; filed January 3, 2017]

- 4 -

    B.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

10.    Seventh Interim and Final Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Interim Period May 1, 2016 Through October 3, 2016, and the Final Period of May 13, 2014 Through October 3, 2016 [D.I. 10248; filed November 23, 2016]

    Response/Objection Deadline:    December 14, 2016 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

    Related Documents:

    A.    Supplement to Seventh Interim and Final Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Interim Period May 1, 2016 Through October 3, 2016, and the Final Period of May 13, 2014 Through October 3, 2016 [D.I. 10733; filed January 30, 2017]

    B.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]

11.    Final Fee Application of Lazard Frères and Co. LLC, as Investment Banker to the Official Committee of TCEH Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period May 14, 2014 Through September 30, 2016 [D.I. 9763; filed October 5, 2016]

    Response/Objection Deadline:    October 26, 2016 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m. [D.I. 11038; filed March 22, 2017]