# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP. *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| Debtor-in-Possession. | : | (Jointly Administered) |
|  | : | Ref. Dkt. No. 11038 |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 11038

I, Jennifer R. Hoover, counsel to the Fee Committee appointed in the above-captioned chapter 11 cases (the "Fee Committee"), hereby certify as follows:

1.  On March 22, 2017, the Fee Committee submitted the *Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m.* (D.I. 11038) (the "Fee Report").

2.  After filing the Fee Report, the Fee Committee received comments regarding the Fee Report. As a result, the Fee Committee has made certain changes to the original orders attached to the Fee Report as Exhibits D and E (collectively, the "Compensation Orders").

3.  Attached as **Exhibit 1** hereto is a clean copy of the revised *Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses* (the "Revised Interim Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 160 I Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

4. Attached as **Exhibit 2** is the redline version of the Revised Interim Order, which shows the changes made.

5. Attached hereto as **Exhibit 3** is a clean copy of a revised *Omnibus Order Awarding Final Request for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses* (the "Revised Final Order").

6. Attached as **Exhibit 4** is the redline version of the Revised Final Order, which shows the changes made.

7. PGMH, formerly PG&S, the only party affected by the Compensation Orders does object to entry of the revised Compensation Orders.

8. Counsel will appear at the hearing to answer any questions the Court may have concerning the Fee Reports and the Compensation Orders.

[*Remainder of Page Intentionally Blank*]

WHEREFORE, the Fee Committee hereby requests that the Court enter the revised Compensation Orders attached hereto as **Exhibit 1** and **Exhibit 3**.

Date  March 27, 2017　　　　　**BENESCH, FRIEDLANDER, COPLAN**
Wilmington, Delaware　　　　　　  **& ARONOFF LLP**

　　　　　　　　　　　　　　　　 */s/ Jennifer R. Hoover*
　　　　　　　　　　　　　　　Jennifer R. Hoover, Esquire (No. 5111)
　　　　　　　　　　　　　　　William M. Alleman, Jr., Esquire  (No. 5449)
　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 801
　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　Telephone:  (302) 442-7010
　　　　　　　　　　　　　　　Facsimile:   (302) 442-7012
　　　　　　　　　　　　　　　jhoover@beneschlaw.com
　　　　　　　　　　　　　　　walleman@beneschlaw.com

　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　Katherine Stadler, Esquire *(admitted pro hac vice)*
　　　　　　　　　　　　　　　GODFREY & KAHN, S.C.
　　　　　　　　　　　　　　　One East Main Street, Suite 500
　　　　　　　　　　　　　　　Madison, Wisconsin 53703
　　　　　　　　　　　　　　　Phone: (608) 257-3911
　　　　　　　　　　　　　　　Fax: (608) 257-0609
　　　　　　　　　　　　　　　E-mail: kstadler@gklaw.com

　　　　　　　　　　　　　　　*Attorneys for the Fee Committee*