# **<u>EXHIBIT 3</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re:  D.I. 10257, 10227, 10163, 10255, 10228, 10218, 10217, 10404, 10224, 10248, 10733,  and 9763<br><br>**Set for hearing:  March 28, 2017 at 10:00 a.m. E.D.T.** |

**OMNIBUS ORDER AWARDING FINAL REQUEST
FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

This matter coming before the Court on the final fee applications (together D.I. 10257, 10227, 10163, 10255, 10228, 10218, 10217, 10404, 10224, 10248, 10733, and 9763, the "**Applications**") of those professionals listed on **Exhibit A** attached hereto (together, the "**Applicants**"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the final allowance of certain fees, including all holdbacks, and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Period**"), filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "**Interim Compensation Order**") and the *Stipulation and Order Approving a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"); the *Amended Order*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Confirming the Sixth Amended Joint Plan of Reorganization* [D.I. 7285] (the "**Amended Confirmation Order**"); and the Court having reviewed the Applications with respect to the Applicants and/or the omnibus report filed by the Fee Committee (as such term is defined in the Fee Committee Order) with respect to each of the Applications (see D.I. 11038); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1. The Applications are GRANTED on a final basis, to the extent set forth on the attached **Exhibit A.**

2. Each of the Applicants is allowed (a) final compensation for services rendered during the Compensation Period and (b) final reimbursement for actual and necessary expenses incurred during the Compensation Period, each in the respective amounts set forth on the attached **Exhibit A**, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100% of the fees and 100% of the expenses listed on **Exhibit A** hereto under the columns "Final Fees Approved" and "Final Expenses Approved," respectively, for services rendered and expenses incurred during the Compensation Period.

Dated: March ____, 2017
       Wilmington, Delaware

                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE

16960610.1

**EXHIBIT A**

as of 3/27/2017

In re: Energy Future Holdings Corp., et al. Case No. 14-10979(CSS)
**Final Fee Applications**
**Hearing March 28, 2017**

| | Applicant | Compensation Period | Final Fees Documented FN 1 | Fee Committee's Interim Fee Adjustments | Fee Committee's Final Fee Adjustments | Final Expenses Documented FN1 | Fee Committee's Interim Expense Adjustments | Fee Committee's Final Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | McElroy Deutsch M&C [D.I. 4770, 6479, 7862, 8722, & 10257] **FN2** | 01/12/15 - 10/03/16 | $ 306,107.00 | | $ - | $ 4,305.66 | | $ - | $ 313,317.00 | $ 4,305.66 |
| | Final fee application preparation | | $ 7,210.00 | | | | | | | |
| 2 | Balch & Bingham LLP [D.I. 3542, 4756, 6503, 7881, 8834, &10227] | 10/01/14-10/03/16 | $ 5,823,380.80 | | | $ 140,884.29 | | | $ 5,818,478.05 | $ 136,894.63 |
| | Final fee application preparation | | $ 19,269.00 | | | | | | | |
| | Seventh Fee Period | | | $ 3,876.75 | | | $ 589.00 | | | |
| | Sixth Fee Period - D.I. 9963 | | | $ 4,224.50 | | | $ 1.28 | | | |
| | Fifth Fee Period - D.I. 8824 | | | $ 2,293.00 | | | $ 490.47 | | | |
| | Fourth Fee Period - D.I. 7883 | | | $ 7,575.50 | | | $ 757.38 | | | |
| | Third Fee Period - D.I. 6667 | | | $ 3,523.00 | | | $ 1,914.28 | | | |
| | Second Fee Period - D.I. 4843 | | | $ 2,679.00 | | | $ 237.25 | | | |
| | **Total Adjustments** | | | $ 24,171.75 | | | $ 3,989.66 | | | |
| 3 | Greenhill & Co LLC [D.I. 10163] | 11/17/14-10/03/16 | $ 5,640,860.22 | | $ 1,524,193.55 | $ 233,692.22 | | | $ 12,683,333.34 | $ 218,854.53 |
| | Final Flat fee disallowance | | | | | | | | | |
| | Transaction Fee | | $ 9,500,000.00 | | | | | | | |
| | Transaction Fee Credit | | $ 1,695,430.11 | | $ 933,333.33 | | | | | |
| | Seventh Fee Period | | | | | | $ 191.02 | | | |
| | Sixth Fee Period - D.I. 9963 | | | | | | $ 2,245.60 | | | |
| | Fifth Fee Period - D.I. 8824 | | | | | | $ 222.52 | | | |
| | Fourth Fee Period - D.I. 7883 | | | | | | $ 4,149.87 | | | |
| | Third Fee Period - D.I. 6667 | | | | | | $ 4,866.03 | | | |
| | Second Fee Period - D.I. 4843 | | | | | | $ 3,162.65 | | | |
| | **Total Adjustments** | | | | $ 2,457,526.88 | | $ 14,837.69 | | | |
| 4 | Munger Tolles & Olson LLP [D.I. 10255] **FN 3** | 11/16/14 - 10/03/16 | $ 15,171,705.90 | | $ - | $ 312,326.71 | | $ - | $ 15,205,446.95 | $ 312,326.71 |
| | Final fee application preparation | | $ 48,245.00 | | | | | | | |
| | Seventh Fee Period | | | $ 14,503.95 | | | $ - | | | |
| | **Total Adjustments** | | | $ 14,503.95 | | | $ - | | | |
| 5 | Sidley Austin [D.I. 10228] **FN 4** | 04/29/14-10/03/16 | $ 4,003,746.17 | | | $ 50,268.33 | | | $ 3,989,328.47 | $ 50,203.79 |
| | Sixth Fee Period | | | $ 14,417.70 | | | $ 64.54 | | | |
| | **Total Adjustments** | | | $ 14,417.70 | | | $ 64.54 | | | |
| 6 | FTI Consulting [D.I. 10218] **FN 5** | 05/19/14-10/03/16 | $ 11,287,077.63 | | $ - | $ 362,724.73 | | $ - | $ 11,287,077.63 | $ 362,724.73 |
| 7 | Gibson, Dunn & Crutcher LLP [D.I. 10217] **FN 6** | 04/29/14-10/02/16 | $ 5,840,871.45 | | | $ 211,207.89 | | | $ 5,861,801.40 | $ 211,207.89 |
| | Final fee application preparation | | $ 39,256.00 | | | | | | | |
| | Seventh Fee Period | | | $ 18,326.05 | | | $ - | | | |
| | **Total Adjustments** | | | $ 18,326.05 | | | $ - | | | |
| 8 | KPMG LLP [D.I. 10404] **FN 7** | 4/29/14-10/3/2016 | $ 15,250,158.13 | | | $ 574,716.35 | | | $ 15,246,311.03 | $ 574,716.35 |
| | Seventh Fee Period | | | $ 3,847.10 | | | $ - | | | |
| | **Total Adjustments** | | | $ 3,847.10 | | | $ - | | | |

