IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                           * CHAPTER 11
ENERGY FUTURE HOLDINGS           * CASE NO. 14-10979 (CSS)
CORP., ET AL.,                   * (JOINTLY ADMINISTERED)
DEBTORS                          *

NOTICE OF APPEAL FROM COURT'S DENIAL OF MOTION TO INTERVENE AS CREDITOR / PLAINTIFF

TO THE HONORABLE CLERK OF THE ABOVE SAID COURT:

MOVANT DAVID LORENZA JOYNER [ A.K.A. A SECURED PARTY CREDITOR*/ BENEFICIARY*/ PLAINTIFF ] HEREBY GIVE NOTICE OF APPEAL FROM THE DENIAL OF THE "MOTION TO INTERVENE AS CREDITOR / PLAINTIFF" SIGNED BY HONORABLE JUDGE CHRISTOPHER S. SONTCHI ON MARCH 8TH, 2017. THIS APPEAL IS BEING TAKEN TO THE THIRD UNITED STATES COURTS OF APPEAL-CIRCUIT. ON APPEAL MOVANT WILL DEMONSTRATE AS FOLLOWING:

1.) THE JUDGE'S DENIAL OF THE MOTION DENIED ME DUE PROCESS OF LAW: (A.) I NEVER RECEIVE ANY "OBJECTION" FROM THE DEBTORS AS THE JUDGE - [WITHOUT ANY PROOF OF SERVICE] - CLAIMED I DID. SEE ORDER DENYING MOTION TO INTERVENE: LINES NINE AND TEN OF SAID ORDER.

2.) THE RULING AMOUNTS NOT ONLY TO A DENIAL

1-OF-2

*FOOTNOTE: AS DEFINED UNDER THE UNIFORM COMMERCIAL CODE; TRUST LAW; AND TITLE 15 U.S.C.A.

OF DUE PROCESS BUT A CLEAR ABUSE OF DISCRETION: (A.) SAID JUDGE MADE NO REAL ATTEMPT TO ACERTAIN THAT ANY OBJECTION WAS SERVED ON ME, AND (B.) DUE PROCESS REQUIRED THE SAID JUDGE TO INSTRUCT THE CLERK / DEBTORS TO GIVE ME A COPY OF THE OBJECTION THEN (C.) DUE PROCESS REQUIRED THE SAID JUDGE TO THEN -[ AFTER MAKING SURE I RECEIVED A COPY ]- GIVE AN OPPORTUNITY TO OPPOSE THE OBJECTION

3.) THE DENIAL OF THE MOTION DENIED ME EQUAL PROTECTION OF THE LAWS: I CAN PROVE THAT I HAVE BEEN DISCRIMINATED AGAINST BECAUSE I AM AN AFRICAN-AMERICAN INDIGENT INCARCERATED LITIGANT.

### CONCLUSIONS

CLERK DO PLEASE FORWARD COPY TRUE AND CORRECT OF THE FOLLOWING RECORDS TO THE THIRD CIRCUIT COURT OF APPEALS:

1.) NOTICE OF APPEAL
2.) MOTION TO INTERVENE AS CREDITOR / PLAINTIFF
3.) ANY OBJECTION THAT WAS FILED BY DEBTORS
4.) THE COURT'S ORDER DENYING THE SAID MOTION.

DO PLEASE PROVIDE ME WITH A COPY OF ANY OBJECTION THAT WAS FILED BY DEBTORS.

THANK YOU KINDLY IN ADVANCE,

_[signature]_

CERTIFICATE OF SERVICE
THIS CERTIFIES THAT COPY TRUE AND CORRECT OF THIS NOTICE OF APPEAL WAS MAILED TO DEBTORS AT: 1601 BRYAN STREET, DALLAS, TEXAS 75201 on: 3-16-17

2-OF-2