# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 3/28/2017 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp         David Joyner

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty          Andrea Beth Schwartz        U.S. Department of Justice – Office of the U.S. Trustee        U.S. Federal Office Building        201 Varick Street, Rm 1006        New York, NY 10065
aty          Joseph Charles Barsalona II        Richards, Layton & Finger, P.A.        One Rodney Square        920 North King Street        Wilmington, DE 19801
aty          Mark D. Collins        Richards, Layton & Finger, P.A.        One Rodney Square        920 North King Street        Wilmington, DE 19801
aty          Richard L. Schepacarter        Office of the United States Trustee        U. S. Department of Justice        844 King Street, Suite 2207        Lockbox #35        Wilmington, DE 19801

TOTAL: 4