# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 3/29/2017 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| cr | David Joyner | Harris County Sheriff's Office Jail | 701 N. San Jacinto #7B1 | Houston, TX 77002 |
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee | U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065 | |
| aty | Richard L. Schepacarter | Office of the United States Trustee | U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 | |

TOTAL: 3