UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## **APPEAL TRANSMITTAL SHEET**

**Case Number:**                                          BK        AP

If AP, related BK case number:

**Title of Order Appealed:**



**Docket #:**                              **Date Entered:**

Item Transmitted:

    **Notice of Appeal**                                  Docket #:                Date Filed:

    **Amended Notice of Appeal**                Docket #:                Date Filed:

    **Cross Appeal**                                        Docket #:                Date Filed:

    **Motion for Leave to Appeal**              Docket #:                Date Filed:

    **Request for Certification of Direct Appeal**  Docket #:       Date Filed:

**Appellant/Cross Appellant:**                                         **Appellee/Cross Appellee**




**Counsel for Appellant/Cross Appellant:**                     **Counsel for Appellee/Cross Appellee:**




| | Yes | No |
|---|---|---|
| **Filing fee paid?** | Yes | No |
| **IFP application filed by applicant?** | Yes | No |
| **Have additional appeals of the same order been filed?** | Yes | No |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes | No |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:**                                   **by:**_____
                                                        **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: