**EXHIBIT A**

as of 3/27/2017

In re: Energy Future Holdings Corp., et al., Case No. 14-10979(CSS)
Sixth and Seventh Interim Fee Applications
Hearing March 28, 2017

| # | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | Deloitte & Touche LLP [D.I. 9215] | 01/01-04/30/2016 | $4,268,480.50 | $18,387.50 | $0.00 | $0.00 | $4,250,093.00 | $0.00 |
| 2 | Polsinelli PC [D.I. 8825] | 01/01-04/30/2016 | $325,025.50 | $63,628.00 | $8,931.67 | $3,249.44 | $261,397.50 | $5,682.23 |
| 3 | Richards Layton & Finger [D.I. 9822] | 01/01-04/30/2016 | $511,596.50 | $3,144.75 | $31,983.56 | $290.51 | $508,451.75 | $31,693.05 |
| 4 | Bielli & Klauder [D.I. 9829] | 05/01-08/31/2016 | $38,965.00 | $305.00 | $74.20 | $0.00 | $38,660.00 | $74.20 |
| 5 | Jenner & Block [D.I. 9824] | 05/01-08/31/2016 | $178,922.25 | $480.00 | $4,265.24 | $853.65 | $178,442.25 | $3,411.59 |
| 6 | SOLIC Capital Advisors [D.I. 9843] | 05/01-08/31/2016 | $800,000.00 | $0.00 | $11,149.42 | $0.00 | $800,000.00 | $11,149.42 |
| 7 | AlixPartners LLP [D.I. 9828] | 05/01-08/31/2016 | $11,285.00 | $0.00 | $0.00 | $0.00 | $11,285.00 | $0.00 |
| 8 | Cravath Swaine & Moore LLP [D.I. 9882] | 05/01-08/31/2016 | $810,144.50 | $3,256.50 | $5,611.52 | $0.00 | $806,888.00 | $5,611.52 |
| 9 | Goldin & Associates LLP [D.I. 9825] | 05/01-08/31/2016 | $600,000.00 | $0.00 | $5,658.59 | $298.56 | $600,000.00 | $5,360.03 |
| 10 | Guggenheim Securities LLC [D.I. 9791] | 05/01-08/31/2016 | $1,000,000.00 | $0.00 | $16,583.50 | $0.00 | $1,000,000.00 | $16,583.50 |
| 11 | Montgomery McCracken W&R LLP [D.I. 9849] | 05/01-08/31/2016 | $264,815.50 | $579.50 | $2,153.26 | $0.00 | $264,236.00 | $2,153.26 |
| 12 | Proskauer Rose LLP [D.I. 9832] | 05/01-08/31/2016 | $2,905,676.75 | $153,602.38 | $49,033.95 | $6,957.27 | $2,752,074.37 | $42,076.68 |
| 13 | Stevens & Lee PC [D.I. 9903] | 05/01-08/31/2016 | $37,005.00 | $0.00 | $255.90 | $0.00 | $37,005.00 | $255.90 |
| 14 | Sullivan & Cromwell LLP [D.I. 9827] | 05/01-08/31/2016 | $772,964.00 | $27,265.85 | $10,932.13 | $0.00 | $745,698.15 | $10,932.13 |
| 15 | Alvarez & Marsal North America, LLC [D.I. 9970] | 05/01-08/31/2016 | $1,395,353.50 | $0.00 | $28,784.75 | $233.00 | $1,395,353.50 | $28,551.75 |
| 16 | Deloitte & Touche LLP [D.I. 10431] | 05/01-08/31/2016 | $2,630,014.75 | $26,516.25 | $0.00 | $0.00 | $2,603,498.50 | $0.00 |
| 17 | Evercore Group L.L.C. [D.I. 10323] | 05/01-08/31/2016 | $2,100,000.00 | $0.00 | $117,166.92 | $202.88 | $2,100,000.00 | $116,964.04 |
| 18 | Filsinger Energy Partners [D.I. 9830] | 05/01-08/31/2016 | $4,351,369.50 | $0.00 | $152,291.11 | $0.00 | $4,351,369.50 | $152,291.11 |
| 19 | EPIQ [D.I. 10692] | 05/01-08/31/2016 | $97,340.10 | $363.00 | $279,024.89 | $0.00 | $96,977.10 | $279,024.89 |
| 20 | Gitlin & Co. LLC & Richard Gitlin [D.I. 10973] | 05/01-08/31/2016 | $200,000.00 | | $0.00 | $0.00 | $200,000.00 | $0.00 |
| 21 | Godfrey & Kahn SC [D.I. 10975] | 05/01-08/31/2016 | $800,000.00 | | $46,848.70 | | $800,000.00 | $46,848.70 |
| 22 | Benesch Friedlander [D.I. 10926] | 04/07-08/31/2016 | $13,364.00 | | $20.90 | | $13,364.00 | $20.90 |

as of 3/27/2017

# EXHIBIT B

In re: Energy Future Holdings Corp., et al. Case No. 14-10979(CSS)
**Interim Fee Applications included in Final Fee Applications**
**Hearing March 28, 2017**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | McElroy Deutsch M&C [D.I. 10257] | 05/01/16 - 10/03/16 | $51,055.00 | $0.00 | $46.00 | $0.00 | $51,055.00 | $46.00 |
| 2 | Balch & Bingham LLP [D.I. 10227] | 05/01/16 - 10/03/16 | $1,201,816.00 | $3,876.75 | $33,325.27 | $589.00 | $1,197,939.25 | $32,736.27 |
| 3 | Greenhill [D.I. 10163] | 05/01/16 - 10/02/16 | $1,274,193.55 | $0.00 | $16,151.10 | $191.02 | $1,274,193.55 | $15,960.08 |
| 4 | Munger Tolles & Olson LLP [D.I. 10255] | 05/01/16 - 10/03/16 | $1,159,043.00 | $14,503.95 | $35,500.89 | $0.00 | $1,144,539.05 | $35,500.89 |
| 5 | Sidley Austin [D.I. 10228] | 01/01/16 - 10/03/16 | $242,140.12 | $14,417.70 | $5,249.00 | $64.54 | $227,722.42 | $5,184.46 |
| 6 | FTI Consulting [D.I. 10218] | 05/01/16 - 10/03/16 | $47,012.50 | $0.00 | $0.00 | $0.00 | $47,012.50 | $0.00 |
| 7 | Gibson, Dunn & Crutcher LLP [D.I. 10217] | 05/01/16 - 10/02/16 | $1,272,910.70 | $18,326.05 | $67,137.91 | $0.00 | $1,254,584.65 | $67,137.91 |
| 8 | KPMG LLP [D.I. 10404] | 05/01/16 - 10/03/16 | $2,870,146.40 | $3,847.10 | $42,208.42 | $0.00 | $2,866,299.30 | $42,208.42 |
| 9 | Morrison & Foerster [D.I. 10224] FN 1 | 05/01/16 - 10/03/16 | $1,073,157.00 | $16,752.00 | $12,956.79 | $0.00 | $1,056,405.00 | $12,956.79 |
| 10 | Polsinelli PC [D.I. 10248; 10733] | 05/01/16 - 10/03/16 | $177,480.00 | $6,298.75 | $7,872.70 | $833.56 | $171,181.25 | $7,039.14 |

1 Morrison & Foerster's Interim fee request includes $11,637.00 in fees for which approval was sought in the sixth interim fee period but was consensually deferred to the seventh period.