# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO.:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 3/28/2017 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katherine Stadler | Godfrey & Kahn, S.C. | Fee Committee |
| Richard Gitlin | Gitlin+Co, LLC | Fee Committee Chair - (not an attorney) |
| Kevin Capuzzi | Benesch Friedlander Coplan & Aronoff | Fee Committee |
| Jason Angelo | Stevens & Lee | EFH |
| David Primack | McElroy Deutsch | TCEH Debtors |
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York |
| Jason M. Madron | Richards Layton & Finger | Debtors |
| David Klauder | Bielli & Klauder | EFH GUC |
| Clay Taylor | Kelly Hansen | UMB Bank N.A. |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

| Calendar Date: | 03/28/2017 |
| --- | --- |
| Calendar Time: | 10:00 AM ET |

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

#6

1st Revision  Mar 27 2017  3:24PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8224549 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, VISTRA Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8230014 | Matthew G. Bouslog | (949) 451-3914 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8224586 | Kellie Cairns | (212) 373-3012 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, Vistra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8094149 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8240540 | Michael Cordasco | (212) 247-1010 ext. | FTI Consulting, Inc. | Financial Advisor, Creditors Committee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8240709 | Eric C. Daucher | (212) 408-5405 ext. | Chadbourne & Parke, LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8240108 | Catherine N. Eisenhut | (212) 872-7434 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8233364 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official committe of unsecured creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8094150 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8235796 | Todd M. Goren | (212) 468-8000 ext. | Morrison & Foerster LLP | Creditor, The Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8240642 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Taylor B. Harrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8240444 | Harold Kaplan | (312) 832-4393 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8235681 | Alexa J. Kranzley | (212) 558-7893 ext. | Sullivan & Cromwell LLP | Creditor, UCC / LIVE |

Peggy Drasal ext. 802                    CourtConfCal2009                    Page 1 of 3

| Case | Type | Case # | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8233872 | Alfredo Matilla | (212) 808-7306 ext. | Glazer Capital LLC | Other Prof., Glazer Capital LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8238947 | Patrick C. Maxcy | (312) 876-2810 ext. | Dentons US LLP | Interested Party, Guggenheim / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8212159 | Pamela S. Morin | (303) 974-5884 ext. | Pamela S. Morin - In Pro Per/Pro Se | Applicant, Filsinger Energy Partners / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8238814 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8239085 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Client, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8227855 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8174118 | Noah M Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8238988 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8240402 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8238925 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8231830 | Amer Tiwana | (646) 616-3052 ext. | Cowen & Co. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8238993 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8233343 | Erin A. West | (608) 284-2654 ext. | Godfrey & Kahn, S.C. | Examiner, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8237790 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8233198 | Roland Young | (212) 492-4327 ext. | Deloitte LLP | Interested Party, Deloitte LLP / LIVE |
| Sundevil Power Holdings, LLC | Hearing | 16-10369 | 8230361 | Katina Brountzas | (631) 470-6864 ext. | Garden City Group, LLC | Administrator(s), GCG / LIVE |