## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 119.70 | $28,521.40 |
| 642 | Fee Application Prep | 10.90 | $2,637.80 |
| 647 | Cash and Equity Distribution | 76.20 | $15,787.40 |
| 900 | Ediscovery Services | 38.40 | $5,376.00 |
| 901 | Ediscovery Services | 2.50 | 437.50 |
| **Totals:** | | **247.70** | **$52,760.10** |