# EXHIBIT B

## Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 38.40 | $385.00 | $14,784.00 |
| Brian Karpuk | EBS Senior Consultant III | 10.90 | $242.00 | $2,637.80 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 97.80 | $242.00 | $23,667.60 |
| Joseph Arena | EBS Senior Consultant I | 9.50 | $176.00 | $1,672.00 |
| Eric Usitalo | EBS Senior Consultant I | 0.20 | $176.00 | $35.20 |
| Paul Avila | EDS Project Manager | 2.40 | $140.00 | $336.00 |
| David Garcia Jr | EDS Project Manager | 0.10 | $140.00 | $14.00 |
| Chelsee Heckathorn | EDS Project Manager | 2.00 | $140.00 | $280.00 |
| Matthew Kelly | EDS Project Manager | 0.50 | $140.00 | $70.00 |
| Michael Lindsey | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Elisabetta Longo | EDS Project Manager | 0.60 | $140.00 | $84.00 |
| Johnny Lam | EDS Project Manager | 0.80 | $140.00 | $112.00 |
| Margery Renn | EDS Project Manager | 0.50 | $140.00 | $70.00 |
| Tanya Rivera | EDS Project Manager | 4.20 | $140.00 | $588.00 |
| Ronald Schleimer | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Tisha Shurley | EDS Project Manager | 3.00 | $140.00 | $420.00 |
| James Stephens | EDS Project Manager | 2.50 | $175.00 | $437.50 |
| Michal Tchorzewski | EDS Project Manager | 22.50 | $140.00 | $3,150.00 |
| Koshin Young | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Daniel Weisenbacher | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| John Chau | EBS Case Manager I, CA | 50.00 | $83.00 | $4,150.00 |
| **Totals:** | | **247.70** | | **$52,760.10** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."