## EXHIBIT C

### Summary of Actual and Necessary Epiq Expenses for the Fee Period

| Expense Category | Amount |
|---|---:|
| HST142 – Load Files-Native, Scanned & Third Party | $550.55 |
| HST626 – Relativity License Fee | $3,430.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $65,248.87 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | $1,886.69 |
| PRO128 – Client Media Storage | $95.00 |
| **TOTAL** | **$71,211.11** |