## EXHIBIT D

## Detailed Description of Epiq Expenses and Disbursements

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Load Files-Native, Scanned & 3rd Party | 15.73 GB | $35.00 | $550.55 |
| HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 5,036.95 GB | $13.00 | $65,248.87 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 145.13 GB | $12.68 | $1,886.69 |
| PRO128 – Client Media Storage | 7.00 EA | $10.00 | $95.00 |
| **TOTAL** | | | **$71,211.11** |