## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 123.00 | $26,667.40 |
| 642 | Fee Application Preparation | 3.50 | $847.00 |
| 647 | Check/Equity Distributions | 364.60 | $54,152.90 |
| 900 | Ediscovery Services | 32.00 | $4,480.00 |
| 901 | Ediscovery Services | 3.00 | $525.00 |
| **Totals:** | | **526.10** | **$86,672.30** |