## EXHIBIT B

## Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 64.60 | $385.00 | $24,871.00 |
| Sidney Garabato | EBS Senior Consultant III | 0.70 | $242.00 | $169.40 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 48.10 | $242.00 | $11,640.20 |
| Brian Karpuk | EBS Senior Consultant III | 3.50 | $242.00 | $847.00 |
| Eric Usitalo | EBS Senior Consultant I | 31.80 | $176.00 | $5,596.80 |
| Joseph Arena | EBS Senior Consultant I | 11.50 | $176.00 | $2,024.00 |
| Justina Betro | EBS Associate I | 60.50 | $145.00 | $8,772.50 |
| Daniel Weisenbacher | EDS Project Manager | 0.20 | $175.00 | $35.00 |
| James Stephens | EDS Project Manager | 2.50 | $175.00 | $437.50 |
| Johnny Lam | EDS Project Manager | 0.30 | $175.00 | $52.50 |
| Michal Tchorzewski | EDS Project Manager | 23.00 | $140.00 | $3,220.00 |
| David Blasher | EDS Project Manager | 3.00 | $140.00 | $420.00 |
| Jake Dziubczynski | EDS Project Manager | 1.00 | $140.00 | $140.00 |
| Daniel Weisenbacher | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Ronald Schleimer | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Anna Cummens | EDS Project Manager | 0.80 | $140.00 | $112.00 |
| Elisabetta Longo | EDS Project Manager | 0.60 | $140.00 | $84.00 |
| Carl Wall | EDS Project Manager | 0.50 | $140.00 | $70.00 |
| Michael Kornytchuk | EDS Project Manager | 0.40 | $140.00 | $56.00 |
| Alena Crabtree | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Johnny Lam | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Koshin Young | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Erika Ramseyer | EBS Case Manager II | 49.30 | $127.00 | $6,261.10 |
| Rickey Li | EBS Case Manager II | 43.90 | $127.00 | $5,575.30 |
| Joseph Saraceni | EBS Case Manager II | 10.90 | $127.00 | $1,384.30 |
| Jonathan Garcia | EBS Case Manager II | 3.20 | $127.00 | $406.40 |
| David Rodriguez | EBS Case Manager II | 16.50 | $127.00 | $2,095.50 |
| John Chau | EBS Case Manager I | 85.40 | $83.00 | $7,088.20 |
| Jun Chun | EBS Case Manager I | 1.40 | $83.00 | $116.20 |
| Natalie Roman | EBS Case Manager I | 56.80 | $83.00 | $4,714.40 |
| Thomas Vazquez | EBS Admin Support I | 3.00 | $35.00 | $105.00 |
| **Totals:** | | **526.10** | | **86,672.30** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."

RLF1 17287722v.1