## EXHIBIT C

### Summary of Actual and Necessary Epiq Expenses for the Fee Period

| Expense Category | Amount |
|---|---:|
| HST142 – Load Files-Native, Scanned & Third Party | $324.45 |
| HST626 – Relativity License Fee | $3,430.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $50,349.65 |
| HST757 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $9,299.60 |
| PRO110 – Stamping/Endorsement | $8.64 |
| PRO128 – Client Media Storage | $95.00 |
| PRO201 – Process & Promote to Review Database | $6.00 |
| PRO235 – Prepare Data, Tex, Images | $8.64 |
| PRO260 – Create TIFF Images | $17.27 |
| PRO270 – Ingestion & Filtering | $1.05 |
| **TOTAL** | **$63,540.30** |