## **EXHIBIT D**

## **Detailed Description of Epiq Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Load Files-Native, Scanned & 3rd Party | 9.27 GB | $35.00 | $324.45 |
| HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 193.65 GB | $13.00 | $50,349.65 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 733.30 GB | $12.68 | $9,299.60 |
| PRO110 – Stamping/Endorsement | 1,727.00 PAG | $0.01 | $8.64 |
| PRO128 – Client Media Storage | 7.00 EA | $10.00 | $95.00 |
| PRO201 – Process & Promote to Review Database | 0.03 GB | $200.00 | $6.00 |
| PRO235 – Prepare Data, Tex, Images | 1,727.00 PAG | $0.01 | $8.64 |
| PRO260 – Create TIFF Images | 1,727.00 PAG | $0.01 | $17.27 |
| PRO270 – Ingestion & Filtering | 0.03 GB | $35.00 | $1.05 |
| **TOTAL** | | | **$63,540.30** |