## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 181.10 | $26,199.70 |
| 642 | Fee Application Preparation | 5.90 | $1,427.80 |
| 647 | Check/Equity Distributions | 766.90 | $91,457.70 |
| 900 | Ediscovery Services | 3.30 | $462.00 |
| **Totals:** | | **957.20** | **$119,547.20** |