## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 18.90 | $385.00 | $7,276.50 |
| Sidney Garabato | EBS Senior Consultant III | 1.30 | $242.00 | $314.60 |
| Brian Karpuk | EBS Senior Consultant III | 5.50 | $242.00 | $1,331.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 53.20 | $242.00 | $12,874.40 |
| Kevin Streseman | EBS Senior Consultant III | 5.60 | $242.00 | $1,355.20 |
| Joseph Arena | EBS Senior Consultant I | 10.00 | $176.00 | $1,760.00 |
| Eric Usitalo | EBS Senior Consultant I | 68.60 | $176.00 | $12,073.60 |
| Justina Betro | EBS Associate I | 129.40 | $145.00 | $18,763.00 |
| Michael Lindsey | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Elisabetta Longo | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Michal Tchorzewski | EDS Project Manager | 2.70 | $140.00 | $378.00 |
| Jonathan Garcia | EBS Case Manager II | 55.30 | $127.00 | $7,023.10 |
| Rickey Li | EBS Case Manager II | 80.10 | $127.00 | $10,172.70 |
| Erika Ramseyer | EBS Case Manager II | 75.90 | $127.00 | $9,639.30 |
| David Rodriguez | EBS Case Manager II | 24.70 | $127.00 | $3,136.90 |
| Joseph Saraceni | EBS Case Manager II | 42.10 | $127.00 | $5,346.70 |
| Geoff Zahm | EBS Case Manager II | 14.50 | $127.00 | $1,841.50 |
| John Chau | EBS Case Manager I | 61.80 | $83.00 | $5,129.40 |
| Jun Chun | EBS Case Manager I | 74.10 | $83.00 | $6,150.30 |
| Nancy Rodriguez | EBS Case Manager I | 0.50 | $83.00 | $41.50 |
| Natalie Roman | EBS Case Manager I | 113.90 | $83.00 | $9,453.70 |
| Shirly Huang | EBS Admin. Support III | 3.80 | $52.00 | $197.60 |
| Anthony Martinez | EBS Admin. Support III | 24.00 | $52.00 | $1,248.00 |
| Tony Persaud | EBS Admin. Support III | 12.60 | $52.00 | $655.20 |
| Christopher Rupp | EBS Admin. Support III | 9.90 | $52.00 | $514.80 |
| Jesse Steichen | EBS Admin. Support III | 4.70 | $52.00 | $244.40 |
| David Velez | EBS Admin. Support III | 2.00 | $52.00 | $104.00 |
| Zafer Alasalvar | EBS Admin. Support II | 4.50 | $44.00 | $198.00 |
| Catherine Henriquez | EBS Admin. Support II | 6.70 | $44.00 | $294.80 |
| Felicia King | EBS Admin. Support II | 9.90 | $44.00 | $435.60 |
| Lindsey Nourse | EBS Admin. Support II | 10.60 | $44.00 | $466.40 |
| Thomas Vazquez | EBS Admin Support I | 29.80 | $35.00 | $1,043.00 |
| **Totals:** | | **957.20** | | **119,547.20** |

---

[1]    Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."