# EXHIBIT D

## Detailed Description of Epiq Expenses and Disbursements

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Load Files-Native, Scanned & Third Party | 0.23 GB | $35.00 | $8.05 |
| HST626 – Relativity License Fee | 47.00 licenses | $70.00 | $3,290.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,873.27 GB | $13.00 | $50,352.45 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 733.30 GB | $12.68 | $9,299.54 |
| PRO128 – Client Media Storage | 7.00 EA | $15.00 | $95.00 |
| HST627 – Relativity User Fee by Volume | 2.00 EA | $70.00 | $140.00 |
| **TOTAL** | | | **$63,185.04** |