## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 13.60 | $2,998.70 |
| 642 | Fee Application Preparation | 9.70 | $2,347.40 |
| 647 | Check/Equity Distributions | 325.60 | $45,059.40 |
| 900 | Ediscovery Services | 3.00 | $420.00 |
| 901 | Ediscovery Services | 7.00 | $1,225.00 |
| **Totals:** | | **358.90** | **$52,050.50** |