## **EXHIBIT B**

### **Professionals' Information**

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---:|---:|---:|
| Jane Sullivan | EBS Practice Director | 3.20 | $385.00 | $1,232.00 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 6.80 | $242.00 | $1,645.60 |
| Sidney Garabato | EBS Senior Consultant III | 0.20 | $242.00 | $48.40 |
| Brian Karpuk | EBS Senior Consultant III | 9.70 | $242.00 | $2,347.40 |
| Joseph Arena | EBS Senior Consultant I | 1.00 | $176.00 | $176.00 |
| Eric Usitalo | EBS Senior Consultant I | 54.10 | $176.00 | $9,521.60 |
| James Stephens | EDS Project Manager | 7.00 | $175.00 | $1,225.00 |
| Justina Betro | EBS Associate I | 116.00 | $145.00 | $16,820.00 |
| Michal Tchorzewski | EDS Project Manager | 2.70 | $140.00 | $378.00 |
| Koshin Young | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Rickey Li | EBS Case Manager II | 66.10 | $127.00 | $8,394.70 |
| Jonathan Garcia | EBS Case Manager II | 1.30 | $127.00 | $165.10 |
| Erika Ramseyer | EBS Case Manager II | 48.90 | $127.00 | $6,210.30 |
| David Rodriguez | EBS Case Manager II | 8.90 | $127.00 | $1,130.30 |
| Natalie Roman | EBS Case Manager I | 30.70 | $83.00 | $2,548.10 |
| Jun Chun | EBS Case Manager I | 0.10 | $83.00 | $8.30 |
| John Chau | EBS Case Manager I | 1.90 | $83.00 | $157.70 |
| **Totals:** | | **358.90** | **$145.03** | **$52,050.50** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."