## **EXHIBIT C**

**Summary of Actual and Necessary Epiq Expenses for the Fee Period**

| Expense Category | Amount |
|---|---:|
| HST626 – Relativity License Fee | $3,430.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $50,367.59 |
| HST757 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $9,299.60 |
| PRO128 – Client Media Storage | $95.00 |
| **TOTAL** | **$63,192.19** |