## **EXHIBIT D**

### **Detailed Description of Epiq Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | 3,874.43 GB | $13.00 | $50,367.59 |
| HST757 -  Billable storage fee (GB) for the eDiscovery Relativity repository | 733.30 GB | $12.68 | $9,299.60 |
| PRO128 – Client Media Storage | 7.00 EA | $15.00 | $95.00 |
| **TOTAL** | | | **$63,192.19** |