# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DEPOSITION NOTICES

**PLEASE TAKE NOTICE** that, in accordance with paragraph 8 of the *Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings*, dated December 7, 2016 [D.I. 10327] (as amended by the *Notice of Agreement to Extend Certain Deadlines in the Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings*, dated February 1, 2017 [D.I. 10748]), on February 10, 2017, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (the "Debtors"), caused a true and correct copy of both of the following documents to be served:

1. *Notice of Deposition of Rob Major in Connection With Confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al.*; and

2. *Notice of Deposition of Computershare Trust Company, N.A. and Computershare Trust Company of Canada Pursuant to Fed. R. Civ. P. 30(b)(6) in Connection With Confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al.*

**PLEASE TAKE FURTHER NOTICE** that, on February 14, 2017, counsel for the Debtors notified all participating parties that the depositions would not go forward and would instead be held in abeyance until further notice.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17291115v.1

**PLEASE TAKE FURTHER NOTICE** that, in light of the entry of the *Order Approving the EFIH Settlement By and Among the Debtors, Certain Holders of EFIH First Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims*, dated March 24, 2017 [D.I. 11048], counsel to the Debtors hereby withdraw the following:

1. *Notice of Deposition of Rob Major in Connection With Confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al.*; and

2. *Notice of Deposition of Computershare Trust Company, N.A. and Computershare Trust Company of Canada Pursuant to Fed. R. Civ. P. 30(b)(6) in Connection With Confirmation of the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al.*

Dated: March 28, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Andrew McGaan, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             andrew.mcgaan@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500
Email:       mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*