# Notice Recipients

| District/Off: 0311−1 | User: JudyF | Date Created: 3/29/2017 |
|---|---|---|
| Case: 14−10979−CSS | Form ID: van441 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          David Joyner       Harris County Sheriff's Office Jail        701 N. San Jacinto #7B1        Houston, TX 77002

TOTAL: 1