IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------X
In re                                                 :        Chapter 11
                                                      :
ENERGY FUTURE HOLDINGS CORP. *et al.*,[1]             :        Case No. 14-10979 (CSS)
                                                      :
         Debtor-in-Possession.                        :        (Jointly Administered)
                                                      :
                                                      :        Re: D.I. 11038 and 11072
------------------------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED KPMG FINAL FEE ORDER**

I, William M. Alleman, Jr., counsel to the Fee Committee appointed in the above-captioned chapter 11 cases (the "Fee Committee") herby certify as follows:

1. On March 22, 2017, the Fee Committee submitted the *Fee Committee's Report Concerning Uncontested Interim and Final Fee Applications for Hearing on March 28, 2017 at 10:00 a.m.* (D.I. 11038) (the "Fee Report").

2. On March 28, 2017, the Court held a hearing and entered the *Omnibus Order Awarding Final Request for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses* (D.I. 11072) with KPMG LLP's final fees and expenses stricken from the Order pending further reconciliation of the amounts noted.

3. The Fee Committee's counsel, in consultation with the Court's staff, has now verified the final fee and expense figures for KPMG LLP. Therefore, attached hereto as **Exhibit 1** is an *Order Allowing the Final Fee Application of KPMG LLP for Final*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 160 I Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

*Compensation for Services Rendered and for Reimbursement of Expenses* (the "<u>Proposed KPMG Final Fee Order</u>").

4. KPMG LLP has reviewed the Proposed KPMG Final Fee Order, and has authorized the undersigned to represent that KPMG LLP consents to the entry of the Proposed KPMG Final Fee Order as drafted and attached.

WHEREFORE, the Fee Committee respectfully requests that the Court enter the order attached hereto as **Exhibit 1** at its earliest convenience.

Dated:  March 29, 2017
       Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

   */s/ William M. Alleman, Jr*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
       walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire *(admitted pro hac vice)*
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*