# Exhibit 1

10079319

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re:  D.I. 10404** |

ORDER ALLOWING THE FINAL FEE
APPLICATION OF KPMG LLP FOR FINAL COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES

This matter coming before the Court on the *Seventh Interim and Final Fee Application of KPMG LLP* ("**KPMG**") *for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Interim Period from May 1, 2016 through October 3, 2016 and the Final Period from April 29, 2014 through October 3, 2016* (D.I. 10404, the "**Application**"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the final allowance of certain fees, including all holdbacks, and expenses incurred by KPMG for the specific periods of time set forth in the Application (the "**Compensation Period**"), filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "**Interim Compensation Order**") and the *Stipulation and Order Approving a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"); and the Court

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

having reviewed the Application and the omnibus report filed by the Fee Committee (as such term is defined in the Fee Committee Order) with respect to the Application (see D.I. 11038); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Application have been afforded the opportunity to be heard on the Application, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED on a final basis, to the extent set forth on the attached **Exhibit A.**

2. KPMG is allowed (a) final compensation for services rendered during the Compensation Period and (b) final reimbursement for actual and necessary expenses incurred, in the amount set forth on the attached **Exhibit A**, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay KPMG 100% of the fees and 100% of the expenses listed on **Exhibit A** hereto under the columns "Final Fees Approved" and "Final Expenses Approved," for services rendered and expenses incurred.

Dated: March ____, 2017
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# **Exhibit A**

| Applicant | Compensation Period | Final Fees Documented | Fee Committee's Seventh Interim Fee Adjustments | Final Expenses Documented | Fee Committee's Seventh Interim Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| KPMG 1 | 4/29/2014 – 10/3/2016 | $15,250,158.13 | $3,847.10 | $574,716.35 | $ - | $15,246,311.03 | $574,716.35 |

17002102.2

---

1 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $87,013.29 in interim fees and $2,394.70 in interim expenses in connection with its First through Sixth Interim Fee Applications.