## Exhibit A

| Applicant | Compensation Period | Final Fees Documented | Fee Committee's Seventh Interim Fee Adjustments | Final Expenses Documented | Fee Committee's Seventh Interim Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|
| KPMG 1 | 4/29/2014 – 10/3/2016 | $15,250,158.13 | $3,847.10 | $574,716.35 | $ - | $15,246,311.03 | $574,716.35 |

17002102.2

---

1 This firm's final fee request incorporates the Fee Committee's stipulated interim reductions of $87,013.29 in interim fees and $2,394.70 in interim expenses in connection with its First through Sixth Interim Fee Applications.