# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                     **Case No.:** 14–10979–CSS

Energy Future Holdings Corp.

                                                               **Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 3/28/17
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1        User: JudyF          Page 1 of 24          Date Rcvd: Mar 28, 2017
                           Form ID: van440      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
aty          +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
              U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty          +Joseph Charles Barsalona II,   Richards, Layton & Finger, P.A.,   One Rodney Square,
              920 North King Street,   Wilmington, DE 19801-3300
aty          +Mark D. Collins,   Richards, Layton & Finger, P.A.,   One Rodney Square,
              920 North King Street,   Wilmington, DE 19801-3300
aty          +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
              844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        David Joyner
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
        Aaron C Baker    on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
        Aaron C Baker    on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
        Aaron H Stulman    on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
        capacity as successor Indenture Trustee AStulman@ashby-geddes.com
        Adam  Hiller    on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party   Steag Energy Services, Inc. ahiller@hillerarban.com
        Adam  Hiller    on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
        Adam G. Landis    on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
        raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam G. Landis    on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
        Holdings, Inc. landis@lrclaw.com,
        raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam G. Landis    on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
        raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam G. Landis    on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
        raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam Scott Moskowitz    on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
        Albert  Kass    on behalf of Interested Party   Kurtzman Carson Consultants LLC
        ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
        Alessandra  Glorioso    on behalf of Creditor   U.S. Bank National Association
        glorioso.alessandra@dorsey.com
        Alexa  Kranzley    on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
        of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
        Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
        Alison R. Ashmore    on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
        aashmore@dykema.com
        Allison R Axenrod    on behalf of Creditor   Claims Recovery Group LLC
        allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notice@claimsrecoveryllc.com
        Amish R. Doshi    on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
        Amy  Baudler    on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com,
        gpurdue@purduelaw.com;kim@purduelaw.com
        Ana  Chilingarishvili    on behalf of Creditor   U.S. Bank National Association
        ana.chilingarishvili@maslon.com
        Andrea Beth Schwartz    on behalf of U.S. Trustee   U.S. Trustee andrea.b.schwartz@usdoj.gov

District/off: 0311-1        User: JudyF              Page 2 of 24            Date Rcvd: Mar 28, 2017
                           Form ID: van440         Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Andrea Stone Hartley    on behalf of Creditor    Siemens Energy, Inc. f/k/a Siemens Power
    Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
    Andrew Dean    on behalf of Debtor    Energy Future Holdings Corp. dean@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Andrew Dietderich    on behalf of Creditor Committee    The Official Committee of Unsecured
    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
    Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
    Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
    indenture trustee and collateral trustee andrew.devore@ropesgray.com
    Andrew K Glenn    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
    aglenn@kasowitz.com
    Andrew L Magaziner    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
    Creditors bankfilings@ycst.com
    Andrew R. Remming    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG
    Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
    rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
    Angela Ferrante    on behalf of Claims Agent    Garden City Group, LLC
    debra.wolther@gardencitygroup.com,  PACERteam@gardencitygroup.com
    Ann M Kashishian    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
    akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
    Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
    Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
    Ann M Kashishian    on behalf of Attorney    Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
    dero@chipmanbrown.com;mccloskey@chipmanbrown.com
    Anna Grace    on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
    Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
    eastern.taxcivil@usdoj.gov
    Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
    Ashley F. Bartram    on behalf of Interested Party    Texas Commission on Environmental Quality
    ashley.bartram@texasattorneygeneral.gov
    Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas
    ashley.bartram@texasattorneygeneral.gov
    Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
    ashley.bartram@texasattorneygeneral.gov
    Ashley Robert Altschuler    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
    ashley.altschuler@dlapiper.com
    Ashley Robert Altschuler    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
    ashley.altschuler@dlapiper.com
    Barry G. Felder    on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
    Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
    bgfelder@foley.com
    Barry M. Klayman    on behalf of Interested Party    J Aron & Company bklayman@cozen.com
    Benjamin Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
    benjaminfinestone@quinnemanuel.com
    Benjamin Finestone    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
    benjaminfinestone@quinnemanuel.com
    Benjamin Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
    benjaminfinestone@quinnemanuel.com
    Benjamin Stewart    on behalf of Creditor    Pinnacle Technical Resources, Inc.
    bstewart@baileybrauer.com
    Benjamin J. Schladweiler    on behalf of Defendant    Brookfield Asset Management Private
    Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
    jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
    Benjamin J. Schladweiler    on behalf of Defendant    Angelo Gordon & Co., LP
    bschladweiler@ramllp.com,
    jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
    Benjamin J. Schladweiler    on behalf of Creditor    Brookfield Asset Management Private
    Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
    jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
    Benjamin J. Schladweiler    on behalf of Creditor    Angelo Gordon & Co., LP
    bschladweiler@ramllp.com,
    jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
    Benjamin J. Schladweiler    on behalf of Defendant    Apollo Advisors VII, L.P.
    bschladweiler@ramllp.com,
    jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
    Benjamin J. Schladweiler    on behalf of Interested Party    Titan Investment Holdings LP
    bschladweiler@ramllp.com,
    jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
    Benjamin J. Schladweiler    on behalf of Creditor    Apollo Advisors VII, L.P.
