## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>ENERGY FUTURE HOLDINGS CORP., )<br>*et al.*,[1] )<br>)<br>Debtors. ) | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Re: D.I. 11018** |

### APPELLEES' DESIGNATION OF ADDITIONAL
### ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtors and debtors in possession (the "Appellees") respectfully submit this designation of additional items to be included in the record in connection with the appeal of Shirley Fenicle, individually, and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann (collectively, the "Appellants") from the *Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* [D.I. 10859] (the "Confirmation Order"), dated February 17, 2017, of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (Sontchi, J.).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17314766v.1

## Designations[2]

1. Materials entered into the evidentiary record during the hearing held February 14-17, 2017, before the Bankruptcy Court, to consider approval of the Confirmation Order, as detailed in **Exhibit A**.[3]

2. The following docket entries and transcripts in the chapter 11 cases:

| Date | Docket No. (if any) | Document |
| --- | --- | --- |
| 7/1/2015 | 5191 | Joinder of Shirley Fenicle, as Successor-In-Interest To The Estate of George Fenicle, and David William Fahy To the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative |
| 10/6/2015 | 6342 | Notice of Interlocutory Appeal Pursuant to 28 U.S.C. Section 158 and Federal Rules of Bankruptcy Procedure 8002 and 8003 |

---

[2] The Appellees expressly incorporate the Appellees' designations of additional items to be included in the records on appeal in Civil Action No. 16-cv-888 (RGA) [D.I. 9979] and Civil Action No. 17-cv-009 (RGA) [D.I. 10747]; the United States District Court for the District of Delaware consolidated those appeals with this appeal. *See Scheduling Order* (Mar. 16, 2017).

The Appellees also incorporate by reference all of the Appellants' designations but reserve the right to object to the extent Appellants use any of the record evidence in a manner inconsistent with any evidentiary limitations imposed by the Bankruptcy Court at the time it was admitted.

The Appellees reserve the right to amend this designation of additional items to be included in the record on appeal.

It is the Appellees' understanding and belief that the items designated by the Appellants include all exhibits and other documents included within each entry for such item. If this is incorrect, the Appellees hereby designate to be included in the record on appeal all exhibits and other documents related to the documents designated by the Appellants.

[3] In connection with a previous appeal in the Appellees' chapter 11 cases, the Appellees previously confirmed with the Office of the Clerk of the Bankruptcy Court that, notwithstanding anything to the contrary set forth in Del. Bankr. L.R. 8009-1(b), the Appellees are not to electronically file a copy of each document identified in this counter-designation that does not have a docket number or otherwise appear on the docket in chapter 11 Case No. 14-10979 (CSS) (Bankr. D. Del.) (including, without limitation, the documents identified in **Exhibit A**) at this time. To the extent that the Office of the Clerk of the Bankruptcy Court or the Office of the Clerk of the United States District Court for the District of Delaware would like a paper copy of any of the documents identified in this counter-designation that does not have a docket number or otherwise appear on the docket in chapter 11 Case No. 14-10979 (CSS) (Bankr. D. Del.) (including, without limitation, the documents identified in **Exhibit A**), such documents are available from the Appellees' counsel upon request.

| Date | Docket No. (if any) | Document |
|---|---|---|
| 8/17/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 8/18/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 8/26/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 11/15/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 12/14/2016 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 1/3/2017 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 1/4/2017 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |
| 1/26/2017 | | Hearing Transcript (*In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.)) |

[*Remainder of page intentionally left blank.*]

3
RLF1 17314766v.1

Dated: March 31, 2017
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

-and-

Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel to the Appellees*

RLF1 17314766v.1