# EXHIBIT A

# ADMITTED EXHIBITS

| DX # | D.I. | Description |
|---|---|---|
| DX001 | 10551 | Seventh Amended Joint Plan (Solicitation Version) |
| DX004 | 10776 | Stipulation and Agreement |
| DX005 | 10758 | Debtors' Letter Responding to Letter from EFIH 1L/2Ls re Second Amended Plan Supplement |
| DX006 | 10753 | Letter Brief from EFH 1L/2Ls re Amended Plan Supplement |
| DX007 | 10752 | Second Amended Plan Supplement re Seventh Amended Joint Plan |
| DX009 | 10533 | Disclosure Statement for the Seventh Amended Joint Plan |
| DX010 | 10530 | Plan Support Agreement Dated January 2, 2017 By and Between the EFH/EFIH Debtors, the PIK Notes Trustee, and Certain Creditor Parties Thereto |
| DX011 | 10520 | Disclosure Statement for the Seventh Amended Joint Plan |
| DX012 | 10518 | Seventh Amended Joint Plan |
| DX019 | 10101 | Plan Supplement re Fourth Amended Joint Plan |
| DX022 | 9741 | Plan Supplement as it Relates to the TCEH Debtors and the EFH Shared Services Debtors |
| DX027 | 9601 | Order (A) Authorizing the EFIH Debtors to Enter Into a First Amendment to the EFIH Debtor-In-Possession Credit Agreement, (B) Authorizing Entry Into an Engagement Letter, (C) Authorizing Payment of Related Fees and Expenses, (D) Authorizing the Use of Cash Collateral, and (E) Modifying the Automatic Stay |
| DX028 | 9585 | Order (A) Approving the EFH/EFIH Disclosure Statement, (B) Establishing the EFH/EFIH Voting Record Date, EFH/EFIH Voting Deadline, and other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents Order Signed on 9/19/2016. |
| DX048 | 8021 | Supplemental Affidavit of Service |

| | | |
|---|---|---|
| **DX064** | 5788 | Partial Response of UMB Bank to EFIH Debtors' Partial Objection to Proof of Claim No. 6347 Filed by Indenture Trustee for the EFIH Unsecured Notes |
| **DX080** | 3295 | Order (A) Approving Revised Bidding Procedures, (B) Scheduling An Auction and Related Deadlines and Hearings, And (C) Approving the Form And Manner of Notice Thereof |
| **DX088** | 1925 | Motion for Order Establishing Procedures to Make Certain Capital Investments and Purchases |
| **DX089** | 1919 | Debtors' Notice Regarding Marketing Process |
| **DX108** | | 2017-01-20 Restructuring Update |
| **DX109** | | 2016-12-27 Restructuring Update |
| **DX110** | | 2016-12-27 Minutes of Meeting of Joint Boards |
| **DX111** | | 2016-12-16 Restructuring Update |
| **DX113** | | 2016-12-09 Restructuring Update |
| **DX114** | | 2016-12-09 Minutes of Meeting of Joint Boards |
| **DX115** | | 2016-11-30 Restructuring Update |
| **DX116** | | 2016-11-30 Minutes of Meeting of Joint Boards |
| **DX117** | | 2016-11-18 Restructuring Update |
| **DX118** | | 2016-11-18 Minutes of Meeting of Joint Boards |
| **DX119** | | 2016-10-31 Presentation to Joint Boards: TTHC and OMI Transactions |
| **DX120** | | 2016-10-31 Minutes of Meeting of Joint Boards |
| **DX121** | | 2016-10-25 Presentation to EFH Board: September Finance Operating Report |
| **DX122** | | 2016-10-25 Presentation to EFIH Boards: September Finance Operating Report |
| **DX123** | | 2016-10-25 Presentation to Joint Boards: Restructuring Update |
| **DX124** | | 2016-09-30 Presentation to Joint Boards: Restructuring Update |
| **DX125** | | 2016-09-30 Minutes of Meeting of Joint Boards |

