# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM NOTICES

PLEASE TAKE NOTICE that Brya M. Keilson, Esquire is hereby withdrawn as counsel of record for York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, Mudrick Capital Management, L.P., and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise ("Non-Settling EFIH PIK Noteholders")*,* in the above-captioned cases. It is respectfully requested that Brya M. Keilson also be removed from all paper and electronic notices sent to: Gellert Scali Busenkell & Brown, LLC, 1201 N. Orange Street, Suite 300, Wilmington, DE 19801; bkeilson@gsbblaw.com. Michael Busenkell, Esq., will continue to represent Non-Settling EFIK PIK Noteholders.

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

BY: */s/ Michael Busenkell*

Dated: March 31, 2017

Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: 302-425-5800
Fax: 302-425-5814
mbusenkell@gsbblaw.com