**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| DELAWARE TRUST COMPANY, as INDENTURE TRUSTEE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC.,<br><br>　　　　　　　Defendants. | Adversary Proceeding<br>No. 14-50363 (CSS) |

**NOTICE OF CHANGE OF FIRM NAME**

TO:　THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　**PLEASE TAKE NOTICE** that Kasowitz, Benson, Torres & Friedman LLP has changed its name to Kasowitz Benson Torres LLP.  The firm and its lawyers' addresses, e-mail addresses, phone numbers, and fax numbers have not been affected by this change.  Please take notice of this change and update your records accordingly.

[Remainder of page intentionally left blank]

Dated: March 31, 2017
       New York, New York

                                      Respectfully submitted,

                                      HOGAN♦McDANIEL

                                      By: */s/ Garvan F. McDaniel*
                                      Garvan F. McDaniel (DE Bar #4167)
                                      1311 Delaware Avenue
                                      Wilmington, Delaware 19806
                                      Telephone:  (302) 656-7540
                                      Facsimile:  (302) 656-7599

                                      KASOWITZ BENSON TORRES LLP
                                      David S. Rosner, Esq.
                                      1633 Broadway
                                      New York, New York 10019
                                      Telephone:  (212) 506-1700
                                      Facsimile:  (212) 506-1800
                                      Email: DRosner@kasowitz.com