# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 46.7 | $38,527.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 128.1 | $73,657.50 |
| Zachary I. Shapiro | Counsel | 2008 | Bankruptcy | $560 | 1.9 | $1,064.00 |
| Amanda R. Steele | Associate | 2010 | Bankruptcy | $530 | 0.1 | $53.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 17.9 | $7,339.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $385 | 21.5 | $8,277.50 |
| Christopher M. DeLillo | Associate | 2017 | Bankruptcy | $320 | 16.3 | $5,216.00 |
| David T. Queroli | Associate | 2016 | Bankruptcy | $320 | 10.4 | $3,328.00 |
| Katherine M. Devanney | Associate | 2017 | Bankruptcy | $320 | 10.0 | $3,200.00 |
| Megan E. Kenney | Associate | N/A | Bankruptcy | $320 | 7.1 | $2,272.00 |
| **Total** | | | | | **260.0** | **$142,934.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $250 | 90.0 | $22,500.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $250 | 12.5 | $3,125.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $250 | 9.3 | $2,325.00 |
| Caroline E. Dougherty | Paralegal | 2 | Bankruptcy | $250 | 2.0 | $500.00 |
| Cynthia McMenamin | Paralegal | 2 | Bankruptcy | $250 | 6.0 | $1,500.00 |
| M. Lynzy McGee | Paralegal | 1 | Bankruptcy | $250 | 8.1 | $2,025.00 |
| Daniel D. White | Tech Support | 11 | MIS | $260 | 48.9 | $12,714.00 |
| Carlos B Terreforte | Tech Support | 2 | MIS | $245 | 12.2 | $2,989.00 |
| Tesia S. Smith | Case Management Assistant | 1 | Bankruptcy | $135 | 44.7 | $6,034.50 |
| **Total** | | | | | **233.7** | **$53,712.50** |
| | | | | **Total Fees** | | **$196,647.00** |