# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $1,772.74 |
| Conference Calling | $38.38 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $106.38 |
| Electronic Legal Research | $4.83 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $33.54 |
| Messenger and Delivery Service | $258.77 |
| Overtime | $574.59 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $1,000.79 |
| Postage | $13.99 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $110.43 |
| **Total:** | **$3,914.44** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $279.91 |
| Conference Calling | $6.06 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $16.80 |
| Electronic Legal Research | $0.76 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $5.30 |
| Messenger and Delivery Service | $40.86 |
| Overtime | $90.72 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $158.02 |
| Postage | $2.21 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $17.44 |
| **Total:** | **$618.08** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $7,277.55 |
| Conference Calling | $157.56 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $436.72 |
| Electronic Legal Research | $19.81 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $137.69 |
| Messenger and Delivery Service | $1,062.34 |
| Overtime | $2,358.84 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $4,108.48 |
| Postage | $57.43 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $453.34 |
| **Total:** | **$16,069.76** |