# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 1/26/2017 | Manhattan Bagel | Breakfast | 8 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 1/26/17 hearing (supplemental food order due to number of attendees) | $13.75 | $110.00 |
| 2/2/2017 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of plan supplement and initial E-Side plan process pre-trial order | $9.64 | $9.64 |
| 2/8/2017 | Iron Hill Brewery | Dinner | 2 | Working meal for RL&F team members in connection with after-hours preparation and filing of notice of filing of joint stipulated final E-Side plan process pre-trial order | $17.66 | $35.31 |
| 2/12/2017 | Food for Thought | Breakfast | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 2/13/17 hearing | $11.64 | $349.00 |
| 2/12/2017 | Cosi | Lunch | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 2/13/17 hearing | $22.90 | $686.74 |
| 2/12/2017 | Food for Thought | Dinner | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 2/13/17 hearing | $11.64 | $349.00 |
| 2/13/2017 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in | $20.84 | $625.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | connection with 2/13/17 hearing | | |
| 2/13/2017 | Purebread | Lunch | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 2/13/17 hearing | $15.61 | $468.25 |
| 2/13/2017 | Rodney Grille | Drinks | 11 | Refreshments for visiting co-counsel, client representatives, and other estate professionals in connection with 2/13/17 hearing | $1.79 | $19.69 |
| 2/14/2017 | Manhattan Bagel | Breakfast | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $13.50 | $405.00 |
| 2/14/2017 | Qdoba | Lunch | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $13.00 | $390.00 |
| 2/14/2017 | The Meat House | Dinner | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $15.25 | $457.48 |
| 2/14/2017 | Acme | Snacks/ Drinks | 10 | Refreshments for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $8.76 | $87.63 |
| 2/14/2017 | Shoprite | Snacks/ Drinks | 20 | Refreshments for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $8.80 | $175.86 |
| 2/15/2017 | Rodney Grille | Breakfast | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $21.97 | $659.10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/15/2017 | Sherm's Catering | Lunch | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $20.00 | $600.00 |
| 2/15/2017 | Cavanaugh's | Dinner | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $21.33 | $640.00 |
| 2/16/2017 | Urban Café | Breakfast | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $20.83 | $625.00 |
| 2/16/2017 | Panera Bread | Lunch | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $14.27 | $427.96 |
| 2/16/2017 | Sherm's Catering | Dinner | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $12.00 | $360.00 |
| 2/16/2017 | Sherm's Catering | Breakfast | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $15.33 | $460.00 |
| 2/17/2017 | Sugarfoot | Lunch | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $31.00 | $930.05 |
| 2/21/2017 | Iron Hill Brewery | Dinner | 1 | Working meal for RL&F team member (attorney) in connection with after-hours preparation and filing of objection in Third Circuit Stewart appeal | $32.28 | $32.28 |
| 2/21/2017 | Dimeo's Pizzaiuoli | Dinner | 1 | Working meal for RL&F team member (paralegal) in connection with after-hours preparation and filing of | $20.13 | $20.13 |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | objection in Third Circuit Stewart appeal | | |
| 2/21/2017 | W.B. Mason Co. Inc. | Snacks/ Drinks | 30 | Refreshments for visiting co-counsel, client representatives, and other estate professionals in connection with confirmation hearing | $12.65 | $379.55 |
| 2/24/2017 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing of objection to Internal Revenue Service claims and forty-fourth and forty-fifth omnibus objections to certain claims | $27.52 | $27.52 |
| **TOTALS** | | | | | | **$9,330.19** |

4