# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                              **Case No.:**14–10979–CSS

Energy Future Holdings Corp.
                                                        **Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_Una O'Boyle_

Una O'Boyle, Clerk of Court


Date: 3/29/17
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                      Case No. 14-10979-CSS
Energy Future Holdings Corp.                                Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: JudyF        Page 1 of 24        Date Rcvd: Mar 29, 2017
                           Form ID: van440     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
aty           +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
               U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty           +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
               844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519
cr            +David Joyner,   Harris County Sheriff's Office Jail,   701 N. San Jacinto #7B1,
               Houston, TX 77002-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
          Aaron C Baker   on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
          Aaron C Baker   on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
          Aaron H Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
          capacity as successor Indenture Trustee AStulman@ashby-geddes.com
          Adam  Hiller   on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
          Adam  Hiller   on behalf of Interested Party   Steag Energy Services, Inc. ahiller@hillerarban.com
          Adam  Hiller   on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
          Adam G. Landis   on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
          Holdings, Inc. landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
          Albert Kass   on behalf of Interested Party   Kurtzman Carson Consultants LLC
          ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
          Alessandra Glorioso   on behalf of Creditor   U.S. Bank National Association
          glorioso.alessandra@dorsey.com
          Alexa Kranzley   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
          of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
          Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
          Alison R. Ashmore   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
          aashmore@dykema.com
          Allison R Axenrod   on behalf of Creditor   Claims Recovery Group LLC
          allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy;notices@claimsrecoveryllc.com
          Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
          Amy  Baudler   on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com,
          gpurdue@purduelaw.com;kim@purduelaw.com
          Ana  Chilingarishvili   on behalf of Creditor   U.S. Bank National Association
          ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz   on behalf of U.S. Trustee   U.S. Trustee andrea.b.schwartz@usdoj.gov
          Andrea Stone Hartley   on behalf of Creditor   Siemens Energy, Inc. f/k/a Siemens Power
          Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Andrew  Dean   on behalf of Debtor   Energy Future Holdings Corp. dean@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Andrew Dietderich   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
          Andrew Glenn Devore   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Andrew K Glenn   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
          aglenn@kasowitz.com
          Andrew L Magaziner   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
          Creditors bankfilings@ycst.com
          Andrew R. Remming   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG
          Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
          rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
          Angela Ferrante   on behalf of Claims Agent   Garden City Group, LLC
          debra.wolther@gardencitygroup.com,  PACERteam@gardencitygroup.com
          Ann M Kashishian   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
          akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
          Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian   on behalf of Attorney   Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
          dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Anna  Grace   on behalf of Creditor   UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
          eastern.taxcivil@usdoj.gov
          Arlene Rene Alves   on behalf of Interested Party   Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram   on behalf of Interested Party   Texas Commission on Environmental Quality
          ashley.bartram@texasattorneygeneral.gov
          Ashley F. Bartram   on behalf of Interested Party   Public Utility Commission of Texas
          ashley.bartram@texasattorneygeneral.gov
          Ashley F. Bartram   on behalf of Interested Party   Railroad Commission of Texas
          ashley.bartram@texasattorneygeneral.gov
          Ashley Robert Altschuler   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com
          Ashley Robert Altschuler   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com
          Barry G. Felder   on behalf of Creditor   UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          bgfelder@foley.com
          Barry M. Klayman   on behalf of Interested Party   J Aron & Company bklayman@cozen.com
          Benjamin Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin Finestone   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
          benjaminfinestone@quinnemanuel.com
          Benjamin Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin Stewart   on behalf of Creditor   Pinnacle Technical Resources, Inc.
          bstewart@baileybrauer.com
          Benjamin J. Schladweiler   on behalf of Defendant   Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
          Benjamin J. Schladweiler   on behalf of Defendant   Angelo Gordon & Co., LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
          Benjamin J. Schladweiler   on behalf of Creditor   Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
          Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
          Benjamin J. Schladweiler   on behalf of Defendant   Apollo Advisors VII, L.P.
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
          Benjamin J. Schladweiler   on behalf of Interested Party   Titan Investment Holdings LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
          Benjamin J. Schladweiler   on behalf of Creditor   Apollo Advisors VII, L.P.
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;nmozal@ramllp.com;jsullivan@ramllp.com
          Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC
          bconaway@cohenseglias.com,  bconaway@cohenseglias.com
          Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
          bjohnson@fisherboyd.com
          Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
          Bradley R. Aronstam   on behalf of Other Prof.   Longhorn Capital GS L.P. baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
          iatkowski@ramllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Bradley R. Aronstam    on behalf of Defendant    Angelo Gordon & Co., LP baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
               iatkowski@ramllp.com
              Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
               baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
               iatkowski@ramllp.com
              Bradley R. Aronstam    on behalf of Creditor    Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
               iatkowski@ramllp.com
              Bradley R. Aronstam    on behalf of Defendant    Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
               iatkowski@ramllp.com
              Bradley R. Aronstam    on behalf of Creditor    Angelo Gordon & Co., LP baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
               iatkowski@ramllp.com
              Bradley R. Aronstam    on behalf of Defendant    Apollo Advisors VII, L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
               iatkowski@ramllp.com
              Bradley R. Aronstam    on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;nmozal@ramllp.com;dkrech@ramllp.com;ckw
               iatkowski@ramllp.com
              Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
               Creditors BMiller@mofo.com,  brett-miller-1388@ecf.pacerpro.com
              Brian  Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com
              Brian  Schartz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               bschartz@kirkland.com
              Brian  Tong    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
              Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
               bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
              Brian L. Arban    on behalf of Attorney Brian  Arban barban@hillerarban.com
              Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
               bkasprzak@moodklaw.com
              Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
               jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
               ;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com
              Brian W. Hockett    on behalf of Creditor    Accenture LLP bhockett@thompsoncoburn.com
              Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
               mcavenaugh@jw.com
              Brya M. Keilson    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK Noteholders
               comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P.,
               Polygon Convertible Opportunity Master Fund, Polygon D bkeilson@gsbblaw.com
              Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
               CCB@stevenslee.com
              Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
               kboucher@gklaw.com;pbrellenthin@gklaw.com
              Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
              Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
               chusnick@kirkland.com
              Chantelle D'nae McClamb    on behalf of Interested Party    Simeio Solutions, Inc.
