# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Twentieth Monthly Fee Statement 01/01/2017 through 01/31/2017 D.I. 10866 | $19,425.00 | $88.92 | 03/14/2017 | $15,540.00 | $88.92 | $3,885.00 |

SL1 1457972v1 109285.00005