**EXHIBIT 1 to EXHIBIT A**

**No Liability Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CITY OF WACO/WACO ISD<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/31/2016 | 37724 | $188,147.02* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | CITY OF WACO/WACO ISD<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37745 | $188,147.02* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 3 | COUNTY OF DENTON, TEXAS, THE<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/31/2016 | 37722 | $13,984.92* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 4 | COUNTY OF DENTON, TEXAS, THE<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37735 | $13,984.92* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 5 | COUNTY OF STEPHENS, TEXAS, THE<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-11045 (CSS) | Texas Utilities Electric Company, Inc. | 10/31/2016 | 37723 | $1,473.90* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-SIXTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | COUNTY OF STEPHENS, TEXAS, THE C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37744 | $1,473.90* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 7 | NORTHEAST TX COMM COLL DIST C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N STEMMONS FREEWAY, STE 1000 DALLAS, TX 75207 | 14-11042 (CSS) | Luminant Mining Company LLC | 08/28/2015 | 11184 | $17.55* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 8 | TARRANT COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/10/2014 | 1730 [1] | $7,546.78* | No liability owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| | | | | | TOTAL | $414,776.01* | |

[1] Claim 1730 was modified 12/02/2016 by Debtors' Seventh Notice Of Claims Satisfied In Full Or In Part (DL 10302)

* – Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 2