**EXHIBIT 1 to EXHIBIT A**

Modify Amount Claims

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BROWN COUNTY APPRAISAL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37732 | Energy Future Holdings Corp. | Administrative | $8,806.55* | Energy Future Holdings Corp. | Administrative | $217.83 |

REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | BROWN COUNTY APPRAISAL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37750 | EFH Corporate Services Company | Administrative | $8,806.55* | EFH Corporate Services Company | Administrative | $217.83 |

REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | CITY OF WACO/WACO INDEPENDENT ET AL C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 871 | Energy Future Holdings Corp. | Secured | $202,418.47* | Energy Future Holdings Corp. | Secured | $19,401.16 |

REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated.

\* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## FORTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | COUNTY OF ANDERSON, TEXAS, THE C/O MCCREARY VESELKA, BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 37728 | Energy Future Holdings Corp. | Administrative | $60,399.05* | Energy Future Holdings Corp. | Administrative | $41,898.62 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party. | | | | | | | |
| 5 | COUNTY OF ANDERSON, TEXAS, THE C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37747 | EFH Corporate Services Company | Administrative | $60,399.05* | EFH Corporate Services Company | Administrative | $41,898.62 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party. | | | | | | | |
| 6 | COUNTY OF BOSQUE, TEXAS, THE C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37731 | Energy Future Holdings Corp. | Administrative | $1,965.38* | Energy Future Holdings Corp. | Administrative | $171.02 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | COUNTY OF BOSQUE, THE TEXAS, C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37749 | EFH Corporate Services Company | Administrative | $1,965.38* | EFH Corporate Services Company | Administrative | $171.02 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party and (2) amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated. | | | | | | | |
| 8 | COUNTY OF CHEROKEE, THE TEXAS, C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37733 | Energy Future Holdings Corp. | Administrative | $55,042.03* | Energy Future Holdings Corp. | Administrative | $53,279.65 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party and (2) amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated. | | | | | | | |
| 9 | COUNTY OF CHEROKEE, THE TEXAS, C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37751 | EFH Corporate Services Company | Administrative | $55,042.03* | EFH Corporate Services Company | Administrative | $53,279.65 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party and (2) amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated. | | | | | | | |

\* – Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## FORTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | COUNTY OF CORYELL, TEXAS, THE C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37734 | Energy Future Holdings Corp. | Administrative | $14,559.72* | Energy Future Holdings Corp. | Administrative | $757.25 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects (1) amounts the Debtors believe are owed by a non-Debtor third party and (2) amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated. | | | | | | | |
| 11 | COUNTY OF CORYELL, TEXAS, THE C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37752 | EFH Corporate Services Company | Administrative | $14,559.72* | EFH Corporate Services Company | Administrative | $757.25 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects (1) amounts the Debtors believe are owed by a non-Debtor third party and (2) amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## FORTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | COUNTY OF EASTLAND, TEXAS, THE C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37737 | Energy Future Holdings Corp. | Administrative | $23,093.16* | Energy Future Holdings Corp. | Administrative | $18,588.36 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects (1) amounts the Debtors believe are owed by a non-Debtor third party and (2) amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated. | | | | | | | |
| 13 | COUNTY OF EASTLAND, TEXAS, THE C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37754 | EFH Corporate Services Company | Administrative | $23,093.16* | EFH Corporate Services Company | Administrative | $18,588.36 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects (1) amounts the Debtors believe are owed by a non-Debtor third party and (2) amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated. | | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## FORTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | EASTLAND COUNTY APPRAISAL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37736 | Energy Future Holdings Corp. | Administrative | $52,947.92* | Energy Future Holdings Corp. | Administrative | $49,025.84 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects (1) amounts the Debtors believe are owed by a non-Debtor third party and (2) amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated. | | | | | | | |
| 15 | EASTLAND COUNTY APPRAISAL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 37753 | EFH Corporate Services Company | Administrative | $52,947.92* | EFH Corporate Services Company | Administrative | $49,025.84 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects (1) amounts the Debtors believe are owed by a non-Debtor third party and (2) amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FORTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claims**

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | HILL COUNTY APPRAISAL DISTRICT C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 37739 | Energy Future Holdings Corp. | Administrative | $4,867.14* | Energy Future Holdings Corp. | Administrative | $1,077.79 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party. | | | | | | | |
| 17 | HILL COUNTY APPRAISAL DISTRICT ET AL C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 37755 | EFH Corporate Services Company | Administrative | $4,867.14* | EFH Corporate Services Company | Administrative | $1,077.79 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# ENERGY FUTURE HOLDINGS CORP., et al.

## FORTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | NACOGDOCHES COUNTY CENTRAL APPRAISAL DIS C/O PERDUE BRANDON FIELDER COLLINS MOTT P.O. BOX 2007 TYLER, TX 75710 | 37608 | Luminant Mineral Development Company LLC | Administrative | $82.30* | Luminant Mineral Development Company LLC | Administrative | $68.85 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects (1) amounts the Debtors believe are owed by a non-Debtor third party and (2) amounts that were an estimate of the Debtors' anticipated liability that proved to be overstated. | | | | | | | |
| 19 | NACOGDOCHES COUNTY CENTRAL APPRAISAL DIS P.O. BOX 2007 TYLER, TX 75710 | 37609 | Luminant Mineral Development Company LLC | Secured | $715.07 | Luminant Mineral Development Company LLC | Secured | $714.80 |
| | REASON: Modified amount reflects adjustment of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party. | | | | | | | |
| 20 | SWEETWATER INDEPENDENT SCHOOL DISTRICT C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON, TX 76010 | 12912 | EFH Corporate Services Company | Administrative | $3,058.71 | EFH Corporate Services Company | Administrative | $50.95 |
| | REASON: Modified amount reflects adjustment of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party. | | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Modify Amount Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | TAX APPRAISAL DISTRICT OF BELL COUNTY C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 37730 | Energy Future Holdings Corp. | Administrative | $26,330.99* | Energy Future Holdings Corp. | Administrative | $351.95 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party. | | | | | | | |
| 22 | TAX APPRAISAL DISTRICT OF BELL COUNTY C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 37748 | EFH Corporate Services Company | Administrative | $26,330.99* | EFH Corporate Services Company | Administrative | $351.95 |
| | REASON: Modified amount reflects adjustment and liquidation of claim to reflect the amount for which the Debtors were liable according to the Debtors' books and records (note that payment for the modified amount has already been made by the Debtors). The reduction reflects amounts the Debtors believe are owed by a non-Debtor third party. | | | | | | | |
| | | | | TOTAL | $702,298.43* | | TOTAL | $350,972.38 |

\* - Indicates claim contains unliquidated and/or undetermined amounts