## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 7.70 | $3,074.50 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 34.90 | $21,768.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 1,464.50 | $1,151,206.00 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 31.60 | $33,874.00 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 4.40 | $2,141.00 |
| 12 | [ALL E-SIDE] Hearings | 346.30 | $233,977.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 127.00 | $54,598.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 4.80 | $3,593.50 |
| 18 | [ALL E-SIDE] Non-Working Travel | 106.00 | $85,193.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 909.30 | $751,295.00 |
| 29 | [ALL E-SIDE] Tax Issues | 92.00 | $107,075.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 1.60 | $2,310.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 7.10 | $7,007.50 |
| 82 | [EFH] Asset Dispositions and Purchases | 0.60 | $333.00 |
| | **Totals:** | **3,137.80** | **$2,457,446.50** |

2

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $991.45 |
| Standard Copies or Prints | $1,436.80 |
| Color Copies or Prints | $2,531.70 |
| Production Blowbacks | $1,999.90 |
| Postage | $0.46 |
| Overnight Delivery | $485.95 |
| Outside Messenger Services | $484.07 |
| Local Transportation | $677.37 |
| Travel Expense | $48,986.44 |
| Airfare | $21,835.22 |
| Transportation to/from airport | $3,718.49 |
| Travel Meals | $3,119.02 |
| Car Rental | $189.79 |
| Other Travel Expenses | $405.67 |
| Court Reporter Fee/Deposition | $7,004.81 |
| Other Court Costs and Fees | $2,290.90 |
| Outside Printing Services | $37,767.50 |
| Outside Copy/Binding Services | $2,918.95 |
| Catering Expenses | $2,600.00 |
| Outside Retrieval Service | $50.00 |
| Computer Database Research | $824.00 |
| Westlaw Research | $6,932.96 |
| Overtime Transportation | $352.15 |
| Overtime Meals - Attorney | $426.54 |
| Rental Expenses | $787.36 |
| Leased Equipment | $8,024.70 |
| **Total:** | **$156,842.20** |