# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 735.00 | 192.60 | $141,561.00 |
| Sean Hamner | Associate | 2016 | Taxation | 560.00 | 11.80 | $6,608.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 835.00 | 15.90 | $13,276.50 |
| Kevin McClelland | Associate | 2016 | Restructuring | 555.00 | 121.90 | $67,654.50 |
| Mark Menzies | Associate | 2014 | Litigation - General | 810.00 | 140.20 | $113,562.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 1,015.00 | 44.40 | $45,066.00 |
| Matthew Smart | Associate | 2016 | Restructuring | 555.00 | 87.20 | $48,396.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 845.00 | 152.30 | $128,693.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 725.00 | 153.70 | $111,432.50 |
| McClain Thompson | Associate | 2014 | Litigation - General | 630.00 | 201.90 | $127,197.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 555.00 | 174.80 | $97,014.00 |
| Spencer Winters | Associate | 2013 | Restructuring | 835.00 | 13.70 | $11,439.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 905.00 | 269.00 | $243,445.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,475.00 | 2.00 | $2,950.00 |
| Barack S Echols | Partner | 1999 | Litigation - General | 1,125.00 | 67.20 | $75,600.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 77.00 | $84,315.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 153.20 | $147,838.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,525.00 | 2.90 | $4,422.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 143.20 | $142,484.00 |
| Chad J Husnick, P.C. | Partner | 2004 | Restructuring | 1,165.00 | 107.20 | $124,888.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 71.70 | $105,757.50 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,225.00 | 0.20 | $245.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 25.60 | $41,600.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,325.00 | 4.70 | $6,227.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 103.30 | $121,377.50 |
| Dennis M Myers, P.C. | Partner | 1996 | Corporate - Capital Markets | 1,445.00 | 2.00 | $2,890.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 5.70 | $8,407.50 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 17.80 | $17,711.00 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 3.00 | $3,285.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,410.00 | 8.90 | $12,549.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 21.50 | $31,712.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 171.90 | $174,478.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,075.00 | 4.70 | $5,052.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 5.50 | $7,122.50 |
| **Grand Total** | | | | | **2,578.60** | **$2,276,259.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jonathan Merriman | Junior Paralegal | 1 year | Litigation - General | 230.00 | 0.20 | $46.00 |
| Colleen Caamano | Litigation Suppt Cons | 3 years | Litigation - General | 340.00 | 1.60 | $544.00 |
| Chad Pappenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 345.00 | 24.60 | $8,487.00 |
| Jigna Dalal | Litigation Suppt Spec | 4 months | Litigation - General | 340.00 | 1.10 | $374.00 |
| Stephen Garoutte | Other | 4.5 years | Admin Services | 265.00 | 18.20 | $4,823.00 |
| Allison Graybill | Other | 3.5 years | Admin Services | 265.00 | 29.30 | $7,764.50 |
| Elaine Santucci | Other | 3 years | Admin Services | 235.00 | 1.50 | $352.50 |
| Stephanie Ding | Paralegal | 6 months | Litigation - General | 295.00 | 138.90 | $40,975.50 |
| Jason Douangsanith | Junior Paralegal | 6 months | Litigation - General | 295.00 | 4.20 | $1,239.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 7.10 | $2,307.50 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 2.70 | $1,134.00 |
| Travis J Langenkamp | Paralegal | 12 years | Litigation - General | 390.00 | 62.90 | $24,531.00 |
| Carrie Oppenheim | Paralegal | 7 years | Restructuring | 380.00 | 0.80 | $304.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 76.10 | $25,874.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 53.70 | $17,452.50 |
| Will Thomas | Trial Tech Consultant | 12.5 years | Litigation - General | 330.00 | 76.00 | $25,080.00 |
| Kenneth Dyche | Trial Tech Specialist | 2.5 years | Litigation - General | 330.00 | 60.30 | $19,899.00 |
| **Grand Total** | | | | | 559.20 | $181,187.50 |

| | | | | **Total Fees Requested** | **3,137.80** | **$2,457,446.50** |