# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $991.45 |
| Standard Copies or Prints | $1,019.80 |
| Color Copies or Prints | $1,716.00 |
| Production Blowbacks | $1,999.90 |
| Postage | $0.46 |
| Overnight Delivery | $485.95 |
| Outside Messenger Services | $484.07 |
| Local Transportation | $677.37 |
| Travel Expense | $48,986.44 |
| Airfare | $21,835.22 |
| Transportation to/from airport | $3,718.49 |
| Travel Meals | $3,119.02 |
| Car Rental | $189.79 |
| Other Travel Expenses | $405.67 |
| Court Reporter Fee/Deposition | $7,004.81 |
| Other Court Costs and Fees | $2,290.90 |
| Outside Printing Services | $37,767.50 |
| Outside Copy/Binding Services | $2,918.95 |
| Catering Expenses | $2,600.00 |
| Outside Retrieval Service | $50.00 |
| Computer Database Research | $824.00 |
| Westlaw Research | $6,932.96 |
| Overtime Transportation | $352.15 |
| Overtime Meals - Attorney | $426.54 |
| Rental Expenses | $787.36 |
| Leased Equipment | $8,024.70 |
| **Total:** | **$155,609.50** |

2

**EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $360.40 |
| Color Copies or Prints | $771.00 |
| **Total:** | **$1,131.40** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $56.60 |
| Color Copies or Prints | $44.70 |
| **Total:** | **$101.30** |

3