## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I.**  660, 1733, 2005, 2949, 3041, 4963, 7418, 8734, 9216, 10280, 10408 |

## ELEVENTH SUPPLEMENTAL DECLARATION
## OF EDWARD O. SASSOWER IN SUPPORT OF THE DEBTORS'
## APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
## AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS
## INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS
## IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Edward O. Sassower, being duly sworn, state the following under penalty of perjury:

1.      I am the president of Edward O. Sassower, P.C., a partner in the law firm of

Kirkland & Ellis LLP, located at 601 Lexington Ave., New York, New York 10022, and a

partner of Kirkland & Ellis International LLP (together with Kirkland & Ellis LLP, "K&E").  I

am the lead attorney from K&E working on the above-captioned chapter 11 cases.  I am a

member in good standing of the Bar of the State of New York, and I have been admitted to

practice in the United States Bankruptcy Court for the Southern District of New York and the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

United States Bankruptcy Court for the Eastern District of New York.  There are no disciplinary proceedings pending against me.

2.      I submit this eleventh supplemental declaration on behalf of Kirkland (this "Eleventh Supplemental Declaration") in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 660] (the "Application")² of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

3.      Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Background

4.      On May 29, 2014, the Debtors filed the Application.  In support of the Application, the Debtors filed the *Declaration of Edward O. Sassower, P.C. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date*, which was filed as **Exhibit B** to the Application.

5.      On July 31, 2014, the Debtors filed the *Amended Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the*

---

² Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 1733].

6.　　　On September 12, 2014, the Debtors filed the *First Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2005].

7.　　　On September 16, 2014, the Bankruptcy Court for the District of Delaware entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2052].

8.　　　On December 4, 2014, the Debtors filed the *Second Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2949].

9.　　　On December 16, 2014, the Debtors filed the *Third Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 3041].

10.　　On July 9, 2015, the Debtors filed the *Fourth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing*

3

the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [D.I. 4963].

11.      On September 30, 2015, the Debtors filed the *Fifth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 6240].

12.      On December 18, 2015, the Debtors filed the *Sixth Supplemental Declaration of James H.M. Sprayregen in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 7418].

13.      On June 15, 2016, the Debtors filed the *Seventh Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 8734].

14.      On August 8, 2016, the Debtors filed the *Eighth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 9216].

15.     On November 29, 2016, the Debtors filed the *Ninth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 10280] (the "Ninth Supplemental Declaration").

16.     On December 16, 2016, the Debtors filed the *Tenth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 10408].

17.     It was stated in the previously filed declarations described above (collectively, the "Previous Declarations") that Kirkland would continue searching its electronic database during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  Consistent with this statement, Kirkland has continued to obtain information regarding all entities disclosed in the Previous Declarations, as well as for any connections to any additional entities not disclosed in the Previous Declarations.

18.     This Eleventh Supplemental Declaration makes certain additional disclosures. Based on the conflicts searches conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connections with the Debtors, their creditors, or any other parties that may be parties in interest, their respective attorneys or accountants, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any person employed by the Bankruptcy Court for the District of Delaware, the

United States District Court for the District of Delaware, or the United States Court of Appeals for the Third Circuit, except as disclosed or otherwise described herein and in the Previous Declarations.

### **Additional Disclosures**

19.     Attached hereto as **Schedule 1** to this Eleventh Supplemental Declaration are new client connections for entities identified in the Previous Declarations.

20.     Except as specifically discussed herein, the client representations identified in this Eleventh Supplemental Declaration and the attached schedules are not related to the Debtors or these chapter 11 cases. The client representations identified in this Eleventh Supplemental Declaration and the attached schedules are not materially adverse to the interests of the Debtors' estates.   Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents or represented the Debtors' creditors, equity security holders, or other parties that may be parties in interest in matters unrelated to these chapter 11 cases.

21.     Of the entities listed on **Schedule 1**, only two represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on March 31, 2017 that have not been previously disclosed as representing more than one percent of Kirkland's fee receipts in the Previous Declarations.  General Motors and the Blackstone Group each represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on March 31, 2017.  Except as disclosed herein and the Previous Declarations, all prior and current Kirkland representations of General Motors and the Blackstone Group and their affiliates and/or subsidiaries have been in matters unrelated to the Debtors and these chapter 11 cases.  I do not believe these representations create conflicts, but have disclosed the connections out of an abundance of caution.

