**Exhibit A**

**Satisfied Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | BROWN COUNTY APPRAISAL DISTRICT<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37732 [1] | $217.83 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079021 on 01/25/2017. |
| 2 | CITY OF WACO / WACO INDEPENDENT ET AL<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 871 [2] | $19,401.16 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010017486 on 01/20/2015. |
| 3 | COUNTY OF ANDERSON, TEXAS, THE<br>C/O MCCREARY VESELKA BRAGG & ALLEN P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37728 [3] | $41,898.62 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010078989 on 01/25/2017. |
| 4 | COUNTY OF BOSQUE, TEXAS, THE<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37731 [4] | $171.02 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079019 on 01/25/2017. |

---

[1] Claim **37732** was modified 04/03/2017 by Debtors' Forty-Seventh Omnibus Objection (DI. 11103).
[2] Claim **871** was modified 04/03/2017 by Debtors' Forty-Seventh Omnibus Objection (DI. 11103).
[3] Claim **37728** was modified 04/03/2017 by Debtors' Forty-Seventh Omnibus Objection (DI. 11103).
[4] Claim **37731** was modified 04/03/2017 by Debtors' Forty-Seventh Omnibus Objection (DI. 11103).

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 5 | COUNTY OF CHEROKEE, TEXAS, THE C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37733 [5] | $53,279.65 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check numbers 1010078987 and 1010078988 on 01/24/2017 and 01/25/2017, respectively. |
| 6 | COUNTY OF CORYELL, TEXAS, THE C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37734 [6] | $757.25 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079014 on 01/25/2017. |
| 7 | COUNTY OF EASTLAND, TEXAS, THE C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37737 [7] | $18,588.36 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check numbers 1010079007 and 1010079288 on 01/24/2017 and 01/27/2017, respectively. |
| 8 | EASTLAND COUNTY APPRAISAL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37736 [8] | $49,025.84 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check numbers 1010079008 and 1010079288 on 01/25/2017 and 01/27/2017, respectively. |

---

[5] **Claim 37733** was modified 04/03/2017 by Debtors' Forty-Seventh Omnibus Objection (DI. 11103).
[6] **Claim 37734** was modified 04/03/2017 by Debtors' Forty-Seventh Omnibus Objection (DI. 11103).
[7] **Claim 37737** was modified 04/03/2017 by Debtors' Forty-Seventh Omnibus Objection (DI. 11103).
[8] **Claim 37736** was modified 04/03/2017 by Debtors' Forty-Seventh Omnibus Objection (DI. 11103).

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 9 | HILL COUNTY APPRAISAL DISTRICT C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37739 [9] | $1,077.79 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079017 on 01/25/2017. |
| 10 | TAX APPRAISAL DISTRICT OF BELL COUNTY C/O MCCREARY VESELKA BRAGG & ALLEN P.C. ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK, TX 78680-1269 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/31/2016 | 37730 [10] | $351.95 | Claim satisfied pursuant to court order entered on 06/04/2014 [Docket No. 799]. Paid via check number 1010079012 on 01/25/2017. |
| | | | | | TOTAL | $184,769.47 | |

---

[9] Claim 37739 was modified 04/03/2017 by Debtors' Forty-Seventh Omnibus Objection (DI. 11103).

[10] Claim 37730 was modified 04/03/2017 by Debtors' Forty-Seventh Omnibus Objection (DI. 11103).