## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 10917, 10918, 10972, 11052** |

### ORDER (SECOND) SUSTAINING DEBTORS'
### FORTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION
### TO CERTAIN IMPROPERLY ASSERTED CLAIMS PURSUANT
### TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
### RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] and the certification of counsel (the "Certification

of Counsel") of the above-captioned debtors and debtors in possession (collectively, the

"Debtors"), for entry of an order (this "Order"), modifying the Disputed Claim set forth on

**Exhibit 1** attached hereto, all as set forth in the Objection and the Nutt Declaration; and the

Court having previously entered its *Order Sustaining the Forty-Fifth Omnibus (Substantive)*

*Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy*

*Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 11052],

dated March 24, 2017 (the "Prior Order") in connection with the Objection; and the Court having

found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the

Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Court having found that venue of these cases and the Objection in this district is proper pursuant

to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the

Objection is in the best interests of the Debtors' estates, their creditors, and other parties in

interest; and the Court having found that the Debtors provided appropriate notice of the

Objection and the opportunity for a hearing on the Objection (the "Hearing") under the

circumstances; and the Court having reviewed the Objection and the Certification of Counsel and

having heard the statements in support of the relief requested therein at the Hearing, if any; and

the Court having determined that the legal and factual bases set forth in the Objection and at the

Hearing establish just cause for the relief granted herein; and upon all of the proceedings had

before the Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.     The Objection is sustained as set forth in the Prior Order and herein.

2.     The Disputed Claim set forth on the attached **Exhibit 1** is hereby modified as

provided on the attached **Exhibit 1**.

3.     The Claims Agent is authorized to modify the Claims Register to comport with

the entry of this Order.

4.     Notwithstanding the relief granted in this Order and any actions taken pursuant to

such relief, nothing in this Order shall be deemed an admission as to the validity of any particular

claim (including the Disputed Claim) against a Debtor entity.

5.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062,

9014 or otherwise, the terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: April _7_, 2017
        Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE