**EXHIBIT 1** to **EXHIBIT A**

**Disputed Claim**

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Disputed Claim

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | MODIFIED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | IBEW LOCAL 2337 ON BEHALF OF MEMBER CHRIS MORRIS, C/O GILLESPIE SANFORD LLP ATTN: HAL GILLESPIE & JOSEPH GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS, TX 75206 | 5540 | Luminant Mining Company LLC | Unsecured | Undetermined* | Luminant Mining Company LLC | Priority | $12,850.00 |
| | | | | TOTAL | Undetermined* | | TOTAL | $12,850.00 |

REASON FOR MODIFICATION: Modified to reflect settlement between the Debtors and the Claimant.

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1