IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Bankruptcy Case No. 14-10979 (CSS) |
| | : | |
| Debtor. | : | |
| | : | |
| DELAWARE TRUST COMPANY, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 15-620-RGA |
| | : | |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, et al., | : | |
| | : | |
| Appellees. | : | |

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., et al., | : | Bankruptcy Case No. 14-10979 (CSS) |
| | : | |
| Debtor. | : | |
| | : | |
| COMPUTERSHARE TRUST COMPANY, N.A., et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 15-1011-RGA |
| | : | |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, et al., | : | |
| | : | |
| Appellees. | : | |

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | Bankruptcy Case No. 14-10979 (CSS) |
| et al., | : | |
| | : | |
| Debtor. | : | |
| | : | |
| COMPUTERSHARE TRUST | : | |
| COMPANY, N.A., et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 15-1014-RGA |
| | : | |
| ENERGY FUTURE INTERMEDIATE | : | |
| HOLDING COMPANY, LLC, et al., | : | |
| | : | |
| Appellees. | : | |

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | Bankruptcy Case No. 14-10979 (CSS) |
| et al., | : | |
| | : | |
| Debtor. | : | |
| | : | |
| COMPUTERSHARE TRUST | : | |
| COMPANY, N.A., et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 15-1015-RGA |
| | : | |
| ENERGY FUTURE INTERMEDIATE | : | |
| HOLDING COMPANY, LLC, et al., | : | |
| | : | |
| Appellees. | : | |

**ORDER**

WHEREAS, the Court of Appeals has reversed this Court's judgment in the above-captioned cases;

NOW, THEREFORE, this 10 day of April 2017, the cases are REMANDED to the Bankruptcy Court for further proceedings consistent with the opinion of the Court of Appeals.

IT IS SO ORDERED.

                                                                                 /s/ Richard G. Andrews
                                                                                 United States District Judge