# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Twenty-Fifth Monthly Fee Statement  01/01/2017 through 01/31/2017  D.I. 10986 | $7,115.00 | $65.12 | 03/31/2017 | $5,692.00 | $65.12 | $1,423.00 |

04/11/2017 SL1 1459700v1 109285.00006