## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 10915- 10918** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 24, 2017, I caused to be served the:

   a. "Notice of 'Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated February 24, 2017, to which was attached the "Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated February 24, 2017 [Docket No. 10915], (the "44th Omnibus Objection"),

   b. *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim*, dated February 24, 2017, a sample of which is annexed hereto as Exhibit A, (the "Cover Memo"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

    c.   a customized version of "Notice of Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated February 24, 2017, a sample of which is annexed hereto as <u>Exhibit B</u>, (the "44th Omnibus Objection Custom Notice"),

    d.   "Declaration of Terry L. Nutt, Senior Vice President and Controller at Vistra Energy Corp., in Support of the Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated February 24, 2017 [Docket No. 10916], (the "44th Omnibus Objection Declaration"),

    e.   "Notice of 'Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated February 24, 2017, to which was attached the "Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated February 24, 2017 [Docket No. 10917], (the "45th Omnibus Objection"),

    f.   a customized version of "Notice of Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated February 24, 2017, a sample of which is annexed hereto as <u>Exhibit C</u>, (the "45th Omnibus Objection Custom Notice"), and

    g.   "Declaration of Terry L. Nutt, Senior Vice President and Controller at Vistra Energy Corp., in Support of the Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated February 24, 2017 [Docket No. 10918], (the "45th Omnibus Objection Declaration"),

by causing true and correct copies of the:

    i.   44th Omnibus Objection, 44th Omnibus Objection Declaration, 45th Omnibus Objection, and 45th Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

    ii.   44th Omnibus Objection, 44th Omnibus Objection Declaration, 45th Omnibus Objection, and 45th Omnibus Objection Declaration, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>,

iii.   Cover Memo, 44th Omnibus Objection Custom Notice, and 44th Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F, and

iv.   Cover Memo, 45th Omnibus Objection Custom Notice, and 45th Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Catherine Henriquez

Sworn to before me this
3rd day of March, 2017

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018

# EXHIBIT A

**Energy Future Holdings**

February 24, 2017

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is unable to allow your claim(s) – number(s)        . <u>Our response to your claim(s) is detailed in the enclosed materials</u>.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, you must file it with the Bankruptcy Court on or before **March 10, 2017**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **<u>actually received</u>** by March 10, 2017 at 4:00 PM (ET).

If you have any questions, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO AMENDED AND LATE FILED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**TO**:

**Basis for Objection**: Amended and Superseded Claim.

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim(s) to be Expunged**: | | |
| | Claim Number | Claim Amount |
| **Remaining Claim(s)** | | |

On February 24, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Forty-Fourth Omnibus (Non-Substantive) Objection to Amended and Late Filed Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **March 10, 2017, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MARCH 28, 2017, AT 10:00 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  February 24, 2017

_____/s/ Jason M. Madron_____

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES
3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**TO**:

**Basis for Objection**: Substantive Duplicate Claim.

**Reason for Disallowance:** Claimed invoice in claim to be disallowed appears to be included in the remaining claim.

|  | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim(s) to be Expunged**: |  |  |
|  | **Claim Number** | **Claim Amount** |
| **Remaining Claim(s)** |  |  |

On February 24, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection.  Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **March 10, 2017, at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MARCH 28, 2017, AT 10:00 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  February 24, 2017

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler, P.C. (admitted _pro hac vice_)
Brian E. Schartz (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Marc Kieselstein, P.C. (admitted _pro hac vice_)
Chad J. Husnick, P.C. (admitted _pro hac vice_)
Steven N. Serajeddini (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

