# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) <br> (Jointly Administered) |
| Debtors. | **Objections Due: May 3, 2017 at 4:00 pm (ET)** |

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM <u>FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017</u>**

| **Name of Applicant** | **Stevens & Lee, P.C.** |
|---|---|
| Authorized to Provide Professional Services to: | **Energy Future Intermediate Holding Company LLC**, Debtor and Debtor-in-Possession |
| Date of Retention: | Retention Order Entered January 13, 2015 (effective as of November 26, 2014) |
| Fee Period for which Compensation and Expense Reimbursement is sought as actual, reasonable and necessary: | February 1, 2017 through February 28, 2017 |
| Total fees for time charged: | $ 24,591.00 |
| Total amount to be held back: | $ 4,918.20 (20% of $24,591.00) |
| Amount of Payment of Compensation: | $ 19,672.80 (80% of $24,591.00) |
| Amount of payment of Expense Reimbursement: | $ 72.99 |

This is a **X** monthly __ interim __ final application.  No prior application was filed for this Fee

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Period.[2]

The total time expended for preparation of this monthly fee statement was approximately .9 hours and the corresponding compensation that will be requested is approximately $342.50.

This is Stevens & Lee's Twenty-Seventh monthly fee application.

## Summary of Previous Monthly Fee Statements Filed

| Dated Filed | Period Covered | Requested | | Approved | | Certificate of No Objection |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees 100% | Expenses | Fees 80% | Expenses | |
| 02/06/2015 | 11/26/2014 – 12/31/2014 | $21,186.00 | $37.00 | $16,948.80 | $37.00 | 03/03/2015 |
| 02/27/2015 | 01/01/2015 – 01/31/2015 | $15,719.00 | $205.50 | $12,575.20 | $205.50 | 03/24/2015 |
| 03/23/2015 | 02/01/2015 – 02/28/2015 | $10,061.00 | $191.25 | $7,595.20 | $191.25 | 04/15/2015 |
| 04/22/2015 | 03/01/2015 – 03/31/2015[3] | $14,790.50 | $144.36 | $11,406.40 | $144.36 | 05/14/2015 |
| 05/15/2015 | 04/01/2015 – 04/30/2015[3] | $13,397.50 | $167.66 | $10,305.60 | $167.66 | 06/08/2015 |
| 06/30/2015 | 05/01/2015 – 05/31/2015 | $8,647.00 | $159.23 | $6,917.60 | $159.23 | 07/23/2015 |
| 07/22/2015 | 06/01/2015 – 06/30/2015 | $20,331.50 | $257.76 | $16,265.20 | $257.76 | 08/14/2015 |
| 08/24/2015 | 07/01/2015 – 07/31/2015 | $6,482.00 | $90.20 | $5,185.60 | $90.20 | 09/28/2015 |
| 09/30/2015 | 08/01/2015 – 08/31/2015 | $21,725.00 | $317.90 | $17,380.00 | $317.90 | 10/23/2015 |
| 10/23/2015 | 09/01/2015 – 09/30/2015 | $18,430.50 | $93.90 | $14,744.40 | $93.90 | 11/18/2015 |
| 11/25/2015 | 10/01/2015 – 10/31/2015 | $18,942.50 | $355.50 | $15,154.00 | $355.50 | 12/18/2015 |
| 12/23/2015 | 11/01/2015 – 11/30/2015 | $53,602.50 | $64.90 | $42,882.00 | $64.90 | 01/15/2016 |
| 01/25/2016 | 12/01/2015 – 12/31/2015 | $15,667.50 | $317.30 | $12,534.00 | $317.30 | 02/16/2016 |

---

[2] Notice of this Monthly Fee Statement is being served in accordance with the Interim Compensation Order and Fee Committee Order. Objections to the relief requested in this Monthly Fee Statement must be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

[3] Pursuant to the Fee Committee's Rate Increase Memorandum dated March 9, 2015, holdback amounts for March and April 2015 are comprised of the difference between billings at the 2014 and 2015 rates, as well as 20% of the billings at 2014 rates.

|  |  | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees 100%** | **Expenses** | **Fees 80%** | **Expenses** | **Certificate of No Objection** |
| 02/29/2016 | 01/01/2016 – 01/31/2016 | $6,012.00 | $57.20 | $4,810.00 | $57.20 | 04/22/2016 |
| 03/30/2016 | 02/01/2016 – 02/29/2016 | $11,847.00 | $15.50 | $9,477.60 | $15.50 | 05/18/2016 |
| 04/27/2016 | 03/01/2016 – 03/31/2016 | $5,330.50 | $305.50 | $4,264.40 | $305.50 | 05/20/2016 |
| 05/25/2016 | 04/01/2016 – 04/30/2016 | $4,937.50 | $84.95 | $3,950.00 | $84.95 | 06/21/2016 |
| 06/23/2016 | 05/01/2016 – 05/31/2016 | $9,597.50 | $140.60 | $7,678.00 | $140.60 | 07/25/2016 |
| 07/25/2016 | 06/01/2016 – 06/30/2016 | $13,716.50 | $29.70 | $10,973.20 | $29.70 | 09/09/2016 |
| 09/09/2016 | 07/01/2016 – 07/31/2016 | $8,758.00 | $32.60 | $7,006.40 | $32.60 | 9/30/2016 |
| 10/19/2016 | 08/01/2016 – 08/31/2016 | $4,933.00 | $53.00 | $3,946.40 | $53.00 | 11/15/2016 |
| 11/18/2016 | 09/01/2016 – 09/30/2016 | $13,693.00 | $23.50 | $10,954.40 | $23.50 | 12/13/2016 |
| 12/20/2016 | 10/01/2016 – 10/31/2016 | $9,060.50 | $28.40 | $7,248.40 | $28.40 | 1/31/2017 |
| 12/21/2016 | 11/01/2016 – 11/30/2016 | $9,924.50 | $40.64 | $7,939.60 | $40.64 | 1/31/2017 |
| 1/31/2017 | 12/01/2016 – 12/31/2016 | $7,212.00 | $20.00 | $5,769.60 | $20.00 | 2/28/2017 |
| 3/10/2017 | 01/01/2017 – 01/31/2017 | $7,115.00 | $65.12 | $5,692.00 | $65.12 | 4/11/2017 |
| **TOTALS** |  | **$351,117.50** | **$3,299.17** | **$279,604.00** | **$3,299.17** |  |

