# EXHIBIT A

## Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | .60 | $441.00 |
| FEE APPLICATIONS – OTHERS | 4.00 | $1,260.00 |
| FEE APPLICATIONS – S&L | .80 | $252.00 |
| HEARINGS | 19.20 | $14,112.00 |
| PLANS OF REORGANIZATION | 11.60 | $8,526.00 |
| **TOTAL** | **36.20** | **$24,591.00** |