## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| COLOR DOCUMENT REPRODUCTION | $.50 |
| DOCUMENT REPRODUCTION | $46.50 |
| COMPUTER RESEARCH | $6.10 |
| TELEPHONE CHARGES | $19.89 |
| **TOTAL** | **$72.99** |