## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 2/1/17 | $0.20 | Document Reproduction |
| 109285-00002 | 2/1/17 | $0.20 | Document Reproduction |
| 109285-00002 | 2/3/17 | $0.40 | Document Reproduction |
| 109285-00002 | 2/3/17 | $1.20 | Document Reproduction |
| 109285-00002 | 2/3/17 | $4.70 | Document Reproduction |
| 109285-00002 | 2/8/17 | $0.20 | Document Reproduction |
| 109285-00002 | 2/8/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/8/17 | $0.20 | Document Reproduction |
| 109285-00002 | 2/8/17 | $0.20 | Document Reproduction |
| 109285-00002 | 2/8/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/8/17 | $0.20 | Document Reproduction |
| 109285-00002 | 2/8/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/8/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/8/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/8/17 | $0.00 | Document Reproduction |
| 109285-00002 | 2/9/17 | $5.06 | Telephone Charges |
| 109285-00002 | 2/9/17 | $3.59 | Telephone Charges |
| 109285-00002 | 2/9/17 | $0.30 | Document Reproduction |
| 109285-00002 | 2/9/17 | $1.90 | Document Reproduction |
| 109285-00002 | 2/10/17 | $6.10 | Computer Research |
| 109285-00002 | 2/10/17 | $0.30 | Document Reproduction |
| 109285-00002 | 2/10/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/10/17 | $1.40 | Document Reproduction |
| 109285-00002 | 2/10/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/10/17 | $13.90 | Document Reproduction |
| 109285-00002 | 2/13/17 | $3.30 | Document Reproduction |
| 109285-00002 | 2/13/17 | $1.80 | Document Reproduction |
| 109285-00002 | 2/13/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/13/17 | $2.40 | Document Reproduction |
| 109285-00002 | 2/14/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/15/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/15/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/15/17 | $4.32 | Telephone Charges |
| 109285-00002 | 2/16/17 | $1.50 | Document Reproduction |
| 109285-00002 | 2/17/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/17/17 | $1.80 | Document Reproduction |
| 109285-00002 | 2/20/17 | $2.50 | Document Reproduction |
| 109285-00002 | 2/20/17 | $0.00 | Document Reproduction |
| 109285-00002 | 2/21/17 | $1.00 | Document Reproduction |

| | | | |
|---|---|---|---|
| 109285-00002 | 2/21/17 | $0.50 | Document Reproduction |
| 109285-00002 | 2/23/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/23/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/23/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/23/17 | $0.50 | Color Document Reproduction |
| 109285-00002 | 2/24/17 | $0.20 | Document Reproduction |
| 109285-00002 | 2/24/17 | $1.00 | Document Reproduction |
| 109285-00002 | 2/24/17 | $0.10 | Document Reproduction |
| 109285-00002 | 2/27/17 | $2.12 | Telephone Charges |
| 109285-00002 | 2/28/17 | $4.80 | Telephone Charges |
| 109285-00002 | 2/28/17 | $0.10 | Document Reproduction |
| 109285-00006 | 2/3/17 | $3.40 | Document Reproduction |
| 109285-00006 | 2/21/17 | $0.10 | Document Reproduction |