IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 17, 2017 STARTING AT 11:00 A.M. (EDT)[2]**

I. **CONTINUED/RESOLVED/WITHDRAWN MATTERS:**

1. Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7814; filed February 9, 2016]

    Response/Objection Deadline:   February 23, 2016 at 4:00 p.m. (EST); extended to March 1, 2016 at 4:00 p.m. (EST) for Red Ball Oxygen Company; extended to March 2, 2016 at 4:00 p.m. (EST) for Steag Energy Services LLC

    Responses/Objections Received:

    A.  Texas Big Spring, LP's Response to the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and Local Bankruptcy Rule 3007-1 [D.I. 7919; filed February 23, 2016]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The April 17, 2017 (the "April 17th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Any person who wishes to appear telephonically at the April 17th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Thursday, April 13, 2017 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Related Documents:

i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC in Support of the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7815; filed February 9, 2016]

ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 7936; filed February 25, 2016]

iii. Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7982; filed March 9, 2016]

iv. Order (Second) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8895; filed July 12, 2016]

v. Order (Third) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9598; filed September 20, 2016]

vi. Order (Fourth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9773; filed October 6, 2016]

vii. Order (Fifth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10388; filed December 14, 2016]

viii. Order (Sixth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10451; filed December 28, 2016]

ix. Notice of Withdrawal of Ranger Excavating LP's Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim

    Against Sandow Power Company LLC as Set Out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10567; filed January 4, 2017]

 x. Order (Seventh) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10601; filed January 5, 2017]

 xi. Order (Eighth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10691; filed January 20, 2017]

 Status: The individual status of each claim subject to this matter is listed on the attached Exhibit A. On March 9, 2016, July 12, 2016, September 20, 2016, October 6, 2016, December 14, 2016, December 28, 2016, January 5, 2017, and January 20, 2017, the Court entered orders in connection with this matter resolving various claims subject thereto. The Debtors and Texas Big Spring, LP have reached an agreement in principle to resolve this matter as it relates to the claim of Texas Big Spring, LP and, in that regard, the Debtors anticipate submitting a consensual form of order memorializing the parties' agreement to the Court for entry under a certification of counsel prior to the hearing. The remaining unresolved claim subject to this matter is continued to a date to be determined. Consequently, no hearing with respect to this matter is required at this time.

2. Motion of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, for an Order Directing Payment and Reimbursement of Certain Fees and Expenses as Adequate Protection or in the Alternative Pursuant to Sections 105(a) and 506(b) of the Bankruptcy Code [D.I. 10703; filed January 23, 2017]

  Response/Objection Deadline: February 6, 2017 at 4:00 p.m. (EST); extended to a date to be determined for the Debtors, Pacific Investment Management Company, LLC, Deutsche Bank, AB, the Ad Hoc Group of PIK Noteholders and the PIK Trustee only

Responses/Objections Received:    None at this time.

Related Documents:

i.   Notice of Adjournment of Hearing on "Motion of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, for an Order Directing Payment and Reimbursement of Certain Fees and Expenses as Adequate Protection or in the Alternative Pursuant to Sections 105(a) and 506(b) of the Bankruptcy Code" [D.I. 10876; filed February 21, 2017]

ii.  Notice of Withdrawal of Docket No. 10703 Without Prejudice [D.I. 11067; filed March 27, 2017]

Status: On March 27, 2017, Delaware Trust Company withdrew its motion. Consequently, no hearing with respect to this matter is required at this time.

