## EXHIBIT A

RLF1 17388789v.1

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| AUTOMATIC SYSTEMS, INC. | 4868 | The hearing on this claim has been continued to a date to be determined. The claimant will receive further notice from the Debtors once a hearing date is scheduled. |
| TEXAS BIG SPRING, LP | 8007 | The Debtors and Texas Big Spring, LP have reached an agreement in principle to resolve this matter as it relates to the claim of Texas Big Spring, LP and, in that regard, the Debtors anticipate submitting a consensual form of order memorializing the parties' agreement to the Court for entry under a certification of counsel prior to the hearing. |