## EXHIBIT C

Energy Future Holdings Corp.
Forty-Sixth Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CITY OF WACO / WACO ISD | 37724 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CITY OF WACO / WACO ISD | 37745 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF DENTON, TEXAS, THE | 37722 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF DENTON, TEXAS, THE | 37735 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF STEPHENS, TEXAS, THE | 37723 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF STEPHENS, TEXAS, THE | 37744 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NORTHEAST TX COMM COLL DIST | 11184 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| TARRANT COUNTY | 1730.02 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |