## **EXHIBIT D**

RLF1 17388789v.1

Energy Future Holdings Corp.
Forty-Seventh Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BROWN COUNTY APPRAISAL DISTRICT | 37732 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BROWN COUNTY APPRAISAL DISTRICT | 37750 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CITY OF WACO / WACO INDEPENDENT ET AL | 871 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF ANDERSON, TEXAS, THE | 37728 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF ANDERSON, TEXAS, THE | 37747 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF BOSQUE, TEXAS, THE | 37731 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF BOSQUE, TEXAS, THE | 37749 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF CHEROKEE, TEXAS, THE | 37733 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF CHEROKEE, TEXAS, THE | 37751 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF CORYELL, TEXAS, THE | 37734 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF CORYELL, TEXAS, THE | 37752 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF EASTLAND, TEXAS, THE | 37737 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COUNTY OF EASTLAND, TEXAS, THE | 37754 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| EASTLAND COUNTY APPRAISAL DISTRICT | 37736 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| EASTLAND COUNTY APPRAISAL DISTRICT | 37753 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HILL COUNTY APPRAISAL DISTRICT | 37739 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |

Energy Future Holdings Corp.
Forty-Seventh Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HILL COUNTY APPRAISAL DISTRICT ET AL | 37755 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NACOGDOCHES COUNTY CENTRAL APPRAISAL DIS | 37608 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NACOGDOCHES COUNTY CENTRAL APPRAISAL DIS | 37609 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| SWEETWATER INDEPENDENT SCHOOL DISTRICT | 12912 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| TAX APPRAISAL DISTRICT OF BELL COUNTY | 37730 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| TAX APPRAISAL DISTRICT OF BELL COUNTY | 37748 | On April 3, 2017 the Court entered an order sustaining the objection in connection with this claim. |