**EXHIBIT E**

RLF1 17388789v.1

Energy Future Holdings Corp.
Forty-Eighth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ARCHER, EDWARD R | 35409 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ARMSTRONG, FREDDY | 35317 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ARMSTRONG, FREDDY | 35319 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BACA, SERAPIO | 35327 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BECKMAN, GARY L | 36166 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BELLAH, KENNETH | 35544 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BELSHAW, STEVEN | 12449 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BENNETT, DONALD | 35536 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BOSTON, MICHAEL R | 35391 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BURTIS, MATHEW | 35294 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BURTON, HAROLD | 35523 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| BUUM, BRADLEY | 35528 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CHAVEZ, ROBERT | 36268 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CLARY, PATRICK M | 36244 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COOK, ROBERT L | 36143 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| COOK, DANNY | 36145 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |

Energy Future Holdings Corp.
Forty-Eighth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| CORMIER, BRADLEY | 36134 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| CRAWFORD, MICHAEL L | 36126 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| DEVER, DAVID K | 36109 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| DOCKERY, WILLIAM Y | 35676 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| DOCKERY, WILLIAM Y | 36438 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| DONNELLY, RICHARD | 13312 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| DOWDY, MONTIE R | 36072 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ELAM, RICKEY L | 33702 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ELKINS, ROBERT | 33704 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| EUBANKS, JAMES O | 33788 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| FIMPLE, JAMES RAY, JR | 33786 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| FLORES, FLORENCIO L | 33837 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| FRANK, LARRY G | 33853 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| FUQUA, ROBERT M | 33856 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HACKENBERG, RICK LEE | 33717 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HAIRSTON, JOHN W | 34017 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |

Energy Future Holdings Corp.
Forty-Eighth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HARBAUGH, GEORGE | 32013 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HARBAUGH, GEORGE | 32016 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HARBAUGH, GEORGE | 32020 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HARBAUGH, GEORGE | 32021 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HARBAUGH, GEORGE | 32022 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HARBAUGH, GEORGE | 32023 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HARBAUGH, GEORGE | 32026 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HARBAUGH, GEORGE | 32046 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HARBAUGH, GEORGE | 32066 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HARKNESS, JACK E | 33767 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HERMANNS, WILLIAM H., SR. | 12897 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HOUSTON, DANNY R | 34069 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HOUSTON, DANNY R | 34070 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HOUSTON, DANNY R | 34072 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HOWELL, LEONARD B | 34001 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HUHN, GEORGE | 33999 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |

Energy Future Holdings Corp.
Forty-Eighth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HUNT, JESSE | 35825 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HUNT, JESSE | 37133 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| HUNTER, WILLIAM | 34116 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| INMAN, RONNIE L | 34511 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| JONES, DELORIS | 34149 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| JONES, DELORIS | 34157 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| KINGERY, GORDON L | 33874 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| KLEINMAN, JOHN | 33871 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| KROGH, JERRY | 13314 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| LANDRY, ARTHUR J, JR | 35747 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| LANDRY, ARTHUR J, JR | 36423 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| LOPEZ, ARMANDO | 34107 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MCCOY, HENRY | 34640 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MCGINTY, THOMAS V | 34743 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MEDINA, GABRIEL A | 35967 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MEDINA, GABRIEL A | 36404 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |

Energy Future Holdings Corp.
Forty-Eighth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MENDEZ, WILLIAM | 34843 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MIXON, TIM D | 34632 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MOHAN, KEITH | 34514 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MONTELONGO, DAVID | 35986 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MONTELONGO, DAVID | 35990 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MONTELONGO, DAVID | 36296 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MONTELONGO, DAVID | 36298 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MOORE, RONALD J | 35999 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| MOORE, RONALD J | 36309 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NELSON, LOCKETT | 35850 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NELSON, LOCKETT | 36356 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| NICHOLS, LUISA | 13313 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| ODOM, KENNETH | 35379 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| PASSERO, RONALD J | 34533 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| PERDUE, GUY R | 34695 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| PHILLIPS, WILLIE E | 34605 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |

Energy Future Holdings Corp.
Forty-Eighth Omnibus (Non-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| PLANES, EDGARD | 32070 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| POPE, CALVIN W | 16573 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| PRESTON, PATRICK | 34592 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| PRICE, KEVIN | 34584 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| PRINCE, STEVEN L | 34582 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| PYLE, TERRY L | 34572 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| REECE, ARLIE | 34657 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| SLAUGHTER, DALE | 36263 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| SORENSEN, RICHARD E | 34230 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| STANLEY, PETER AND CHRISTINE | 4239 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| STINSON, DAVID | 34248 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| STRINGER, RUSS C | 34059 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| STUTZ, JUDITH A | 10304 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| THOMAS, DWAIN | 34462 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| TSO, GEORGE B | 34440 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| TURNER, EARL G | 34435 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |

Energy Future Holdings Corp.
Forty-Eighth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| VASQUEZ, ANDREW, JR | 34451 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WELLS, JERRY D | 35279 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WHITE, KERVIN | 36031 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WHITE, KERVIN | 37055 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WHITFIELD, LONNIE J | 36036 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WHITFIELD, LONNIE J | 37110 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WILKENING, MIKE B | 35142 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WILSON, CLYDE | 34911 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WILSON, EULESS BARRY | 35138 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WILSON, RHODNEY H | 36041 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WILSON, RHODNEY H | 37102 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WIMP, LARRY A | 36043 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WIMP, LARRY A | 37100 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |
| WISE, MICHAEL J | 34855 | On April 5, 2017 the Court entered an order sustaining the objection in connection with this claim. |