# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP.,[1] | Jointly Administered |
| Debtor. | **Objection Deadline: 05/03/2017** |
| | **Hearing Date: TBD** |

## NOTICE OF FILING OF FIFTH INTERIM APPLICATION OF PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. F/K/A PHILLIPS, GOLDMAN & SPENCE, P.A. AS COUNSEL TO THE FEE COMMITTEE SEEKING COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2016 THROUGH ARPIL 27, 2016 AND THE FINAL FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2014 THROUGH APRIL 27, 2016

Phillips, Goldman, McLaughlin & Hall, P.A. f/k/a Phillips, Goldman & Spence, P.A., ("PG&S") counsel to the Fee Committee, has filed and served its *Fifth Interim Application of Phillips, Goldman, McLaughlin & Hall, P.A. f/k/a Phillips, Goldman & Spence, P.A. as Counsel to the Fee Committee Seeking Compensation and Reimbursement of Expenses for the Period of January 1, 2016 Through April 27, 2016 and Final Fee Application for the Period September 1, 2014 Through April 27, 2015* seeking payment of fees in the amount of $2,559.00 and expenses in the amount of $99.70 for the interim period and the final award of fees in the amount of $18,402.00 and expenses in the amount of $2,225.41. (the "Application").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before December 9, 2016.

At the same time, you must also serve a copy of the objection or response upon the Fee Committee's undersigned counsel:

A HEARING ON THE APPLICATION WILL TAKE PLACE BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, U.S. BANKRUPTCY COURT, 824 N. MARKET STREET, COURTROOM 5, WILMINGTON, DE ON A DATE TO BE DETERMINED.

If no responses are filed or received, the Court may grant the Application without further notice or hearing.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

1

PHILLIPS, GOLDMAN, MCLAUGHLIN
& HALL, P.A.

*/s/ Lisa C. McLaughlin*

Lisa C. McLaughlin, Esquire (DE#3113)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
*Former Delaware Counsel to the Fee Committee*

Date:   April 12, 2017