## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS | ) | |
| CORP., | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | **Objection Deadline: 05/03/2017** |
| | ) | **Hearing Date: TBD** |

### COVER SHEET
### FIFTH INTERIM APPLICATION OF PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. F/K/A PHILLIPS, GOLDMAN & SPENCE, P.A. AS COUNSEL TO THE FEE COMMITTEE SEEKING COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2016 THROUGH APRIL 27, 2016 AND THE FINAL FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2014 THROUGH APRIL 27, 2016

Name of Applicant:        Phillips, Goldman, McLaughlin & Hall, P.A. f/k/a Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional Services to:        Fee Committee

Date of Retention        January 9, 2015, *Nunc Pro Tunc* to November 21, 2014

Period for which Interim Compensation is Sought:        January 1, 2016 through April 27, 2016

Period for which Final Compensation is Sought:        September 1, 2014 through April 27, 2016

| | Interim Period | Final Period |
|---|---|---|
| Amount of Compensation sought as actual, reasonable, and necessary: | $2,559.00 | $18,402.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $99.70 | $2,225.41 |
| Total Fees and Expenses: | $2,658.70 | $20,627.41 |

This is an:        __X__ interim        __X__ final application

## PREVIOUS APPLICATIONS OF PG&S

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 04/15/2015 Dkt. No. 4188 | 09/01/2014-12/31/2014 | $5,076.00 | $679.21 | $5,076.00 | $679.21 |
| 07/15/2015 Dkt. No. 5016 | 01/1/2015-04/30/2015 | $5,136.00 | $1,333.00 | $5,136.00 | $1,333.00 |
| 11/02/2015 Dkt. No. 6833 | 05/01/2015-08/31/2015 | $3,759.00 | $68.20 | $3,759.00 | $68.20 |
| 01/27/2016 Dkt No. 7737 | 09/01/2015 – 12/31/2015 | $1,872.00 | $45.30 | $1,872.00 | $45.30 |

## CURRENT INTERIM COMPENSATION SUMMARY

### JANUARY 1, 2016 THROUGH APRIL 27, 2016

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stephen W. Spence | Director/25 years/1981/ litigation/bankruptcy | $450 | .50 | $225.00 |
| Stephen A. Spence | Associate/5 years/2009 litigation/bankruptcy | $270 | 4.20 | $1,134.00 |
| Celeste A. Hartman | Sr. Paralegal/20 years/20 years prior experience | $150 | 7.70 | $1,155.00 |
| Michelle M. Okavage | Paralegal/ 21 years | $150 | .30 | $45.00 |
| Totals | | | 12.70 | $2,559.00 |
| Blended Rate | | | | $201.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Compensation |
|---|---|---|
| Case Administration | 1.7 | $297.00 |
| Fee/Employment Applications | 8.2 | $1,782.00 |
| PG&S Fee/Employment Applications | 2.8 | $480.00 |
| **Total** | **12.70** | **$2,559.00** |

**EXPENSE SUMMARY**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Photocopies  (10¢ per page) | N/A | $10.80 |
| On-line Docket Research | Pacer, Inc. | $73.90 |
| Copy/Service/Delivery Fees | Parcels Inc. | $15.00 |
| **Total** | | **$99.70** |

## FINAL COMPENSATION SUMMARY

### SEPTEMBER 1, 2014 THROUGH APRIL 27, 2016

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stephen W. Spence | Director/25 years/1981/ litigation/bankruptcy | $450 | 5.6 | $2,520.00 |
| Stephen A. Spence | Associate/5 years/2009 litigation/bankruptcy | $270 | 10.50 | $2,835.00 |
| Aaron C. Baker | Associate/4 years/2011 litigation/bankruptcy | $270 | 12.10 | $3,267.00 |
| Celeste A. Hartman | Sr. Paralegal/20 years/20 years prior experience | $150 | 64.90 | $9,735.00 |
| Michelle M. Okavage | Paralegal/ 21 years | $150 | .30 | $45.00 |
| Totals | | | 93.40 | $18,402.00 |
| Blended Rate | | | | $197.02 |

## FINAL COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Compensation |
|---|---|---|
| Case Administration | 12.4 | $2,376.00 |
| PG&S Fee/Employment Applications | 33.00 | $5,580.00 |
| Fee/Employment Applications | 45.60 | $9,822.00 |
| Plan and Disclosure Statement | 2.40 | $624.00 |
| **Total** | **93.40** | **$18,402.00** |

## FINAL EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Photocopies  (10¢ per page) | N/A | $343.30 |
| Postage | N/A | $355.71 |
| On-line Docket Research | Pacer, Inc. | $194.40 |
| Travel Reimbursement | Aaron C. Baker | $25.30 |
| Copy/Service/Delivery Fees | Parcels Inc. | $1,306.70 |
| **Total** | | **$2,225.41** |

4

PHILLIPS, GOLDMAN, MCLAUGHLIN
& HALL, P.A.


Lisa C. McLaughlin, Esquire (DE#3113)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
*Former Delaware Counsel to the Fee Committee*

Date:    April 12, 2017

5