## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS | ) |
| CORP., | ) Jointly Administered |
| | ) |
| Debtor. | ) |
| | ) |

### VERIFICATION OF LISA C. MCLAUGHLIN

State of Delaware    :

             : ss

New Castle County   :

Lisa C. McLaughlin after being duly sworn according to law, deposes and says:

    1.    I am a Senior Partner of the applicant law firm Phillips, Goldman, McLaughlin & Hall, P.A. ("PGM&H") and am a member in good standing of the Delaware Bar and am authorized to appear before this Court.

    2.    I am familiar with the work performed on behalf of the Fee Committee by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

    3.    I have reviewed the *Fifth Interim Application of Phillips, Goldman, McLaughlin & Hall, P.A. f/k/a Phillips, Goldman & Spence, P.A. as Counsel to the Fee Committee Seeking Compensation and Reimbursement of Expenses for the Period of January 1, 2016 Through April 27, 2016 and Final Fee Application for the Period September 1, 2014 Through April 27, 2016* and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and I believe the Application to be in compliance therewith.

                                  Lisa C. McLaughlin, Esquire (DE#3113)
                                  *Former Delaware Counsel to the Fee Committee*

SWORN AND SUBSCRIBED TO BEFORE ME THIS 12th DAY OF APRIL, 2017.

               Notary Public
               My commission expires:

                      KIMBERLY PARKS
                      NOTARY PUBLIC
                 STATE OF DELAWARE
             My Commission Expires Dec. 10, 2017