# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JANUARY 1, 2016 THROUGH
# APRIL 27, 2016

Phillips, Goldman, McLaughlin & Hall, P.A.

November 16, 2016

File   EFH-FEE/SWS
Invoice number   123661

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

| EMP | | SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/04/16 | CAH | PG&S FEE RETENTION APPLICATIONS | 2.8 | 480.00 |
| 01/06/16 | CAH | CASE ADMINISTRATION | 1.7 | 297.00 |
| 01/12/16 | SWS | FEE/EMPLOYMENT APPLICATIONS | 8.2 | 1,782.00 |
| | | Subtotal for FEES only: 04/27/16 | 12.7 | $2,559.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 450.00 | SWS | 0.50 | 0.50 | 225.00 | 0.00 | 0.00 |
| 270.00 | SAS | 4.20 | 4.20 | 1,134.00 | 0.00 | 0.00 |
| 150.00 | MMO | 0.30 | 0.30 | 45.00 | 0.00 | 0.00 |
| 150.00 | CAH | 7.70 | 7.70 | 1,155.00 | 0.00 | 0.00 |
| Totals | | 12.70 | 12.70 | 2,559.00 | 0.00 | 0.00 |

FEE APP                                    LEGALMASTER MIRC for Transactions                         11/16/2016  Pg 1
                                                        -Fees-

Sorts:  Grouping code           (Paginate)
        Client code
        Actual employee code    (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from EFH to EFH
    Exclude "Billable $" (column 7) from 0.00 to 0.00
    Include "Invoice Number" from 123661 to 123661

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| | | Act | Trans | | Billable | Billable | F |
| Cl code | Grouping code description | Emp | Date | Transaction description | Hours | Dollars | Gp |
| EFH | CASE ADMINISTRATION | CAH | 01/06/16 | Code prebill to assure compliance with local rules. | 1.00 | 150.00 | Ca |
| EFH | CASE ADMINISTRATION | CAH | 01/26/16 | Review of and revise prebill to conform with local rules. | 0.20 | 30.00 | |
| | | | | | ----- | ------- | |
| | | | | | 1.20 | 180.00 | |
| | | | | | ----- | ------- | |
| EFH | CASE ADMINISTRATION | MMO | 04/20/16 | Prepare substitution of counsel. | 0.20 | 30.00 | |
| EFH | CASE ADMINISTRATION | MMO | 04/27/16 | E-mail to Celeste Hartman re: substitution of counsel. | 0.10 | 15.00 | |
| | | | | | ----- | ------- | |
| | | | | | 0.30 | 45.00 | |
| | | | | | ----- | ------- | |
| EFH | CASE ADMINISTRATION | SAS | 01/25/16 | Office conference with Celeste A. Hartman re: timing of filings and delivery of binder to Judge's chambers. | 0.10 | 27.00 | |
| | | | | | ----- | ------- | |
| | | | | | 0.10 | 27.00 | |
| | | | | | ----- | ------- | |
| EFH | CASE ADMINISTRATION | SWS | 01/26/16 | Review of e-mail re: agenda letters needed. | 0.10 | 45.00 | |
| | | | | | ----- | ------- | |
| | | | | | 0.10 | 45.00 | |
| | | | | | ----- | ------- | |
| | | | | | 1.70 | 297.00 | |
| | | | | | ----- | ------- | |

Total records this group:  6

```
FEE APP                            LEGALMASTER MIRC for Transactions                           11/16/2016  Pg 2
                                              -Fees-
```

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | F Gp |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/04/16 | .pdf and file Phillips, Goldman, McLaughlin & Hall, P.A. Certificate of No Objection for its third interim fee application and e-mail to GCG to complete service. | 0.20 | 30.00 | pf |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/11/16 | Begin draft Phillips, Goldman, McLaughlin & Hall, P.A. Fourth Interim Fee Application for the period September 1, 2015 through December 31, 2015. | 0.40 | 60.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/12/16 | Complete draft of Phillips, Goldman, McLaughlin & Hall, P.A. fee application and forward to Stephen W. Spence. | 0.50 | 75.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/12/16 | E-mail Phillips, Goldman, McLaughlin & Hall, P.A. fee application to Carla Andres for her review and review by Committee. | 0.20 | 30.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/27/16 | Add notice dates and forward Phillips, Goldman, McLaughlin & Hall, P.A. fee application to Stephen W. Spence to review and execute. | 0.20 | 30.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/27/16 | File Phillips, Goldman, McLaughlin & Hall, P.A. fee application with Court. | 0.20 | 30.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/28/16 | Review of and revise Notice of Hearing on fee applications approved by fee committee; conference with Stephen A. Spence on same. | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 01/29/16 | Review of e-mail from K. Boucher and review of and revise Notice; file and request service of same. | 0.30 | 45.00 | |
| | | | | | 2.30 | 345.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SAS | 02/19/16 | Review docket for entry of order approving fees; revise fee statement and send to EFH for payment. | 0.10 | 27.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SAS | 02/29/16 | Review docket; review, revise and file Certificate of No Objection for Fourth Interim Fee Application of Phillips, Goldman, McLaughlin & Hall, P.A.. | 0.20 | 54.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SAS | 02/29/16 | Review docket; review, revise and file Certificate of No Objection for Fourth Interim Fee Application of Phillips, Goldman, McLaughlin & Hall, P.A.. | 0.20 | 54.00 | |
| | | | | | 0.50 | 135.00 | |
| | | | | | 2.80 | 480.00 | |

