IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) (Jointly Administered) ) |

**NOTICE OF ORDER
ENTERED BY THE PUBLIC UTILITY COMMISSION OF TEXAS IN THE
ADMINISTRATIVE PROCEEDING RELATED TO THE CHANGE OF CONTROL
APPLICATION OF ONCOR ELECTRIC DELIVERY COMPANY, LLC *ET AL.***

Comes now the Public Utility Commission of Texas ("PUCT"), by and through the Texas Attorney General's Office, and respectfully files this Notice to advise the Court and the parties in interest that the PUCT has entered the attached Order in Docket No. 46238- Joint Report and Application of Oncor Electric Delivery Company, LLC and NextEra Energy, Inc. for Regulatory Approvals Pursuant to PURA §§ 14.101, 39.262 and 39.915 (the change of control proceeding). *See* PUCT Order attached hereto as Exhibit A.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

1

        JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/   Hal F. Morris*
Hal F. Morris
Texas State Bar No. 14485410
Ashley F. Bartram
Texas State Bar No. 24045883
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas  78711-2548
P: (512) 475-2173/F: (512) 936-1409
hal.morris@oag.texas.gov
ashley.bartram@oag.texas.gov

ATTORNEYS FOR THE PUBLIC UTILITY COMMISSION OF TEXAS

## CERTIFICATE OF SERVICE

    I hereby certify that on April 13, 2017, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

*/s/ Hal F. Morris*
Hal F. Morris