**EXHIBIT 1** to **EXHIBIT A**

**Disputed Claim**

# ENERGY FUTURE HOLDINGS CORP., et al.

## THIRTY-SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Disputed Claim

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | TEXAS BIG SPRING, LP C/O TERRA-GEN LLC 437 MADISON AVE 22ND FL NEW YORK, NY 10022 | 8007 | Luminant Energy Company LLC | 503(b)(9) | $406,217.13 | Luminant Energy Company LLC | Administrative | $200,000.00 |
| | | | Luminant Energy Company LLC | Unsecured | $54.40 | Luminant Energy Company LLC | Unsecured | $206,271.53 |
| | | | | Subtotal | $406,271.53 | | Subtotal | $406,271.53 |
| | | | | TOTAL | $406,271.53 | | TOTAL | $406,271.53 |

REASON FOR MODIFICATION: Modified to reflect settlement between the Debtors and the Claimant.