# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.,
**CASE NO.:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 4/17/2017 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chad J. Husnick | Kirkland + Ellis | EFH |
| David J. DeFrancesci | Richards Layton + Finger | EFH |
| Jason M. Madron | Richards Layton + Finger | EFH |
| David Klauder | Bielli & Klauder | EFH Corp |
| Peter Young | Proskauer | " |
| Mark Thomas | " | " |
| Howard Seife | Chadbourne & Parke | NextEra |
| Eric Daucher | " | " |
| Joseph Wright | Landis Rath & Cobb | " |
| Ryan Slaugh | Potter Anderson | Deutsche Bank |
| Fay Teloni | Shearman | " |
| Jeffrey Sabin | Venable | PIMCO |
| Jamie Edmonson | " | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Computershare |
| Gregory Horowitz | Kramer Levin, et al | Computershare |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings Corp.,
**CASE NO.:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 4/17/2017 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph H. Huston, Jr. | Stevens & Lee P.C. | EFIH Indpendent Manager |
| Patrick Feeney | Montgomery McCracken | Official E-side Committee |
| Sheron Murrey | Sullivan & Cromwell | " |
| Roy Jamisada | Kobre Harrison | UMB Bank, N.A. Endenture Trustee |
| Michael Boyle | Kelly Frost | Fidelity |
| Norman Pernick | Cole Schotz | EFIH 1st Lien Trustee |
| B. Williamson | Godfrey & Kahn | Fee Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.