# EXHIBIT A

## Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| FEE APPLICATIONS – OTHERS | 5.20 | $1,938.00 |
| FEE APPLICATIONS – S&L | 8.00 | $3,868.00 |
| HEARINGS | 2.00 | $780.00 |
| PLANS OF REORGANIZATION | .60 | $441.00 |
| **TOTAL** | **15.80** | **$7,027.00** |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00005** | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** | | |

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/20/17 | 0.10 | $27.50 | REVIEW JENNER'S 21ST MONTHLY FEE APP. |
| 3/31/17 | 0.10 | $27.50 | REVIEW/REVISE CNO RE: JENNER 20TH MONTHLY FEE STATEMENT. |
| **JDA Total:** | **0.20** | **$55.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/20/17 | 0.30 | $220.50 | REVIEW AND REVISE JENNER 21ST MONTHLY DOCS - EMAILS JENNER SAME - FILING AND SERVICE |
| 3/20/17 | 0.30 | $220.50 | REVIEW AND REVISE JENNER'S 21ST MONTHLY - EMAILS TEAM SAME |
| 3/24/17 | 0.60 | $441.00 | REVIEW AND REVISE 4 CRAVATH MONTHLY CNOS AND EMAILS R GONZALEZ RE FEE COMMITTEE LETTER RE SAME AND PROPOSED INTERIM FEE ORDER |
| 3/27/17 | 0.30 | $220.50 | REVIEW OMNIBUS ORDER AS ENTERED AND EMAIL TEAM SAME - EMAIL JDA RE PAY PACKAGE |
| 3/29/17 | 0.20 | $147.00 | EMAILS R LEVIN ET AL RE CNO |
| 3/31/17 | 0.10 | $73.50 | REVIEW JENNER 20TH CNO |
| **JHH Total:** | **1.80** | **$1,323.00** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/6/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10868, 10869, 10871, 10873 |
| 3/6/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10710 |
| 3/6/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10860 |
| 3/6/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10843 |
| 3/6/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10866 |
| 3/20/17 | 0.30 | $52.50 | EFILE TWENTY-FIRST MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 3/23/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 11024 |
| 3/24/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-SECOND MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 |
| 3/24/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-THIRD MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016 |
| 3/24/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-FOURTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/24/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-FIFTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016 |
| 3/24/17 | 0.20 | $35.00 | EFILE CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-SECOND MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/24/17 | 0.20 | $35.00 | EFILE CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-THIRD MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/24/17 | 0.20 | $35.00 | EFILE CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-FOURTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/24/17 | 0.20 | $35.00 | EFILE CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-FIFTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/29/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE JENNER'S TWENTIETH MONTHLY FEE APP (JAN, 2017) |
| **SLFO Total:** | **3.20** | ***$560.00*** | |
| **109285-00005 Total:** | **5.20** | **$1,938.00** | |

**109285-00006    ENERGY FUTURE/FEE APPLICATIONS-S&L**

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/6/17 | 2.00 | $550.00 | DRAFT 7TH INTERIM FEE APPLICATION FRO S&L. |
| 3/9/17 | 1.20 | $330.00 | FURTHER REVISE AND SUPPLEMENT JANUARY FEE APP AND 7TH INTERIM FEE APP PER JHH REVISIONS. |
| 3/20/17 | 0.20 | $55.00 | EXCHANGE EMAILS WITH MARK HANCOCK R: LEDES DATA AND CONFER WITH SL AND KR RE:SAME. |
| **JDA Total:** | **3.40** | ***$935.00*** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/1/17 | 0.60 | $441.00 | PREP ESTIMATE FOR FINAL FEES AND EMAILS JENNER AND K&E SAME |
| 3/2/17 | 0.40 | $294.00 | UPDATE AND EMAIL FEE FUND ESTIMATE TO K&E |
| 3/8/17 | 1.10 | $808.50 | REVIEW AND REVISE 27TH MONTHLY AND CHECK REVISED COPY CHARGE RULE (.4) - REVIEW AND REVISE 7TH INTERIM AND DISCUSS JDA SAME (.7) |
| 3/9/17 | 0.60 | $441.00 | REVIEW AND REVISE REDRAFT OF 7TH INTERIM - DISC JDA RE STATUS OF PAYMENT PACKAGES |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/10/17 | 0.60 | $441.00 | REVIEW FEE SUMMARIES AND CORRECT CHARGES (.3)- EMAILS/DISC JDA RE FINALIZING AND FILING INTERIM AND STATUS OF PAYMENT OF HOLDBACKS (.3) |
| 3/20/17 | 0.10 | $73.50 | EMAILS FEE COMMITTEE AND JDA RE LEDES FILES |
| 3/23/17 | 0.20 | $147.00 | REVIEW PROPOSED CONSENSUAL INTERIM FEE ORDER, CHECK BALANCES AND EMAIL K STADLER RE SAME |
| 3/30/17 | 0.20 | $147.00 | REVIEW PAYMENT PACKAGE |
| **JHH Total:** | **3.80** | **$2,793.00** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/9/17 | 0.30 | $52.50 | EFILE TWENTY-SIXTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 3/9/17 | 0.30 | $52.50 | EFILE S&L'S 7TH INTERIM FEE APP - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 3/23/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 10988 |
| 3/23/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 10986 |
| **SLFO Total:** | **0.80** | **$140.00** | |

| **109285-00006 Total:** | **8.00** | **$3,868.00** | |

**109285-00007    ENERGY FUTURE/HEARINGS**

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/28/17 | 1.50 | $412.50 | ATTEND/APPEAR AT HEARING ON OMNIBUS FEE APPLICATIONS AND DRAFT UPDATE EMAIL TO JHH RE: SAME. |
| **JDA Total:** | **1.50** | **$412.50** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/28/17 | 0.50 | $367.50 | EMAILS JDA RE COVERAGE AND DISC RESULTS OF HEARING - EMAIL TEAM RE ADDITIONAL INTERIM PERIOD GIVEN EFFECTIVE DATE |
| **JHH Total:** | **0.50** | **$367.50** | |

| **109285-00007 Total:** | **2.00** | **$780.00** | |

**109285-00010    ENERGY FUTURE/PLANS OF REORGANIZATION A**

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/31/17 | 0.60 | $441.00 | READ REPORTS RE TPUC DECISION RE ONCOR SHARES AND EFFECT ON REORG |
| **JHH Total:** | **0.60** | **$441.00** | |

| **109285-00010 Total:** | **0.60** | **$441.00** | |

| **Grand Total:** | **15.80** | **$7,027.00** | |