## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| DOCUMENT REPRODUCTION | $17.70 |
| COMPUTER RESEARCH | $9.00 |
| TELEPHONE CHARGES | $9.64 |
| JOSEPH H. HUSTON, JR: COURTCALL APPEARANCE ON 1/3/17  (VINCENT LAZAR) | $30.00 |
| JOSEPH H. HUSTON, JR: COURTCALL APPEARANCE ON 1/4/17 (VINCENT LAZAR) | $58.00 |
| **TOTAL** | **$124.34** |