## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 1/4/17 | $58.00 | JOSEPH H. HUSTON, JR: COURTCALL APPEARANCE ON 1/4/17 (VINCENT LAZAR) |
| 109285-00002 | 1/3/17 | $30.00 | JOSEPH H. HUSTON, JR: COURTCALL APPEARANCE ON 1/3/17 (VINCENT LAZAR) |
| 109285-00002 | 3/2/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/2/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/2/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/2/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/2/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/2/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/3/17 | $6.16 | TELEPHONE CHARGES |
| 109285-00002 | 3/3/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/3/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/8/17 | $2.48 | TELEPHONE CHARGES |
| 109285-00002 | 3/10/17 | $9.00 | COMPUTER RESEARCH |
| 109285-00002 | 3/16/17 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/21/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/21/17 | $0.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/28/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/28/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/31/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/31/17 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/31/17 | $2.90 | DOCUMENT REPRODUCTION |
| 109285-00002 | 3/14/17 | $1.00 | TELEPHONE CHARGES |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |

| | | | |
|---|---|---|---|
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/6/17 | $4.00 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/8/17 | $4.00 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00006 | 3/24/17 | $0.40 | DOCUMENT REPRODUCTION |