# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

#6

Calendar Date: 04/17/2017
Calendar Time: 11:00 AM ET

Amended Calendar  Apr 17 2017 7:02AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8275954 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, VISTRA Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8284099 | Alysa Ain | (212) 859-8000 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8275483 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8284165 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Interested Party, Sam N. Ashuraey / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8278376 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8283051 | Ward Benson | (202) 514-9642 ext. | U.S. Department of Justice | Creditor, United States of America / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8284174 | Mitchell Bialek | (312) 542-8575 ext. | C.S.S., LLC | Interested Party, Mitchell Bialek / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8276564 | Lauren Bilzin | (212) 672-2252 ext. | Serengeti Asset Management | Other Prof., Serengeti Asset Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8275255 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8276603 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8279850 | Allister Chan | (212) 310-8748 ext. | Citibank, N.A. | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8284157 | Andrew Cohen | (312) 589-6428 ext. | Pentwater Capital | Creditor, Andrew Cohen / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8284094 | David Dunn | (203) 529-1765 ext. | Cross Sound Managment, LLC | Interested Party, Cross Sound Management / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Represents |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8284175 | Ryan Eckert | (646) 779-6203 ext. | Warlander Asset Management | Interested Party, Warlander Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8278295 | Jamie Edmonson | (302) 298-3520 ext. | Venable LLP | Creditor, Pinco / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8281642 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Creditor, Official committe of unsecured creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8278533 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8276189 | Richard Gitlin - Client | (608) 284-2654 ext. | Godfrey & Kahn, S.C. | Client, Richard Gitlin / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8277162 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8276752 | Brian Guiney | (212) 336-2305 ext. | Patterson Belknap Webb & Tyler | Interested Party, Patterson Belknap Webb & Tyler / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8279496 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Taylor B. Harrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8276743 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8272226 | Daniel K. Hogan | (302) 656-7540 ext. | Hogan McDaniel | Creditor/Claimant, Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8279464 | Gregory Horowitz | (212) 715-9571 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Computershare Trust Company, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8276753 | Harold Kaplan | (312) 832-4393 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8284076 | Richard Levin | (212) 891-1600 ext. 1601 | Jenner & Block LLP | Creditor, Energy Future Intermidiate Holdings, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8275944 | Michael G. Linn | (415) 421-2132 ext. | Farallon Capital Management | Interested Party, Farallon Capital Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8276795 | Catherine LoTempio | (212) 574-1632 ext. | Seward & Kissel LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| Energy Future Holdings, Corp. | 14-10979 | Hearing | 8284171 | George M. Mack | 212-526-4728 ext. | Barclays | Interested Party, George M. Mack / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8276758 | Joel Millar | (202) 663-6167 ext. | WilmerHale LLP | Creditor, Delaware Trust Co. / LIVE |

| Case | Type | Number | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | | | 8278372 Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commision of Texas / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8276579 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8275489 | Joanna S. Newdeck | (202) 887-4288 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8278490 | Richard Paige | (212) 224-7200 ext. | GLG Partners LP | Interested Party, Richard Paige / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8280068 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8284148 | Meredith Quick | (212) 408-5100 ext. | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8277227 | Erica Richards | (212) 468-8000 ext. | Morrison & Foerster LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8275991 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | Interested Party, Office of the United States Trustee / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8280074 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8276132 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8242028 | Noah M Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8276769 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8276985 | Michael Shepherd | (305) 925-4790 ext. | White and Case | Creditor, Ad HOC Committee of TECH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8279702 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8278306 | Mark Somerstein | (212) 841-8814 ext. | Ropes & Gray LLP | Interested Party, Elliott Management Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 8284077 | Charisse Tay | (212) 526-6811 ext. | Barclays | Other Prof., Charisse Tay / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8279896 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8276323 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8277315 | Amer Tiwana | (646) 616-3052 ext. | Cowen & Co. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8282624 | Carl Tullson | (312) 407-0379 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8275963 | Michael Turkel | (212) 373-3689 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, TCEH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8278258 | Matthew Underwood | 212-588-5148 ext. | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8284146 | Michael J. Walsh | (646) 855-8154 ext. | Bank of America | Creditor, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8276766 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8284071 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123) | Hearing | 8209086 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123) | Hearing | 8209098 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |