## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS<br>1/01 – 1/31/2017 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 20.5 |
| Raoul Nowitz | Managing Director | 108.0 |
| Matthew Cumbee | Sr. Associate | 29.5 |
| TOTALS | | 158.0 |