# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Twenty-First Monthly Fee Statement 02/01/2017 through 02/28/2017 D.I. 11024 | $20,267.50 | $0.00 | 04/10/2017 | $16,214.00 | $0.00 | $4,053.50 |