## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 18.10 | $11,126.50 |
| 813 | Fee/Employment Applications | 5.00 | $2,975.00 |
| 833 | Court Hearings | 0.70 | $416.50 |
| | **TOTAL** | **23.80** | **$14,518.00** |