## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Shareholder | $850 | 1.40 | $1,190.00 |
| Ryan A. Wagner | Associate | $595 | 22.40 | $13,328.00 |
| **Total** | | | **23.80** | **$14,518.00** |