## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 2.90 | $1,725.50 |
| 813 | Fee/Employment Applications | 1.20 | $714.00 |
| | **TOTAL** | **4.10** | **$2,439.50** |