## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| EFH.ET | Energy Trading | 4.30 | $2,558.50 |
| | **TOTAL** | **4.30** | **$2,558.50** |