# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) | (Jointly Administered) |
| | ) ) ) | **Objection Deadline: May 10, 2017 at 4:00 p.m.** |

## FIFTEENTH MONTHLY FEE STATEMENT OF
## GREENBERG TRAURIG, LLP FOR ALLOWANCE OF AN ADMINISTRATIVE
## CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
## INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017

| | |
|---|---|
| Name of Applicant | Greenberg Traurig, LLP |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, *et al.* Debtors and Debtors in Possession |
| Date of Retention: | Retention Order Entered on December 15, 2015 (Effective as of November 2, 2015) |
| Period for which compensation and reimbursement is sought: | January 1, 2017 through January 31, 2017 |
| Amount of Compensation sought as actual, reasonable and necessary: | $6,949.60 (80% of $8,687.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a **X** monthly ___ interim __ final application.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Application shall be addressed in accordance with the Interim Compensation Order and Fee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Debtors to Retain and Employ Greenberg Traurig, LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective Nunc Pro Tunc to November 2, 2015,* dated December 15, 2015 [D.I. 7352] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm of Greenberg Traurig, LLP ("Greenberg Traurig"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for compensation in the amount of $6,949.60 for the reasonable and necessary legal services Greenberg Traurig rendered to the Debtors from January 1, 2017 through January 31, 2017 (the "Fee Period") (80% of $8,687.00).

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

   - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Greenberg Traurig shareholders, associates, and paraprofessionals during the Fee Period with respect to each of the task code categories Greenberg Traurig established in accordance with its internal billing procedures. As reflected in Exhibit A, Greenberg Traurig incurred $8,687.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Greenberg Traurig seeks reimbursement for 80% of such fees ($6,949.60 the aggregate).

   - **Exhibit B** is a schedule providing certain information regarding the Greenberg Traurig attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement.

Attorneys and paraprofessionals of Greenberg Traurig have expended a total of 14.60 hours in connection with these chapter 11 cases during the Fee Period.

## Proposed Payment Allocation

2. In accordance with paragraph 2(b) of the Interim Compensation Order, all of the work performed by Greenberg Traurig during the Fee Period was performed on behalf of debtor Energy Future Holdings Corp. and its debtor subsidiaries.

## Representations

3. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Greenberg Traurig reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

[*Remainder of page intentionally left blank.*]

WHEREFORE, Greenberg Traurig requests that it be allowed reimbursement for its fees incurred during the Fee Period in the total amount of $6,949.60, which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by Greenberg Traurig, and that such fees be paid as administrative expenses of the Debtors' estates.

Dated: April 19, 2017          */s/ Iskender H. Catto*
                                                    **GREENBERG TRAURIG, LLP**
Iskender H. Catto (*pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-5400
Facsimile: (212) 801-9200
Email: cattoi@gtlaw.com

*Special Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**VERIFICATION OF ISKENDER H. CATTO**

1. I, Iskender H. Catto, am a shareholder of the law firm of Greenberg Traurig, LLP ("Greenberg Traurig"), located at 200 Park Ave., New York, New York 10166. I am the lead attorney from Greenberg Traurig working on the above-captioned chapter 11 cases. I am a member in good standing of the bars of the states of New York and New Jersey and the bar of Washington, D.C. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by Greenberg Traurig as special counsel to the Debtors for certain energy-related transactional matters and am familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for Greenberg Traurig, LLP complies with Rule 2016-2.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Iskender H. Catto*
Iskender H. Catto
as Shareholder of Greenberg Traurig, LLP
