## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 14.60 | $8,687.00 |
|  | **TOTAL** | **14.60** | **$8,687.00** |