## EXHIBIT A

**Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 5.60 | $3,332.00 |
| | **TOTAL** | **5.60** | **$3,332.00** |