# **<u>Exhibit B</u>**

## SUMMARY OF PROFESSIONAL SERVICES

The MMWR attorneys and paralegals that rendered professional services in these cases during the Compensation Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 47.90 | $32,332.50 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 143.80 | $87,718.00 |
| Mark A. Fink | Non-Working Travel | $305.00 | 10.00 | $3,035.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | .70 | $409.50 |
| Laurie A. Krepto | Of Counsel; Joined Firm in 2004; Member of PA Bar Since 1995 | $465.00 | 2.80 | $1,302.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **205.20** | **$124,797.00** |
| **ASSOCIATES** | | | | |
| Davis L. Wright | Associate; Joined Firm in 2011; Member of DE Bar since 2002 | $570.00 | 1.80 | $1,026.00 |
| **TOTAL ASSOCIATES** | | | **1.80** | **$1,026.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $145.00 | 18.00 | $2,610.00 |
| Octavia Frias | Paralegal | $165.00 | 15.90 | $2,623.50 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **33.90** | **$5,233.50** |
| **TOTAL ALL PROFESSIONALS** | | | **240.90** | **$131,056.50** |