# **Exhibit C**

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED

| Expense Category | Expense Amount |
| --- | --- |
| Courtcall | $51.00 |
| Miscellaneous Expense | $74.00 |
| Postage | $.47 |
| Consultant Fees | $600.00 |
| Lodging | $2,957.60 |
| Meals | $280.44 |
| Travel - Rail Fare | $320.11 |
| Pacer | $593.10 |
| Duplicating - Internal | $8.30 |
| Federal Express | $19.05 |
| Telephone | $84.62 |
| Westlaw On-Line Legal Research | $89.10 |
| **Total** | **$5,077.79** |