# **Exhibit D**

# September, 2016

|  |  |
|---|---|
| Invoice Date: | 12/14/16 |
| Invoice Number: | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 09/30/16 | Postage | $ | 0.47 |
| 09/30/16 | Printing & Duplicating - Internal | $ | 4.70 |
| 09/30/16 | Pacer | $ | 195.30 |
| 08/26/16 | Federal Express Federal Express Package - Invoice #:554104464 MARK FINK MONTGOMERY MCCRACKEN WALKER & 437 MADISON AVE NEW YORK NY US 100227041 Tracking #:200064215100243 | $ | 19.05 |
| 09/08/16 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 8/22/16, Cabfare from residence to train station for travel to Washington, DC re: EFH Hearings | $ | 9.67 |
| 09/08/16 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 8/15/16, Cabfare from residence to Amtrak for travel re: EFH Hearing | $ | 7.88 |
| 09/08/16 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 8/19/16, Cabfare fare from train station to residence returning from travel to DE re: EFH Hearings | $ | 17.81 |
| 09/08/16 | Travel - Lodging - PAID TO: Mark A. Fink  - 8/22/16-8/23/16, Lodging at Hotel Dupont (DE) re: EFH Hearings | $ | 1,026.00 |
| 09/08/16 | Travel - Lodging - PAID TO: Mark A. Fink  - 8/15/16-8/19/16, Lodging at Hotel Dupont while in DE re: EFH Hearings | $ | 1,931.60 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/22/16, Meal expense at Hotel Dupont (DE) re: EFH Hearings | $ | 5.00 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/24/16, Breakfast at Matic in DE while attending EFH Hearings | $ | 6.75 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/18/16, Snack expense at Hotel Dupont while in DE re: EFH Hearings | $ | 9.00 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/17/16, Lunch at Brew HaHa (DE) while attending EFH Hearings | $ | 11.65 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/17/16, Dinner at Mikimoto (DE) while attending EFH Hearings | $ | 64.50 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/18/16, Dinner at Mikimoto and snack(Walgreens) while in DE to attend EFH Hearings | $ | 65.98 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/22/16, Lunch M&T Wilmington Center in DE re: EFH Hearings | $ | 8.39 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/14/16 |
| Invoice Number: | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

| Date | Description | Amount |
|---|---|---|
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/22/16, Snack expense at Walgreens in DE during EFH Hearings | $ 7.47 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/15/16, Lunch at Pinjis Cafe (Wil. DE client hearings) re: EFH Hearings | $ 12.95 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/19/16, Breakfast expense (Wilmington, DE) re: EFH Hearings | $ 7.75 |
| 09/08/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/19/16, Lunch at Urban Cafe (Wilmington, DE) re: EFH Hearings | $ 6.75 |
| 09/08/16 | Travel - Rail Fare - PAID TO: Mark A. Fink  - 8/30/16, Amtrak railfare from Wilmington, DE to NY while returning form EFH Hearings | $ 82.00 |
| 09/14/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions  - Services for the month of August 2016 | $ 150.00 |
| 09/15/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 8/26/16, Court Call Expense - attended an EFH court conference on 8/26/16 at 12:30pm | $ 51.00 |
| 09/15/16 | Westlaw On-Line Legal Research | $ 89.10 |
| 09/21/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 8/23/16, Dinner expense at Cocina LoLo & Urban Cafe with M.Degrossrilliers | $ 61.80 |
|  | Total Disbursements | $ 3,852.57 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/14/16 |
| Invoice Number: | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---:|
| 0008 | Miscellaneous Expense | $ | 51.00 |
| 0013 | Duplicating - Internal | $ | 4.70 |
| 0014 | Postage | $ | 0.47 |
| 0022 | Transportation - Local while on business | $ | 35.36 |
| 0046 | Consultant Fees | $ | 150.00 |
| 0088 | Travel - Lodging | $ | 2,957.60 |
| 0089 | Travel - Meals, Etc | $ | 267.99 |
| 0092 | Travel - Rail Fare | $ | 82.00 |
| 0117 | Federal Express | $ | 19.05 |
| 0152 | Westlaw On-Line Legal Research | $ | 89.10 |
| 0163 | Pacer | $ | 195.30 |
| | Total: | $ | 3,852.57 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **October, 2016**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739587 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---:|
| 10/31/16 | Printing & Duplicating - Internal | $ 0.20 |
| 10/31/16 | Pacer | $ 50.80 |
| 10/04/16 | Transportation - Local while on business - PAID TO: Mark A. Fink - 9/19/16, Roundtrip cabfare from residence to train station to attend EFH hearing | $ 15.75 |
| 10/04/16 | Travel - Meals, Etc - PAID TO: Mark A. Fink - 9/19/16, Lunch at Treehouse Cafe while attending EFH hearing in Wilmington | $ 12.45 |
| 10/04/16 | Travel - Rail Fare - PAID TO: Mark A. Fink - 9/19/16, Roundtrip Amtrak railfare from NY to Wilmington to attend EFH hearing | $ 187.00 |
|  | Total Disbursements | $ 266.20 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739587
Client Matter Number: 66471.00003
I.D.# 01051

## Summary of Disbursements and Other Related Charges
## Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---|
| 0013 | Duplicating - Internal | $ | 0.20 |
| 0022 | Transportation - Local while on business | $ | 15.75 |
| 0089 | Travel - Meals, Etc | $ | 12.45 |
| 0092 | Travel - Rail Fare | $ | 187.00 |
| 0163 | Pacer | $ | 50.80 |
| | Total: | $ | 266.20 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**November, 2016**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739586 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---:|
| 11/30/16 | Printing & Duplicating - Internal | $ | 3.40 |
| 11/30/16 | Pacer | $ | 124.70 |
| 11/15/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 9/28/16, Court Call for 10:00am hearing | $ | 44.00 |
| 11/15/16 | Miscellaneous Expense - PAID TO: Mark A. Fink - 10/28/16, Court Call for 10:00am Hearing | $ | 30.00 |
| 11/16/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of September 2016 (customer # 3003555) | $ | 150.00 |
| 11/16/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of October 2016 (customer # 3003555) | $ | 150.00 |
| 11/29/16 | Telephone - PAID TO: Soundpath Conferencing - Conference call at 3:53pm on 11/9/16 with 16 participants | $ | 84.62 |
| | Total Disbursements | $ | 586.72 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

## Summary of Disbursements and Other Related Charges
## Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---:|
| 0008 | Miscellaneous Expense | $ | 74.00 |
| 0013 | Duplicating - Internal | $ | 3.40 |
| 0046 | Consultant Fees | $ | 300.00 |
| 0137 | Telephone | $ | 84.62 |
| 0163 | Pacer | $ | 124.70 |
| | Total: | $ | 586.72 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**December, 2016**

Invoice Date: 1/26/17
Invoice Number: 740795
Client Matter Number: 66471.00003
I.D.# 01051

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 12/31/16 | Pacer | $ | 222.30 |
| 12/14/16 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of November 2016 (customer # 3003555) | $ | 150.00 |
| | Total Disbursements | $ | 372.30 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 1/26/17 |
| Invoice Number: | 740795 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---|
| 0046 | Consultant Fees | $ | 150.00 |
| 0163 | Pacer | $ | 222.30 |
| | Total: | $ | 372.30 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**