# **<u>Exhibit E</u>**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Asset Analysis | 4.70 | $2,356.50 |
| 002 | Asset Disposition | 0 | 0.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 0 | 0.00 |
| 004 | Avoidance Action Analysis | 0 | 0.00 |
| 005 | Business Operations | 1.20 | $810.00 |
| 006 | Case Administration | 64.50 | $38,253.50 |
| 007 | Claims Administration and Objections | 0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 1.50 | $915.00 |
| 009 | Employment Benefits and Pensions | 0 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 25.00 | $8,151.50 |
| 011 | Employment and Fee Applications (Others) | 22.90 | $7,211.50 |
| 012 | Financing, Cash Collateral, Make Whole | 5.50 | $3,355.00 |
| 013 | Other Litigation | 0 | 0.00 |
| 014 | Meetings and Communications with Creditors | .80 | $488.00 |
| 015 | Non-Working Travel | 10.00 | $3,035.00 |
| 016 | Plan and Disclosure Statement | 53.60 | $33,876.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0.00 |
| 018 | Tax | 0 | 0.00 |
| 019 | Valuation | 0 | 0.00 |
| 020 | Discovery | 1.80 | $1,215.00 |
| 021 | Hearings | 17.60 | $10,722.50 |
| 022 | First and Second Day Motions | 0 | 0.00 |
| 023 | Claims Investigation | 0 | 0.00 |
| 024 | Lien Investigation | 0 | 0.00 |
| 025 | Intercompany Claims | 0 | 0.00 |
| 026 | Other Motions/Applications | 0 | 0.00 |
| 027 | Schedules and Statements | 0 | 0.00 |
| 028 | Time Entry Review | 0 | 0.00 |
| 029 | Budgeting (Case) | 0 | 0.00 |
| 030 | Asbestos-Related Matters | 31.80 | $20,677.00 |
| 031 | Derivative Litigation Investigation | 0 | 0.00 |
| | **Total** | **240.90** | **$131,056.50** |