## September, 2016

| | | |
|---|---|---:|
| Invoice Date: | | 12/14/16 |
| Invoice Number: | | 739078 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|------:|-------:|
| 001 | Asset Analysis | 2.60 | $1,209.00 |
| 005 | Business Operations | 1.20 | $810.00 |
| 006 | Case Administration | 44.30 | $26,415.50 |
| 011 | Employment and Fee Applications (Others) | 5.70 | $1,803.00 |
| 012 | Financing, Cash Collateral, Make Whole | 3.50 | $2,135.00 |
| 015 | Non-Working Travel | 5.00 | $1,510.00 |
| 016 | Plan and Disclosure Statement | 12.00 | $8,058.00 |
| 021 | Hearings | 6.50 | $3,965.00 |
| 030 | Asbestos-Related Matters | 11.00 | $7,184.50 |
| | Matter Total | 91.80 | $53,090.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 12/14/16 |
| Invoice Number: | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 001 Asset Analysis**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/19/16 | LA Krepto | 001 | Follow-up with N. Ramsey re asbestos insurance issues | 0.30 |
| 9/20/16 | LA Krepto | 001 | Analyzing insurance documents from database; drafting communications to N. Ramsey re same | 0.80 |
| 9/21/16 | LA Krepto | 001 | Follow-up re insurance issues for N. Ramsey | 1.50 |

Task Total    2.60

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 12/14/16 |
| Invoice Number: | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 001 Asset Analysis

| TK# | Timekeeper Name | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07347 | Krepto, LA | | 2.60 | $465.00 | $1,209.00 |
| | | Task Total | 2.60 | | $1,209.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    12/14/16
Invoice Number:                    739078
Client Matter Number:  66471.00003
I.D.#                    01051

**Detail for Fee Services Rendered - 005 Business Operations**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/7/16 | ND Ramsey | 005 | Telephone call with B. Glueckstein re Finicle and Fahey concerns with reinstatement of accounts receivable (1.0); reviewing draft statement and reservation of rights (.2) | 1.20 |

Task Total    1.20

| | | |
|---|---|---|
| Invoice Date: | | 12/14/16 |
| Invoice Number: | | 739078 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 005 Business Operations

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 01051 | Ramsey, ND | 1.20 | $675.00 | $810.00 |
| | Task Total | 1.20 | | $810.00 |

| | | |
|---|---|---|
| Invoice Date: | | 12/14/16 |
| Invoice Number: | | 739078 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

### Detail for Fee Services Rendered - 006 Case Administration

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 9/1/16 | MA Fink | 006 | Review requests for production | 0.40 |
| 9/2/16 | MA Fink | 006 | Review of motion re EFH DIP (1.3); review of notices re discovery (.6); review of stipulation | 1.30 |
| 9/6/16 | ND Ramsey | 006 | Reviewing agenda and related materials for upcoming committee meeting | 0.30 |
| 9/7/16 | KT Mangan | 006 | Filing UCC statement re e-side disclosure statement and coordinating service of same | 0.60 |
| 9/7/16 | ND Ramsey | 006 | Participating in telephonic meeting of committee | 1.00 |
| 9/7/16 | MA Fink | 006 | Committee meeting (1.4); review drafts of reservation of rights for filing (.6); review of objections and reservation filed by others (1.8) | 3.80 |
| 9/8/16 | MA Fink | 006 | Review/revise COS for service (.1); review objection to discovery filed by Debtors (1.1); continue review of objections (.4); review appellate briefing on asbestos issues (4.7) | 6.30 |
| 9/8/16 | KT Mangan | 006 | Drafting certificate of service for statement filed on 9.13.15 (0.6); filing certificate of service (0.4) | 1.00 |
| 9/9/16 | MA Fink | 006 | Review of motions filed for compromise | 0.70 |
| 9/12/16 | MA Fink | 006 | Review of notices of appeal (.2); review of responses to production by Indenture Trustee re merger agreement (1.1) | 1.30 |
| 9/13/16 | MA Fink | 006 | Review of record transmitted on appeal | 2.20 |
| 9/14/16 | MA Fink | 006 | Review of omnibus reply in support of motion to enter merger agreement (3.0); review of revised form of order for agreement (.3); review of objections(1.1); declaration in support of reply (1.0) | 5.40 |
| 9/15/16 | MA Fink | 006 | Review filings re DS (2.3); notices of deposition (.2); review of opinions of District Court re objection (.4) | 2.90 |
| 9/16/16 | MA Fink | 006 | Review motion to compromise (1.2); and declaration in support (.4); review notices of deposition filed (.5); review status chart of objections to DS (.4) | 2.50 |
| 9/16/16 | MA Fink | 006 | Continue review of E-Side DS | 2.60 |
| 9/19/16 | MA Fink | 006 | Review revised forms of Solicitation Exhibits | 0.70 |
| 9/20/16 | MA Fink | 006 | Review of orders entered re EFH Plan process (.4); merger agreement (.3) | 0.70 |
| 9/21/16 | MA Fink | 006 | Review of transcripts form 9/19 hearing re asbestos due to conflicting testimony | 1.20 |
| 9/22/16 | MA Fink | 006 | Research asbestos treatment in light of E-side structure (2.6); calls with N. Ramsey re same (.2) | 2.80 |
| 9/22/16 | MA Fink | 006 | Participate in committee call | 0.80 |
| 9/22/16 | ND Ramsey | 006 | Telephonic participation in Committee meeting | 0.80 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              12/14/16
Invoice Number:            739078
Client Matter Number:  66471.00003
I.D.#                   01051

