**October, 2016**

Invoice Date: 12/30/16
Invoice Number: 739587
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 7.80 | $4,868.50 |
| 010 | Employment and Fee Applications (MMWR) | 11.60 | $4,472.00 |
| 011 | Employment and Fee Applications (Others) | 7.50 | $2,622.00 |
| 016 | Plan and Disclosure Statement | 9.00 | $5,691.50 |
| 021 | Hearings | 0.70 | $427.00 |
| 030 | Asbestos-Related Matters | 0.20 | $117.00 |
| | Matter Total | 36.80 | $18,198.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739587
Client Matter Number: 66471.00003
I.D.# 01051

### Detail for Fee Services Rendered - 006 Case Administration

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 10/3/16 | MA Fink | 006 | Review of transmitted record arising from asbestos appeal from T-Side confirmation order (.8) | 0.80 |
| 10/3/16 | MA Fink | 006 | Review plan supplement (.5); review notice of T-Side effective date (.1) | 0.60 |
| 10/4/16 | MA Fink | 006 | Review of order re Luminant | 0.10 |
| 10/6/16 | MA Fink | 006 | Review of B. Ct filings re leave for hearings | 0.20 |
| 10/10/16 | ND Ramsey | 006 | Participating in telephonic meeting of Official Committee | 0.40 |
| 10/10/16 | MA Fink | 006 | Attend call among professional and members | 0.60 |
| 10/11/16 | MA Fink | 006 | Review response re T-side confirmation of asbestos clause(.1); correspondence with N. Ramsey re same (.1) | 0.20 |
| 10/11/16 | ND Ramsey | 006 | Review response re T-side confirmation of asbestos clause (.10) correspondence with M. Fink re same (.10) | 0.20 |
| 10/12/16 | MA Fink | 006 | Review order of court re estimation (.2); correspondence to same (.2); review notices filed re confirmation discovery (.5) | 0.90 |
| 10/22/16 | MA Fink | 006 | Review of filed documents related to claims and pending disputes. | 0.70 |
| 10/22/16 | MA Fink | 006 | Review of additional notices of depositions. | 0.40 |
| 10/24/16 | ND Ramsey | 006 | Attend committee call with members and professionals(.5); Review filings re depositions(.2). | 0.70 |
| 10/24/16 | MA Fink | 006 | Attend committee call with members and professionals(.5); Review filings re depositions(.2). | 0.70 |
| 10/27/16 | MA Fink | 006 | Review orders of bankruptcy court from 10/26 hearing(.2); correspondence with N. Ramsey re same (.2). | 0.40 |
| 10/27/16 | ND Ramsey | 006 | Review orders of bankruptcy court from 10/26 hearing(.2); correspondence with N. Ramsey re same (.2). | 0.40 |
| 10/28/16 | MA Fink | 006 | Review of filed documents for hearing. | 0.50 |

