# November, 2016

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 1.90 | $1,256.50 |
| 011 | Employment and Fee Applications (Others) | 4.30 | $1,228.00 |
| 012 | Financing, Cash Collateral, Make Whole | 2.00 | $1,220.00 |
| 014 | Meetings and Communications with Creditors | 0.40 | $244.00 |
| 016 | Plan and Disclosure Statement | 17.20 | $10,732.50 |
| 020 | Discovery | 1.80 | $1,215.00 |
| 021 | Hearings | 1.80 | $1,026.00 |
| 030 | Asbestos-Related Matters | 6.30 | $4,161.50 |
| | Matter Total | 35.70 | $21,083.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/1/16 | MA Fink | 006 | Review of filings re notice, review of notices re purchase of minority share (.4). | 0.40 |
| 11/7/16 | ND Ramsey | 006 | Participating in telephonic meeting of Official Committee | 0.40 |
| 11/9/16 | ND Ramsey | 006 | Telephone call with M. Fink re Meet and Confer re Pretrial Conference for E-Side Confirmation | 0.20 |
| 11/21/16 | ND Ramsey | 006 | Participating in telephonic meeting of creditors' committee | 0.90 |

Task Total  1.90

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.40 | $610.00 | $244.00 |
| 01051 | Ramsey, ND | 1.50 | $675.00 | $1,012.50 |
| | Task Total | 1.90 | | $1,256.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/7/16 | KT Mangan | 011 | Filing Guggenheim's monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 11/14/16 | MA Fink | 011 | Review/finalize S&C CNO for September 2016. | 0.20 |
| 11/21/16 | KT Mangan | 011 | Filing S&C monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 11/21/16 | KT Mangan | 011 | Filing Guggenheim monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 11/21/16 | KT Mangan | 011 | Drafting AlixPartners notice of monthly fee application (0.6); filing AlixPartners monthly fee application (0.4); coordinating service of same with KCC (0.2) | 1.20 |
| 11/21/16 | MA Fink | 011 | Review and coordinate filing for fee apps for Sullivan (.3); Guggenheim (.3); Alix (.5). | 1.10 |
| | | | Task Total | 4.30 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739586 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
## 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.30 | $610.00 | $793.00 |
| 09064 | Mangan, KT | 3.00 | $145.00 | $435.00 |
|  | Task Total | 4.30 |  | $1,228.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 012 Financing, Cash Collateral, Make Whole**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/17/16 | MA Fink | 012 | Review 3d Circuit Make Whole Decision. | 2.00 |
| | | | Task Total | 2.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739586 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
## 012 Financing, Cash Collateral, Make Whole

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.00 | $610.00 | $1,220.00 |
|  | Task Total | 2.00 |  | $1,220.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739586 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 014 Meetings and Communications with Credito**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/1/16 | MA Fink | 014 | Respond to creditor inquiries re Plan status (asbestos creditor)(.3); call re vote status(.1). | 0.40 |
|  |  |  | Task Total | 0.40 |

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
## 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.40 | $610.00 | $244.00 |
| | Task Total | 0.40 | | $244.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/3/16 | MA Fink | 016 | Review of filed document related to E-Side Confirmation hearing. | 0.50 |
| 11/9/16 | MA Fink | 016 | Attend meeting and conference status call (.4); Follow up re same with N. Ramsey (.1); Review of correspondence re same (.2). | 0.70 |
| 11/14/16 | MA Fink | 016 | Review letter re pretrial (1.0); review draft form of order (.4); correspondence with S&C (Glueckstein & Kranzly) re 11/15 pre-trial(.2); reviewed file re admissions and privilege (.4); review objections to plan (.8). | 2.80 |
| 11/14/16 | ND Ramsey | 016 | Reviewing US Trustee's objection to confirmation | 0.40 |
| 11/15/16 | MA Fink | 016 | Review of objections to Plan. | 4.20 |
| 11/16/16 | MA Fink | 016 | Continue review object to confirmation. | 3.80 |
| 11/17/16 | ND Ramsey | 016 | Reviewing and analyzing third circuit decision on make whole claim (2.2); telephone call with R. Miller (.3); conferring with S. Kazan (.2); reviewing email from B. Glueckstein re same (.1) | 2.80 |
| 11/22/16 | ND Ramsey | 016 | Reviewing Guggenheim analysis of potential impact of make-whole decision | 0.50 |
| 11/23/16 | MA Fink | 016 | Review of materials re makewhole and effect on E-side Plan. | 1.50 |

Task Total   17.20

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

# SUMMARY FOR FEE SERVICES RENDERED
## 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 13.50 | $610.00 | $8,235.00 |
| 01051 | Ramsey, ND | 3.70 | $675.00 | $2,497.50 |
| | Task Total | 17.20 | | $10,732.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739586 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 020 Discovery**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/8/16 | ND Ramsey | 020 | Reviewing motion and memorandum of Fenicle, Fahey, Jones and Heinzmann to dismiss | 1.80 |
| | | | Task Total | 1.80 |

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 020 Discovery

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 01051 | Ramsey, ND | 1.80 | $675.00 | $1,215.00 |
| | Task Total | 1.80 | | $1,215.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/15/16 | DL Wright | 021 | Preparing for(0.4) and attending hearing(1.4). | 1.80 |
| | | | Task Total | 1.80 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739586 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07717 | Wright, DL | 1.80 | $570.00 | $1,026.00 |
|  | Task Total | 1.80 |  | $1,026.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16  
Invoice Number: 739586  
Client Matter Number: 66471.00003  
I.D.# 01051

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/4/16 | ND Ramsey | 030 | Reviewing Fenicle and Fahey witness and exhibit list(0.1); email correspondence with S. Kazan re same(0.2) | 0.30 |
| 11/15/16 | ND Ramsey | 030 | Meeting with S. Kazan regarding potential for consensual resolution of asbestos objections to plan confirmation | 1.00 |
| 11/15/16 | ND Ramsey | 030 | Reviewing objection to confirmation filed by asbestos creditors | 0.80 |
| 11/23/16 | ND Ramsey | 030 | Reviewing notice of filing of Declaration of Jonathan F. Ganter in Support of Opposition of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC | 0.20 |
| 11/28/16 | MA Fink | 030 | Review materials for hearing on 11/30. | 1.40 |
| 11/29/16 | ND Ramsey | 030 | Reviewing reply brief filed by asbestos objectors | 0.60 |
| 11/30/16 | ND Ramsey | 030 | Reviewing Ganter declaration and certain attached exhibits | 1.50 |
| 11/23/16 | ND Ramsey | 030 | Reviewing Opposition of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. Section 1112(b) | 0.50 |

Task Total 6.30

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/30/16
Invoice Number: 739586
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.40 | $610.00 | $854.00 |
| 01051 | Ramsey, ND | 4.90 | $675.00 | $3,307.50 |
| | Task Total | 6.30 | | $4,161.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 12/30/16 |
| Invoice Number: | 739586 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 19.00 | $610.00 | $11,590.00 |
| 01051 | ND Ramsey | 11.90 | $675.00 | $8,032.50 |
| 07717 | DL Wright | 1.80 | $570.00 | $1,026.00 |
| 09064 | KT Mangan | 3.00 | $145.00 | $435.00 |
|  | Matter Total | 35.70 |  | $21,083.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**