# <u>December, 2016</u>

| | | |
|---|---|---:|
| Invoice Date: | | 1/26/17 |
| Invoice Number: | | 740795 |
| Client Matter Number: | | 66471.00003 |
| I.D.# | | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| 001 | Asset Analysis | 2.10 | $1,147.50 |
| 006 | Case Administration | 10.50 | $5,713.00 |
| 008 | Corporate Governance and Board Matters | 1.50 | $915.00 |
| 010 | Employment and Fee Applications (MMWR) | 13.40 | $3,679.50 |
| 011 | Employment and Fee Applications (Others) | 5.40 | $1,558.50 |
| 014 | Meetings and Communications with Creditors | 0.40 | $244.00 |
| 015 | Non-Working Travel | 5.00 | $1,525.00 |
| 016 | Plan and Disclosure Statement | 15.40 | $9,394.00 |
| 021 | Hearings | 8.60 | $5,304.50 |
| 030 | Asbestos-Related Matters | 14.30 | $9,204.00 |
| | Matter Total | 76.60 | $38,685.00 |

| | |
|---|---|
| Invoice Date: | 1/26/17 |
| Invoice Number: | 740795 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 001 Asset Analysis**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/2/16 | OL Frias | 001 | Attending to ordering transcript of att hearing on motion to dismiss held on November 30, 2016 | 0.30 |
| 12/15/16 | MA Fink | 001 | Review notices re hearing (time charge) (.2); correspondence with P. Morgan (debtors) 341 and A. Carty (committee re same (.3); review notices re equity ownership (.2); review retention orders entered for OCUC paper professionals (.4). | 1.10 |
| 12/30/16 | MA Fink | 001 | Review/comment draft fee examiner order (.3); and related declaration (.2); correspondence with A. Carty (BR) re same (.2) | 0.70 |

Task Total    2.10

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 1/26/17 |
| Invoice Number: | 740795 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 001 Asset Analysis

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.80 | $610.00 | $1,098.00 |
| 07892 | Frias, OL | 0.30 | $165.00 | $49.50 |
| | Task Total | 2.10 | | $1,147.50 |

Invoice Date:           1/26/17
Invoice Number:         740795
Client Matter Number:   66471.00003
I.D.#                    01051

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/1/16 | OL Frias | 006 | Preparing trial binders for N. att Ramsey re Amended Plan | 0.50 |
| 12/4/16 | ND Ramsey | 006 | Telephone call (.3) and email (.2) correspondence with M. Sheppard re conflict issue | 0.50 |
| 12/4/16 | MB Sheppard | 006 | Telephone call (.3) and email (.2) correspondence with N. Ramsey re conflict issue | 0.50 |
| 12/5/16 | MA Fink | 006 | Review additional documents re asbestos motion to dismiss | 1.60 |
| 12/7/16 | MA Fink | 006 | Call with committee (1.2); review papers circulated in connection with meeting (.3) | 1.50 |
| 12/8/16 | MA Fink | 006 | Review orders re configuration (.2); review of motion re Balloting (.5) | 0.70 |
| 12/12/16 | MA Fink | 006 | Attend committee meeting (.7) | 0.70 |
| 12/12/16 | OL Frias | 006 | Arranging Court call appearance for M. Fink for status hearing | 0.20 |
| 12/14/16 | OL Frias | 006 | Prepare request re transcript from the hearing on the Motion to Dismiss | 0.30 |
| 12/14/16 | MA Fink | 006 | Review orders re 2nd lien allowance motion | 0.20 |
| 12/16/16 | OL Frias | 006 | Research recent asbestos caselaw at N. Ramsey request | 0.40 |
| 12/19/16 | MA Fink | 006 | Review papers re makewhole filed with 3rd Circuit (1.8); attend committee call (.3); review of opinion and asbestos creditors motion to dismiss (.7); correspondence to N. Ramsey re same (.2) | 3.00 |
| 12/28/16 | OL Frias | 006 | Review court scheduling and update order EFH calendar based on same | 0.20 |
| 12/29/16 | MA Fink | 006 | Review appeal papers re dismissal | 0.20 |

Task Total     10.50

Invoice Date:                1/26/17
Invoice Number:              740795
Client Matter Number:  66471.00003
I.D.#                        01051

### SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 7.90 | $610.00 | $4,819.00 |
| 07892 | Frias, OL | 1.60 | $165.00 | $264.00 |
| 01051 | Ramsey, ND | 0.50 | $675.00 | $337.50 |
| 07249 | Sheppard, MB | 0.50 | $585.00 | $292.50 |
| | Task Total | 10.50 | | $5,713.00 |

Invoice Date:                    1/26/17
Invoice Number:               740795
Client Matter Number:  66471.00003
I.D.#                              01051

