**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 11055** |

**CERTIFICATE OF NO OBJECTION REGARDING THE
"SEVENTEENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC,
FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM
FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017" (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, Bielli & Klauder, LLC

("BK") has received no answer, objection or other responsive pleading with respect to its

seventeenth monthly fee statement for compensation and reimbursement of expenses (the

"Monthly Fee Statement").[2]    The Monthly Fee Statement was filed with the United States

Bankruptcy Court for the District of Delaware (the "Court") on March 24, 2017.    The

undersigned further certifies that he has reviewed the Court's docket in this case and no answer,

objection or other responsive pleading to the Monthly Fee Statement appears thereon.  Pursuant

to the notice filed with the Monthly Fee Statement, objections to the Monthly Fee Statement

were to be filed and served no later than April 14, 2017, at 4:00 p.m. (Eastern Daylight Time).

The Monthly Fee Statement was filed and served in accordance with the *Order Establishing*

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    BK received from counsel for the fee committee (the "Fee Committee") a letter dated April 4, 2017, indicating that "[t]he Fee Committee does not object . . . to the Debtor's payment of 80 percent of the fees and 100 percent of the expenses requested in . . . [BK's] February 2017 Monthly Fee Statement."

*Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "<u>Administrative Order</u>") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896].

Consequently, pursuant to the Administrative Order, Energy Future Holdings Corp., one of the above-captioned debtors and debtors in possession in the above-captioned cases, is authorized to pay BK eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court.  A summary of the fees and expenses sought by BK is annexed hereto as **<u>Exhibit A</u>**.

                                                  **BIELLI & KLAUDER, LLC**

Date:  April 21, 2017                    */s/ David M. Klauder*
                                                  David M. Klauder (No. 5769)
                                                  1204 N. King Street
                                                  Wilmington, DE  19801
                                                  Phone: (302) 803-4600
                                                  Fax: (302) 397-2557
                                                  dklauder@bk-legal.com

                                                  and

                                                  **PROSKAUER ROSE LLP**
                                                  Jeff J. Marwil (admitted *pro hac vice*)
                                                  Mark K. Thomas (admitted *pro hac vice*)
                                                  Peter J. Young (admitted *pro hac vice*)
                                                  Three First National Plaza
                                                  70 W. Madison Street, Suite 3800
                                                  Chicago, IL 60602
                                                  Phone: (312) 962-3550
                                                  Fax: (312) 962-3551
                                                  jmarwil@proskauer.com
                                                  mthomas@proskauer.com
                                                  pyoung@proskauer.com

                                                  *Co-Counsel to the Debtor*
                                                  *Energy Future Holdings Corp.*

**Exhibit A**

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80%[1] | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Bielli & Klauder, LLC 1204 N. King Street Wilmington, DE 19801 (Counsel to Debtor Energy Future Holdings Corp.) | Seventeenth Monthly Fee Statement 2/1/2017 through 2/28/2017 Filed 3/24/2017 [D.I. 11055] | $14,228.00 | $25.70 | 4/14/2017 | $11,382.40 | $25.70 | $2,845.60 |

---
[1] Fees and expenses to be paid 100% by Energy Future Holdings Corp.