# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 2.30 | $2,515.00 |
| Employment and Fee Applications | 1.10 | $1,127.50 |
| **TOTAL** | **3.40** | **$3,642.50** |