## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1250 | .70 | 875.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1025 | 2.70 | 2,767.50 |
| | | | | **TOTAL** | **3.40** | **3,642.50** |