## Exhibit A

[Statement of Fees by Subject Matter]

82536864v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 3.5 | $3,680.00 |
| 002 | Asset Disposition | 2.6 | $2,722.50 |
| 003 | EFH Business Operations | 4.9 | $5,145.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 1.1 | $1,155.00 |
| 005 | EFH Corporate Governance and Board Matters | 5.9 | $6,279.50 |
| 007 | Employment Applications | 0.6 | $630.00 |
| 008 | Fee Applications and Objections | 14.3 | $14,010.00 |
| 009 | Financing and Cash Collateral | 0.1 | $105.00 |
| 010 | Hearings | 1.2 | $1,260.00 |
| 011 | Claims Investigations, Analyses and Objections | 6.3 | $6,620.00 |
| 014 | Non-Working Travel | 16.6 | $8,715.00 |
| 015 | Plan and Disclosure Statement | 45.2 | $52,202.50 |
| 016 | Tax | 31.4 | $31,225.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **133.7** | **$133,749.50** |

82536864v1