## **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

82536864v1

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $975 | 26.4 | $25,740.00 |
| Michael E. Ellis | Partner | 2007 | Corporate | $1,025 | 0.3 | $307.5 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,075 | 3.9 | $4,192.500 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $1,000 | 0.2 | $200.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,425 | 0.6 | $855.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,275 | 23.7 | $30,217.50 |
| Peter J. Young | Partner | 2002 | Corporate | $1,050 | 52.8 | $55,440.00 |
| | | | | $525 | 16.6 | $8,715.00[1] |
| Courtney M. Bowman | Associate | 2013 | Litigation | $735 | 1.2 | $882.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $900 | 0.4 | $360.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $900 | 7.6 | $6,840.00 |
| **Total** | | | | | **133.7** | **$133,749.50** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

82536864v1