# Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

82536864v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $86.40 |
| Postage | $0.92 |
| Travel Out-of-Town – Transportation | $1,147.85[1] |
| Taxi, Carfare, Mileage, Parking | $345.00[2] |
| Business Meals | $0.00[3] |
| Out-of-Town Lodging | $300.00[4] |
| **Total** | **$1,880.17** |

---

[1] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[2] Includes a reduction of $72.29 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[3] Reflects a reduction of $189.69 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[4] Includes a reduction of $74.11 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

82536864v1