**Exhibit D**

[Detailed Description of Expenses and Disbursements]

Disbursements and Other Charges

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/02/2017 | Paulette Lindo | Reproduction | 1.40 |
| 03/02/2017 | Paulette Lindo | Reproduction | 0.80 |
| 03/02/2017 | Paulette Lindo | Reproduction | 9.70 |
| 03/06/2017 | Michele M. Reetz | Reproduction | 0.60 |
| 03/06/2017 | Michele M. Reetz | Reproduction | 1.70 |
| 03/10/2017 | Michele M. Reetz | Reproduction | 1.10 |
| 03/13/2017 | Peter J. Young | Postage | 0.92 |
| 03/13/2017 | Jared Zajac | Reproduction | 1.80 |
| 03/13/2017 | Mark K. Thomas | Reproduction | 5.60 |
| 03/13/2017 | Mark K. Thomas | Reproduction | 3.50 |
| 03/13/2017 | Mark K. Thomas | Reproduction | 2.90 |
| 03/13/2017 | Mark K. Thomas | Reproduction | 6.80 |
| 03/13/2017 | Mark K. Thomas | Reproduction | 2.10 |
| 03/20/2017 | Daniel I. Ganitsky | Reproduction | 8.40 |
| 03/21/2017 | Daniel I. Ganitsky | Reproduction | 4.10 |
| 03/21/2017 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 03/21/2017 | Jared Zajac | Reproduction | 1.90 |
| 03/24/2017 | Peter J. Young | Airplane-Half fare from Chicago to Michigan | 115.20 |
| 03/27/2017 | Peter J. Young | Airplane-Chicago to Philadelphia to Los Angeles 3/27-28/17 | 1,005.70 |
| 03/27/2017 | Peter J. Young | Out Of Town Transportation-Cab from Chicago office to O'Hare | 35.00 |
| 03/28/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 60.00 |
| 03/28/2017 | Peter J. Young | Out Of Town Transportation-Carey Limo Service Round Trip to/from Philadelphia/Wilmington | 250.00 |
| 03/28/2017 | Peter J. Young | Airplane-GoGo Air Internet | 26.95 |
| 03/28/2017 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 1.80 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 5.80 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 8.80 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.10 |

82536864v1

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 1.30 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.90 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 5.00 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.90 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.90 |
| 03/29/2017 | Jared Zajac | Reproduction | 0.10 |
| 03/29/2017 | Jared Zajac | Reproduction | 0.30 |
| 03/31/2017 | Daniel I. Ganitsky | Reproduction | 0.70 |
| 03/31/2017 | Daniel I. Ganitsky | Reproduction | 0.70 |
| 03/31/2017 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 03/31/2017 | Daniel I. Ganitsky | Reproduction | 0.70 |

Disbursements and Other Charges           $    1,880.17

82536864v1