UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., *et. al.*

Debtor

Case No. 14-10979

Reporting Period: January 2017

### Monthly Operating Report For the Period
### From January 1, 2017 to January 31, 2017

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | |
| Declaration Regarding the Status of Bank Reconciliations | MOR-1a(Dec) | | |
| Schedule of Cash Disbursements by Legal Entity and Estimated Trustee Fees | MOR-1b | | |
| Declaration Regarding the Schedule of Cash Disbursements | MOR-1b(Dec) | | |
| Schedule of Professional Fees Paid | MOR-1c | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | X | |
| Declaration Regarding the Status of Post-Petition Taxes | MOR-4(Dec) | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Consolidated Aging of Accounts Payable not Subject to Compromise | MOR-4 | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Debtor Questionnaire | MOR-5 | | |

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the Debtors' chapter 11 cases and is in a format acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with U.S. GAAP.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual [1]

April 24, 2017
_____
Date

Anthony Horton
_____
Printed Name of Authorized Individual

Chief Financial Officer
_____
Title of Authorized Individual

[1] Signatory is duly authorized by the Debtors to sign this monthly operating report.

Cover Page

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re: ENERGY FUTURE HOLDINGS CORP.,** *et. al.*
    **Debtor**

**Case No. 14-10979**
**Reporting Period:  January 2017**

### General Notes

*Debtor-in-Possession Financial Statements*
The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.

Financial Accounting Standards Board Accounting Standards Codification 852, (Reorganizations) ("ASC 852"), which is applicable to companies in chapter 11, requires that financial statements for periods after the filing of a chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business.  The financial statements have been prepared in accordance with  ASC 852.  The unaudited financial statements have been derived from the books and records of the Debtors.  This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material.  The information furnished in this report includes preliminary normal recurring adjustments.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and cash flows of the Debtors in the future.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.

*Intercompany Transactions*
Intercompany transactions between the Debtors and between the Debtors and non-Debtor affiliates have not been eliminated in the financial statements contained herein.  No conclusion as to the legal obligation related to these intercompany transactions is made by the presentation herein.

*Liabilities Subject to Compromise*
As a result of the chapter 11 filings, the payment of prepetition indebtedness is subject to compromise or other treatment under a plan of reorganization.  The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization.  Accordingly, the ultimate amount of such liabilities is not determinable at this time.  ASC 852 requires prepetition liabilities that are subject to compromise to be reported at the amounts expected to be allowed as claims, even if they may be settled for lesser amounts.  The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

*Reorganization Items*
ASC 852 requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items.  Reorganization items includes expenses related to legal advisory and representation services, other professional consulting and advisory services, debtor-in-possession financing fees and changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed as claims.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re: ENERGY FUTURE HOLDINGS CORP., et. al.**
    **Debtor**

**Case No. 14-10979**
**Reporting Period: January 2017**

## MOR-1: CONSOLIDATED STATEMENT OF CASH FLOWS
(US Dollars in Millions)

| | Period from January 1, 2017 to January 31, 2017 |
|---|---:|
| Beginning cash balance | $ 764 |
| Total cash receipts | 3 |
| Total cash disbursements | (70) |
| Debtors' net cash flow | (67) |
| From/(To) Non-Debtors | - |
| Net cash flow | (67) |
| Other | - |
| Ending available cash | $ 697 |

FORM MOR-1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et. al.
Debtor

Case No.                14-10979
Reporting Period:    January 2017

MOR-1a:  BANK RECONCILIATIONS

| DEBTOR | BANK NAME | Account Description | Acct Number (last 4 digits only) | GL Balance |
|---|---|---|---|---|
| Energy Future Holdings Corp. | Bank of America, N.A. | Emergency Fund | 9707 | - |
| Energy Future Holdings Corp. | Goldman Sachs Financial Square Treasury Fund | Investments / Redemptions | 4691 | - |
| Energy Future Holdings Corp. | JPMorgan Chase Bank, N.A. (NY) | General Fund | 3584 | 49,058,896 |
| Energy Future Holdings Corp. | JPMorgan Chase Bank, N.A. (TX) | Tax Receipts | 9100 | 1,004,332 |
| Energy Future Holdings Corp. | Morgan Stanley Treasury Fund | Investments / Redemptions | 0166 | 398,918,952 |
| Energy Future Intermediate Holdings Company LLC | JPMorgan Chase Bank, N.A. (NY) | General Fund | 4789 | 4,003,105 |
| Energy Future Intermediate Holdings Company LLC | JPMorgan Chase Bank, N.A. (NY) | General Fund | 4934 | - |
| Energy Future Intermediate Holdings Company LLC | Morgan Stanley Treasury Fund | Investments / Redemptions | 0127 | 244,108,415 |
| Energy Future Intermediate Holdings Company LLC | Goldman Sachs Financial Square Treasury Fund | Investments / Redemptions | 1287 | - |
| Energy Future Intermediate Holdings Company LLC | Invesco Treasury Portfolio – Institutional Class | Investments / Redemptions | 9646 | - |
| Total | | | | $ 697,093,700 |

