**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: May 16, 2017 at 4:00 p.m.** |

**TWENTY-NINTH MONTHLY STATEMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH OFFICIAL COMMITTEE FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MARCH 1, 2017 THROUGH MARCH 31, 2017**

| **Name of Applicant** | **Sullivan & Cromwell LLP** |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. |
| Date of Retention: | January 13, 2015 *nunc pro tunc* to November 5, 2014 |
| Period for which Compensation and Reimbursement Is Sought: | March 1, 2017 through March 31, 2017 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $27,745.50 |
| 80% of Compensation Sought as Actual, Reasonable and Necessary: | $22,196.40 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $2,100.47 |

This is a(n) X monthly ___ interim ___ final application. No prior application for compensation or reimbursement of expenses has been filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-2-

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. Nunc Pro Tunc to November 5, 2014*, dated January 13, 2015 [D.I. 3282], the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee*, dated September 19, 2014 [D.I. 1896] (the "**Fee Committee Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Sullivan & Cromwell LLP ("**S&C**"), counsel to the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**"), hereby submits this twenty-ninth monthly statement (this "**Monthly Fee Statement**") for compensation for professional services rendered and expenses incurred for the period from March 1, 2017 through March 31, 2017 (the "**Fee Period**").

### Relief Requested

Pursuant to the Interim Compensation Order, S&C seeks payment of $24,296.87 from the EFH Debtors for the Fee Period, comprising (a) $22,196.40 representing 80% of S&C's total fees for reasonable and necessary professional services rendered and (b) $2,100.47 for

---

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be governed by the Interim Compensation Order and Fee Order.

actual and necessary expenses incurred, and requests that such fees and expenses be paid as administrative expenses of the EFH Debtors' estates.  All services for which S&C requests compensation were performed for, or on behalf of, the EFH Committee.  The EFH Committee represents the unsecured creditors of the EFH Debtors, and S&C's compensation and reimbursement of S&C's expenses are proposed as joint and several expenses of the EFH Debtors' estates pursuant to section 328 of the Bankruptcy Code.  With respect to the allocation of fees and expenses contemplated by paragraph 2(b) of the Interim Compensation Order, the fees and expenses of S&C have been incurred for the benefit of the EFH Committee and not for the direct benefit of any Debtor.  Accordingly, no allocation of such fees and expenses is proposed at this time by S&C.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A.**  A schedule of the number of hours expended and fees incurred (on an aggregate basis) by S&C attorneys and paraprofessionals by project category during the Fee Period.

b. **Exhibit B.**  A schedule providing information regarding the S&C attorneys and paraprofessionals who performed work for the EFH Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

c. **Exhibit C.**  A summary of disbursements during this Fee Period for which reimbursement is sought pursuant to this Monthly Fee Statement.

d. **Exhibit D.**  A detailed description of disbursements during this Fee Period for which reimbursement is sought pursuant to this Monthly Fee Statement.

SC1:4388137.1

**Reservation of Rights**

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement. S&C therefore reserves the right to make further application to the Court for allowance of fees and expenses not included herein.

Dated:  April 25, 2017                **SULLIVAN & CROMWELL LLP**

/s/ *Andrew G. Dietderich*

Andrew G. Dietderich
Brian D. Glueckstein
John L. Hardiman
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:         dietdericha@sullcrom.com
                    gluecksteinb@sullcrom.com
                    hardimanj@sullcrom.com
                    kranzleya@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*

# EXHIBIT A

## Statement of Fees by Project Category

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | - | $0.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | - | $0.00 |
| 00007 | CASE ADMINISTRATION | - | $0.00 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | - | $0.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 6.30 | $6,419.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 14.20 | $4,016.50 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | - | $0.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | - | $0.00 |
| 00014 | OTHER LITIGATION | - | $0.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 6.40 | $6,314.00 |
| 00016 | NON-WORKING TRAVEL | - | $0.00 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 9.50 | $9,254.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | - | $0.00 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | - | $0.00 |
| 00022 | HEARINGS | 1.90 | $1,513.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | - | $0.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 6.50 | $0.00 |
| 00031 | BUDGETING (CASE) | 0.20 | $228.00 |
| | **TOTAL:** | **45.00** | **$27,745.50** |

# EXHIBIT B

## Attorneys and Paraprofessionals' Information

| Timekeeper Name | Title | Bar Admission | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| Coleman, Heather L. | Partner | 2007 | $1,160.00 | | 3.50 | $4,060.00 |
| Glueckstein, Brian D. | Partner | 2004 | $1,140.00 | | 7.80 | $8,892.00 |
| **Partner Total** | | | | | **11.30** | **$12,952.00** |
| Braun, Jeannette E. | Associate | 2012 | $865.00 | | 2.50 | $2,162.50 |
| Ip, Veronica W. | Associate | 2011 | $865.00 | | 0.30 | $259.50 |
| Jensen, Christian P. | Associate | 2016 | $605.00 | | 1.80 | $1,089.00 |
| Kranzley, Alexa J. | Associate | 2009 | $0.00 | * | 0.60 | $0.00 |
| Kranzley, Alexa J. | Associate | 2009 | $865.00 | | 10.50 | $9,082.50 |
| **Associate Total** | | | | | **15.70** | **$12,593.50** |
| **Lawyers Total** | | | | | **27.00** | **$25,545.50** |
| Booth, Oliver B. | Legal Assistant | | $0.00 | * | 3.50 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | $275.00 | | 4.50 | $1,237.50 |
| Coulibaly, Rockia | Legal Assistant | | $0.00 | * | 6.50 | $0.00 |
| Coulibaly, Rockia | Legal Assistant | | $275.00 | | 3.50 | $962.50 |
| **Non-Legal Personnel Total** | | | | | **18.00** | **$2,200.00** |
| **Grand Total** | | | | | **45.00** | **$27,745.50** |

\* Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Disbursement Summary ||
| --- | --- |
| **Description** | **Amount** |
| Travel and Expenses | $1,428.27 |
| Outside Vendors | $525.00 |
| Hearing Transcripts | $103.20 |
| Telephone conferencing charges | $44.00 |
| **Total** | **$2,100.47** |

**EXHIBIT D**

**Detailed Description of Expenses**

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Brian D. Glueckstein | 2/10/2017 | 1.0 | $222.00 | $222.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE |
| Travel and Expenses | Brian D. Glueckstein | 2/14/2017 | 1.0 | $514.45 | $514.45 | AMTRAK revised Train Fare ($19.00) between New York, NY and Wilmington, DE; Lodging ($482.90); Local transportation on 2/14/17 ($9.80) and 2/15/17 ($2.75) |
| Travel and Expenses | Brian D. Glueckstein | 2/14/2017 | 1.0 | $44.82 | $44.82 | Meals - Out of Town: Breakfast ($3.80), Lunch ($6.25), and Dinner ($7.32) on 2/14/17; Breakfast ($21.20), and Lunch ($6.25) on 2/15/17 |
| Travel and Expenses | Veronica W. Ip | 2/15/2017 | 1.0 | $19.00 | $19.00 | AMTRAK Additional Train Fare between New York, NY - Wilmington, DE - Reservation 64FFD6 |
| Travel and Expenses | Veronica W. Ip | 2/15/2017 | 1.0 | $260.00 | $260.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE - Reservation 64FFD6 |
| Travel and Expenses | Veronica W. Ip | 2/16/2017 | 1.0 | -$19.00 | -$19.00 | AMTRAK Train Fare partial refund between New York, NY - Wilmington, DE - Reservation 64FFD6 |
| Travel and Expenses | Veronica W. Ip | 2/16/2017 | 1.0 | $299.00 | $299.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE - Reservation 666EA3 |
| Travel and Expenses | Veronica W. Ip | 2/16/2017 | 1.0 | $88.00 | $88.00 | AMTRAK Additional Train Fare between New York, NY - Wilmington, DE - Reservation 64FFD6 |
| Travel and Expenses | Veronica W. Ip | 2/17/2017 | 1.0 | $149.00 | $149.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE - Reservation 6714DA |
| Travel and Expenses | Veronica W. Ip | 2/25/2017 | 1.0 | -$149.00 | -$149.00 | AMTRAK Train Fare partial refund between New York, NY - Wilmington, DE - Reservation 666EA3 |
| **Travel and Expenses Total** | | | | | **$1,428.27** | |
| Outside Vendors | Brian D. Glueckstein | 3/8/2017 | 1.0 | $525.00 | $525.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$525.00** | |

SC1:4388137.1

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Tele-conference | Alexa J. Kranzley | 3/28/2017 | 1.0 | $44.00 | $44.00 | Tele-conference |
| **Tele-conference Total** | | | | | **$44.00** | |
| Hearing Transcripts | Alexa J. Kranzley | 2/21/2017 | 1.0 | $88.80 | $88.80 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 3/3/2017 | 1.0 | $14.40 | $14.40 | Hearing Transcripts |
| **Hearing Transcripts Total** | | | | | **$103.20** | |
| **Grand Total** | | | | | **$2,100.47** | |

SC1:4388137.1

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: May 16, 2017 at 4:00 p.m.** |

## NOTICE OF FEE STATEMENT

**PLEASE TAKE NOTICE** that on the date hereof, Sullivan & Cromwell LLP (the "**Applicant**") filed the *Twenty-Ninth Monthly Statement of Sullivan & Cromwell LLP as Counsel to the EFH Official Committee for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2017 Through March 31, 2017* (the "**Monthly Fee Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Monthly Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D. I. 2066] (the "**Interim Compensation Order**"), and must be electronically filed with the Court on the docket of *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS) in accordance with rule 5005 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and served by U.S. mail, overnight

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SC1:4388142.1

delivery, hand delivery or facsimile upon (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., et al., 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara, the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel to the Fee Committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; and (vi) the Applicant, Sullivan & Cromwell LLP, 125 Broad Street New York, NY 10004, Attn: Alexa Kranzley, so as to actually be received no later than **4:00 p.m. (Eastern Time) on May 16, 2017** (the "**Objection Deadline**").

    **PLEASE TAKE FURTHER NOTICE** if any responses to the Monthly Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Monthly Fee Statement will be held at the convenience of the Court. Only those responses made in writing and timely filed and received in accordance with the Interim Compensation Order and the procedures described herein will be considered by the Court at such hearing. The parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

3

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, if no objection to the Monthly Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal or lesser of (i) 80 percent of fees and 100 percent of expenses requested in the Monthly Fee Statement or (ii) 80 percent of fees and 100 percent of expenses not subject to an objection, without the need for further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Fee Statement may be obtained from the Court's website, https://ecf.deb.uscourts.gov for a nominal fee or, free of charge, the website of the Debtors' claims and noticing agent, http://efhcaseinfo.com.

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>April 25, 2017 | **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**<br><br> */s/ Mark A. Fink*<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:      nramsey@mmwr.com<br>                    dwright@mmwr.com<br>                    mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>John L. Hardiman<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York  10004<br>Telephone:    (212) 558-4000<br>Facsimile:     (212) 558-3588<br>E-mail:         dietdericha@sullcrom.com<br>                     gluecksteinb@sullcrom.com<br>                     hardimanj@sullcrom.com<br>                     kranzleya@sullcrom.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* |