# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO.:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 4/26/2017 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark Kotwick | Seward & Kissel | Frontier Tr. (Wilmington Trust) |
| David Shapiro | O'Melveny & Myers LLP | Trustee (Wilmington Trust) |
| Joseph H. Huston, Jr. | Stevens & Lee P.C. | " |
| Mark Ellenberg | Cadwalader, Wickersham & Taft | Morgan Stanley |
| GianClaudio Finizio | Bayard | Delaware Trust Co. as IT |
| Tina Moss | Perkins Coie | " |
| Jeremy Hollembeek | " | " |
| Michael Kim | Kobre & Kim | |
| Ashley Altschuler | DLA Piper LLP | Morgan Stanley Capital Group Inc |
| Simon Fraser | Cozen | J. Aron |
| Nick Mour | Ross Aronstam | Titan |
| Tom Moloney | Cleary Gottlieb Steen Hamilton | J. Aron |
| Sal Romanello | Weil | Titan Investment Holdings LP |
| Jason M Madron | Richards Layton & Finger | Vistra Energy f/k/a Reorganized TCEH |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 04/26/2017
Calendar Time: 10:00 AM ET

1st Revision  Apr 26 2017  5:10AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8302020 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Interested Party, Elliott Management Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8299980 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8299399 | Jamie Edmonson | (302) 298-3520 ext. | Venable LLP | Creditor, Pimco / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8299719 | Michael Guippone | (212) 230-8836 ext. | Wilmer Cutler Pickering Hale & Dorr, LLP | Interested Party, Marathon Asset Management, LP & Polygon Master Fund / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8304002 | Patrick Holohan | (646) 412-5336 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8299030 | Emily L. Katz | (212) 761-1671 ext. | Morgan Stanley - New York | Interested Party, Emily L. Katz / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8302276 | Joel Millar | (202) 663-6167 ext. | WilmerHale LLP | Creditor, Delaware Trust Co. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8302338 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8299148 | Noah M Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8301168 | Foteini Teloni | (212) 848-4579 ext. | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8304743 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8304759 | Amer Tiwana | (646) 616-3052 ext. | Cowen & Co. | Interested Party, Cowen & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8300466 | Michael Turkel | (212) 373-3689 ext. | Paul Weiss Rifkind Wharton & Garrison | Creditor, TCEH / LISTEN ONLY |

Peggy Drasal ext. 802                    CourtConfCal2009                    Page 1 of 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (15-51239) | Hearing | 8208157 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-51239) | Hearing | 8208161 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-51239) | Hearing | 8302514 | Theresa Foudy | (212) 696-8860 ext. | Curtis, Mallet-Prevost, Colt & Mosle LLP | Interested Party, Paulson / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-51239) | Hearing | 8299172 | Howard Hawkins | (212) 504-6422 ext. | Cadwalader, Wickersham & Taft LLP | Defendant(s), Stanley Morgan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-51239) | Hearing | 8302498 | Sean O'Neal | (212) 225-2416 ext. | Cleary Gottlieb Steen & Hamilton | Creditor, J. Aaron Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-51239) | Hearing | 8302510 | Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Defendant(s), Wilmington Trust N.A. / LISTEN ONLY |

Uday Gorretati   American Bankruptcy Institute