# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |
| DELAWARE TRUST COMPANY, as ) | |
| TCEH First Lien Indenture Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No: 15-51239 (CSS) |
| ) | |
| WILMINGTON TRUST, N.A., as First Lien ) | |
| Collateral Agent and First Lien Administrative ) | |
| Agent, et al., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| MORGAN STANLEY CAPITAL GROUP INC., ) | |
| J. ARON & COMPANY, and TITAN ) | |
| INVESTMENT HOLDINGS LP, ) | |
| ) | |
| Intervenors. ) | |

## ORDER

Upon consideration of *Motion of Delaware Trust Company, as TCEH First Lien Indenture Trustee, to Partially Vacate Judgment Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b)* (Adv. D.I. 122) (the "DTC Motion to Vacate"); and the Court having reviewed

the DTC Motion to Vacate and the responses and replies thereto, and the Court having heard argument on the DTC Motion to Vacate on April 26, 2017;

IT IS HEREBY ORDERED THAT, for the reasons set forth in the Opinion of this Court issued on the date hereof and the *Allocation Opinion*, dated March 11, 2016:[1]

1. The DTC Motion to Vacate is hereby DENIED.

2. As set forth in the *Order*, dated November 23, 2016, from the United States District Court for the District of Delaware (D. Del. Case No. 16-cv-189-RGA; D.I. 57), this matter has been fully resolved by the Bankruptcy Court.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: April 27, 2017

---

[1] *Delaware Trust Co. v. Wilmington Trust, N.A. (In re Energy Future Holdings Corp.)*, 546 B.R. 566 (Bankr. D. Del. 2016).