IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., | : | Bankruptcy Case No. 14-10979 (CSS) |
| et al., | : | |
| | : | |
| Debtor. | : | |
| | : | |
| SHIRLEY FENICLE, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 16-888-RGA |
| | : | Civil Action No. 17-229-RGA |
| | : | CONSOLIDATED |
| | : | BAP No. 16-47 |
| ENERGY FUTURE HOLDINGS CORP., | : | |
| et al., | : | |
| | : | |
| Appellees. | : | |

**ORDER**

WHEREAS, the briefing schedule for the above-captioned cases was stayed on April 26, 2017, due to litigation pending before the United States Bankruptcy Court for the District of Delaware (see D.I. 23 in Lead Civil Action 17-229-RGA);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned cases are **ADMINISTRATIVELY CLOSED**. A joint status report is due every forty-five (45) days following the entry of this Order. The parties shall also promptly notify the Court when these cases may be reopened and other appropriate action may be taken.

April 26, 2017
Date

/s/ Richard G. Andrews
United States District Judge