# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|:---:|:---:|:---:|
| [ALL] BK Retention and Fee Applications | 5.7 | $1,230.00 |
| [ALL] Case Administration | 2.4 | $817.50 |
| [ALL] Claims Administration & Objections | 0.1 | $35.00 |
| [ALL] Hearings | 1.5 | $525.00 |
| [ALL] Non-BK Fee/Employment Applications | 2.8 | $642.50 |
| [ALL] Plan and Disclosure Statement | <u>1.3</u> | <u>$455.00</u> |
| **Total** | **13.8** | **$3,705.00** |