# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 03-13-2017 | Filing/Court Fees | PACER | $0.20 |
| 03/28/2017 | In-House Reproduction | Photocopies (50 copies) | $5.00 |
| **TOTAL** | | | **$5.20** |