IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 765, 1570, 2638, 3410, 4392, 5206, 6816, 7773, 8351, 9019, 9920, 10738 |

**STATEMENT OF AMOUNTS PAID BY THE DEBTORS TO ORDINARY COURSE PROFESSIONALS FROM JANUARY 1, 2017 THROUGH MARCH 31, 2017**

PLEASE TAKE NOTICE that, pursuant to the *Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business*, dated June 3, 2014 [D.I. 765], the above-captioned debtors and debtors in possession (collectively, the "Debtors"[2]) hereby submit the attached chart which identifies: (i) the name of each ordinary course professional ("OCP") that provided services to the Debtors during the period from January 1, 2017 through and including March 31, 2017 (the "Fee Period"[3]); (ii) the amounts paid

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Debtors include (i) Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors"), and (ii) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors").

[3] The TCEH Debtors emerged from chapter 11 on October 3, 2016. *See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date* [D.I. 9742]. The attached chart only reflects payments made to any OCP by the EFH/EFIH Debtors during the Fee Period and expressly excludes any payments made to any OCP by any of the TCEH Debtors during any part of the Fee Period.

RLF1 17487087v.1

as compensation for the services rendered and reimbursement of expenses incurred by each OCP during the Fee Period; (iii) the aggregate amounts paid as compensation for the services rendered and reimbursement of expenses incurred by each OCP for the period of April 29, 2014 through and including the last day of the Fee Period; and (iv) a general description of the type of services provided by each OCP during the Fee Period.

PLEASE TAKE FURTHER NOTICE that the Debtors may pay or recognize payments of certain amounts for services rendered and expenses incurred by any OCP during the Fee Period at a later time, and any such payments will be disclosed in future statements.

*[Remainder of page intentionally left blank.]*

2

RLF1 17487087v.1

Dated: April 28, 2017
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession