# **Exhibit A**

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of January 01, 2017 to March 31, 2017 | | | Aggregate Postpetition Payments Through March 31, 2017 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Hawkins Parnell Thackston & Young | Litigation - Asbestos | 1,647 | 549 | 1,647 | 15,830 | 15,830 |
| Hunton & Williams LLP | Benefits-Immigration, Political Consultant | 7,538 | 2,513 | 7,538 | 2,671,156 | 2,671,156 |
| Morgan Lewis & Bockius LLP | Regulatory (NRC) and Labor | 29,848 | 9,949 | 29,848 | 2,254,661 | 2,277,691 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Enoch Kever | Regulatory and Legislative | 187,656 | 62,552 | 187,656 | 237,656 | 237,656 |
| Gibson Dunn & Crutcher LLP | Corporate and Litigation | 169,919 | 56,640 | 169,919 | 189,480 | 189,480 |
| Miller & Chevalier Chartered | Federal Income Tax and Benefits Legal Advice | 20,125 | 6,708 | 20,125 | 1,235,213 | 1,235,213 |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted.