**<u>EXHIBIT A</u>**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 6 | [ALL E-SIDE] Case Administration | 15.40 | $8,427.50 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 101.40 | $78,187.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 118.20 | $100,019.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 7.30 | $7,465.50 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 1.70 | $800.50 |
| 12 | [ALL E-SIDE] Hearings | 1.40 | $1,267.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 61.10 | $29,581.00 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 26.00 | $16,509.50 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 269.10 | $273,842.50 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 1.80 | $1,857.00 |
| 29 | [ALL E-SIDE] Tax Issues | 186.60 | $240,115.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 1.20 | $1,720.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 9.50 | $10,216.50 |
| 86 | [EFH] Contested Matters & Advers. Proc. | 1.20 | $1,770.00 |
| | **Totals:** | **801.90** | **$771,779.00** |

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $404.56 |
| Standard Copies or Prints | $598.20 |
| Color Copies or Prints | $283.50 |
| Closing/Mini Books | $60.00 |
| Overnight Delivery | $198.35 |
| Outside Messenger Services | $46.20 |
| Travel Expense | $5,494.81 |
| Airfare | $6,887.41 |
| Transportation to/from airport | $1,150.97 |
| Travel Meals | $1,123.86 |
| Other Travel Expenses | $41.20 |
| Court Reporter Fee/Deposition | $123.76 |
| Computer Database Research | $615.00 |
| Overtime Transportation | $446.87 |
| Overtime Meals - Attorney | $80.00 |
| Rental Expenses | $4,283.05 |
| Cash Credits | -$15,726.50 |
| **Total:** | **$6,111.24** |