# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 735.00 | 53.40 | $39,249.00 |
| Sean Hamner | Associate | 2016 | Taxation | 560.00 | 0.60 | $336.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 835.00 | 10.70 | $8,934.50 |
| Kevin McClelland | Associate | 2016 | Restructuring | 555.00 | 24.30 | $13,486.50 |
| David Moore | Associate | 2015 | Corporate - General | 645.00 | 1.00 | $645.00 |
| Julie Rhoades | Associate | 2012 | Taxation | 845.00 | 14.30 | $12,083.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 1,015.00 | 61.50 | $62,422.50 |
| Matthew Smart | Associate | 2016 | Restructuring | 555.00 | 12.50 | $6,937.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 845.00 | 1.40 | $1,183.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 725.00 | 12.80 | $9,280.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 630.00 | 41.90 | $26,397.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 555.00 | 40.00 | $22,200.00 |
| Spencer Winters | Associate | 2013 | Restructuring | 835.00 | 6.30 | $5,260.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 905.00 | 121.40 | $109,867.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,475.00 | 8.50 | $12,537.50 |
| Paul D Clement, P.C. | Partner | 1994 | Litigation - Appellate | 1,745.00 | 0.50 | $872.50 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 16.20 | $17,739.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 0.50 | $482.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,525.00 | 13.00 | $19,825.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 2.40 | $2,388.00 |
| Chad J Husnick P.C. | Partner | 2004 | Restructuring | 1,165.00 | 40.50 | $47,182.50 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,155.00 | 0.10 | $115.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 31.50 | $46,462.50 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,225.00 | 0.20 | $245.00 |
| Roger S Lucas | Partner | 1993 | Taxation | 1,525.00 | 3.80 | $5,795.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 72.50 | $117,812.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,325.00 | 4.00 | $5,300.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 19.00 | $22,325.00 |
| Erin E Murphy | Partner | 2006 | Litigation - Appellate | 1,325.00 | 1.20 | $1,590.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 4.00 | $5,900.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 23.10 | $22,984.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 995.00 | 1.10 | $1,094.50 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 5.70 | $6,241.50 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,410.00 | 3.70 | $5,217.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 5.70 | $8,407.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 53.50 | $54,302.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital | 1,075.00 | 0.40 | $430.00 |

RLF1 17486914v.1

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | | | Markets | | | |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 21.40 | $27,713.00 |
| **Grand Total** | | | | | **734.60** | **$751,245.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jenny DeLeon | Other | 4.5 years | Admin Services | 265.00 | 3.50 | $927.50 |
| Laurie Dombrowski | Other | 2.5 years | Admin Services | 420.00 | 0.30 | $126.00 |
| Stephen Garoutte | Other | 4.5 years | Admin Services | 265.00 | 3.00 | $795.00 |
| Allison Graybill | Other | 3.5 years | Admin Services | 265.00 | 3.50 | $927.50 |
| Kenneth Sampson | Other | 4 years | Admin Services | 265.00 | 1.00 | $265.00 |
| Elaine Santucci | Other | 3 years | Admin Services | 235.00 | 9.40 | $2,209.00 |
| Stephanie Ding | Paralegal | 6 months | Litigation - General | 295.00 | 9.90 | $2,920.50 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 7.60 | $2,470.00 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 0.90 | $378.00 |
| Travis J Langenkamp | Paralegal | 12 years | Litigation - General | 390.00 | 0.20 | $78.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 22.50 | $7,650.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 5.50 | $1,787.50 |
| **Grand Total** | | | | | 67.30 | $20,534.00 |
| | | | **Total Fees Requested** | | 801.90 | $771,779.00 |