# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $404.56 |
| Standard Copies or Prints | $439.50 |
| Color Copies or Prints | $183.30 |
| Closing/Mini Books | $60.00 |
| Overnight Delivery | $198.35 |
| Outside Messenger Services | $46.20 |
| Travel Expense | $5,494.81 |
| Airfare | $6,887.41 |
| Transportation to/from airport | $1,150.97 |
| Travel Meals | $1,123.86 |
| Other Travel Expenses | $41.20 |
| Court Reporter Fee/Deposition | $123.76 |
| Computer Database Research | $615.00 |
| Overtime Transportation | $446.87 |
| Overtime Meals - Attorney | $80.00 |
| Rental Expenses | $4,283.05 |
| Cash Credits | -$15,726.50 |
| **Total:** | **$5,852.34** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $0.10 |
| Color Copies or Prints | $2.70 |
| **Total:** | **$2.80** |

RLF1 17486914v.1

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $158.60 |
| Color Copies or Prints | $97.50 |
| **Total:** | **$256.10** |