## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

April 27, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5087935**
**Client Matter: 14356-109**

**In the matter of    [ALL E-SIDE] Expenses**

For legal services rendered through March 31, 2017
(see attached Description of Legal Services for detail)                     $ .00

For expenses incurred through March 31, 2017
(see attached Description of Expenses for detail)                     $ 5,852.34

Total legal services rendered and expenses incurred                     $ 5,852.34

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---:|
| Third Party Telephone Charges | 404.56 |
| Standard Copies or Prints | 439.50 |
| Color Copies or Prints | 183.30 |
| Closing/Mini Books | 60.00 |
| Overnight Delivery | 198.35 |
| Outside Messenger Services | 46.20 |
| Travel Expense | 5,494.81 |
| Airfare | 6,887.41 |
| Transportation to/from airport | 1,150.97 |
| Travel Meals | 1,123.86 |
| Other Travel Expenses | 41.20 |
| Court Reporter Fee/Deposition | 123.76 |
| Computer Database Research | 615.00 |
| Overtime Transportation | 446.87 |
| Overtime Meals - Attorney | 80.00 |
| Rental Expenses | 4,283.05 |
| Cash Credits | -15,726.50 |
| | |
| TOTAL EXPENSES | $ 5,852.34 |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 1/17/17 | Michael Esser, Internet, Deposition preparation and depositions | 15.99 |
| 1/20/17 | Michael Esser, Internet, Deposition preparation and depositions | 33.95 |
| 2/11/17 | Michael Esser, Internet, Confirmation Hearing | 17.99 |
| 2/12/17 | Mark McKane, Internet, Confirmation hearing | 17.99 |
| 2/17/17 | Michael Esser, Internet, Confirmation Hearing | 17.99 |
| 2/28/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls and taxes. | 132.38 |
| 2/28/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 3.72 |
| 2/28/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf calls | 7.34 |
| 3/29/17 | Beth Friedman, Teleconference, CourtCall: Telephonic Hearing re Inv# 8241176 | 30.00 |
| 3/30/17 | Beth Friedman, Teleconference, CourtCall: Telephonic Hearing re Inv# 8234339 | 30.00 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 21.06 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference Calls. | 3.28 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferences for McClain Thompson | 1.77 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferences for McClain Thompson | 2.60 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferences for McClain Thompson | 1.96 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferences for McClain Thompson | 0.66 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferences for McClain Thompson | 1.85 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferences for McClain Thompson | 2.50 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 | 40.35 |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---|
|  | COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 0.81 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, conf calls | 20.37 |
| | **Total:** | **404.56** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

