# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 10.2 | $8,415.00 |
| Mark A. Kurtz | Director | 2005 | Bankruptcy | $600 | 14.1 | $8,460.00 |
| Stanford L. Stevenson III | Director | 1995 | Bankruptcy | $595 | 0.3 | $178.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 114.0 | $65,550.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 19.8 | $8,118.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $385 | 5.0 | $1,925.00 |
| Christopher Harrelson | Associate | 2016 | Bankruptcy | $320 | 20.6 | $6,592.00 |
| **Total** | | | | | **184.0** | **$99,238.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $250 | 65.0 | $16,250.00 |
| M. Lynzy McGee | Paralegal | 2 | Bankruptcy | $250 | 0.5 | $125.00 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 18.5 | $2,497.50 |
| **Total** | | | | | **84.0** | **$18,872.50** |
| | | | | **Total Fees** | | **$118,111.00** |