# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $349.58 |
| Conference Calling | $55.61 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $237.54 |
| Electronic Legal Research | $41.94 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $20.75 |
| Long distance Telephone Charges | $23.65 |
| Messenger and Delivery Service | $209.55 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $1,247.37 |
| Photocopying/Printing | $349.14 |
| Postage | $7.09 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$2,542.22** |

## EFIH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $0.00 |
| Business Meals | $75.81 |
| Conference Calling | $12.06 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $51.52 |
| Electronic Legal Research | $9.09 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $4.50 |
| Long distance Telephone Charges | $5.13 |
| Messenger and Delivery Service | $45.45 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $270.51 |
| Photocopying/Printing | $75.72 |
| Postage | $1.54 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$551.33** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $416.98 |
| Conference Calling | $66.33 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $283.34 |
| Electronic Legal Research | $50.02 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $24.75 |
| Long distance Telephone Charges | $28.21 |
| Messenger and Delivery Service | $249.95 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $1,487.82 |
| Photocopying/Printing | $416.44 |
| Postage | $8.45 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$3,032.29** |