# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 2/13/2017 | Movable Feast | Dinner | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with E-Side confirmation hearing | $26.97 | $809.25 |
| 3/2/2017 | Washington Street Ale | Dinner | 1 | Working meal for RL&F team member (paralegal) in connection with after-hours preparation and filing of motion to approve Fidelity substantial contribution claim and Stephany declaration in support of same | $23.44 | $23.44 |
| 3/7/2017 | Dimeo's Pizzaiuoli | Dinner | 1 | Working meal for RL&F team member (paralegal) in connection with after-hours preparation for filing of motion to extend claims objection deadline | $9.68 | $9.68 |
| **TOTALS** | | | | | | $842.37 |