# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - EFH & EFIH*
*Summary of Time Detail by Task*
*January 1, 2017 through January 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.8 | $520.00 |
| Claims | 15.1 | $6,635.00 |
| Court | 1.0 | $975.00 |
| Fee Applications | 5.8 | $2,090.00 |
| Liquidation Analysis | 33.4 | $15,132.50 |
| UST Reporting Requirements | 6.9 | $3,967.50 |
| **Total** | **63.0** | **$29,320.00** |

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*January 1, 2017 through January 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.80 | $520.00 |
| Claims | 7.95 | $3,577.50 |
| Court | 0.50 | $487.50 |
| Fee Applications | 2.90 | $1,045.00 |
| Liquidation Analysis | 16.70 | $7,566.25 |
| UST Reporting Requirements | 3.45 | $1,983.75 |
| *Total* | **32.30** | **$15,180.00** |

*Exhibit A*

**EFIH**
*Summary of Time Detail by Task*
*January 1, 2017 through January 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Claims | 7.15 | $3,057.50 |
| Court | 0.50 | $487.50 |
| Fee Applications | 2.90 | $1,045.00 |
| Liquidation Analysis | 16.70 | $7,566.25 |
| UST Reporting Requirements | 3.45 | $1,983.75 |
| **Total** | **30.70** | **$14,140.00** |