# EXHIBIT B

## Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - EFH & EFIH**
**Summary of Time Detail by Professional**
**January 1, 2017 through January 31, 2017**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 1.0 | $975.00 |
| John Stuart | Managing Director | $800.00 | 2.5 | $2,000.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 3.1 | $2,015.00 |
| Matt Frank | Senior Director | $650.00 | 0.8 | $520.00 |
| Kevin Sullivan | Director | $575.00 | 6.9 | $3,967.50 |
| Peyton Heath | Associate | $425.00 | 30.9 | $13,132.50 |
| Rich Carter | Consultant | $475.00 | 0.8 | $380.00 |
| Michael Williams | Consultant | $400.00 | 12.3 | $4,920.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 4.7 | $1,410.00 |
| | | **Total** | **63.0** | **$29,320.00** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### January 1, 2017 through January 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 0.50 | $487.50 |
| John Stuart | Managing Director | $800.00 | 1.25 | $1,000.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 1.95 | $1,267.50 |
| Matt Frank | Senior Director | $650.00 | 0.80 | $520.00 |
| Kevin Sullivan | Director | $575.00 | 3.45 | $1,983.75 |
| Rich Carter | Consultant | $475.00 | 0.40 | $190.00 |
| Peyton Heath | Associate | $425.00 | 15.45 | $6,566.25 |
| Michael Williams | Consultant | $400.00 | 6.15 | $2,460.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 2.35 | $705.00 |
| | | *Total* | 32.30 | $15,180.00 |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### January 1, 2017 through January 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 0.50 | $487.50 |
| John Stuart | Managing Director | $800.00 | 1.25 | $1,000.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 1.15 | $747.50 |
| Kevin Sullivan | Director | $575.00 | 3.45 | $1,983.75 |
| Rich Carter | Consultant | $475.00 | 0.40 | $190.00 |
| Peyton Heath | Associate | $425.00 | 15.45 | $6,566.25 |
| Michael Williams | Consultant | $400.00 | 6.15 | $2,460.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 2.35 | $705.00 |
| | | *Total* | **30.70** | **$14,140.00** |