# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*January 1, 2017 through January 31, 2017*

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $708.40 |
| Lodging | $477.68 |
| Transportation | $233.37 |
| **Total** | **$1,419.45** |

*Exhibit C*

## EFH
### Summary of Expense Detail by Category
### January 1, 2017 through January 31, 2017

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $363.20 |
| Lodging | $244.91 |
| Transportation | $119.65 |
| **Total** | **$727.76** |

*Exhibit C*

### *EFIH*
### *Summary of Expense Detail by Category*
### *January 1, 2017 through January 31, 2017*

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $345.20 |
| Lodging | $232.77 |
| Transportation | $113.72 |
| ***Total*** | **$691.69** |