# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## January 1, 2017 through January 31, 2017

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 1/18/2017 | $708.40 | Airfare roundtrip coach Dallas/New York. |
| **Expense Category Total** | | **$708.40** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 1/18/2017 | $477.68 | Hotel in New York - 1 night. |
| **Expense Category Total** | | **$477.68** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 1/18/2017 | $72.00 | Taxi from LaGuardia to counsel. |
| John Stuart | 1/18/2017 | $15.00 | Taxi in New York. |
| John Stuart | 1/19/2017 | $76.94 | Parking at Dallas Airport. |
| John Stuart | 1/19/2017 | $69.43 | Taxi to LaGuardia. |
| **Expense Category Total** | | **$233.37** | |
| *Grand Total* | | **$1,419.45** | |