# EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS<br>2/01 – 2/28/2017 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 13.0 |
| Raoul Nowitz | Managing Director | 95.5 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 30.5 |
| TOTALS | | 142.0 |