# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
|  | ) ) | **Re: D.I. 11216** |

**DECLARATION OF ANTHONY R. HORTON, CHIEF FINANCIAL OFFICER, EXECUTIVE VICE PRESIDENT, AND TREASURER OF EFH CORP. AND EFIH, IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR AN ORDER AUTHORIZING ENTRY INTO AND PERFORMANCE UNDER THE STIPULATION BETWEEN ENERGY FUTURE HOLDINGS CORP. AND CITIGROUP FINANCIAL PRODUCTS INC.**

Pursuant to 28 U.S.C. § 1746, I, Anthony R. Horton, declare as follows:

1.  I am over the age of 18 and duly authorized to execute this declaration (this "Declaration") on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et al., for an Order Authorizing Entry into and Performance Under the Stipulation Between Energy Future Holdings Cop. and Citigroup Financial Products Inc.* [D.I. 11216] (the "Motion"),[2] filed contemporaneously herewith.

2.  I am the Chief Financial Officer, Executive Vice President, and Treasurer of EFH Corporate Services Company ("EFH Corp.") and Energy Future Intermediate Holding Company LLC ("EFIH"). I received a B.B.A. with a concentration in management and economics and a master's degree in accounting and finance from the University of Texas in Arlington. I am a

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used herein have the meaning given to them in the Motion.

Certified Public Accountant, Certified Management Accountant, Certified Financial Manager and a Chartered Financial Analyst. I am a member in good standing with the Institute of Management Accountants as well as the Association of Investment Management and Research. I have been employed by EFIH, EFH Corp. and their predecessors for 30 years. I have served as the Senior Vice President, Treasurer, and Assistant Secretary of EFH Corp. since 2004. In such capacities, I have worked on numerous financing transactions on behalf of the Debtors, including capital markets transactions and credit facility financings, and I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records.

3. The facts in this Declaration are based on my personal knowledge and review of information and my experience with the Debtors' operations and transactions. If called to testify, I would testify to the facts set forth herein.

4. EFH and Citibank, N.A. entered into one or more transactions that were governed by an ISDA Master Agreement, dated as of February 18, 2005 (as subsequently amended or supplemented and together with any schedules, exhibits, and annexes thereto, the "<u>Master Agreement</u>" and together with any confirmations issued pursuant thereto, collectively, the "<u>Hedging Agreements</u>").

5. On April 29, 2014, Citibank, N.A. delivered a notice to EFH terminating all outstanding transactions under the Hedging Agreements and designating May 1, 2014 as the date on which all outstanding transactions under the Hedging Agreements would be terminated.

6. Citibank, N.A. subsequently delivered a statement pursuant to the Hedging Agreements containing its calculation of the termination amount asserted to be due and payable under the Hedging Agreements.

7. On September 3, 2014, Citibank, N.A. timely filed a proof of claim designated as claim number 4112 in respect of its claim against EFH arising under the Hedging Agreements in the amount of $8,246,500.00 plus interest, fees, costs and expenses (the "Filed Claim").

8. As reflected in that certain Notice of Transfer of Claim filed on the docket with the Court on December 5, 2014 [D.I. 2952], the Filed Claim was transferred from Citibank, N.A. to Citi.

9. Pursuant to the Stipulation, the Parties seek to settle any claims Citi may have against the Debtors arising under the Hedging Agreements, including the Filed Claim, and to agree to all other terms and provisions contained therein.

10. The Parties negotiated the Stipulation as a global resolution of any outstanding issues arising under the terminated Hedging Agreements. The Stipulation provides Citi shall receive, on account of the Filed Claim, the Agreed Claim in the amount of $8,101,850.00, as well as mutual releases between the Parties. Payment of the Agreed Claim shall be in full and final satisfaction of the Filed Claim.

11. I believe that the resolution and compromise memorialized in the Stipulation will benefit the Debtors, their estates, and their creditors by efficiently resolving all claims arising from the terminated Hedging Agreements, minimizing the uncertainties surrounding the claims arising under the terminated Hedging Agreements, and maximizing and preserving value for the Debtors' estates.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 8, 2017
       Dallas, Texas                      */s/ Anthony R. Horton*
                                          Anthony R. Horton
                                          Chief Financial Officer, Executive Vice President, and Treasurer, EFH Corp. and EFIH

4

rlf1 17525549v.1