IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) Case No. 14-10979 (CSS) |
| CORP., *et al.*[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) **Reference Docket No. 11150** |
| | ) |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 11150

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Fifth Interim Fee Application of Phillips, Goldman, McLaughlin & Hall, P.A. f/k/a Phillips, Goldman & Spence, PA. as Counsel to the Fee Committee Seeking Compensation and Reimbursement of Expenses for the Period of January 1, 2016 through April 27, 2016 and the Final Fee Application for the Period September 1, 2014 through April 27, 2016* (the "Application"), filed with the Court on April 12, 2017, and entered on the Court's docket as Docket No. 11150. The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than May 3, 2017.

WHEREFORE, the undersigned respectfully requests the Court enter a final order authorizing and directing the Debtors to pay the amounts requested in the Application.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

Date:   May 9, 2017

PHILLIPS, GOLDMAN, MCLAUGHLIN
& HALL, P.A.

*[signature]*

Lisa C. McLaughlin, Esquire (DE#3113)
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200
Facsimile (302) 655-4200
lcm@pgmhlaw.com
*Former Delaware Counsel to the Fee Committee*