# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No.: 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership (collectively, "Elliott"), hereby appear by their counsel, Ropes & Gray LLP ("Ropes & Gray") and Bayard, P.A. ("Bayard"). Ropes & Gray and Bayard hereby request that the undersigned attorneys be added to the official mailing matrix and service lists in these cases. Elliott requests, pursuant to Bankruptcy Rules 2002, 2017, and 9007 and section 1109(a) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03058775v1}

proceeding, be given and served upon Elliott through service upon Ropes & Gray and Bayard, at the addresses, emails, and/or facsimile numbers set forth below:

| ROPES & GRAY LLP | BAYARD, P.A. |
|---|---|
| Keith H. Wofford, Esquire | Scott D. Cousins, Esquire |
| Gregg M. Galardi, Esquire | Erin R. Fay, Esquire |
| D. Ross Martin, Esquire | Evan T. Miller, Esquire |
| Jonathan M. Agudelo, Esquire | 222 Delaware Avenue, Suite 900 |
| 1211 Avenue of the Americas | Wilmington, Delaware 19801 |
| New York, NY 10036-8704 | Telephone: (302) 655-5000 |
| Telephone: (212) 596-9000 | Facsimile: (302) 658-6395 |
| Facsimile: (212) 596-9090 | Email: scousins@bayardlaw.com |
| Email: Keith.Wofford@ropesgray.com | efay@bayardlaw.com |
| Gregg.Galardi@ropesgray.com | emiller@bayardlaw.com |
| Ross.Martin@ropesgray.com | |
| Jonathan.Agudelo@ropesgray.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, and answering or reply papers filed in these cases, whether written or oral, formal or informal, and whether served, transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Elliott's: (1) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) right to have the United States District Court withdraw the reference in

any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which Elliott is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

| | |
|---|---|
| Dated:  May 11, 2017<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware  19801<br>Phone: (302) 655-5000<br>Email: scousins@bayardlaw.com<br>            efay@bayardlaw.com<br>            emiller@bayardlaw.com<br><br>-and-<br><br>ROPES & GRAY LLP<br>Keith H. Wofford, Esquire<br>Gregg M. Galardi, Esquire<br>D. Ross Martin, Esquire<br>Jonathan M. Agudelo, Esquire<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email: Keith.Wofford@ropesgray.com<br>            Gregg.Galardi@ropesgray.com<br>            Ross.Martin@ropesgray.com<br>            Jonathan.Agudelo@ropesgray.com<br><br>*Counsel to Elliott Associates, L.P.,*<br>*Elliott International, L.P. and*<br>*The Liverpool Limited Partnership* |