# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al*,<br><br>  Debtors. | Chapter 11<br><br>Case No.: 14-10979 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of D. Ross Martin, Esquire of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036, to represent Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership in the above-captioned cases.

Dated: May 11, 2017  
  Wilmington, Delaware

*/s/ Scott D. Cousins*  
Scott D. Cousins (No. 3079)  
BAYARD, P.A.  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware  19801

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ D. Ross Martin*  
D. Ross Martin, Esquire  
ROPES & GRAY LLP  
1211 Avenue of the Americas  
New York, NY 10036-8704

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

{BAY:03059456v1}