## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| *Debtors.* | (Jointly Administered) |
| ELLIOTT ASSOCIATES, L.P., *et al.*, *Plaintiffs*, v. ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, *et al.*, *Defendants.* | Adversary Proceeding No. 17-50479 |

### ORDER SETTING STATUS CONFERENCE
### PURSUANT TO SECTION 105(d) OF THE BANKRUPTCY CODE

Upon the motion (the "Motion")[2] of Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership (collectively, "Elliott"), for entry of an order scheduling a status conference pursuant to section 105(d) of the Bankruptcy Code; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and good cause appearing for the relief sought in the Motion, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Court shall hold a *telephonic* status conference regarding the adversary proceeding and Preliminary Injunction Motion on *May 12*, 2017 at *3:30 p.m.* (ET); and it is further

---

[2] Undefined capitalized terms used herein shall have the meanings set forth in the Motion.

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____May 11_____, 2017

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2

{BAY:03060260v1}