# Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed | Fees Billed in this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $95,402.50 | 0 | 123.1 | 775 | $95,402.50 |
| Zachary I. Shapiro | Counsel | Bankruptcy | 2008 | $3,049.50 | 0 | 5.7 | 535 | $3,049.50 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $321,200.00 | 0 | 584.0 | 550 | $321,200.00 |
| Marisa A. Terranova Fissel | Associate | Bankruptcy | 2009 | $3,672.00 | 0 | 7.2 | 510 | $3,672.00 |
| Joseph C. Barsalona II | Associate | Bankruptcy | 2014 | $74,412.00 | 0 | 206.7 | 360 | $74,412.00 |
| Andrew M. Dean | Associate | Bankruptcy | 2015 | $16,431.50 | 0 | 55.7 | 295 | $16,431.50 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $76,296.00 | 0 | 317.9 | 240 | $76,296.00 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 15 | $1,800.00 | 0 | 7.5 | 240 | $1,800.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $12,456.00 | 0 | 51.9 | 240 | $12,456.00 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 2 | $2,904.00 | 0 | 12.1 | 240 | $2,904.00 |
| Cynthia M. McMenamin | Paralegal | Bankruptcy | 2 | $3,192.00 | 0 | 13.3 | 240 | $3,192.00 |
| M. Lynzy McGee | Paralegal | Bankruptcy | 1 | $9,048.00 | 0 | 37.7 | 240 | $9,048.00 |
| Lesley Morris | CMA | Bankruptcy | 2 | $13.00 | 0 | 0.1 | 130 | $13.00 |
| Tesia S. Smith | CMA | Bankruptcy | 1 | $7,267.00 | 0 | 55.9 | 130 | $7,267.00 |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $2,640.00 | 0 | 11.0 | 240 | $2,640.00 |
| Daniel D. White, III | Technical/Trial Support | Litigation | 11 | $7,497.00 | 0 | 29.4 | 255 | $7,497.00 |
| Total | | | | $637,280.50 | | 1,519.2 | | $637,280.50 |

**TOTAL FEES** $637,280.50