# Exhibit F

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $67.50 |
| Business Meals | | | $25,920.93 |
| Conference Calling | | | $3,324.00 |
| Court Reporter | | | $391.20 |
| Document Retrieval | | $.10/pg. | $2,917.20 |
| Electronic Legal Research | | | $298.05 |
| Equipment Rental | | | -$1,648.69 |
| Filing/Court Fee | | | $754.00 |
| Long distance telephone charges | | | $945.19 |
| Messenger and delivery service | | | $3,177.69 |
| Overtime | | | $5,994.17 |
| Photocopying/Printing - outside vendor | | | $5,674.75 |
| Photocopying/Printing | | $.10/pg. | $16,224.70 |
| Postage | | | $148.10 |
| Travel Expense | | | $481.20 |
| **TOTAL** | | | **$64,669.99** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

RLF1 17123938v.1