# Exhibit G

## Summary of Fees and Expenses by Matter for the Fee Period

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 163.6 | 180.0 | $44,460.50 | $48,907.00 |
| 180326B | [ALL] Creditor Inquiries | 5.0 | 5.5 | $2,156.00 | $2,372.00 |
| 180326C | [ALL] Meetings | 7.6 | 8.4 | $4,877.50 | $5,365.50 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 5.8 | 6.4 | $2,570.00 | $2,827.00 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 87.2 | 96.0 | $40,647.50 | $44,712.00 |
| 180326G | [ALL] Use, Sale of Assets | 8.3 | 9.5 | $3,740.00 | $4,114.00 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [ALL] Claims Administration | 51.8 | 57.0 | $19,286.50 | $21,215.50 |
| 180326J | [ALL] Court Hearings | 103.6 | 114.0 | $42,716.50 | $46,988.50 |
| 180326K | [ALL] General Corporate/Real Estate | 3.2 | 3.5 | $1,475.00 | $1,622.50 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 8.9 | 9.8 | $3,349.00 | $3,684.00 |
| 180326M | [ALL] Employee Issues | 7.1 | 7.8 | $3,066.50 | $3,373.00 |
| 180326N | [ALL] Environmental | 4.4 | 4.9 | $2,060.00 | $2,266.00 |
| 180326O | [ALL] Tax Issues | 4.8 | 5.3 | $1,772.00 | $1,949.00 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 87.0 | 95.7 | $39,652.50 | $43,617.00 |
| 180326Q-1 | [ALL] RL&F Retention | 0.3 | 1.0 | $96.00 | $775.00 |
| 180326Q-2 | [ALL] Retention of Others | 17.0 | 18.7 | $7,459.00 | $8,205.00 |
| 180326R-1 | [ALL] RL&F Fee Applications | 34.6 | 38.0 | $15,025.50 | $16,528.50 |
| 180326R-2 | [ALL] Fee Applications of Others | 118.1 | 130.0 | $48,516.50 | $53,368.50 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [TCEH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [TCEH] Creditor Inquiries | 0.9 | 1.0 | $324.00 | $775.00 |
| 180326C | [TCEH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [TCEH] Executory Contracts/Unexpired Leases | 8.6 | 10.0 | $4,165.00 | $4,581.50 |
| 180326E | [TCEH] Automatic | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| | Stay/Adequate Protection | | | | |
| 180326F | [TCEH] Plan of Reorganization/Disclosure Statement | 180.9 | 199.0 | $74,800.00 | $82,280.00 |
| 180326G | [TCEH] Use, Sale of Assets | 10.0 | 11.0 | $4,156.00 | $4,571.50 |
| 180326H | [TCEH] Cash Collateral/DIP Financing | 25.7 | 29.0 | $12,000.00 | $13,200.00 |
| 180326I | [TCEH] Claims Administration | 10.9 | 12.0 | $5,557.00 | $6,113.00 |
| 180326J | [TCEH] Court Hearings | 347.3 | 382.0 | $144,223.00 | $158,645.00 |
| 180326K | [TCEH] General Corporate/Real Estate | 0.9 | 1.0 | $457.00 | $775.00 |
| 180326L | [TCEH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [TCEH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [TCEH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [TCEH] Tax Issues | 2.8 | 3.0 | $1,354.00 | $1,490.00 |
| 180326P | [TCEH] Litigation/Adversary Proceedings | 56.4 | 62.0 | $30,995.50 | $34,095.00 |
| 180326Q-1 | [TCEH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [TCEH] Retention of Others | 0.3 | 1.0 | $165.00 | $775.00 |
| 180326R-1 | [TCEH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [TCEH] Fee Applications of Others | 2.4 | 2.7 | $1,165.00 | $1,281.50 |
| 180326S | [TCEH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [TCEH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [TCEH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [TCEH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [EFIH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFIH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 5.0 | 5.5 | $2,843.00 | $3,127.50 |
| 180326G | [EFIH] Use, Sale of Assets | 1.8 | 2.0 | $969.00 | $1,066.00 |

RLF1 17123938v.1

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326H | [EFIH] Cash Collateral/DIP Financing | 0.5 | 1.0 | $244.00 | $775.00 |
| 180326I | [EFIH] Claims Administration | 0.2 | 1.0 | $48.00 | $775.00 |
| 180326J | [EFIH] Court Hearings | 0.1 | 1.0 | $55.00 | $775.00 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 55.9 | 61.5 | $25,493.00 | $28,042.50 |
| 180326Q-1 | [EFIH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.4 | 1.0 | $220.00 | $775.00 |
| 180326R-1 | [EFIH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 2.3 | 2.5 | $986.00 | $1,084.50 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 0.1 | 1.0 | $55.00 | $775.00 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 1.6 | 1.8 | $756.00 | $900.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 60.8 | 67.0 | $30,365.50 | $33,402.50 |
| 180326G | [EFH] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 0.3 | 1.0 | $165.00 | $775.00 |
| 180326J | [EFH] Court Hearings | 5.8 | 6.4 | $3,062.50 | $3,368.00 |

3

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326K | [EFH] General Corporate/Real Estate | 2.7 | 3.0 | $1,352.00 | $1,487.50 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 11.0 | 12.1 | $5,573.50 | $6,130.00 |
| 180326Q-1 | [EFH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 0.6 | 1.0 | $330.00 | $775.00 |
| 180326R-1 | [EFH] RL&F Fee Applications | 0.6 | 1.0 | $330.00 | $775.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 4.1 | 4.5 | $2,145.00 | $2,360.50 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |