## Exhibit H

**Detailed Description of Services Provided**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 2

Client # 740489
Matter # 180326

For services through May 31, 2016
relating to Case Administration - ALL

| | | | | |
|---|---|---|---|---|
| 05/01/16 | E-mail correspondence (x5) with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/02/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 05/02/16 | E-mail correspondence (x7) with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/02/16 | Discussion with B. Witters re: case logistics (.2); Discussion with A. Dean re: status of case and next steps (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 05/03/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 05/03/16 | E-mail correspondence with C. Fallon re: affidavits of service (.1); E-mail correspondence with S. Garabato re: service matters (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/05/16 | Review and update critical dates | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 240.00 | $192.00 |
| 05/05/16 | Meeting with A. Dean and J. Barsalona re: case status updates | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| 05/05/16 | E-mail correspondence (x4) with L. Rodriguez re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/06/16 | Document distribution to workgroup | | | |
| Paralegal | Ann Jerominski | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907

Page 3

Client # 740489

Matter # 180326

---

| 05/06/16 | E-mail correspondence (x4) with C. Fallon re: affidavits of service (.1); E-mail correspondence (x4) with S. Garabato re: service matters (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/07/16 | E-mail correspondence with C. Murray re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/09/16 | Review and update critical dates calendar (1.5); E-mail to J. Madron and J. Barsalona re: same (.1); Review and circulate docket (.2) | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 240.00 | $432.00 |
| 05/09/16 | E-mail correspondence (x5) with B. Witters re: critical dates calendar (.1); E-mail correspondence (x7) with J. Barsalona re: same (.1); Review and consideration of updated draft critical dates calendar (.4) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 05/10/16 | Review and revise critical dates chart | | | |
| Associate | Andrew M. Dean | 1.10 hrs. | 295.00 | $324.50 |
| 05/10/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 05/10/16 | E-mail correspondence (x4) with C. Fallon re: affidavits of service (.1); E-mail correspondence (x5) with D. Streany and S. Garabato re: service matters (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/10/16 | Review and revise critical dates calendar | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |
| 05/11/16 | Review and update critical dates (.7); E-mail to J. Madron and J. Barsalona re: same (.1); Review and circulate docket (.4) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 4

Client # 740489
Matter # 180326

---

| 05/11/16 | E-mail correspondence (x10) with S. Garabato re: service matters (.2); E-mail correspondence with D. Streany re: same (.1); E-mail correspondence (x3) with J. Barsalona and B. Witters re: updated global critical dates calendar for cases (.1); Review and provide comments to updated global critical dates calendar for cases (.4) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 05/12/16 | Review and update critical dates (.5); E-mail to distribution re: same (.1); Review and circulate docket (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 240.00 | $192.00 |
| 05/12/16 | E-mail correspondence with S. Garabato re: service matters (.1); Review updated global critical dates calendar (.3); E-mail correspondence (x5) with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 05/13/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 05/13/16 | E-mail correspondence (x4) with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/14/16 | E-mail correspondence with J. Livingstone re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/16/16 | E-mail correspondence with S. Garabato re: service matters (.1); E-mail correspondence with C. Fallon re: affidavits of service (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/17/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 05/17/16 | E-mail correspondence (x4) with C. Fallon and C. Murray re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 5

Client # 740489
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 05/18/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| | | | | |
| 05/18/16 | E-mail correspondence (x4) with C. Murray and L. Rodriguez re: service matters (.1); E-mail correspondence with C. Fallon re: affidavits of service (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 05/19/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| | | | | |
| 05/19/16 | E-mail correspondence (x6) with D. Streany re: service matters | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 05/20/16 | E-mail correspondence (x10) with S. Garabato re: service matters (.3); E-mail correspondence with C. Murray re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 05/21/16 | E-mail correspondence with J. Livingstone re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 05/22/16 | E-mail correspondence with C. Murray re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 05/23/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| | | | | |
| 05/23/16 | E-mail correspondence with S. Garabato re: service matters (.1); E-mail correspondence (x6) with C. Murray re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 05/24/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 6

Client # 740489

Matter # 180326

---

| 05/24/16 | E-mail correspondence (x11) with S. Garabato re: service matters (.3); Calls (x2) with B. Witters re: filing of affidavits of service (.1); E-mail correspondence with C. Murray re: service matters (.1); E-mail correspondence with B. Witters re: critical dates calendar (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 05/25/16 | E-mail correspondence (x8) with S. Garabato re: service matters (.2); E-mail correspondence (x4) with C. Fallon re: affidavits of service (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 05/26/16 | Review and update critical dates (.9); Discussion with J. Madron re: critical dates (.2); Review and circulate docket (.4) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 240.00 | $360.00 |
| 05/26/16 | E-mail correspondence (x3) with C. Fallon re: service matters (.1); Meeting with B. Witters re: critical dates calendar (.2); E-mail correspondence (x8) with S. Garabato re: service matters (.2) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 05/27/16 | E-mail correspondence with J. Livingstone re: service matters (.1); E-mail correspondence (x4) with S. Garabato re: affidavit of service issue (.1); E-mail correspondence (x5) with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 05/31/16 | E-mail correspondence with S. Garabato re: service matters (.1); E-mail correspondence (x4) with D. Streany re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services                    $6,727.00

TOTAL DUE FOR THIS INVOICE                              **$6,727.00**
BALANCE BROUGHT FORWARD                                 $26,329.96

**TOTAL DUE FOR THIS MATTER**                           **$33,056.96**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 7
Client #  740489
Matter # 180326

For services through May 31, 2016
relating to  Meetings - ALL

| 05/02/16 | Prepare for and attend conference call with WIP report with Kirkland & Ellis and company personnel | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 0.80 hrs. | 775.00 | $620.00 |
| 05/02/16 | Attend weekly conference call with S. Doré, C. Gooch, A. Horton, K. Moldovan, A. Wright, C. Husnick, S. Winters, B. Rogers, A. Meek, J. Ganter, A. Yenamandra, B. Stephany, K. Frazier, W. Haskel, C. Howard, M. Frank, J. Walker, J. Matican, D. Ying, A. Sexton, D. DeFranceschi re: work in process and case management issues | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| 05/09/16 | Prepare for and attend WIP call with Kirkland & Ellis and client | | | |
| Director | Daniel  J. DeFranceschi | 0.70 hrs. | 775.00 | $542.50 |
| 05/09/16 | Attend weekly conference call with C. Gooch, K. Moldovan, A. Wright, C. Husnick, B. Rogers, A. Meek, J. Ganter, A. Yenamandra, B. Stephany, K. Frazier, W. Haskel, M. Frank, J. Walker, J. Ehrenhofer, J. Matican, D. DeFranceschi re: work in process and case management issues | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 05/16/16 | Attend WIP call with Company and K&E | | | |
| Director | Daniel  J. DeFranceschi | 0.50 hrs. | 775.00 | $387.50 |

Total Fees for Professional Services $2,210.00

TOTAL DUE FOR THIS INVOICE **$2,210.00**
BALANCE BROUGHT FORWARD $10,098.89

**TOTAL DUE FOR THIS MATTER** **$12,308.89**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 8

Client #  740489
Matter # 180326

For services through May 31, 2016

relating to  Executory Contracts/Unexpired Leases - ALL

| | | | | |
|---|---|---|---|---|
| 05/10/16 | Finalize and file affidavit of service re: notice of executory contracts and leases to rejected and assumed (.1); Finalize and file affidavit of service re: notice of executory contracts and cure amounts to be assumed (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 05/20/16 | Retrieve, import, circulate and coordinate service of order extending deadline to assume or reject Luminant and Oncor lease (.1); Finalize and efile certification of counsel re: order extending deadline to assume or reject lease (.2); Coordinate service of same (.1); Circulate same (.1) | | | |
| Paralegal | Ann Jerominski | 0.50 hrs. | 240.00 | $120.00 |
| 05/20/16 | Review and revise certification of counsel concerning order approving extension of section 365(d)(4) period with respect to lease between Luminant Generation Company and Oncor Electric Delivery (.5); Review and revise consent order approving extension of section 365(d)(4) period with respect to lease between Luminant Generation Company and Oncor Electric Delivery (.4) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

Total Fees for Professional Services      $663.00

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$663.00** |
| BALANCE BROUGHT FORWARD | $1,607.22 |
| **TOTAL DUE FOR THIS MATTER** | **$2,270.22** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907

Page 9

Client # 740489

Matter # 180326

---

For services through May 31, 2016

relating to Executory Contracts/Unexpired Leases - EFH

| | | | | |
|---|---|---|---|---|
| 05/19/16 | Finalize and file certification of counsel re: order extending 365(d)(4) period with Respect to EFH Corporate Services Lease (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| | | | | |
| 05/19/16 | E-mail correspondence (x7) with L. Kaisey re: stipulation concerning further extension of section 365(d)(4) period in connection with EFH Corporate Services Company lease (.2); Review and revise stipulation concerning further extension of section 365(d)(4) period in connection with EFH Corporate Services Company lease (.5); Review and revise certification of counsel and proposed order in connection with same (.5) | | | |
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |

Total Fees for Professional Services             $756.00

TOTAL DUE FOR THIS INVOICE             **$756.00**

BALANCE BROUGHT FORWARD             $48.35

**TOTAL DUE FOR THIS MATTER**             **$804.35**

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX 75201

June 27, 2016  
Invoice 514907  
Page 10

Client # 740489  
Matter # 180326

For services through May 31, 2016  
relating to Executory Contracts/Unexpired Leases - TCEH

| 05/20/16 | Finalize and efile certification of counsel re: order extending deadline to assume or reject Luminant and Sandow lease (.2); Coordinate service of same (.1); Circulate same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.40 hrs. | 240.00 | $96.00 |

| 05/20/16 | Review and revise certification of counsel and proposed order concerning extension of section 365(d)(4) period with respect to lease between Luminant Mining Company and Sandow Power Company (.6); Review and revise stipulation extending section 365(d)(4) period with respect to lease between Luminant Mining Company and Sandow Power Company (.4); E-mail correspondence (x5) with L. Kaisey re: same (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |

| 05/23/16 | Retrieve order extending 365(d)(4) period - Oncor and Luminant lease (.1); E-mail to Epiq re: service of same (.1); Retrieve order extending 365(d)(4) period - Sandow and Luminant (.1); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |

Total Fees for Professional Services                $852.00

TOTAL DUE FOR THIS INVOICE                **$852.00**  
BALANCE BROUGHT FORWARD                $4,702.45

**TOTAL DUE FOR THIS MATTER**                **$5,554.45**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 11

Client #  740489
Matter # 180326

---

For services through May 31, 2016

relating to  Plan of Reorganization/Disclosure Statement - ALL


05/01/16    Review multiple e-mails from J. Madron re: filing of plan documents (.5);
Preparation for filing of plan documents (.7); Review e-mail from J. Madron
re: revised plan (.1); Assemble exhibit re: same (.1); Finalize and file re:
same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J.
Madron re: disclosure statement (.1); Finalize and file re: same (.2); E-mail
to Epiq re: service of same (.1); Review e-mail from J. Madron re:
disclosure statement motion (.1); Assemble exhibits re: same (.4); Finalize
and file re: same (.3); E-mail to Epiq re: service of same (.1); Review e-mail
from J. Madron re: scheduling motion (.1); Assemble exhibits re: same (.2);
Finalize and file re: same (.3); E-mail to Epiq re: service of same (.1);
Review e-mail from J. Madron re: motion to shorten scheduling motion (.1);
Assemble exhibit re: same (.1); Finalize and file re: same (.2); E-mail to
Epiq re: service of same (.1); E-mail to distribution re: plan documents (.3)

Paralegal    Barbara J. Witters         4.50 hrs.       240.00              $1,080.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 12
Client #  740489
Matter # 180326

---

05/01/16    E-mail correspondence (x4) with E. Geier re: new chapter 11 plan of reorganization (.1); Review and consideration of Debtors' notice of termination of plan merger agreement (.1); E-mail correspondence (x5) with A. Yenamandra and D. DeFranceschi re: same (.1); E-mail correspondence (x27) with A. Yenamandra re: plan and disclosure statement and related filings (.4); Review, revise, and consideration of new chapter 11 plan of reorganization (.9); Review, revise, and consideration of disclosure statement to new chapter 11 plan of reorganization (1.1); E-mail correspondence (x53) with B. Witters re: plan and disclosure statement filings (.5); Review, revise, and consideration of solicitation procedures motion and review of exhibit and attachment thereto (.6); E-mail correspondence (x16) with A. Klar re: motion for entry of scheduling order in connection with new plan process and motion to shorten notice in connection with same (.3); E-mail correspondence (x9) with J. Sowa re: same (.2); E-mail correspondence with C. Husnick re: new plan and disclosure statement (.1); Review and revise motion for entry of scheduling order in connection with new plan process (.7); Review and revise motion to shorten notice in connection with same (.4); E-mail correspondence (x7) with M. McKane re: scheduling considerations in connection with new chapter 11 plan process (.2); E-mail correspondence (x5) with Judge Sontchi's Chambers re: same and related issues (.1)

| | | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 5.80 hrs. | 550.00 | $3,190.00 |

05/01/16    Review and consideration of Plan Termination Notice by EFIH to Ovation (.1); Review and consideration of Disclosure Statement Procedures Motion and exhibits (.7); Review emails with J. Madron, B. Witters and A. Yenamandra re: same (.2); Review and consideration of scheduling motion and related exhibits (.5)

| | | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 1.50 hrs. | 360.00 | $540.00 |

05/02/16    Review new plan and disclosure statement

| | | | | |
|---|---|---|---|---|
| Associate | Andrew M. Dean | 0.80 hrs. | 295.00 | $236.00 |

05/02/16    Retrieve re: plan documents (.2); Prepare index re: same (.3); Prepare binders x3 for Judge Sontchi re: same (.4); Coordinate delivery to Judge Sontchi re: same (.1); Coordinate delivery to Judge Sontchi re: scheduling motion and motion to shorten (.2); Retrieve order denying motion to shorten re: Plan scheduling motion (.1); E-mail to Epiq re: service of same (.1)

| | | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.40 hrs. | 240.00 | $336.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 13

Client #  740489

Matter # 180326

---

| 05/02/16 | Review notice of termination of Plan Supplement of TCEH first lien creditors | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |

| 05/02/16 | Call with R. Werkheiser in Judge Sontchi's Chambers re: scheduling considerations in connection with plan process (.3); Meeting with J. Barsalona re: plan process and related timing issues (.2); E-mail correspondence (x3) with B. Witters re: delivery of plan materials to Chambers (.1); Review and consideration of ad hoc group of first lien lenders' plan support agreement termination notice (.2); E-mail correspondence (x5) with A. Yenamandra and J. Barsalona re: same (.1); Review and consideration of filed version of motion to approve schedule in connection with approval of disclosure statement and confirmation of new plan and exhibits to same (.9) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.80 hrs. | 550.00 | $990.00 |

| 05/02/16 | Review and consideration of scheduling motion (.3); Review and consideration of Motion to Shorten scheduling motion (.2); Review and consideration of disclosure statement for New Joint Plan (1.3); Review and consideration of New Joint Plan (2.2); Review TCEH First Lien Creditors Termination Notice (.1) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 4.10 hrs. | 360.00 | $1,476.00 |

| 05/02/16 | Review order denying Debtors motion to shorten hearing on plan process scheduling motion | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

| 05/03/16 | Review recent 8-K filing regarding plan of reorganization | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 1.30 hrs. | 775.00 | $1,007.50 |

| 05/04/16 | Review multiple e-mails from D. DeFranceschi re: notice of filing scheduling order (.2); Prepare of filing of notice of filing scheduling order (.9); Review e-mail from J. Madron re: same (.2); Assemble exhibits (.3); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.00 hrs. | 240.00 | $480.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 14

Client #  740489

Matter # 180326

---

| 05/04/16 | E-mail correspondence with S. Pierce re: plan mediation in connection with prior chapter 11 plan process (.1); Factual investigation re: same (.2); E-mail correspondence (x11) with A. Yenamandra re: revised plan process scheduling order (.2); E-mail correspondence (x12) with D. DeFranceschi re: same (.2); E-mail correspondence (x7) with B. Witters re: same (.1); Draft notice of filing of revised plan process scheduling order (.5); Review and consideration of revised plan process scheduling order (.4) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.70 hrs. | 550.00 | $935.00 |
| | | | | |
| 05/05/16 | E-mail correspondence (x3) with A. Yenamandra re: revised scheduling order in connection with plan process (.1); E-mail correspondence with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 05/05/16 | Review revised scheduling order (.2); Discussion with D. DeFranceschi and A. Dean re: revised scheduling order (.3); Discussion with J. Madron re: scheduling order (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.70 hrs. | 360.00 | $252.00 |
| | | | | |
| 05/06/16 | Review and consideration of filed version of solicitation procedures motion and voluminous attachments to same | | | |
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |
| | | | | |
| 05/07/16 | E-mail correspondence with M. Thompson re: exhibits to disclosure statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 15
Client #  740489
Matter # 180326

---

| | | | | |
|---|---|---|---|---|
| 05/09/16 | Review Delaware Trust Company notice of intent to participate in disclosure statement and confirmation process in connection with new chapter 11 plan (.2); Review and consideration of first set of document requests and interrogatories served by Delaware Trust Company in connection with new chapter 11 plan (.5); Review and consideration of Bank of New York Mellon's first set of document requests directed to the Debtors in connection with new chapter 11 plan (.3); Review Bank of New York Mellon's notice of intent to participate in disclosure statement and confirmation process in connection with new chapter 11 plan (.2); Review Bank of New York Mellon's interrogatories directed to TCEH disinterested manager in connection with new plan process (.2); Review Bank of New York Mellon's first production requests directed to TCEH disinterested manager in connection with new plan process (.2); Review Bank of New York Mellon's interrogatories directed to the Debtors in connection with new plan process (.3); E-mail correspondence (x3) with A. Yenamandra re: exhibits to disclosure statement in connection with new chapter 11 plan (.1) | | | |
| Counsel | Jason M. Madron | 2.00 hrs. | 550.00 | $1,100.00 |
| | | | | |
| 05/10/16 | Retrieve re: exhibit A, B and D from disclosure statement solicitation version (.3); E-mail to J. Madron re: same (.1); Preparation for filing amended plan documents (.5); Review e-mails from J. Madron re: multiple exhibits to disclosure statement (.2); Assemble exhibits re: same (.2); Finalize and file re: amended plan (.2); Finalize and file re: amended plan (blackline) (.2); Finalize and file re: disclosure statement (.3); Finalize and file re: disclosure statement (blackline) (.3); E-mail to Epiq re: service of same (.2) | | | |
| Paralegal | Barbara J. Witters | 2.50 hrs. | 240.00 | $600.00 |
| | | | | |
| 05/10/16 | Review letter correspondence from counsel to UMB Bank concerning pending scheduling motion and related considerations (.1); E-mail correspondence (x39) with A. Yenamandra and M. Thompson re: amended plan and disclosure statement filings (.5); E-mail correspondence (x21) with B. Witters re: same (.4); E-mail correspondence (x6) with E. Geier re: amended chapter 11 plan (.2); Review and consideration of voluminous exhibits to amended disclosure statement (.7) | | | |
| Counsel | Jason M. Madron | 1.90 hrs. | 550.00 | $1,045.00 |

Energy Future Competitive Holdings Co.                                    June 27, 2016
Texas Competitive Electric Holdings Co.                                  Invoice 514907
1601 Bryan Street                                                        Page 16
Dallas TX 75201
                                                                        Client #  740489

                                                                        Matter # 180326

---

| 05/10/16 | Review and consideration of Notice of Intent to Participate in Disclosure Statement Proceedings and Confirmation Proceedings for New Plan (.1); Discussion with J. Madron re: plan documents (.3) | | | |
|----------|------|------|------|------|
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |

| 05/11/16 | Review revised Disclosure Statement materials | | | |
|----------|------|------|------|------|
| Director | Daniel  J. DeFranceschi | 1.30 hrs. | 775.00 | $1,007.50 |

| 05/11/16 | E-mail correspondence (x13) with B. Witters re: amended chapter 11 plan and disclosure statement filings (.3); E-mail correspondence (x5) with M. Thompson re: same (.2); E-mail correspondence (x4) with R. Schepacarter re: same (.1); E-mail correspondence with A. Yenamandra re: amended chapter 11 plan (.1); E-mail correspondence (x4) with D. Klauder re: amended disclosure statement to amended chapter 11 plan (.1) | | | |
|----------|------|------|------|------|
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |

| 05/11/16 | Review of First Amended New Plan of Reorganization (.3); Review First Amended New Plan of Reorganization (.3);  Review Disclosure Statement to First Amended New Plan of Reorganization (.1); Review Disclosure Statement to First Amended New Plan of Reorganization(.4) | | | |
|----------|------|------|------|------|
| Associate | Joseph C. Barsalona, II | 1.10 hrs. | 360.00 | $396.00 |

| 05/12/16 | Retrieve re: plan documents (.2); Prepare index re: same (.2); Prepare binder re: same (.2); Coordinate delivery to R. Schepacarter re: same (.1) | | | |
|----------|------|------|------|------|
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |

| 05/12/16 | Review letter correspondence from D. Hogan re: plan process scheduling motion | | | |
|----------|------|------|------|------|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 05/13/16 | Meeting with A. Dean re: status of plan process (.3); Review Law Debenture Trust Company of New York's notice of intent to participate in plan and disclosure statement process (.2); Review Fenicle and Fahy notices of intent to participate in plan and disclosure statement process (.2); Review and consideration of Fenicle and Fahy first set of document requests propounded in connection with plan process (.4) | | | |
|----------|------|------|------|------|
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 17

Client #  740489
Matter # 180326

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/16/16 | | Review and consideration of chart of revised plan milestones (.3); E-mail correspondence with N. Hwangpo re: same (.1) | | | |
| Counsel | | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 05/17/16 | | E-mail correspondence (x4) with J. Sowa re: reply to objections to plan and disclosure statement process scheduling motion | | | |
| Counsel | | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/17/16 | | Review Objection of NextEra Energy, Inc. to Debtors' plan scheduling motion (.2); Review Fidelity's objection to Debtors' plan scheduling motion (.1) | | | |
| Associate | | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 05/18/16 | | Review e-mail from J. Madron re: omnibus-Reply to objections to plan scheduling motion (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.3); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |
| 05/18/16 | | Review and provide comments on revised disclosure statement and plan confirmation scheduling order (.3); Review and comment on draft reply to objections to plan and disclosure statement scheduling motion (.7); E-mail correspondence (x5) with A. Yenamandra re: same (.1); E-mail correspondence (x15) with A. Klar re: reply to objections to plan and disclosure statement scheduling motion (.3); Review and comment on final reply to objections to plan and disclosure statement scheduling motion and review final exhibits to same (.9) | | | |
| Counsel | | Jason M. Madron | 2.30 hrs. | 550.00 | $1,265.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907

Page 18

Client #  740489

Matter # 180326

---

| 05/18/16 | Review Statement of the EFH Official Committee regarding scheduling motion (.1); Review Response and Reservation of Rights of the TCEH Frist Lien Ad Hoc Committee to the Scheduling Motion (.2); Review Objection of EFIH Second Lien Indenture Trustee to the Scheduling Motion (.1); Review Objection of UMB Bank, N.A. to Scheduling Motion (.2); Review Objection of Contrarian Capital Management, LLC to Scheduling Motion (.1); Review Objection of EFH Indenture Trustee to Scheduling Motion (.1); Review Objection of the Bank of New York Mellon, as Indenture Trustee, to Scheduling Motion (.1); Review of Objection of Fenicle and Fahy to Scheduling motion (.1); Review Fidelity's objection to Scheduling motion (.2) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 1.20 hrs. | 360.00 | $432.00 |
| | | | | |
| 05/19/16 | Review and consideration of TCEH First Lien Creditors' supplemental response in connection with motion seeking approval of plan and disclosure statement process scheduling order (.4); E-mail correspondence with R. Bartley re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| | | | | |
| 05/19/16 | Review Debtors' omnibus reply to objections to plan process scheduling motion (.3); Review supplemental response of TCEH First Lien Committee to Objections to Scheduling Motion (.2); | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |
| | | | | |
| 05/20/16 | Review and consideration of draft of TCEH First Lien Creditors' proposed chapter 11 plan of reorganization and attachments thereto (1.4); Call with M. McKane re: revised plan confirmation process scheduling order (.2); E-mail correspondence with M. McKane re: same (.1); Factual investigation concerning issues with respect to revised plan confirmation process scheduling order (.3); Call with R. Werkheiser in Judge Sontchi's Chambers re: status of same (.1); E-mail correspondence (x3) with D. DeFranceschi re: same (.1) | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |
| | | | | |
| 05/22/16 | Preparation relating to filing of revised scheduling order (2.2); Review e-mail from J. Madron re: notice of revised scheduling order (.1); Assemble exhibits re: same (.3); Finalize and file re: same (.3); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 3.00 hrs. | 240.00 | $720.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 19

Client #  740489
Matter # 180326

---

| 05/22/16 | E-mail correspondence (x10) with J. Sowa re: revised order approving schedule for disclosure statement and plan process (.2); Review and consideration of draft revised order approving schedule for disclosure statement and plan process (.5); Review and comment on draft notice of filing in connection with same (.3); E-mail correspondence (x4) with M. Thompson re: revised order approving schedule for disclosure statement and plan process (.1); E-mail correspondence (x3) with B. Witters re: issues in connection with same (.1); Review and revise final notice of filing of revised order approving schedule for disclosure statement and plan process (.2); Finalize same and exhibits to same for filing and service (.3) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.70 hrs. | 550.00 | $935.00 |
| | | | | |
| 05/23/16 | Review e-mail from J. Madron certification of counsel re: revised scheduling order (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| | | | | |
| 05/23/16 | E-mail correspondence (x25) with M. Thompson re: further revised plan and disclosure statement process scheduling order (.4); E-mail correspondence (x5) with A. Yenamandra re: same (.2); Review and provide comments to further revised plan and disclosure statement process scheduling order (.4); Draft certification of counsel concerning post-hearing version of plan and disclosure statement process scheduling order (1.1); Review, revise, and finalize post-hearing version of plan and disclosure statement process scheduling order and related redline for filing (.5); Call and e-mail correspondence with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 2.70 hrs. | 550.00 | $1,485.00 |
| | | | | |
| 05/23/16 | Review revised scheduling order filed on May 22, 2016 | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| | | | | |
| 05/24/16 | Retrieve entered plan process scheduling order (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 20

Client # 740489
Matter # 180326

---

| Date | | Description | | | |
|---|---|---|---|---|---|
| 05/24/16 | | Review signed copy of scheduling order in connection with plan and disclosure statement process (.2); Review Marathon Asset Management notice of intent to participate in disclosure statement and plan confirmation process (.2) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | | $220.00 |
| 05/24/16 | | Review revised scheduling order for confirmation trials (.2); Review as-entered scheduling order (.2); Review notice of intent to participate in Disclosure Statement Hearings filed by Marathon Asset Management, LP (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | | $216.00 |
| 05/26/16 | | Review Delaware Trust Company, as TCEH First Lien Indenture Trustee notice of intent to participate in new chapter 11 plan and disclosure statement process | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | | $110.00 |
| 05/27/16 | | Review email from J. Millar and first supplemental document requests of EFIH First Lien trustee in connection with new chapter 11 plan | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 775.00 | | $155.00 |
| 05/27/16 | | Review Bank of New York Mellon notice of intent to participate in plan confirmation and disclosure statement process | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | | $110.00 |
| 05/31/16 | | E-mail correspondence (x7) with G. McDaniel re: discovery in connection with disclosure statement and plan confirmation process (.2); E-mail correspondence (x7) with A. Terteryan re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | | $220.00 |

|  | | |
|---|---|---|
| Total Fees for Professional Services | | $25,557.00 |

|  | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$25,557.00** |
| BALANCE BROUGHT FORWARD | $62,384.30 |
| **TOTAL DUE FOR THIS MATTER** | **$87,941.30** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 21

Client #  740489

Matter # 180326

TOTAL DUE FOR THIS INVOICE                                              **$0.00**

**TOTAL DUE FOR THIS MATTER**                                           **$0.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 22

Client #  740489
Matter # 180326

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$0.00** |
| BALANCE BROUGHT FORWARD | $73.80 |
| **TOTAL DUE FOR THIS MATTER** | **$73.80** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 23

Client #  740489
Matter # 180326

---

For services through May 31, 2016
relating to Use, Sale of Assets - ALL

| | | | | |
|---|---|---|---|---|
| 05/13/16 | Finalize and file re: de minimis asset sale report April 2016 (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 05/13/16 | E-mail correspondence (x3) with N. Hwangpo re: April 2016 de minimis asset sale report (.1); Review April 2016 de minimis asset sale report (.1); Review and revise notice of filing re: April 2016 de minimis asset sale report (.2) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 05/31/16 | E-mail correspondence (x11) with N. Hwangpo re: de minimis asset sale issue (.3); Factual investigation in connection with same (.2); Call with N. Hwangpo re: same (.2); Review and comment on draft amended and superseding de minimis asset sale and abandonment order (.2) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

|  | |
|---|---|
| Total Fees for Professional Services | $787.00 |

|  | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$787.00** |
| BALANCE BROUGHT FORWARD | $2,333.84 |
| **TOTAL DUE FOR THIS MATTER** | **$3,120.84** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 24

Client #  740489

Matter # 180326

---

For services through May 31, 2016

relating to  Use, Sale of Assets - EFIH

| | | | | |
|---|---|---|---|---|
| 05/03/16 | E-mail correspondence (x6) with A. Yenamandra re: motion to authorize the EFIH Debtors to pay certain fees and expenses of the second lien trustee and its professionals | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/09/16 | Call with A. Yenamandra re: considerations in connection with motion to authorize the EFIH Debtors to pay certain fees and expenses of the second lien trustee and its professionals | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services    $220.00

TOTAL DUE FOR THIS INVOICE    **$220.00**

BALANCE BROUGHT FORWARD    $1,375.69

**TOTAL DUE FOR THIS MATTER**    **$1,595.69**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 25

Client #  740489

Matter # 180326

For services through May 31, 2016
relating to  Claims Administration - ALL

| | | | | |
|---|---|---|---|---|
| 05/04/16 | Discussion with J. Madron re: thirty-ninth continued claims going forward at May 18th hearing (.1); Review e-mail from J. Madron re: same (.1); Finalize and file affidavit of service re: notice of defective transfer - dated December 8, 2015 (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 05/04/16 | Discussion with B. Witters re: issue in connection with thirty-ninth omnibus objection to claims (.1); E-mail correspondence (x5) with R. Chaikin re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/10/16 | Finalize and file affidavit of service re: order (second) sustaining fourteenth and thirty-third omnibus claims | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 05/11/16 | Review and update claim charts re: first, third, fourth, sixth, seventh, eighth, tenth, twelfth, thirteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twenty-first, twenty-fifth, twenty-sixth, thirty-fourth, thirty-sixth, thirty-seventh and thirty-ninth omnibus objections to claims (1.4); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 240.00 | $360.00 |
| 05/12/16 | Review notice of settlement of certain claims against the Debtors (.1); Discussion with B. Witters re: claims charts (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 05/23/16 | Retrieve order approving supplemental bar date (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 05/24/16 | Finalize and file affidavit of service re: rule 2004 requirements purchase of claims x2 (.2); E-mail Epiq re: pdfs of same (.1); Finalize and file supplemental affidavit of service re: asbestos bar date notice (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 26

Client # 740489

Matter # 180326

| Date | | Description | | | |
|---|---|---|---|---|---|
| 05/24/16 | | Review entered copy of supplemental bar date order and exhibits thereto | | | |
| | Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/25/16 | | E-mail correspondence (x3) with R. Chaikin re: omnibus claim objections (.1); E-mail correspondence (x6) with M. Thompson re: supplemental bar date (.1); Draft notice of designation of supplemental bar date with respect to ninety subsequently identified parties (.6); Review supplemental bar date order in connection with preparation of same (.1) | | | |
| | Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 05/26/16 | | Finalize and file re: notice of designation of supplemental bar date (.2); E-mail to Epiq re: service of same (.1) | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 05/26/16 | | E-mail correspondence (x11) with K. Mailloux re: supplemental bar date issues (.3); E-mail correspondence with A. Yenamandra re: same (.1); E-mail correspondence (x8) with M. Thompson re: same (.2); Review and revise final supplemental bar date notice (.5); Review and revise final notice of designation of supplemental bar date (.2); Finalize same for filing and instructions to B. Witters re: filing and service of same (.1) | | | |
| | Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |
| 05/27/16 | | Finalize and file affidavit of service re: supplemental bar date | | | |
| | Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |

|  | Total Fees for Professional Services | $2,289.00 |
|---|---|---|
| **TOTAL DUE FOR THIS INVOICE** | | **$2,289.00** |
| BALANCE BROUGHT FORWARD | | $31,017.66 |
| **TOTAL DUE FOR THIS MATTER** | | **$33,306.66** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 27

Client #  740489
Matter # 180326

---

For services through May 31, 2016
relating to  Claims Administration - EFH

| 05/11/16 | Review and comment on draft notice of settlement of certain claims asserted against EFH (.2); E-mail correspondence (x4) with D. Klauder re: same (.1) | | | |
|----------|----|----|----|----|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

| | | |
|---|---|---|
| Total Fees for Professional Services | | $165.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$165.00** |
| BALANCE BROUGHT FORWARD | $921.95 |
| **TOTAL DUE FOR THIS MATTER** | **$1,086.95** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 28

Client #  740489
Matter # 180326

For services through May 31, 2016
relating to  Claims Administration - EFIH

| 05/10/16 | Finalize and file affidavit of service re: certification of counsel regarding order approving settlement EFIH PIK claims (.1); Finalize and file affidavit of service re: order approving settlement of EFIH PIK claims (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

Total Fees for Professional Services   $48.00

TOTAL DUE FOR THIS INVOICE   **$48.00**
BALANCE BROUGHT FORWARD   $10,939.80

**TOTAL DUE FOR THIS MATTER**   **$10,987.80**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 29

Client #  740489

Matter # 180326

---

For services through May 31, 2016

relating to  Claims Administration - TCEH

| | | | | |
|---|---|---|---|---|
| 05/02/16 | E-mail correspondence (x4) with A. Alaman re: Luminant claim issue | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 05/03/16 | Review and consideration of Ranger Excavating's second set of interrogatories and requests for production of documents in connection with Luminant's pending claim objection (.3); Review and consideration of Ranger Excavating's second set of interrogatories and requests for production of documents in connection with Sandow Power's pending claim objection (.2) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| | | | | |
| 05/09/16 | E-mail correspondence with R. Chaikin re: issues in connection with Ranger Excavating alleged claims (.1); Call with R. Chaikin re: same (.3); Research concerning issues in connection with objections to Ranger Excavating alleged claims (.3) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

Total Fees for Professional Services          $715.00

TOTAL DUE FOR THIS INVOICE                 **$715.00**
BALANCE BROUGHT FORWARD                   $8,827.11

**TOTAL DUE FOR THIS MATTER**              **$9,542.11**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907

Page 30

Client # 740489

Matter # 180326

---

For services through May 31, 2016
relating to Court Hearings - ALL

| | | | | |
|---|---|---|---|---|
| 05/02/16 | E-mail correspondence (x4) with M. Fink re: 5/18/16 and 5/23/16 hearings | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/02/16 | Discussion with J. Madron re: May 23rd hearing date | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 05/03/16 | Make preparations for May 18 and 23 hearing dates | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 05/10/16 | Finalize and file affidavit of service re: 12/16/15 agenda (.1); Finalize and file affidavit of service re: certification of counsel omnibus hearing date (.1); Finalize and file affidavit of service re: order omnibus hearing date (.1); Finalize and file affidavit of service re: amended 12/16/15 agenda (.1); Finalize and file affidavit of service re: 12/18/15 agenda in main and adversary cases (.2); Finalize and file affidavit of service re: notice of rescheduled hearing time (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |
| 05/10/16 | Discussion with J. Madron re: 5/18 hearing date (.1); Debrief with J. Madron re: Oncor interest (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 05/11/16 | Prepare 5/18/16 agenda (.8); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 240.00 | $216.00 |
| 05/11/16 | E-mail correspondence (x4) with B. Witters re: 5/18/16 hearing agenda and exhibits thereto | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 31

Client # 740489
Matter # 180326

---

| 05/12/16 | Review and update 5/18/16 agenda (.3); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 05/12/16 | E-mail correspondence (x3) with J. Barsalona re: 5/18/16 hearing agenda (.1); E-mail correspondence (x3) with B. Witters re: same (.1); Reviewing and revising draft 5/18/16 hearing agenda (1.4) | | | |
| Counsel | Jason M. Madron | 1.60 hrs. | 550.00 | $880.00 |
| 05/12/16 | Review and revise May 18 hearing agenda | | | |
| Associate | Joseph C. Barsalona, II | 1.00 hrs. | 360.00 | $360.00 |
| 05/13/16 | Prepare for 5/18 hearing and email A. Yenamandra and M. Thompson re: same (.2); Prepare for 5/18 hearing (.3); Meet with J. Madron re: EFH hearings (.3) | | | |
| Associate | Andrew M. Dean | 0.80 hrs. | 295.00 | $236.00 |
| 05/13/16 | Discussion with J. Madron re: 5/23/16 agenda | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 05/13/16 | E-mail correspondence with M. Thompson re: preparations for 5/18/16 hearing (.1); E-mail correspondence (x8) with A. Dean re: same (.2); E-mail correspondence (x3) with J. Barsalona re: same (.1); Confer with B. Witters re: 5/23/16 hearing agenda and related preparations (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 05/13/16 | Review final agenda for May 18 hearing (.1); Discussion with A. Dean re: May 18 hearing date (.3) | | | |
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |
| 05/15/16 | E-mail correspondence (x3) with J. Barsalona re: 5/18/16 hearing agenda | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.                      June 27, 2016
Texas Competitive Electric Holdings Co.                     Invoice 514907
1601 Bryan Street                                           Page 32
Dallas TX 75201
                                                            Client # 740489
                                                            Matter # 180326

---

| 05/16/16 | Telephone call from J. Barsalona re: 5/18/16 agenda (.1); E-mail to J. Hoover re: 5/18/16 agenda (.1); Retrieve re: 5/18/16 agenda pleadings (.4); Prepare 5/18/16 hearing binders (.6); Revise re: 5/18/16 agenda (.2); E-mail to J. Barsalona re: same (.1); Assemble exhibits re: same (.3); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1); Review e-mail from W. Haskel re: telephonic appearance for 5/23/16 hearing (.1); Telephone call to Courtcall re: same (.1); E-mail to W. Haskel re: same (.1) | | | |
|----------|---------|---|---|---|
| Paralegal | Barbara J. Witters | 2.50 hrs. | 240.00 | $600.00 |
| | | | | |
| 05/16/16 | E-mail correspondence (x9) with J. Barsalona re: 5/18/16 hearing agenda and related issues (.3); Review and consideration of updated version of 5/18/16 hearing agenda (.4); E-mail correspondence (x3) with R. Chaikin re: 5/18/16 hearing agenda (.1); E-mail correspondence with M. Thompson re: same (.1); E-mail correspondence with W. Haskel re: preparations for 5/23/16 hearing (.1); E-mail correspondence (x5) with B. Witters re: same (.1); E-mail correspondence with N. Hwangpo re: 5/18/16 hearing preparations (.1); E-mail correspondence (x3) with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 1.30 hrs. | 550.00 | $715.00 |
| | | | | |
| 05/16/16 | Review and revise May 18 hearing agenda (.3); Finalize May 18 hearing agenda (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |
| | | | | |
| 05/17/16 | Review multiple e-mails re: cancelling 5/18/16 agenda (.2); Prepare amended 5/18/16 agenda (.4); E-mail to J. Madron and J. Barsalona re: same (.1); Assemble exhibits re: same (.2); Finalize and file re: amended 5/18/16 agenda (.2); E-mail to Epiq re: service of same (.1); E-mail to N. Hwangpo re: cancellation of telephonic appearances for 5/18/16 hearing (.1); Review e-mail from N. Hwangpo re: 5/23/16 telephonic appearances (.1); Telephone call to Courtcall re: same (.3); E-mail to N. Hwangpo re: confirmation of same (.1); Prepare 5/23/16 agenda (1.0) | | | |
| Paralegal | Barbara J. Witters | 2.80 hrs. | 240.00 | $672.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 33

Client # 740489

Matter # 180326

---

| Date | Description | | | |
|------|-------------|---|---|---|
| 05/17/16 | Call with R. Werkheiser in Judge Sontchi's Chambers re: scheduling in connection with 5/18/16 and 5/23/16 hearings (.2); E-mail correspondence (x7) with R. Werkheiser in Judge Sontchi's Chambers re: same (.2); E-mail correspondence (x3) with A. Yenamandra re: same (.1); E-mail correspondence (x6) with M. Thompson re: same (.2); E-mail correspondence with D. Hogan re: same (.1); E-mail correspondence (x3) with J. Barsalona re: amended agenda cancelling 5/18/16 hearing (.1); E-mail correspondence (x6) with B. Witters re: same (.1); E-mail correspondence with B. Witters re: 5/23/16 hearing preparations (.1); Review amended agenda cancelling 5/18/16 hearing (.1) | | | |
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |
| 05/17/16 | Review emails re: cancellation of hearing (.1); Draft amended agenda (.1); Review and revise hearing agenda cancelling hearing (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 05/18/16 | Review and revise 5/23/16 agenda (.3); E-mail to J. Madron and J. Barsalona re: same (.1); Revise 5/23/16 agenda (.2); E-mail to J. Madron re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |
| 05/18/16 | E-mail correspondence (x5) with B. Witters re: draft of 5/23/16 hearing agenda (.1); Reviewing and revising draft of 5/23/16 hearing agenda (.3) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 05/19/16 | Met with J. Barsalona and emailed K&E regarding 5/23 hearing (.2); Met with J. Madron regarding EFH hearing (.4) | | | |
| Associate | Andrew M. Dean | 0.60 hrs. | 295.00 | $177.00 |
| 05/19/16 | Prepare 5/23/16 hearing binders x3 (1.0); Update 5/23/16 agenda (.2); E-mail to J. Madron re: same (.1); Finalize and file re: 5/23/16 agenda (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 240.00 | $432.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 34
Client # 740489
Matter # 180326

| 05/19/16 | Call with B. Witters re: 5/23/16 hearing agenda (.1); E-mail correspondence (x4) with A. Dean re: 5/23/16 hearing preparations (.1); Reviewing and revising 5/23/16 hearing agenda (.4); E-mail correspondence with B. Witters re: same (.1); Meeting with A. Dean re: preparations for 5/23/16 hearing (.4); E-mail correspondence (x5) with A. Najemy re: same (.1); Meeting with J. Barsalona re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.30 hrs. | 550.00 | $715.00 |
| 05/19/16 | Discussion with A. Dean re: preparations for May 23rd omnibus hearing (.2); Emails with A. Yenamandra, M. Thompson, A. Dean and J. Madron re: May 23 omnibus hearing (.1);  Discussion with J. Madron re: May 23 hearing date (.3); Discussion with A. Dean re: May 23 hearing date (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.80 hrs. | 360.00 | $288.00 |
| 05/20/16 | E-mail correspondence with M. Thompson re: preparations for 5/23/16 hearing (.1); E-mail correspondence (x3) with J. Barsalona re: same (.1); E-mail correspondence (x9) with B. Witters re: same (.2); Call with R. Werkheiser in Judge Sontchi's Chambers re: 5/23/16 hearing (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 05/21/16 | E-mail correspondence (x3) with C. Husnick re: 5/23/16 hearing preparations and related logistics (.1); E-mail correspondence (x3) with R. Werkheiser in Judge Sontchi's Chambers re: 5/23/16 hearing (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/22/16 | Review multiple e-mails re: 5/23/16 hearing preparation (.2); E-mail to A. Dean re: same (.1); Review e-mail from J. Madron re: RCS Capital confirmation transcript for EFH (.1); E-mail to Reliable re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 05/22/16 | E-mail correspondence (x5) with R. Werkheiser in Judge Sontchi's Chambers re: 5/23/16 hearing matters (.2); E-mail correspondence with M. McKane re: 5/23/16 hearing preparations (.1); E-mail correspondence (x4) with D. DeFranceschi and J. Barsalona re: same (.1); E-mail correspondence with A. Klar re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |

Energy Future Competitive Holdings Co.                     June 27, 2016
Texas Competitive Electric Holdings Co.                    Invoice 514907
1601 Bryan Street                                          Page 35
Dallas TX  75201
                                                           Client #  740489

                                                           Matter # 180326

---

| 05/22/16 | Assist M. McKane with preparing for 5/23/16 hearing | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 05/23/16 | Assist co-counsel in preparing for 5/23 hearing (.9); Prepare for and attend plan scheduling hearing (3.9) | | | |
| Associate | Andrew M. Dean | 4.80 hrs. | 295.00 | $1,416.00 |
| 05/23/16 | Prepare scheduling motion binder for M. McKane for 5/23/16 hearing (.3); Prepare index re: same (.2); Assist with preparation for 5/23/16 hearing (1.5) | | | |
| Paralegal | Barbara J. Witters | 2.00 hrs. | 240.00 | $480.00 |
| 05/23/16 | Review materials in connection with preparing for hearing on 5/23 (1.6); Attend hearing (2.9) | | | |
| Director | Daniel  J. DeFranceschi | 4.50 hrs. | 775.00 | $3,487.50 |
| 05/23/16 | Review written materials (motions, objections, reply papers and related documents) in preparation for 5/23/16 hearing (2.6); E-mail correspondence (x15) with J. Barsalona re: 5/23/16 hearing preparations (.3); E-mail correspondence (x11) with A. Dean re: same (.3); E-mail correspondence (x5) with B. Witters re: same (.1); Attend (Court appearance) 5/23/16 hearing (3.0); Discussion with J. Barsalona re: results of 5/23/16 hearing (.1) | | | |
| Counsel | Jason M. Madron | 6.40 hrs. | 550.00 | $3,520.00 |
| 05/23/16 | Assist M. McKane, A. McGaan, J. Sowa, and N. Thompson with preparing for hearing on Scheduling Motion (2.9); Debrief with J. Madron re: omnibus hearing (.2) | | | |
| Associate | Joseph C. Barsalona, II | 3.10 hrs. | 360.00 | $1,116.00 |
| 05/24/16 | Circulate 5/23/16 transcript to distribution (.1); Finalize and file affidavit of service re: certification of counsel order scheduling omnibus hearing date (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 05/24/16 | E-mail correspondence (x5) with R. Schepacarter re: 5/23/16 hearing transcript (.1); E-mail correspondence (x7) with B. Witters re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX 75201

June 27, 2016  
Invoice 514907  
Page 36  
Client # 740489  
Matter # 180326

---

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 05/25/16 | E-mail correspondence (x4) with M. Thompson re: July 2016 omnibus hearing date (.1); E-mail correspondence (x5) with A. Yenamandra re: same (.1); E-mail correspondence (x3) with D. Gadson in Judge Sontchi's Chambers re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 05/26/16 | Finalize and file certification of counsel re: order scheduling August 2016 omnibus hearing date (.2); E-mail to Epiq re: service of same (.1); Upload order re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 05/26/16 | E-mail correspondence (x3) with A. Yenamandra re: 8/16/16 hearing (.1); E-mail correspondence with C. Gooch re: same (.1); Call with D. Gadson in Judge Sontchi's Chambers re: hearing date scheduling (.1); E-mail correspondence (x5) with A. Yenamandra re: July 2016 omnibus hearing date (.1); Draft certification of counsel concerning order scheduling 8/16/16 hearing date (.2) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 05/30/16 | E-mail correspondence (x4) with A. Yenamandra and C. Gooch re: 7/15/16 omnibus hearing date (.1); E-mail correspondence (x4) with D. DeFranceschi re: upcoming hearings (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/31/16 | Finalize and file certification of counsel re: order scheduling July 2016 omnibus hearing date (.2); E-mail to Epiq re: service of same (.1); Upload order re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 05/31/16 | E-mail correspondence (x3) with D. Gadson in Judge Sontchi's Chambers re: July 2016 omnibus hearing date and time (.1); E-mail correspondence (x3) with A. Yenamandra re: same (.1); Draft certification of counsel concerning order scheduling 7/15/16 omnibus hearing date (.2); E-mail correspondence (x5) with M. Thompson re: dates and deadlines in connection with 7/15/16 and 8/16/16 omnibus hearings (.2) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

Total Fees for Professional Services                                $19,854.50

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 37

Client #  740489
Matter # 180326

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$19,854.50** |
| BALANCE BROUGHT FORWARD | $85,789.42 |
| **TOTAL DUE FOR THIS MATTER** | **$105,643.92** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 38

Client # 740489

Matter # 180326

---

For services through May 31, 2016
relating to Court Hearings - EFH

| | | | | |
|---|---|---|---|---|
| 05/05/16 | Review e-mail from J. Madron re: 5/10/16 telephonic appearances for M. McKane, W. Haskel, D. DeFranceschi, J. Madron and A. Wright (.1); Telephone call to Courtcall re: same x5 (.5); E-mail to M. McKane and W. Haskel re: confirmation of same (.1); E-mail to D. DeFranceschi and J. Madron re: confirmation of same (.1); E-mail to A. Wright re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 240.00 | $216.00 |
| 05/05/16 | Review and respond to emails from (x3) M. McKane, (x4) with W. Haskell, (x5) with J. Madron regarding Court request regarding drag along opinion issue (.4); | | | |
| Director | Daniel J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |
| 05/05/16 | E-mail correspondence (x14) with B. Witters re: preparations for 5/10/16 telephonic status hearing in connection with Texas Transmission Investment adversary proceeding | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 05/06/16 | Finalize and efile notice of telephonic hearing in Texas Transmission Investment adversary proceeding (.1); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 05/06/16 | Draft notice of 5/10/16 telephonic status hearing in Texas Transmission Investment adversary proceeding (.5); Finalize same for filing and instructions to A. Jerominski re: filing and service of same (.1) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 05/06/16 | Review notice of telephonic hearing adversary proceeding against Texas Transmission Investment, LLC | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 39

Client # 740489
Matter # 180326

| Date | Description | | | |
|---|---|---|---|---|
| 05/09/16 | Review e-mail from W. Haskel re: 5/10/16 telephonic appearance for S. Dore (.1); Telephone call to Courtcall re: same (.1); E-mail to S. Dore re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 05/09/16 | E-mail correspondence with W. Haskel re: preparations for 5/10/16 telephonic hearing in Texas Transmission Investment adversary proceeding (.1); Discussion and e-mail correspondence (x4) with B. Witters re: same (.1); E-mail correspondence (x4) with A. Terteryan re:  same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 05/10/16 | Prepare for and attend telephonic hearing with Court regarding TTI adversary proceeding and determination whether Court will issue an opinion | | | |
| Director | Daniel  J. DeFranceschi | 0.80 hrs. | 775.00 | $620.00 |
| 05/10/16 | Attend (telephonic Court appearance) 5/10/16 telephonic status hearing in Texas Transmission Investment adversary proceeding | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

Total Fees for Professional Services        $2,292.00

TOTAL DUE FOR THIS INVOICE        **$2,292.00**
BALANCE BROUGHT FORWARD        $9,145.90

**TOTAL DUE FOR THIS MATTER        $11,437.90**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 40
Client #  740489
Matter # 180326

---

For services through May 31, 2016
relating to  Court Hearings - TCEH

| | | | | |
|---|---|---|---|---|
| 05/12/16 | Review amended agenda adjourning 5/16/16 hearing in Delaware Trust Company v. Wilmington Trust intercreditor adversary proceeding concerning request for stay pending appeal | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/26/16 | Prepare for 6/1/2016 hearing | | | |
| Associate | Andrew M. Dean | 0.20 hrs. | 295.00 | $59.00 |
| 05/26/16 | Call with A. Dean re: 6/1/16 hearing in Delaware Trust Company v. Wilmington Trust intercreditor adversary proceeding concerning request for stay pending appeal (.1); E-mail correspondence (x5) with G. Finizio re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/27/16 | Review agenda cancelling 6/1/16 hearing in Delaware Trust Company v. Wilmington Trust intercreditor adversary proceeding concerning request for stay pending appeal | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services          $279.00

TOTAL DUE FOR THIS INVOICE                     **$279.00**

BALANCE BROUGHT FORWARD                          $5,878.70

**TOTAL DUE FOR THIS MATTER**                 **$6,157.70**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 41

Client #  740489

Matter # 180326

---

For services through May 31, 2016

relating to  General Corporate/Real Estate - ALL

| | | | | |
|---|---|---|---|---|
| 05/02/16 | Review 8-K filed by Debtors terminating the Oncor merger (.8); Review Notifications pursuant to Ordering Paragraph Nos. 19 and 20 of the March 24, 2016 Order and Request to Continue Rehearing Process in PUCT hearings (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.90 hrs. | 360.00 | $324.00 |
| | | | | |
| 05/03/16 | Review and consideration of Form 8-K filing dated 5/2/16 concerning termination of merger agreement and filing of new plan | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 05/10/16 | Review First Quarter Form 10-Q filed by Energy Future Holdings Corp. | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| | | | | |
| 05/13/16 | Review Ovation and Shary Holdings submission to Public Utility Commission concerning issuance of termination notices and request to adjourn rehearing | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| | | | | |
| 05/19/16 | Review Hunt Entities' notices of withdrawal filed with Public Utility Commission of Texas | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 05/19/16 | Review PUCT withdrawal documents | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

Total Fees for Professional Services        $927.00

TOTAL DUE FOR THIS INVOICE                    **$927.00**

BALANCE BROUGHT FORWARD                    $4,103.52

**TOTAL DUE FOR THIS MATTER**                    **$5,030.52**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 42

Client #  740489
Matter # 180326

---

For services through May 31, 2016
relating to  Schedules/SOFA/U.S. Trustee Reports - ALL

| 05/10/16 | Review e-mail from J. Madron re: March 2016 monthly operating report (.1); Finalize and file re: same (.2); Coordinate service re: same (.1); Prepare affidavit of service re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 05/10/16 | E-mail correspondence (x7) with K. Sullivan re: March 2016 monthly operating report (.2); Review and consideration of March 2016 monthly operating report (.3); E-mail correspondence (x4) with K. Sullivan re: issue in connection with preparation of April 2016 monthly operating report (.1) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 05/10/16 | Review March 2016 monthly operating report | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 05/11/16 | Review March 2016 monthly operating report | | | |
| Director | Daniel  J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |
| 05/31/16 | Finalize and file affidavit of service re: monthly operating report April 2016 | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 05/31/16 | Finalize and file re: monthly operating report April 2016 (.2); Coordinate service re: same (.1); Prepare affidavit of service re: same (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 05/31/16 | E-mail correspondence (x7) with K. Sullivan and C. Dobry re: April 2016 monthly operating report (.2); Review and consideration of April 2016 monthly operating report (.3) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |

Total Fees for Professional Services                    $1,239.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 43
Client #  740489
Matter # 180326

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,239.00** |
| BALANCE BROUGHT FORWARD | $1,793.76 |
| **TOTAL DUE FOR THIS MATTER** | **$3,032.76** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 44

Client #  740489

Matter # 180326

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$0.00** |
| BALANCE BROUGHT FORWARD | $263.34 |
| **TOTAL DUE FOR THIS MATTER** | **$263.34** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 45

Client #  740489

Matter # 180326

For services through May 31, 2016
relating to  Tax Issues - TCEH

| 05/24/16 | Finalize and file affidavit of service re: certification of counsel regarding order scheduling hearing dates in connection with Ad Valorem Tax matters | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |

|  | Total Fees for Professional Services | $24.00 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$24.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $1,873.16 |
| **TOTAL DUE FOR THIS MATTER** | **$1,897.16** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 46

Client #  740489

Matter # 180326

For services through May 31, 2016

relating to  Litigation/Adversary Proceedings - ALL

| 05/02/16 | Review and comment on proposed briefing order in Bank of New York Mellon appeal of order approving plan support agreement (.2); E-mail correspondence with S. Kam re: same (.1); E-mail correspondence with K. Gwynne re: same (.1); E-mail correspondence (x11) with A. Yenamandra re: same (.3); Factual investigation re: same (.2); Call with A. Yenamandra re: same (.2) | | | |
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |
| | | | | |
| 05/03/16 | Review emails with J. Madron and A. Terytan regarding motion to dismiss Fenicle appeal of confirmation order | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| | | | | |
| 05/03/16 | Call with A. Terteryan re: issues in connection with potential motion to dismiss Fenicle and Fahy appeal (.3); E-mail correspondence (x6) with A. Terteryan re: same (.2); Review and consideration of draft motion to dismiss Fenicle and Fahy appeal of confirmation order (.6) | | | |
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |

Energy Future Competitive Holdings Co.                              June 27, 2016
Texas Competitive Electric Holdings Co.                            Invoice 514907
1601 Bryan Street                                                  Page 47
Dallas TX  75201
                                                                  Client #  740489

                                                                  Matter # 180326

---

05/04/16        Review e-mail from from J. Madron re: District Court opinion (.1); Retrieve
                and e-mail to J. Madron re: same (.1); Review e-mail from from J. Madron
                re: District Court judgment (.1); Retrieve and e-mail to J. Madron re: same
                (.1); Finalize and file affidavit of service re: notice of settlement with
                Fidelity Management (.1); Review e-mail from J. Madron re: appellees
                motion to dismiss Fenicle appeal (.1); Assemble exhibits re: same (.1);
                Finalize and file re: same (.2); E-mail to J. Madron re: same (.1); Review
                e-mail from J. Madron re: declaration of B. Rogers in support of appellees
                motion to dismiss Fenicle appeal (.1); Assemble exhibits re: same (.1);
                Finalize and file re: same (.2); E-mail to J. Madron re: same (.1); Review
                e-mail from J. Madron re: emergency motion to stay briefing in Fenicle
                appeal (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2);
                E-mail to J. Madron re: same (.1); Review e-mail from J. Madron re:
                declaration of B. Rogers in support of emergency motion to stay briefing in
                Fenicle appeal (.1); Assemble exhibits re: same (.1); Finalize and file re:
                same (.2); E-mail to J. Madron re: same (.1); Review e-mail from J. Madron
                re: answering brief in Cunningham appeal (.1); Assemble exhibits re: same
                (.1); Finalize and file re: same (.2); Review e-mail from J. Madron re:
                declaration of B. Rogers in support of answering brief in Cunningham
                appeal (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2);
                Review e-mail from J. Madron re: appendix volume I of II in Cunningham
                appeal (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2);
                Review e-mail from J. Madron re: appendix volume II of II in Cunningham
                appeal (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2);
                E-mail to J. Madron re: all Cunningham appeal documents (.1); Coordinate
                service re: Fenicle appeal motion to dismiss, emergency motion and Rogers
                declaration x2 (.4); Coordinate service re: Cunningham appeal answering
                brief, Rogers declaration, appendix I and appendix II (.5)
Paralegal       Barbara J. Witters                   5.10 hrs.      240.00            $1,224.00

05/04/16        Review email from A. Terteryan re: Fenicle and Fahy appeal
Director        Daniel  J. DeFranceschi              0.10 hrs.      775.00               $77.50

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 48

Client #  740489
Matter # 180326

---

| 05/04/16 | E-mail correspondence (x16) with A. Terteryan re: Fenicle and Fahy appeal issues (.3); Factual investigation re: same (.2); E-mail correspondence (x12) with J. Sowa re: answering brief and appendix in connection with Fenicle and Fahy appeal of confirmation order (.3); E-mail correspondence (x5) with J. Douangsanith re: same (.1); Discussions (x2) and calls with B. Witters re: issues in connection with same (.4); Review and revise final motion to dismiss Fenicle and Fahy appeal of confirmation order (.7); Draft certification of service in connection with same (.1); Review and revise Rogers declaration in support of motion to dismiss Fenicle and Fahy appeal of confirmation order (.2); Draft certification of service in connection with same (.1); Review and revise emergency motion to stay briefing schedule in connection with Fenicle and Fahy appeal of confirmation order (.4); Draft certification of service in connection with same (.1); Review and revise Rogers declaration in support of emergency motion to stay briefing schedule in connection with Fenicle and Fahy appeal of confirmation order (.2); Draft certification of service in connection with same (.1); Review, revise, and consideration of answering brief in class certification appeal (1.2); Draft certification of service in connection with same (.1); Review and revise Rogers declaration in support of answering brief in class certification District Court appeal (.2); Draft certification of service in connection with same (.1); Review and revise Katchadurian declaration in support of answering brief in class certification District Court appeal (.3); Review and consideration of two volumes of appendix in connection with answering brief in class certification District Court appeal (.4); Draft certifications of service in connection with same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 5.60 hrs. | 550.00 | $3,080.00 |
| | | | | |
| 05/04/16 | Review and consideration of Appellees' Motion to Dismiss Fenicle and Fahy Appeal (.1); Review declaration in support of same (.1); Review and consideration of Debtor-Appellees' Emergency Motion to Stay Briefing Deadlines (.1); Review order by Judge Andrews staying appeal of Fenicle and Fahy (.1); Review and consideration of EFIH Debtors' answering brief in Fenicle and Fahy appeal (.4) | | | |
| Associate | Joseph C. Barsalona, II | 0.80 hrs. | 360.00 | $288.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 49

Client #  740489
Matter # 180326

---

| 05/05/16 | Coordinate to clerks office re: Fenicle appeal pleadings filed 5/4/16 (.2); Discussion with J. Madron re: Cunningham appeal pleadings in District Court (.2); Review e-mail from J. Madron re: appellees answering brief in Fenicle appeal (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to J. Madron re: same (.1); Coordinate service re: same (.1); Review e-mail from J. Madron re: declaration of B. Rogers in support of appellees answering brief in Fenicle appeal (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to J. Madron re: same (.1); Coordinate service re: same (.1); Finalize and file re: entry of appearance in Third Circuit for D. DeFranceschi (.2); Coordinate service re: same (.1); Coordinate service of A. McGaan entry of appearance in Third Circuit (.1); Review e-mail from J. Madron re: appendix of appellees volume I of II in Fenicle appeal (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to J. Madron re: same (.1); Coordinate service re: same (.1); Review e-mail from J. Madron re: appendix of appellees volume II of II in Fenicle appeal (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to J. Madron re: same (.1); Coordinate service re: same (.1); | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 3.20 hrs. | 240.00 | $768.00 |
| | | | | |
| 05/05/16 | Review letter from K. Gwynne (for BoNY Mellon) regarding Plan Support Agreement appeal | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| | | | | |
| 05/05/16 | Review Reply brief re: Fenicle appeal | | | |
| Director | Daniel  J. DeFranceschi | 1.10 hrs. | 775.00 | $852.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 50

Client # 740489
Matter # 180326

---

| | | | | |
|---|---|---|---|---|
| 05/05/16 | Call with R. Werkheiser in Judge Sontchi's Chambers re: request for status report in connection with all pending appeals (.5); E-mail correspondence (x3) with C. Husnick re: same (.1); E-mail correspondence with A. Yenamandra re: same (.1); Call with N. Selmyer in Judge Andrew's Chambers re: issues in connection with answering brief, appendix, and declaration in class certification appeal (.1); Meeting with B. Witters re: same (.2); Calls (x3) with B. Witters re: same (.2); E-mail correspondence (x3) with A. Terteryan re: pending motions in Fenicle and Fahy appeal of confirmation order (.1); Revising answering brief in connection with District Court class certification appeal (.8); Revising certification of service in connection with same (.1); Revising Rogers declaration and exhibit to same in support of answering brief in connection with District Court class certification appeal (.2); Revising certification of service in connection with same (.1); E-mail correspondence (x5) with J. Sowa re: issues in connection with answering brief, appendix, and declaration in class certification appeal (.2); E-mail correspondence (x3) with J. Douangsanith re: same (.1); Revising appendix coverage pages for appendix volumes to in connection with answering brief in connection with District Court class certification appeal (.3); Revising certifications of counsel re: appendix volumes to in connection with answering brief in connection with District Court class certification appeal (.2); Review and consideration of letter submission from K. . Gwynne to Judge Andrews concerning Bank of New York Mellon appeal of order approving plan support agreement (.2); Review entered briefing order in connection with Bank of New York Mellon District Court appeal of order approving plan support agreement (.1); E-mail correspondence (x5) with M. McKane and A. Yenamandra re: same (.2) | | | |
| Counsel | Jason M. Madron | 3.80 hrs. | 550.00 | $2,090.00 |
| | | | | |
| 05/05/16 | Review briefing schedule for appeal by Bank of New York of PSA Order | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| | | | | |
| 05/05/16 | Review Letter from K. Gwynne to Judge Andrews re: briefing schedule in Bank of New York Mellon v. EFH appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| | | | | |
| 05/06/16 | Coordinate submission of courtesy copies of brief, declaration and appendices to USDC clerk | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 51

Client #  740489
Matter # 180326

---

| 05/10/16 | Calls (x2) with A. McGaan re: status report concerning pending appeals (.3); Calls (x2) with R. Werkheiser in Judge Sontchi's Chambers re: same (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 05/12/16 | Review and circulate adversary docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 05/12/16 | E-mail correspondence (x4) with A. McGaan re: draft status report to Judge Sontchi concerning the status of all pending appeals in cases (.1); Review and provide comments to draft status report to Judge Sontchi concerning the status of all pending appeals in cases (.5) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 05/13/16 | Finalize and file letter to Judge Sontchi re: status of appeals (.2); Email to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 05/13/16 | Review and provide comments to revised copy of status report to Judge Sontchi concerning pending appeals in cases (.3); E-mail correspondence (x6) with M. Petrino re: same (.2); E-mail correspondence with A. McGaan re: same (.1); Review and revise final letter to Judge Sontchi containing status report concerning status of pending appeals out of chapter 11 cases (.4); Call and e-mail correspondence with B. Witters re: same (.1); E-mail correspondence with M. McKane re: same (.1) | | | |
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |
| 05/13/16 | Review Letter to Judge Sontchi re: status of appeals in chapter 11 cases | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

June 27, 2016  
Invoice 514907  
Page 52

Client #  740489  
Matter # 180326

---

| Date | Description | | | |
|---|---|---|---|---|
| 05/17/16 | E-mail correspondence (x5) with B. Witters re: potential need to seal materials in connection with submission to Judge Andrews in connection with Bank of New York Mellon appeal of order approving plan support agreement (.1); E-mail correspondence (x11) with A. Terteryan re: issues in connection with same (.3); E-mail correspondence (x4) with W. Haskel re: same (.1); Review and comment on draft letter to Judge Andrews re: proposed continued stay of Bank of New York Mellon appeal of order approving plan support agreement (.3) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 05/18/16 | Finalize and file affidavit of service re: notice of extending mediation period (.1); Review e-mail from J. Madron letter from M. McKane re: Request to stay Bank of New York Mellon appeal in District Court (.1); Finalize and file re: same (.2); Coordinate service re: same (.1); Coordinate delivery to Judge Andrew re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 05/18/16 | Review and revise final letter from M. McKane to Judge Andrews concerning Debtors' position on whether or not Bank of New York Mellon appeal of order approving plan support agreement should be stayed (.3); Draft certification of service in connection with same (.1); E-mail correspondence (x9) with A. Terteryan re: same (.3); Call with B. Witters re: filing and service of same (.1); Review and consideration of Bank of New York Mellon's letter to Judge Andrews in connection with appeal of order approving plan support agreement (.3); E-mail correspondence with J. Lord re: same (.1) | | | |
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |
| 05/18/16 | Review Bank of New York Mellon's letter to Judge Andrews re: PSA Appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 05/19/16 | Review and circulate adversary docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 05/20/16 | Retrieve, import, circulate and coordinate service of order dismissing motions and adversary (.1); Prepare docket distribution of adversaries to workgroup (.2); Retrieve, import and circulate counter designation (.1) | | | |
| Paralegal | Ann Jerominski | 0.40 hrs. | 240.00 | $96.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 53

Client #  740489

Matter # 180326

---

| 05/21/16 | E-mail correspondence (x7) with B. Rogers and D. Hogan re: reply brief in connection with District Court appeal of order denying class certification | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/23/16 | E-mail correspondence (x3) with A. Yenamandra re: Bank of New York Mellon District Court appeal of order approving plan support agreement (.1); E-mail correspondence (x4) with A. Terteryan re: Fenicle and Fahy responses to motion to dismiss appeal of confirmation order and to stay briefing (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/23/16 | Review Response of Appellants Fenicle and Fahy to Appellees' Motion to Dismiss Fenicle and Fahy Appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 05/24/16 | Finalize and file affidavit of service re: joint stipulation and order discovery material (.1); Finalize and file affidavit of service re: certification of counsel for joint stipulation and order discovery material (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 05/24/16 | Review and consideration of Fenicle and Fahy response to motion to stay briefing schedule in appeal of confirmation order pending decision on motion to dismiss (.5); Review and consideration of Fenicle and Fahy objection to motion to dismiss appeal of confirmation order as moot (.9) | | | |
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |
| 05/25/16 | E-mail correspondence with M. McKane re: Bank of New York Mellon District Court appeal of order approving plan support agreement (.1); Factual investigation in connection with same (.2) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 05/26/16 | E-mail correspondence (x4) with B. Rogers re: District Court appeal of class certification denial order (.1); Review entered order staying briefing in the Fenicle and Fahy appeal of confirmation order pending disposition of motion to dismiss (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 54

Client #  740489
Matter # 180326

---

| 05/27/16 | Finalize and file re: letter to Judge Andrews to extend briefing in Bank of New York Mellon (.1); Coordinate service re: same (.1); Coordinate delivery to Judge Andrews re: same (.1); E-mail to J. Madron re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |

| 05/27/16 | E-mail correspondence (x9) with A. Terteryan re: letter to Judge Andrews concerning status of briefing in Bank of New York Mellon appeal of order approving plan support agreement (.3); Review, revise, and consideration of letter to Judge Andrews concerning status of briefing in Bank of New York Mellon appeal of order approving plan support agreement (.3); Review and revise proposed form of order extending briefing schedule in Bank of New York Mellon appeal of order approving plan support agreement (.2); E-mail correspondence (x5) with B. Witters re: filing and service of same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

| 05/31/16 | Review and consideration of The Bank of New York Mellon's responsive letter brief to Judge Andrews concerning scheduling in appeal of order approving plan support agreement | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Total Fees for Professional Services    $15,024.50

TOTAL DUE FOR THIS INVOICE          **$15,024.50**
BALANCE BROUGHT FORWARD              $19,821.78

**TOTAL DUE FOR THIS MATTER**         **$34,846.28**

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

June 27, 2016  
Invoice 514907  
Page 55

Client #  740489

Matter # 180326

For services through May 31, 2016  
relating to Litigation/Adversary Proceedings - EFH

| 05/03/16 | Call with R. Werkheiser re: status of opinion in connection with Texas Transmission Investment adversary proceeding (.2); E-mail correspondence (x3) with W. Haskel re: same (.1); E-mail correspondence with A. Yenamandra re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

| 05/04/16 | E-mail correspondence (x7) with W. Haskel and D. DeFranceschi re: ruling in connection with Texas Transmission Investment adversary proceeding | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 05/05/16 | Calls (x3) with R. Werkheiser in Judge Sontchi's Chambers re: Texas Transmission Investment adversary proceeding matters (.4); Call with W. Haskel re: same (.2); E-mail correspondence (x23) with W. Haskel re: same (.4); E-mail correspondence (x14) with M. McKane re: same (.3); E-mail correspondence (x3) with C. Tullson re: same (.1); E-mail correspondence (x5) with R. Werkheiser in Judge Sontchi's Chambers re: same (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.60 hrs. | 550.00 | $880.00 |

| 05/10/16 | E-mail correspondence (x9) with M. McKane and W. Haskel re: supplemental letter briefing in Texas Transmission Investment adversary proceeding | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 05/11/16 | Calls (x2) with R. Werkheiser in Judge Sontchi's Chambers re: submission of letter briefs following 5/10/16 telephonic hearing in Texas Transmission Investment adversary proceeding (.2); E-mail correspondence (x7) with W. Haskel re: same (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

| 05/19/16 | Finalize and file letter re: Request to stay TTI adversary (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX 75201

June 27, 2016  
Invoice 514907  
Page 56

Client # 740489  
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 05/19/16 | Review submissions of the parties in connection with whether the Court should issue an opinion on the Texas Transmission Investment Summary Judgment issues | | | |
| Director | Daniel J. DeFranceschi | 0.50 hrs. | 775.00 | $387.50 |
| 05/19/16 | Review, revise, and consideration of letter brief requesting a stay of the Texas Transmission Investment adversary proceeding (.3); E-mail correspondence with A. Terteryan re: same (.1); E-mail correspondence (x9) with W. Haskel re: same (.3); Call and e-mail correspondence (x3) with B. Witters re: same (.1); Review Ovation Acquisition II's letter brief requesting a stay of the Texas Transmission Investment adversary proceeding (.2); Review and consideration of Texas Transmission Investment's letter brief requesting dismissal of adversary proceeding as moot and exhibits thereto (.8) | | | |
| Counsel | Jason M. Madron | 1.80 hrs. | 550.00 | $990.00 |
| 05/19/16 | Review Letter from EFIH Debtors to Court re: stay of EFH v. Texas Transmission Investment adversary proceeding (.1); Review Letter from Intervenor Plaintiff Ovation Acquisition II, L.L.C. to Court re stay of EFH v. Texas Transmission Investment adversary proceeding (.1); Review Letter Brief by Texas Transmission Investment re: stay of EFH v. Texas Transmission Investment adversary proceeding (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |
| 05/20/16 | Review entered order dismissing Texas Transmission Investment adversary proceeding | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/20/16 | Review order finding as moot the EFH v. Texas Transmission Investment adversary proceeding | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 05/21/16 | Review order dismissing Texas Transmission Investment adversary | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |

Total Fees for Professional Services                     $3,326.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 57

Client #  740489
Matter # 180326

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$3,326.00** |
| BALANCE BROUGHT FORWARD | $28,293.89 |
| **TOTAL DUE FOR THIS MATTER** | **$31,619.89** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 58

Client #  740489
Matter # 180326

---

For services through May 31, 2016
relating to Litigation/Adversary Proceedings - EFIH

05/02/16     Review e-mail from J. Madron re: counter designation of record on appeal re:second lien makewhole (.1); Assemble exhibits re: same (.3); Finalize and file re: same in District Court cases 15-1011, 15-1014 & 15-1015 (.6); Coordinate service re: same (.1)

Paralegal     Barbara J. Witters     1.10 hrs.     240.00     $264.00

05/02/16     Email with J. Madron regarding make whole appeal

Director     Daniel  J. DeFranceschi     0.10 hrs.     775.00     $77.50

05/02/16     E-mail correspondence (x10) with M. Petrino re: counter-designation of additional record items in connection with second lien makewhole appeals (.3); Review and revise counter-designation of additional record items in connection with second lien makewhole appeals (.5); Review exhibits to same (.2); Draft certification of service in connection with same and finalize same for filing (.1); E-mail correspondence (x4) with M. Petrino re: Third Circuit second lien makewhole submissions (.1); Review second lien trustee's civil information sheet in connection with Third Circuit makewhole appeals (.1)

Counsel     Jason M. Madron     1.30 hrs.     550.00     $715.00

05/02/16     Review the EFIH Debtors' Counter Designation of Record on Appeal

Associate     Joseph C. Barsalona, II     0.10 hrs.     360.00     $36.00

05/03/16     Discussions with B. Witters re: filing in 3rd circuit second lien makewhole appeals

Paralegal     Ann Jerominski     0.10 hrs.     240.00     $24.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 59

Client #  740489
Matter # 180326

---

| 05/03/16 | Review e-mail from J. Madron re: entry of appearance form for A. McGaan in Third Circuit second lien make whole and certification of service (.1); Assemble certificate of service (.1); Finalize and file re: same in third circuit cases x3 (.4); Coordinate service re: same (.1); Review e-mail from J. Madron re: entry of appearance form for M. Petrino and certification of service (.1); Assemble certificate of service (.1); Finalize and file re: same in third circuit cases (.2); Coordinate service re: same (.1); Review e-mail from J. Madron re: entry of appearance form for D. DeFranceschi and certification of service (.1); Assemble certificate of service (.1); Finalize and file re: same in third circuit cases (.2); Coordinate service re: same (.1); Review e-mail from J. Madron re: entry of appearance form for J. Madron and certification of service (.1); Assemble certificate of service (.1); Finalize and file re: same in third circuit cases (.2); Coordinate service re: same (.1); Review e-mail from J. Madron re: corporate disclosure statement and certification of service (.1); Assemble certificate of service (.1); Finalize and file re: same in third circuit cases (.2); Coordinate service re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.70 hrs. | 240.00 | $648.00 |

| 05/03/16 | Calls (x3) with B. Witters re: initial filings in second lien makewhole Third Circuit appeals (.2); Discussion with B. Witters re: same (.1); E-mail correspondence (x4) with M. Petrino re: same Draft notice of appearance for A. McGaan in second lien makewhole Third Circuit appeals (.2); Draft certification of service re: same (.1); Draft consolidated service list for second lien makewhole Third Circuit appeals (.2); Draft notice of appearance for M. Petrino in second lien makewhole Third Circuit appeals (.2); Draft certification of service re: same (.1); Draft notice of appearance for D. DeFranceschi in second lien makewhole Third Circuit appeals (.2); Draft certification of service re: same (.1); Draft notice of appearance for J. Madron in second lien makewhole Third Circuit appeals (.2); Draft certification of service re: same (.1); Review and consideration of second lien trustee's concise summary of case in connection with second lien makewhole Third Circuit appeal (.3); Review second lien indenture trustee's corporate disclosure statement filed in connection with second lien makewhole Third Circuit appeal (.2) | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 60

Client # 740489
Matter # 180326

---

| 05/04/16 | Discussions with J. Madron and B. Witters re: filing of appendix in USDC-DE (.1); Discussions with B. Witters re: filing of documents in 3rd Circuit (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 05/04/16 | Review and respond to email from J. Madron regarding first lien make whole appeal re: third circuit | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 05/04/16 | Review non-compliance order concerning notice of appearance filings in Third Circuit second lien makewhole appeals (.1); Discussion with B. Witters re: same (.1); E-mail correspondence (x7) with D. DeFranceschi re: same (.1); Factual investigation and review of Third Circuit Local Rules in connection with same (.4); E-mail correspondence (x10) with M. Petrino re: same (.2); Revising notice of appearance materials for A. McGaan (.1); Revising notice of appearance materials for M. Petrino (.1); E-mail correspondence (x6) with M. McKane and M. Petrino re: Third Circuit opinion affirming first lien settlement rulings (.1) | | | |
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |
| 05/04/16 | Review opinion from Third Circuit Court of Appeals regarding first lien Settlement appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |
| 05/05/16 | Revising notice of appearance materials for D. DeFranceschi in connection with second lien makewhole appeals | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/06/16 | Review and consideration of Third Circuit opinion affirming decision in first lien settlement appeal | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 05/07/16 | E-mail correspondence with M. Petrino re: McGaan notice of appearance in second lien makewhole appeals | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 61

Client #  740489
Matter # 180326

---

| 05/09/16 | Call with Marianne at Third Circuit Court of Appeals re: Clerk's order consolidating first and second lien makewhole appeals | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/10/16 | Finalize and file affidavit of service re: notice of settlement EFH committee (.1); Finalize and file affidavit of service re: notice of hearing settlement EFH Notes Trustee (.1); Finalize and file affidavit of service re: certification of counsel re: order additional relief settlement EFH Notes Trustee (.1); Finalize and file affidavit of service re: order approving additional relief settlement EFH Notes Trustee (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 05/10/16 | E-mail correspondence (x6) with D. DeFranceschi re: Delaware Trust Company's opening brief in Third Circuit first lien makewhole appeal | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/10/16 | Review Third Circuit Brief for Appellants in Delaware Trust Company, as Indenture Trustee v. Energy Future Intermediate Holding Company LLC | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| 05/11/16 | Review entered briefing order in Third Circuit second lien makewhole appeal (.1); E-mail correspondence (x3) with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/12/16 | E-mail correspondence with M. Petrino re: joint status report in Mudrick District Court appeal (.1); E-mail correspondence (x3) with J. Klein re: same (.1); E-mail correspondence with M. Sage re: same (.1); Reviewing and revising joint status report in Mudrick District Court appeal (.5); Draft certification of service in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 05/13/16 | Finalize and file re: joint status report Mudrick District Court (.2); Coordinate service re: service of same (.1); Coordinate delivery to Judge Andrews re: same (.1); E-mail to J. Madron re: same (.1); | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 62

Client #  740489

Matter # 180326

---

| 05/13/16 | E-mail correspondence (x8) with M. Sage re: joint status report in Mudrick District Court appeal (.2); E-mail correspondence with D. DeFranceschi re: same (.1); Revise joint status report in Mudrick District Court appeal and finalize same for filing (.2); Revise certification of service in connection with same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 05/18/16 | Review oral order from Judge Andrews continuing stay in Mudrick Capital Management appeal and e-mail correspondence (x3) with M. Sage re: same | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/24/16 | Finalize and file affidavit of service re: EFIH counterdesignation of record on appeal (.1); Finalize and file affidavit of service re: EFIH counterdesignation of record on appeal (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 05/24/16 | Review Brief for Appellants in Computershare Trust Company, N.A. v. EFIH action in the Court of Appeals for the Third Circuit | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 05/26/16 | Review Third Circuit mandate in connection with first lien settlement appeal | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services     $6,310.50

TOTAL DUE FOR THIS INVOICE     **$6,310.50**

BALANCE BROUGHT FORWARD     $24,041.74

**TOTAL DUE FOR THIS MATTER**     **$30,352.24**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 63

Client #  740489
Matter # 180326

---

For services through May 31, 2016
relating to  Litigation/Adversary Proceedings - TCEH

| | | | | |
|---|---|---|---|---|
| 05/06/16 | Review and consideration of appellants' statement of issues and designation of record items on appeal in connection with Marathon Asset Management v. Wilmington Trust intercreditor adversary proceeding | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 05/12/16 | Review and consideration of certification of counsel and proposed order extending temporary stay in Delaware Trust Company v. Wilmington Trust intercreditor adversary proceeding | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/23/16 | Review and consideration of appellee's counter-designation of additional record items for inclusion in appeal in connection with Marathon Asset Management v. Wilmington Trust intercreditor adversary proceeding | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services        $550.00

TOTAL DUE FOR THIS INVOICE          **$550.00**
BALANCE BROUGHT FORWARD          $7,601.24

**TOTAL DUE FOR THIS MATTER**          **$8,151.24**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 64

Client #  740489
Matter # 180326

For services through May 31, 2016
relating to  RLF Retention - ALL

| 05/10/16 | Finalize and file affidavit of service re: third supplemental affidavit of D. DeFranceschi in support of retention of RL&F | | | |
|----------|-----------------|-----------|--------|--------|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |

Total Fees for Professional Services          $24.00

TOTAL DUE FOR THIS INVOICE          **$24.00**
BALANCE BROUGHT FORWARD          $1,808.51

**TOTAL DUE FOR THIS MATTER**          **$1,832.51**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 65

Client #  740489

Matter # 180326

---

For services through May 31, 2016

relating to  Retention of Others - ALL

| 05/04/16 | Finalize and file affidavit of service re: fifth supplemental declaration in support of Filsinger retention | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 05/10/16 | Finalize and file affidavit of service re: order granting Greenberg Traurig retention application (.1); Finalize and file affidavit of service re: sixth supplemental declaration of Sprayregen in support of retention of Kirkland & Ellis (.1); | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 05/13/16 | E-mail correspondence (x5) with J. Hoover re: status of Benesch, Friedlander, Coplan retention application | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/20/16 | Retrieve and circulate notice of substitution of counsel re: fee committee counsel | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 05/24/16 | Finalize and file re: affidavit of service re: eighth notice of entry into additional KPMG additional agreements | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 05/26/16 | Call with R. Young re: Deloitte & Touche retention issue | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/28/16 | E-mail correspondence (x4) with R. Young re: Deloitte & Touche supplemental retention issues | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/31/16 | Finalize and file re: thirteenth notice of entry into additional KPMG agreement (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

June 27, 2016  
Invoice 514907  
Page 66  
Client #  740489  
Matter # 180326

---

| 05/31/16 | E-mail correspondence (x6) with C. Campbell re: expansion of KPMG retention (.2); E-mail correspondence with A. Yenamandra re: same (.1); Draft thirteenth notice of entry into additional statement of work with KPMG (.4); Review and consideration of additional statement of work with KPMG (.2) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

Total Fees for Professional Services $907.00

TOTAL DUE FOR THIS INVOICE **$907.00**  
BALANCE BROUGHT FORWARD $6,665.39

**TOTAL DUE FOR THIS MATTER** **$7,572.39**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 67

Client #  740489
Matter # 180326

For services through May 31, 2016
relating to Retention of Others - EFH

| 05/09/16 | Review and consideration of third supplemental Holtz declaration in support of retention of AlixPartners, LLP | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |

Total Fees for Professional Services          $275.00

TOTAL DUE FOR THIS INVOICE                    **$275.00**
BALANCE BROUGHT FORWARD                        $298.61

**TOTAL DUE FOR THIS MATTER**                 **$573.61**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 68

Client #  740489

Matter # 180326

---

For services through May 31, 2016

relating to  Retention of Others - EFIH

| 05/13/16 | Review and consideration of fifth supplemental Levin declaration in support of Jenner & Block retention | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| | | | | |
|---|---|---|---|---|
| | Total Fees for Professional Services | | | $110.00 |

| TOTAL DUE FOR THIS INVOICE | **$110.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $4.69 |
| **TOTAL DUE FOR THIS MATTER** | **$114.69** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 69

Client #  740489
Matter # 180326

---

For services through May 31, 2016
relating to RLF Fee Applications - ALL

| | | | | |
|---|---|---|---|---|
| 05/02/16 | Call with B. Witters re: RL&F fee matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/03/16 | Finalize and file re: RL&F twenty-third RL&F fee statement (.3); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 05/03/16 | Reviewing and revising RL&F March 2016 monthly fee statement (.9); Draft notice of monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 1.00 hrs. | 550.00 | $550.00 |
| 05/12/16 | Begin reviewing and editing of RL&F's April 2016 billing memos for attorney-client privileged information and compliance with the interim compensation procedures order and local rules and in connection with preparation of related monthly fee statement | | | |
| Counsel | Jason M. Madron | 1.90 hrs. | 550.00 | $1,045.00 |
| 05/18/16 | Finish reviewing and editing of RL&F's April 2016 billing memos for attorney-client privileged information and compliance with the interim compensation procedures order and local rules and in connection with preparation of related monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 05/24/16 | Finalize and file affidavit of service re: RL&F third interim fee application (.1); Finalize and file affidavit of service re: fourth supplemental affidavit of RL&F (.1); Finalize and file affidavit of service re: RL&F nineteenth fee statement (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 05/31/16 | Review and revise RL&F April 2016 fee application (.5); Prepare notice of application re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 70

Client #  740489
Matter # 180326

---

| 05/31/16 | Assemble exhibits re: RL&F twenty-fourth fee statement (.1); Finalize and file re: RL&F twenty-fourth fee statement (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 05/31/16 | Review and revise April 2016 monthly fee statement of RL&F (.8); Review and revise notice of monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

Total Fees for Professional Services                                     $3,017.00

TOTAL DUE FOR THIS INVOICE                              **$3,017.00**
BALANCE BROUGHT FORWARD                              $26,076.22

**TOTAL DUE FOR THIS MATTER**                          **$29,093.22**

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

June 27, 2016  
Invoice 514907  
Page 71

Client #  740489  
Matter # 180326

For services through May 31, 2016  
relating to Fee Applications of Others - ALL

| 05/05/16 | E-mail correspondence (x4) with R. Young re: Deloitte & Touche LLP fee issues | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 05/06/16 | Finalize and efile certifications of no objection re: Deloitte + Touche LLP eighteenth, nineteenth and twentieth monthly fee applications (.3); Distribute as-filed copies to J. Madron (.1); Prepare KPMG fee application for filing (.1); Finalize and efile same (.1); Coordinate service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.70 hrs. | 240.00 | $168.00 |

| 05/06/16 | E-mail correspondence (x9) with C. Campbell re: KPMG fee matters (.3); Draft certification of no objection in connection with Deloitte & Touche October 2015 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Draft certification of no objection in connection with Deloitte & Touche November 2015 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Draft certification of no objection in connection with Deloitte & Touche December 2015 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x9) with R. Young re: Deloitte & Touche fee matters (.3); Review KPMG February 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); Draft certification of no objection in connection with Deloitte & Touche September 2015 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Factual investigation concerning Deloitte & Touche fee issue (.5) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.70 hrs. | 550.00 | $1,485.00 |

| 05/09/16 | Finalize and file certification of no objection re: Deloitte & Touche seventeenth fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 72

Client #  740489

Matter #  180326

---

| 05/09/16 | Call with R. Wagner re: Greenberg Traurig, LLP fee issues (.3); Revise certification of no objection in connection with Deloitte & Touche September 2015 monthly fee statement (.1); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence with A. Kever re: Enoch Kever PLLC fee matters (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

| 05/10/16 | Finalize and file affidavit of service re: Sidley Austin thirteenth to fifteenth fee statements (.1); Finalize and file affidavit of service re: Alvarez & Marsal eighteenth fee statement (.1); Finalize and file certification of no objection re: KPMG twenty-first fee statement (.2); E-mail to J. Madron re: same (.1); Review e-mail from J. Madron re: Enoch Kever twelfth fee application (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |

| 05/10/16 | Finalize and file affidavit of service re: notice of filing of stipulation and order to make non-scheduled payments to Kirkland & Ellis | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |

| 05/10/16 | E-mail correspondence (x8) with C. Campbell re: KPMG fee matters (.2); Draft certification of no objection concerning KPMG January 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x8) with B. Karpuk re: Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions fee matters (.2); Review and revise Enoch Kever PLLC February 2016 monthly fee statement (.2); Draft notice of monthly fee statement in connection with same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.00 hrs. | 550.00 | $550.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907

Page 73

Client #  740489

Matter # 180326

---

| 05/11/16 | Finalize and file certification of no objection re: Epiq seventeenth fee statement (.2); Finalize and file certification of no objection re: Epiq eighteenth fee statement (.2); Finalize and file certification of no objection re: Epiq nineteenth fee statement (.2); Finalize and file certification of no objection re: Epiq twentieth fee statement (.2); E-mail to J. Madron re: same (.1); Review e-mail from J. Madron re: Kirkland & Ellis twenty-third fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: Epiq fifth interim fee application (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.10 hrs. | 240.00 | $504.00 |

| 05/11/16 | Review and revise certification of no objection concerning September 2015 monthly fee statement of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise certification of no objection concerning October 2015 monthly fee statement of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise certification of no objection concerning November 2015 monthly fee statement of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise certification of no objection concerning December 2015 monthly fee statement of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise Kirkland & Ellis LLP March 2016 monthly fee statement and review exhibits to same (.4); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence (x5) with N. Hwangpo re: Kirkland & Ellis fee matters (.1); Review and revise fifth interim period fee application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions and review of exhibits to same (.9); E-mail correspondence (x5) with B. Karpuk re: Epiq fee matters (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.80 hrs. | 550.00 | $1,540.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

June 27, 2016  
Invoice 514907  
Page 74

Client #  740489  
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 05/16/16 | E-mail correspondence with P. Morin re: Filsinger Energy Partners fee matters (.1); E-mail correspondence (x3) with J. Barsalona re: same (.1); E-mail correspondence with J. Ehrenhofer re: Alvarez & Marsal North America fee issues (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 05/17/16 | Finalize and file certification of no objection re: Filsinger twenty-third fee statement (.2); E-mail to J. Barsalona re: pdf of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 05/17/16 | E-mail correspondence with A. Benschoter re: Balch & Bingham fee matters (.1); E-mail correspondence (x4) with B. Karpuk re: Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions fee matters (.1); E-mail correspondence (x3) with J. Barsalona re: Filsinger Energy Partners fee matters (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 05/17/16 | Revise and finalize certificate of no objection to Twenty-Third monthly fee statement of Filsinger Energy Partners | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 05/18/16 | Finalize and file certification of no objection re: Alvarez & Marsal twenty-third fee statement (.2); E-mail to J. Madron re: same (.1); Finalize and file certification of no objection re: Balch & Bingham eighteenth fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 05/18/16 | Review and revise certification of no objection with respect to Alvarez & Marsal North America March 2016 monthly fee statement (.2); Examine docket in connection with same and review corresponding monthly fee statement re: same (.1); E-mail correspondence (x4) with A. Benschoter re: Balch & Bingham fee matters (.1); Review and revise certification of no objection with respect to Balch & Bingham March 2016 monthly fee statement (.2); Examine docket in connection with same and review corresponding monthly fee statement re: same (.1); E-mail correspondence (x3) with D. Liggins re: Thompson & Knight LLP fee issues (.1); E-mail correspondence (x3) with J. Ehrenhofer re: Alvarez & Marsal North America fee matters (.1) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907

Page 75

Client # 740489

Matter # 180326

---

| Date | Description | | | |
|---|---|---|---|---|
| 05/19/16 | Finalize and file certification of no objection re: Thompson & Knight January fee statement (.2); Finalize and file certification of no objection re: Thompson & Knight February fee statement (.2); E-mail to J. Madron re: certifications of no objection of same (.1); Finalize and file certification of no objection re: Greenberg Traurig third fee application (.2); Finalize and file certification of no objection re: Greenberg Traurig fourth fee application (.2); Finalize and file certification of no objection re: Greenberg Traurig fifth fee application (.2); E-mail to J. Madron re: certifications of no objection of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |
| 05/19/16 | Review and revise certification of no objection concerning Thompson & Knight January 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise certification of no objection concerning Thompson & Knight February 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x3) with D. Liggins re: Thompson & Knight fee matters (.1); Draft certification of no objection concerning Greenberg Traurig January 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Draft certification of no objection concerning Greenberg Traurig February 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Draft certification of no objection concerning Greenberg Traurig March 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x10) with R. Wagner re: Greenberg Traurig fee matters (.3); E-mail correspondence with B. Karpuk re: Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions fee issues (.1) | | | |
| Counsel | Jason M. Madron | 2.00 hrs. | 550.00 | $1,100.00 |
| 05/20/16 | Finalize and efile Enoch Kever thirteenth fee statement (.1); Coordinate service of same (.1); Circulate same (.1); Circulate 3 Epiq monthly fee statements (.1) | | | |
| Paralegal | Ann Jerominski | 0.40 hrs. | 240.00 | $96.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 76

Client #  740489

Matter #  180326

| | | | | |
|---|---|---|---|---|
| 05/20/16 | E-mail correspondence with D. Liggins re: Thompson & Knight LLP fee issues (.1); Review and revise Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions January 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); Review and revise Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions February 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); Review and revise Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions March 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence (x5) with A. Kever re: Enoch Kever PLLC fee matters (.2); E-mail correspondence (x5) with B. Karpuk re: Epiq fee issues (.2); Review and revise Enoch Kever PLLC March 2016 monthly fee statement (.3); Draft notice of filing of monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 2.10 hrs. | 550.00 | $1,155.00 |
| | | | | |
| 05/20/16 | Finalize and file twenty-first Epiq fee statement (.2); Finalize and file twenty-second Epiq fee statement (.2); Finalize and file twenty-third Epiq fee statement (.2); Coordinate service of fee statements (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.70 hrs. | 240.00 | $168.00 |
| | | | | |
| 05/23/16 | Review e-mail from J. Madron re: Gibson Dunn twenty fourth fee statement (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: Filsinger Energy twenty-fourth fee statement (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |
| | | | | |
| 05/23/16 | E-mail correspondence (x5) with M. Bouslog re: Gibson, Dunn & Crutcher fee matters (.1); Review and revise Gibson, Dunn & Crutcher April 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence (x3) with P. Morin re: Filsinger Energy Partners fee matters (.1); Review and revise Filsinger Energy Partners April 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence with A. Benschoter re: Balch & Bingham fee matters (.1) | | | |
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 77

Client #  740489

Matter # 180326

---

| Date | Description | Hrs | Rate | Amount |
|---|---|---|---|---|
| 05/24/16 | Review e-mail from J. Madron re: Balch Bingham nineteenth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Finalize and file affidavit of service re: Kirkland & Ellis nineteenth fee statement (.1); Finalize and file affidavit of service re: McDermott Will eighteenth fee statement (.1); Finalize and file affidavit of service re: Balch & Bingham fourteenth fee statement (.1); Finalize and file affidavit of service re: Sidley Austin fourth interim fee application (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |
| 05/24/16 | E-mail correspondence (x4) with C. Campbell re: KPMG fee issues (.1); E-mail correspondence with P. Morin re: Filsinger Energy Partners fee matters (.1); Review and revise Balch & Bingham's April 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence (x3) with A. Benschoter re: Balch & Bingham fee matters (.1) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| 05/25/16 | E-mail correspondence (x10) with L. Bonito re: McDermott Will & Emery fee matters (.3); E-mail correspondence (x4) with A. Benschoter re: Balch & Bingham fee matters (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 05/26/16 | E-mail correspondence (x3) with C. Green re: Balch & Bingham fee matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services        $10,633.00

TOTAL DUE FOR THIS INVOICE                    **$10,633.00**
BALANCE BROUGHT FORWARD                         $38,398.33

**TOTAL DUE FOR THIS MATTER**                 **$49,031.33**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 78

Client #  740489

Matter # 180326

---

For services through May 31, 2016

relating to  Fee Applications of Others - EFH

| | | | | |
|---|---|---|---|---|
| 05/04/16 | Review Guggenheim Securities March 2016 monthly fee statement (.1); Review Bielli & Klauder March 2016 monthly fee statement (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/20/16 | Retrieve and circulate certification of no objection re: Proskauer's sixteenth fee application (.1) | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 05/23/16 | Review AlixPartners LLP April 2016 monthly fee statement (.1); Review SOLIC Capital Advisors April 2016 monthly fee statement (.1); Review Sullivan & Cromwell LLP April 2016 monthly fee statement (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 05/24/16 | Review Proskauer Rose April 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/25/16 | Retrieve and circulate seventeenth fee statement of Montgomery McCracken (.1);   Retrieve and circulate eighteenth fee statement of Montgomery McCracken (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 05/25/16 | Review Montgomery, McCracken March 2016 monthly fee statement (.1); Review Montgomery, McCracken April 2016 monthly fee statement (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 05/26/16 | Review Guggenheim Securities April 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/26/16 | Review Bielli & Klauder April 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services                    $622.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 79

Client #  740489
Matter # 180326

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$622.00** |
| BALANCE BROUGHT FORWARD | $817.29 |
| **TOTAL DUE FOR THIS MATTER** | **$1,439.29** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 80

Client #  740489

Matter # 180326

---

For services through May 31, 2016

relating to  Fee Applications of Others - EFIH

| 05/20/16 | Retrieve and circulate certification of no objection re: Stevens & Lee sixteenth fee application (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 05/25/16 | Retrieve and circulate seventeenth fee statement of Goldin Associates (.1); Retrieve and circulate eleventh fee statement of Jenner & Block (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 05/25/16 | Retrieve and circulate seventeenth fee statement of Stevens & Lee (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 05/25/16 | Review Goldin Associates April 2016 monthly fee statement (.1); Review Jenner & Block April 2016 monthly fee statement (.1); Review Stevens & Lee April 2016 monthly fee statement (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Total Fees for Professional Services        $285.00

TOTAL DUE FOR THIS INVOICE                          **$285.00**
BALANCE BROUGHT FORWARD                          $498.08

**TOTAL DUE FOR THIS MATTER**                       **$783.08**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

June 27, 2016
Invoice 514907
Page 81

Client # 740489

Matter # 180326

For services through May 31, 2016

relating to Fee Applications of Others - TCEH

| 05/02/16 | Review McElroy, Deutsch, Mulvaney & Carpenter March 2016 monthly fee statement | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/10/16 | Review Polsinelli PC March 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 05/20/16 | Retrieve and circulate certification of no objection re: Morrison Foerster twenty-second and twenty-third fee applications (.1) | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 05/25/16 | Retrieve and circulate certification of no objection re: McElroy Deutsch fourteenth fee statement | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 05/25/16 | Retrieve and circulate certification of no objection re: McElroy Deutsch fourteenth fee statement | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 05/26/16 | Review Polsinelli PC April 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services        $237.00

TOTAL DUE FOR THIS INVOICE        **$237.00**

BALANCE BROUGHT FORWARD        $918.83

**TOTAL DUE FOR THIS MATTER**        **$1,155.83**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 82
Client #  740489

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Andrew M. Dean | 8.30 | 295.00 | 2,448.50 |
| Ann Jerominski | 4.60 | 240.00 | 1,104.00 |
| Barbara J. Witters | 71.20 | 240.00 | 17,088.00 |
| Daniel  J. DeFranceschi | 13.60 | 775.00 | 10,540.00 |
| Jason M. Madron | 121.90 | 550.00 | 67,045.00 |
| Joseph C. Barsalona, II | 23.70 | 360.00 | 8,532.00 |
| Rebecca V. Speaker | 0.70 | 240.00 | 168.00 |
| TOTAL | 244.00 | $438.22 | 106,925.50 |

**TOTAL DUE FOR THIS INVOICE**                          **$112,351.65**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

740489

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

June 27, 2016
Invoice 514907
Page 83
Client # 740489

Client:  Energy Future Holdings Corp., et al.

Matter:  EFH - Restructuring Advice
Case Administration - ALL
Meetings - ALL
Executory Contracts/Unexpired Leases - ALL
Executory Contracts/Unexpired Leases - EFH
Executory Contracts/Unexpired Leases - TCEH
Plan of Reorganization/Disclosure Statement - ALL
Plan of Reorganization/Disclosure Statement - EFH
Plan of Reorganization/Disclosure Statement - TCEH
Use, Sale of Assets - ALL
Use, Sale of Assets - EFIH
Claims Administration - ALL
Claims Administration - EFH
Claims Administration - EFIH
Claims Administration - TCEH
Court Hearings - ALL
Court Hearings - EFH
Court Hearings - TCEH
General Corporate/Real Estate - ALL
Schedules/SOFA/U.S. Trustee Reports - ALL
Tax Issues - ALL
Tax Issues - TCEH
Litigation/Adversary Proceedings - ALL
Litigation/Adversary Proceedings - EFH
Litigation/Adversary Proceedings - EFIH
Litigation/Adversary Proceedings - TCEH
RLF Retention - ALL
Retention of Others - ALL
Retention of Others - EFH
Retention of Others - EFIH
RLF Fee Applications - ALL
Fee Applications of Others - ALL

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 3
Client # 740489
Matter # 180326

---

For services through June 30, 2016
relating to Case Administration - ALL

| | | | | |
|---|---|---|---|---|
| 06/01/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/01/16 | Review email from Epiq re: docket updates | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| 06/01/16 | E-mail correspondence (x4) with L. Rodriguez and S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/01/16 | Review Seventh Supplemental Verified Statement of the Ad Hoc Committee of TCEH First Lien Creditors Pursuant to Bankruptcy Rule 2019 | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/02/16 | Review docket updates from Epiq | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| 06/02/16 | E-mail correspondence (x8) with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 06/03/16 | Review and update critical dates (1.0); Review and circulate docket (.5) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 240.00 | $360.00 |
| 06/03/16 | E-mail correspondence with J. Livingstone re: service matters (.1); E-mail correspondence (x10) with S. Garabato re: same (.3) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 06/04/16 | E-mail correspondence with C. Murray re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/06/16 | Review and update critical dates (1.5); E-mail to J. Madron and J. Barsalona re: same (.1); Review and circulate docket (.3) | | | |
| Paralegal | Barbara J. Witters | 1.90 hrs. | 240.00 | $456.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 4
Client # 740489
Matter # 180326

---

| | | | | |
|---|---|---|---|---|
| 06/06/16 | Review email from B. Witters re: docket updates | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| | | | | |
| 06/06/16 | Review and consideration of updated draft critical dates calendar (.2); E-mail correspondence (x6) with J. Barsalona and B. Witters re: same (.1); E-mail correspondence (x21) with C. Murray re: service matters (.4); E-mail correspondence (x8) with S. Garabato re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| | | | | |
| 06/07/16 | Update critical dates (.6); E-mail to J. Madron and J. Barsalona re: same (.1); Discussion with J. Barsalona re: critical dates (.2); Revise critical dates (.4); E-mail to J. Barsalona re: same (.1); Review and circulate docket (.4) | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 240.00 | $432.00 |
| | | | | |
| 06/07/16 | Finalize and file re: pro hac vice motion S. Zablotney (.2); Upload order re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| | | | | |
| 06/07/16 | E-mail correspondence (x8) with J. Barsalona and B. Witters re: updated critical dates calendar (.2); E-mail correspondence (x6) with A. Sexton re: pro hac vice motion for S. Zablotney (.2); E-mail correspondence (x5) with S. Zablotney re: same (.1); E-mail correspondence (x4) with K. Miller re: same (.1); Draft pro hac vice motion for S. Zablotney (.2); E-mail correspondence with C. Murray re: service matters (.1); Discussion with J. Barsalona re: updated critical dates calendar (.1) | | | |
| Counsel | Jason M. Madron | 1.00 hrs. | 550.00 | $550.00 |
| | | | | |
| 06/07/16 | Review and revise critical dates calendar (1.5); Discussion with J. Madron re: same (.2); Circulate revised critical dates list (.2) | | | |
| Associate | Joseph C. Barsalona, II | 1.90 hrs. | 360.00 | $684.00 |
| | | | | |
| 06/08/16 | Review e-mails from J. Madron re: comments to critical dates (.2); Review and revise critical dates (1.0); E-mail to J. Madron and J. Barsalona re: same (.1); E-mail to RLF distribution re: same (.1); Review and circulate docket (.5) | | | |
| Paralegal | Barbara J. Witters | 1.90 hrs. | 240.00 | $456.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 5

Client #  740489
Matter # 180326

---

| 06/08/16 | Review critical dates chart for case | | | |
|----------|--------------------------------------|----------|--------|--------|
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |

| 06/08/16 | Review and provide material comments to updated draft of global critical dates calendar (.7); Factual investigation in connection with reviewing and commenting on same (.4); E-mail correspondence (x10) with B. Witters re: updated critical dates calendar (.2); E-mail correspondence (x4) with S. Garabato re: service matters (.1) | | | |
|----------|----|----------|--------|---------|
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |

| 06/09/16 | Review and circulate docket | | | |
|----------|-----------------------------|----------|--------|--------|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |

| 06/09/16 | Review email from B. Witters regarding docket updates on new filings in case | | | |
|----------|----|----------|--------|--------|
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |

| 06/09/16 | E-mail correspondence (x7) with J. Fisher at U.S. Bankruptcy Court re: general docket management issue (.2); Factual investigation in connection with same (.2); E-mail correspondence (x5) with S. Garabato re: service matters (.2) | | | |
|----------|----|----------|--------|---------|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

| 06/10/16 | E-mail correspondence (x10) with C. Fallon re: service matters (.3); E-mail correspondence (x5) with M. Phillips re: service list issue (.2) | | | |
|----------|----|----------|--------|---------|
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |

| 06/11/16 | E-mail correspondence with J. Livingstone re: service matters | | | |
|----------|----|----------|--------|--------|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 06/13/16 | E-mail correspondence with S. Garabato re: service matters (.1); E-mail correspondence (x6) with C. Murray re: same (.2) | | | |
|----------|----|----------|--------|---------|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

| 06/14/16 | E-mail correspondence (x4) with C. Murray re: service matters (.1); E-mail correspondence (x4) with S. Garabato re: same (.1); E-mail correspondence (x20) with D. Streany re: same (.4) | | | |
|----------|----|----------|--------|---------|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038

Page 6

Client # 740489

Matter # 180326

| | | | | |
|---|---|---|---|---|
| 06/15/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| | | | | |
| 06/15/16 | E-mail correspondence (x4) with D. Streany re: service matters (.1); E-mail correspondence (x10) with S. Garabato re: same (.2); E-mail correspondence (x18) with L. Rodriguez re: same (.4) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| | | | | |
| 06/16/16 | E-mail correspondence (x5) with L. Rodriguez re: service matters (.1); E-mail correspondence (x16) with S. Garabato re: same (.3) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 06/17/16 | Review docket updates | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| | | | | |
| 06/17/16 | E-mail correspondence with J. Livingstone re: service matters (.1); E-mail correspondence with C. Murray re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 06/20/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| | | | | |
| 06/20/16 | E-mail correspondence with C. Fallon re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 06/21/16 | E-mail correspondence with C. Fallon re: service matters (.1); E-mail correspondence (x7) with S. Garabato re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| | | | | |
| 06/22/16 | E-mail correspondence (x10) with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 06/23/16 | E-mail correspondence (x10) with S. Garabato re: service matters (.2); E-mail correspondence with J. Livingstone re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX 75201

July 28, 2016  
Invoice 517038  
Page 7  
Client # 740489  
Matter # 180326

---

| 06/24/16 | E-mail correspondence (x4) with J. Livingstone and L. Rodriguez re: service matters (.1); E-mail correspondence (x3) with S. Garabato re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 06/24/16 | Organization of materials utilized at hearing 6/16/16 | | | |
| Case Assistant | Tesia S. Smith | 2.50 hrs. | 130.00 | $325.00 |
| 06/27/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 06/27/16 | E-mail correspondence with C. Murray re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/28/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |
| 06/28/16 | E-mail correspondence (x6) with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 06/29/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/29/16 | E-mail correspondence (x4) with D. Streany re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/29/16 | Organization of materials utilized at 6/27/16 hearing | | | |
| Case Assistant | Tesia S. Smith | 0.50 hrs. | 130.00 | $65.00 |
| 06/30/16 | E-mail correspondence with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/30/16 | Organization of materials for EFH | | | |
| Case Assistant | Tesia S. Smith | 2.00 hrs. | 130.00 | $260.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 8

Client #  740489

Matter # 180326

---

Total Fees for Professional Services $9,341.50

TOTAL DUE FOR THIS INVOICE **$9,341.50**

BALANCE BROUGHT FORWARD $22,622.29

**TOTAL DUE FOR THIS MATTER** **$31,963.79**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 9

Client #  740489

Matter # 180326

For services through June 30, 2016
relating to  Creditor Inquiries - ALL

| 06/06/16 | Respond to creditor inquiry | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| | | | | |
| 06/28/16 | Meeting with B. Witters re: creditor inquiries | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 06/28/16 | Respond to creditor inquiry | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

Total Fees for Professional Services          $326.00

**TOTAL DUE FOR THIS INVOICE**          **$326.00**

BALANCE BROUGHT FORWARD          $184.80

**TOTAL DUE FOR THIS MATTER**          **$510.80**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 10

Client #  740489

Matter # 180326

For services through June 30, 2016

relating to  Meetings - ALL

| 06/06/16 | Call with Debtors, Kirkland and Ellis re: work in process | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |
| 06/06/16 | Attend weekly conference call with C. Gooch, A. Wright, M. McKane, K. Moldovan, A. Wright, C. Husnick, B. Rogers, A. Meek, J. Ganter, A. Yenamandra, B. Stephany, K. Frazier, C. Howard, W. Haskel, M. Frank, J. Walker, J. Ehrenhofer, J. Matican, D. DeFranceschi re: work in process and case management issues | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 06/13/16 | Attend weekly conference call with S. Doré, C. Gooch, A. Horton, A. Wright, K. Moldovan, A. Wright, C. Husnick, B. Rogers, A. Meek, J. Ganter, A. Yenamandra, B. Stephany, K. Frazier, C. Howard, W. Haskel, M. Frank, J. Walker, J. Ehrenhofer, J. Matican, D. DeFranceschi re: work in process and case management issues | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/28/16 | Attend weekly conference call with C. Gooch, A. Horton, A. Wright, K. Moldovan, A. Wright, M. McKane, A. McGaan, B. Rogers, A. Meek, J. Ganter, A. Yenamandra, B. Stephany, K. Frazier, C. Howard, W. Haskel, M. Frank, J. Walker, J. Ehrenhofer, J. Matican, A. Sexton, D. DeFranceschi re: work in process and case management issues | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/28/16 | Meeting with D. DeFranceschi re: work and process and related case management issues | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

Total Fees for Professional Services          $1,630.00

TOTAL DUE FOR THIS INVOICE                    **$1,630.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 11

Client #  740489

Matter # 180326

BALANCE BROUGHT FORWARD                                    $6,247.91

**TOTAL DUE FOR THIS MATTER**                             **$7,877.91**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 12

Client #  740489
Matter # 180326

---

For services through June 30, 2016
relating to  Executory Contracts/Unexpired Leases - ALL

| 06/03/16 | Efile affidavit of service re: assumption order (.1); Efile affidavits of service re: amended notice of lease assumption (x2) (.2) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.30 hrs. | 240.00 | $72.00 |
| 06/06/16 | Finalize and file affidavit of service re: certification of counsel and order extending 365(d)(4) deadline to assume or reject lease | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |

Total Fees for Professional Services        $96.00

TOTAL DUE FOR THIS INVOICE        **$96.00**
BALANCE BROUGHT FORWARD        $880.35

**TOTAL DUE FOR THIS MATTER**        **$976.35**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 13

Client #  740489

Matter #  180326

---

For services through June 30, 2016

relating to  Plan of Reorganization/Disclosure Statement - ALL

| Date | Description | | | |
|---|---|---|---|---|
| 06/01/16 | E-mail correspondence (x8) with M. Thompson re: plan and disclosure statement process issues (.2); Review and consideration of The Bank of New York Mellon's objection to disclosure statement in connection with new chapter 11 plan (.7); Review and consideration of Stock Transfer & Trust Co.'s objection to disclosure statement with respect to new plan (.6); Review and consideration of UMB Bank, N.A.'s reservation of rights in connection with disclosure statement to new plan (.3); Draft re-notice of solicitation procedures motion and notice of disclosure statement hearings and objection deadlines (.8); Review scheduling order and related documents in connection with preparation of same (.4) | | | |
| Counsel | Jason M. Madron | 3.00 hrs. | 550.00 | $1,650.00 |
| 06/01/16 | Review Objection of EFH Indenture Trustee to Approval of Disclosure Statement for the Amended Joint Plan (.2); Review Limited Objection and Reservation of Rights of UMB Bank to Approval of Disclosure Statement for the Amended Joint Plan (.1); Review Objection of Bank of New York Mellon to Approval of Disclosure Statement for the Amended Joint Plan (.2); Review Disclosure Statement of New Joint Plan (.5) | | | |
| Associate | Joseph C. Barsalona, II | 1.00 hrs. | 360.00 | $360.00 |
| 06/02/16 | Review objection of American Stock Transfer to Disclosure Statement | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 06/02/16 | Review limited objection of UMB Bank to amended joint plan | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 06/02/16 | E-mail correspondence (x3) with A. Yenamandra re: re-notice of solicitation procedures motion and notice of disclosure statement hearings and objection deadlines | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/03/16 | Finalize and file re: re-notice of motion approve disclosure statement (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 14

Client #  740489

Matter # 180326

---

| 06/03/16 | E-mail correspondence (x7) with A. Klar re: responses and objections to discovery propounded on Debtors in connection with new disclosure statement and plan confirmation process (.2); E-mail correspondence (x4) with J. Sowa re: same (.1); Call with A. Yenamandra re: plan and disclosure statement issues (.3); Revising re-notice of solicitation procedures motion (.2); E-mail correspondence (x3) with A. Yenamandra re: same (.1); E-mail correspondence (x4) with S. Goldman re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.00 hrs. | 550.00 | $550.00 |
| | | | | |
| 06/06/16 | Finalize and file affidavit of service re: second amended plan supplement | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| | | | | |
| 06/07/16 | E-mail correspondence with M. Thompson re: further amended disclosure statement filing | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 06/09/16 | Review initial document requests directed to Debtors by Fidelity Management & Research Company in connection with disclosure statement proceedings and related plan process (.6); Review Contrarian Capital Management's first set of document requests directed to Debtors in connection with new chapter 11 plan process (.4) | | | |
| Counsel | Jason M. Madron | 1.00 hrs. | 550.00 | $550.00 |
| | | | | |
| 06/10/16 | Review second amended plan | | | |
| Director | Daniel  J. DeFranceschi | 1.30 hrs. | 775.00 | $1,007.50 |
| | | | | |
| 06/10/16 | Review Debtors' brief on appeal of Bank of New York Mellon re: PSA | | | |
| Director | Daniel  J. DeFranceschi | 1.40 hrs. | 775.00 | $1,085.00 |
| | | | | |
| 06/10/16 | Review Second Amended Joint Plan (.4); Review Disclosure Statement to Second Amended Joint Plan (.4) | | | |
| Associate | Joseph C. Barsalona, II | 0.80 hrs. | 360.00 | $288.00 |
| | | | | |
| 06/14/16 | Review "Form Of Tax Matters Agreement By And Among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. And Reorganized TCEH" | | | |
| Director | Daniel  J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |

Energy Future Competitive Holdings Co.                           July 28, 2016
Texas Competitive Electric Holdings Co.                          Invoice 517038
1601 Bryan Street                                                Page 15
Dallas TX  75201
                                                                 Client #  740489
                                                                 Matter #  180326

---

| 06/14/16 | Review email from S. Pritchett re: subpoena on Debtor witnesses filed by American Stock Transfer and Trust re: schedule in connection with Plan confirmation | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.30 hrs. | 775.00 | $232.50 |

| 06/14/16 | Review and consideration of notice subpoena (and attachments thereto) directed to Billie I. Williamson by American Stock Transfer & Trust Company, LLC in connection with new chapter 11 plan process (.8); Review notice of subpoena directed to Carla Howard by American Stock Transfer & Trust Company, LLC in connection with new chapter 11 plan process (.2); Review notice of subpoena directed to Paul Keglevic by American Stock Transfer & Trust Company, LLC in connection with new chapter 11 plan process (.1); Review notice of subpoena directed to Stacey Doré by American Stock Transfer & Trust Company, LLC in connection with new chapter 11 plan process (.1); Review and consideration of notice subpoena (and attachments thereto) directed to Donald L. Evans by American Stock Transfer & Trust Company, LLC in connection with new chapter 11 plan process (.6); Review and consideration of notice subpoena (and attachments thereto) directed to Hugh E. Sawyer by American Stock Transfer & Trust Company, LLC in connection with new chapter 11 plan process (.5) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.30 hrs. | 550.00 | $1,265.00 |

| 06/14/16 | Discussion with J. Madron re: plan and disclosure statement filings | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

| 06/15/16 | Review and consideration of American Stock Transfer & Trust Company's notice of 30(b)(6) deposition of Debtors in connection with new chapter 11 plan process (.5); Review letter correspondence from M. Esser concerning production of documents in connection with plan confirmation process (.1); E-mail correspondence with E. Geier re: amended chapter 11 plan (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

| 06/15/16 | Assist co-counsel with filing amended disclosure statement and related documents (1.3); Draft notice of filing of further revised disclosure statement order (.2); Further assist co-counsel with filing amended disclosure statement and related documents (1.1) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 2.60 hrs. | 360.00 | $936.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038

Page 16

Client #  740489

Matter # 180326

---

| 06/16/16 | E-mail correspondence (x12) with E. Geier re: second amended chapter 11 plan (.2); Review and consideration of second amended chapter 11 plan (.5); Review redline in connection with same (.3) | | | |
|----------|----------|----------|----------|----------|
| Counsel | Jason M. Madron | 1.00 hrs. | 550.00 | $550.00 |
| 06/16/16 | Assist co-counsel with filing amended disclosure statement and related documents (.6); Debrief disclosure statement hearing with C. Husnick and J. Madron (.4); Review revised Second Amended Joint Plan of Reorganization (.3); Review Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization (.4); Review revised redline of solicitation version of disclosure statement (.1) | | | |
| Associate | Joseph C. Barsalona, II | 1.80 hrs. | 360.00 | $648.00 |
| 06/20/16 | Review letter correspondence from M. Esser concerning production of additional documents in connection with plan confirmation process | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/23/16 | Review further letter correspondence from M. Esser concerning ongoing document production and related privilege log considerations in connection with plan process (.1); Review letter correspondence from K. Allred re: document production in connection with plan process (.1); E-mail correspondence (x9) with A. Klar re: responses and objections to 30(b)(6) deposition notices in connection with plan confirmation process (.2); Review and revise notice of service of responses and objections to 30(b)(6) deposition notices in connection with plan confirmation process (.2) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/24/16 | Prepare and efile notice of service of responses and objections to plan related discovery requests (.1); Coordinate service of same (.1) | | | |
| Paralegal | Cynthia McMenamin | 0.20 hrs. | 240.00 | $48.00 |
| 06/24/16 | E-mail correspondence (x8) with A. Klar re: notice of service of further responses and objections to additional 30(b)(6) deposition notices (.2); Review and revise notice of service of further responses and objections to additional 30(b)(6) deposition notices (.2) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 17

Client #  740489

Matter # 180326

---

| 06/28/16 | Review letter correspondence from M. Esser concerning additional document production in connection with plan and disclosure statement process | | | |
|----------|---------|---------|---------|---------|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| | | Total Fees for Professional Services | $11,113.00 |
|--|--|--|--|

| TOTAL DUE FOR THIS INVOICE | **$11,113.00** |
|---------|---------|
| BALANCE BROUGHT FORWARD | $36,016.75 |
| **TOTAL DUE FOR THIS MATTER** | **$47,129.75** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 18

Client #  740489

Matter # 180326

For services through June 30, 2016

relating to Plan of Reorganization/Disclosure Statement - EFH

| Date | Title | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/16/16 | | Review E-Side confirmation schedule | | | | |
| | Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | | $36.00 |
| 06/20/16 | | E-mail correspondence (x5) with M. Thompson re: E-Side disclosure statement issues (.2); Draft notice of hearing to consider approval of E-Side disclosure statement and related objection deadline (.9) | | | | |
| | Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | | $605.00 |
| 06/21/16 | | E-mail correspondence (x9) with A. Yenamandra and M. Thompson re: notice of EFH Debtors' disclosure statement hearing and related objection deadline | | | | |
| | Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | | $110.00 |
| 06/22/16 | | E-mail correspondence (x9) with A. Yenamandra re: notice of disclosure statement hearing and objection deadline in connection with EFH disclosure statement process (.2); Review and revise notice of disclosure statement hearing and objection deadline in connection with EFH disclosure statement process (.4) | | | | |
| | Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | | $330.00 |
| 06/22/16 | | Review notice of disclosure statement hearing with regards to EFH Debtors and EFIH Debtors | | | | |
| | Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | | $36.00 |
| 06/28/16 | | Meeting with Madron to discuss E-side plan schedule and related issues (.2); Call to Chad Husnick re: E-side plan schedule (.1) | | | | |
| | Director | Daniel  J. DeFranceschi | 0.30 hrs. | 775.00 | | $232.50 |
| 06/28/16 | | E-mail correspondence with P. Brannigan re: notice of E-Side disclosure statement hearing and related objection deadline (.1); E-mail correspondence (x3) with S. Garabato re: issue in connection with same (.1) | | | | |
| | Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | | $110.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 19

Client #  740489

Matter # 180326

---

| 06/28/16 | Discussion with B. Witters re: E-Side disclosure statement notice issue | | | |
|----------|----------------|-----------|--------|--------|
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/29/16 | Discussion with J. Madron re: E-Side plan developments | | | |
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |

Total Fees for Professional Services     $1,639.50

TOTAL DUE FOR THIS INVOICE     **$1,639.50**

**TOTAL DUE FOR THIS MATTER**     **$1,639.50**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 20

Client #  740489

Matter # 180326

---

For services through June 30, 2016
relating to  Plan of Reorganization/Disclosure Statement - TCEH

| | | | | |
|---|---|---|---|---|
| 06/08/16 | Call with B. Witters re: revised disclosure statement and related filings specific to the T-side Debtors (.1); Draft notice of filing of revised solicitation procedures and disclosure statement approval order specific to the T-side Debtors (.5) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/09/16 | Review e-mail from J. Madron re: TCEH omnibus reply to objections to disclosure statement (.2); Assemble re: same (.2); Finalize and file re: same (.2) E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: second amended plan (.2); Assemble exhibits re: same (.4); Finalize and file re: same (.3); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: second amended plan (blackline) (.2); Finalize and file re: same (.3); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: second amended disclosure statement (.2); Assemble exhibits re: same (.5); Finalize and file re: same (.3); E-mail to Epiq re: service of same (.2); Review e-mail from J. Madron re: second amended disclosure statement (blackline) (.1); Assemble re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: notice of filing revised disclosure statement order (.2); Assemble exhibits re: same (.5); Finalize and file re: same (.3); E-mail to Epiq re: service of same (.2) | | | |
| Paralegal | Barbara J. Witters | 5.30 hrs. | 240.00 | $1,272.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 21

Client # 740489
Matter # 180326

---

| Date | Description | | | |
|------|-------------|---|---|---|
| 06/09/16 | E-mail correspondence (x29) with M. Thompson re: revised order approving T-Side disclosure statement and related solicitation procedures (.5); Review and consideration of edits to notice of filing of revised T-Side disclosure statement approval and solicitation procedures order (.1); Revising notice of filing of revised T-Side disclosure statement approval and solicitation procedures order (.2); E-mail correspondence (x11) with A. Yenamandra re: same and related issues (.3); Call with B. Witters re: preparations to file T-Side disclosure statement and related materials (.2); Review and consideration of UMB Bank, N.A.'s document requests directed to TCEH Debtors in connection with T-Side plan process (.7); Review and consideration of UMB Bank, N.A.'s document requests directed to TCEH First Lien Ad Hoc Committee in connection with T-Side plan process (.6); Review and consideration of Fidelity Management & Research Company's initial document requests directed to TCEH First Lien Ad Hoc Committee in connection with T-Side disclosure statement and plan process (.5); Review Contrarian Capital Management's first set of document requests directed to TCEH First Lien Ad Hoc Committee in connection with T-Side disclosure statement and plan process (.4); E-mail correspondence (x14) with A. Yenamandra re: second amended chapter 11 plan and related disclosure statement for TCEH Debtors (.3); E-mail correspondence (x4) with E. Geier re: same (.1) | | | |
| Counsel | Jason M. Madron | 3.90 hrs. | 550.00 | $2,145.00 |
| 06/10/16 | Review amended Disclosure Statement | | | |
| Director | Daniel J. DeFranceschi | 0.70 hrs. | 775.00 | $542.50 |
| 06/10/16 | Review TCEH Disclosure Statement (.6); Review omnibus reply of debtors to Objections to TCEH Disclosure Statement (.6) | | | |
| Director | Daniel J. DeFranceschi | 1.20 hrs. | 775.00 | $930.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 22

Client #  740489

Matter # 180326

---

| 06/10/16 | E-mail correspondence (x4) with E. Geier re: second amended plan for TCEH Debtors (.1); Review and revise second amended plan for TCEH Debtors (.8); Review and revise reply to objections to approval of TCEH disclosure statement (.5); E-mail correspondence (x21) with B. Witters re: second amended plan and disclosure statement filings and related documents (.4); Review and revise amended disclosure statement for second amended plan for TCEH Debtors (.9); Review and revise notice of filing of revised order approving disclosure statement for TCEH Debtors (.2); Review and consideration of revised order approving disclosure statement for TCEH Debtors and related exhibits (.9) | | | |
| Counsel | Jason M. Madron | 3.80 hrs. | 550.00 | $2,090.00 |
| | | | | |
| 06/10/16 | Review TCEH Debtors' Reply to Objections to TCEH Disclosure Statement | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| | | | | |
| 06/14/16 | Review e-mail from J.Madron re: notice of filing status chart for responses to disclosure statement (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| | | | | |
| 06/14/16 | E-mail correspondence (x8) with M. Thompson re: revised disclosure statement documents (.2); Factual investigation in connection with same (.3); E-mail correspondence (x9) with A. Yenamandra re: amended disclosure statement filings (.3); Discussions (x2) with J. Barsalona re: same (.3); Review and revise chart of responses to TCEH Debtors' disclosure statement (.4); Draft notice of filing of chart of responses to TCEH Debtors' disclosure statement (.5); E-mail correspondence (x10) with B. Witters re: filing and service of same (.2) | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |
| | | | | |
| 06/14/16 | Review Form of Tax Matters Agreement by and among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and [Reorganized TCEH] | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| | | | | |
| 06/15/16 | Emails and discussions re: filing of disclosure statement and order and coordination of coverage of same | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 23

Client #  740489
Matter # 180326

---

| 06/16/16 | Review e-mail from J. Barsalona re: notice of filing of revise disclosure statement order (.1); Assemble exhibits re: same (.4); E-mail to J. Barsalona re: same (.1); Finalize and file re: same (.3); E-mail to Epiq re: service of same (.1); Prepare order for Judge Sontchi re: same (.3); Finalize and file re: second amended plan (.2); E-mail to Epiq re: service of same (.1); Finalize and file re: second amended plan (blackline) (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: third amended disclosure statement (.1); Assemble exhibits re: same (.5); Finalize and file re: same (.3); E-mail to Epiq re: service of same (.1); Finalize and file re: third amended disclosure statement (blackline) (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron certification of counsel re: order disclosure statement (.1); Assemble exhibits re: same (.3); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1); Finalize and file re: third amended disclosure statement (blackline) (.2); E-mail to Epiq re: service of same (.1); Finalize and file notice of withdrawal re: third amended disclosure statement (blackline) (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 4.50 hrs. | 240.00 | $1,080.00 |

| 06/16/16 | Review emails from A. Yenamandra re: T-side Disclosure Statement and order approving same (.1); Review email from A. Yenamandra regarding exhibits to disclosure statement (.7) | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.80 hrs. | 775.00 | $620.00 |

| 06/16/16 | Review revised disclosure statement for T-side entities | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 1.10 hrs. | 775.00 | $852.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 24
Client #  740489
Matter # 180326

---

| 06/16/16 | E-mail correspondence (x12) with A. Yenamandra re: third amended disclosure statement (.3); Review, revise, and consideration of solicitation version of third amended disclosure statement and review of related exhibits (.8); Review redline copy of third amended disclosure statement (.3); Calls (x2) with B. Witters re: disclosure statement filing (.2); Draft certification of counsel concerning revised order approving TCEH disclosure statement and related solicitation procedures (.8); Review and consideration of revised order approving TCEH disclosure statement and related solicitation procedures and associated exhibits to same (.4); Draft notice of withdrawal of redline of third amended disclosure statement (.1); E-mail correspondence (x4) with W. Weller re: same (.1); E-mail correspondence (x4) with R. Schepacarter re: third amended disclosure statement (.1) | | | |
| Counsel | Jason M. Madron | 3.10 hrs. | 550.00 | $1,705.00 |
| | | | | |
| 06/16/16 | Discussion with J. Madron re: conditions to confirmation of TCEH plan | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| | | | | |
| 06/17/16 | Assist J. Barsalona with preparation of solicitation documents | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| | | | | |
| 06/17/16 | Review e-mail from J. Madron re: third amended disclosure statement for R. Schepacarter (.1); Retrieve re: same (.1); Prepare binder re: same (.2); Coordinate delivery to R. Schepacarter re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| | | | | |
| 06/17/16 | Review solicitation version of TCEH Disclosure Statement | | | |
| Director | Daniel  J. DeFranceschi | 0.70 hrs. | 775.00 | $542.50 |
| | | | | |
| 06/17/16 | Call with B. Witters re: third amended disclosure statement for TCEH Debtors in connection with chapter 11 plan (.1); E-mail correspondence (x3) with R. Schepacarter re: same (.1); E-mail correspondence (x11) with A. Yenamandra re: solicitation materials with respect to chapter 11 plan concerning TCEH Debtors (.3); E-mail correspondence (x22) with J. Barsalona re: same (.5); E-mail correspondence (x8) with S. Kjontvedt re: same (.2); Review final solicitation materials for chapter 11 plan with respect to TCEH Debtors (.9); Calls (x2) with J. Barsalona re: same (.2); Review and revise notice of chapter 11 plan confirmation hearing and related dates and deadlines with respect to TCEH Debtors (.5) | | | |
| Counsel | Jason M. Madron | 2.80 hrs. | 550.00 | $1,540.00 |

Energy Future Competitive Holdings Co.　　　　　　July 28, 2016
Texas Competitive Electric Holdings Co.　　　　　　Invoice 517038
1601 Bryan Street　　　　　　　　　　　　　　　　　Page 25
Dallas TX  75201

Client #  740489

Matter # 180326

---

| 06/17/16 | Review order approving disclosure statement regarding TCEH Debtors (.3); Discussion with J. Madron re: TCEH confirmation hearing (.4); Revise ballots and exhibits to disclosure statement order (2.6) | | | |
| Associate | Joseph C. Barsalona, II | 3.30 hrs. | 360.00 | $1,188.00 |
| 06/17/16 | Revise ballots and send to Epiq | | | |
| Associate | Joseph C. Barsalona, II | 0.80 hrs. | 360.00 | $288.00 |
| 06/20/16 | Retrieve order approving TCEH disclosure statement (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 06/20/16 | E-mail correspondence (x4) with M. Thompson re: TCEH plan confirmation issue (.1); E-mail correspondence with A. Jerominski re: same (.1); E-mail correspondence with K. Mailloux re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 06/21/16 | Review and comment on publication proof of TCEH Debtors' plan confirmation hearing and objection deadline notice (.3); E-mail correspondence (x4) with S. Garabato re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 06/24/16 | Review Debtors' Responses And Objections To The Bank Of New York Mellon, In Its Capacity As The PCRB Trustee, And The Bank Of New York Mellon Trust Company, N.A., In Its Capacity As The EFCH 2037 Notes Trustee Notice Of Deposition Pursuant To Fed. R. Civ. P. 30(B)(6) (.3); Review Debtors' Amended Responses And Objections To Notice Of Deposition Of Debtors Pursuant To Fed. R. Civ. P. 30(B)(6), Made Applicable By Bankruptcy Rule 7030 In Connection With Confirmation Of The Debtors' Second Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., et al., Pursuant To Chapter 11 Of The Bankruptcy Code As It Applies To The TCEH Debtors And EFH Shared Services Debtors (.3) | | | |
| Director | Daniel  J. DeFranceschi | 0.60 hrs. | 775.00 | $465.00 |
| 06/28/16 | Retrieve re: amended order approving TCEH exit financing (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 26

Client #  740489

Matter # 180326

---

| 06/28/16 | Call with B. Witters re: order approving T-Side disclosure statement (.1); E-mail correspondence (x4) with R. Little re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services    $18,015.50

TOTAL DUE FOR THIS INVOICE    **$18,015.50**

**TOTAL DUE FOR THIS MATTER**    **$18,015.50**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 27

Client # 740489

Matter # 180326

For services through June 30, 2016
relating to Use, Sale of Assets - ALL

| 06/01/16 | E-mail correspondence (x17) with N. Hwangpo re: amended de minimis asset sale order (.4); Factual investigation in connection with same (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/02/16 | Finalize and file certification of counsel re: amended and superseded de minimis asset procedures order (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 06/02/16 | E-mail correspondence (x7) with N. Hwangpo re: amending and superseding de minimis asset sale order (.2); Draft certification of counsel concerning amended and superseding de minimis asset sale and abandonment procedures order (1.1); Review and consideration of final amended and superseding de minimis asset sale and abandonment procedures order and related redline (.4) | | | |
| Counsel | Jason M. Madron | 1.70 hrs. | 550.00 | $935.00 |
| 06/03/16 | Efile affidavit of service re: report of de minimis asset transfers | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 06/03/16 | Retrieve amended and superseded order approving de minimis asset sale procedures (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 06/03/16 | Review entered amended and superseding de minimis asset sale and abandonment procedures order (.2); E-mail correspondence (x5) with N. Hwangpo re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 06/03/16 | Review as-entered Amended and Superseding Order Establishing Procedures to Sell, Transfer, or Abandon Certain de minimis assets | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 28

Client #  740489

Matter # 180326

---

| 06/15/16 | Prepare de minimis asset reports for filing (x2) (.2); Finalize and efile same (.2); Coordinate service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.50 hrs. | 240.00 | $120.00 |
| 06/15/16 | E-mail correspondence (x9) with N. Hwangpo re: de minimis asset sale report for May 2016 and amended de minimis asset sale report for April 2016 (.2); Draft notice of filing of amended de minimis asset sale report for April 2016 (.2); Review amended de minimis asset sale report for April 2016 (.1); Review and revise notice of filing of de minimis asset sale report for May 2016 (.2); Review de minimis asset sale report for May 2016 (.1) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |

Total Fees for Professional Services                    $2,249.00

TOTAL DUE FOR THIS INVOICE                    **$2,249.00**
BALANCE BROUGHT FORWARD                    $1,486.92

**TOTAL DUE FOR THIS MATTER**                    **$3,735.92**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 29

Client #  740489

Matter # 180326

For services through June 30, 2016
relating to  Use, Sale of Assets - TCEH

| | | | | |
|---|---|---|---|---|
| 06/06/16 | Finalize and file re: re-notice of North Lake property sale (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/06/16 | E-mail correspondence with N. Hwangpo re: de minimis asset sale issue (.1); Review and provide comments on re-notice of sale of North Lake Steam Electric Generation property (.3); E-mail correspondence (x7) with N. Hwangpo re: same (.2); Review, revise, and finalize for filing re-notice of sale of North Lake Steam Electric Generation property (.2) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 06/28/16 | Finalize and file notice of sale re: ACT Industrial (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/28/16 | Review and revise de minimis asset sale notice of spare parts salvaged from Sweetwater Plant demolition to ACT Industrial Services (.2); E-mail correspondence (x3) with N. Hwangpo re: same (.1); E-mail correspondence (x5) with B. Witters re: same (.1); Factual investigation concerning issues in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 06/28/16 | Review Notice of Sale of spare compressor being sold by Luminant Generation Company | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/29/16 | E-mail correspondence (x5) with J. Fisher at U.S. Bankruptcy Court re: de minimis asset sale notice of spare parts salvaged from Sweetwater Plant demolition to ACT Industrial Services (.2); E-mail correspondence with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Total Fees for Professional Services          $1,060.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 30

Client #  740489

Matter # 180326

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$1,060.00** |
| BALANCE BROUGHT FORWARD | $717.60 |
| **TOTAL DUE FOR THIS MATTER** | **$1,777.60** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 31

Client #  740489

Matter # 180326

---

For services through June 30, 2016
relating to  Cash Collateral/DIP Financing - EFIH

| 06/03/16 | Efile affidavit of service re: notice re: EFIH first lien DIP facility | | | |
|----------|------------------------------------------------------------------------|-----------|--------|---------|
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |

|  | |
|--|--|
| Total Fees for Professional Services | $24.00 |

| TOTAL DUE FOR THIS INVOICE | **$24.00** |
|----------------------------|------------|
| BALANCE BROUGHT FORWARD | $30.39 |
| **TOTAL DUE FOR THIS MATTER** | **$54.39** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 32

Client # 740489
Matter # 180326

For services through June 30, 2016
relating to Cash Collateral/DIP Financing - TCEH

| 06/03/16 | Efile affidavit of service re: proposed final cash collateral order, proposed DIP orders and budget (.1); Efile affidavit of service re: TCEH Debtors' financing agreement motion, EFH hedging and trading arrangements motion and declaration in support of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 06/06/16 | Assist with filing financing motion and seal motion (2.5); Finalize and efile financing motion (.2); Coordinate service of same (.1); Finalize and efile motion to seal fee letter (.1); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 3.00 hrs. | 240.00 | $720.00 |
| 06/06/16 | Finalize and file affidavit of service re: Horton declaration in support of TCEH exit financing (.1); Finalize and file affidavit of service re: order approving TCEH exit financing (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 06/06/16 | Review draft DIP motion, and motion to seal fee letter (.6); Review Cash Collateral Extension stipulation (.3) | | | |
| Director | Daniel J. DeFranceschi | 0.90 hrs. | 775.00 | $697.50 |
| 06/06/16 | E-mail correspondence (x4) with E. Geier re: stipulation to extend use of cash collateral (.1); E-mail correspondence (x13) with L. Kaisey re: motion to approve entry into financing commitment letter and payment of related fees (.3); Review, revise, and consideration of motion to approve entry into financing commitment letter and payment of related fees (1.2); Draft notice of motion and hearing re: same (.1); Review, revise, and consideration of proposed form of order in connection with same (.3); Review and revise McMullan declaration in support of same (.5); Review and revise draft financing order in connection with same (.8); Review, revise, and consideration of motion to seal fee letters in connection with TCEH financing (.6); Draft notice of motion and hearing with respect to same (.1) | | | |
| Counsel | Jason M. Madron | 4.00 hrs. | 550.00 | $2,200.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 33

Client #  740489

Matter # 180326

---

| 06/07/16 | Review Motion to Authorize (Motion of Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, for Entry of Orders (I) (A) Authorizing the TCEH Debtors to (X) Enter Into the Postpetition Financing Commitment Letter and the Fee Letter, (Y) Pay Associated Fees and Expenses, and (B) Granting Related Relief and (II) (A) Approving Postpetition Financing for Texas Competitive Electric Holdings Company LLC and Certain of Its Debtor Affiliates, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing Refinancing of Secured Post-Petition Debt and (D) Modifying the Automatic Stay) | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.60 hrs. | 775.00 | $465.00 |
| | | | | |
| 06/07/16 | Review Motion to File Under Seal (Motion for Entry of an Order Authorizing Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates to File Under Seal the Certain Fee Letter Related to Proposed Financing) | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| | | | | |
| 06/07/16 | E-mail correspondence (x3) with L. Kaisey re: issue in connection with motion to approve entry into financing commitment letter and payment of associated fees (.1); E-mail correspondence with E. Geier re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 06/07/16 | Review TCEH Debtors Motion to Enter into Postpetition Commitment Letter (.2); Review Order attached thereto (.3); Review Motion to seal fee letter re: same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| | | | | |
| 06/16/16 | Review e-mail from J. Madron re: exhibit 1 to notice of filing exhibit A to order approving TCEH exit financing (.1); Assemble exhibit re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| | | | | |
| 06/16/16 | Review stipulation and consent order amending certain terms of the final cash collateral order | | | |
| Director | Daniel  J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 34

Client #  740489

Matter # 180326

---

| 06/16/16 | E-mail correspondence (x7) with E. Geier re: further stipulation and order extending TCEH Debtors' use of cash collateral (.2); E-mail correspondence (x6) with D. DeFranceschi re: same (.1); Review and consideration of draft further stipulation and order extending TCEH Debtors' use of cash collateral (.3); Draft certification of counsel concerning further stipulation and order extending TCEH Debtors' use of cash collateral (.9); E-mail correspondence (x8) with E. Geier re: form of credit agreement in connection with TCEH exit financing motion (.2); Review form of credit agreement in connection with TCEH exit financing motion (.5); Draft notice of filing of form of credit agreement in connection with TCEH exit financing motion (.6); E-mail correspondence (x4) with E. Geier re: revised TCEH exit financing order (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.90 hrs. | 550.00 | $1,595.00 |
| 06/17/16 | Finalize and file notice of filing revised exhibit B to TCEH financing committment (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/17/16 | Review, revise, and consideration of revised TCEH exit DIP financing order (1.1); Review redline in connection with same (.1); Draft notice of filing of revised TCEH exit DIP financing order (.8); E-mail correspondence (x5) with E. Geier re: same (.2) | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |
| 06/20/16 | E-mail correspondence (x3) with E. Geier re: stipulation and order extending cash collateral usage | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/21/16 | Review e-mail from J. Madron certification of counsel re: TCEH cash collateral stipulation (.1); Assemble exhibit re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 240.00 | $192.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 35

Client # 740489
Matter # 180326

---

| 06/21/16 | E-mail correspondence (x3) with E. Geier re: further stipulation and order extending TCEH Debtors' use of cash collateral (.1); Revising certification of counsel concerning further stipulation and order extending TCEH Debtors' use of cash collateral (.3); Review, revise, and consideration of further stipulation and order extending TCEH Debtors' use of cash collateral (.8); E-mail correspondence (x4) with E. Geier re: motion to approve TCEH exit financing (.1) | | | |
| Counsel | Jason M. Madron | 1.30 hrs. | 550.00 | $715.00 |
| | | | | |
| 06/22/16 | E-mail correspondence (x3) with E. Geier re: motion to approve exit financing for TCEH Debtors (.1); Review entered stipulation and consent order extending TCEH Debtors' use of cash collateral (.1); E-mail correspondence (x3) with E. Geier re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| | | | | |
| 06/23/16 | Finalize and file certification of no objection re: motion file fee letter under seal | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| | | | | |
| 06/23/16 | Retrieve re: order approving amended final cash collateral stipulation (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| | | | | |
| 06/23/16 | E-mail correspondence (x4) with E. Geier re: considerations in connection with TCEH exit financing (.1); Draft certification of no objection concerning motion to seal fee letter in connection with TCEH exit financing (.2); Examine docket with respect to same and finalize same for filing (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 06/24/16 | Deliver certification of counsel to chambers in connection with TCEH exit financing | | | |
| Associate | Andrew M. Dean | 0.10 hrs. | 295.00 | $29.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 36

Client # 740489

Matter # 180326

| | | | | |
|---|---|---|---|---|
| 06/24/16 | Review e-mail from J. Madron re: TCEH exit financing order (.1); Assemble exhibits re: same (.2); E-mail to J. Madron re: same (.1); Finalize and file re: same (.3); E-mail to J. Madron re: same (.1); Coordinate delivery to Judge Sontchi re: same (.1); E-mail to Epiq re: same (.1); Retrieve re: order approving exit financing commitment letter (.1); E-mail to Epiq re: service of same (.1); Retrieve re: order approving TCEH exit financing (.1); E-mail to Epiq re: service of same (.1); Retrieve re: order authorizing TCEH to file under seal fee letter (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 240.00 | $384.00 |
| 06/24/16 | E-mail correspondence (x25) with E. Geier re: motion to approve TCEH exit financing (.4); Draft certification of counsel concerning proposed forms of order in connection with motion to approve TCEH exit financing (.9); Review exhibits to same and finalize same for filing and service (.6); Call with Judge Sontchi's Chambers re: same (.1); Call with R. Werkheiser in Judge Sontchi's Chambers re: same (.1) | | | |
| Counsel | Jason M. Madron | 2.10 hrs. | 550.00 | $1,155.00 |
| 06/27/16 | Review e-mail from J. Madron re: TCEH amended exit financing order (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 240.00 | $192.00 |
| 06/27/16 | E-mail correspondence (x7) with E. Geier re: amended TCEH exit financing order (.2); Draft certification of counsel concerning amended TCEH exit financing order (.8); Review and consideration of amended TCEH exit financing order (.3); Create and review redline of changed pages in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |
| 06/28/16 | Review amended order approving post-petition financing for TCEH Debtors | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Total Fees for Professional Services                    $12,000.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 37

Client #  740489

Matter # 180326

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$12,000.00** |
| BALANCE BROUGHT FORWARD | $255.70 |
| **TOTAL DUE FOR THIS MATTER** | **$12,255.70** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 38

Client # 740489

Matter # 180326

For services through June 30, 2016
relating to Claims Administration - ALL

| 06/01/16 | E-mail correspondence (x4) with M. Phillips re: supplemental bar date issue (.1); E-mail correspondence (x10) with M. Thompson re: same (.3) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 06/02/16 | Finalize and file certification of counsel re: order (third) sustaining first omnibus objection to claims (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/02/16 | E-mail correspondence (x3) with M. Thompson re: issue in connection with supplemental bar date (.1); E-mail correspondence (x5) with R. Chaikin re: order (third) sustaining first omnibus objection to certain amended and superseded, duplicate, and insufficient documentation claims (.1); Review and revise certification of counsel and proposed order with respect to same (.5); Review exhibit to proposed order and finalize certification of counsel and attachments thereto for filing (.1) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 06/03/16 | Efile affidavit of service re: transfer of claim (.1); Efile affidavit of service re: seventeenth omnibus objection, declaration in support and amended notice of same (.1); Efile affidavit of service re: eighteenth omnibus objection, declaration in support and amended notice of same (.1); Efile affidavit of service re: order re: eighteenth omnibus objection (.1); Efile supplemental affidavits of service re: asbestos bar date notices and claim forms (x3) (.3); Efile affidavit of service re certification of counsel re: eighteenth omnibus objection to claims, appellees' designation of items and notice of settlement of claims (.1) | | | |
| Paralegal | Ann Jerominski | 0.80 hrs. | 240.00 | $192.00 |
| 06/03/16 | Coordinate delivery to Judge Sontchi certification of counsel re: order (third) sustaining first omnibus objection to claims (.1); Retrieve entered order re: same (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 39

Client #  740489
Matter # 180326

---

| 06/03/16 | E-mail correspondence (x9) with A. Yenamandra and M. Thompson re: supplemental bar date issue (.3); Review entered order (third) sustaining first omnibus objection to claims (.1); E-mail correspondence (x3) with R. Chaikin re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 06/03/16 | Review certification of counsel re: order regarding first omnibus objection to claims | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/06/16 | Finalize and file supplemental affidavit of service re: order asbestos bar date | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 06/06/16 | E-mail correspondence (x4) with M. Phillips re: supplemental bar date inquiry | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/07/16 | Finalize and file affidavit of service re: notice of submission of proofs of claim for the thirty-fifth, thirty-sixth and thirty-seventh omnibus claim objections (.1); Finalize and file affidavit of service re: certification of counsel for thirty-sixth and thirty-seventh omnibus claim objections (.1); Finalize and file affidavit of service re: order asbestos bar date (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/08/16 | Review and comment on draft exhibits to forty-first and forty-second omnibus objections to claims (.4); E-mail correspondence (x4) with J. Ehrenhofer re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 06/13/16 | Prepare claim binder re: thirty-ninth omnibus claim objection (.6); Prepare index re: same (.3); Prepare claim chart re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |
| 06/13/16 | Call with B. Witters re: issue in connection with thirty-ninth omnibus objection to claims (.1); Factual investigation in connection with thirty-ninth omnibus objection to claims (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Energy Future Competitive Holdings Co.                          July 28, 2016
Texas Competitive Electric Holdings Co.                         Invoice 517038
1601 Bryan Street                                               Page 40
Dallas TX 75201
                                                                Client # 740489

                                                                Matter # 180326

---

| 06/14/16 | E-mail correspondence (x3) with J. Ehrenhofer re: potential omnibus claim objection filings | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/15/16 | Prepare notices for claims objections (x3) (.3); Prepare 3 claims objections for filing and distribute same to J. Barsalona (.6); Revise same (.6); Finalize and efile same (.4); Finalize and efile declarations in support of each objection (.3); Coordinate service of claims objections and declarations (.3) | | | |
| Paralegal | Ann Jerominski | 2.50 hrs. | 240.00 | $600.00 |
| 06/15/16 | E-mail correspondence (x10) with R. Chaikin re: omnibus claim objection filings (.3); E-mail correspondence (x12) with J. Ehrenhofer re: same (.3); Draft notice of forty-first omnibus objection to certain amended claims (.1); Draft notice of forty-second omnibus objection to certain substantive duplicate and no liability claims (.1); Draft notice of forty-third omnibus objection to certain improperly asserted claims (.1) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 06/15/16 | Review and revise Forty-First Omnibus Claim Objection (.2); Review and revise Declaration in Support of Forty-First (.1); Review and revise Forty-Second Omnibus Claim Objection (.2); Review and revise Declaration in Support of Forty-Second (.1); Review and revise Forty-Third Omnibus Claim Objection (.2); Review and revise Declaration in Support of Forty-Third (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.90 hrs. | 360.00 | $324.00 |
| 06/23/16 | Update thirty-ninth omnibus claim objection (.2); E-mail to J. Madron re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/23/16 | E-mail correspondence (x4) with R. Chaikin re: issues in connection with thirty-ninth omnibus objection to claims | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/27/16 | Review email from USG and email to J. Madron re: same re: USG claims | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |

Energy Future Competitive Holdings Co.                        July 28, 2016
Texas Competitive Electric Holdings Co.                       Invoice 517038
1601 Bryan Street                                             Page 41
Dallas TX 75201
                                                             Client # 740489

                                                             Matter # 180326

---

| 06/27/16 | E-mail correspondence (x4) with R. Chaikin re: issue in connection with forty-third omnibus objection to claims | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/27/16 | Review email from counsel to United States Gypsum Company re: forty-third omnibus claim objection | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/28/16 | E-mail correspondence with R. Chaikin re: forty-third omnibus objection to claims | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/29/16 | Discussion with B. Witters re: notice of submission of claims | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/30/16 | Prepare notice of submission re: forty-second omnibus claim objection (.2); Prepare notice of submission re: forty-third omnibus claim objection (.2); E-mail to J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 06/30/16 | Review Response of Ohio Department of Taxation to Debtors' Forty-Second Omnibus (Substantive) Objection to Claims (.1); Research regarding claim objections (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

Total Fees for Professional Services                          $4,219.50

TOTAL DUE FOR THIS INVOICE                                    **$4,219.50**
BALANCE BROUGHT FORWARD                                       $19,160.96

**TOTAL DUE FOR THIS MATTER**                                **$23,380.46**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 42

Client #  740489
Matter # 180326

---

For services through June 30, 2016
relating to Claims Administration - TCEH

| 06/21/16 | Call with N. Hwangpo re: substantive claim objection issues in connection with asserted City of Dallas claim (.1); E-mail correspondence (x4) with N. Hwangpo re: same (.1); Review and consideration of letter correspondence from City of Dallas concerning dispute regarding claim (.3) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |

| 06/24/16 | E-mail correspondence with N. Hwangpo re: potential objection to City of Dallas claim | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 06/27/16 | E-mail correspondence (x4) with R. Chaikin re: pending objections to Red Ball Oxygen claims (.1); E-mail correspondence with J. Howell re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 06/30/16 | E-mail correspondence (x5) with N. Hwangpo re: strategy issues in connection with potential objection to City of Dallas claim | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services     $550.00

TOTAL DUE FOR THIS INVOICE                   **$550.00**
BALANCE BROUGHT FORWARD                    $6,666.20

**TOTAL DUE FOR THIS MATTER**               **$7,216.20**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 43

Client # 740489

Matter # 180326

For services through June 30, 2016
relating to Court Hearings - ALL

| | | | | |
|---|---|---|---|---|
| 06/01/16 | Retrieve orders scheduling omnibus hearing dates x2 (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| | | | | |
| 06/01/16 | Make preparations for July 15 omnibus hearing date | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| | | | | |
| 06/02/16 | Make preparations for July 15 and August 16 omnibus hearing dates | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| | | | | |
| 06/03/16 | Efile affidavit of service re: 1/14/16 agenda (.1); Efile affidavit of service re: 10/26/15 agenda and fee statements (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| | | | | |
| 06/06/16 | Finalize and file affidavit of service re: order scheduling omnibus hearing date (.1); Finalize and file affidavit of service re: 2/18/16 agenda in main and adversary cases (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| | | | | |
| 06/06/16 | Emails with J. Madron re: June 27 hearing date | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| | | | | |
| 06/07/16 | Finalize and file affidavit of service re: notice of rescheduled omnibus hearing date (.1); Finalize and file affidavit of service re: 2/18/16 amended agenda in main and adversary cases (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| | | | | |
| 06/08/16 | E-mail correspondence with R. Schepacarter re: motions scheduled for 6/27/16 hearing (.1); E-mail correspondence (x3) with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 44

Client #  740489

Matter # 180326

| | | | | |
|---|---|---|---|---|
| 06/16/16 | Assist with document preparation for hearing | | | |
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 240.00 | $96.00 |
| | | | | |
| 06/16/16 | E-mail correspondence with K. Stadler re: 6/27/16 hearing | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 06/19/16 | E-mail correspondence (x4) with A. Yenamandra re: 6/24/16 oral argument in Bank of New York Mellon District Court appeal of order authorizing entry into plan support agreement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 06/20/16 | Prepare 6/27/16 agenda | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |
| | | | | |
| 06/20/16 | Call with N. Selmyer in Judge Andrew's Chambers re: 6/24/16 oral arguments in connection with Bank of New York Mellon appeal of order authorizing entry into plan support agreement (.1); E-mail correspondence (x3) with M. McKane re: same (.1); E-mail correspondence (x3) with B. Witters re: preparations for 6/24/16 oral arguments in connection with Bank of New York Mellon appeal of order authorizing entry into plan support agreement (.1); E-mail correspondence with M. Bouslog re: 6/27/16 hearing preparations (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 06/21/16 | Review e-mail from J. Madron re: 6/27/16 telephonic appearance of M. Bouslog (.1); Telephone call to Courtcall re: same (.1); E-mail to M. Bouslog re: same (.1); Review and revise 6/27/16 agenda (.3); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |
| | | | | |
| 06/21/16 | E-mail correspondence (x4) with B. Witters re: preparations for 6/27/16 hearing and related hearing agenda (.1); E-mail correspondence with M. Bouslog re: same (.1); Call with K. Stadler re: 6/27/16 hearing preparations (.2); E-mail correspondence with J. Barsalona re: 6/27/16 hearing agenda (.1); Discussion with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

Energy Future Competitive Holdings Co.                    July 28, 2016
Texas Competitive Electric Holdings Co.                   Invoice 517038
1601 Bryan Street                                         Page 45
Dallas TX  75201
                                                          Client #  740489

                                                          Matter # 180326

---

| 06/22/16 | Review and revise 6/27/16 agenda re: interim fee applications | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.50 hrs. | 240.00 | $360.00 |

06/22/16   E-mail correspondence (x4) with A. Yenamandra re: preparations for 6/24/16 oral argument in Bank of New York Mellon District Court appeal of order authorizing entry into plan support agreement (.1); E-mail correspondence (x4) with P. Morin re: 6/27/16 hearing preparations (.1); E-mail correspondence (x6) with J. Barsalona and B. Witters re: 6/27/16 hearing agenda (.1)

| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
|---|---|---|---|---|

06/22/16   Discussion with B. Witters re: June 27 hearing agenda (.1); Review June 27 hearing agenda (1.0)

| Associate | Joseph C. Barsalona, II | 1.10 hrs. | 360.00 | $396.00 |
|---|---|---|---|---|

06/23/16   Review e-mail from J. Madron re: continuing of thirty-ninth claims for 6/27/16 agenda (.1); Update 6/27/16 agenda x2 (.7); E-mail to J. Madron re: same (.1); Review e-mail from N. Hwangpo re: 6/27/16 telephonic appearances for N. Hwangpo, A. Yenamandra and S. Doré (.1); Telephone call to Courtcall re: same (.3); E-mail to N. Hwangpo re: same (.1); Review e-mail from L. Bonito re: 6/27/16 telephonic appearance for T. Walsh (.1); Telephone call to Courtcall re: same (.1); E-mail to N. Hwangpo re: same (.1); Revise 6/27/16 hearing binders (.4); Assemble exhibits to 6/27/16 agenda (.3); Finalize and file re: same (.3); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1); Telephone call to Courtcall re: R. Wagner 6/27/16 telephonic appearance (.1); E-mail to R. Wagner re: confirmation of same (.1)

| Paralegal | Barbara J. Witters | 3.10 hrs. | 240.00 | $744.00 |
|---|---|---|---|---|

Energy Future Competitive Holdings Co.                     July 28, 2016
Texas Competitive Electric Holdings Co.                    Invoice 517038
1601 Bryan Street                                          Page 46
Dallas TX  75201
                                                           Client #  740489

                                                           Matter # 180326

---

| 06/23/16 | E-mail correspondence (x3) with D. Gadson in Judge Sontchi's Chambers re: 6/27/16 hearing agenda (.1); Calls (x2) with B. Witters re: 6/27/16 hearing agenda (.1); E-mail correspondence (x6) with J. Barsalona re: same (.1); E-mail correspondence (x16) with B. Witters re: same (.3); Reviewing and revising 6/27/16 hearing agenda and reviewing and commenting on voluminous exhibits thereto (1.2); E-mail correspondence with J. Barsalona re: preparations for 6/24/16 District Court oral argument in connection with Bank of New York appeal of order authorizing entry into plan support agreement (.1); E-mail correspondence (x6) with M. Hancock and K. Boucher re: material for inclusion on 6/27/16 hearing agenda (.1); Meeting with B. Witters re: 6/27/16 hearing agenda (.2); E-mail correspondence (x4) with D. DeFranceschi re: preparations for 6/24/16 District Court oral argument in connection with Bank of New York appeal of order authorizing entry into plan support agreement (.1); Meet with J. Barsalona re: same (.1); Meeting with M. McKane and M. Menzies re: same (.5) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.90 hrs. | 550.00 | $1,595.00 |
| | | | | |
| 06/23/16 | Review claims charts for June 27 hearing (.5); Assist M. Menzies with preparing for District Court oral argument (.4) | | | |
| Associate | Joseph C. Barsalona, II | 0.90 hrs. | 360.00 | $324.00 |
| | | | | |
| 06/24/16 | Prepare for hearing on PSA appeal (.5); Attend hearing re: PSA appeal (1.6) | | | |
| Director | Daniel J. DeFranceschi | 2.10 hrs. | 775.00 | $1,627.50 |
| | | | | |
| 06/24/16 | Review written materials (opening brief, answering brief, reply brief and related documents) in preparation for attendance at 6/24/16 oral argument in Bank of New York Mellon's District Court appeal of order authorizing entry into plan support agreement (1.4); E-mail correspondence (x17) with J. Barsalona re: preparations for 6/24/16 oral argument in Bank of New York Mellon's District Court appeal of order authorizing entry into plan support agreement (.3); E-mail correspondence (x9) with D. DeFranceschi re: same (.2); E-mail correspondence (x4) with M. McKane re: same (.1); Attend (Court appearance) 6/24/16 oral argument in Bank of New York Mellon's District Court appeal of order authorizing entry into plan support agreement (1.5); E-mail correspondence with M. Thompson re: potential filings for 7/15/16 omnibus hearing (.1); Call with J. Barsalona re: 6/27/16 hearing preparations (.1) | | | |
| Counsel | Jason M. Madron | 3.70 hrs. | 550.00 | $2,035.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 47

Client # 740489
Matter # 180326

---

| 06/24/16 | Review as-filed June 27 agenda (.1); Discussion with B. Witters re: oral argument on PSA appeal (.1); Email to A. Yenamandra re: June 27 hearing date (.1); Email to M. Thompson re: June 27 hearing date (.1) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |
| 06/26/16 | E-mail correspondence with N. Hwangpo re: 6/27/16 hearing preparations (.1); E-mail correspondence with A. Yenamandra re: same (.1); E-mail correspondence (x3) with D. DeFranceschi re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 06/27/16 | Review e-mail from J. Madron re: C. Husnick 6/27/16 telephonic appearance (.1); Telephone call to Courtcall re: same (.1); E-mail to N. Hwangpo re: confirmation of same (.1); Assistance with 6/27/16 hearing preparations (.7) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |
| 06/27/16 | E-mail correspondence (x3) with J. Barsalona re: preparations for 6/27/16 hearing (.1); Discussion with B. Witters re: same (.1); E-mail correspondence with N. Hwangpo re: same (.1); E-mail correspondence (x4) with A. Yenamandra re: same (.1); Meeting with A. Yenamandra re: same (.3); Review written materials (fee committee's report, agenda, and related documents) in preparation for 6/27/16 hearing (.5); Attend (Court appearance) 6/27/16 hearing (.5); E-mail correspondence (x4) with D. DeFranceschi re: 6/27/16 hearing (.1); E-mail correspondence (x5) with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 1.90 hrs. | 550.00 | $1,045.00 |
| 06/27/16 | Assist A. Yenamandra with preparing for June 27 omnibus | | | |
| Associate | Joseph C. Barsalona, II | 2.20 hrs. | 360.00 | $792.00 |

|  | Total Fees for Professional Services | $11,278.50 |
|---|---|---|
| **TOTAL DUE FOR THIS INVOICE** | | **$11,278.50** |
| BALANCE BROUGHT FORWARD | | $35,440.12 |
| **TOTAL DUE FOR THIS MATTER** | | **$46,718.62** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 48

Client #  740489

Matter # 180326

---

For services through June 30, 2016
relating to  Court Hearings - EFH

| 06/24/16 | E-mail correspondence (x6) with A. Yenamandra re: 7/21/16 hearing | | | |
|----------|-------------------------------------------------------------------|-----------|--------|---------|
| Counsel  | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services $55.00

TOTAL DUE FOR THIS INVOICE **$55.00**

BALANCE BROUGHT FORWARD $9,405.60

**TOTAL DUE FOR THIS MATTER** **$9,460.60**

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX 75201

July 28, 2016  
Invoice 517038  
Page 49

Client # 740489  
Matter # 180326

For services through June 30, 2016  
relating to Court Hearings - TCEH

| | | | | |
|---|---|---|---|---|
| 06/09/16 | Prepare 6/16/16 agenda (1.2); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 240.00 | $312.00 |
| 06/11/16 | E-mail correspondence with J. Barsalona re: agenda for 6/16/16 hearing | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/12/16 | Review and update 6/16/16 agenda (.9); E-mail to J. Madron re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |
| 06/12/16 | E-mail correspondence with B. Witters re: draft of 6/16/16 hearing agenda | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/13/16 | Review e-mail from N. Hwangpo re: 6/16/126 telephonic appearances (.1); Telephone call to Courtcall re: 6/16/16 telephonic appearances for A. Yenamandra, N. Hwangpo, S. Doré and T. Maynes (.4); E-mail to N. Hwangpo re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 06/13/16 | Reviewing and revising draft 6/16/16 hearing agenda (.3); Calls (x2) with B. Witters re: same (.1); E-mail correspondence (x3) with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 06/14/16 | Revise 6/16/16 agenda x2 (.4); E-mail to J. Madron re: same x2 (.2); Review and revise 6/16/16 hearing binders (1.0); Finalize and file re: 6/16/16 agenda (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 2.10 hrs. | 240.00 | $504.00 |
| 06/14/16 | Review materials for hearing on June 16 | | | |
| Director | Daniel J. DeFranceschi | 0.80 hrs. | 775.00 | $620.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 50

Client # 740489
Matter # 180326

---

| 06/14/16 | Reviewing and revising 6/16/16 hearing agenda (.6); E-mail correspondence (x7) with B. Witters re: same (.2); Call with B. Witters re: same (.1); E-mail correspondence (x8) with A. Yenamandra re: same (.2); E-mail correspondence (x4) with M. Thompson re: same (.1); E-mail correspondence (x3) with J. Barsalona re: preparations for 6/16/16 hearing (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.30 hrs. | 550.00 | $715.00 |

| 06/14/16 | Review June 16 hearing agenda (.1); Discussion with S. Bosak re: preparing for June 16 hearing (.1); Make preparations re: same (.1); Emails with A. Yenamandra and M. Thompson re: June 16 hearing agenda (.1); Prepare for June 16 hearing (.3) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.70 hrs. | 360.00 | $252.00 |

| 06/15/16 | Prepare copies of talking points for co-counsel per request (.2); Assist with preparation of other hearing materials for co-counsel as requested (.2) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.40 hrs. | 240.00 | $96.00 |

| 06/15/16 | Review and revise attorneys 6/16/16 hearing binders (.5); Prepare for 6/16/16 hearing (.3) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.80 hrs. | 240.00 | $192.00 |

| 06/15/16 | Prepare for hearing (1.1); Review hearing binder in preparation for hearing on June 16, 2016 (.9) | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 2.00 hrs. | 775.00 | $1,550.00 |

| 06/15/16 | Discussion with B. Witters re: preparations for 6/16/16 hearing (.1); E-mail correspondence (x20) with A. Yenamandra re: preparations for 6/16/16 hearing (.4); E-mail correspondence (x32) with J. Barsalona re: same (.5); E-mail correspondence with J. Sowa re: same (.1); E-mail correspondence (x4) with A. Sexton re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |

| 06/15/16 | Discussion with J. Madron and B. Witters re: confirmation filings (.7); Assist C. Husnick with preparing for TCEH Disclosure Statement Hearing (.6) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 1.30 hrs. | 360.00 | $468.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 51

Client # 740489

Matter # 180326

---

| 06/16/16 | Assist with preparation of 6/16/16 hearing | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 3.00 hrs. | 240.00 | $720.00 |

| 06/16/16 | Meeting with C. Husnick and M. McKane and prepare for hearing (1.4); Attend hearing (1.5) | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 2.90 hrs. | 775.00 | $2,247.50 |

| 06/16/16 | E-mail correspondence (x48) with J. Barsalona re: 6/16/16 hearing preparations and related considerations (.6); E-mail correspondence (x6) with A. Yenamandra re: same (.1); Review written materials (disclosure statement, related redlines, revised disclosure statement approval order, responses, reply papers, and related documents) in preparation for 6/16/16 hearing (1.1); Attend (Court appearance) 6/16/16 hearing (1.6) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 3.40 hrs. | 550.00 | $1,870.00 |

| 06/16/16 | Assist M. McKane and C. Husnick with preparing for TCEH Disclosure Statement Hearing (3.2); Assist C. Husnick and A. Yenamandra during course of disclosure statement hearing (.5) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 3.70 hrs. | 360.00 | $1,332.00 |

| 06/16/16 | Assist with 6/16/16 hearing preparation | | | |
|---|---|---|---|---|
| Paralegal | Rebecca V. Speaker | 0.90 hrs. | 240.00 | $216.00 |

| 06/17/16 | Finalize and efile notice of confirmation hearing (.1); Coordinate submission of same to Epiq (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |

| 06/17/16 | Make preparations for TCEH confirmation trial with S. Bosak | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

| 06/22/16 | E-mail correspondence (x4) with A. Yenamandra and B. Witters re: transcript of 6/16/16 hearing | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services          $12,734.50

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 52

Client #  740489
Matter # 180326

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$12,734.50** |
| BALANCE BROUGHT FORWARD | $5,230.89 |
| **TOTAL DUE FOR THIS MATTER** | **$17,965.39** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 53

Client #  740489
Matter #  180326

---

For services through June 30, 2016

relating to  General Corporate/Real Estate - ALL

| 06/16/16 | Call with C. Husnick re: dissolution of debtor entities post-emergence | | | |
|----------|------------|-----------|--------|---------|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services $55.00

TOTAL DUE FOR THIS INVOICE **$55.00**

BALANCE BROUGHT FORWARD $4,952.94

**TOTAL DUE FOR THIS MATTER** **$5,007.94**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 54

Client # 740489
Matter # 180326

For services through June 30, 2016
relating to General Corporate/Real Estate - TCEH

| | | | | |
|---|---|---|---|---|
| 06/02/16 | Review and consideration of 5/31/16 8-K filing concerning debt commitment and voluminous attachments (commitment letter and related exhibits) thereto | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| 06/02/16 | Review 8-K revolving around executed debt commitment letter | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

Total Fees for Professional Services $457.00

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$457.00** |
| BALANCE BROUGHT FORWARD | $330.00 |
| **TOTAL DUE FOR THIS MATTER** | **$787.00** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 55

Client #  740489

Matter # 180326

---

For services through June 30, 2016
relating to  Schedules/SOFA/U.S. Trustee Reports - ALL

| Date | Role | Description | Name | Hours | Rate | Amount |
|------|------|-------------|------|-------|------|--------|
| 06/01/16 | Paralegal | Finalize and efile affidavit of service re: monthly operating report | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 06/02/16 | Director | Review DIP monthly Operating Report filed by Energy Future Holdings Corp | Daniel J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 06/30/16 | Paralegal | Finalize and file re: May 2016 monthly operating report (.2); E-mail to J. Barsalona re: same (.1); Coordinate service re: same (.1); Prepare affidavit of service re: same (.2) | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 06/30/16 | Counsel | E-mail correspondence (x3) with K. Sullivan re: May 2016 monthly operating report | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/30/16 | Associate | Finalize monthly operating report for May 2016 | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Total Fees for Professional Services $414.00

TOTAL DUE FOR THIS INVOICE **$414.00**

BALANCE BROUGHT FORWARD $2,257.50

**TOTAL DUE FOR THIS MATTER** **$2,671.50**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 56

Client #  740489
Matter # 180326

---

For services through June 30, 2016
relating to  Employee Issues - ALL

| Date | Description | | | |
|------|-------------|---|---|---|
| 06/06/16 | Assist with filing of motion to increase cap for payment of insiders (.6); Finalize and efile same (.2); Coordinate service of same (.1); Finalize and efile C. Kirby declaration in support of motion to increase cap (.1); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 1.10 hrs. | 240.00 | $264.00 |
| 06/06/16 | Review and comment on draft motion to further increase non-insider severance payment cap (.7); Review and comment on draft Kirby declaration in support of same (.4); E-mail correspondence (x12) with N. Hwangpo re: motion to further increase non-insider severance payment cap and supporting declaration (.3); Review and revise final motion to further increase non-insider severance payment cap (.5); Draft notice of motion and hearing with respect to same (.1); Review and revise final Kirby declaration in support of same (.2) | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |
| 06/07/16 | Review motion of Debtors to approve increase in Debtors authority to pay non-insider severance | | | |
| Director | Daniel  J. DeFranceschi | 0.30 hrs. | 775.00 | $232.50 |
| 06/07/16 | Review Motion for Second Order approving increase in the limit in the Debtors' authority to pay non-insider severance (.1);  Review Kirby Declaration regarding same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 06/09/16 | Review e-mail from J. Madron re: binder of non-insider severance and commitment letter materials for R. Schepacarter (.1); Research docket and retrieve pleadings of same (.3); Prepare binder re: same (.4); Prepare index re: same (.3); Coordinate delivery to R. Schepacarter re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |
| 06/20/16 | E-mail correspondence (x4) with N. Hwangpo re: second motion to further increase severance payment cap | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 57

Client #  740489

Matter # 180326

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/21/16 | Call with N. Hwangpo re: revised order granting second motion to further increase severance payment cap (.1); E-mail correspondence (x3) with N. Hwangpo re: same (.1); Draft certification of counsel concerning revised order granting second motion to further increase severance payment cap (.7) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 06/22/16 | Finalize and file certification of counsel re: second order increasing non-insider severance payment cap (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/22/16 | E-mail correspondence (x5) with N. Hwangpo re: revised order granting second motion to further increase non-insider severance payment cap (.1); Revising certification of counsel re: revised order granting second motion to further increase non-insider severance payment cap (.3); Review and consideration of revised order granting second motion to further increase non-insider severance payment cap and related redline (.2) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/24/16 | Retrieve re: entered order increasing non-insider severance payment cap (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

Total Fees for Professional Services          $3,066.50

TOTAL DUE FOR THIS INVOICE          **$3,066.50**
BALANCE BROUGHT FORWARD          $1,962.53

**TOTAL DUE FOR THIS MATTER**          **$5,029.03**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 58

Client #  740489

Matter # 180326

---

For services through June 30, 2016

relating to  Tax Issues - ALL

| | | | | |
|---|---|---|---|---|
| 06/03/16 | Efile affidavit of service re: tax matters orders | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 06/03/16 | E-mail correspondence with A. Yenamandra re: status of negotiations with Internal Revenue Service | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/13/16 | Assist J. Madron with preparation of notice of filing of tax matters agreement for filing (1.0); Efile same (.2); Coordinate service of same (.2) | | | |
| Paralegal | Caroline E. Dougherty | 1.40 hrs. | 240.00 | $336.00 |
| 06/13/16 | E-mail correspondence (x6) with A. Yenamandra re: filing of tax matters agreement (.2); E-mail correspondence (x13) with A. Sexton re: same (.3); Draft notice of filing of form of tax matters agreement (.6); Review and consideration of form of tax matters agreement (.8) | | | |
| Counsel | Jason M. Madron | 1.90 hrs. | 550.00 | $1,045.00 |

Total Fees for Professional Services          $1,460.00

TOTAL DUE FOR THIS INVOICE          **$1,460.00**

**TOTAL DUE FOR THIS MATTER**          **$1,460.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 59

Client #  740489
Matter # 180326

---

For services through June 30, 2016
relating to Litigation/Adversary Proceedings - ALL

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/01/16 | Review order denying request to extend briefing deadline re: 1: 5-cv-00885-RGA | | | |
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| 06/01/16 | Review oral order concerning request for stay and extension of briefing schedule in appeal of order approving plan support agreement and e-mail correspondence with A. Yenamandra re: same (.1); E-mail correspondence with M. McKane re: same (.1); E-mail correspondence with A. Terteryan re: reply brief in connection with Fenicle and Fahy District Court appeal of confirmation order (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 06/01/16 | Review letter form K. Gwynne to Judge Andrews re: Appeal of Order approving Plan Support Agreement | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/02/16 | Finalize and file re: reply to motion to dismiss in Fenicle/Fahy appeal (.2); Coordinate service re: same (.1); E-mail to J. Madron re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 06/02/16 | Review reply of debtors to motion to dismiss Fenicle and Fahy appeal 1: 15-v-01183 RGA | | | |
| Director | Daniel  J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |
| 06/02/16 | E-mail correspondence (x12) with A. Terteryan re: reply brief in connection with Fenicle and Fahy District Court appeal of confirmation order (.3); Review and provide comments to draft reply brief in connection with Fenicle and Fahy District Court appeal of confirmation order (.6); Factual investigation in connection with same (.2); Review, revise, and finalize final draft reply brief in connection with Fenicle and Fahy District Court appeal of confirmation order (.4); Draft certification of service in connection with same (.1); E-mail correspondence (x5) and call with B. Witters re: filing and service of same (.1) | | | |
| Counsel | Jason M. Madron | 1.70 hrs. | 550.00 | $935.00 |

Energy Future Competitive Holdings Co.                        July 28, 2016
Texas Competitive Electric Holdings Co.                       Invoice 517038
1601 Bryan Street                                             Page 60
Dallas TX 75201
                                                             Client # 740489

                                                             Matter # 180326

| 06/02/16 | Review Reply in Support of Appellees' Motion to Dismiss Fenicle and Fahy Appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/03/16 | Review and respond to email from J. Madron re: Stewart District Court appeal | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 06/03/16 | Review Stewart motion seeking various forms of relief filed in District Court (.2); E-mail correspondence (x3) with A. Yenamandra re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 06/03/16 | Review Submission of Multiple Motions filed by K. Stewart | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/06/16 | Assist with filing of removal extension motion (.8); Finalize and efile same (.2); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 1.10 hrs. | 240.00 | $264.00 |
| 06/06/16 | Finalize and file notice of service re: request and interrogatories in connection with confirmation (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/06/16 | E-mail correspondence (x5) with A. Klar re: notice of service of Debtors' responses and objections to various discovery requests in connection with new chapter 11 plan process (.1); Reviewing and revising notice of service of Debtors' responses and objections to various discovery requests in connection with new chapter 11 plan process and exhibit to same (.3); E-mail correspondence (x4) with A. Yenamandra re: counter-designations in Bank of New York Mellon appeal of confirmation order (.1); Factual investigation in connection with same (.2); E-mail correspondence (x9) with A. Yenamandra and M. Thompson re: motion to further extend deadline to remove civil actions (.2); Review, revise, and consideration of fifth motion to further extend deadline to remove civil actions (.6); Draft notice of motion and hearing with respect to same (.1) | | | |
| Counsel | Jason M. Madron | 1.60 hrs. | 550.00 | $880.00 |

Energy Future Competitive Holdings Co.                    July 28, 2016
Texas Competitive Electric Holdings Co.                  Invoice 517038
1601 Bryan Street                                        Page 61
Dallas TX  75201
                                                         Client #  740489

                                                         Matter # 180326

---

| 06/07/16 | Review email from J. Madron regarding Stewart motion to compel response (.1); Review motion to extend removal period (.3) | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |

| 06/07/16 | Review letter correspondence from M. Esser concerning production of documents in response to discovery requests in connection with new plan confirmation process (.1); Review and consideration of Delaware Trust Company's supplement to document requests and interrogatories directed to Debtors in connection with new chapter 11 plan confirmation process (.6); Review Stewart motion to compel a response from the Court or the Appellees in District Court appeal of order disallowing claims (.1); E-mail correspondence (x5) with M. McKane, A. Yenamandra and R. Chaikin re: same (.1); Review Bank of New York Mellon's document requests directed to TCEH Unsecured Ad Hoc Group in connection with new plan confirmation process (.5); Review Bank of New York Mellon's first set of interrogatories directed to TCEH Unsecured Ad Hoc Group in connection with new plan confirmation process (.3); Review and consideration of UMB Bank, N.A.'s first request for production of documents directed to Debtors in connection with E-side plan confirmation process (.8) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.50 hrs. | 550.00 | $1,375.00 |

| 06/07/16 | Review motion to further extend deadlines to remove civil actions | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

| 06/08/16 | E-mail correspondence (x6) with B. Rogers re: request from appellants for consent to file a sur-reply in connection with motion to dismiss Fenicle and Fahy District Court appeal of confirmation order (.2); E-mail correspondence (x5) with M. McKane re: same (.1); E-mail correspondence (x6) with A. Yenamandra re: answering brief in Bank of New York Mellon appeal of order approving plan support agreement (.2); Factual investigation concerning Bank of New York Mellon appeal of order approving plan support agreement (.1); Review and consideration of appellants' motion for leave sur-reply in connection with motion to dismiss Fenicle and Fahy District Court appeal of confirmation order (.3); Review and consideration of appellants' sur-reply in connection with motion to dismiss Fenicle and Fahy District Court appeal of confirmation order (.8) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.70 hrs. | 550.00 | $935.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

July 28, 2016  
Invoice 517038  
Page 62

Client #  740489  
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 06/09/16 | Review and analysis of Fenicle Fahy brief re: appeal mootness re: plan appeal | | | |
| Director | Daniel  J. DeFranceschi | 0.50 hrs. | 775.00 | $387.50 |
| 06/09/16 | Review Declaration re: [53] Motion for Leave to File Sur-Reply in Opposition to Appellees' Motion to Dismiss Fenicle and Fahy Appeal - Declaration of Leslie M. Kelleher in Support of Motion for Leave to File Sur-Reply in Opposition to Appellee's Motion to Dismiss Fenicle and Fahy Appeal by David William Fahy, Shirley Fenicle re: 1:15-cv-01183-RGA | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 06/09/16 | E-mail correspondence with A. Yenamandra re: answering brief in connection with Bank of New York Mellon appeal of order authorizing entry into plan support agreement (.1); Factual investigation in connection with issues relating to same (.3); E-mail correspondence (x6) with M. Menzies re: same (.2); Review and consideration of application for oral argument in Fenicle and Fahy District Court appeal of confirmation order (.2) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 06/10/16 | Comment to appellate brief in Bank of New York Mellon PSA District Court appeal (3.8); Prepare and file appellate brief and supporting materials (1.5) | | | |
| Associate | Andrew M. Dean | 5.30 hrs. | 295.00 | $1,563.50 |
| 06/10/16 | Review multiple e-mails from appellees' brief in Bank of New York Mellon PSA District Court appeal and related materials (.2); Review e-mail from A. Dean re: appellees brief (.1); Assemble re: same (.2); Finalize and file re: same (.3); Review e-mail from A. Dean re: declaration of A. Dean in support of appellees brief (.1); Assemble re: same (.2); Finalize and file re: same (.3); Review e-mail from A. Dean re: compendium of unreported decisions (.1); Assemble re: same (.2); Coordinate service re: same (.3); Circulate to distribution group re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 2.20 hrs. | 240.00 | $528.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 63

Client #  740489

Matter # 180326

---

| Date | Description | | | |
|---|---|---|---|---|
| 06/10/16 | E-mail correspondence (x6) with M. Menzies re: answering brief and related filings in Bank of New York Mellon appeal of order approving plan support agreement (.2); E-mail correspondence (x5) with D. DeFranceschi re: same (.1); E-mail correspondence (x6) with A. Yenamandra re: same (.2); E-mail correspondence with W. Haskel re: same (.1); E-mail correspondence (x8) with A. Dean re: same (.2); E-mail correspondence with B. Rogers re: issues in connection with motion for leave to file sur-reply in Fenicle and Fahy District Court appeal of confirmation order (.1) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 06/10/16 | Discussion with D. DeFranceschi and A. Dean re: PSA appeal brief (.4); Review District Court Brief in Asbestos Appeal (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| 06/13/16 | E-mail correspondence with A. Yenamandra re: Bank of New York Mellon appeal of plan support agreement (.1): Review Appellants' request for oral argument in class certification appeal (.1); E-mail correspondence (x7) with B. Rogers and J. Sowa re: same (.2); Factual investigation re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/13/16 | Review as-filed brief in asbestos appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| 06/15/16 | Review and circulate adversary docket | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 06/15/16 | Organization of materials utilized for notice of completion of briefing in TTI adversary proceeding | | | |
| Case Assistant | Lesley Morris | 0.10 hrs. | 130.00 | $13.00 |
| 06/17/16 | Retrieve transmittal of appeal | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 64

Client #  740489
Matter # 180326

---

| 06/17/16 | Finalize and efile omnibus objection of appellees to Stewart motions (.2); Coordinate service of same (.2); Coordinate submission of same to clerk's office (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.50 hrs. | 240.00 | $120.00 |
| 06/17/16 | Review email from J. Madron re: Stewart appeal (.1); Review of omnibus objection of Appellees to appeal of Stewart re: C.A. No. 15-1213 (.4) | | | |
| Director | Daniel  J. DeFranceschi | 0.50 hrs. | 775.00 | $387.50 |
| 06/17/16 | E-mail correspondence (x10) with A. Yenamandra re: omnibus objection to Mr. Stewart's pending motions in District Court seeking various forms of relief (.3); Review, revise, and consideration of final omnibus objection to Mr. Stewart's pending motions in District Court seeking various forms of relief (.6); Draft certification of service re: same (.1); Calls (x2) with A. Jerominski re: issue in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |
| 06/17/16 | Review Appellants' Reply Brief in PSA appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 06/17/16 | Review Omnibus Objection to Appellees in Kenneth R. Stewart v. EFH appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/18/16 | E-mail correspondence with A. Yenamandra re: omnibus objection to Mr. Stewart's pending motions in District Court seeking various forms of relief | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/21/16 | Finalize and file certification of no objection re: civil action removal extension motion (.2); Coordinate delivery to Judge Sontchi re: motion, certification of no objection and order (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 65

Client #  740489

Matter # 180326

---

| 06/21/16 | E-mail correspondence with M. Thompson re: fifth motion to further extend time to remove civil actions (.1); Review and revise certification of no objection regarding fifth motion to further extend time to remove civil actions (.2); Examine docket in connection with same and finalize same for filing (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 06/22/16 | Prepare oral argument binder in Bank of NY Mellon appeal (.2); Prepare index re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 06/23/16 | Retrieve re: order granting civil action extension removal (.1); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron notice of service re: discovery plan (.1); Assemble exhibits (.1); Finalize and file re: same (.2); Coordinate service re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |
| 06/23/16 | Email J. Madron regarding PSA appeal hearing before Judge Andrews (.1); Prepare for hearing re: PSA appeal (.9); Meeting with M. McKane regarding preparation for hearing on PSA appeal (.3); Prepare for hearing on PSA appeal to district court (.7) | | | |
| Director | Daniel  J. DeFranceschi | 2.00 hrs. | 775.00 | $1,550.00 |
| 06/23/16 | Assist M. McKane and M. Menzies with preparing for oral argument on PSA Appeal (4.1); Discussion with J. Madron re: same (.2) | | | |
| Associate | Joseph C. Barsalona, II | 4.30 hrs. | 360.00 | $1,548.00 |
| 06/24/16 | Discussion with J. Madron re: ruling of PSA Appeal (.1); Discussion with A. Dean re: ruling of PSA Appeal (.4) | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |
| 06/24/16 | Assist M. McKane, C. Husnick and M. Menzies with preparing for oral argument on PSA Appeal (2.9); Assist M. McKane, C. Husnick and M. Menzies during course of oral argument on PSA Appeal (.2) | | | |
| Associate | Joseph C. Barsalona, II | 3.10 hrs. | 360.00 | $1,116.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 66

Client #  740489

Matter # 180326

---

| 06/27/16 | Finalize and file re: objection to motion for leave to file sur-reply to motion to dismiss Fenicle and Fahy appeal (.3); E-mail to J. Madron re: same (.1); Coordinate service re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 06/27/16 | E-mail correspondence with A. Terteryan re: objection to motion for leave to file sur-reply in Fenicle and Fahy District Court appeal of confirmation order (.1); E-mail correspondence (x5) with J. Sowa re: same (.1); Review and revise objection to motion for leave to file sur-reply in Fenicle and Fahy District Court appeal of confirmation order (.6); Draft certification of service in connection with same (.1); Review entered order dismissing Bank of New York Mellon appeal of order authorizing entry into plan support agreement (.1); E-mail correspondence with M. McKane re: same (.1) | | | |
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |
| 06/27/16 | Review Order dismissing appeal in PSA litigation (.1); Discussion with J. Madron re: same (.1); Discussion with B. Witters re: retrieval of transcript of oral argument (.1); Review Debtors' Objection to Asbestos' Claimants Motion to File Sur-Reply (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |
| 06/28/16 | Review and circulate adversary docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 06/28/16 | Review Stewart motion to summarize filed in District Court appeal of order disallowing claims (.2); Call with D. DeFranceschi and K. Farnan re: issues in connection with same (.2); Call with D. DeFranceschi and C. Husnick re: same (.1); E-mail correspondence (x4) with D. DeFranceschi re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/28/16 | Review Motion to Summarize Names of Above Appellant Hereto filed by Kenneth R. Stewart | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 67

Client # 740489

Matter # 180326

---

| 06/29/16 | Finalize and file letter to Judge Andrews re: Court's guidance and teleconference in connection with Stewart appeal (.2); Coordinate delivery to Judge Andrews re: same (.1); E-mail to J. Madron re: same (.1); Coordinate service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 06/29/16 | Draft letter to Judge Andrews requesting teleconference to discuss Mr. Stewart's ongoing motion practice in District Court appeal (.6); E-mail correspondence (x11) with A. Yenamandra re: same (.3); Revisions to same (.2); Review entered District Court order disposing of pending Stewart motions (.1); E-mail correspondence with A. Yenamandra re: same (.1) | | | |
| Counsel | Jason M. Madron | 1.30 hrs. | 550.00 | $715.00 |
| 06/29/16 | Review letter from J. Madron to the Hon. Richard G. Andrews re: Stewart v. EFH appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/30/16 | Review email from court reporter re: transcript of June 24 hearing re: case 1:15-cv-008855-RGA | | | |
| Director | Daniel J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |
| 06/30/16 | Review and respond to email from A. Yenemandra re: Stewart District Court appeal frivolous motions | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 06/30/16 | Factual investigation regarding Stewart v. Energy Future Holdings Corp. appeals | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Total Fees for Professional Services                    $19,252.00

TOTAL DUE FOR THIS INVOICE                           **$19,252.00**
BALANCE BROUGHT FORWARD                              $28,949.96

**TOTAL DUE FOR THIS MATTER**                          **$48,201.96**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 68

Client #  740489

Matter # 180326

---

For services through June 30, 2016
relating to Litigation/Adversary Proceedings - EFH

| 06/03/16 | Efile affidavit of service re: notice of telephonic hearing in TTI adversary (.1); Efile affidavit of service re: notice of service in adversary (.1); Efile affidavit of service re: letter regarding discovery disputes in adversary (.1); Efile affidavit of service re: selection of mediator in adversary (.1); Efile affidavit of service re: notice of service of request for production in adversary (.1); Efile affidavit of service re: notice of service re: notice of videotaped deposition in adversary (.1); Efile affidavit of service re: certification of counsel re: supplement to scheduling order in adversary (.1); Efile affidavit of service re: notices of telephonic hearing in adversary (x2) (.2); Efile affidavit of service re: notices of service in adversary (x2) (.2); Efile affidavit of service re: notice of telephonic hearing and notice of service in adversary (.1); Efile affidavit of service re: supplement to scheduling order in adversary (.1); Efile affidavit of service re: notice of service re: responses and objections (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 1.40 hrs. | 240.00 | $336.00 |
| 06/06/16 | Finalize and file affidavit of service re: Texas Transmission certification of counsel second supplement to scheduling order | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 06/07/16 | Finalize and file affidavit of service re: third supplement to scheduling order in TTI adversary proceeding | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |

Total Fees for Professional Services          $384.00

TOTAL DUE FOR THIS INVOICE                  **$384.00**

BALANCE BROUGHT FORWARD                     $27,683.89

**TOTAL DUE FOR THIS MATTER**               **$28,067.89**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 69

Client #  740489
Matter # 180326

---

For services through June 30, 2016

relating to  Litigation/Adversary Proceedings - EFIH

| | | | | |
|---|---|---|---|---|
| 06/07/16 | Review and analysis of 6/3/16 opinion in Delaware Trust Company v. Computershare Trust Company adversary proceeding with respect to first lien trustee's assertion to makewhole premium from second lien trustee pursuant to collateral trust agreement (.8); Review and consideration of second lien trustee's opening brief in Third Circuit appeal in connection with second lien Makewhole litigation (1.4) | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |
| 06/08/16 | Finalize and efile appellees' brief in first lien Third Circuit Makewhole appeal (.3); Coordinate service of same (.2); Coordinate submission of same to 3rd Circuit Court of Appeals clerk (.2); Email same to J. Madron (.1) | | | |
| Paralegal | Ann Jerominski | 0.80 hrs. | 240.00 | $192.00 |
| 06/08/16 | Review draft answering brief re: Delaware Trust Makewhole appeal to Third Circuit | | | |
| Director | Daniel  J. DeFranceschi | 0.30 hrs. | 775.00 | $232.50 |
| 06/08/16 | Review email from J. Madron regarding Debtors answering brief re: Delaware Trust appeal on Makewhole issue re: Third Circuit Case No. 16-1351 including comments to draft brief | | | |
| Director | Daniel  J. DeFranceschi | 0.70 hrs. | 775.00 | $542.50 |
| 06/08/16 | E-mail correspondence (x14) with M. Petrino re: answering brief in Third Circuit appeal of first lien makewhole (.3); Review and provide comments on draft answering brief in Third Circuit appeal of first lien makewhole (2.1); E-mail correspondence (x9) with B. Witters re: preparations for filing and service of same (.2); E-mail correspondence (x10) with A. Jerominski re: same (.2); Calls (x4) with A. Jerominski re: same (.2); Review, revise, and finalize final Third Circuit answering brief in makewhole appeal (1.1); Meeting with A. Jerominski re: same (.1); Draft certificate of service in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 4.30 hrs. | 550.00 | $2,365.00 |

Energy Future Competitive Holdings Co.                    July 28, 2016
Texas Competitive Electric Holdings Co.                   Invoice 517038
1601 Bryan Street                                         Page 70
Dallas TX  75201
                                                          Client #  740489
                                                          Matter # 180326

---

| 06/09/16 | Finalize and file re: joint status report in District Court UMB Bank and subsequent settling PIK Noteholder appeals (.8); Coordinate service re: same (.2); Review and circulate adversary docket (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |
| 06/09/16 | E-mail correspondence (x9) with M. Petrino re: draft joint status report to District Court in connection with currently stayed Settling PIK Noteholder appeals (.3); Review and provide comments to draft joint status report to District Court in connection with currently stayed Settling PIK Noteholder appeals (.5); E-mail  correspondence (x6) with R. Lemisch re: same (.2); E-mail correspondence (x4) with M. Busenkell re: same (.1); Review, revise, and finalize final joint status report to District Court in connection with currently stayed Settling PIK Noteholder appeals (.3); Draft certification of service in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 1.50 hrs. | 550.00 | $825.00 |
| 06/09/16 | Review and consideration of Brief of Appellees in Delaware Trust Company v. Energy Future Intermediate Holding Company LLC | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |
| 06/10/16 | Review Joint Status Report re: Subsequent Settling EFIH PIK Noteholders vs. EFH District Court Appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/13/16 | E-mail correspondence with M. Petrino re: answering brief in second lien Third Circuit makewhole appeal | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/15/16 | Review email from J. Madron regarding request by Appellant Delaware Trust for oral argument re: make whole appeal | | | |
| Director | Daniel  J. DeFranceschi | 0.30 hrs. | 775.00 | $232.50 |
| 06/15/16 | Review first lien trustee's statement requesting oral argument in Third Circuit first lien makewhole appeal (.3); E-mail correspondence (x3) with M. Petrino re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

Energy Future Competitive Holdings Co.          July 28, 2016
Texas Competitive Electric Holdings Co.          Invoice 517038
1601 Bryan Street                                Page 71
Dallas TX  75201
                                                 Client #  740489

                                                 Matter # 180326

---

| 06/16/16 | Review intervenor's statement in support of oral argument in Third Circuit first lien makewhole appeal | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 06/20/16 | Review and provide comments to draft motion for leave to file a supplemental appendix in second lien Third Circuit makewhole appeals (.5); E-mail correspondence (x4) with M. Petrino re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

| 06/22/16 | E-mail correspondence (x7) with M. Petrino re: supplemental appendix and motion for leave to file same in Third Circuit second lien makewhole appeal (.2); Review and comment on draft of supplemental appendix in Third Circuit second lien makewhole appeal (.5); Review and comment on revised draft of motion for leave to file same (.2); E-mail correspondence (x11) with M. Petrino re: answering brief in Third Circuit second lien makewhole appeal (.3); Review and revise final motion for leave to file a supplemental appendix in Third Circuit second lien makewhole appeal (.3); Draft certification of service re: same (.1); Draft certification of service for supplemental appendix in Third Circuit second lien makewhole appeal (.1); Review, revise and consideration of answering brief in Third Circuit second lien makewhole appeal (1.6); Draft certification of service in connection with same (.1); E-mail correspondence (x11) with B. Witters re: filing and service of answering brief, supplemental appendix, and related motion for leave in Third Circuit second lien makewhole appeal (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 3.60 hrs. | 550.00 | $1,980.00 |

| 06/23/16 | Review Brief of Appellees in Computershare Trust Company N.A. v. EFIH Third Circuit appeal | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |

| 06/28/16 | Review entered order granting motion for leave to file a supplemental appendix in Third Circuit second lien makewhole appeal | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services          $8,942.50

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 72

Client #  740489

Matter #  180326

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$8,942.50** |
| BALANCE BROUGHT FORWARD | $17,813.36 |
| **TOTAL DUE FOR THIS MATTER** | **$26,755.86** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 73

Client #  740489
Matter # 180326

---

For services through June 30, 2016
relating to Litigation/Adversary Proceedings - TCEH

| | | | | |
|---|---|---|---|---|
| 06/01/16 | Review Motion of Delaware Trust Company, as TCEH First Lien Indenture Trustee, to Partially Vacate Judgment | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 06/06/16 | Review and consideration of TCEH First Lien Indenture Trustee's motion to partially vacate judgment in allocation dispute in Delaware Trust v. Wilmington Trust adversary proceeding | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/06/16 | Review and consideration of Opinion regarding Delaware Trust Company v. Computershare Trust Company adversary proceeding | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 06/09/16 | E-mail correspondence (x7) with G. Finizio re: stay pending appeal in connection with Delaware Trust Company v. Wilmington Trust intercreditor adversary proceeding | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 06/10/16 | Review Joint Motion for Entry of Order Approving Stipulation in Delaware Trust Company vs. Wilmington Trust, N.A. adversary proceeding | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 06/14/16 | Review Brief of Appellees Morgan Stanley Capital Group, Inc., J. Aron & Company and Titan Investment Holdings L.P. in Delaware Trust Company v. Wilmington Trust litigation | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 06/15/16 | Review answering brief of intervenor Defendant in opposition to motion to partially vacate judgment re: Adversary case 15-51239-CSS | | | |
| Director | Daniel  J. DeFranceschi | 0.30 hrs. | 775.00 | $232.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 74

Client #  740489

Matter # 180326

---

| | | | | |
|---|---|---|---|---|
| 06/22/16 | Review Reply of Delaware Trust Company, as TCEH First Lien Indenture Trustee, in Support of Motion to Partially Vacate Judgment Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b) in Wilmington Trust v. Morgan Stanley et al. adversary proceeding | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| | | | | |
| 06/27/16 | Attend (telephonic attendance) a portion of Keglevic deposition in connection with new TCEH chapter 11 plan process | | | |
| Counsel | Jason M. Madron | 2.80 hrs. | 550.00 | $1,540.00 |
| | | | | |
| 06/28/16 | Review Reply Brief in Further Support of Appeal of Appellant Delaware Trust Company in TCEH Allocation Appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

Total Fees for Professional Services     $2,680.50

TOTAL DUE FOR THIS INVOICE     **$2,680.50**

BALANCE BROUGHT FORWARD     $7,893.31

**TOTAL DUE FOR THIS MATTER**     **$10,573.81**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 75

Client #  740489

Matter # 180326

---

For services through June 30, 2016
relating to  Retention of Others - ALL

| | | | | |
|---|---|---|---|---|
| 06/01/16 | E-mail correspondence (x3) with C. Campbell re: expansion of scope of KPMG retention (.1); Review and provide comments to draft Kilkenny declaration in further support of retention of Deloitte & Touche LLP (.5); Review and consideration of two additional engagement letters in connection with same (.5) | | | |
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |
| 06/02/16 | Finalize and file re: supplemental declaration T. Kilkenny Deloitte & Touche retention (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/02/16 | E-mail correspondence (x3) with R. Young re: supplemental Kilkenny declaration in further support of Deloitte & Touche retention (.1); Review and consideration of final Kilkenny declaration in further support of Deloitte & Touche retention and exhibits to same (.4) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 06/03/16 | Efile affidavit of service re: supplement declaration in support of Balch & Bingham retention | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 06/03/16 | Efile affidavit of service re: supplemental declarations in support of Thompson & Knight retention (.1); Efile affidavit of service re: supplement declaration in support of Gibson Dunn & Crutcher retention, notice of excess fees of Miller & Chevalier and supplement declaration in support of KPMG retention (.1); Efile affidavit of service re: ordinary course payment statement (.1); Efile affidavit of service re: supplement declaration in support of Gibson Dunn & Crutcher retention (.1) | | | |
| Paralegal | Ann Jerominski | 0.40 hrs. | 240.00 | $96.00 |
| 06/14/16 | Finalize and file re: fourteenth notice of entry into KPMG additional agreement (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 76

Client #  740489

Matter # 180326

---

| Date | Description | | | |
|---|---|---|---|---|
| 06/14/16 | E-mail correspondence (x6) with C. Campbell re: expansion of KPMG retention (.2); E-mail correspondence (x3) with A. Yenamandra re: same (.1); Draft fourteenth notice of entry into additional statement of work with KPMG (.4); Review and consideration of additional statement of work with KPMG (.3) | | | |
| Counsel | Jason M. Madron | 1.00 hrs. | 550.00 | $550.00 |
| 06/15/16 | Finalize and efile Sassower supplemental declaration in support of Kirkland & Ellis Retention (.1); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 06/15/16 | E-mail correspondence (x4) with E. Geier re: seventh supplemental Sassower declaration in support of Kirkland & Ellis retention (.1); Review, revise, and consideration of seventh supplemental Sassower declaration in support of Kirkland & Ellis retention (.8) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 06/21/16 | E-mail correspondence (x4) with P. Morin re: Filsinger Energy Partners supplemental retention issues (.1); E-mail correspondence with M. Thompson re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 06/30/16 | E-mail correspondence (x6) with M. Thompson re: Filsinger Energy Partners supplemental retention issues | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services $2,457.00

TOTAL DUE FOR THIS INVOICE **$2,457.00**
BALANCE BROUGHT FORWARD $5,343.80

**TOTAL DUE FOR THIS MATTER** **$7,800.80**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 77

Client #  740489
Matter # 180326

For services through June 30, 2016
relating to  RLF Fee Applications - ALL

| 06/01/16 | Finalize and file certification of no objection re: RL&F twenty-third fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/01/16 | Draft certification of no objection concerning RL&F's March 2016 monthly fee statement (.5); Examine docket and review corresponding monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/03/16 | Efile affidavit of service re: Richards, Layton & Finger fourth interim fee application | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 06/16/16 | Further review of RLF May 2016 bill memos | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 240.00 | $264.00 |
| 06/23/16 | Review RLF May 2016 Fee Statement | | | |
| Director | Daniel  J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |
| 06/23/16 | Reviewing and editing of RL&F's May 2016 billing memos for attorney-client privileged information and compliance with the interim compensation procedures order and local rules and in connection with preparation of related monthly fee statement | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |
| 06/27/16 | Review RLF May 2016 meal charges | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 06/29/16 | Review and revise RL&F twenty-fifth fee statement (.6); Prepare notice of application re: same (.2); Finalize and file re: same (.3); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 78

Client #  740489
Matter # 180326

| Date | | | | | |
|---|---|---|---|---|---|
| 06/29/16 | E-mail correspondence (x3) with G. Moor re: RL&F fee matters | | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | | $55.00 |
| 06/29/16 | Review and revise RL&F May 2016 monthly fee statement | | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | | $440.00 |

Total Fees for Professional Services $3,065.00

**TOTAL DUE FOR THIS INVOICE**  **$3,065.00**

BALANCE BROUGHT FORWARD  $20,065.27

**TOTAL DUE FOR THIS MATTER**  **$23,130.27**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 79

Client # 740489
Matter # 180326

For services through June 30, 2016
relating to Fee Applications of Others - ALL

| 06/01/16 | Finalize and file certification of no objection re: Gibson Dunn twenty-third fee statement (.2); Finalize and file certification of no objection re: KPMG twenty-second fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |

| 06/01/16 | E-mail correspondence (x8) with C. Campbell re: KPMG fee matters (.2); Draft certification of no objection concerning February 2016 monthly fee statement of KPMG (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x8) with M. Bouslog re: Gibson, Dunn & Crutcher fee matters (.2); Draft certification of no objection concerning Gibson, Dunn & Crutcher's March 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence with A. Kever re: Enoch Kever fee issues (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |

| 06/02/16 | Finalize and file certification of no objection re: Enoch Kever twelfth fee statement (.2); E-mail to J. Madron re: same (.1); Review e-mail from J. Madron re: Greenberg Trauig sixth fee statement (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Finalize and file certification of no objection re: Kirkland & Ellis twenty-third fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.10 hrs. | 240.00 | $264.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 80
Client # 740489
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 06/02/16 | Review and revise certification of no objection concerning Enoch Kever PLLC February 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x5) with N. Hwangpo re: Kirkland & Ellis LLP fee matters (.2); Review and revise certification of no objection with respect to Kirkland & Ellis March 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x5) with R. Wagner re: Greenberg Traurig fee matters (.2); Review and revise Greenberg Traurig April 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |
| 06/03/16 | Efile affidavit of service re: order approving payment to Kirkland & Ellis (.1); Efile affidavits of service re: Kirkland & Ellis interim fee application (.2); Efile affidavit of service re: notice of excess fees for Miller & Chevalier Chartered (.1); Efile affidavit of service re: Balch & Bingham tenth fee statement (.1); Efile affidavit of service re: fee statements of Gibson Dunn, KPMG and Balch & Bingham (.1); Efile affidavit of service re: fee statement of Deloitte & Touche (.1); Efile affidavit of service re: fee statement of Alvarez & Marsal North America (x2) (.2); Efile affidavit of service re: Filsinger Energy Partners' twentieth fee statement (.1); Efile affidavit of service re: Kirkland & Ellis' twentieth fee statement (.1); Efile affidavit of service re: notice of excess fees for Straz Friedberg (.1); Efile affidavit of service re: KPMG twentieth fee statement (.1) | | | |
| Paralegal | Ann Jerominski | 1.30 hrs. | 240.00 | $312.00 |
| 06/03/16 | Review e-mail from J. Madron re: KPMG twenty-third fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 06/03/16 | E-mail correspondence (x7) with C. Campbell re: KPMG fee matters (.2); Review KPMG's March 2016 monthly fee statement (.2); Draft notice of monthly fee statement in connection with same (.1); Review fourth interim period fee application of Gitlin & Company (.1); Review fourth interim period fee application of Godfrey & Kahn (.2) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 81

Client # 740489

Matter # 180326

---

| Date | Description | Title | Name | Hours | Rate | Amount |
|------|-------------|-------|------|-------|------|--------|
| 06/06/16 | Assist with filing of K&E twenty-fourth fee statement (.6); Finalize and efile same (.2); Coordinate service of same (.1) | Paralegal | Ann Jerominski | 0.90 hrs. | 240.00 | $216.00 |
| 06/06/16 | Finalize and file affidavit of service re: Jenner & Block second interim fee application (.1); Finalize and file affidavit of service re: Thompson & Knight November and December fee statements (.1); Finalize and file affidavit of service re: Gibson Dunn fifth interim fee application (.1); Finalize and file affidavit of service re: Balch & Bingham fourth interim fee application (.1); Finalize and file affidavit of service re: Balch & Bingham sixteenth fee statement (.1); Finalize and file affidavit of service re: Sidley Austin seventeenth and eighteenth fee statement (.1) | Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 06/06/16 | E-mail correspondence (x5) with N. Hwangpo re: Kirkland & Ellis fee matters (.1); Review and revise Kirkland & Ellis April 2016 monthly fee statement and review exhibits to same (.3); Draft notice of monthly fee statement in connection with same (.1) | Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 06/07/16 | Finalize and file affidavit of service re: Filsinger twenty-first fee statement (.1); Finalize and file affidavit of service re: Gibson Dunn twenty-first fee statement (.1); Finalize and file affidavit of service re: Alvarez & Marsal fifth interim fee application (.1); Review e-mail from J. Madron re: Alvarez & Marsal twenty-fourth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | Paralegal | Barbara J. Witters | 0.90 hrs. | 240.00 | $216.00 |
| 06/07/16 | E-mail correspondence (x5) with J. Ehrenhofer re: Alvarez & Marsal North America fee matters (.2); Review and revise Alvarez & Marsal North America April 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1) | Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 06/09/16 | E-mail correspondence with A. Kever re: Enoch Kever PLLC fee matters (.1); E-mail correspondence with D. Liggins re: Thompson & Knight fee matters (.1); E-mail correspondence with B. Karpuk re: Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions fee matters (.1) | Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 82

Client # 740489
Matter # 180326

---

| 06/13/16 | Review e-mail from J. Madron re: Thompson & Knight twenty-third fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: Thompson & Knight twenty-fourth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: Epiq twenty-fourth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.80 hrs. | 240.00 | $432.00 |

| 06/13/16 | Prepare certification of no objection re: Enoch Kever's 13th fee statement for filing (.1); Efile same (.2); Email same to J. Madron (.1) | | | |
|---|---|---|---|---|
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 240.00 | $96.00 |

| 06/13/16 | Review Thompson & Knight March 2016 monthly fee statement (.2); Draft notice of monthly fee statement in connection with same (.1); Review Thompson & Knight April 2016 monthly fee statement (.2); Draft notice of monthly fee statement in connection with same (.1); Review and revise April 2016 monthly fee statement of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions (.3); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence (x3) with D. Liggins re: Thompson & Knight fee matters (.1); Review and revise certification of no objection concerning March 2016 monthly fee statement of Enoch Kever PLLC (.2); Review corresponding monthly fee statement and examine docket in connection with same (.1); E-mail correspondence (x3) with A. Kever re: Enoch Kever fee matters (.1); E-mail correspondence (x5) with B. Karpuk re: Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions fee issues (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.60 hrs. | 550.00 | $880.00 |

| 06/14/16 | Finalize and file certification of no objection re: Gibson Dunn twenty-fourth fee statement (.2); E-mail to J. Madron re: pdf of same (.1); Review e-mail from J. Madron re: Epiq sixth interim fee application (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Finalize and file re: notice of withdrawal of Epiq sixth interim fee application (.2); Assemble exhibits re: Epiq re: sixth interim fee application (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.50 hrs. | 240.00 | $360.00 |

Energy Future Competitive Holdings Co.                    July 28, 2016
Texas Competitive Electric Holdings Co.                   Invoice 517038
1601 Bryan Street                                         Page 83
Dallas TX  75201
                                                          Client #  740489

                                                          Matter # 180326

---

| 06/14/16 | E-mail correspondence (x8) with M. Bouslog re: Gibson, Dunn & Crutcher fee matters (.2); Draft certification of no objection concerning Gibson, Dunn & Crutcher April 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise sixth interim period fee application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions and review of exhibits to same (.7); Call with B. Witters re: issue in connection with same (.1); E-mail correspondence (x6) with L. Kaisey re: Kirkland & Ellis LLP fee matters (.2); Draft notice of withdrawal of sixth interim period fee application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.60 hrs. | 550.00 | $880.00 |
| 06/15/16 | Finalize and efile K&E interim fee application (.5); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.60 hrs. | 240.00 | $144.00 |
| 06/15/16 | Review e-mail from J. Madron re: Filsinger sixth interim fee application (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Finalize and file certification of no objection re: Filsinger twenty-fourth fee statement (.2); E-mail to J. Madron re: pdf of same (.1); Review e-mail from J. Madron re: Gibson Dunn sixth interim fee application (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 240.00 | $360.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 84

Client #  740489

Matter # 180326

---

| Date | Description | | | |
|---|---|---|---|---|
| 06/15/16 | E-mail correspondence (x7) with P. Morin re: Filsinger Energy Partners fee matters (.2); Review and revise Filsinger Energy Partners sixth interim period fee application and review of voluminous exhibits to same (.9); Review and revise certification of no objection concerning April 2016 monthly fee statement of Filsinger Energy Partners (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x4) with A. Benschoter re: Balch & Bingham LLP fee matters (.1); Review and revise Gibson, Dunn & Crutcher sixth interim period fee application and review exhibits in connection with same (.7); E-mail correspondence with M. Bouslog re: Gibson, Dunn & Crutcher fee issues (.1); E-mail correspondence with L. Kaisey re: Kirkland & Ellis LLP fee issues (.1); Review and revise sixth interim period fee application of Kirkland & Ellis LLP and review of voluminous exhibits to same (.8) | | | |
| Counsel | Jason M. Madron | 3.20 hrs. | 550.00 | $1,760.00 |
| | | | | |
| 06/15/16 | Assist estate professionals with filing interim fee applications | | | |
| Associate | Joseph C. Barsalona, II | 1.70 hrs. | 360.00 | $612.00 |
| | | | | |
| 06/16/16 | E-mail correspondence (x3) with C. Green re: Filsinger Energy Partners fee issues (.1); E-mail correspondence (x3) with M. Bouslog re: Gibson, Dunn & Crutcher LLP fee matters (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 06/17/16 | Finalize and efile certification of no objection re: Balch & Bingham's nineteenth fee statement | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| | | | | |
| 06/17/16 | E-mail correspondence with A. Benschoter re: Balch & Bingham fee matters (.1); Review and revise certification of no objection with respect to Balch & Bingham April 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 06/20/16 | E-mail correspondence (x3) with A. Benschoter re: Balch & Bingham fee matters (.1); E-mail correspondence (x5) with L. Bonito re: McDermott Will & Emery LLP fee issues (.2); Call with L. Bonito re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

July 28, 2016  
Invoice 517038  
Page 85  

Client #  740489  
Matter # 180326

---

| 06/21/16 | Review e-mail from J. Madron re: Gibson Dunn twenty-fifth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: KPMG twenty-fourth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |

| 06/21/16 | E-mail correspondence (x5) with M. Bouslog re: Gibson, Dunn & Crutcher fee matters (.2); Review and revise Gibson, Dunn & Crutcher May 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence (x11) with C. Campbell re: KPMG fee matters (.3); E-mail correspondence with B. Karpuk re: Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions fee issues (.1); Review KPMG April 2016 monthly fee statement (.2); Draft notice of monthly fee statement in connection with same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.30 hrs. | 550.00 | $715.00 |

| 06/22/16 | E-mail correspondence (x8) with L. Bonito re: McDermott Will & Emery fee issues (.2); E-mail correspondence with P. Morin re: Filsinger Energy Partners fee matters (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

| 06/23/16 | Review e-mail from J. Madron re: Filsinger twenty-Fifth fee statement (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |

| 06/23/16 | Review and consideration of Fee Committee's omnibus report concerning interim period fee applications scheduled for consideration on 6/27/16 (.5); Review and revise Filsinger Energy Partners May 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); Call with A. Yenamandra, J. Ehrenhofer, J. Katchadurian, K. Mailloux re: professional fee budgeting issues (.3); E-mail correspondence (x4) with A. Yenamandra re: same (.1); E-mail correspondence (x6) with R. Wagner re: Greenberg Traurig fee matters (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 86
Client #  740489
Matter # 180326

---

| 06/24/16 | Finalize and file certification of no objection re: Epiq twenty second fee statement (.2); Finalize and file certification of no objection re: Epiq twenty third fee statement (.2); Finalize and file certification of no objection re: Epiq twenty first fee statement (.2); Finalize and file certification of no objection re: Greenberg Trauig sixth third fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 240.00 | $216.00 |

| 06/24/16 | E-mail correspondence with P. Morin re: Filsinger Energy Partners fee issues (.1); Review and revise certification of no objection concerning Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions January 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise certification of no objection concerning Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions February 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise certification of no objection concerning Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions March 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Draft certification of no objection concerning Greenberg Traurig, LLP April 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x6) with R. Wagner re: Greenberg Traurig fee issues (.2); E-mail correspondence (x3) with B. Karpuk re: Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions fee matters (.1) | | | |
| Counsel | Jason M. Madron | 1.60 hrs. | 550.00 | $880.00 |

| 06/28/16 | Finalize and file certification of no objection re: Kirkland and Ellis twenty fourth fee statement (.2); E-mail to J. Madron re: pdf  of same (.1); Review e-mail from J. Madron re: Balch & Bingham fifth interim fee application (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Retrieve re: omnibus order interim fees (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038

Page 87

Client #  740489

Matter # 180326

---

| 06/28/16 | Review and revise fifth interim period fee application of Balch & Bingham LLP and review of voluminous exhibits to same (.9); E-mail correspondence with A. Benschoter re: Balch & Bingham LLP fee matters (.1); Review and revise certification of no objection with respect to Kirkland & Ellis LLP's April 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x3) with N. Hwangpo re: Kirkland & Ellis fee matters (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |
| 06/29/16 | Review e-mail from Thompson & Knight twenty fifth fee statement (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Prepare certification of no objection re: KPMG twenty-third fee statement (.2); E-mail to J. Barsalona re: same (.1); Finalize and file certification of no objection re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |
| 06/29/16 | E-mail correspondence with D. Liggins re: Thompson & Knight LLP fee matters (.1); Review and revise Thompson & Knight May 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence (x5) with C. Campbell re: KPMG fee matters (.2); E-mail correspondence (x4) with J. Barsalona re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 06/29/16 | Emails with J. Madron and C. Campbell re: certificate of no objection for KPMG's March 2016 fee application (.1); Discussion with B. Witters re: same (.1); Review and revise certificate of no objection for KPMG's March 2016 fee application (.1); Emails with C. Campbell re: same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |
| 06/30/16 | Review e-mail from J. Barsalona re: Balch twentieth fee statement (.1); Prepare notice of application re: same (.2); E-mail to J. Barsalona re: same (.1); Assemble exhibits re: same (.2); E-mail to J. Barsalona re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 88
Client #  740489
Matter # 180326

---

| | | | | |
|---|---|---|---|---|
| 06/30/16 | E-mail correspondence (x6) with J. Ehrenhofer re: Alvarez & Marsal North America fee matters (.2); E-mail correspondence with A. Benschoter re: Balch & Bingham LLP re: same (.1); E-mail correspondence (x3) with J. Barsalona re: same (.1); E-mail correspondence (x12) with J. Barsalona re: Alvarez & Marsal North America fee matters (.2) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| | | | | |
| 06/30/16 | Review and revise twentieth monthly fee application of Balch & Bingham LLP (.3); Finalize twentieth monthly fee application of Balch & Bingham LLP (.1); Review and revise sixth interim fee application of Alvarez & Marsal (1.2); Emails with J. Ehrhofer re: same (.2) | | | |
| Associate | Joseph C. Barsalona, II | 1.80 hrs. | 360.00 | $648.00 |

Total Fees for Professional Services            $16,360.00

**TOTAL DUE FOR THIS INVOICE**            **$16,360.00**
BALANCE BROUGHT FORWARD            $31,290.78

**TOTAL DUE FOR THIS MATTER**            **$47,650.78**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

July 28, 2016
Invoice 517038
Page 89
Client #  740489
Matter # 180326

For services through June 30, 2016
relating to Fee Applications of Others - EFH

| | | | | |
|---|---|---|---|---|
| 06/06/16 | Review Kurtzman Carson March 2016 invoice for services performed for EFH Official Committee | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/08/16 | Review Cravath, Swaine & Moore February 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/14/16 | Review Kurtzman Carson invoice for April 2016 for services rendered to EFH Committee | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/22/16 | Review Sullivan & Cromwell May 2016 monthly fee statement (.1); Review AlixPartners, LLP May 2016 monthly fee statement (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 06/27/16 | Review Bielli & Klauder, LLC May 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/28/16 | Review Proskauer Rose LLP May 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services          $385.00

TOTAL DUE FOR THIS INVOICE          **$385.00**

BALANCE BROUGHT FORWARD          $1,181.28

**TOTAL DUE FOR THIS MATTER**          **$1,566.28**

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX 75201

July 28, 2016  
Invoice 517038  
Page 90  
Client # 740489  
Matter # 180326

For services through June 30, 2016  
relating to Fee Applications of Others - EFIH

| Date | Description | | | Amount |
|------|-------------|---|---|-------|
| 06/13/16 | Review Cravath, Swaine & Moore March 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/16/16 | Review Cravath, Swaine & Moore April 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/17/16 | Retrieve certification of no objection re: Jenner & Block eleventh fee statement (.1); Retrieve certification of no objection re: Goldin seventeenth fee statement (.1); Retrieve Goldin fifth interim fee application (.1) | | | |
| Paralegal | Ann Jerominski | 0.30 hrs. | 240.00 | $72.00 |
| 06/21/16 | Review Jenner & Block LLP May 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/23/16 | Review Stevens & Lee May 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/27/16 | Review Goldin Associates, LLC May 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services $347.00

TOTAL DUE FOR THIS INVOICE **$347.00**  
BALANCE BROUGHT FORWARD $655.54

**TOTAL DUE FOR THIS MATTER** **$1,002.54**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 91

Client #  740489

Matter # 180326

For services through June 30, 2016
relating to Fee Applications of Others - TCEH

| | | | | |
|---|---|---|---|---|
| 06/02/16 | Review Munger, Tolles & Olson April 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/06/16 | Review Kurtzman Carson March 2016 invoice for services performed for TCEH Official Committee | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/13/16 | Review Morrison & Foerster April 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 06/14/16 | Review FTI Consulting, Inc. sixth interim period fee application (.1); Review Greenhill & Co., LLC April 2016 monthly fee statement (.1); Review Kurtzman Carson invoice for April 2016 for services rendered to TCEH Committee (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 06/27/16 | Review Polsinelli PC May 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services        $385.00

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$385.00** |
| BALANCE BROUGHT FORWARD | $936.29 |
| **TOTAL DUE FOR THIS MATTER** | **$1,321.29** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 92
Client #  740489

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Andrew M. Dean | 5.40 | 295.00 | 1,593.00 |
| Ann Jerominski | 17.90 | 240.00 | 4,296.00 |
| Barbara J. Witters | 74.70 | 240.00 | 17,928.00 |
| Caroline E. Dougherty | 2.20 | 240.00 | 528.00 |
| Cynthia McMenamin | 0.20 | 240.00 | 48.00 |
| Daniel  J. DeFranceschi | 27.70 | 775.00 | 21,467.50 |
| Jason M. Madron | 150.90 | 550.00 | 82,995.00 |
| Joseph C. Barsalona, II | 45.30 | 360.00 | 16,308.00 |
| Lesley Morris | 0.10 | 130.00 | 13.00 |
| Rebecca V. Speaker | 0.90 | 240.00 | 216.00 |
| Tesia S. Smith | 5.00 | 130.00 | 650.00 |
| TOTAL | 330.30 | $442.15 | 146,042.50 |

**TOTAL DUE FOR THIS INVOICE**                                             **$152,043.96**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

740489

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

July 28, 2016
Invoice 517038
Page 93
Client # 740489

Client:  Energy Future Holdings Corp., et al.

Matter:  EFH - Restructuring Advice
Case Administration - ALL
Creditor Inquiries - ALL
Meetings - ALL
Executory Contracts/Unexpired Leases - ALL
Plan of Reorganization/Disclosure Statement - ALL
Plan of Reorganization/Disclosure Statement - EFH
Plan of Reorganization/Disclosure Statement - TCEH
Use, Sale of Assets - ALL
Use, Sale of Assets - TCEH
Cash Collateral/DIP Financing - EFIH
Cash Collateral/DIP Financing - TCEH
Claims Administration - ALL
Claims Administration - TCEH
Court Hearings - ALL
Court Hearings - EFH
Court Hearings - TCEH
General Corporate/Real Estate - ALL
General Corporate/Real Estate - TCEH
Schedules/SOFA/U.S. Trustee Reports - ALL
Employee Issues - ALL
Tax Issues - ALL
Litigation/Adversary Proceedings - ALL
Litigation/Adversary Proceedings - EFH
Litigation/Adversary Proceedings - EFIH
Litigation/Adversary Proceedings - TCEH
Retention of Others - ALL
RLF Fee Applications - ALL
Fee Applications of Others - ALL
Fee Applications of Others - EFH
Fee Applications of Others - EFIH
Fee Applications of Others - TCEH

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 3
Client #  740489
Matter # 180326

---

For services through July 31, 2016
relating to  Case Administration - ALL

| 07/01/16 | Review docket for docket distribution | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 07/01/16 | E-mail correspondence with J. Livingstone re: service matters (.1); E-mail correspondence (x5) with S. Garabato re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 07/01/16 | Maintain and organize original pleadings | | | |
| Case Assistant | Tesia S. Smith | 1.00 hrs. | 130.00 | $130.00 |
| 07/02/16 | E-mail correspondence (x4) with C. Fallon re: affidavits of service | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/03/16 | E-mail correspondence with C. Murray re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/05/16 | E-mail correspondence with C. Fallon re: affidavits of service | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/05/16 | Maintain and organize original pleadings | | | |
| Case Assistant | Tesia S. Smith | 2.00 hrs. | 130.00 | $260.00 |
| 07/06/16 | E-mail correspondence with G. Hunt re: noticing issue (.1); E-mail correspondence (x3) with D. Streany re: same (.1); E-mail correspondence with C. Fallon re: various affidavits of service (.1); E-mail correspondence with S. Garabato re: service matters (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 07/06/16 | Maintain and organize original pleadings | | | |
| Case Assistant | Tesia S. Smith | 4.00 hrs. | 130.00 | $520.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096

Page 4

Client # 740489

Matter # 180326

| | | | | |
|---|---|---|---|---|
| 07/07/16 Director | Meeting with J. Madron re: work in process Daniel J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 07/07/16 Counsel | E-mail correspondence with L. Rodriguez re: service matters Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/07/16 Paralegal | Docket distributions Rebecca V. Speaker | 0.20 hrs. | 240.00 | $48.00 |
| 07/07/16 Case Assistant | Maintain and organize original pleadings Tesia S. Smith | 4.20 hrs. | 130.00 | $546.00 |
| 07/08/16 Counsel | E-mail correspondence with J. Livingstone re: service matters Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/08/16 Paralegal | Organize original pleadings M. Lynzy McGee | 1.90 hrs. | 240.00 | $456.00 |
| 07/08/16 Case Assistant | Maintain and organize original pleadings Tesia S. Smith | 3.60 hrs. | 130.00 | $468.00 |
| 07/09/16 Counsel | E-mail correspondence with S. Garabato re: service issues Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/11/16 Paralegal | Review and circulate docket Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 07/11/16 Counsel | E-mail correspondence (x4) with S. Garabato re: service matters (.1); E-mail correspondence (x4) with C. Murray re: same (.1); E-mail correspondence with C. Fallon re: affidavit of service (.1) Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/11/16 Paralegal | Organize original pleadings M. Lynzy McGee | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 5
Client # 740489
Matter # 180326

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 07/11/16 | Maintain and organize original pleadings | | | | |
| Case Assistant | Tesia S. Smith | | 3.00 hrs. | 130.00 | $390.00 |
| 07/12/16 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 240.00 | $72.00 |
| 07/12/16 | E-mail correspondence (x13) with S. Garabato re: various service issues (.3); E-mail correspondence with C. Murray re: service matters (.1); E-mail correspondence (x8) with C. Fallon re: affidavit of service issue (.2) | | | | |
| Counsel | Jason M. Madron | | 0.60 hrs. | 550.00 | $330.00 |
| 07/12/16 | Maintain and organize original pleadings | | | | |
| Case Assistant | Tesia S. Smith | | 4.00 hrs. | 130.00 | $520.00 |
| 07/13/16 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 240.00 | $72.00 |
| 07/13/16 | E-mail correspondence (x8) with C. Fallon re: affidavits of service and other service matters (.2); E-mail correspondence (x6) with S. Garabato re: service issues (.2); E-mail correspondence with L. Rodriguez re: same (.1) | | | | |
| Counsel | Jason M. Madron | | 0.50 hrs. | 550.00 | $275.00 |
| 07/14/16 | E-mail correspondence with L. Rodriguez re: service matters (.1); E-mail correspondence (x8) with C. Fallon re: same and affidavits of service (.2) | | | | |
| Counsel | Jason M. Madron | | 0.30 hrs. | 550.00 | $165.00 |
| 07/14/16 | Maintain and organize original pleadings | | | | |
| Case Assistant | Tesia S. Smith | | 0.40 hrs. | 130.00 | $52.00 |
| 07/15/16 | Review docket updates | | | | |
| Director | Daniel J. DeFranceschi | | 0.20 hrs. | 775.00 | $155.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 6

Client #  740489

Matter # 180326

---

| 07/15/16 | E-mail correspondence (x3) with B. Witters re: affidavits of service (.1); E-mail correspondence with J. Livingstone re: service matters (.1); E-mail correspondence (x3) with B. Witters re: critical dates calendar (.1); E-mail correspondence (x6) with S. Garabato re: service matters (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| | | | | |
| 07/16/16 | E-mail correspondence with J. Livingstone re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/18/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| | | | | |
| 07/18/16 | E-mail correspondence (x10) with S. Garabato re: service matters (.2); E-mail correspondence (x3) with C. Murray re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| | | | | |
| 07/19/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| | | | | |
| 07/19/16 | Review email from B. Witters re: docket updates | | | |
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| | | | | |
| 07/19/16 | E-mail correspondence with C. Murray re: service matters (.1); E-mail correspondence (x6) with S. Garabato re: same (.2); E-mail correspondence with C. Fallon re: affidvits of service (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 07/20/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| | | | | |
| 07/20/16 | E-mail correspondence (x4) with S. Garabato re: service matters (.1); E-mail correspondence with C. Fallon re: affidavit of service (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 07/20/16 | Review Amended Notice of Appointment of Creditors' Committee | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Energy Future Competitive Holdings Co.                     August 29, 2016
Texas Competitive Electric Holdings Co.                    Invoice 519096
1601 Bryan Street                                          Page 7
Dallas TX  75201
                                                           Client #  740489

                                                           Matter # 180326

---

| Date | Description | Person | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/21/16 Paralegal | Review and update critical dates (1.5); Review and circulate docket (.4) | Barbara J. Witters | 1.90 hrs. | 240.00 | $456.00 |
| 07/21/16 Counsel | E-mail correspondence with J. Livingstone re: service matters | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/22/16 Paralegal | Review and update critical dates (1.0); Review and circulate docket (.4) | Barbara J. Witters | 1.40 hrs. | 240.00 | $336.00 |
| 07/22/16 Counsel | E-mail correspondence with J. Livingstone re: service matters (.1); E-mail correspondence (x6) with C. Murray re: same (.2) | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/23/16 Counsel | E-mail correspondence with L. Rodriguez re: service matters | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/25/16 Paralegal | Review and update critical dates (2.0); E-mail to J. Madron and J. Barsalona re: same (.1) | Barbara J. Witters | 2.10 hrs. | 240.00 | $504.00 |
| 07/25/16 Paralegal | Review and circulate docket | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 07/25/16 Director | Review docket updates report | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| 07/25/16 Counsel | E-mail correspondence (x5) with J. Barsalona and B. Witters re: updated critical dates calendar (.1); Preliminary review of draft updated critical dates calendar (.3); Discussion with J. Barsalona re: same (.1); Review of revised updated critical dates calendar (.2) | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| 07/25/16 Associate | Review and revise critical dates calendar | Joseph C. Barsalona, II | 1.50 hrs. | 360.00 | $540.00 |
| 07/26/16 Paralegal | Review and circulate critical dates to RL&F distribution | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 8

Client #  740489

Matter # 180326

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/26/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 07/26/16 | E-mail correspondence (x16) with S. Garabato re: service issues (.3); Review updated critical dates calendar (.3); E-mail correspondence with B. Witters re: same (.1); E-mail correspondence with D. Streany re: service matters (.1) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 07/26/16 | Discussion with B. Witters re: critical dates calendar | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 07/27/16 | E-mail to L. McGee re: multiple affidavits of service for filing x3 | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 07/27/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 07/27/16 | E-mail correspondence with S. Garabato re: service matters (.1); E-mail correspondence with C. Fallon re: affidavit of service (.1); E-mail correspondence with M. Thompson re: affidavits of service (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/27/16 | Finalize and file affidavits of service (x25) (1.5); correspondence with B. Witters regarding same (.1) | | | |
| Paralegal | M. Lynzy McGee | 1.60 hrs. | 240.00 | $384.00 |
| 07/27/16 | Finalize and file affidavits of service re: various pleadings (x23) (1.0) | | | |
| Paralegal | M. Lynzy McGee | 1.00 hrs. | 240.00 | $240.00 |
| 07/27/16 | Finalize and file affidavits of service regarding various pleadings (x32) (1.2); correspondence with B. Witters regarding same (.1) | | | |
| Paralegal | M. Lynzy McGee | 1.30 hrs. | 240.00 | $312.00 |
| 07/28/16 | Maintain and organize original affidavits of service | | | |
| Paralegal | Barbara J. Witters | 2.30 hrs. | 240.00 | $552.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 9
Client #  740489
Matter # 180326

| Date | Description | | Name | Hours | Rate | Amount |
|------|-------------|--|------|-------|------|--------|
| 07/28/16 | Review and circulate docket | | | | | |
| Paralegal | | | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 07/28/16 | Call to C. Husnick re: case status | | | | | |
| Director | | | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| 07/28/16 | E-mail correspondence with L. Rodriguez re: service matters (.1); Call with B. Witters re: affidavits of service (.1); E-mail correspondence with S. Garabato re: service matters (.1) | | | | | |
| Counsel | | | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/28/16 | Finalize and file affidavits of service (x34) (1.3) | | | | | |
| Paralegal | | | M. Lynzy McGee | 1.30 hrs. | 240.00 | $312.00 |
| 07/28/16 | Discuss affidavits of service with B. Witters (.1); Organize and maintain original affidavits of service to confirm filing on court docket (2.2) | | | | | |
| Paralegal | | | M. Lynzy McGee | 2.30 hrs. | 240.00 | $552.00 |
| 07/29/16 | Review and circulate docket | | | | | |
| Paralegal | | | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 07/29/16 | E-mail correspondence with J. Livingstone re: service matters (.1); E-mail correspondence (x6) with S. Garabato re: same (.2) | | | | | |
| Counsel | | | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/29/16 | Organize and maintain original affidavits of service, match pleadings with confirmations to confirm filing of same on court docket, and discuss same with B. Witters | | | | | |
| Paralegal | | | M. Lynzy McGee | 6.50 hrs. | 240.00 | $1,560.00 |
| 07/29/16 | Finalize and file various affidavits of service (.6); confer with B. Witters regarding same (.1) | | | | | |
| Paralegal | | | M. Lynzy McGee | 0.70 hrs. | 240.00 | $168.00 |
| 07/29/16 | Maintain and organize original pleadings | | | | | |
| Case Assistant | | | Tesia S. Smith | 3.50 hrs. | 130.00 | $455.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 10
Client #  740489
Matter # 180326

| 07/30/16 | E-mail correspondence with S. Garabato re: service matters | | | |
|----------|-----------|-----------|--------|--------|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services $15,525.50

TOTAL DUE FOR THIS INVOICE **$15,525.50**
BALANCE BROUGHT FORWARD $16,218.59

**TOTAL DUE FOR THIS MATTER** **$31,744.09**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 11
Client #  740489
Matter # 180326

---

For services through July 31, 2016
relating to  Case Administration - EFH


| 07/20/16 | Review third amended notice of appointment of E-Side creditors' committee | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |


Total Fees for Professional Services $55.00

TOTAL DUE FOR THIS INVOICE **$55.00**
BALANCE BROUGHT FORWARD $31.50

**TOTAL DUE FOR THIS MATTER** **$86.50**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 12

Client # 740489

Matter # 180326

For services through July 31, 2016
relating to Creditor Inquiries - ALL

| | | | | |
|---|---|---|---|---|
| 07/05/16 | E-mail correspondence with M. Collins re: creditor inquiry and listen to same | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/06/16 | Call with J. Barsalona re: creditor inquiry (.1); E-mail correspondence (x7) with J. Barsalona re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/06/16 | Respond to creditor inquiry | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 07/07/16 | Respond to creditor inquiry | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 07/12/16 | Review Robinson creditor correspondence (.1); E-mail correspondence (x11) with A. Yenamandra and R. Chaikin re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/15/16 | E-mail correspondence (x9) with J. Barsalona re: creditor inquiry | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 07/15/16 | Calls with pro se creditor (.3); Emails with J. Madron re: same (.1); Discussion with B. Witters re: handling of certain pro se creditor's materials (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| 07/20/16 | E-mail correspondence (x3) with J. Barsalona re: creditor inquiry | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/20/16 | Respond to creditor inquiry | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 13

Client #  740489

Matter # 180326

| | | | | |
|---|---|---|---|---|
| 07/22/16<br>Counsel | E-mail correspondence (x6) with J. Barsalona re: creditor inquiry<br>Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/22/16<br>Associate | Respond to creditor inquiry<br>Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 07/25/16<br>Associate | Respond to creditor inquiry<br>Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 07/29/16<br>Associate | Respond to creditor inquiry<br>Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

Total Fees for Professional Services                    $1,361.00

TOTAL DUE FOR THIS INVOICE                    **$1,361.00**
BALANCE BROUGHT FORWARD                    $420.00

**TOTAL DUE FOR THIS MATTER**                    **$1,781.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 14

Client # 740489
Matter # 180326

For services through July 31, 2016
relating to Creditor Inquiries - TCEH

| 07/20/16 | Respond to creditor inquiry | | | |
|----------|------------------------------|------------|--------|----------|
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $108.00 |

| **TOTAL DUE FOR THIS INVOICE** | **$108.00** |
|---|---|
| **TOTAL DUE FOR THIS MATTER** | **$108.00** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 15

Client # 740489
Matter # 180326

---

For services through July 31, 2016
relating to Meetings - ALL

| | | | | |
|---|---|---|---|---|
| 07/26/16 | Prepare for and attend WIP call with client and K&E lawyers | | | |
| Director | Daniel J. DeFranceschi | 0.70 hrs. | 775.00 | $542.50 |
| | | | | |
| 07/26/16 | Attend weekly conference call with S. Doré, C. Gooch, A. Horton, A. Wright, K. Moldovan, A. Wright, A. Meek, A. Yenamandra, K. Frazier, C. Howard, M. Frank, J. Walker, J. Ehrenhofer, J. Matican, A. Sexton, R. Chaikin, D. DeFranceschi re: work in process and case management issues | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |

Total Fees for Professional Services                 $817.50

TOTAL DUE FOR THIS INVOICE                         **$817.50**
BALANCE BROUGHT FORWARD                          $3,409.91

**TOTAL DUE FOR THIS MATTER**                     **$4,227.41**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 16

Client #  740489

Matter # 180326

For services through July 31, 2016

relating to  Executory Contracts/Unexpired Leases - ALL

| | | | | |
|---|---|---|---|---|
| 07/09/16 | E-mail correspondence (x7) with H. O'Neil re: executory contract issues | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 07/12/16 | E-mail correspondence (x3) with A. Yenamandra re: executory contract issues | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/13/16 | E-mail correspondence (x8) with R. Chaikin re: various executory contract issue (.2); E-mail correspondence (x3) with H. O'Neil re: same (.1); E-mail correspondence (x6) with J. Edwards re: executory contract inquiry (.2) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 07/14/16 | E-mail correspondence (x3) with R. Chaikin re: executory contract issues | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/20/16 | Finalize and file affidavit of service re: notice of assumption of executory contracts and unexpired leases | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 07/28/16 | Finalize and file affidavit of service re: certification of counsel order stipulation extend 365(d)(4) (.1); Finalize and file affidavit of service re: order approving stipulation extending period 365(d)(4) (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

Total Fees for Professional Services        $567.00

TOTAL DUE FOR THIS INVOICE        **$567.00**
BALANCE BROUGHT FORWARD        $388.35

**TOTAL DUE FOR THIS MATTER**        **$955.35**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 17

Client #  740489
Matter # 180326

For services through July 31, 2016

relating to  Executory Contracts/Unexpired Leases - TCEH

| | | | | |
|---|---|---|---|---|
| 07/14/16 | Review informal response regarding cure amount to executory contract by counsel to TestAmerica Air Emission Corp. d/b/a Metco Environmental | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Total Fees for Professional Services                 $36.00

TOTAL DUE FOR THIS INVOICE                           **$36.00**
BALANCE BROUGHT FORWARD                              $477.12

**TOTAL DUE FOR THIS MATTER**                        **$513.12**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 18

Client # 740489
Matter # 180326

For services through July 31, 2016

relating to Plan of Reorganization/Disclosure Statement - ALL

| 07/06/16 | Review additional letter correspondence from M. Esser concerning ongoing production of documents in connection with plan process | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 07/07/16 | Review Law Debenture Trust Company's amended notice of intent to participate in plan confirmation process (.1); Review 7/5/16 letter correspondence from M. Esser concerning additional document production in connection with plan process (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 07/11/16 | Review confidentiality designations in connection with Doré and Williams depositions with respect to plan confirmation process | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 07/12/16 | Calls (x2) with R. Werkheiser in Judge Sontchi's Chambers re: order shortening notice in connection with Contrarian Capital Management's motion seeking to compel mediation in connection with plan confirmation issues (.2); Call with B. Witters re: same (.1); Review entered order shortening notice in connection with Contrarian Capital Management's motion seeking to compel mediation in connection with plan confirmation issues (.1); E-mail correspondence with G. McDaniel re: Contrarian Capital Management's motion seeking to compel mediation in connection with plan confirmation issues (.1); E-mail correspondence with K. Harvey re: same and motion to shorten notice in connection with same (.1); Review document production letter in connection with plan confirmation process (.1); Review and consideration of Contrarian Capital Management's motion seeking to compel mediation in connection with plan confirmation issues (.6); Review and consideration of motion to shorten notice periods in connection with same (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.50 hrs. | 550.00 | $825.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 19

Client #  740489

Matter # 180326

| 07/12/16 | Review order shortening notice period on motion to compel mediation in connection with plan process | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 07/12/16 | Review Contrarian Capital Management, LLC's Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues (.2); Review motion to shorten notice regarding same (.1); Review correspondence from pro se creditor regarding plan (.1); Discussion with J. Madron and B. Witters re: confirmation schedule (.3) | | | |
| Associate | Joseph C. Barsalona, II | 0.70 hrs. | 360.00 | $252.00 |
| 07/14/16 | Review response to disclosure statement | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 07/15/16 | E-mail correspondence (x4) with P. Morgan re: Contrarian Capital Management's motion to compel mediation in connection with plan process | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/17/16 | E-mail correspondence with A. Terteryan re: draft objection to Contrarian Capital Management's motion to compel mediation in connection with plan process | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/18/16 | Finalize and file re: opposition to Contrarian motion to compel mediation in connection with plan confirmation (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.          August 29, 2016
Texas Competitive Electric Holdings Co.          Invoice 519096
1601 Bryan Street                                Page 20
Dallas TX  75201
                                                 Client #  740489
                                                 Matter #  180326

---

| 07/18/16 | E-mail correspondence (x6) with G. McDaniel re: Contrarian Capital Management's motion to compel mediation in connection with plan process (.2); E-mail correspondence (x3) with S. Garabato re: issue in connection with order shortening notice in connection with same (.1); Review and provide comments to draft objection to Contrarian Capital Management motion to compel mediation in connection with plan process (.8); E-mail correspondence (x8) with A. Terteryan re: same (.2); E-mail correspondence with B. Stephany re: same (.1); Review and revise final objection to Contrarian Capital Management motion to compel mediation in connection with plan process (.5) | | | |
| Counsel | Jason M. Madron | 1.90 hrs. | 550.00 | $1,045.00 |
| | | | | |
| 07/19/16 | Review email from J. Madron regarding schedule of hearing re: Contrarian mediation request | | | |
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| | | | | |
| 07/19/16 | Review American Stock Transfer & Trust Company's joinder to Contrarian Capital Management's motion seeking to compel mediation in connection with new plan process (.1); Review Fidelity Management & Research Company's joinder to Contrarian Capital Management's motion seeking to compel mediation in connection with new plan process (.1); Review and consideration of joinder of Fenicle and Fahy to Contrarian Capital Management's motion seeking to compel mediation in connection with new plan process (.3); Review and consideration of Ad Hoc Committee of TCEH First Lien Creditors' objection to Contrarian Capital Management's motion seeking to compel mediation in connection with new plan process (.4) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| | | | | |
| 07/19/16 | Review Debtors' Opposition to Motion of Contrarian Capital Management, LLC to Compel Mediation of Dispute Concerning Certain Plan Confirmation Issues (.2); Review Joinder of EFH Notes Indenture Trustee to Contrarian's mediation motion (.2); Review Objection of the Ad Hoc Committee of TCEH First Lien Creditors to Contrarian's mediation motion (.2); Review Joinder of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management to Contrarian's mediation motion (.1); Review Joinder of Fenicle & Fahy to Contrarian's mediation motion (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.90 hrs. | 360.00 | $324.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 21

Client #  740489
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 07/20/16 | Review entered order denying Contrarian Capital Management's motion seeking to compel mediation in connection with new plan process | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/21/16 | Review order denying motion of Contrarian to compel plan related mediation (.1); Review notice of intent of APPLABS to participate in confirmation proceedings (.1) | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |

Total Fees for Professional Services    $3,702.50

TOTAL DUE FOR THIS INVOICE          **$3,702.50**
BALANCE BROUGHT FORWARD            $18,528.16

**TOTAL DUE FOR THIS MATTER**          **$22,230.66**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 22

Client # 740489
Matter # 180326

For services through July 31, 2016

relating to Plan of Reorganization/Disclosure Statement - EFH

| | | | | |
|---|---|---|---|---|
| 07/06/16 | Call with A. Yenamandra re: timing and strategy considerations in connection with E-Side plan and disclosure statement process (.5); E-mail correspondence (x6) with A. Yenamandra re: same (.2); E-mail correspondence (x3) with D. DeFranceschi re: same (.1); E-mail correspondence with A. Wright re: E-Side disclosure statement hearing notice (.1); E-mail correspondence (x4) with M. Williams re: same (.1); Review draft supplement to plan process scheduling order to suspend dates as to E-Side disclosure statement and plan process (.3); Review and consideration of outline concerning adjournment of E-Side disclosure statement and plan process (.4); Review draft notice of adjournment of E-Side disclosure statement and plan process (.3) | | | |
| Counsel | Jason M. Madron | 2.00 hrs. | 550.00 | $1,100.00 |
| | | | | |
| 07/06/16 | Discussion with J. Madron re: E-Side plan timeline (.2); Assist R. Orren of Kirkland & Ellis LLP with retrieval of plan (.1); Review talking points related to E-Side confirmation schedule (.2); Review Notice Regarding Supplement to the Scheduling Order (.1); Review Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization and the Approval of Debtors' Disclosure Statement (.1); Review email from A. Yenamandra re: confirmation schedule (.1); Discussion with J. Madron re: same (.2) | | | |
| Associate | Joseph C. Barsalona, II | 1.00 hrs. | 360.00 | $360.00 |
| | | | | |
| 07/07/16 | Meeting with J. Madron re: E-Side Plan issue | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |

Energy Future Competitive Holdings Co.   August 29, 2016
Texas Competitive Electric Holdings Co.   Invoice 519096
1601 Bryan Street        Page 23
Dallas TX  75201

                Client #  740489

                Matter # 180326

---

07/07/16 Calls (x2) with R. Werkheiser in Judge Sontchi's Chambers re: E-Side plan and disclosure statement process scheduling considerations (.5); E-mail correspondence (x17) with A. Yenamandra re: same (.4); E-mail correspondence (x3) with D. DeFranceschi re: same (.1); E-mail correspondence (x5) with J. Barsalona re: same (.1); Draft certification of counsel regarding first supplement to scheduling order in connection with E-Side plan and disclosure statement process (.9); Meeting with D. DeFranceschi re: E-Side plan and disclosure statement process issues (.6)

Counsel Jason M. Madron  2.60 hrs.  550.00   $1,430.00

07/07/16 Discussion with J. Madron re: E-Side confirmation filings (.1); Discussion with J. Madron re: E-Side Confirmation schedule (.2); Review New Joint Plan with respective E-Side Confirmation issues (.3)

Associate Joseph C. Barsalona, II  0.60 hrs.  360.00   $216.00

07/08/16 Finalize and efile certification of counsel re: supplement to E-Side scheduling order (.1); Email same to J. Barsalona (.1); Coordinate submission of same to chambers (.1); Coordinate service of same (.1); Finalize and efile notice regarding supplement to scheduling order (.1); Coordinate service of same (.1); Circulate Certification of Counsel and notice (.1)

Paralegal Ann Jerominski  0.70 hrs.  240.00   $168.00

07/08/16 E-mail correspondence (x7) with A. Yenamandra re: supplement to scheduling order suspending E-Side plan process dates and deadlines and related notice (.2); E-mail correspondence (x12) with J. Barsalona re: same (.3); E-mail correspondence (x5) with R. Werkheiser in Judge Sontchi's Chambers re: same (.1)

Counsel Jason M. Madron  0.60 hrs.  550.00   $330.00

07/08/16 Review and revise certification of counsel regarding scheduling order supplement (.2); Review and revise notice of E-Side confirmation change (.2); Assist co-counsel with filing certification of counsel regarding supplement to scheduling motion (1.0)

Associate Joseph C. Barsalona, II  1.40 hrs.  360.00   $504.00

07/11/16 Retrieve supplemental scheduling order concerning suspension of E-Side confirmation dates (.1); E-mail to Epiq re: service of same (.1)

Paralegal Barbara J. Witters  0.20 hrs.  240.00   $48.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 24

Client #  740489

Matter # 180326

---

| 07/11/16 | Review as entered supplement to plan process scheduling order suspending schedule for E-Side plan (.1); Review Delaware Trust Company's notice of deposition of S. Doré in connection with E-Side plan process (.1); Review Delaware Trust Company's notice of deposition of P. Keglevic in connection with E-Side plan process (.1); Review and consideration of Delaware Trust Company's notice of 30(b)(6) deposition of Debtors in connection with E-Side plan process (.4) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

| 07/11/16 | Discussion with J. Madron re: E-Side confirmation schedule | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

| 07/12/16 | Finalize and file affidavit of service re: notice of E-Side disclosure statement hearing | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

| 07/12/16 | Meeting with B. Witters re: pro se objections to E-Side disclosure statement (.2); E-mail correspondence with R. Chaikin re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

| 07/13/16 | E-mail correspondence with R. Chaikin re: pro se objections to E-Side disclosure statement | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 07/14/16 | Meeting with B. Witters re: additional pro se objections to E-Side disclosure statement | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 07/15/16 | Telephone call from J. Barsalona re: W. Copeland reply to disclosure statement of E-side (.1); E-mail to J. Barsalona re: Bankruptcy Court address and W. Copeland reply (.1); Coordinate delivery of original reply to W. Copeland (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

| 07/18/16 | Review email from A. Yenamandra and email with J. Madron re: NextEra Energy PSA issue | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 25

Client #  740489

Matter # 180326

| | | | | |
|---|---|---|---|---|
| 07/18/16 | E-mail correspondence (x4) with R. Chaikin re: E-Side plan process (.1); E-mail correspondence (x4) with H. O'Neil re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 07/28/16 | Circulate objection re: EFH disclosure statement from M. Hines to distribution | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 07/28/16 | E-mail correspondence (x7) with C. Husnick and D. DeFranceschi re: new plan for E-Side (.2); Meeting with D. DeFranceschi re: same and considerations in connection with same (.5) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| 07/29/16 | Review email from J. Madron re: E-side chapter 11 plan filing (.1); Review Third Amended Plan and related agreements involving NEE plan (3.2); Review SEC filings re: plan support (.2) | | | |
| Director | Daniel  J. DeFranceschi | 3.50 hrs. | 775.00 | $2,712.50 |
| 07/29/16 | Calls (x2) with R. Werkheiser in Judge Sontchi's Chambers re: updates on E-Side plan process and related scheduling considerations (.7); E-mail correspondence (x9) with M. Thompson re: same (.2); Meeting with B. Witters re: same and upcoming filings related to same (.3); E-mail correspondence (x7) with B. Witters re: same (.2); E-mail correspondence (x5) with A. Yenamandra re: same (.2); Discussion with J. Barsalona re: same (.2); Call with M. McKane and A. Yenamandra re: updates on E-Side plan process (.2); E-mail correspondence (x3) with C. Husnick re: new E-Side plan (.1); E-mail correspondence with D. Gadson in Judge Sontchi's Chambers re: scheduling considerations in connection with E-Side plan process (.1) | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |
| 07/29/16 | Review objection by M. Hines to E-Side disclosure statement (.1); Discussion with B. Witters re: E-Side plan strategy (.1); Discussion with J. Madron re: same (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |

Total Fees for Professional Services          $9,803.50

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 26

Client #  740489

Matter # 180326

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$9,803.50** |
| BALANCE BROUGHT FORWARD | $1,639.50 |
| **TOTAL DUE FOR THIS MATTER** | **$11,443.00** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 27

Client #  740489
Matter # 180326

---

For services through July 31, 2016

relating to  Plan of Reorganization/Disclosure Statement - TCEH

| | | | | |
|---|---|---|---|---|
| 07/07/16 | Review confidentiality designations from Keglevic deposition in connection with T-Side plan confirmation process | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/07/16 | Review certification of counsel concerning supplement to T-Side order scheduling certain hearing dates and deadlines (.1); Discussion with J. Madron re: same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 07/13/16 | Review and consideration of Bank of New York Mellon's witness and trial exhibit list in connection with T-Side plan confirmation proceedings (.3); Review and consideration of Bank of New York Mellon's notice of 30(b)(6) deposition of Debtors in connection with T-Side plan confirmation process (.3); Review Bank of New York Mellon's notice of deposition of Hugh Sawyer in connection with T-Side plan confirmation process (.1); Review and consideration of Bank of New York Mellon's notice of 30(b)(6) deposition of TCEH Unsecured Ad Hoc Group in connection with T-Side plan confirmation process (.2) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 07/14/16 | Attend 7/14/16 meet and confer conference call with Debtors, Disinterested Director Advisors, E-Side creditor constituencies, T-Side creditor constituencies concerning T-Side plan confirmation process considerations and related logistics | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 07/15/16 | Review email from M. Nighan re: expert report of Jack Williams filed by EFH Indenture Trustee in connection with T-Side confirmation | | | |
| Director | Daniel  J. DeFranceschi | 0.30 hrs. | 775.00 | $232.50 |
| 07/19/16 | Review correspondence to Judge Sontchi regarding T-Side confirmation hearing pretrial matters | | | |
| Director | Daniel  J. DeFranceschi | 0.30 hrs. | 775.00 | $232.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 28

Client #  740489
Matter # 180326

---

| | | | | |
|---|---|---|---|---|
| 07/19/16 | Review and provide comments on draft letter to Judge Sontchi concerning T-Side plan process logistics (.4); E-mail correspondence (x6) with J. Sowa re: same (.2); Review Fenicle and Fahy preliminary witness list and trial exhibit list in connection with T-Side plan confirmation process (.2); Review UMB Bank, N.A.'s preliminary witness list and trial exhibit list in connection with T-Side plan confirmation process (.2); Review Debtors' preliminary witness list in connection with T-Side plan confirmation process (.3); Review Debtors' preliminary list of trial exhibits in connection with same (.4); Review and consideration of American Stock Transfer & Trust Company's first set of requests for production of documents and interrogatories directed to Debtors in connection with T-Side plan process (.9); Review and consideration of American Stock Transfer & Trust Company's first set of requests for production of documents and interrogatories directed to Ad Hoc Committee of TCEH First Lien Creditors in connection with T-Side plan process (.5); Review and consideration of American Stock Transfer & Trust Company's first set of requests for production of documents and interrogatories directed to Delaware Trust Company in connection with T-Side plan process (.4); Review and consideration of American Stock Transfer & Trust Company's first set of requests for production of documents and interrogatories directed to Wilmington Trust Company in connection with T-Side plan process (.4); Review and consideration of American Stock Transfer & Trust Company's first set of requests for production of documents and interrogatories directed to EFIH Unsecured Notes Trustee in connection with T-Side plan process (.3); Review and consideration of American Stock Transfer & Trust Company's first set of requests for production of documents and interrogatories directed to Computershare Trust Company in connection with T-Side plan process (.4); Review and revise final letter to Judge Sontchi concerning T-Side plan process logistics (.3); E-mail correspondence (x3) with R. Werkheiser in Judge Sontchi's Chambers re: same (.1) | | | |
| Counsel | Jason M. Madron | 5.00 hrs. | 550.00 | $2,750.00 |
| | | | | |
| 07/19/16 | Discussion with D. White re: T-Side confirmation trial (.1); Review Letter from M. McKane, P.C. to Judge Sontchi re: confirmation trial (.1); Discussion with J. Madron re: confirmation status conference (.5) | | | |
| Associate | Joseph C. Barsalona, II | 0.70 hrs. | 360.00 | $252.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 29

Client #  740489
Matter # 180326

---

| 07/20/16 | Finalize and file certification of counsel re: second supplement to T-Side order scheduling hearing dates for confirmation (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |

| 07/20/16 | Call with M. DeBaecke re: T-Side plan confirmation process (.2); E-mail correspondence (x6) with A. Yenamandra re: same (.2); E-mail correspondence (x4) with M. Fink re: same (.1); E-mail correspondence (x18) with M. Thompson re: second supplement to T-Side plan process scheduling order (.4); E-mail correspondence (x7) with M. Esser re: same (.2); E-mail correspondence (x6) with A. Yenamandra re: same (.2); E-mail correspondence (x6) with J. Barsalona re: same (.1); Draft certification of counsel concerning second supplement to T-Side plan process scheduling order (.9); Call with M. Thompson re: same (.2); Reviewing and revising second supplement to T-Side plan process scheduling order (.6); E-mail correspondence (x4) with M. McKane re: same (.1) | | | |
| Counsel | Jason M. Madron | 3.20 hrs. | 550.00 | $1,760.00 |

| 07/20/16 | Discussion with J. Madron re: T-Side Plan confirmation trial (.3); Review revised scheduling order (.1); Emails with J. Madron re: same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |

| 07/21/16 | Retrieve second supplement to order scheduling dates for T-Side confirmation (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

| 07/21/16 | E-mail correspondence (x4) with A. Yenamandra re: T-Side plan confirmation scheduling and logistics (.1); Review AppLabs Technologies PVT notice of intent to participate in T-Side plan confirmation process (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 07/22/16 | Finalize and file re: notice of hearing dates for TCEH confirmation (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

| 07/22/16 | Email with J. Madron re: T-Side confirmation hearing | | | |
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 30

Client # 740489
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 07/25/16 | Discussion with J. Madron re: T-Side confirmation hearing | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| | | | | |
| 07/26/16 | Finalize and file notice of service of expert reports in connection with T-Side plan confirmation (.2); E-mail to Epiq re: service of same (.1); Finalize and file notice of service of expert rebuttal report (.2); E-mail to Epiq re: service of same (.1); Finalize and file affidavit of service re: certification of counsel second supplement to confirmation hearing dates (.1); Finalize and file affidavit of service re: second supplement to T-Side confirmation scheduling order (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 240.00 | $192.00 |
| | | | | |
| 07/27/16 | E-mail correspondence (x14) with A. Yenamandra re: filing of revised tax matters agreement, transition services agreement, and separation agreement in connection with T-Side plan confirmation process (.3); Discussion with B. Witters re: same (.2); Review and consideration of draft of revised tax matters agreement relating to T-Side plan confirmation process (.8); Review and consideration of draft of transition services agreement relating to T-Side plan confirmation process (1.1); Review and consideration of draft of separation agreement relating to T-Side plan confirmation process (.7); Draft notice of filing of revised tax matters agreement, transition services agreement, and separation agreement in connection with T-Side plan confirmation process (.9); Various communications with B. Witters concerning filing of revised tax matters agreement, transition services agreement, and separation agreement in connection with T-Side plan confirmation process (.3); E-mail correspondence (x9) with A. Sexton re: revised tax matters agreement relating to T-Side plan confirmation process (.2); E-mail correspondence (x3) with V. Nunn re: revised transition services agreement and separation agreement in connection with T-Side plan confirmation process (.1); Review final tax matters agreement, transition services agreement, separation agreement, and related notice in connection with T-Side plan confirmation process and finalize same for filing (.5) | | | |
| Counsel | Jason M. Madron | 5.10 hrs. | 550.00 | $2,805.00 |
| | | | | |
| 07/27/16 | Correspondence with J. Madron and S. Ding re: T-Side confirmation trial | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Energy Future Competitive Holdings Co.          August 29, 2016
Texas Competitive Electric Holdings Co.         Invoice 519096
1601 Bryan Street                               Page 31
Dallas TX  75201
                                                Client #  740489

                                                Matter # 180326

---

| 07/28/16 | Call with C. Husnick and email with J. Madron re: supplemental plan | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 07/28/16 | E-mail correspondence (x5) with A. Yenamandra re: issues in connection with revised tax matters agreement, transition services agreement, and separation agreement in connection with T-Side plan confirmation process (.2); Call with A. Yenamandra re: same (.2); E-mail correspondence with M. Thompson re: assumption and rejection notices in connection with T-Side plan process (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 07/28/16 | Review Notice of Filing of Form Tax Matters Agreement and exhibits thereto in connection with T-Side Plan process (.3); Discussion with J. Madron re: confirmation issues (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |
| 07/31/16 | E-mail correspondence with A. Yenamandra re: T-Side plan confirmation process issue | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services          $10,477.50

TOTAL DUE FOR THIS INVOICE                     **$10,477.50**
BALANCE BROUGHT FORWARD                         $18,015.50

**TOTAL DUE FOR THIS MATTER**                   **$28,493.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 32

Client #  740489

Matter # 180326

---

For services through July 31, 2016
relating to  Use, Sale of Assets - ALL

| | | | | |
|---|---|---|---|---|
| 07/15/16 | Finalize and file affidavit of service re: notice of sale | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 07/15/16 | Meet with J. Madron re: June 2016 de minimis asset transfer report (.1); Prepare same for filing (.2); Efile same (.2); Coordinate service of same (.1) | | | |
| Paralegal | Caroline E. Dougherty | 0.60 hrs. | 240.00 | $144.00 |
| 07/15/16 | E-mail correspondence with N. Hwangpo re: de minimis asset sale report for June 2016 (.1); Review de minimis asset sale report for June 2016 (.1); Review and revise notice of filing of de minimis asset sale report for June 2016 (.2) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 07/20/16 | Finalize and file affidavit of service re: de minimis asset sale report for February 2016 | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |

Total Fees for Professional Services          $412.00

TOTAL DUE FOR THIS INVOICE                    **$412.00**

BALANCE BROUGHT FORWARD                        $2,709.12

**TOTAL DUE FOR THIS MATTER**                  **$3,121.12**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 33

Client #  740489

Matter # 180326

---

For services through July 31, 2016
relating to  Use, Sale of Assets - TCEH

| | | | | |
|---|---|---|---|---|
| 07/06/16 | E-mail correspondence (x5) with N. Hwangpo re: notice of de minimis asset sale of certain miscellaneous equipment of Luminant Mining Company (.1); Review and revise notice of de minimis asset sale of certain miscellaneous equipment of Luminant Mining Company (.3) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 07/06/16 | Review notice of de minimis sale regarding miscellaneous equipment held by Luminant Mining Company LLC | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 07/06/16 | Finalize and file notice of sale of Luminant equipment (.2); Coordinate service of same (.1); Coordinate payment for filing (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.40 hrs. | 240.00 | $96.00 |
| 07/18/16 | Finalize and file certification of counsel re: order approving sale of miscellaneous Luminant equipment (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 07/18/16 | E-mail correspondence (x7) with N. Hwangpo re: notice of de minimis asset sale of certain miscellaneous equipment of Luminant Mining Company (.2); Review and revise proposed form of order authorizing de minimis asset sale of certain miscellaneous equipment of Luminant Mining Company (.3); Drafting and revising certification of counsel concerning order authorizing de minimis asset sale of certain miscellaneous equipment of Luminant Mining Company (.4) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 07/19/16 | Retrieve order approving sale of miscellaneous Luminant equipment (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 34

Client #  740489
Matter # 180326

| 07/19/16 | Review entered order authorizing de minimis asset sale of certain miscellaneous equipment of Luminant Mining Company (.1); E-mail correspondence (x3) with N. Hwangpo re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 07/28/16 | Finalize and file affidavit of service re: order approving de minimis sale of North Lake property | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |

Total Fees for Professional Services          $1,125.00

TOTAL DUE FOR THIS INVOICE          **$1,125.00**
BALANCE BROUGHT FORWARD          $1,777.60

**TOTAL DUE FOR THIS MATTER          $2,902.60**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 35

Client # 740489
Matter # 180326

---

For services through July 31, 2016

relating to Claims Administration - ALL

| | | | | |
|---|---|---|---|---|
| 07/01/16 | Coordinate preparation of thirty-ninth omnibus claims objection binder (.1); Finalize and efile notices of submission of proofs of claim re: forty-second and forty-third omnibus claims objections (.1); Coordinate service of same (.1); Coordinate submission of thirty-ninth, forty-second and forty-third omnibus claims objection binders (.2); Circulate notices of submission of proofs of claim (.1) | | | |
| Paralegal | Ann Jerominski | 0.60 hrs. | 240.00 | $144.00 |
| 07/01/16 | Legal research on individual claim objections (.7); Review and revise notice of submission of claims regarding forty-third omnibus objection (.1); Email to B. Witters re: same (.1); Review and revise notice of submission of claims regarding forty-second omnibus objection (.2) | | | |
| Associate | Joseph C. Barsalona, II | 1.10 hrs. | 360.00 | $396.00 |
| 07/07/16 | E-mail correspondence with R. Chaikin re: forty-first omnibus objection to claims | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/08/16 | E-mail correspondence with R. Chaikin re: issue in connection with forty-first omnibus objection to claims | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096

Page 36

Client # 740489

Matter # 180326

---

| 07/11/16 | Review e-mail from J. Madron certification of no objection re: forty-first omnibus claims (.1); Assemble exhibit re: same (.2); Finalize and file certification of no objection re: same (.2); Coordinate delivery to Judge Sontchi re: motion, certification of no objection and order of same (.1); Review e-mail from J. Madron certification of counsel re: thirty-seventh omnibus claims (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: motion, certification of counsel and order of same (.2); Review e-mail from J. Madron certification of counsel re: forty-third omnibus claims (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: motion, certification of counsel and order of same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.20 hrs. | 240.00 | $528.00 |

| 07/11/16 | Review and prepare claim charts re: first, third, fourth, sixth, seventh, eighth, tenth, twelfth, thirteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twenty-first, twenty-fifth, twenty-fifth, twenty-sixth, thirty-fourth, thirty-sixth, thirty-seventh and thirty-ninth omnibus claim objections (1.9); E-mail to J. Madron and J. Barsalona re: same (.1); Revise claims chart re: thirty-seventh omnibus claim objection (.3); Prepare claim charts re: forty-first, forty-second and forty-third omnibus claim objections (.6); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 3.00 hrs. | 240.00 | $720.00 |

Energy Future Competitive Holdings Co.                    August 29, 2016
Texas Competitive Electric Holdings Co.                   Invoice 519096
1601 Bryan Street                                         Page 37
Dallas TX  75201
                                                          Client #  740489
                                                          Matter # 180326

---

| 07/11/16 | E-mail correspondence with R. Chaikin re: motion to approve procedures for adjudicating pro se responses to omnibus claim objections (.1); Review and revise certification of no objection in connection with forty-first omnibus objection to certain amended claims (.2); Examine docket in connection with same and finalize same and attachment to same for filing (.1); E-mail correspondence (x3) with R. Chaikin re: order (second) sustaining Debtors' thirty-seventh omnibus objection to certain improperly asserted claims (.1); Review and revise certification of counsel concerning order (second) sustaining Debtors' thirty-seventh omnibus objection to certain improperly asserted claims (.5); Review and consideration of exhibits to same (.2); Review and revise certification of counsel concerning forty-third omnibus objection to certain improperly asserted claims (.5); Examine docket in connection with same and finalize same and exhibits to same for filing (.3); E-mail correspondence (x6) with R. Chaikin re: various omnibus claim objection related filings (.2); Calls (x2) with B. Witters re: certification of counsel concerning order (second) sustaining Debtors' thirty-seventh omnibus objection to certain improperly asserted claims (.2); Begin review of draft motion to approve procedures for adjudicating pro se responses to omnibus claim objections (.5) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.90 hrs. | 550.00 | $1,595.00 |
| | | | | |
| 07/12/16 | Review claims charts and email J. Madron re: same | | | |
| Associate | Andrew M. Dean | 1.00 hrs. | 295.00 | $295.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096

Page 38

Client # 740489

Matter # 180326

---

| 07/12/16 | Review and revise claim charts re: thirty-seventh, forty-first and forty-third omnibus objection to claims (.4); E-mail to J. Madron re: list of thirty-ninth claims going forward at 7/15/16 hearing (.2); Retrieve order sustaining thirty-seventh omnibus claim (.1); E-mail to Epiq re: service of same (.1); Retrieve order sustaining forty-first omnibus claim (.1); E-mail to Epiq re: service of same (.1); Retrieve order sustaining forty-third omnibus claim (.1); E-mail to Epiq re: service of same (.1); Review and revise claim charts re: thirty-seventh, forty-first and forty-third omnibus objection to claims (.4); Review and revise claim chart re: thirty-ninth omnibus claim objection (.2); Review and revise claim chart re: thirty-seventh omnibus claim objection (.2); Review e-mail from J. Madron certification of counsel re: order sustaining forty-second omnibus claims (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review and revise claim chart re: forty-second omnibus claim objection (.2); E-mail to J. Madron and J. Barsalona re: multiple claim charts (.1) | | | |
| Paralegal | Barbara J. Witters | 2.80 hrs. | 240.00 | $672.00 |
| | | | | |
| 07/12/16 | E-mail correspondence (x4) with R. Chaikin re: procedural issue in connection with pending omnibus claim objections (.1); Review and revise certification of counsel regarding forty-second omnibus objection to certain substantive duplicate and no liability claims (.4); E-mail correspondence (x4) with R. Chaikin re: same (.1); Review attachments to same (.2); Examine docket in connection with same and finalize same for filing (.1); Continue reviewing and provide material comments to draft motion to approve procedures for adjudicating pending omnibus claim objections to pro se claims (1.1); Review precedent material in connection with review of same (.6); E-mail correspondence (x10) with R. Chaikin re: draft motion to approve procedures for adjudicating pending omnibus claim objections to pro se claims (.3) | | | |
| Counsel | Jason M. Madron | 2.90 hrs. | 550.00 | $1,595.00 |
| | | | | |
| 07/13/16 | Revise claim chart re: thirty-ninth omnibus objection to claim (.2); Retrieve order sustaining forty-second omnibus claim objection (.1); E-mail to Epiq re: service of same (.1); Revise claim chart re: forty-second omnibus claim objection (.2); E-mail to J. Madron re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 39
Client #  740489
Matter # 180326

---

| 07/20/16 | Finalize and file affidavit of service re: certification of counsel re: order approving supplemental bar date (.1); Finalize and file supplemental affidavit of service re: order approving supplement bar date (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

| 07/22/16 | E-mail correspondence (x4) with A. Yenamandra re: motion to approve procedures to adjudicate pending pro se responses to omnibus claim objections (.1); E-mail correspondence (x6) with R. Chaikin re: same (.2); Review and comment on updated draft motion to approve procedures to adjudicate pending pro se responses to omnibus claim objections (.9) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |

| 07/26/16 | Finalize and file affidavit of service re: notice of transfer of certain claims dated 6/21/16 (.1); Finalize and file affidavit of service re: notice of transfer of certain claims 7/8/16 (.1); Finalize and file affidavit of service re: notice of transfer of certain claims dated 7/22/16 (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

| 07/26/16 | Meet with J. Madron re: pro se claims procedures motion (.1); Email correspondence with J. Madron re: same (.1); Prepare same for filing (.9); Efile same (.2); Coordinate service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Caroline E. Dougherty | 1.40 hrs. | 240.00 | $336.00 |

| 07/26/16 | E-mail correspondence (x3) with D. Gadson in Judge Sontchi's Chambers re: scheduling considerations in connection with motion to approve procedures to adjudicate pending pro se responses to omnibus claim objections (.1); E-mail correspondence (x17) with C. Husnick and R. Chaikin re: same (.4); Call with C. Husnick re: same (.2); Review, consideration of, and revise motion to approve procedures to adjudicate pending pro se responses to omnibus claim objections (1.1); Draft notice of motion and hearing in connection with same (.1); Call with R. Chaikin re: same (.3); Finalize motion to approve procedures to adjudicate pending pro se responses to omnibus claim objections for filing and instructions to C. Dougherty re: filing and service of same (.1); E-mail correspondence (x5) with C. Dougherty re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.40 hrs. | 550.00 | $1,320.00 |

| 07/26/16 | Review letter including evidence to support claims by JoAnn M. Robinson | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Energy Future Competitive Holdings Co.                          August 29, 2016
Texas Competitive Electric Holdings Co.                         Invoice 519096
1601 Bryan Street                                               Page 40
Dallas TX 75201
                                                                Client # 740489

                                                                Matter # 180326

---

| 07/27/16 | Finalize and file affidavit of service re: thirty-fifth, thirty-sixth and thirty-seventh omnibus objection to claims (.1); Finalize and file affidavit of service re: orders thirty-fifth, thirty-sixth and thirty-seventh omnibus objection to claims (.1); Finalize and file affidavit of service re: stipulation order late-filed asbestos-injury claims (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

| 07/28/16 | Finalize and file certification on counsel re: order sustaining nineteenth omnibus objection to claims (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |

| 07/28/16 | E-mail correspondence (x7) with R. Chaikin re: order (second) sustaining Debtors' nineteenth omnibus objection to claims (.2); Reviewing and revising certification of counsel and order (second) in connection with Debtors' nineteenth omnibus objection to claims (.5); Review exhibit to proposed order in connection with same and finalize same for filing (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |

Total Fees for Professional Services                 $9,303.00

TOTAL DUE FOR THIS INVOICE                            **$9,303.00**
BALANCE BROUGHT FORWARD                               $11,650.06

**TOTAL DUE FOR THIS MATTER**                         **$20,953.06**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 41

Client # 740489

Matter # 180326

For services through July 31, 2016

relating to Claims Administration - TCEH

| 07/06/16 | E-mail correspondence (x4) with N. Hwangpo re: logistics in connection with potential objection to City of Dallas claims | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/11/16 | E-mail correspondence with N. Hwangpo re: objection to City of Dallas claims | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/14/16 | E-mail correspondence (x3) with N. Hwangpo re: draft objection to City of Dallas claim (.1); Review and provide material comments to draft objection to City of Dallas claim (1.3) | | | |
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |
| 07/15/16 | E-mail correspondence (x5) with N. Hwangpo re: objection to City of Dallas claim (.2); Review and consideration of Texas Big Spring's first requests for admission and for production of documents in connection with pending claim objection (.7) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 07/20/16 | E-mail correspondence (x4) with M. Thompson re: untimely claim asserted by Texas Comptroller | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

|  | Total Fees for Professional Services | $1,430.00 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$1,430.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $2,183.00 |
| **TOTAL DUE FOR THIS MATTER** | **$3,613.00** |

Energy Future Competitive Holdings Co.                     August 29, 2016
Texas Competitive Electric Holdings Co.                    Invoice 519096
1601 Bryan Street                                          Page 42
Dallas TX  75201
                                                           Client #  740489
                                                           Matter # 180326

---

For services through July 31, 2016

relating to  Court Hearings - ALL


| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 07/05/16 | Organization of 6/27/16 hearing binders | | | |
| Case Assistant | Tesia S. Smith | 1.00 hrs. | 130.00 | $130.00 |
| 07/06/16 | Discussion with J. Madron re: July 15 omnibus hearing (.1); Emails with A. Jerominski re: July 15 hearing agenda (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 07/08/16 | E-mail correspondence (x3) with D. Gadson in Judge Sontchi's Chambers re: September 2016 omnibus hearing date | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/11/16 | Prepare 7/15/16 agenda (1.3); E-mail to J. Madron and J. Barsalona re: same (.1); Review and revise 7/15/16 agenda (.8); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.30 hrs. | 240.00 | $552.00 |
| 07/11/16 | E-mail correspondence (x6) with N. Hwangpo re: September 2016 omnibus hearing date (.2); E-mail correspondence (x6) with C. Gooch re: same (.2); E-mail correspondence (x3) with D. Gadson in Judge Sontchi's Chambers re: same (.1); E-mail correspondence with S. Doré re: same (.1); E-mail correspondence with M. Thompson re: 7/15/16 hearing (.1); E-mail correspondence with R. Chaikin re: same (.1); E-mail correspondence (x4) with B. Witters re: 7/15/16  hearing agenda and related exhibits (.1) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 07/12/16 | Review e-mail from J. Barsalona re: comments to 7/15/16 agenda (.1); Review and update 7/15/16 agenda x2 (1.0); Finalize and file certification of counsel re: order scheduling omnibus hearing date (.2); E-mail to Epiq re: service of same (.1); Upload order re: same (.2); Review and update 7/15/16 agenda (.6); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.30 hrs. | 240.00 | $552.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 43

Client #  740489
Matter # 180326

---

| 07/12/16 | E-mail correspondence (x7) with A. Dean re: exhibits to 7/15/16 hearing agenda (.1); E-mail correspondence (x6) with J. Barsalona re: 7/15/16 hearing agenda (.1); E-mail correspondence (x12) with B. Witters re: same (.2); E-mail correspondence with M. Thompson re: 8/16/16 omnibus hearing matters (.1); Calls (x2) with B. Witters re: 7/15/16 hearing matters (.1); E-mail correspondence (x9) with R. Chaikin re: 7/15/16 hearing matters (.3); E-mail correspondence (x4) with A. Yenamandra re: 7/20/16 hearing preparations (.1); E-mail correspondence (x3) with C. Gooch re: September 2016 omnibus hearing date (.1); E-mail correspondence (x5) with N. Hwangpo re: same (.1); Draft certification of counsel regarding order scheduling September 2016 omnibus hearing (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |
| | | | | |
| 07/12/16 | Review July 15 hearing agenda (.9); Review emails regarding July 15 hearing date (.1) | | | |
| Associate | Joseph C. Barsalona, II | 1.00 hrs. | 360.00 | $360.00 |
| | | | | |
| 07/13/16 | Assemble exhibits to 7/15/16 agenda (.3); Finalize and file re: 7/15/16 agenda (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: 7/15/16 agenda (.1); Prepare amended 7/15/16 agenda (.3); E-mail to J. Madron re: same (.1); Finalize and file re: amended 7/15/16 agenda (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.40 hrs. | 240.00 | $336.00 |
| | | | | |
| 07/13/16 | E-mail correspondence with D. DeFranceschi re: status of 7/15/16 hearing matters (.1); E-mail correspondence (x6) with R. Chaikin re: same (.2); Reviewing and revising 7/15/16 hearing agenda and reviewing voluminous exhibits to same (.8); Call with B. Witters re: 7/15/16 hearing agenda (.1); Meeting with B. Witters re: same (.2); Call with D. Gadson in Judge Sontchi's Chambers re: cancellation of 7/15/16 hearing (.2); E-mail correspondence (x5) with M. Thompson re: dates and deadlines relative to 9/26/16 hearing (.2); E-mail correspondence with B. Witters re: amended agenda cancelling 7/15/16 hearing (.1); Reviewing and revising amended agenda cancelling 7/15/16 hearing (.3) | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |
| | | | | |
| 07/13/16 | Review emails from J. Madron and R. Blake Chaikin regarding July 15 hearing agenda | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 44

Client #  740489

Matter # 180326

| | | | | |
|---|---|---|---|---|
| 07/15/16 | Finalize and file affidavit of service re: 3/10/16 agenda (.1); Finalize and file affidavit of service re: notice of hearing in main and adversary cases (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 07/19/16 | Retrieve order scheduling omnibus hearing date (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 07/26/16 | Review correspondence from J. Madron to Kirkland & Ellis team regarding filings for August 16 omnibus hearing date | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 07/27/16 | Finalize and file affidavit of service re: amended 3/10/16 agenda (.1); Finalize and file affidavit of service re: 3/21/16 agenda in main and adversary cases (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 07/28/16 | Finalize and file affidavit of service re: amended 5/18/16 agenda (.1); Finalize and file affidavit of service re: omnibus reply in support of motion order scheduling certain confirmation hearing dates (.1); Finalize and file affidavit of service re: 5/23/16 agenda (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 07/28/16 | E-mail correspondence (x4) with K. Stadler re: 8/16/16 hearing preparations | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services        $4,899.00

TOTAL DUE FOR THIS INVOICE               **$4,899.00**
BALANCE BROUGHT FORWARD                   $21,535.02

**TOTAL DUE FOR THIS MATTER**             **$26,434.02**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 45

Client #  740489
Matter # 180326

---

For services through July 31, 2016

relating to  Court Hearings - EFH

| | | | | |
|---|---|---|---|---|
| 07/19/16 | E-mail correspondence (x4) with M. Molitor re: cancellation of 7/21/16 hearing date | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $55.00 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$55.00** |
| BALANCE BROUGHT FORWARD | $6,374.20 |
| **TOTAL DUE FOR THIS MATTER** | **$6,429.20** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 46

Client # 740489

Matter # 180326

For services through July 31, 2016

relating to Court Hearings - EFIH

| 07/18/16 | E-mail correspondence (x3) with A. McGaan re: potential oral argument dates in connection with first and second lien Third Circuit makewhole appeals | | | |
|----------|------|------|------|------|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

|  | Total Fees for Professional Services | $55.00 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$55.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $1,845.10 |
| **TOTAL DUE FOR THIS MATTER** | **$1,900.10** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 47

Client #  740489
Matter # 180326

---

For services through July 31, 2016
relating to  Court Hearings - TCEH

| | | | | |
|---|---|---|---|---|
| 07/12/16 | Discussion with J. Barsalona  and B. Witters re: preparations for 7/20/16 hearing | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 07/13/16 | Review e-mail from N. Hwangpo re: 7/20/16 telephonic appearances for S. Dore, A. Yenamandra and N. Hwangpo (.1); Telephone call to Courtcall re: same (.3); E-mail to N. Hwangpo re: confirmation of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| | | | | |
| 07/13/16 | Make preparations for July 20 hearing date | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| | | | | |
| 07/14/16 | Review e-mail from J. Barsalona re: comments to 7/20/16 agenda (.1); Further review and update re: 7/20/16 agenda (.9); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 240.00 | $264.00 |
| | | | | |
| 07/14/16 | Discussion with B. Witters re: 7/20/16 hearing agenda (.1); Discussion with J. Barsalona re: same (.1); E-mail correspondence (x7) with J. Barsalona and B. Witters re: draft 7/20/16 hearing agenda (.2); Preliminary review of draft 7/20/16 hearing agenda (.3) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| | | | | |
| 07/14/16 | Emails with B. Witters re: July 20 hearing agenda (.1); Review and revise July 20 hearing agenda (.2); Discussion with J. Madron and B. Witters re: same (.4); Review and revise July 20 hearing agenda (.3) | | | |
| Associate | Joseph C. Barsalona, II | 1.00 hrs. | 360.00 | $360.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 48
Client # 740489
Matter # 180326

---

| Date | Description | | | |
|---|---|---|---|---|
| 07/18/16 | Retrieve re: 7/20/16 agenda pleadings (.6); Prepare 7/20/16 hearing binders x2 for Court (1.0); Finalize and file re: 7/20/16 agenda (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: 7/20/16 agendas and hearing binders (.2); Prepare amended 7/20/16 agenda (.4); E-mail to J. Madron re: same (.1); Retrieve additional pleadings for 7/20/16 amended agenda (.4); Finalize and file re: amended 7/20/16 agenda (.2); E-mail to Epiq re: service of same (.1); Prepare additional agenda pleadings for Judge Sontchi x2 (.6); Coordinate delivery to Judge Sontchi re: same (.1); Prepare 7/20/16 hearing binder (1.0) | | | |
| Paralegal | Barbara J. Witters | 5.00 hrs. | 240.00 | $1,200.00 |
| 07/18/16 | Review and comment on agenda for 7/20 hearing (.2); Review email from J. Madron re: agenda for 7/20 hearing (.1) | | | |
| Director | Daniel J. DeFranceschi | 0.30 hrs. | 775.00 | $232.50 |
| 07/18/16 | E-mail correspondence (x8) with A. Yenamandra, M. Thompson and J. Barsalona re: 7/20/16 hearing preparations (.2); Call with Donna in Judge Sontchi's Chambers re: agenda for 7/20/16 hearing (.1); Reviewing and revising 7/20/16 hearing agenda (.6); Finalize same for filing and instructions to B. Witters re: filing and service of same (.1); Call with C. Szymanski in Judge Sontchi's Chambers re: 7/20/16 hearing (.1); E-mail correspondence (x3) with B. Witters re: preparations for 7/20/16 hearing (.1); E-mail correspondence (x4) with B. Witters re: amended agenda for 7/20/16 hearing (.1); Reviewing and revising amended agenda for 7/20/16 hearing (.3) | | | |
| Counsel | Jason M. Madron | 1.60 hrs. | 550.00 | $880.00 |
| 07/18/16 | Emails (x3) with M. Thompson and (x3) A. Yenamandra re: July 20 omnibus hearing (.3); Review July 20 hearing agenda (.1); Emails with J. Madron re: same (.1); Discussion with B. Witters re: July 20 hearing date (.1); Review emails from J. Madron re: agenda for July 20 hearing (.1); Review emails regarding filing of July 20 agenda and amendments thereto (.1); Discussion with J. Madron re: July 20 hearing date (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.90 hrs. | 360.00 | $324.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 49

Client # 740489
Matter # 180326

---

| 07/19/16 | Finalize and file re: letter from M. McKane to Judge Sontchi for July 20, 2016 initial pre-trial conference with T-side confirmation (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 07/19/16 | Call with R. Werkheiser in Judge Sontchi's Chambers re: logistics for 7/20/16 hearing (.2); E-mail correspondence (x3) with D. DeFranceschi re: same (.1); Meeting with J. Barsalona re: preparations for 7/20/16 hearing (.2) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 07/20/16 | Assist co-counsel at 7/20/16 hearing | | | |
| Associate | Andrew M. Dean | 0.40 hrs. | 295.00 | $118.00 |
| 07/20/16 | Assist with 7/20/16 hearing preparation | | | |
| Paralegal | Barbara J. Witters | 2.50 hrs. | 240.00 | $600.00 |
| 07/20/16 | Review hearing binder in preparation for hearing on July 20 (1.2); Attend pretrial conference and hearing (1.9) | | | |
| Director | Daniel J. DeFranceschi | 3.10 hrs. | 775.00 | $2,402.50 |
| 07/20/16 | E-mail correspondence (x28) with J. Barsalona re: 7/20/16 hearing preparations and related logistics (.5); E-mail correspondence (x7) with D. DeFranceschi re: same (.1); E-mail correspondence with M. McKane re: same (.1); Call and e-mail correspondence with B. Witters re: same (.1); Review written materials (plan documents, scheduling order, motion to compel mediation and related submissions and related documents) in preparation for 7/20/16 hearing (2.1); Attend (Court appearance) 7/20/16 hearing and related Chambers conference (1.9); Discussion with M. Collins re: results of 7/20/16 hearing (.1) | | | |
| Counsel | Jason M. Madron | 4.90 hrs. | 550.00 | $2,695.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 50

Client #  740489

Matter # 180326

---

| 07/20/16 | Assist M. McKane and M. Thompson with preparing for 7/20/16 pre-trial conference (2.4); Assist M. McKane, S. Zablotney, M. Thompson and C. Gooch with preparing for 7/20/16 pre-trial conference (.4); Assist M. McKane, A. Sexton, A. Yenamandra and C. Gooch with preparing for pre-trial conference (1.0); Assist M. McKane, S. Zablotney, M. Thompson and C. Gooch during course of pre-trial conference (1.1); Emails with R. Bartley re: confirmation trial (.1) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 5.00 hrs. | 360.00 | $1,800.00 |
| 07/21/16 | Circulate 7/20/16 hearing transcript to distribution | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 07/21/16 | Review 7/20/16 hearing transcript (.4); E-mail correspondence (x3) with B. Witters re: same (.1); E-mail correspondence with S. Garabato re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 07/22/16 | Draft notice of plan confirmation hearing dates in connection with T-Side plan process (1.1); E-mail correspondence (x4) with A. Yenamandra re: same (.1) | | | |
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |
| 07/27/16 | Discussion with J. Madron re: confirmation trial | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

|  | Total Fees for Professional Services | $13,008.00 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$13,008.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $14,522.59 |
| **TOTAL DUE FOR THIS MATTER** | **$27,530.59** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 51

Client #  740489

Matter # 180326

---

For services through July 31, 2016

relating to  General Corporate/Real Estate - ALL

| | | | | |
|---|---|---|---|---|
| 07/18/16 | Review Original Answer of the Public Utility Commission of Texas to PUCT appeal (.1); Review Ovation Acquisition II, LLC and Shary Holdings, LLC's First Amended Petition Seeking Judicial Review in PUCT proceedings (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 07/21/16 | Review and consideration of Ovation and Shary Holdings first amended petition seeking judicial review of Public Utility Commission's final order in connection with proposed REIT transaction (.6); Review Public Utility Commission's answer to same (.1) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

Total Fees for Professional Services          $493.00

TOTAL DUE FOR THIS INVOICE          **$493.00**

BALANCE BROUGHT FORWARD          $2,075.94

**TOTAL DUE FOR THIS MATTER**          **$2,568.94**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 52

Client #  740489
Matter # 180326

---

For services through July 31, 2016
relating to  General Corporate/Real Estate - EFH

| | | | | |
|---|---|---|---|---|
| 07/29/16 | Review and consideration of 8-K concerning proposed NextEra transaction on E-Side | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/29/16 | Review NextEra Press Release describing purchase of Oncor | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Total Fees for Professional Services     $201.00

TOTAL DUE FOR THIS INVOICE     **$201.00**

**TOTAL DUE FOR THIS MATTER**     **$201.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 53

Client #  740489

Matter # 180326

---

For services through July 31, 2016
relating to  Schedules/SOFA/U.S. Trustee Reports - ALL

| | | | | |
|---|---|---|---|---|
| 07/07/16 | Review and consideration of May 2016 monthly operating report | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| | | | | |
| 07/28/16 | Efile affidavit of service re: monthly operating report | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |

Total Fees for Professional Services          $189.00

TOTAL DUE FOR THIS INVOICE                    **$189.00**

BALANCE BROUGHT FORWARD                        $1,203.10

**TOTAL DUE FOR THIS MATTER**                  **$1,392.10**

Energy Future Competitive Holdings Co.                     August 29, 2016
Texas Competitive Electric Holdings Co.                    Invoice 519096
1601 Bryan Street                                          Page 54
Dallas TX 75201
                                                           Client # 740489

                                                           Matter # 180326

---

For services through July 31, 2016

relating to Environmental - ALL

| 07/27/16 | Review and comment on draft notice concerning settlement agreement by and between EFH Properties and the Environmental Protection Agency (.1); Review and consideration of draft proposed form of order approving settlement agreement by and between EFH Properties and the Environmental Protection Agency (.3); E-mail correspondence (x12) with E. Geier concerning comments to same and related considerations (.3) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| 07/28/16 | Review and revise draft notice concerning settlement agreement by and between EFH Properties and the Environmental Protection Agency (.2); E-mail correspondence with E. Geier re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/29/16 | Review e-mail from J. Madron re: notice of settlement with US Environmental Protection Agency (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 07/29/16 | Review and revise final notice concerning settlement agreement by and between EFH Properties and the Environmental Protection Agency (.2); Review and revise final proposed form of order approving settlement agreement between EFH Properties and the Environmental Protection Agency (.2); Review and consideration of executed settlement agreement between EFH Properties and the Environmental Protection Agency (.5); E-mail correspondence (x9) with E. Geier re: same (.2) | | | |
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |

Total Fees for Professional Services                                  $1,299.00

TOTAL DUE FOR THIS INVOICE                                            **$1,299.00**

**TOTAL DUE FOR THIS MATTER**                                        **$1,299.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 55

Client #  740489

Matter # 180326

For services through July 31, 2016

relating to  Tax Issues - ALL

| 07/27/16 | Review multiple e-mails re: tax matters agreement notice for filing (.5); Review e-mail from J. Madron re: same (.2); Assemble exhibits re: same (.3); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.30 hrs. | 240.00 | $312.00 |

|  | Total Fees for Professional Services | $312.00 |
|---|---|---|

| TOTAL DUE FOR THIS INVOICE | **$312.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $1,460.00 |
| **TOTAL DUE FOR THIS MATTER** | **$1,772.00** |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

August 29, 2016  
Invoice 519096  
Page 56

Client #  740489  
Matter # 180326

For services through July 31, 2016  
relating to  Litigation/Adversary Proceedings - ALL

| 07/01/16 | Retrieve and circulate notice of service | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |

| 07/05/16 | Review Reply in Support of Appellants' Motion for Leave to File Sur-Reply in Opposition to Appellees' Motion to Dismiss Fenicle and Fahy Appeal | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

| 07/06/16 | Review and consideration of Fenicle and Fahy reply to appellees' objection to motion for leave to file a sur-reply in District Court appeal of confirmation order | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

| 07/08/16 | Retrieve and circulate notices of deposition x3 | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.30 hrs. | 240.00 | $72.00 |

| 07/13/16 | Review and consideration of draft motion seeking to join Jones to Fenicle and Fahy District Court appeal of confirmation order (.7); Review and consideration of draft Gori declaration in support of same and its exhibits (.5) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |

| 07/14/16 | Review draft stipulated briefing order in connection with motion seeking to join Jones to Fenicle and Fahy District Court appeal of confirmation order | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 07/15/16 | Review Motion for Joinder of Putative Appellant John Jones to Fenicle Fahey asbestos appeal (CA No. 15-cv-1183 and 1218 (RGA)) | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.60 hrs. | 775.00 | $465.00 |

Energy Future Competitive Holdings Co.                     August 29, 2016
Texas Competitive Electric Holdings Co.                    Invoice 519096
1601 Bryan Street                                          Page 57
Dallas TX 75201
                                                           Client #  740489

                                                           Matter # 180326

---

| 07/15/16 | E-mail correspondence with D. Hogan re: stipulated briefing order in connection with motion seeking to join Jones to Fenicle and Fahy District Court appeal of confirmation order (.1); E-mail correspondence with B. Rogers re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 07/15/16 | E-mail correspondence with D. Hogan re: potential argument dates in Fenicle and Fahy District Court appeal of confirmation order | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/15/16 | Review Motion for Joinder of Putatitve Appellant John H. Jones in asbestos appeals (.2); Review Declaration of Beth Gori, Esq. in Support of Movants' Motion for Joinder of Putative Appellant John H. Jones and exhibits thereto (.1); Review Declaration of Beth Gori, Esq. in Support of Movants' Motion for Joinder of Putative Appellant John H. Jones and exhibits thereto (.2); Review Stipulation Regarding Briefing Schedule for Motion to Join (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| 07/18/16 | Review recent response of J. Stewart in connection with District Court appeal | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 07/18/16 | Review response to objections filed by Mr. Stewart in connection with District Court appeal of order disallowing claims (.2); E-mail correspondence (x3) with A. Yenamandra re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/18/16 | Discussion with J. Madron re: district court appeals (.1); Review response to appellee's objections filed by Kenneth R. Stewart (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 58

Client # 740489
Matter # 180326

---

| 07/25/16 | Review oral order scheduling oral argument in Fenicle & Fahy District Court appeal of confirmation order (.1); E-mail correspondence (x5) with B. Rogers re: same (.2); E-mail correspondence with A. Terteryan re: same (.1); Factual investigation in connection with Fenicle & Fahy District Court appeal of confirmation order (.2); Review and consideration of Debtors' responses and objections to Contrarian Capital Management's first requests for the production of documents in connection with new chapter 11 plan process (.7); Review and consideration of Debtors' responses and objections to Delaware Trust Company's first and supplemental requests for the production of documents and interrogatories in connection with new chapter 11 plan process (.6); Review and consideration of Debtors' responses and objections to EFH Indenture Trustee's first requests for the production of documents and interrogatories in connection with new chapter 11 plan process (.9) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.80 hrs. | 550.00 | $1,540.00 |
| | | | | |
| 07/26/16 | Review and consideration of Debtors' responses and objections to Fenicle and Fahy's first requests for the production of documents in connection with new chapter 11 plan process (.5); Review and consideration of Debtors' responses and objections to Fidelity Management & Research Company's first requests for the production of documents in connection with new chapter 11 plan process (.7) | | | |
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |
| | | | | |
| 07/27/16 | Review and consideration of Debtors' responses and objections to Bank of New York Mellon's first set of interrogatories directed to the Debtors in connection with new chapter 11 plan process | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| | | | | |
| 07/28/16 | Meeting with J. Madron re: District Court filings for Judge Andrews | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

Total Fees for Professional Services            $5,029.00

TOTAL DUE FOR THIS INVOICE            **$5,029.00**

BALANCE BROUGHT FORWARD            $32,397.16

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 59

Client #  740489

Matter # 180326

**TOTAL DUE FOR THIS MATTER**                                 **$37,426.16**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 60

Client # 740489
Matter # 180326

For services through July 31, 2016
relating to Litigation/Adversary Proceedings - EFH

| | | | | |
|---|---|---|---|---|
| 07/15/16 | Finalize and file affidavit of service re: notice of completion of briefing in Texas Transmission adversary (.1); Finalize and file affidavit of service re: notice of telephonic hearing in Texas Transmission adversary (.1); Finalize and file affidavit of service re: certification of counsel re: third supplement to scheduling order in Texas Transmission adversary (.1); Finalize and file affidavit of service re: Plaintiff's joint reply in support of motion summary judgment in Texas Transmission adversary (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 07/20/16 | Finalize and file affidavit of service re: second supplement to scheduling order in Texas Transmission adversary proceeding (.1); Finalize and file affidavit of service re: notice of service of J. Vanderveen expert witness rebuttal report (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 07/27/16 | Review and consideration of Debtors' responses and objections to UMB Bank's first requests for the production of documents directed to the E-Side Debtors in connection with new chapter 11 plan process | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 07/28/16 | Finalize and file affidavit of service re: certification of counsel supplemental statement on Oncor Acquisition (.1); Finalize and file affidavit of service re: letter from M. McKane Judge Sontchi regarding request to stay adversary (.1); Finalize and file affidavit of service re: order dismissing Texas Transmission Investment motion for determination (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Total Fees for Professional Services        $546.00

TOTAL DUE FOR THIS INVOICE              **$546.00**
BALANCE BROUGHT FORWARD            $22,654.29

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 61

Client #  740489
Matter # 180326

---

**TOTAL DUE FOR THIS MATTER**                                    **$23,200.29**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 62

Client # 740489
Matter # 180326

For services through July 31, 2016
relating to Litigation/Adversary Proceedings - EFIH

| | | | | |
|---|---|---|---|---|
| 07/07/16 | Review second lien trustee's request for oral argument in Third Circuit makewhole appeals | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/07/16 | Review Reply Brief for Appellants in EFIH Second Lien Makewhole Appeal (.3); Review request for oral argument in Second Lien Makewhole Appeal (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |
| 07/15/16 | Review entered order in UMB Bank and Subsequent Settling PIK Noteholder District Court appeals directing submission of briefing schedule on summary affirmance motion | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/15/16 | Review order lifting stay on PIK noteholders' appeals (.1); Factual investigation regarding same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 07/18/16 | Review and comment on draft motion to approve briefing schedule on summary affirmance motion in connection with UMB Bank and Subsequent Settling PIK Noteholder District Court appeals (.2); Review and comment on draft scheduling order in connection with same (.2); E-mail correspondence (x4) with M. Petrino re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 07/19/16 | Review and consideration of appellees' counter-designation of additional record items in connection with Delaware Trust Company v. Computershare Trust Company intercreditor appeal | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 07/19/16 | Review Appellee's Designation of Record Pursuant to Federal Rule of Bankruptcy Procedure 8009 in Delaware Trust Company vs. Computershare Trust Company, N.A. appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Energy Future Competitive Holdings Co.                          August 29, 2016
Texas Competitive Electric Holdings Co.                         Invoice 519096
1601 Bryan Street                                               Page 63
Dallas TX 75201
                                                                Client # 740489
                                                                Matter # 180326

---

| 07/20/16 | E-mail correspondence (x7) with M. Petrino re: motion to approve briefing schedule on summary affirmance motion in connection with UMB Bank and Subsequent Settling PIK Noteholder District Court appeals (.2); E-mail correspondence (x3) with M. Busenkell re: same (.1); E-mail correspondence with R. Lemisch re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

| 07/21/16 | Review e-mail from J. Madron re: joint motion to approve scheduling order in District Court UMB Bank and Subsequent Settling PIK Noteholder appeals (.1); Assemble exhibit re: same (.2); Finalize and file re: multiple filing of joint motion scheduling order (.3); Coordinate service re: same (.1); Finalize and file re: multiple filing of letter for joint motion scheduling order (.2); Coordinate delivery to Judge Andrews re: motion and letter of same (.2); E-mail to J. Madron re: motion and letter of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |

| 07/21/16 | Review and respond to email from M. Petrino re: Third Circuit practice on 2L make whole appeal (.1); Analysis of and email with M. Petrino re: 2L Third Circuit appeal procedural issues (.2) | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 0.30 hrs. | 775.00 | $232.50 |

| 07/21/16 | E-mail correspondence (x5) with M. Petrino and D. DeFranceschi re: potential need to deconsolidate first and second lien Third Circuit makewhole appeals (.1); Factual investigation in connection with same (.4); Review and revise final joint motion to approve briefing schedule on summary affirmance motion in connection with UMB Bank and Subsequent Settling PIK Noteholder District Court appeals (.6); Review and revise scheduling order in connection with same (.4); Draft certification of service in connection with same (.1); Drafting and revising letter to Judge Andrews concerning final joint motion to approve briefing schedule on summary affirmance motion in connection with UMB Bank and Subsequent Settling PIK Noteholder District Court appeals (.5); Calls (x2) with B. Witters re: District Court filings in UMB Bank and Subsequent Settling PIK Noteholder appeals (.2); E-mail correspondence (x6) with B. Witters re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.40 hrs. | 550.00 | $1,320.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 64

Client #  740489
Matter # 180326

---

| 07/22/16 | Review letter from J. Madron to Judge Andrews re: joint briefing schedule in UMB v. EFH appeals | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| | | | | |
| 07/26/16 | Review letter correspondence from Clerk of Third Circuit Court of Appeals concerning argument date in first and second lien makewhole appeals (.1); E-mail correspondence (x7) with D. DeFranceschi re: same (.1); E-mail correspondence with A. McGaan re: same (.1); Review and comment on draft motion seeking summary affirmance in UMB Bank and Subsequent Settling PIK Noteholder District Court appeals (.2); Review and comment on draft memorandum of law in support of same (.5); Review and comment on draft Madron declaration in support of same (.1); E-mail correspondence with M. Petrino re: motion seeking summary affirmance in UMB Bank and Subsequent Settling PIK Noteholder District Court appeals (.1) | | | |
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |
| | | | | |
| 07/26/16 | Review notice of scheduling of first and second lien makewhole appeal determination date (.1); Correspondence with B. Witters re: scheduling of same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| | | | | |
| 07/27/16 | Review e-mail from J. Madron re: appellees' motion for summary affirmance (.1); Assemble exhibits re: same (.2); Finalize and file re: same in 15-1099 and 15-1118 (.4); Review e-mail from J. Madron re: memorandum in support (.1); Assemble re: same (.2); Finalize and file re: same in 15-1099 and 15-1118 (.4); Review e-mail from J. Madron re: declaration of J. Madron in support (.1); Assemble exhibits re: same (.2); Finalize and file re: same in 15-1099 and 15-1118 (.4); E-mail to J. Madron re: same (.2); Coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 2.50 hrs. | 240.00 | $600.00 |
| | | | | |
| 07/27/16 | Review Memorandum in Support re: Appellees' Motion for Summary Affirmance and Memorandum in Support of Appellees' Motion for Summary Affirmance | | | |
| Director | Daniel J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096

Page 65

Client # 740489

Matter # 180326

---

| 07/27/16 | E-mail correspondence (x7) with M. Petrino re: motion seeking summary affirmance in UMB Bank and Subsequent Settling PIK Noteholder District Court appeals (.2); Review and revise final motion seeking summary affirmance in UMB Bank and Subsequent Settling PIK Noteholder District Court appeals and proposed order in connection with same (.3); Draft certification of service in connection with same (.1); Review and revise final memorandum of law in support of motion seeking summary affirmance in UMB Bank and Subsequent Settling PIK Noteholder District Court appeals (.5); Draft certification of service in connection with same (.1); Review and revise final Madron declaration in support of motion seeking summary affirmance in UMB Bank and Subsequent Settling PIK Noteholder District Court appeals (.2); Review exhibit to same and finalize same for filing (.2); Draft certification of service in connection with same (.1); Meet with B. Witters re: filing logistics in connection with motion seeking summary affirmance in UMB Bank and Subsequent Settling PIK Noteholder District Court appeals (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.90 hrs. | 550.00 | $1,045.00 |
| | | | | |
| 07/28/16 | Meeting with B. Witters re: issue in connection with motion seeking summary affirmance in UMB Bank and Subsequent Settling PIK Noteholder District Court appeals | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/28/16 | Review motion for summary affirmance in PIK noteholder appeal (.1); Review memorandum in support of same (.2); Review declaration in support of same and exhibits thereto (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |

Total Fees for Professional Services     $5,820.50

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$5,820.50** |
| BALANCE BROUGHT FORWARD | $17,430.66 |
| **TOTAL DUE FOR THIS MATTER** | **$23,251.16** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 66

Client #  740489

Matter # 180326

---

For services through July 31, 2016
relating to  Litigation/Adversary Proceedings - TCEH

| | | | | |
|---|---|---|---|---|
| 07/07/16 | Attend (telephonic attendance) a portion of Howard deposition in connection with new TCEH chapter 11 plan process (4.4); Review and consideration of entered order granting, in part, motion for stay pending appeal in connection with Delaware Trust Company v. Wilmington Trust intercreditor adversary proceeding (.3) | | | |
| Counsel | Jason M. Madron | 4.70 hrs. | 550.00 | $2,585.00 |
| 07/15/16 | Review confidentiality designations from Howard deposition in connection with T-Side plan confirmation process (.1); Review letter correspondence from J. Roche concerning production of Evans and Williamson privilege log in connection with discovery related to T-Side plan confirmation process (.1); Review and consideration of privilege log re: same (.2); Review and consideration of Debtors' privilege log in connection with discovery related to T-Side plan confirmation process (.3); Review letter correspondence from K. Allred concerning production of Sawyer privilege log in connection with discovery related to T-Side plan confirmation process (.1); Review and consideration of privilege log re: same (.2); Review and consideration of TCEH First Lien Creditors' privilege log in connection with discovery related to T-Side plan confirmation process (.2); Review American Stock Transfer &Trust Company's preliminary witness list in connection with T-Side plan confirmation process (.3); Review American Stock Transfer &Trust Company's preliminary trial exhibit list re: same (.3) | | | |
| Counsel | Jason M. Madron | 1.80 hrs. | 550.00 | $990.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 67

Client # 740489

Matter # 180326

---

| 07/21/16 | Review letter correspondence from M. Esser concerning ongoing document production in connection with T-Side plan discovery requests (.1); Review and consideration of responses and objections of Ad Hoc Committee of TCEH First Lien Creditors to American Stock Transfer & Trust Company's first requests for production of documents and interrogatories in connection with T-Side plan confirmation process (.9); Review and consideration of responses and objections of Ad Hoc Committee of TCEH First Lien Creditors to UMB Bank's first requests for production of documents in connection with T-Side plan confirmation process (.5); Review and consideration of responses and objections of Ad Hoc Committee of Fidelity Management & Research Company's first requests for production of documents in connection with T-Side plan confirmation process (.4); Review and consideration of responses and objections of Ad Hoc Committee of Contrarian Capital Management's first requests for production of documents in connection with T-Side plan confirmation process (.5); Review and consideration of responses and objections of Wilmington Trust to American Stock Transfer & Trust Company's first requests for production of documents and interrogatories in connection with T-Side plan confirmation process (.7) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 3.10 hrs. | 550.00 | $1,705.00 |
| 07/22/16 | Review and consideration of TCEH Disinterested Manager's responses and objections to The Bank of New York Mellon's document requests in connection with new T-Side plan process (.5); Review and consideration of TCEH Disinterested Manager's responses and objections to The Bank of New York Mellon's first set of interrogatories in connection with new T-Side plan process (.3); Review and consideration of joint motion to approve stipulation resolving motion to stay in Delaware Trust v. Wilmington Trust intercreditor allocation dispute adversary proceeding (.6) | | | |
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |
| 07/25/16 | Review 7/22/16 letter correspondence from M. Esser concerning ongoing document production in connection with T-Side plan confirmation process (.1); Review and consideration of Debtors' responses and objections to The Bank of New York Mellon's first requests for the production of documents in connection with T-Side plan process (.8) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

Energy Future Competitive Holdings Co.                          August 29, 2016
Texas Competitive Electric Holdings Co.                         Invoice 519096
1601 Bryan Street                                               Page 68
Dallas TX 75201
                                                                Client # 740489

                                                                Matter # 180326

---

| 07/26/16 | E-mail correspondence (x8) with B. Stephany re: expert reports in connection with T-Side plan confirmation process (.2); Draft notice of service of expert reports in connection with T-Side plan process (.2); Draft notice of service of expert rebuttal report in connection with T-Side plan confirmation process (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

| 07/27/16 | Review and consideration of Debtors' responses and objections to UMB Bank's first requests for the production of documents directed to the T-Side Debtors in connection with new chapter 11 plan process | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

| 07/28/16 | Attend (telephonic participation) deposition of Jack F. Williams in connection with T-Side plan confirmation process | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 3.50 hrs. | 550.00 | $1,925.00 |

| 07/29/16 | Attend (telephonic participation) deposition of D. Ying in connection with T-Side plan confirmation process (2.0); Attend (telephonic participation) deposition of J. Stuart in connection with T-Side plan confirmation process (2.5) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 4.50 hrs. | 550.00 | $2,475.00 |

Total Fees for Professional Services     $11,495.00

TOTAL DUE FOR THIS INVOICE     **$11,495.00**

BALANCE BROUGHT FORWARD     $5,297.41

**TOTAL DUE FOR THIS MATTER**     **$16,792.41**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 69

Client #  740489

Matter # 180326

For services through July 31, 2016
relating to  Retention of Others - ALL

| | | | | |
|---|---|---|---|---|
| 07/07/16 | E-mail correspondence with P. Morin re: Filsinger Energy Partners retention matters (.1); Review and revise sixth supplemental Filsinger declaration in support of retention of Filsinger Energy Partners and review of schedules to same (.5) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 07/07/16 | Finalize and file sixth supplemental Filsinger retention declaration (.3); Coordinate service of same (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.40 hrs. | 240.00 | $96.00 |
| 07/12/16 | Finalize and file re: supplemental ordinary course professional retention declaration of Bracewell LLP (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 07/12/16 | E-mail correspondence (x7) with T. Wilkins re: Bracewell LLP ordinary course retention issues (.2); Review and consideration of supplemental Wilkins declaration in support of Bracewell LLP ordinary course retention (.2) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 07/14/16 | Review e-mail from J. Madron re: fifteenth notice of entry into additional KPMG agreement (.1); Assemble exhibit re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 07/14/16 | E-mail correspondence (x5) with C. Campbell re: supplemental KPMG retention issues (.2); E-mail correspondence with A. Yenamandra re: same (.1); Draft fifteenth notice of entry into additional statement of work with KPMG (.4); Review and consideration of additional statement of work with KPMG (.2) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 70
Client #  740489
Matter # 180326

---

| 07/15/16 | Finalize and file affidavit of service re: notice of entry into additional KPMG agreements (.1); Finalize and file affidavit of service re: notice of fourteenth lists of ordinary course professionals (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 07/15/16 | E-mail correspondence with C. Campbell re: KPMG supplemental retention issue | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/22/16 | Finalize and file re: sixteenth notice of entry into additional KPMG agreement (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 07/22/16 | E-mail correspondence with A. Yenamandra re: expansion of scope of KPMG's retention (.1); E-mail correspondence (x5) with C. Campbell re: same (.2); Draft sixteenth notice of entry into additional statement of work with KPMG (.5); Review and consideration of additional statement of work with KPMG (.3) | | | |
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |
| 07/25/16 | E-mail correspondence with C. Campbell re: KPMG supplemental retention matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/28/16 | Finalize and file affidavit of service re: tenth notice of entry into additional KPMG agreements | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |

Total Fees for Professional Services      $2,216.00

| TOTAL DUE FOR THIS INVOICE | **$2,216.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $4,551.60 |
| **TOTAL DUE FOR THIS MATTER** | **$6,767.60** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096

Page 71

Client # 740489

Matter # 180326

For services through July 31, 2016
relating to RLF Fee Applications - ALL

| 07/07/16 | Meeting with J. Madron re: RLF interim fees | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| | | | | |
| 07/11/16 | E-mail correspondence with C. Dobry re: RL&F fee issues | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/15/16 | Finalize and file affidavit of service re: RL&F twenty-first fee statement | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| | | | | |
| 07/19/16 | Review RL&F June 2016 bill memos | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |
| | | | | |
| 07/19/16 | E-mail correspondence (x6) with C. Dobry re: RL&F fee matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/25/16 | Finalize and efile certification of no objection re: RLF twenty-fourth fee application (.1); Distribute as-filed copy of same to J. Madron (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| | | | | |
| 07/25/16 | Reviewing and editing of RL&F's June 2016 billing memos for attorney-client privileged information and compliance with the interim compensation procedures order and local rules and in connection with preparation of related monthly fee statement (3.4); Draft certification of no objection concerning RL&F's April 2016 monthly fee statement (.5); Examine docket and review corresponding monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 4.00 hrs. | 550.00 | $2,200.00 |
| | | | | |
| 07/26/16 | Finalize and file certification of no objection re: RL&F twenty-fifth fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 72

Client #  740489

Matter # 180326

---

| 07/26/16 | E-mail correspondence (x5) with B. Witters re: preparation of RL&F's June 2016 monthly fee statement (.1); E-mail correspondence (x4) with C. Dobry re: RL&F fees (.1); Draft certification of no objection in connection with RL&F's May 2016 monthly fee statement (.5); Examine docket and review corresponding monthly fee statement in connection with same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 07/27/16 | E-mail correspondence (x3) with J. Barsalona re: preparation of RL&F's sixth interim period fee application (.1); E-mail correspondence (x3) with C. Dobry re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 07/28/16 | Finalize and file affidavit of service re: RL&F twenty-second fee statement | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 07/29/16 | Review and revise RL&F June 2016 fee statement (.5); Prepare notice of application re: same (.2); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |
| 07/29/16 | Review and revise June 2016 monthly fee statement of RL&F (.7); Draft notice of monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |

Total Fees for Professional Services                $4,073.50

TOTAL DUE FOR THIS INVOICE                          **$4,073.50**
BALANCE BROUGHT FORWARD                              $10,680.67

**TOTAL DUE FOR THIS MATTER**                       **$14,754.17**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 73

Client #  740489
Matter # 180326

For services through July 31, 2016

relating to  RLF Fee Applications - EFH

| 07/27/16 | Factual investigation concerning RL&F fee budgeting for E-Side (.4); E-mail correspondence (x3) with D. DeFranceschi re: same (.1); E-mail correspondence (x3) with N. Hwangpo re: same (.1) | | | |
|----------|------|------|------|------|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

Total Fees for Professional Services $330.00

TOTAL DUE FOR THIS INVOICE **$330.00**

**TOTAL DUE FOR THIS MATTER** **$330.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 74

Client #  740489
Matter #  180326

For services through July 31, 2016

relating to  Fee Applications of Others - ALL

| | | | | |
|---|---|---|---|---|
| 07/01/16 | Prepare Alvarez & Marsal's interim fee application for filing and distribute to J. Barsalona (.2); Finalize and efile same (.2); Coordinate service of same (.1); Prepare notice of Kirkland & Ellis monthly fee statement and distribute to J. Barsalona (.1); Finalize Kirkland & Ellis monthly fee statement and distribute to J. Barsalona (.2); Finalize and efile same (.1); Coordinate service of same (.1); Prepare notice of supplement to Kirkland & Ellis's interim fee application for filing and distribute to J. Barsalona (.2); Finalize and efile same (.1); Coordinate service of same (.1); Circulate fee applications (.2) | | | |
| Paralegal | Ann Jerominski | 1.60 hrs. | 240.00 | $384.00 |
| 07/01/16 | Review and respond to email from M. Thompson re: supplement to Kirkland Ellis sixth interim fee application | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| 07/01/16 | E-mail correspondence (x6) with J. Barsalona re: Alvarez & Marsal North America fee matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 07/01/16 | Review and revise sixth interim fee application of Alvarez & Marsal (.5); Finalize sixth interim fee application of Alvarez & Marsal (.2); Review and revise Kirkland & Ellis' Twenty-Fifth Monthly Fee Application (.6); Review and revise supplement to Kirkland & Ellis Sixth Interim Fee Application (.1); Email with A. Jerominski re: same (.1); Finalize Kirkland & Ellis Twenty-Fifth Monthly Fee Application (.1); Finalize supplement to Kirkland & Ellis' Sixth Interim Fee Application (.1) | | | |
| Associate | Joseph C. Barsalona, II | 1.70 hrs. | 360.00 | $612.00 |
| 07/05/16 | Email with J. Erhenhofer re: Alvarez & Marsal North America, LLC twenty-fourth monthly fee statement (.1); Review and revise certification of no objection regarding same (.2); Finalize same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |

Energy Future Competitive Holdings Co.                     August 29, 2016
Texas Competitive Electric Holdings Co.                    Invoice 519096
1601 Bryan Street                                          Page 75
Dallas TX 75201
                                                           Client # 740489
                                                           Matter # 180326

| | | | | |
|---|---|---|---|---|
| 07/06/16 | Discussion with J. Madron re: Alvarez & Marsal interim fee applications | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| | | | | |
| 07/07/16 | E-mail correspondence (x3) with N. Hwangpo re: professional fee budgeting issues (.1); Review May 2016 monthly fee statement of Balch & Bingham LLP (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 07/11/16 | Review e-mail from J. Madron re: Epiq twenty-fifth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| | | | | |
| 07/11/16 | Review and revise Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions May 2016 monthly fee statement (.3); Draft notice of filing in connection with same (.1); E-mail correspondence (x3) with B. Karpuk re: Epiq Bankruptcy Solutions fee matters (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| | | | | |
| 07/12/16 | E-mail correspondence (x7) with C. Campbell re: KPMG fee matters (.2); Draft certification of no objection in connection with KPMG's April 2016 monthly fee statement (.2); E-mail correspondence (x4) with R. Young re: Deloitte & Touche LLP fee maters (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| | | | | |
| 07/13/16 | Review e-mail from J. Madron re: Deloitte & Touche twenty-first fee statement (.1); Assemble exhibit re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: Deloitte & Touche twenty-second fee statement (.1); Assemble exhibit re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: Deloitte & Touche twenty-third fee statement (.1); Assemble exhibit re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 240.00 | $360.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 76

Client #  740489
Matter # 180326

---

| | | | | |
|---|---|---|---|---|
| 07/13/16 | Review Deloitte & Touche LLP's January 2016 monthly fee statement (.2); Draft notice of monthly fee statement in connection with same (.1); Review Deloitte & Touche LLP's February 2016 monthly fee statement (.2); Draft notice of monthly fee statement in connection with same (.1); Review Deloitte & Touche LLP's March 2016 monthly fee statement (.2); Draft notice of monthly fee statement in connection with same (.1); Review supplement to Kirkland & Ellis sixth interim period fee application (.3); Review Kirkland & Ellis May 2016 monthly fee statement and exhibits thereto (.2); Review Alvarez & Marsal North America's sixth interim period fee application (.4); E-mail correspondence (x4) with J. Ehrenhofer re: Alvarez & Marsal North America fee matters (.1) | | | |
| Counsel | Jason M. Madron | 1.90 hrs. | 550.00 | $1,045.00 |
| 07/14/16 | Review e-mail from J. Madron re: Alvarez & Marsal twenty-first fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 07/14/16 | Review and revise May 2016 monthly fee statement of Alvarez & Marsal North America (.3); Draft notice of monthly fee statement re: same (.1); E-mail correspondence (x3) with J. Ehrenhofer re: Alvarez & Marsal North America (.1); E-mail correspondence with N. Hwangpo re: K&L Gates fee matters (.1) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 07/15/16 | Finalize and file re: notice of (third) excess fees for K&L Gates (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 07/15/16 | Finalize and file affidavit of service re: McDermott Will fifth interim fee application (.1); Finalize and file affidavit of service re: Enoch Kever eleventh fee statement (.1); Finalize and file affidavit of service re: Evercore Group fifth interim fee application (.1); Finalize and file certification of no objection re: Epiq twenty-fourth fee application (.2); E-mail to J. Madron re: of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 77
Client #  740489
Matter # 180326

---

| 07/15/16 | E-mail correspondence with C. Campbell re: KPMG fee matters (.1); E-mail correspondence (x5) with N. Hwangpo re: K&L Gates fee issues (.2); Review and revise third notice of K&L Gates excess fees (.3); Review and consideration of exhibit to same (.2); E-mail correspondence (x3) with B. Karpuk re: Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions fee matters (.1); Review and revise certification of no objection concerning Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions fee matters April 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence with N. Patel re: Evercore fee matters (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.30 hrs. | 550.00 | $715.00 |
| 07/18/16 | Finalize and file certification of no objection re: KPMG twenty-fourth fee statement (.2); E-mail to J. Madron re: same (.1); Review e-mail from J. Madron re: Evercore sixth interim fee application (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: KPMG sixth interim fee application (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Finalize and file certification of no objection re: Filsinger twenty-fifth fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 240.00 | $384.00 |
| 07/18/16 | Review and consideration of sixth interim period fee application of KPMG LLP and exhibits thereto (.8); Revising certification of no objection concerning KPMG LLP April 2016 monthly fee statement (.1); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x11) with C. Campbell re: KPMG fee matters (.3); Review and consideration of sixth interim period fee application of Evercore Group L.L.C. and exhibits thereto (.6); E-mail correspondence (x3) with P. Morin re: Filsinger Energy Partners fee matters (.1); Reviewing and revising certification of no objection with respect to Filsinger Energy Partners May 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 2.30 hrs. | 550.00 | $1,265.00 |

Energy Future Competitive Holdings Co.                          August 29, 2016
Texas Competitive Electric Holdings Co.                         Invoice 519096
1601 Bryan Street                                               Page 78
Dallas TX  75201
                                                                Client #  740489

                                                                Matter # 180326

---

| 07/20/16 | Finalize and file certification of no objection re: Thompson & Knight March fee statement (.2); Finalize and file certification of no objection re: Thompson & Knight April fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |

| 07/20/16 | E-mail correspondence (x5) with D. Liggins re: Thompson & Knight LLP fee issues (.2); Review and revise certification of no objection in connection with Thompson & Knight's March 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement with respect to same (.1); Review and revise certification of no objection in connection with Thompson & Knight's April 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement with respect to same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |

| 07/21/16 | Finalize and file certification of no objection re: Thompson & Knight May fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

| 07/21/16 | E-mail correspondence (x5) with D. Liggins re: Thompson & Knight LLP fee issues (.1); Review and revise certification of no objection with respect to Thompson & Knight May 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

| 07/22/16 | Review e-mail from J. Madron re: Filsinger twenty-sixth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |

| 07/22/16 | E-mail correspondence with P. Morin re: Filsinger Energy Partners fee matters (.1); Reviewing and revising Filsinger Energy Partners June 2016 monthly fee statement (.4); Draft notice of monthly fee statement in connection with same (.1); Review and comment on draft 2Q-2016 ordinary course professional payment report (.3); E-mail correspondence (x7) with M. Frank and N. Hwangpo re: same (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |

Energy Future Competitive Holdings Co.                    August 29, 2016
Texas Competitive Electric Holdings Co.                   Invoice 519096
1601 Bryan Street                                         Page 79
Dallas TX  75201

                                                          Client #  740489

                                                          Matter # 180326

---

| 07/25/16 | Finalize and file certification of no objection re: Balch & Bingham twentieth fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

| 07/25/16 | E-mail correspondence (x10) with A. Benschoter re: Balch & Bingham LLP fee matters (.3); Review and revise certification of no objection with respect to Balch & Bingham LLP May 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence with R. Young re: Deloitte & Touche LLP fee issues (.1); E-mail correspondence (x4) with M. Bouslog re: Gibson Dunn fee matters (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |

| 07/26/16 | Review e-mail from J. Madron re: Deloitte & Touche twenty-fourth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Finalize and file certification of no objection re: Gibson Dunn twenty-fifth fee statement (.2); E-mail to J. Madron re: same (.1); Finalize and file certification of no objection re: Kirkland & Ellis twenty-fifth fee statement (.2); E-mail to J. Madron re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |

| 07/26/16 | Review Deloitte & Touche LLP's April 2016 monthly fee statement (.2); Draft notice of monthly fee statement in connection with same (.1); Draft certification of no objection in connection with Gibson, Dunn & Crutcher May 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x4) with M. Bouslog re: same (.1); E-mail correspondence (x3) with N. Hwangpo re: Kirkland & Ellis fees (.1); Review and revise certification of no objection concerning Kirkland & Ellis May 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |

| 07/27/16 | Finalize and file re: statement of amounts paid to ordinary course professional from April 2016 to June 2016 (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096

Page 80

Client # 740489

Matter # 180326

---

| 07/27/16 | E-mail correspondence with N. Hwangpo re: ordinary course professional payment report for 2Q-2016 (.1); E-mail correspondence (x7) with M. Frank re: same (.2); Review final ordinary course professional report for 2Q-2016 (.2); Draft notice of filing of ordinary course professional report for 2Q-2016 (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

| 07/28/16 | Finalize and file affidavit of service re: Alvarez & Marsal North America twenty-first fee statement (.1); Finalize and file affidavit of service re: Gibson Dunn twenty-second fee statement (.1); Finalize and file affidavit of service re: Thompson & Knight fifth interim fee application (.1); Finalize and file affidavit of service re: Filsinger twenty-second fee statement (.1); Finalize and file affidavit of service re: KPMG fifth interim fee application (.1); Finalize and file affidavit of service re: Epiq twenty-first and twenty-second fee statements (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |

Total Fees for Professional Services $10,202.50

TOTAL DUE FOR THIS INVOICE **$10,202.50**

BALANCE BROUGHT FORWARD $29,191.58

**TOTAL DUE FOR THIS MATTER** **$39,394.08**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

August 29, 2016
Invoice 519096
Page 81

Client # 740489
Matter # 180326

For services through July 31, 2016
relating to Fee Applications of Others - EFH

| 07/07/16 | Review SOLIC Capital Advisors May 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/11/16 | Review Guggenheim Securities, LLC May 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/14/16 | Review Montgomery, McCracken May 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/21/16 | Review Guggenheim Securities June 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/22/16 | Review Sullivan & Cromwell June 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/26/16 | Review May 2016 monthly fee statement of Polsinelli PC | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/26/16 | Review SOLIC Capital Advisors June 2016 monthly fee statement (.1); Review Proskauer Rose June 2016 monthly fee statement (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| | | | | |
| 07/27/16 | Review email from J. Madron re: RLF fee estimates for next six months for E-Side only | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| | | | | |
| 07/27/16 | Review June 2016 monthly fee statement of AlixPartners, LLP | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 07/29/16 | Review Bielli & Klauder June 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 82

Client #  740489

Matter # 180326

---

| | |
|---|---:|
| Total Fees for Professional Services | $705.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$705.00** |
| BALANCE BROUGHT FORWARD | $760.68 |
| **TOTAL DUE FOR THIS MATTER** | **$1,465.68** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096
Page 83

Client #  740489
Matter # 180326

---

For services through July 31, 2016

relating to Fee Applications of Others - EFIH

| 07/22/16 | Review June 2016 monthly fee statement of Goldin Associates | | | |
|----------|-------------------------------------------------------------|----------|--------|---------|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 07/25/16 | Review Jenner & Block June 2016 monthly fee statement (.1); Review Stevens & Lee June 2016 monthly fee statement (.1) | | | |
|----------|-------------------------------------------------------------|----------|--------|---------|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services $165.00

TOTAL DUE FOR THIS INVOICE **$165.00**

BALANCE BROUGHT FORWARD $579.34

**TOTAL DUE FOR THIS MATTER** **$744.34**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

August 29, 2016
Invoice 519096

Page 84

Client #  740489

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Andrew M. Dean | 1.40 | 295.00 | 413.00 |
| Ann Jerominski | 3.70 | 240.00 | 888.00 |
| Barbara J. Witters | 62.40 | 240.00 | 14,976.00 |
| Caroline E. Dougherty | 2.00 | 240.00 | 480.00 |
| Daniel  J. DeFranceschi | 11.60 | 775.00 | 8,990.00 |
| Jason M. Madron | 132.10 | 550.00 | 72,655.00 |
| Joseph C. Barsalona, II | 26.80 | 360.00 | 9,648.00 |
| M. Lynzy McGee | 16.90 | 240.00 | 4,056.00 |
| Rebecca V. Speaker | 1.00 | 240.00 | 240.00 |
| Tesia S. Smith | 26.70 | 130.00 | 3,471.00 |
| TOTAL | 284.60 | $406.95 | 115,817.00 |

## TOTAL DUE FOR THIS INVOICE                                    $119,544.65

Payment may be made by wire transfer to our account at M&T Bank,
Rodney Square North, Wilmington, Delaware 19890, Account No.
2264-1174, ABA No. 022000046.  Please indicate on wire transfer the
invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone
charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

740489

Energy Future Competitive Holdings Co.                                    August 29, 2016
Texas Competitive Electric Holdings Co.                                   Invoice 519096
1601 Bryan Street                                                          Page 85
Dallas TX  75201
                                                                          Client #  740489

 

Client: Energy Future Holdings Corp., et al.

Matter: EFH - Restructuring Advice
   Case Administration - ALL
   Case Administration - EFH
   Creditor Inquiries - ALL
   Creditor Inquiries - TCEH
   Meetings - ALL
   Executory Contracts/Unexpired Leases - ALL
   Executory Contracts/Unexpired Leases - TCEH
   Plan of Reorganization/Disclosure Statement - ALL
   Plan of Reorganization/Disclosure Statement - EFH
   Plan of Reorganization/Disclosure Statement - TCEH
   Use, Sale of Assets - ALL
   Use, Sale of Assets - TCEH
   Claims Administration - ALL
   Claims Administration - TCEH
   Court Hearings - ALL
   Court Hearings - EFH
   Court Hearings - EFIH
   Court Hearings - TCEH
   General Corporate/Real Estate - ALL
   General Corporate/Real Estate - EFH
   Schedules/SOFA/U.S. Trustee Reports - ALL
   Environmental - ALL
   Tax Issues - ALL
   Litigation/Adversary Proceedings - ALL
   Litigation/Adversary Proceedings - EFH
   Litigation/Adversary Proceedings - EFIH
   Litigation/Adversary Proceedings - TCEH
   Retention of Others - ALL
   RLF Fee Applications - ALL
   RLF Fee Applications - EFH
   Fee Applications of Others - ALL

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 3

Client #  740489

Matter # 180326

---

For services through August 31, 2016

relating to  Case Administration - ALL

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/16<br>Paralegal | Review and circulate docket<br>Barbara J. Witters | | 0.30 hrs. | 240.00 | $72.00 |
| 08/01/16<br><br>Counsel | E-mail correspondence with S. Garabato re: service matters (.1); E-mail correspondence (x5) with D. DeFranceschi re: weekly work in process call (.1)<br>Jason M. Madron | | 0.20 hrs. | 550.00 | $110.00 |
| 08/01/16<br>Paralegal | Organize original pleadings (.2); Review affidavits of service and case docket to confirm filing of same (.5)<br>M. Lynzy McGee | | 0.70 hrs. | 240.00 | $168.00 |
| 08/02/16<br>Counsel | E-mail correspondence (x9) with S. Garabato re: service matters (.2); E-mail correspondence with C. Fallon re: affidavits of service (.1)<br>Jason M. Madron | | 0.30 hrs. | 550.00 | $165.00 |
| 08/03/16<br><br>Counsel | E-mail correspondence (x4) with D. DeFranceschi re: weekly work in process call (.1); E-mail correspondence (x14) with S. Garabato re: service matters (.3); E-mail correspondence (x6) with L. Rodriguez re: same (.2)<br>Jason M. Madron | | 0.60 hrs. | 550.00 | $330.00 |
| 08/03/16<br>Paralegal | Organize original pleadings and work with T. Smith regarding same<br>M. Lynzy McGee | | 3.60 hrs. | 240.00 | $864.00 |
| 08/03/16<br>Case Assistant | Organization of Court Filing materials for EFH<br>Tesia S. Smith | | 6.50 hrs. | 130.00 | $845.00 |
| 08/04/16<br>Paralegal | Review and circulate docket<br>Barbara J. Witters | | 0.60 hrs. | 240.00 | $144.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 4

Client #  740489

Matter #  180326

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 08/04/16 | E-mail correspondence (x19) with S. Garabato re: service matters (.4); E-mail correspondence (x4) with L. Rodriguez re: same (.1) | | | | |
| | Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 08/04/16 | Research original pleadings to confirm filed on docket (2.3); Work with T. Smith regarding organization of same (.9) | | | | |
| | Paralegal | M. Lynzy McGee | 3.20 hrs. | 240.00 | $768.00 |
| 08/04/16 | Work with T. Smith regarding organization of original pleadings | | | | |
| | Paralegal | M. Lynzy McGee | 0.20 hrs. | 240.00 | $48.00 |
| 08/04/16 | Organize District Court documents and research same | | | | |
| | Paralegal | M. Lynzy McGee | 1.40 hrs. | 240.00 | $336.00 |
| 08/04/16 | Organization of court filing materials | | | | |
| | Case Assistant | Tesia S. Smith | 6.00 hrs. | 130.00 | $780.00 |
| 08/05/16 | Review and circulate docket (.5); Organize and maintain original affidavits of service (.5) | | | | |
| | Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |
| 08/05/16 | E-mail correspondence with J. Livingstone re: service matters (.1); E-mail correspondence with D. Streany re: same (.1) | | | | |
| | Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/05/16 | Organize original court filing documents | | | | |
| | Paralegal | M. Lynzy McGee | 3.00 hrs. | 240.00 | $720.00 |
| 08/05/16 | Research regarding various original affidavits of service | | | | |
| | Paralegal | M. Lynzy McGee | 0.50 hrs. | 240.00 | $120.00 |
| 08/05/16 | Organize court filing materials | | | | |
| | Case Assistant | Tesia S. Smith | 1.50 hrs. | 130.00 | $195.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

September 27, 2016  
Invoice 521094  
Page 5

Client #  740489  
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 08/06/16 | E-mail correspondence (x4) with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/08/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 08/08/16 | E-mail correspondence (x21) with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 08/09/16 | E-mail correspondence (x8) with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/10/16 | E-mail correspondence (x14) with S. Garabato re: affidavits of service and other service matters | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 08/10/16 | Finalize and file affidavits of service with respect to service of various documents (x4) | | | |
| Paralegal | M. Lynzy McGee | 0.50 hrs. | 240.00 | $120.00 |
| 08/11/16 | E-mail correspondence (x4) with S. Garabato re: service matters (.1); E-mail correspondence with C. Fallon re: affidavit of service (.1); E-mail correspondence with J. Livingstone re: service matters (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 08/12/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 08/12/16 | E-mail correspondence (x4) with J. Livingstone re: service matters (.1); E-mail correspondence (x15) with S. Garabato re: same (.3) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 08/13/16 | E-mail correspondence with J. Livingstone re: service matters (.1); E-mail correspondence (x4) with B. Echols re: pro hac vice motion (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 6

Client # 740489

Matter # 180326

---

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/15/16 | Finalize and file re: pro hac motion B.Echols (.2); Upload order re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | | 0.30 hrs. | 240.00 | $72.00 |
| 08/15/16 | E-mail correspondence (x5) with C. Fallon re: service matters (.1); E-mail correspondence (x10) with S. Garabato re: same (.2); E-mail correspondence (x7) with B. Echols re: pro hac vice motion (.1); Draft pro hac vice motion for B. Echols (.2); E-mail correspondence (x3) with S. Garabato re: noticing issue (.1); E-mail correspondence (x3) with M. Collins and J. Keyak re: same (.1); E-mail correspondence (x8) with C. Murray re: service matters (.2) | | | | |
| Counsel | Jason M. Madron | | 1.00 hrs. | 550.00 | $550.00 |
| 08/16/16 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 240.00 | $120.00 |
| 08/16/16 | E-mail correspondence (x5) with C. Murray re: service matters (.1); E-mail correspondence (x5) with S. Garabato re: same (.1); E-mail correspondence (x4) with D. Streany re: same (.1) | | | | |
| Counsel | Jason M. Madron | | 0.30 hrs. | 550.00 | $165.00 |
| 08/16/16 | Organization of court filing materials | | | | |
| Case Assistant | Tesia S. Smith | | 0.40 hrs. | 130.00 | $52.00 |
| 08/17/16 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 240.00 | $120.00 |
| 08/17/16 | E-mail correspondence with D. Streany re: service matters | | | | |
| Counsel | Jason M. Madron | | 0.10 hrs. | 550.00 | $55.00 |
| 08/17/16 | Organization of court filing materials | | | | |
| Case Assistant | Tesia S. Smith | | 1.00 hrs. | 130.00 | $130.00 |
| 08/18/16 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | | 0.50 hrs. | 240.00 | $120.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 7

Client #  740489

Matter # 180326

| Date | Description | | | |
|---|---|---|---|---|
| 08/18/16 | E-mail correspondence with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/18/16 | Organization of materials | | | |
| Case Assistant | Tesia S. Smith | 3.00 hrs. | 130.00 | $390.00 |
| 08/19/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 08/19/16 | E-mail correspondence with S. Garabato re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/22/16 | E-mail correspondence with S. Garabato re: service matters (.1); E-mail correspondence (x8) with C. Murray re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 08/23/16 | Docket distribution | | | |
| Paralegal | Ann Jerominski | 0.40 hrs. | 240.00 | $96.00 |
| 08/23/16 | E-mail correspondence (x9) with S. Garabato re: service matters (.2); E-mail correspondence (x6) with C. Murray and D. Streany re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 08/23/16 | Organize 8/15/16 hearing materials | | | |
| Case Assistant | Tesia S. Smith | 3.00 hrs. | 130.00 | $390.00 |
| 08/24/16 | Email correspondence re: service issue to Epiq | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 08/24/16 | E-mail correspondence (x4) with D. Streany re: service matters (.1); E-mail correspondence (x9) with S. Garabato re: same (.2); E-mail correspondence (x4) with L. Rodriguez re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 8

Client #  740489

Matter #  180326

| | | | | |
|---|---|---|---|---|
| 08/25/16 | E-mail correspondence (x4) with D. McDonner re: noticing and service issue (.1); E-mail correspondence (x5) with S. Garabato re: same (.2); E-mail correspondence (x4) with L. Rodriguez re: service matters (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 08/26/16 | Review and circulate correspondence from CT and CSC re: service issues and distribute same to Epiq | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 08/26/16 | Review docket updates | | | |
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| 08/26/16 | E-mail correspondence (x5) with J. Livingstone re: service matters (.1); E-mail correspondence with L. Rodriguez re: noticing issue (.1); E-mail correspondence (x4) with D. Streany re: same (.1); E-mail correspondence (x4) with S. Garabato re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 08/26/16 | Organization of more materials from 8/15/16 hearing | | | |
| Case Assistant | Tesia S. Smith | 2.80 hrs. | 130.00 | $364.00 |
| 08/27/16 | E-mail correspondence with C. Fallon re: service matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/29/16 | E-mail correspondence (x4) with S. Garabato re: service matters (.1); E-mail correspondence with C. Fallon re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/30/16 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 08/30/16 | E-mail correspondence (x6) with C. Fallon re: affidavits of service and other service matters (.2); E-mail correspondence with S. Garabato re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 9

Client #  740489

Matter # 180326

| | | | | | |
|---|---|---|---|---|---|
| 08/31/16 | Review and circulate docket | | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | | $48.00 |
| 08/31/16 | Review docket updates from Epiq | | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | | $155.00 |
| 08/31/16 | E-mail correspondence (x4) with S. Garabato re: affidavits of service (.1); E-mail correspondence (x5) with D. Streany re: service matters (.1); E-mail correspondence with L. Rodriguez re: same (.1) | | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | | $165.00 |
| 08/31/16 | Organize, finalize and file affidavits of service (x13) (1.4); Correspondence with B. Witters regarding same (.1) | | | | |
| Paralegal | M. Lynzy McGee | 1.50 hrs. | 240.00 | | $360.00 |

Total Fees for Professional Services          $12,866.50

TOTAL DUE FOR THIS INVOICE                **$12,866.50**
BALANCE BROUGHT FORWARD               $23,912.70

**TOTAL DUE FOR THIS MATTER**            **$36,779.20**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 10

Client #  740489

Matter # 180326

For services through August 31, 2016

relating to  Creditor Inquiries - ALL

| 08/09/16 | E-mail correspondence (x3) with J. Barsalona re: creditor inquiry | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/15/16 | E-mail correspondence (x4) with A. Tao re: creditor inquiry (.1); E-mail correspondence (x3) with R. Chaikin re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/22/16 | E-mail correspondence (x3) with J. Barsalona re: creditor inquiry | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/23/16 | E-mail correspondence (x7) with S. Toner and S. Murphy re: creditor inquiry (.1); E-mail correspondence (x3) with S. Garabato re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/23/16 | Respond to creditor Inquiry | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 08/24/16 | Retrieve and circulate letter from K. Stewart (.1); Distribute same to J. Madron per request (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 08/26/16 | E-mail correspondence (x6) with J. Barsalona re: creditor inquiry | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services        $469.00

TOTAL DUE FOR THIS INVOICE        **$469.00**

BALANCE BROUGHT FORWARD        $1,521.09

**TOTAL DUE FOR THIS MATTER**        **$1,990.09**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 11

Client #  740489

Matter # 180326

---

For services through August 31, 2016

relating to  Creditor Inquiries - TCEH

| | | | | |
|---|---|---|---|---|
| 08/10/16 | Respond to creditor inquiry from cure objection creditor | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 08/24/16 | Respond to creditor inquiry regarding effective date of plan | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 08/26/16 | Respond to creditor inquiry | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Total Fees for Professional Services $216.00

TOTAL DUE FOR THIS INVOICE **$216.00**

BALANCE BROUGHT FORWARD $108.00

**TOTAL DUE FOR THIS MATTER** **$324.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 12

Client #  740489
Matter # 180326

For services through August 31, 2016
relating to  Meetings - ALL

| 08/08/16 | Attend weekly conference call with C. Gooch, C. Husnick, A. Horton, M. McKane, K. Moldovan, A. Meek, A. Yenamandra, K. Frazier, C. Howard, M. Frank, J. Walker, J. Ehrenhofer, J. Ganter, J. Matican, A. Sexton, R. Chaikin, D. DeFranceschi re: work in process and case management issues | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

Total Fees for Professional Services        $220.00

TOTAL DUE FOR THIS INVOICE              **$220.00**
BALANCE BROUGHT FORWARD              $2,927.87

**TOTAL DUE FOR THIS MATTER**           **$3,147.87**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 13

Client # 740489

Matter # 180326

---

For services through August 31, 2016

relating to Executory Contracts/Unexpired Leases - ALL

| | | | | |
|---|---|---|---|---|
| 08/19/16 | E-mail correspondence (x6) with L. Kaisey re: eighth stipulation to further extend section 365(d)(4) period in connection with Energy Plaza lease | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/22/16 | Finalize and file certification of counsel re: order extend 365(d)(4) (.2); E-mail to Epiq re: service of same (.1); Coordinate to Judge Sontchi re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| 08/22/16 | Review and revise eighth stipulation further extending section 365(d)(4) period with respect to Energy Plaza lease (.5); Review and revise proposed form of order approving same (.3); Draft certification of counsel concerning order approving eighth stipulation further extending section 365(d)(4) period with respect to Energy Plaza lease (.7); E-mail correspondence (x3) with L. Kaisey re: same (.1) | | | |
| Counsel | Jason M. Madron | 1.60 hrs. | 550.00 | $880.00 |
| 08/24/16 | Retrieve, import and circulate 365(d)(4) extension order in connection with Energy Plaza lease (.1); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 08/24/16 | Review entered order approving eighth stipulation further extending section 365(d)(4) period with respect to Energy Plaza lease (.1); E-mail correspondence (x3) with L. Kaisey re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services $1,244.00

TOTAL DUE FOR THIS INVOICE **$1,244.00**

BALANCE BROUGHT FORWARD $878.82

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 14

Client #  740489

Matter # 180326

**TOTAL DUE FOR THIS MATTER**                    **$2,122.82**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 15
Client # 740489
Matter # 180326

For services through August 31, 2016

relating to Executory Contracts/Unexpired Leases - TCEH

| 08/02/16 | Finalize and file re: notice of assumption of certain executory contracts with Michele North America (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

| 08/02/16 | E-mail correspondence (x3) with M. Thompson re: notice of assumption of executory contract with Michelin North America, Inc. (.1); Review and revise notice of assumption of executory contract with Michelin North America, Inc. and related order in connection with same (.5); E-mail correspondence (x5) with K. Mailloux re: same (.2); Call with B. Witters re: issue in connection with same (.1); Factual investigation re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.00 hrs. | 550.00 | $550.00 |

| 08/08/16 | Review and consideration of Pooled Equipment Inventory Company's amended objection to proposed cure amount in connection with assumption of executory contract (.2); Call with L. Kaisey re: Salesforce.com, Inc. contract issue (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

| 08/09/16 | E-mail correspondence and discussion with J. Barsalona re: status of T-Side cure objections (.1); E-mail correspondence (x6) with E. Geier re: same (.2); E-mail correspondence with M. Thompson re: same (.1); Review Oracle America, Inc.'s objection to assumption and assignment of executory contracts (.3); E-mail correspondence (x4) with G. Taylor re: proposed assumption of certain contracts with Union Pacific Railroad (.1); E-mail correspondence with M. Thompson re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 16

Client # 740489

Matter # 180326

| | | | | |
|---|---|---|---|---|
| 08/10/16 | E-mail correspondence (x15) with G. Taylor and M. Thompson re: Union Pacific Railroad contract cure issue (.3); Calls (x3) with G. Taylor re: same (.3); E-mail correspondence (x7) with E. Geier re: same (.2); E-mail correspondence (x6) with C. Husnick re: same (.2); Review Boral Material Technologies cure objection (.1); Review Union Pacific Railroad's reservation of rights in connection with proposed assumption and assignment of contract (.1); Review Accenture LLP's cure objection and exhibit thereto (.4); Review and consideration of objection of SAP Industries to proposed assumption and assignment of executory contract (.5) | | | |
| Counsel | Jason M. Madron | 2.10 hrs. | 550.00 | $1,155.00 |
| 08/11/16 | E-mail correspondence (x4) with G. Taylor re: Union Pacific Railroad cure objection | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/12/16 | E-mail correspondence (x4) with L. Murley re: Accenture LLP cure objection (.1); E-mail correspondence with M. Thompson re: notice of assumption of Michelin North America, Inc. contract (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/22/16 | E-mail correspondence (x5) with J. McMahon re: cure objection issue (.1); E-mail correspondence (x5) with C. Husnick re: same (.1); E-mail correspondence with M. Thompson re: notice of assumption of Michelin North America, Inc. contract (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 08/24/16 | Finalize and efile certification of no objection re: notice of assumption of Michelin North America contract (.1); Coordinate submission of notice, certification of no objection and proposed order to chambers (.2); Circulate certification of no objection (.1) | | | |
| Paralegal | Ann Jerominski | 0.40 hrs. | 240.00 | $96.00 |
| 08/24/16 | Review and revise certification of no objection concerning notice of assumption of contract with Michelin North America, Inc. (.2); Examine docket in connection with same and finalize same for filing (.1); E-mail correspondence (x5) with M. Thompson re: proposed assumption of contract with Michelin North America, Inc. (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 17

Client # 740489

Matter # 180326

| 08/25/16 | Retrieve and circulate Michelin North America assumption order (.1); Coordinate service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| 08/25/16 | Review entered copy of order approving assumption of contract with Michelin North America, Inc. (.1); E-mail correspondence (x3) with M. Thompson re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/30/16 | Review email from counsel to Boral re: cure objection | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Total Fees for Professional Services          $3,277.00

TOTAL DUE FOR THIS INVOICE          **$3,277.00**
BALANCE BROUGHT FORWARD          $513.12

**TOTAL DUE FOR THIS MATTER**          **$3,790.12**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 18

Client #  740489

Matter # 180326

TOTAL DUE FOR THIS INVOICE                                    **$0.00**

**TOTAL DUE FOR THIS MATTER**                                    **$0.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 19

Client #  740489

Matter # 180326

For services through August 31, 2016

relating to  Plan of Reorganization/Disclosure Statement - ALL

| 08/01/16 | Review notice of intent to participate in new chapter 11 plan process by John H. Jones (.2); Review letter correspondence from D. Hogan re: same (.1); E-mail correspondence with M. Rust re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

| 08/08/16 | Review NextEra Energy's notice of intent to participate in plan confirmation proceedings | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services $275.00

TOTAL DUE FOR THIS INVOICE **$275.00**

BALANCE BROUGHT FORWARD $13,370.66

**TOTAL DUE FOR THIS MATTER** **$13,645.66**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 20

Client # 740489

Matter # 180326

For services through August 31, 2016

relating to Plan of Reorganization/Disclosure Statement - EFH

| 08/01/16 | Email with J. Madron re: E-side Plan and Disclosure Statement | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| 08/01/16 | E-mail correspondence (x3) with A. Yenamandra re: new plan for E-Side (.1); E-mail correspondence with M. Thompson re: same (.1); E-mail correspondence with K. Hill re: E-Side confirmation deadlines and scheduling (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 08/02/16 | Review motion re: scheduling Disclosure Statement and Plan confirmation for E-Side | | | |
| Director | Daniel J. DeFranceschi | 1.30 hrs. | 775.00 | $1,007.50 |
| 08/02/16 | E-mail correspondence (x4) with M. McKane re: E-Side disclosure statement and plan process issues (.1); E-mail correspondence (x4) with M. Thompson re: E-Side plan and disclosure statement filings (.1); E-mail correspondence with A. Yenamandra re: same (.1); Meeting with B. Witters re: same (.2); Discussion with J. Barsalona re: same (.1); Review and comment on draft motion to approve E-Side disclosure statement and schedule to govern E-Side plan process along with certain exhibits to same (1.4); Review and consideration of plan support agreement with NextEra Energy in connection with E-Side plan process (1.1); E-mail correspondence (x4) with M. Thompson re: motion to approve plan support agreement (.1) | | | |
| Counsel | Jason M. Madron | 3.20 hrs. | 550.00 | $1,760.00 |
| 08/03/16 | Review e-mail from J. Madron re: motion to approve merger agreement-and E-side Plan Support agreement (.1); Assemble exhibit re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Finalize and file re: Hiltz declaration in support of same (.2); E-mail to Epiq re: service of same (.1); Finalize and file re: Ying declaration in support of same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 240.00 | $264.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 21

Client # 740489

Matter # 180326

| 08/03/16 | Review and respond to email from J. Madron re: E-side amended plan | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |

| 08/03/16 | E-mail correspondence (x3) with M. Thompson re: motion to approve E-Side disclosure statement and related schedule (.1); Call with R. Werkheiser in Judge Sontchi's Chambers re: scheduling considerations in connection with E-Side disclosure statement and plan process (.4); Review and comment on draft motion to approve merger agreement and entry into plan support agreement in connection with E-Side plan process (.9); Review and comment on draft Hiltz declaration in support of same (.5); Review and comment on draft Ying declaration in support of same (.4); E-mail correspondence (x29) with M. Thompson re: motion to approve merger agreement and entry into plan support agreement in connection with E-Side plan process (.5); E-mail correspondence (x11) with S. Winters re: same (.3); E-mail correspondence with A. Yenamandra re: same (.1); E-mail correspondence (x5) with J. Barsalona re: issues in connection with same (.1); Review and consideration of merger agreement in connection with proposed E-Side plan process (1.3); Review and provide comments to updated draft motion to approve E-Side disclosure statement and related E-Side plan process schedule (.6); E-mail correspondence (x12) with M. Thompson re: same (.3); Review and revise final motion to approve merger agreement and entry into plan support agreement in connection with E-Side plan process (.6); Draft notice of motion and hearing re: same (.1); Review, revise, and finalize final Hiltz declaration in support of same (.2); Review, revise, and finalize final Ying declaration in support of same (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 6.60 hrs. | 550.00 | $3,630.00 |

| 08/04/16 | E-mail correspondence (x5) with R. Schepacarter re: motion to approve plan support agreement and merger agreement in connection with E-Side plan process (.1); E-mail correspondence (x3) with B. Witters re: same (.1); E-mail correspondence (x3) with Z. Shapiro re: anticipated E-Side plan-related filings on 8/5/16 (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 22
Client #  740489
Matter # 180326

---

| 08/05/16 | Prepare draft notice of motion re: approval of disclosure statement E-side (.2); Prepare draft notice of motion re: scheduling motion E-side (.2); Review e-mail from Z. Shapiro re: preparation of notice for scheduling conference (.1); Prepare notice of scheduling conference (.6); E-mail to Z. Shapiro re: same (.1); Review e-mail from Z. Shapiro re: notice of scheduling conference (.1); Revise notice of same (.2); E-mail to Z. Shapiro re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from Z. Shapiro re: notice of filing third amended plan E-side (.1); Import and assemble re: same (.2); E-mail to Z. Shapiro re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from Z. Shapiro re: disclosure statement for third amended plan E-side (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from Z. Shapiro re: motion scheduling dates E-side (.1); Import and assemble re: same (.2); E-mail to Z. Shapiro re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 3.70 hrs. | 240.00 | $888.00 |
| | | | | |
| 08/05/16 | E-mail correspondence (x6) with E. Geier re: E-Side plan process issues and related filings (.2); E-mail correspondence (x15) with Z. Shapiro re: E-Side plan filings (.4); E-mail correspondence (x7) with A. Yenamandra re: same (.2); E-mail correspondence (x17) with M. Thompson re: same (.4) | | | |
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |
| | | | | |
| 08/08/16 | Review and analysis of Objection of Bank of New York Mellon as indenture trustee to 20137 Notes Claims to confirmation of the E-Side plan | | | |
| Director | Daniel  J. DeFranceschi | 0.40 hrs. | 775.00 | $310.00 |
| | | | | |
| 08/09/16 | E-mail correspondence (x6) with R. Schepacarter re: E-Side plan related filings (.1); E-mail correspondence (x3) with B. Witters re: same (.1); Call with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX 75201

September 27, 2016  
Invoice 521094  
Page 23  
Client # 740489  
Matter # 180326

---

| 08/10/16 | E-mail correspondence (x6) with A. Yenamandra re: 8/16/16 E-Side disclosure statement process scheduling conference (.2); E-mail correspondence (x3) with D. Gadson in Judge Sontchi's Chambers re: same (.1); E-mail correspondence with D. DeFranceschi: same (.1); Call with R. Werkheiser in Judge Sontchi's Chambers re: E-Side plan process scheduling considerations (.3) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

| 08/11/16 | Call and e-mail correspondence with Z. Shapiro re: E-Side plan issue | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 08/12/16 | Review e-mail from J. Madron re: notice of filing of plan process scheduling order E-side (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1); Review e-mail from J. Madron re: opposition to EFH Indenture motion in limine (.1); Assemble exhibits re: same (.2); Finalize and file re: same [Sealed] (.2); E-mail to Kirkland & Ellis distribution re: same (.1); Finalize and file re: same [Redacted] (.3); E-mail to Kirkland & Ellis distribution re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.60 hrs. | 240.00 | $384.00 |

| 08/12/16 | Call with A. Yenamandra re: E-Side plan process scheduling considerations (.4); E-mail correspondence (x17) with A. Yenamandra re: same (.4); Call with R. Werkheiser in Judge Sontchi's Chambers re: scheduling issues in connection with E-Side plan process (.3); E-mail correspondence with M. Kieselstein re: same (.1); E-mail correspondence (x5) with C. Husnick re: same (.2); Draft notice of hearing to consider approval of E-Side disclosure statement, E-Side disclosure statement approval motion, and motion to approve E-Side plan support agreement (1.1); Draft notice of filing of scheduling bridge order concerning fact discovery cut-off date in connection with E-Side plan process (.6); Review and revise scheduling bridge order concerning fact discovery cut-off date in connection with E-Side plan process (.4) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 3.50 hrs. | 550.00 | $1,925.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 24

Client #  740489

Matter #  180326

---

| 08/16/16 | E-mail correspondence (x3) with J. Huston re: revised E-Side plan process scheduling order (.1); E-mail correspondence with A. Yenamandra re: same (.1); E-mail correspondence (x4) with A. Yenamandra re: notice of E-Side disclosure statement hearing and hearing to consider approval of related motion to approve plan support agreement and merger agreement (.1); E-mail correspondence (x10) with J. Barsalona re: same (.2); Call with J. Barsalona re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| | | | | |
| 08/16/16 | Review emails between A. Yenamandra and J. Madron re: E-Side Disclosure Statement Hearing (.1); Call with J. Madron re: same (.2); Discussion with A. Dean re: same (.3); Draft notice of hearing on of PSA Motion, Disclosure Statement Approval Motion and Disclosure Statement (.7); Revise notice hearing on of PSA Motion, Disclosure Statement Approval Motion and DS (.1); Assist co-counsel with preparation and filing of notice of hearing on Disclosure Statement Scheduling Motion and order (.3) | | | |
| Associate | Joseph C. Barsalona, II | 1.70 hrs. | 360.00 | $612.00 |
| | | | | |
| 08/19/16 | Review limited objection of UMB to motion for scheduling order re: E-side plan confirmation trial | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| | | | | |
| 08/19/16 | Review objection to E-Side plan process scheduling order by UMB Bank, N.A. (.2); Review scheduling motion (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| | | | | |
| 08/22/16 | Prepare and file reply to objection to EFH side plan process scheduling | | | |
| Associate | Andrew M. Dean | 0.50 hrs. | 295.00 | $147.50 |
| | | | | |
| 08/22/16 | Finalize and file re: reply to limited objection to confirmation of plan E-side (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 25

Client #  740489
Matter #  180326

---

| Date | Description | | | |
|---|---|---|---|---|
| 08/23/16 | Review and consideration of UMB Bank's limited objection to motion to establish a schedule for E-Side plan confirmation process (.4); Review and consideration of Debtors' reply to UMB Bank's limited objection in connection with same (.4); E-mail correspondence (x11) with A. Yenamandra re: revised scheduling order in connection with E-Side plan process (.3); Draft certification of counsel concerning revised scheduling order in connection with E-Side plan process (.8); Review and revise revised scheduling order in connection with E-Side plan process (.4); E-mail correspondence (x8) with E. Geier re: modified third amended chapter 11 plan related to E-Side Debtors (.2); Review, revise, and consideration of modified third amended chapter 11 plan related to E-Side Debtors (.6); Review redline in connection with same (.4) | | | |
| Counsel | Jason M. Madron | 3.50 hrs. | 550.00 | $1,925.00 |
| 08/23/16 | Review Debtors' reply to limited objection of UMB Bank to E-Side Confirmation Scheduling Motion (.1); Review modified scheduling order of E-Side confirmation hearing (.1); Discussion with J. Madron re: confirmation trial scheduling (.3) | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |
| 08/23/16 | Organize exhibits for certification of counsel re: E-side plan process scheduling order (.3); Finalize and file certification of counsel (.2); Coordinate service of same (.1); Assist with preparation for filing plan (.3); Finalize and file plan (.2); Finalize and file blackline (.2); Coordinate service of plan and blackline (.1) | | | |
| Paralegal | Rebecca V. Speaker | 1.40 hrs. | 240.00 | $336.00 |
| 08/24/16 | Retrieve, import and circulate certification of counsel re: E-Side plan process scheduling order (.4); Retrieve, import and circulate scheduling order (.1); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.60 hrs. | 240.00 | $144.00 |
| 08/24/16 | E-mail correspondence (x5) with C. Husnick and A. Yenamandra re: E-Side plan process scheduling order (.1); Review Mr. Stewart's objection to entry of E-Side plan process scheduling order (.1); E-mail correspondence with A. Yenamandra re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 26
Client #  740489
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 08/25/16 | Retrieve, import and circulate Indenture Trustee's objection to plan support agreement motion (.1); Retrieve, import and circulate Fenicle objection to plan support agreement motion (.1); Retrieve, import and circulate Fidelity Management objection to plan support agreement motion (.1); Retrieve and import Contrarian objection and joinder to plan support agreement motion (.1) | | | |
| Paralegal | Ann Jerominski | 0.40 hrs. | 240.00 | $96.00 |
| 08/25/16 | Review Contrarian objection re: Termination Fee in connection with E-Side plan transaction | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 08/25/16 | Calls (x2) with R. Werkheiser in Judge Sontchi's Chambers re: Mr. Stewart's objection to entry of E-Side plan process scheduling order | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/25/16 | Discussion with A. Dean re: E-Side confirmation logistics (.2); Email with S. Ding re: same (.1); Review comments to revised plan (.2); Emails with A. Yenamandra re: same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| 08/26/16 | Review objection of EFH Indenture Trustee to order authorizing merger agreement, approving termination fee and entry into PSA (.4); Review and analysis of Fidelity objection to Nextera breakup fee (.5); Review Fahey objection to merger with Nextera (.6); Review objection of certain funds and accounts or sub advised by Fidelity to motion of EFIH re: merger/Termination fee/PSA (.7) | | | |
| Director | Daniel  J. DeFranceschi | 2.20 hrs. | 775.00 | $1,705.00 |
| 08/26/16 | Review objection of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates to Motion seeking Merger Agreement (.3); Review asbestos claimants objection to same (.2); Review EFH Indenture Trustee's Objection to same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| 08/29/16 | Review DTC Indenture trustee notice of intention to participate in T-Side disclosure statement hearings | | | |
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 27

Client #  740489
Matter # 180326

| 08/29/16 | Review Delaware Trust Company's notice of intent to participate in E-Side plan confirmation proceedings | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/31/16 | Review notice of intent to participate in E-Side confirmation trial filed by Delaware Trust Company (.1); Discussion with J. Madron re: confirmation trial (.3) | | | |
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |

Total Fees for Professional Services $18,922.50

TOTAL DUE FOR THIS INVOICE **$18,922.50**
BALANCE BROUGHT FORWARD $10,135.88

**TOTAL DUE FOR THIS MATTER** **$29,058.38**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 28

Client #  740489

Matter #  180326

For services through August 31, 2016

relating to  Plan of Reorganization/Disclosure Statement - EFIH

| | | | | |
|---|---|---|---|---|
| 08/05/16 | Revise and finalize scheduling conference notice (.9); Revise and finalize plan and related disclosure statement (3.0); Calls with M. Thompson re: same (.4) | | | |
| Counsel | Zachary I. Shapiro | 4.30 hrs. | 535.00 | $2,300.50 |
| 08/17/16 | Review and analysis of Debtors' reply re: PIK make-whole appeal to District Court | | | |
| Director | Daniel  J. DeFranceschi | 0.70 hrs. | 775.00 | $542.50 |

Total Fees for Professional Services $2,843.00

TOTAL DUE FOR THIS INVOICE **$2,843.00**

**TOTAL DUE FOR THIS MATTER** **$2,843.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 29
Client # 740489
Matter # 180326

For services through August 31, 2016

relating to Plan of Reorganization/Disclosure Statement - TCEH

| 08/01/16 | E-mail correspondence (x4) with K. Hill re: T-Side plan confirmation issue | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/02/16 | Attend deposition (telephonically) of P. Keglevic re: T-side Plan Confirmation | | | |
| Director | Daniel J. DeFranceschi | 1.70 hrs. | 775.00 | $1,317.50 |
| 08/02/16 | Review and consideration of AppLabs Technologies Pvt Ltd.'s protective confirmation objection in connection with T-Side plan | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/02/16 | Discussion with J. Madron re: T-Side plan documents | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 08/03/16 | Review e-mail from J. Madron re: affidavit of publications for notice of TCEH confirmation hearing (.2); Prepare notice of affidavit of publication for The Wall Street Journal (.2); Finalize and file re: same (.2); Prepare notice of affidavit of publication for USA Today (.2); Finalize and file re: same (.2); Prepare notice of affidavit of publication for The Dallas Morning News (.2); Finalize and file re: same (.2); Prepare notice of affidavit of publication for Star Telegram, Inc. (.2); Finalize and file re: same (.2); Prepare notice of affidavit of publication for Waco Tribune-Herald (.2); Finalize and file re: same (.2); Prepare notice of affidavit of publication for Houston Chronicle (.2); Finalize and file re: same (.2); Prepare notice of affidavit of publication for Corpus Christi Caller Times (.2); Finalize and file re: same (.2); Review e-mail from J. Madron re: plan supplement TCEH and exhibits (.1); Assemble exhibits re: same (1.0); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Finalize and file re: affidavit of service re: solicitation materials (.1) | | | |
| Paralegal | Barbara J. Witters | 4.50 hrs. | 240.00 | $1,080.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 30

Client # 740489

Matter # 180326

| 08/03/16 | E-mail correspondence (x3) with S. Garabato re: T-Side solicitation and ballot issue (.1); E-mail correspondence (x4) with M. Le Neel re: same (.1); Review and consideration of Texas Taxing Authorities' objection to T-Side plan confirmation (.2); E-mail correspondence with S. Garabato re: publication notices in connection with T-Side confirmation hearing (.1); E-mail correspondence (x3) with B. Witters re: same (.1); E-mail correspondence (x16) with A. Yenamandra re: plan supplement documents in connection with T-Side plan (.3); Review and revise notice of filing of T-Side plan supplement (.2); Review and consideration of voluminous exhibits to T-Side plan supplement (.8) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.90 hrs. | 550.00 | $1,045.00 |
| 08/03/16 | Factual investigation regarding preparations for T-Side confirmation hearing (.2); Email with S. Ding regarding same (.1); Legal research regarding plan issues (1.6) | | | |
| Associate | Joseph C. Barsalona, II | 1.90 hrs. | 360.00 | $684.00 |
| 08/04/16 | Review e-mail from J. Madron re: delivery of T-Side plan supplement and related pleadings to R. Schepacarter in binders and CD (.1); E-mail to Parcels re: preparation of same (.2); Telephone call from Parcels re: same (.2); Prepare index re: same (.3); Review binders and CD of same (.4); Coordinate delivery to R. Schepacarter re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 240.00 | $312.00 |
| 08/04/16 | Review and provide comments to draft joint pretrial order in connection with T-Side plan confirmation process (.5); E-mail correspondence (x4) with J. Ganter re: same (.1); E-mail correspondence with D. White re: preparations for T-Side plan confirmation trial (.1) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| 08/05/16 | E-mail correspondence with D. White re: preparations for T-Side plan confirmation trial | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/08/16 | Prepare and efile notice of joint stipulated final pre-trial order in connection with T-side Plan Process (.9); Coordinate service of same (.1) | | | |
| Paralegal | Cynthia McMenamin | 1.00 hrs. | 240.00 | $240.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX 75201

September 27, 2016  
Invoice 521094  
Page 31  

Client # 740489  
Matter # 180326

---

| 08/08/16 | Prepare and efile motion in limine in connection with T-side Plan Process (x2) and Memorandum of law (x3) (1.8); Coordinate service of same (.2) | | | |
| Paralegal | Cynthia McMenamin | 2.00 hrs. | 240.00 | $480.00 |

| 08/08/16 | E-mail correspondence (x6) with R. Schepacarter re: T-Side plan confirmation issue (.1); E-mail correspondence (x3) with C. Husnick re: briefing in connection with T-Side plan confirmation (.1); Factual investigation concerning issue in connection with same (.2); E-mail correspondence (x3) with A. Yenamandra re: same (.1); Review and consideration of U.S. Trustee's limited objection to confirmation of T-Side chapter 11 plan of reorganization (.6); E-mail correspondence (x12) with J. Ganter re: pre-trial order in connection with T-Side plan process (.3); E-mail correspondence (x4) with S. Ding re: same (.1); Review and provide comments to draft notice of filing of pre-trial order in connection with T-Side plan process (.3); Review TXU 2007-1 Railcar Leasing's reservation of rights in connection with confirmation of new plan relating to T-Side (.1); E-mail correspondence with J. McMahon re: same (.1); Review and consideration of reservation of rights filed by NextEra Energy Resources in connection with T-Side plan confirmation (.4); Review and revise final notice of filing of draft pre-trial order in connection with T-Side plan process (.3); Review, revise, and consideration of final draft pre-trial order in connection with T-Side plan process (.5) | | | |
| Counsel | Jason M. Madron | 3.20 hrs. | 550.00 | $1,760.00 |

| 08/09/16 | Review e-mail from J. Madron re: distribution of memo of law in support of motion in limine (sealed) to R. Schepacarter and Judge Sontchi (.1); Prepare under seal cover sheet re: same (.2); Prepare sealed document x2 re: same (.2); Coordinate delivery to R. Schepacarter re: same (.1); Coordinate delivery to Judge Sontchi re: same (.1); Review e-mail from J. Madron re: distribution of third amended plan and related pleadings filed in 8/5/16 to R. Schepacarter (.1); Retrieve pleadings re:same (.2); Prepare CD re: pleadings of same (.3); Prepare index re: same (.2); Prepare binder re: same (.4); Coordinate delivery to R. Schepacarter re:s ame (.2) | | | |
| Paralegal | Barbara J. Witters | 2.10 hrs. | 240.00 | $504.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 32
Client # 740489
Matter # 180326

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/09/16 | Discussion with J. Barsalona re: status of T-Side plan process (.2); E-mail correspondence (x8) with M. Thompson re: American Stock Transfer & Trust Company LLC's and Contrarian Capital Management's joint sealed T-Side plan confirmation objection (.2); Review and consideration of The Bank of New York Mellon Trust Company's objection to T-Side plan confirmation (.6); Review and consideration of Fenicle, Fahy, and Jones objection to confirmation of T-Side chapter 11 plan (.6); Review UMB Bank, N.A.'s reservation of rights in connection with T-Side plan confirmation (.3); E-mail correspondence (x4) with J. Barsalona and D. White re: T-Side plan confirmation trial logistics and planning (.1); Review and consideration of sealed joint objection of Contrarian Capital Management and American Stock Transfer & Trust Company LLC to T-Side plan confirmation (1.1); E-mail correspondence (x10) with B. Stephany re: draft joint pre-trial order in connection with T-Side plan confirmation process (.3); Review and consideration of sealed Schneider declaration filed in support of same and exhibits thereto (.8); Review Fidelity Management & Research Company's joinder to same (.1) | | | |
| Counsel | Jason M. Madron | 4.30 hrs. | 550.00 | $2,365.00 |
| | | | | |
| 08/09/16 | Discussions (x2) with J. Madron re: confirmation trial | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| | | | | |
| 08/09/16 | Review motion to exclude testimony of Jack F. Williams from T-Side confirmation hearing (.1); Review memorandum of law regarding same (.3); Review motion to exclude certain arguments raised by asbestos complainants at confirmation hearing (.1); Review memorandum of law regarding same (.3) | | | |
| Associate | Joseph C. Barsalona, II | 0.80 hrs. | 360.00 | $288.00 |
| | | | | |
| 08/10/16 | E-mail correspondence with M. McKane re: T-Side confirmation trial logistics (.1); E-mail correspondence (x7) with G. Finizio re: same (.2); E-mail correspondence (x5) with R. Schepacarter re: same (.2); Call with J. Barsalona re: same (.1); E-mail correspondence (x3) with D. Gadson in Judge Sontchi's Chambers re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

Energy Future Competitive Holdings Co.                    September 27, 2016
Texas Competitive Electric Holdings Co.                   Invoice 521094
1601 Bryan Street                                         Page 33
Dallas TX 75201
                                                         Client # 740489

                                                         Matter # 180326

---

08/10/16      Review U.S. Trustee's Limited Objection to T-Side confirmation (.2);
              Review Reservation of Rights by TXU 2007-1 Railcar Leasing LLC with
              respect to T-Side confirmation (.1); Review Asbestos Plaintiffs' Objection
              to T-Side confirmation (.2); Review Objection by Bank of New York
              Mellon to T-Side confirmation (.2); Review reservation of rights by
              NextEra Energy with respect to T-Side confirmation (.1); Review Oracle's
              Objection to T-Side confirmation (.1); Review reservation of rights of UMB
              Bank with respect to T-Side confirmation (.1); Review objection of EFH
              Indenture Trustee and Contrarian Capital Management, LLC to T-Side
              confirmation (.4); Review Declaration of Erik Schneider in Support of same
              and exhibits related thereto (.2); Review joinder of Fidelity Management
              and Research Company to EFH Indenture Trustee and Contrarian Capital
              Management's objection to T-Side confirmation (.1); Review Boral
              Material Technologies, LLC's objection to cure amount under T-Side plan
              (.1); Discuss confirmation schedule with S. Bosak (.1); Emails with E. Geier
              regarding cure objection of Boral Material Technologies (.1)
Associate     Joseph C. Barsalona, II          2.00 hrs.        360.00               $720.00


08/10/16      Prepare index re: third amended plan and related documents binder for
              Judge Sontchi (.3); Prepare binders regarding same (2.5); Review and
              finalize binders (.3)
Paralegal     M. Lynzy McGee                   3.10 hrs.        240.00               $744.00


08/11/16      Finalize and file re: notice of extension of deadline to file motions in limine
              in connection with T-Side plan process (.2); E-mail to Epiq re: service of
              same (.1); Review e-mail from J. Madron re: amended plan supplement
              TCEH (.1); Assemble exhibits re: same (.4); Finalize and file re: same (.2)
Paralegal     Barbara J. Witters               1.00 hrs.        240.00               $240.00


08/11/16      Technical Support for visting co-counsel in connection with T-Side Plan
              confirmation trial
Litigation    Carlos B Terreforte              0.50 hrs.        240.00               $120.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 34

Client # 740489
Matter # 180326

---

| 08/11/16 | E-mail correspondence (x3) with B. Stephany re: logistics and planning for T-Side plan confirmation trial (.1); E-mail correspondence (x3) with J. Barsalona re: same (.1); Meeting with J. Barsalona re: same (.3); Confer with M. Terranova Fissel re: same (.3); E-mail correspondence (x4) with A. Yenamandra re: amended plan supplement filing (.1); Review and revise notice of filing of amended plan supplement in connection with T-Side plan confirmation process (.4); Review exhibits to amended plan supplement in connection with T-Side plan confirmation process (.6); Call with B. Witters re: amended plan supplement filing (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.00 hrs. | 550.00 | $1,100.00 |
| 08/11/16 | Discussion with A. Dean re: T-Side Plan confirmation hearing (.2); Discussion with J. Madron re: same (.3); Discussion with B. Witters re: same (.1); Discussion with C. Borris re: same (.1); Review chart on confirmation trial scheduling (.1); Revise Richards, Layton & Finger, P.A. email domain recipients for TCEH confirmation hearing (.1); Prepare staffing plan for TCEH confirmation hearing (.1) | | | |
| Associate | Joseph C. Barsalona, II | 1.00 hrs. | 360.00 | $360.00 |
| 08/11/16 | Finalize binders re: 3rd amended plan for submission to Chambers and coordinate delivery of same | | | |
| Paralegal | M. Lynzy McGee | 0.90 hrs. | 240.00 | $216.00 |
| 08/11/16 | Meeting with J. Madron re: assistance with T-Side Plan confirmation hearing | | | |
| Associate | Marisa A Terranova Fissel | 0.30 hrs. | 510.00 | $153.00 |
| 08/12/16 | Review e-mail from J. Madron re: notice of filing of revised joint stipulated final T-Side pre-trial order T-side (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 08/12/16 | Review amended plan supplement re: TCEH debtors and EFH Shared Services Debtors and related exhibits | | | |
| Director | Daniel J. DeFranceschi | 0.90 hrs. | 775.00 | $697.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 35

Client # 740489
Matter # 180326

---

| Date | Description | | | |
|---|---|---|---|---|
| 08/12/16 | E-mail correspondence (x11) with J. Barsalona re: preparation and logistics concerning T-Side plan confirmation trial (.3); Call with J. Barsalona re: same (.1); E-mail correspondence (x5) with A. Yenamandra re: T-Side plan confirmation issue (.2); E-mail correspondence with M. Esser re: same (.1); E-mail correspondence (x4) with M. McKane re: same (.1); E-mail correspondence (x5) with D. Fournier and M. Custer re: same (.1); E-mail correspondence with M. Thompson re: same (.1); Review SAP Industries, Inc.'s notice of intent to participate in T-Side plan confirmation proceedings (.1); E-mail correspondence (x7) with S. Kazan and C. Husnick re: T-Side plan supplement (.2); E-mail correspondence (x11) with J. Ganter re: revised joint pre-trial order in connection with T-Side plan process (.3); E-mail correspondence with M. Esser re: direct declarations in support of T-Side plan confirmation (.1); E-mail correspondence (x4) with M. Firestein re: preparations for T-Side plan confirmation trial (.1); Review and revise notice of filing of revised joint pre-trial order in connection with T-Side plan process (.2); Review and revise modified joint pre-trial order in connection with T-Side plan process (.2); Review related redline (.2) | | | |
| Counsel | Jason M. Madron | 2.40 hrs. | 550.00 | $1,320.00 |
| 08/12/16 | Emails with S. Ding re: trial preparations relating to T-Side Plan Confirmation (.1); Discussion with S. Bosak re: same (.1); Emails with S. Ding re: trial preparations (.1); Discussion with S. Bosak re: same (.1); Email with J. Madron re: depositions for confirmation trial (.1); Further discussions with S. Bosak re: confirmation trial | | | |
| Associate | Joseph C. Barsalona, II | 0.80 hrs. | 360.00 | $288.00 |
| 08/13/16 | E-mail correspondence with C. Husnick re: preparations for T-Side plan confirmation trial | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/14/16 | Prepare opposition to EFH indenture trustee's motion in limine (sealed) for transmittal to Judge Sontchi and United States Trustee (.3); Prepare under seal cover page re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 08/14/16 | Technical Support for visiting co-counsel in connection with T-Side Plan confirmation trial | | | |
| Litigation | Carlos B Terreforte | 5.50 hrs. | 240.00 | $1,320.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 36

Client # 740489

Matter # 180326

---

| 08/14/16 | E-mail correspondence (x21) with A. Dean re: preparations for T-Side plan confirmation trial and related logistics (.5); E-mail correspondence (x6) with A. Yenamandra re: same (.2); E-mail correspondence (x3) with C. Husnick re: same (.1); E-mail correspondence (x7) with M. Esser re: same (.2); E-mail correspondence (x6) with B. Stephany re: same (.2); E-mail correspondence with J. Ganter re: second revised final pre-trial order in connection with T-Side plan confirmation process (.1); Review and comment on draft notice of filing of second revised final pre-trial order in connection with T-Side plan confirmation process (.2) | | | |
| Counsel | Jason M. Madron | 1.50 hrs. | 550.00 | $825.00 |

| 08/15/16 | Finalize and file re: notice of filing of second revised joint stipulated final pre-trial order in connection with T-Side Plan confirmation (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1); Finalize and file certification of counsel re: third revised joint stipulation final pre-trial order in connection with T-Side Plan Confirmation (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1); Finalize and file re: Sullivan declaration concerning voting and ballots (.2); Review e-mail from J. Madron re: memorandum of law in support third amended plan confirmation [sealed] (.1); Finalize and file re: same (.2); E-mail to distribution re: same (.1); Review e-mail from J. Madron re: memorandum of law in support of third amended plan confirmation [redacted] (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: Esser declaration in support of memorandum of law [redacted] (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: Esser declaration in support of memorandum of law [sealed] (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to distribution re: service of same (.1); | | | |
| Paralegal | Barbara J. Witters | 3.00 hrs. | 240.00 | $720.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 37
Client #  740489
Matter # 180326

---

| 08/15/16 | E-mail correspondence (x4) with W. Bowden re: T-Side plan confirmation trial (.1); E-mail correspondence (x5) with W. Chipman re: T-Side plan confirmation matters (.1); E-mail correspondence (x12) with A. Dean re: preparations for T-Side plan confirmation trial (.3); E-mail correspondence (x3) with A. Yenamandra re: T-Side confirmation order (.1); Review and consideration of Sullivan vote tabulation declaration in connection with T-Side plan (.5); E-mail correspondence (x6) with B. Stephany re: same (.1); E-mail correspondence (x4) with J. Edelson re: Debtors' reply to T-Side plan confirmation objections (.1); E-mail correspondence (x4) with D. Klauder re: same (.1); E-mail correspondence (x5) with E. Geier re: T-Side plan filings (.1); E-mail correspondence (x6) with A. Yenamandra re: same (.1); E-mail correspondence (x9) with B. Stephany re: Debtors' reply to T-Side confirmation objections (.2); E-mail correspondence (x8) with S. Ding re: same (.2); E-mail correspondence (x3) with M. Esser re: additional written directs in connection with T-Side plan confirmation process (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.10 hrs. | 550.00 | $1,155.00 |
| | | | | |
| 08/15/16 | Assist M. Firestein with preparing for confirmation hearing | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| | | | | |
| 08/16/16 | Assist co-counsel in preparing for confirmation trial (1.6); Assist co-counsel at confirmation trial (.4); Meet with R. Maddox regarding objection (.1); Review EFH notice and meet with J. Barsalona re: same (.7); Conference with J. Barsalona regarding filing needs (.2); Draft notice of revised confirmation order and notice of modified Plan (1.6); Assist co-counsel in preparing for confirmation trial (4.8) | | | |
| Associate | Andrew M. Dean | 9.40 hrs. | 295.00 | $2,773.00 |
| | | | | |
| 08/16/16 | Retrieve order denying motion to exclude Fenicle and Fahy from participation in T-Side confirmation trial (.1); E- mail to Epiq re: service of same (.1); Retrieve order denying EFH Indenture trustee's motion and memorandum of law of motion In Limine (.1); E- mail to Epiq re: service of same (.1); Retrieve order denying in part Motion In Limine to exclude J. Williams testimony (.1); E- mail to Epiq re: service of same (.1); Review e-mail from J. Barsalona re: notice of hearing merger agreement motion (.1); Assemble exhibits re: same (.2); E-mail to J. Barsalona re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 240.00 | $312.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 38
Client #  740489
Matter # 180326

---

| 08/16/16 | Preparation and efiling of the following: first notice of written submission (.5), Second notice of written submission of witness direct testimony in connection with T-side plan confirmation trial (.5); Notice of modifications to the plan (.5), Notice of filing of proposed confirmation order (.5); Coordinate service of same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Cynthia McMenamin | 2.20 hrs. | 240.00 | $528.00 |

| 08/16/16 | Call with J. Barsalona re: T-Side amended plan filing (.1); E-mail correspondence (x8) with B. Witters re: T-Side plan confirmation filings (.1); E-mail correspondence (x3) with R. Bartley re: Ad Hoc Committee of TCEH First Lien Lenders' joinder to Debtors' memorandum of law in support of T-Side plan confirmation (.1); E-mail correspondence (x3) with L. Davis Jones re: Debtors' sealed filings in support of T-Side plan confirmation (.1); E-mail correspondence (x3) with M. Esser re: same (.1); E-mail correspondence (x4) with R. Werkheiser in Judge Sontchi's Chambers re: T-Side plan confirmation trial process issue (.1); E-mail correspondence (x3) with M. McKane re: same (.1); Draft first notice of submission of direct testimony declarations in connection with T-Side plan confirmation process (.3); Draft second notice of submission of direct testimony declarations in connection with T-Side plan confirmation process (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |

| 08/16/16 | Review confirmation brief (.5); Review revised tax matters agreement (.2); Review orders on motion in limine (.2); Assist M. McKane, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for confirmation hearing (.3); Assist C. Gooch with preparation for same (.1); Assist M. McKane, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for confirmation hearing (.8) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 2.10 hrs. | 360.00 | $756.00 |

| 08/17/16 | Assist co-counsel in preparing for confirmation trial | | | |
|---|---|---|---|---|
| Associate | Andrew M. Dean | 2.40 hrs. | 295.00 | $708.00 |

| 08/17/16 | Provide technical support during trial preparation | | | |
|---|---|---|---|---|
| Litigation | Carlos B Terreforte | 3.00 hrs. | 240.00 | $720.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 39
Client #  740489
Matter # 180326

---

| 08/17/16 | E-mail correspondence (x3) with B. Witters re: Debtors' sealed filings in support of T-Side plan confirmation (.1); E-mail correspondence with L. Davis Jones re: same (.1); E-mail correspondence (x3) with A. Dean re: T-Side plan confirmation trial logistics (.1); E-mail correspondence (x3) with J. Barsalona re: status of T-Side plan confirmation trial (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 08/18/16 | Assist co-counsel preparing for confirmation trial | | | |
| Associate | Andrew M. Dean | 0.50 hrs. | 295.00 | $147.50 |
| | | | | |
| 08/18/16 | Provide technical support to visiting co-counsel during trial preparation | | | |
| Litigation | Carlos B Terreforte | 2.00 hrs. | 240.00 | $480.00 |
| | | | | |
| 08/18/16 | Assist with preparation of confirmation hearing | | | |
| Paralegal | Cynthia McMenamin | 2.50 hrs. | 240.00 | $600.00 |
| | | | | |
| 08/18/16 | E-mail correspondence (x4) with B. Stephany re: logistics in connection with T-Side plan confirmation trial | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| | | | | |
| 08/19/16 | Assist co-counsel preparing for confirmation trial | | | |
| Associate | Andrew M. Dean | 1.20 hrs. | 295.00 | $354.00 |
| | | | | |
| 08/19/16 | Provide assistance to co-counsel for confirmation hearing preparation | | | |
| Paralegal | Ann Jerominski | 3.00 hrs. | 240.00 | $720.00 |
| | | | | |
| 08/19/16 | Review email from B. Stephany re: TCEH First Lien votes (.1); Review written direct of Professor Jack Williams in connection with TCEH Trial (.5); Review motion for clarification filed by American Stock Transfer in connection with TCEH Confirmation trial (.3); Review AST motion to shorten re: AST motion for clarification re: Board Deck Ruling on connection with TCEH Confirmation trial (.2) | | | |
| Director | Daniel  J. DeFranceschi | 1.10 hrs. | 775.00 | $852.50 |
| | | | | |
| 08/19/16 | E-mail correspondence (x9) with J. Barsalona re: T-Side plan confirmation trial issues (.2); Call with J. Barsalona re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 40

Client # 740489

Matter # 180326

---

| 08/21/16 | Review Dore Direct Testimony for confirmation trial (.4); Review email from J. Sowa re: trial exhibits for TCEH confirmation trial (.1); Review email from A. Terteryan re: counter designations for trial (.1); Review debtors objections to Jack Williams direct testimony (.2); Review objections to written direct of John Stuart (.2); Review objections to written direct of Stacey Dore (.1); Review email from J. Sowa re: demonstrative exhibits for Williams, Dore and Stuart for Confirmation trial (.3); Review email from M. Nighan re: demonstratives for trial (.1) | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 1.50 hrs. | 775.00 | $1,162.50 |
| | | | | |
| 08/21/16 | Review email from J. Sowa re: T-Side trial exhibits | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| | | | | |
| 08/21/16 | Review and comment to Debtors' objection to EFH Indenture Trustee's Motion for Clarification and/or reconsideration of the Court's August 17, 2016 Ruling Admitting Board Decks into Evidence (.2); Assist with filing of Debtors' objection to EFH Indenture Trustee's Motion for Clarification and/or reconsideration of the Court's August 17, 2016 Ruling Admitting Board Decks into Evidence (.4); Review and revise final version of same (.2) | | | |
| Associate | Joseph C. Barsalona, II | 0.80 hrs. | 360.00 | $288.00 |
| | | | | |
| 08/22/16 | Assist co-counsel in preparing for confirmation trial | | | |
| Associate | Andrew M. Dean | 0.70 hrs. | 295.00 | $206.50 |
| | | | | |
| 08/22/16 | Finalize and file re: notice of (third) submission written direct testimony (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| | | | | |
| 08/22/16 | Review, revise and finalize Debtors' objection to EFH Indenture Trustee's Motion for Clarification and/or reconsideration of the Court's August 17, 2016 Ruling Admitting Board Decks into Evidence | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| | | | | |
| 08/23/16 | Assist co-counsel with confirmation trial preparations (2.3); Assist co-counsel at confirmation trial (.4) | | | |
| Associate | Andrew M. Dean | 2.70 hrs. | 295.00 | $796.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 41

Client #  740489

Matter # 180326

---

| Date | Description | | | |
|---|---|---|---|---|
| 08/23/16 | E-mail correspondence (x6) with R. Werkheiser in Judge Sontchi's Chambers re: T-Side plan confirmation post-trial briefing | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/23/16 | Review third amended joint plan as it related to the T-side debtor | | | |
| Associate | Joseph C. Barsalona, II | 1.00 hrs. | 360.00 | $360.00 |
| 08/24/16 | Prepare and file second amended plan supplement and assist co-counsel for confirmation trial (1.7); Assist co-counsel at confirmation trial (1.1) | | | |
| Associate | Andrew M. Dean | 2.80 hrs. | 295.00 | $826.00 |
| 08/24/16 | Retrieve, import and circulate amended plan, blackline & amended plan supplement | | | |
| Paralegal | Ann Jerominski | 0.30 hrs. | 240.00 | $72.00 |
| 08/24/16 | Prepare and efile post-trial brief concerning T-side plan confirmation (1.2); Coordinate service of same (.1) | | | |
| Paralegal | Cynthia McMenamin | 1.30 hrs. | 240.00 | $312.00 |
| 08/24/16 | Review post-trial brief of Debtors re: TCEH confirmation | | | |
| Director | Daniel  J. DeFranceschi | 1.10 hrs. | 775.00 | $852.50 |
| 08/24/16 | E-mail correspondence (x5) with A. Dean re: second amended plan supplement in connection with T-Side plan confirmation (.1); Review and consideration of second amended plan supplement in connection with T-Side plan confirmation and voluminous exhibits to same (.5); E-mail correspondence (x9) with M. Esser re: post-trial brief in connection with T-Side plan confirmation (.2); E-mail correspondence (x4) with A. Dean re: same (.1); Review Debtors' counter-designations in connection with Sawyer deposition testimony with respect to T-Side plan confirmation process (.1); Review, revise, and consideration of Debtors' post-trial brief in connection with T-Side plan confirmation (1.1); E-mail correspondence (x3) with R. Werkheiser in Judge Sontchi's Chambers re: same (.1) | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |
| 08/24/16 | Review Second Amended Plan Supplement (.8); Review changes to form proposed confirmation order (.2) | | | |
| Associate | Joseph C. Barsalona, II | 1.00 hrs. | 360.00 | $360.00 |

Energy Future Competitive Holdings Co.                    September 27, 2016
Texas Competitive Electric Holdings Co.                   Invoice 521094
1601 Bryan Street                                         Page 42
Dallas TX  75201
                                                          Client #  740489

                                                          Matter # 180326

---

| 08/24/16 | Finalize and file second amended T-Side plan supplement (.4); Research and coordinate service of same (.2); Correspondence with A. Dean regarding same (.1); Coordinate delivery of same to chambers (.2); Correspondence with A. Dean regarding same (.1) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 1.00 hrs. | 240.00 | $240.00 |

| 08/25/16 | Draft and circulate notice of revised confirmation order (.6); Draft notice and file amended proposed confirmation order (.6) | | | |
|---|---|---|---|---|
| Associate | Andrew M. Dean | 1.20 hrs. | 295.00 | $354.00 |

| 08/25/16 | Preparation for filing amended proposed confirmation order (1.0); Finalize and efile same (.1); Coordinate service of same (.1); Coordinate submission of same to chambers (.2) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 1.40 hrs. | 240.00 | $336.00 |

| 08/25/16 | Review proposed amended confirmation order | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 0.50 hrs. | 775.00 | $387.50 |

| 08/25/16 | E-mail correspondence with M. McKane re: post-trial brief in further support of T-Side plan confirmation (.1); Review and consideration of EFH Indenture Trustee's post-trial brief in opposition to confirmation of T-Side chapter 11 plan (1.1); Review and consideration of Debtors' memorandum of law in support of T-Side plan confirmation (1.8); Review and consideration of Esser declaration in support of same and voluminous exhibits to same (.4); E-mail correspondence (x24) with A. Yenamandra, M. Thompson and A. Dean re: revised proposed confirmation order in connection with T-Side plan (.3) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 3.70 hrs. | 550.00 | $2,035.00 |

| 08/25/16 | Review Debtors' Post-Trial Memorandum in Support of Confirmation of the Third Amended Joint Plan of Reorganization as it Applies to the TCEH Debtors and EFH Shared Services Debtors | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

| 08/26/16 | Assist co-counsel at confirmation ruling (.8); Assist co-counsel following confirmation ruling (.4) | | | |
|---|---|---|---|---|
| Associate | Andrew M. Dean | 1.20 hrs. | 295.00 | $354.00 |

Energy Future Competitive Holdings Co.                September 27, 2016
Texas Competitive Electric Holdings Co.               Invoice 521094
1601 Bryan Street                                     Page 43
Dallas TX 75201
                                                      Client #  740489

                                                      Matter # 180326

---

| 08/26/16 | Assist A. Dean with preparation of closing presentation for co-counsel | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |

| 08/26/16 | Review and consideration of revised order confirming T-Side chapter 11 plan and related redline (1.1); E-mail correspondence (x3) with A. Yenamandra re: summary of evidence in record of T-Side plan confirmation trial (.1); E-mail correspondence with S. Ding re: same (.1); Review and consideration of summary of evidence in record of T-Side plan confirmation trial (.5); E-mail correspondence (x3) with A. Yenamandra re: T-Side plan issue (.1); E-mail correspondence (x3) with R. Werkheiser in Judge Sontchi's Chambers re: trial exhibit in connection with T-Side plan confirmation process (.1); Calls (x2) and discussion with A. Jerominski re: same (.2); E-mail correspondence (x4) with M. Esser re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.30 hrs. | 550.00 | $1,265.00 |

| 08/26/16 | Review notice of filing amended proposed confirmation order and amended order attached thereto | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

| 08/29/16 | Review e-mail from J. Madron certification of counsel re: order confirming third amended plan for T-side (.1); Assemble exhibits re: same (.2); Finalize and file certification of counsel re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1); Retrieve confirmation order T-side (.1); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.90 hrs. | 240.00 | $216.00 |

| 08/29/16 | Review revised Confirmation Order and related certification of counsel (.7); Review email from J. Madron re: TCEH Confirmation Order (.1) | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.80 hrs. | 775.00 | $620.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 44

Client # 740489

Matter # 180326

---

| 08/29/16 | E-mail correspondence (x16) with A. Yenamandra re: revised confirmation order in connection with T-Side plan (.3); Draft certification of counsel concerning revised confirmation order in connection with T-Side plan (.9); Review, revise, and consideration of final confirmation order in connection with T-Side plan (.7); Revising certification of counsel in connection with same (.2); Review redline of proposed revised form of confirmation order in connection with T-Side plan (.3); Call with D. Gadson in Judge Sontchi's Chambers re: status of T-Side confirmation order (.1); E-mail correspondence (x5) with D. Gadson in Judge Sontchi's Chambers re: same (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.70 hrs. | 550.00 | $1,485.00 |
| | | | | |
| 08/29/16 | Review revised T-Side confirmation order | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $46,307.00 |

| TOTAL DUE FOR THIS INVOICE | **$46,307.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $14,129.88 |
| **TOTAL DUE FOR THIS MATTER** | **$60,436.88** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 45

Client #  740489

Matter # 180326

For services through August 31, 2016

relating to  Use, Sale of Assets - ALL

| | | | | |
|---|---|---|---|---|
| 08/15/16 | Finalize and file re: De Minimis asset report July 2016 (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| | | | | |
| 08/15/16 | E-mail correspondence (x3) with N. Hwangpo re: de minimis asset sale report for July 2016 (.1); Review de minimis asset sale report for July 2016 (.1); Review and revise notice of filing in connection with same (.2) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

Total Fees for Professional Services          $292.00

TOTAL DUE FOR THIS INVOICE          **$292.00**

BALANCE BROUGHT FORWARD          $1,328.09

**TOTAL DUE FOR THIS MATTER**          **$1,620.09**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 46

Client #  740489
Matter # 180326

For services through August 31, 2016
relating to  Use, Sale of Assets - EFIH

| 08/26/16 | Research re: break-up fees (1.0); Correspondence with D. DeFranceschi re: same (.2); Conference with D. DeFranceschi re: same (.2) | | | |
|---|---|---|---|---|
| Counsel | Zachary I. Shapiro | 1.40 hrs. | 535.00 | $749.00 |

Total Fees for Professional Services         $749.00

TOTAL DUE FOR THIS INVOICE              **$749.00**
BALANCE BROUGHT FORWARD              $253.00

**TOTAL DUE FOR THIS MATTER**          **$1,002.00**

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

September 27, 2016  
Invoice 521094  
Page 47

Client #  740489

Matter #  180326

---

For services through August 31, 2016  
relating to  Use, Sale of Assets - TCEH

| 08/18/16 | Review e-mail from J. Barsalona re: notice of proposed asset sale for Tradinghouse property (.1); Assemble exhibits re: same (.2); E-mail to J. Barsalona re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |

| 08/18/16 | E-mail correspondence (x4) with N. Hwangpo and J. Barsalona re: notice of de minimis asset sale of Tradinghouse Property | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 08/18/16 | Review and revise notice of de minimis asset sale of Tradinghouse Property (.2); Factual investigation regarding same (.2) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |

| 08/22/16 | Review filed version of notice of proposed de minimis asset sale of Tradinghouse Property | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 08/30/16 | Review e-mail from J. Barsalona certification of counsel re: order approving Tradinghouse property sale (.1); Assemble exhibit re: same (.2); E-mail to J. Barsalona re: same (.1); Finalize and file certification of counsel re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.80 hrs. | 240.00 | $192.00 |

| 08/30/16 | E-mail correspondence with N. Hwangpo re: proposed de minimis sale of Tradinghouse Property (.1); E-mail correspondence (x3) with J. Barsalona re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 08/30/16 | Draft certification of counsel regarding de minimis asset sale of Tradinghouse Property (.1); Revise order regarding same (.1); Finalize certification of counsel regarding de minimis asset sale (.1) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 48

Client # 740489
Matter # 180326

---

| 08/31/16 | Finalize and file certification of counsel re: corrected order approving Tradinghouse sale (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |

| 08/31/16 | Review certification of counsel filing in connection with proposed de minimis sale of Tradinghouse Property (.1); Call with J. Barsalona re: issue in connection with filing concerning proposed de minimis sale of Tradinghouse Property (.1); Review entered order authorizing de minimis sale of Tradinghouse Property (.1); E-mail correspondence (x9) with N. Hwangpo re: same (.3); Draft corrected order authorizing proposed de minimis sale of Tradinghouse Property (.3); Create and review redline in connection with same (.1); Draft certification of counsel concerning corrected order authorizing proposed de minimis sale of Tradinghouse Property (.7) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.70 hrs. | 550.00 | $935.00 |

| 08/31/16 | Discussion with J. Madron re: de minimis sale order for Tradinghouse Property (.2); Discussion with J. Madron re: de minimis asset sales (.1) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

Total Fees for Professional Services     $1,971.00

TOTAL DUE FOR THIS INVOICE     **$1,971.00**

BALANCE BROUGHT FORWARD     $2,057.51

**TOTAL DUE FOR THIS MATTER**     **$4,028.51**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 49

Client #  740489

Matter # 180326

For services through August 31, 2016
relating to  Cash Collateral/DIP Financing - EFIH

| 08/22/16 | E-mail correspondence (x6) with N. Hwangpo re: motion to approve amendments to EFIH DIP financing | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/23/16 | E-mail correspondence (x3) with D. Gadson in Judge Sontchi's Chambers re: scheduling in connection with motion to approve DIP amendments (.1); E-mail correspondence (x3) with N. Hwangpo re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services $220.00

TOTAL DUE FOR THIS INVOICE **$220.00**

BALANCE BROUGHT FORWARD $35.26

**TOTAL DUE FOR THIS MATTER** **$255.26**

Energy Future Competitive Holdings Co.                          September 27, 2016
Texas Competitive Electric Holdings Co.                         Invoice 521094
1601 Bryan Street                                               Page 50
Dallas TX  75201
                                                                Client # 740489
                                                                Matter # 180326

---

For services through August 31, 2016

relating to Claims Administration - ALL


| 08/01/16 | E-mail correspondence (x4) with R. Chaikin re: second order sustaining thirty-fourth omnibus objection to claims | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 08/02/16 | Review e-mail from J. Madron certification of counsel re: second order sustaining thirty-fourth omnibus claims (.1); Assemble exhibit re: same (.2); Finalize and file certification of counsel re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |

| 08/02/16 | Prepare claim binders re: forty-second omnibus claims objection x2 (.6); Prepare index re: same (.3); Coordinate delivery to Judge Sontchi re: same (.2); Prepare claim binders re: forty-third omnibus claims objection x2 (.6); Prepare index re: same (.3); Coordinate delivery to Judge Sontchi re: same (.2); | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.20 hrs. | 240.00 | $528.00 |

| 08/02/16 | Reviewing and revising certification of counsel concerning order (second) sustaining Debtors' thirty-fourth omnibus objection to certain improperly asserted claims and related order (.5); Review and consideration of exhibit to order related to same and finalize same for filing (.1); E-mail correspondence (x3) with R. Chaikin re: same (.1); E-mail correspondence (x5) with B. Witters re: notice of submission of proofs of claim in connection with pending omnibus claim objections (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |

| 08/03/16 | Review as entered second order sustaining nineteenth omnibus objection to claims (.1); E-mail correspondence (x3) with R. Chaikin re: same (.1); Review as entered second order sustaining thirty-fourth omnibus objection to claims (.1); E-mail correspondence (x3) with R. Chaikin re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 51

Client #  740489

Matter #  180326

---

| 08/04/16 | Retrieve order (second) sustaining nineteenth omnibus claims objection (.1); E-mail to Epiq re: service of same (.1); Retrieve order (second) sustaining thirty-fourth omnibus claim objection (.1); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |

| 08/09/16 | E-mail correspondence (x7) with R. Chaikin re: various claims matters (.2); Call with B. Witters re: status of pending omnibus claim objections (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

| 08/10/16 | Prepare claim charts re: first, third, fourth, sixth, seventh, eighth, tenth, eleventh, twelfth, thirteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, twenty-first, twenty-fifth, twenty-sixth, thirty-fourth, thirty-sixth, thirty-seventh, thirty-ninth, forty-second and forty-third omnibus claim objections (1.5); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.60 hrs. | 240.00 | $384.00 |

| 08/10/16 | E-mail correspondence with R. Chaikin re: pending omnibus claim objection matters (.1); Draft certification of no objection concerning motion to approve procedures to adjudicate pending pro se responses to omnibus claim objections (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

| 08/11/16 | Finalize and file certification of no objection re: motion to approve procedures concerning pro se claims | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |

| 08/11/16 | Revising certification of no objection concerning motion to approve procedures to adjudicate pending pro se responses to omnibus claim objections (.1); Examine docket in connection with same and finalize same for filing (.1); E-mail correspondence (x3) with A. Yenamandra re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

| 08/12/16 | E-mail correspondence (x4) with R. Chaikin re: pending omnibus claim objections | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 52

Client #  740489

Matter # 180326

---

| 08/15/16 | Reviewed entered order approving motion to establish procedures for adjudication of pending pro se responses to claim objections (.1); E-mail correspondence (x6) with R. Chaikin and K. Mailloux re: issues in connection with same (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 08/17/16 | Retrieve order approving procedures for Pro Se claims (.1); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 08/26/16 | E-mail correspondence (x4) with R. Chaikin re: second order sustaining twenty-first omnibus objection to claims | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/29/16 | Review e-mail from J. Madron re: certification of counsel (second) order sustaining twenty-first omnibus claims objection (.1); Assemble exhibit re: same (.2); Finalize and file certification of counsel re: same (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 240.00 | $168.00 |
| 08/29/16 | Review and revise certification of counsel concerning second order sustaining twenty-first omnibus objection to certain improperly asserted claims and proposed form of order in connection therewith (.5); Review exhibit to second order sustaining twenty-first omnibus objection to certain improperly asserted claims (.1); E-mail correspondence (x3) with R. Chaikin re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| 08/31/16 | E-mail correspondence with R. Chaikin re: order (second) sustaining twenty-first omnibus objection to claims (.1); E-mail correspondence (x3) with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services          $3,475.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 53

Client #  740489

Matter # 180326

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$3,475.00** |
| BALANCE BROUGHT FORWARD | $17,589.00 |
| **TOTAL DUE FOR THIS MATTER** | **$21,064.00** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 54

Client # 740489
Matter # 180326

For services through August 31, 2016
relating to Claims Administration - TCEH

08/01/16    Review and consideration of responses and objections to Texas Big
            Spring's first set of requests for admissions in connection with pending
            claim objection (.6); Review and consideration of responses and objections
            to Texas Big Spring's first requests for production of documents in
            connection with pending claim objection (.5); E-mail correspondence (x4)
            with J. Tichelaar re: UFP Grandview claim issue (.1)
Counsel     Jason M. Madron              1.20 hrs.        550.00              $660.00

08/05/16    E-mail correspondence (x3) with J. Tichelaar and R. Chaikin re: UFP
            Grandview, LLC claim issue
Counsel     Jason M. Madron              0.10 hrs.        550.00               $55.00

08/17/16    E-mail correspondence (x4) with R. Chaikin re: Bluebonnet Electric
            Cooperative motion for allowance and payment of alleged administrative
            expense claim
Counsel     Jason M. Madron              0.10 hrs.        550.00               $55.00

08/17/16    Review motion by Bluebonnet Electric Cooperative for administrative
            expense claim (.1); Emails with R. Chaikin re: same (.1); Legal research
            regarding Bluebonnet Electric Cooperative administrative expense claim
            (.3)
Associate   Joseph C. Barsalona, II      0.50 hrs.        360.00              $180.00

08/26/16    Discussion with J. Madron re: filing of claim objection against City of
            Dallas and timing regarding same (.1); Finalize and efile claims objection
            (.5); Coordinate service of same (.1); Distrubute copy of same to J. Madron
            (.1)
Paralegal   Ann Jerominski               0.80 hrs.        240.00              $192.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 55

Client #  740489

Matter # 180326

| Date | Description | | | |
|------|-------------|---|---|---|
| 08/26/16 | Review and comment on draft objection to City of Dallas proof of claim (.8); E-mail correspondence (x4) with C. Husnick re: objection to City of Dallas proof of claim (.1); E-mail correspondence (x3) with N. Hwangpo re: same (.1); E-mail correspondence (x6) with D. Rudewicz re: same (.2); Review and revise final objection to City of Dallas proof of claim (.7); Draft notice of objection and hearing in connection with same (.1); Review and consideration of Raghavan declaration in support of objection to City of Dallas proof of claim (.4) | | | |
| Counsel | Jason M. Madron | 2.40 hrs. | 550.00 | $1,320.00 |
| 08/29/16 | E-mail correspondence with N. Hwangpo re: objection to City of Dallas proof of claim (.1); Factual investigation re: issues in connection with objection to City of Dallas proof of claim (.3) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 08/29/16 | Review emails regarding City of Dallas proof of claim precedent (.1); Review reply precedent for purposes of same (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| 08/30/16 | Review objection to claim of City of Dallas | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

Total Fees for Professional Services          $2,862.00

TOTAL DUE FOR THIS INVOICE          **$2,862.00**

BALANCE BROUGHT FORWARD          $3,174.50

**TOTAL DUE FOR THIS MATTER**          **$6,036.50**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 56

Client # 740489

Matter # 180326

For services through August 31, 2016

relating to Court Hearings - ALL

| 08/09/16 | Call with B. Witters re: 8/16/16 hearing agenda | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/10/16 | Prepare 8/16/16 agenda (1.0); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 240.00 | $264.00 |
| 08/10/16 | E-mail correspondence (x8) with J. Barsalona and B. Witters re: 8/16/16 hearing agenda | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/10/16 | Review and revise August 16 omnibus hearing agenda | | | |
| Associate | Joseph C. Barsalona, II | 0.80 hrs. | 360.00 | $288.00 |
| 08/11/16 | Revise 8/16/16 agenda (.2); E-mail to J. Madron and J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |
| 08/11/16 | E-mail correspondence (x9) with B. Witters re: 8/16/16 hearing agenda (.2); E-mail correspondence (x3) with K. Stadler re: 8/16/16 hearing and preparation of related agenda (.1); Reviewing and revising 8/16/16 hearing agenda and exhibits to same (.6) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 08/12/16 | E-mail correspondence (x11) with M. Rust re: upcoming hearing dates (.3); Further review and revision of 8/16/16 hearing agenda and voluminous exhibits to same (.8); Meeting with B. Witters re: same and 8/16/16 hearing preparations (.3); E-mail correspondence (x4) and call with B. Witters re: 8/16/16 hearing agenda (.1); E-mail correspondence (x6) with R. Chaikin re: same (.2); E-mail correspondence (x4) with K. Boucher re: 8/16/16 hearing (.1) | | | |
| Counsel | Jason M. Madron | 1.80 hrs. | 550.00 | $990.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 57

Client #  740489

Matter #  180326

| Date | Description | | | |
|------|-------------|---|---|---|
| 08/12/16 | Review draft of August 16 hearing agenda | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |
| 08/14/16 | Review e-mail from J. Madron re: 8/16/16 amended agenda (.1); Prepare amended 8/16/16 agenda (.4) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 08/14/16 | E-mail correspondence (x4) with K. Stadler re: 8/16/16 hearing matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/15/16 | Revise 8/1616 amended agenda (.2); E-mail to J. Madron re: same (.1); Prepare additional agenda items (.3); Coordinate delivery to Judge Sontchi re: same (.1); Prepare for 8/16/16 hearing (.4); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 240.00 | $384.00 |
| 08/15/16 | Calls (x2) with R. Werkheiser in Judge Sontchi's Chambers re: 8/16/16 hearing (.3); E-mail correspondence (x3) with K. Stadler re: 8/16/16 hearing (.1); E-mail correspondence (x4) with K. Boucher and W. Alleman re: same (.1); E-mail correspondence (x5) with A. Yenamandra re: status of 8/16/16 hearing matters (.1); Discussion with D. DeFranceschi re: same (.1); E-mail correspondence (x6) with R. Chaikin re: same (.1); E-mail correspondence (x5) with D. Gadson in Judge Sontchi's Chambers re: 8/16/16 hearing (.2); Call with R. Werkheiser in Judge Sontchi's Chambers re: hearing agenda issues (.2); Meeting with B. Witters re: same (.2); E-mail correspondence (x6) with J. Huston re: 8/16/16 hearing (.2); Reviewing and revising amended agenda in connection with 8/16/16 hearing (.4); Call and e-mail correspondence with B. Witters re: same (.1); E-mail correspondence (x3) with C. Shore re: 8/16/16 hearing (.1) | | | |
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |
| 08/16/16 | Assist preparation with co-counsel re: 8/16/16 hearing | | | |
| Paralegal | Barbara J. Witters | 3.00 hrs. | 240.00 | $720.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 58

Client # 740489

Matter # 180326

| | | | | |
|---|---|---|---|---|
| 08/16/16 | E-mail correspondence (x11) with A. Dean re: 8/16/16 hearing preparations and related matters (.2); E-mail correspondence (x4) with D. DeFranceschi re: 8/16/16 hearing (.1); Call and e-mail correspondence with B. Witters re: 8/16/16 hearing preparations (.1); Review written materials (Fee Committee report, proposed fee order, plan status conference materials and related documents) in preparation for attendance at 8/16/16 hearing (.5); Attend (Court appearance) 8/16/16 hearing (1.2) | | | |
| Counsel | Jason M. Madron | 2.10 hrs. | 550.00 | $1,155.00 |
| 08/17/16 | Circulate to distribution group re: 8/16/16 hearing transcript (.1); E-mail to R. Schepacarter re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 08/17/16 | E-mail correspondence (x4) with B. Witters re: hearing transcripts (.1); E-mail correspondence with R. Schepacarter re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/25/16 | E-mail correspondence (x4) with M. Thompson re: 9/26/16 hearing matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/29/16 | E-mail correspondence with D. Gadson in Judge Sontchi's Chambers re: various hearing materials (.1); E-mail correspondence (x3) with A. Jerominski re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/31/16 | Review email from J. Madron re: hearing schedule | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| 08/31/16 | E-mail correspondence (x9) with A. Yenamandra re: October 2016 omnibus hearing date (.2); E-mail correspondence with D. Gadson in Judge Sontchi's Chambers re: same (.1); E-mail correspondence (x3) with N. Hwangpo re: filings for 9/26/16 omnibus hearing (.1); E-mail correspondence (x3) with R. Chaikin re: same (.1); E-mail correspondence (x5) with J. Barsalona and B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

Total Fees for Professional Services                     $6,684.50

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 59

Client #  740489

Matter # 180326

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$6,684.50** |
| BALANCE BROUGHT FORWARD | $17,442.06 |
| **TOTAL DUE FOR THIS MATTER** | **$24,126.56** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 60

Client #  740489

Matter # 180326

For services through August 31, 2016
relating to  Court Hearings - EFH

| | | | | |
|---|---|---|---|---|
| 08/12/16 | Review email from J. Madron re: hearing on E-Side merger agreement (.1); Review emails from M. McKane, J. Madron, A. Yenamandra, C. Husnick and M. Keisselstein re: scheduling for E-side merger agreement hearing (.2); Review Order Scheduling Certain Hearing Dates And Deadlines In Connection With Confirmation Of The Debtors' Joint Plan Of Reorganization As It Relates To The EFH/EFIH Debtors (.2) | | | |
| Director | Daniel  J. DeFranceschi | 0.50 hrs. | 775.00 | $387.50 |
| 08/23/16 | Assist M. McKand and A. Yenamandra with preparing for E-Side confirmation scheduling conference (.2); Discussion with J. Madron re: confirmation hearing dates (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 08/31/16 | Meeting with J. Barsalona re: planning and preparations for 9/19/16 hearing | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Total Fees for Professional Services            $660.50

TOTAL DUE FOR THIS INVOICE                **$660.50**

BALANCE BROUGHT FORWARD                $6,385.35

**TOTAL DUE FOR THIS MATTER**             **$7,045.85**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 61

Client #  740489

Matter # 180326

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$0.00** |
| BALANCE BROUGHT FORWARD | $1,900.10 |
| **TOTAL DUE FOR THIS MATTER** | **$1,900.10** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 62

Client #  740489

Matter # 180326

---

For services through August 31, 2016

relating to  Court Hearings - TCEH

| 08/04/16 | Technical assistance for visiting co-counsel during hearing preparation | | | |
|---|---|---|---|---|
| Litigation | Daniel D. White | 0.40 hrs. | 255.00 | $102.00 |
| 08/08/16 | Call with B. Witters re: draft agenda for 8/15/16 final T-Side plan pre-trial conference | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/09/16 | Prepare 8/15/16 agenda (1.4); E-mail to J. Madron and J. Barsalona re: same (.1); Review e-mail from J. Barsalona re: equipment setup in Court for confirmation hearing (.1); E-mail to Court re: same x2 (.2); E-mail to J. Barsalona re: findings of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.90 hrs. | 240.00 | $456.00 |
| 08/09/16 | E-mail correspondence (x4) with B. Witters re: agenda for 8/15/16 final T-Side plan pre-trial conference (.1); E-mail correspondence (x5) with J. Barsalona re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/09/16 | Discussion with C. Borris regarding preparing for T-Side confirmation trial (.2); Discussions with B. Witters re: August 15 agenda (.2); Review and revise pre-trial hearing agenda (.6) | | | |
| Associate | Joseph C. Barsalona, II | 1.00 hrs. | 360.00 | $360.00 |
| 08/10/16 | Review e-mail from J. Barsalona re: comments to 8/15/16 agenda (.1); Review and update 8/15/16 agenda (.8); E-mail to J. Madron and J. Barsalona re: same (.1); Review e-mail from J. Madron re: further comments to 8/15/16 agenda (.1); Review and further update 8/15/16 agenda (.3); E-mail to J. Madrona nd J. Barsalona re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 240.00 | $360.00 |
| 08/10/16 | E-mail correspondence (x7) with B. Witters re: 8/15/16 hearing agenda (.2); Reviewing and revising draft of 8/15/16 hearing agenda (.6); Meeting with B. Witters re: same (.2) | | | |
| Counsel | Jason M. Madron | 1.00 hrs. | 550.00 | $550.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 63
Client # 740489
Matter # 180326

| 08/10/16 | Discussion with B. Witters re: hearing agenda for pre-trial conference for TCEH confirmation trial | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |
| | | | | |
| 08/11/16 | Review and update 8/15/16 hearing binders x 10 (1.0); Finalize and file re: 8/15/16 agenda (.2); E-mail to Epiq re: service re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.4); Review e-mail from N. Hwangpo re: telephonic appearances for S. Dore, A. Yenamadra and N. Hwangpo for 8/15/16 through 8/19/16 (.1); Telephone call to Courtcall re: same (.5); E-mail to N. Hwangpo re: confirmations of same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.40 hrs. | 240.00 | $576.00 |
| | | | | |
| 08/11/16 | Further review and revision of 8/15/16 hearing agenda (.4); Finalize same for filing and instructions to B. Witters re: same (.1); E-mail correspondence (x5) with M. Esser re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| | | | | |
| 08/12/16 | Review confirmation trial agenda and email J. Madron and J. Barsalona re: same (1.7); Meeting with J. Barsalona regarding confirmation trial (.2) | | | |
| Associate | Andrew M. Dean | 1.90 hrs. | 295.00 | $560.50 |
| | | | | |
| 08/12/16 | Review and update 8/16/16 hearing binders (.3); Assemble 8/16/16 agenda exhibits (.5); Finalize and file re: 8/16/16 agenda (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.2); Prepare 8/17/16 agenda (.8); E-mail to J. Madron and J. Barsalona re: same (.2); Finalize and file notice of service re: omnibus objections to plan objectors witness lists and exhibit lists (.2); E-mail to Epiq re: service of same (.1); Revise 8/15/16 hearing binders for attorneys (.4); Revise 8/17/16 agenda (.3); Retreive re: additional 8/17/16 agenda pleadings (.2) | | | |
| Paralegal | Barbara J. Witters | 3.50 hrs. | 240.00 | $840.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 64

Client # 740489

Matter # 180326

---

| 08/12/16 | Review agenda for 8/15/16 hearing (.2); Review response of Shirley Fennicle and William Fahey to motion in limine to preclude E-Side asbestos claimants from raising certain arguments at TCEH Confirmation hearing (.4); Review email from D. Fournier re: T-Side confirmation hearing (.1); Review email from R. Chaikin re: Agenda for T-side hearing (.1); Review emails from J. Madron, A. Yenamandra and M. Essar re: TCEH confirmation hearing (.2); Review email from J. Madron re: August 16 agenda (.1); Review email from M. McKane re: trial prep for T-Side confirmation hearing (.1) | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 1.20 hrs. | 775.00 | $930.00 |

| 08/12/16 | Technical support for visiting co-counsel during hearing preparation (1.0); setup technology in bankruptcy courthouse conference room in advance of hearing (1.2) | | | |
|---|---|---|---|---|
| Litigation | Daniel D. White | 2.20 hrs. | 255.00 | $561.00 |

| 08/12/16 | E-mail correspondence with B. Witters re: 8/17/16 hearing agenda (.1); E-mail correspondence (x8) with A. Dean re: same (.1); Call with A. Dean re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

| 08/12/16 | Make preparations for TCEH confirmation trial (.2); Emails with Richards, Layton & Finger team regarding same (.2); Revise staffing chart for TCEH confirmation trial (.1); Discussion with D. White re: confirmation trial (.1); Discussion with A. Dean re: same (.1) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.70 hrs. | 360.00 | $252.00 |

| 08/13/16 | Prepare for TCEH Confirmation trial | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 2.50 hrs. | 775.00 | $1,937.50 |

| 08/13/16 | Technical support for visiting co-counsel during hearing preparation | | | |
|---|---|---|---|---|
| Litigation | Daniel D. White | 1.00 hrs. | 255.00 | $255.00 |

| 08/14/16 | Assist co-counsel in preparing for TCEH confirmation trial | | | |
|---|---|---|---|---|
| Associate | Andrew M. Dean | 13.10 hrs. | 295.00 | $3,864.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 65

Client # 740489

Matter # 180326

| Date | Description | | | |
|---|---|---|---|---|
| 08/14/16 | Preparation for confirmation trial T-side hearing (8.8); Revise 8/17/16 hearing binders (.8); Prepare written direct declarations of P. Keglevic and K. Moldovan and letter to Judge Sontchi re: same (.5) | | | |
| Paralegal | Barbara J. Witters | 10.10 hrs. | 240.00 | $2,424.00 |
| 08/14/16 | Prepare for Confirmation trial | | | |
| Director | Daniel J. DeFranceschi | 1.20 hrs. | 775.00 | $930.00 |
| 08/14/16 | Technical support for visiting co-counsel during hearing preparation | | | |
| Litigation | Daniel D. White | 4.00 hrs. | 255.00 | $1,020.00 |
| 08/14/16 | E-mail correspondence (x4) with B. Witters re: 8/17/16 confirmation hearing agenda | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/14/16 | Assist M. McKane, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for confirmation hearing | | | |
| Associate | Joseph C. Barsalona, II | 2.80 hrs. | 360.00 | $1,008.00 |
| 08/15/16 | Prepare for confirmation trial (1.2); Set up courtroom for pre-trial conference (.4); Prepare for confirmation trial (1.0) | | | |
| Associate | Andrew M. Dean | 2.60 hrs. | 295.00 | $767.00 |
| 08/15/16 | Preparation for 8/15/16 hearing (3.5); Prepare amended 8/15/16 agenda (.5); E-mail to J. Madron re: same (.1); Finalize and file re: same (.2); Coordinate delivery to Judge Sontchi re: amended 8/15/16 agendas (.2); Review 8/17/16 hearing binders (.5); Finalize and file re: 8/17/16 agenda (.2); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: 8/17/16 hearing and agenda (.1); Review e-mail from J. Madron re: written directs re: D. Herr, T. Fislinger, B. Williamson and J. Sullivan (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 5.60 hrs. | 240.00 | $1,344.00 |
| 08/15/16 | Prepare for pretrial conference regarding plan confirmation (.5); Attend hearing (1.0) | | | |
| Director | Daniel J. DeFranceschi | 1.50 hrs. | 775.00 | $1,162.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 66
Client # 740489
Matter # 180326

| 08/15/16 | Review materials in preparation from TCEH Confirmation trial | | | |
| Director | Daniel J. DeFranceschi | 1.40 hrs. | 775.00 | $1,085.00 |
| | | | | |
| 08/15/16 | Technical support for visiting co-counsel during hearing preparation | | | |
| Litigation | Daniel D. White | 3.20 hrs. | 255.00 | $816.00 |
| | | | | |
| 08/15/16 | E-mail correspondence (x3) with D. Gadson in Judge Sontchi's Chambers re: amended agenda for 8/15/16 hearing (.1); Reviewing and revising amended agenda for 8/15/16 hearing (.5); Call with W. Chipman re: 8/15/16 hearing (.1); Review written material (joint pre-trial order, plan documents) in preparation for attendance at 8/15/16 hearing (.6); Attend (Court appearance) 8/15/16 hearing (.8); E-mail correspondence (x8) with A. Dean re: preparations for 8/15/16 hearing (.1); Reviewing and revising agenda for 8/17/16 confirmation hearing (.7); E-mail correspondence (x4) with E. Geier re: same (.1); E-mail correspondence with D. Gadson in Judge Sontchi's Chambers re: confirmation hearing logistics (.1); E-mail correspondence with R. Schepacarter re: same (.1) | | | |
| Counsel | Jason M. Madron | 3.20 hrs. | 550.00 | $1,760.00 |
| | | | | |
| 08/15/16 | Assist M. McKane, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for confirmation hearing | | | |
| Associate | Joseph C. Barsalona, II | 6.40 hrs. | 360.00 | $2,304.00 |
| | | | | |
| 08/16/16 | Prepare amended 8/17/16 agenda (1.0); E-mail to J. Madron re: same (.1); Retrieve re: additional 8/17/16 agenda items (.8); Finalize and file re: amended 8/17/16 agenda (.2); E-mail to Epiq re: service of same (.1); Assist with prepare for 8/1716 hearing (1.0) | | | |
| Paralegal | Barbara J. Witters | 3.20 hrs. | 240.00 | $768.00 |
| | | | | |
| 08/16/16 | Prepare for Confirmation hearing | | | |
| Director | Daniel J. DeFranceschi | 1.80 hrs. | 775.00 | $1,395.00 |
| | | | | |
| 08/16/16 | Technical assistance for visiting co-counsel during hearing preparation | | | |
| Litigation | Daniel D. White | 2.50 hrs. | 255.00 | $637.50 |
| | | | | |
| 08/16/16 | Reviewing and revising amended 8/17/16 hearing agenda (.4); E-mail correspondence and discussion with B. Witters re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 67

Client #  740489

Matter #  180326

---

| 08/16/16 | Assist M. McKane, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for confirmation hearing (2.4); Assist M. McKane and S. Dore during course of deposition of S. Dore related to confirmation hearing (.4); Assist M. McKane, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for confirmation hearing (.6) | | | |
| Associate | Joseph C. Barsalona, II | 3.40 hrs. | 360.00 | $1,224.00 |

| 08/16/16 | Discussion with J. Barsalona re: hearing assistance and discussion with A. Dean re: same | | | |
| Associate | Marisa A Terranova Fissel | 0.10 hrs. | 510.00 | $51.00 |

| 08/17/16 | Preparation with co-counsel for 8/17/16 confirmation hearing (3.3); Circulate to distribution re: 8/15/16 hearing transcript (.1); E-mail to R. Schepacarter re: same (.1); Retrieve order (third) approving revised joint stipulated final pre-trial (.1); E-mail to Epiq re: service of same (.1); E-mail to J. Barsalona re: written directs from D. Ying, P. Keglevic, K. Moldovan, D. Herr, B. Williamson, J. Sullivan, T. Filsinger and C. Howard (.2); Assist co-counsel with further 8/17/16 hearing preparation (1.5); Assist with preparation of 8/18/16 hearing (3.4) | | | |
| Paralegal | Barbara J. Witters | 8.80 hrs. | 240.00 | $2,112.00 |

| 08/17/16 | Prepare for confirmation trial (.5);  Attend confirmation trial (7.3) | | | |
| Director | Daniel  J. DeFranceschi | 7.80 hrs. | 775.00 | $6,045.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 68
Client #  740489
Matter # 180326

---

| 08/17/16 | Assist M. McKane, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for confirmation hearing (2.0); Assist Kirkland & Ellis trial team with preparing trial exhibits prior to opening arguments (.3); Review as-entered scheduling order for trial (.2); Discussions with B. Witters re: exhibits necessary for trial (.3); Review pre-trial brief of EFH Indenture Trustee Regarding Standard of Review Applicable to Approval of EFH 363 Transactions and Related Corporate Governance Matters (.3); Review TCEH confirmation order (.5); Assist M. McKane, S. Zablotney, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter during course of confirmation hearing (2.3); Assist D. DeFranceschi during course of confirmation hearing (.3); Assist M. McKane, S. Zablotney, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter during course of confirmation hearing (.5); Assist M. McKane, S. Zablotney, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for second day of confirmation hearing (5.2) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 11.90 hrs. | 360.00 | $4,284.00 |
| | | | | |
| 08/17/16 | Provide assistance with preparation for confirmation hearing | | | |
| Associate | Marisa A Terranova Fissel | 0.60 hrs. | 510.00 | $306.00 |
| | | | | |
| 08/18/16 | Review e-mail from N. Hwangpo re: telephonic appearances for 8/22/16 through 8/26/16 hearing N. Hwangpo, S. Dore and A. Yenamandra (.1); Telephone call to Courtcall re: same (.4); E-mail to N. Hwangpo re: confirmation of same (.1); Assist co-counsel with preparation for 8/18/16 hearing (.8); Circulate to distribution re: 8/17/16 confirmation trial transcript (.1) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 240.00 | $360.00 |
| | | | | |
| 08/18/16 | Assist with preparation for confirmation hearing/trial | | | |
| Paralegal | Caroline E. Dougherty | 2.50 hrs. | 240.00 | $600.00 |
| | | | | |
| 08/18/16 | Prepare for confirmation trial (.6); Attend confirmation trial (6.1); Review materials in preparation for confirmation trial (1.3) | | | |
| Director | Daniel  J. DeFranceschi | 8.00 hrs. | 775.00 | $6,200.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 69

Client #  740489

Matter # 180326

---

| 08/18/16 | Assist M. McKane, S. Zablotney, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for second day of confirmation hearing (.6); Review Written Direct of Carla Howard (.2); Review Written Direct of Kristopher Moldovan (.2); Review Written Direct of David Ying (.2); Review demonstrative aids for Carla Howard and David Ying (.1); Assist M. McKane, S. Zablotney, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for second day of confirmation hearing (1.6); Discussion with B. Stephany and M. McKane re: trial exhibits (.3); Assist M. McKane, S. Zablotney, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for second day of confirmation hearing (3.2); Discussion with B. Witters re: hearing transcripts (.2); Review revised confirmation order (.3) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 6.90 hrs. | 360.00 | $2,484.00 |
| | | | | |
| 08/18/16 | Provide assistance with preparation for confirmation hearing | | | |
| Associate | Marisa A Terranova Fissel | 2.00 hrs. | 510.00 | $1,020.00 |
| | | | | |
| 08/19/16 | Circulate 8/18/16 confirmation trial transcript to distribution (.1); Provide assistance to co-counsel for 8/19/16 confirmation trial (.7); E-mail to N. Hwangpo re: revised Courtcall confirmations for time change to 8/22/16 confirmation trial for N. Hwangpo. S, Dore and A. Yenamandra (.3) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 240.00 | $264.00 |
| | | | | |
| 08/19/16 | Prepare for trial (.9); Attend trial (5.0) | | | |
| Director | Daniel  J. DeFranceschi | 5.90 hrs. | 775.00 | $4,572.50 |
| | | | | |
| 08/19/16 | Technical assistance during T-side plan confirmation hearing | | | |
| Litigation | Daniel D. White | 0.80 hrs. | 255.00 | $204.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 70

Client # 740489
Matter # 180326

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/19/16 | Assist M. McKane, S. Zablotney, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter with preparing for third day of confirmation hearing (1.6); Review written direct of Billie Ida Williamson (.3); Review written direct of David Herr (.2); Review EFH Indenture Trustee's Motion for Clarification regarding the admission of board decks at the confirmation hearing (.2); Review motion to shorten related thereto (.1); Discussion with S. Ding re: confirmation hearing logistics (.3); Discussion with D. DeFranceschi re: confirmation hearing (.3); Assist M. McKane, B. Echols, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter during course of third day of confirmation hearing (.5); Discussion with S. Bosak re: confirmation hearing logistics (.1); Assist M. McKane, B. Echols, C. Husnick, B. Stephany, J. Sowa, M. Esser and J. Ganter during course of third day of confirmation hearing (1.7); Assist M. McKane, B. Echols, C. Husnick, B. Stephany, J. Sowa, M. Esser, J. Ganter and M. Menzies during course of third day of confirmation hearing (2.1); Assist M. McKane, B. Echols, C. Husnick, B. Stephany, J. Sowa, M. Esser, J. Ganter and M. Menzies with preparing for second week of confirmation hearing (.5) | | | | | |
| | | Associate | Joseph C. Barsalona, II | 7.90 hrs. | 360.00 | $2,844.00 |
| 08/19/16 | Provide assistance with preparation for confirmation hearing | | | | | |
| | | Associate | Marisa A Terranova Fissel | 2.10 hrs. | 510.00 | $1,071.00 |
| 08/20/16 | Assist co-counsel with preparation for continued confirmation hearing | | | | | |
| | | Paralegal | Ann Jerominski | 6.30 hrs. | 240.00 | $1,512.00 |
| 08/21/16 | Assist co-counsel with preparation for continued confirmation hearing | | | | | |
| | | Paralegal | Ann Jerominski | 2.50 hrs. | 240.00 | $600.00 |
| 08/21/16 | Assist with preparation of 8/22/16 hearing confirmation trial | | | | | |
| | | Paralegal | Barbara J. Witters | 5.20 hrs. | 240.00 | $1,248.00 |
| 08/21/16 | Assist with preparation for confirmation trial | | | | | |
| | | Paralegal | Caroline E. Dougherty | 5.00 hrs. | 240.00 | $1,200.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 71

Client # 740489

Matter # 180326

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 08/21/16 | Assist M. McKane, M. Esser, B. Stephany, J. Sowa and A. Terteryan with preparing for fourth day of confirmation hearing (1.0); Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa and A. Terteryan with preparing for fourth day of confirmation hearing (1.3); Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa, A. Yenamandra and A. Terteryan with preparing for fourth day of confirmation hearing (9.2); Discussion with J. Carrera re: same (.2); Discussion with L. Morris re: same (.2); Discussion with B. Witters re: same (.2); Review written direct of Jane Sullivan (.3); Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa, A. Yenamandra and A. Terteryan with preparing for fourth day of confirmation hearing (2.1) | | | |
| Associate | Joseph C. Barsalona, II | 14.50 hrs. | 360.00 | $5,220.00 |
| 08/22/16 | Assist co-counsel with confirmation trial issues | | | |
| Associate | Andrew M. Dean | 0.40 hrs. | 295.00 | $118.00 |
| 08/22/16 | Assistance for co-counsel re: T-side confirmation hearing | | | |
| Paralegal | Barbara J. Witters | 2.00 hrs. | 240.00 | $480.00 |
| 08/22/16 | Assist co-counsel with preparation of 8/22/16 hearing | | | |
| Paralegal | Barbara J. Witters | 2.50 hrs. | 240.00 | $600.00 |
| 08/22/16 | Circulate to distribution re: 8/19/16 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 240.00 | $24.00 |
| 08/22/16 | Prepare for confirmation trial (1.1); Attend (Court appearance) T-Side plan confirmation hearing and related Chambers conference (5.6) | | | |
| Director | Daniel J. DeFranceschi | 6.70 hrs. | 775.00 | $5,192.50 |
| 08/22/16 | Technical assistance during T-side plan confirmation hearing | | | |
| Litigation | Daniel D. White | 3.90 hrs. | 255.00 | $994.50 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 72

Client # 740489
Matter # 180326

---

| 08/22/16 | Review written materials (direct testimony declarations, plan documents) in preparation for attendance at 8/22/16 T-Side plan confirmation hearing (1.1); Attend (Court appearance) 8/22/16 T-Side plan confirmation hearing and related Chambers conference (5.6); E-mail correspondence (x4) with A. Dean re: preparations for 8/22/16 T-Side plan confirmation hearing (.1); E-mail correspondence (x4) with J. Barsalona re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 6.90 hrs. | 550.00 | $3,795.00 |

| 08/22/16 | Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa, A. Yenamandra and A. Terteryan with preparing for fourth day of confirmation hearing (1.0); Review written direct of John Stuart (.4); Review written direct of Stacey Dore (.3); Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa, A. Yenamandra and A. Terteryan with preparing for fourth day of confirmation hearing (.8); Discussion with J. Madron re: hearing preparations (.2); Emails with D. DeFranceschi re: same (.2); Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa, A. Yenamandra and A. Terteryan with preparing for fourth day of confirmation hearing (1.2); Discussion with D. DeFranceschi and J. Madron re: confirmation trial issues (.3); Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa, A. Yenamandra and A. Terteryan during course of fourth day of confirmation hearing (.6); Discussion with D. White regarding confirmation trial (.1); Assist T. Walper and H. Sawyer with preparing for fifth day of confirmation hearing (.2); Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa, A. Yenamandra and A. Terteryan with preparing for fifth day of confirmation hearing (.8) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 6.10 hrs. | 360.00 | $2,196.00 |

| 08/22/16 | Provide assistance with preparation for confirmation hearing | | | |
|---|---|---|---|---|
| Associate | Marisa A Terranova Fissel | 2.10 hrs. | 510.00 | $1,071.00 |

| 08/23/16 | Import and circulate 8/22/16 transcript (.2); Import and circulate amended 8/22/16 transcript (.2); Email re: trial assistance (.1) | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.50 hrs. | 240.00 | $120.00 |

| 08/23/16 | Assistance in preparation of confirmation hearing | | | |
|---|---|---|---|---|
| Paralegal | Cynthia McMenamin | 2.50 hrs. | 240.00 | $600.00 |

Energy Future Competitive Holdings Co.   September 27, 2016
Texas Competitive Electric Holdings Co.   Invoice 521094
1601 Bryan Street   Page 73
Dallas TX 75201

              Client # 740489

              Matter # 180326

---

| 08/23/16 | Prepare for confirmation trial (.7); Attend pretrial conference and trial on confirmation (5.9); Attend hearing (1.7) | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 6.60 hrs. | 775.00 | $5,115.00 |
| | | | | |
| 08/23/16 | Technical assistance during trial | | | |
| Litigation | Daniel D. White | 5.60 hrs. | 255.00 | $1,428.00 |
| | | | | |
| 08/23/16 | E-mail correspondence (x5) with J. Barsalona re: 8/23/16 hearing preparations and related matters (.1); E-mail correspondence with A. Dean re: same (.1); E-mail correspondence with A. Jerominski re: same (.1); Attend (Court appearance) 8/23/16 T-Side plan confirmation hearing and related Chambers conference (5.4); E-mail correspondence (x4) with N. Hwangpo re: 8/24/16 hearing logistics (.1) | | | |
| Counsel | Jason M. Madron | 5.80 hrs. | 550.00 | $3,190.00 |
| | | | | |
| 08/23/16 | Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa, A. Yenamandra and A. Terteryan with preparing for fifth day of confirmation hearing (6.5); Discussion with J. Madron re: confirmation trial (.3); Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa and A. Terteryan with duties relating to post-trial briefing and preparations for closing arguments (3.9) | | | |
| Associate | Joseph C. Barsalona, II | 10.70 hrs. | 360.00 | $3,852.00 |
| | | | | |
| 08/23/16 | Review docket re: notice with respect to 8/23 hearing (.1); Correspondence with J. Barsalona regarding same (.1) | | | |
| Paralegal | M. Lynzy McGee | 0.20 hrs. | 240.00 | $48.00 |
| | | | | |
| 08/24/16 | Import and circulate amended and second amended 8/23/16 confirmation hearing transcripts | | | |
| Paralegal | Ann Jerominski | 0.20 hrs. | 240.00 | $48.00 |
| | | | | |
| 08/24/16 | Review materials in preparation for hearing (.8); Attend hearing (4.0) | | | |
| Director | Daniel J. DeFranceschi | 4.80 hrs. | 775.00 | $3,720.00 |
| | | | | |
| 08/24/16 | Technical assistance during T-side plan confirmation hearing | | | |
| Litigation | Daniel D. White | 3.30 hrs. | 255.00 | $841.50 |

Energy Future Competitive Holdings Co.                    September 27, 2016
Texas Competitive Electric Holdings Co.                   Invoice 521094
1601 Bryan Street                                         Page 74
Dallas TX  75201
                                                          Client #  740489

                                                          Matter # 180326

---

| 08/24/16 | E-mail correspondence (x4) with A. Dean re: 8/24/16 hearing preparations (.1); E-mail correspondence (x6) with J. Barsalona re: same (.1); Review written materials (direct testimony declarations, plan, and related documents in preparation for attendance at 8/24/16 hearing re: closing arguments in T-Side plan confirmation (1.1); Attend (Court appearance) 8/24/16 hearing re: closing arguments in T-Side plan confirmation trial (4.4); Discussion with J. Barsalona re: results of same (.2) | | | |
| Counsel | Jason M. Madron | 5.90 hrs. | 550.00 | $3,245.00 |

| 08/24/16 | Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa and A. Terteryan with duties relating to post-trial briefing and preparations for closing arguments (1.9); Distribution of transcript of August 23 confirmation hearing (.1); Assist M. McKane, B. Echols, M. Esser, B. Stephany, J. Ganter, J. Sowa and A. Terteryan with duties relating to post-trial briefing (1.2); Discussion with D. DeFranceschi re: closing argument (.2); Discussion with J. Madron re: same (.2); Discussions with S. Ding and M. Smith of Kirkland & Ellis LLP re: same (.2); Review closing argument slides of DDAs (.4); Review closing argument slides for Debtors (.4); Discussion with S. Ding re: strategy for final days of confirmation hearing (.2); Discussion with D. White re: same (.2); Discussion with A. Dean re: same (.2); Debrief with J. Madron re: confirmation hearing closing arguments (.6) | | | |
| Associate | Joseph C. Barsalona, II | 5.80 hrs. | 360.00 | $2,088.00 |

| 08/24/16 | Assist with 8/24 hearing preparations (.4); Correspondence with J. Barsalona and A. Jerominski with respect to 8/23 hearing transcript (.2); Correspondence with Veritext regarding same (x3) (.2); Telephone call with Veritext regarding same (.1); Review and circulate transcript to P. Morgan (YCS&T) (.1) | | | |
| Paralegal | M. Lynzy McGee | 1.00 hrs. | 240.00 | $240.00 |

| 08/25/16 | Retrieve, import and circulate 8/24/16 trial transcript (.2); Assist co-counsel with post-trial issues and arrangements (.6); Retrieve, import and circulate post-trial briefs (x3) (.3); Retrieve, import and circulate joinder and amended joinder to post-trial brief (.2) | | | |
| Paralegal | Ann Jerominski | 1.30 hrs. | 240.00 | $312.00 |

| 08/25/16 | Assist R. Speaker with organization of materials utlized at confirmation trial | | | |
| Paralegal | Caroline E. Dougherty | 0.40 hrs. | 240.00 | $96.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 75

Client #  740489

Matter # 180326

| | | | | |
|---|---|---|---|---|
| 08/25/16 | Technical assistance during T-side confirmation hearing | | | |
| Litigation | Daniel D. White | 2.50 hrs. | 255.00 | $637.50 |
| 08/25/16 | E-mail correspondence (x8) with R. Schepacarter re: transcript of 8/24/16 T-Side plan confirmation hearing | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/25/16 | Debrief with A. Dean re: confirmation hearing (.1); Discussion with M. McKane and C. Husnick re: confirmation hearing (.5) | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| 08/25/16 | Assist with post  hearing matters (.9); Provide paralegal support to co-counsel re: same (.3) | | | |
| Paralegal | Rebecca V. Speaker | 1.20 hrs. | 240.00 | $288.00 |
| 08/26/16 | Assistance with relocation of trial exhibits (.3); Research re: trial exhibit requested by chambers (.2); Preparation of requested trial exhibit and submit same to chambers (.1) | | | |
| Paralegal | Ann Jerominski | 0.60 hrs. | 240.00 | $144.00 |
| 08/26/16 | Attend hearing on T-Side plan confirmation | | | |
| Director | Daniel J. DeFranceschi | 1.50 hrs. | 775.00 | $1,162.50 |
| 08/26/16 | E-mail correspondence (x8) with A. Dean re: preparations for 8/26/16 hearing on T-Side plan confirmation ruling (.2); Attend (Court appearance) 8/26/16 hearing on T-Side plan confirmation ruling (1.5); Discussion with A. Dean re: post-hearing action items following 8/26/16 hearing (.1); Discussion with A. Jerominski re: same (.1) | | | |
| Counsel | Jason M. Madron | 1.90 hrs. | 550.00 | $1,045.00 |
| 08/26/16 | Debrief with A. Dean re: confirmation trial and ruling | | | |
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |
| 08/26/16 | Prepare copies of confirmation order blackline and clean for co-counsel | | | |
| Paralegal | Rebecca V. Speaker | 0.80 hrs. | 240.00 | $192.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 76

Client # 740489
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 08/29/16 | Import and circulate 8/26/16 transcript | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| | | | | |
| 08/29/16 | Review transcripts of TCEH confirmation trial | | | |
| Director | Daniel J. DeFranceschi | 1.20 hrs. | 775.00 | $930.00 |

08/29/16    E-mail correspondence (x5) with A. Dean re: 8/26/16 hearing (.1); E-mail
correspondence (x5) with A. Jerominski re: transcript from 8/26/16 hearing
(.1); Review transcript from 8/26/16 hearing (.3); E-mail correspondence
(x3) with R. Schepacarter re: same (.1)

| | | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |

Total Fees for Professional Services     $118,201.50

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$118,201.50** |
| BALANCE BROUGHT FORWARD | $17,377.84 |
| **TOTAL DUE FOR THIS MATTER** | **$135,579.34** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 77

Client #  740489

Matter # 180326

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$0.00** |
| BALANCE BROUGHT FORWARD | $2,525.09 |
| **TOTAL DUE FOR THIS MATTER** | **$2,525.09** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 78

Client #  740489

Matter # 180326

For services through August 31, 2016

relating to  General Corporate/Real Estate - EFH

| | | | | |
|---|---|---|---|---|
| 08/01/16 | Review Form 8-K with exhibits thereto, including revised plan support agreement | | | |
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |
| 08/02/16 | Review and consideration of Disclosure Letter concerning proposed transaction with NextEra Energy (.8); Review offer letter from NextEra Energy to EFH concerning proposed purchase of Oncor LLC units (.2); Review and consideration of form of asbestos escrow agreement in connection with proposed NextEra Energy transaction (.7) | | | |
| Counsel | Jason M. Madron | 1.70 hrs. | 550.00 | $935.00 |
| 08/21/16 | Review Memorandum of Understanding from Hunt Consolidated relating to potential purchase of Oncor (.1); Review letter from Executive Director of the Public Utility Commission of Texas to Hunt Consolidated regarding new deal (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

Total Fees for Professional Services                    $1,151.00

TOTAL DUE FOR THIS INVOICE                                **$1,151.00**

BALANCE BROUGHT FORWARD                                      $201.00

**TOTAL DUE FOR THIS MATTER**                             **$1,352.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 79

Client #  740489

Matter # 180326

TOTAL DUE FOR THIS INVOICE                                        **$0.00**

**TOTAL DUE FOR THIS MATTER**                                    **$0.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 80

Client # 740489

Matter # 180326

For services through August 31, 2016
relating to Schedules/SOFA/U.S. Trustee Reports - ALL

| 08/09/16 | E-mail correspondence (x7) with K. Sullivan and C. Dobry re: June 2016 monthly operating report (.2); Review and consideration of June 2016 monthly operating report (.3); E-mail correspondence (x5) with R. Speaker re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 08/09/16 | Assist with preparation for filing June 2016 monthly operating report (1.0); Finalize and file same (.1); Coordinate service of same (.1); Draft affiant of service re: same (.1) | | | |
| Paralegal | Rebecca V. Speaker | 1.30 hrs. | 240.00 | $312.00 |
| 08/11/16 | Finalize and file affiant of service re: monthly operating report | | | |
| Paralegal | Rebecca V. Speaker | 0.20 hrs. | 240.00 | $48.00 |
| 08/31/16 | Preparation for filing of July 2016 monthly operating report (1.5); Efile monthly operating report (.1); Coordinate service of same (.1); Prepare affidavit of service re: same (.1) | | | |
| Paralegal | Ann Jerominski | 1.80 hrs. | 240.00 | $432.00 |
| 08/31/16 | E-mail correspondence (x6) with K. Sullivan re: July 2016 monthly operating report (.2); E-mail correspondence (x8) with A. Jerominski re: same (.2); Review and consideration of July 2016 monthly operating report (.3) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

Total Fees for Professional Services     $1,507.00

TOTAL DUE FOR THIS INVOICE               **$1,507.00**
BALANCE BROUGHT FORWARD                   $1,062.04

**TOTAL DUE FOR THIS MATTER**            **$2,569.04**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 81

Client # 740489

Matter # 180326

For services through August 31, 2016

relating to Environmental - ALL

| 08/22/16 | E-mail correspondence (x7) with E. Geier re: logistics in connection with proposed approval of settlement agreement by and between EFH Properties and the Environmental Protection Agency (.2); E-mail correspondence (x5) with R. Werkheiser in Judge Sontchi's Chambers re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 08/23/16 | Prepare copies of EPA settlement order for delivery to J. Madron in courtroom (.3); Retrieve and circulate EPA settlement order (.1); Coordinate service of same (.1) | | | |
| Paralegal | Ann Jerominski | 0.50 hrs. | 240.00 | $120.00 |
| 08/23/16 | E-mail correspondence (x6) with E. Geier re: proposed approval of settlement agreement by and between EFH Properties and the Environmental Protection Agency (.1); E-mail correspondence (x6) with A. Grace re: same (.1); E-mail correspondence (x7) with C. Husnick re: same (.1); E-mail correspondence (x13) with A. Tenenbaum re: same (.2); E-mail correspondence (x5) with R. Werkheiser re: logistics in connection with proposed approval of settlement agreement by and between EFH Properties and the Environmental Protection Agency (.2); Review as entered order approving settlement agreement by and between EFH Properties and the Environmental Protection Agency (.1) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 08/23/16 | Review order approving settlement with Environmental Protection Agency | | | |
| Associate | Joseph C. Barsalona, II | 0.10 hrs. | 360.00 | $36.00 |

Total Fees for Professional Services $761.00

TOTAL DUE FOR THIS INVOICE **$761.00**

BALANCE BROUGHT FORWARD $1,299.00

**TOTAL DUE FOR THIS MATTER** **$2,060.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 82

Client #  740489

Matter # 180326

---

TOTAL DUE FOR THIS INVOICE                                    **$0.00**

**TOTAL DUE FOR THIS MATTER**                                **$0.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 83

Client #  740489

Matter # 180326

TOTAL DUE FOR THIS INVOICE                                  **$0.00**

**TOTAL DUE FOR THIS MATTER**                               **$0.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 84

Client #  740489

Matter # 180326

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$0.00** |
| BALANCE BROUGHT FORWARD | $608.00 |
| **TOTAL DUE FOR THIS MATTER** | **$608.00** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 85

Client # 740489

Matter # 180326

---

For services through August 31, 2016
relating to Tax Issues - TCEH

| | | | | |
|---|---|---|---|---|
| 08/05/16 | E-mail correspondence (x3) with C. Husnick re: issues in connection with tax matters agreement (.1); Call with C. Husnick re: same (.2); E-mail correspondence with D. DeFranceschi re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 08/08/16 | Call with R. Werkheiser in Judge Sontchi's Chambers re: open issue in connection with tax matters agreement (.2); E-mail correspondence (x6) with C. Husnick re: same (.2) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 08/10/16 | E-mail correspondence (x3) with C. Husnick re: status of negotiations in connection with tax matters agreement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/15/16 | Review e-mail from J. Madron re: notice of filing form tax matters agreement (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 08/16/16 | Draft notice of filing of revised tax matters agreement (.4); Review and consideration of revised tax matters agreement (.5); Review redline of same marked against 8/3/16 filing version of tax matters agreement (.3); E-mail correspondence with A. Yenamandra re: tax matters agreement (.1) | | | |
| Counsel | Jason M. Madron | 1.30 hrs. | 550.00 | $715.00 |

Total Fees for Professional Services     $1,330.00

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$1,330.00** |
| BALANCE BROUGHT FORWARD | $601.29 |
| **TOTAL DUE FOR THIS MATTER** | **$1,931.29** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 86

Client #  740489
Matter # 180326

For services through August 31, 2016

relating to  Litigation/Adversary Proceedings - ALL

| | | | | |
|---|---|---|---|---|
| 08/31/16 | Review request for District Court to take judicial notice of certain documents filed in the Bankruptcy Court in connection with Fenicle and Fahy appeal of old confirmation order (.3); Review letter correspondence from D. Hogan to Judge Andrews re: same (.1); E-mail correspondence (x4) with K. Harvey re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |
| 08/31/16 | Review Request that the Court Take Judicial Notice of Bankruptcy Court Filings Relevant to Appellees' Motion to Dismiss Fenicle and Fahy Appeal | | | |
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

Total Fees for Professional Services     $347.00

TOTAL DUE FOR THIS INVOICE                **$347.00**
BALANCE BROUGHT FORWARD                    $22,077.24

**TOTAL DUE FOR THIS MATTER**             **$22,424.24**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 87

Client # 740489

Matter # 180326

---

For services through August 31, 2016

relating to Litigation/Adversary Proceedings - EFH

| | | | | |
|---|---|---|---|---|
| 08/31/16 | Review EFIH First Lien Trustee RFRs and Interrogatories to Debtors Re: E-side Plan Confirmation (.4); Review EFIH PIK Supplemental Discovery Requests Re: E-side Plan Confirmation (.3) | | | |
| Director | Daniel J. DeFranceschi | 0.70 hrs. | 775.00 | $542.50 |

| | | | | |
|---|---|---|---|---|
| 08/31/16 | Review EFH Indenture Trustee's Supplemental Set of Requests For Production of Documents And Interrogatories To the Ad Hoc Committee of TCEH First Lien Creditors In Connection With Confirmation of the Debtors' Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant To Chapter 11 of the Bankruptcy Code (.2); Review EFH Indenture Trustee's First Set of Requests For Production of Documents And Interrogatories To Nextera Energy, Inc. In Connection With Confirmation of the Debtors' Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant To Chapter 11 of the Bankruptcy Code (.2); Review EFH Indenture Trustee's First Set of Requests For Production of Documents And Interrogatories To the Ad Hoc Group of TCEH Unsecured Noteholders In Connection With Confirmation of the Debtors' Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant To Chapter 11 of the Bankruptcy Code (.3); Review EFH Indenture Trustee's Supplemental Requests For Production of Documents And Interrogatories To the Debtors In Connection With Confirmation of the Debtors' Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant To Chapter 11 of the Bankruptcy Code (.3) | | | |
| Director | Daniel J. DeFranceschi | 1.00 hrs. | 775.00 | $775.00 |

Total Fees for Professional Services        $1,317.50

TOTAL DUE FOR THIS INVOICE        **$1,317.50**

BALANCE BROUGHT FORWARD        $22,894.15

**TOTAL DUE FOR THIS MATTER**        **$24,211.65**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 88

Client # 740489
Matter # 180326

For services through August 31, 2016
relating to Litigation/Adversary Proceedings - EFIH

| 08/01/16 | Review e-mail from J. Madron re: acknowledgment & designation of arguing counsel A. McGaan in third circut (16-1351) (.1); Assemble re: same (.1); Finalize and file re: same (.2); Coordinate service re: same (.1); E-mail to J. Madron re: same (.1); Review e-mail from J. Madron re: acknowledgment & designation of arguing counsel A. McGaan in third circut (16-1926, 16-1927, 16-1928) (.1); Assemble re: same (.1); Finalize and file re: same (.2); Coordinate service re: same (.1); E-mail to J. Madron re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |
| 08/01/16 | Review A. McGaan designation of arguing counsel in Third Circuit case no. 16-1926 and -1351 (.1); Review email from J. Madron re: first and second lien make-whole appeal to Third Circuit (.1) | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| 08/01/16 | Draft notice of acknowledgement of arguing counsel form in connection with Third Circuit first lien makewhole appeal (.2); Draft certification of service in connection with same (.1); Draft notice of acknowledgement of arguing counsel form in connection with Third Circuit second lien makewhole appeals (.2); Draft certification of service in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 08/02/16 | Review e-mail from J. Madron re: Supreme Court petition-For Writ filed by Delaware Trust (.1); Search Supreme Court docket re: same (.3); E-mail to J. Madron re: findings of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |
| 08/02/16 | E-mail correspondence (x5) with D. DeFranceschi re: Petition for a Writ of Certiorari filed by Delaware Trust Company in connection with first lien settlement appeal (.1); E-mail correspondence (x5) with B. Witters re: same (.1); Review and consideration of petition for a Writ of Certiorari filed by Delaware Trust Company in connection with first lien settlement appeal (.9) | | | |
| Counsel | Jason M. Madron | 1.10 hrs. | 550.00 | $605.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 89
Client #  740489
Matter # 180326

| | | | | |
|---|---|---|---|---|
| 08/04/16 | E-mail correspondence (x5) with M. Petrino re: Petition for a Writ of Certiorari filed by Delaware Trust Company in connection with first lien settlement appeal | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/08/16 | Review entered order granting joint motion to approve briefing schedule in connection with summary affirmance motions in UMB Bank and Subsequent Settling PIK Noteholder appeals | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/11/16 | Review notice of docketing of Delaware Trust Company's Supreme Court Petition for a Writ of Certiorari in connection with first lien settlement appeal (.1); E-mail correspondence with E. Macgowan re: same (.1); E-mail correspondence (x3) with M. McKane re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |
| 08/12/16 | Review Appellant's Joint Memorandum in opposition to Appellee's Motion from Summary Affirmance re: District Court UMB Bank appeal | | | |
| Director | Daniel  J. DeFranceschi | 0.30 hrs. | 775.00 | $232.50 |
| 08/12/16 | E-mail correspondence (x3) with M. Petrino re: District Court answering brief of Subsequent Settling PIK Noteholders and UMB Bank in opposition to summary affirmance of appeals (.1); Review joint memorandum of Subsequent Settling PIK Noteholders and UMB Bank in opposition to summary affirmance of District Court appeals (.5) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 08/17/16 | Review and comment to Appellees' Reply in Support of Motion For Summary Affirmance in PIK appeals | | | |
| Associate | Joseph C. Barsalona, II | 1.40 hrs. | 360.00 | $504.00 |
| 08/18/16 | E-mail correspondence (x9) with M. Petrino, D. DeFranceschi, J. Barsalona re: reply to joint response to motion for summary affirmance of UMB Bank and Subsequent Settling PIK Noteholder District Court appeals | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 90

Client # 740489
Matter # 180326

---

| 08/18/16 | Review Petition for a Writ of Certiorari in Delaware Trust Company v. Energy Future Holdings Corp. appeal | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.70 hrs. | 360.00 | $252.00 |

| 08/19/16 | Review e-mail from J. Barsalona re: appellees' reply in support of motion for summary affirmance if PIK Noteholder appeals (.1); Prepare certificate of service re: same (.2); E-mail to J. Barsalona re: same (.1); Assemble reply re: same (.2); E-mail to J. Barsalona re: same (.1); Finalize and file re: same in 2 separate cases (.4); Coordinate service re: same (.2); Coordinate delivery to Judge Andrews re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.40 hrs. | 240.00 | $336.00 |

| 08/19/16 | Review, revise and finalize reply to objection to summary affirmance in PIK appeals (.3); Revise and finalize reply to objection to Motion for summary affirmance (.1) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.40 hrs. | 360.00 | $144.00 |

| 08/24/16 | Review correspondence from Third Circuit Clerk's Office scheduling oral argument in first and second lien makewhole appeals (.1); E-mail correspondence (x3) with M. Petrino re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 08/25/16 | Investigate scheduling of argument before 3rd Circuit Court of Appeals and relay information to J. Barsalona | | | |
|---|---|---|---|---|
| Paralegal | Ann Jerominski | 0.50 hrs. | 240.00 | $120.00 |

| 08/25/16 | Discussion and e-mail correspondence with J. Barsalona re: oral argument in Third Circuit in connection with makewhole appeals (.1); E-mail correspondence (x3) with M. Petrino re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 08/25/16 | Factual investigation regarding oral argument in Third Circuit on makewhole issues | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |

| 08/25/16 | Discussion with A. Jerominski re: oral argument in Third Circuit on makewhole payment (.1); Discussion with J. Madron re: same (.2) | | | |
|---|---|---|---|---|
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 91

Client #  740489

Matter # 180326

| | |
|---|---|
| Total Fees for Professional Services | $4,419.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$4,419.50** |
| BALANCE BROUGHT FORWARD | $16,121.62 |
| **TOTAL DUE FOR THIS MATTER** | **$20,541.12** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 92

Client # 740489
Matter # 180326

For services through August 31, 2016
relating to Litigation/Adversary Proceedings - TCEH

| | | | | |
|---|---|---|---|---|
| 08/01/16 | Attend telephonic deposition of Kris Moldovan in connection with T-side plan confirmation | | | |
| Director | Daniel J. DeFranceschi | 1.70 hrs. | 775.00 | $1,317.50 |
| | | | | |
| 08/01/16 | Review email from J. Sowa re: Deposition of P. Keglevic in connection with T-side Plan confirmation | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 775.00 | $77.50 |
| | | | | |
| 08/01/16 | Review letter correspondence (x2) from M. Esser re: production of additional documents in connection with T-Side plan confirmation process (.1); Attend (telephonic participation) Moldovan deposition in connection with T-Side plan confirmation process (2.0); Review and consideration of Debtors' responses and objections to 30(b)(6) deposition notice issued by Fenicle and Fahy in connection with T-Side plan confirmation process (.9); Review and consideration of Debtors' responses and objections to 30(b)(6) deposition notice issued by American Stock Transfer & Trust Company LLC in connection with T-Side plan confirmation process (1.2) | | | |
| Counsel | Jason M. Madron | 4.20 hrs. | 550.00 | $2,310.00 |
| | | | | |
| 08/01/16 | Review appellant opening brief in Marathon v. Apollo district court appeal (.2); Review appellee's reply brief in Marathon v. Apollo district court appeal (.2); Review reply brief in Marathon v. Apollo district court appeal (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.50 hrs. | 360.00 | $180.00 |
| | | | | |
| 08/02/16 | Attend (telephonic participation) deposition of P. Keglevic in connection with T-Side plan confirmation process | | | |
| Counsel | Jason M. Madron | 1.90 hrs. | 550.00 | $1,045.00 |
| | | | | |
| 08/03/16 | Review further document production letter correspondence from M. Esser concerning T-Side plan confirmation process | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 93

Client #  740489

Matter # 180326

---

| 08/04/16 | Attend (telephonic participation) deposition of H. Sawyer in connection with T-Side plan confirmation process | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.60 hrs. | 550.00 | $880.00 |

| 08/05/16 | Attend (telephonic participation) a portion of Howard deposition in connection with T-Side plan confirmation process | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.00 hrs. | 550.00 | $550.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094

Page 94

Client # 740489

Matter # 180326

---

| 08/08/16 | E-mail correspondence (x11) with M. Esser re: motions in limine in connection with T-Side plan process (.3); E-mail correspondence (x9) with J. Johnston re: same (.2); E-mail correspondence (x4) with S. Ding re: same (.1); Call with B. Stephany re: same (.2); E-mail correspondence (x21) with B. Stephany re: same (.4); Review and provide comments to draft motion in limine seeking to exclude Fenicle and Fahy from raising certain arguments in connection with T-Side plan confirmation proceedings (.2); Review draft proposed form of order in connection with same (.2); Review and provide comments to draft memorandum of law in support of motion in limine seeking to exclude Fenicle and Fahy from raising certain arguments in connection with T-Side plan confirmation proceedings (.5); Review and provide comments to draft motion in limine seeking to exclude Williams testimony in connection with T-Side plan confirmation proceedings (.2); Review and provide comments to draft proposed form of order in connection with same (.2); Review and provide comments to draft memorandum of law in support of motion in limine seeking to exclude Williams testimony in connection with T-Side plan confirmation proceedings (.7); Review and revise final motion in limine seeking to exclude Fenicle and Fahy from raising certain arguments in connection with T-Side plan confirmation proceedings (.2); Draft notice of motion and hearing with respect to same (.2); Review and revise final proposed form of order in connection with same (.2); Review and revise final memorandum of law in support of motion in limine seeking to exclude Fenicle and Fahy from raising certain arguments in connection with T-Side plan confirmation proceedings and review exhibits thereto (.3); Review and revise final motion in limine seeking to exclude Williams testimony in connection with T-Side plan confirmation proceedings (.2); Draft notice of motion and hearing with respect to same (.1); Review and revise final proposed form of order in connection with same (.2); Review and revise final memorandum of law in support of motion in limine seeking to exclude Williams testimony in connection with T-Side plan confirmation proceedings and review of exhibits thereto (.4) |

| Counsel | Jason M. Madron | 5.00 hrs. | 550.00 | $2,750.00 |

Energy Future Competitive Holdings Co.                  September 27, 2016
Texas Competitive Electric Holdings Co.                 Invoice 521094
1601 Bryan Street                                       Page 95
Dallas TX  75201
                                                        Client #  740489
                                                        Matter # 180326

---

| 08/09/16 | Call with J. Ganter re: potential objection to American Stock Transfer & Trust Company LLC's witness list in connection with T-Side plan confirmation proceedings (.1); Review and consideration of American Stock Transfer & Trust Company LLC's motion in limine seeking to exclude the use of attorney-client privileged information in connection with T-Side plan confirmation proceedings and exhibits to same (.6) | | | |
|----------|------|------|------|------|
| Counsel  | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

| 08/10/16 | Call with M. McKane re: issues in connection with pending motions in limine related to T-Side plan confirmation process (.2); Factual investigation in connection with same (.2); E-mail correspondence (x3) with M. McKane re: same (.1) | | | |
|----------|------|------|------|------|
| Counsel  | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |

| 08/11/16 | E-mail correspondence (x7) with M. McKane re: deadline to file objections to pending motions in limine in connection with T-Side plan process (.2); Draft notice of extension of deadline to file objections to pending motions in limine in connection with T-Side plan process (1.0); Review and provide comments to draft of Debtors' omnibus objections to plan objectors' witness lists in connection with T-Side plan confirmation process (.7); E-mail correspondence (x3) with J. Ganter re: same (.1); E-mail correspondence with B. Stephany  re: same (.1); Review and provide comments to draft objections to plan objectors' proposed trial exhibits in connection with T-Side plan confirmation process (.5); E-mail correspondence (x6) with M. Menzies re: same (.2); Review Debtors' confidentiality designations with respect to Moldovan deposition in connection with T-Side plan process (.1); Review and consideration of American Stock Transfer & Trust Company's amended trial exhibit list in connection with T-Side plan process (.4); E-mail correspondence (x11) with J. Ganter, M. Esser, M. McKane and M. Menzies re: final objections to plan objectors' witnesses lists and trial exhibit designations in connection with T-Side plan process (.3) | | | |
|----------|------|------|------|------|
| Counsel  | Jason M. Madron | 3.60 hrs. | 550.00 | $1,980.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 96

Client #  740489

Matter # 180326

---

| 08/12/16 | Draft notice of service of Debtors' objections to plan objectors' witness lists and trial exhibit designations in connection with T-Side confirmation proceedings (.2); Review and provide comments to draft objection to EFH Indenture Trustee's motion in limine concerning attorney-client privileged information in connection with T-Side chapter 11 plan confirmation process (.7); E-mail correspondence (x20) with J. Johnston re: same (.4); E-mail correspondence with S. Ding re: same (.1); Review and revise final objection to EFH Indenture Trustee's motion in limine concerning attorney-client privileged information in connection with T-Side chapter 11 plan confirmation process (.5); Review and consideration of exhibits to same and finalize same for filing (.3) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 2.20 hrs. | 550.00 | $1,210.00 |

| 08/13/16 | E-mail correspondence with B. Stephany re: objection to EFH Indenture Trustee's motion in limine concerning attorney-client privileged information in connection with T-Side chapter 11 plan confirmation process | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 08/15/16 | Review and revise notice of filing of second revised joint pre-trial order in connection with T-Side plan confirmation (.4); E-mail correspondence (x6) with J. Ganter re: same (.2); Review and revise second revised joint pre-trial order in connection with T-Side plan confirmation (.3); Review redline in connection with same and finalize same for filing (.1); E-mail correspondence (x5) with B. Stephany re: EFH Indenture Trustee's sealed objection to Debtors' motion in limine in connection with T-Side chapter 11 plan confirmation process (.1); E-mail correspondence (x16) with J. Ganter re: final joint pre-trial order in connection with T-Side plan confirmation (.4); Review and revise third revised joint pre-trial order in connection with T-Side plan confirmation (.4); Draft certification of counsel with respect to same (.9); Review redline of joint pre-trial order in connection with T-Side plan confirmation (.2) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 3.00 hrs. | 550.00 | $1,650.00 |

| 08/16/16 | Review three entered orders concerning motions in limine in connection with T-Side plan confirmation process (.2); E-mail correspondence (x3) with B. Stephany re: same (.1); E-mail correspondence (x3) with M. McKane re: Doré deposition in connection with T-Side plan process (.1); Call with D. DeFranceschi and discussion with J. Barsalona re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.50 hrs. | 550.00 | $275.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 97

Client #  740489

Matter #  180326

---

| 08/21/16 | Finalize and file re: objection to EFH indenture motion for clarification and reconsideration of ruling admitting certain trial exhibits into evidence during T-Side plan confirmation trial (.3); E-mail to Epiq re: service of same (.1); Coordinate delivery to Judge Sontchi re: same (.1) | | | |
|----------|----------|----------|----------|----------|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 240.00 | $120.00 |

| 08/21/16 | E-mail correspondence (x6) with M. Esser, J. Sowa, J. Barsalona re: objection to EFH Indenture Trustee's motion to clarify or reconsider ruling concerning admission of certain board decks into evidence at T-Side plan confirmation trial | | | |
|----------|----------|----------|----------|----------|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 08/22/16 | Review and consideration of EFH Indenture Trustee's motion to clarify or reconsider ruling concerning admission of certain board decks into evidence at T-Side plan confirmation trial (.5); Review and consideration of Debtors' objection to EFH Indenture Trustee's motion to clarify or reconsider ruling concerning admission of certain board decks into evidence at T-Side plan confirmation trial (.6); E-mail correspondence (x5) with J. Barsalona and B. Witters re: same (.1); Review Ad Hoc Committee of TCEH First Lien Creditors' joinder to same (.1); E-mail correspondence (x5) with R. Bartley re: same (.1); E-mail correspondence with B. Walters re: same (.1) | | | |
|----------|----------|----------|----------|----------|
| Counsel | Jason M. Madron | 1.50 hrs. | 550.00 | $825.00 |

| 08/22/16 | Call with B. Witters re: service of written direct testimony declarations in connection with T-Side plan confirmation process (.1); E-mail correspondence (x4) with B. Stephany re: submission of additional direct testimony declarations in connection with T-Side plan process (.1); Draft third notice of submission of additional direct testimony declarations in connection with T-Side plan process (.2) | | | |
|----------|----------|----------|----------|----------|
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |

|  | Total Fees for Professional Services |  | $16,270.00 |
|--|--|--|--|

| **TOTAL DUE FOR THIS INVOICE** | **$16,270.00** |
|--|--|
| BALANCE BROUGHT FORWARD | $14,655.35 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 98

Client #  740489

Matter # 180326

**TOTAL DUE FOR THIS MATTER**                    **$30,925.35**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 99

Client # 740489
Matter # 180326

For services through August 31, 2016
relating to RLF Retention - ALL

| 08/03/16 | Factual investigation regarding RL&F retention issues | | | |
|----------|-------------------------------------------------------|-----------|--------|--------|
| Associate | Joseph C. Barsalona, II | 0.20 hrs. | 360.00 | $72.00 |

Total Fees for Professional Services $72.00

TOTAL DUE FOR THIS INVOICE **$72.00**

BALANCE BROUGHT FORWARD $101.11

**TOTAL DUE FOR THIS MATTER** **$173.11**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 100

Client # 740489

Matter # 180326

For services through August 31, 2016
relating to Retention of Others - ALL

| 08/08/16 | Prepare and efile supplemental declaration of E. Sassower in support of re: Kirkland & Ellis-Retention | | | |
|---|---|---|---|---|
| Paralegal | Cynthia McMenamin | 1.00 hrs. | 240.00 | $240.00 |

| 08/08/16 | E-mail correspondence (x4) with C. Husnick re: eight supplemental Sassower declaration in support of Kirkland & Ellis LLP retention (.1); E-mail correspondence (x8) with E. Geier re: same (.2); Reviewing and revising eight supplemental Sassower declaration in support of Kirkland & Ellis LLP retention (.6) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

| 08/10/16 | Finalize and file re: seventh supplemental McNulty declaration in support of retention of Thompson & Knight (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 240.00 | $72.00 |

| 08/10/16 | Review and revise seventh supplemental McNulty declaration in support of retention of Thompson & Knight LLP (.6); E-mail correspondence (x3) with D. Liggins re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |

| 08/15/16 | Finalize and file re: second supplemental declaration in support Vinson & Elkins ordinary course professional (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: notice of filing of sixteenth amended ordinary course professionals lists (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.80 hrs. | 240.00 | $192.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 101

Client #  740489

Matter #  180326

---

| | | | | |
|---|---|---|---|---|
| 08/15/16 | Review and consideration of second supplement declaration in support of Vinson & Elkins LLP's retention (.2); E-mail correspondence (x3) with N. Hwangpo re: same (.1); Draft notice of filing of sixteenth amendments to ordinary course professional retention lists (.4); Review and consideration of sixteenth amendments to ordinary course professional retention lists and finalize same for filing (.2) | | | |
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |

Total Fees for Professional Services          $1,879.00

TOTAL DUE FOR THIS INVOICE          **$1,879.00**

BALANCE BROUGHT FORWARD          $4,808.72

**TOTAL DUE FOR THIS MATTER**          **$6,687.72**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 102

Client #  740489
Matter # 180326

For services through August 31, 2016

relating to  Retention of Others - EFH

| 08/31/16 | Review third supplemental Bojmel declaration in further support of retention of Guggenheim Securities | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services $55.00

TOTAL DUE FOR THIS INVOICE  **$55.00**
BALANCE BROUGHT FORWARD  $65.05

**TOTAL DUE FOR THIS MATTER**  **$120.05**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 103

Client #  740489

Matter # 180326

---

For services through August 31, 2016

relating to  Retention of Others - EFIH

| 08/08/16 | Review Paskin declaration in further support of retention of Cravath, Swaine & Moore | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

|  | Total Fees for Professional Services | $110.00 |
|---|---|---|

| **TOTAL DUE FOR THIS INVOICE** | **$110.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $22.00 |
| **TOTAL DUE FOR THIS MATTER** | **$132.00** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 104

Client #  740489

Matter # 180326

---

For services through August 31, 2016
relating to  Retention of Others - TCEH

| 08/02/16 | Review supplemental Pohl declaration in support of Lazard Frères & Co. LLC's retention | | | |
|----------|------|------|------|------|
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Total Fees for Professional Services    $165.00

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$165.00** |
| BALANCE BROUGHT FORWARD | $488.45 |
| **TOTAL DUE FOR THIS MATTER** | **$653.45** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 105

Client #  740489

Matter # 180326

---

For services through August 31, 2016

relating to  RLF Fee Applications - ALL

| 08/01/16 | Draft budget and staffing plan for RL&F sixth interim fee application | | | |
| Associate | Joseph C. Barsalona, II | 3.80 hrs. | 360.00 | $1,368.00 |
| 08/02/16 | Continue drafting budget and staffing plan for RL&F sixth interim fee application | | | |
| Associate | Joseph C. Barsalona, II | 0.60 hrs. | 360.00 | $216.00 |
| 08/03/16 | E-mail correspondence with J. Barsalona re: budget and staffing plan in connection with preparation of RL&F's sixth interim period fee application (.1); Preliminary review of RL&F's budget and staffing plan re: same (.3) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| 08/03/16 | Continue drafting budget and staffing plan for sixth interim fee application of Richards, Layton & Finger, P.A. | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 08/21/16 | Review RL&F July 2016 bill memos of RL&F | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 240.00 | $360.00 |
| 08/22/16 | Review meal changes for RL&F July 2016 bill memos in connection with fee statement preparation | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 08/25/16 | Reviewing and editing of RL&F's July 2016 billing memos for attorney-client privileged information and compliance with the interim compensation procedures order and local rules and in connection with preparation of related monthly fee statement | | | |
| Counsel | Jason M. Madron | 2.80 hrs. | 550.00 | $1,540.00 |
| 08/29/16 | E-mail correspondence (x3) with B. Witters re: July 2016 monthly fee statement of RL&F | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 106

Client # 740489

Matter # 180326

| 08/31/16 | Review and revise RL&F July 2016 fee application (.5); Prepare notice of application re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: same (.1) | | | |
|----------|----|----|----|----|
| Paralegal | Barbara J. Witters | 1.00 hrs. | 240.00 | $240.00 |
| 08/31/16 | E-mail correspondence (x3) with C. Gooch re: RL&F fee issue (.1); Factual investigation in connection with same (.2); Reviewing and revising July 2016 monthly fee statement of RL&F (.9); Review and revise notice of filing of monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 1.30 hrs. | 550.00 | $715.00 |

Total Fees for Professional Services        $4,870.00

TOTAL DUE FOR THIS INVOICE        **$4,870.00**

BALANCE BROUGHT FORWARD        $12,310.55

**TOTAL DUE FOR THIS MATTER**        **$17,180.55**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 107

Client #  740489
Matter # 180326

---

For services through August 31, 2016

relating to  Fee Applications of Others - ALL

| | | | | |
|---|---|---|---|---|
| 08/01/16 | Review e-mail from J. Madron re: Enoch Kever fourteenth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 08/01/16 | E-mail correspondence (x5) with A. Kever re: Enoch Kever PLLC fee matters (.2); Review and revise April 2016 monthly fee statement of Enoch Kever (.3); Draft notice of monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 0.60 hrs. | 550.00 | $330.00 |
| 08/03/16 | Review e-mail from J. Madron re: Balch & Bingham twenty-first fee statement (.1); Assemble exhibits (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |
| 08/03/16 | E-mail correspondence (x5) with A. Benschoter re: Balch & Bingham fee matters (.1); Review and revise Balch & Bingham June 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence (x4) with A. Kever re: Enoch Kever PLLC fee matters (.1); E-mail correspondence (x4) with J. Ehrenhofer re: Alvarez & Marsal North America fee matters (.1) | | | |
| Counsel | Jason M. Madron | 0.70 hrs. | 550.00 | $385.00 |
| 08/04/16 | Review e-mail from J. Madron re: Enoch Kever fifteenth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: Alvarez & Marsal twenty-sixth fee statement (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 240.00 | $288.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 108
Client #  740489
Matter # 180326

---

| 08/04/16 | Review and revise Alvarez & Marsal North America's June 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); Review and revise May 2016 monthly fee statement of Enoch Kever PLLC (.3); Draft notice of monthly fee statement in connection with same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |

| 08/05/16 | Review e-mail from Z. Shapiro re: Kirkland & Ellis twenty-sixth fee statement (.1); Prepare notice of application re: same (.2); Assemble exhibits re: same (.2); E-mail to Z. Shapiro re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.90 hrs. | 240.00 | $216.00 |

| 08/05/16 | E-mail correspondence with N. Hwangpo re: Kirkland & Ellis LLP fee matters (.1); E-mail correspondence (x3) with Z. Shapiro re: same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

| 08/06/16 | E-mail correspondence with R. Young re: Deloitte & Touche LLP fee matters | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

| 08/08/16 | Review e-mail from J. Madron re: Deloitte & Touche sixth interim fee application (.1); Assemble exhibit re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.60 hrs. | 240.00 | $144.00 |

| 08/08/16 | E-mail correspondence (x3) with J. Ehrenhofer re: Alvarez & Marsal North America fee issue (.1); E-mail correspondence (x3) with A. Kever re: Enoch Kever PLLC fee matters (.1); Review and consideration of Deloitte & Touche LLP's sixth interim period fee application and voluminous exhibit to same (.6) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 109

Client #  740489

Matter # 180326

---

| 08/09/16 | Review e-mail from J. Madron re: fourth notice of excess fees for K&L Gates (.1); Assemble exhibits re: same (.2); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Review e-mail from J. Madron re: second notice excess fees for Miller & Chevalier (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 240.00 | $264.00 |
| 08/09/16 | Review Kirkland & Ellis LLP's June 2016 monthly fee statement (.2); E-mail correspondence (x3) with N. Hwangpo re: notices of excess fees for K&L Gates LLP and Miller & Chevalier Chartered (.1); Reviewing and revising fourth notice of excess fees for K&L Gates LLP (.3); Review and consideration of invoices in connection with same (.2); Reviewing and revising second notice of excess fees for Miller & Chevalier Chartered (.2); Review and consideration of invoices in connection with same (.1); E-mail correspondence with J. Ehrenhofer re: Alvarez & Marsal North America fee matters (.1) | | | |
| Counsel | Jason M. Madron | 1.20 hrs. | 550.00 | $660.00 |
| 08/10/16 | Review e-mail from J. Madron re: Thompson & Knight twenty-sixth fee statement (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1); Finalize and file certification of no objection re: Alvarez & Marsal twenty-fifth fee statement (.2); E-mail to J. Madron re: same (.1); Review e-mail from J. Madron re: Gibson Dunn twenty-sixth fee statement (.1); Assemble exhibits re: same (.1); Finalize and file re: same (.2); E-mail to Epiq re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 240.00 | $312.00 |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX 75201

September 27, 2016  
Invoice 521094  
Page 110  

Client # 740489  
Matter # 180326

---

| 08/10/16 | E-mail correspondence (x5) with D. Liggins re: Thompson & Knight LLP fee matters (.2); Review and revise Thompson & Knight's June 2016 monthly fee statement (.3); Draft notice of fee statement in connection with same (.1); Review and revise certification of no objection with respect to Alvarez & Marsal North America's May 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence with M. Bouslog re: Gibson, Dunn & Crutcher fees (.1); E-mail correspondence (x3) with R. Carter re: Alvarez & Marsal fee matters (.1); Review and revise June 2016 monthly fee statement of Gibson, Dunn & Crutcher (.3); Draft notice of monthly fee statement in connection with same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 1.50 hrs. | 550.00 | $825.00 |
| | | | | |
| 08/11/16 | E-mail correspondence (x3) with M. Bouslog re: Gibson, Dunn & Crutcher fee matters (.1); Review draft of Fee Committee's report concerning fee applications scheduled for hearing on 8/16/16 (.3) | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 08/12/16 | Review Fee Committee's report concerning uncontested interim fee applications and section 503(b) fee request | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 775.00 | $155.00 |
| | | | | |
| 08/12/16 | Review and consideration of letter correspondence from Ad Hoc Group of TCEH Unsecured Noteholders to Judge Sontchi requesting the Court's guidance concerning the Fee Committee's review of certain professionals' fees covered by charging lien | | | |
| Counsel | Jason M. Madron | 0.40 hrs. | 550.00 | $220.00 |
| | | | | |
| 08/14/16 | Prepare amended index re: interim fee applications | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 240.00 | $96.00 |
| | | | | |
| 08/15/16 | Review and consideration of letter correspondence from K. Stadler to Judge Sontchi re: issues concerning fee committee review of certain non-retained professionals' fees | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 111

Client #  740489

Matter # 180326

---

| 08/16/16 | Prepare and efile sixth interim fee application of Thompson & Knight (.5); Coordinate service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Cynthia McMenamin | 0.60 hrs. | 240.00 | $144.00 |
| 08/16/16 | E-mail correspondence with D. Liggins re: Thompson & Knight fee matters (.1); Review and revise Thompson & Knight sixth interim period fee application and review of exhibits to same (.7) | | | |
| Counsel | Jason M. Madron | 0.80 hrs. | 550.00 | $440.00 |
| 08/17/16 | Finalize and file certification of no objection re: Filsinger twenty-sixth monthly fee statement | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 240.00 | $48.00 |
| 08/17/16 | E-mail correspondence with P. Morin re: Filsinger Energy Partners fee issues (.1); E-mail correspondence (x4) with J. Barsalona re: same (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/17/16 | Review and revise certificate of no objection regarding twenty-sixth monthly fee statement of Filsinger Energy Partners (.2); Finalize same for filing (.1) | | | |
| Associate | Joseph C. Barsalona, II | 0.30 hrs. | 360.00 | $108.00 |
| 08/18/16 | E-mail correspondence with A. Kever re: Enoch Kever PLLC fee matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/23/16 | E-mail correspondence (x3) with D. Liggins re: Thompson & Knight fee matters (.1); E-mail correspondence (x4) with A. Benschoter re: Balch & Bingham fee matters (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/24/16 | Finalize and efile Balch & Bingham's twenty-second fee statement (.2); Coordinate service of same (.1); Circulate same (.1); Finalize and efile KPMG fee statement (.4); Coordinate service of same (.1); Circulate same (.1) | | | |
| Paralegal | Ann Jerominski | 1.00 hrs. | 240.00 | $240.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 112

Client #  740489
Matter # 180326

---

| 08/24/16 | E-mail correspondence (x5) with C. Campbell re: KPMG fee matters (.1); E-mail correspondence (x5) with A. Benschoter re: Balch & Bingham fee matters (.1); Review and revise Balch & Bingham LLP July 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); Review KPMG May 2016 monthly fee statement (.2); Draft notice of monthly fee statement in connection with same (.1) | | | |
|---|---|---|---|---|
| Counsel | Jason M. Madron | 0.90 hrs. | 550.00 | $495.00 |
| 08/25/16 | Finalize and efile Enoch sixteenth monthly fee statement (.2); Coordinate service of same (.1); Circulate same (.1); Finalize and efile Filsinger twenty-seventh monthly fee statement (.2); Coordinate service of same (.1); Circulate same (.1) | | | |
| Paralegal | Ann Jerominski | 0.80 hrs. | 240.00 | $192.00 |
| 08/25/16 | E-mail correspondence with C. Campbell re: KPMG fee matters (.1); Review and revise Enoch Kever's June 2016 monthly fee statement (.3); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence (x3) with P. Morin re: Filsinger Energy Partners fee matters (.1); Review and revise July 2016 monthly fee statement of Filsinger Energy Partners (.3); Draft notice of monthly fee statement in connection with same (.1); E-mail correspondence (x3) with A. Kever re: Enoch Kever fee matters (.1); E-mail correspondence (x5) with L. Bonito re: McDermott Will & Emery final fee application (.2); E-mail correspondence with R. Young re: Deloitte & Touche fee issues (.1) | | | |
| Counsel | Jason M. Madron | 1.40 hrs. | 550.00 | $770.00 |
| 08/26/16 | Prepare, finalize and efile McDermott Will and Emory final fee application (.5); Coordinate service of same (.1); Circulate same (.1) | | | |
| Paralegal | Ann Jerominski | 0.70 hrs. | 240.00 | $168.00 |
| 08/26/16 | E-mail correspondence with A. Benschoter re: Balch & Bingham fee matters (.1); Review and revise certification of no objection concerning Balch & Bingham LLP June 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise McDermott Will & Emery final fee application and review voluminous exhibits to same (.9); Draft notice of final fee application in connection with same (.1); E-mail correspondence (x4) with R. Young re: Deloitte & Touche fee matters (.1) | | | |
| Counsel | Jason M. Madron | 1.50 hrs. | 550.00 | $825.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 113

Client #  740489

Matter # 180326

---

| 08/29/16 | Finalize and file certification of no objection re: Kirkland and Ellis twenty-sixth monthly fee statement (.2); Finalize and file certification of no objection re: Enoch Kever fourteenth monthly fee statement (.2); Finalize and file certification of no objection re: Enoch Kever fifteenth monthly fee statement (.2); Finalize and file certification of no objection re: Alvarez & Marsal twenty-sixth monthly fee statement (.2); Finalize and file certification of no objection re: Deloitte & Touche twenty-first monthly fee statement (.2); Finalize and file certification of no objection re: Deloitte & Touche twenty-second monthly fee statement (.2); Finalize and file certification of no objection re: Deloitte & Touche twenty-third monthly fee statement (.2); Finalize and file certification of no objection re: Deloitte & Touche twenty-fourth monthly fee statement (.2); E-mail to J. Madron re: pdfs of all certifications of no objection re: same (.1) |

| Paralegal | Barbara J. Witters | 1.70 hrs. | 240.00 | $408.00 |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 114

Client # 740489

Matter # 180326

---

| | | | | |
|---|---|---|---|---|
| 08/29/16 | E-mail correspondence (x6) with R. Young re: Deloitte & Touche LLP fee matters (.2); Draft certification of no objection in connection with Deloitte & Touche LLP's January 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Draft certification of no objection in connection with Deloitte & Touche LLP's February 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Draft certification of no objection in connection with Deloitte & Touche LLP's March 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Draft certification of no objection in connection with Deloitte & Touche LLP's April 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence (x3) with N. Hwangpo re: Kirkland & Ellis LLP fee matters (.1); Review and revise certification of no objection with respect to Kirkland & Ellis June 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise certification of no objection with respect to Enoch Kever PLLC April 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); Review and revise certification of no objection with respect to Enoch Kever PLLC May 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1); E-mail correspondence with A. Kever re: Enoch Kever fee issues (.1); E-mail correspondence (x5) with J. Ehrenhofer re: Alvarez & Marsal North America fee matters (.1); Review and revise certification of no objection concerning Alvarez & Marsal North America June 2016 monthly fee statement (.2); Examine docket and review corresponding monthly fee statement in connection with same (.1) | | | |
| Counsel | Jason M. Madron | 2.90 hrs. | 550.00 | $1,595.00 |
| | | | | |
| 08/30/16 | E-mail correspondence with J. Ehrenhofer re: Alvarez & Marsal North America fee matters | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |

Total Fees for Professional Services          $11,321.00

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 115

Client #  740489

Matter # 180326

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$11,321.00** |
| BALANCE BROUGHT FORWARD | $26,350.83 |
| **TOTAL DUE FOR THIS MATTER** | **$37,671.83** |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

September 27, 2016
Invoice 521094
Page 116

Client # 740489
Matter # 180326

For services through August 31, 2016

relating to Fee Applications of Others - EFH

| | | | | |
|---|---|---|---|---|
| 08/01/16 | Review Kurtzman Carson May 2016 and June 2016 invoices for services rendered to EFH Creditors' Committee | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/22/16 | Review Proskauer Rose July 2016 monthly fee statement (.1); Review Sullivan & Cromwell July 2016 monthly fee statement (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/23/16 | Retrieve, import and circulate certification of no objection re: Guggenheim Securities, LLC's 20th monthly fee statement | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 08/24/16 | Review AlixPartners, LLP's July 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/25/16 | Retrieve, import and circulate certificate of no objection regarding ninth monthly fee statement of Bielli & Klauder, LLC | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 08/31/16 | Review Bielli & Klauder July 2016 monthly fee statement (.1); Review Montgomery, McCracken June 2016 monthly fee statement (.1); Review Montgomery, McCracken July 2016 monthly fee statement (.1) | | | |
| Counsel | Jason M. Madron | 0.30 hrs. | 550.00 | $165.00 |

Total Fees for Professional Services                      $433.00

TOTAL DUE FOR THIS INVOICE                          **$433.00**
BALANCE BROUGHT FORWARD                          $1,158.73

**TOTAL DUE FOR THIS MATTER**                          **$1,591.73**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 117

Client #  740489
Matter # 180326

For services through August 31, 2016

relating to  Fee Applications of Others - EFIH

| 08/03/16 | Review Cravath, Swaine & Moore May 2016 monthly fee statement | | | |
|----------|----------------------------------------------------------------|-----------|--------|--------|
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/24/16 | Retrieve, import and circulate Jenner Block fee statement | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 08/24/16 | Review July 2016 monthly fee statement of Jenner & Block (.1); Review July 2016 monthly fee statement of Goldin Associates (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services          $189.00

TOTAL DUE FOR THIS INVOICE          **$189.00**
BALANCE BROUGHT FORWARD          $467.69

**TOTAL DUE FOR THIS MATTER**          **$656.69**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 118

Client #  740489
Matter # 180326

For services through August 31, 2016
relating to Fee Applications of Others - TCEH

| | | | | |
|---|---|---|---|---|
| 08/01/16 | Review McElroy, Deutsch, Mulvaney & Carpenter June 2016 monthly fee statement (.1); Review Kurtzman Carson May 2016 and June 2016 invoices for services rendered to TCEH Creditors' Committee (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/02/16 | Review Munger, Tolles & Olson May 2016 monthly fee statement | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/08/16 | Review May 2016 monthly fee statement of Greenhill & Co., LLC | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/09/16 | Review May 2016 monthly fee statement of Morrison & Foerster LLP (.1); Review June 2016 monthly fee statement of Morrison & Foerster LLP (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |
| 08/24/16 | Retrieve, import and circulate Greenhill & Co fee statement | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 08/24/16 | Retrieve, import and circulate Polsinelli fee statement | | | |
| Paralegal | Ann Jerominski | 0.10 hrs. | 240.00 | $24.00 |
| 08/24/16 | Review July 2016 monthly fee statement of Polsinelli PC | | | |
| Counsel | Jason M. Madron | 0.10 hrs. | 550.00 | $55.00 |
| 08/29/16 | Review Greenhill & Co. July 2016 monthly fee statement (.1); Review McElroy, Deutsch, Mulvaney July 2016 monthly fee statement (.1) | | | |
| Counsel | Jason M. Madron | 0.20 hrs. | 550.00 | $110.00 |

Total Fees for Professional Services          $543.00

TOTAL DUE FOR THIS INVOICE          **$543.00**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 119

Client #  740489

Matter # 180326

---

BALANCE BROUGHT FORWARD                                    $394.92

**TOTAL DUE FOR THIS MATTER**                              **$937.92**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094

Page 120

Client #  740489

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Andrew M. Dean | 40.60 | 295.00 | 11,977.00 |
| Ann Jerominski | 25.70 | 240.00 | 6,168.00 |
| Barbara J. Witters | 109.60 | 240.00 | 26,304.00 |
| Carlos B Terreforte | 11.00 | 240.00 | 2,640.00 |
| Caroline E. Dougherty | 7.90 | 240.00 | 1,896.00 |
| Cynthia McMenamin | 13.10 | 240.00 | 3,144.00 |
| Daniel  J. DeFranceschi | 70.20 | 775.00 | 54,405.00 |
| Daniel D. White | 29.40 | 255.00 | 7,497.00 |
| Jason M. Madron | 179.10 | 550.00 | 98,505.00 |
| Joseph C. Barsalona, II | 110.90 | 360.00 | 39,924.00 |
| M. Lynzy McGee | 20.80 | 240.00 | 4,992.00 |
| Marisa A Terranova Fissel | 7.20 | 510.00 | 3,672.00 |
| Rebecca V. Speaker | 4.90 | 240.00 | 1,176.00 |
| Tesia S. Smith | 24.20 | 130.00 | 3,146.00 |
| Zachary I. Shapiro | 5.70 | 535.00 | 3,049.50 |
| TOTAL | 660.30 | $406.63 | 268,495.50 |

**TOTAL DUE FOR THIS INVOICE**                                   **$318,010.23**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

740489

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

September 27, 2016
Invoice 521094
Page 121
Client #  740489


    <u>Client:</u>  Energy Future Holdings Corp., et al.

    Matter:  EFH - Restructuring Advice
             Case Administration - ALL
             Creditor Inquiries - ALL
             Creditor Inquiries - TCEH
             Meetings - ALL
             Executory Contracts/Unexpired Leases - ALL
             Executory Contracts/Unexpired Leases - TCEH
             Automatic Stay/Adequate Protection - EFH
             Plan of Reorganization/Disclosure Statement - ALL
             Plan of Reorganization/Disclosure Statement - EFH
             Plan of Reorganization/Disclosure Statement - EFIH
             Plan of Reorganization/Disclosure Statement - TCEH
             Use, Sale of Assets - ALL
             Use, Sale of Assets - EFIH
             Use, Sale of Assets - TCEH
             Cash Collateral/DIP Financing - EFIH
             Claims Administration - ALL
             Claims Administration - TCEH
             Court Hearings - ALL
             Court Hearings - EFH
             Court Hearings - EFIH
             Court Hearings - TCEH
             General Corporate/Real Estate - ALL
             General Corporate/Real Estate - EFH
             General Corporate/Real Estate - EFIH
             Schedules/SOFA/U.S. Trustee Reports - ALL
             Environmental - ALL
             Environmental -EFIH
             Environmental - TCEH
             Tax Issues - ALL
             Tax Issues - TCEH
             Litigation/Adversary Proceedings - ALL