# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No.: 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## APPLICATION TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Gregg M. Galardi, a Partner with the law firm of Ropes & Gray LLP, respectfully request the approval of this Court to appear in the above-captioned cases and related adversary proceedings on behalf of Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership pursuant to Rule 9010-1(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

Local Rule 9010-1(e)(ii) provides that "[a]ttorneys who are admitted to the Bar of the District Court and in good standing, but do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court." Del. Bankr. L.R. 9010-1(e)(ii).

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. I do not maintain an office for the practice of law in

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03060567v1}

the District of Delaware. My office is located in New York, New York, at the address indicated below.

I respectfully request that the Court enter the proposed order, attached hereto as Exhibit A, approving my appearance in these proceedings pursuant to Local Rule 9010-1(e)(ii).

Dated:  May 12, 2017
        New York, New York

                                              */s/ Gregg M. Galardi*
Gregg M. Galardi, Esquire
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Gregg.Galardi@ropesgray.com

*Counsel to Elliott Associates, L.P.,*
*Elliott International, L.P. and*
*The Liverpool Limited Partnership*