# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Related D.I.** 11232 |

## ORDER APPROVING APPEARANCE PURSUANT TO LOCAL RULE 9010-(e)(ii)

This matter coming before the Court upon the application of Gregg M. Galardi of Ropes & Gray LLP to appear in the above-captioned cases and related adversary proceedings on behalf of Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership pursuant to Rule 9010-1(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having reviewed the application and determined that the relief sought is appropriate; it is hereby

ORDERED, that Gregg M. Galardi may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).

Dated: May 12, 2017

Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03060742v1}