IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 10933** |
| | ) |

## CERTIFICATION OF COUNSEL CONCERNING "SUPPLEMENT TO 'STIPULATION AND AGREED ORDER SCHEDULING HEARING AND DEADLINES WITH RESPECT TO THE CITY OF DALLAS, TEXAS'S PROOF OF CLAIM DESIGNATED AS CLAIM NO. 13319' [D.I. 10933]"

The undersigned hereby certifies as follows:

1. On August 26, 2016, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Objection of Energy Future Holdings Corp., et al., to Proof of Claim 13319 Filed By the City of Dallas* (the "Claim Objection") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Claim Objection, the Debtors objected to the proof of claim filed by the City of Dallas, Texas (the "City of Dallas" and together with the Debtors, the "Parties") for unpaid future rent on the untreated water purchase contract between Luminant Generation Company LLC and the City of Dallas, executed as of March 10, 2011, effective as of January 1, 2011, and adopted by resolution of the City of Dallas on February 23, 2011, including any amendments or modifications thereto.

2. On October 7, 2016, the City of Dallas filed the *Response of the City of Dallas,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

rlf1 17544701v.1

*Texas in Opposition to the Objection of Energy Future Holdings Corp., et al., to Proof of Claim No. 13319* [D.I. 9779] (the "Response") in response and opposition to the Claim Objection.

3. Subsequent to the City of Dallas filing the Response, the Parties conferred and agreed, subject to Bankruptcy Court approval, to a schedule of certain dates and deadlines in connection with the judicial disposition of the Claim Objection. To that end, following a telephonic hearing held before the Bankruptcy Court on March 2, 2017, the Bankruptcy Court entered its *Stipulation and Agreed Order Scheduling Hearing and Deadlines With Respect to the City of Dallas, Texas's Proof of Claim Designated As Claim No. 13319*, dated March 2, 2017 [D.I. 10933] (the "Stipulated Scheduling Order"), pursuant to which the Bankruptcy Court approved the Parties' scheduling proposals in connection with the Claim Objection.

4. Paragraph 11 of the Stipulated Scheduling Order expressly provides that "[t]he Parties by agreement may amend the Schedule [set forth in the Stipulated Scheduling Order], from time to time, as necessary." *See* Stipulated Scheduling Order at ¶ 11.

5. Consequently, the Parties have, in joint consultation with Chambers, prepared a supplement (the "Supplement") to the Stipulated Scheduling Order which stays and holds in abeyance certain of the dates and deadlines set forth in the Stipulated Scheduling Order pending further order of the Bankruptcy Court. A copy of the Supplement is attached hereto as **Exhibit A**. The Parties have conferred and mutually believe that the entry and approval of the Supplement will promote judicial efficiency in connection with the disposition of the Claim Objection.

6. The Debtors therefore respectfully request that the Bankruptcy Court enter the Supplement, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience **on May 12, 2017**.

rlf1 17544701v.1

Dated:  May 12, 2017
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

rlf1 17544701v.1