# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Twenty-Seventh Monthly Fee Statement 02/01/2017 through 02/28/2017 D.I. 11146 | $24,591.00 | $72.99 | 05/03/2017 | $19,672.80 | $72.99 | $4,918.20 |

05/11/2017 SL1 1464412v1 109285.00006