# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Twenty-Eighth Monthly Fee Statement 03/01/2017 through 03/31/2017 D.I. 11159 | $7,027.00 | $124.34 | 05/08/2017 | $5,621.60 | $124.34 | $1,405.40 |

05/12/2017 SL1 1464419v1 109285.00006