## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| CHAPTER 11 ISSUES | 1.10 | $1,938.00 |
| COMMUNICATIONS WITH PROF | .20 | $147.00 |
| FEE APPLICATIONS – OTHERS | 1.60 | $412.00 |
| FEE APPLICATIONS – S&L | 4.80 | $1,634.00 |
| HEARINGS | 1.40 | $1,029.00 |
| PLANS OF REORGANIZATION | .60 | $441.00 |
| **TOTAL** | **9.70** | **$4,471.50** |

| Date | Hours | Dollars | Description |
|------|-------|---------|-------------|

**109285-00003    ENERGY FUTURE/CHAPTER 11 ISSUES**

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|------|-------|---------|-------------|
| 4/6/17 | 0.60 | $441.00 | READ/ANALYZE MARATHON V ANGELO GORDON OPINION |
| 4/7/17 | 0.50 | $367.50 | EXTENDED TC R LEVIN RE STATUS OF PLAN PROCESS |
| *JHH Total:* | *1.10* | *$808.50* | |

**109285-00003 Total:**    1.10    $808.50

**109285-00004    ENERGY FUTURE/COMMUNICATIONS WITH PROF**

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|------|-------|---------|-------------|
| 4/11/17 | 0.20 | $147.00 | EMAILS V LAZAR RE STATUS OF HEARINGS |
| *JHH Total:* | *0.20* | *$147.00* | |

**109285-00004 Total:**    0.20    $147.00

**109285-00005    ENERGY FUTURE/FEE APPLICATIONS- OTHERS**

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|------|-------|---------|-------------|
| 4/24/17 | 0.20 | $55.00 | REVIEW/REVISE JENNER'S 22ND MONTHLY FEE APP AND SEND EMAIL TO SF RE: SAME. |
| *JDA Total:* | *0.20* | *$55.00* | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|------|-------|---------|-------------|
| 4/21/17 | 0.20 | $147.00 | REVIEW AND APPROVE JENNER TWENTY-SECOND MONTHLY FEE STATEMENT - EMAILS JDA SAME |
| *JHH Total:* | *0.20* | *$147.00* | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|------|-------|---------|-------------|
| 4/3/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTIETH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 4/3/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTIETH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 4/19/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIRST MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 |
| 4/19/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIRST MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 4/24/17 | 0.30 | $52.50 | EFILE TWENTY-SECOND MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2017 THROUGH MARCH 31, 2017 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| *SLFO Total:* | *1.20* | *$210.00* | |
| **109285-00005 Total:** | **1.60** | **$412.00** | |

**109285-00006    ENERGY FUTURE/FEE APPLICATIONS-S&L**

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 4/10/17 | 0.20 | $55.00 | DRAFT CNO RE: 26TH MONTHLY FEE STATEMENT. |
| 4/11/17 | 0.30 | $82.50 | CONFER WITH JHH RE: PAYMENT PACKAGES 27-32 AND 27TH MONTHLY FEE APP (FEB. 2017). |
| 4/11/17 | 0.80 | $220.00 | DRAFT 27TH MONTHLY FEE APP (FEB. 2017) AND SEND SAME TO JHH FOR REVIEW. |
| 4/12/17 | 0.20 | $55.00 | MULTIPLE EMAILS TO KR, JHH AND SF RE: MARCH FEE APPLICATION. |
| 4/12/17 | 0.70 | $192.50 | DRAFT MARCH 2017 FEE STATEMENT AND SEND TO JHH FOR APPROVAL. |
| 4/13/17 | 0.70 | $192.50 | DRAFT 28TH MONTHLY FEE APPLICATION (MARCH 2017) AND SEND TO JHH FOR REVIEW. |
| *JDA Total:* | *2.90* | *$797.50* | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 4/11/17 | 0.90 | $661.50 | REVIEW PAY PACKAGES 27-31 AND EMAILS JDA RE CORRECTIONS ETC. (.7) - REVIEW/REVISE 27TH MONTHLY (.2) |
| *JHH Total:* | *0.90* | *$661.50* | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 4/11/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SIXTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 4/12/17 | 0.30 | $52.50 | EFILE TWENTY-SEVENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 4/17/17 | 0.30 | $52.50 | EFILE TWENTY-EIGHTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2017 THROUGH MARCH 31, 2017 - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 4/20/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 11146 |
| 4/20/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 11159 |
| *SLFO Total:* | *1.00* | *$175.00* | |
| **109285-00006 Total:** | **4.80** | **$1,634.00** | |

**109285-00007    ENERGY FUTURE/HEARINGS**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **JHH** | **Huston, Joseph** | | |
| 4/17/17 | 1.40 | $1,029.00 | PREP FOR/ATTEND OMNIBUS HEARING/STATUS CONFERENCE ON CONFIRMATION PROCESS |
| *JHH Total:* | *1.40* | *$1,029.00* | |
| **109285-00007 Total:** | **1.40** | **$1,029.00** | |

**109285-00010    ENERGY FUTURE/PLANS OF REORGANIZATION A**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **JHH** | **Huston, Joseph** | | |
| 4/14/17 | 0.20 | $147.00 | READ REPORTS RE TPUC DECISION TO REJECT PROPOSED ONCOR DEAL |
| 4/17/17 | 0.40 | $294.00 | READ/ANALYZE PUCT ORDER RE ONCOR TRANSACTION AND FUNDING |
| *JHH Total:* | *0.60* | *$441.00* | |
| **109285-00010 Total:** | **0.60** | **$441.00** | |
| **Grand Total:** | **9.70** | **$4,471.50** | |