## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
| --- | ---: |
| DOCUMENT REPRODUCTION | $4.00 |
| COMPUTER RESEARCH | $3.00 |
| **TOTAL** | **$7.00** |

05/12/2017 SL1 1464407v1 109285.00006