## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 4/3/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/10/17 | $3.00 | COMPUTER RESEARCH |
| 109285-00002 | 4/13/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/14/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/14/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/17/17 | $2.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/17/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/19/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/20/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/20/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/24/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/27/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 4/28/17 | $0.10 | DOCUMENT REPRODUCTION |