## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 3/01 – 3/31/2017 |
|------|-------|----------------------|
| Neil Luria | Sr. Managing Director | 2.0 |
| Raoul Nowitz | Managing Director | 118.0 |
| Matthew Cumbee | Sr. Associate | 25.0 |
| TOTALS | | 145.0 |