**EXHIBIT** B
**Hours Expended by Subject Matter**

**GENERAL**

|  | March 2017 |
|---|---|
| Plan Development & Testimony Review & Analysis | 25.0 |
| Dataroom and Diligence Materials Review | 115.0 |
| Project Management & Support | 3.0 |
| Fee Application/Retention Applications | 2.0 |
| TOTAL HOURS | 145.0 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Plan Development & Testimony Review & Analysis:  Review restructuring proposals, as applicable, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets, review of deposition transcripts and related court testimony, as applicable,, review of treatment of EFH Corp. assets as part of plan proposals, and analysis of proposed settlements of Conflict Matters.  This category also includes review of relevant filings and motions filed on the bankruptcy court docket as it relates to financial elements and related impacts, working alongside counsel and engaging with Evercore, as applicable, regarding the Plan of Reorganization and post-confirmation matters, as applicable, pertaining to the February 2017 E-side confirmation hearing, make-whole resolution matters as it impacts EFH Corp., including the financial analysis and modeling of illustrative financial scenarios, discussion related to same plus the review of deposition transcripts and court testimony transcripts, as aplicable.  This category also included review of PUCT hearings pertaining to the Oncor matter.

- Dataroom and Diligence Materials Review:  Download, analyze and review of financial materials and other relevant materials posted to the debtors' dataroom, and included in Board materials, including follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom, and (iii) items previously posted to the dataroom requiring additional review and revisiting by the SOLIC team.  Dataroom items reviewed included, but were not limited to, cash projections and comparative analyses relative to prior versions including attention to pre-emergence and post-emergence cash flow projections, professional fees projections, emergence date cash adjustments, financial analysis on the impact of make-whole claims rulings and the financial impact thereof as it relates to EFH Corp., and financial analysis as provided in materials shared with EFH Corp's board of directors.

- Project Management & Support:  Key elements of project management on the engagement including work plan development and internal discussion pertaining to same.  General review and research of case filings.

- Fee Application/Retention Application:   Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee