**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>                    Debtors. | ) ) ) ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**[Re: D.I. 11188]** |

**CERTIFICATION OF NO OBJECTION REGARDING THE
TWENTY-NINTH MONTHLY FEE STATEMENT OF SULLIVAN & CROMWELL LLP
AS COUNSEL TO THE EFH COMMITTEE FOR COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED FOR THE PERIOD FROM
<u>MARCH 1, 2017 THROUGH MARCH 31, 2017 (NO ORDER REQUIRED)</u>**

       1.       The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading with respect to the *Twenty-Ninth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From March 1, 2017 through March 31, 2017*, filed by Sullivan & Cromwell LLP ("**S&C**") on April 25, 2017 [D.I. 11188] (the "**Monthly Fee Statement**"). The undersigned further certifies that they have reviewed the Court's docket in these chapter 11 cases and no answer, objection or other responsive pleading to the Monthly Fee Statement has been filed. Pursuant to the Notice of Fee Statement filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than May 16, 2017 at 4:00 p.m. (Eastern Time). The Monthly Fee

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SC1:4404370.1

Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**").

2. Consequently, pursuant to the Interim Compensation Order, the above-captioned debtors and debtors in possession in these chapter 11 cases are authorized to pay S&C eighty percent of the fees and one hundred percent of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by S&C is annexed hereto as **Exhibit A**.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 17, 2017 | **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**<br><br> */s/ Mark A. Fink*<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:     nramsey@mmwr.com<br>                  dwright@mmwr.com<br>                  mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>John L. Hardiman<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York  10004<br>Telephone:    (212) 558-4000<br>Facsimile:     (212) 558-3588<br>E-mail:          dietdericha@sullcrom.com<br>                     gluecksteinb@sullcrom.com<br>                     hardimanj@sullcrom.com<br>                     kranzleya@sullcrom.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* |

**EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | Twenty-Ninth Monthly Fee Statement 03/1/2017 through 03/31/2017 Filed 04/25/17 Docket No. 11188 | $27,745.50 | $2,100.47 | May 16, 2017 | $22,196.40 | $2,100.47 | $5,549.10 |

---

[1] All services for which S&C requests compensation were performed for, or on behalf of, the EFH Committee. The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. and S&C's compensation is proposed as an expense of each of these estates pursuant to section 328 of the Bankruptcy Code, jointly and severally. With respect to the allocation of fees and expenses contemplated by Paragraph 2(b) of the Interim Compensation Order, the fees and expenses of S&C are for the benefit of the EFH Committee and not for the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by S&C.

SC1:4404370.1