## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 11046** |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 24, 2017, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on March 28, 2017 Starting at 10:00 A.M. (EDT)," dated March 24, 2017 [Docket No. 11046], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, and

    c.  delivered via email to those parties listed on the annexed <u>Exhibit C</u>.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Catherine Henriquez

Sworn to before me this
29th day of March, 2017

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24 2017

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS) KEVIN G ABRAMS & JOHN M SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS, TXU 2007-1 RAILCAR, RED BALL) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND ESQ, AGENT 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054-1232 |
| FISHER BOYD JOHNSON & HUGUENARD LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BERNARD G JOHNSON III ESQ & WAYNE FISHER ESQ 2777 ALLEN PKWY 14TH FL HOUSTON TX 77019 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL) ATTN: WILLIAM WEINTRAUB; KIZZY JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY ESQ & MATTHEW D CAVENAUGH ESQ 1401 MCKINNEY ST STE 1900 HOUSTON TX 77010 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 801 2ND AVE RM 403 NEW YORK NY 10017-8664 |
| MASLON EDELMAN BORMAN & BRAND LLP | ATTN: CLARK WHITMORE, ANA CHILINGARISHVILI 90 S 7TH ST STE 3300 MINNEAPOLIS MN 55402-4140 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 111 N 6TH ST PO BOX 846 CLINTON OK 73601 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: DANIEL S SHAMAH ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE 300 WEST 15TH ST AUSTIN TX 78701 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ 300 WEST 15TH ST AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS ESQ 1007 ORANGE STREET, SUITE 700 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |

| Claim Name | Address Information |
|---|---|
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A HARRIS; JASON D CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | ATTN: KURT F GWYNNE, KIMBERLY EC LAWSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SHEEHY LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIP) ATTN: STEVEN M BURTON 510 N VALLEY MILLS DR #500 WACO TX 76710-6077 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) ATTN: FEDERICK B ROSNER ESQ & JULIA B KLEIN ESQ 824 MARKET ST STE 810 WILMINGTON DE 19801 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LONE TREE CO 80124 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: "J" JACKSON SHRUM ESQ 300 DELAWARE AVE STE 1300 WILMINGTON DE 19899 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |

**Total Creditor count  48**

| Claim Name | Address Information |
| --- | --- |
| ALIXPARTNERS LLP | ATTN: GENERAL COUNSEL 2000 TOWN CENTER STE 2400 SOUTHFIELD MI 48075 |
| ALVAREZ & MARSAL LLC | ATTN: JEFFREY J STENGENGA 600 MADISON AVE NEW YORK NY 10022 |
| BALCH & BINGHAM LLP | ALAN T. ROGERS, MANAGING PARTNER 1901 SIXTH AVENUE NORTH, SUITE 1500 BIRMINGHAM AL 35203-4642 |
| DELOITTE & TOUCHE | ATTN: RANDY STOKX, PARTNER 2200 ROSS AVE DALLAS TX 75201 |
| EVERCORE GROUP LLC | ATTN: DAVID YING 55 E 52ND ST NEW YORK NY 10055 |
| FILSINGER ENERGY PARTNERS | ATTN: TODD FILSINGER 290 FILLMORE ST STE 4 DENVER CO 80206 |
| FTI CONSULTING INC | PO BOX 418178 BOSTON MA 02241-8178 |
| GIBSON DUNN AND CRUTCHER LLP | ATTN: ROBERT B LITTLE, PARTNER 2100 MCKINNEY AVE STE 1100 DALLAS TX 75201 |
| GITLIN & COMPANY LLC | ATTN: RICHARD GITLIN 7836 MONTECITO PL DELRAY BEACH FL 33446 |
| GODFREY & KAHN SC | (COUNSEL TO THE FEE COMMITTEE) ATTN: KATHERINE STADLER 1 E MAIN ST MADISON WI 53703 |
| GOLDIN ASSOCIATES LLC | 350 FIFTH AVE NEW YORK NY 10118 |
| GREENHILL & CO LLC | 300 PARK AVE NEW YORK NY 10022 |
| GUGGENHEIM SECURITIES LLC | 330 MADISON AVE NEW YORK NY 10017 |
| KPMG LLP | ATTN: THOMAS D BIBBY 2323 ROSS AVE STE 1400 DALLAS TX 75201-2721 |
| LAZARD FRERES & CO LLC | 30 ROCKEFELLER PLAZA NEW YORK NY 10020 |
| POLSINELLI PC | (COUNSEL TO TCEH UNSECURED CREDITORS) ATTN: CHRISTOPHER WARD & JUSTIN EDELSON) 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| SIDLEY AUSTIN LLP | ATTN: PAUL S CARUSO ESQ ONE S DEARBORN ST CHICAGO IL 60603 |
| SOLIC CAPITAL ADVISORS LLC | ATTN: NEIL F LUIRA 1603 ORRINGTON AVE STE 1600 EVANSTON IL 60201 |

