## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 10.10 | $11,927.50 |
| Employment and Fee Applications | 1.70 | $1,742.50 |
| TOTAL | **11.80** | **$13,670.00** |