## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1250 | 7.00 | 8,750.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1025 | 4.80 | 4,920.00 |
| | | | | **TOTAL** | **11.80** | **13,670.00** |