## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**No expenses**

SL1 1465210v1 109285.00005