# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**No Expenses**