# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi

#6

| Calendar Date: | 05/19/2017 |
| Calendar Time: | 02:00 PM ET |

*Amended Calendar  May 19 2017 11:05AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356779 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8357347 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356713 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356988 | Allister Chan | (212) 310-8748 ext. | Citibank, N.A. | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8355344 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356884 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Participant, Official committe of unsecured creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356637 | Isley M. Gostin | (202) 663-6551 ext. | WilmerHale LLP | Creditor, Delaware Trust Co. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356790 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356015 | Chad J. Husnick | (312) 862-2009 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356752 | Harold Kaplan | (312) 832-4393 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356024 | Marc Kieselstein | 312-861-2287 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356692 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Lender(s), UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8355339 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8356021 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |

| Company | Case | Type | ID | Name | Firm | Phone | Interested Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8356263 | Katy Pape | Reorg Research, Inc. | (212) 588-8890 ext. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8356772 | Richard Pedone | Nixon Peabody LLP | (617) 345-6139 ext. | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8356861 | Norman L. Pernick | Cole Schotz P.C. | (302) 651-2001 ext. | Interested Party, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8356981 | Ned S. Schodek | Shearman & Sterling LLP | (212) 848-7052 ext. | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8356633 | Andrew M. Thau | Cantor Fitzgerald | (212) 915-1232 ext. | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8356718 | Amer Tiwana | Cowen and Company LLC | (646) 562-1770 ext. | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8357510 | Carl Tullson | Skadden, Arps, Slate, Meagher & Flom LLP | (312) 407-0379 ext. | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8356030 | Aparna Yenamandra | Kirkland & Ellis LLP | (212) 446-4800 ext. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8356781 | Peter Young | Proskauer Rose LLP | (312) 962-3528 ext. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 8356675 | Mark A. Cody | Jones Day | (312) 269-4392 ext. | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356680 | Jonathan Agudelo | Ropes & Gray LLP | (212) 596-9000 ext. | Plaintiff(s), Elliott Associates, L.P., et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356736 | Robin D. Ball | Chadbourne & Parke, LLP | (213) 892-1000 ext. | Interested Party, Next ERA Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356681 | Sandra Horwitz | Delaware Trust Company | (877) 374-6010 ext. 62412 | Interested Party, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 ((17-5047 9) | Hearing | 8356709 | Jeffrey S. Sabin | Venable LLP | (212) 307-5500 ext. | Creditor, PIMCO / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 8356677 | Joseph A. Florczak | Jones Day | (312) 269-4123 ext. | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356682 | Scott L. Alberino | Akin Gump Strauss Hauer & Feld LLP | (202) 887-4000 ext. | Creditor, UMB Bank / LIVE |

| | | | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356733 | Joshua Brody | (212) 715-9314 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, ComputerShare / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356690 | Chris Carty | (212) 872-8045 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356782 | Maria Chutchian | (646) 378-3108 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356667 | Scott D. Cousins | (302) 429-9570 ext. | Bayard P.A. | Plaintiff(s), Elliott Associates, L.P., et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356721 | Eric C. Daucher | (212) 408-5405 ext. | Chadbourne & Parke, LLP | Interested Party, NextEra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356728 | Grenville Day | (973) 921-3427 ext. | Columbus Hill Capital Management, L.P. | Interested Party, Columbus Hill Capital Mgmnt / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8357575 | Lorenzo Dislivio | (212) 891-1600 ext. | Jenner & Block LLP | Defendant(s), Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356707 | Jamie Edmonson | (302) 298-3520 ext. | Venable LLP | Creditor, Pimco / LISTEN ONLY |
| Energy Future Holding Corp. | 14-10979 (17-5047 9) | Hearing | 8357398 | Aryeh E. Falk | (212) 450-4563 ext. | Davis Polk & Wardwell LLP | Interested Party, Davis Polk & Wardwell LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356676 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Plaintiff(s), Elliott Associates, L.P., et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356745 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356664 | Evan T. Miller | (302) 429-4227 ext. | Bayard P.A. | Creditor, Elliott / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356686 | Abid Qureshi | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356730 | Howard Seife | (212) 408-5361 ext. 00 | Chadbourne & Parke, LLP | Interested Party, Next ERA Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356740 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356689 | Peter L. Welsh | (617) 951-7865 ext. 00 | Ropes & Gray, LLP | Plaintiff(s), Elliott Associates, L.P., et al / LIVE |

| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8356648 | Stephanie S. Wickouski | (212) 541-1114 ext. | Bryan Cave LLP | Interested Party, Computer Share / LISTEN ONLY |
|---|---|---|---|---|---|---|---|

CourtConfCal2009

Peggy Drasal ext. 802