## **Exhibit A**

[Statement of Fees by Subject Matter]

87622585v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 0.9 | $945.00 |
| 003 | EFH Business Operations | 3.4 | $3,732.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 0.6 | $637.50 |
| 005 | EFH Corporate Governance and Board Matters | 30.0 | $35,415.00 |
| 008 | Fee Applications and Objections | 14.0 | $13,860.00 |
| 010 | Hearings | 2.7 | $2,835.00 |
| 011 | Claims Investigations, Analyses and Objections | 22.7 | $24,025.00 |
| 014 | Non-Working Travel | 26.7 | $14,917.50 |
| 015 | Plan and Disclosure Statement | 73.5 | $86,727.50 |
| 016 | Tax | 51.2 | $53,321.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **225.7** | **$236,416.50** |