## Exhibit B

[Attorneys' and Paraprofessionals' Information]

87622585v1

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $975 | 21.1 | $20,572.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,075 | 4.0 | $4,300.00 |
| Paul Possinger | Partner | 1993 | Corporate | $1,075 | 0.8 | $860.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $1,000 | 0.7 | $700.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,425 | 9.6 | $13,680.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,275 | 70.7 | $90,142.50 |
|  |  |  |  | $637.5 | 8.0 | $5,100.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,050 | 74.7 | $78,435.00 |
|  |  |  |  | $525 | 18.7 | $9,817.50[1] |
| Martine Seiden Agatston | Associate | 2016 | Tax | $550 | 2.4 | $1,320.00 |
| Courtney M. Bowman | Associate | 2013 | Litigation | $735 | 1.5 | $1,102.50 |
| Gary Silber | Associate | 2011 | Tax | $845 | 2.6 | $2,197.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $900 | 0.7 | $630.00 |
| Jeramy Webb | Associate | 2015 | Corporate | $550 | 2.5 | $1,375.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $900 | 6.2 | $5,580.00 |
| Kathleen R. Semanski | Law Clerk | N/A | Tax | $495 | 0.9 | $445.50 |
| **Total** |  |  |  |  | **225.1** | **$236,257.50** |

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sherri Cupplo | Librarian | 6 years | Professional Resources | $265 | 0.3 | $79.50 |
| Rachel Hope Moller | Librarian | 11 years | Professional Resources | $265 | 0.3 | $79.50 |
| **Total** |  |  |  |  | **0.6** | **$159.00** |

| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **225.7** | **$236,416.50** |
|---|---|---|

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

87622585v1