## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $51.80 |
| Telecommunications | $37.00 |
| Research (Lexis/Westlaw/Other Database Searches) | $92.00 |
| Messenger/Delivery | $42.90 |
| Travel Out-of-Town – Transportation | $2,728.11[1] |
| Taxi, Carfare, Mileage, Parking | $710.16[2] |
| Business Meals | $69.42 |
| Out-of-Town Lodging | $551.36[3] |
| **Total** | **$4,282.75** |

---

[1] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[2] Includes a reduction of $91.87 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[3] Includes a reduction of $80.00 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

87622585v1