## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

Disbursements and Other Charges

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/03/2017 | Daniel I. Ganitsky | Reproduction | 7.60 |
| 04/03/2017 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 04/03/2017 | Mark K. Thomas | Reproduction | 1.40 |
| 04/03/2017 | Mark K. Thomas | Reproduction | 0.40 |
| 04/03/2017 | Mark K. Thomas | Reproduction | 6.00 |
| 04/03/2017 | Mark K. Thomas | Reproduction | 0.30 |
| 04/03/2017 | Mark K. Thomas | Reproduction | 0.60 |
| 04/03/2017 | Peter J. Young | Airplane | 14.97 |
| 04/03/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 30.88 |
| 04/04/2017 | Peter J. Young | Airplane-Los Angeles to/from Chicago 4/3-4/17 | 487.10 |
| 04/04/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 22.50 |
| 04/04/2017 | Peter J. Young | Out Of Town Transportation-Cab from O'Hare to Hotel | 27.50 |
| 04/04/2017 | Peter J. Young | Out Of Town Transportation-Uber from Hotel to Chicago Office | 26.06 |
| 04/04/2017 | Peter J. Young | Out Of Town Transportation-Uber to O'Hare | 50.07 |
| 04/05/2017 | Daniel I. Ganitsky | Reproduction | 0.70 |
| 04/05/2017 | Mark K. Thomas | Reproduction | 2.40 |
| 04/05/2017 | Mark K. Thomas | Reproduction | 2.00 |
| 04/05/2017 | Mark K. Thomas | Reproduction | 2.30 |
| 04/12/2017 | Daniel I. Ganitsky | Reproduction | 7.50 |
| 04/12/2017 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 04/13/2017 | Jeramy Webb | Lexis | 92.00 |
| 04/14/2017 | Jeramy Webb | Reproduction | 0.10 |
| 04/14/2017 | Jeramy Webb | Reproduction | 0.10 |
| 04/14/2017 | Jeramy Webb | Reproduction | 0.10 |
| 04/14/2017 | Jeramy Webb | Reproduction | 0.10 |
| 04/16/2017 | Peter J. Young | Airplane-Los Angeles to/from Philadelphia 4/16-17/18 | 1,609.20 |
| 04/16/2017 | Peter J. Young | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 35.00 |
| 04/16/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 78.15 |
| 04/16/2017 | Peter J. Young | Out Of Town Meals | 14.42 |
| 04/17/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 55.00 |
| 04/17/2017 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/17/2017 | Peter J. Young | Out Of Town Transportation-Carey Limo Service Round Trip from Philadelphia Hotel to Wilmington Court House to Philadelphia Airport | 250.00 |
| 04/17/2017 | Peter J. Young | Airplane-GoGoAir Internet | 29.95 |
| 04/17/2017 | Michael A. Firestein | Telephone-CourtCall | 37.00 |
| 04/20/2017 | Peter J. Young | Airplane-WiFi Internet | 11.99 |
| 04/21/2017 | Jared Zajac | Reproduction | 1.80 |
| 04/23/2017 | Peter J. Young | Airplane-WiFi Internet | 11.99 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.40 |
| 04/26/2017 | Paulette Lindo | Reproduction | 7.10 |
| 04/26/2017 | Paulette Lindo | Reproduction | 7.10 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.90 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.10 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.10 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.50 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.50 |
| 04/26/2017 | Paulette Lindo | Reproduction | 1.30 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.20 |
| 04/26/2017 | Jeff J. Marwil | Messenger/delivery | 28.47 |
| 04/26/2017 | Jeff J. Marwil | Messenger/delivery | 14.43 |
| 04/30/2017 | Mark K. Thomas | Airplane-Airfare Arizona to Dallas to Chicago 4/30-5/1/17 | 527.91 |
| 04/30/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 04/30/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab to O'Hare | 60.00 |
| 04/30/2017 | Mark K. Thomas | Out Of Town Transportation-Uber Dallas Airport to Hotel | 75.00 |
| 04/30/2017 | Mark K. Thomas | Out Of Town Meals | 29.00 |
| 04/30/2017 | Mark K. Thomas | Out Of Town Meals | 12.00 |
| 04/30/2017 | Mark K. Thomas | Out Of Town Meals | 14.00 |
| 04/30/2017 | Mark K. Thomas | Lodging-1 Night Dallas | 251.36 |

Disbursements and Other Charges                                               $   4,282.75