# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Gary Germeroth | Managing Director | $720 | 8.50 | $6,120.00 |
| Dave Andrus | Director | $645 | 29.50 | $19,027.50 |
| Paul Harmon | Director | $575 | 2.00 | $1,150.00 |
| Buck Monday | Managing Consultant | $450 | 3.00 | $1,350.00 |
| Nathan Pollak | Managing Consultant | $460 | 1.00 | $460.00 |
| Samuel Schreiber | Managing Consultant | $455 | 3.00 | $1,365.00 |
| Laura Hatanaka | Consultant | $390 | 7.00 | $2,730.00 |
| Pamela Morin | Consultant | $380 | 1.40 | $532.00 |
| | | | | |
| | | **Totals:** | **55.40** | **$32,734.50** |