## **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

### **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $44.00 |
| | |
| **Total:** | **$44.00** |

### **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $38.84 |
| | |
| **Total:** | **$38.84** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $5.16 |
| | |
| **Total:** | **$5.16** |

RLF1 17586369v.1