**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: ENERGY FUTURE HOLDINGS CORP., *et. al.*
    Debtor

Case No. **14-10979**
Reporting Period: **Quarter ending March 2017**

**Quarterly Operating Report for the Quarter ending**
**March 31, 2017**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | QOR-1 | X | |
| Schedule Of Disbursements By Legal Entity | QOR-1b | X | |
| Balance Sheet | QOR-3 | X | |

This Quarterly Operating Report ("QOR") has been prepared solely for the purpose of complying with the reporting requirements applicable in the Debtors' chapter 11 cases and is in a format acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with U.S. GAAP.

The QOR has been provided pursuant to Article XII.C of the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al, Pursuant to Chapter 11 of the Bankruptcy Code, confirmed as it applies to Texas Competitive Electric Holdings Company LLC and its Debtor subsidiaries (collectively the "TCEH Debtors"). The information provided herein applies solely to the TCEH Debtors. The TCEH Debtors emerged from chapter 11 on October 3, 2016.

Pursuant to Article IV.B.10 of the the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al, Pursuant to Chapter 11 of the Bankruptcy Code, confirmed as it applies to Texas Competitive Electric Holdings Company LLC ("TCEH") and its Debtor subsidiaries (collectively the "TCEH Debtors"), certain of the TCEH Debtors were dissolved following the TCEH Debtors' emergence from chapter 11 on October 3, 2016.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual [1]

May 25, 2017
_____
Date

Terry Nutt
_____
Printed Name of Authorized Individual

SVP and Corporate Controller
_____
Title of Authorized Individual

[1] Signatory is duly authorized by the Debtors to sign this quarterly operating report.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et. al.
    Debtor

Case No. **14-10979**
Reporting Period: **Quarter ending**
**March 2017**

## QOR-1: CONSOLIDATED STATEMENT OF CASH FLOWS
(US Dollars in Millions)

| | Quarter ending March 2017 |
|---|---|
| Beginning cash balance | $ 32 |
| Total cash receipts | 2,023 |
| Total cash disbursements | (1,960) |
| Debtors' net cash flow | 63 |
| From/(To) Non-Debtors | (72) |
| Net cash flow | (9) |
| Other | - |
| Ending available cash | $ 23 |

FORM QOR-1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ENERGY FUTURE HOLDINGS CORP., et. al.       Case No.            14-10979
    Debtor                                         Reporting Period:   Quarter ending
                                                                       March 2017

