# Exhibit A

**Fee Summary by Professional for the Period February 1, 2017 through February 28, 2017**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

February 01, 2017 - February 28, 2017

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Kilkenny, Tom | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Parker, Matt | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 0.5 | $310.00 |
| Murawski, Bryan | Manager | $540.00 | 3.3 | $1,782.00 |
| Butler, Mike | Senior Consultant | $425.00 | 7.0 | $2,975.00 |
| Henry, Diane | Senior Consultant | $425.00 | 1.0 | $425.00 |
| Parajuli, Jyotsaana | Consultant | $350.00 | 28.4 | $9,940.00 |
| **Professional Subtotal:** | | | **41.2** | **$16,152.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

February 01, 2017 - February 28, 2017

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Janiak, Stacy | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 19.2 | $7,008.00 |
| Parker, Matt | Partner/Principal | $365.00 | 9.6 | $3,504.00 |
| Slyh, John | Partner/Principal | $365.00 | 1.4 | $511.00 |
| Craig, Valerie | Managing Director | $365.00 | 0.2 | $73.00 |
| Favor, Rick | Managing Director | $365.00 | 0.5 | $182.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 33.6 | $9,744.00 |
| Morehead, David | Manager | $265.00 | 0.5 | $132.50 |
| Murawski, Bryan | Manager | $265.00 | 4.2 | $1,113.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 8.0 | $1,720.00 |
| Casey, Chris | Senior Consultant | $215.00 | 1.1 | $236.50 |
| Henry, Diane | Senior Consultant | $215.00 | 2.9 | $623.50 |
| Persons, Hillary | Senior Consultant | $215.00 | 1.3 | $279.50 |
| Richards, Lauren | Senior Consultant | $215.00 | 13.7 | $2,945.50 |
| Benvenuti, Christina | Consultant | $175.00 | 0.3 | $52.50 |
| Cho, Sohyun | Consultant | $175.00 | 3.5 | $612.50 |
| Choua, Johnny | Consultant | $175.00 | 6.0 | $1,050.00 |
| Dando, McKenna | Consultant | $175.00 | 6.2 | $1,085.00 |
| Gentile, Lauren | Consultant | $175.00 | 32.2 | $5,635.00 |
| Lau, Stephanie | Consultant | $175.00 | 0.8 | $140.00 |
| Panjabi, Amit | Consultant | $175.00 | 2.0 | $350.00 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 6.0 | $1,050.00 |
| Stipe, Henry | Consultant | $175.00 | 5.0 | $875.00 |
| Professional Subtotal: | | | 158.7 | $39,105.50 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**February 01, 2017 - February 28, 2017**

*Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Kilkenny, Tom | Partner/Principal | $365.00 | 0.6 | $219.00 |
| Dando, McKenna | Consultant | $175.00 | 4.0 | $700.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 17.8 | $3,115.00 |
| **Professional Subtotal:** | | | **22.4** | **$4,034.00** |