IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 31, 2017 STARTING AT 11:00 A.M. (EDT)[2]**

I.  **CONTINUED MATTER:**

   1.   Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7814; filed February 9, 2016]

        Response/Objection Deadline:   February 23, 2016 at 4:00 p.m. (EST); extended to March 1, 2016 at 4:00 p.m. (EST) for Red Ball Oxygen Company; extended to March 2, 2016 at 4:00 p.m. (EST) for Steag Energy Services LLC

        Responses/Objections Received:

        A.   Texas Big Spring, LP's Response to the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and Local Bankruptcy Rule 3007-1 [D.I. 7919; filed February 23, 2016]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The May 31, 2017 (the "May 31st Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Any person who wishes to appear telephonically at the May 31st Hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, May 30, 2017 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

RLF1 17606732v.1

Related Documents:

i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC in Support of the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7815; filed February 9, 2016]

ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 7936; filed February 25, 2016]

iii. Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7982; filed March 9, 2016]

iv. Order (Second) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8895; filed July 12, 2016]

v. Order (Third) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9598; filed September 20, 2016]

vi. Order (Fourth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9773; filed October 6, 2016]

vii. Order (Fifth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10388; filed December 14, 2016]

viii. Order (Sixth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10451; filed December 28, 2016]

ix. Notice of Withdrawal of Ranger Excavating LP's Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim

        Against Sandow Power Company LLC as Set Out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10567; filed January 4, 2017]

  x. Order (Seventh) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10601; filed January 5, 2017]

  xi. Order (Eighth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10691; filed January 20, 2017]

  xii. Order (Ninth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11156; filed April 17, 2017]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit A. On March 9, 2016, July 12, 2016, September 20, 2016, October 6, 2016, December 14, 2016, December 28, 2016, January 5, 2017, January 20, 2017, and April 17, 2017 the Court entered orders in connection with this matter resolving various claims subject thereto. The Debtors and Automatic Systems, Inc. ("ASI") have reached a settlement in full resolution of this matter as it relates to the claim of ASI. In that regard, the Debtors will file a notice of settlement of claim with the Court in connection with ASI's claim. Consequently, no hearing with respect to this matter is required at this time.

## II. UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:

2. Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing Entry into and Performance Under the Stipulation Between Energy Future Holdings Corp. and Citigroup Financial Products Inc. [D.I. 11216; filed May 8, 2017]

    Response/Objection Deadline:    May 24, 2017 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None

    Related Documents:

  i. Declaration of Anthony R. Horton, Chief Financial Officer, Executive Vice President, and Treasurer of EFH Corp. and EFIH, in Support of the Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing

3

Entry into and Performance Under the Stipulation Between Energy Future Holdings Corp. and Citigroup Financial Products Inc. [D.I. 11217; filed May 8, 2017]

Entry into and Performance Under the Stipulation Between Energy Future Holdings Corp. and Citigroup Financial Products Inc. [D.I. 11217; filed May 8, 2017]

ii. Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing Entry into and Performance Under the Stipulation Between Energy Future Holdings Corp. and Citigroup Financial Products Inc." [D.I. 11216] [D.I. 11278; filed May 25, 2017]

Status: On May 25, 2017, the Debtors filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

*[Remainder of page intentionally left blank.]*

Dated: May 26, 2017
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT A**

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| AUTOMATIC SYSTEMS, INC. | 4868 | The Debtors and the claimant have reached a settlement fully resolving the objection as it relates to this claim. In that regard, the Debtors will file a notice of settlement of claim with the Court. |
| TEXAS BIG SPRING, LP | 8007 | On April 17, 2017 the Court entered an order resolving the objection in connection with this claim. |