## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 5.8 | $4,785.00 |
| Mark A. Kurtz | Director | 2005 | Bankruptcy | $600 | 0.7 | $420.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 67.6 | $38,870.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 4.7 | $1,927.00 |
| Andrew M. Dean | Associate | 2015 | Bankruptcy | $385 | 4.1 | $1,578.50 |
| Christopher DeLillo | Associate | 2016 | Bankruptcy | $320 | 2.1 | $672.00 |
| **Total** | | | | | **85.0** | **$48,252.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 16 | Bankruptcy | $250 | 34.7 | $8,675.00 |
| Ann Jerominski | Paralegal | 16 | Bankruptcy | $250 | 4.1 | $1,025.00 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 6.1 | $823.50 |
| **Total** | | | | | **44.9** | **$10,523.50** |
| | | | | **Total Fees** | | **$58,776.00** |