<u>**EXHIBIT C**</u>

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $121.91 |
| Conference Calling | $29.48 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $463.10 |
| Electronic Legal Research | $885.07 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $2.65 |
| Messenger and Delivery Service | $143.31 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $881.08 |
| Photocopying/Printing | $782.63 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$3,309.23** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $16.38 |
| Conference Calling | $3.96 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $62.20 |
| Electronic Legal Research | $118.89 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.36 |
| Messenger and Delivery Service | $19.25 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $118.35 |
| Photocopying/Printing | $105.13 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$444.52** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $43.67 |
| Conference Calling | $10.56 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $165.90 |
| Electronic Legal Research | $317.04 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.95 |
| Messenger and Delivery Service | $51.33 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $315.61 |
| Photocopying/Printing | $280.34 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$1,185.40** |