# EXHIBIT D

**Detailed Description of Expenses and Disbursements**



**RICHARDS LAYTON & FINGER**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

Tax I.D. No.: 51-0226371

May 22, 2017
Invoice 538391
Page 1
Client # 740489
Matter # 180326

For disbursements incurred through April 30, 2017
relating to EFH - Restructuring Advice

OTHER CHARGES:

| | n/c |
|---|---|
| Business Meals | $181.95 |
| Conference Calling | $44.00 |
| Document Retrieval | $691.20 |
| Electronic Legal Research | $1,321.00 |
| Long distance telephone charges | $3.96 |
| Messenger and delivery service | $213.89 |
| Overtime | n/c |
| Photocopying/Printing - outside vendor | $1,315.05 |
| Photocopying/Printing | $1,168.10 |
| 4,171 @ $ .10 pg / 7,510 @$ .10 pg | |

Other Charges $4,939.15

TOTAL DUE FOR THIS INVOICE **$4,939.15**

BALANCE BROUGHT FORWARD $34,484.80

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391
Page 2

Client #  740489

Matter # 180326

---

**TOTAL DUE FOR THIS MATTER**                                    **$39,423.95**

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391
Page 49
Client #  740489

Client:  Energy Future Holdings Corp., et al.

Matter:  EFH - Restructuring Advice
Case Administration - ALL
Creditor Inquiries - EFH
Plan of Reorganization/Disclosure Statement - EFH
Use, Sale of Assets - ALL
Claims Administration - ALL
Claims Administration - EFH
Court Hearings - ALL
Court Hearings - EFIH
General Corporate/Real Estate - EFH
Schedules/SOFA/U.S. Trustee Reports - ALL
Employee Issues - ALL
Litigation/Adversary Proceedings - ALL
Litigation/Adversary Proceedings - EFH
Litigation/Adversary Proceedings - EFIH
RLF Retention - ALL
Retention of Others - ALL
RLF Fee Applications - ALL
Fee Applications of Others - ALL
Fee Applications of Others - EFH
Fee Applications of Others - EFIH

| Date | Description | Summary Phrase |
|------|-------------|----------------|
| 09/06/16 | BLUE MARBLE LOGISTICS LLC: 109424 | DOCRETRI |
|  | Amount =  $251.00 |  |
| 04/03/17 | PACER | DOCRETRI |
|  | Amount =  $0.30 |  |
| 04/03/17 | PACER | DOCRETRI |
|  | Amount =  $0.80 |  |
| 04/03/17 | PACER | DOCRETRI |
|  | Amount =  $0.40 |  |

Energy Future Competitive Holdings Co.                    May 22, 2017
Texas Competitive Electric Holdings Co.                   Invoice 538391
1601 Bryan Street                                         Page 50
Dallas TX  75201

                                                         Client #  740489

| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $1.60 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $1.00 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/03/17 | PACER | | DOCRETRI |
| | | Amount = $1.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391
Page 51

Client #  740489

| Date | Description | | Code |
|------|-------------|---|------|
| 04/03/17 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 04/03/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/03/17 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/03/17 | Printing | | DUP |
| | Amount = | $0.30 | |
| 04/03/17 | Printing | | DUP |
| | Amount = | $0.80 | |
| 04/03/17 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/03/17 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/03/17 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/03/17 | Printing | | DUP |
| | Amount = | $0.60 | |
| 04/03/17 | Printing | | DUP |
| | Amount = | $4.60 | |
| 04/03/17 | Printing | | DUP |
| | Amount = | $5.80 | |
| 04/03/17 | Printing | | DUP |
| | Amount = | $0.40 | |
| 04/04/17 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 04/04/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/04/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 04/04/17 | PACER | | DOCRETRI |
| | Amount = | $1.40 | |
| 04/04/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/04/17 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |

