# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 4/17/2017 | Manhattan Bagel | Breakfast | 5 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 4/17/17 hearing | $19.00 | $95.00 |
| 4/17/2017 | Cosi | Lunch | 5 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 4/17/17 hearing | $17.39 | $86.95 |
| **TOTALS** | | | | | | **$181.95** |

RLF1 17612564v.1