## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Twenty-Second Monthly Fee Statement 03/01/2017 through 03/31/2017 D.I. 11184 | $3,642.50 | $0.00 | 05/15/2017 | $2,914.00 | $0.00 | $728.50 |

SL1 1466528v1 109285.00005