## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 4/01 – 4/30/2017 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 11.0 |
| Raoul Nowitz | Managing Director | 115.0 |
| Paul Hogan | Director | 3.0 |
| Matthew Cumbee | Sr. Associate | 31.5 |
| TOTALS | | 160.5 |