**EXHIBIT** B
**Hours Expended by Subject Matter**

**GENERAL**

|  | April 2017 |
|---|---|
| Plan Development & Testimony Review & Analysis | 42.5 |
| Meeting with Counsel & With Other Constituents | 3.5 |
| Dataroom and Diligence Materials Review | 99.0 |
| EFH Board Meeting Attendance | 9.0 |
| Project Management & Support | 3.5 |
| Fee Application/Retention Applications | 3.0 |
| TOTAL HOURS | 160.5 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Plan Development & Testimony Review & Analysis:  Review restructuring proposals, as applicable, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets, review of deposition transcripts and related court testimony, review of treatment of EFH Corp. assets as part of plan proposals, and analysis of proposed settlements of Conflict Matters.  This category also includes review of relevant filings and motions filed on the bankruptcy court docket as it relates to financial elements and related impacts, working alongside counsel and engaging with Evercore regarding the Plan of Reorganization, including the financial analysis and modeling of illustrative financial scenarios, discussion related to same plus the review of deposition transcripts and court testimony transcripts.  This category also included in the review of elements and orders pertaining to the PUCT's decision-making and rulings pertaining to the Oncor matter.

- Meeting with Counsel & Other Constituents:  Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.

- Dataroom and Diligence Materials Review:  Download, analyze and review materials posted to the debtors' dataroom, and included in Board materials, including follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom, and (iii) items previously posted to the dataroom requiring additional review and revisiting by the SOLIC team.  Dataroom items reviewed included, but were not limited to, , documents filed with the PUCT for financial elements included therein, monthly operating reports and related variance analyses, cash projections and comparative analyses relative to prior versions, financial analysis, trends on expenses being incurred within the EFH Corp. estate, the review of emergence date cash deductions, and financial analysis as provided in materials shared with EFH Corp's board of directors.

- EFH Board Meeting Attendance:  Attend in-person and/or telephonically weekly EFH board meetings and engage in pre-meeting preparations and post-meeting follow-up.

- Project Management & Support:  Key elements of project management on the engagement including work plan development and internal discussion pertaining to same.  General review and research of case filings.

- Fee Application/Retention Application:   Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee