# **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 4.1 | $850.00 |
| [ALL] Case Administration | 1.9 | $583.00 |
| [ALL] Hearings | 1.4 | $490.00 |
| [ALL] Non-BK Fee/Employment Applications | 2.0 | $452.50 |
| [ALL] Plan and Disclosure Statement | <u>0.7</u> | <u>$245.00</u> |
| **Total** | **10.1** | **$2,620.50** |