## **EXHIBIT B**

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 6.0 | $2,100.00 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 0.1 | $20.50 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | 4.0 | $500.00 |
| **Total** | | | | | **10.1** | **$2,620.50** |