## **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| In-House Reproduction | $6.20 |
| **Total** | **$6.20** |