# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 04-17-2017 | In-House Reproduction | Photocopies (35 copies) | $3.50 |
| 04-26-2017 | In-House Reproduction | Photocopies (27 copies) | $2.70 |
| **TOTAL** | | | **$6.20** |