IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | Br. No. 14-10979 (CSS) |
| Debtor. | (Jointly Administered) |
| | BAP No. 17-11 |
| DAVID JOYNER, | |
| Appellant, | |
| v. | Civ. No. 17-333-RGA |
| ENERGY FUTURE HOLDINGS CORP., | |
| Appellee. | |

## ORDER

At Wilmington this 31 day of May, 2017,

IT IS ORDERED that:

Appellant filed this appeal without prepayment of the filing fee or an application to proceed without prepayment of fees. On April 6, 2017, Appellant was ordered to pay the $298 filing fee, payable to the United States Bankruptcy Court for the District of Delaware, or submit a complete application to proceed without prepayment of fees within thirty days from the date of the order. Appellant was warned that the appeal would be dismissed if he failed to comply with the order. (D.I. 3) Appellant did not comply with the order.

The appeal is DISMISSED without prejudice and the case is CLOSED for the appellant's failure to comply with the April 6, 2017 Order. The pending Recommendation (D.I. 4) and Motion for Assistance (D.I. 6) are DISMISSED as moot.

*Richard G. Andrews*
UNITED STATES DISTRICT JUDGE