IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re : Chapter 11
: 
ENERGY FUTURE HOLDINGS CORP., ET AL., : Case No. 14-10979 (CSS)
: 
Debtors. : (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Robert A. Terziyan, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, in the above-captioned cases.

On May 17, 2017 at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Certificate of No Objection - No Order Required - Regarding the Twenty-Ninth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the EFH Committee for the Period from March 1, 2017 through March 31, 2017** [Docket No. 11249]

Dated: June 1, 2017

/s/ Robert A. Terziyan
Robert A. Terziyan
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 1st day of June 2017, by Robert A. Terziyan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

RICARDO TEJEDA ROMERO
Commission # 2144287
Notary Public - California
Los Angeles County
My Comm. Expires Feb 27, 2020

# Exhibit A

**Exhibit A**
Fee Application Service List
Served via First Class Mail

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp et al | Andrew W Wright and Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 |
| Godfrey & Kahn SC | Katherine Stadler | One East Main St | | Madison | WI | 53703 |
| Kirkland & Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 |
| Kirkland & Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 |
| Milbank Tweed Haldey & McCloy LLP | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 |
| MORRISON & FOERSTER LLP | BRETT H MILLER AND LORENZO MARINUZZI | 250 W 55TH ST | | NEW YORK | NY | 10019 |
| POLSINELLI PC | CHRISTOPHER WARD JUSTIN EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 |
| Richards Layton & Finger PA | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 |
| Sherman & Sterling LLP | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 |
| US Department of Justice | Andrea B Schwartz Office of US Trustee | 201 Varick St Rm 1006 | US Federal Building | New York | NY | 10014 |
| US Trustee Region 3 Roberta A DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Federal Bldg | Wilmington | DE | 19801 |