IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 11290** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 31, 2017, I caused to be served the "Nineteenth Monthly Fee Statement of Bielli & Klauder, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from April 1, 2017 through April 30, 2017," dated May 31, 2017 [Docket No. 11290], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
1st day of June, 2017

/s/ Forrest Kuffer

/s/ Notary Public

KEGINJ AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**

```
ENERGY FUTURE HOLDINGS CORP ET AL            ROBERTA A. DEANGELIS
ATTN: ANDREW M WRIGHT & CECILY GOOCH         UNITED STATES TRUSTEE – REGION 3
1601 BRYAN ST 43RD FL                        ATTN: RICHARD L. SCHEPACARTER
DALLAS, TX 75201                             J. CALEB BOGGS FEDERAL BUILDING
                                             844 KING ST, ROOM 2207
                                             WILMINGTON, DE 19801



ROBERTA A. DEANGELIS                         SHEARMAN & STERLING LLP
UNITED STATES DEPARTMENT OF JUSTICE          (AGENT TO EFIH FIRST LIEN DIP
OFFICE OF THE U.S. TRUSTEE                   FINANCING FACILITY)
ATTN: ANDREA B. SCHWARTZ                     ATTN: FREDERICK SOSNICK ESQ &
U.S. FEDERAL BUILDING                        NED SHODEK ESQ
201 VARICK STREET, ROOM 1006                 599 LEXINGTON AVE
NEW YORK, NY 10014                           NEW YORK, NY 10022



MILBANK, TWEED, HADLEY & MCCLOY LLP          MORRISON & FOERSTER LLP
(COUNSEL TO AGENT TCEH DIP                   (COUNSEL TO OFFICIAL CREDITORS'
FINANCING FACILITY)                          COMMITTEE)
ATTN: EVAN FLECK AND MATTHEW BROD            ATTN: LORENZO MARINUZZI & JENNIFER MARINES
1 CHASE MANHATTAN PLAZA                      250 W 55TH STREET
NEW YORK, NY 10005                           NEW YORK, NY 10019



GODFREY & KAHN, S.C.
(COUNSEL TO FEE COMMITTEE)
ATTN: KATHERINE STADLER
ONE E MAIN STREET
MADISON, WI 53703
```