Daniel K. Bearden, Jr.
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 North Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FAX
bearden@txschoollaw.com

ATTORNEY FOR CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § § § | |
| **Energy Future Holdings Corp.,** | § § | 14-10979-CSS |
| **Debtor(s).** | § | CHAPTER 11 |

## NOTICE OF SUBSTITUTION OF COUNSEL

This Notice of Substitution of Counsel is filed by the LAW OFFICES OF ROBERT E. LUNA, P.C., 4411 N. Central Expressway, Dallas, Texas 75205, the current attorney of record for CARROLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT, a creditor in the above-styled and referenced matter. EFECTIVE JUNE 3, 2017, the attorney listed below has been retained as counsel for CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT, and should be substituted as counsel of record:

Dustin L. Banks
State Bar No. 24064344
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
1919 S. Shiloh Rd., Ste 310, LB 40
Garland, TX  75042
Telephone: (972) 278-8282
Fax: (972) 278-8222
dbanks@pbfcm.com

Respectfully submitted,

/s/ Daniel K. Bearden, Jr.
Daniel K. Bearden, Jr.
State Bar No. 01981500
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 North Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FAX
bearden@txschoollaw.com

CURRENT ATTORNEY FOR CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT

Approved:

/s/ Dustin L. Banks

Dustin L. Banks
State Bar No. 24064344
PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP
1919 S. Shiloh Rd., Ste 310, LB 40
Garland, TX  75042
Telephone: (972) 278-8282
Fax: (972) 278-8222
dbanks@pbfcm.com

NEW COUNSEL FOR CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Substitution of Counsel was served upon all counsel for Debtors; the United States Trustee, and all parties requesting notice via the Court's CM/ECF system this 2nd  day of June, 2017.

       /s/ Daniel K. Bearden, Jr.
       DANIEL K. BEARDEN, JR.