Filed: USBC - District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)



0000002237

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF TEXAS DELAWARE

IN RE: TXU Energy Retail Company LLC

§     CHAPTER 11
§
§
§
DEBTOR(S)     §     CASE NO.: 14-10997

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Tarrant County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case Tarrant County filed its secured claim on or about September 10, 2015, in the amount of $1,292.97, which claim is designated as claim number 11469 on the claims register. That claim is no longer owed by the Debtor(s) Therefore, Tarrant County hereby withdraws its claim 11469.

**RECEIVED**

**JUN 0 2 2017**

## CERTIFICATE OF SERVICE

**LEGAL SERVICES**

I hereby certify that on 25th day of March, 2017, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5002 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

By: /s/ *E. Weller*

    Elizabeth Weller, Attorney
    Texas Bar No. 00785514
    Laurie Spindler Huffman, Attorney
    Texas Bar No. 24028720
    Sherrel K. Knighton, Attorney
    Texas Bar No. 00796900
    Melissa Palo, Attorney
    Texas Bar No. 24091471

Linebarger Goggan Blair
& Sampson, L.L.P.
2777 N Stemmons Frwy., Ste. 1000
Dallas, TX 75207



$ 000.46⁰
02 1P
0000814935    MAY 26 2017
MAILED FROM ZIP CODE 75201

**RECEIVED**

JUN 0 2 2017

**LEGAL SERVICES**

CLAIM AGENT:

ENERGY FUTURE HOLDINGS CORP. CLAIMS PROCESSING CENTER

C/O EPIQ BANKRUPTCY SOLUTIONS, LLC

P.O. BOX 4421

BEAVERTON, OR 97076-4421