# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 5.50 | $1,892.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 34.60 | $23,699.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 236.70 | $214,848.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 124.20 | $115,280.50 |
| 12 | [ALL E-SIDE] Hearings | 9.60 | $11,574.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 48.30 | $24,250.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 0.60 | $501.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 6.60 | $8,265.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 372.30 | $447,033.50 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 53.90 | $54,039.50 |
| 29 | [ALL E-SIDE] Tax Issues | 36.90 | $50,161.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 27.50 | $39,623.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 2.50 | $3,312.50 |
| | **Totals:** | **959.20** | **$994,481.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $427.16 |
| Standard Copies or Prints | $327.40 |
| Color Copies or Prints | $242.70 |
| Postage | $8.00 |
| Overnight Delivery | $105.06 |
| Airfare | $58.00 |
| Transportation to/from airport | $225.00 |
| Travel Meals | $240.00 |
| Court Reporter Fee/Deposition | $1,017.39 |
| Other Court Costs and Fees | $1,455.40 |
| Outside Copy/Binding Services | $290.47 |
| Computer Database Research | $1,166.20 |
| Westlaw Research | $5,098.56 |
| Overtime Meals - Attorney | $18.76 |
| **Total:** | **$10,680.10** |