# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Galen Bascom | Associate | 2015 | Litigation - Appellate | 810.00 | 46.60 | $37,746.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 735.00 | 57.60 | $42,336.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 835.00 | 9.20 | $7,682.00 |
| Kevin McClelland | Associate | 2016 | Restructuring | 555.00 | 13.60 | $7,548.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 1,015.00 | 14.90 | $15,123.50 |
| Matthew Smart | Associate | 2016 | Restructuring | 555.00 | 3.20 | $1,776.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 845.00 | 27.90 | $23,575.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 725.00 | 37.30 | $27,042.50 |
| McClain Thompson | Associate | 2014 | Litigation - General | 630.00 | 16.20 | $10,206.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 555.00 | 61.90 | $34,354.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 905.00 | 125.30 | $113,396.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,475.00 | 33.00 | $48,675.00 |
| Thomas Dobleman | Partner | 2011 | Corporate - Debt Finance | 995.00 | 0.50 | $497.50 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 4.30 | $4,708.50 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 3.50 | $3,377.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,525.00 | 2.50 | $3,812.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 2.30 | $2,288.50 |
| Chad J Husnick, P.C. | Partner | 2004 | Restructuring | 1,165.00 | 95.80 | $111,607.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 93.80 | $138,355.00 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,225.00 | 1.20 | $1,470.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 18.10 | $29,412.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,325.00 | 2.50 | $3,312.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 49.20 | $57,810.00 |
| Erin E Murphy | Partner | 2006 | Litigation - Appellate | 1,325.00 | 18.50 | $24,512.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 25.10 | $37,022.50 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 5.40 | $5,373.00 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 6.30 | $6,898.50 |
| Scott Price | Partner | 1998 | Executive Compensation | 1,475.00 | 0.50 | $737.50 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,410.00 | 47.40 | $66,834.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 40.70 | $60,032.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 44.90 | $45,573.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,075.00 | 4.50 | $4,837.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 1.40 | $1,813.00 |
| **Grand Total** | | | | | **915.10** | **$979,747.50** |

RLF1 17674530v.1

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel Judge | Junior Paralegal | 1 year | Litigation - Appellate | 315.00 | 3.80 | $1,197.00 |
| Hannah Kupsky | Junior Paralegal | 6 months | Restructuring | 220.00 | 0.90 | $198.00 |
| Jenny DeLeon | Other | 4.5 years | Admin Services | 265.00 | 0.30 | $79.50 |
| Stephanie Ding | Paralegal | 6 months | Litigation - General | 295.00 | 0.50 | $147.50 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 4.20 | $1,365.00 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 1.10 | $462.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 30.80 | $10,472.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 2.50 | $812.50 |
| **Grand Total** | | | | | 44.10 | $14,733.50 |

| | | | | **Total Fees Requested** | **959.20** | **$994,481.00** |

RLF1 17674530v.1