# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 17674530v.1

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $427.16 |
| Standard Copies or Prints | $253.70 |
| Color Copies or Prints | $155.10 |
| Postage | $8.00 |
| Overnight Delivery | $105.06 |
| Airfare | $58.00 |
| Transportation to/from airport | $225.00 |
| Travel Meals | $240.00 |
| Court Reporter Fee/Deposition | $1,017.39 |
| Other Court Costs and Fees | $1,455.40 |
| Outside Copy/Binding Services | $290.47 |
| Computer Database Research | $1,166.20 |
| Westlaw Research | $5,098.56 |
| Overtime Meals - Attorney | $18.76 |
| **Total:** | **$10,518.80** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $12.40 |
| Color Copies or Prints | $10.20 |
| **Total:** | **$22.60** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $61.30 |
| Color Copies or Prints | $77.40 |
| **Total:** | **$138.70** |