# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 2, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5101330**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**

For legal services rendered through April 30, 2017
(see attached Description of Legal Services for detail)                                  $ .00

For expenses incurred through April 30, 2017
(see attached Description of Expenses for detail)                              $ 10,518.80

Total legal services rendered and expenses incurred                              $ 10,518.80

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---:|
| Third Party Telephone Charges | 427.16 |
| Standard Copies or Prints | 253.70 |
| Color Copies or Prints | 155.10 |
| Postage | 8.00 |
| Overnight Delivery | 105.06 |
| Airfare | 58.00 |
| Transportation to/from airport | 225.00 |
| Travel Meals | 240.00 |
| Court Reporter Fee/Deposition | 1,017.39 |
| Other Court Costs and Fees | 1,455.40 |
| Outside Copy/Binding Services | 290.47 |
| Computer Database Research | 1,166.20 |
| Westlaw Research | 5,098.56 |
| Overtime Meals - Attorney | 18.76 |
| TOTAL EXPENSES | $ 10,518.80 |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|---|---|---|
| 11/30/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference with clients. | 3.68 |
| 12/31/16 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference with clients. | 4.71 |
| 1/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference with clients. | 2.23 |
| 1/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference with clients. | 2.06 |
| 2/28/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference with clients. | 42.93 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 35.32 |
| 3/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference with clients. | 3.20 |
| 4/03/17 | Beth Friedman, Teleconference, CourtCall: Telephonic Hearing re Inv# 8234316 | 93.00 |
| 4/03/17 | Beth Friedman, Teleconference, CourtCall: Telephonic Hearing re Inv# 8245140 | 93.00 |
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Telephone Conference. | 8.12 |
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf Calls | 2.66 |
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 1.99 |
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 7.06 |
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 19.72 |
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 107.48 |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

