# EXHIBIT A

## [Budget]

# ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC ("EFIH")

## Q3 DIP Budget

*$ in millions*

| Month Ending | 7/31/17 | 8/31/17 | 9/30/17 |
|---|---|---|---|
| **Months in Bankruptcy** | **39** | **40** | **41** |
| **Unlevered Free Cash Flow** | | | |
| EBITDA | ($0) | ($0) | ($0) |
| Oncor Dividend (80%) | - | 46 | - |
| Other Cash Flow Items | - | - | - |
| Federal/State Tax Payments | - | - | - |
| **Unlevered Free Cash Flow** | **($0)** | **$46** | **($0)** |
| **Ch. 11 Adjustments** | | | |
| Professional Fees / Other | (9) | (9) | (9) |
| Potential New 2nd Lien DIP Issuance to Repay a Portion of 1st Lien DIP | - | 600 | - |
| Retirement of Principal Amount of 1st Lien Debt | - | (600) | - |
| DIP Facility Interest | (23) | (24) | (21) |
| **Total Ch. 11 Adjustments** | **($33)** | **($33)** | **($31)** |
| **Levered Free Cash Flow** | **($33)** | **$13** | **($31)** |
| **Beginning Cash Balance** | $440 | $407 | $420 |
| Levered Free Cash Flow | (33) | 13 | (31) |
| **Ending Cash Balance** | **$407** | **$420** | **$390** |

Notes: