# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - EFH & EFIH*
*Summary of Time Detail by Task*
*February 1, 2017 through February 28, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Claims | 19.0 | $8,505.00 |
| Contracts | 1.4 | $1,120.00 |
| Court | 20.4 | $16,525.00 |
| Fee Applications | 9.1 | $4,200.00 |
| POR / Disclosure Statement | 16.2 | $9,322.50 |
| Travel Time | 1.0 | $800.00 |
| UST Reporting Requirements | 2.7 | $1,552.50 |
| *Total* | **69.8** | **$42,025.00** |

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*February 1, 2017 through February 28, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Claims | 9.50 | $4,252.50 |
| Contracts | 1.40 | $1,120.00 |
| Court | 10.20 | $8,262.50 |
| Fee Applications | 4.55 | $2,100.00 |
| POR / Disclosure Statement | 8.10 | $4,661.25 |
| Travel Time | 0.50 | $400.00 |
| UST Reporting Requirements | 1.35 | $776.25 |
| *Total* | **35.60** | **$21,572.50** |

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*February 1, 2017 through February 28, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Claims | 9.50 | $4,252.50 |
| Court | 10.20 | $8,262.50 |
| Fee Applications | 4.55 | $2,100.00 |
| POR / Disclosure Statement | 8.10 | $4,661.25 |
| Travel Time | 0.50 | $400.00 |
| UST Reporting Requirements | 1.35 | $776.25 |
| *Total* | **34.20** | **$20,452.50** |