## **EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - EFH & EFIH
### Summary of Time Detail by Professional
### February 1, 2017 through February 28, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 2.2 | $2,145.00 |
| Emmett Bergman | Managing Director | $800.00 | 1.4 | $1,120.00 |
| John Stuart | Managing Director | $800.00 | 24.5 | $19,600.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 5.1 | $3,315.00 |
| Kevin Sullivan | Director | $575.00 | 2.7 | $1,552.50 |
| Peyton Heath | Associate | $425.00 | 9.7 | $4,122.50 |
| Rich Carter | Consultant | $475.00 | 10.0 | $4,750.00 |
| Michael Williams | Consultant | $400.00 | 11.6 | $4,640.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 2.6 | $780.00 |
| | | **Total** | **69.8** | **$42,025.00** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### February 1, 2017 through February 28, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 1.10 | $1,072.50 |
| Emmett Bergman | Managing Director | $800.00 | 1.40 | $1,120.00 |
| John Stuart | Managing Director | $800.00 | 12.25 | $9,800.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 2.55 | $1,657.50 |
| Kevin Sullivan | Director | $575.00 | 1.35 | $776.25 |
| Rich Carter | Consultant | $475.00 | 5.00 | $2,375.00 |
| Peyton Heath | Associate | $425.00 | 4.85 | $2,061.25 |
| Michael Williams | Consultant | $400.00 | 5.80 | $2,320.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.30 | $390.00 |
| | | *Total* | **35.60** | **$21,572.50** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### February 1, 2017 through February 28, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 1.10 | $1,072.50 |
| John Stuart | Managing Director | $800.00 | 12.25 | $9,800.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 2.55 | $1,657.50 |
| Kevin Sullivan | Director | $575.00 | 1.35 | $776.25 |
| Rich Carter | Consultant | $475.00 | 5.00 | $2,375.00 |
| Peyton Heath | Associate | $425.00 | 4.85 | $2,061.25 |
| Michael Williams | Consultant | $400.00 | 5.80 | $2,320.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.30 | $390.00 |
| | | *Total* | **34.20** | **$20,452.50** |