# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*February 1, 2017 through February 28, 2017*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Lodging | $600.00 |
| Meals | $40.00 |
| Transportation | $126.32 |
| ***Total*** | **$766.32** |

*Exhibit C*

## EFH
### Summary of Expense Detail by Category
### February 1, 2017 through February 28, 2017

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Lodging | $306.30 |
| Meals | $20.42 |
| Transportation | $64.49 |
| **Total** | **$391.21** |

*Exhibit C*

### EFIH
### Summary of Expense Detail by Category
### February 1, 2017 through February 28, 2017

| Expense Category | Sum of Expenses |
|---|---:|
| Lodging | $293.70 |
| Meals | $19.58 |
| Transportation | $61.83 |
| **Total** | **$375.11** |