# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

**Combined - EFH &EFIH**
**Expense Detail by Category**
**February 1, 2017 through February 28, 2017**

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 2/15/2017 | $600.00 | Hotel in Philadelphia - 2 nights. |
| **Expense Category Total** | | **$600.00** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 2/15/2017 | $40.00 | Out of town dinner - J. Stuart. |
| **Expense Category Total** | | **$40.00** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 2/14/2017 | $126.32 | Taxi in Philadelphia. |
| **Expense Category Total** | | **$126.32** | |
| *Grand Total* | | **$766.32** | |