# EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**March 1, 2017 through March 31, 2017**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.4 | $260.00 |
| Claims | 96.6 | $47,295.00 |
| Contracts | 6.4 | $5,030.00 |
| Fee Applications | 5.1 | $2,177.50 |
| UST Reporting Requirements | 1.6 | $920.00 |
| **Total** | **110.1** | **$55,682.50** |

*Exhibit A*

### EFH
### Summary of Time Detail by Task
### March 1, 2017 through March 31, 2017

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.20 | $130.00 |
| Claims | 51.05 | $25,032.50 |
| Contracts | 6.40 | $5,030.00 |
| Fee Applications | 2.55 | $1,088.75 |
| UST Reporting Requirements | 0.80 | $460.00 |
| **Total** | **61.00** | **$31,741.25** |

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*March 1, 2017 through March 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.20 | $130.00 |
| Claims | 45.55 | $22,262.50 |
| Fee Applications | 2.55 | $1,088.75 |
| UST Reporting Requirements | 0.80 | $460.00 |
| **Total** | **49.10** | **$23,941.25** |