# EXHIBIT B

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - EFH & EFIH
### Summary of Time Detail by Professional
### March 1, 2017 through March 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 5.8 | $4,640.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 29.5 | $19,175.00 |
| Kevin Sullivan | Director | $575.00 | 1.6 | $920.00 |
| Rich Carter | Consultant | $475.00 | 24.1 | $11,447.50 |
| Michael Williams | Consultant | $400.00 | 47.7 | $19,080.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.4 | $420.00 |
| | | **Total** | **110.1** | **$55,682.50** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### March 1, 2017 through March 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 5.80 | $4,640.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 15.50 | $10,075.00 |
| Kevin Sullivan | Director | $575.00 | 0.80 | $460.00 |
| Rich Carter | Consultant | $475.00 | 14.35 | $6,816.25 |
| Michael Williams | Consultant | $400.00 | 23.85 | $9,540.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.70 | $210.00 |
| | | **Total** | **61.00** | **$31,741.25** |

*Exhibit B*

### EFIH
### *Summary of Time Detail by Professional*
### *March 1, 2017 through March 31, 2017*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $650.00 | 14.00 | $9,100.00 |
| Kevin Sullivan | Director | $575.00 | 0.80 | $460.00 |
| Rich Carter | Consultant | $475.00 | 9.75 | $4,631.25 |
| Michael Williams | Consultant | $400.00 | 23.85 | $9,540.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.70 | $210.00 |
| | | **Total** | **49.10** | **$23,941.25** |