# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

No expenses from March 1, 2017 through March 31, 2017