# Exhibit A

**Fee Summary by Professional for the Period
March 1, 2017 through March 31, 2017**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**March 01, 2017 - March 31, 2017**

***Bankruptcy Related Research Consultation and Transaction***

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Gibian, Craig | Partner/Principal | $720.00 | 6.7 | $4,824.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 5.4 | $3,888.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 9.3 | $6,696.00 |
| Parker, Matt | Partner/Principal | $720.00 | 14.4 | $10,368.00 |
| Blinder, Michael | Managing Director | $720.00 | 11.4 | $8,208.00 |
| Favor, Rick | Managing Director | $720.00 | 15.7 | $11,304.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 4.3 | $2,666.00 |
| Lang, Mary | Manager | $540.00 | 5.5 | $2,970.00 |
| West Glerum, Alexandra | Manager | $540.00 | 24.3 | $13,122.00 |
| Babanova, Maria | Senior Consultant | $425.00 | 21.5 | $9,137.50 |
| Butler, Mike | Senior Consultant | $425.00 | 9.3 | $3,952.50 |
| Henry, Diane | Senior Consultant | $425.00 | 27.7 | $11,772.50 |
| **Professional Subtotal:** | | | **155.5** | **$88,908.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

March 01, 2017 - March 31, 2017

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 36.9 | $13,468.50 |
| Parker, Matt | Partner/Principal | $365.00 | 35.3 | $12,884.50 |
| Slyh, John | Partner/Principal | $365.00 | 9.5 | $3,467.50 |
| Ellsworth, Rick | Managing Director | $365.00 | 1.5 | $547.50 |
| Favor, Rick | Managing Director | $365.00 | 10.1 | $3,686.50 |
| Hickl, Jeff | Managing Director | $365.00 | 5.7 | $2,080.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 19.9 | $5,771.00 |
| Kurey, Joseph | Senior Manager | $290.00 | 1.2 | $348.00 |
| Wang, Charlie | Senior Manager | $290.00 | 32.8 | $9,512.00 |
| Lang, Mary | Manager | $265.00 | 1.5 | $397.50 |
| Morehead, David | Manager | $265.00 | 25.1 | $6,651.50 |
| Murawski, Bryan | Manager | $265.00 | 22.4 | $5,936.00 |
| Wendel, Ashley | Manager | $265.00 | 0.4 | $106.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 11.2 | $2,408.00 |
| Brunson, Steve | Senior Consultant | $215.00 | 11.5 | $2,472.50 |
| Casey, Chris | Senior Consultant | $215.00 | 16.0 | $3,440.00 |
| Henry, Diane | Senior Consultant | $215.00 | 4.3 | $924.50 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 52.3 | $11,244.50 |
| Persons, Hillary | Senior Consultant | $215.00 | 27.4 | $5,891.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 10.0 | $2,150.00 |
| Benvenuti, Christina | Consultant | $175.00 | 21.0 | $3,675.00 |
| Cho, Sohyun | Consultant | $175.00 | 1.2 | $210.00 |
| Choua, Johnny | Consultant | $175.00 | 16.4 | $2,870.00 |
| Gentile, Lauren | Consultant | $175.00 | 4.6 | $805.00 |
| Lau, Stephanie | Consultant | $175.00 | 44.7 | $7,822.50 |
| Lirely, Loren | Consultant | $175.00 | 10.5 | $1,837.50 |
| Panjabi, Amit | Consultant | $175.00 | 4.0 | $700.00 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 1.8 | $315.00 |
| Schleinat, Libby | Consultant | $175.00 | 55.6 | $9,730.00 |
| Sledge, Bryan | Consultant | $175.00 | 34.1 | $5,967.50 |
| **Professional Subtotal:** | | | **528.9** | **$127,320.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**March 01, 2017 - March 31, 2017**

### *Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Gutierrez, Dalia | Project Controller | $175.00 | 10.1 | $1,767.50 |
| **Professional Subtotal:** | | | **10.1** | **$1,767.50** |