## EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**April 1, 2017 through April 30, 2017**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 1.7 | $1,657.50 |
| Claims | 10.2 | $4,542.50 |
| Fee Applications | 5.7 | $2,497.50 |
| UST Reporting Requirements | 10.4 | $5,980.00 |
| **Total** | **28.0** | **$14,677.50** |

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*April 1, 2017 through April 30, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.85 | $828.75 |
| Claims | 6.75 | $3,013.75 |
| Fee Applications | 2.85 | $1,248.75 |
| UST Reporting Requirements | 5.20 | $2,990.00 |
| **Total** | **15.65** | **$8,081.25** |

*Exhibit A*

### EFIH
### Summary of Time Detail by Task
### April 1, 2017 through April 30, 2017

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.85 | $828.75 |
| Claims | 3.45 | $1,528.75 |
| Fee Applications | 2.85 | $1,248.75 |
| UST Reporting Requirements | 5.20 | $2,990.00 |
| **Total** | **12.35** | **$6,596.25** |