## **EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - EFH & EFIH
### Summary of Time Detail by Professional
### April 1, 2017 through April 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 2.0 | $1,950.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 1.7 | $1,105.00 |
| Kevin Sullivan | Director | $575.00 | 10.4 | $5,980.00 |
| Rich Carter | Consultant | $475.00 | 3.9 | $1,852.50 |
| Michael Williams | Consultant | $400.00 | 7.9 | $3,160.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 2.1 | $630.00 |
| **Total** | | | **28.0** | **$14,677.50** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### April 1, 2017 through April 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 1.00 | $975.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 1.00 | $650.00 |
| Kevin Sullivan | Director | $575.00 | 5.20 | $2,990.00 |
| Rich Carter | Consultant | $475.00 | 2.55 | $1,211.25 |
| Michael Williams | Consultant | $400.00 | 4.85 | $1,940.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.05 | $315.00 |
| | | **Total** | **15.65** | **$8,081.25** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### April 1, 2017 through April 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 1.00 | $975.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 0.70 | $455.00 |
| Kevin Sullivan | Director | $575.00 | 5.20 | $2,990.00 |
| Rich Carter | Consultant | $475.00 | 1.35 | $641.25 |
| Michael Williams | Consultant | $400.00 | 3.05 | $1,220.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.05 | $315.00 |
| | | **Total** | **12.35** | **$6,596.25** |