## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

No expenses from April 1, 2017 through April 30, 2017