# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

No expenses from April 1, 2017 through April 30, 2017