## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 17.40 | 13,235.50 |
| **TOTAL** | **17.40** | **$13,235.50** |