**EXHIBIT B**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---:|---:|---:|
| Philip Gelston | Partner | 1979 | Corporate | 1,300 | 1.70 | 2,210.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,300 | 3.10 | 4,030.00 |
| T. Broad | Associate | 2009 | Litigation | 870 | 0.30 | 261.00 |
| A. Larkin | Associate | 2015 | Litigation | 675 | 7.40 | 4,995.00 |
| M. Kraus | Litigation Tech | | Litigation Tech | 355 | 4.90 | 1,739.50 |
| | | | **TOTAL** | | **17.40** | **$13,235.50** |