## EXHIBIT A

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 38.70 | 50,122.50 |
| **TOTAL** | **38.70** | **$50,122.50** |