## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,300 | 38.40 | 49,920.00 |
| A. Larkin | Associate | 2015 | Litigation | 675 | 0.30 | 202.50 |
| | | | | **TOTAL** | **38.70** | **$50,122.50** |