## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| Conference Call/Voice/Data | 335.00 |
| Computerized Legal Research/Database Research | 3.16 |
| | |
| TOTAL | $ **338.16** |