**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 2/20/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 107.00 | TELEPHONE, Merchant: Courtcall TRIP PURPOSE: Courtcall for P. Gelston in 14-10979 CITIES VISITED: NYC RptID: 010016457298 |
| 11205-003 | 2/21/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 177.00 | TELEPHONE, Merchant: Courtcall TRIP PURPOSE: Courtcall fee for P. Gelston CITIES VISITED: NYC RptID: 010016471205 |
| 11205-003 | 2/21/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 51.00 | TELEPHONE, Merchant: Courtcall TRIP PURPOSE: Courtcall for P. Gelston in 14-10979 CITIES VISITED: NYC RptID: 010016479151 |
| 11205-003 | 2/28/2017 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 3.16 | Public Document Retrieval - Pacer |
| | | | | **338.16** | |