## EXHIBIT A

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 12.40 | 13,307.50 |
| **TOTAL** | **12.40** | **$13,307.50** |