## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| Computerized Legal Research/Database Research | -62.60 |
| TOTAL | $ -62.60 |