## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 3/22/2017 | Levin, R | OTHER DATABASE RESEARCH | -70.55 | December 2016 Pacer Credit |
| 11205-003 | 3/31/2017 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 7.95 | Public Document Retrieval - Pacer |
| | | | | **-62.60** | |