## EXHIBIT A

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 5.50 | 6,150.00 |
| **TOTAL** | **5.50** | **$6,150.00** |