## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,300 | 2.50 | 3,250.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,300 | 1.40 | 1,820.00 |
| A. Larkin | Associate | 2015 | Litigation | 675 | 1.60 | 1,080.00 |
| | | | | **TOTAL** | **5.50** | **$6,150.00** |