## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| Computerized Legal Research/Database Research | 12.96 |
| TOTAL | $ 12.96 |