## **EXHIBIT D**

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 4/30/2017 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 12.96 | Public Document Retrieval - Pacer |
| | | | | **12.96** | |