## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| ELLIOTT ASSOCIATES, L.P. *et al.*, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 17-50479 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, *et al.*, | |
| Defendants. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JUNE 15, 2017 STARTING AT 10:00 A.M. (EDT)[2]

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD,*
*THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

I.  **CONTINUED PRETRIAL CONFERENCE 17-50479:**

1. Verified Complaint for Declaratory and Injunction Relief [Adv. D.I. 1; filed May 11, 2017]

   Answer Deadline:   August 25, 2017 at 5:00 p.m. (EDT)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The June 15, 2017 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT).

RLF1 17700889v.1

Responses/Objections Received:    None

Related Documents:

i.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 3; filed May 11, 2017]

ii. The Elliott Funds' Motion for Preliminary Injunction [Adv. D.I. 4; filed May 11, 2017]

iii. The Elliott Funds' Memorandum of Law in Support of Motion for a Preliminary Injunction [Adv. D.I. 5; filed May 11, 2017]

iv. Declaration of Erin R. Fay Filed in Connection with (I) Verified Complaint for Declaratory and Injunctive Relief and (II) The Elliott Funds' Motion for Preliminary Injunction [Adv. D.I. 6; filed May 11, 2017]

v.  Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi in Contemplation of May 12, 2017 Telephonic Status Conference in Connection with Adversary Proceeding and Elliott Associates, L.P., *et al* Motion for a Preliminary Injunction [Adv. D.I. 10; filed May 12, 2017]

vi. Scheduling Order Regarding The Elliott Funds' Motion for Preliminary Injunction [D.I. 4] [Adv. D.I. 13; filed May 16, 2017]

vii. Notice of Agreement to Amend Certain of the Deadlines in the "Scheduling Order Regarding The Elliott Funds' Motion for Preliminary Injunction [D.I. 4]" [Adv. D.I. 43; filed June 12, 2017]

Status:  By agreement of the parties, and with permission from Chambers, the pretrial conference in connection with this adversary proceeding is continued to the hearing scheduled to take place on July 11, 2017 at 11:00 a.m. (EDT).

*[Remainder of page intentionally left blank.]*

RLF1 17700889v.1

Dated: June 13, 2017
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*