# Exhibit A

**Fee Summary by Professional for the Period
April 1, 2017 through April 30, 2017**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 01, 2017 - April 30, 2017

*Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Hickl, Jeff | Managing Director | $365.00 | 6.8 | $2,482.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 10.7 | $3,103.00 |
| Wang, Charlie | Senior Manager | $290.00 | 1.5 | $435.00 |
| Murawski, Bryan | Manager | $265.00 | 9.2 | $2,438.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 37.3 | $8,019.50 |
| Casey, Chris | Senior Consultant | $215.00 | 7.1 | $1,526.50 |
| Henry, Diane | Senior Consultant | $215.00 | 13.0 | $2,795.00 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 5.6 | $1,204.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 2.0 | $430.00 |
| Ansari, Kashang | Consultant | $175.00 | 3.2 | $560.00 |
| Benvenuti, Christina | Consultant | $175.00 | 15.3 | $2,677.50 |
| Lau, Stephanie | Consultant | $175.00 | 33.7 | $5,897.50 |
| Schleinat, Libby | Consultant | $175.00 | 0.5 | $87.50 |
| **Professional Subtotal:** | | | **146.9** | **$32,020.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**April 01, 2017 - April 30, 2017**

***Preparation of Fee Applications***

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Gutierrez, Dalia | Project Controller | $175.00 | 14.0 | $2,450.00 |
| **Professional Subtotal:** | | | **14.0** | **$2,450.00** |