IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*, <br><br> Debtors.[1] | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: D.I. 7814** |

## NOTICE OF SETTLEMENT OF PROOF OF CLAIM NUMBER 4868 FILED BY AUTOMATIC SYSTEMS, INC.

PLEASE TAKE NOTICE THAT, on April 29, 2014, each of the above-captioned debtors (collectively, the "Debtors"[2]), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, §§ 101-1532, with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE THAT, on February 9, 2016, the Debtors filed the *Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7814] (the "Claim Objection"[3]) with the Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Debtors include (i) Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors"), and (ii) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors").

[3] On February 9, 2016, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC in Support of the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the*

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Claim Objection the Debtors objected to, among other claims, proof of claim number 4868 ("Claim No. 4868") asserted against Luminant Mining Company, LCC ("Luminant"), one of the TCEH Debtors, by Automatic Systems, Inc. ("ASI").

PLEASE TAKE FURTHER NOTICE THAT, on August 29, 2016, the Court entered an order confirming the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (as amended, the "TCEH Plan") as it applies to the TCEH Debtors. *See Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9421]. The TCEH Debtors emerged from chapter 11 on October 3, 2016, and are no longer debtors in possession.[4] *See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date* [D.I. 9742].

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the TCEH Plan,

> Any Claim that has been paid or satisfied, or any Claim that has been amended or superseded, may be adjusted or expunged on the Claims Register by the Reorganized Debtors without a Claims objection having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court.

*See* TCEH Plan at Art. VII(D).

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the authority granted to it by the TCEH Plan, on April 26, 2017, Luminant entered into that certain *Claim Settlement*

---

*Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 7815] in connection with, and in support of, the Claim Objection.

[4] On February 17, 2017, the Court entered an order confirming the *Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 10853] (the "EFH/EFIH Plan") as it applies to the EFH/EFIH Debtors. The effective date of the EFH/EFIH Plan has not yet occurred and the EFH/EFIH Debtors remain as debtors and debtors in possession in the above-captioned chapter 11 cases.

*Stipulation* (the "Stipulation") with ASI providing for the full and final resolution and settlement of Claim No. 4868.

PLEASE TAKE FURTHER NOTICE THAT Luminant has fully satisfied Claim No. 4868 in accordance with the terms of the Stipulation and, consequently, the Claim Objection as it relates to Claim No. 4868 is resolved.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Article VII(D) of the TCEH Plan, the TCEH Debtors' claims agent, Epiq Bankruptcy Solutions LLC, has adjusted the Claims Register (as such term is defined in the TCEH Plan) to reflect the resolution of Claim No. 4868.

PLEASE TAKE FURTHER NOTICE THAT, in light of the entry into, and consummation of, the Stipulation, Luminant hereby provides notice to the Court and other parties-in-interest of the resolution of the Claim Objection as it relates to Claim No. 4868.

[*Remainder of page intentionally left blank.*]

Dated: June 14, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:           collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:           edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:           james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*