## Exhibit D

## Voluntary Rate Disclosures

**Voluntary Rate Disclosures**

- The blended hourly rate for all Kirkland domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12 month period ending on April 30, 2017 (the "Comparable Fee Period") was, in the aggregate, approximately $763.71 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Kirkland timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $864.25 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at Kirkland | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---:|---:|
| Partners | $1,183.05 | $1,030.80 |
| Associates | $749.78 | $654.05 |
| Paralegal | $328.32 | $298.15 |
| Junior Paralegal | $281.50 | $195.73 |
| Support Staff | $317.67 | $275.90 |
| **Total** | **$864.25** | **$763.71** |

---

[1] It is the nature of Kirkland's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Kirkland's Restructuring Group. Accordingly, Non-Bankruptcy Matters consist of matters for which Kirkland domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Kirkland domestic timekeepers who work primarily within Kirkland's Restructuring Group.

[2] Kirkland calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Kirkland domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Kirkland domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] Kirkland calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.