**Exhibit E**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

## Summary, by Individual Timekeeper, of Total
## Fees Incurred and Hours Billed During the Fee Period

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate | |
| Andrew Calder, P.C. | Partner | Corporate - M&A/Private Equity | 2003 | 64,162.50 | 43.50 | N/A | 1,475.00 | 1,195.00 | 51,982.50 | |
| Paul D Clement, P.C. | Partner | Litigation - Appellate | 1994 | 872.50 | 0.50 | N/A | 1,745.00 | 1,745.00 | 872.50 | |
| Thad Davis | Partner | Taxation | 2005 | 900.00 | 0.80 | N/A | 1,125.00 | 925.00 | 740.00 | |
| Barack S Echols | Partner | Litigation - General | 1999 | 105,187.50 | 93.50 | N/A | 1,125.00 | 890.00 | 83,215.00 | |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 43,615.00 | 28.60 | N/A | 1,525.00 | 1,195.00 | 34,177.00 | |
| Chad J Husnick, P.C. | Partner | Restructuring | 2004 | 373,615.50 | 320.70 | N/A | 1,165.00 | 915.00 | 293,440.50 | |
| Marc Kieselstein, P.C. | Partner | Restructuring | 1988 | 420,375.00 | 285.00 | N/A | 1,475.00 | 1,125.00 | 320,625.00 | |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | 1,960.00 | 1.60 | N/A | 1,225.00 | 995.00 | 1,592.00 | |
| Roger S Lucas | Partner | Taxation | 1993 | 5,795.00 | 3.80 | N/A | 1,525.00 | 1,525.00 | 5,795.00 | |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 264,225.00 | 162.60 | N/A | 1,625.00 | 1,295.00 | 210,567.00 | |
| Andrew R McGaan, P.C. | Partner | Litigation - General | 1986 | 16,430.00 | 12.40 | N/A | 1,325.00 | 1,025.00 | 12,710.00 | |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | 333,347.50 | 283.70 | N/A | 1,175.00 | 925.00 | 262,422.50 | |
| Erin E Murphy | Partner | Litigation - Appellate | 2006 | 26,102.50 | 19.70 | N/A | 1,325.00 | 1,325.00 | 26,102.50 | |
| Dennis M Myers, P.C. | Partner | Corporate - Capital Markets | 1996 | 2,890.00 | 2.00 | N/A | 1,445.00 | 1,195.00 | 2,390.00 | |
| Linda K Myers, P.C. | Partner | Corporate - Debt Finance | 1990 | 56,935.00 | 38.60 | N/A | 1,475.00 | 1,245.00 | 48,057.00 | |
| John Pitts, P.C. | Partner | Corporate - M&A/Private Equity | 2010 | 17,520.00 | 16.00 | N/A | 1,095.00 | 840.00 | 13,440.00 | |
| Scott D Price | Partner | Executive Compensation | 1998 | 737.50 | 0.50 | N/A | 1,475.00 | 1,175.00 | 587.50 | |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 91,791.00 | 65.10 | N/A | 1,410.00 | 1,125.00 | 73,237.50 | |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 140,715.00 | 95.40 | N/A | 1,475.00 | 1,245.00 | 118,773.00 | |
| Sara B Zablotney | Partner | Taxation | 2003 | 55,296.50 | 42.70 | N/A | 1,295.00 | 1,095.00 | 46,756.50 | |
| Thomas Dobleman | Partner | Corporate - Debt Finance | 2011 | 497.50 | 0.50 | N/A | 995.00 | 755.00 | 377.50 | |
| Lisa G Esayian | Partner | Litigation - General | 1991 | 132,385.50 | 120.90 | N/A | 1,095.00 | 920.00 | 111,228.00 | |
| Michael Esser | Partner | Litigation - General | 2009 | 300,887.00 | 311.80 | N/A | 965.00 | 750.00 | 233,850.00 | |

