## Exhibit F

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | Intercall | | $2,543.50 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | $4,606.10 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $4,413.30 |
| Production Blowbacks | Internal (Kirkland & Ellis LLP) | $0.10 per page | $3,216.70 |
| Closing/Mini Books | | | $60.00 |
| Overnight Delivery | | | $826.45 |
| Outside Messenger Services | | | $550.27 |
| Local Transportation | | | $919.46 |
| Travel Expense | | | $61,403.72 |
| Airfare | | | $36,926.33 |
| Transportation to/from airport | | | $7,474.45 |
| Travel Meals | | | $5,493.53 |
| Car Rental | | | $189.79 |
| Other Travel Expenses | | | $894.87 |
| Court Reporter Fee/Deposition | | | $10,473.41 |
| Patent & Trademark Office Filing Fees | | | $440.00 |
| Other Court Costs and Fees | | | $4,458.38 |
| Outside Printing Services | | | $51,105.95 |
| Outside Copy/Binding Services | | | $3,209.42 |
| Catering Expenses | | | $3,460.00 |
| Outside Retrieval Service | | | $50.00 |
| Computer Database Research | | | $3,883.20 |
| Westlaw Research | | | $16,555.51 |
| Overtime Transportation | | | $1,310.46 |
| Overtime Meals - Attorney | Seamless North America Inc. | | $899.16 |
| Rental Expenses | | | $5,070.41 |
| Leased Equipment | | | $8,024.70 |
| Cash Credits | | | -$15,726.50 |
| **Total** | | | **$222,741.03** |

---

[1] Kirkland may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.