## **Exhibit G**

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

RLF1 17708460v.1

## Summary, by Matter Category, of Actual
## Fees and Expenses Incurred During the Fee Period

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 6 | [ALL E-SIDE] Case Administration | 38.00 | $17,414.00 | $0.00 | $17,414.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 220.40 | $158,339.50 | $0.00 | $158,339.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 3,096.60 | $2,524,914.50 | $0.00 | $2,524,914.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 179.80 | $171,470.50 | $0.00 | $171,470.50 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 7.30 | $3,607.50 | $0.00 | $3,607.50 |
| 12 | [ALL E-SIDE] Hearings | 380.80 | $271,731.00 | $0.00 | $271,731.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 273.60 | $130,662.50 | $0.00 | $130,662.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 35.60 | $22,654.00 | $0.00 | $22,654.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 174.60 | $155,207.50 | $0.00 | $155,207.50 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 2,290.60 | 2,123,990.50 | $0.00 | $2,123,990.50 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 55.70 | $55,896.50 | $0.00 | $55,896.50 |
| 29 | [ALL E-SIDE] Tax Issues | 475.00 | $590,296.00 | $0.00 | $590,296.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 37.00 | $52,198.00 | $0.00 | $52,198.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 19.10 | $20,536.50 | $0.00 | $20,536.50 |
| 82 | [EFH] Asset Dispositions and Purchases | 14.80 | $8,424.00 | $0.00 | $8,424.00 |
| 86 | [EFH] Contest Matters & Advers. Proc. | 1.20 | $1,770.00 | $0.00 | $1,770.00 |
| 109 | [ALL] Expenses | 0.00 | $0.00 | $219,940.13 | $219,940.13 |
| 111 | [EFIH] Expenses | 0.00 | $0.00 | $2,275.60 | $2,275.60 |
| 112 | [EFH] Expenses | 0.00 | $0.00 | $525.30 | $525.30 |
| **Totals** | | **7,300.10** | **$6,309,112.50** | **$222,741.03** | **$6,531,853.53** |