# **Exhibit H**

## **Budget and Staffing Plan**

## Budget and Staffing Plan for the Fee Period

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 20 - 40 | $12,000 - $20,000 |
| 6 | [ALL] Case Administration | 140 - 160 | $50,000 - $70,000 |
| 7 | [ALL] Cash Management | 20 - 40 | $12,000 - $20,000 |
| 8 | [ALL] Claims Administration and Objections | 535 - 595 | $430,000 - $490,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 2,925 - 3,275 | $2,100,000 - $2,290,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 605 - 680 | $560,000 - $660,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 80 - 100 | $60,000 - $80,000 |
| 12 | [ALL] Hearings | 280 - 315 | $270,000 - $315,000 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 250 - 290 | $140,000 - $180,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 80 - 100 | $60,000 - $80,000 |
| 18 | [ALL] Non-Working Travel | 210 - 245 | $180,000 - $215,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 20 - 40 | $20,000 - $40,000 |
| 21 | [ALL] Plan and Disclosure Statement | 1,935 - 2,165 | $1,630,000 - $1,780,000 |
| 23 | [ALL E-SIDE] Regulatory Issues | 640 - 740 | $570,000 - $670,000 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 145 - 175 | $60,000 - $100,000 |
| 29 | [ALL] Tax Issues | 580 - 645 | $700,000 - $780,000 |
| 30 | [ALL] U.S. Trustee Issues | 20 - 40 | $4,000 - $20,000 |
| Applicable to EFIH Debtors | | | |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 100 - 120 | $130,000 - $160,000 |
| 67 | [EFIH] Claims Administration & Objection | 25 - 30 | $40,000 - $50,000 |
| 68 | [EFIH] Contested Matters and Adversary Proceedings | 920 - 1,030 | $870,000 - $940,000 |
| 70 | [EFIH] Hearings | 20 - 30 | $40,000 - $50,000 |
| 73 | [EFIH] Non-Working Travel | 10 - 15 | $10,000 - $15,000 |
| Applicable to EFH Corp. Debtors | | | |
| 87 | [EFH] Corporate Governance and Securities Law Issues | 35 - 60 | $30,000 - $45,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 20 - 40 | $16,000 - $22,000 |
| 96 | [EFH] Official Committee Issues and Meetings | 20 - 30 | $6,000 - $8,000 |
| **Total** | | **9,635 - 11,000** | **$8,000,000 - $9,100,000** |

RLF1 17708460v.1

2

## Staffing Plan

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 19 | $1,146 |
| Associate | 11 | $702 |
| Legal Assistant | 4 | $335 |
| Case Assistant | 2 | $213 |
| Project Assistants (and other support staff) | 4 | $379 |
| **Total Attorney** | **30** | **$983** |
| **Total Non-Attorney** | **10** | **$328** |
| **Total** | **40** | **$819** |

---

[1] The "Average Hourly Rate" is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.