# Exhibit I

**Summary, by Matter Category, of Fees
Budgeted and Fees Incurred During the Fee Period**

## Summary of Legal Services Rendered

| Matter Number | Project Category Description | Hours Budgeted | Hours Billed | Total Compensation Budgeted | Total Compensation Billed |
|---|---|---|---|---|---|
| 0003 | [ALL] Automatic Stay | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0006 | [ALL E-SIDE] Case Administration | 140 - 160 | 38.00 | $50,000 - $70,000 | $17,414.00 |
| 0007 | [ALL] Cash Management | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0008 | [ALL E-SIDE] Claims Admin. & Objections | 535 - 595 | 220.40 | $430,000 - $490,000 | $158,339.50 |
| 0009 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 2,925 - 3,275 | 3,096.60 | $2,100,000 - $2,290,000 | $2,524,914.50 |
| 0010 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 605 - 680 | 179.80 | $560,000 - $660,000 | $171,470.50 |
| 0011 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 80 - 100 | 7.30 | $60,000 - $80,000 | $3,607.50 |
| 0012 | [ALL E-SIDE] Hearings | 280 - 315 | 380.80 | $270,000 - $315,000 | $271,731.00 |
| 0014 | [ALL E-SIDE] K&E Retention & Fee Apps | 250 - 290 | 273.60 | $140,000 - $180,000 | $130,662.50 |
| 0017 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 80 - 100 | 35.60 | $60,000 - $80,000 | $22,654.00 |
| 0018 | [ALL E-SIDE] Non-Working Travel | 210 - 245 | 174.60 | $180,000 - $215,000 | $155,207.50 |
| 0019 | [ALL] Official Committee Issues & Meet. | 20 - 40 | 0 | $20,000 - $40,000 | $0.00 |
| 0021 | [ALL E-SIDE] Plan & Disclos. Statements | 1,935 - 2,165 | 2,290.60 | $1,630,000 - $1,780,000 | $2,123,990.50 |
| 0023 | [ALL E-SIDE] Regulatory Issues | 640 - 740 | 0 | $570,000 - $670,000 | $0.00 |
| 0026 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 145 - 175 | 55.70 | $60,000 - $100,000 | $55,896.50 |
| 0029 | [ALL E-SIDE] Tax Issues | 580 - 645 | 475.00 | $700,000 - $780,000 | $590,296.00 |
| 0030 | [ALL] U.S. Trustee Issues | 20 - 40 | 0 | $4,000 - $20,000 | $0.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 100 - 120 | 37.00 | $130,000 - $160,000 | $52,198.00 |
| 0067 | [EFIH] Claims Administration & Objection | 25 - 30 | 0 | $40,000 - $50,000 | $0.00 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 920 - 1,030 | 19.10 | $870,000 - $940,000 | $20,536.50 |
| 0070 | [EFIH] Hearings | 20 - 30 | 0 | $40,000 - $50,000 | $0.00 |
| 0073 | [EFIH] Non-Working | 10 - 15 | 0 | $10,000 - | $0.00 |

2

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| | Travel | | | $15,000 | |
| 0082 | [EFH] Asset Dispositions and Purchases | 0 | 14.80 | $0.00 | $8,424.00 |
| 0086 | [EFH] Claims Administration & Objections | 0 | 1.20 | $0.00 | $1,770.00 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 35 - 60 | 0 | $30,000 - $45,000 | $0.00 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 20 - 40 | 0 | $16,000 - $22,000 | $0.00 |
| 0096 | [EFH] Official Committee Issues & Meet. | 20 - 30 | 0 | $6,000 -$8,000 | $0.00 |
| **Total** | | **9,635 - 11,000** | **7,300.10** | **$8,000,000 - $9,100,000** | **$6,309,112.50** |

2