IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

**EIGHTH SUPPLEMENTAL DECLARATION OF RICHARD LEVIN IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF JENNER & BLOCK LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(a) AND 1107(b) OF THE BANKRUPTCY CODE, EFFECTIVE *NUNC PRO TUNC* TO MAY 18, 2015**

I, Richard Levin, declare under penalty of perjury as follows:

1. I am a partner in the firm of Jenner & Block LLP ("**Jenner**"), with an office located at 919 Third Avenue, New York, NY 10022, and have been duly admitted to practice law in the State of California, the State of New York, the Commonwealth of Massachusetts and the District of Columbia and have been admitted to the bar of this Court *pro hac vice*.

2. This Eighth Supplemental Declaration supplements (a) the Declaration I submitted as Exhibit E in support of the Application for Order Approving Employment of Jenner & Block LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to May 18, 2015 (the "**Application**") [ECF 4792], (b) the Supplemental Declaration I submitted on June 30, 2015 [ECF No. 4901]; (c) the Second Supplemental Declaration I submitted on July 30, 2015 [ECF No. 5169]; (d) the Third Supplemental Declaration I submitted on August 19, 2015 [ECF No. 5585];

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(e) the Fourth Supplemental Declaration I submitted on November 24, 2015 [ECF No. 7122]; (f) the Fifth Supplemental Declaration I submitted on May 13, 2016 [ECF No. 8437]; (g) the Sixth Supplemental Declaration I submitted on September 23, 2016 [ECF No. 9636]; and (h) the Seventh Supplemental Declaration I submitted on February 13, 2017 [ECF No. 10823] (collectively, the "**Declarations**"). I am authorized to submit this Eighth Supplemental Declaration. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[2]

3. Since the filing of the Declarations, an affiliate of Goldman Sachs, an affiliate or Morgan Stanley, an affiliate of Prodos Capital Management, an affiliate of Fifth Street Capital, and an affiliate of Bell Atlantic, have each become clients of Jenner on matters unrelated to EFIH of any of its affiliates. No aspect of these representations involves or affects Jenner's representation of EFIH, and Jenner has not and will not be representing any of these clients in any matter involving EFIH or its estate.

4. Except as set forth above and in the Declarations, insofar as I have been able to ascertain after diligent inquiry, I do not believe that there is any other connection (as such term is used in Federal Rule of Bankruptcy Procedure 2014(a)) between Jenner and the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the Office of the United States Trustee.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: June 15, 2017                    /s/ *Richard Levin*
                                        Richard Levin

---

[2] Capitalized terms used but not otherwise defined in this Declaration have the meanings set forth in the Application.