## Exhibit C

[Attorneys' and Paraprofessionals' Information]

91686336v1

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $975 | 57.9 | $56,452.50 | $50,662.50 |
| Michael E. Ellis | Partner | 2007 | Corporate | $1,025 | 0.3 | $307.50 | $240.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,075 | 119.8 | $128,785.00 | $116,805.00 |
|  |  |  |  | $537.50 | 15.0 | $8,062.50[1] | $7,312.50[1] |
| Paul Possinger | Partner | 1993 | Corporate | $1,075 | 0.8 | $860.00 | $780.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $1,000 | 41.4 | $41,400.00 | $37,260.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,425 | 11.6 | $16,530.00 | $14,790.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,275 | 202.0 | $257,550.00 | $227,250.00 |
|  |  |  |  | $637.50 | 48.0 | $30,600.00[1] | $27,000.00[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,050 | 350.1 | $367,605.00 | $323,842.50 |
|  |  |  |  | $525 | 104.6 | $54,915.00[1] | $48,377.50[1] |
| Martine Seiden Agaston | Associate | 2016 | Tax | $550 | 2.4 | $1,320.00 | $1,320.00 |
| Courtney M. Bowman | Associate | 2013 | Litigation | $735 | 20.2 | $14,847.00 | $11,615.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $900 | 26.6 | $23,940.00 | $21,147.00 |
| Gary Silber | Associate | 2011 | Tax | $845 | 6.9 | $5,830.50 | $4,795.50 |
| Jeramy Webb | Associate | 2015 | Corporate | $550 | 2.5 | $1,375.00 | $987.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $900 | 42.3 | $38,070.00 | $32,359.50 |
| Kathleen Semanski | Law Clerk | N/A | Tax | $495 | 0.9 | $445.50 | $445.50 |
| **Total** |  |  |  |  | **1,053.3** | **$1,048,895.50** | **$926,990.00** |

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

91686336v1

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Sherri Cupplo | Librarian | 6 years | Professional Resources | $265 | 0.3 | $79.50 | $72.00 |
| Joseph Klock | E-Discovery Coordinator | 1.5 years | Professional Resources | $370 | 0.9 | $333.00 | $297.00 |
| Natasha Petrov | Paralegal | 1.5 year | Corporate | $330 | 0.6 | $198.00 | $171.00 |
| Rachel Hope Moller | Librarian | 11 years | Professional Resources | $265 | 0.3 | $79.50 | $72.00 |
| **Total** | | | | | **2.1** | **$690.00** | **$612.00** |
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | | | | | 1,055.4 | $1,049,585.50 | $927,602.00 |