## Exhibit D

[Summary of Actual and Necessary Expenses for the Fee Period]

91686336v1

| **EXPENSE CATEGORY** | **AMOUNT** |
|---|---|
| Reproduction Costs (at $0.10 per page) | $266.40 |
| Telecommunications | $641.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $92.00 |
| Litigation and Corporate Support Services[2] | $250.00 |
| Postage | $0.92 |
| Travel Out-of-Town – Transportation | $16,120.93[3] |
| Messenger/Delivery | $42.90 |
| Taxi, Carfare, Mileage, Parking | $2,789.04[4] |
| Business Meals | $830.33[5] |
| Out-of-Town Lodging | $6,161.36[6] |
| **Total** | **$27,194.88** |

---

[1] Includes a reduction of $1.74 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and outside copying expenses.

[3] Includes non-refundable first-class airfare reduced by fifty percent (50%) to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the concerns of the Fee Committee with respect to such expenses.

[4] Includes a reduction of $367.45 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the Fee Committee.

[5] Includes a reduction of $995.78 for business meal expenses in excess of the reimbursable cap imposed by the Fee Committee.

[6] Includes a reduction of $2,720.75 for lodging expenses in excess of the reimbursable cap imposed by the Fee Committee.