**<u>Exhibit E</u>**

[Statement of Fees by Subject Matter]

91686336v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 5.7 | $5,558.00 |
| 002 | Asset Disposition | 3.4 | $3,562.50 |
| 003 | EFH Business Operations | 12.2 | $12,972.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 7.1 | $7,460.00 |
| 005 | EFH Corporate Governance and Board Matters | 58.0 | $66,789.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 116.0 | $121,608.00 |
| 007 | Employment Applications | 0.6 | $630.00 |
| 008 | Fee Applications and Objections | 74.3 | $71,985.00 |
| 009 | Financing and Cash Collateral | 1.0 | $1,060.00 |
| 010 | Hearings | 51.2 | $57,335.00 |
| 011 | Claims Investigations, Analyses and Objections | 37.3 | $39,270.00 |
| 014 | Non-Working Travel | 167.6 | $93,577.50 |
| 015 | Plan and Disclosure Statement | 407.6 | $450,902.50 |
| 016 | Tax | 113.4 | $116,875.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,055.4** | **$1,049,585.50** |