# **Exhibit G**

[Summary, by Matter Number, of Fees Budgeted and Fees Incurred During the Fee Period]

91686336v1

**Summary of Legal Services Rendered**

| Matter Number | Matter Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 001 | Case Administration | 20-24 | 5.7 | $20,000-$24,000 | $5,558.00 |
| 002 | Asset Disposition | 0 | 3.4 | $0.00 | $3,562.50 |
| 003 | EFH Business Operations | 8-12 | 12.2 | $8,000-$12,000 | $12,972.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 20-24 | 7.1 | $20,000-$24,000 | $7,460.00 |
| 005 | EFH Corporate Governance and Board Matters | 160-192 | 58.0 | $189,000-$228,000 | $66,789.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 420-504 | 116.0 | $393,000-$472,000 | $121,608.00 |
| 007 | Employment Applications | 0 | 0.6 | $0.00 | $630.00 |
| 008 | Fee Applications and Objections | 60-72 | 74.3 | $56,000-$68,000 | $71,985.00 |
| 009 | Financing and Cash Collateral | 11-15 | 1.0 | $11,000-$15,000 | $1,060.00 |
| 010 | Hearings | 270-324 | 51.2 | $306,000-$368,000 | $57,335.00 |
| 011 | Claims Investigations, Analyses and Objections | 60-72 | 37.3 | $56,000-$68,000 | $39,270.00 |
| 014 | Non-Working Travel | 0 | 167.6 | $0.00 | $93,577.50 |
| 015 | Plan and Disclosure Statement | 915-1,098 | 407.6 | $1,016,000-$1,221,000 | $450,902.50 |
| 016 | Tax | 390-468 | 113.4 | $430,000-$517,000 | $116,875.00 |
| **TOTAL** | | **2,334-2,805** | **$1,055.4** | **$2,505,000-$3,017,000** | **$1,049,585.50** |

91686336v1