# **Exhibit I**

[Detailed Description of Expenses and Disbursements]

91686336v1

**ENERGY FUTURE HOLDINGS CORP.**                                         February 21, 2017
Invoice No. 171500130                                                    Page 37

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 10/31/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 16.20 |
| 11/30/2016 | Jared Zajac | Litigation Support/docketing-Pacer | 21.70 |
| 12/05/2016 | Mark K. Thomas | Out Of Town Transportation-Carey Car Service from Philadelphia Hotel to Wilmington | 115.08 |
| 12/28/2016 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 01/02/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 01/02/2017 | Jared Zajac | Reproduction | 0.40 |
| 01/02/2017 | Peter J. Young | Out Of Town Transportation-Cab from Hotel to O'Hare | 50.00 |
| 01/02/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 67.36 |
| 01/02/2017 | Peter J. Young | Airplane-Los Angeles to Chicago to Philadelphia 1/2-4/17 | 728.68 |
| 01/02/2017 | Peter J. Young | Airplane-Inflight WiFi | 9.99 |
| 01/03/2017 | Peter J. Young | Airplane-Inflight WiFi | 4.99 |
| 01/03/2017 | Peter J. Young | Out Of Town Transportation-Uber from Hotel to Chicago Office | 43.02 |
| 01/03/2017 | Peter J. Young | Out Of Town Transportation-Cab in Philadelphia | 35.00 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.00 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.00 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.00 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.10 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.10 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 0.10 |
| 01/03/2017 | Katherine A. Wagner | Reproduction | 1.10 |
| 01/03/2017 | Lary Alan Rappaport | Reproduction | 0.40 |
| 01/03/2017 | Jennifer L. Roche | Reproduction | 2.80 |
| 01/03/2017 | Mark K. Thomas | Reproduction | 0.30 |
| 01/03/2017 | Mark K. Thomas | Reproduction | 3.00 |
| 01/03/2017 | Mark K. Thomas | Reproduction | 4.40 |
| 01/03/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 40.00 |
| 01/03/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 01/03/2017 | Michael A. Firestein | Telephone-CourtCall | 30.00 |
| 01/03/2017 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 01/03/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 01/03/2017 | Peter J. Young | Other Disbursements | 15.00 |
| 01/04/2017 | Michael A. Firestein | Telephone-CourtCall | 65.00 |

**ENERGY FUTURE HOLDINGS CORP.**  February 21, 2017
Invoice No. 171500130  Page 38

**EXPENSES**
Client/Matter No. 26969.0019

| Date | Name | Description | Amount |
|---|---|---|---:|
| 01/04/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 01/04/2017 | Jennifer L. Roche | Reproduction | 2.90 |
| 01/04/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 60.00 |
| 01/04/2017 | Peter J. Young | Out Of Town Meals | 2.99 |
| 01/04/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 01/04/2017 | Peter J. Young | Out Of Town Transportation-Uber from Wilmington to Philadelphia Airport | 99.68 |
| 01/04/2017 | Peter J. Young | Airplane-Philadelphia to LAX | 1,126.60 |
| 01/04/2017 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Philadelphia Hotel to Wilmington | 125.00 |
| 01/04/2017 | Peter J. Young | Airplane-GoGo Air WiFi | 29.95 |
| 01/05/2017 | Lorena Ramirez | Reproduction | 2.90 |
| 01/05/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Uber from Home to O'Hare | 49.40 |
| 01/05/2017 | Mark K. Thomas | Airplane-Tucson to Chicago on 1/2/17 | 271.96 |
| 01/05/2017 | Mark K. Thomas | Airplane-Chicago to Philadelphia to Chicago to Tucson | 800.51 |
| 01/09/2017 | Lary Alan Rappaport | Reproduction | 3.50 |
| 01/09/2017 | Lary Alan Rappaport | Reproduction | 1.20 |
| 01/09/2017 | Lary Alan Rappaport | Reproduction | 2.90 |
| 01/09/2017 | Jeramy Webb | Other Database Research-Pacer | 3.10 |
| 01/10/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 01/10/2017 | Michael A. Firestein | Airplane-Agent Fee | 35.00 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 1.50 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 3.90 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 2.50 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 0.60 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 4.30 |
| 01/12/2017 | Lary Alan Rappaport | Reproduction | 5.20 |
| 01/17/2017 | Peter J. Young | Lodging-2 Nights New York | 1,000.00 |
| 01/17/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 01/17/2017 | Peter J. Young | Out Of Town Meals | 6.97 |
| 01/17/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 59.26 |
| 01/17/2017 | Mark K. Thomas | Reproduction | 4.40 |
| 01/17/2017 | Peter J. Young | Airplane-LAX to LGA 1/17-19/17 | 2,178.20 |
| 01/17/2017 | Peter J. Young | Airplane-Inflight WiFI | 15.99 |
| 01/17/2017 | Michael A. Firestein | Out Of Town Transportation-Cab from LGA to Hotel | 77.15 |
| 01/17/2017 | Michael A. Firestein | Airplane-GoGo Air WiFi | 33.95 |

