## **EXHIBIT D**

## **Summary of Bielli & Klauder, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David Klauder | Partner | 2012 | Bankruptcy | $350.00 | 69.8 | $24,430.00 |
| Cory Stephenson | Associate | 2015 | Bankruptcy | $205.00 | 5.3 | $1,086.50 |
| Amy Huber | Paralegal | N/A | Bankruptcy | $125.00 | <u>27.7</u> | <u>$3,462.50</u> |
| **TOTAL** | | | | | **<u>102.8</u>** | **<u>$28,979.00</u>** |