**EXHIBIT G**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Task Code | Total Billed Hours | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 22.0 | $ 4,347.50 |
| [ALL] Case Administration | 9.3 | $ 2,597.50 |
| [ALL] Claims Administration & Objections | 0.9 | $ 315.00 |
| [ALL] Contested Matters & Adv. Proceed. | 1.3 | $ 455.00 |
| [ALL] Hearings | 22.6 | $ 7,214.00 |
| [ALL] Non-BK Retention and Fee Applications | 15.0 | $ 2,955.00 |
| [ALL] Plan and Disclosure Statements | 31.7 | $ 11,095.00 |
|  | 102.8 | $ 28,979.00 |