# EXHIBIT I

**Detailed Time Records for Bielli & Klauder, LLC**

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/2/2017 | Review notice of appeal of motion to dismiss | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/2/2017 | Emails with M. Firestein re: telephonic hearing on 1/3 | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/3/2017 | Emails with A. Huber re: sign up for 1/3 telephonic hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/3/2017 | Emails with P. Young re: 1/4 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/3/2017 | Teleconference with CourtCall scheduling D. Klauder's and M. Firestein's telephonic appearance at today's hearing. | [ALL] Case Administration | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 1/3/2017 | Review email from J. Madron re: E side confirmation hearing logistics | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/3/2017 | Review reply to disc stmt objections | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 1/3/2017 | Attend teleconference with BK court | [ALL] Hearings | Klauder, David | 0.7 | $ 350.00 | $ 245.00 |
| 1/3/2017 | Continue preparing OEB's 3rd Interim and Final Fee App. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.5 | $ 125.00 | $ 62.50 |
| 1/3/2017 | Review 7th amended plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/3/2017 | Review 1st liens notices of deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/3/2017 | Review 1st liens doc production requests | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/3/2017 | Review amended disc stmt for 7th amended plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 1/3/2017 | Review proposed supplemental order approving E side disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/3/2017 | Review amended agenda for 1/4 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/3/2017 | Review notice of filing of plan support agreement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/4/2017 | Prep documents and review same for disc stmt hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 1/4/2017 | Attend hearing on E side disc stmt | [ALL] Hearings | Klauder, David | 2.4 | $ 350.00 | $ 840.00 |
| 1/4/2017 | Continue preparing OEB's 3rd Interim and Final Fee App. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 2.3 | $ 125.00 | $ 287.50 |
| 1/4/2017 | Review further revised disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 1/5/2017 | Continue preparing OEB's 3rd Interim and Final Fee App. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 2.0 | $ 125.00 | $ 250.00 |
| 1/5/2017 | Review notices of deposition issued by 2nd liens | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/5/2017 | Review discovery requests issued by 2nd liens | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/5/2017 | Review email from PIK counsel withdrawing discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/5/2017 | Review notice of confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/6/2017 | Review CNO for SOLIC fee app and coordinate filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/6/2017 | Review notice re: sealed documents | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/6/2017 | Review CNO to SOLIC's 22nd Monthly Fee Statement (October 2016), and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 1/6/2017 | Review doc production letter from K&E | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/9/2017 | Review calendar with respect to deadlines for next interim fee apps and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/9/2017 | Review document production letters from K&E and NextEra counsel | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/10/2017 | Review email from K&E re: deposition schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/10/2017 | Review document production letter from K&E | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/11/2017 | Review, organize SOLIC's 23rd Monthly Fee Statement (November 2016), finalize for filing, and email the same to Epiq Bankruptcy Solutions detailing instructions to effectuate service in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 1/11/2017 | Teleconference with CourtCall scheduling D. Klauder's appearance at 1/17/17 telephonic hearing. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 1/11/2017 | Review notice of telephonic hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/11/2017 | Review email from debtors' counsel re: deposition schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/11/2017 | Review SOLIC fee stmt and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/12/2017 | Review status of BK fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/12/2017 | Emails with M. Firestein re: sign up for 1/17 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/12/2017 | Teleconference with CourtCall scheduling M. Firestein's appearance at 1/17/17 telephonic hearing. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 1/12/2017 | Review letter from K&E re: protective order on EFH IT plan discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/12/2017 | Review letter from NextEra counsel re: protective order on EFH IT plan discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/13/2017 | Review debtors' responses to discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/13/2017 | Review doc production letters from Akin and debtors | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/13/2017 | Initial review answering brief to motion to dismiss appeal | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/16/2017 | Review debtors responses and objections to notices of deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/17/2017 | Review notice of withdrawal of EFH IT re: plan discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/17/2017 | Review notice of cancellation of telephonic hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/17/2017 | Review email re: Keglivic deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/17/2017 | Emails with P. Young re: CNO for Proskauer fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/18/2017 | Review CNO for Proskauer fee app and coordinate for filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/18/2017 | Review internal file re: recent BK fee app and relevant deadlines | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/18/2017 | Review asbestos claimants District Court