## **EXHIBIT J**

**Detailed Expenses for Bielli & Klauder, LLC**

| Date | Provider | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|
| 1/3/2017 | PACER | Filing/Court Fees | $0.10 | 4 | $0.40 |
| 1/4/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 49 | $4.90 |
| 1/16/2017 | CourtCall | Conference Calling | $- | | $30.00 |
| 1/18/2017 | PACER | Filing/Court Fees | $0.10 | 27 | $2.70 |
| 1/23/2017 | PACER | Filing/Court Fees | $0.10 | 30 | $3.00 |
| 1/26/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 60 | $6.00 |
| 2/14/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 22 | $2.20 |
| 2/14/2017 | PACER | Filing/Court Fees | $0.10 | 40 | $4.00 |
| 2/14/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 150 | $15.00 |
| 2/15/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 45 | $4.50 |
| 3/13/2017 | PACER | Filing/Court Fees | $0.10 | 2 | $0.20 |
| 3/28/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 50 | $5.00 |
| 4/17/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 35 | $3.50 |
| 4/26/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 27 | $2.70 |
| | | | | | |
| **Grand Total** | | | | | **$84.10** |