## **EXHIBIT K**

**Summary of Bielli & Klauder, LLC Expenses**

| Service Description | Amount |
|---|---|
| **Conference Calling** | **$30.00** |
| **Filing/Court Costs** | **$10.30** |
| **In-House Reproduction** | **$43.80** |
| **Total** | **$84.10** |