**EXHIBIT D**

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary And Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2016 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | $714 | $1,083.02 |
| | Partner - Sr | $773 | $1,083.02 |
| | Partner - Mid | $687 | N/A |
| | Partner - Jr | $620 | N/A |
| **Associate** | | $482 | $750.00 |
| | Associate - Sr | $536 | $750.00 |
| | Associate - Mid | $529 | N/A |
| | Associate - Jr | $453 | N/A |
| **Total (including Staff Attys, Paralegals & Project Assistants)** | | $470 | $1,021.53 |

Case Name:           Energy Future Intermediate Holding Company LLC
Case Number:         14-10979 (CSS)
Applicant's Name:    Jenner & Block LLP
Date of Application: June 15, 2017
Interim or Final:    Interim