## **EXHIBIT E**

**Summary of Jenner & Block LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Restructuring | $1,250 | 11.5 | $14,375.00 |
| Vincent E. Lazar | Partner | 1990 | Restructuring | $1,025 | 33.1 | $33,927.50 |
| Andrew J. Lichtman | Associate | 2010 | Litigation | $750 | 10.1 | $7,575.00 |
| **TOTAL** | | | | | **54.7** | **$55,877.50** |