## EXHIBIT F

**Summary of Jenner & Block LLP Expenses**

| Service Description | Amount |
|---|---|
| Telephone Expense | $88.92 |
| **TOTAL** | **$88.92** |