## **EXHIBIT G**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 43.7 | $44,287.50 |
| Employment and Fee Applications | 11.0 | $11,590.00 |
| **TOTAL** | **54.7** | **$55,877.50** |