## EXHIBIT H

## Detailed Time Records for Jenner & Block LLP

**ENERGY FUTURES INTERMEDIATE HOLDING / PLAN AND DISCLOSURE (55152-10034)**

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 01/01/2017 | ANDREW J. LICHTMAN | 0.50 | 375.00 | Reviewed discovery requests / deposition notices sent to EFH and C. Cremens. |
| 01/03/2017 | VINCENT E. LAZAR | 1.70 | 1,742.50 | Attended court's status call (telephonically) (.8); reviewed press re E-Side PIK proposal (.2); skimmed amended disclosure statement (.3); reviewed new deposition notices to Avenue, York et al (.2); reviewed new PSA (.2). |
| 01/03/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Confer A. Lichtman re Plan discovery. |
| 01/03/2017 | ANDREW J. LICHTMAN | 0.70 | 525.00 | Meeting with R. Levin re C. Cremens deposition (.3); emailed C. Cremens re same (.2); call with A. Larkin re collecting Cravath emails (.2). |
| 01/04/2017 | VINCENT E. LAZAR | 2.70 | 2,767.50 | Attended disclosure statement hearing (telephonically) (1.8); reported to client re same (.2); reviewed amended disclosure statement (.3); skimmed amended plan (.2); reviewed Akin discovery withdrawal, forwarded same to A. Lichtman (.1); email with A. Lichtman re E-Side testimony from C. Cremens (.1). |
| 01/04/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Emails re Disclosure Statement hearing. |
| 01/04/2017 | ANDREW J. LICHTMAN | 1.50 | 1,125.00 | Emailed vendor in connection with loading emails for review in response to document request to C. Cremens (.6); reviewed V. Lazar and R. Levin emails in connection with same (.9). |
| 01/05/2017 | ANDREW J. LICHTMAN | 1.20 | 900.00 | Reviewed new discovery requests from 2Ls (.4); call with J. Ganter re scheduling C. Cremens deposition (.3); emailed with C. Cremens re same (.2); call with Z. Master re collecting documents (.3). |
| 01/06/2017 | ANDREW J. LICHTMAN | 1.30 | 975.00 | Call with A. Larkin re collecting documents from Cravath in response to document request to C. Cremens (.2); emailed with vendor re same (.2); reviewed C. Cremens emails (.9). |
| 01/07/2017 | ANDREW J. LICHTMAN | 0.40 | 300.00 | Reviewed C. Cremens emails in response to document request. |
| 01/09/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed emails re Cremens deposition, scheduling, confirmation hearing preparation. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 01/09/2017 | ANDREW J. LICHTMAN | 2.20 | 1,650.00 | Reviewed C. Cremens emails in response to document requests (2.0); emails with J. Ganter re scheduling Cremens deposition (.2). |
| 01/10/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed discovery emails. |
| 01/10/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Telephone conference C. Cremens re deposition; telephone conference J. Ganter re same (.4). |
| 01/11/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed status hearing notice; email with J. Huston re same. |
| 01/12/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed draft board deck re plan hearing. |
| 01/13/2017 | ANDREW J. LICHTMAN | 0.30 | 225.00 | Call with B. Stefany re Cremens's deposition and emails re same. |
| 01/17/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed draft board materials (confirmation hearing developments) (.2); reviewed updated materials (.2). |
| 01/17/2017 | ANDREW J. LICHTMAN | 0.80 | 600.00 | Reviewed C. Cremens deposition prep materials from Kirkland. |
| 01/19/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Review Board deck. |
| 01/19/2017 | ANDREW J. LICHTMAN | 1.20 | 900.00 | Reviewed C. Cremens's deposition prep materials from Kirkland. |
| 01/20/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Attended board meeting re plan developments, confirmation hearing preparation, reported on same. |
| 01/21/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed emails re Cremens deposition postponement; forwarded same. |
| 01/23/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed pre-trial schedule, trial timing; telephone conference with R. Levin re same. |
| 01/23/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Telephone conference V. Lazar re status, confirmation hearing. |
| 01/24/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed discovery notices, emails. |
| 01/25/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Reviewed Kearns claims reserve report (.3); skimmed Glodowski report (.2). |
| 01/26/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed pre-trial letter (.2); emails re schedule, hearing (.2). |
| 01/28/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed amended plan supplement. |
| 01/30/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed discovery emails (.2); telephone conference with R. Levin re confirmation hearing coverage, issues (.2). |
| 01/30/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Telephone conference M. McKane re confirmation hearing (.2). |
| 01/31/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Telephone conference with R. Levin re confirmation hearing, client recommendation re attendance (.2); reviewed discovery emails, correspondence (.2). |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 01/31/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Telephone conference A. Wright re confirmation hearing; telephone conference C. Cremens, J. Huston, P. Gelston re same. |
