## EXHIBIT I

### Detailed Expense Records for Jenner & Block LLP

| Date | Description | Amt | Vendor/Narrative |
|---|---|---|---|
| 01/12/2017 | Telephone Expense | 30.00 | Other -, VINCENT E. LAZAR, 01/03/2017 Teleconf/Videoconf - CourtCall |
| 01/13/2017 | Telephone Expense | 58.00 | Other -, VINCENT E. LAZAR, 01/13/2017 Teleconf/Videoconf - CourtCall |
| 01/17/2017 | Telephone Expense | 0.92 | Telephone Expense, SOUNDPATH CONFERENCING, 12/12/2016 |
| | | **88.92** | |