# Exhibit E

**Summary of Total Fees Incurred and Hours Expended During the Fee Period**

| Timekeeper/Position | Department | Date/ State of Admission (if applicable) | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed in this Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | | | |
| Gregory K. Lawrence, Shareholder | Litigation | 1991 - Massachusetts 1993 - District of Columbia | $3,885.00 | 3.70 | $1,050.00 | 0 |
| Iskender H. Catto, Shareholder | Energy | 2000 - New York | $76,160.00 | 89.60 | $850.00 | 0 |
| Ryan A. Wagner, Associate | Bankruptcy | 2012 - New York | $80,503.50 | 135.30 | $595.00 | 1 |
| Leo Muchnik, Associate | Bankruptcy | 2013 - New York | $1,696.00 | 3.20 | $530.00 | 1 |
| Brian N. Wheaton, Associate | Bankruptcy | 2015 - New York | $2,070.00 | 4.60 | $450.00 | 1 |
| Thomas O. Lemon, Law Clerk | Energy | 2011- Maryland | $840.00 | 2.10 | $400.00 | 0 |
| Ishmael Taylor - Kamara, Paralegal | Bankruptcy | n/a | $4,165.00 | 11.90 | $350.00 | 0 |
| **TOTALS FOR ALL TIMEKEEPERS:** | | | **$169,319.50** | **250.40** | | **3** |