**Exhibit F**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Airfare | United Airlines | | $731.10 |
| Lodging | Dallas Marriott City Center | | $607.42 |
| Car Rental | Budget Rental | | $150.00 |
| Parking | Various | | $170.78 |
| Business Meal | Dallas Marriott City Center Meal | | $38.97 |
| Miscellaneous | Shell Gas | | $4.04 |
| **Totals** | | | **$1,702.31** |