# Exhibit G

**Summary of Fees by Matter for the Fee Period**

| Project Category Description | Hours | Compensation |
|---|---:|---:|
| **Energy Trading (EFH.ET)** | 231.00 | $160,692.00 |
| **Fee/Employment Applications (B.800.813** | 19.00 | $8,389.50 |
| **Court Hearings (B.800.833)** | 0.40 | $238.00 |
|  |  |  |
| **TOTAL** | **250.40** | **$169,319.50** |