## Exhibit H

**Detailed Description of Services Provided**

**<u>May 1, 2016 through May 31, 2016</u>**

Invoice No.:      4232415                                                          Page  1
Matter No.:      163738.010100

<u>Description of Professional Services Rendered:</u>

TASK CODE:          813          FEE/EMPLOYMENT APPLICATIONS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 05/19/16 | Ryan Wagner | Review draft CNOs in respect of GT January-March monthly fee statements (.3); coordinate filing of same with RLF (.2). | 0.50 | 297.50 |
| 05/25/16 | Ryan Wagner | Draft April monthly fee statement (.9); prepare January, February and March pay packages (.8); confer with I. Catto regarding same (.3). | 2.00 | 1,190.00 |
| 05/26/16 | Ryan Wagner | Revise draft April fee statement (.6); email I. Catto regarding same (.2). | 0.80 | 476.00 |

Total Hours:      3.30

Total Amount:    $ 1,963.50

<u>TIMEKEEPER SUMMARY FOR TASK CODE 813</u>,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 3.30 | 595.00 | 1,963.50 |
| Totals: | 3.30 | 595.00 | $    1,963.50 |

Description of Professional Services Rendered

TASK CODE:          ET        ENERGY TRADING

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/16 | Iskender H. Catto | Negotiations with counterparty counsel re rejection claim settlement. | 0.90 | 765.00 |
| 05/02/16 | Ryan Wagner | Review and analyze recently-filed pleadings in connection with potential energy trading issues. | 1.60 | 952.00 |
| 05/03/16 | Iskender H. Catto | Review draft settlement stipulation. | 1.10 | 935.00 |
| 05/03/16 | Ryan Wagner | Review and analyze recently-filed pleadings in connection with potential energy trading issues. | 1.20 | 714.00 |
| 05/04/16 | Iskender H. Catto | Review draft memo (.4); review draft stipulation (1.7). | 2.10 | 1,785.00 |
| 05/05/16 | Ryan Wagner | Review debtors' revised plan. | 1.70 | 1,011.50 |
| 05/06/16 | Ryan Wagner | Review and analyze recently filed pleadings (1.4); emails with client and I. Catto concerning negotiations with counterparty (.4). | 1.80 | 1,071.00 |
| 05/09/16 | Iskender H. Catto | Review counterparty rejection damage claim material. | 2.20 | 1,870.00 |
| 05/09/16 | Ryan Wagner | Emails with client and I. Catto concerning liquidation agreement issues. | 0.40 | 238.00 |
| 05/10/16 | Iskender H. Catto | Review settlement material re rejection claim (1.5); telephone conference with J. Kollar (.1); telephone conference with T. Silvey re fuel agreement (.3). | 1.90 | 1,615.00 |
| 05/10/16 | Ryan Wagner | Emails with I. Catto and K&E concerning counterparty negotiations (.4); emails with client concerning counterparty negotiations (.2). | 0.60 | 357.00 |
| 05/11/16 | Ryan Wagner | Review revised plan. | 1.40 | 833.00 |
| 05/12/16 | Ryan Wagner | Emails with K&E concerning counterparty negotiations (.3); confer with I. Catto regarding same (.3); exchange emails with counterparty counsel regarding status and going forward issues (.5); research case docket concerning upcoming deadlines and pending issues (.8); emails with I. Catto regarding same (.2). | 2.10 | 1,249.50 |
| 05/13/16 | Ryan Wagner | Review proofs of claim filed by counterparties in connection with potential claims resolution (1.1); research concerning resolution of counterparty claims (.6). | 1.70 | 1,011.50 |
| 05/17/16 | Ryan Wagner | Review recently-filed pleadings. | 1.30 | 773.50 |
| 05/18/16 | Iskender H. Catto | Settlement re rejection damages claim. | 1.40 | 1,190.00 |
| 05/18/16 | Ryan Wagner | Confer with I. Catto regarding resolution of counterparty claims (.5); review proofs of claim filed by counterparties and | 2.80 | 1,666.00 |

Invoice No.:    4232415                                                                 Page 3
Matter No.:    163738.010100

