# Exhibit J

**Budget and Staffing Plan for Third Interim Fee Period**

## Exhibit J-1

## Budget for Third Interim Fee Period:

| Task Code Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| B.800.802 | [TCEH] Asset Disposition | 60 | $44,000.00 |
| B.800.803 | [TCEH] Business Operations | 110 | $80,000.00 |
| B.800.804 | [TCEH] Case Administration | 40 | $18,000.00 |
| B.800.805 | [TCEH] Claims Administration & Objections | 40 | $30,000.00 |
| B.800.812 | [TCEH] Plan and Disclosure Statement | 20 | $14,000.00 |
| B.800.813 | [TCEH] Fee/Employment Applications | 120 | $74,000.00 |
| EFH.ET | [TCEH] Energy Trading | 590 | $420,000.00 |
| B.800.833 | [TCEH] Court Hearings | 20 | $16,000.00 |
| B.800.837 | [TCEH] Utility Matters | 60 | $44,000.00 |
|  | **TOTAL** | **950** | **$660,000.00** |

**Exhibit J-2**

**Staffing Plan for Third Interim Fee Period:**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholders | 3 | $875.00 |
| Associates | 3 | $595.00 |
| Paralegals | 1 | $340.00 |
| **Total Attorney** | **6** | **$720.00** |
| **Total Non-Attorney** | **1** | **$340.00** |
| **Total** | **7** | **$705.00** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.