## Exhibit K

## Summary of Legal Services Rendered During Third Interim Fee Period

| Task Code Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| EFH.ET | [TCEH] Energy Trading | 590 | 231.0 | $420,000.00 | $160,692.00 |
| B800.813 | [TCEH] Fee/Employment Applications | 125 | 19.0 | $74,000.00 | $8,389.50 |
| B800.833 | [TCEH] Court Hearings | 60 | 0.4 | $44,000.00 | $238.00 |
| | **TOTAL** | **775** | **250.4** | **$538,000.00** | **$169,319.50** |