# Exhibit E

**Summary of Total Fees Incurred and Hours Expended During the Fee Period**

| Timekeeper/Position | Department | Date/ State of Admission (if applicable) | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed in this Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | | | |
| Iskender H. Catto, Shareholder | Energy | 2000 - New York | $30,175.00 | 35.50 | $850.00 | 0 |
| Ryan A. Wagner, Associate | Bankruptcy | 2012- New York | $49,623.00 | 83.40 | $595.00 | 1 |
| Ishmael Taylor-Kamara, Paralegal | Bankruptcy | n/a | $665.00 | 1.90 | $350.00 | 0 |
| **TOTALS FOR ALL TIMEKEEPERS:** | | | **$80,463.00** | **120.80** | | **1** |