# Exhibit F

## Summary of Fees by Matter for the Fee Period

| Project Category Description | Hours | Compensation |
|---|---:|---:|
| **Energy Trading (EFH.ET)** | 105.00 | $71,527.50 |
| **Fee/Employment Applications (B.800.813)** | 15.10 | $8,519.00 |
| **Court Hearings (B.800.833)** | 0.70 | $416.50 |
|  |  |  |
| **TOTAL** | **120.80** | **$80,463.00** |