## Exhibit G

**Detailed Description of Services Provided**

**<u>September 1, 2016 through September 30, 2016</u>**

Invoice No.:      4321448                                                      Page  1
Matter No.:      163738.010100

## Description of Professional Services Rendered:

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 09/06/16 | Ryan Wagner | Review second interim fee application and exhibits thereto (1.3); comments to same (.6). | 1.90 | 1,130.50 |
| 09/07/16 | Ishmael Taylor-Kamara | Revise GT 2nd interim fee application, Declaration and exhibits per R. Wagner comments. | 0.90 | 315.00 |
| 09/08/16 | Ryan Wagner | Review revised 2nd interim fee application (.7); comments to same (.2); confer with I. Taylor-Kamara regarding same (.3). | 1.20 | 714.00 |
| 09/09/16 | Ryan Wagner | Revise GT second interim fee application (1.1); email I. Catto regarding same (.2). | 1.30 | 773.50 |
| 09/12/16 | Ishmael Taylor-Kamara | Finalize and assemble GT 2nd interim fee application, Declaration and exhibits in form for filing. | 0.60 | 210.00 |
| 09/12/16 | Ryan Wagner | Confer with I. Taylor-Kamara regarding second interim fee application issues. | 0.40 | 238.00 |
| 09/13/16 | Ishmael Taylor-Kamara | Update GT 2nd interim fee application, Declaration and exhibits and forward to R. Wagner for filing. | 0.40 | 140.00 |
| 09/14/16 | Ryan Wagner | Finalize second interim fee application and related exhibits (.8); coordinate with J. Madron (RLF) in connection with filing of same (.3). | 1.10 | 654.50 |
| 09/27/16 | Ryan Wagner | Draft May-July monthly fee applications (1.1). | 1.10 | 654.50 |

Total Hours:      8.90

Total Amount:      $ 4,830.00

## TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Ryan Wagner | 7.00 | 595.00 | 4,165.00 |
| Ishmael Taylor-Kamara | 1.90 | 350.00 | 665.00 |
| Totals: | 8.90 | 542.70 | $    4,830.00 |

Invoice No.:      4321448                                                                        Page 2
Matter No.:      163738.010100

Description of Professional Services Rendered

TASK CODE:          ET        ENERGY TRADING

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/01/16 | Iskender H. Catto | Review stipulations. | 0.60 | 510.00 |
| 09/01/16 | Ryan Wagner | Emails with client concerning claims resolution issues and pending negotiations (.4); confer with I. Catto regarding same (.2); review final stipulation in respect of resolution of counterparty claim (.5); emails with counterparty counsel regarding same (.3). | 1.40 | 833.00 |
| 09/02/16 | Iskender H. Catto | Telephone conference with S. Caraway and T. Silvey re draft agreement (1.6); review draft agreement (.6). | 2.20 | 1,870.00 |
| 09/02/16 | Ryan Wagner | Review stipulation, 9019 motion and declaration in advance of filing with court (1.1); exchange emails with K&E and RLF regarding same (.5); confer with I. Catto regarding same (.2). | 1.80 | 1,071.00 |
| 09/03/16 | Ryan Wagner | Emails with counterparty counsel regarding claims resolution issues. | 0.30 | 178.50 |
| 09/04/16 | Iskender H. Catto | Revise draft PPA. | 3.80 | 3,230.00 |
| 09/04/16 | Ryan Wagner | Emails with client and counterparty counsel regarding resolution of claims. | 0.40 | 238.00 |
| 09/05/16 | Ryan Wagner | Exchange emails with counterparty counsel. | 0.50 | 297.50 |
| 09/06/16 | Iskender H. Catto | Telephone conference with T. Silvey re asset-backed ISDAs. | 0.90 | 765.00 |
| 09/06/16 | Ryan Wagner | Emails with K&E and I. Catto regarding claim settlement issues (.6); confer with I. Catto regarding same (.3); review claim settlement documentation (1.2); attend to outstanding issues in respect of open claim settlements (.9); finalize multiple counterparty stipulations and draft 9019 motions (1.4); exchange emails with K&E and I. Catto in respect of same (.5). | 4.90 | 2,915.50 |
| 09/07/16 | Iskender H. Catto | Revise draft PPA (3.6); telephone conference with T. Silvey and S. Caraway (.6); revise draft fuel amendment (.4). | 4.60 | 3,910.00 |
| 09/07/16 | Ryan Wagner | Emails with I. Catto regarding outstanding items in counterparty negotiations (.7); meet and confer with I. Catto regarding same (.4); prepare for and participate on call with K. Cairns (Paul Weiss) regarding questions in respect of counterparty settlements (.8); follow up emails with K&E regarding same (.2). | 2.10 | 1,249.50 |
| 09/08/16 | Iskender H. Catto | Prepare for conference with counterparty (1.3); negotiations with counterparty (5.3); | 7.10 | 6,035.00 |

