*Exhibit E*

### Combined - All Entities
### Summary of Time Detail by Professional
### January 1, 2017 through April 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 5.2 | $5,070.00 |
| Emmett Bergman | Managing Director | $800.00 | 7.2 | $5,760.00 |
| John Stuart | Managing Director | $800.00 | 27.0 | $21,600.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 39.4 | $25,610.00 |
| Matt Frank | Senior Director | $650.00 | 0.8 | $520.00 |
| Kevin Sullivan | Director | $575.00 | 21.6 | $12,420.00 |
| Peyton Heath | Associate | $425.00 | 40.6 | $17,255.00 |
| Rich Carter | Consultant | $475.00 | 38.8 | $18,430.00 |
| Michael Williams | Consultant | $400.00 | 79.5 | $31,800.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 10.8 | $3,240.00 |
| | | *Total* | 270.9 | **$141,705.00** |