*Exhibit F*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*January 1, 2017 through April 30, 2017*

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $708.40 |
| Lodging | $1,077.68 |
| Meals | $40.00 |
| Transportation | $359.69 |
| *Total* | **$2,185.77** |