*Exhibit G*

*Combined - All Entities*
*Summary of Time Detail by Task*
*January 1, 2017 through April 30, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 3.1 | $2,532.50 |
| Claims | 140.9 | $66,977.50 |
| Contracts | 7.8 | $6,150.00 |
| Court | 21.4 | $17,500.00 |
| Fee Applications | 25.5 | $10,870.00 |
| POR / Disclosure Statement | 49.6 | $24,455.00 |
| Travel Time | 1.0 | $800.00 |
| UST Reporting Requirements | 21.6 | $12,420.00 |
| **Total** | **270.9** | **$141,705.00** |