In re: Energy Future Holdings Corp., et al. Case No. 14-10979(CSS)
**Final Fee Applications**
**Hearing March 28, 2017**

as of 3/27/2017

# EXHIBIT A

| | Applicant | Compensation Period | Final Fees Documented FN 1 | Fee Committee's Interim Fee Adjustments | Fee Committee's Final Fee Adjustments | Final Expenses Documented FN1 | Fee Committee's Interim Expense Adjustments | Fee Committee's Final Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Morrison & Foerster [D.I. 10224] **FN 8** | 05/12/14-10/3/16 | $ 36,902,408.00 | | | $ 906,422.66 | | | $ 36,502,452.25 | $ 884,066.20 |
| | Seventh Fee Period | | | $ 16,752.00 | | | $ - | | | |
| | Sixth Fee Period - D.I. 9963 | | | $ 21,074.50 | | | $ 67.75 | | | |
| | Fifth Fee Period - D.I. 8824 | | | $ 28,228.00 | | | $ 253.77 | | | |
| | Fourth Fee Period - D.I. 7883 | | | $ 61,915.00 | | | $ 3,576.83 | | | |
| | Third Fee Period - D.I. 6667 | | | $ 110,329.50 | | | $ 450.00 | | | |
| | Second Fee Period - D.I. 4843 | | | $ 21,992.00 | | | $ 2,753.33 | | | |
| | First Fee Period - D.I. 3148 | | | $ 139,664.75 | | | $ 15,254.78 | | | |
| | **Total Adjustments** | | | $ 399,955.75 | | | $ 22,356.46 | | | |
| 10 | Polsinelli PC [D.I. 10248, 10733] | 05/13/14-10/03/16 | $ 2,968,992.00 | | $ 8,384.00 | $ 117,015.37 | | $ 151.00 | $ 2,749,072.00 | $ 111,849.01 |
| | Seventh Fee Period | | | $ 6,289.75 | | | $ 833.56 | | | |
| | Sixth Fee Period | | | $ 63,628.00 | | | $ 3,249.44 | | | |
| | Fifth Fee Period - D.I. 9308 | | | $ 40,324.93 | | | $ 149.00 | | | |
| | Fourth Fee Period - D.I. 7883 | | | $ 30,019.13 | | | $ 1,152.10 | | | |
| | Third Fee Period - D.I. 6667 | | | $ 24,138.13 | | | $ 761.65 | | | |
| | Second Fee Period - D.I. 4843 | | | $ 13,687.06 | | | $ 52.91 | | | |
| | First Fee Period - D.I. 4843 | | | $ 33,449.00 | | | $ 1,999.14 | | | |
| | **Total Adjustments** | | | $ 219,920.00 | | | $ 5,166.36 | | | |
| 11 | Lazard Frères [D.I. 9763] **FN 9** | 05/14/14-09/30/16 | $ 16,270,161.29 | | $ - | $ 111,780.49 | | $ - | $ 16,270,161.29 | $ 111,780.49 |
| | Note: includes Completion Fee | | $ 11,875,000.00 | | | | | | | |

1 Final Fees Documented figures do not incude estimated fees for final fee application preparation. Actual fees documented for final fee application preparation are separately itemized.
2 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $2,336.50 in interim fees and $218.00 in interim expenses.
3 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $150,046 in interim fees and $10,984.98 in interim expenses.
4 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $671,689.15 in interim fees and $16,998.05 in interim expenses.
5 This firm's final fee request incorporates the Fee Committtee's stipulated interim reductions of $604,18.87 in interim fees and $9,582.82 in interim expenses
6 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $59,830.15 in interim fees and $1,424.07 in interim expenses.
7 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $87,013.29 in interim fees and $2,394.70 in interim expenses.
8 This amount includes $11,637.00 in fees, the consideration of which has been deferred until this final fee application.
9 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $13,341.90 in interim expenses.