    bschladweiler@ramllp.com,
    jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
    Bernard George Conaway    on behalf of Creditor    Doyenne Constructors, LLC
    bconaway@cohensegliascom,  bconaway@cohenseglias.com
    Bernard Grover Johnson, III    on behalf of Creditor    Milam Appraisal District
    bjohnson@fisherboyd.com
    Bonnie R. Golub    on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Bradley R. Aronstam    on behalf of Other Prof.    Longhorn Capital GS L.P. baronstam@ramllp.com,
 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
 iatkowski@ramllp.com
Bradley R. Aronstam    on behalf of Defendant    Angelo Gordon & Co., LP baronstam@ramllp.com,
 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
 iatkowski@ramllp.com
Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
 baronstam@ramllp.com,
 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
 iatkowski@ramllp.com
Bradley R. Aronstam    on behalf of Creditor    Brookfield Asset Management Private Institutional
 Capital Adviser (Canada), L.P. baronstam@ramllp.com,
 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
 iatkowski@ramllp.com
Bradley R. Aronstam    on behalf of Defendant    Brookfield Asset Management Private Institutional
 Capital Adviser (Canada), L.P. baronstam@ramllp.com,
 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
 iatkowski@ramllp.com
Bradley R. Aronstam    on behalf of Creditor    Angelo Gordon & Co., LP baronstam@ramllp.com,
 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
 iatkowski@ramllp.com
Bradley R. Aronstam    on behalf of Defendant    Apollo Advisors VII, L.P. baronstam@ramllp.com,
 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
 iatkowski@ramllp.com
Bradley R. Aronstam    on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@ramllp.com,
 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
 iatkowski@ramllp.com
Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
 Creditors BMiller@mofo.com,  brett-miller-1388@ecf.pacerpro.com
Brian Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com
Brian Schartz    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
 bschartz@kirkland.com
Brian Tong    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
 bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
Brian L. Arban    on behalf of Attorney Brian    Arban barban@hillerarban.com
Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
 bkasprzak@moodklaw.com
Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
 jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
 ;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com
Brian W. Hockett    on behalf of Creditor    Accenture LLP bhockett@thompsoncoburn.com
Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
 mcavenaugh@jw.com
Brya M. Keilson    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK Noteholders
 comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P.,
 Polygon Convertible Opportunity Master Fund, Polygon D bkeilson@gsbblaw.com
Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
 CCB@stevenslee.com
Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
 kboucher@gklaw.com;pbrellenthin@gklaw.com
Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
 chusnick@kirkland.com
Chantelle D'nae McClamb    on behalf of Interested Party    Simeio Solutions, Inc.
 mcclambc@ballardspahr.com
Charles J. Brown    on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
 dabernathy@archerlaw.com
Charles J. Brown    on behalf of Interested Party    Emerson Network Power Liebert Services
 cbrown@gsbblaw.com,  dabernathy@archerlaw.com
Chester B. Salomon    on behalf of Creditor    Securitas Security Services USA, Inc.
 csalomon@beckerglynn.com,  saltreuter@beckerglynn.com;hhill@beckerglynn.com
Christopher Fong    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
 cfong@nixonpeabody.com
Christopher A. Ward    on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
 LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward    on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
 LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of Unsecured
 Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward    on behalf of Interested Party    The Official Committee of TCEH Unsecured
 Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward    on behalf of Financial Advisor    FTI Consulting, Inc. cward@polsinelli.com,
 LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of TCEH Unsecured
 Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher B. Mosley    on behalf of Creditor    City of Fort Worth
 Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher L. Carter    on behalf of Creditor    Pacific Investment Management Co. LLC
                   christopher.carter@morganlewis.com,  julia.frost-davies@morganlewis.com
              Christopher M Hayes    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
                   Christopher.hayes@kirkland.com
              Christopher Page Simon    on behalf of Interested Party    American Stock Transfer & Trust Company
                   LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
              Christopher R. Belmonte    on behalf of Interested Party    Moody's Analytics, Inc.
                   cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
              Clark T. Whitmore    on behalf of Creditor    U.S. Bank National Association
                   clark.whitmore@maslon.com
              Colin R. Robinson    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
                   crobinson@pszjlaw.com
              Corby Davin Boldissar    on behalf of Interested Party    BP America Production Company
                   dboldissar@lockelord.com
              Curtis A Hehn    on behalf of Interested Party    Somervell County Central Appraisal District
                   curtishehn@comcast.net
              D. Ross Martin    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                   indenture trustee and collateral trustee rmartin@ropesgray.com
              Daniel A. Fliman    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
                   dfliman@kasowitz.com
              Daniel A. O'Brien    on behalf of Creditor    Pacific Investment Management Co. LLC
                   daobrien@venable.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Trading California Company
                   RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Valley NG Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Solutions Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Big Brown 3 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH Finance (No. 2) Holdings Company
                   RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Pipeline Company, Inc.
                   defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                   RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                   defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
                   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Generation Development Company LLC
                   defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Texas Energy Industries Company, Inc.
                   rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
                   RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
                   RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    NCA Resources Development Company LLC
                   RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Brighten Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
                   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
                   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
                   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Luminant Big Brown Mining Company LLC
                   RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
                   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                   defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Daniel J. DeFranceschi    on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Lake Creek 3 Power Company LLC
          defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Utilities Electric Company, Inc.
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
          defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Renewables Company LLC
          defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Receivables Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mineral Development Company LLC
          RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
          RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Energy Company, Inc.
          defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Electric Service Company, Inc.
          rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    LSGT Gas Company LLC defranceschi@rlf.com,
          RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU SEM Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    NCA Development Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EECI, Inc. RBGroup@rlf.com
          Daniel K Bearden    on behalf of Creditor    Carrollton-Farmers Branch ISD bearden@txschoollaw.com,
          coston@txschoollaw.com
          Daniel K. Astin    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
          jmcmahon@ciardilaw.com
          Daniel K. Astin    on behalf of Creditor    Atmos Energy Corporation dastin@ciardilaw.com,
          jmcmahon@ciardilaw.com
          Daniel K. Hogan    on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  keharvey@dkhogan.com,
          gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party    Brake Supply Company, Inc. dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party    PI Law Firms dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party    Shirley Fenicle, as Successor-In-Interest to
          the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com,
          gdurstein@dkhogan.com
          Daniel K. Hogan    on behalf of Interested Party    The Richards Group, Inc. dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel S. Shamah    on behalf of Defendant    Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel S. Shamah    on behalf of Creditor    Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah    on behalf of Defendant    Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. dshamah@omm.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel S. Shamah    on behalf of Defendant    Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor    Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
               Administrative Agent dshamah@omm.com
              Daniel S. Shamah    on behalf of Creditor    Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as
               First Lien Administrative Agent dshamah@omm.com
              Daniel Stephen Smith    on behalf of Interested Party    United States on behalf of Environmental
               Protection Agency dan.smith2@usdoj.gov,   efile_ees.enrd@usdoj.gov
              Danielle M. Audette    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
               jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
               daudette@whitecase.com,   jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