| DX126 | | 2016-09-23 Minutes of Meeting of Joint Boards |
|---|---|---|
| DX127_R | | 2016-09-16 Presentation to Joint Boards: EFH and EFIH Restructuring Update |
| DX128_R | | 2016-09-16 Minutes of Meeting of Joint Boards |
| DX129_R | | 2016-09-02 Minutes of Meeting of Joint Boards |
| DX130 | | 2016-09-02 Presentation to Joint Boards: EFIH DIP Maturity Extension Considerations |
| DX131 | | 2016-08-16 Unanimous Written Consents of Joint Boards |
| DX132 | | 2016-08-02 Unanimous Written Consents of Joint Boards |
| DX133_R | | 2016-07-29 Presentation to Joint Boards: Proposal Comparison |
| DX134_R | | 2016-07-29 Minutes of Meeting of Joint Boards |
| DX135_R | | 2016-07-28 Presentation to Joint Boards: M&A Update |
| DX136 | | 2016-07-28 Minutes of Meeting of EFH Board |
| DX137_R | | 2016-07-28 Minutes of Meeting of Joint Boards |
| DX138 | | 2016-07-28 Minutes of Meeting of Joint Boards: June Finance Operating Report |
| DX139 | | 2016-07-27 Presentation to Joint Boards: Restructuring, Tax, and M&A Update |
| DX140 | | 2016-07-27 Minutes of Meeting of EFIH-EFIH Finance Boards |
| DX141 | | 2016-07-27 Presentation to EFIH-EFIH Finance Boards |
| DX142_R | | 2016-07-27 Minutes of Meeting of Joint Boards |
| DX143 | | 2016-07-27 Minutes of Meeting of EFH DDs |
| DX144 | | Tax Matters Agreement (draft) |
| DX145 | | 2016-07-26 Minutes of Meeting of EFCH-TCEH DD |
| DX146 | | 2016-07-26 Presentation to EFCH-TCEH DM |
| DX147 | | Interim TSA (draft) |
| DX148 | | 2016-07-25 Minutes of Meeting of EFIH DD |

| | | |
|---|---|---|
| **DX149** | | Separation Agreement (draft) |
| **DX150_R** | | 2016-07-22 Presentation to Joint Boards: Restructuring, Tax, and M&A Update |
| **DX151_R** | | 2016-07-22 Minutes of Meeting of Joint Boards |
| **DX152_R** | | 2016-06-24 Presentation to Joint Boards |
| **DX153_R** | | 2016-06-24 Minutes of Meeting of Joint Boards |
| **DX154_R** | | 2016-06-10 Presentation to Joint Boards: Restructuring Update |
| **DX155** | | 2016-06-10 Minutes of Meeting of Joint Boards |
| **DX156** | | 2016-05-20 Presentation to Joint Boards: NextEra Proposal Analysis |
| **DX157** | | 2016-05-20 Minutes of Meeting of Joint Boards |
| **DX158** | | Next Era Energy Letter and Term Sheet (Revised Bid) |
| **DX159** | | 2016-05-13 Presentation to Joint Boards: TCEH DIP Roll-to-Exit Financing Summary |
| **DX160** | | 2016-05-13 Resolutions re TCEH DIP |
| **DX161** | | 2016-05-13 Presentation to Joint Boards: Project Wishbone |
| **DX162** | | 2016-05-13 Minutes of Meeting of Joint Boards |
| **DX163** | | 2016-05-10 Presentation to Joint Boards: Disclosure Statement Case Walkforwards |
| **DX164** | | 2016-05-10 Presentation to Joint Boards: TCEH Valuation Analysis |
| **DX165** | | 2016-05-10 Presentation to Joint Boards: Oncor Valuation Analysis |
| **DX166** | | 2016-05-10 Presentation to Joint Boards: E-Side Liquidation Analysis |
| **DX167** | | 2016-05-10 Joint Board Resolutions |
| **DX168** | | 2016-05-10 Minutes of Meeting of Joint Boards |
| **DX169** | | 2016-05-04 EFIH Chair Talking Points |
| **DX170** | | March 2016 Finance Operating Report |