               mcclambc@ballardspahr.com
              Charles J. Brown    on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
               dabernathy@archerlaw.com
              Charles J. Brown    on behalf of Interested Party    Emerson Network Power Liebert Services
               cbrown@gsbblaw.com,  dabernathy@archerlaw.com
              Chester B. Salomon    on behalf of Creditor    Securitas Security Services USA, Inc.
               csalomon@beckerglynn.com,  saltreuter@beckerglynn.com;hhill@beckerglynn.com
              Christopher  Fong    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
               cfong@nixonpeabody.com
              Christopher A. Ward    on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
               LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward    on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
               LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward    on behalf of Interested Party    The Official Committee of TCEH Unsecured
               Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward    on behalf of Financial Advisor    FTI Consulting, Inc. cward@polsinelli.com,
               LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of TCEH Unsecured
               Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher B. Mosley    on behalf of Creditor    City of Fort Worth
               Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
              Christopher L. Carter    on behalf of Creditor    Pacific Investment Management Co. LLC
               christopher.carter@morganlewis.com,  julia.frost-davies@morganlewis.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher M Hayes    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
              Christopher.hayes@kirkland.com
          Christopher Page Simon    on behalf of Interested Party    American Stock Transfer & Trust Company
              LLC csimon@crosslaw.com,    smacdonald@crosslaw.com
          Christopher R. Belmonte    on behalf of Interested Party    Moody's Analytics, Inc.
              cbelmonte@ssbb.com,    pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Clark T. Whitmore    on behalf of Creditor    U.S. Bank National Association
              clark.whitmore@maslon.com
          Colin R. Robinson    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
              crobinson@pszjlaw.com
          Corby Davin Boldissar    on behalf of Interested Party    BP America Production Company
              dboldissar@lockelord.com
          Curtis A Hehn    on behalf of Interested Party    Somervell County Central Appraisal District
              curtishehn@comcast.net
          D. Ross Martin    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee rmartin@ropesgray.com
          Daniel A. Fliman    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
              dfliman@kasowitz.com
          Daniel A. O'Brien    on behalf of Creditor    Pacific Investment Management Co. LLC
              daobrien@venable.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Trading California Company
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Valley NG Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Solutions Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown 3 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Finance (No. 2) Holdings Company
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Pipeline Company, Inc.
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Southwestern Electric Service Company, Inc.
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Generation Development Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Energy Industries Company, Inc.
              rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    NCA Resources Development Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Big Brown Mining Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Company RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Daniel J. DeFranceschi   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Lake Creek 3 Power Company LLC
           defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Electric Company, Inc.
           RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
           defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Renewables Company LLC
           defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH Australia (No. 2) Holdings Company
           RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mineral Development Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Energy Company, Inc.
           defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
           rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    LSGT Gas Company LLC defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU SEM Company rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    NCA Development Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EECI, Inc. RBGroup@rlf.com
          Daniel K Bearden   on behalf of Creditor   Carrollton-Farmers Branch ISD bearden@txschoollaw.com,
           coston@txschoollaw.com
          Daniel R. Astin   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
           jmcmahon@ciardilaw.com
          Daniel R. Astin   on behalf of Creditor   Atmos Energy Corporation dastin@ciardilaw.com,
           jmcmahon@ciardilaw.com
          Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com, keharvey@dkhogan.com,
           gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party  PI Law Firms dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
           the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com, keharvey@dkhogan.com,
           gdurstein@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
           keharvey@dkhogan.com,gdurstein@dkhogan.com
          Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Daniel S. Shamah    on behalf of Creditor    Brookfield Asset Management Private Institutional
 Capital Adviser (Canada), L.P. dshamah@omm.com
Daniel S. Shamah    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
 Administrative Agent dshamah@omm.com
Daniel S. Shamah    on behalf of Creditor    Apollo Advisors VII, L.P. dshamah@omm.com
Daniel S. Shamah    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as
 First Lien Administrative Agent dshamah@omm.com
Daniel Stephen Smith    on behalf of Interested Party    United States on behalf of Environmental
 Protection Agency dan.smith2@usdoj.gov,    efile_ees.enrd@usdoj.gov
Danielle M. Audette    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
 jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
 daudette@whitecase.com,    jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
Danielle Marie Audette    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
 daudette@whitecase.com,    jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
David  Neier    on behalf of Creditor    Chicago Bridge & Iron Company N.V. dneier@winston.com,
 dcunsolo@winston.com
David B. Anthony    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
 danthony@bergerharris.com
David B. Anthony    on behalf of Plaintiff    GSO Capital Partners LP danthony@bergerharris.com
David B. Anthony    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
 danthony@bergerharris.com
David B. Anthony    on behalf of Plaintiff    Third Avenue Management LLC danthony@bergerharris.com
David B. Anthony    on behalf of Plaintiff    Avenue Capital Management II, LP
 danthony@bergerharris.com
David Daniel Farrell    on behalf of Creditor    Martin Engineering Company
 dfarrell@thompsoncoburn.com
David Edward Leta    on behalf of Creditor    Headwaters Resources, Inc. dleta@swlaw.com,
 wkalawaia@swlaw.com
David G. Aelvoet    on behalf of Creditor    Ector CAD davida@publicans.com
David M. Klauder    on behalf of Financial Advisor    SOLIC Capital Advisors, LLC
 dklauder@bk-legal.com
David M. Klauder    on behalf of Debtor    Energy Future Holdings Corp. dklauder@bk-legal.com
David N. Deaconson    on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
David P. Primack    on behalf of Other Prof.    Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
 sshidner@mdmc-law.com;smullen@mdmc-law.com