6

**Specific Disclosures**

22.    As disclosed in the Ninth Supplemental Declaration, Kirkland represents the Reorganized TCEH Debtors in connection with their post-effective date chapter 11 proceedings.[3]  In addition, Kirkland currently represents and will in the future represent the Reorganized TCEH Debtors in other matters unrelated to the Debtors or the chapter 11 cases.  I do not believe these representations create a conflict but have disclosed the connections out of an abundance of caution.

**Continued Vigilance and Affirmative Statement of Disinterestedness**

23.    Based on the conflicts searches conducted to date and described in the Previous Declarations and herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Previous Declarations and herein.

24.    Kirkland will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use its reasonable efforts to identify any such further developments and will file a supplemental

---

[3]  Texas Competitive Electric Holdings Company LLC ("TCEH" and, together with its direct parent company, Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's direct and indirect subsidiaries, the "TCEH Debtors") and certain EFH Debtors (defined in the Debtors' plan of reorganization as the EFH Shared Services Debtors, and collectively, the "Reorganized TCEH Debtors") emerged from bankruptcy on October 3, 2016, and are no longer debtors in possession.

declaration as required by Bankruptcy Rule 2014(a) and as stated in the Previous Declarations and herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  April 6, 2017

Respectfully submitted,

*/s/ Edward O. Sassower*
Edward O. Sassower, as President of Edward O. Sassower P.C., as Partner of Kirkland & Ellis LLP, and as Partner of Kirkland & Ellis International LLP