_Co-Counsel to the Debtors and Debtors in Possession_

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS & CO) KEVIN G. ABRAMS & JOHN M. SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| AKERMAN LLP | (COUNSEL TO SIEMENS) ATTN: ANDREA S HARTLEY ESQ 98 SE 7TH ST STE 1100 MIAMI FL 33131 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVE BROOKLYN NY 11219 |
| ASHBY & GEDDES PA | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ PO BOX 1150 WILMINGTON DE 19899 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ 2001 ROSS AVE DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) ATTN: DAVID M POWLEN ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX) ATTN: KEVIN C DRISCOLL JR ESQ 1 N WACKER DR STE 4400 CHICAGO IL 60606-2833 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 222 DELAWARE AVE STE 900 WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) ATTN: KEVIN M. CAPUZZI 222 DELAWARE AVE STE 801 WILMINGTON DE 19801-1611 |
| BIELLI & KLAUDER LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & CORY P STEPHENSON ESQ 1204 N KING STREET WILMINGTON DE 19801 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL B SCHAEDLE ESQ 130 N 18TH ST (ONE LOGAN SQUARE) PHILADELPHIA PA 19103-6998 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET ST STE 800 WILMINGTON DE 19801 |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) ATTN: DONALD K LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO EFIH SECOND LIEN TRUSTEE) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | (COUNSEL TO ORACLE) ATTN: SHAWN M CHRISTIANSON ESQ 55 SECOND ST STE 1700 SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST STE 1500 WILMINGTON DE 19801 |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, ESQS. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS, TXU 2007-1 RAILCAR, RED BALL) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500 ROBERT-BOURASSA BOULEVARD, 7TH FLOOR MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN ST STE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) ATTN: MICHAEL J SAGE & ANDREW C HARMEYER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036-6797 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) ATTN: G. ERIC BRUNSTAD JR 90 STATE HOUSE SQUARE HARTFORD CT 06103-3702 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) ATTN: KATE O'KEEFFE ONE INTERNATIONAL PLACE 40TH FLOOR 100 OLIVER STREET BOSTON MA 02110-2605 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DLA PIPER LLP (US) | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN 1201 N MARKET ST STE 2100 WILMINGTON DE 19801 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE ESQ 1717 MAIN ST STE 4200 DALLAS TX 75201 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND ESQ, AGENT 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054-1232 |
| FISHER BOYD JOHNSON & HUGUENARD LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BERNARD G JOHNSON III ESQ & WAYNE FISHER ESQ 2777 ALLEN PKWY 14TH FL HOUSTON TX 77019 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; L. JOHN BIRD 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ MATTHEW M ROOSE ESQ ONE NEW YORK PLAZA NEW YORK NY 10004 |

| Claim Name | Address Information |
| --- | --- |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ 777 E 15TH ST PLANO TX 75074 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 1201 N ORANGE ST STE 300 WILMINGTON DE 19801 |
| GLAST PHILLIPS & MURRAY PC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L HOWELL PLLC 14801 QUORUM DR STE 500 DALLAS TX 75254 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL) ATTN: WILLIAM WEINTRAUB; KIZZY JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ 1 MOODY PLAZA 18TH FL GALVESTON TX 77550 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: TREVOR HOFFMANN ESQ 30 ROCKEFELLER CTR 26TH FL NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T PECK ESQ 301 COMMERCE ST STE 2600 FORT WORTH TX 76102 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) ATTN: PATRICK L HUGHES 1221 MCKINNEY ST STE 2100 HOUSTON TX 77010 |
| HILLER & ARBAN LLC | (COUNSEL TO STEAG) ATTN: ADAM HILLER ESQ, JOHNNA M DARBY ESQ 1500 N FRENCH ST 2ND FL WILMINGTON DE 19801 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) ATTN: JENNIFER V. DORAN 28 STATE ST BOSTON MA 02109 |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 2323 ROSS AVE STE 600 DALLAS TX 75201 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY ESQ & MATTHEW D CAVENAUGH ESQ 1401 MCKINNEY ST STE 1900 HOUSTON TX 77010 |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL 2727 N HARWOOD STREET DALLAS TX 75201 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES CARR, BENJAMINN FEDER, GILBERT SAYDAH 101 PARK AVE NEW YORK NY 10178 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H LEMISCH ESQ 919 MARKET ST STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LACKEY HERSHMAN LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES) ATTN: ADAM G |