3

The law firm of Stevens & Lee, P.C. ("S&L"), co-counsel with Cravath, Swaine & Moore LLP and Jenner & Block LLP as independent counsel for Energy Future Intermediate Holding Company LLC, debtor and debtor-in-possession ("EFIH"), submits this *Twenty-Seventh Monthly Fee Statement of Stevens & Lee, P.C. for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from February 1, 2017 through February 28, 2017* ("Monthly Fee Statement") under:

(a) Sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code;

(b) Rule 2016 of the Federal Rules of Bankruptcy Procedure;

(c) the *Order Approving the Employment of Stevens & Lee, P.C. as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014* [D.I. 3278];

(d) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated September 16, 2014* [D.I. 2066] (the "Interim Compensation Order");

(e) the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"); and

(f) the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,

for: (i) payment of compensation in the amount of $19,672.80 (80% of $24,591.00) of the total reasonable and necessary legal services S&L rendered to the Debtors from February 1, 2017, through February 28, 2017 (the "Fee Period") and (ii) reimbursement for actual and necessary expenses incurred during the Fee Period in the amount of $72.99 for a total of $19,745.79.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

   - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by S&L attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories S&L established in accordance with its internal billing procedures.

   - **Exhibit B** consists of a schedule of S&L attorneys and paraprofessionals for whose work S&L seeks compensation, listing their positions, years of experience, hourly billing rates, and hours charged during the Fee Period. S&L increased its hourly rates slightly firm-wide for 2016 and has provided notice of the increase to EFIH and to the Fee Committee. It is charging for a total of 36.20 hours of attorney and paraprofessional time during the Fee Period. As reflected in **Exhibit B**, S&L incurred $24,591.00 in fees during the Fee Period. S&L seeks reimbursement for 80% of such fees ($19,672.80) under this Monthly Fee Statement.

   - **Exhibit C** is a schedule of the expenses, by type of expense, for which S&L seeks reimbursement for the Fee Period.

   - **Exhibit D** is a detailed listing of expenses, by subject matter category, that S&L incurred during the Fee Period in rendering professional services to EFIH and for which it seeks reimbursement.

**Proposed Payment Allocation**

2. In accordance with paragraph 5 of the Interim Compensation Order, all S&L's fees and expenses sought in this Monthly Fee Statement are allocated to EFIH.

**Reservation**

3. Although S&L has made reasonable efforts to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing. S&L reserves the right to further apply to this Court for allowance of such fees and expenses.

**WHEREFORE**, S&L requests allowance and payment of fees and expenses incurred during the Fee Period in the total amount of $19,745.79., consisting of: (a) $19,672.80, which is 80% of the $24,591.00 in fees incurred by EFIH for reasonable and necessary professional services rendered by S&L during this Fee Period; and (b) $72.99 for actual and necessary costs and expenses incurred by S&L in this case, and that such fees and expenses be paid as administrative expenses of EFIH in accordance with the Interim Compensation Order.

Dated: April 12, 2017    **STEVENS & LEE, P.C.**

By:    */s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Jason D. Angelo (No. 6009)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Tel:    (302) 425-3310; -3311
Fax:    (610) 371-7972
Email: jhh/jda@stevenslee.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### VERIFICATION OF JOSEPH H. HUSTON, JR.

1. I am Co-Chair of the Bankruptcy and Financial Restructuring Group of the law firm of Stevens & Lee, P.C. ("S&L"), am the lead attorney from S&L working on this chapter 11 case, and am authorized to submit this Verification on its behalf. I am a member in good standing of the Bar of the State of Delaware. There are no disciplinary proceedings pending against me.

2. I have either personally performed or overseen the legal services rendered by S&L as co-counsel with Cravath, Swaine & Moore LLP and Jenner & Block LLP as independent counsel to Energy Future Intermediate Holding Company LLC ("EFIH") and am familiar with all work performed on EFIH's behalf by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4. I am familiar with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and believe that

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Monthly Fee Statement for S&L complies with Rule 2016-2.

5. I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

> Respectfully submitted,
>
> */s/ Joseph H. Huston, Jr.*
> Joseph H. Huston, Jr. (No. 4035)

Dated: April 12, 2017