3.  Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10917; filed February 24, 2017]

Response/Objection Deadline:    March 10, 2017 at 4:00 p.m. (EST); extended to March 31, 2017 at 4:00 p.m. (EDT) for Various Class Action Claimants represented by Gillespie Sanford LLP and Delaware Trust Company

Responses/Objections Received:

A.  Response in Opposition to Debtor's [sic] Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon (Duplicate Debt Claims) filed by IBEW Local 2337 [D.I. 10972; filed March 7, 2017]

B.  Informal response from Various Class Action Claimants represented by Gillespie Sanford LLP

Related Documents:

i.   Declaration of Terry L. Nutt, Senior Vice President and Controller at Vistra Energy Corp., in Support of the Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10918; filed February 24, 2017]

ii. Withdrawal of Claim [D.I. 11001; filed March 14, 2017]

iii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 11005; filed March 15, 2017]

iv. Order Sustaining Debtors' Forty-Fifth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11052; filed March 24, 2017]

v. Order (Second) Sustaining Debtors' Forty-Fifth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11126; filed April 7, 2017]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit B. On March 24, 2017 and April 7, 2017, the Court entered orders in connection with this matter resolving various claims subject thereto. On March 14, 2017, Michael Kenn Tate withdrew his claim subject to this matter. The various class action claimants represented by Gillespie Sanford LLP are continued to a date to be determined. Consequently, no hearing with respect to this matter is required at this time.

4. Debtors' Forty-Sixth Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10989; filed March 10, 2017]

Response/Objection Deadline:   March 24, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:   None.

Related Documents:

i. Declaration of Terry L. Nutt, Senior Vice President and Controller at Vistra Energy Corp., in Support of the Debtors' Forty-Sixth Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10990; filed March 10, 2017]

ii. Certification of No Objection Regarding "Debtors' Forty-Sixth Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and

                Local Bankruptcy Rule 3007-1" [D.I. 10989] [D.I. 11079; filed March 28, 2017]

       iii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Forty-Sixth Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 11086; filed March 30, 2017]

       iv.    Order Sustaining Debtors' Forty-Sixth Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11102; filed April 3, 2017]

Status: The individual status of each claim subject to this matter is listed on the attached <u>Exhibit C</u>. On April 3, 2017, the Court entered an order sustaining this objection with respect to all claims subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

5.    Debtors' Forty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10991; filed March 10, 2017]

    Response/Objection Deadline:    March 24, 2017 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

       i.    Declaration of Terry L. Nutt, Senior Vice President and Controller at Vistra Energy Corp., in Support of the Debtors' Forty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10992; filed March 10, 2017]

       ii.    Certification of No Objection Regarding "Debtors' Forty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 10991] [D.I. 11080; filed March 28, 2017]

       iii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Forty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code,

Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 11087; filed March 30, 2017]

    iv.    Order Sustaining Debtors' Forty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11103; filed April 3, 2017]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit D. On April 3, 2017, the Court entered an order sustaining this objection with respect to all claims subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

6. Debtors' Forty-Eighth Omnibus (Non-Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11015; filed March 17, 2017]

Response/Objection Deadline:    March 31, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

    i.    Declaration of Michael Hunter, Consultant to Energy Future Holdings, Corp., in Support of the Debtors' Forty-Eighth Omnibus (Non-Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11016; filed March 17, 2017]

    ii.    Certification of No Objection Regarding "Debtors' Forty-Eighth Omnibus (Non-Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 11015] [D.I. 11104; filed April 3, 2017]

    iii.    Order Sustaining Debtors' Forty-Eighth Omnibus (Non-Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11114; filed April 5, 2017]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit E. On April 5, 2017, the Court entered an order sustaining this objection with respect to all claims subject thereto. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

## II.     "E-SIDE" PLAN CONSUMMATION STATUS CONFERENCE:

7.  Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 10853; filed February 17, 2017] (as amended, modified, or supplemented from time to time, the "Plan")

   Related Documents:

   i.  Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors [D.I. 10859; filed February 17, 2017]

   Status: The Debtors will provide the Court and parties-in-interest with an update concerning the status of the consummation of the Plan as it relates to the EFH Debtors and EFIH Debtors (as such terms are defined in the Plan).

*[Remainder of page intentionally left blank.]*

Dated: April 12, 2017
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:           collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:           edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:           james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*