Total records this group:  11

```
FEE APP                                    LEGALMASTER MIRC for Transactions                                    11/16/2016  Pg 3
                                                        -Fees-
```

| (1) Cl code | (2) Grouping code description | (3) Act Emp | (4) Trans Date | (5) Transaction description | (6) Billable Hours | (7) Billable Dollars | (8) F Gp |
|---|---|---|---|---|---|---|---|
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/13/16 | Review of e-mail from K. Boucher concerning the filing of two fee applications (Godfrey & Kahn and Gitlin's) and timing of all upcoming filings; respond to same; conference with Stephen A. Spence. | 0.50 | 75.00 | fa |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/15/16 | E-mail to K. Boucher to determine timing of receipt of fee applications. | 0.10 | 15.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/22/16 | Review of Gitlin's third interim fee application and format correctly (.2); draft notice of application (.2); forward to Stephen W. Spence to review (.1); scan file and e-mail appropriate parties. | 0.80 | 120.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/22/16 | Review of Godfrey Kahn's third interim fee application and format correctly (.2); draft Notice of Application (.2) and forward to Stephen W. Spence to review (.1); scan, file and e-mail to appropriate parties (.3). | 0.80 | 120.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/25/16 | Draft Fee Binder documents, including fee chart, chart of documents covered in fee period; review of and revise same and send to co-counsel for approval. | 0.40 | 60.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/25/16 | Draft further documents related to fee applications. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/16 | E-mail from and to K. Boucher regarding fee binder documents and filing of Certificate of No Objections for Gitlin's and Godfrey & Kahn fee application. | 0.20 | 30.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/16 | Draft Certificate of No Objection for Gitlin's and Godfrey & Kahn's fee applications. | 0.40 | 60.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/16 | Teleconference Judge Sontche's chambers re: timing of fee binder and Certificate of No Objection filing and e-mail information about same to co-counsel e-mail about timing of fee reports. | 0.30 | 45.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/16 | Compile fee binder for Court. | 0.40 ---- 4.20 ---- | 60.00 ------ 630.00 ------ | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 01/28/16 | Review Notice of Uncontested Hearing; coordinate changes with Celeste A. Hartman; revise signature blocks and Hearing timing; file Notice. | 0.60 | 162.00 | |
| EFH | FEE/EMPLOYMENT APPLICATIONS | SAS | 02/12/16 | Review docket re: fee applications;; review and revise Certificate of No Objections; file Certificate of No Objections; send to client; revise binder table of contents and prepare binder for delivery before noon. | 0.90 | 243.00 | |

```
FEE APP                                        LEGALMASTER MIRC for Transactions                             11/16/2016  Pg 4
                                                           -Fees-

 (1)         (2)                           (3)   (4)                         (5)                              (6)         (7)        (8)
                                           Act   Trans                                                      Billable    Billable     F
Cl code  Grouping code description         Emp   Date      Transaction description                           Hours      Dollars    Gp

EFH      FEE/EMPLOYMENT APPLICATIONS       SAS   02/15/16  Phone calls with Kathleen Boucher; review fee         0.50    135.00   fa
                                                           report and revise; revise exhibits; file report.

EFH      FEE/EMPLOYMENT APPLICATIONS       SAS   02/17/16  Review supplemental report and approve for             0.60    162.00
                                                           filing; file report; coordinate service and
                                                           hand delivery to Court.

EFH      FEE/EMPLOYMENT APPLICATIONS       SAS   02/18/16  Review amended agenda; review Phillips,                1.00    270.00
                                                           Goldman, McLaughlin & Hall, P.A. fee
                                                           application; travel to and attend
                                                           uncontested fee hearing.
                                                                                                              -------   -------
                                                                                                                 3.60    972.00
                                                                                                              -------   -------

EFH      FEE/EMPLOYMENT APPLICATIONS       SWS   01/12/16  Review of and revise draft interim fee                 0.20     90.00
                                                           application.

EFH      FEE/EMPLOYMENT APPLICATIONS       SWS   01/13/16  Review of Energy Future's e-mail in fee app            0.20     90.00
                                                           schedule.
                                                                                                              -------   -------
                                                                                                                 0.40    180.00
                                                                                                              -------   -------
                                                                                                                 8.20  1,782.00
                                                                                                              -------   -------

Total records this group:  17                                                                                   -------   -------
                                                                                                                 12.70  2,559.00
                                                                                                              =======  ========

34 records printed.
```