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/23/16 | MA Fink | 006 | Review revised schedule for E-side confirmation (0.3); review agenda for 9/26 (.2) | 0.50 |
| 9/26/16 | MA Fink | 006 | Correspondence with N. Ramsey re hearing (.2); review filed papers for 10.14 hearing: Motion to Estimate (2.5); review letter updates of hearing (.8); review court opinion on asbestos appeal (.2); correspondence re same (.2) | 3.90 |
| 9/29/16 | MA Fink | 006 | Correspondence with N. Ramsey re asbestos orders of D. Ct | 0.60 |

Task Total    44.30

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    12/14/16
Invoice Number:                  739078
Client Matter Number:  66471.00003
I.D.#                            01051

### SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 40.60 | $610.00 | $24,766.00 |
| 09064 | Mangan, KT | 1.60 | $145.00 | $232.00 |
| 01051 | Ramsey, ND | 2.10 | $675.00 | $1,417.50 |
| | Task Total | 44.30 | | $26,415.50 |

| | | |
|---|---|---|
| Invoice Date: | | 12/14/16 |
| Invoice Number: | | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | | 01051 |

### Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 9/9/16 | KT Mangan | 011 | Filing Guggenheim's monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 9/9/16 | MA Fink | 011 | Review (.3) and finalize (.1) Guggenheim application to file | 0.30 |
| 9/12/16 | MA Fink | 011 | Correspondence with K&E (N. Huangopo) and A. Vranzley re debtor fee escrow request | 0.50 |
| 9/12/16 | KT Mangan | 011 | Filing S&C certificate of no objection for July 2016 (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 9/13/16 | MA Fink | 011 | Correspondence with Dentons re Guggenheim declaration(.3); review (.2); and coordinate filing of S&C CNO (.1); review and coordinate filing of same (.1) | 0.70 |
| 9/21/16 | KT Mangan | 011 | Filing S&C monthly fee application and supporting documents (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 9/21/16 | MA Fink | 011 | Review and file S&C fee app (.2) | 0.20 |
| 9/27/16 | KT Mangan | 011 | Drafting notice of fee application for AlixPartners (0.6); filing monthly fee application and supporting documents for AlixPartners (0.4); coordinating service of same with KCC (0.2) | 1.20 |
| 9/28/16 | KT Mangan | 011 | Filing Guggenheim's monthly fee application and supporting documents (0.4); coordinating service with KCC re same (0.2) | 0.60 |
| 9/28/16 | MA Fink | 011 | Review (.2) and finalize (.2) Guggenheim fees app for August 2016 | 0.40 |

Task Total    5.70

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    12/14/16
Invoice Number:              739078
Client Matter Number:  66471.00003
I.D.#                                01051

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.10 | $610.00 | $1,281.00 |
| 09064 | Mangan, KT | 3.60 | $145.00 | $522.00 |
| | Task Total | 5.70 | | $1,803.00 |

Invoice Date:                   12/14/16
Invoice Number:              739078
Client Matter Number:  66471.00003
I.D.#                              01051

**Detail for Fee Services Rendered - 012 Financing, Cash Collateral, Make Whole**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/6/16 | MA Fink | 012 | Review make-whole briefing and request for cert | 3.50 |
| | | | Task Total | 3.50 |

| | | |
|---|---|---|
| Invoice Date: | | 12/14/16 |
| Invoice Number: | | 739078 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 012 Financing, Cash Collateral, Make Whole

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 3.50 | $610.00 | $2,135.00 |
| | Task Total | 3.50 | | $2,135.00 |

| | |
|---|---|
| Invoice Date: | 12/14/16 |
| Invoice Number: | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 015 Non-Working Travel**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 9/19/16 | MA Fink | 015 | Travel to (3.0) and from (2.0) Wilmington for hearing (delays) (billed at half rate) | 5.00 |
| | | | Task Total | 5.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 12/14/16 |
| Invoice Number: | | | 739078 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
## 015 Non-Working Travel