Task Total    7.80

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739587 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 6.10 | $610.00 | $3,721.00 |
| 01051 | Ramsey, ND | 1.70 | $675.00 | $1,147.50 |
|  | Task Total | 7.80 |  | $4,868.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739587
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 10/13/16 | MA Fink | 010 | Review fee app to finalize | 0.50 |
| 10/17/16 | KT Mangan | 010 | Drafting MMWR's 6th interim fee application and supporting documents | 4.10 |
| 10/17/16 | MA Fink | 010 | Review/revise draft application and exhibits. | 2.80 |
| 10/18/16 | KT Mangan | 010 | Drafting and preparing MMWR's 6th interim exhibits (0.6); revising interim application and supporting documents (0.3); filing MMWR's 6th interim application (0.4); coordinating service of same with KCC (0.2) | 1.50 |
| 10/18/16 | MA Fink | 010 | Finalize MMWR interim for filing. | 2.20 |
| 10/26/16 | MA Fink | 010 | Prepare for and correspondence with K&E and others re interim applications. | 0.50 |
| | | | Task Total | 11.60 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739587 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
## 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 6.00 | $610.00 | $3,660.00 |
| 09064 | Mangan, KT | 5.60 | $145.00 | $812.00 |
| | Task Total | 11.60 | | $4,472.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739587
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 10/3/16 | KT Mangan | 011 | Filing Guggenheim's certificate of no objection (0.4) and coordinating service of same with KCC (0.2) | 0.60 |
| 10/10/16 | KT Mangan | 011 | Filing Guggenheim's interim fee application (0.4); and coordinating service of same with KCC (0.2) | 0.60 |
| 10/10/16 | MA Fink | 011 | Finalize Guggenheim interim application for filing | 0.40 |
| 10/12/16 | MA Fink | 011 | Review and finalize fee app for Alvarez (.3); respond to inquires from Alvarez re interim applications (.2); S&C CNO (.2) | 0.70 |
| 10/12/16 | KT Mangan | 011 | Filing S&C's certificate of no objection for August 2016 (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 10/13/16 | MA Fink | 011 | Address inquiries from E-Side professional re interim applications. | 0.30 |
| 10/17/16 | MA Fink | 011 | Review and revise interim fee apps for Guggenheim(1.4); S&C(.2). | 1.60 |
| 10/17/16 | KT Mangan | 011 | Filing S&C's 6th interim fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 10/17/16 | KT Mangan | 011 | Drafting AlixPartners 6th interim notice (0.6); filing AlixPartners interim fee application (0.4); coordinating service of same with KCC (0.2) | 1.20 |
| 10/20/16 | MA Fink | 011 | Review notice application for S&C September 2016(.2); coordinate filing & service of same(.1). | 0.30 |
| 10/21/16 | KT Mangan | 011 | Filing Guggenheim certificate of no objection (0.4); coordinating service of same with KCC (0.2) | 0.60 |

Task Total   7.50

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739587
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
## 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 3.30 | $610.00 | $2,013.00 |
| 09064 | Mangan, KT | 4.20 | $145.00 | $609.00 |
| | Task Total | 7.50 | | $2,622.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739587
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 10/13/16 | ND Ramsey | 016 | Reviewing T-side asbestos estimation decision and attached Vasquez report | 1.10 |
| 10/14/16 | ND Ramsey | 016 | Reviewing deposition transcript from October 13 deposition of Paul Keglevic | 2.00 |
| 10/22/16 | MA Fink | 016 | Review of various expert reports received in connection with E-side confirmation (5.1); correspondence with N. Ramsey re same(.2) | 5.30 |
| 10/28/16 | MA Fink | 016 | Review of notices re depositions and discovery. | 0.60 |
| | | | Task Total | 9.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16  
Invoice Number: 739587  
Client Matter Number: 66471.00003  
I.D.# 01051  

## SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 5.90 | $610.00 | $3,599.00 |
| 01051 | Ramsey, ND | 3.10 | $675.00 | $2,092.50 |
| | Task Total | 9.00 | | $5,691.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739587
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 10/26/16 | MA Fink | 021 | Participate in hearing. | 0.70 |
| | | | Task Total | 0.70 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739587 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.70 | $610.00 | $427.00 |
|  | Task Total | 0.70 |  | $427.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739587
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 10/5/16 | MB Sheppard | 030 | Reviewing correspondence re deposition scheduling | 0.20 |
| | | | Task Total | 0.20 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739587 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07249 | Sheppard, MB | 0.20 | $585.00 | $117.00 |
|  | Task Total | 0.20 |  | $117.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | Invoice Date: | 12/30/16 |
|---|---|---|---|
| | | Invoice Number: | 739587 |
| | | Client Matter Number: | 66471.00003 |
| | | I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 22.00 | $610.00 | $13,420.00 |
| 01051 | ND Ramsey | 4.80 | $675.00 | $3,240.00 |
| 07249 | MB Sheppard | 0.20 | $585.00 | $117.00 |
| 09064 | KT Mangan | 9.80 | $145.00 | $1,421.00 |
| | Matter Total | 36.80 | | $18,198.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**