### Detail for Fee Services Rendered - 008 Corporate Governance and Board Matters

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/7/16 | MA Fink | 008 | Call with committee members and professionals(1.2); work on NDA issues (.3). | 1.50 |
| | | | Task Total | 1.50 |

| | |
|---|---|
| Invoice Date: | 1/26/17 |
| Invoice Number: | 740795 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
#### 008 Corporate Governance and Board Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.50 | $610.00 | $915.00 |
| | Task Total | 1.50 | | $915.00 |

| | |
|---|---|
| Invoice Date: | 1/26/17 |
| Invoice Number: | 740795 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 12/14/16 | MA Fink | 010 | Review/revise Alix draft fee app. (.5); review/revise Alix Partners CNO for filing (.2) | 0.70 |
| 12/15/16 | OL Frias | 010 | Preparing MMWR Twenty-Third Monthly prep Fee Application including Exhibits | 2.50 |
| 12/15/16 | OL Frias | 010 | Efiling (.4) and service (.1) of att MMWR Twenty-Third Monthly Fee Statement of MMWR | 0.50 |
| 12/22/16 | OL Frias | 010 | Efiling Certificates of No Objection to 20th (.2), 21st (.1) and 22nd (.2) Monthly fee statements of MMWR | 0.50 |
| 12/22/16 | OL Frias | 010 | Preparing Certificates of No Objection for 20th (.5), 21st (.5) and 22nd fee statements (.5) of MMWR | 1.50 |
| 12/22/16 | MA Fink | 010 | Review/revise CNOs for MMWR for June (.4); July (.4); August (.4); communications with K&E re same (.4) | 1.60 |
| 12/29/16 | OL Frias | 010 | Preparing 24th (1.0) and 25th (1.0) monthly fee applications and exhibits for MMWR | 2.00 |
| 12/30/16 | MA Fink | 010 | Review/revise fee statement for Oct (.4); and November (.4); coordinate filing (.1); and service (.1); of same with O. Frias | 1.00 |
| 12/30/16 | OL Frias | 010 | Finalizing (.8); filing (.4); service (.2) of MMWR 24th fee application | 1.40 |
| 12/30/16 | OL Frias | 010 | Finalzing (.8); filing (.3); service (.6); of MMWR 25th fee application | 1.70 |

Task Total    13.40

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:               1/26/17
Invoice Number:             740795
Client Matter Number:  66471.00003
I.D.#                       01051

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 3.30 | $610.00 | $2,013.00 |
| 07892 | Frias, OL | 10.10 | $165.00 | $1,666.50 |
| | Task Total | 13.40 | | $3,679.50 |

| | |
|---|---|
| Invoice Date: | 1/26/17 |
| Invoice Number: | 740795 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 12/7/16 | OL Frias | 011 | Preparing Certifications of No prep Objection to Monthly Fee Statements of the Official Creditors Committee for the months of June 2016 through October 2016 | 1.50 |
| 12/7/16 | MA Fink | 011 | Review/revise various CNOs for Alix Partners' fee statements | 0.40 |
| 12/8/16 | MA Fink | 011 | Correspondence and call with P. Maxcy re Guggenheim (.3); revision of proposed notice (.1); coordinate filing and service of same (.1) | 0.50 |
| 12/8/16 | OL Frias | 011 | Electronically filing MMWR Monthly fil Fee Statements for June (.3), July (.3) and August (.3) 2016 and coordinating service of the same | 0.90 |
| 12/8/16 | OL Frias | 011 | Efiling and coordination of service of the Notice of Withdraw of the Certificate of No Objection Regarding the Twenty Third Monthly Fee Statement of Guggenheim Securities | 0.30 |
| 12/14/16 | OL Frias | 011 | E-file and coordinate service of the Certificate of No Objection regarding Alix Partners 23rd Monthly Fee Statement | 0.40 |
| 12/21/16 | MA Fink | 011 | Review/finalize fee app for Sullivan (.2); and Guggenheim (.2); coordinate service re same (.2) | 0.60 |
| 12/21/16 | OL Frias | 011 | Efiling (.3) and attending to service of (.1) Twenty Fifth Monthly Fee Statement of Sullivan and Cromwell and filing (.3) and service (.1) of Twenty Fifth Monthly Fee Statement of Guggenheim | 0.80 |

Task Total  5.40

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 1/26/17 |
| Invoice Number: | | | 740795 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.50 | $610.00 | $915.00 |
| 07892 | Frias, OL | 3.90 | $165.00 | $643.50 |
| | Task Total | 5.40 | | $1,558.50 |

Invoice Date:                    1/26/17
Invoice Number:                  740795
Client Matter Number:  66471.00003
I.D.#                             01051

**Detail for Fee Services Rendered - 014 Meetings and Communications with Credito**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/29/16 | MA Fink | 014 | Calls with asbestos creditors re plan status | 0.40 |