FORM MOR-1a

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re: ENERGY FUTURE HOLDINGS CORP., et. al.**                    **Case No. 14-10979**
    **Debtor**                                                    **Reporting Period: January 2017**

### MOR 1a(Dec): DECLARATION REGARDING THE STATUS OF BANK RECONCILIATIONS OF THE DEBTORS

Anthony Horton hereby declares under penalty of perjury:

1.  I am the chief financial officer of Energy Future Holdings Corp.  In that capacity I am familiar with the above-captioned debtors and debtors-in-possession (collectively the "Debtors") day-to-day operations, business affairs and books and records.  I am authorized to submit this Declaration on behalf of the Debtors.

2.  All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition.  If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees of the Debtors or opinion.

3.  To the best of my knowledge, all of the Debtors' bank balances as of January 31, 2017 have been reconciled in an accurate and timely manner.

Dated:  April 24, 2017                    Respectfully submitted,

By: Anthony Horton
Title:  Chief Financial Officer

FORM MOR-1a(Dec)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et. al.        Case No.      14-10979
    Debtor                                  Reporting Period:  January 2017

**MOR-1b:  SCHEDULE OF DISBURSEMENTS BY LEGAL ENTITY**

| Debtor Entity | Bankruptcy Case Number | Division | Disbursements |
|---|---|---|---|
| EBASCO SERVICES OF CANADA LIMITED | 14-10987 | EFH | - |
| EEC Holdings, Inc. | 14-10990 | EFH | - |
| EECI, Inc. | 14-10992 | EFH | - |
| EFH Australia (No. 2) Holdings Company | 14-10994 | EFH | - |
| EFH Finance (No. 2) Holdings Company | 14-10999 | EFH | - |
| EFH FS Holdings Company | 14-11004 | EFH | - |
| EFH Renewables Company LLC | 14-11006 | EFH | - |
| EFIH FINANCE INC. | 14-11001 | EFH | - |
| Energy Future Competitive Holdings Company LLC | 14-11005 | EFH | 1,334 |
| Energy Future Holdings Corp. | 14-10979 | EFH | 4,737,837 |
| Energy Future Intermediate Holding Company LLC | 14-11008 | EFH | 64,841,793 |
| Generation Development Company LLC | 14-11017 | EFH | 44,898 |
| LSGT Gas Company LLC | 14-11039 | EFH | 19 |
| LSGT SACROC, Inc. | 14-11012 | EFH | - |
| NCA Development Company LLC | 14-11016 | EFH | - |
| Texas Competitive Electric Holdings Company LLC | 14-10978 | EFH | 5,021 |
| TXU Receivables Company | 14-11007 | EFH | - |
| **Total** | | | **$       69,630,902** |

Notes:
1.  Movements of cash into and out of the Company's short-term investment accounts are excluded.  Amounts may also include voided disbursements that were previously reported as disbursements in prior period reports.

2.  The Debtors' disbursements by entity fluctuate naturally in the ordinary course each month.  While estimates of expenditures for the entirety of the Debtors' operations are made in the ordinary course of the Debtors' operations in order to, among other things, meet budgeting and operational needs, to estimate such expenditures monthly and their implications for the payment of quarterly fees would be time consuming and imprecise, possibly by a material amount.  For this reason, the Debtors have not included an estimate of quarterly fees in this report.

           FORM MOR-1b

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: **ENERGY FUTURE HOLDINGS CORP., et. al.**                    **Case No. 14-10979**
     **Debtor**                                                                 **Reporting Period: January 2017**

### MOR 1b(Dec): DECLARATION REGARDING THE SCHEDULE OF DISBURSEMENTS

Anthony Horton hereby declares under penalty of perjury:

1.    I am the chief financial officer of Energy Future Holdings Corp. In that capacity I am familiar with the above-captioned debtors and debtors-in-possession (collectively the "Debtors") day-to-day operations, business affairs and books and records. I am authorized to submit this Declaration on behalf of the Debtors.

2.    The Debtors submit the Declaration regarding cash disbursements in lieu of providing copies of the cash disbursements schedules.

3.    All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees of the Debtors or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

4.    The Debtors have, on a timely basis, disbursed approximately $69.6 million for postpetition amounts and prepetition amounts payable under one or more orders entered by the Bankruptcy Court for the period of January 1, 2017 through January 31, 2017. Copies of the cash disbursement schedules are available for inspection upon request by the Office of the United States Trustee.