<u>**Description of Expenses**</u>

<u>**Standard Copies or Prints**</u>

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|------|-------------|--------|
| 3/01/17 | Standard Prints | 3.00 |
| 3/01/17 | Standard Prints | 0.10 |
| 3/01/17 | Standard Prints | 0.50 |
| 3/02/17 | Standard Prints | 3.60 |
| 3/02/17 | Standard Prints | 5.20 |
| 3/02/17 | Standard Prints | 1.50 |
| 3/02/17 | Standard Prints | 5.00 |
| 3/03/17 | Standard Copies or Prints | 123.20 |
| 3/03/17 | Standard Copies or Prints | 0.10 |
| 3/03/17 | Standard Prints | 0.20 |
| 3/03/17 | Standard Prints | 1.60 |
| 3/06/17 | Standard Prints | 1.00 |
| 3/06/17 | Standard Prints | 0.40 |
| 3/06/17 | Standard Prints | 1.50 |
| 3/06/17 | Standard Prints | 104.30 |
| 3/06/17 | Standard Prints | 0.10 |
| 3/06/17 | Standard Prints | 2.80 |
| 3/07/17 | Standard Prints | 0.60 |
| 3/07/17 | Standard Prints | 0.30 |
| 3/07/17 | Standard Prints | 5.70 |
| 3/07/17 | Standard Prints | 5.90 |
| 3/07/17 | Standard Prints | 2.60 |
| 3/07/17 | Standard Prints | 1.40 |
| 3/07/17 | Standard Prints | 0.50 |
| 3/08/17 | Standard Prints | 0.30 |
| 3/09/17 | Standard Prints | 0.70 |
| 3/09/17 | Standard Prints | 0.70 |
| 3/09/17 | Standard Prints | 2.00 |
| 3/09/17 | Standard Prints | 0.20 |
| 3/10/17 | Standard Prints | 0.30 |
| 3/10/17 | Standard Prints | 0.40 |
| 3/10/17 | Standard Prints | 1.90 |
| 3/10/17 | Standard Prints | 0.90 |
| 3/10/17 | Standard Prints | 0.50 |
| 3/13/17 | Standard Prints | 0.40 |
| 3/13/17 | Standard Prints | 4.70 |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 3/14/17 | Standard Prints | 2.30 |
| 3/14/17 | Standard Prints | 0.50 |
| 3/14/17 | Standard Prints | 7.70 |
| 3/14/17 | Standard Prints | 1.40 |
| 3/15/17 | Standard Copies or Prints | 0.20 |
| 3/15/17 | Standard Prints | 2.10 |
| 3/16/17 | Standard Prints | 2.30 |
| 3/16/17 | Standard Prints | 0.10 |
| 3/16/17 | Standard Prints | 3.10 |
| 3/16/17 | Standard Prints | 39.30 |
| 3/17/17 | Standard Prints | 0.40 |
| 3/17/17 | Standard Prints | 12.90 |
| 3/20/17 | Standard Copies or Prints | 0.20 |
| 3/20/17 | Standard Prints | 4.40 |
| 3/20/17 | Standard Prints | 3.30 |
| 3/20/17 | Standard Prints | 3.40 |
| 3/21/17 | Standard Prints | 0.80 |
| 3/21/17 | Standard Prints | 0.10 |
| 3/22/17 | Standard Copies or Prints | 0.20 |
| 3/22/17 | Standard Prints | 0.80 |
| 3/22/17 | Standard Prints | 0.60 |
| 3/22/17 | Standard Prints | 0.60 |
| 3/22/17 | Standard Prints | 1.30 |
| 3/22/17 | Standard Prints | 4.80 |
| 3/23/17 | Standard Prints | 3.40 |
| 3/24/17 | Standard Prints | 1.10 |
| 3/27/17 | Standard Prints | 4.30 |
| 3/28/17 | Standard Copies or Prints | 0.20 |
| 3/28/17 | Standard Prints | 27.50 |
| 3/28/17 | Standard Prints | 0.90 |
| 3/29/17 | Standard Prints | 1.20 |
| 3/30/17 | Standard Copies or Prints | 0.60 |
| 3/30/17 | Standard Prints | 4.30 |
| 3/30/17 | Standard Prints | 9.10 |
| 3/30/17 | Standard Prints | 4.90 |
| 3/30/17 | Standard Prints | 5.10 |
| | **Total:** | **439.50** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|---|---|---|
| 3/02/17 | Color Prints | 1.50 |
| 3/02/17 | Color Prints | 1.80 |
| 3/06/17 | Color Prints | 0.90 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 4.20 |
| 3/07/17 | Color Prints | 9.60 |
| 3/07/17 | Color Prints | 5.40 |
| 3/07/17 | Color Prints | 0.60 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 0.30 |
| 3/07/17 | Color Prints | 0.30 |
| 3/08/17 | Color Prints | 61.50 |
| 3/08/17 | Color Prints | 4.50 |
| 3/13/17 | Color Prints | 0.60 |
| 3/13/17 | Color Prints | 0.30 |
| 3/13/17 | Color Prints | 0.30 |
| 3/14/17 | Color Prints | 0.30 |
| 3/16/17 | Color Prints | 10.80 |
| 3/16/17 | Color Prints | 12.00 |
| 3/21/17 | Color Prints | 24.30 |
| 3/22/17 | Color Prints | 0.60 |
| 3/22/17 | Color Prints | 0.30 |
| 3/22/17 | Color Prints | 2.10 |
| 3/22/17 | Color Prints | 36.00 |
| 3/24/17 | Color Prints | 0.30 |
| 3/30/17 | Color Copies or Prints | 0.60 |
| 3/30/17 | Color Prints | 0.90 |
| 3/30/17 | Color Prints | 0.30 |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