Total Creditor count  18

| Claim Name | Address Information |
|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT | C/O TAX OFFICE 14909 ALDINE WESTFIELD ROAD HOUSTON TX 77032 |
| ALEMAN, MANUEL, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| ALFORD, JAMES T., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| APPLIED ENERGY COMPANY LLC | 1205 VENTURE COURT STE#100 CARROLLTON TX 75006 |
| ARKANSAS UNCLAIMED PROPERTY UNIT | 1401 WEST CAPITOL AVENUE SUITE 325 LITTLE ROCK AR 72201 |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| ATMOS PIPELINE - TEXAS | A DIVISION OF ATMOS ENERGY CORPORATION C/O COWLES & THOMPSON, P.C. 901 MAIN STREET, SUITE 3900 DALLAS TX 75202 |
| ATMOS PIPELINE - TEXAS | LOUIS P. GREGORY, SENIOR VICE PRESIDENT 5430 LBJ FREEWAY, SUITE 1800 DALLAS TX 75240 |
| AUTOMATIC SYSTEMS, INC. | C/O CARMODY MACDONALD P.C. ATTN: GREGORY D. WILLARD, ESQ. 120 SOUTH CENTRAL AVE, STE 1800 SAINT LOUIS MO 63105-1705 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| BANK OF NEW YORK MELLON TRUST CO,NA, THE | DENNIS J. ROEMLEIN, AUTHORIZED AGENT 601 TRAVIS, 16TH FL HOUSTON TX 77002 |
| BANK OF NEW YORK MELLON, THE, TTEE UNDER | NUCLEAR DECOMMISSIONING TRUST AGREEMENT ATTN: AMY M. TONTI, ESQ. REED SMITH CENTER 225 FIFTH AVE STE 1200 PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON, THE, TTEE UNDER | JO-ANNE MINEWEASER 500 GRANT STREET, SUITE 1935 PITTSBURGH PA 15258 |
| BARTSCH, BRAD, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| BATTLE, BOBBY, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| BAUER, LAWRENCE, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| BEHNKEN, DIANE, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| BERAN, JAMIE, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| BEXLEY, KERRY, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| BIEHLE, CRAIG, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| BLACKWELL INDEPENDENT SCHOOL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON TX 76010 |
| BROWN, JUSTIN, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| BROWN, WALTER R., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| CALIFORNIA FRANCHISE TAX BOARD | ATTN: BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 |
| CALIFORNIA FRANCHISE TAX BOARD | P.O. BOX 2952 SACRAMENTO CA 95812-2952 |
| CALVIN, FREDDIE, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| CARRAZALES, CRESPIN, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| CARROLL INDEPENDENT SCHOOL DISTRICT | C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: R. BRUCE MEDLEY 500 EAST BORDER STREET, SUITE 640 ARLINGTON TX 76010 |
| CHARANZA, BOBBY, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |

| Claim Name | Address Information |
|---|---|
| CITY OF SULPHUR SPRINGS | C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS TX 75207 |
| CITY OF SWEETWATER | C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON TX 76010 |
| COLLETTE, JOE, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| COMMONWEALTH OF VIRGINIA | DEPARTMENT OF THE TREASURY DIVISION OF UNCLAIMED PROPERTY PO BOX 2478 RICHMOND VA 23218-2478 |
| COUNTY OF TITUS, TEXAS | ATTN: TIM R. TAYLOR, ATTORNEY P.O. BOX 1212 MOUNT PLEASANT TX 75456-1212 |
| CUMMINS FAMILY TRUST, THE | 4106 HONEYCOMB ROCK CIRCLE AUSTIN TX 78731-2016 |
| CUMMINS SOUTHERN PLAINS LLC | 600 NORTH WATSON ROAD ARLINGTON TX 76011-5319 |
| DAUGHTREY, ROY C., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| DELAWARE TRUST COMPANY | F/K/A CSC TRUST COMPANY OF DELAWARE ATTN: JAMES S. CARR, BENJAMIN D. FEDER 101 PARK AVENUE NEW YORK NY 10178 |
| DEPARTMENT OF THE TREASURY - IRS | INTERNAL REVENUE SERVICE 1352 MARROWS ROAD STE 204 NEWARK DE 19711-5445 |
| DIAZ, FRANK, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| DODD, TED, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| DORNHOEFER, ROBERT, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| DOSS, BILL, JR, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| DUREE, JEREMY, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| EAGLE MOUNTAIN-SAGINAW ISD | C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON TX 76010 |
| EDWARDS, GERALD | PO BOX 430438 HOUSTON TX 77243 |
| EMERSON PROCESS MANAGEMENT POWER & WATER | SOLUTIONS INC. ATTN: JOSEPH MIKSCHE 8000 NORMAN CENTER DR. SUITE 1200 BLOOMINGTON MN 55437 |
| ENGLISH, WAYNE | 4849 BLUECAP COURT MESQUITE TX 75181 |
| ESCHBERGER, TODD, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| GARNER, CLIFFORD, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| GARZA, CARLOS, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| GOETZ, DAVID, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| GREAT IOWA TREASURE HUNT | LUCAS STATE OFFICE BUILDING ATTN: KATHRYN FEHRING 321 E. 12TH ST., 1ST FLOOR DES MOINES IA 50319 |
| GRIFFIN, DANIEL W., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| GUNNELS, DAVID W., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| GUZMAN, ERIC, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| HACKETT, CHRISTOPHER, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| HARVEY, TODD, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| HAYS, LESTER R., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., |

| Claim Name | Address Information |
|---|---|
| HAYS, LESTER R., ET AL | SUITE 200 DALLAS TX 75206 |
| HEMPEL, KIRK, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| HENNINGTON, RONALD W., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| HINES, WELDON, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| HOFFMAN, PATRICK, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| HOLLAS, MELVIN, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| IBEW LOCAL 2337 ON BEHALF OF MEMBER | CHRIS MORRIS, C/O GILLESPIE SANFORD LLP ATTN: HAL GILLESPIE & JOSEPH GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| INTERTEK AIM | PO BOX 416482 BOSTON MA 02241-6482 |
| JACOBSEN, LUKE, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| JUAREZ, MARTIN, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| KELLY, WAYNE, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| KIMBREL, JEFF, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| KNOBLOCH, MICHAEL, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| KRENEK, RICHARD, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| KUBACAK, MICHAEL, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| LEWIS, EMMETT, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| MATYSEK, MARVIN R., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| MCGARY, DARRELL, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| MONTELONGO, ALBERT, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| MORGAN, JAMES O. | C/O GOLDSMITH & ASSOCIATES, LLC ATTN: SYLVIA A GOLDSMITH, PARK WEST BLDG 20545 CENTER RIDGE ROAD, SUITE 120 ROCKY RIVER OH 44116 |
| MUSTON, EDDIE, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| NEBRASKA STATE TREASURER | UNCLAIMED PROPERTY DIVISION 809 P STREET LINCOLN NE 68508-1390 |
| NELSON, WINSTON, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| NEW JERSEY OFFICE OF THE STATE TREASURER | UNCLAIMED PROPERTY PO BOX 214 TRENTON NJ 08695-0214 |
| NICOL, GAVIN | C/O WEIR OIL & GAS C/O JUSTIN SCOTT 601 WEIR WAY FORT WORTH TX 76108 |
| NICOL, GAVIN | C/O SPM FLOW CONTROL INC. 601 WEIR WAY FORT WORTH TX 76108 |
| NICOL, GAVIN | 7701 SKYLINE PARK DR FORT WORTH TX 76108-2527 |
| NOLAN COUNTY | C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST., SUITE 640 ARLINGTON TX 76010 |
| NORTH CAROLINA DEPT OF STATE TREASURER | UNCLAIMED PROPERTY PROGRAM 325 NORTH SALISBURY STREET RALEIGH NC 27603-1385 |
| O'CAMPO, JOHN, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |

| Claim Name | Address Information |
|---|---|
| OKLAHOMA STATE TREASURER | 2300 N LINCOLN BLVD RM 217 OKLAHOMA CITY OK 73105 |
| OKLAHOMA STATE TREASURER | ATTN: KEN MILLER 2300 N. LINCOLN BLVD., SUITE 217 OKLAHOMA CITY OK 73105-4895 |
| PHILLIPS, WILLIE, SR., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| PLACHY, ROBERT, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| POPE, ANTONIO, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| POUNDERS, JASON, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| RAILROAD MANAGEMENT, LLC, MANAGING AGENT | FOR THE STRONG CAPITAL ENTITIES ATTN: CARY NEWMAN 5910 N CENTRAL EXPY STE 1580 DALLAS TX 75206-5148 |
| RESCAR COMPANIES | CAROL BROWN 1101 31ST STREET, SUITE 250 DOWNERS GROVE IL 60515 |
| RESCAR COMPANIES | 407 W BRENTWOOD ST CHANNELVIEW TX 77530-3952 |
| ROZELL, MIKE, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| RUCKER, JAMES R, JR, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| SABESTA, JAMES E., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| SAIN, JERRY, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| SAKEWITZ, KYLE, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| SANTELLANO, MARK, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| SAVAGE, ALVIN, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| SENKEL, KENNETH R., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| SIGLE, TONY, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| SIMPSON, STEVEN, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| STATE OF CONNECTICUT | UNCLAIMED PROPERTY DIVISION C/O PULLMAN & COMLEY, ATTN: LIZ AUSTIN 850 MAIN STREET, 8TH FLOOR BRIDGEPORT CT 06601-7006 |
| SULPHUR SPRINGS ISD | C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS TX 75207 |
| TANNOR PARTNERS CREDIT FUND LP | AS ASSIGNEE FOR ROMCO EQUIPMENT COMPANY 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TATE, MICHAEL KENN | C/O TANNER AND ASSOCIATES, PC ATTN: ROD TANNER 6300 RIDGLEA PLACE, STE 407 FORT WORTH TX 76116 |
| TEXAS BIG SPRING, LP | C/O TERRA-GEN LLC 437 MADISON AVE 22ND FL NEW YORK NY 10022 |
| TITUS COUNTY APPRAISAL DISTRICT | ATTN: TIM R. TAYLOR, ATTORNEY P.O. BOX 1212 MOUNT PLEASANT TX 75456 |
| TUCKER, DAVID, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| TURNIPSEED, RAY, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| URBAN, DWAN S., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| VALWOOD IMPROVEMENT AUTHORITY | C/O PERDUE BRANDON FIELDER COLLINS MOTT ATTN: ELIZABETH BANDA CALVO 500 EAST BORDER ST, SUITE 640 ARLINGTON TX 76010 |
| VARGAS, ERNESTO, ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., |

| Claim Name | Address Information |
|---|---|
| VARGAS, ERNESTO, ET AL | SUITE 200 DALLAS TX 75206 |
| VEGA, NOE, SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| WEST VIRGINIA STATE TREASURER'S OFFICE | 322 70TH ST SE CHARLESTON WV 25304-2910 |
| WESTERN DATA SYSTEMS | 14722 REGNAL ST HOUSTON TX 77039 |
| WESTERN DATA SYSTEMS | KEVIN FORSBERG FORSBERG LAW FIRM 15899 HWY 105 W MONTGOMERY TX 77356 |
| WILLRICH, ROBERT L., ET AL | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| YOUNG, JOE M., SELF & SIMILARLY SITUATED | C/O GILLESPIE SANFORD LLP ATTN: JOSEPH H. GILLESPIE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |

**Total Creditor count  124**

**EXHIBIT B**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CORE PARTIES & RULE 2002 List
FAX SERVICE LIST

| Name | Attention | Fax Number |
|---|---|---|
| AKERMAN LLP | ATTN: ANDREA S HARTLEY | 305-374-5095 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | 718-331-1852 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | 718-331-1852 |
| ASHBY & GEDDES PA | ATTN: WILLIAM BOWDEN & GREGORY TAYLOR | 302-654-2067 |
| BAKER BOTTS LLP | ATTN: JAMES PRINCE; OMAR J ALANIZ | 214-953-6503 |
| BALLARD SPAHR LLP | ATTN: MATTHEW G SUMMERS | 302-252-4466 |
| BARNES & THORNBURG LLP | ATTN: DAVID M POWLEN, KEVIN G COLLINS | 302-300-3456 |
| BARNES & THORNBURG LLP | ATTN: KEVIN C DRISCOLL JR | 312-759-5646 |
| BAYARD PA | ATTN: NEIL GLASSMAN | 302-658-6395 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | ATTN: KEVIN M CAPUZZI | 302-442-7012 |
| BIELLI & KLAUDER LLC | ATTN: DAVID M KLAUDER & CORY P STEPHENSON | 302-397-2557 |
| BLANK ROME LLP | ATTN: MICHAEL B SCHAEDLE | 215-569-5555 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECHE; STANLEY TARR | 302-425-6464 |
| BROWN & CONNERY LLP | ATTN: DONALD K LUDMAN | 856-853-9933 |
| BROWN RUDNICK LLP | ATTN: EDWARD WEISFELNER, JEREMY B COFFEY | 212-209-4801 |
| BRYAN CAVE LLP | ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | 212-541-1439 |
| BRYAN CAVE LLP | ATTN: ROBERT E PEDERSEN | 212-904-0500 |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | ATTN: SHAWN M CHRISTIANSON | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: KATHLEEN A MURPHY | 302-552-4295 |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: HOWARD R HAWKINS JR; ELLEN M HALSTEAD; MICHELE MAMAN & THOMAS J CURTIN | 212-504-6666 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA | 212-541-5369 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT | 646-495-9259 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI | 646-291-3258 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B MOSLEY | 817-392-8359 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | 212-225-3999 |
| COHEN & GRIGSBY, PC | ATTN: THOMAS D MAXSON | 412-209-1837 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | 514-982-7635 |
| COWLES & THOMPSON | ATTN: STEPHEN C STAPLETON | 214-672-2309 |
| COZEN O'CONNOR | ATTN: MARK E FELGER | 302-295-2013 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E HORWITZ | 302-636-8666 |
| DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER | 212-701-5800 |
| DECHERT LLP | ATTN: G ERIC BRUNSTAD, JR | 860-524-3930 |
| DECHERT LLP | ATTN: KATE O'KEEFFE | 617-426-6567 |
| DECHERT LLP | ATTN: MICHAEL J SAGE & ANDREW C HARMEYER | 212-698-3599 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON | 212-553-3080 |
| DLA PIPER LLP (US) | ATTN: ASHLEY R ALTSCHULER; RCRAIG MARTIN | 302-394-2341 |
| DRINKER BIDDLE & REATH LLP | ATTN: HOWARD A COHEN & ROBERT K MALONE | 302-467-4201 |
| DYKEMA GOSSETT PLLC | ATTN: JEFFREY R FINE | 855-230-2518 |
| FOLEY & LARDNER LLP | ATTN: HAROLD KAPLAN, MARK HEBBELN LARS PETERSON | 312-832-4700 |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY SCHLERF; L JOHN BIRD | 302-656-8920 |
| FRANKGECKER LLP | ATTN: JOSEPH D FRANK, REED HEILIGMAN, FRANCES GECKER | 312-276-0035 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | ATTN: BRAD E SCHELER, GARY L KAPLAN, MATTHEW M ROOSE | 212-859-4000 |
| GARDERE WYNNE SEWELL LLP | ATTN: JOHN P MELKO & MICHAEL K RIORDAN | 713-276-6727 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | ATTN: DAVID MCCALL | 972-424-5619 |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN: MICHAEL G BUSENKELL | 302-425-5814 |
| GLAST PHILLIPS & MURRAY PC | ATTN: JONATHAN L HOWELL PLLC | 972-419-8329 |
| GREER HERZ & ADAMS LLP | ATTN: ANDREW J MYTELKA, MICHAEL ADAMS J SCOTT ANDREWS, JAMES M ROQUEMORE | 409-766-6424 |
| HAYNES AND BOONE LLP | ATTN: PATRICK L HUGHES | 713-236-5401 |
| HAYNES AND BOONE LLP | ATTN: TREVOR HOFFMANN | 212-918-9558 |
| HAYNES AND BOONE LLP | ATTN: IAN T PECK | 817-347-6650 |
| HILLER & ARBAN LLC | ATTN: ADAM HILLER, JOHNNA M DARBY | 302-442-7045 |
| HINCHLEY ALLEN | ATTN: JENNIFER V CORAN | 617-345-9020 |
| HOGAN MCDANIEL | ATTN: GARVAN F MCDANIEL | 302-656-7599 |
| HOLLAND & KNIGHT LLP | ATTN: CHRISTINE C RYAN | 202-955-5564 |
| INTERNAL REVENUE SERVICE | | 855-235-6787 |
| JACKSON WALKER LLP | ATTN: J SCOTT ROSE | 210-978-7790 |
| JACKSON WALKER LLP | ATTN: MONICA S BLACKER | 214-953-5822 |
| JONES DAY | ATTN: PATRICIA VILLAREAL | 214-969-5100 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN | 212-506-1800 |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES CARR, BENJAMINN FEDER, GILBERT SAYDAH | 212-808-7897 |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL MCCONNELL & CLAY TAYLOR, KATHERINE THOMAS | 817-878-9280 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RAYMOND H LEMISCH | 215-568-6603 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | 212-715-8000 |
| LACKEY HERSHMAN LLP | ATTN: JAMIE R WELTON | 214-560-2203 |
| LANDIS RATH & COBB LLP | ATTN: ADAM G LANDIS, MATTHEW B MCGUIRE | 302-467-4450 |
| LAW OFFICE OF CURTIS A HEHN | ATTN: CURTIS A HEHN | 302-295-4801 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | 713-583-2833 |
| LAW OFFICES OF ROBERT E LUNA PC | ATTN: DANIEL K BEARDEN | 214-521-1738 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P DILLMAN | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER | 469-221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | 512-443-5114 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ATTN: GEOFFREY GAY | 512-472-0532 |
| LOCKE LORD LLP | ATTN: PHILIP EISENBERG | 713-223-3717 |
| LOCKE LORD LLP | ATTN: C DAVIN BOLDISSAR | 504-558-5200 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