### QOR-1b:  SCHEDULE OF DISBURSEMENTS BY LEGAL ENTITY

| Debtor Entity | Bankruptcy Case Number | Division | Disbursements |
|---|---|---|---|
| 4Change Energy Company | 14-10980 | TCEH | $        8,527,587 |
| 4Change Energy Holdings LLC | 14-10981 | TCEH | - |
| Big Brown 3 Power Company LLC | 14-10983 | TCEH | - |
| Big Brown Lignite Company LLC | 14-10986 | TCEH | - |
| Big Brown Power Company LLC | 14-10988 | TCEH | 3,999,299 |
| Brighten Energy LLC | 14-10991 | TCEH | - |
| Brighten Holdings LLC | 14-10995 | TCEH | - |
| Collin Power Company LLC | 14-10998 | TCEH | - |
| Dallas Power & Light Company, Inc. | 14-11000 | TCEH | - |
| DeCordova II Power Company LLC | 14-11003 | TCEH | - |
| DeCordova Power Company LLC | 14-10982 | TCEH | - |
| Eagle Mountain Power Company LLC | 14-10984 | TCEH | - |
| EFH CG Holdings Company LP | 14-11047 | TCEH | 126,933 |
| EFH CG Management Company LLC | 14-11048 | TCEH | - |
| EFH Corporate Services Company | 14-10996 | TCEH | 99,452,612 |
| Generation MT Company LLC | 14-11021 | TCEH | 568,357 |
| Generation SVC Company | 14-11025 | TCEH | - |
| Lake Creek 3 Power Company LLC | 14-11029 | TCEH | - |
| Lone Star Energy Company, Inc. | 14-11031 | TCEH | - |
| Lone Star Pipeline Company, Inc. | 14-11036 | TCEH | - |
| Luminant Big Brown Mining Company LLC | 14-11018 | TCEH | 644,461 |
| Luminant Energy Company LLC | 14-11023 | TCEH | 933,006,719 |
| Luminant Energy Trading California Company | 14-11026 | TCEH | - |
| Luminant ET Services Company | 14-11030 | TCEH | 1,570,626 |
| Luminant Generation Company LLC | 14-11032 | TCEH | 251,790,112 |
| Luminant Holding Company LLC | 14-11037 | TCEH | 266,422 |
| Luminant Mineral Development Company LLC | 14-11040 | TCEH | 391 |
| Luminant Mining Company LLC | 14-11042 | TCEH | 98,889,837 |
| Luminant Renewables Company LLC | 14-11044 | TCEH | - |
| Martin Lake 4 Power Company LLC | 14-11010 | TCEH | - |
| Monticello 4 Power Company LLC | 14-11011 | TCEH | - |
| Morgan Creek 7 Power Company LLC | 14-11014 | TCEH | - |
| NCA Resources Development Company LLC | 14-11019 | TCEH | 65,582 |
| Oak Grove Management Company LLC | 14-11022 | TCEH | 74,938,797 |
| Oak Grove Mining Company LLC | 14-11024 | TCEH | - |
| Oak Grove Power Company LLC | 14-11027 | TCEH | - |
| Sandow Power Company LLC | 14-11033 | TCEH | 15,110,578 |
| Southwestern Electric Service Company, Inc. | 14-11035 | TCEH | - |
| TCEH Finance, Inc. | 14-11028 | TCEH | - |
| Texas Electric Service Company, Inc. | 14-11034 | TCEH | - |
| Texas Energy Industries Company, Inc. | 14-11038 | TCEH | - |
| Texas Power & Light Company, Inc. | 14-11041 | TCEH | - |
| Texas Utilities Company, Inc. | 14-11043 | TCEH | - |
| Texas Utilities Electric Company, Inc. | 14-11045 | TCEH | - |
| Tradinghouse 3 & 4 Power Company LLC | 14-11046 | TCEH | - |
| Tradinghouse Power Company LLC | 14-10985 | TCEH | - |

FORM QOR-1b

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**In re: ENERGY FUTURE HOLDINGS CORP., et. al.**
    **Debtor**

Case No.    **14-10979**
Reporting Period:  **Quarter ending March 2017**

### QOR-1b: SCHEDULE OF DISBURSEMENTS BY LEGAL ENTITY

| Debtor Entity | Bankruptcy Case Number | Division | Disbursements |
|---|---|---|---|
| TXU Electric Company, Inc. | 14-10989 | TCEH | - |
| TXU Energy Receivables Company LLC | 14-10993 | TCEH | - |
| TXU Energy Retail Company LLC | 14-10997 | TCEH | 433,932,092 |
| TXU Energy Solutions Company LLC | 14-11002 | TCEH | 21,370 |
| TXU Retail Services Company | 14-11009 | TCEH | 36,700,890 |
| TXU SEM Company | 14-11013 | TCEH | - |
| Valley NG Power Company LLC | 14-11015 | TCEH | 104,125 |
| Valley Power Company LLC | 14-11020 | TCEH | - |
| **Total** | | | **$ 1,959,716,790** |

Notes:
1. Movements of cash into and out of the Company's short-term investment accounts are excluded. Amounts may also include voided disbursements that were previously reported as disbursements in prior period reports.

In re: ENERGY FUTURE HOLDINGS CORP., et al.