Energy Future Competitive Holdings Co.                    May 22, 2017
Texas Competitive Electric Holdings Co.                   Invoice 538391
1601 Bryan Street                                         Page 52
Dallas TX  75201

                                                          Client #  740489

| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 04/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

May 22, 2017  
Invoice 538391  
Page 53

Client #  740489

| 04/04/17 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 04/04/17 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 04/04/17 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 04/04/17 | Printing | | DUP |
| | | Amount =   $2.50 | |
| 04/04/17 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 04/04/17 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 04/04/17 | Printing | | DUP |
| | | Amount =   $1.30 | |
| 04/04/17 | Printing | | DUP |
| | | Amount =   $0.80 | |
| 04/04/17 | Printing | | DUP |
| | | Amount =   $2.60 | |
| 04/04/17 | Printing | | DUP |
| | | Amount =   $1.70 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |

Energy Future Competitive Holdings Co.                              May 22, 2017
Texas Competitive Electric Holdings Co.                            Invoice 538391
1601 Bryan Street                                                   Page 54
Dallas TX  75201

Client #  740489

| 04/05/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $3.00 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391
Page 55

Client #  740489

| 04/05/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $1.70 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391
Page 56

Client #  740489

| 04/05/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/05/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 04/05/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 04/05/17 | Printing | | DUP |
| | | Amount =  $2.60 | |
| 04/05/17 | Printing | | DUP |
| | | Amount =  $1.50 | |
| 04/05/17 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 04/05/17 | Printing | | DUP |
| | | Amount =  $2.60 | |
| 04/05/17 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 04/05/17 | Printing | | DUP |
| | | Amount =  $1.30 | |
| 04/05/17 | Printing | | DUP |
| | | Amount =  $1.40 | |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

May 22, 2017  
Invoice 538391  
Page 57

Client #  740489

| 04/06/17 | Docket Search | | ELEGALRE |
| | | Amount = $25.00 | |
| 04/06/17 | 912129093235 Long Distance | | LD |
| | | Amount = $0.72 | |
| 04/06/17 | 912129093235 Long Distance | | LD |
| | | Amount = $0.44 | |
| 04/06/17 | 913023590137 Long Distance | | LD |
| | | Amount = $0.06 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $1.00 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $1.00 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.90 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $1.00 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |

Energy Future Competitive Holdings Co.

Texas Competitive Electric Holdings Co.

1601 Bryan Street

Dallas TX  75201

May 22, 2017

Invoice 538391

Page 58

Client #  740489

| 04/06/17 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $0.10 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/06/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/06/17 | Westlaw | | ELEGALRE |
| | | Amount =  $1,296.00 | |
| 04/07/17 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 04/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 04/07/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391
Page 59

Client #  740489

| Date | Description | Amount | Code |
|---|---|---|---|
| 04/07/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/07/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/07/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/07/17 | PACER | | DOCRETRI |
| | | Amount = $2.60 | |
| 04/07/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/07/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/07/17 | Printing | | DUP |
| | | Amount = $0.30 | |
| 04/07/17 | Printing | | DUP |
| | | Amount = $7.20 | |
| 04/07/17 | Printing | | DUP |
| | | Amount = $1.10 | |
| 04/07/17 | Printing | | DUP |
| | | Amount = $0.50 | |
| 04/07/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/07/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/07/17 | Printing | | DUP |
| | | Amount = $0.90 | |
| 04/10/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/10/17 | PACER | | DOCRETRI |
| | | Amount = $0.90 | |
| 04/11/17 | PARALEGAL OT THRU 4/13/17 | | OT |
| | | Amount = $0.00 | |

Energy Future Competitive Holdings Co.                              May 22, 2017
Texas Competitive Electric Holdings Co.                            Invoice 538391
1601 Bryan Street                                                   Page 60
Dallas TX  75201

                                                                   Client #  740489

| 04/11/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =   $0.20 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.90 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 04/11/17 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =   $0.10 | |