**Total:**                                                                    **427.16**

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 4/03/17 | Standard Prints | 7.00 |
| 4/03/17 | Standard Prints | 0.30 |
| 4/03/17 | Standard Prints | 1.70 |
| 4/04/17 | Standard Prints | 5.60 |
| 4/04/17 | Standard Prints | 0.30 |
| 4/05/17 | Standard Prints | 1.70 |
| 4/05/17 | Standard Prints | 29.50 |
| 4/05/17 | Standard Prints | 0.40 |
| 4/05/17 | Standard Prints | 1.50 |
| 4/05/17 | Standard Prints | 1.00 |
| 4/06/17 | Standard Prints | 1.10 |
| 4/06/17 | Standard Prints | 2.20 |
| 4/06/17 | Standard Prints | 2.60 |
| 4/06/17 | Standard Prints | 2.30 |
| 4/06/17 | Standard Prints | 8.40 |
| 4/06/17 | Standard Prints | 10.40 |
| 4/06/17 | Standard Prints | 7.20 |
| 4/07/17 | Standard Copies or Prints | 0.30 |
| 4/07/17 | Standard Prints | 0.30 |
| 4/07/17 | Standard Prints | 2.90 |
| 4/07/17 | Standard Prints | 6.00 |
| 4/07/17 | Standard Prints | 2.50 |
| 4/07/17 | Standard Prints | 21.10 |
| 4/10/17 | Standard Copies or Prints | 0.40 |
| 4/10/17 | Standard Prints | 0.20 |
| 4/10/17 | Standard Prints | 4.70 |
| 4/11/17 | Standard Prints | 15.80 |
| 4/12/17 | Standard Prints | 4.10 |
| 4/12/17 | Standard Prints | 0.50 |
| 4/14/17 | Standard Prints | 0.70 |
| 4/14/17 | Standard Prints | 0.40 |
| 4/17/17 | Standard Prints | 0.50 |
| 4/17/17 | Standard Prints | 4.30 |
| 4/18/17 | Standard Prints | 1.60 |
| 4/18/17 | Standard Prints | 12.60 |
| 4/19/17 | Standard Prints | 5.90 |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
     109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 4/19/17 | Standard Prints | 1.80 |
| 4/19/17 | Standard Prints | 8.70 |
| 4/19/17 | Standard Prints | 0.40 |
| 4/20/17 | Standard Prints | 0.40 |
| 4/20/17 | Standard Prints | 1.70 |
| 4/24/17 | Standard Prints | 5.70 |
| 4/24/17 | Standard Prints | 0.10 |
| 4/25/17 | Standard Prints | 8.80 |
| 4/25/17 | Standard Prints | 7.50 |
| 4/25/17 | Standard Prints | 2.80 |
| 4/26/17 | Standard Prints | 0.10 |
| 4/27/17 | Standard Prints | 0.30 |
| 4/27/17 | Standard Prints | 6.10 |
| 4/27/17 | Standard Prints | 2.30 |
| 4/27/17 | Standard Prints | 11.60 |
| 4/27/17 | Standard Prints | 14.00 |
| 4/27/17 | Standard Prints | 12.20 |
| 4/27/17 | Standard Prints | 1.20 |
| | **Total:** | **253.70** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
     109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 4/03/17 | Color Prints | 8.70 |
| 4/03/17 | Color Prints | 5.70 |
| 4/04/17 | Color Prints | 0.90 |
| 4/05/17 | Color Prints | 7.80 |
| 4/05/17 | Color Prints | 0.60 |
| 4/05/17 | Color Prints | 0.60 |
| 4/05/17 | Color Prints | 0.60 |
| 4/05/17 | Color Prints | 0.90 |
| 4/06/17 | Color Prints | 0.30 |
| 4/06/17 | Color Prints | 0.30 |
| 4/07/17 | Color Prints | 1.50 |
| 4/07/17 | Color Prints | 0.90 |
| 4/07/17 | Color Prints | 0.30 |
| 4/07/17 | Color Prints | 27.00 |
| 4/11/17 | Color Prints | 5.10 |
| 4/11/17 | Color Prints | 0.90 |
| 4/11/17 | Color Prints | 5.10 |
| 4/11/17 | Color Prints | 5.10 |
| 4/11/17 | Color Prints | 6.30 |
| 4/11/17 | Color Prints | 5.10 |
| 4/11/17 | Color Prints | 5.10 |
| 4/11/17 | Color Prints | 4.80 |
| 4/12/17 | Color Prints | 2.70 |
| 4/13/17 | Color Prints | 2.40 |
| 4/14/17 | Color Prints | 0.60 |
| 4/14/17 | Color Prints | 0.30 |
| 4/14/17 | Color Prints | 5.40 |
| 4/20/17 | Color Prints | 0.60 |
| 4/20/17 | Color Prints | 2.40 |
| 4/24/17 | Color Prints | 0.60 |
| 4/24/17 | Color Prints | 0.30 |
| 4/25/17 | Color Prints | 14.10 |
| 4/25/17 | Color Prints | 1.80 |
| 4/25/17 | Color Prints | 14.70 |
| 4/26/17 | Color Prints | 0.60 |
| 4/26/17 | Color Prints | 15.00 |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

    **Total:**                **155.10**

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Postage**

| Date | Description | Amount |
|------|-------------|--------|
| 4/26/17 | Postage | 8.00 |
| | **Total:** | **8.00** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overnight Delivery

| Date | Description | Amount |
|------|-------------|--------|
| 3/09/17 | Overnight Delivery, Fed Exp from:Patrick Venter, NEW YORK,NY to:Anna Hines | 68.61 |
| 3/09/17 | Overnight Delivery, Fed Exp from:W.BRANDON,NEW YORK,NY | 36.45 |
| | **Total:** | **105.06** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