RLF1 17708460v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Jonathan F Ganter | Partner | Litigation - General | 2010 | 357,205.00 | 359.00 | N/A | 995.00 | 775.00 | 278,225.00 |
| Ellen M Jakovic | Partner | Litigation - Antitrust/Competition | 1985 | 115.50 | 0.10 | N/A | 1,155.00 | 975.00 | 97.50 |
| Veronica Nunn | Partner | Corporate - M&A/Private Equity | 2010 | 53,332.00 | 53.60 | N/A | 995.00 | 685.00 | 36,716.00 |
| Michael A Petrino | Partner | Litigation - General | 2008 | 2,288.50 | 2.30 | N/A | 995.00 | 775.00 | 1,782.50 |
| Jeffrey S Quinn | Partner | Employee Benefits | 1998 | 478.00 | 0.40 | N/A | 1,195.00 | 965.00 | 386.00 |
| Joshua Samis | Partner | Corporate - Debt Finance | 2007 | 645.00 | 0.60 | N/A | 1,075.00 | 840.00 | 504.00 |
| Bryan M Stephany | Partner | Litigation - General | 2007 | 424,473.00 | 418.20 | N/A | 1,015.00 | 795.00 | 332,469.00 |
| Wayne E Williams | Partner | Corporate - Capital Markets | 2006 | 10,320.00 | 9.60 | N/A | 1,075.00 | 875.00 | 8,400.00 |
| Galen B Bascom | Associate | Litigation - Appellate | 2015 | 37,746.00 | 46.60 | N/A | 810.00 | 810.00 | 37,746.00 |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 308,406.00 | 419.60 | N/A | 735.00 | 450.00 | 188,820.00 |
| Katherine Coverdale | Associate | Executive Compensation | 2010 | 633.50 | 0.70 | N/A | 905.00 | 905.00 | 633.50 |
| Emily Geier | Associate | Restructuring | 2012 | 47,081.50 | 49.30 | N/A | 955.00 | 685.00 | 33,770.50 |
| Sean Hamner | Associate | Taxation | 2016 | 16,968.00 | 30.30 | N/A | 560.00 | 560.00 | 16,968.00 |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 41,416.00 | 49.60 | N/A | 835.00 | 535.00 | 26,536.00 |
| Caleb Lowery | Associate | Corporate - General | 2016 | 721.50 | 1.30 | N/A | 555.00 | 555.00 | 721.50 |
| Kevin McClelland | Associate | Restructuring | 2016 | 121,545.00 | 219.00 | N/A | 555.00 | 555.00 | 121,545.00 |
| Mark D Menzies | Associate | Litigation - General | 2014 | 200,232.00 | 247.20 | N/A | 810.00 | 810.00 | 200,232.00 |
| David Moore | Associate | Corporate - General | 2015 | 1,290.00 | 2.00 | N/A | 645.00 | 645.00 | 1,290.00 |
| Julie Rhoades | Associate | Taxation | 2012 | 12,083.50 | 14.30 | N/A | 845.00 | 845.00 | 12,083.50 |
| Anthony Sexton | Associate | Taxation | 2011 | 180,974.50 | 178.30 | N/A | 1,015.00 | 685.00 | 122,135.50 |
| Matthew Smart | Associate | Restructuring | 2016 | 92,629.50 | 166.90 | N/A | 555.00 | 555.00 | 92,629.50 |
| Justin Sowa | Associate | Litigation - General | 2013 | 262,626.00 | 310.80 | N/A | 845.00 | 595.00 | 184,926.00 |
| Anna Terteryan | Associate | Litigation - General | 2014 | 233,087.50 | 321.50 | N/A | 725.00 | 450.00 | 144,675.00 |
| McClain Thompson | Associate | Litigation - General | 2014 | 245,133.00 | 389.10 | N/A | 630.00 | 630.00 | 245,133.00 |
| Patrick Venter | Associate | Restructuring | 2016 | 237,207.00 | 427.40 | N/A | 555.00 | 555.00 | 237,207.00 |
| Spencer A Winters | Associate | Restructuring | 2013 | 21,376.00 | 25.60 | N/A | 835.00 | 535.00 | 13,696.00 |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 657,844.50 | 726.90 | N/A | 905.00 | 625.00 | 454,312.50 |