**ENERGY FUTURE HOLDINGS CORP.**                                February 21, 2017
Invoice No. 171500130                                           Page 39

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---|
| 01/17/2017 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 57.05 |
| 01/17/2017 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 01/17/2017 | Michael A. Firestein | Lodging-Internet | 10.00 |
| 01/17/2017 | Michael A. Firestein | Lodging-2 Nights New York | 438.00 |
| 01/17/2017 | Michael A. Firestein | Lodging-Taxes | 25.74 |
| 01/17/2017 | Michael A. Firestein | Lodging-Taxes | 36.26 |
| 01/17/2017 | Mark K. Thomas | Out Of Town Meals | 11.55 |
| 01/18/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from LGA to Hotel | 50.00 |
| 01/18/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Service from Home to O'Hare | 75.00 |
| 01/18/2017 | Mark K. Thomas | Out Of Town Meals | 15.98 |
| 01/18/2017 | Mark K. Thomas | Out Of Town Meals | 29.95 |
| 01/18/2017 | Michael A. Firestein | Out Of Town Transportation-Uber from Hotel to NY Office | 7.43 |
| 01/18/2017 | Michael A. Firestein | Out Of Town Transportation-Uber from NY Office to Meeting | 10.42 |
| 01/18/2017 | Michael A. Firestein | Out Of Town Meals-M. Firestein, J. Allen and P. Young | 120.00 |
| 01/19/2017 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 50.00 |
| 01/19/2017 | Michael A. Firestein | Airplane-GoGo Air WiFi | 39.95 |
| 01/19/2017 | Michael A. Firestein | Airplane-LAX to LGA 1/17-19/17 | 721.68 |
| 01/19/2017 | Peter J. Young | Airplane-Inflight WiFi | 15.99 |
| 01/19/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 50.00 |
| 01/19/2017 | Peter J. Young | Other Disbursements-Gratuities | 20.00 |
| 01/19/2017 | Mark K. Thomas | Airplane-O'Hare to LGA 1/18-19/17 | 481.38 |
| 01/19/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from Hotel to LGA | 50.00 |
| 01/19/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 01/19/2017 | Mark K. Thomas | Lodging-1 Night New York | 500.00 |
| 01/19/2017 | Michael A. Firestein | Out Of Town Transportation-Uber from Hotel to LGA | 83.61 |
| 01/20/2017 | Lorena Ramirez | Reproduction | 4.00 |
| 01/20/2017 | Lorena Ramirez | Reproduction | 1.10 |
| 01/22/2017 | Peter J. Young | Out Of Town Transportation-Cab from O'Hare to Hotel | 50.00 |
| 01/22/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 72.20 |
| 01/22/2017 | Peter J. Young | Airplane-Los Angeles to Chicago to New York 1/22-26/17 | 1,505.00 |