brief on appeal of termination fee | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 1/18/2017 | Review appellant designation re: motion to dismiss appeal | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/19/2017 | Review email re: Horton deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/20/2017 | Emails with M. Firestein re: telephonic appearance at 1/26 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/20/2017 | Review doc productions letters by Akin Gump | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/21/2017 | Review debtors' various expert reports | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 1/21/2017 | Review email from K&E re: Cremins deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/23/2017 | Teleconference with CourtCall scheduling M. Firestein's telephonic appearance at 1/26/17 pre-trial/status conference. | [ALL] Case Administration | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 1/23/2017 | Check Docket to verify no objections have been filed to BK's 14th Monthly Fee Statement (November 2016). Begin preparing CNO. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 1/23/2017 | Discussions with A. Huber re: CNO for Nov fee stmt and review of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/23/2017 | Review email from K&E re: meet and confer on pretrial procedures | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/23/2017 | Review depo notice for David Ying | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/24/2017 | Review correspondence from Fee Committee regarding BK's 14th Monthly Fee App (November 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 1/24/2017 | Edit and and finalize CNO for filing. Prepare and edit Monthly Fee Invoice Statement. Email CNO and MFIS to Client. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.5 | $ 125.00 | $ 62.50 |
| 1/24/2017 | Review CNO for Nov. fee app and file same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/24/2017 | Review email from K&E re: proposed trial procedures for E side confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/24/2017 | Review EFIH first liens motion directing payment of fees and expenses | [ALL] Claims Administration & Objections | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 1/24/2017 | Review Proskauer December fee app and coordinate filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/24/2017 | Emails with P. Young re: 1/26 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/24/2017 | Review BK court order approving interim fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/24/2017 | Review email from NextEra's counsel with privilege log | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/24/2017 | Review email from K&E with privilege log | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/24/2017 | Review doc production letter from K&E | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/24/2017 | Review email from K&E re: postponement of Cremins depo | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/24/2017 | Review agenda for 1/26 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/24/2017 | Review Proskauer's 25th Monthly Fee Statement (December 2016), finalize the same for filing and email to Epiq detailing instructions to effectuate service. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.5 | $ 125.00 | $ 62.50 |
| 1/24/2017 | Review Order Scheduling Omnibus Hearing Date for 3/28/17. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 1/24/2017 | Review email re: Cremins deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/24/2017 | Review various emails re: Wright deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/25/2017 | Review email from first lien's counsel re: expert report | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/25/2017 | Review Rothschild expert report | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/25/2017 | Review McKane letter to court on E side confirmation scheduling | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/25/2017 | Review first liens expert report | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/25/2017 | Review production letter from Akin Gump | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/26/2017 | Emails with P. Young re: attendance at 1/26 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/26/2017 | Pulled case opinion and information for DK | [ALL] Case Administration | Stephenson, Cory | 0.1 | $ 205.00 | $ 20.50 |
| 1/26/2017 | Review of docs in prep for hearing on plan scheduling | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 1/26/2017 | Attend hearing in BK court | [ALL] Hearings | Klauder, David | 1.2 | $ 350.00 | $ 420.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/26/2017 | Review email from K&E re: Wright deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/27/2017 | Prepare BK's 15th Monthly Fee Statement (December 2016). Finalize for filing. Email to Epiq detailing instructions to effectuate service. | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.6 | $ 125.00 | $ 200.00 |
| 1/27/2017 | Review and edit BK December fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 1/27/2017 | Various emails with A. Huber re: editing of BK Dec fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/27/2017 | Review emails re: filing and service of BK monthly fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/27/2017 | Review plan supplement filing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/29/2017 | Review plan supplement documents | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 1/30/2017 | Review DTC preliminary witness and exhibit list | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/30/2017 | Review EFH IT reservations of rights | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/31/2017 | Review asbestos creditors list of witnesses and exhibits | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/31/2017 | Review NextEra list of witnesses and exhibits | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/31/2017 | Review Debtors' list of witnesses and exhibits | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 1/31/2017 | Review various other preliminarily list of witnesses and exhibits for E side confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 1/31/2017 | Review email from D. Gringer re: plan objector depo designations | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 