| 02/01/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed emails re plan objections, process. |
| 02/03/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Reviewed plan supplement, objection, letter withdrawal (.4); reviewed plan objections (.3); reviewed pretrial procedures order (.1). |
| 02/05/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed proposed confirmation order; email with R. Levin re same. |
| 02/07/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed objections, plan confirmation hearing proposed modifications to order. |
| 02/08/2017 | VINCENT E. LAZAR | 0.60 | 615.00 | Reviewed redline pretrial order (.2); commented on debtor cover letter, reviewed materials being transmitted (.2); emails re pretrial order, scheduling dispute (.2). |
| 02/09/2017 | VINCENT E. LAZAR | 1.20 | 1,230.00 | Reviewed redline draft 8th amended plan (.3); reviewed draft confirmation brief (background, part I) (.3); emails re deposition discovery dispute (.2); reviewed additional changes to draft plan (.2); reviewed stipulated pre-trial order (.2). |
| 02/10/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Reviewed NextEra joinder (.2); skimmed confirmation brief (.2); skimmed Ganter declaration, exhibits (.2); reviewed emails re disputes on scope of testimony (.2). |
| 02/11/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed 2L supplemental objection (.2); further emails re testimony dispute (.1). |
| 02/13/2017 | VINCENT E. LAZAR | 0.70 | 717.50 | Reviewed emails, reports re 1L settlement, 2L negotiations (.3); reviewed updates re plan hearing (.2); reviewed modified plan (.2). |
| 02/14/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Reviewed emails, reports re 2L settlement (.2); reviewed updates re confirmation hearing (.2); reviewed plan supplements, skimmed redacted declarations (.3). |
| 02/15/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Emails re hearing progress, settlements (.2); reviewed RR summary re hearing (.1). |
| 02/16/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Emails with J. Huston re plan hearing update, fee issue (.2); reviewed RR report, update (.2). |
| 02/17/2017 | VINCENT E. LAZAR | 1.00 | 1,025.00 | Reviewed press, emails re plan confirmation, PUC hearing (.2); skimmed redline plan (.3); reviewed settlement agreement 1L, 2L (.3); skimmed settlement motion (.2). |
| 02/19/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed Oncor TSA assumption motion. |
| 02/21/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed redline Oncor TSA assumption draft motion. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 02/23/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed estimation email; email with R. Levin re same. |
| 02/27/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Review Board presentation. |
| 02/28/2017 | VINCENT E. LAZAR | 1.40 | 1,435.00 | Attended board call re bankruptcy exit, PUC update, related issues (1.2); reviewed draft FIDO motion (.2). |
| 03/06/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed plan re claim dates, emails re appeal. |
| 03/13/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed RR summary re PUC hearing. |
| 03/15/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed updated draft FIDO substantial contribution claim motion. |
| 03/21/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Emails with A. Yenamandra, R. Levin re fee committee negotiations with financial advisors. |
| 03/30/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed reports re PUC action; emails with team re plan impact. |
| 03/30/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Emails re PUCT decision. |
| 03/31/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed RR updates, and emails with R. Levin re plan impact, EFH and 2L options, valuation issue. |
| 03/31/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Telephone conference P. Gelston re PUC decision, new plan. |
| 04/02/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed board materials. |
| 04/02/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Telephone conference C. Cremens re plan amendments, PUCT ruling; review Board deck. |
| 04/03/2017 | VINCENT E. LAZAR | 1.40 | 1,435.00 | Attended board call re PUCT developments, plan options. |
| 04/03/2017 | RICHARD B. LEVIN | 1.80 | 2,250.00 | Prepare for (.5) and attend Board meeting re PUCT ruling on NextEra plan (1.3). |
| 04/04/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Emails with R. Levin re EFIH indenture trustee communications, update on restructuring alternatives. |
| 04/04/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Telephone conference H. Kaplan re status. |
| 04/05/2017 | VINCENT E. LAZAR | 0.60 | 615.00 | Conference call with C. Cremens, R. Levin, P. Gelston re EFIH options, potential conflict matters. |
| 04/05/2017 | RICHARD B. LEVIN | 0.90 | 1,125.00 | Conference call with P. Gelston, C. Cremens re plan strategy (.7); follow-up emails (.2). |
| 04/06/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Telephone conference with M. Kieselstein re status; strategy. |
| 04/07/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Telephone conference with J. Huston re status, strategy. |