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | supporting documentation with respect thereto (1.3); review related rejection motions and orders (.6); meet and confer with B. Wheaton concerning documenting resolution of counterparty claims (.4). | | |
| 05/19/16 | Ryan Wagner | Revise draft counterparty stipulation and 9019 motion (.8); review counterparty proof of claim in respect of same (.4). | 1.20 | 714.00 |
| 05/19/16 | Brian N. Wheaton | Draft settlement stipulations. | 4.60 | 2,070.00 |
| 05/20/16 | Ryan Wagner | Research concerning potential settlement issues in connection with negotiations with multiple counterparties (1.2); confer with B. Wheaton regarding settlement documentation (.2). | 1.40 | 833.00 |
| 05/23/16 | Ryan Wagner | Review recently-filed pleadings. | 1.60 | 952.00 |
| 05/24/16 | Ryan Wagner | Emails with K&E, I. Catto and client regarding potential settlement issues (.4); draft counterparty settlement documents (1.6). | 2.00 | 1,190.00 |
| 05/25/16 | Iskender H. Catto | Review draft stipulation, motion and declaration. | 2.20 | 1,870.00 |
| 05/25/16 | Ryan Wagner | Emails with K&E, I. Catto and client regarding potential settlement issues (.4); revise draft counterparty settlement documents (1.3). | 1.70 | 1,011.50 |
| 05/26/16 | Iskender H. Catto | Review confirmation (.6); telephone conference with T. Silvey (.3); draft stipulation (1.7); review draft claim stipulations (2.1). | 4.70 | 3,995.00 |
| 05/26/16 | Ryan Wagner | Revise 9019 motions in respect of potential counterparty settlements (1.8); revise declarations in support thereof (.7); revise draft stipulations resolving counterparty claims (.9); confer with I. Catto regarding same (.2). | 3.60 | 2,142.00 |
| 05/27/16 | Iskender H. Catto | Review transaction documents (1.3); telephone conference with T. Silvey (.4). | 1.70 | 1,445.00 |
| 05/27/16 | Ryan Wagner | Revise 9019 motions in respect of potential counterparty settlements (.6); revise declarations in support thereof (.3); revise draft stipulations resolving counterparty claims (.5). | 1.70 | 1,011.50 |
| 05/31/16 | Ryan Wagner | Emails with I. Catto concerning resolution of counterparty claims (.3); review counterparty claims (.7); review draft termination statement in respect of counterparty claims (.4). | 1.40 | 833.00 |

Total Hours:      54.00

Total Amount:      $ 36,104.00

Invoice No.:      4232415                                                      Page  4
Matter No.:      163738.010100

<u>Description of Professional Services Rendered</u>

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET</u>,

    ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 18.20 | 850.00 | 15,470.00 |
| Ryan Wagner | 31.20 | 595.00 | 18,564.00 |
| Brian N. Wheaton | 4.60 | 450.00 | 2,070.00 |
| Totals: | 54.00 | 668.59 | $    36,104.00 |

Invoice No.:      4232415                                                                                      Page  5
Matter No.:      163738.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Iskender H. Catto | 18.20 | 850.00 | | 15,470.00 |
| Ryan Wagner | 34.50 | 595.00 | | 20,527.50 |
| Brian N. Wheaton | 4.60 | 450.00 | | 2,070.00 |
| Totals: | 57.30 | 664.35 | $ | 38,067.50 |

**June 1, 2016 through June 30, 2016**

Description of Professional Services Rendered:

TASK CODE:          813          FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/02/16 | Ryan Wagner | Revise April monthly fee statement (.6); coordinate filing of same with RLF (.2). | 0.80 | 476.00 |

Total Hours:          0.80

Total Amount:      $ 476.00

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ryan Wagner | 0.80 | 595.00 | 476.00 |
| Totals: | 0.80 | 595.00 | $      476.00 |

Invoice No.:      4250753
Matter No.:       163738.010100

Page  2

Description of Professional Services Rendered

TASK CODE:         833         COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/27/16 | Ryan Wagner | Prepare for and attend interim fee hearing (.4). | 0.40 | 238.00 |
| | | Total Hours: | 0.40 | |
| | | Total Amount: | | $ 238.00 |

TIMEKEEPER SUMMARY FOR TASK CODE 833,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ryan Wagner | 0.40 | 595.00 | 238.00 |
| Totals: | 0.40 | 595.00 | $    238.00 |

Invoice No.:    4250753                                                                      Page 3
Matter No.:    163738.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ET          ENERGY TRADING