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | telephone conference with A. Alaman (.5). | | |
| 09/08/16 | Ryan Wagner | Draft analysis of various claim settlements in the case to date (3.7); confer with I. Catto regarding same (.8); emails with I. Catto regarding potential fraudulent conveyance issues (.4); revise counterparty stipulation and 9019 motion (.6); attend to emails with I. Catto and counterparty counsel regarding same (.4). | 5.90 | 3,510.50 |
| 09/09/16 | Iskender H. Catto | Telephone conference with T. Silvey re PPA. | 1.10 | 935.00 |
| 09/09/16 | Ryan Wagner | Address issues in respect of resolution of outstanding claims (.4); confer with I. Catto (.2). | 0.60 | 357.00 |
| 09/13/16 | Iskender H. Catto | Review and revise draft PPA. | 1.40 | 1,190.00 |
| 09/13/16 | Ryan Wagner | Review and revise draft chart of pending and effectuated claims settlements and liquidation agreements (1.1); confer with I. Catto regarding same (.2); review pleadings filed in connection with filed liquidation agreements and stipulations (.6); email to K&E and A&M regarding open items and going forward issues (.4). | 2.30 | 1,368.50 |
| 09/14/16 | Iskender H. Catto | Telephone conference re PPA (1.0); revise PPA (.9). | 1.90 | 1,615.00 |
| 09/14/16 | Ryan Wagner | Emails with K&E and A&M regarding claims resolution and wind down issues (.9); confer with I. Catto regarding same (.3). | 1.20 | 714.00 |
| 09/15/16 | Iskender H. Catto | Telephone conference with T. Silvey re fuel amendment (.4); review settlement matter (.9); revise draft PPA (2.1). | 3.40 | 2,890.00 |
| 09/15/16 | Ryan Wagner | Emails with counterparty counsel regarding execution of stipulation and related issues (.3); confer with client regarding finalizing counterparty stipulation (.2); emails with K&E regarding outstanding negotiations and going forward strategy (.6); follow up discussions with I. Catto regarding same (.4); emails with A&M and K&E regarding claims resolution issues (.8). | 2.30 | 1,368.50 |
| 09/16/16 | Iskender H. Catto | Telephone conference with T. Silvey and A. Alaman re transition agreement. | 0.90 | 765.00 |
| 09/16/16 | Ryan Wagner | Review K&E comments to draft declarations and 9019 motions in connection with pending stipulations (.7); confer with I. Catto and K&E regarding same (.3); review current drafts of outstanding counterparty documents in connection with EFH claim resolutions (1.2); email same to R. Chaikin (K&E) (.1); follow up emails with K&E and I. Catto regarding status and going forward | 2.90 | 1,725.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 4321448 | | | Page 4 |
| Matter No.: | 163738.010100 | | | |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | items in respect of EFH counterparty negotiations (.6). | | |
| 09/19/16 | Ryan Wagner | Emails with I. Catto regarding outstanding settlements and going forward issues (.3); emails with K&E, I. Catto and FTI Consulting regarding settlement issues (.4); prepare for call with FTI concerning claim settlements (.7). | 1.40 | 833.00 |
| 09/20/16 | Ryan Wagner | Review CNO with respect to Buckskin 9019 motion (.2); emails with RLF and K&E regarding same (.1). | 0.30 | 178.50 |
| 09/20/16 | Ryan Wagner | Prepare for and participate on call with FTI concerning claim settlement issues (.4); call with T. Silvey regarding claim settlements (.2). | 0.60 | 357.00 |
| 09/21/16 | Ryan Wagner | Review company analyses in respect of settlement negotiations (.8); prepare for conversations with FAs in respect of same (.4). | 1.20 | 714.00 |
| 09/22/16 | Ryan Wagner | Revise declaration and 9019 motion in respect of resolution of counterparty claims (1.1); review revised, executed stipulation (.4); exchange emails with K&E and I. Catto in respect of same (.3); review provisions of confirmed plan in respect of application to settlement/claims distribution issues (.7). | 2.50 | 1,487.50 |
| 09/23/16 | Ryan Wagner | Emails with RLF, K&E, client and counterparty stip and order (.3); confer with I. Catto regarding counterparty contract (.4); call with I. Catto and A. Alaman regarding counterparty dispute (.3); research in regard to potential milestone contract issues (.9); review and analyze counterparty contract and related documents per I. Catto's request (1.7); call with counterparty counsel regarding resolution of open issues (.2). | 3.80 | 2,261.00 |
| 09/25/16 | Ryan Wagner | Research in regard to potential milestone contract issues (.4); review and analyze counterparty contract and related documents per I. Catto's request (1.2). | 1.60 | 952.00 |
| 09/26/16 | Ryan Wagner | Confer with I. Catto regarding contract issues and potential strategy with respect thereto (.6); research concerning potential contract rejection issues (.9); review terms of counterparty contract (.8). | 2.30 | 1,368.50 |
| 09/27/16 | Ryan Wagner | Emails with counterparty counsel regarding resolution of outstanding issues (.4); emails with counterparty counsel regarding resolution of EFH claim (.2); revise draft counterparty stipulations (.5). | 1.10 | 654.50 |
| 09/28/16 | Iskender H. Catto | Telephone conference with T. Silvey, K. | 1.60 | 1,360.00 |