               daudette@whitecase.com,   jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              David  Neier   on behalf of Creditor    Chicago Bridge & Iron Company N.V. dneier@winston.com,
               dcunsolo@winston.com
              David B. Anthony    on behalf of Plaintiff    Avenue Capital Management II, LP
               danthony@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
               danthony@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    GSO Capital Partners LP danthony@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
               danthony@bergerharris.com
              David B. Anthony    on behalf of Plaintiff    Third Avenue Management LLC danthony@bergerharris.com
              David Daniel Farrell    on behalf of Creditor    Martin Engineering Company
               dfarrell@thompsoncoburn.com
              David Edward Leta    on behalf of Creditor    Headwaters Resources, Inc. dleta@swlaw.com,
               wkalawaia@swlaw.com
              David G. Aelvoet    on behalf of Creditor    Ector CAD davida@publicans.com
              David M. Klauder    on behalf of Financial Advisor    SOLIC Capital Advisors, LLC
               dklauder@bk-legal.com
              David M. Klauder    on behalf of Debtor    Energy Future Holdings Corp. dklauder@bk-legal.com
              David N. Deaconson    on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
              David P. Primack    on behalf of Other Prof.    Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
               sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack    on behalf of Financial Advisor    Greenhill & Co., LLC dprimack@mdmc-law.com,
               sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack    on behalf of Interested Party    TCEH Debtors dprimack@mdmc-law.com,
               sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
               dprimack@mdmc-law.com,   sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
               LLC dprimack@mdmc-law.com,   sshidner@mdmc-law.com;smullen@mdmc-law.com
              David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
               nAmamoo@kasowitz.com;courtnotices@kasowitz.com
              David W. Carickhoff    on behalf of Interested Party Allen  Shrode dcarickhoff@archerlaw.com,
               de20@ecfcbis.com
              Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
               keith-mangan-mmwr-1628@ecf.pacerpro.com
              Dennis  Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
              Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
              Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
               rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
               L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
               rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
               Partnership dabbott@mnat.com,   rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
               amador.desiree@pbgc.gov,   efile@pbgc.gov
              Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
              Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
              Duane David Werb    on behalf of Creditor    BWM Services, LP
               maustria@werbsullivan.com;riorii@werbsullivan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
        maustria@werbsullivan.com;riorii@werbsullivan.com
        Eboney Cobb    on behalf of Creditor    Somervell County et al ecobb@pbfcm.com,
        rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
        Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
        steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha
        .hwangpo@kirkland.com;patrick.venter@kirkland.com
        Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
        steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha
        .hwangpo@kirkland.com;patrick.venter@kirkland.com
        Edwin Kevin Camson    camson@drumcapital.com
        Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
        ZAllinson@SHA-LLC.com,    ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
        Elizabeth Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com,
        ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
        Elizabeth Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
        ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
        Ellen Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
        Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
        ellen.halstead@cwt.com,    joshua.arnold@cwt.com;nyecfnotice@cwt.com
        Ellen M. Halstead    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
        ellen.halstead@cwt.com,    joshua.arnold@cwt.com;nyecfnotice@cwt.com
        Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
        Eric Christopher Daucher    on behalf of Creditor    NextEra Energy Resources, LLC
        edaucher@chadbourne.com
        Erica J. Richards    on behalf of Creditor Committee    The Official Committee of Unsecured
        Creditors erichards@mofo.com,    erica-richards-1053@ecf.pacerpro.com
        Erik Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
        eschneider@nixonpeabody.com,    bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
        Erin A. West    on behalf of Interested Party    Fee Committee ewest@gklaw.com,
        kboucher@gklaw.com;kknitter@gklaw.com;pbrellenthin@gklaw.com
        Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC, Texas
        Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
        Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
        aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
        Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings, LLC, Texas
        Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
        L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@mnat.com,
        aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
        Erin R Fay    on behalf of Interested Party Mary Ann KIlgore efay@mnat.com,
        aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
        Erin R Fay    on behalf of Interested Party    Interest Holders efay@mnat.com,
        aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
        Evan Rassman    on behalf of Creditor    Knife River Corporation-South erassman@gsbblaw.com
        Evan R. Fleck    on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com,
        jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;badams@milbank.com;bzucco@milbank.com;m
        price@milbank.com;aleblanc@milbank.com
        Evan T. Miller    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
        Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
        lmorton@bayardlaw.com;lstewart@bayardlaw.com
        Frances Gecker    on behalf of Interested Party    PI Law Firms fgecker@fgllp.com,
        csmith@fgllp.com
        Francis A. Monaco, Jr.    on behalf of Interested Party    Fluor Corporation
        frank.monaco@gavinsolmonese.com,    kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
        Francis A. Monaco, Jr.    on behalf of Interested Party    American Equipment Company Inc.
        frank.monaco@gavinsolmonese.com,    kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
        Francis A. Monaco, Jr.    on behalf of Interested Party    AMECO Inc.
        frank.monaco@gavinsolmonese.com,    kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
        Francis A. Monaco, Jr.    on behalf of Interested Party    Fluor Enterprises Inc.
        frank.monaco@gavinsolmonese.com,    kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
        Francis A. Monaco, Jr.    on behalf of Interested Party    Fluor Global Services
        frank.monaco@gavinsolmonese.com,    kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
        Frederick B. Rosner    on behalf of Interested Party    Mudrick Capital Management L.P.
        rosner@teamrosner.com
        G. Alexander Bongartz    on behalf of Interested Party    CSC Trust Company of Delaware, as
        Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
        alexbongartz@paulhastings.com
        Garden City Group, LLC    PACERTeam@gardencitygroup.com
        Garvan F. McDaniel    on behalf of Interested Party    Contrarian Capital Management, LLC
        gfmcdaniel@dkhogan.com,    gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
        Garvan F. McDaniel    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
        gfmcdaniel@dkhogan.com,    gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
        Garvan F. McDaniel    on behalf of Interested Party    Caxton Associates LP gfmcdaniel@dkhogan.com,
        gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
        Gary F. Seitz    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
        George Davis    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as First
        Lien Administrative Agent gdavis@omm.com
        George Davis    on behalf of Creditor    Apollo Global Management, LLC gdavis@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              George Davis    on behalf of Defendant    Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. gdavis@omm.com
              George Davis    on behalf of Defendant    Apollo Advisors VII, L.P. gdavis@omm.com
              George Davis    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
              Administrative Agent gdavis@omm.com
              George Davis    on behalf of Defendant    Angelo Gordon & Co., LP gdavis@omm.com
              Gerrit M. Pronske    on behalf of Creditor    Pallas Realty Advisors, Inc. gpronske@pgkpc.com
              GianClaudio Finizio    on behalf of Interested Party    Delaware Trust Company, as TCEH First Lien
              Indenture Trustee gfinizio@bayardlaw.com,
              bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio    on behalf of Interested Party    Delaware Trust Company
              gfinizio@bayardlaw.com,
              bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio    on behalf of Interested Party    CSC Trust Company of Delaware, as
              Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
              bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien
              Indenture Trustee gfinizio@bayardlaw.com,
              bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              GianClaudio Finizio    on behalf of Interested Party    Delaware Trust Company as Successor
              Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
              bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Gilbert R. Saydah, Jr.    on behalf of Creditor    CSC Trust Company of Delaware, Proposed
              Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
              Gregory A. Taylor    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
              Gregory A. Taylor    on behalf of Interested Party    Ad Hoc Committee of TCEH Second Lien
              Noteholders gtaylor@ashby-geddes.com
              Gregory M. Starner    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory M. Weinstein    on behalf of Creditor    Mario Sinacola & Sons Excavating, Inc.