| DX171 | | Oncor 1st Quarter 2016 Operations Update |
| --- | --- | --- |
| DX172 | | 2016-05-04 Minutes of Meeting of EFH Corp. |
| DX173 | | 2016-05-04 Minutes of Meeting of Joint Boards |
| DX174 | | March 2016 Finance Operating Report |
| DX175 | | Consolidated Top Tier Risk Report |
| DX176 | | Emergence Activities Presentation |
| DX177 | | Updated Tax Report |
| DX178 | | Minutes of Joint Meeting - May 3 2016 |
| DX179 | | Minutes of Joint Meeting - May 3 2016 |
| DX180 | | Next Era Energy Letter and Term Sheet |
| DX181 | | Board Resolutions |
| DX182 | | Joint Board Meeting - Agenda |
| DX183 | | Joint Board Resolutions |
| DX184 | | Minutes of Joint Meeting - April 30 2016 |
| DX185 | | Joint Board Meeting - Agenda |
| DX186 | | Minutes of Joint Meeting - April 29 2016 |
| DX187 | | April 28-29, 2016 EFH DD Minutes |
| DX188 | | Joint Meeting Minutes |
| DX224 | | 2015-06-16 Restructuring Update |
| DX225 | | 2015-06-09 Update Regarding Stalking Horse Marketing Process |
| DX226 | | 2015-04-17 Restructuring Update |
| DX228 | | 2015-04-03 Update on Plan Process |
| DX234 | | Money Pool Policy (May 20, 2009) |
| DX235 | | Money Pool Policy (March 1, 2007) |
| DX236 | | TXU Journal Entry Spreadsheet |

| | | |
|---|---|---|
| **DX238** | | Money Pool Policy (Dec. 31, 2011) |
| **DX240** | | Non-Core Entity Overview |
| **DX241** | | Promissory Note between TXU Corp. and TXU Gas Company LP of $372,400,000.00 |
| **DX244** | | Email from C. Sieving to S. Dore, A. Calder |
| **DX248** | | Management Structure - Point in Time Report between January 1, 2009 - June 17, 2016 |
| **DX289** | | Stock Purchase Agreement between Halliburton Co. and Enserch Corp. |
| **DX290** | | Asset Purchase Agreement between Enserch Corp., Ebasco Services Inc., Raytheon Engineers & Constructors, Inc., and United Engineers & Constructors, Inc. |
| **DX291** | | Purchase and Sale Agreement between Ebasco Services Inc. and Enserch E&C, Inc. |
| **DX293** | | EECI, Inc. Board Meeting Materials |
| **DX294** | | LSGT Gas Co. LLC Board Meeting Materials |
| **DX295** | | LSGT Sacroc, Inc. Board Meeting Materials |
| **DX296** | | EFH Management Structure Point in Time - January 1, 1996 - June 15, 2016 |
| **DX298** | | Board Materials for Asbestos Debtors |
| **DX304** | | E-Side Entity Summary Presentation |
| **DX306** | | Money Pool Intercompany Interest ENS TXU |
| **DX344** | | Enserch E&C Discontinued Trial Balance |
| **DX345** | | EECI, Inc. Trial Balance |
| **DX348** | | LSGT Gas Co., LLC Trial Balance |
| **DX367** | | ECD EPD ENS TU PUR Distribution |
| **DX370** | | ENS Journal Entry Spreadsheet |
| **DX371** | | ENS Journal Entry Spreadsheet |
| **DX372** | | ENS Journal Entry Spreadsheet |

6

| | | |
|---|---|---|
| **DX373** | | ENS Journal Entry Spreadsheet |
| **DX374** | | ENS Journal Entry Spreadsheet |
| **DX375** | | ENS Journal Entry Spreadsheet |
| **DX376** | | ENS Journal Entry Spreadsheet |
| **DX377** | | ENS Journal Entry Spreadsheet |
| **DX378** | | ENS Journal Entry Spreadsheet |
| **DX379** | | ENS Journal Entry Spreadsheet |
| **DX380** | | ENS Journal Entry Spreadsheet |
| **DX381** | | ENS Journal Entry Spreadsheet |
| **DX382** | | ENS Transactions Query (1998-2015) |
| **DX383** | | Assets and Liabilities Summary Draft Presentation, dated September 2014 |
| **DX384** | | Email from S. Dore to C. Sieving |
| **DX390** | | EFH Estimation of EECI, Inc. Asbestos Liabilities as of June 30, 2016 |
| **DX402** | | LSGT Sacroc (EPD) Advances to Affiliate LSGT Gas (ENS) |
| **DX403** | | ENS Journal Entry Spreadsheet |
| **DX404** | | EPD Journal Entry Spreadsheet |
| **DX405** | | Money Pool Analysis for ENS |
| **DX418** | | EFH System Money Pool Policy - all EFH Business Units (excluding Oncor) |
| **DX419** | | Texas Utilities System Money Pool Guidelines |
| **DX420** | | TXU System Money Pool Guidelines |
| **DX421** | | TXU System Money Pool Guidelines |
| **DX422** | | TXU System Money Pool Guidelines |
| **DX423** | | TXU System Money Pool Guidelines |
| **DX424** | | TXU System Money Pool Guidelines |