David P. Primack    on behalf of Financial Advisor    Greenhill & Co., LLC dprimack@mdmc-law.com,
 sshidner@mdmc-law.com;smullen@mdmc-law.com
David P. Primack    on behalf of Interested Party    TCEH Debtors dprimack@mdmc-law.com,
 sshidner@mdmc-law.com;smullen@mdmc-law.com
David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
 dprimack@mdmc-law.com,    sshidner@mdmc-law.com;smullen@mdmc-law.com
David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
 LLC dprimack@mdmc-law.com,    sshidner@mdmc-law.com;smullen@mdmc-law.com
David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
 nAmamoo@kasowitz.com;courtnotices@kasowitz.com
David W. Carickhoff    on behalf of Interested Party Allen  Shrode dcarickhoff@archerlaw.com,
 de20@ecfcbis.com
Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
 Creditors of Energy Future Holdings Corps., Energy Future Intermediate Holding Company, LLC, EFIH
 Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
 keith-mangan-mmwr-1628@ecf.pacerpro.com
Dennis  Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@milbank.com
Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
 indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
 rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
 L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
 rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
 Partnership dabbott@mnat.com,    rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
 amador.desiree@pbgc.gov,    efile@pbgc.gov
Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
Duane David Werb    on behalf of Creditor    BWM Services, LP
 maustria@werbsullivan.com;riorii@werbsullivan.com
Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
 maustria@werbsullivan.com;riorii@werbsullivan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Eboney  Cobb   on behalf of Creditor   Somervell County et al ecobb@pbfcm.com,
          rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
          Edward O. Sassower   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha
          .hwangpo@kirkland.com;patrick.venter@kirkland.com
          Edward O. Sassower   on behalf of Debtor   Energy Future Holdings Corp.
          steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha
          .hwangpo@kirkland.com;patrick.venter@kirkland.com
          Edwin Kevin Camson   camson@drumcapital.com
          Elihu Ezekiel Allinson, III   on behalf of Creditor   Henry Pratt Company, LLC
          ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth  Banda Calvo   on behalf of Creditor   Somervell County et al rgleason@pbfcm.com,
          ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor   Richardson ISD, Crowley ISD rgleason@pbfcm.com,
          ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen  Slights   on behalf of Creditor   United States/USAO usade.ecfbankruptcy@usdoj.gov
          Ellen M. Halstead   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
          ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen M. Halstead   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
          ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
          Eric Christopher Daucher   on behalf of Creditor   NextEra Energy Resources, LLC
          edaucher@chadbourne.com
          Erica J. Richards   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors erichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
          Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
          eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
          Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
          kboucher@gklaw.com;kknitter@gklaw.com;pbrellenthin@gklaw.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
          Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
          Equity Interests in Energy Future Holdings Corp. efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
          Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
          L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Erin R Fay   on behalf of Interested Party   Interest Holders efay@mnat.com,
          aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
          Evan  Rassman   on behalf of Creditor   Knife River Corporation-South erassman@gsbblaw.com
          Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
          jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;badams@milbank.com;bzucco@milbank.com;m
          price@milbank.com;aleblanc@milbank.com
          Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
          Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
          lmorton@bayardlaw.com;lstewart@bayardlaw.com
          Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
          csmith@fgllp.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Corporation
          frank.monaco@gavinsolmonese.com,  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   American Equipment Company Inc.
          frank.monaco@gavinsolmonese.com,  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   AMECO Inc.
          frank.monaco@gavinsolmonese.com,  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Enterprises Inc.
          frank.monaco@gavinsolmonese.com,  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Global Services
          frank.monaco@gavinsolmonese.com,  kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
          Frederick B. Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
          rosner@teamrosner.com
          G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
          Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
          alexbongartz@paulhastings.com
          Garden City Group, LLC   PACERTeam@gardencitygroup.com
          Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
          gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
          gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
          George  Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
          Lien Administrative Agent gdavis@omm.com
          George  Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
          George  Davis   on behalf of Defendant   Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. gdavis@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          George Davis   on behalf of Defendant    Apollo Advisors VII, L.P. gdavis@omm.com
          George Davis   on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
          Administrative Agent gdavis@omm.com
          George Davis   on behalf of Defendant    Angelo Gordon & Co., LP gdavis@omm.com
          Gerrit M. Pronske   on behalf of Creditor    Pallas Realty Advisors, Inc. gpronske@pgkpc.com
          GianClaudio Finizio   on behalf of Interested Party    Delaware Trust Company, as TCEH First Lien
          Indenture Trustee gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          GianClaudio Finizio   on behalf of Interested Party    Delaware Trust Company
          gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          GianClaudio Finizio   on behalf of Interested Party    CSC Trust Company of Delaware, as
          Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          GianClaudio Finizio   on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien
          Indenture Trustee gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          GianClaudio Finizio   on behalf of Interested Party    Delaware Trust Company as Successor
          Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Gilbert R. Saydah, Jr.   on behalf of Creditor    CSC Trust Company of Delaware, Proposed
          Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
          Gregory A. Taylor   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
          capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
          Gregory A. Taylor   on behalf of Interested Party    Ad Hoc Committee of TCEH Second Lien
          Noteholders gtaylor@ashby-geddes.com
          Gregory M. Starner   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders ,
          jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
          artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
          Gregory M. Weinstein   on behalf of Creditor    Mario Sinacola & Sons Excavating, Inc.