8

## SCHEDULE 1

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Guggenheim Life & Annuity Co.<br><br>Guggenheim Partners | Guggenheim Partners Investment Management, LLC | Current |
| 99 Cents Only Stores Texas Inc.<br><br>Ares Management LLC | Ares European Real Estate Fund III, L.P.<br><br>Scott L. Graves | Current<br><br>Current |
| Aberdeen Asset Management | Aberdeen Asset Management Inc. | Current |
| ACDELCO, a Brand of GM Service and Parts Operations, A Division of General Motors<br><br>General Motors Corp.<br>General Motors Fleet & Commercial<br>General Motors LLC | General Motors Corporation, Chevrolet Division<br><br>Motors Liquidation Company | Current<br><br>Current |
| Acme Packet Inc.<br><br>Oracle America Inc.<br>Oracle Corp.<br>Oracle Credit Corp.<br>Oracle USA Inc.<br>Rightnow Technologies Inc. | Oracle International Corporation<br><br>Oracle USA, Inc. | Current<br><br>Current |
| Aerometric Inc.<br>Aero-Metric Inc.<br>Quantum Spatial Inc. | Matthew L. Altman | Current |
| AIG<br>AIG Assurance Co.<br>American General Life Insurance Co.<br>American International Group | Varagon Capital Partners | Current |
| Air Sampling Associates Inc. | Align Capital Partners LP<br>AST Holding Company, LLC | Current<br>Current |
| Alcentra<br>Bank of New Mellon, The<br>Bank of New York as Indenture Trustee, The | BNY Mellon Capital Markets, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Bank of New York Corporate Trust Admin Support, The<br><br>Bank of New York Mellon Corporate Trust Municipal, The<br><br>Bank of New York Mellon Corporate Trust, The<br><br>Bank of New York Mellon Trust Co., The<br><br>Bank of New York Mellon, The<br>Bank of New York Trust Co. NA, The<br>Bank of New York Trustee, The<br>Bank of New York, The<br>BNY Mellon<br>BNY Mellon Asset Servicing<br>City of New York Group Trust<br>Insight Investment Management Ltd.<br>Mellon Bank<br>Mellon Trust of New England NA<br>Wells Capital Management - 25464400 | | |
| ALCOA<br>Aluminum Co. of American (Alcoa) | Alcoa Power Generating, Inc. | Current |
| AlixPartners<br>Apidos Capital<br>Apidos Capital Management LLC<br>Chempoint<br>CVC Capital Partners Ltd.<br>CVC Credit Partners<br>Evonik Energy Services LLC<br>ista North America Inc.<br>Univar<br>Univar USA Inc. | CVC Asia Pacific Limited | Current |
| Allianz Global Investors<br>Caywood-Scholl Capital Management<br>Nicholas Applegate<br>Pacific Investment Management | Allianz Capital Partners GmbH<br>PIMCO Bravo Fund I, L.P.<br><br>PIMCO Bravo Fund II, L.P. | Current<br>Current<br><br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Pacific Investment Management - PIMCO<br><br>Pacific Investment Management Co. LLC<br><br>PIMCO<br>Pimco High Income Fund | | |
| Allstate<br>Allstate Insurance<br>Allstate Life Insurance Co. | Esurance Insurance Services, Inc. | Current |
| AlpInvest Partners Co-Investments 2007 CV<br><br>Carlyle<br>Carlyle Azure CLO Ltd.<br>Carlyle Bristol CLO Ltd.<br>Carlyle Daytona CLO Ltd.<br>Carlyle High Yield Partners IX Ltd.<br>Carlyle High Yield Partners VII Ltd.<br>Carlyle High Yield Partners VIII Ltd.<br>Carlyle High Yield Partners X Ltd.<br>Carlyle Investment Management LLC<br>Carlyle McLaren CLO Ltd.<br>Carlyle Partners<br>Carlyle Veyron CLO Ltd.<br>CELF Advisors LLP<br>Claren Road<br>Coalfire Systems Inc.<br>Cogentrix Energy Power Management LLC<br>CommScope Holding Co. Inc.<br>Duff & Phelps LLC<br>Extreme Reach, Inc.<br>Highlander Euro CDO BV<br>Highlander Euro CDO II BV<br>Hudson Products Corp.<br>IHS Cera Inc.<br>IHS Global Inc.<br>IHS Inc. | Carlyle Europe Technology Partners III Advisor S.a.r.l. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Metropolitan West Asset Management<br>Ortho Diagnostics Inc.<br>Stanfield Azure CLO Ltd.<br>Stanfield Bristol CLO Ltd.<br>Stanfield Carrera CLO Ltd.<br>Stanfield Daytona CLO Ltd.<br>Stanfield McLaren CLO Ltd.<br>Stanfield Veyron CLO Ltd.<br>Sullair Corp.<br>TCW Asset Management<br>Trust Company of the West<br>Vantage Energy LLC | | |
| American Airlines Inc. | Material Services Company, Inc. | Current |
| Antero Resources I LP | Peridot Gem Investment Holdings Limited | Current |
| Aramark Uniform Services<br>CPV Power Development Inc.<br>CPV Rattlesnake Den Renewable Energy Co. LLC<br>Essent Healthcare Inc.<br>Interactive Data<br>ISI Commercial Refrigeration Inc.<br>MarketPay Associates LLC<br>New Breed Logistics, Inc.<br>Safety-Kleen Corp.<br>Safety-Kleen Systems Inc.<br>Santander Consumer USA Inc. | Warburg Pincus Asia LLC | Current |