| Claim Name | Address Information |
|---|---|
| LANDIS RATH & COBB LLP | LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 400 MADISON AVE STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF CURTIS A HEHN | (COUNSEL TO SOMERVELL CAD) ATTN: CURTIS A HEHN ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS; KINDER MORGAN; NAT GAS PIPELINE OF AMERICA; EL PASO NAT GAS) ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE CT NAVASOTA TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) ATTN: DANIEL K BEARDEN ESQ 4411 N CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ 4828 LOOP CENTRAL DR STE 600 HOUSTON TX 77002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) ATTN: JAMES E. HUGGETT & AMY D. BROWN 300 DELAWARE AVE STE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI 90 S SEVENTH ST STE 3300 MINNEAPOLIS MN 55402 |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON 700 JEFFREY WAY STE 100 ROUND ROCK TX 78665 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ 300 DELAWARE AVE STE 770 WILMINGTON DE 19801 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D MOAK ESQ 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 111 N 6TH ST PO BOX 846 CLINTON OK 73601 |
| MILBANK TWEED HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ 28 LIBERTY ST NEW YORK NY 10005-1413 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: NATALIE RAMSEY, DAVIS LEE WRIGHT, MARK FINK SIDNEY LIEBESMAN 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO PIMCO) ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ ONE FEDERAL ST BOSTON MA 02110-1726 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M MILLER ESQ PO BOX 2306 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 N MARKET ST STE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ; SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ 355 S GRAND AVE 35TH FL LOS ANGELES CA 90071 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |

| Claim Name | Address Information |
|---|---|
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ 303 COLORADO ST STE 2600 AUSTIN TX 78701-3924 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ 100 SUMMER ST BOSTON MA 02110 |
| O'KELLY & ERNST LLC | (COUNSEL TO FIDELITY) ATTN: MICHAEL J JOYCE ESQ 901 N MARKET ST 10TH FL WILMINGTON DE 19801 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: DANIEL S SHAMAH ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS ESQ PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES ESQ; ROBERT FEINSTEIN ESQ PO BOX 8705 WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ BRIAN P GUINEY ESQ 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ 500 E BORDER ST STE 640 ARLINGTON TX 76010 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS, COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 W 7TH ST STE 600 FORT WORTH TX 76102 |

| Claim Name | Address Information |
|---|---|
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: JEREMY RYAN ESQ 1313 N MARKET ST 6TH FL PO BOX 951 WILMINGTON DE 19801 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ PETER J YOUNG ESQ THREE FIRST NATIONAL PLAZA 70 W MADISON ST STE 3800 CHICAGO IL 60602 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A HARRIS; JASON D CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO BANK OF NEW MELLON, PCRB TRUSTEE) ATTN: SARAH K KAM ESQ 599 LEXINGTON AVE 22ND FL NEW YORK NY 10022 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY NA, AS INDENTURE TRUSTEES) ATTN: KURT F GWYNNE; KIMBERLY E.C. LAWSON ESQS 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TTEE RE ENUMERATED TRUSTS) ATTN: RICHARD A ROBINSON ESQ 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLELY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST INDENTURE TRUSTEES) ATTN: ROBERT P SIMONS ESQ REED SMITH CENTRE 225 FIFTH AVE STE 1200 PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR 1001 – 4TH AVE STE 4500 SEATTLE WA 98154 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROSS ARONSTAM & MORITZ LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS 100 S WEST ST STE 400 WILMINGTON DE 19801 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ 1201 N MARKET ST 23RD FL WILMINGTON DE 19801 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY ESQ 1201 N MARKET ST 23RD FL WILMINGTON DE 19801 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT) ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHEEHY LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON 510 N VALLEY MILLS DR #500 WACO TX 76710-6077 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE) ATTN: JAY M GOFFMAN ESQ 4 TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: MARK S CHEHI ESQ PO BOX 636 WILMINGTON DE 19899-0636 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SMITH KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M MILLER ESQ PO BOX 410 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) ATTN: DAVID E LETA ESQ 15 W SOUTH TEMPLE STE 1200 SALT LAKE CITY UT 84101-1547 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |

| Claim Name | Address Information |
| --- | --- |
| STREUSAND LANDON & OZBURN LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND 811 BARTON SPRINGS RD STE 811 AUSTIN TX 78704 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN MICHAEL H TORKIN ESQS 125 BROAD ST NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: ELIHU E. ALLINSON, III 901 N MARKET ST STE 1300 WILMINGTON DE 19801 |
| SUTHERLAND ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA, III, ESQ. ONE AMERICAN CENTER 600 CONGRESS AVENUE, SUITE 2000 AUSTIN TX 78701 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: STEPHEN C GREENBERG ESQ 1600 PARKWOOD CIR STE 400 ATLANTA GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) ATTN: FEDERICK B ROSNER ESQ & JULIA B KLEIN ESQ 824 MARKET ST STE 810 WILMINGTON DE 19801 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ 201 W SEVENTH ST AUSTIN TX 78701 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK PLAZA, STE 3200 SAINT LOUIS MO 63101 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN 875 THIRD AVE NEW YORK NY 10022 |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LITTLETON CO 80124 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY ESQ CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: ANNA GRACE AND BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN ESQ 1633 BROADWAY 31ST FL NEW YORK NY 10019 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JEFFREY S. SABIN ESQ 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC) ATTN: JAMIE L. EDMONSON 1201 NORTH MARKET STREET WILMINGTON DE 19801 |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 W 52ND ST NEW YORK NY 10019 |