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 5.00 | $302.00 | $1,510.00 |
| | Task Total | 5.00 | | $1,510.00 |

| | | |
|---|---|---|
| Invoice Date: | | 12/14/16 |
| Invoice Number: | | 739078 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 9/6/16 | ND Ramsey | 016 | Reviewing discovery letter of Fenicle & Fahey and related discovery exhibits | 0.40 |
| 9/7/16 | ND Ramsey | 016 | Telephone call with M. Fink re NOL transfer from EFH to facilitate T-side plan (2x) (.6); reviewing third amended plan (1.0) | 1.60 |
| 9/14/16 | ND Ramsey | 016 | Reviewing debtors' omnibus reply re merger agreement | 1.10 |
| 9/15/16 | ND Ramsey | 016 | Reviewing notices of deposition (Keglevic, Dore, Horton, Wright, 30(b)(6)) served in connection with debtors' joint plan of reorganization as it relates to the EFH/EFIH debtors (Dkt. No. 9381) and E-side confirmation issues, particularly with respect to asbestos treatment | 0.40 |
| 9/19/16 | ND Ramsey | 016 | Multiple email communications with M. Fink (.4) from EFH hearing and email communications and telephone call with S. Kazan(.4) re testimony concerning purchaser's ability to satisfy asbestos liability | 0.80 |
| 9/21/16 | ND Ramsey | 016 | Meeting with S. Kazan re asbestos treatment under amended plan (.8); reviewing transcript from disclosure statement hearing (.9) | 1.70 |
| 9/22/16 | ND Ramsey | 016 | Reviewing file regarding informal interview of company executives regarding asbestos matters (.6); telephone call with B. Glueckstein regarding asbestos-related insurance (.6); telephone call with S. Kazan regarding plan treatment, concerns (.7); continued analysis of transcript, amended plan, disclosure statement (1.6) | 3.50 |
| 9/22/16 | LA Krepto | 016 | Conferring with N. Ramsey re insurance review | 0.20 |
| 9/23/16 | ND Ramsey | 016 | Review regarding asbestos insurance information (1.0); email correspondence with B. Glueckstein regarding asbestos insurance matters (.2); telephone conference with S. Kazan, E. Early, B. Glueckstein re asbestos insurance data (.9); email correspondence with E. Early re same (.1); telephone call with B.Glueckstein re same (.1) | 2.30 |

Task Total      12.00

Invoice Date:                 12/14/16
Invoice Number:               739078
Client Matter Number: 66471.00003
I.D.#                          01051

## SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07347 | Krepto, LA | 0.20 | $465.00 | $93.00 |
| 01051 | Ramsey, ND | 11.80 | $675.00 | $7,965.00 |
| | Task Total | 12.00 | | $8,058.00 |

Invoice Date:                    12/14/16
Invoice Number:                 739078
Client Matter Number:  66471.00003
I.D.#                              01051

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/19/16 | MA Fink | 021 | Attend omnibus hearing | 5.30 |
| 9/26/16 | MA Fink | 021 | Attend omnibus hearing | 1.20 |
| | | | Task Total | 6.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 12/14/16 |
| Invoice Number: | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 6.50 | $610.00 | $3,965.00 |
| | Task Total | 6.50 | | $3,965.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 12/14/16 |
| Invoice Number: | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/9/16 | ND Ramsey | 030 | Attending oral argument on appeal of class certification decision and motion to dismiss asbestos appeal before the United States District Court | 3.00 |
| 9/19/16 | ND Ramsey | 030 | Conferring with L. Krepto re analysis of insurance documents | 0.30 |
| 9/22/16 | ND Ramsey | 030 | Reviewing impact of plan amendments on asbestos creditors (1.2); conferring with M. Fink re same (.2) | 1.40 |
| 9/22/16 | ND Ramsey | 030 | Conferring with L. Krepto re confirmation of production of insurance policies on database | 0.20 |
| 9/23/16 | MA Fink | 030 | Review of papers filed in connection with estimation of the T-Side asbestos liabilities (2.8); correspondence with N. Ramsey re same (0.3) | 3.10 |
| 9/26/16 | ND Ramsey | 030 | Reviewing estimation motion regarding T-side asbestos liability | 1.10 |
| 9/28/16 | ND Ramsey | 030 | Reviewing and analyzing order and opinion denying class certification asbestos appeal (.7); email correspondence with B. Glueckstein (.3), M. Fink (.1) and telephone call with S. Kazan (.2) re same | 1.30 |
| 9/28/16 | MA Fink | 030 | Review of opinion orders re class POC (.3); plan appeal (.2); correspondence with N. Ramsey re same (.1) | 0.60 |

Task Total    11.00

| | | | |
|---|---|---|---|
| Invoice Date: | | | 12/14/16 |
| Invoice Number: | | | 739078 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 3.70 | $610.00 | $2,257.00 |
| 01051 | Ramsey, ND | 7.30 | $675.00 | $4,927.50 |
| | Task Total | 11.00 | | $7,184.50 |

| | |
|---|---|
| Invoice Date: | 12/14/16 |
| Invoice Number: | 739078 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 5.00 | $302.00 | $1,510.00 |
| 07722 | MA Fink | 56.40 | $610.00 | $34,404.00 |
| 01051 | ND Ramsey | 22.40 | $675.00 | $15,120.00 |
| 07347 | LA Krepto | 2.80 | $465.00 | $1,302.00 |
| 09064 | KT Mangan | 5.20 | $145.00 | $754.00 |
| | Matter Total | 91.80 | | $53,090.00 |