Task Total     0.40

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 1/26/17
Invoice Number: 740795
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.40 | $610.00 | $244.00 |
| | Task Total | 0.40 | | $244.00 |

| | |
|---|---:|
| Invoice Date: | 1/26/17 |
| Invoice Number: | 740795 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 015 Non-Working Travel**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---:|
| 12/1/16 | MA Fink | 015 | Non-working travel - to and from Wilmington for hearing | 5.00 |
| | | | Task Total | 5.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                                  1/26/17
Invoice Number:                          740795
Client Matter Number:  66471.00003
I.D.#                                            01051

## SUMMARY FOR FEE SERVICES RENDERED
## 015 Non-Working Travel

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 5.00 | $305.00 | $1,525.00 |
| | Task Total | 5.00 | | $1,525.00 |

| | | |
|---|---|---|
| Invoice Date: | 1/26/17 |
| Invoice Number: | 740795 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/1/16 | MA Fink | 016 | Review revised Plan & DS (.6); correspondence with N. Ramsey re same (.4) | 1.00 |
| 12/16/16 | MA Fink | 016 | Review of document requests served by Debtors (0.7); review of multiple requests served by the EFH Indenture Trustee (1.6) | 2.30 |
| 12/22/16 | MA Fink | 016 | Review of various discovery requests served by EFIH Indenture Trustee (1.7) | 1.70 |
| 12/28/16 | MA Fink | 016 | Review of DS objections (1.4); review of amended DS (.4); amended plan (.6) | 2.40 |
| 12/29/16 | MA Fink | 016 | Review DS objections (2.0); and information re litigation option (.6) | 2.60 |
| 12/30/16 | MA Fink | 016 | Continue reviewing DS objections filed (1.8); review of motion and objections to motion and votes to prior ballot voting (2.1) | 3.90 |
| 12/30/16 | MA Fink | 016 | Review notices of deposition (10 total); filed by DE Trust Co., in connection with E-side Plan Confirmation(.7); review RFPs delivered to debtors (.4); and UMB Bank (.4) | 1.50 |

Task Total    15.40

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 1/26/17 |
| Invoice Number: | | | 740795 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 15.40 | $610.00 | $9,394.00 |
| | Task Total | 15.40 | | $9,394.00 |

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:          1/26/17
Invoice Number:        740795
Client Matter Number:  66471.00003
I.D.#                  01051

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/1/16 | MA Fink | 021 | Attend status  conference | 1.00 |
| 12/1/16 | ND Ramsey | 021 | Attending telephonic status hearing | 0.90 |
| 12/5/16 | MA Fink | 021 | Attend motion to dismiss by asbestos creditors | 6.00 |
| 12/14/16 | MA Fink | 021 | Attend hearing | 0.70 |

Task Total    8.60

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:               1/26/17
Invoice Number:        740795
Client Matter Number:  66471.00003
I.D.#                 01051

### SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | | Hours | Rate | Amount |
|-----|-----------------|---|-------|------|--------|
| 07722 | Fink, MA | | 7.70 | $610.00 | $4,697.00 |
| 01051 | Ramsey, ND | | 0.90 | $675.00 | $607.50 |
| | | Task Total | 8.60 | | $5,304.50 |

Invoice Date:                1/26/17
Invoice Number:              740795
Client Matter Number:  66471.00003
I.D.#                        01051

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/29/16 | ND Ramsey | 030 | Communications with M. Fink re import of asbestos decisions by the District Court | 0.60 |
| 12/1/16 | ND Ramsey | 030 | Telephone call with S. Kazan re amended plan (.2); revising plan amendment (.4) | 0.60 |
| 12/5/16 | ND Ramsey | 030 | Appearance at hearing on motion to dismiss the asbestos debtors | 6.00 |
| 12/5/16 | ND Ramsey | 030 | Telephone call with S. Kazan re hearing on motion to dismiss | 0.20 |
| 12/9/16 | MA Fink | 030 | Review of post-trial memoranda re motion to dismiss | 3.20 |
| 12/15/16 | MA Fink | 030 | Review of motion to dismiss transcript (.8); correspondence with S. Kazen and N. Ramsey re same (2.) | 1.00 |
| 12/21/16 | MA Fink | 030 | Review of appellate briefing re PSA | 2.70 |

Task Total    14.30

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 1/26/17
Invoice Number: 740795
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 6.90 | $610.00 | $4,209.00 |
| 01051 | Ramsey, ND | 7.40 | $675.00 | $4,995.00 |
| | Task Total | 14.30 | | $9,204.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 1/26/17
Invoice Number: 740795
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | MA Fink | 5.00 | $305.00 | $1,525.00 |
| 07722 | MA Fink | 46.40 | $610.00 | $28,304.00 |
| 01051 | ND Ramsey | 8.80 | $675.00 | $5,940.00 |
| 07249 | MB Sheppard | 0.50 | $585.00 | $292.50 |
| 07892 | OL Frias | 15.90 | $165.00 | $2,623.50 |
| | Matter Total | 76.60 | | $38,685.00 |