Dated:  April 24, 2017                    Respectfully submitted,

By:  Anthony Horton
Title:  Chief Financial Officer

FORM MOR-1b(Dec)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et. al.
Debtor

Case No. 14-10979
Reporting Period: January 2017

## MOR 1c: SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

| PAYEE | Role in the case | Period Covered | Payment Date(s) | Amount Paid Fees | Amount Paid Expenses | Case-To-Date Fees | Case-To-Date Expenses |
|---|---|---|---|---|---|---|---|
| Alvarez & Marsal North America LLC | Debtors' Restructuring Advisor | September 2016 | 1/10/2017 | $ 81,585 | $ 6,844 | $ 26,564,244 | $ 1,158,007 |
| Alix Partners LLP | Financial Advisor to Official Committee of EFH / EFIH Unsecured Creditors | | | | | 3,113,294 | 382,066 |
| Benesch, Friedlander Coplan & Aronoff LLP | Co-Counsel to the Fee Committee | October 2016 | 1/12/2017 | 3,431 | 30 | 12,955 | 49 |
| Bielli & Klauder, LLC | Co-Counsel to the Independent Directors at EFH | October 2016, November 2016 | 1/12/2017, 1/31/2017 | 10,039 | 25 | 120,111 | 446 |
| Cravath, Swaine & Moore LLP | Counsel to the Independent Director at EFH | | | | | 4,835,493 | 43,754 |
| Deloitte & Touche LLP | Debtors' Independent Auditor | | | | | 16,666,459 | - |
| EFH Committee Members | Members of the EFH Unsecured Creditors Committee | | | | | - | - |
| Enoch Kever PLLC[1] | Special Counsel for Certain Regulatory and Legislative Matters | | | | | 2,469,240 | 79,805 |
| Epiq Bankruptcy Solutions, LLC | Debtors' Administrative Advisor | October 2016, November 2016 | 1/31/2017 | 171,863 | 916,095 | 13,592,528 | 26,359,601 |
| Evercore Group L.L.C. | Debtors' Investment Banker and Financial Advisor | | | | | 17,263,520 | 804,717 |
| Filsinger Energy Partners | Debtors' Energy Consultant | November 2016 | 1/25/2017 | 5,651 | - | 25,871,612 | 1,176,740 |
| Gibson, Dunn & Crutcher LLP[1] | Debtors' Special Counsel for Certain Corporate and Litigation Matters | November 2015 - April 2016, December 2016 | 1/9/2017, 1/12/2017 | 125,000 | 18,963 | 4,312,484 | 131,302 |
| Godfrey & Kahn, S.C. | Counsel to the Fee Committee | | | | | 6,805,645 | 246,696 |
| Goldin Associates, LLC | Financial Advisor to the Independent Director at EFH | | | | | 3,030,000 | 44,337 |
| Guggenheim Partners | Investment Banker to Official Committee of EFH / EFIH Unsecured Creditors | | | | | 5,208,334 | 261,113 |
| Jenner & Block LLP | Conflicts counsel to EFH | | | | | 1,118,502 | 23,758 |
| Kinsella Media | Asbestos Noticing Expert to EFH / EFIH UCC | | | | | 300,000 | - |
| Kirkland & Ellis LLP | Attorneys for the Debtors and Debtors in Possession | Interim period: May 2016 - August 2016, October 2016, November 2016 | 1/4/2017, 1/27/2017, 1/31/2017 | 3,519,295 | 158,232 | 138,413,727 | 10,423,761 |
| Kurtzman Carson Consultants LLC | Administrative Agent to TCEH and EFH / EFIH UCC | November 2016 | 1/23/2017 | 4,037 | 234 | 183,766 | 264,435 |
| McDermott Will & Emery LLP | Debtor's Special Counsel for Certain Energy-Related Transactional Matters | | | | | 1,304,559 | 134,567 |
| Montgomery McCracken Walker & Rhoads, LLP | Co-Counsel to Official Committee of EFH / EFIH Unsecured Creditors | May 2016 - September 2016 | 1/9/2017, 1/31/2017 | 254,324 | 6,006 | 4,973,259 | 214,233 |
| O'Kelly Ernst & Bielli, LLC (withdrew on 10-1-2015) | Co-Counsel to the Independent Directors at EFH (withdrew on 10-1-2015) | | | | | 75,772 | 895 |
| Phillips, Goldman & Spence, P.A. | Co-Counsel to the Fee Committee (withdrew on 5-20-2016) | | | | | 13,971 | 2,080 |
| Proskauer Rose LLP | Counsel to the Independent Directors at EFH | November 2016 | 1/25/2017 | 214,644 | 6,559 | 17,507,466 | 428,508 |
| Richards, Layton & Finger, P.A. | Debtors' Co-Counsel | | | | | 4,272,730 | 525,045 |
| Sidley Austin LLP | Debtor Special Counsel for Certain Corporate and Litigation Matters | | | | | 2,977,152 | 31,469 |
| SOLIC Capital Advisors | Financial Advisor to the Independent Directors at EFH | Interim period: January 2016 - April 2016 | 1/10/2017 | 160,000 | (850) | 4,090,423 | 117,218 |
| Stevens & Lee LLP | Co-Counsel to the Independent Director at EFH | | | | | 278,243 | 2,333 |
| Sullivan & Cromwell LLP | Counsel to Official Committee of EFH / EFIH Unsecured Creditors | November 2016 | 1/23/2017 | 63,868 | 2,251 | 22,009,843 | 774,149 |
| Thompson & Knight LLP | Debtor Special Counsel for Certain Tax-Related Matters | | | | | 2,506,771 | 22,027 |
| | | | Total | $ 4,613,737 | $ 1,114,369 | $ 329,692,583 | $ 43,778,248 |

[1] - As of 10/3/16, this Professional continued to provide services to the EFH Debtors as an ordinary course professional.