     **Total:**                           **183.30**

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Closing/Mini Books

| Date | Description | Amount |
|------|-------------|--------|
| 3/03/17 | Closing/Mini Books | 60.00 |
| | **Total:** | **60.00** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overnight Delivery

| Date | Description | Amount |
|------|-------------|-------:|
| 2/13/17 | Overnight Delivery, Fed Exp to:Aparna Yenamandra, WILMINGTON,DE from:Douglas Roth | 18.29 |
| 2/13/17 | Overnight Delivery, Fed Exp to:Will Thomas OR Dan White,WILMINGTON,DE from:Lucretia McGrath | 61.23 |
| 2/15/17 | Overnight Delivery, Fed Exp to:Lucretia McGrath, NEW YORK,NY from:Lucretia McGrath | 61.23 |
| 3/06/17 | E-FEDERAL EXPRESS - PO BOX 94515 (NT), Overnight Delivery, Shipping charges for package sent to San Antonio Shoe & Luggage Repair on 02/16/17. | 49.63 |
| 3/07/17 | Overnight Delivery, Fed Exp to:Andrew Dean, WILMINGTON,DE from:Lisa Cast | 7.97 |
| | **Total:** | **198.35** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Messenger Services

| Date | Description | Amount |
|------|-------------|--------|
| 3/05/17 | E-CROWN DELIVERY & LOGISTICS - PO BOX 76, MIDTOWN STATION (NT), Outside Messenger Service, Rush night courier delivery | 46.20 |
| | **Total:** | **46.20** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|------|-------------|-------:|
| 12/01/16 | Michael Esser, Lodging, Wilmington, DE 11/29/2016 to 12/01/2016, Hearing | 569.80 |
| 1/20/17 | Michael Esser, Lodging, New York, NY 01/17/2017 to 01/20/2017, Deposition preparation and depositions | 651.51 |
| 2/16/17 | Barack Echols, Lodging, Wilmington, DE 02/12/2017 to 02/16/2017, Attend confirmation hearing. | 1,139.60 |
| 2/17/17 | Mark McKane, Lodging, Wilmington, DE 02/12/2017 to 02/17/2017, Confirmation hearing | 1,424.50 |
| 2/17/17 | Michael Esser, Lodging, Wilmington, DE 02/11/2017 to 02/17/2017, Confirmation Hearing | 1,709.40 |
| | **Total:** | **5,494.81** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Airfare

| Date | Description | Amount |
|------|-------------|--------|
| 11/16/16 | Michael Esser, Airfare, Philadelphia, PA 11/28/2016 to 12/07/2016, Hearing, SFO to Philadelphia to SFO | 1,642.37 |
| 11/16/16 | Michael Esser, Agency Fee, Hearing | 58.00 |
| 11/22/16 | Michael Esser, Airfare, Philadelphia, PA 11/29/2016 to 12/02/2016, Hearing | (40.00) |
| 1/10/17 | Michael Esser, Agency Fee, Deposition preparation and depositions | 21.00 |
| 1/10/17 | Michael Esser, Airfare, Newark, NJ 01/17/2017 to 01/20/2017, Deposition preparation and depositions, SFO to Newark to SFO | 1,549.90 |
| 1/28/17 | Mark McKane, Airfare, Philadelphia, PA 02/12/2017 to 02/17/2017, Confirmation hearing, SFO to Philadelphia to SFO | 1,616.00 |
| 1/28/17 | Mark McKane, Agency Fee, Confirmation hearing | 21.00 |
| 2/02/17 | Mark McKane, Airfare, Denver, CO 02/17/2017 to 02/17/2017, Confirmation hearing | (362.90) |
| 2/04/17 | Michael Esser, Airfare, Philadelphia, PA 02/11/2017 to 02/17/2017, Confirmation Hearing, SFO to Philadelphia to SFO | 1,616.00 |
| 2/04/17 | Michael Esser, Agency Fee, Confirmation Hearing | 21.00 |
| 2/10/17 | Barack Echols, Airfare, Philadelphia, PA 02/12/2017 to 02/12/2017, Attend confirmation hearing. ORD to Philadelphia | 324.84 |
| 2/10/17 | Barack Echols, Agency Fee, Attend confirmation hearing. | 58.00 |
| 2/15/17 | Barack Echols, Airfare, Chicago 02/15/2017 to 02/15/2017, Attend confirmation hearing. Philadelphia Airport to ORD | 362.20 |
| | **Total:** | **6,887.41** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