ENERGY FUTURE HOLDINGS CORP., ET AL.
CORE PARTIES & RULE 2002 List
FAX SERVICE LIST

| Name | Attention | Fax Number |
|---|---|---|
| MANION GAYNOR & MANNING LLP | ATTN: MARC PHILLIPS | 302-657-2104 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E HUGGETT & AMY D BROWN | 302-888-1119 |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN: LEE GORDON | 512-323-3205 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: DAVID P PRIMACK | 302-654-4031 |
| MCKOOL SMITH | ATTN: PAUL D MOAK | 713-485-7344 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F DUNNE, EVAN R FLECK | 212-530-5219 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: STEVEN A GINTHER, BANKRUPTCY UNIT | 573-751-7232 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN: NATALIE RAMSEY, DAVIS LEE WRIGHT, MARK FINK, SIDNEY LIEBESMAN | 302-504-7820 |
| MORGAN LEWIS & BOCKIUS LLP | ATTN: JULIA FROST-DAVIES, C CANTER | 617-951-8736 |
| MORRIS JAMES LLP | ATTN: STEPHEN M MILLER | 302-571-1750 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DERK ABBOTT; ANDREW REMMING | 302-658-3989 |
| MORRISON & FOERSTER LLP | ATTN: JAMES PECK, BRETT H MILLER, LORENZO MARINUZZI | 212-468-7900 |
| MUNGER TOLLES & OLSON LLP | ATTN: THOMAS B WALPER, TODD J ROSEN; SETH GOLDMAN; JOHN W SPIEGEL | 213-683-4022 |
| MUNSCH HARDT KOPF & HARR PC | ATTN: KEVIN M LIPPMAN | 214-978-4335 |
| MUNSCH HARDT KOPF & HARR PC | ATTN: RUSSELL L MUNSCH | 214-978-4369 |
| NAMAN HOWELL SMITH & LEE PLLC | ATTN: KERRY L HALIBURTON | 254-754-6331 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: JODY A BEDENBAUGH AND GEORGE B CAUTHEN | 803-256-7500 |
| NIXON PEABODY | ATTN: RICHARD C PEDONE; AMANDA D DARWIN | 617-345-1300 |
| O'KELLY & ERNST LLC | ATTN: MICHAEL J JOYCE | 302-295-2873 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A LOWENTHAL; CRAIG W DENT, BRIAN P GUINEY | 212-336-2222 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN, JACOB ADLERSTEIN | 212-757-3990 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: OWEN M SONIK | 713-862-1429 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JOHN T BANKS | 512-302-1802 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA CALVO | 817-860-6509 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JEANMARIE BAER | 940-723-8553 |
| POLSINELLI PC | ATTN: CHRISTOPHER WARD, JUSTIN EDELSON, SHANTI KATONA | 302-252-0921 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY | ATTN: MICHAEL L ATCHLEY; MATTHEW T TAPLETT | 817-877-4781 |
| POTTER ANDERSON & CORROON LLP | ATTN: JEREMY RYAN | 302-658-1192 |
| PROSKAUER ROSE LLP | ATTN: JEFF J MARWIL, MARK K THOMAS PETER J YOUNG | 312-962-3551 |
| REED SMITH LLP | ATTN: SARAH K KAM | 212-521-5450 |
| REED SMITH LLP | ATTN: ROBERT P SIMONS | 412-288-3063 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E SHICKICH JR | 206-389-1708 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN | 646-728-1663 |
| ROSS ARONSTAM & MORITS LLP | ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER | 302-576-1100 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: CHRISTOPHER R BELMONTE AND PAMELA A BOSSWICK | 212-818-9606 |