Case No. 14-10979
Reporting Period: Quarter ending March 2017

Debtor

## QOR-3:  BALANCE SHEET
### As at March 31, 2017
### (US Dollars in Thousands)

| | 4Change Energy Company | 4Change Energy Holdings LLC | Big Brown 3 Power Company LLC | Big Brown Lignite Company LLC | Big Brown Power Company LLC | Brighten Energy LLC | Brighten Holdings LLC | Collin Power Company LLC | Dallas Power & Light Company, Inc | DeCordova II Power Company LLC | DeCordova Power Company LLC | Eagle Mountain Power Company LLC | EFH CG Holdings Company LP | EFH CG Management Company LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| **Current assets:** | | | | | | | | | | | | | | |
| Cash and cash equivalents | 3,263 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trade accounts receivable - net | 5,042 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income taxes receivable - net | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts receivable - affiliates | 12 | - | - | - | 11,264 | - | - | - | - | - | - | - | - | - |
| Advances to affiliates | 6,008 | - | - | - | 67,069 | - | - | - | - | - | - | - | - | - |
| Inventories | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commodity and other derivative contractual assets | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Margin deposits related to commodity contracts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other current assets | 78 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total current assets | 14,403 | - | - | - | 78,333 | - | - | - | - | - | - | - | - | - |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances to affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Receivables from unconsolidated subsidiary | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in subsidiaries | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other investments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property, plant and equipment - net | - | - | - | - | 13,900 | - | - | - | - | - | - | - | - | - |
| Goodwill | 6,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Identifiable intangible assets - net | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commodity and other derivative contractual assets | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other noncurrent assets | - | - | - | - | (0,671) | - | - | - | - | - | - | - | - | - |
| Total assets | 20,403 | - | - | - | 85,562 | - | - | - | - | - | - | - | - | - |
| **LIABILITIES AND MEMBERSHIP INTERESTS / EQUITY** | | | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | | | |
| Borrowings under debtor-in-possession credit facilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt due currently | 3,693 | - | - | - | 216 | - | - | - | - | - | - | - | - | - |
| Trade accounts payable | 2,206 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts payable - affiliates | - | - | - | - | - | 5 | - | - | - | - | - | - | - | - |
| Advances from affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commodity and other derivative contractual liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Margin deposits related to commodity contracts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued income taxes | 97 | - | - | - | 1,636 | - | - | - | - | - | - | - | - | - |
| Accrued taxes other than income | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other current liabilities | 1,348 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total current liabilities | 7,344 | - | - | - | 1,852 | 5 | - | - | - | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commodity and other derivative contractual liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances from affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Borrowings under debtor-in-possession credit facilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt, less amounts due currently | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Liabilities subject to compromise | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other noncurrent liabilities and deferred credits | - | - | - | - | 17,318 | - | - | - | - | - | - | - | - | - |
| Total liabilities | 7,344 | - | - | - | 19,170 | 5 | - | - | - | - | - | - | - | - |
| **Membership interests / equity:** | | | | | | | | | | | | | | |
| Membership interests / shareholders' equity | 13,059 | - | - | - | 66,392 | (5) | - | - | - | - | - | - | - | - |
| Total liabilities and membership interest / equity | 20,403 | - | - | - | 85,562 | - | - | - | - | - | - | - | - | - |

Note: All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

FORM QOR-3

In re: ENERGY FUTURE HOLDINGS CORP., et al.