Energy Future Competitive Holdings Co.                                    May 22, 2017
Texas Competitive Electric Holdings Co.                                  Invoice 538391
1601 Bryan Street                                                        Page 61
Dallas TX  75201

                                                                        Client #  740489

| 04/11/17 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $56.80 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $102.80 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $56.80 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $102.80 | |
| 04/11/17 | Printing | | DUP |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391
Page 62

Client #  740489

| 04/12/17 | 916102320848 Long Distance | LD |
| | Amount =  $0.06 | |
| 04/12/17 | 912124464903 Long Distance | LD |
| | Amount =  $0.06 | |
| 04/12/17 | Messenger and delivery | MESS |
| | Amount =  $5.40 | |
| 04/12/17 | PACER | DOCRETRI |
| | Amount =  $3.00 | |
| 04/12/17 | PACER | DOCRETRI |
| | Amount =  $2.00 | |
| 04/12/17 | PACER | DOCRETRI |
| | Amount =  $0.70 | |
| 04/12/17 | PACER | DOCRETRI |
| | Amount =  $0.30 | |
| 04/12/17 | PACER | DOCRETRI |
| | Amount =  $1.00 | |
| 04/12/17 | PACER | DOCRETRI |
| | Amount =  $3.00 | |
| 04/12/17 | Printing | DUP |
| | Amount =  $0.20 | |
| 04/12/17 | Printing | DUP |
| | Amount =  $0.10 | |
| 04/12/17 | Printing | DUP |
| | Amount =  $0.70 | |
| 04/12/17 | Printing | DUP |
| | Amount =  $1.00 | |
| 04/12/17 | Printing | DUP |
| | Amount =  $0.10 | |
| 04/12/17 | Printing | DUP |
| | Amount =  $14.40 | |
| 04/12/17 | Printing | DUP |
| | Amount =  $1.40 | |
| 04/12/17 | Printing | DUP |
| | Amount =  $0.10 | |
| 04/12/17 | Printing | DUP |
| | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.                          May 22, 2017
Texas Competitive Electric Holdings Co.                         Invoice 538391
1601 Bryan Street
Dallas TX 75201                                                 Page 63

                                                                Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 04/13/17 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | | Amount = $6.45 | |
| 04/13/17 | PACER | | DOCRETRI |
| | | Amount = $1.00 | |
| 04/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/13/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/13/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/13/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/13/17 | Printing | | DUP |
| | | Amount = $1.90 | |
| 04/13/17 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/13/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/13/17 | Printing | | DUP |
| | | Amount = $2.10 | |
| 04/17/17 | COSI: Food Service 4/17 | | MEALSCL |
| | | Amount = $86.95 | |
| 04/17/17 | JAYALAXMI, LLC: Food Service 4/17 | | MEALSCL |
| | | Amount = $95.00 | |
| 04/17/17 | 912149994055 Long Distance | | LD |
| | | Amount = $1.56 | |
| 04/17/17 | 913128623029 Long Distance | | LD |
| | | Amount = $0.06 | |

Energy Future Competitive Holdings Co.                          May 22, 2017
Texas Competitive Electric Holdings Co.                         Invoice 538391
1601 Bryan Street                                               Page 64
Dallas TX  75201
                                                               Client #  740489

| 04/17/17 | 917082805043 Long Distance | | LD |
| | Amount = | $0.33 | |
| 04/17/17 | 912148024728 Long Distance | | LD |
| | Amount = | $0.67 | |
| 04/17/17 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 04/17/17 | Messenger and delivery | | MESS |
| | Amount = | $10.15 | |
| 04/17/17 | Messenger and delivery | | MESS |
| | Amount = | $10.15 | |
| 04/17/17 | Messenger and delivery | | MESS |
| | Amount = | $25.50 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $2.10 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/17/17 | PACER | | DOCRETRI |
| | Amount = | $0.70 | |
| 04/17/17 | Printing | | DUP |
| | Amount = | $0.10 | |