## Description of Expenses

### Airfare

| Date | Description | Amount |
|------|-------------|--------|
| 2/15/17 | Barack Echols, Agency Fee, Attend confirmation hearing. | 58.00 |
|  | **Total:** | **58.00** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|--------|
| 4/17/17 | ALL ABOUT CHARTER INC, Transportation to/from airport,Pickup at ORD dropoff at Elmhurst, IL, Chad J Husnick, P.C., 4/17/20173 | 75.00 |
| 4/19/17 | ALL ABOUT CHARTER INC, Transportation to/from airport,Pickup at Winnetka, Il dropoff at ORD, Chad J Husnick, P.C., 4/19/20177 | 75.00 |
| 4/30/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Marc Kieselstein, Pickup at Chicago, IL dropoff at ORD, 4/30/20171 | 75.00 |
| | **Total:** | **225.00** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|------|-------------|--------|
| 2/16/17 | Mark McKane, Travel Meals, Wilmington, DE Confirmation Hearing, Jonathan Ganter, Bryan Stephany, Michael Esser, Justin Sowa, Anna Terteryan Dinner (7) | 240.00 |
| | **Total:** | **240.00** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|------|-------------|--------|
| 4/18/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Electronic & Certified Transcripts | 290.50 |
| 4/28/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Electronic & Certified Transcripts, etc. | 726.89 |
| | **Total:** | **1,017.39** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Other Court Costs and Fees**

| Date | Description | Amount |
|---|---|---|
| 2/20/17 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, Telephonic Hearing, etc. | 149.00 |
| 2/28/17 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Court Costs and Fees, Original & Certified Transcripts | 250.00 |
| 4/21/17 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Court Costs and Fees, Original & Certified Transcripts | 1,056.40 |
| | **Total:** | **1,455.40** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Copy/Binding Services

| Date | Description | Amount |
|------|-------------|--------|
| 3/30/17 | E-VERITEXT - PO BOX 71303 (NT), Outside Copy/Binding, Transcript and e-copy. | 290.47 |
| | **Total:** | **290.47** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|--------|
| 4/05/17 | PACER SERVICE CENTER, Computer Database Research, 1/1/2017 - 3/31/2017 | 55.00 |
| 4/05/17 | PACER SERVICE CENTER, Computer Database Research, 1/1/2017 - 3/31/2017 | 701.30 |
| 4/05/17 | PACER SERVICE CENTER, Computer Database Research, 1/1/2017 - 3/31/2017 | 0.80 |
| 4/05/17 | PACER SERVICE CENTER, Computer Database Research, 1/1/2017 - 3/31/2017 | 130.40 |
| 4/05/17 | PACER SERVICE CENTER, Computer Database Research, 1/1/2017 - 3/31/2017 | 60.40 |
| 4/05/17 | PACER SERVICE CENTER, Computer Database Research, 1/1/2017 - 3/31/2017 | 14.30 |
| 4/05/17 | PACER SERVICE CENTER, Computer Database Research, 1/1/2017 - 3/31/2017 | 2.30 |
| 4/05/17 | PACER SERVICE CENTER, Computer Database Research, 1/1/2017 - 3/31/2017 | 197.90 |
| 4/05/17 | PACER SERVICE CENTER, Computer Database Research, 1/1/2017 - 3/31/2017 | 3.80 |
| | **Total:** | **1,166.20** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Westlaw Research