RLF1 17708460v.1

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Stephanie Ding | Paralegal | Litigation - General | N/A | 55,224.00 | 187.20 | N/A | 295.00 | 195.00 | 36,504.00 |
| Michael S Fellner | Paralegal | Litigation - General | N/A | 7,897.50 | 24.30 | N/A | 325.00 | 250.00 | 6,075.00 |
| Beth Friedman | Paralegal | Restructuring | N/A | 2,226.00 | 5.30 | N/A | 420.00 | 355.00 | 1,881.50 |
| Travis J Langenkamp | Paralegal | Litigation - General | N/A | 27,339.00 | 70.10 | N/A | 390.00 | 330.00 | 23,133.00 |
| Adrienne Levin | Paralegal | Litigation - General | N/A | 111.00 | 0.30 | N/A | 370.00 | 310.00 | 93.00 |
| Carrie Oppenheim | Paralegal | Restructuring | N/A | 304.00 | 0.80 | N/A | 380.00 | 290.00 | 232.00 |
| Robert Orren | Paralegal | Restructuring | N/A | 53,958.00 | 158.70 | N/A | 340.00 | 290.00 | 46,023.00 |
| Meghan Rishel | Paralegal | Litigation - General | N/A | 39,227.50 | 120.70 | N/A | 325.00 | 250.00 | 30,175.00 |
| Jason Douangsanith | Junior Paralegal | Litigation - General | N/A | 2,360.00 | 8.00 | N/A | 295.00 | 195.00 | 1,560.00 |
| Daniel Judge | Junior Paralegal | Litigation - Appellate | N/A | 1,197.00 | 3.80 | N/A | 315.00 | 315.00 | 1,197.00 |
| Hannah Kupsky | Junior Paralegal | Restructuring | N/A | 418.00 | 1.90 | N/A | 220.00 | 220.00 | 418.00 |
| Jonathon P Merriman | Junior Paralegal | Litigation - General | N/A | 529.00 | 2.30 | N/A | 230.00 | 230.00 | 529.00 |
| Jenny C DeLeon | Support Staff | Admin Services | N/A | 1,007.00 | 3.80 | N/A | 265.00 | 225.00 | 855.00 |
| Laurie K Dombrowski | Support Staff | Admin Services | N/A | 126.00 | 0.30 | N/A | 420.00 | 295.00 | 88.50 |
| Stephen P Garoutte | Support Staff | Admin Services | N/A | 5,618.00 | 21.20 | N/A | 265.00 | 200.00 | 4,240.00 |
| Allison Graybill | Support Staff | Admin Services | N/A | 8,692.00 | 32.80 | N/A | 265.00 | 180.00 | 5,904.00 |
| Kenneth Sampson | Support Staff | Admin Services | N/A | 265.00 | 1.00 | N/A | 265.00 | 195.00 | 195.00 |
| Elaine S Santucci | Support Staff | Admin Services | N/A | 2,561.50 | 10.90 | N/A | 235.00 | 195.00 | 2,125.50 |
| Jigna Dalal | Support Staff | Litigation - General | N/A | 1,224.00 | 3.60 | N/A | 340.00 | 340.00 | 1,224.00 |
| Colleen C Caamano | Support Staff | Litigation - General | N/A | 2,278.00 | 6.70 | N/A | 340.00 | 290.00 | 1,943.00 |
| Chad M Papenfuss | Support Staff | Litigation - General | N/A | 25,357.50 | 73.50 | N/A | 345.00 | 295.00 | 21,682.50 |
| Kenneth W Dyche | Support Staff | Litigation - General | N/A | 19,899.00 | 60.30 | N/A | 330.00 | 300.00 | 18,090.00 |
| Giang Pettinati | Support Staff | Litigation - General | N/A | 2,112.50 | 6.50 | N/A | 325.00 | 275.00 | 1,787.50 |
| Will E Thomas | Support Staff | Litigation - General | N/A | 25,080.00 | 76.00 | N/A | 330.00 | 300.00 | 22,800.00 |

RLF1 17708460v.1