**ENERGY FUTURE HOLDINGS CORP.**  **February 21, 2017**
Invoice No. 171500130  Page 40

**EXPENSES**
Client/Matter No. 26969.0019

| **Date** | **Name** | **Description** | **Amount** |
| --- | --- | --- | --- |
| 01/23/2017 | Peter J. Young | Airplane-GoGo Air WiFi | 8.50 |
| 01/23/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 01/23/2017 | Peter J. Young | Out Of Town Transportation-Uber from Hotel to Chicago Office | 30.70 |
| 01/23/2017 | Peter J. Young | Out Of Town Transportation-Uber from Chicago Office to O'Hare | 75.00 |
| 01/23/2017 | Lorena Ramirez | Reproduction | 2.00 |
| 01/23/2017 | Lorena Ramirez | Reproduction | 5.80 |
| 01/23/2017 | Lorena Ramirez | Reproduction | 0.10 |
| 01/23/2017 | Mark K. Thomas | Reproduction | 0.10 |
| 01/23/2017 | Mark K. Thomas | Reproduction | 2.60 |
| 01/23/2017 | Mark K. Thomas | Reproduction | 2.00 |
| 01/23/2017 | Mark K. Thomas | Reproduction | 5.80 |
| 01/23/2017 | Mark K. Thomas | Reproduction | 1.00 |
| 01/25/2017 | Mark K. Thomas | Reproduction | 2.20 |
| 01/25/2017 | Mark K. Thomas | Reproduction | 1.60 |
| 01/25/2017 | Peter J. Young | Out Of Town Meals-P. Young and R. Gupta | 80.00 |
| 01/26/2017 | Michael A. Firestein | Telephone-CourtCall | 30.00 |
| 01/26/2017 | Peter J. Young | Out Of Town Transportation-Amtrak from New York to Wilmington | 195.00 |
| 01/26/2017 | Peter J. Young | Other Disbursements-Gratuities | 39.00 |
| 01/26/2017 | Peter J. Young | Airplane-GoGo Air WiFi | 29.95 |
| 01/26/2017 | Mark K. Thomas | Court Reporting Service-CourtCall | 30.00 |
| 01/26/2017 | Peter J. Young | Out Of Town Transportation-Cab to Amtrak | 45.00 |
| 01/26/2017 | Peter J. Young | Out Of Town Transportation-Cab Amtrak to Courthourse | 10.00 |
| 01/26/2017 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Wilmington to Philadelphia Airport | 125.00 |
| 01/26/2017 | Peter J. Young | Lodging-3 Nights New York | 1,500.00 |

**Disbursements and Other Charges** $ **14,899.87**

**ENERGY FUTURE HOLDINGS CORP.**  **March 14, 2017**
Invoice No. 171500320                              Page 28

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 01/04/2017 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 01/17/2017 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from Newark Airport to Hotel | 86.87 |
| 01/19/2017 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service from Hotel to Newark Airport | 88.15 |
| 01/20/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 01/23/2017 | Peter J. Young | Taxicab/car Svc.-XYZ from LaGuardia to Hotel | 56.81 |
| 02/01/2017 | Lary Alan Rappaport | Reproduction | 2.20 |
| 02/02/2017 | Lary Alan Rappaport | Reproduction | 2.20 |
| 02/02/2017 | Jennifer L. Roche | Reproduction | 0.90 |
| 02/02/2017 | Jennifer L. Roche | Reproduction | 1.30 |
| 02/03/2017 | Lorena Ramirez | Reproduction | 2.70 |
| 02/03/2017 | Lary Alan Rappaport | Reproduction | 2.40 |
| 02/09/2017 | Jared Zajac | Reproduction | 0.20 |
| 02/10/2017 | Jared Zajac | Reproduction | 4.40 |
| 02/10/2017 | Jared Zajac | Reproduction | 3.00 |
| 02/10/2017 | Jared Zajac | Reproduction | 3.20 |
| 02/10/2017 | Jared Zajac | Reproduction | 4.20 |
| 02/10/2017 | Jared Zajac | Reproduction | 3.40 |
| 02/10/2017 | Michael A. Firestein | Reproduction | 0.30 |
| 02/10/2017 | Michael A. Firestein | Reproduction | 13.50 |
| 02/13/2017 | Peter J. Young | Airplane-Los Angeles to/from Philadelphia 2/13-17/17 | 1,886.20 |
| 02/13/2017 | Peter J. Young | Airplane-GoGo Air Internet | 29.95 |
| 02/13/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from home to Los Angeles Airport | 73.78 |
| 02/13/2017 | Peter J. Young | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 34.86 |
| 02/13/2017 | Michael A. Firestein | Telephone-CourtCall | 58.00 |
| 02/13/2017 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 02/13/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 02/14/2017 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Philadelphia to Wilmington | 125.00 |
| 02/14/2017 | Peter J. Young | Lodging-2 Nights Wilmington | 600.00 |
| 02/14/2017 | Peter J. Young | Out Of Town Meals | 8.00 |
| 02/14/2017 | Mark K. Thomas | Out Of Town Transportation-Carey Car Service from Philadelphia to Wilmington | 120.08 |
| 02/14/2017 | Michael A. Firestein | Telephone-CourtCall | 51.00 |