1/31/2017 | Review email from K&E re: pretrial meet and confer | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/1/2017 | Review notice of agreement to extend certain pretrial deadlines | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/2/2017 | Review UST's objection to Plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/2/2017 | Review taxing units objection to plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/3/2017 | Review second amended plan supplement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/3/2017 | Review Akin Gump production letters | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/3/2017 | Review K&E doc production letter | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/3/2017 | Review Wilmer Hale letter to judge re: amended plan supplement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/3/2017 | Review Debtors' response letter to judge re: amended plan supplement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/3/2017 | Review notice of withdrawal of amended plan supplement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/3/2017 | Review EFH IT reservation of rights on confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/5/2017 | Review of asbestos creditors objection to plan confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 2/5/2017 | Review of 1st liens objection to plan confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 2/5/2017 | Review of 2nd liens objection to plan confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 2/6/2017 | Review email from K&E with proposed pretrial order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/6/2017 | Review limited objection to plan filed by Ad hoc unsecureds | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/6/2017 | Review stipulation between first liens and debtors | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/7/2017 | Review CNO to SOLIC's 23rd Monthly Fee Statement (November 2016), and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 2/7/2017 | Review final exhibit and witness list for asbestos creditors and first and second lien creditors | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/7/2017 | Review debtors' final exhibit and witness list | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/7/2017 | Review various reservations of rights re: final exhibit and witness list | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/7/2017 | Review CNO for SOLIC fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/7/2017 | Review letter from K&E re: depo designations for confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/7/2017 | Review District Court's order on asbestos creditors various appeals | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/7/2017 | Review amended plan supplement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/7/2017 | Review email and revisions to scheduling order from 1st and 2nd liens | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/7/2017 | Review email from UST re: opening statements | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/8/2017 | Teleconference with CourtCall scheduling Attorney Firestein's telephonic appearance at pre-trial and confirmation hearings. | [ALL] Case Administration | Huber, Amy | 0.5 | $ 125.00 | $ 62.50 |
| 2/8/2017 | Emails with M. Firestein re: telephonic appearance at confirmation hearing and coordinate same | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/8/2017 | Review revised pretrial scheduling order from debtors | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/8/2017 | Review numerous emails re: issues with pretrial scheduling order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 2/8/2017 | Review revised pretrial scheduling order and emails re: same | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/8/2017 | Review further revised pretrial scheduling order and notice of filing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/8/2017 | Review 1st and 2nd liens deposition designations | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/9/2017 | Review agenda for 2/13 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/9/2017 | Review Fidelity's response in support of confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/10/2017 | Review EFH IT response to UST plan objection | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/10/2017 | Review Epiq report on plan voting | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/10/2017 | Emails with A. Huber re: prep of BK interim fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/10/2017 | Review UMB's response to plan objections | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 2/10/2017 | Review NextEra's response to plan objections | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 2/10/2017 | Phone call with P. Young re: remaining plan issues and confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/10/2017 | Review agenda for 2/14 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/10/2017 | Review proposed confirmation order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 2/10/2017 | Review emails re: admission of exhibits at confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/10/2017 | Review email from EFH IT re: final exhibit and witness list | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/11/2017 | Review deposition notices issued by debtor | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/11/2017 | Review debtors' memo in support of confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.9 | $ 350.00 | $ 315.00 |