SL1 1469077v1 109285.00005

| Date | Name | Hours | Amount | Narrative |
|---|---|---|---|---|
| 04/16/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Skimmed board materials and email with R. Levin re morning hearing. |
| 04/17/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Attended board update call (partial); office conference with R. Levin re same. |
| 04/17/2017 | RICHARD B. LEVIN | 2.80 | 3,500.00 | Review board deck re PUCT denial (.5); Attend status conference hearing (by phone) (.9); Attend Board meeting (1.1); telephone conference P. Gelston re status, strategy (.3). |
| 04/24/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Telephone conference M. Thomas re next steps. |
| | | **43.70** | **$44,287.50** | |

## ENERGY FUTURES INTERMEDIATE HOLDING / EMPLOYMENT AND FEE APPLICATIONS (55152-10085)

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 02/07/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Telephone conference with R. Levin, reviewed file re fee application preparation. |
| 02/08/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed, edited support for Jenner application. |
| 02/09/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Email to R. Gonzalez, Cravath, re fee application support, follow-up re supplemental declaration. |
| 02/10/2017 | VINCENT E. LAZAR | 1.50 | 1,537.50 | Drafted Jenner 6th fee application cover sheet, exhibits. |
| 02/10/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Emails re supplemental 2014 declaration. |
| 02/12/2017 | VINCENT E. LAZAR | 1.30 | 1,332.50 | Edited fee application; prepared text inserts. |
| 02/13/2017 | VINCENT E. LAZAR | 0.60 | 615.00 | Revised fee application (.3); reviewed Levin supplemental declaration, updated fee application re same (.2); emails with Cravath re fee application support (.1). |
| 02/13/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Prepare Seventh Supplemental Declaration. |
| 02/14/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Review and revise Fourth Interview Fee Application. |
| 02/15/2017 | VINCENT E. LAZAR | 1.30 | 1,332.50 | Revised, finalized and proofed Jenner fee application, emails with J. Huston re same (.5); worked on draft Cravath application, exhibits (.8). |
| 02/16/2017 | VINCENT E. LAZAR | 2.10 | 2,152.50 | Prepared and revised Cravath fee application, exhibits (1.5); emails with Cravath team re additional information (.2); finalized and proofed same (.4). |
| 02/17/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Emails with J. Huston re Cravath exhibits; forwarded same. |

5

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 03/01/2017 | VINCENT E. LAZAR | 0.60 | 615.00 | Prepared Jenner fee estimates (.4); worked on Cravath estimate (.2). |
| 03/02/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Confirmed Cravath estimates, forwarded same to K&E. |
| 03/31/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Prepared response to fee committee letter. |
| 04/04/2017 | VINCENT E. LAZAR | 0.60 | 615.00 | Telephone conference with A. Larkin (Cravath) re conflicts check procedure, follow-up re; same (.2); reviewed and responded to fee examiner letter (.4). |
| | | **11.0** | **$11,590.00** | |