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|------|------|------|------|
| 06/02/16 | Iskender H. Catto | Correspondence with A&M re rejection claims (.2); review and revise draft coal stipulation (1.4). | 1.60 | 1,360.00 |
| 06/03/16 | Iskender H. Catto | Revise draft rejection settlement stipulation and motion (1.6); Revise draft coal stipulation (1.7) | 3.30 | 2,805.00 |
| 06/03/16 | Ryan Wagner | Emails with K&E and I. Catto concerning counterparty negotiations (.4); revise draft stipulation with counterparty (.8); revise draft 9019 motion (.3). | 1.50 | 892.50 |
| 06/05/16 | Ryan Wagner | Draft coal stipulation resolving claims of counterparty (1.6); review underlying transactional documents in respect of same (1.3). | 2.90 | 1,725.50 |
| 06/06/16 | Iskender H. Catto | Review counterparty liquidation agreement comments (1.6); review draft coal stipulation (1.1); review motion and order (.9). | 3.60 | 3,060.00 |
| 06/06/16 | Ryan Wagner | Revise draft stipulation resolving claims of counterparty (.7); review underlying transactional documents in respect of same (.6); confer with I. Catto regarding same (.4); call with client concerning counterparty stipulation (.2); exchange emails with client and I. Catto regarding same (.3); emails with counterparty's counsel concerning ongoing negotiations (.4). | 2.60 | 1,547.00 |
| 06/07/16 | Iskender H. Catto | Review revised draft stipulation. | 0.60 | 510.00 |
| 06/07/16 | Ryan Wagner | Revise draft counterparty stipulation (.6); emails with I. Catto regarding same (.2). | 0.80 | 476.00 |
| 06/09/16 | Iskender H. Catto | Conferences re stipulations (2.1); conference with T. Silvey, S. Caraway, N. Spence re asset (2.5). | 4.60 | 3,910.00 |
| 06/09/16 | Ryan Wagner | Emails with I. Catto regarding counterparty negotiations (.3); attend to counterparty negotiations (1.4). | 1.70 | 1,011.50 |
| 06/10/16 | Iskender H. Catto | Revise draft letter agreement (2.9); review lease assumption matter (.4); | 3.30 | 2,805.00 |
| 06/10/16 | Ryan Wagner | Confer with I. Catto regarding counterparty negotiations and issues with respect thereto (.5); emails with K&E regarding status and strategy in respect of counterparty negotiations (.6); revise counterparty settlement documents (1.4). | 2.50 | 1,487.50 |
| 06/13/16 | Iskender H. Catto | Review draft coal stipulation (.6); review draft stipulation packages (2.6). | 3.20 | 2,720.00 |

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/13/16 | Ryan Wagner | Revise draft stipulation in connection with termination of counterparty agreement and resolution of counterparty claims (1.6); emails with K&E and I. Catto concerning same (.3); review K&E email in connection with counterparty negotiations (.2); review amended plan (.7); confer with I. Catto regarding same (.4). | 3.20 | 1,904.00 |
| 06/14/16 | Ryan Wagner | Review recently filed pleadings and administrative orders in case (1.2); confer with I. Catto regarding same (.4). | 1.60 | 952.00 |
| 06/15/16 | Iskender H. Catto | Review draft letter agreement (.8); telephone conference with S. Caraway, T. Silvey, N. Spence re letter agreement (.8); review draft stipulations (.9). | 2.50 | 2,125.00 |
| 06/15/16 | Ryan Wagner | Revise draft stipulation, 9019 motion and declaration in respect of potential resolution of counterparty's claims. | 0.90 | 535.50 |
| 06/16/16 | Iskender H. Catto | Revise draft stipulation and motion re rejection claim (1.6); review motion and order re coal settlement (1.1); review revised draft letter agreement (.2). | 2.90 | 2,465.00 |
| 06/16/16 | Ryan Wagner | Review and analyze de minimis claims resolution procedures (.9); review draft counterparty stipulation (.7); confer with I. Catto regarding same (.4); emails with K&E regarding strategy with respect to resolution of counterparty claim (.3). | 2.30 | 1,368.50 |
| 06/17/16 | Ryan Wagner | Confer with I. Catto concerning negotiations with counterparty (.3); review draft stipulation, 9019 motion and declaration (.8); call K&E regarding same (.2). | 1.30 | 773.50 |
| 06/20/16 | Iskender H. Catto | Revise draft stipulation re rejection claim and admin claim (2.1); revise draft solid fuel claim stipulation (.8). | 2.90 | 2,465.00 |
| 06/20/16 | Ryan Wagner | Review counterparty's admin claim motion (.6); research issues in respect of same (.9); revise draft stipulation, 9019 motion and declaration in connection with resolution of counterparty claim (1.3); revise separate counterparty settlement documents (.8); confer with I. Catto regarding same (.4); emails with counterparty counsel in respect of same (.2); confer with I. Catto regarding counterparty negotiations (.3); negotiations with counterparty counsel (.4). | 4.90 | 2,915.50 |
| 06/21/16 | Ryan Wagner | Negotiations with counterparty counsel in connection with potential claim resolution (.8); call K&E regarding strategy for resolving counterparty claim (.3); review recently-filed pleadings (.6). | 1.70 | 1,011.50 |
| 06/22/16 | Iskender H. Catto | Review draft motion, stipulation and | 1.80 | 1,530.00 |