Invoice No.:    4321448                                           Page 5

Matter No.:    163738.010100

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Blenk and S. Caraway re PPA. | | |
| 09/28/16 | Ryan Wagner | Revise counterparty stipulation (.7); exchange emails with I. Catto regarding same (.2); emails with K&E regarding same (.3). | 1.20 | 714.00 |
| 09/29/16 | Iskender H. Catto | Revise draft PPA. | 3.40 | 2,890.00 |
| 09/29/16 | Ryan Wagner | Revise draft counterparty stipulations (1.7); confer with I. Catto regarding same (.4). | 2.10 | 1,249.50 |
| 09/30/16 | Iskender H. Catto | Revise draft PSAs. | 1.20 | 1,020.00 |
| 09/30/16 | Ryan Wagner | Call with counterparty counsel regarding potential resolution of claims (.3); review draft stipulation in respect of same (.4); confer with I. Catto (.2). | 0.90 | 535.50 |

Total Hours:    79.70

Total Amount:    $ 56,117.00

TIMEKEEPER SUMMARY FOR TASK CODE ET,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Iskender H. Catto | 34.10 | 850.00 | | 28,985.00 |
| Ryan Wagner | 45.60 | 595.00 | | 27,132.00 |
| Totals: | 79.70 | 704.10 | $ | 56,117.00 |

Invoice No.:   4321448                                                    Page  6
Matter No.:   163738.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | | Total $ Amount |
|---|---|---|---|---|
| Iskender H. Catto | 34.10 | 850.00 | | 28,985.00 |
| Ryan Wagner | 52.60 | 595.00 | | 31,297.00 |
| Ishmael Taylor-Kamara | 1.90 | 350.00 | | 665.00 |
| Totals: | 88.60 | 687.89 | $ | 60,947.00 |

**<u>October 1, 2016 through October 31, 2016</u>**

Invoice No.:    4352179                                                                 Page  1
Matter No.:    163738.010100


## Description of Professional Services Rendered:


TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 10/11/16 | Ryan Wagner | Draft Greenberg Traurig May – August monthly fee statements and exhibits thereto (2.6); confer with I. Catto regarding same (.2); emails with J. Madron (RLF) regarding filing of same (.2). | 3.00 | 1,785.00 |
| 10/13/16 | Ryan Wagner | Emails with J. Madron concerning GT May-August monthly fee statements (.2). | 0.20 | 119.00 |
| 10/21/16 | Ryan Wagner | Draft September monthly fee statement and exhibits thereto (.9); confer with I. Catto regarding same (.2). | 1.10 | 654.50 |
| 10/24/16 | Ryan Wagner | Revise September monthly fee statement (.4); coordinate filing of same with J. Madron (RLF) (.3). | 0.70 | 416.50 |

Total Hours:        5.00

Total Amount:    $ 2,975.00


TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ryan Wagner | 5.00 | 595.00 | 2,975.00 |
| Totals: | 5.00 | 595.00 | $    2,975.00 |

Invoice No.:    4352179                                                              Page  2
Matter No.:    163738.010100

Description of Professional Services Rendered

TASK CODE:    833         COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/26/16 | Ryan Wagner | Prepare for (.2) and telephonically attend (.4) EFH interim fee hearing; confer with I. Catto following same (.1). | 0.70 | 416.50 |
| | | Total Hours: | 0.70 | |
| | | Total Amount: | | $ 416.50 |