              gweinstein@weinrad.com,  mbowers@weinrad.com;wphillips@weinrad.com
              Gregory Michael Starner    on behalf of Creditor    Law Debenture Trust Company of New York, in its
              capacity as Indenture Trustee gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory Michael Starner    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
              gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory Michael Starner    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
              gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory T. Donilon    on behalf of Creditor    Automatic Systems, Inc. gdonilon@pwujlaw.com
              Hal F. Morris    on behalf of Interested Party    Texas Commission on Environmental Quality
              hal.morris@texasattorneygeneral.gov
              Hal F. Morris    on behalf of Interested Party    Public Utility Commission of Texas
              hal.morris@texasattorneygeneral.gov
              Hal F. Morris    on behalf of Interested Party    Railroad Commission of Texas
              hal.morris@texasattorneygeneral.gov
              Helen Elizabeth Weller    on behalf of Creditor    Northwest ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Northeast TX Comm Coll Dist
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Walnut Springs ISD
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com

District/off: 0311-1        User: JudyF          Page 9 of 24          Date Rcvd: Mar 28, 2017
                           Form ID: van440        Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Helen Elizabeth Weller    on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
             dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
             dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
             dallas.bankruptcy@publicans.com,   evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
             evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Helen Elizabeth Weller   on behalf of Creditor   Red River CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of Stephenville
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Van Zandt CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Hunt County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of malakoff dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   McLennan County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Hood CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of Corinth dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Cisco ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Round Rock ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Wise CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Cayuga isd dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Grayson County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Jack County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Ector CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Howard A. Cohen   on behalf of Interested   CITIBANK, N.A. hcohen@gibbonslaw.com
          Howard R. Hawkins, Jr.   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,  nyecfnotice@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,  nyecfnotice@cwt.com
          Humayun Khalid   on behalf of Interested Party   J. Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
          Humayun Khalid   on behalf of Interested Party   J Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
          J Jackson Shrum   on behalf of Creditor   BWM Services, LP jshrum@werbsullivan.com
          J Jackson Shrum   on behalf of Creditor   The Kansas City Southern Railway Company
              jshrum@werbsullivan.com
          J. Kate Stickles   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
              under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
              Indenture Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Other Prof.   Cole Schotz P.C. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Other Prof.   Delaware Trust Company, as First Lien Successor
              Trustee and Collateral Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
              and collateral trustee, kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Plaintiff   Delaware Trust Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
          Creditors jadlerstein@paulweiss.com
          James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
          jhuggett@margolisedelstein.com,    nvangorder@margolisedelstein.com
          James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
          nvangorder@margolisedelstein.com
          James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee james.millar@dbr.com,
          Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
          James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors jpeck@mofo.com
          James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors jpeck@mofo.com
          James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
          Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
          Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
          jledmonson@venable.com
          Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
          jvine@polsinelli.com,    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors jvine@polsinelli.com,    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
          bk-jstarks@oag.texas.gov,    sherri.simpson@oag.texas.gov
          Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
          sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
          Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Liberi    on behalf of Defendant    Texas Transmission Investment LLC
          jason.liberi@skadden.com,
          christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Generation MT Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Southwestern Electric Service Company, Inc.
          madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
          rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
          madron@rlf.com,    rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Collin Power Company LLC madron@rlf.com,   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
                   madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com,   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Luminant Mineral Development Company LLC madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com,   rbgroup@rlf.com
                Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com,   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com,   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   NCA Resources Development Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Generation Development Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Big Brown Lignite Company LLC madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Lone Star Energy Company, Inc. madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Monticello 4 Power Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                   madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   TXU SEM Company madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EFH Australia (No. 2) Holdings Company madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   EFH CG Holdings Company LP madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EFH Renewables Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Tradinghouse Power Company LLC madron@rlf.com,
                   rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Lake Creek 3 Power Company LLC madron@rlf.com,
                   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron   on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
                madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Luminant Mining Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    TXU Receivables Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff   Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
                Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
                Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
              Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
                jwisler@connollygallagher.com
              Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
                Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
                Seidlets jwisler@connollygallagher.com
              Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
                jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
                jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
                jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
              Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
                jschlerf@foxrothschild.com
              Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
                jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
              Jeffrey R. Fine   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
                jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
              Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
                JSSabin@Venable.com
              Jennifer  Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
                Creditors JMarines@mofo.com
              Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
                Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
                MSukach@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
              Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
                docket@beneschlaw.com;chartman@beneschlaw.com
              Jennifer R. Hoover   on behalf of Attorney   Benesch, Friedlander, Coplan & Aronoff, LLP
                jhoover@beneschlaw.com,  docket@beneschlaw.com;chartman@beneschlaw.com
              Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
                docket@beneschlaw.com;chartman@beneschlaw.com
              Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@hinckleyallen.com,
                calirm@haslaw.com
              Jeremy William Ryan   on behalf of Interested Party   Deutsche Bank AG New York Branch
                jryan@potteranderson.com,  bankruptcy@potteranderson.com
              Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
                jnewdeck@akingump.com,  ddunn@akingump.com
              John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
                Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
              John C. Kilgannon   on behalf of Creditor   City of Dallas, Texas jck@stevenslee.com,
                jck@stevenslee.com
              John D. Demmy   on behalf of Creditor   City of Dallas, Texas jdd@stevenslee.com
              John D. Demmy   on behalf of Creditor   Rexel, Inc. jdd@stevenslee.com
              John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
                Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
              John D. McLaughlin, Jr.   on behalf of Creditor   Atmos Energy Corporation
                jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
              jharris@bergerharris.com,  mnicholls@bergerharris.com
              John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
              jharris@bergerharris.com,  mnicholls@bergerharris.com
              John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
              jharris@bergerharris.com,  mnicholls@bergerharris.com
              John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
              mnicholls@bergerharris.com
              John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
              mnicholls@bergerharris.com
              John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
              seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
              John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
              john.stern@oag.texas.gov,  sherri.simpson@oag.texas.gov
              John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
              John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
              John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
              John P. Melko   on behalf of Creditor   ROMCO Equipment Co. jmelko@gardere.com,
              afothergill@gardere.com;mriordan@gardere.com;ggattis@gardere.com;koliver@gardere.com;bfriedrich@g
              ardere.com
              John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
              Johnna Darby   on behalf of Interested Party   Steag Energy Services, Inc. jdarby@shawfishman.com
              Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
              chatalian.jon@pbgc.gov,  efile@pbgc.gov
              Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
              Joseph Grey   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
              jgrey@crosslaw.com,  smacdonald@crosslaw.com
              Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
              barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Joseph Charles Barsalona II   on behalf of Plaintiff   Energy Future Holdings Corp.
              barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
              ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
              Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
              ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
              Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
              ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
              Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph D. Wright   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
              Holdings, Inc. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph D. Wright   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
              LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity
              as First Lien Administrative Agent jhh@stevenslee.com
              Joseph H. Huston, Jr.   on behalf of Creditor   Oaktree Capital Management, L.P.
              jhh@stevenslee.com
              Joseph H. Huston, Jr.   on behalf of Creditor   Angelo Gordon & Co., LP jhh@stevenslee.com
              Joseph H. Huston, Jr.   on behalf of Creditor   Apollo Management HoldingsLP jhh@stevenslee.com
              Joseph H. Huston, Jr.   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company
              LLC jhh@stevenslee.com
              Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
              Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
              Joseph H. Huston, Jr.   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First
              Lien Administrative Agent jhh@stevenslee.com
              Joseph J. McMahon, Jr.   on behalf of Creditor   Atmos Energy Corporation jmcmahon@ciardilaw.com,
              mflores@ciardilaw.com
              Joseph J. McMahon, Jr.   on behalf of Creditor   Red Ball Oxygen Company jmcmahon@ciardilaw.com,
              mflores@ciardilaw.com
              Joseph J. McMahon, Jr.   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC
              jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
              Joshua K. Brody   on behalf of Defendant   Computershare Trust Company of Canada
              jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com
              Joshua K. Brody   on behalf of Defendant   Computershare Trust Company, N.A.
              jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com
              Joshua K. Brody   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Joshua K. Brody   on behalf of Interested Party   Computershare Trust Company, N.A., and
             Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
             Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
             adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
             .pacerpro.com
            Joshua Powers Searcy   on behalf of Creditor   D. Courtney Construction, Inc.
             joshsearcy@jrsearcylaw.com
            Joshua Y. Sturm   on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
             and collateral trustee, joshua.strum@ropesgray.com
            Julia B. Klein   on behalf of Creditor   Mudrick Capital Management, L.P. klein@teamrosner.com
            Julia Bettina Klein   on behalf of Interested Party   Mudrick Capital Management L.P.
             klein@kleinllc.com
            Justin Cory Falgowski   on behalf of Creditor   Texas Big Spring, LP jfalgowski@reedsmith.com,
             jfalgowski@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
            Justin K. Edelson   on behalf of Interested Party   The Official Committee of TCEH Unsecured
             Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Justin K. Edelson   on behalf of Creditor Committee   The Official Committee of Unsecured
             Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Justin K. Edelson   on behalf of Financial Advisor   FTI Consulting, Inc. jedelson@polsinelli.com,
             LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Karen Beth Shaer   on behalf of Other Prof.   Garden City Group, LLC PACERTeam@gardencitygroup.com
            Karen C. Bifferato   on behalf of Interested Party   Pacific Investment Management Company LLC
             ("PIMCO") kbifferato@connollygallagher.com
            Katharine L. Mayer   on behalf of Interested Party   Aetna Inc. kmayer@mccarter.com
            Katharine L. Mayer   on behalf of Interested Party   Aetna Life Insurance Company
             kmayer@mccarter.com
            Katherine  Stadler   on behalf of Interested Party   Fee Committee kstadler@gklaw.com,
             kboucher@gklaw.com;pbrellenthin@gklaw.com
            Kathleen A. Murphy   on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORP.
             kathleen.murphy@bipc.com,  tammy.rogers@bipc.com
            Kathleen M. Miller   on behalf of Creditor   Airgas USA, LLC kmiller@skjlaw.com,  llb@skjlaw.com
            Kathleen M. Miller   on behalf of Creditor   Valero Texas Power Marketing, Inc.
             kmiller@skjlaw.com,  llb@skjlaw.com
            Kay Diebel Brock   on behalf of Creditor   Travis County bkecf@co.travis.tx.us
            Keith Howard Wofford   on behalf of Interested Party   CSC Trust Company of Delaware, as
             successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
             keith.wofford@ropesgray.com
            Kerry L. Haliburton   on behalf of Creditor   Buffalo Industrial Supply, Inc.
             raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
            Kevin C. Driscoll, Jr.   on behalf of Creditor   GATX Corporation Kevin.Driscoll@btlaw.com,
             donna.dotts@btlaw.com
            Kevin G. Collins   on behalf of Creditor   GATX Corporation kevin.collins@btlaw.com,
             pgroff@btlaw.com;Kathy.lytle@btlaw.com
            Kevin J. Mangan   on behalf of Interested Party   American Equipment Company Inc.