RLF1 17314766v.1

| | | |
|---|---|---|
| **DX425** | | TXU System Money Pool Guidelines |
| **DX426** | | TXU System Money Pool Guidelines |
| **DX427** | | EFH System Money Pool Policy - all EFH Competitive Business Units (excluding Oncor) |
| **DX428** | | EFH System Money Pool Policy - all EFH Competitive Business Unites |
| **DX433** | | Generating History of Ebasco |
| **DX435** | | EFH Claims Extract - Asbestos E-Side |
| **DX436** | | E-Side Claims History |
| **DX459** | | SEC 2015 Form 10-K for Consolidated Edison, Inc. |
| **DX460** | | SEC 2016 Q2 Form 10-Q for Consolidated Edison, Inc. |
| **DX461** | | SEC 2015 Form 10-K for Eversource Energy |
| **DX462** | | SEC 2016 Q2 Form 10-Q for Eversource Energy |
| **DX463** | | NextEra Energy Press Release - NextEra Energy reports 2014 fourth-quarter and full-year financial results |
| **DX464** | | NextEra Energy Press Release - NextEra Energy reports 2015 fourth-quarter and full-year financial results |
| **DX465** | | SEC 2015 Form 10-K for NextEra Energy |
| **DX478** | | Project Lone Star - 2L DIP Sources and Uses |
| **DX479** | | June 16, 2014 EFIH/EFH - EFIH 2nd Lien DIP Proposals Presentation |
| **DX480** | | Email from M. Roitman to EFH, K&E attach Redline to Exhibit A to Term Sheet for Acquisition |
| **DX481** | | Email from T. Horton to NextEra, Chadbourne attach Redline of Term Sheet for Acquisition |
| **DX482** | | Email from T. Watson to K&E, Evercore, DDAs attach Cover Letter, Redline to Agreement and Plan of Merger |
| **DX483** | | Email from V. Nunn to Credit Suisse, NextEra, Chadbourne attach Redline to Agreement and Plan of Merger |

| DX484 | | Email from A. Meek to NextEra, Chadbourne attach Redline of Term Sheet for Acquisition |
|---|---|---|
| DX485 | | Email from V. Nunn to Chadbourne attach Redline to Agreement and Plan of Merger |
| DX487 | | Email from V. Nunn re EFH - Revised Bids attach K&E Redline to Agreement and Plan of Merger |
| DX488 | | Email from A. Masud to K&E, Evercore attach Bid Letter and Term Sheet |
| DX489 | | Email from T. Watson to K&E, Evercore attach Redline to Agreement and Plan of Merger |
| DX490 | | Letter from NEE to EFIH Board of Directors |
| DX491 | | Email from M. Hickson to EFH, K&E attach Redline to Exhibit A to Term Sheet for Acquisiton |
| DX494 | | Plan Support Termination Notice |
| DX501 | | Email from W. Greason to EFH, K&E attach Draft Merger Agreement |
| DX504 | | Email from P. Keglevic to T. Horton forwarding NextEra Revised Bid Letter |
| DX505 | | Email from V. Nunn to T. Horton, P. Keglevic re NEE Documents attach Chadbourne Draft of Agreement and Plan of Merger |
| DX506 | | Email from S. Dore to K&E, EFH forwarding NEE Bid Letter and Term Sheet |
| DX510 | | Email from C. Sieving to EFH, K&E attach Redline to Draft Merger Agreement |
| DX511 | | Email from W. Greason to EFH, K&E attach 9848868v6_Merger Agreement Consideration version - 9848868v8_Merger Agreement |
| DX513 | | Email from W. Grearson to EFH, K&E, Chadbourne, NEE re EFH - Merger Agreement - Revised Draft attach Chadbourne Redline to Agreement and Plan of Merger |
| DX514 | | Email from W. Greason re EFH - Merger Agreement - Revised Draft attach Chadbourn Redline to Agreement and Plan of Merger |
| DX515 | | Email from V. Nunn re EFH - Merger Agreement - Revised Draft attach K&E Redline to Agreement and Plan of Merger |