          gweinstein@weinrad.com,  mbowers@weinrad.com;wphillips@weinrad.com
          Gregory Michael Starner   on behalf of Creditor    Law Debenture Trust Company of New York, in its
          capacity as Indenture Trustee gstarner@whitecase.com,
          jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
          artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
          om
          Gregory Michael Starner   on behalf of Intervenor    Ovation Acquisition II, L.L.C.
          gstarner@whitecase.com,
          jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
          artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
          om
          Gregory Michael Starner   on behalf of Intervenor    Ovation Acquisition I, L.L.C.
          gstarner@whitecase.com,
          jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
          artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
          om
          Gregory T. Donilon   on behalf of Creditor    Automatic Systems, Inc. gdonilon@pwujlaw.com
          Hal F. Morris   on behalf of Interested Party    Texas Commission on Environmental Quality
          hal.morris@texasattorneygeneral.gov
          Hal F. Morris   on behalf of Interested Party    Public Utility Commission of Texas
          hal.morris@texasattorneygeneral.gov
          Hal F. Morris   on behalf of Interested Party    Railroad Commission of Texas
          hal.morris@texasattorneygeneral.gov
          Helen Elizabeth Weller   on behalf of Creditor    Northwest ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Northeast TX Comm Coll Dist
          dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Walnut Springs ISD
          dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
          evelyn.palmer@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
              dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
              evelyn.palmer@lgbs.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Helen Elizabeth Weller   on behalf of Creditor   City of Stephenville
           dallas.bankruptcy@publicans.com,  evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Van Zandt CAD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Hunt County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of malakoff dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Hood CAD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   McLennan County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   City of Corinth dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Cisco ISD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Round Rock ISD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Wise CAD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Cayuga isd dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Grayson County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Jack County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Ector CAD dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Howard A. Cohen   on behalf of Interested Party   CITIBANK, N.A. hcohen@gibbonslaw.com
          Howard R. Hawkins, Jr.   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
           howard.hawkins@cwt.com,  nyecfnotice@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
           howard.hawkins@cwt.com,  nyecfnotice@cwt.com
          Humayun  Khalid   on behalf of Interested Party   J. Aron & Company hkhalid@cgsh.com,
           maofiling@cgsh.com
          Humayun  Khalid   on behalf of Interested Party   J Aron & Company hkhalid@cgsh.com,
           maofiling@cgsh.com
          J Jackson Shrum   on behalf of Creditor   BWM Services, LP jshrum@werbsullivan.com
          J Jackson Shrum   on behalf of Creditor   The Kansas City Southern Railway Company
           jshrum@werbsullivan.com
          J. Kate Stickles   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
           under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
           Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
           Collateral Trustee, kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
           Indenture Trustee kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Other Prof.   Cole Schotz P.C. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Other Prof.   Delaware Trust Company, as First Lien Successor
           Trustee and Collateral Trustee kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
           and collateral trustee, kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          J. Kate Stickles   on behalf of Plaintiff   Delaware Trust Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          Jacob A. Adlerstein   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
           Creditors jadlerstein@paulweiss.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James E. Huggett   on behalf of Creditor   URS Energy & Construction, Inc.
                jhuggett@margolisedelstein.com,  nvangorder@margolisedelstein.com
              James E. Huggett   on behalf of Creditor   Oracle America, Inc. jhuggett@margolisedelstein.com,
                nvangorder@margolisedelstein.com
              James Halstead Millar   on behalf of Interested Party   CSC Trust Company of Delaware, as
                successor indenture trustee and collateral trustee james.millar@dbr.com,
                Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
              James Michael Peck   on behalf of Creditor Committee   The Official Committee of Unsecured
                Creditors jpeck@mofo.com
              James Michael Peck   on behalf of Interested Party   The Official Committee of TCEH Unsecured
                Creditors jpeck@mofo.com
              James S. Carr   on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
                Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              James S. Yoder   on behalf of Attorney   Salesforce.com, Inc. yoderj@whiteandwilliams.com
              Jamie Lynne Edmonson   on behalf of Creditor   Pacific Investment Management Co. LLC
                jledmonson@venable.com
              Jarrett Vine   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
                jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jarrett Vine   on behalf of Interested Party   The Official Committee of TCEH Unsecured
                Creditors jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jason A. Starks   on behalf of Creditor   Texas Office of Public Utility Counsel
                bk-jstarks@oag.texas.gov,  sherri.simpson@oag.texas.gov
              Jason D. Curry   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
                sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
              Jason M. Liberi   on behalf of Interested Party   Texas Transmission Investment LLC
                jason.liberi@skadden.com,
                christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
              Jason M. Liberi   on behalf of Defendant   Texas Transmission Investment LLC
                jason.liberi@skadden.com,
                christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
              Jason M. Madron   on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Valley Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   DeCordova II Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH FS Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Energy Trading California Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant ET Services Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Attorney   Kirkland & Ellis LLP madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Generation SVC Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Southwestern Electric Service Company, Inc.
                madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
                madron@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron   on behalf of Debtor    EFH CG Management Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Collin Power Company LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Energy Future Competitive Holdings Company LLC
            madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Eagle Mountain Power Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    4Change Energy Company madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Brighten Energy LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
            madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    TXU SEM Company madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron    on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
           madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Other Prof.   KPMG LLP madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Mining Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU Receivables Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Plaintiff   Energy Future Holdings Corp. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
           rbgroup@rlf.com
          Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
           jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
           Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
           Seidlets jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
           Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
           Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
          Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com
          Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
           jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
          Jeffrey R. Fine   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
           jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
          Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
           JSSabin@Venable.com
          Jennifer  Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors JMarines@mofo.com
          Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
           MSukach@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
          Jennifer R. Hoover   on behalf of Debtor   Michelin North America Inc. jhoover@beneschlaw.com,
           docket@beneschlaw.com;chartman@beneschlaw.com
          Jennifer R. Hoover   on behalf of Attorney   Benesch, Friedlander, Coplan & Aronoff, LLP
           jhoover@beneschlaw.com,  docket@beneschlaw.com;chartman@beneschlaw.com
          Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
           docket@beneschlaw.com;chartman@beneschlaw.com
          Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@hinckleyallen.com,
           calirm@haslaw.com
          Jeremy William Ryan   on behalf of Interested Party   Deutsche Bank AG New York Branch
           jryan@potteranderson.com,  bankruptcy@potteranderson.com
          Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
           jnewdeck@akingump.com,  ddunn@akingump.com
          John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
          John C. Kilgannon   on behalf of Creditor   City of Dallas, Texas jck@stevenslee.com,
           jck@stevenslee.com
          John D. Demmy   on behalf of Creditor   City of Dallas, Texas jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor   Rexel, Inc. jdd@stevenslee.com
          John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
           Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
          John D. McLaughlin, Jr.   on behalf of Creditor   Atmos Energy Corporation
           jmclaughlin@ciardilaw.com,  mflores@ciardilaw.com
          John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
           jharris@bergerharris.com,  mnicholls@bergerharris.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John G. Harris    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
          jharris@bergerharris.com,  mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
          jharris@bergerharris.com,  mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff    Third Avenue Management LLC jharris@bergerharris.com,
          mnicholls@bergerharris.com
          John G. Harris    on behalf of Plaintiff    GSO Capital Partners LP jharris@bergerharris.com,
          mnicholls@bergerharris.com
          John H. Strock    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
          jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John M. Seaman    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
          seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
          John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
          john.stern@oag.texas.gov,  sherri.simpson@oag.texas.gov
          John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          John P. Melko    on behalf of Creditor    ROMCO Equipment Co. jmelko@gardere.com,
          afothergill@gardere.com;mriordan@gardere.com;ggattis@gardere.com;koliver@gardere.com;bfriedrich@g
          ardere.com
          John R. Ashmead    on behalf of Interested Party    Wilmington Trust, N.A. ashmead@sewkis.com
          Johnna  Darby    on behalf of Interested Party    Steag Energy Services, Inc. jdarby@shawfishman.com
          Jon M. Chatalian    on behalf of Creditor    Pension Benefit Guaranty Corporation
          chatalian.jon@pbgc.gov,  efile@pbgc.gov
          Jonathan L. Howell    on behalf of Creditor    Red Ball Oxygen Company jhowell@gpm-law.com
          Joseph  Grey    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
          jgrey@crosslaw.com,  smacdonald@crosslaw.com
          Joseph Charles Barsalona II    on behalf of Debtor    Energy Future Holdings Corp.
          barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Joseph Charles Barsalona II    on behalf of Plaintiff    Energy Future Holdings Corp.
          barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Joseph D. Frank    on behalf of Interested Party    PI Law Firms jfrank@fgllp.com,
          ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank    on behalf of Creditor    Experian Information Solutions, Inc. jfrank@fgllp.com,
          ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank    on behalf of Creditor    Experian Marketing Solutions, Inc. jfrank@fgllp.com,
          ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright    on behalf of Interested Party    Alcoa Inc. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
          Holdings, Inc. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
          LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
          as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Oaktree Capital Management, L.P.
          jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Angelo Gordon & Co., LP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Apollo Management HoldingsLP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
          LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
          Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
          Lien Administrative Agent jhh@stevenslee.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Atmos Energy Corporation jmcmahon@ciardilaw.com,
          mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
          mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
          jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
          jbrody@kramerlevin.com,
          adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
          .pacerpro.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
          jbrody@kramerlevin.com,
          adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
          .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
          Objectors jbrody@kramerlevin.com,
          adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
          .pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joshua K. Brody   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
           adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
           .pacerpro.com
          Joshua Powers Searcy   on behalf of Creditor   D. Courtney Construction, Inc.
           joshsearcy@jrsearcylaw.com
          Joshua Y. Sturm   on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
           and collateral trustee, joshua.strum@ropesgray.com
          Julia B. Klein   on behalf of Creditor   Mudrick Capital Management, L.P. klein@teamrosner.com
          Julia Bettina Klein   on behalf of Interested Party   Mudrick Capital Management L.P.
           klein@kleinllc.com
          Justin Cory Falgowski   on behalf of Creditor   Texas Big Spring, LP jfalgowski@reedsmith.com,
           jfalgowski@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Justin K. Edelson   on behalf of Interested Party   The Official Committee of TCEH Unsecured
           Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson   on behalf of Financial Advisor   FTI Consulting, Inc. jedelson@polsinelli.com,
           LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer   on behalf of Other Prof.   Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C. Bifferato   on behalf of Interested Party   Pacific Investment Management Company LLC
           ("PIMCO") kbifferato@connollygallagher.com
          Katharine L. Mayer   on behalf of Interested Party   Aetna Inc. kmayer@mccarter.com
          Katharine L. Mayer   on behalf of Interested Party   Aetna Life Insurance Company
           kmayer@mccarter.com
          Katherine Stadler   on behalf of Interested Party   Fee Committee kstadler@gklaw.com,
           kboucher@gklaw.com;pbrellenthin@gklaw.com
          Kathleen A. Murphy   on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORP.
           kathleen.murphy@bipc.com,  tammy.rogers@bipc.com
          Kathleen M. Miller   on behalf of Creditor   Airgas USA, LLC kmiller@skjlaw.com,  llb@skjlaw.com
          Kathleen M. Miller   on behalf of Creditor   Valero Texas Power Marketing, Inc.