| Austin Coca Cola Bottling Co.<br>Coca Cola Enterprises<br>Coca-Cola Co., The<br>Western Container Corp. | Fairlife, LLC | Current |
| Bank of America Corp.<br>Bank of America Fund<br>Bank of America Merrill Lynch<br>Bank of America NA<br>BofA Merrill Lynch<br>Eban Village I Apartments | Heng Qu | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Eban Village II Ltd.<br>Hampton Funding LLC<br>Laguna Funding LLC<br>LaSalle National Leasing Corp.<br>Merrill Lynch Capital Services<br>Merrill Lynch Capital Services Inc.<br>Merrill Lynch Commodities<br>Merrill Lynch Pierce Fenner & Smith<br>Merrill Lynch Pierce Fenner & Smith Inc. (Broker)<br>Merrill Lynch/Bank of America<br>Nations Bank, as trustee | | |
| Barclays<br>Barclays Bank<br>Barclays Bank PLC<br>Barclays Bank PLC, Cayman Islands Branch<br>Barclays Bank PLC, New York Branch | Barclays Capital Inc. | Current |
| bcIMC (WCBAF) Private Placement (2006) Investment Corp.<br>bcIMC Private Placement (2006) Investment Corp. | QuadReal Property Group Limited Partnership | Current |
| BG Energy Merchants LLC<br>Evonik Energy Services LLC<br>Evonik Industries AG<br>Fisher Scientific<br>GIC (Government Investment Corporation of Singapore)<br>GIC Private Ltd.<br>Government of Singapore Investment Corp. Pte Ltd.<br>Thermo Environmental Instruments Inc.<br>Thermo Fisher Scientific<br>Thermo Orion Inc.<br>Thermo Process Instruments LP<br>Universal Blanchers LLC | EDB Investments Pte Ltd.<br>EDBI Pte Ltd. | Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Blackstone / GSO<br><br>Blackstone Advisory Partners LP<br>Blackstone Debt Advisors<br>Blackstone Special Funding (Ireland)<br>Comstock Oil & Gas LP<br>GSO<br>GSO Aiguille des Grands Montets Fund I LP<br>GSO Aiguille des Grands Montets Fund II LP<br>GSO Aiguille des Grands Montets Fund III LP<br>GSO Cactus Credit Opportunities Fund LP<br>GSO Capital Partners LP<br>GSO Churchill Partners LP<br>GSO Coastline Credit Partners LP<br>GSO Credit Alpha Fund LP<br>GSO Credit-A Partners LP<br>GSO Palmetto Opportunistic Investment Partners LP<br>GSO Special Situations Master Fund LP<br>GSO/Blackstone Debt Funds Management LLC<br>Harbourmaster Capital<br>La Quinta Inn #0505<br>La Quinta Inn #0558<br>La Quinta Inn #0960<br>LQ Management LLC<br>Mustang Ridge Apartments LP | BCP (Singapore) VI Cayman Acquisition Co. Ltd. | Current |
| Blue Cross Blue Shield Health Care Services Corp.<br><br>Blue Cross Blue Shield of Texas<br>Colorado Bankers Life Insurance Co. | Eric A. Feldstein | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Dearborn National Life Insurance Co. | | |
| Box Inc.<br>Copano Energy Services<br>Encana Oil & Gas USA<br>Papa Johns International Inc.<br>Sungard Consulting Services Inc.<br>Sungard Consulting Services LLC<br>Sungard Energy Systems<br>Survey Monkey Inc.<br>Taco Bueno Restaurants LP<br>TPG<br>TPG Capital LP<br>TPG Capital Management LP<br>TPG FOF V-A LP<br>TPG FOF V-B LP<br>TPG Global LLC<br>TPG Inc.<br>TPG Management LP<br>TPG Partners IV LP<br>TPG Partners V LP<br>XOJet Inc.<br>Xojet On | TPG Capital | Current |
| Broad Street Funding LLC | FS Investments | Current |
| Brown & Root Holdings Inc.<br>Brown & Root Inc.<br>M.W. Kellogg Co. The | KBR, Inc. | Current |
| Calder Testers Inc.<br>Integrated Global Services, Inc.<br>North American Substation Services | Daniel L. Delaney | Current |
| Canadian Imperial Bank of Commerce | CIBC Capital Markets<br><br>CIBC World Markets Corp.<br>CIBC World Markets, Inc. | Current<br><br>Current<br>Current |
| Cargill Inc.<br>Cargill Power Markets LLC<br>Cargill Salt<br>Carval Investors LLC | CVI Luxembourg Fifteen Sarl | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Celanese<br>Celanese Chemicals<br>Celanese Ltd. | Celanese Corporation | Current |
| Cisco Systems Inc. | Madhav Marathe<br>Sanjib HomChaudhuri<br>Sudhir Rao | Current<br>Current<br>Current |
| Cit Group/Equipment Financing Inc.<br>Freepoint Commodities LLC<br>Millstein & Co.<br>Newport Group Inc., The | Mill Point Capital Partners LLC | Current |