| Claim Name | Address Information |
| --- | --- |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) ATTN: GREGORY M WEINSTEIN ESQ 8350 N CENTRAL EXPY #1550 DALLAS TX 75206 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: "J" JACKSON SHRUM ESQ & DUANE D WERB ESQ PO BOX 25046 WILMINGTON DE 19899 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE) ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN ESQ 200 S BISCAYNE BLVD STE 4900 MIAMI FL 33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE) ATTN: P. ANKER, C. PLATT, D. JENKINS & G. SHUSTER 250 GREENWICH ST 45TH FL NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ 820 GESSNER RD #1540 HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER 1000 N KING ST WILMINGTON DE 19801 |

**Total Creditor count  203**

**EXHIBIT E**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL SERVICE LIST

| Name | Counsel To / Attention | Email Address |
|------|------------------------|---------------|
| ALSTON & BIRD LLP | (COUNSEL TO SIMEIO AND BORAL) ATTN: SAGE M SIGLER ESQ | sage.sigler@alston.com |
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC) ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC, AND FPL ENERGY PECOS WIND I LLC, FPL ENERGY PECOS WIND II LLC AND INDIAN MESA WIND FARM LLC) ATTN: MARK C ELLENBERG | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | lkelleher@capdale.com; jkoski@capdale.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| GORI JULIAN & ASSOCIATES PC | (COUNSEL TO JOHN H JONES) ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | barry@gorijulianlaw.com beth@gorijulianlaw.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS AND JOHN H JONES) ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T DONILON ESQ | gdonilon@pwujlaw.com |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | jsearcy@jrsearcylaw.com; joshsearcy@jrsearcylaw.com |
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN) ATTN: JONATHAN RUCKDESCHEL ESQ | rucklawfirm@rucklawfirm.com |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ | mkshaver@varnumlaw.com |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL) ATTN: L KATHERINE GOOD ESQ, CHATELLE D MCCLAMB ESQ | kgood@wtplaw.com; cmcclamb@wtplaw.com |

| | |
|---|---|
| **Total Creditor Count** | **17** |
| **Total Email Count** | **24** |

**EXHIBIT F**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  February 24, 2017**

**NOTICE OF DEBTORS' FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO AMENDED AND LATE FILED CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 1 of  1

**Exhibit 1**

CALIFORNIA FRANCHISE TAX BOARD
ATTN: BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA  95812-2952

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
1352 MARROWS ROAD STE 204
NEWARK, DE  19711-5445

Total Parties: 2

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  February 24, 2017**

NOTICE OF DEBTORS' FORTY-FOURTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO AMENDED AND LATE FILED CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 1 of  1