FORM MOR-1c

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP. *et al.*,
Debtor

Case No.: 14-10979(CSS)
Reporting period: January 2017

## MOR 2   STATEMENTS OF OPERATIONS (Income Statements)
For the Month Ended January 31, 2017
(US dollars in thousands)

| | Ebasco Services of Canada Ltd. | EEC Holdings, Inc. | EECI, Inc. |
|---|---|---|---|
| Operating revenues | - | - | - |
| Fuel, purchased power costs and delivery fees | - | - | - |
| Net gain (loss) from commodity hedging and trading activities | - | - | - |
| Operating costs | - | - | - |
| Depreciation and amortization | - | - | - |
| Selling, general and administrative expenses | - | - | - |
| Impairment of goodwill | - | - | - |
| Impairment of long-lived assets | - | - | - |
| Other income | - | - | - |
| Other deductions | - | - | - |
| Interest income | - | - | - |
| Interest expense and related charges | - | (4) | (28) |
| Reorganization items, net | - | - | - |
| **Income (loss) before income taxes and equity in earnings of unconsolidated subsidiaries** | - | (4) | (28) |
| **Income tax (expense) benefit** | - | - | - |
| **Equity in earnings of unconsolidated subsidiaries (net of tax)** | - | (28) | - |
| **Net income (loss)** | - | (32) | (28) |

Note:
1. All information contained herein is unaudited and subject to future adjustment.
Certain totals may not sum due to rounding.

FORM MOR-2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP. et al.,
Debtor

Case No.: 14-10979(CSS)
Reporting period: January 2017

MOR 2    STATEMENTS OF OPERATIONS (Income Statements)
For the Month Ended January 31, 2017
(US dollars in thousands)

| | EFH Australia (No. 2) Holdings Company | EFH Finance (No. 2) Holdings Company | EFH FS Holdings Company |
|---|---|---|---|
| Operating revenues | - | - | - |
| Fuel, purchased power costs and delivery fees | - | - | - |
| Net gain (loss) from commodity hedging and trading activities | - | - | - |
| Operating costs | - | - | - |
| Depreciation and amortization | - | - | - |
| Selling, general and administrative expenses | - | - | - |
| Impairment of goodwill | - | - | - |
| Impairment of long-lived assets | - | - | - |
| Other income | - | - | - |
| Other deductions | - | - | - |
| Interest income | - | - | - |
| Interest expense and related charges | - | - | (11) |
| Reorganization items, net | - | - | - |
| Income (loss) before income taxes and equity in earnings of unconsolidated subsidiaries | - | - | (11) |
| Income tax (expense) benefit | - | - | - |
| Equity in earnings of unconsolidated subsidiaries (net of tax) | - | - | - |
| Net income (loss) | - | - | (11) |

Note:
1. All information contained herein is unaudited and subject to future adjustment.
Certain totals may not sum due to rounding.

FORM MOR-2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP. et al.,
Debtor

Case No.: 14-10979(CSS)
Reporting period: January 2017

## MOR 2    STATEMENTS OF OPERATIONS (Income Statements)
For the Month Ended  January 31, 2017
(US dollars in thousands)

| | EFH Renewables Company LLC | EFIH Finance Inc. | Energy Future Competitive Holdings Company LLC |
|---|---|---|---|
| Operating revenues | - | - | - |
| Fuel, purchased power costs and delivery fees | - | - | - |
| Net gain (loss) from commodity hedging and trading activities | - | - | - |
| Operating costs | - | - | - |
| Depreciation and amortization | - | - | - |
| Selling, general and administrative expenses | - | - | - |
| Impairment of goodwill | - | - | - |
| Impairment of long-lived assets | - | - | - |
| Other income | - | - | - |
| Other deductions | - | - | - |
| Interest income | - | - | - |
| Interest expense and related charges | - | - | - |
| Reorganization items, net | - | - | - |
| Income (loss) before income taxes and equity in earnings of unconsolidated subsidiaries | - | - | - |
| Income tax (expense) benefit | - | - | - |
| Equity in earnings of unconsolidated subsidiaries (net of tax) | - | - | - |
| Net income (loss) | - | - | - |

Note:
  1. All information contained herein is unaudited and subject to future adjustment.
  Certain totals may not sum due to rounding.