### Description of Expenses

#### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 2257 Francisco St San Francisco  CA 94123  USA To 72 Domestic Terminals Departures Level  San Francisco  CA 94128  USA 01/17/17 | 72.24 |
| 1/31/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From Terminal 3  San Francisco  CA 94128  USA To 2266 Francisco St San Francisco  CA 94123  USA 01/20/17 | 72.24 |
| 1/31/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From 556 Vallejo St  San Francisco  CA 94133  USA To 110 Domestic Terminals Departures Level  San Francisco  CA 94128  USA 01/17/17 | 35.37 |
| 1/31/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From Terminal C Newark  NJ 07114  USA To 100-110 E 49th St  New York  NY 10017  USA 01/17/17 | 50.56 |
| 1/31/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From Terminal 3 San Francisco  CA 94128  USA To 99 Pollard Pl San Francisco  CA 94133  USA 01/20/17 | 38.23 |
| 1/31/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Sowa Justin To/From Airport From 444 Merritt Ave Oakland  CA 94610  USA To Terminal 2  San Francisco  CA 94128  USA 01/17/17 | 49.58 |
| 1/31/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Sowa Justin To/From Airport From Terminal 3  San Francisco  CA 94128  USA To 450 Merritt Ave Oakland  CA 94610  USA 01/20/17 | 52.89 |
| 2/10/17 | VITAL TRANSPORTATION INC, Passenger: ESSER MICHAEL, Transportation to/from airport, Date: 1/20/2017, 601 Lexington Ave to Newark Airport | 75.00 |
| 2/12/17 | Mark McKane, Transportation To/From Airport, Confirmation hearing, 178 6th Ave, SanFrancisco, Ca to SFO Airport | 68.80 |
| 2/17/17 | VITAL TRANSPORTATION INC, Passenger: YENAMANDRA APARNA,VENKATA, Transportation to/from airport, Date: 2/8/2017, New York, NY to LGA | 70.50 |
| 2/17/17 | VITAL TRANSPORTATION INC, Passenger: YENAMANDRA APARNA,VENKATA, Transportation to/from airport, Date: 2/10/2017, LGA Airport to New York, NY | 58.81 |
| 2/24/17 | VITAL TRANSPORTATION INC, Passenger: CHAIKIN REBECCA, | 100.00 |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | Transportation to/from airport, Date: 2/12/2017, 388 Bridge St to 11st, Wilmington, DE | |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 2240-2246 Francisco St  San Francisco  CA 94123  USA To 80 Domestic Terminals Departures Level  San Francisco  CA 94128  USA 02/11/17 | 72.24 |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From Terminal 3  San Francisco  CA 94128  USA To 2251 Francisco St San Francisco  CA 94123  USA 02/17/17 | 72.24 |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From 10 Domestic Terminals Departures Level  San Francisco  CA 94128 USA To 556 Vallejo St  San Francisco  CA 94133  USA 02/10/17 | 62.44 |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From 99 Pollard Pl  San Francisco  CA 94133  USA To 106 Domestic Terminals Departures Level  San Francisco  CA 94128  USA 02/12/17 | 36.01 |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From 41 DE-52 Wilmington  DE 19801  USA To 200-234 E Front St Wilmington  DE 19801  USA 02/17/17 | 6.04 |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From Terminal 3 San Francisco  CA 94128  USA To 552 Vallejo St San Francisco  CA 94133  USA 02/21/17 | 57.78 |
| 3/03/17 | VITAL TRANSPORTATION INC, Passenger: VENTER PATRICK, Transportation to/from airport, Date: 2/17/2017 | 100.00 |
| | **Total:** | **1,150.97** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|------|-------------|-------:|
| 11/29/16 | Michael Esser, Travel Meals, Wilmington, DE Hearing (1) Lunch | 6.00 |
| 11/30/16 | Michael Esser, Travel Meals, Wilmington, DE Hearing (1) Breakfast | 25.20 |
| 11/30/16 | Michael Esser, Travel Meals, Wilmington, DE Hearing (1) Breakfast | 6.00 |
| 11/30/16 | Michael Esser, Travel Meals, Wilmington, DE Hearing Jonathan Ganter, Justin Sowa, Anna Terteryan (4) Dinner | 160.00 |
| 12/01/16 | Michael Esser, Travel Meals, Wilmington, DE Hearing (1) Breakfast | 27.20 |