| SAUL EWING LLP | ATTN: MARK MINUTI | 302-421-5873 |
| SAUL EWING LLP | ATTN: LUCIAN B MURLEY | 302-421-5864 |
| SECURITIES AND EXCHANGE COMMISSION | | 202-772-9318 |
| SEWARD & KISSEL LLP | ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES | 212-480-8421 |
| SHEARMAN & STERLING LLP | ATTN: FREDERIC SOSNICK & NED SCHODEK | 646-848-8571 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GEORGE N PANAGAKIS; CARL T TULLSON | 312-407-0411 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: MARK S CHEHI | 302-651-3001 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: JAY M GOFFMAN | 212-735-2000 |
| SMITH KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M MILLER | 302-652-8405 |
| SNELL & WILMER LLP | ATTN: DAVID E LETA | 801-257-1800 |
| SQUIRE SANDERS (US) LLP | ATTN: STEPHEN D LERNER & ANDREW M SIMON | 513-361-1201 |
| STREUSAND LANDON & OZBURN LLP | ATTN: SABRINA L STREUSAND | 512-236-9904 |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN, MICHAEL H TORKIN | 212-558-3588 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E ALLINSON, III | 302-428-8195 |
| SUTHERLAND ASBILL & BRENNAN LLP | ATTN: LINO MENDIOLA, III, | 512-721-2656 |
| TAYLOR ENGLISH DUMA LLP | ATTN: STEPHEN C GREENBERG | 770-434-7376 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | ATTN: DENNIS ROEMLEIN | 713-483-6979 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | ATTN: THOMAS VLAHAKIS,VP | 973-357-7840 |
| THE UNIVERSITY OF TEXAS SYSTEM | ATTN: TRACI L COTTON | 512-499-4519 |
| THOMPSON COBURN LLP | ATTN: DAVID D FARRELL | 314-552-7000 |
| TRAVIS COUNTY | ATTN: KAY D BROCK, ASSISTANT COUNTY ATTORNEY | 512-854-4808 |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN | 212-704-6288 |
| TUCKER ARENSBERG, PC | ATTN: JORDAN S BLASK, LARA E SHIPKOVITZ | 412-594-5619 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP | 314-612-8499 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY, CIVIL DIVISION | 202-307-0494 |
| VEDDER PRICE PC | ATTN: MICHAEL L SCHEIN | 212-407-7799 |
| VENABLE LLP | ATTN: JAMIE L EDMONSON | 302-298-3550 |
| VENABLE LLP | ATTN: JEFFREY S SABIN | 212-307-5598 |
| WACHTELL LIPTON ROSEN & KATZ | ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | 212-530-5219 |
| WEINSTEIN RADCLIFF LLP | ATTN: GREGORY M WEINSTEIN | 214-865-6140 |
| WHITE & CASE LLP | ATTN: J CHRISTOPHER SHORE; GREGORY STARNER | 212-354-8113 |
| WHITE & CASE LLP | ATTN: THOMAS LAURIA; MATTHEW BROWN | 305-358-5744 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: P ANKER, C PLATT, D JENKINS & G SHUSTER | 212-230-8888 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: BENJAMIN LOVELAND | 617-526-5000 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T ROSE | 612-217-5651 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, | 212-294-4700 |
| WOMAC LAW | ATTN: BRIAN D WOMAC | 713-751-0808 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | 302-571-1253 |