Case No. 14-10979
Reporting Period: Quarter ending March 2017

Debtor

## QOR-3:  BALANCE SHEET
### As at March 31, 2017
(US Dollars in Thousands)

| | EFH Corporate Services Company | Generation MT Company LLC | Generation SVC Company | Lake Creek 3 Power Company LLC | Lone Star Energy Company, Inc | Lone Star Pipeline Company, Inc | Luminant Big Brown Mining Company LLC | Luminant Energy Company LLC | Luminant Energy Trading California Company | Luminant ET Services Company | Luminant Generation Company LLC | Luminant Holding Company LLC | Luminant Mineral Development Company LLC | Luminant Mining Company LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | | | | |
| Cash and cash equivalents | 6,115 | - | - | - | - | - | - | 1,448 | - | - | - | - | - | 7 |
| Restricted cash | 4,446 | - | - | - | - | - | - | 107 | - | - | 631 | - | - | 9,910 |
| Trade accounts receivable - net | 199 | - | - | - | - | - | - | 86,253 | - | - | - | - | - | - |
| Income taxes receivable - net | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts receivable - affiliates | 67,632 | - | - | - | - | - | - | 162,287 | - | 790 | 15,897 | - | - | 6,373 |
| Advances to affiliates | - | - | - | - | - | - | - | 118,386 | - | 1,316 | 151,108 | - | - | - |
| Inventories | - | - | - | - | - | - | - | 24,815 | - | 1,357 | 137,486 | - | - | 20,651 |
| Commodity and other derivative contractual assets | - | - | - | - | - | - | - | 302,195 | - | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Margin deposits related to commodity contracts | - | - | - | - | - | - | - | 74,634 | - | - | - | - | - | - |
| Other current assets | 20,605 | - | - | - | - | - | - | 1,323 | - | - | 3,201 | - | - | 1,479 |
| Total current assets | 98,997 | - | - | - | - | - | - | 771,448 | - | 3,481 | 308,323 | - | - | 38,380 |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances to affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Receivable from unconsolidated subsidiary | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in subsidiaries | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other investments | 1,119 | - | - | - | - | - | - | 2,684 | - | - | 15,481 | - | - | 20,937 |
| Property, plant and equipment - net | 42,438 | - | - | - | - | - | - | 21 | - | - | 28,161 | - | - | 204,709 |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Identifiable intangible assets - net | 67,139 | - | - | - | - | - | - | 22,055 | - | - | 117,223 | - | - | (123) |
| Commodity and other derivative contractual assets | - | - | - | - | - | - | - | 154,123 | - | - | 202,383 | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other noncurrent assets | 1,086 | - | - | - | - | - | - | 3 | - | - | (11,522) | - | - | 22,658 |
| Total assets | 210,772 | - | - | - | - | - | - | 951,234 | - | 3,481 | 660,049 | - | - | 286,351 |
| **LIABILITIES AND MEMBERSHIP INTERESTS / EQUITY** | | | | | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | | | | | |
| Borrowings under debtor-in-possession credit facilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt due currently | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trade accounts payable | 5,340 | - | - | - | - | - | - | 62,940 | - | - | 36,855 | - | - | 1,351 |
| Accounts payable - affiliates | 5,272 | - | - | - | - | - | - | 138,543 | - | 174 | 57,811 | - | - | 20,355 |
| Advances from affiliates | 44,991 | - | - | - | - | - | - | - | - | 600 | - | - | - | 2,863 |
| Commodity and other derivative contractual liabilities | - | - | - | - | - | - | - | 109,604 | - | - | 246,916 | - | - | 114,899 |
| Commodity deposits related to commodity contracts | - | - | - | - | - | - | - | 15,997 | - | - | - | - | - | - |
| Accrued income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued taxes other than income | 905 | - | - | - | - | - | - | 989 | - | 23 | 20,151 | - | - | 2,793 |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other current liabilities | 11,829 | - | - | - | - | - | - | 10,524 | - | 3 | 19,835 | - | - | 62,888 |
| Total current liabilities | 67,837 | - | - | - | - | - | - | 338,597 | - | 800 | 381,568 | - | - | 205,152 |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commodity and other derivative contractual liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances from affiliates | - | - | - | - | - | - | - | 23,888 | - | - | - | - | - | - |
| Borrowings under debtor-in-possession credit facilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt, less amounts due currently | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Liabilities subject to compromise | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other noncurrent liabilities and deferred credits | 587 | - | - | - | - | - | - | 37,200 | - | - | 127,279 | - | - | 269,170 |
| Total liabilities | 68,424 | - | - | - | - | - | - | 459,375 | - | 800 | 508,847 | - | - | 474,302 |
| Membership interests / equity: | | | | | | | | | | | | | | |
| Membership interests / shareholders' equity | 142,355 | - | - | - | - | - | - | 491,859 | - | 2,683 | 151,212 | - | - | (187,951) |
| Total liabilities and membership interests / equity | 210,772 | - | - | - | - | - | - | 951,234 | - | 3,481 | 660,049 | - | - | 286,351 |

Note: All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

FORM QOR-3

In re: ENERGY FUTURE HOLDINGS CORP., et al.