Energy Future Competitive Holdings Co.                          May 22, 2017
Texas Competitive Electric Holdings Co.                         Invoice 538391
1601 Bryan Street                                               Page 65
Dallas TX  75201

                                                               Client #  740489

| Date | | | |
|---|---|---|---|
| 04/17/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $1.20 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 04/17/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.                                  May 22, 2017
Texas Competitive Electric Holdings Co.                                 Invoice 538391
1601 Bryan Street                                                       Page 66
Dallas TX  75201

                                                                       Client #  740489

| 04/18/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =   $0.40 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.50 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 04/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 04/19/17 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 04/19/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 04/19/17 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 04/19/17 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 04/19/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391
Page 67
Client #  740489

| Date | Description | | Code |
|------|-------------|--|------|
| 04/19/17 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 04/19/17 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 04/19/17 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 04/19/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/19/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/19/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/19/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/19/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 04/19/17 | Printing | | DUP |
| | Amount = $0.60 | | |
| 04/19/17 | Printing | | DUP |
| | Amount = $0.60 | | |
| 04/19/17 | Printing | | DUP |
| | Amount = $0.60 | | |
| 04/19/17 | Printing | | DUP |
| | Amount = $0.60 | | |
| 04/19/17 | Printing | | DUP |
| | Amount = $0.60 | | |
| 04/20/17 | Messenger and delivery | | MESS |
| | Amount = $5.40 | | |
| 04/20/17 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 04/20/17 | PACER | | DOCRETRI |
| | Amount = $1.90 | | |
| 04/20/17 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 04/20/17 | PACER | | DOCRETRI |
| | Amount = $1.50 | | |

Energy Future Competitive Holdings Co.                    May 22, 2017
Texas Competitive Electric Holdings Co.                   Invoice 538391
1601 Bryan Street                                         Page 68
Dallas TX  75201

Client #  740489

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 04/20/17 | PACER | Amount =  $1.90 | DOCRETRI |
| 04/20/17 | PACER | Amount =  $2.30 | DOCRETRI |
| 04/20/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 04/20/17 | PACER | Amount =  $0.20 | DOCRETRI |
| 04/20/17 | PACER | Amount =  $2.20 | DOCRETRI |
| 04/20/17 | PACER | Amount =  $0.20 | DOCRETRI |
| 04/20/17 | PACER | Amount =  $0.30 | DOCRETRI |
| 04/20/17 | PACER | Amount =  $1.40 | DOCRETRI |
| 04/20/17 | Printing | Amount =  $0.80 | DUP |
| 04/20/17 | Printing | Amount =  $0.10 | DUP |
| 04/20/17 | Printing | Amount =  $0.30 | DUP |
| 04/20/17 | Printing | Amount =  $0.30 | DUP |
| 04/21/17 | PARCELS, INC.: 696243 | Amount =  $1,315.05 | DUPOUT |
| 04/21/17 | WAYNE ENGLISH - Messenger and delivery | Amount =  $21.25 | MESS |
| 04/21/17 | Photocopies | Amount =  $15.30 | DUP |
| 04/21/17 | PACER | Amount =  $0.70 | DOCRETRI |
| 04/21/17 | PACER | Amount =  $0.20 | DOCRETRI |
| 04/21/17 | PACER | Amount =  $0.20 | DOCRETRI |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

May 22, 2017
Invoice 538391
Page 69

Client # 740489

| Date | | | |
|---|---|---|---|
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $2.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $1.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $0.60 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $1.40 | |
| 04/21/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

May 22, 2017
Invoice 538391
Page 70

Client # 740489

| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $1.70 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $2.80 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $1.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391

Page 71

Client #  740489

| 04/21/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $2.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $2.60 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

May 22, 2017
Invoice 538391
Page 72

Client # 740489

| | | | |
|---|---|---|---|
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $2.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $1.40 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391