| Date | Description | Amount |
|------|-------------|-------:|
| 2/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MENZIES,MARK, 2/1/2017 | 336.57 |
| 2/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 2/1/2017 | 16.61 |
| 2/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, HUSNICK,CHAD, 2/1/2017 | 18.44 |
| 2/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 2/1/2017 | 92.21 |
| 2/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SMART,MATTHEW, 2/1/2017 | 18.44 |
| 2/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THOMPSON,MCCLAIN, 2/1/2017 | 36.21 |
| 2/03/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 2/3/2017 | 37.42 |
| 2/03/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, GANTER,JONATHAN, 2/3/2017 | 56.73 |
| 2/04/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SMART,MATTHEW, 2/4/2017 | 55.33 |
| 2/05/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MENZIES,MARK, 2/5/2017 | 16.61 |
| 2/05/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SMART,MATTHEW, 2/5/2017 | 92.21 |
| 2/05/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 2/5/2017 | 162.93 |
| 2/05/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/5/2017 | 18.10 |
| 2/06/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MENZIES,MARK, 2/6/2017 | 116.27 |
| 2/06/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 2/6/2017 | 36.21 |
| 2/06/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 2/6/2017 | 37.85 |
| 2/06/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/6/2017 | 108.62 |
| 2/07/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ORREN,ROBERT, 2/7/2017 | 18.10 |
| 2/07/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/7/2017 | 146.47 |
| 2/08/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, | 16.61 |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | MENZIES,MARK, 2/8/2017 | |
| 2/08/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 2/8/2017 | 129.09 |
| 2/08/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/8/2017 | 143.91 |
| 2/08/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RISHEL,MEGHAN, 2/8/2017 | 33.43 |
| 2/09/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/9/2017 | 113.38 |
| 2/11/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 2/11/2017 | 18.44 |
| 2/11/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/11/2017 | 95.09 |
| 2/12/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/12/2017 | 5.30 |
| 2/13/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MENZIES,MARK, 2/13/2017 | 16.61 |
| 2/13/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/13/2017 | 72.42 |
| 2/14/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 2/14/2017 | 49.83 |
| 2/14/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 2/14/2017 | 18.44 |
| 2/14/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 2/14/2017 | 18.10 |
| 2/15/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MENZIES,MARK, 2/15/2017 | 16.61 |
| 2/15/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 2/15/2017 | 16.61 |
| 2/15/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 2/15/2017 | 110.65 |
| 2/15/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 2/15/2017 | 18.10 |
| 2/16/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 2/16/2017 | 23.84 |
| 2/16/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 2/16/2017 | 18.10 |
| 2/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/22/2017 | 54.31 |
| 2/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, DING,STEPHANIE, 2/22/2017 | 4.56 |
| 2/23/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/23/2017 | 48.82 |
| 2/26/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, | 72.42 |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| | SMITH,MARGARET, 2/26/2017 | |
| 2/26/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/26/2017 | 220.17 |
| 2/27/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 2/27/2017 | 89.59 |
| 2/27/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/27/2017 | 35.47 |
| 3/03/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 3/3/2017 | 342.45 |
| 3/05/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/5/2017 | 110.97 |
| 3/06/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/6/2017 | 15.65 |
| 3/06/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MILLIGAN,JULIE, 3/6/2017 | 37.64 |
| 3/07/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MILLIGAN,JULIE, 3/7/2017 | 42.41 |
| 3/08/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/8/2017 | 120.46 |
| 3/08/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, HUSNICK,CHAD, 3/8/2017 | 15.72 |
| 3/09/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/9/2017 | 42.21 |
| 3/10/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 3/10/2017 | 15.65 |
| 3/12/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/12/2017 | 37.46 |
| 3/13/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/13/2017 | 201.55 |
| 3/13/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ESAYIAN,LISA G, 3/13/2017 | 47.17 |
| 3/14/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/14/2017 | 15.65 |
| 3/16/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/16/2017 | 184.48 |
| 3/16/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ESAYIAN,LISA G, 3/16/2017 | 21.92 |
| 3/17/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ESAYIAN,LISA G, 3/17/2017 | 15.72 |
| 3/19/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/19/2017 | 117.14 |
| 3/21/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/21/2017 | 15.65 |
| 3/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, | 31.30 |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
     109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---:|
|  | CHAIKIN,REBECCA, 3/22/2017 |  |
| 3/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ORREN,ROBERT, 3/22/2017 | 78.25 |
| 3/24/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ORREN,ROBERT, 3/24/2017 | 15.65 |
| 3/24/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 3/24/2017 | 96.74 |
| 3/28/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 3/28/2017 | 80.05 |
| 3/29/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/29/2017 | 126.62 |
| 3/29/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 3/29/2017 | 15.72 |
| 3/30/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 3/30/2017 | 63.90 |
| 3/31/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 3/31/2017 | 309.20 |
|  | **Total:** | **5,098.56** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|---|---|---|
| 3/21/17 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 3/21/2017 | 18.76 |
| | **Total:** | **18.76** |