**ENERGY FUTURE HOLDINGS CORP.**  **March 14, 2017**
Invoice No. 171500320                                  Page 29

**EXPENSES**
**Client/Matter No. 26969.0019**

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 02/14/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas and P. Young | 80.00 |
| 02/14/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from Home to O'Hare | 75.00 |
| 02/15/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 02/15/2017 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia 2/14-15/17 | 803.51 |
| 02/15/2017 | Mark K. Thomas | Lodging-1 Night Wilmington | 300.00 |
| 02/15/2017 | Jared Zajac | Reproduction | 0.40 |
| 02/15/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 02/15/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 02/15/2017 | Peter J. Young | Out Of Town Meals | 5.47 |
| 02/15/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 02/16/2017 | Peter J. Young | Out Of Town Transportation-Uber from Wilmington to Philadelphia | 109.06 |
| 02/16/2017 | Peter J. Young | Airplane-GoGo Air Internet | 29.95 |
| 02/16/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Los Angeles Airport to Home | 50.00 |
| 02/16/2017 | Natasha Petrov | Court Reporting Service-CourtCall | 128.00 |
| 02/17/2017 | Natasha Petrov | Court Reporting Service-CourtCall | 51.00 |
| 02/21/2017 | Michael A. Firestein | Telephone-CourtCall | 319.00 |
| 02/22/2017 | Michael A. Firestein | Telephone-CourtCall | 51.00 |
| 02/22/2017 | Jared Zajac | Reproduction | 2.10 |

**Disbursements and Other Charges**                  **$   6,132.09**

**ENERGY FUTURE HOLDINGS CORP.** April 17, 2017
Invoice No. 171500394 Page 19

**EXPENSES**
**Client/Matter No. 26969.0019**

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/02/2017 | Paulette Lindo | Reproduction | 1.40 |
| 03/02/2017 | Paulette Lindo | Reproduction | 0.80 |
| 03/02/2017 | Paulette Lindo | Reproduction | 9.70 |
| 03/06/2017 | Michele M. Reetz | Reproduction | 0.60 |
| 03/06/2017 | Michele M. Reetz | Reproduction | 1.70 |
| 03/10/2017 | Michele M. Reetz | Reproduction | 1.10 |
| 03/13/2017 | Peter J. Young | Postage | 0.92 |
| 03/13/2017 | Jared Zajac | Reproduction | 1.80 |
| 03/13/2017 | Mark K. Thomas | Reproduction | 5.60 |
| 03/13/2017 | Mark K. Thomas | Reproduction | 3.50 |
| 03/13/2017 | Mark K. Thomas | Reproduction | 2.90 |
| 03/13/2017 | Mark K. Thomas | Reproduction | 6.80 |
| 03/13/2017 | Mark K. Thomas | Reproduction | 2.10 |
| 03/20/2017 | Daniel I. Ganitsky | Reproduction | 8.40 |
| 03/21/2017 | Daniel I. Ganitsky | Reproduction | 4.10 |
| 03/21/2017 | Daniel I. Ganitsky | Reproduction | 1.40 |
| 03/21/2017 | Jared Zajac | Reproduction | 1.90 |
| 03/24/2017 | Peter J. Young | Airplane-Half fare from Chicago to Michigan | 115.20 |
| 03/27/2017 | Peter J. Young | Airplane-Chicago to Philadelphia to Los Angeles 3/27-28/17 | 1,005.70 |
| 03/27/2017 | Peter J. Young | Out Of Town Transportation-Cab from Chicago office to O'Hare | 35.00 |
| 03/28/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 60.00 |
| 03/28/2017 | Peter J. Young | Out Of Town Transportation-Carey Limo Service Round Trip to/from Philadelphia/Wilmington | 250.00 |
| 03/28/2017 | Peter J. Young | Airplane-GoGo Air Internet | 26.95 |
| 03/28/2017 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 1.80 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.30 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 5.80 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.40 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 8.80 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.10 |

**ENERGY FUTURE HOLDINGS CORP.** April 17, 2017
Invoice No. 171500394 Page 20

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---:|
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 1.30 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.90 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 5.00 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.50 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.90 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.20 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.60 |
| 03/29/2017 | Daniel I. Ganitsky | Reproduction | 0.90 |
| 03/29/2017 | Jared Zajac | Reproduction | 0.10 |
| 03/29/2017 | Jared Zajac | Reproduction | 0.30 |
| 03/31/2017 | Daniel I. Ganitsky | Reproduction | 0.70 |
| 03/31/2017 | Daniel I. Ganitsky | Reproduction | 0.70 |
| 03/31/2017 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 03/31/2017 | Daniel I. Ganitsky | Reproduction | 0.70 |