| 2/11/2017 | Review declaration in support of confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/11/2017 | Review various emails re: Major deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/12/2017 | Review supplemental objection filed by 1st liens | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/12/2017 | Review supplemental objection filed by 2nd liens | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/12/2017 | Review direct testimony of Major | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/12/2017 | Review various emails and documents re: admission and objection to exhibits at trial | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 2/12/2017 | Review email from McKane re: resolution of Major deposition issues | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/13/2017 | Review various emails re: witness and exhibit lists and objections | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/13/2017 | Review Keglivic written direct testimony | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 2/13/2017 | Review various stipulation of facts by 1st and 2nd liens and other parties for confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/13/2017 | Review Horton written direct testimony | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 2/13/2017 | Review Hickson declaration | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/13/2017 | Review various notices re: submission of written direct testimony | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/13/2017 | Reviewed documents relating to upcoming hearing and discussed with DK | [ALL] Case Administration | Stephenson, Cory | 0.1 | $ 205.00 | $ 20.50 |
| 2/13/2017 | Begin preparing BK's 4th Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 2/13/2017 | Attend pretrial conference | [ALL] Hearings | Klauder, David | 2.2 | $ 350.00 | $ 770.00 |
| 2/13/2017 | Emails with P. Young and M. Firestein re: confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/13/2017 | Review Stuart written direct | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 2/13/2017 | Review Ying written direct | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/13/2017 | Review Vaquez written direct | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/13/2017 | Review modified 7th amended plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 2/13/2017 | Review DTC objections to Wright written direct | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/13/2017 | Review letter to District Court re: asbestos appeal | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/13/2017 | Review Andrew Wright written direct | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/14/2017 | Review amended plan supplement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/14/2017 | Review notice of rescheduled hearing time | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/14/2017 | Prepared document packet for hearing | [ALL] Case Administration | Stephenson, Cory | 0.1 | $ 205.00 | $ 20.50 |
| 2/14/2017 | Continue preparing BK's 4th Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 3.3 | $ 125.00 | $ 412.50 |
| 2/14/2017 | Review email from K&E re: cancelation of Major depo | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/14/2017 | Review correspondence from Fee Committee regarding BK's 15th Monthly Fee App (December 2016). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 2/14/2017 | Review of documents and prep for first day of confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 2/14/2017 | Attend first day of confirmation hearing | [ALL] Hearings | Klauder, David | 1.9 | $ 350.00 | $ 665.00 |
| 2/15/2017 | Edit BK's 4th Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 2/15/2017 | Review Proskauer's 7th Interim Fee Application, finalize for filing and email to Epiq detailing instructions to effectuate service of the same. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.7 | $ 125.00 | $ 87.50 |
| 2/15/2017 | Review redacted versions of direct exams | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/15/2017 | Review demonstratives for testimony at confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/15/2017 | Review and edit BK interim fee app and various emails with A. Huber re: edits and filing | [ALL] BK Retention and Fee Applications | Klauder, David | 0.6 | $ 350.00 | $ 210.00 |
| 2/15/2017 | Review Proskauer interim fee app and various emails re: filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 2/15/2017 | Various emails re: filing of CNO for Proskauer monthly fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/15/2017 | Attend day 2 of E side confirmation hearing | [ALL] Hearings | Klauder, David | 6.5 | $ 350.00 | $ 2,275.00 |
| 2/15/2017 | Discuss upcoming confirmation hearing with C. Stephenson | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/16/2017 | Attended confirmation hearing | [ALL] Hearings | Stephenson, Cory | 2.2 | $ 205.00 | $ 451.00 |
| 2/16/2017 | Correspondence with Young re hearing details for today and tomorrow | [ALL] Case Administration | Stephenson, Cory | 0.1 | $ 205.00 | $ 20.50 |
| 2/16/2017 | Review, organize SOLIC's 24th Monthly Fee Statement (December 2016), finalize for filing, and email the same to Epiq Bankruptcy Solutions detailing instructions to effectuate service in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 2/16/2017 | Review CNO to Proskauer's 25th Monthly Fee Statement (December 2016) and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 2/16/2017 | Attended confirmation hearing | [ALL] Hearings | Stephenson, Cory | 1.0 | $ 205.00 | $ 205.00 |
| 2/16/2017 | Emails with M. Firestein re: confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/16/2017 | Various emails with C. Stephenson re: outcome and attendance at confirmation hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/16/2017 | Review SOLIC fee statement and coordinate filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/17/2017 | Review revised plan and confirmation order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.7 | $ 350.00 | $ 245.00 |
| 2/17/2017 | Review EFIH settlement agreement document | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/17/2017 | Attended confirmation hearing | [ALL] Hearings | Stephenson, Cory | 1.6 | $ 205.00 | $ 328.00 |
| 2/20/2017 | Review signed confirmation order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 2/21/2017 | Discuss confirmation hearing with C. Stephenson | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/21/2017 | Emails with A. Huber re: prep of CNO for BK monthly fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/21/2017 | Check Docket to verify no objections have been filed to BK's 15th Monthly Fee Statement (December 2016). Prepare CNO. Finalize for filing. Prepare Monthly Fee Invoice Statement. Email to Client providing CNO and MFIS. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.6 | $ 125.00 | $ 75.00 |
| 2/21/2017 | Review CNO for BK fee app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/21/2017 | Review email from Kirkland with comprehensive record tracker for confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 2/23/2017 | Review Proskauer's 26th Monthly Fee Statement (January 2017), finalize the same for filing and email to Epiq detailing instructions to effectuate service. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.4 | $ 125.00 | $ 50.00 |