Invoice No.:      4250753                                                              Page 5
Matter No.:      163738.010100

<u>Description of Professional Services Rendered</u>

|  |  |  |  |  |
|---|---|---|---|---|
| | | declaration re rejection damage claim (1.8). | | |
| 06/22/16 | Ryan Wagner | Revise settlement documents in connection with resolution of counterparty claims (1.8); confer with I. Catto regarding same (.2); review recently-filed pleadings (.6). | 2.60 | 1,547.00 |
| 06/23/16 | Iskender H. Catto | Review counterparty stipulation comments. | 0.90 | 765.00 |
| 06/23/16 | Ryan Wagner | Attend to negotiations and correspondence with counterparty counsel (1.1); confer with I. Catto regarding same (.3). | 1.40 | 833.00 |
| 06/24/16 | Ryan Wagner | Review CNO in respect of GT April fee app (.2); confer with J. Madron regarding same (.1). | 0.30 | 178.50 |
| 06/28/16 | Ryan Wagner | Review counterparty comments to draft settlement documents (.4); confer with I. Catto concerning same (.2); review language proposed by counterparty with respect to effect of new plan on liquidation agreement (.3). | 0.90 | 535.50 |
| 06/29/16 | Ryan Wagner | Emails with I. Catto and counterparty in connection with potential resolution of claims. | 0.40 | 238.00 |
| 06/30/16 | Iskender H. Catto | Negotiations with liquidation agreement counterparty. | 0.70 | 595.00 |
| 06/30/16 | Ryan Wagner | Confer with I. Catto concerning counterparty negotiations. (.4); negotiations with counterparty counsel (.3). | 0.70 | 416.50 |

Total Hours:      66.10

Total Amount:      $ 47,464.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET,</u>

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 31.90 | 850.00 | 27,115.00 |
| Ryan Wagner | 34.20 | 595.00 | 20,349.00 |
| Totals: | 66.10 | 718.06 | $      47,464.00 |

Invoice No.:      4250753                                                                 Page  6
Matter No.:      163738.010100

<u>Description of Professional Services Rendered</u>

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Iskender H. Catto | 31.90 | 850.00 | | 27,115.00 |
| Ryan Wagner | 35.40 | 595.00 | | 21,063.00 |
| Totals: | 67.30 | 715.87 | $ | 48,178.00 |

**July 1, 2016 through July 31, 2016**

Invoice No.:      4284323                                                                                          Page  1
Matter No.:      163738.010100

## Description of Professional Services Rendered:

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/28/16 | Ishmael Taylor-Kamara | Meeting with R. Wagner regarding preparation of Greenberg Traurig 2nd interim fee application (0.2); review monthly fee applications and related invoices for interim period (.6), and begin preparation of GT 2nd interim fee application and summary charts and schedules (1.0). | 1.80 | 630.00 |
| 07/28/16 | Ryan Wagner | Meet and confer with I. Taylor-Kamara concerning interim fee application (.2); attend to preparation of interim fee application (.7). | 0.90 | 535.50 |
| 07/29/16 | Ishmael Taylor-Kamara | Continue preparation of GT 2nd interim fee application and summary charts. | 1.80 | 630.00 |