TIMEKEEPER SUMMARY FOR TASK CODE 833,

        COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ryan Wagner | 0.70 | 595.00 | 416.50 |
| Totals: | 0.70 | 595.00 | $    416.50 |

Invoice No.:     4352179                                                              Page 3
Matter No.:      163738.010100

Description of Professional Services Rendered

TASK CODE:          ET          ENERGY TRADING

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/03/16 | Iskender H. Catto | Review revised stipulations (1.2). | 1.20 | 1,020.00 |
| 10/03/16 | Ryan Wagner | Confer with I. Catto regarding outstanding counterparty stipulations (.6); review CNOs in respect of filed 9019 motions (.3); emails with K&E (R. Chaikin) and J. Madron regarding same (.2). | 1.10 | 654.50 |
| 10/04/16 | Ryan Wagner | Revise counterparty settlement stipulations (1.2); confer with I. Catto regarding same (.2); email Kirkland and A&M in respect of same (.3); review orders entered by court approving BHP and USEC 9019 motions (.5); emails with I. Catto regarding same (.1). | 2.30 | 1,368.50 |
| 10/05/16 | Ryan Wagner | Email T. Silvey in connection with USEC and BHP orders approving 9019 motions and stipulations with respect thereto. | 0.30 | 178.50 |
| 10/06/16 | Ryan Wagner | Emails with counterparty counsel regarding resolution of outstanding swap claims. | 0.60 | 357.00 |
| 10/10/16 | Ryan Wagner | Emails with I. Catto and R. Chaikin concerning comments to stipulations and discussions with client. | 0.40 | 238.00 |
| 10/11/16 | Ryan Wagner | Review K&E comments to draft counterparty swap stipulations (.9); confer with I. Catto regarding same (.3). | 1.20 | 714.00 |
| 10/12/16 | Iskender H. Catto | Review revised stipulations (.2). | 0.20 | 170.00 |
| 10/12/16 | Ryan Wagner | Revise draft swap counterparty stipulations (1.4); email O. Marx (EFH) concerning same (.2). | 1.60 | 952.00 |
| 10/13/16 | Ryan Wagner | Call with O. Marx regarding outstanding stipulations (.2); exchange follow up emails with O. Marx, A. Wright and I. Catto regarding same (.5); revise draft stipulations (.7); email counterparties' counsel in respect of revisions (.4); review Forest Creek CNO (.2). | 2.00 | 1,190.00 |
| 10/18/16 | Ryan Wagner | Emails with O. Marx (EFH) concerning negotiations with swap claimants (.6); call with O. Marx regarding same (.2); confer with I. Catto in respect of same (.4); calls and emails with R. Chaikin (K&E) regarding negotiations with swap claimants and follow up with O. Marx (.7). | 1.90 | 1,130.50 |
| 10/19/16 | Ryan Wagner | Emails with counterparty counsel concerning revisions to language in draft stipulations (.6); confer with I. Catto regarding negotiations with counterparties (.4). | 1.00 | 595.00 |

Invoice No.:    4352179                                                                    Page 4
Matter No.:    163738.010100

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 10/25/16 | Ryan Wagner | Emails with counterparties' counsel concerning draft stipulations (.7); confer with I. Catto regarding same (.3); call with counterparty counsel regarding proposed stipulation (.2); emails with in-house counsel to counterparty regarding proposed swap claim liquidation agreement (.4); call with counterparty's in-house counsel in respect of same (.3); confer with I. Catto in connection with negotiating strategy (.2); emails with K&E, A&M and I. Catto concerning reconciliation issues with respect to resolved counterparty claims (.3). | 2.40 | 1,428.00 |
| 10/26/16 | Ryan Wagner | Calls with R. Chaikin (Kirkland) regarding counterparty negotiations and claims treatment (.2); incorporate revisions to draft counterparty stipulation (.6); review revised stipulation (.5); correspondence with counterparty concerning revised language and finalizing stip (.3); confer with I. Catto and client regarding same (.3). | 1.90 | 1,130.50 |

Total Hours:    18.10

Total Amount:    $ 11,126.50

TIMEKEEPER SUMMARY FOR TASK CODE ET,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 1.40 | 850.00 | 1,190.00 |
| Ryan Wagner | 16.70 | 595.00 | 9,936.50 |
| Totals: | 18.10 | 614.72 | $    11,126.50 |