             kmangan@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
            Kevin J. Mangan   on behalf of Interested Party   AMECO Inc. kmangan@wcsr.com,
             hsasso@wcsr.com;jwray@wcsr.com
            Kevin J. Mangan   on behalf of Interested Party   Alltite Inc. kmangan@wcsr.com,
             hsasso@wcsr.com;jwray@wcsr.com
            Kevin J. Mangan   on behalf of Interested Party   Fluor Global Services kmangan@wcsr.com,
             hsasso@wcsr.com;jwray@wcsr.com
            Kevin J. Mangan   on behalf of Interested Party   Fluor Corporation kmangan@wcsr.com,
             hsasso@wcsr.com;jwray@wcsr.com
            Kevin J. Mangan   on behalf of Interested Party   Fluor Enterprises Inc. kmangan@wcsr.com,
             hsasso@wcsr.com;jwray@wcsr.com
            Kevin M Lippman   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
             klippman@munsch.com,  lpannier@munsch.com
            Kevin M. Capuzzi   on behalf of Creditor   Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
             docket@beneschlaw.com;chartman@beneschlaw.com
            Kimberly Ellen Connolly Lawson   on behalf of Interested Party   The Bank of New York Mellon, in
             its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
            Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon, as
             Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
            Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon Trust
             Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
            Kimberly Ellen Connolly Lawson   on behalf of Creditor Committee   The Official Committee of
             Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
             LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
             bankruptcy-2628@ecf.pacerpro.com
            Kizzy Lyn Jarashow   on behalf of Creditor   Aurelius Capital Management, LP
             kjarashow@goodwinprocter.com
            Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon Trust Company, N.A.,
             in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
             llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
            Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
             kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
            Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon, in its capacity as
             the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               Indenture Trustee kgwynne@reedsmith.com,
               llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurtzman Carson Consultants LLC    info@kccllc.com
              L. John  Bird   on behalf of Creditor    Creditor-Investor Consortium jbird@foxrothschild.com,
               idensmore@foxrothschild.com
              L. John  Bird   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               jbird@foxrothschild.com,  idensmore@foxrothschild.com
              L. John  Bird   on behalf of Intervenor    Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
               idensmore@foxrothschild.com
              L. John  Bird   on behalf of Intervenor    Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
               idensmore@foxrothschild.com
              L. Katherine  Good   on behalf of Interested Party    Boral Material Technologies, LLC
               kgood@wtplaw.com,  cmosuly@wtplaw.com;clano@wtplaw.com
              L. Katherine  Good   on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com
              Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
               lshipkovitz@tuckerlaw.com
              Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com,  khall@foley.com
              Laura  Davis  Jones   on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
               Second Lien Group ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Plaintiff    Computershare Trust Company, N.A.
               ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura  Davis  Jones   on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
               ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
               EFIH Second Lien Group ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    Computershare Trust Company, N.A. and
               Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
               lien notes and the holders thereof. ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura  Davis  Jones   on behalf of Interested Party    Second Lien Indenture Trustee
               ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors ljones@pszjlaw.com
              Laura  Davis  Jones   on behalf of Interested Party    EFIH Second Lien Indenture Trustee
               ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura  Davis  Jones   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors ljones@pszjlaw.com,  efile@pszyj.com
              Laura  Davis  Jones   on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
               ljones@pszjlaw.com,  efile@pszyj.com
              Laurie Selber  Silverstein    on behalf of Interested Party    EFIH First Lien DIP Agent
               bankruptcy@potteranderson.com
              Laurie Selber  Silverstein    on behalf of Interested Party    Deutsche Bank AG New York Branch
               bankruptcy@potteranderson.com
              Lee  Harrington    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
               lharrington@nixonpeabody.com
              Lee B. Gordon    on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
               sonya.ragsdale@mvbalaw.com,  vickie.covington@mvbalaw.com
              Lindsay  Zahradka    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
               Noteholders lzahradka@akingump.com
              Lindsay  Zahradka    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               lzahradka@akingump.com
              Lino  Mendiola, III   on behalf of Interested Party    Titus County Fresh Waster Supply District
               No. 1 linomendiola@andrewskurth.com
              Lino  Mendiola, III   on behalf of Interested Party    Titus County Fresh Water Supply District
               No. 1 linomendiola@andrewskurth.com
              Lisa Cresci McLaughlin    on behalf of Interested Party    Fee Committee mmo@pgmhlaw.com
              Lorenzo  Marinuzzi    on behalf of Interested Party    The Official Committee of TCEH Unsecured
               Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
              Lucian Borders Murley    on behalf of Creditor    Johnson Matthey Stationary Emissions Control LLC
               lmurley@saul.com,  rwarren@saul.com
              Lucian Borders Murley    on behalf of Creditor    Accenture LLP lmurley@saul.com,  rwarren@saul.com
              Marc J. Phillips    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc.
               mphillips@mgmlaw.com
              Marc J. Phillips    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
               mphillips@mgmlaw.com
              Marc J. Phillips    on behalf of Creditor    Steering Committee of Cities Served by Oncor
               mphillips@mgmlaw.com
              Marc Stephen Casarino    on behalf of Creditor    Google Inc. casarinom@whiteandwilliams.com,
               debankruptcy@whiteandwilliams.com
              Maria A. Bove    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
              Maria Aprile Sawczuk    on behalf of Interested Party    Sierra Club marias@restructuringshop.com,
               marias@ecf.courtdrive.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
           marias@restructuringshop.com,  marias@ecf.courtdrive.com
          Mark  Minuti   on behalf of Creditor    Electric Reliability Council of Texas, Inc.
           mminuti@saul.com,  rwarren@saul.com
          Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
           of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
           Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
           ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
           ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Spec. Counsel   Montgomery, McCracken, Walker & Rhoads, LLP
           mfink@mmwr.com,  ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. mfink@mmwr.com,
           ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Charles 2009npfdEllenberg   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy
           Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
           michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com.
          Mark D. Collins   on behalf of Debtor   Energy Future Holdings Corp.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
           KOTWICK@SEWKIS.COM
          Mark D. Kotwick   on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
          Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral Agent
           and First Lien Administrative Agent KOTWICK@SEWKIS.COM
          Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
           olivere@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark E. Felger   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com.
          Mark E. Felger   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com.
          Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
           opetukhova@foley.com
          Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
           LLC mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
           mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
           mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
           mchehi@skadden.com,  debank@skadden.com
          Matthew  Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com
          Matthew  Summers   on behalf of Creditor   Louisiana Energy Services, LLC
           summersm@ballardspahr.com
          Matthew B. McGuire   on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
           raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
           mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
           mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
           mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
           mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
           Holdings, Inc. mcguire@lrclaw.com,
           raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
           mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Interested Party   Alcoa Inc. ,
           raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
           raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
           II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
           raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
          Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           mbrown@whitecase.com
          Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
           Noteholders mlahaie@akingump.com
          Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
           mlahaie@akingump.com
          Michael  Schein   on behalf of Creditor   Data Systems & Solutions LLC mschein@vedderprice.com,
           ecfnydocket@vedderprice.com
          Michael  Schein   on behalf of Creditor   First Union Rail Corporation mschein@vedderprice.com,
           ecfnydocket@vedderprice.com
          Michael A. Paskin   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
           mpaskin@cravath.com
          Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
           debaecke@blankrome.com
          Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
           Agent and First Lien Administrative Agent debaecke@blankrome.com,  moody@ecf.inforuptcy.com
          Michael David Debaecke   on behalf of Creditor   Wilmington Trust, N.A., as Successor TCEH First
           Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com,
           moody@ecf.inforuptcy.com
          Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
           debaecke@blankrome.com,  moody@ecf.inforuptcy.com
          Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
           Collateral Agent debaecke@blankrome.com,  moody@ecf.inforuptcy.com
          Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   Subsequent Settling EFIH PIK Noteholders
           comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
           LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Mudrick Capital Management, L.P.
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   Marathon Asset Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
           Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
           Management L.P., Polygon Convertible Opportunity Master Fund D mbusenkell@gsbblaw.com
          Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
           by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
          Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
           sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
          Michael Joseph Joyce   on behalf of Interested Party   Fidelity Management & Research Company
           mjoyce@oelegal.com
          Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
           matchley@popehardwicke.com
          Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
           matchley@popehardwicke.com
          Michelle  McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
           Objectors michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
          Monica S. Blacker   on behalf of Attorney   Jackson Walker LLP mblacker@jw.com,
           tsalter@jw.com;ldooley@jw.com
          Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
           mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
          Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,  ECFdocuments@pacerpro.com
          Neil B. Glassman   on behalf of Creditor   CSC Trust Company of Delaware, as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
           nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
           w.com;bankserve@bayardlaw.com
          Neil B. Glassman   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien Indenture
           Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
           bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Nicholas D. Mozal   on behalf of Defendant   Angelo Gordon & Co., LP nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Defendant   Apollo Advisors VII, L.P. nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Defendant   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. nmozal@ramllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
          Indenture Trustee nbrannick@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Nicholas J. Brannick    on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Nick S. Kaluk, III    on behalf of Financial Advisor    Evercore Group L.L.C. nskaluk@debevoise.com
          Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
          nicole.mignone@texasattorneygeneral.gove
          Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
          Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
          Indenture Trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
          Collateral Trustee, npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Owen M. Sonik    on behalf of Creditor    Galena Park Independent School District osonik@pbfcm.com,
          tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Owen M. Sonik    on behalf of Creditor    Certain Texas Taxing Entities osonik@pbfcm.com,
          tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Tejas Pipeline LLC
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor    El Paso Natural Gas Company
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor    Targa Gas Marketing LLC
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Texas Pipeline LLC
          pwp@pattiprewittlaw.com
          Patrick L. Hughes    on behalf of Creditor    Airgas USA, LLC patrick.hughes@haynesboone.com
          Pauline K. Morgan    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
          bankfilings@ycst.com
          Peter J. Keane    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee & EFIH
          Second Lien Group pkeane@pszjlaw.com
          Peter Jonathon Young    on behalf of Debtor    Energy Future Holdings Corp. pyoung@proskauer.com
          Peter M. Gilhuly    on behalf of Interested Party    Ernst & Young LLP peter.gilhuly@lw.com,
          adam.malatesta@lw.com
          R. Karl Hill    on behalf of Creditor    Liberty Mutual Insurance Co. khill@svglaw.com,
          spappa@svglaw.com
          R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank AG New York Branch
          bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank Securities Inc.
          bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
          bk-robaldo@oag.texas.gov,  sherri.simpson@oag.texas.gov
          Rachel Ringer    on behalf of Interested Party    Computershare Trust Company, N.A. and
          Computershare Trust Company of Canada, in its capacity as indenture trustee, for the second
          lien notes and the holders thereof. rringer@kramerlevin.com,
          AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.
          com;corporate-reorg-1449@ecf.pacerpro.com
          Rachel B. Mersky    on behalf of Creditor    Top Line Rental , LLC rmersky@monlaw.com
          Raymond H. Lemisch    on behalf of Defendant    UMB Bank, N.A., as indenture trustee
          rlemisch@klehr.com
          Raymond H. Lemisch    on behalf of Creditor    UMB Bank, N.A. rlemisch@klehr.com
          Raymond H. Lemisch    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
          rlemisch@klehr.com
          Rebecca A. Hayes    on behalf of Creditor    UMB Bank, N.A. rhayes@foley.com
          Rebecca A. Hayes    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
          rhayes@foley.com
          Reed A. Heiligman    on behalf of Interested Party    PI Law Firms rheiligman@fgllp.com,
          ccarpenter@fgllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Reed A. Heiligman   on behalf of Creditor    Experian Information Solutions, Inc.
        rheiligman@fgllp.com, ccarpenter@fgllp.com
        Reed A. Heiligman   on behalf of Creditor    Experian Marketing Solutions, Inc.
        rheiligman@fgllp.com, ccarpenter@fgllp.com
        Richard A. Barkasy   on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
        rbarkasy@schnader.com
        Richard A. Barkasy   on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
        rbarkasy@schnader.com
        Richard A. Barkasy   on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
        rbarkasy@schnader.com
        Richard G. Mason   on behalf of Interested Party    Interest Holders rcstrauss@wlrk.com
        Richard G. Mason   on behalf of Interested Party    Texas Energy Future Capital Holdings LLC,
        Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
        of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
        Richard L. Schepacarter   on behalf of U.S. Trustee    U.S. Trustee richard.schepacarter@usdoj.gov
        Robert J. Feinstein   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
        Objectors rfeinstein@pszjlaw.com
        Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company, N.A.
        rfeinstein@pszjlaw.com
        Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company of Canada
        rfeinstein@pszjlaw.com
        Robert J. Feinstein   on behalf of Interested Party    Computershare Trust Company, N.A., and
        Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
        Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
        Robert K. Malone   on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
        andrew.groesch@dbr.com
        Ryan M. Bartley   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
        bankfilings@ycst.com
        Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
        prentice@slollp.com
        Samuel Lee Moultrie   on behalf of Creditor    RailWorks Track System, Inc. smoultrie@wlblaw.com
        Scott Czerwonka   on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
        scott.czerwonka@dlapiper.com, jbrown@wlblaw.com
        Scott Czerwonka   on behalf of Defendant    Morgan Stanley Capital Group, Inc.