9

| DX516 | Email from W. Grearson to EFH, K&E re EFH - Merger Agreement - Revised Draft |
|---|---|
| DX517 | Email from V. Nunn to NextEra, Chadbourne attach Merger Agreement |
| DX519 | Email from C. Sieving to V. Nunn re EFH - NEE - Open Issues attach Clean and Redline Section 6 Fiduciary Out Provision |
| DX542 | Email from A. Yenamandra to Chadbourne, NextEra |
| DX552 | Email from A. Rosenblatt to A. Yenamandra attach EFIH Forbearance |
| DX553 | Email from A. Yenamandra to P. Anker attach EFIH Principal |
| DX556 | Email from A. Yenamandra to J. Brody attach EFIH Draft Term Sheet |
| DX557 | Email from A. Yenamandra to P. Anker attach EFIH Term Sheet |
| DX564 | Email from C. Husnick to S. Alberino attach EFIH Term Sheet |
| DX569 | Email from N. Moss to S. Alberino attach Redline - EFIH PIK Term Sheet |
| DX571 | Email from S. Alberino to A. Yenamandra |
| DX573 | Email from S. Alberino to C. Husnick |
| DX631 | Email from A. Yenamandra to C. Eisenhut attach PIK PSA - Execution Version |
| DX659 | June 16, 2014 Second Lien DIP Facility Board Deck |
| DX660 | Letter from NEE to P. Keglevic re Second Lien Debtor-in-Possession Financing Proposal for Energy Future Intermediate Holding Company LLC |
| DX661 | Proposed Second Lien DIP Facility - Key Terms |
| DX662 | Proposed Second Lien DIP Facility - Key Terms |
| DX663 | June 29, 2014 Second Lien DIP Facility Board Deck |
| DX664 | June 17, 2014 RSA Status and NextEra Proposal Board Deck |
| DX668 | EFIH and EFIH Finance 11% Unsecured 2L Notes Due 2021 |

| | | |
|---|---|---|
| **DX670** | | Order by the Public Utility Commission of Texas re Joint Report and Application of Oncor, Ovation Acquisition, and Shary Holdings for Regulatory Approvals (PUCT Dkt. 45188, No. 671) |
| **DX679** | | CA3 Opinion |
| **DX681** | | Seventh Amended Joint Plan |
| **NX013** | | Letter from Jim Robo to John Young re: "Energy Future Holdings Corp." and attached Term Sheet |
| **NX014** | | Letter from Jim Robo to John Young re: "Energy Future Holdings Corp." and attached Term Sheet |
| **NX015** | | Email from William Greason to Andrew Calder and Stacey Dore re: "Confidential," and attached draft Merger Agreement |
| **NX016** | | Email from Veronica Nunn to Chadbourne re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| **NX017** | | Email from William Greason to Kirkland and EFH re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| **NX018** | | Email from Andrew Rosenblatt to Kirkland re: "EFH-NEE Plan Support Agreement and Plan of Reorganization – Revised Drafts [Confidential]," and attached redline to draft Plan |
| **NX019** | | Email from Veronica Nunn to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| **NX020** | | Email from William Greason to Kirkland and EFH re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| **NX021** | | Email from Veronica Nunn to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| **NX022** | | Email from William Greason to Kirkland and EFH re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| **NX023** | | Email from Veronica Nunn to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |

RLF1 17314766v.1

| NX024 | | Email from William Greason to Kirkland and EFH re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
|---|---|---|
| NX025 | | Email from William Greason to Kirkland and EFH re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX026 | | Email from Veronica Nunn to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX027 | | Email from William Greason to Kirkland and EFH re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX028 | | Email from Andrew Calder to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft" |
| NX029 | | Email from Veronica Nunn to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX030 | | Email from William Greason to Kirkland and EFH re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX031 | | Email from William Greason to Andrew Calder re: "Change to Merger Agreement," and attached redline to excerpt from draft Merger Agreement |
| NX032 | | Email from Anthony Sexton to William Cavanagh re: "NOLs/Preferred stock gain," and attached Excel spreadsheet named "EFH – NOL at Emergence 7-5-16 summary.xlsx" |
| NX033 | | Email from Charles Sieving to Veronica Nunn re: "EFH – NEE – Open Issues," and attached excerpt from draft Merger Agreement and redline to excerpt from draft Merger Agreement |
| NX034 | | Email from Charles Sieving to Veronica Nunn re: "EFH – NEE – Open Issues," and attached excerpt from draft Merger Agreement and redline to excerpt from draft Merger Agreement |
| NX035 | | Email from Veronica Nunn to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX036 | | Email from William Greason to Kirkland and EFH re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |

RLF1 17314766v.1

| NX037 | | Email from John Pitts to William Greason re: "Ticking fee date," and attached redline to draft Merger Agreement |
| NX038 | | Email from John Pitts to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX039 | | Email from Anthony Sexton to William Cavanagh and William Greason re: "Merger Agreement," and attached draft Merger Agreement |
| NX040 | | Email from John Pitts to William Greason re: "Andy Wright Changes," and attached handwritten comments to draft Merger Agreement |
| NX041 | | Email from John Pitts to William Greason re: "EFH – NEE – Merger Agreement (KE Draft 7-27-16_(41885973_31).DOCX," and attached draft Merger Agreement |
| NX042 | | Email from John Pitts to William Greason re: "EFH – NEE – Merger Agreement (KE Draft 7-27-16_(41885973_31).docx," and attached draft Merger Agreement |
| NX043 | | Email from Marjorie Glover to Jeff Walker and Jeffrey Quinn re: "my mobile," and attached redline to draft Merger Agreement |
| NX044 | | Email from William Greason to Kirkland and EFH re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX045 | | Email from John Pitts to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX046 | | Email from John Pitts to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX047 | | Email from Veronica Nunn to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to draft Merger Agreement |
| NX048 | | Email from Veronica Nunn to Chadbourne and NextEra re: "EFH – Merger Agreement – Revised Draft," and attached redline to excerpt from draft Merger Agreement |
| NX049 | | Email from William Greason to Kirkland and EFH re: "EFH – Merger Agreement – Revised Draft" |

RLF1 17314766v.1

| | | |
|---|---|---|
| **NX050** | | Email from William Greason to Kirkland and EFH re: "EFH – NEE – Final Documents" |
| **NX051** | | Email from Anthony Horton to Mark Hickson re: "Asbestos Liability Actuarial Valuation," and attached Aon Risk Solutions report titled "Estimation of EECI, Inc. Asbestos Liabilities" |
| **NX053** | | Ovation Acquisition I, L.L.C., Ovation Acquisition II, L.L.C., and Shary Holdings, L.L.C.'s Emergency Request for Enforcement of the Protective Order |
| **NX057** | | Limited Forbearance Agreement |
| **NX058** | | Email from Andrew Rosenblatt to Aparna Yenamandra re: "Execution Version of Limited Forbearance Agreement" |
| **NX060** | | Order No. 11, Ruling on Ovation Acquisition I, L.L.C., Ovation Acquisition II, L.L.C., and Shary Holdings, L.L.C.'s Objections and Motion to Strike |
| **NX061** | | Order re: Joint Report and Application of Oncor Electric Delivery Company LLC, Ovation Acquisition I, LLC, Ovation Acquisition II, LLC, and Shary Holdings, LLC, for Regulatory Approvals Pursuant to PURA §§ 14.101, 37.154, 39.262(l)-(m), and 39.915 |

RLF1 17314766v.1