           kmiller@skjlaw.com,  llb@skjlaw.com
          Kay Diebel Brock   on behalf of Creditor   Travis County bkecf@co.travis.tx.us
          Keith Howard Wofford   on behalf of Interested Party   CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
           keith.wofford@ropesgray.com
          Kerry L. Haliburton   on behalf of Creditor   Buffalo Industrial Supply, Inc.
           raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
          Kevin C. Driscoll, Jr.   on behalf of Creditor   GATX Corporation Kevin.Driscoll@btlaw.com,
           donna.dotts@btlaw.com
          Kevin G. Collins   on behalf of Creditor   GATX Corporation kevin.collins@btlaw.com,
           pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin J. Mangan   on behalf of Interested Party   American Equipment Company Inc.
           kmangan@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   AMECO Inc. kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Alltite Inc. kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Fluor Global Services kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Fluor Corporation kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin J. Mangan   on behalf of Interested Party   Fluor Enterprises Inc. kmangan@wcsr.com,
           hsasso@wcsr.com;jwray@wcsr.com
          Kevin M Lippman   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
           klippman@munsch.com,  lpannier@munsch.com
          Kevin M. Capuzzi   on behalf of Creditor   Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
           docket@beneschlaw.com;chartman@beneschlaw.com
          Kimberly Ellen Connolly Lawson   on behalf of Interested Party   The Bank of New York Mellon, in
           its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon, as
           Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon Trust
           Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson   on behalf of Creditor Committee   The Official Committee of
           Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
           LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
           bankruptcy-2628@ecf.pacerpro.com
          Kizzy Lyn Jarashow   on behalf of Creditor   Aurelius Capital Management, LP
           kjarashow@goodwinprocter.com
          Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon Trust Company, N.A.,
           in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
           llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
           kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon, in its capacity as
           the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
                       Indenture Trustee kgwynne@reedsmith.com,
                       llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurtzman Carson Consultants LLC    info@kccllc.com
              L. John  Bird    on behalf of Creditor    Creditor-Investor Consortium jbird@foxrothschild.com,
                       idensmore@foxrothschild.com
              L. John  Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
                       jbird@foxrothschild.com,  idensmore@foxrothschild.com
              L. John  Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
                       idensmore@foxrothschild.com
              L. John  Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
                       idensmore@foxrothschild.com
              L. Katherine  Good    on behalf of Interested Party    Boral Material Technologies, LLC
                       kgood@wtplaw.com,  cmosuly@wtplaw.com;clano@wtplaw.com
              L. Katherine  Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com
              Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
                       lshipkovitz@tuckerlaw.com
              Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com,  khall@foley.com
              Laura Davis  Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
                       Second Lien Group ljones@pszjlaw.com
              Laura Davis  Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
                       ljones@pszjlaw.com
              Laura Davis  Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
                       Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                       Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura Davis  Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
                       ljones@pszjlaw.com
              Laura Davis  Jones    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
                       EFIH Second Lien Group ljones@pszjlaw.com
              Laura Davis  Jones    on behalf of Interested Party    Computershare Trust Company, N.A. and
                       Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
                       lien notes and the holders thereof. ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura Davis  Jones    on behalf of Interested Party    Second Lien Indenture Trustee
                       ljones@pszjlaw.com
              Laura Davis  Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
                       Objectors ljones@pszjlaw.com
              Laura Davis  Jones    on behalf of Interested Party    EFIH Second Lien Indenture Trustee
                       ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura Davis  Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
                       Objectors ljones@pszjlaw.com,  efile@pszyj.com
              Laura Davis  Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
                       ljones@pszjlaw.com,  efile@pszyj.com
              Laurie Selber  Silverstein    on behalf of Interested Party    EFIH First Lien DIP Agent
                       bankruptcy@potteranderson.com
              Laurie Selber  Silverstein    on behalf of Interested Party    Deutsche Bank AG New York Branch
                       bankruptcy@potteranderson.com
              Lee  Harrington    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
                       lharrington@nixonpeabody.com
              Lee B. Gordon    on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
                       sonya.ragsdale@mvbalaw.com,  vickie.covington@mvbalaw.com
              Lindsay  Zahradka    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
                       Noteholders lzahradka@akingump.com
              Lindsay  Zahradka    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
                       lzahradka@akingump.com
              Lino  Mendiola, III    on behalf of Interested Party    Titus County Fresh Waster Supply District
                       No. 1 linomendiola@andrewskurth.com
              Lino  Mendiola, III    on behalf of Interested Party    Titus County Fresh Water Supply District
                       No. 1 linomendiola@andrewskurth.com
              Lisa Cresci McLaughlin    on behalf of Interested Party    Fee Committee mmo@pgmhlaw.com
              Lorenzo  Marinuzzi    on behalf of Interested Party    The Official Committee of TCEH Unsecured
                       Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
              Lucian Borders Murley    on behalf of Creditor    Johnson Matthey Stationary Emissions Control LLC
                       lmurley@saul.com,  rwarren@saul.com
              Lucian Borders Murley    on behalf of Creditor    Accenture LLP lmurley@saul.com,  rwarren@saul.com
              Marc J. Phillips    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc.
                       mphillips@mgmlaw.com
              Marc J. Phillips    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
                       mphillips@mgmlaw.com
              Marc J. Phillips    on behalf of Creditor    Steering Committee of Cities Served by Oncor
                       mphillips@mgmlaw.com
              Marc Stephen Casarino    on behalf of Creditor    Google Inc. casarinom@whiteandwilliams.com,
                       debankruptcy@whiteandwilliams.com
              Maria A. Bove    on behalf of Interested Party    Computershare Trust Company, N.A., and
                       Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                       Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
              Maria Aprile Sawczuk    on behalf of Interested Party    Sierra Club marias@restructuringshop.com,
                       marias@ecf.courtdrive.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
               marias@restructuringshop.com,  marias@ecf.courtdrive.com
              Mark  Minuti   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
               mminuti@saul.com,  rwarren@saul.com
              Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
               of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
               Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
               ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
              Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
               ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
              Mark Andrew Fink   on behalf of Spec. Counsel   Montgomery, McCracken, Walker & Rhoads, LLP
               mfink@mmwr.com,  ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
              Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. mfink@mmwr.com,
               ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
              Mark Charles 2009npfdEllenberg   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy
               Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
               michele.maman@cwt.com;nycefnotice@cwt.com;kathryn.borgeson@cwt.com
              Mark D. Collins   on behalf of Debtor   Energy Future Holdings Corp.