| Clear Lake Regional Medical Center<br><br>Gardner Denver Machinery Inc.<br>Gardner Denver Nash<br>Gardner Denver Nash LLC<br>Gardner Iron & Metal Co. Inc.<br>I-Deal LLC<br>Itochu Corp.<br>Jostens Inc.<br>KKR<br>KKR & Co. LP<br>KKR 2006 Fund LP<br>KKR Asset Management LLC<br>KKR Associates Reserve LLC<br>KKR Capital Markets<br>KKR Debt Investors II (2006) (Ireland) LP<br>KKR Financial CLO 2005 2 Ltd.<br>KKR Financial CLO 2005-1 Ltd.<br>KKR Financial CLO 2006-1 Ltd.<br>KKR Financial CLO 2007-1 Ltd.<br>KKR Financial CLO 2007-A Ltd.<br>KKR Financial Holdings LLC<br>KKR PEI Investments LP<br>Kohlberg Kravis Roberts & Co.<br>Kohlberg Kravis Roberts & Co. LP<br>Legend Natural Gas IV LP<br>Master-Halco Inc. | Home Care Assistance Holdings, LLC<br><br>Pillarstone Europe LLP | Current<br><br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Samson Lone Star LP<br>Samson Resources Co. | | |
| Cognos Corp.<br>IBM Corp.<br>IBM Credit LLC<br>International Business Machines Corp.<br>MRO Software<br>SilverPop Systems Inc.<br>TeaLeaf Technology Inc.<br>Technology & Management Services Inc. | IBM Canada Ltd. | Current |
| Comverge Inc.<br>HIG Whitehorse<br>Metco Environmental<br>TestAmerica Air Emission Corp.<br>Whitehorse Capital<br>WhiteHorse Capital Partners<br>Whitehorse Capital Partners LP | Comverge, Inc. | Current |
| Delaware Investments<br>Macquarie Bank Ltd.<br>Macquarie Bank Ltd.-Sydney Head Office<br>Macquarie Energy LLC<br>Macquarie Futures<br>Macquarie Futures USA Inc.<br>Macquarie Futures USA LLC<br>Macquarie Investment Management | Greystar Asia-Pac Management JV | Current |
| Deloitte & Touche | Deloitte Consulting LLP<br>Deloitte Tax LLP | Current<br>Current |
| Dixie Chemical Co.<br>Novo 1 | Access Plus Paging, Inc.<br>Brian Unlimited Distribution Company<br>Budco Business to Business, Inc.<br>Budco East Coast LLC<br>Budco Holdings, Inc.<br>DialogDirect, Inc.<br>DMI GC Holdings, LLC | Current<br>Current<br><br>Current<br>Current<br>Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Fort Worth - Novo 1, LLC | Current |
| | GC Allegra, LLC | Current |
| | GC Shore Holdings, LLC | Current |
| | Insurance Dialogue Agency, LLC | Current |
| | Novo 1 Holdings, Inc. | Current |
| | Novo 1 of Nevada, Inc. | Current |
| | Novo 1, Inc. | Current |
| Docusign Inc. | Bain Capital Private Equity (Europe), LLP | Current |
| Foster & Kleiser | Bain Capital Private Equity, LP | Current |
| HD Supply Construction Supply Ltd. | | |
| HD Supply Utilities Ltd. | | |
| Sankaty | | |
| Sankaty Advisors LLC | | |
| Securitas Security Services USA Inc. | | |
| SimplexGrinnell | | |
| SimplexGrinnell LP | | |
| Skillsoft Corp. | | |
| Sungard Consulting Services Inc. | | |
| Sungard Consulting Services LLC | | |
| Sungard Energy Systems | | |
| Survey Monkey Inc. | | |
| Tealium Inc. | | |
| Toys R Us-Delaware Inc. | | |
| Tyco Fire Products | | |
| VXI Global Solutions Inc. | | |
| Westfire Inc. | | |
| Yarway Corp. | | |
| Environment/One Corp. | Air Industries Company | Current |
| | Arcturus Manufacturing Corporation | Current |
| | Cherry Aerospace | Current |
| | Forge Company, Inc. | Current |
| | PCC Structurals, Inc. | Current |
| | Precision Castparts Corp. | Current |
| | Shur-Lok Company | Current |
| | SPS Technologies, Incorporated | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | StratoFlight Corporation | Current |
| | Titanium Metals Corporation | Current |
| Equity Group Investments | Tri-Land Properties, Inc. | Current |
| Ethicon Inc., a Johnson & Johnson Co. | Johnson & Johnson Consumer Companies, Inc. | Current |
| Federal Communications Commission | Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | Current |
| Federal Deposit Insurance Corp. (FDIC) | Luis F. Cruz Batista, as Director of the Office of Management and Budget of the Commonwealth of Puerto Rico | Current |
| Federal Emergency Management Agency (FEMA) | Puerto Rico Fiscal Agency and Financial Advisory Authority | Current |
| Internal Revenue Service | | |
| Jackson, Lisa P., in her official capacity as Administrator of the USEPA | | |
| Jackson, Lisa, as Administrator of the U.S. Environmental Protection Agency | | |
| McCarthy, Gina, as Administrator of the U.S. Environmental Protection Agency | | |
| Mine Safety & Health Administration (MSHA), U.S. Department of Labor | | |
| National Institute of Standards & Technology | | |
| National Scientific Balloon Facility | | |
| Office of Surface Mining | | |
| Oklahoma City Air Logistics Center | | |
| Pension Benefit Guaranty Corp. | | |
| Perciasepe, Bob, in his capacity as Acting Administrator, USEPA | | |