**Exhibit 2**

| | | |
|---|---|---|
| APPLIED ENERGY COMPANY LLC<br>1205 VENTURE COURT STE#100<br>CARROLLTON, TX  75006 | CUMMINS SOUTHERN PLAINS LLC<br>600 NORTH WATSON ROAD<br>ARLINGTON, TX  76011-5319 | CUMMINS SOUTHERN PLAINS LLC<br>600 NORTH WATSON ROAD<br>ARLINGTON, TX  76011-5319 |
| EMERSON PROCESS MANAGEMENT POWER &<br>WATER<br>SOLUTIONS INC.<br>ATTN: JOSEPH MIKSCHE<br>8000 NORMAN CENTER DR. SUITE 1200<br>BLOOMINGTON, MN  55437 | INTERTEK AIM<br>PO BOX 416482<br>BOSTON, MA  02241-6482 | NICOL, GAVIN<br>7701 SKYLINE PARK DR<br>FORT WORTH, TX  76108-2527 |
| NICOL, GAVIN<br>C/O WEIR OIL & GAS<br>C/O JUSTIN SCOTT<br>601 WEIR WAY<br>FORT WORTH, TX  76108 | RESCAR COMPANIES<br>407 W BRENTWOOD ST<br>CHANNELVIEW, TX  77530-3952 | RESCAR COMPANIES<br>CAROL BROWN<br>1101 31ST STREET, SUITE 250<br>DOWNERS GROVE, IL  60515 |
| TANNOR PARTNERS CREDIT FUND LP<br>AS ASSIGNEE FOR ROMCO EQUIPMENT<br>COMPANY<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY  10601 | TANNOR PARTNERS CREDIT FUND LP<br>AS ASSIGNEE FOR ROMCO EQUIPMENT<br>COMPANY<br>150 GRAND STREET, STE 401<br>WHITE PLAINS, NY  10601 | WESTERN DATA SYSTEMS<br>14722 REGNAL ST<br>HOUSTON, TX  77039 |
| WESTERN DATA SYSTEMS<br>KEVIN FORSBERG<br>FORSBERG LAW FIRM<br>15899 HWY 105 W<br>MONTGOMERY, TX  77356 | | |

Total Parties: 13

**EXHIBIT G**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  February 24, 2017**

**NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 1**

NICOL, GAVIN
7701 SKYLINE PARK DR
FORT WORTH, TX  76108-2527

NICOL, GAVIN
C/O SPM FLOW CONTROL INC.
601 WEIR WAY
FORT WORTH, TX  76108

Total Parties: 2

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: February 24, 2017**

NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 1 of 12

**Exhibit 2**

ALDINE INDEPENDENT SCHOOL DISTRICT
C/O TAX OFFICE
14909 ALDINE WESTFIELD ROAD
HOUSTON, TX 77032

ALEMAN, MANUEL, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX 75206

ALFORD, JAMES T., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX 75206

ARKANSAS UNCLAIMED PROPERTY UNIT
1401 WEST CAPITOL AVENUE
SUITE 325
LITTLE ROCK, AR 72201

ARLINGTON INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
P.O. BOX 13430
ARLINGTON, TX 76094-0430

ATMOS PIPELINE - TEXAS
A DIVISION OF ATMOS ENERGY CORPORATION
C/O COWLES & THOMPSON, P.C.
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

ATMOS PIPELINE - TEXAS
A DIVISION OF ATMOS ENERGY CORPORATION
C/O COWLES & THOMPSON, P.C.
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

ATMOS PIPELINE - TEXAS
LOUIS P. GREGORY, SENIOR VICE PRESIDENT
5430 LBJ FREEWAY, SUITE 1800
DALLAS, TX 75240

ATMOS PIPELINE - TEXAS
LOUIS P. GREGORY, SENIOR VICE PRESIDENT
5430 LBJ FREEWAY, SUITE 1800
DALLAS, TX 75240

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE 19801

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: February 24, 2017**

NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 2 of  12

**Exhibit 2**

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  February 24, 2017**

NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 3 of  12

**Exhibit 2**

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N MARKET ST, STE 1500<br>WILMINGTON, DE  19801 |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #: 14-10979 (CSS)

NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 4 of  12

Notices mailed by:  February 24, 2017

**Exhibit 2**

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE  19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE  19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
C/O REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQ.
1201 N MARKET ST, STE 1500
WILMINGTON, DE  19801

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  February 24, 2017**

NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 5 of  12

**Exhibit 2**

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 | BANK OF NEW YORK MELLON TRUST CO,NA, THE<br>DENNIS J. ROEMLEIN, AUTHORIZED AGENT<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX  77002 |

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al**

Case #:  **14-10979 (CSS)**

Notices mailed by:  **February 24, 2017**

**NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS**
**PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,**
**AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 6 of  12

**Exhibit 2**

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON TRUST CO,NA,
THE
DENNIS J. ROEMLEIN, AUTHORIZED AGENT
601 TRAVIS, 16TH FL
HOUSTON, TX  77002

BANK OF NEW YORK MELLON, THE, TTEE
UNDER
JO-ANNE MINEWEASER
500 GRANT STREET, SUITE 1935
PITTSBURGH, PA  15258

Debtor: ENERGY FUTURE HOLDINGS CORP., et al

Case #:  14-10979 (CSS)