FORM MOR-2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP. et al.,
Debtor

Case No.: 14-10979(CSS)
Reporting period: January 2017

## MOR 2    STATEMENTS OF OPERATIONS (Income Statements)
### For the Month Ended January 31, 2017
#### (US dollars in thousands)

| | Energy Future Holdings Corp. | Energy Future Intermediate Holding Company LLC | Generation Development Company LLC |
|---|---|---|---|
| Operating revenues | - | - | - |
| Fuel, purchased power costs and delivery fees | - | - | - |
| Net gain (loss) from commodity hedging and trading activities | - | - | - |
| Operating costs | - | - | - |
| Depreciation and amortization | (933) | (285) | (36) |
| Selling, general and administrative expenses | - | - | - |
| Impairment of goodwill | | | |
| Impairment of long-lived assets | 6 | - | - |
| Other income | - | - | (162) |
| Other deductions | 189 | 105 | - |
| Interest income | - | (20,037) | (18) |
| Interest expense and related charges | (2,150) | (5,501) | - |
| Reorganization items, net | | | |
| Income (loss) before income taxes and equity in earnings of unconsolidated subsidiaries | (2,888) | (25,718) | (216) |
| Income tax (expense) benefit | - | - | - |
| Equity in earnings of unconsolidated subsidiaries (net of tax) | (4,442) | 21,348 | - |
| Net income (loss) | (7,330) | (4,370) | (216) |

Note:
1. All information contained herein is unaudited and subject to future adjustment.
Certain totals may not sum due to rounding.

FORM MOR-2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP. et al.,
Debtor

Case No.: 14-10979(CSS)
Reporting period: January 2017

**MOR 2   STATEMENTS OF OPERATIONS (Income Statements)**
For the Month Ended January 31, 2017
(US dollars in thousands)

| | LSGT Gas Company LLC | LSGT SACROC, Inc. | NCA Development Company LLC |
|---|---|---|---|
| Operating revenues | - | - | - |
| Fuel, purchased power costs and delivery fees | - | - | - |
| Net gain (loss) from commodity hedging and trading activities | - | - | - |
| Operating costs | - | - | - |
| Depreciation and amortization | - | - | - |
| Selling, general and administrative expenses | (4) | - | - |
| Impairment of goodwill | - | - | - |
| Impairment of long-lived assets | | | |
| Other income | 250 | - | - |
| Other deductions | (72) | - | - |
| Interest income | 36 | - | - |
| Interest expense and related charges | (20) | (4) | - |
| Reorganization items, net | - | - | - |
| Income (loss) before income taxes and equity in earnings of unconsolidated subsidiaries | 190 | (4) | - |
| Income tax (expense) benefit | - | - | - |
| Equity in earnings of unconsolidated subsidiaries (net of tax) | (36) | - | - |
| **Net income (loss)** | 154 | (4) | - |

Note:
1. All information contained herein is unaudited and subject to future adjustment.
Certain totals may not sum due to rounding.

FORM MOR-2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP. et al.,
Debtor

Case No.: 14-10979 (CSS)
Reporting period: January 2017

## MOR 2    STATEMENTS OF OPERATIONS (Income Statements)
### For the Month Ended January 31, 2017
#### (US dollars in thousands)

| | Texas Competitive Electric Holdings Company LLC | TXU Receivables Company |
|---|---|---|
| Operating revenues | - | - |
| Fuel, purchased power costs and delivery fees | - | - |
| Net gain (loss) from commodity hedging and trading activities | - | - |
| Operating costs | - | - |
| Depreciation and amortization | - | - |
| Selling, general and administrative expenses | - | - |
| Impairment of goodwill | - | - |
| Impairment of long-lived assets | - | - |
| Other income | - | - |
| Other deductions | - | - |
| Interest income | - | - |
| Interest expense and related charges | - | - |
| Reorganization items, net | - | - |
| Income (loss) before income taxes and equity in earnings of unconsolidated subsidiaries | - | - |
| **Income tax (expense) benefit** | - | - |
| **Equity in earnings of unconsolidated subsidiaries (net of tax)** | - | - |
| **Net income (loss)** | - | - |

Note:
1. All information contained herein is unaudited and subject to future adjustment.
Certain totals may not sum due to rounding.