| 12/01/16 | Michael Esser, Travel Meals, Philadelphia, PA Hearing Anna Terteryan (2) Dinner | 76.47 |
| 1/17/17 | Michael Esser, Travel Meals, New York, NY Deposition preparation and depositions (1) Breakfast | 10.89 |
| 1/17/17 | Michael Esser, Travel Meals, New York, NY Deposition preparation and depositions (1) Lunch | 10.89 |
| 1/17/17 | Michael Esser, Travel Meals, New York, NY Deposition preparation and depositions (1) Dinner | 39.20 |
| 1/18/17 | Michael Esser, Travel Meals, New York, NY Deposition preparation and depositions (1) Breakfast | 16.33 |
| 1/19/17 | Michael Esser, Travel Meals, New York, NY Deposition preparation and depositions (1) Breakfast | 10.89 |
| 2/11/17 | Michael Esser, Travel Meals, Wilmington, DE Confirmation Hearing Mark Menzies (2) Dinner | 66.00 |
| 2/12/17 | Mark McKane, Travel Meals, San Francisco, CA Confirmation hearing (1) Breakfast | 15.34 |
| 2/12/17 | Michael Esser, Travel Meals, Wilmington, DE Confirmation Hearing (1) Breakfast | 24.20 |
| 2/12/17 | Michael Esser, Travel Meals, Wilmington, DE Confirmation Hearing (1) Dinner | 5.00 |
| 2/12/17 | Michael Esser, Travel Meals, Wilmington, DE Confirmation Hearing (1) Breakfast | 4.00 |
| 2/12/17 | Michael Esser, Travel Meals, Wilmington, DE Confirmation Hearing (1) Lunch | 6.00 |
| 2/12/17 | Michael Esser, Travel Meals, Wilmington, DE Confirmation Hearing (1) Lunch | 6.00 |
| 2/13/17 | Mark McKane, Travel Meals, Wilmington, DE Confirmation hearing Paul Keglevic-EFH, Tony Horton-EFH, Andrew Wright-EFH, Marc Kieselstein, Chad Husnick (2) Dinner | 80.00 |
| 2/14/17 | Michael Esser, Travel Meals, Wilmington, DE Confirmation Hearing Jonathan Ganter, Aparna Yenamandra, Justin Sowa, Anna Terteryan, McClain Thompson (6) Dinner | 69.00 |
| 2/16/17 | Mark McKane, Travel Meals, Wilmington, DE Confirmation hearing Michael | 157.00 |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | Esser, Jonathan Ganter, Justin Sowa, Anna Terteryan (5) Dinner | |
| 2/16/17 | Mark McKane, Travel Meals, Wilmington, DE Confirmation hearing Andrew Wright-EFH, Bryan Stephany, Jonathan Ganter, Justin Sowa, Anna Terteryan (6) Dinner | 102.00 |
| 2/16/17 | Michael Esser, Travel Meals, Wilmington, DE Confirmation Hearing (1) Breakfast | 3.00 |
| 2/16/17 | Michael Esser, Travel Meals, Wilmington, DE Confirmation Hearing (1) Breakfast | 4.00 |
| 2/17/17 | Mark McKane, Travel Meals, Wilmington, DE Confirmation hearing Andrew Wright-EFH, Jonathan Ganter, Michael Esser, Justin Sowa, Anna Terteryan (6) Lunch | 191.50 |
| 2/17/17 | Michael Esser, Travel Meals, Wilmington, DE Confirmation Hearing (1) Breakfast | 1.75 |
| | **Total:** | **1,123.86** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 2/15/17 | Michael Esser, Hotel - Valet/Laundry, Confirmation Hearing | 29.75 |
| 3/17/17 | Bryan Stephany, Toll, Tolls | 11.45 |
| | **Total:** | **41.20** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|---|---|---|
| 3/06/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Certified & Electronic Transcripts | 123.76 |
| | **Total:** | **123.76** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|-------:|
| 3/02/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2017, Robert Orren | 8.00 |
| 3/05/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2017, Aparna Yenamandra | 8.00 |
| 3/06/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2017, Robert Orren | 32.00 |
| 3/08/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2017, Robert Orren | 20.00 |
| 3/08/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2017, Aparna Yenamandra | 8.00 |
| 3/10/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2017, Robert Orren | 347.00 |
| 3/15/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2017, Robert Orren | 104.00 |
| 3/24/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2017, Robert Orren | 5.00 |
| 3/27/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 03/2017, Robert Orren | 83.00 |
| | **Total:** | **615.00** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