| Total Fax Count | 148 |
|---|---|

ENERGY FUTURE HOLDINGS CORP., ET AL.
U.S. TRUSTEE
FAX SERVICE LIST

| Name | Attention | Fax Number |
| --- | --- | --- |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L SCHEPACARTER | 302-573-6497 |

| Total Fax Count | 1 |
| --- | --- |

## ENERGY FUTURE HOLDINGS CORP., ET AL.
### AGENDA ADDITIONAL PARTIES
### FAX NOTICE

| Name | Fax Number | |
|------|-----------|--|
| COLE SCHOTZ P.C. (COUNSEL TO: CSC TRUST  AS INDENTURE TRUSTEE FOR THE 10% FIRST LIEN NOTES) ATTN: WARREN A. USATINE | 201-489-1536 | |
| COLE SCHOTZ P.C. COUNSEL FOR CSC TRUST CO. OF DELAWARE    ATTN: N. PERNICK, J KATE STICKLES ET AL | 302-652-3117 | |
| WILMER CUTLER PICKERING HALE & DORR LLP (COUNSEL TO Delaware Trust Company) ATTN: Joel Millar, David Gringer, Isley Gostin | 202-663-6363 | |
| DAVID HUBBERT, Acting Assistant Attorney General, U.S. Department of Justice | 202-514-6866 | |
| | **Total Fax Count** | **4** |

**EXHIBIT C**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL SERVICE LIST

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| ALSTON & BIRD LLP | (COUNSEL TO SIMEIO AND BORAL) ATTN: SAGE M SIGLER ESQ | sage.sigler@alston.com |
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC) ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC, AND FPL ENERGY PECOS WIND I LLC, FPL ENERGY PECOS WIND II LLC AND INDIAN MESA WIND FARM LLC) ATTN: MARK C ELLENBERG | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | lkelleher@capdale.com; jkoski@capdale.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| GILLESPIE SANFORD LLP | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) ATTN: HAL K. GILLESPIE | hkg@gillespiesanford.com |
| GORI JULIAN & ASSOCIATES PC | (COUNSEL TO JOHN H JONES) ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | barry@gorijulianlaw.com beth@gorijulianlaw.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS AND JOHN H JONES) ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T DONILON ESQ | gdonilon@pwujlaw.com |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | jsearcy@jrsearcylaw.com; joshsearcy@jrsearcylaw.com |
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN) ATTN: JONATHAN RUCKDESCHEL ESQ | rucklawfirm@rucklawfirm.com |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE U.S. ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: DANIEL S. SMITH, SR COUNSEL | dan.smith2@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ | mkshaver@varnumlaw.com |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL) ATTN: L KATHERINE GOOD ESQ, CHATELLE D MCCLAMB ESQ | kgood@wtplaw.com; cmcclamb@wtplaw.com |

| | |
|---|---|
| **Total Creditor Count** | **19** |
| **Total Email Count** | **26** |

ENERGY FUTURE HOLDINGS CORP., ET AL
AGENDA ADDITIONAL PARTIES
EMAIL NOTICE

| Name | Counsel to/Attn | Email Address |
|------|-----------------|---------------|
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING | dabbott@mnat.com; aremming@mnat.com; |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ; SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ | thomas.walper@mto.com; todd.rosen@mto.com; seth.goldman@mto.com; john.spiegel@mto.com |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ PETER J YOUNG ESQ | jmarwil@proskauer.com; pyoung@proskauer.com |