Case No. 14-10979
Reporting Period: Quarter
ending March
2017

Debtor

## QOR-3: BALANCE SHEET
### As at March 31, 2017
### (US Dollars in Thousands)

| | Luminant Renewables Company LLC | Martin Lake 4 Power Company LLC | Monticello 4 Power Company LLC | Morgan Creek 7 Power Company LLC | NCA Resources Development Company LLC | Oak Grove Management Company LLC | Oak Grove Mining Company LLC | Oak Grove Power Company LLC | Sandow Power Company LLC | Southwestern Electric Company, Inc. | TCEH Finance, Inc. | Texas Electric Service Company, Inc. | Texas Energy Industries Company, Inc. | Texas Power & Light Company, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| **Current assets:** | | | | | | | | | | | | | | |
| Cash and cash equivalents | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trade accounts receivable - net | - | - | - | - | - | 2,445 | - | - | 973 | - | - | - | - | - |
| Income taxes receivable - net | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accounts receivable - affiliates | - | - | - | - | 325 | 13,864 | - | - | 1,438 | - | - | - | - | - |
| Advances to affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Inventories | - | - | - | - | - | 35,950 | - | - | 3,652 | - | - | - | - | - |
| Commodity and other derivative contractual assets | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Margin deposits related to commodity contracts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | 512 | - | - | 306 | - | - | - | - | - |
| Total current assets | - | - | - | - | 325 | 52,771 | - | - | 5,059 | - | - | - | - | - |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances to affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Receivable from unconsolidated subsidiary | - | - | - | - | 2,276 | - | - | - | - | - | - | - | - | - |
| Investment in subsidiaries | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other investments | - | - | - | - | 366 | - | - | - | - | - | - | - | - | - |
| Property, plant and equipment - net | - | - | - | - | 7,552 | 1,240,801 | - | - | 40,200 | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Identifiable intangible assets - net | - | - | - | - | - | 8,543 | - | - | - | - | - | - | - | - |
| Commodity and other derivative contractual assets | - | - | - | - | 4,149 | - | - | - | - | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other noncurrent assets | - | - | - | - | (750) | 10 | - | - | (1,835) | - | - | - | - | - |
| Total assets | - | - | - | - | 14,378 | 1,302,125 | - | - | 44,324 | - | - | - | - | - |
| **LIABILITIES AND MEMBERSHIP INTERESTS / EQUITY** | | | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | | | |
| Borrowings under debtor-in-possession credit facilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt due currently | - | - | - | - | 13 | - | - | - | - | - | - | - | - | - |
| Trade accounts payable | - | - | - | - | 21 | 231 | - | - | 9,349 | - | - | - | - | - |
| Accounts payable - affiliates | - | - | - | - | 222 | 30,970 | - | - | 5,896 | - | - | - | - | - |
| Advances from affiliates | - | - | - | - | - | 2,385 | - | - | 20,545 | - | - | - | - | - |
| Commodity and other derivative contractual liabilities | - | - | - | - | - | 9,289 | - | - | - | - | - | - | - | - |
| Margin deposits related to commodity contracts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued income taxes | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - |
| Accrued taxes other than income | - | - | - | - | - | 5,411 | - | - | 2,076 | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued interest | - | - | - | - | - | - | - | - | 5 | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | 13,347 | - | - | - | - | - | - | - | - |
| Total current liabilities | - | - | - | - | 256 | 60,933 | - | - | 37,831 | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Commodity and other derivative contractual liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances from affiliates | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Borrowings under debtor-in-possession credit facilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt, less amounts due currently | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Liabilities subject to compromise | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other noncurrent liabilities and deferred credits | - | - | - | - | - | 65,818 | - | - | 9,261 | - | - | - | - | - |
| Total liabilities | - | - | - | - | 256 | 126,751 | - | - | 47,092 | - | - | - | - | - |
| Membership interests / equity: | | | | | | | | | | | | | | |
| Membership interests / shareholders' equity | - | - | - | - | 14,122 | 1,175,374 | - | - | (7,208) | - | - | - | - | - |
| Total liabilities and membership interests / equity | - | - | - | - | 14,378 | 1,302,125 | - | - | 44,324 | - | - | - | - | - |

Note: All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

FORM QOR-3

In re: ENERGY FUTURE HOLDINGS CORP., et al.