Page 73

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 04/21/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.50 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.80 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $2.20 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $2.90 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $20.40 | |
| 04/21/17 | Printing | | DUP |
| | | Amount = $0.10 | |

Energy Future Competitive Holdings Co.                              May 22, 2017
Texas Competitive Electric Holdings Co.                            Invoice 538391
1601 Bryan Street                                                   Page 74
Dallas TX  75201

Client #  740489

| Date | Description | | | Code |
|---|---|---|---|---|
| 04/21/17 | Printing | | | DUP |
| | | Amount = | $112.00 | |
| 04/21/17 | Printing | | | DUP |
| | | Amount = | $4.60 | |
| 04/21/17 | Printing | | | DUP |
| | | Amount = | $0.70 | |
| 04/21/17 | Printing | | | DUP |
| | | Amount = | $75.80 | |
| 04/21/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 04/21/17 | Printing | | | DUP |
| | | Amount = | $72.80 | |
| 04/21/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 04/21/17 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 04/21/17 | Printing | | | DUP |
| | | Amount = | $1.00 | |
| 04/21/17 | Printing | | | DUP |
| | | Amount = | $0.60 | |
| 04/24/17 | CourtCall | | | CONFCALL |
| | | Amount = | $44.00 | |
| 04/24/17 | Photocopies | | | DUP |
| | | Amount = | $185.80 | |
| 04/24/17 | Photocopies | | | DUP |
| | | Amount = | $100.80 | |
| 04/24/17 | Photocopies | | | DUP |
| | | Amount = | $102.80 | |
| 04/24/17 | Photocopies | | | DUP |
| | | Amount = | $1.20 | |
| 04/24/17 | Photocopies | | | DUP |
| | | Amount = | $4.60 | |
| 04/24/17 | Messenger and delivery | | | MESS |
| | | Amount = | $5.40 | |
| 04/24/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 04/24/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |

Energy Future Competitive Holdings Co.　　　　　　　　　May 22, 2017
Texas Competitive Electric Holdings Co.　　　　　　　　Invoice 538391
1601 Bryan Street　　　　　　　　　　　　　　　　　　　Page 75
Dallas TX  75201

　　　　　　　　　　　　　　　　　　　　　　　　　　Client #  740489

| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391

Page 76

Client #  740489

| 04/24/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount = $2.40 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount = $1.80 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 04/24/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 04/24/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/24/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/24/17 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/24/17 | Printing | | DUP |
| | | Amount = $0.20 | |
| 04/24/17 | Printing | | DUP |
| | | Amount = $2.20 | |
| 04/24/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 04/24/17 | Printing | | DUP |
| | | Amount = $1.80 | |
| 04/24/17 | Printing | | DUP |
| | | Amount = $0.40 | |
| 04/24/17 | Printing | | DUP |
| | | Amount = $0.30 | |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

May 22, 2017  
Invoice 538391  
Page 77

Client #  740489

| Date | Description | | Code |
|------|-------------|--|------|
| 04/24/17 | Printing | | DUP |
| | Amount =  $13.50 | | |
| 04/24/17 | Printing | | DUP |
| | Amount =  $13.50 | | |
| 04/24/17 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 04/24/17 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 04/25/17 | MIRER MAZZOCCHI SCHALET & JULIEN - Messenger and delivery | | MESS |
| | Amount =  $12.13 | | |
| 04/25/17 | KAZAN MCCLAIN SATTERLEY & GREENWOOD - Messenger and delivery | | MESS |
| | Amount =  $19.59 | | |
| 04/25/17 | GORI JULIAN & ASSOCIATES - Messenger and delivery | | MESS |
| | Amount =  $16.93 | | |
| 04/25/17 | CAPLIN & DRYSDALE - Messenger and delivery | | MESS |
| | Amount =  $12.13 | | |
| 04/25/17 | CAPLIN & DRYSDALE - Messenger and delivery | | MESS |
| | Amount =  $12.13 | | |
| 04/25/17 | EARLY LUCARELLI SWEENEY & STRAUSS - Messenger and delivery | | MESS |
| | Amount =  $12.58 | | |
| 04/25/17 | Photocopies | | DUP |
| | Amount =  $6.60 | | |
| 04/25/17 | Richards Layton and Finger/DISTRICT COURT Messenger and delivery charges | | MESS |
| | Amount =  $6.45 | | |
| 04/25/17 | Richards Layton and Finger/DISTRICT COURT Messenger and delivery charges | | MESS |
| | Amount =  $6.45 | | |
| 04/25/17 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | Amount =  $6.45 | | |
| 04/25/17 | PACER | | DOCRETRI |
| | Amount =  $3.00 | | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391