**TOTAL EXPENSES**                                                                 **10,518.80**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 2, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5101332**
**Client Matter: 14356-111**

---

**In the matter of    [EFIH] Expenses**

For legal services rendered through April 30, 2017
(see attached Description of Legal Services for detail)                              $ .00

For expenses incurred through April 30, 2017
(see attached Description of Expenses for detail)                              $ 22.60

Total legal services rendered and expenses incurred                              $ 22.60

Beijing     Chicago     Hong Kong     Houston     London     Los Angeles     Munich     Palo Alto     San Francisco     Shanghai     Washington, D.C.

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 12.40 |
| Color Copies or Prints | 10.20 |
| | |
| TOTAL EXPENSES | $ 22.60 |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 4/10/17 | Standard Prints | 12.40 |
| | **Total:** | **12.40** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 4/06/17 | Color Prints | 4.20 |
| 4/06/17 | Color Prints | 6.00 |
| | **Total:** | **10.20** |

 

| | | |
|------|-------------|-------:|
| | **TOTAL EXPENSES** | **22.60** |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 2, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Andy Wright

**Invoice Number:  5101333**
**Client Matter: 14356-112**

---

**In the matter of    [EFH] Expenses**


For legal services rendered through April 30, 2017
(see attached Description of Legal Services for detail)                                          $ .00


For expenses incurred through April 30, 2017
(see attached Description of Expenses for detail)                                          $ 138.70

Total legal services rendered and expenses incurred                                          $ 138.70


Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

### Description of Expenses

| Description | Amount |
| --- | --- |
| Standard Copies or Prints | 61.30 |
| Color Copies or Prints | 77.40 |
| | |
| TOTAL EXPENSES | $ 138.70 |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
112 - [EFH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 4/03/17 | Standard Prints | 15.70 |
| 4/04/17 | Standard Prints | 1.40 |
| 4/05/17 | Standard Prints | 1.20 |
| 4/05/17 | Standard Prints | 0.40 |
| 4/07/17 | Standard Prints | 1.60 |
| 4/10/17 | Standard Prints | 0.90 |
| 4/12/17 | Standard Prints | 0.30 |
| 4/13/17 | Standard Prints | 5.40 |
| 4/14/17 | Standard Prints | 0.50 |
| 4/18/17 | Standard Prints | 0.50 |
| 4/20/17 | Standard Prints | 0.30 |
| 4/24/17 | Standard Prints | 15.60 |
| 4/25/17 | Standard Prints | 2.10 |
| 4/26/17 | Standard Prints | 5.80 |
| 4/27/17 | Standard Prints | 9.30 |
| 4/27/17 | Standard Prints | 0.30 |
| | **Total:** | **61.30** |

Legal Services for the Period Ending April 30, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 4/05/17 | Color Prints | 1.20 |
| 4/05/17 | Color Prints | 0.60 |
| 4/05/17 | Color Prints | 0.60 |
| 4/05/17 | Color Prints | 2.10 |
| 4/12/17 | Color Prints | 1.50 |
| 4/12/17 | Color Prints | 0.90 |
| 4/12/17 | Color Prints | 6.30 |
| 4/12/17 | Color Prints | 6.30 |
| 4/12/17 | Color Prints | 0.90 |
| 4/20/17 | Color Prints | 0.30 |
| 4/20/17 | Color Prints | 0.90 |
| 4/24/17 | Color Prints | 12.00 |
| 4/25/17 | Color Prints | 2.70 |
| 4/25/17 | Color Prints | 4.50 |
| 4/25/17 | Color Prints | 4.50 |
| 4/25/17 | Color Prints | 4.50 |
| 4/25/17 | Color Prints | 4.50 |
| 4/25/17 | Color Prints | 4.50 |
| 4/27/17 | Color Prints | 18.60 |
| | **Total:** | **77.40** |

**TOTAL EXPENSES**                                                   138.70