**Disbursements and Other Charges** $ **1,880.17**

**ENERGY FUTURE HOLDINGS CORP.** May 16, 2017
Invoice No. 171500523    Page 22

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 04/03/2017 | Daniel I. Ganitsky | Reproduction | 7.60 |
| 04/03/2017 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 04/03/2017 | Mark K. Thomas | Reproduction | 1.40 |
| 04/03/2017 | Mark K. Thomas | Reproduction | 0.40 |
| 04/03/2017 | Mark K. Thomas | Reproduction | 6.00 |
| 04/03/2017 | Mark K. Thomas | Reproduction | 0.30 |
| 04/03/2017 | Mark K. Thomas | Reproduction | 0.60 |
| 04/03/2017 | Peter J. Young | Airplane | 14.97 |
| 04/03/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 30.88 |
| 04/04/2017 | Peter J. Young | Airplane-Los Angeles to/from Chicago 4/3-4/17 | 487.10 |
| 04/04/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 22.50 |
| 04/04/2017 | Peter J. Young | Out Of Town Transportation-Cab from O'Hare to Hotel | 27.50 |
| 04/04/2017 | Peter J. Young | Out Of Town Transportation-Uber from Hotel to Chicago Office | 26.06 |
| 04/04/2017 | Peter J. Young | Out Of Town Transportation-Uber to O'Hare | 50.07 |
| 04/05/2017 | Daniel I. Ganitsky | Reproduction | 0.70 |
| 04/05/2017 | Mark K. Thomas | Reproduction | 2.40 |
| 04/05/2017 | Mark K. Thomas | Reproduction | 2.00 |
| 04/05/2017 | Mark K. Thomas | Reproduction | 2.30 |
| 04/12/2017 | Daniel I. Ganitsky | Reproduction | 7.50 |
| 04/12/2017 | Daniel I. Ganitsky | Reproduction | 0.10 |
| 04/13/2017 | Jeramy Webb | Lexis | 92.00 |
| 04/14/2017 | Jeramy Webb | Reproduction | 0.10 |
| 04/14/2017 | Jeramy Webb | Reproduction | 0.10 |
| 04/14/2017 | Jeramy Webb | Reproduction | 0.10 |
| 04/14/2017 | Jeramy Webb | Reproduction | 0.10 |
| 04/16/2017 | Peter J. Young | Airplane-Los Angeles to/from Philadelphia 4/16-17/18 | 1,609.20 |
| 04/16/2017 | Peter J. Young | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 35.00 |
| 04/16/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 78.15 |
| 04/16/2017 | Peter J. Young | Out Of Town Meals | 14.42 |
| 04/17/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 55.00 |
| 04/17/2017 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |

**ENERGY FUTURE HOLDINGS CORP.**  **May 16, 2017**
Invoice No. 171500523  Page 23

**EXPENSES**
**Client/Matter No. 26969.0019**

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 04/17/2017 | Peter J. Young | Out Of Town Transportation-Carey Limo Service Round Trip from Philadelphia Hotel to Wilmington Court House to Philadelphia Airport | 250.00 |
| 04/17/2017 | Peter J. Young | Airplane-GoGoAir Internet | 29.95 |
| 04/17/2017 | Michael A. Firestein | Telephone-CourtCall | 37.00 |
| 04/20/2017 | Peter J. Young | Airplane-WiFi Internet | 11.99 |
| 04/21/2017 | Jared Zajac | Reproduction | 1.80 |
| 04/23/2017 | Peter J. Young | Airplane-WiFi Internet | 11.99 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.40 |
| 04/26/2017 | Paulette Lindo | Reproduction | 7.10 |
| 04/26/2017 | Paulette Lindo | Reproduction | 7.10 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.90 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.10 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.10 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.50 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.50 |
| 04/26/2017 | Paulette Lindo | Reproduction | 1.30 |
| 04/26/2017 | Paulette Lindo | Reproduction | 0.20 |
| 04/26/2017 | Jeff J. Marwil | Messenger/delivery | 28.47 |
| 04/26/2017 | Jeff J. Marwil | Messenger/delivery | 14.43 |
| 04/30/2017 | Mark K. Thomas | Airplane-Airfare Arizona to Dallas to Chicago 4/30-5/1/17 | 527.91 |
| 04/30/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 04/30/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab to O'Hare | 60.00 |
| 04/30/2017 | Mark K. Thomas | Out Of Town Transportation-Uber Dallas Airport to Hotel | 75.00 |
| 04/30/2017 | Mark K. Thomas | Out Of Town Meals | 29.00 |
| 04/30/2017 | Mark K. Thomas | Out Of Town Meals | 12.00 |
| 04/30/2017 | Mark K. Thomas | Out Of Town Meals | 14.00 |
| 04/30/2017 | Mark K. Thomas | Lodging-1 Night Dallas | 251.36 |

**Disbursements and Other Charges**         $     **4,282.75**