| 2/23/2017 | Review Proskauer monthly fee stmt and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 2/23/2017 | Review email from Kirkland re: E side fees | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/24/2017 | Prepare BK's 16th Monthly Fee Statement (January 2017). Finalize for filing. Email to Epiq detailing instructions to effectuate service. Upload to box.com. | [ALL] BK Retention and Fee Applications | Huber, Amy | 2.0 | $ 125.00 | $ 250.00 |
| 2/24/2017 | Review and edit BK Jan fee stmt and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.7 | $ 350.00 | $ 245.00 |
| 2/26/2017 | Review EFIH lien settlement motion | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 2/28/2017 | Prepare chart of fees and expenses. | [ALL] Case Administration | Huber, Amy | 0.9 | $ 125.00 | $ 112.50 |
| 2/28/2017 | Review email from Kirkland re: fee estimates | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/28/2017 | Review agenda for 3/2 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 2/28/2017 | Review motion re: Oncor and tax sharing agreement | [ALL] Claims Administration & Objections | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 2/28/2017 | Review fee estimate chart from A. Huber | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/1/2017 | Prepare fee estimate | [ALL] Case Administration | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 3/1/2017 | Review email from Kirkland re: fee estimates | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/2/2017 | Review K&E letter to court re: claim objection hearing | [ALL] Claims Administration & Objections | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/2/2017 | Review notice of entry into liquidating agreement | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/3/2017 | Review asbestos creditors notice of appeal | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/3/2017 | Review substantial contribution motion by Fidelity | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 3/3/2017 | Complete fee estimate chart for K&E | [ALL] Case Administration | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 3/3/2017 | Emails with K&E re: fee estimate chart | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/6/2017 | Review schedule and omnibus hearing orders re: upcoming hearings including fee hearings | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/9/2017 | Emails with A. Huber re: current of status of BK fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/9/2017 | Review correspondence from Fee Committee regarding BK's 16th Monthly Fee App. (January 2017). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 3/10/2017 | Review agenda for 3/14 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/10/2017 | Review letter to District court re: asbestos appeal to confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/13/2017 | Review notice of filing of revised settlement agreement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/13/2017 | Review Notice of Rescheduled Omnibus Hearing Date and Time. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 3/13/2017 | Review notice of rescheduled omnibus hearing date | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/13/2017 | Review SOLIC's 6th Interim Fee App., prepare Notice, finalize for filing and e-mail the same to Epiq for service. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.7 | $ 125.00 | $ 87.50 |
| 3/13/2017 | Review SOLIC 6th interim fee app and emails with J. Zajac re: filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 3/13/2017 | Review and edit notice for SOLIC 6th interim fee app and various emails with A. Huber re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 3/13/2017 | Review CNO to SOLIC's 24th Monthly Fee Statement (December 2017), and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 3/13/2017 | Review CNO for SOLIC fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/17/2017 | Review asbestos creditor statement of issues for appeal of confirmation order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/20/2017 | Review CNO to Proskauer's 26th Monthly Fee Statement (January 2017) and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 3/20/2017 | Review Proskauer fee app CNO and emails re: filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/20/2017 | Review first lien trustee's statement in support of settlement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/20/2017 | Check Docket to verify no objections have been filed to BK's 16th Monthly Fee Statement (January 2017). Prepare CNO. Finalize for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.6 | $ 125.00 | $ 75.00 |
| 3/20/2017 | Review CNO for January fee statement and emails with A. Huber re: prep and filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/21/2017 | Prepare Monthly Fee Invoice Statement. Email to Client providing CNO and MFIS. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 3/21/2017 | Review revised order to approve EFIH/lien settlement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/21/2017 | Emails with A. Huber re: CNO on BK fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/21/2017 | Review Proskauer's 27th Monthly Fee Statement (February 2017), finalize the same for filing and email to Epiq detailing instructions to effectuate service. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.4 | $ 125.00 | $ 50.00 |
| 3/21/2017 | Review Proskauer Feb fee app and emails with J. Zajac and A. Huber re: filing and service of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 3/23/2017 | Review District Court filing re: asbestos appeal | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/24/2017 | Review COC, revised order and supplement re: EFIH/lienholder settlement | [ALL] Case Administration | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 3/24/2017 | Review and editing of BK Feb fee stmt | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 3/24/2017 | Review proposed 7th interim fee order and confirm amounts awarded to BK | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/24/2017 | Prepare BK's 17th Monthly Fee Statement (February 2017). Finalize for filing. Email to Clients providing stamped copy of Fee Statement and LEDES document. Upload to box.com. Email to Epiq detailing instructions to effectuate service. | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.7 | $ 125.00 | $ 212.50 |