                                                            Total Hours:      4.50

                                                        Total Amount:      $ 1,795.50

TIMEKEEPER SUMMARY FOR TASK CODE 813,

        FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ryan Wagner | 0.90 | 595.00 | 535.50 |
| Ishmael Taylor-Kamara | 3.60 | 350.00 | 1,260.00 |
| Totals: | 4.50 | 399.00 | $        1,795.50 |

Invoice No.:     4284323                                                                Page  2
Matter No.:      163738.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ET          ENERGY TRADING

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 07/01/16 | Iskender H. Catto | Review and revise draft stipulation (1.9). | 1.90 | 1,615.00 |
| 07/05/16 | Ryan Wagner | Emails with K&E and I. Catto regarding counterparty negotiations. | 0.40 | 238.00 |
| 07/06/16 | Ryan Wagner | Emails with K&E and I. Catto regarding counterparty negotiations and settlement documents. | 0.60 | 357.00 |
| 07/12/16 | Iskender H. Catto | Revise draft motion (1.6); revise draft stipulation (.6). | 2.20 | 1,870.00 |
| 07/12/16 | Greg Lawrence | Research with respect to I. Catto question regarding emergency from banktupcy and need for FPA 203 FERC approval. | 2.10 | 2,205.00 |
| 07/12/16 | Ryan Wagner | Emails with R. Chaikin (K&E) and I. Catto concerning counterparty negotiations and going forward strategy (.6); review de minimis settlement procedures order (.4); confer with I. Catto concerning same (.2); emails with I. Catto and client regarding status of counterparty stipulation and negotiations with respect thereto (.2). | 1.40 | 833.00 |
| 07/13/16 | Tom Lemon | Research into FERC filing requirements | 2.10 | 840.00 |
| 07/14/16 | Iskender H. Catto | Telephone conference with A. Alaman re contract matter (.3); review counterparty comments to draft stipulation (.8); | 1.10 | 935.00 |
| 07/14/16 | Greg Lawrence | Draft and respond to I. Catto question regarding potential acquisition of FERC regulated assets and emergence from bankruptcy. | 1.60 | 1,680.00 |
| 07/14/16 | Ryan Wagner | Emails with counterparty counsel concerning draft stipulation and 9019 motion (.3); review counterparty comments to stipulation and 9019 motion (.6); confer with I. Catto regarding same (.4). | 1.30 | 773.50 |
| 07/15/16 | Iskender H. Catto | Review draft credit documents (2.3). | 2.30 | 1,955.00 |
| 07/15/16 | Ryan Wagner | Prepare for negotiations with counterparty counsel (.6); review counterparty comments to draft stipulation and settlement motion (.3); negotiations with counterparty counsel (.3). | 1.20 | 714.00 |
| 07/19/16 | Iskender H. Catto | Revise draft solid fuel stipulation. | 1.20 | 1,020.00 |
| 07/19/16 | Ryan Wagner | Revise draft stipulation resolving claim of contract counterparty (.8); exchange emails with I. Catto regarding same (.3); draft email to I. Catto summarizing negotiation with counterparty and proposing going forward strategy (.6); draft 9019 motion to resolve counterparty claims (1.7); draft declaration in support of 9019 motion (.8); | 4.40 | 2,618.00 |