Invoice No.:      4352179                                                                Page  5
Matter No.:      163738.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Iskender H. Catto | 1.40 | 850.00 | 1,190.00 |
| Ryan Wagner | 22.40 | 595.00 | 13,328.00 |
| Totals: | 23.80 | 610.00 | $ 14,518.00 |

**November 1, 2016 through November 30, 2016**

Description of Professional Services Rendered:

TASK CODE:          813          FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/03/16 | Ryan Wagner | Review docket for responses to GT May-August monthly fee applications (.3); email and confer with J. Madron (RLF) regarding preparation and filing of CNOs in respect of same (.2). | 0.50 | 297.50 |
| 11/04/16 | Ryan Wagner | Review CNOs prepared by RLF and coordinate filing of same with J. Madron. | 0.40 | 238.00 |
| 11/17/16 | Ryan Wagner | Emails with J. Madron concerning preparation and filing of CNO in respect of September fee application. | 0.30 | 178.50 |
| | | Total Hours: | 1.20 | |
| | | Total Amount: | | $ 714.00 |

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Ryan Wagner | 1.20 | 595.00 | 714.00 |
| Totals: | 1.20 | 595.00 | $      714.00 |

<u>Description of Professional Services Rendered</u>

TASK CODE:          ET          ENERGY TRADING

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 11/07/16 | Ryan Wagner | Emails with K&E, USEC counsel and I. Catto regarding distributions under plan and related issues (.4); review confirmed plan and treatment of claims thereunder (.7). | 1.10 | 654.50 |
| 11/10/16 | Ryan Wagner | Exchange emails with client, I. Catto and counsel to swap counterparty in connection with execution of stipulation and related issues. | 0.60 | 357.00 |
| 11/22/16 | Ryan Wagner | Emails with counterparty counsel and client concerning finalizing liquidation agreement and status with respect thereto (.4); confer with I. Catto regarding same (.2). | 0.60 | 357.00 |
| 11/28/16 | Ryan Wagner | Emails with O. Marx (EFH) concerning status of counterparty stipulation. | 0.20 | 119.00 |
| 11/30/16 | Ryan Wagner | Emails with counterparty counsel concerning comments to draft liquidation agreement and finalizing same. | 0.40 | 238.00 |

Total Hours:          2.90

Total Amount:          $ 1,725.50

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET</u>,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ryan Wagner | 2.90 | 595.00 | 1,725.50 |
| Totals: | 2.90 | 595.00 | $      1,725.50 |

Invoice No.:      4370492                                                                                    Page  3
Matter No.:      163738.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 4.10 | 595.00 | 2,439.50 |
| Totals: | 4.10 | 595.00 | $   2,439.50 |

**December 1, 2016 through December 31, 2016**

Invoice No.:    4386755                                                          Page  1
Matter No.:    163738.010100


## Description of Professional Services Rendered:


TASK CODE:        ET        ENERGY TRADING


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/01/16 | Ryan Wagner | Call with O. Marx (EFH) concerning counterparty settlement negotiations (.2); follow up emails with O. Marx and I. Catto regarding same (.4); emails with counterparty counsel regarding resolution of stipulation (.2). | 0.80 | 476.00 |
| 12/05/16 | Ryan Wagner | Emails with counterparty counsel concerning stipulation and potential resolution of claims. | 0.30 | 178.50 |
| 12/06/16 | Ryan Wagner | Negotiations with counterparty counsel concerning resolution of claims (.3); revise draft stipulation (.4); emails with K&E and I. Catto in respect of same (.5). | 1.20 | 714.00 |
| 12/14/16 | Ryan Wagner | Emails with R. Chaikin (K&E) concerning resolution of counterparty claims. | 0.40 | 238.00 |
| 12/21/16 | Ryan Wagner | Draft liquidation notice in connection with counterparty liquidation agreement (.9); confer with I. Catto regarding same (.2); emails and calls with Epiq regarding service of same (.3). | 1.40 | 833.00 |
| 12/23/16 | Ryan Wagner | Emails with Epiq regarding service of counterparty liquidation notice. | 0.20 | 119.00 |

Total Hours:    4.30

Total Amount:    $ 2,558.50


TIMEKEEPER SUMMARY FOR TASK CODE ET,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| Ryan Wagner | 4.30 | 595.00 | 2,558.50 |
| Totals: | 4.30 | 595.00 | $    2,558.50 |

Invoice No.:    4386755                                                                                    Page  2
Matter No.:    163738.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 4.30 | 595.00 | 2,558.50 |
| Totals: | 4.30 | 595.00 | $   2,558.50 |