        scott.czerwonka@dlapiper.com, jbrown@wlblaw.com
        Scott D. Cousins   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
        scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
        Scott D. Cousins   on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
        Noteholders scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
        Scott D. Cousins   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
        scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
        Sean A. O'Neal   on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
        maofiling@cgsh.com;afee@cgsh.com
        Sean A. O'Neal   on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
        maofiling@cgsh.com;afee@cgsh.com
        Sean M. Brennecke   on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com, state@klehr.com
        Shanti M. Katona   on behalf of Creditor Committee    The Official Committee of Unsecured
        Creditors skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
        Shawn M. Christianson   on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
        cmcintire@buchalter.com
        Simon E. Fraser   on behalf of Interested Party    J Aron & Company sfraser@cozen.com,
        mmillis@cozen.com
        Simon E. Fraser   on behalf of Creditor    Goldman Sachs Lending Partners LLC sfraser@cozen.com,
        mmillis@cozen.com
        Simon E. Fraser   on behalf of Interested Party    J. Aron & Company sfraser@cozen.com,
        mmillis@cozen.com
        Simon E. Fraser   on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com,
        mmillis@cozen.com
        Stacey Kremling   on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
        Stacy L. Newman   on behalf of Interested Party    Union Pacific Railroad Company
        snewman@ashby-geddes.com
        Stacy L. Newman   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
        capacity as successor Indenture Trustee snewman@ashby-geddes.com
        Stanley B. Tarr   on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
        moody@ecf.inforuptcy.com
        Stephanie Wickouski   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
        Objectors stephanie.wickouski@bryancave.com, dortiz@bryancave.com
        Stephanie Wickouski   on behalf of Interested Party    Computershare Trust Company, N.A., and
        Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
        Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
        dortiz@bryancave.com
        Stephanie Wickouski   on behalf of Defendant    Computershare Trust Company of Canada
        stephanie.wickouski@bryancave.com, dortiz@bryancave.com
        Stephanie Wickouski   on behalf of Defendant    Computershare Trust Company, N.A.
        stephanie.wickouski@bryancave.com, dortiz@bryancave.com
        Stephen Karotkin   on behalf of Plaintiff    Third Avenue Management LLC
        stephen.karotkin@weil.com, frank.grese@weil.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Stephen  Karotkin   on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
             frank.grese@weil.com
           Stephen  Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
             stephen.karotkin@weil.com,  frank.grese@weil.com
           Stephen  Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
             stephen.karotkin@weil.com,  frank.grese@weil.com
           Stephen  Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
             stephen.karotkin@weil.com,  frank.grese@weil.com
           Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
             sstapleton@cowlesthompson.com
           Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
             stephen.lerner@squirepb.com,  sarah.conley@squirepb.com
           Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
             capacity as Indenture Trustee smiller@morrisjames.com,
             wweller@morrisjames.com;jdawson@morrisjames.com
           Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
           Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
             stuart.brown@dlapiper.com
           Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
             stuart.brown@dlapiper.com
           Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
             skaufman@skaufmanlaw.com
           Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
             ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
           Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
             ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
           Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
             ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
           Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
             ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
           Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
             ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
           Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
             mdunwody@tbf.legal
           Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
           Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
           Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
             Agent hooper@sewkis.com
           Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
           Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
             Agent and First Lien Administrative Agent hooper@sewkis.com
           Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
             under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
             nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
           Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
             Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
             nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
           Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
             tmoss@perkinscoie.com,
             nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
           Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
             daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
             daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
             Advantage Fund daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
             Income Fund daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
             High Yield Bond Open Mother Fund daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
             daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
             US High Yield Pool daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
             Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
             daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
             Portfolio daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   FIL Investments International (FII)
             daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Global High
             Income Fund daluzt@ballardspahr.com
           Tobey M. Daluz   on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
             daluzt@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
              Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
              Fund daluzt@ballardspahr.com
              Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
              cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
              Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
              Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
              Travis J. Ferguson    on behalf of Creditor    NextEra Energy Resources, LLC ferguson@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
              semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant    EFIH Finance Inc. semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com

District/off: 0311-1        User: JudyF          Page 23 of 24          Date Rcvd: Mar 28, 2017
                           Form ID: van440       Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Tyler D. Semmelman    on behalf of Debtor     EFH CG Management Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Luminant ET Services Company semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Generation MT Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     NCA Resources Development Company LLC
                 semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Big Brown Lignite Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Texas Energy Industries Company, Inc.
                 semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     TXU Energy Retail Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Dallas Power & Light Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     DeCordova Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Monticello 4 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Luminant Big Brown Mining Company LLC
                 semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Lake Creek 3 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Tradinghouse Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Luminant Energy Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Luminant Holding Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Collin Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Texas Power & Light Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Oak Grove Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     TXU Energy Solutions Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Brighten Holdings LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Big Brown Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     TXU Receivables Company semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Valley NG Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     EFH CG Holdings Company LP semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Oak Grove Management Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     EFH Australia (No. 2) Holdings Company
                 semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     DeCordova II Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     4Change Energy Company semmelman@rlf.com,
                 rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                 semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     Luminant Energy Trading California Company
                 semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor     EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
          Victoria D. Garry    on behalf of Interested Party   Ohio Department of Taxation
                 vgarry@ag.state.oh.us
          Vincent E. Lazar    on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
                 vlazar@jenner.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
             Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Ward W. Benson    on behalf of Creditor    United States of America on Behalf of the Internal
             Revenue Service wardlow.w.benson@usdoj.gov,
             Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
             indenture trustee and collateral trustee wusatine@coleschotz.com,  kkarstetter@coleschotz.com
          Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
             mao-bk-ecf@debevoise.com
          William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
             Bankruptcy001@sha-llc.com
          William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
             rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
             rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
             rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
             rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
             rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
             rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
             rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
          William D. Sullivan    on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
             wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com
          William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
             Noteholders chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
             chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William F. Taylor, Jr.    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
             bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William Mark Alleman, Jr    on behalf of Interested Party    Fee Committee WAlleman@beneschlaw.com,
             chartman@beneschlaw.com;docket@beneschlaw.com
          William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
             wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
             its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
          Zachary I Shapiro    on behalf of Debtor    Energy Future Holdings Corp. shapiro@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                                        TOTAL: 935