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Mark D. Collins   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
               KOTWICK@SEWKIS.COM
              Mark D. Kotwick   on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
              Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral Agent
               and First Lien Administrative Agent KOTWICK@SEWKIS.COM
              Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
               olivere@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Mark E. Felger   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
               MBrickley@cozen.com;mmillis@cozen.com
              Mark E. Felger   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
               MBrickley@cozen.com;mmillis@cozen.com
              Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
               opetukhova@foley.com
              Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
              Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
               LLC mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
              Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
               mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
              Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
               mdesgrosseilliers@wcsr.com,  hsasso@wcsr.com;jwray@wcsr.com
              Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
               mchehi@skadden.com,  debank@skadden.com
              Matthew  Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com
              Matthew  Summers   on behalf of Creditor   Louisiana Energy Services, LLC
               summersm@ballardspahr.com
              Matthew B. McGuire   on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
               raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
               mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
               mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
               mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
               mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
               Holdings, Inc. mcguire@lrclaw.com,
               raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
               mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Interested Party   Alcoa Inc. ,
               raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
               raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
               II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
               raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
               mbrown@whitecase.com
              Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
               Noteholders mlahaie@akingump.com
              Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
               mlahaie@akingump.com
              Michael  Schein   on behalf of Creditor   Data Systems & Solutions LLC mschein@vedderprice.com,
               ecfnydocket@vedderprice.com
              Michael  Schein   on behalf of Creditor   First Union Rail Corporation mschein@vedderprice.com,
               ecfnydocket@vedderprice.com
              Michael A. Paskin   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
               mpaskin@cravath.com
              Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
               debaecke@blankrome.com
              Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
               Agent and First Lien Administrative Agent debaecke@blankrome.com, moody@ecf.inforuptcy.com
              Michael David Debaecke   on behalf of Creditor   Wilmington Trust, N.A., as Successor TCEH First
               Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com,
               moody@ecf.inforuptcy.com
              Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
               debaecke@blankrome.com,  moody@ecf.inforuptcy.com
              Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
               Collateral Agent debaecke@blankrome.com,  moody@ecf.inforuptcy.com
              Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Subsequent Settling EFIH PIK Noteholders
               comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
               LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Mudrick Capital Management, L.P.
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Marathon Asset Management, LP
               mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
               Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
               Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
              Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
               by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
              Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
               sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
              Michael Joseph Joyce   on behalf of Interested Party   Fidelity Management & Research Company
               mjoyce@oelegal.com
              Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
               matchley@popehardwicke.com
              Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
               matchley@popehardwicke.com
              Michelle  McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
               Objectors michelle.mcmahon@bryancave.com,  dortiz@bryancave.com
              Monica S. Blacker   on behalf of Attorney   Jackson Walker LLP mblacker@jw.com,
               tsalter@jw.com;ldooley@jw.com
              Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
               mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
              Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,  ECFdocuments@pacerpro.com
              Neil B. Glassman   on behalf of Creditor   CSC Trust Company of Delaware, as Successor
               Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
               nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
               w.com;bankserve@bayardlaw.com
              Neil B. Glassman   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien Indenture
               Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
              Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
               bankserve@bayardfirm.com,  nglassman@bayardfirm.com
              Nicholas D. Mozal   on behalf of Defendant   Angelo Gordon & Co., LP nmozal@ramllp.com
              Nicholas D. Mozal   on behalf of Defendant   Apollo Advisors VII, L.P. nmozal@ramllp.com
              Nicholas D. Mozal   on behalf of Defendant   Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. nmozal@ramllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
          Indenture Trustee nbrannick@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware, as
          successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
          bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
          otz.com
          Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com
          Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
          nicole.mignone@texasattorneygeneral.gove
          Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
          Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
          Indenture Trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
          Collateral Trustee, npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
          tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
          tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
          pwp@pattiprewittlaw.com
          Patrick L. Hughes   on behalf of Creditor   Airgas USA, LLC patrick.hughes@haynesboone.com
          Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
          bankfilings@ycst.com
          Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
          Second Lien Group pkeane@pszjlaw.com
          Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
          Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
          adam.malatesta@lw.com
          R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
          spappa@svglaw.com
          R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank AG New York Branch
          bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
          bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-robaldo@oag.texas.gov,  sherri.simpson@oag.texas.gov
          Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
          Computershare Trust Company of Canada, in its capacity as indenture trustee, for the second
          lien notes and the holders thereof. rringer@kramerlevin.com,
          ABywoitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.
          com/corporate-reorg-1449@ecf.pacerpro.com
          Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
          Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
          rlemisch@klehr.com
          Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
          Raymond H. Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          rlemisch@klehr.com
          Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
          Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          rhayes@foley.com
          Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
          ccarpenter@fgllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Reed A. Heiligman   on behalf of Creditor    Experian Information Solutions, Inc.
              rheiligman@fgllp.com,   ccarpenter@fgllp.com
              Reed A. Heiligman   on behalf of Creditor    Experian Marketing Solutions, Inc.
              rheiligman@fgllp.com,   ccarpenter@fgllp.com
              Richard A. Barkasy   on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
              rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
              rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
              rbarkasy@schnader.com
              Richard G. Mason   on behalf of Interested Party    Interest Holders rcstrauss@wlrk.com
              Richard G. Mason   on behalf of Interested Party    Texas Energy Future Capital Holdings LLC,
              Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders
              of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
              Richard L. Schepacarter   on behalf of U.S. Trustee    U.S. Trustee richard.schepacarter@usdoj.gov
              Robert J. Feinstein   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company, N.A.
              rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company of Canada
              rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone   on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
              andrew.groesch@dbr.com
              Ryan M. Bartley   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
              prentice@slollp.com
              Samuel Lee Moultrie   on behalf of Creditor    RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott  Czerwonka   on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
              scott.czerwonka@dlapiper.com,   jbrown@wlblaw.com
              Scott Czerwonka   on behalf of Defendant    Morgan Stanley Capital Group, Inc.
              scott.czerwonka@dlapiper.com,   jbrown@wlblaw.com
              Scott D. Cousins   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
              scousins@bayardlaw.com,   lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
              Noteholders scousins@bayardlaw.com,   lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
              scousins@bayardlaw.com,   lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal   on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal   on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke   on behalf of Interested Party    UMB Bank, N.A. sbrennecke@klehr.com,   state@klehr.com
              Shanti M. Katona   on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors skatona@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson   on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Simon E. Fraser   on behalf of Interested Party    J Aron & Company sfraser@cozen.com,
              mmillis@cozen.com
              Simon E. Fraser   on behalf of Creditor    Goldman Sachs Lending Partners LLC sfraser@cozen.com,
              mmillis@cozen.com
              Simon E. Fraser   on behalf of Interested Party    J. Aron & Company sfraser@cozen.com,
              mmillis@cozen.com
              Simon E. Fraser   on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com,
              mmillis@cozen.com
              Stacey  Kremling   on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman   on behalf of Interested Party    Union Pacific Railroad Company
              snewman@ashby-geddes.com
              Stacy L. Newman   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr   on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
              moody@ecf.inforuptcy.com
              Stephanie  Wickouski   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors stephanie.wickouski@bryancave.com,   dortiz@bryancave.com
              Stephanie  Wickouski   on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
              dortiz@bryancave.com
              Stephanie  Wickouski   on behalf of Defendant    Computershare Trust Company of Canada
              stephanie.wickouski@bryancave.com,   dortiz@bryancave.com
              Stephanie  Wickouski   on behalf of Defendant    Computershare Trust Company, N.A.
              stephanie.wickouski@bryancave.com,   dortiz@bryancave.com
              Stephen  Karotkin   on behalf of Plaintiff    Third Avenue Management LLC
              stephen.karotkin@weil.com,   frank.grese@weil.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephen  Karotkin   on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
               frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
               stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
               stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
               stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
               sstapleton@cowlesthompson.com
              Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
               stephen.lerner@squirepb.com,  sarah.conley@squirepb.com
              Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
               capacity as Indenture Trustee smiller@morrisjames.com,
               wweller@morrisjames.com;jdawson@morrisjames.com
              Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
              Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
               stuart.brown@dlapiper.com
              Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
               stuart.brown@dlapiper.com
              Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
               skaufman@skaufmanlaw.com
              Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
               ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
               ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
               ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
               ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
               ttacconelli@ferryjoseph.com,  kcallahan@ferryjoseph.com
              Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
               mdunwody@tbf.legal
              Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
              Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
              Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
               Agent hooper@sewkis.com
              Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
              Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
               Agent and First Lien Administrative Agent hooper@sewkis.com
              Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
               under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
               nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com/new-york-docketing-1150@ecf.pacerpro.com
              Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
               Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
               nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com/new-york-docketing-1150@ecf.pacerpro.com
              Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
               tmoss@perkinscoie.com,
               nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com/new-york-docketing-1150@ecf.pacerpro.com
              Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
               daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
               daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
               Advantage Fund daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
               Income Fund daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
               High Yield Bond Open Mother Fund daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
               daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
               US High Yield Pool daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
               Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
               daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
               Portfolio daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   FIL Investments International (FII)
               daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Global High
               Income Fund daluzt@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
               daluzt@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
               Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
               Fund daluzt@ballardspahr.com
              Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
               cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
              Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
              Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
              Travis J. Ferguson    on behalf of Creditor    NextEra Energy Resources, LLC ferguson@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com
              Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
               semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
               semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Creditor    Generation Development Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
               semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
               semmelman@rlf.com,   rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant    EFIH Finance Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
               rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    NCA Resources Development Company LLC
                     semmelman@rlf.com,    rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Texas Energy Industries Company, Inc.
                     semmelman@rlf.com,    rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
                     semmelman@rlf.com,    rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                     semmelman@rlf.com,    rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
                     rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                     semmelman@rlf.com,    rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
                     semmelman@rlf.com,    rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
                U.S. Trustee      USTPRegion03.WL.ECF@USDOJ.GOV
                Victoria D. Garry    on behalf of Interested Party   Ohio Department of Taxation
                     vgarry@ag.state.oh.us
                Vincent E. Lazar    on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
                     vlazar@jenner.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Ward W. Benson    on behalf of Creditor    United States of America on Behalf of the Internal
               Revenue Service wardlow.w.benson@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee wusatine@coleschotz.com, kkarstetter@coleschotz.com
          Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
               mao-bk-ecf@debevoise.com
          William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
               Bankruptcy001@sha-llc.com
          William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
          William D. Sullivan    on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
               wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
          William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
               Noteholders chipman@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               chipman@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William F. Taylor, Jr.    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
               bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William Mark Alleman, Jr    on behalf of Interested Party    Fee Committee WAlleman@beneschlaw.com,
               chartman@beneschlaw.com;docket@beneschlaw.com
          William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
               wweintraub@goodwinproctor.com, zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
               its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
          Zachary I Shapiro    on behalf of Debtor    Energy Future Holdings Corp. shapiro@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                                          TOTAL: 935