| Richards-Gebaur AFB | | |
| Securities and Exchange Commission | | |
| Tennessee Valley Authority | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| United States Attorney, Office of the<br>United States Customs & Border Protection<br>United States Department of Agriculture, Rural Utilities Service<br>United States Department of Energy<br>United States Department of Justice<br>United States Department of Labor<br>United States Department of The Treasury, Internal Revenue Service (IRS)<br>United States Department of Treasury<br>United States Environmental Protection Agency<br>United States Mine Safety & Health Administration<br>United States Naval Academy<br>United States Nuclear Regulatory Commission<br>United States of America<br>United States Treasury Single Taxpayors (IRS)<br>United States Trustee, Office of the<br>US Air Force<br>US Army Corp. of Engineers<br>US Coast Guard<br>US Corps of Engineers<br>US Department of Justice<br>US Department of The Army<br> US Department of Transportation<br>US Drug Enforcement Administration<br>US Drug Enforcement Agency<br>US Internal Revenue Service<br>USAF | | |
| FTI Consulting | Roderick John Sutton | Current |
| Georgia-Pacific LLC | Phillips-Medisize Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| HEB Grocery Co. LP | H.E.Butt Grocery Co. | Current |
| Household International<br>HSBC Bank PLC<br>HSBC Card Services Inc.<br>HSBC Holdings PLC<br>HSBC Securities USA Inc.<br>Samson Lone Star LLC | HSBC Bank USA, N.A.<br>HSBC Finance Corporation | Current<br>Closed |
| iCrossing Inc. | CAMP Global Holdings, LLC | Current |
| Invesco<br><br>Invesco - NAM (National Asset Management)<br>Invesco Aim Investment Services<br>Invesco ATST Premier U.S. Government Money Portfolio | Invesco Senior Secured Management, Inc. | Current |
| Jeld-Wen Windows & Doors<br>Onex Corp.<br>Onex Credit Partners LLC<br>Onex Senior Credit Fund LP<br>Sitel LLC<br>Sitel Operating Corp.<br>Southern Graphic Systems Inc. | Onex Corporation | Current |
| Kroger Co. | The Kroger Co. | Current |
| MacKay Shields LLC | Dan Roberts<br>Louis Cohen<br>Michael Kimble | Current<br>Current<br>Current |
| Mitsui Rail Capital LLC<br>MRC Rail Services LLC | Mitsui & Co., Ltd. | Closed |
| New York City Police Pension Fund | New York City Commission on Human Rights | Current |
| North Carolina Department of State Treasurer Unclaimed Property Program | State of North Carolina<br><br>State of North Carolina, et al. | Current<br><br>Current |
| Och Ziff - OZ Management<br>Och-Ziff Capital Management<br>Oz Management LLC | OZ Management L.P. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| OZ Management LP | | |
| Opinionology Inc.  Serena International  Serena Software Inc.  Survey Sampling International | Huntsman Gay Capital Partners Fund, L.P. | Current |
| | Huntsman Gay Capital Partners Parallel Fund A, L.P. | Current |
| | Huntsman Gay Capital Partners Parallel Fund B, L.P. | Current |
| Power Partners Inc. | Andrew Nikou | Current |
| PricewaterhouseCoopers LLP | PricewaterhouseCoopers Consultores, Auditores y Compania Limitada | Current |
| | PricewaterhouseCoopers International Limited | Current |
| Progress Energy | Piedmont Natural Gas | Current |
| R.R. Donnelley  RR Donnelley Receivables Inc. | Mark D. Thoma | Current |
| Remington Arms | Steven Mayer | Current |
| Sanderson Farms Inc. | Sanderson Farms, Inc. - Food Division | Current |
| | Sanderson Farms, Inc. - Processing Division | Current |
| | Sanderson Farms, Inc. - Production Division | Current |
| Saul Ewing LLP | Saul Ewing LLP | Current |
| Scottish Widows Investment Partnership Ltd. | Those Certain Underwriters at Lloyd's, London, subscribing to general liability certificate 16-SZ-0001 | Current |
| Seminole Energy Services LLC | LSVC Holdings LLC | Current |
| Unimark LLC | The Stephens Group, LLC | Closed |
| Spectera Inc. | Stephanie L. Thierer | Current |
| Sprint | SB Group US, Inc. | Current |
| | Softbank Group Corp. | Current |
| State of Wisconsin Investment Board | Wisconsin Legislature | Current |
| Symantec Corp. | LifeLock, Inc. | Current |
| VXI Global Solutions Inc. | VXI Global Solutions, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Wal-Mart Store #371 | Jet.com | Current |
| Westinghouse Electric Co. LLC | Westinghouse Electric Company, LLC | Current |
| Wood Group Power Plant Services Inc. | Timothy J. White | Current |