Notices mailed by:  February 24, 2017

NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 7 of  12

Exhibit 2

BANK OF NEW YORK MELLON, THE, TTEE UNDER
NUCLEAR DECOMMISSIONING TRUST AGREEMENT
ATTN: AMY M. TONTI, ESQ.
REED SMITH CENTER 225 FIFTH AVE STE 1200
PITTSBURGH, PA  15222

BARTSCH, BRAD, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

BATTLE, BOBBY, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

BAUER, LAWRENCE, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

BEHNKEN, DIANE, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

BERAN, JAMIE, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

BEXLEY, KERRY, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

BIEHLE, CRAIG, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

BLACKWELL INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: ELIZABETH BANDA CALVO
500 EAST BORDER ST., SUITE 640
ARLINGTON, TX  76010

BROWN, JUSTIN, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

BROWN, WALTER R., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

CALIFORNIA FRANCHISE TAX BOARD
P.O. BOX 2952
SACRAMENTO, CA  95812-2952

CALVIN, FREDDIE, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

CARRAZALES, CRESPIN, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

CARROLL INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: R. BRUCE MEDLEY
500 EAST BORDER STREET, SUITE 640
ARLINGTON, TX  76010

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  February 24, 2017**

NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 8 of  12

**Exhibit 2**

CHARANZA, BOBBY, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

CITY OF SULPHUR SPRINGS
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX  75207

CITY OF SWEETWATER
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: ELIZABETH BANDA CALVO
500 EAST BORDER ST., SUITE 640
ARLINGTON, TX  76010

COLLETTE, JOE, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF THE TREASURY
DIVISION OF UNCLAIMED PROPERTY
PO BOX 2478
RICHMOND, VA  23218-2478

COUNTY OF TITUS, TEXAS
ATTN: TIM R. TAYLOR, ATTORNEY
P.O. BOX 1212
MOUNT PLEASANT, TX  75456-1212

CUMMINS FAMILY TRUST, THE
4106 HONEYCOMB ROCK CIRCLE
AUSTIN, TX  78731-2016

DAUGHTREY, ROY C., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

DELAWARE TRUST COMPANY
F/K/A CSC TRUST COMPANY OF DELAWARE
ATTN: JAMES S. CARR, BENJAMIN D. FEDER
101 PARK AVENUE
NEW YORK, NY  10178

DELAWARE TRUST COMPANY
F/K/A CSC TRUST COMPANY OF DELAWARE
ATTN: JAMES S. CARR, BENJAMIN D. FEDER
101 PARK AVENUE
NEW YORK, NY  10178

DIAZ, FRANK, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

DODD, TED, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

DORNHOEFER, ROBERT, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

DOSS, BILL, JR, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

DUREE, JEREMY, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

EAGLE MOUNTAIN-SAGINAW ISD
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: ELIZABETH BANDA CALVO
500 EAST BORDER ST, SUITE 640
ARLINGTON, TX  76010

ESCHBERGER, TODD, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

GARNER, CLIFFORD, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

Debtor: ENERGY FUTURE HOLDINGS CORP., et al
Case #: 14-10979 (CSS)

NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Notices mailed by:  February 24, 2017

Exhibit 2

GARZA, CARLOS, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

GOETZ, DAVID, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

GREAT IOWA TREASURE HUNT
LUCAS STATE OFFICE BUILDING
ATTN: KATHRYN FEHRING
321 E. 12TH ST., 1ST FLOOR
DES MOINES, IA  50319

GRIFFIN, DANIEL W., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

GUNNELS, DAVID W., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

GUZMAN, ERIC, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

HACKETT, CHRISTOPHER, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

HARVEY, TODD, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

HAYS, LESTER R., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

HEMPEL, KIRK, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

HENNINGTON, RONALD W., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

HINES, WELDON, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

HOFFMAN, PATRICK, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

HOLLAS, MELVIN, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

IBEW LOCAL 2337 ON BEHALF OF MEMBER
CHRIS MORRIS, C/O GILLESPIE SANFORD LLP
ATTN: HAL GILLESPIE & JOSEPH GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

JACOBSEN, LUKE, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

JUAREZ, MARTIN, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

KELLY, WAYNE, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  February 24, 2017**

NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**Exhibit 2**

KIMBREL, JEFF, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

KNOBLOCH, MICHAEL, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

KRENEK, RICHARD, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

KUBACAK, MICHAEL, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

LEWIS, EMMETT, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

MATYSEK, MARVIN R., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

MCGARY, DARRELL, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

MONTELONGO, ALBERT, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

MORGAN, JAMES O.
C/O GOLDSMITH & ASSOCIATES, LLC
ATTN: SYLVIA A GOLDSMITH, PARK WEST BLDG
20545 CENTER RIDGE ROAD, SUITE 120
ROCKY RIVER, OH  44116

MUSTON, EDDIE, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

NEBRASKA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
809 P STREET
LINCOLN, NE  68508-1390

NELSON, WINSTON, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

NEW JERSEY OFFICE OF THE STATE TREASURER
UNCLAIMED PROPERTY
PO BOX 214
TRENTON, NJ  08695-0214

NOLAN COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: ELIZABETH BANDA CALVO
500 EAST BORDER ST., SUITE 640
ARLINGTON, TX  76010

NOLAN COUNTY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: ELIZABETH BANDA CALVO
500 EAST BORDER ST., SUITE 640
ARLINGTON, TX  76010

NORTH CAROLINA DEPT OF STATE TREASURER
UNCLAIMED PROPERTY PROGRAM
325 NORTH SALISBURY STREET
RALEIGH, NC  27603-1385

O'CAMPO, JOHN, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

OKLAHOMA STATE TREASURER
2300 N LINCOLN BLVD
RM 217
OKLAHOMA CITY, OK  73105

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #: 14-10979 (CSS)**

**Notices mailed by: February 24, 2017**

NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,
AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 11 of 12

Exhibit 2

OKLAHOMA STATE TREASURER
ATTN: KEN MILLER
2300 N. LINCOLN BLVD., SUITE 217
OKLAHOMA CITY, OK  73105-4895

PHILLIPS, WILLIE, SR., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

PLACHY, ROBERT, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

POPE, ANTONIO, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

POUNDERS, JASON, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

ROZELL, MIKE, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

RUCKER, JAMES R, JR, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

SABESTA, JAMES E., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

SAIN, JERRY, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

SAKEWITZ, KYLE, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

SANTELLANO, MARK, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

SAVAGE, ALVIN, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

SENKEL, KENNETH R., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

SIGLE, TONY, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

SIMPSON, STEVEN, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

STATE OF CONNECTICUT
UNCLAIMED PROPERTY DIVISION
C/O PULLMAN & COMLEY, ATTN: LIZ AUSTIN
850 MAIN STREET, 8TH FLOOR
BRIDGEPORT, CT  06601-7006

SULPHUR SPRINGS ISD
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX  75207

TATE, MICHAEL KENN
C/O TANNER AND ASSOCIATES, PC
ATTN: ROD TANNER
6300 RIDGLEA PLACE, STE 407
FORT WORTH, TX  76116

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al**

**Case #:  14-10979 (CSS)**

**Notices mailed by:  February 24, 2017**

**NOTICE OF DEBTORS' FORTY-FIFTH OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS**
**PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003,**
**AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Exhibit 2**

TITUS COUNTY APPRAISAL DISTRICT
ATTN: TIM R. TAYLOR, ATTORNEY
P.O. BOX 1212
MOUNT PLEASANT, TX  75456

TUCKER, DAVID, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

TURNIPSEED, RAY, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

URBAN, DWAN S., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

VALWOOD IMPROVEMENT AUTHORITY
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: ELIZABETH BANDA CALVO
500 EAST BORDER ST, SUITE 640
ARLINGTON, TX  76010

VARGAS, ERNESTO, ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

VEGA, NOE, SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

WEST VIRGINIA STATE TREASURER'S OFFICE
322 70TH ST SE
CHARLESTON, WV  25304-2910

WILLRICH, ROBERT L., ET AL
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

YOUNG, JOE M., SELF & SIMILARLY SITUATED
C/O GILLESPIE SANFORD LLP
ATTN: JOSEPH H. GILLESPIE
4925 GREENVILLE AVE., SUITE 200
DALLAS, TX  75206

Total Parties: 203