FORM MOR-2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP. et al.,
Debtor

Case No.: 14-10979(CSS)
Reporting period: January 2017

**MOR-3 - BALANCE SHEETS**
**As at January 31, 2017**
**(US dollars in thousands)**

| | Ebasco Services of Canada Ltd. | EEC Holdings, Inc. | EECI, Inc. | EFH Australia (No. 2) Holdings Company | EFH Finance (No. 2) Holdings Company | EFH FS Holdings Company | EFH Renewables Company LLC | EFH Finance Inc. | Energy Future Competitive Holdings Company LLC |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| **Current assets:** | | | | | | | | | |
| Cash and cash equivalents | - | - | - | - | - | - | - | - | - |
| Restricted cash | - | - | - | - | - | - | - | - | - |
| Trade accounts receivable - net | - | - | - | - | - | - | - | - | - |
| Income taxes receivable - net | - | - | - | - | - | - | - | - | - |
| Accounts receivable - affiliates | - | - | 10 | - | - | - | - | - | - |
| Advances to affiliates | - | - | - | - | - | - | - | - | - |
| Inventories | - | - | - | - | - | - | - | - | - |
| Commodity and other derivative contractual assets | - | - | - | - | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - |
| Margin deposits related to commodity contracts | - | - | - | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - | - | - | - |
| Total current assets | - | - | 10 | - | - | - | - | - | - |
| Restricted cash | - | - | - | - | - | - | - | - | - |
| Advances to affiliates | - | 403,775 | 83,707 | 1 | 123,728 | 1,472,057 | - | - | - |
| Receivable from unconsolidated subsidiary | - | 79,858 | - | - | - | - | - | - | - |
| Investment in subsidiaries | - | - | - | - | - | - | - | - | - |
| Other investments | - | - | - | - | - | - | - | - | - |
| Property, plant and equipment - net | - | - | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - |
| Identifiable intangible assets - net | - | - | - | - | - | - | - | - | - |
| Commodity and other derivative contractual assets | - | - | - | - | - | - | - | - | - |
| Accumulated deferred income taxes | - | 23 | 733 | - | - | - | - | - | - |
| Other noncurrent assets | - | (16) | (109) | - | - | (43) | - | - | - |
| Total assets | - | 483,640 | 84,341 | 1 | 123,728 | 1,472,014 | - | - | - |
| **LIABILITIES AND MEMBERSHIP INTERESTS / EQUITY** | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | |
| Borrowings under debtor-in-possession credit facilities | - | - | - | - | - | - | - | - | - |
| Long-term debt due currently | - | - | - | - | - | - | - | - | - |
| Trade accounts payable | - | - | 1 | - | - | - | - | - | - |
| Accounts payable - affiliates | - | 436 | 2,861 | - | - | 1,143 | - | - | - |
| Advances from affiliates | - | - | - | - | - | - | - | - | - |
| Commodity and other derivative contractual liabilities | - | - | - | - | - | - | - | - | - |
| Margin deposits related to commodity contracts | - | - | - | - | - | - | - | - | - |
| Accrued income taxes | - | 9,517 | (160) | 1,580 | 10,735 | 55,655 | - | - | - |
| Accrued taxes other than income | - | - | - | - | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - |
| Accrued interest | - | - | 368 | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - | - | - | - |
| Total current liabilities | - | 9,953 | 3,070 | 1 | 10,735 | 56,798 | - | - | - |
| Accumulated deferred income taxes | - | (53) | (124) | (1,579) | 112,993 | 38,412 | - | - | - |
| Commodity and other derivative contractual liabilities | - | - | - | - | - | - | - | - | - |
| Advances from affiliates | - | - | - | - | - | - | - | - | - |
| Borrowings under debtor-in-possession credit facilities | - | - | - | - | - | - | - | - | - |
| Long-term debt less amounts due currently | - | - | - | - | - | - | - | - | - |
| Liabilities subject to compromise | 1,537 | - | - | 1,580 | - | - | - | - | - |
| Other noncurrent liabilities and deferred credits | - | - | - | - | - | - | - | - | - |
| Total liabilities | 1,537 | 9,900 | 2,946 | 1,580 | 10,735 | 95,210 | - | - | - |
| **Membership interests / equity:** | | | | | | | | | |
| Membership interests / shareholders' equity | (1,537) | 473,740 | 81,395 | (1,579) | 112,993 | 1,376,804 | - | - | - |
| Total liabilities and membership interests / equity | - | 483,640 | 84,341 | 1 | 123,728 | 1,472,014 | - | - | - |