<u>**Description of Expenses**</u>

<u>**Overtime Transportation**</u>

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 1/30/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.24 |
| 1/31/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From 425 Pine St San Francisco  CA 94104  USA To 3456 Scott St San Francisco CA 94123  USA 01/23/17 | 31.14 |
| 1/31/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Menzies Mark Overtime Transportation From 221 Sansome St San Francisco  CA 94104  USA To 1937 McAllister St San Francisco  CA 94115  USA 01/12/17 | 9.67 |
| 2/03/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.85 |
| 2/04/17 | Patrick Venter, Taxi, OT Cab Fare (Saturday) | 10.56 |
| 2/07/17 | Rebecca Chaikin, Taxi, Overtime taxi after midnight on 2/6. | 33.50 |
| 2/07/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 7.85 |
| 2/09/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.89 |
| 2/10/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 31.62 |
| 2/21/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.88 |
| 2/24/17 | Rebecca Chaikin, Taxi, Overtime taxi after midnight on 2/23. | 7.88 |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Menzies Mark Overtime Transportation From 555-599 California St  San Francisco  CA 94104  USA To 1950 McAllister St  San Francisco  CA 94115  USA 01/31/17 | 9.28 |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Menzies Mark Overtime Transportation From 555 California Street  San Francisco  CA 94104  USA To 1957 McAllister St  San Francisco  CA 94115  USA 02/01/17 | 9.98 |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Menzies Mark Overtime Transportation From 400-448 Pine St San Francisco  CA 94104  USA To 1950 McAllister St San Francisco  CA 94115  USA 02/03/17 | 8.82 |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Menzies Mark Overtime Transportation From 435 Pine St San Francisco  CA 94104  USA To 1923 McAllister St San Francisco  CA 94115  USA 02/07/17 | 8.44 |
| 2/28/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Menzies Mark Overtime Transportation From 555 California Street  San Francisco  CA 94104  USA To 1944-1946 McAllister St  San Francisco  CA 94115  USA 02/09/17 | 8.27 |
| 3/03/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 42.39 |
| 3/06/17 | Patrick Venter, Taxi, OT Cab Fare (worked 3/7 and left KE office 3/8 @ 2:28 | 10.56 |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---|
| | AM) | |
| 3/07/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 9.10 |
| 3/08/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 45.99 |
| 3/21/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 30.96 |
| | **Total:** | **446.87** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|-------:|
| 3/06/17 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 3/6/2017 | 20.00 |
| 3/07/17 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 3/7/2017 | 20.00 |
| 3/13/17 | SEAMLESS NORTH AMERICA LLC, Anthony Sexton, Overtime Meals - Attorney, 3/13/2017 | 20.00 |
| 3/17/17 | SEAMLESS NORTH AMERICA LLC, Matthew Smart, Overtime Meals - Attorney, 3/17/2017 | 20.00 |
| | **Total:** | **80.00** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Rental Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 3/02/17 | E-AQUIPT INC - PO BOX 37849 (TP), Rental Expenses RENTAL EXPENSES | 3,135.17 |
| 3/02/17 | E-AQUIPT INC - PO BOX 37849 (TP), Rental Expenses RENTAL EXPENSES | 3,135.17 |
| 3/02/17 | E-AQUIPT INC - PO BOX 37849 (TP), Rental Expenses RENTAL EXPENSE CREDIT | (1,987.29) |
| | **Total:** | **4,283.05** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Cash Credits**

| Date | Description | Amount |
|------|-------------|--------|
| 3/06/17 | Cash Credits E I DUPONT DE NEMOURS & COUNTRY CLUB REFUND INV KE021217 | (15,726.50) |
| | **Total:** | **(15,726.50)** |