**Case No. 14-10979**
**Reporting Period: Quarter ending March 2017**

Debtor

## QOR-3:  BALANCE SHEET
### As at March 31, 2017
#### (US Dollars in Thousands)

| | Texas Utilities Company, Inc. | Texas Utilities Electric Company, Inc. | Tradinghouse Power 3 & 4 Power Company LLC | Tradinghouse Power Company LLC | TXU Electric Company, Inc. | TXU Energy Receivables Company LLC | TXU Energy Retail Company LLC | TXU Energy Solutions Company LLC | TXU Retail Services Company | TXU SESCo Company | Valley NG Power Company LLC | Valley Power Company LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **Current assets:** | | | | | | | | | | | | |
| Cash and cash equivalents | - | - | - | - | - | - | 11,201 | - | - | - | - | - |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | - | - |
| Trade accounts receivable - net | - | - | - | - | - | - | 333,995 | - | - | - | - | - |
| Income taxes receivable - net | - | - | - | - | - | - | - | - | 182 | - | - | - |
| Accounts receivable - affiliates | - | - | - | - | - | - | 4,087 | - | - | - | - | - |
| Advances to affiliates | - | - | - | - | - | - | 568,653 | - | 23,133 | - | - | - |
| Inventories | - | - | - | - | - | - | 320 | - | - | - | - | - |
| Commodity and other derivative contractual assets | - | - | - | - | - | - | 68,095 | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| Margin deposits related to commodity contracts | - | - | - | - | - | - | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - | 4,413 | - | 9 | - | - | - |
| Total current assets | - | - | - | - | - | - | 990,664 | - | 23,324 | - | - | - |
| Restricted cash | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances to affiliates | - | - | - | - | - | - | - | - | - | - | - | - |
| Receivable from unconsolidated subsidiary | - | - | - | - | - | - | - | - | - | - | - | - |
| Investment in subsidiaries | - | - | - | - | - | - | - | - | - | - | - | - |
| Other investments | - | - | - | - | - | - | - | - | - | - | - | - |
| Property, plant and equipment - net | - | - | - | - | - | - | 7,051 | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | 1,906,569 | - | - | - | - | - |
| Identifiable intangible assets - net | - | - | - | - | - | - | 2,722,667 | - | - | - | - | - |
| Commodity and other derivative contractual assets | - | - | - | - | - | - | 13,298 | - | - | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| Other noncurrent assets | - | - | - | - | - | - | 627 | - | - | - | - | - |
| **Total assets** | - | - | - | - | - | - | 5,641,276 | - | 23,324 | - | - | - |
| **LIABILITIES AND MEMBERSHIP INTERESTS / EQUITY** | | | | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | | | | |
| Borrowing under debtor-in-possession credit facilities | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt due currently | - | - | - | - | - | - | - | - | - | - | - | - |
| Trade accounts payable | - | - | - | - | - | - | 175,869 | - | 334 | - | - | - |
| Trade accounts payable - affiliates | - | - | - | - | - | - | - | - | 591 | - | - | - |
| Advances from affiliates | - | - | - | - | - | - | 158,307 | - | 23,083 | - | - | - |
| Commodity and other derivative contractual liabilities | - | - | - | - | - | - | 131,508 | - | - | - | - | - |
| Margin deposits related to commodity contracts | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued income taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued taxes other than income | - | - | - | - | - | - | 5,645 | - | 52 | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued interest | - | - | - | - | - | - | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - | 68,021 | - | 1,972 | - | - | - |
| Total current liabilities | - | - | - | - | - | - | 529,352 | - | 26,034 | - | - | - |
| Accumulated deferred income taxes | - | - | - | - | - | - | 126,894 | - | - | - | - | - |
| Commodity and other derivative contractual liabilities | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances from affiliates | - | - | - | - | - | - | - | - | - | - | - | - |
| Borrowing under debtor-in-possession credit facilities | - | - | - | - | - | - | - | - | - | - | - | - |
| Long-term debt, less amounts due currently | - | - | - | - | - | - | - | - | - | - | - | - |
| Liabilities subject to compromise | - | - | - | - | - | - | - | - | - | - | - | - |
| Other noncurrent liabilities and deferred credits | - | - | - | - | - | - | 15 | - | 3,256 | - | - | - |
| Total liabilities | - | - | - | - | - | - | 656,261 | - | 29,290 | - | - | - |
| **Membership interests / equity:** | | | | | | | | | | | | |
| Membership interests / shareholders' equity | - | - | - | - | - | - | 4,985,015 | - | (5,966) | - | - | - |
| Total liabilities and membership interests / equity | - | - | - | - | - | - | 5,641,276 | - | 23,324 | - | - | - |

Note:  All information contained herein is unaudited and subject to future adjustment.  Certain totals may not sum due to rounding.

FORM QOR-3