Page 78

Client #  740489

| 04/25/17 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 04/25/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 04/25/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/25/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/25/17 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 04/25/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/25/17 | PACER | | DOCRETRI |
| | | Amount =  $2.10 | |
| 04/25/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/25/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/25/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/25/17 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 04/25/17 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 04/25/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/25/17 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 04/25/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/25/17 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 04/25/17 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 04/25/17 | Printing | | DUP |
| | | Amount =  $1.10 | |

Energy Future Competitive Holdings Co.                    May 22, 2017
Texas Competitive Electric Holdings Co.                   Invoice 538391
1601 Bryan Street                                         Page 79
Dallas TX  75201
                                                          Client #  740489

| 04/25/17 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $0.50 | |
| 04/26/17 | PARALEGAL OT THRU 4/30/17 | | |
| | | Amount =  $0.00 | |
| 04/26/17 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 04/26/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/26/17 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 04/26/17 | PACER | | DOCRETRI |
| | | Amount =  $1.00 | |
| 04/26/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/26/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 04/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 04/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 04/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/27/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 04/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 04/27/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 04/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 04/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |

Energy Future Competitive Holdings Co.          May 22, 2017
Texas Competitive Electric Holdings Co.          Invoice 538391
1601 Bryan Street          Page 80
Dallas TX  75201

Client #  740489

| Date | Description | Amount | Code |
|---|---|---|---|
| 04/27/17 | PACER | Amount = $0.30 | DOCRETRI |
| 04/27/17 | PACER | Amount = $3.00 | DOCRETRI |
| 04/27/17 | Printing | Amount = $0.40 | DUP |
| 04/27/17 | Printing | Amount = $0.10 | DUP |
| 04/27/17 | Printing | Amount = $0.10 | DUP |
| 04/27/17 | Printing | Amount = $0.90 | DUP |
| 04/27/17 | Printing | Amount = $0.20 | DUP |
| 04/27/17 | Printing | Amount = $0.80 | DUP |
| 04/27/17 | Printing | Amount = $0.10 | DUP |
| 04/28/17 | PACER | Amount = $3.00 | DOCRETRI |
| 04/28/17 | PACER | Amount = $0.40 | DOCRETRI |
| 04/28/17 | PACER | Amount = $0.80 | DOCRETRI |
| 04/28/17 | PACER | Amount = $0.70 | DOCRETRI |
| 04/28/17 | PACER | Amount = $3.00 | DOCRETRI |
| 04/28/17 | PACER | Amount = $0.30 | DOCRETRI |
| 04/28/17 | PACER | Amount = $0.30 | DOCRETRI |
| 04/28/17 | PACER | Amount = $3.00 | DOCRETRI |
| 04/28/17 | PACER | Amount = $3.00 | DOCRETRI |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

May 22, 2017
Invoice 538391

Page 81

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 04/28/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $2.00 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $2.00 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $2.20 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 04/28/17 | Printing | | DUP |
| | | Amount =  $0.20 | |

TOTALS FOR   740489          Energy Future Holdings Corp., et al.

Expenses    $4,939.15