| 3/24/2017 | Review agenda for 3/28 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/24/2017 | Further edits to BK Feb fee stmt and emails with A. Huber re: filing and service of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 3/24/2017 | Review District Court scheduling order re: appeals | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/27/2017 | Review fee committee final report on interim fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 3/27/2017 | Review amended agenda for 3/29 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/28/2017 | Attend omnibus hearing | [ALL] Hearings | Klauder, David | 1.5 | $ 350.00 | $ 525.00 |
| 3/28/2017 | Review order approving interim fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 3/29/2017 | Review Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses. Prepare IFAS. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.6 | $ 125.00 | $ 75.00 |
| 3/31/2017 | Email to Client providing IFAS. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 3/31/2017 | Review designation of items on appeal for plan confirmation appeal | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/3/2017 | Review report on TX utility commission findings | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/3/2017 | Emails with P. Young re: status of going effective | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/4/2017 | Emails with A. Huber re: status of pending BK fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/5/2017 | Review correspondence from Fee Committee regarding BK's 17th Monthly Fee App. (February 2017). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 4/7/2017 | Discussion with UST re: status of case | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/12/2017 | Review Order Scheduling Omnibus Hearing. | [ALL] Case Administration | Huber, Amy | 0.1 | $ 125.00 | $ 12.50 |
| 4/12/2017 | Review agenda for hearing on 4/17 | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/13/2017 | Review CNO for Proskauer fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/13/2017 | Emails with M. Firestein re: telephonic appearance at 4/17 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 4/13/2017 | Teleconference with CourtCall scheduling M. Firestein's telephonic appearance at 4/17/2017 hearing. | [ALL] Case Administration | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 4/13/2017 | Review CNO to Proskauer's 27th Monthly Fee Statement (February 2017) and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 4/13/2017 | Review CNO to Proskauer's 28th Monthly Fee Statement (March 2017) and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 4/14/2017 | Emails with P. Young re: 4/17 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/16/2017 | Review PUCT decision on NextEra/Oncor transaction | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 4/17/2017 | Prepared documents for DK for hearing | [ALL] Case Administration | Stephenson, Cory | 0.1 | $ 205.00 | $ 20.50 |
| 4/17/2017 | Review agenda and other docs in prep for hearing | [ALL] Case Administration | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 4/17/2017 | Attend hearing in Bk court | [ALL] Hearings | Klauder, David | 1.4 | $ 350.00 | $ 490.00 |
| 4/17/2017 | Email from Client requesting amended IFAS. Amend IFAS to reflect requested changes and provide to Client. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.2 | $ 125.00 | $ 25.00 |
| 4/18/2017 | Review, organize SOLIC's 25th Monthly Fee Statement (January 2017), finalize for filing, and email the same to Epiq Bankruptcy Solutions detailing instructions to effectuate service in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $ 125.00 | $ 37.50 |
| 4/18/2017 | Review SOLIC Jan fee stmt and emails with A. Huber and J. Zajac re: filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $ 350.00 | $ 105.00 |
| 4/18/2017 | Review press report on PUCT non-approval | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/21/2017 | Review status of pending BK fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 4/21/2017 | Emails with A. Huber re: prep of CNO for Feb fee stmt | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/21/2017 | Check Docket to verify no objections have been filed to BK's 17th Monthly Fee Statement (February 2017). Prepare CNO. Finalize for filing. Prepare Monthly Fee Invoice Statement and email to Client. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.6 | $ 125.00 | $ 75.00 |
| 4/21/2017 | Review CNO for Feb fee stmt and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/24/2017 | Review agenda for 4/26 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/24/2017 | Review Proskauer's 28th Monthly Fee Statement (March 2017), finalize the same for filing and email to Epiq detailing instructions to effectuate service. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.4 | $ 125.00 | $ 50.00 |
| 4/24/2017 | Review Proskauer fee statement and coordinate filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.4 | $ 350.00 | $ 140.00 |
| 4/24/2017 | Emails with J. Zajac re: Proskauer fee statement | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $ 350.00 | $ 35.00 |
| 4/25/2017 | Review joint letter to District Court and proposed stip re: confirmation appeals | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 4/27/2017 | Summary review of BK court opinion on first lien intercreditor dispute | [ALL] Case Administration | Klauder, David | 0.2 | $ 350.00 | $ 70.00 |
| 4/27/2017 | Review and initial prep of Bk March fee stmt | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 4/27/2017 | Prepare BK's 18th Monthly Fee Statement (March 2017). | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.2 | $ 125.00 | $ 150.00 |
| 4/28/2017 | Review and edit final draft of BK March fee app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $ 350.00 | $ 175.00 |
| 4/28/2017 | Edit BK's 18th Monthly Fee Statement (March 2017). Finalize for filing. Email to Clients providing stamped copy of Fee Statement and LEDES document. Upload to box.com. Email to Epiq detailing instructions to effectuate service. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.5 | $ 125.00 | $ 62.50 |
| **Grand Total** | | | | **102.8** | | **$ 28,979.00** |