<u>Description of Professional Services Rendered</u>

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | confer with I. Catto concerning draft 9019 motion and declaration (.2). |  |  |
| 07/20/16 | Iskender H. Catto | Review revised draft CTA (.6); correspondence with T. Silvey re settlement (.2). | 0.80 | 680.00 |
| 07/20/16 | Ryan Wagner | Revise draft counterparty stipulation and 9019 motion. | 1.30 | 773.50 |
| 07/22/16 | Iskender H. Catto | Review solid fuel stipulation. | 0.80 | 680.00 |
| 07/22/16 | Ryan Wagner | Emails with I. Catto regarding counterparty negotiations and edits to settlement documents (.3); review latest plan and disclosure statement for claims in connection with proposed treatment of unsecured claims (.8). | 1.10 | 654.50 |
| 07/25/16 | Ryan Wagner | Revised draft counterparty stipulations (1.6); revise draft 9019 motions and declarations with respect thereto (2.2); confer with I. Catto regarding same (.4); emails with client regarding same (.3). | 4.50 | 2,677.50 |
| 07/26/16 | Iskender H. Catto | Review fuel transport agreement. | 1.40 | 1,190.00 |
| 07/26/16 | Ryan Wagner | Confer with I. Catto concerning counterparty negotiations and potential resolution of counterparty claims (.4); prepare for negotiations with counterparty counsel (.3); call with counterparty counsel (.2); follow up discussions with I. Catto (.5); revise stipulation, 9019 motion and declaration in connection with proposed resolution of counterparty claims (2.1); emails with counterparty counsel and I. Catto concerning same (.2). | 3.70 | 2,201.50 |
| 07/27/16 | Iskender H. Catto | Review fuel transport agreement (1.4); telephone conference with T. Silvey (.2); revise draft claim stipulations (2.7). | 4.30 | 3,655.00 |
| 07/27/16 | Ryan Wagner | Review plan and disclosure statement in connection with proposed treatment of claims. | 1.20 | 714.00 |
| 07/28/16 | Iskender H. Catto | Revise stipulations (1.7). | 1.70 | 1,445.00 |
| 07/28/16 | Ryan Wagner | Revise draft counterparty stipulation and 9019 motion with respect thereto (.9); finalize and provide execution version of stipulation to counterparty counsel (.4); confer with I. Catto regarding same (.3). | 1.60 | 952.00 |
| 07/29/16 | Iskender H. Catto | Review solid fuel agreement. | 1.80 | 1,530.00 |
| 07/29/16 | Ryan Wagner | Emails with client concerning resolution of counterparty claims (.6); confer with I. Catto in connection with same (.1); review client comments to draft declaration (.3); review supply contract and amendment thereto (.8); call with I. Catto in respect of same (.2). | 2.00 | 1,190.00 |
| 07/30/16 | Ryan Wagner | Review counterparty supply contract and amendments thereto (.9); research issues in | 5.00 | 2,975.00 |

| Invoice No.: | 4284323 | Page 4 |
| Matter No.: | 163738.010100 | |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | connection with potential rejection of counterparty contract (2.2); research Swedish contract law (.4); formulate strategy for counterparty negotiations (.7); calls with I. Catto in connection with potential contract rejection (.6); emails with counterparty counsel concerning execution of stipulation (.2). | | |
| 07/31/16 | Ryan Wagner | Review counterparty supply contract and amendments thereto (.3); research issues in connection with potential rejection of counterparty contract (1.3); draft email analysis to I. Catto in connection with same (.4); emails with counterparty counsel concerning execution of stipulation (.1). | 2.10 | 1,249.50 |

Total Hours:  57.10

Total Amount:  $ 40,221.00

TIMEKEEPER SUMMARY FOR TASK CODE ET,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 19.50 | 850.00 | 16,575.00 |
| Greg Lawrence | 3.70 | 1,050.00 | 3,885.00 |
| Ryan Wagner | 31.80 | 595.00 | 18,921.00 |
| Tom Lemon | 2.10 | 400.00 | 840.00 |
| Totals: | 57.10 | 704.40 | $    40,221.00 |

Invoice No.:      4284323                                                      Page  5
Matter No.:      163738.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 19.50 | 850.00 | 16,575.00 |
| Greg Lawrence | 3.70 | 1,050.00 | 3,885.00 |
| Ryan Wagner | 32.70 | 595.00 | 19,456.50 |
| Tom Lemon | 2.10 | 400.00 | 840.00 |
| Ishmael Taylor-Kamara | 3.60 | 350.00 | 1,260.00 |
| Totals: | 61.60 | 682.09 | $ 42,016.50 |

**<u>August 1, 2016 through August 31, 2016</u>**

Invoice No.:      4316824                                                                          Page 1
Matter No.:      163738.010100

## Description of Professional Services Rendered:

TASK CODE:      813      FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/02/16 | Ishmael Taylor-Kamara | Preparation of GT 2nd interim fee application and summary charts. | 2.40 | 840.00 |
| 08/03/16 | Ishmael Taylor-Kamara | Continue preparation of exhibits to GT 2nd interim fee application. | 1.70 | 595.00 |
| 08/08/16 | Ishmael Taylor-Kamara | Continue review and preparation of GT 2nd interim fee application and exhibits thereto. | 1.40 | 490.00 |
| 08/11/16 | Ishmael Taylor-Kamara | Prepare GT 2nd interim fee application and summary charts. | 0.90 | 315.00 |
| 08/15/16 | Ishmael Taylor-Kamara | Revise and update GT 2nd interim fee application and summary charts to incorporate comments and modifications. | 0.60 | 210.00 |
| 08/30/16 | Ishmael Taylor-Kamara | Meet with and review R. Wagner comments to GT 2nd interim fee application and summary charts. | 0.50 | 175.00 |
| 08/30/16 | Ryan Wagner | Review and comment on GT second interim fee application (1.6); confer with I. Taylor-Kamara regarding same (.5). | 2.10 | 1,249.50 |
| 08/31/16 | Ishmael Taylor-Kamara | Review invoices and payment reports and revise GT 2nd interim fee application and summary charts per R. Wagner comments. | 0.80 | 280.00 |