Note: All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

FORM MOR-3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et al.,
Debtor

Case No.: 14-10979 (CSS)
Reporting period: January 2017

**MOR-3 - BALANCE SHEETS**
As at January 31, 2017
(US dollars in thousands)

| | Energy Future Holdings Corp. | Energy Future Intermediate Holding Company LLC | Generation Development Company LLC | LSGT Gas Company LLC | LSGT SACROC, Inc. | NCA Development Company LLC | Texas Competitive Electric Holdings Company LLC |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Current assets: | | | | | | | |
| Cash and cash equivalents | 448,982 | 248,112 | - | - | - | - | - |
| Restricted cash | | | | | | | |
| Trade accounts receivable - net | 7,163 | - | - | - | - | - | - |
| Income taxes receivable - net | | | | | | | |
| Accounts receivable - affiliates | 2,148 | - | 66 | 922 | - | - | - |
| Advances to affiliates | 5,059 | - | - | 3,760 | - | - | - |
| Inventories | | | | | | | |
| Commodity and other derivative contractual assets | | | | | | | |
| Accumulated deferred income taxes | | | | | | | |
| Margin deposits related to commodity contracts | | | | | | | |
| Other current assets | 1,983 | 634 | 17 | 34 | - | - | - |
| Total current assets | 465,335 | 248,746 | 83 | 4,716 | - | - | - |
| | | | | | | | |
| Restricted cash | | | | | | | |
| Advances to affiliates | 1,395,062 | - | - | 564,223 | 502,115 | - | - |
| Receivable from unconsolidated subsidiary | | | | | | | |
| Investment in subsidiaries | (1,266,250) | 6,251,717 | - | 949,812 | - | - | - |
| Property, plant and equipment - net | 24,681 | - | 914 | 1,370 | - | - | - |
| Other investments | | | | | | | |
| Goodwill | | | | | | | |
| Identifiable intangible assets - net | | | | | | | |
| Commodity and other derivative contractual assets | (374,018) | 556,008 | 210,610 | 180,305 | 85 | - | - |
| Accumulated deferred income taxes | 1,638 | - | 3,665 | 155 | (17) | - | - |
| Other noncurrent assets | | | | | | | |
| Total assets | 247,448 | 7,056,471 | 215,272 | 1,700,581 | 502,183 | - | - |
| | | | | | | | |
| **LIABILITIES AND MEMBERSHIP INTERESTS / EQUITY** | | | | | | | |
| Current liabilities: | | | | | | | |
| Borrowings under debtor-in-possession credit facilities | - | 5,475,000 | - | - | - | - | - |
| Long-term debt due currently | | | | | | | |
| Trade accounts payable | 2,248 | 2,009 | 21 | - | - | - | - |
| Accounts payable - affiliates | 2,224 | 362 | 22 | 674 | 462 | - | - |
| Advances from affiliates | - | - | 1,672 | 2,244 | - | - | - |
| Commodity and other derivative contractual liabilities | | | | | | | |
| Margin deposits related to commodity contracts | | | | | | | |
| Accrued income taxes | 48,077 | 1 | (300) | (3,578) | 22,352 | - | - |
| Accrued taxes other than income | 30 | - | - | - | - | - | - |
| Accumulated deferred income taxes | | | | | | | |
| Accrued interest | - | 646 | 66 | 2 | - | - | - |
| Other current liabilities | 9,185 | 60,845 | - | - | - | - | - |
| Total current liabilities | 61,764 | 5,538,863 | 1,481 | (657) | 22,814 | - | - |
| | | | | | | | |
| Accumulated deferred income taxes | (63,345) | 481,087 | (31,444) | (4,448) | - | - | - |
| Commodity and other derivative contractual liabilities | | | | | | | |
| Advances from affiliates | | | | | | | |
| Borrowings under debtor-in-possession credit facilities | | | | | | | |
| Long-term debt, less amounts due currently | 3,525,912 | 4,141,990 | 1,382,748 | 1,004,423 | - | - | - |
| Liabilities subject to compromise | 73,103 | - | - | 1,978 | 275 | - | - |
| Other noncurrent liabilities and deferred credits | | | | | | | |
| Total liabilities | 3,597,434 | 10,161,940 | 1,352,785 | 1,001,296 | 23,089 | - | - |
| | | | | | | | |
| Membership interests / equity: | | | | | | | |
| Membership interests / shareholders' equity | (3,349,986) | (3,105,469) | (1,137,513) | 699,285 | 479,094 | - | - |
| Total liabilities and membership interests / equity | 247,448 | 7,056,471 | 215,272 | 1,700,581 | 502,183 | - | - |

Note: All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

FORM MOR-3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP. *et.al.*,
Debtor

Case No.: 14-10979(CSS)
Reporting period: January 2017

## MOR-3 - BALANCE SHEETS
### As at January 31, 2017
(US dollars in thousands)

| ASSETS | TXU Receivables Company |
|---|---|
| Current assets: | |
| Cash and cash equivalents | - |
| Restricted cash | - |
| Trade accounts receivable - net | - |
| Income taxes receivable - net | - |
| Accounts receivable - affiliates | - |
| Advances to affiliates | - |
| Inventories | - |
| Commodity and other derivative contractual assets | - |
| Accumulated deferred income taxes | - |
| Margin deposits related to commodity contracts | - |
| Other current assets | - |
| Total current assets | - |
| | |
| Restricted cash | - |
| Advances to affiliates | - |
| Receivable from unconsolidated subsidiary | - |
| Investment in subsidiaries | - |
| Other investments | - |
| Property, plant and equipment - net | - |
| Goodwill | - |
| Identifiable intangible assets - net | - |
| Commodity and other derivative contractual assets | - |
| Accumulated deferred income taxes | - |
| Other noncurrent assets | - |
| Total assets | - |