    **TOTAL EXPENSES**     **5,852.34**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

April 27, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5087937**
**Client Matter: 14356-111**

**In the matter of    [EFIH] Expenses**

For legal services rendered through March 31, 2017
(see attached Description of Legal Services for detail)                        $ .00

For expenses incurred through March 31, 2017
(see attached Description of Expenses for detail)                             $ 2.80

Total legal services rendered and expenses incurred                          $ 2.80

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## **Description of Expenses**

| **Description** | **Amount** |
| --- | --- |
| Standard Copies or Prints | .10 |
| Color Copies or Prints | 2.70 |
| | |
| TOTAL EXPENSES | $ 2.80 |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 3/22/17 | Standard Prints | 0.10 |
| | **Total:** | **0.10** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 3/22/17 | Color Prints | 2.40 |
| 3/22/17 | Color Prints | 0.30 |
| | **Total:** | **2.70** |

| | | |
|------|-------------|-------:|
| | **TOTAL EXPENSES** | **2.80** |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

April 27, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Andy Wright

**Invoice Number:  5087938**
**Client Matter: 14356-112**

---

**In the matter of    [EFH] Expenses**


For legal services rendered through March 31, 2017
(see attached Description of Legal Services for detail)                          $ .00


For expenses incurred through March 31, 2017
(see attached Description of Expenses for detail)                          $ 256.10

Total legal services rendered and expenses incurred                          $ 256.10


Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

| **Description** | **Amount** |
| --- | ---: |
| Standard Copies or Prints | 158.60 |
| Color Copies or Prints | 97.50 |
| | |
| TOTAL EXPENSES | $ 256.10 |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
   112 - [EFH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 3/02/17 | Standard Prints | 0.30 |
| 3/03/17 | Standard Prints | 3.20 |
| 3/03/17 | Standard Prints | 10.00 |
| 3/03/17 | Standard Prints | 1.80 |
| 3/06/17 | Standard Prints | 1.80 |
| 3/06/17 | Standard Prints | 0.60 |
| 3/06/17 | Standard Prints | 2.10 |
| 3/06/17 | Standard Prints | 1.00 |
| 3/07/17 | Standard Copies or Prints | 28.80 |
| 3/07/17 | Standard Prints | 44.00 |
| 3/07/17 | Standard Prints | 0.80 |
| 3/08/17 | Standard Prints | 1.10 |
| 3/08/17 | Standard Prints | 5.60 |
| 3/09/17 | Standard Prints | 2.00 |
| 3/16/17 | Standard Prints | 0.70 |
| 3/21/17 | Standard Prints | 7.80 |
| 3/24/17 | Standard Prints | 30.00 |
| 3/27/17 | Standard Prints | 4.20 |
| 3/28/17 | Standard Prints | 12.70 |
| 3/30/17 | Standard Prints | 0.10 |
| | **Total:** | **158.60** |

Legal Services for the Period Ending March 31, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

### Description of Expenses

**Color Copies or Prints**

| Date | Description | Amount |
|------|-------------|-------:|
| 3/03/17 | Color Prints | 1.80 |
| 3/03/17 | Color Prints | 3.30 |
| 3/03/17 | Color Prints | 12.00 |
| 3/06/17 | Color Prints | 3.00 |
| 3/06/17 | Color Prints | 20.10 |
| 3/06/17 | Color Prints | 1.50 |
| 3/06/17 | Color Prints | 2.10 |
| 3/21/17 | Color Prints | 43.50 |
| 3/23/17 | Color Prints | 1.80 |
| 3/24/17 | Color Prints | 3.90 |
| 3/28/17 | Color Prints | 4.50 |
| | **Total:** | **97.50** |

**TOTAL EXPENSES**                                          256.10