Total Hours:      10.40

Total Amount:      $ 4,154.50

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ryan Wagner | 2.10 | 595.00 | 1,249.50 |
| Ishmael Taylor-Kamara | 8.30 | 350.00 | 2,905.00 |
| Totals: | 10.40 | 399.47 | $      4,154.50 |

Description of Professional Services Rendered


TASK CODE:          ET          ENERGY TRADING


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/16 | Iskender H. Catto | Review solid fuel potential rejection matter (2.7); conference with R. Wagner re rejection (.6); telephone conference with T. Silvey re solid fuel matter (.3); revise draft stipulation and motion (.9); review contract services matter (1.4); telephone conference with A. Alaman (.4). | 6.30 | 5,355.00 |
| 08/01/16 | Leo Muchnik | Meetings with R.Wagner re: background on contract dispute (0.4).  Review Contract (0.2).  Research re termination and rejections rights under s. 365 (1.9). Meeting with I. Catto & R.Wagner re: follow up to same (0.7) | 3.20 | 1,696.00 |
| 08/01/16 | Ryan Wagner | Review counterparty energy contract and amendments thereto (1.4); research in connection with potential issues in respect of potential rejection of counterparty contract (1.9); meet and confer with L. Muchnik regarding same (.4); discuss same with I. Catto (.6); call with client (T. Silvey) concerning strategy with respect to counterparty negotiations (.5); revise 9019 motion and declaration in connection with resolution of counterparty claim (1.1); emails with T. Silvey and I. Catto in connection with same (.2). | 6.10 | 3,629.50 |
| 08/02/16 | Iskender H. Catto | Telephone conferences with T. Silvey and A. Alaman (1.6); review documents and caselaw re potential rejection matter (1.7); review and revise draft termination letter (.8). | 4.10 | 3,485.00 |
| 08/02/16 | Ryan Wagner | Revise counterparty stipulation (.6); revise 9019 motion and declaration with respect thereto (1.4); emails with client and I. Catto in connection with same (.5); emails with client in connection with execution of coal stip (.3); email K&E regarding resolution of counterparty claims (.2); confer with I. Catto regarding going forward issues (.3); research issues in respect of potential rejection of counterparty contract (.9); develop negotiating strategy in connection therewith (.4). | 4.60 | 2,737.00 |
| 08/03/16 | Iskender H. Catto | Review draft stipulation (.3); review asset-backed documents (.4). | 0.70 | 595.00 |
| 08/03/16 | Ryan Wagner | Emails with I. Catto and client concerning | 0.70 | 416.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 4316824 | | | Page 3 |
| Matter No.: | 163738.010100 | | | |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | issues associated with draft counterparty stipulation (.3); follow up research in respect of same (.4). | | |
| 08/05/16 | Iskender H. Catto | Review draft stipulation and motion (.4); review draft power agreement (.9); review credit agreement (1.2); telephone conferences with T. Silvey (.3). | 2.80 | 2,380.00 |
| 08/05/16 | Ryan Wagner | Revise draft counterparty stipulation, 9019 motion and declaration (.8); emails with counterparty counsel and I. Catto concerning review and execution of stipulation (.4); email to K&E concerning status of stip and 9019 (.2). | 1.40 | 833.00 |
| 08/08/16 | Ryan Wagner | Call with R. Chaikan (K&E) concerning comments to draft 9019 motion (.2); confer with I. Catto regarding issues in connection with same (.3); revise draft 9019 motion and declaration (.7); email K&E in connection with same (.1). | 1.30 | 773.50 |
| 08/09/16 | Iskender H. Catto | Review draft ISDA (.9); draft delay LD rider (1.2); security agreement and collateral security documents (2.1). | 4.20 | 3,570.00 |
| 08/09/16 | Ryan Wagner | Emails with counterparty counsel concerning status of stipulation (.2); confer with I. Catto regarding same (.1). | 0.30 | 178.50 |
| 08/10/16 | Ryan Wagner | Emails with client and I. Catto concerning status of counterparty negotiations (.4); review draft counterparty stipulations. (.9). | 1.30 | 773.50 |
| 08/11/16 | Iskender H. Catto | Review credit documents. | 0.60 | 510.00 |
| 08/11/16 | Ryan Wagner | Review recently filed pleadings (.8); emails with I. Catto concerning same (.1). | 0.90 | 535.50 |
| 08/12/16 | Iskender H. Catto | Revise draft ISDA. | 0.90 | 765.00 |
| 08/15/16 | Ryan Wagner | Review recently-filed pleadings (.9); discuss plan issues with I. Catto (.5); review amended plan and disclosure statement (1.2); confer with I. Catto regarding same (.2). | 2.80 | 1,666.00 |
| 08/17/16 | Ryan Wagner | Emails with I. Catto and K&E concerning counterparty stipulation, 9019 and related documents (.6); review recently-filed pleadings (.7). | 1.30 | 773.50 |
| 08/18/16 | Ryan Wagner | Emails with counterparty counsel concerning finalizing and executing stipulation (.4); review executed stipulation (.3); revise draft 9019 motion and declaration with concerning approval of counterparty settlement (1.1); emails with I. Catto and client in respect of same (.2). | 2.00 | 1,190.00 |
| 08/19/16 | Ryan Wagner | Emails with counterparty counsel concerning negotiations and status of approvals (.3); confer with I. Catto regarding same (.1); review and analyze recently filed pleadings (1.4); review | 2.90 | 1,725.50 |