## LIABILITIES AND MEMBERSHIP INTERESTS / EQUITY

| | TXU Receivables Company |
|---|---|
| Current liabilities: | |
| Borrowings under debtor-in-possession credit facilities | - |
| Long-term debt due currently | - |
| Trade accounts payable | - |
| Accounts payable - affiliates | - |
| Advances from affiliates | - |
| Commodity and other derivative contractual liabilities | - |
| Margin deposits related to commodity contracts | - |
| Accrued income taxes | - |
| Accrued taxes other than income | - |
| Accumulated deferred income taxes | - |
| Accrued interest | - |
| Other current liabilities | - |
| Total current liabilities | - |
| | |
| Accumulated deferred income taxes | - |
| Commodity and other derivative contractual liabilities | - |
| Advances from affiliates | - |
| Borrowings under debtor-in-possession credit facilities | - |
| Long-term debt, less amounts due currently | - |
| Liabilities subject to compromise | - |
| Other noncurrent liabilities and deferred credits | - |
| Total liabilities | - |
| | |
| Membership interests / equity: | |
| Membership interests / shareholders' equity | - |
| Total liabilities and membership interests / equity | - |

Note: All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

FORM MOR-3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et. al.                          Case No. 14-10979
    Debtor                                          Reporting Period: January 2017

### MOR-4: STATUS OF POST-PETITION TAXES

| FEDERAL | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| See attached rider at MOR - 4 Rider | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### MOR-4: SUMMARY OF UNPAID POST-PETITION DEBTS
### (US Dollars in Thousands)

| Debtor name | NUMBER OF DAYS PAST DUE | | | | |
|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | Over 60 | Total |
| Energy Future Holdings Corp. | 223 | - | - | - | 223 |
| Generation Development Company LLC | 21 | - | - | - | 21 |
| Total Gross Accounts Payable | 244 | - | - | - | 244 |

Notes:
1. The post-petition accounts payable reported represents open and outstanding trade vendor invoices that: (a) have been entered into the Debtors' accounts payable systems and (b) pre-petition invoices that have been entered into the Debtors' accounts payable systems that the Debtors intend to pay in accordance with various orders of the Bankruptcy Court. This summary does not include accruals for invoices not yet received or for invoices not yet entered into the Debtors' accounts payable system.

FORM MOR-4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re: ENERGY FUTURE HOLDINGS CORP., et. al.**              **Case No. 14-10979**
     **Debtor**                                    **Reporting Period: January 2017**

### MOR 4(Dec): DECLARATION REGARDING THE STATUS OF POST-PETITION TAXES

Anthony Horton hereby declares under penalty of perjury:

1.  I am the chief financial officer of Energy Future Holdings Corp.  In that capacity I am familiar with the above-captioned debtors and debtors-in-possession (collectively the "Debtors") day-to-day operations, business affairs and books and records.   I am authorized to submit this Declaration on behalf of the Debtors.

2.  All statements in the Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition.  If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees of the Debtors or opinion.  I am authorized to submit this Declaration on behalf of the Debtors.

3.  To the best of my knowledge and except as otherwise set forth in this Monthly Operating Report, all of the Debtors have filed all necessary federal, state and local tax returns and have timely made (or are in the process of remediating any immaterial late filings or payments) all related required post-petition tax payments.

Dated:  April 24, 2017                    Respectfully submitted,

By:  Anthony Horton
Title:  Chief Financial Officer

FORM MOR-4(Dec)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et. al.                    Case No. 14-10979
    Debtor                                          Reporting Period: January 2017

## MOR-5: ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
(US Dollars in Thousands)

| Debtor name | Current | NUMBER OF DAYS PAST DUE | | | |
| | | 0-30 | 31-60 | Over 60 | Total |
|---|---|---|---|---|---|
| None | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| | | | | | |
| Total | - | - | - | - | - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. (1) | | X |

FORM MOR-5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et. al.
Debtor

Case No. 14-10979
Reporting Period: January 2017

## MOR-4 Rider: Payments of Taxes

| Debtor | Paying entity | Payee | Type of Tax | Date paid | Check #/Wire | Total paid | Pre-petition | Post-petition |
|---|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | EFH Corporate Services Company | ANDERSON COUNTY | Property Tax | 26-Jan-17 | 1010078989 | $ 33.05 | $ - | $ 33.05 |
| Energy Future Holdings Corp. | EFH Corporate Services Company | CAYUGA ISD | Property Tax | 26-Jan-17 | 1010078990 | $ 59.28 | $ - | $ 59.28 |
| Energy Future Holdings Corp. | EFH Corporate Services Company | CITY OF GARLAND | Property Tax | 26-Jan-17 | 1010078966 | $ 379.07 | $ - | $ 379.07 |
| Energy Future Holdings Corp. | EFH Corporate Services Company | DALLAS COUNTY | Property Tax | 18-Jan-17 | 1010078636 | $ 352.24 | $ - | $ 352.24 |
| Energy Future Holdings Corp. | EFH Corporate Services Company | GARLAND ISD | Property Tax | 26-Jan-17 | 1010078965 | $ 785.48 | $ - | $ 785.48 |
| Energy Future Holdings Corp. | Texas Competitive Electric Holdings Company LLC | COMPTROLLER OF PUBLIC ACCOUNTS | Sales/Use Tax | 20-Jan-17 | 7172000289 | $ 228.84 | $ - | $ 228.84 |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |
| | | | | | | $ - | | |