Invoice No.:    4316824                                                                                    Page  4
Matter No.:    163738.010100

Description of Professional Services Rendered

|            |                 | outstanding stips for status and approvals (.5); call with O. Marx (EFH) regarding counterparty settlements (.2); follow up emails in respect of same (.4). |      |          |
|------------|-----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
| 08/22/16   | Ryan Wagner     | Review recently filed pleadings in connection with plan and disclosure statement process and claims resolution issues. | 1.70 | 1,011.50 |
| 08/23/16   | Ryan Wagner     | Emails with counterparty counsel and I. Catto concerning status and going forward items in connection with negotiations. | 0.60 | 357.00   |
| 08/24/16   | Ryan Wagner     | Confer with I. Catto concerning status of counterparty negotiations and related discussions with client. | 0.30 | 178.50   |
| 08/25/16   | Ryan Wagner     | Emails with counterparty counsel in connection with negotiations and resolution of claims (.6); review draft settlement documents (1.2). | 1.80 | 1,071.00 |
| 08/29/16   | Iskender H. Catto | Review draft solid fuel amendment. | 0.40 | 340.00   |
| 08/30/16   | Ryan Wagner     | Emails with client concerning negotiations and claims resolution issues (.4); confer with I. Catto regarding same (.2). | 0.60 | 357.00   |

Total Hours:    53.80

Total Amount:    $ 36,903.00

TIMEKEEPER SUMMARY FOR TASK CODE ET,

ENERGY TRADING

| Timekeeper Name    |          | Hours Billed |    | Rate   |    | Total $ Amount |
|--------------------|----------|--------------|----|--------|----|----------------|
| Iskender H. Catto  |          | 20.00        |    | 850.00 |    | 17,000.00      |
| Leo Muchnik        |          | 3.20         |    | 530.00 |    | 1,696.00       |
| Ryan Wagner        |          | 30.60        |    | 595.00 |    | 18,207.00      |
|                    | Totals:  | 53.80        |    | 685.93 | $  | 36,903.00      |

Invoice No.:      4316824                                                                                    Page  5
Matter No.:      163738.010100

<u>Description of Professional Services Rendered</u>

## **<u>TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY</u>**

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Iskender H. Catto | 20.00 | 850.00 | | 17,000.00 |
| Leo Muchnik | 3.20 | 530.00 | | 1,696.00 |
| Ryan Wagner | 32.70 | 595.00 | | 19,456.50 |
| Ishmael Taylor-Kamara | 8.30 | 350.00 | | 2,905.00 |
| Totals: | 64.20 | 639.52 | $ | 41,057.50 |