*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## Bankruptcy Support

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matt Frank | 1/24/2017 | 0.8 | Review of draft OCP report from Mezger (EFH) (0.2); correspondence with Dobry (EFH) re: same (0.1); correspondence with K&E (Yenamandra) re: same and related footnotes (0.3); correspondence with Wright (EFH) re: same (0.2). |
| Jodi Ehrenhofer | 3/6/2017 | 0.4 | Prepare estimate of A&M fees not collected through anticipated Effective Date for K&E. |
| Rich Carter | 3/6/2017 | 0.2 | Review estimate calculations prepared by senior director relating to the professional fees escrow for accuracy. |
| Jeff Stegenga | 4/12/2017 | 0.8 | Review of draft PUC report and implications' study re: a failed Oncor sale to NextEra. |
| Jeff Stegenga | 4/17/2017 | 0.9 | Review of status hearing transcript and follow-up with EFH team re: next steps. |
| **Subtotal** | | **3.1** | |

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rich Carter | 1/6/2017 | 0.4 | Prepare/load latest Epiq filed claims register dated 1/6/2016 to the claims management system. |
| Rich Carter | 1/6/2017 | 0.2 | Prepare/load latest Epiq unmatched scheduled claims register dated 1/6/2016 to the claims management system. |
| Jodi Ehrenhofer | 1/9/2017 | 0.2 | Correspondence with A. Yenamandra (K&E) re: non-qualified benefit claims on the register. |
| Jodi Ehrenhofer | 1/10/2017 | 0.3 | Correspondence with C. Ewert (EFH) re: non-qualified benefit balances. |
| Jodi Ehrenhofer | 1/12/2017 | 0.3 | Correspondence with C. Ewert (EFH) and A. Yenamandra (K&E) re: non-qualified benefit balances. |
| Michael Williams | 1/13/2017 | 1.2 | Update A&M claim database re: latest EPIQ claim register. |
| Michael Williams | 1/19/2017 | 0.6 | Correspond with claims working group re: claim status / asbestos update. |
| Jodi Ehrenhofer | 1/20/2017 | 0.7 | Review register of all remaining disputed claims against E side debtors. |
| Jodi Ehrenhofer | 1/20/2017 | 0.4 | Call with R. Chaikin (K&E) re: summary of claims on non-core E side debtors. |
| Jodi Ehrenhofer | 1/20/2017 | 0.3 | Advise M. Williams (A&M) re: preparation of outstanding claims against E side debtors. |
| Michael Williams | 1/20/2017 | 2.4 | Create e-side active claims summary re: request from counsel. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,
Time Detail by Activity by Professional
January 1, 2017 through April 30, 2017**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Michael Williams | 1/23/2017 | 0.6 | Update claim summary report re: request from counsel. |
| Michael Williams | 1/23/2017 | 1.2 | Update A&M claim database re: supplemental omnibus orders. |
| Michael Williams | 1/25/2017 | 2.2 | Update A&M claim database re: latest EPIQ claim register. |
| Michael Williams | 1/27/2017 | 2.3 | Perform analysis of claims re: creation of claims summary report by debtor. |
| Michael Williams | 1/31/2017 | 1.8 | Update A&M claim database re: latest EPIQ claim register. |
| Michael Williams | 2/2/2017 | 1.2 | Update A&M claim database re: latest EPIQ claim register. |
| Michael Williams | 2/3/2017 | 0.8 | Update A&M claim database re: latest EPIQ claim register. |
| Michael Williams | 2/8/2017 | 1.6 | Update omnibus objection exhibits re: omni 44-45. |
| Michael Williams | 2/13/2017 | 1.1 | Perform review of omnibus objections re: updating reasons for objection. |
| Rich Carter | 2/13/2017 | 0.6 | Review current active claims summary report from claims management system for accuracy. |
| Rich Carter | 2/14/2017 | 0.2 | Update fee management tracker to include recently filed fee statements. |
| Michael Williams | 2/16/2017 | 1.2 | Update A&M claim database re: latest EPIQ claim register. |
| Rich Carter | 2/16/2017 | 0.9 | Review updates made by consultant to claims in the claims management system for accuracy. |
| Michael Williams | 2/22/2017 | 0.7 | Review draft notices re: omnibus objection 44-45. |
| Michael Williams | 2/22/2017 | 0.8 | Update claim exhibits re: omnibus objections 44-45. |
| Rich Carter | 2/22/2017 | 0.6 | Review Omnibus exhibits prepared by consultant for accuracy. |
| Jodi Ehrenhofer | 2/23/2017 | 0.2 | Correspondence with R. Carter (A&M) re: objection to be filed to certain tax related claims. |
| Jodi Ehrenhofer | 2/23/2017 | 0.1 | Teleconference with R. Carter (A&M) re: objection exhibit to be created for certain tax-related claims. |
| Jodi Ehrenhofer | 2/23/2017 | 0.4 | Correspondence with A. Yenamandra and R. Chaikin (both K&E) re: estimates and reserves for certain claims. |
| Michael Williams | 2/23/2017 | 0.8 | Update claim exhibits re: omnibus objections 44-45. |
| Rich Carter | 2/23/2017 | 0.6 | Create new exhibit at the request of counsel for certain tax-related claims for upcoming objection. |
| Rich Carter | 2/23/2017 | 0.1 | Teleconference with J. Ehrenhofer; re: objection exhibit to be created for certain tax-related claims. |
| Rich Carter | 2/23/2017 | 1.1 | Prepare exhibit at the direction of counsel regarding certain tax-related claims for upcoming objection. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## Claims

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| Jodi Ehrenhofer | 2/24/2017 | 0.6 | Correspondence with R. Chaikin (K&E) re: modifications to drafted objection for certain tax claims. |
| Jodi Ehrenhofer | 2/24/2017 | 0.7 | Conference with R. Carter, Mi. Williams (Both A&M); re: EFH status/next steps. |
| Michael Williams | 2/24/2017 | 2.2 | Review custom notices re: omnibus objections 44-45. |
| Michael Williams | 2/24/2017 | 0.6 | Correspond with J. Ehrenhofer (A&M) and R. Carter (A&M) re: client deliverables. |
| Michael Williams | 2/24/2017 | 0.6 | Update A&M claim database re: latest EPIQ claims register. |
| Rich Carter | 2/24/2017 | 0.7 | Conference with J. Ehrenhofer, Mi. Williams (Both A&M); re: EFH status/next steps. |
| Rich Carter | 2/28/2017 | 0.4 | Email communication to company Tax department re: active unresolved tax-related claims. |
| Rich Carter | 2/28/2017 | 0.2 | Review omnibus objection exhibits prepared by consultant for accuracy. |
| Michael Williams | 3/1/2017 | 1.8 | Correspond with R. Carter (A&M) re: E-Side claim summary report. |
| Michael Williams | 3/1/2017 | 2.8 | Create E-Side claims summary report re: remaining active claims. |
| Rich Carter | 3/1/2017 | 0.1 | Review/update updated omnibus objection exhibits prepared by consultant. |
| Rich Carter | 3/1/2017 | 0.2 | Email communication to company Tax department re: approval of drafted omnibus exhibits. |
| Rich Carter | 3/1/2017 | 0.2 | Email communication to consultant; re: updates to be made in the claims management system. |
| Rich Carter | 3/1/2017 | 1.8 | Conference with Mi. Williams (A&M); re: E-side claims reporting. |
| Rich Carter | 3/1/2017 | 0.6 | Review E-side claims report prepared by consultant for accuracy. |
| Jodi Ehrenhofer | 3/2/2017 | 0.9 | Conference with R. Carter and Mi. Williams (Both A&M); re: E-Side reporting. |
| Michael Williams | 3/2/2017 | 1.1 | Correspond with K&E and A&M claims teams re: status meeting. |
| Michael Williams | 3/2/2017 | 2.7 | Create E-Side claims summary report re: remaining active claims. |
| Michael Williams | 3/2/2017 | 0.8 | Update A&M database re: drafting claims to notices of satisfaction. |
| Michael Williams | 3/2/2017 | 0.9 | Correspond with J. Ehrenhofer (A&M) and R. Carter (A&M) re: E-Summary report. |
| Rich Carter | 3/2/2017 | 0.9 | Conference with J. Ehrenhofer, Mi. Williams (Both A&M); re: E-Side reporting. |
| Rich Carter | 3/2/2017 | 0.4 | Review updated Omnibus exhibits prepared by consultant for accuracy. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,
Time Detail by Activity by Professional
January 1, 2017 through April 30, 2017**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 3/3/2017 | 0.5 | Discussion with R. Chaikin (K&E) re: tax claim settlements and amendments. |
| Jodi Ehrenhofer | 3/3/2017 | 1.2 | Review drafted report of all E side related claims from M. Williams (A&M). |
| Michael Williams | 3/3/2017 | 1.3 | Update A&M database re: IQ claim register. |
| Michael Williams | 3/3/2017 | 1.2 | Update A&M database re: drafting claims to notices of satisfaction. |
| Rich Carter | 3/3/2017 | 1.3 | Review agreements provided by the company as they may pertain to claims drafted on current Omnibus exhibits. |
| Rich Carter | 3/3/2017 | 0.2 | Review newly filed claims extract provided by Epiq dated 3/3/17 for newly filed claims. |
| Rich Carter | 3/3/2017 | 0.6 | Review newly drafted notice of satisfaction exhibit prepared by consultant for accuracy. |
| Jodi Ehrenhofer | 3/6/2017 | 1.7 | Review revised report of all E side claims from M. Williams (A&M). |
| Jodi Ehrenhofer | 3/6/2017 | 0.7 | Review revised motion to extend claim objection deadline from P. Venter (K&E). |
| Jodi Ehrenhofer | 3/6/2017 | 0.8 | Prepare summary by claim type of all remaining E side disputed claims for K&E. |
| Michael Williams | 3/6/2017 | 2.2 | Perform analysis of claims re: updating motion to extend objection deadline. |
| Michael Williams | 3/6/2017 | 0.4 | Update claim exhibits re: omnibus objections 46-47. |
| Michael Williams | 3/6/2017 | 2.7 | Update claim report re: E-Side summary report. |
| Jodi Ehrenhofer | 3/7/2017 | 0.7 | Teleconference with R. Carter and Mi. Williams (Both A&M); re: E-Side reports. |
| Jodi Ehrenhofer | 3/7/2017 | 0.3 | Teleconference with R. Carter and Mi. Williams (A&M); re: claim report discussion for upcoming motion. |
| Jodi Ehrenhofer | 3/7/2017 | 0.1 | Teleconference with R. Carter, Mi. Williams (A&M), P. Venter, R. Chaikin (Both K&E); update claims motion exhibit. |
| Jodi Ehrenhofer | 3/7/2017 | 1.4 | Teleconference with R. Carter, Mi. Williams (Both A&M), R. Chaikin, P. Venter, A. Yenamandra, M. Thompson (All K&E); re: E-Side reporting. |
| Jodi Ehrenhofer | 3/7/2017 | 1.1 | Research specific information related to disputed E side claims for A. Yenamandra (K&E). |
| Jodi Ehrenhofer | 3/7/2017 | 0.5 | Research any cure amounts related to contracts on the E side for A. Yenamandra (K&E). |
| Jodi Ehrenhofer | 3/7/2017 | 0.8 | Advise M. Williams and R. Carter (both A&M) on all additional research required for disputed E side claims. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,
Time Detail by Activity by Professional
January 1, 2017 through April 30, 2017**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 3/7/2017 | 0.8 | Review final claim counts for motion to extend claim objection deadline. |
| Michael Williams | 3/7/2017 | 2.8 | Perform analysis of claims re: updating motion to extend objection deadline. |
| Michael Williams | 3/7/2017 | 1.1 | Update claim report re: E-Side summary report. |
| Rich Carter | 3/7/2017 | 0.7 | Teleconference with J. Ehrenhofer, Mi. Williams (Both A&M); re: E-Side reports. |
| Rich Carter | 3/7/2017 | 0.2 | Review liquidation agreement pertaining to active claim to determine updates required to claim register. |
| Rich Carter | 3/7/2017 | 0.3 | Teleconference with J. Ehrenhofer, Mi. Williams (A&M); re: claim report discussion for upcoming motion. |
| Rich Carter | 3/7/2017 | 0.3 | Email communication to the company Tax department regarding approval for upcoming omnibus/notice of satisfaction exhibits. |
| Rich Carter | 3/7/2017 | 0.1 | Email communication with Epiq re: liquidation agreement requiring an update to the claims register. |
| Rich Carter | 3/7/2017 | 0.3 | Prepare summary of E-side claims per request from counsel. |
| Rich Carter | 3/7/2017 | 0.3 | Review latest notice of satisfaction exhibit prepared by consultant for accuracy. |
| Rich Carter | 3/7/2017 | 0.2 | Review/email communication to counsel regarding a certain Debt-related claim. |
| Rich Carter | 3/7/2017 | 0.1 | Teleconference with J. Ehrenhofer, Mi. Williams (A&M), P. Venter, R. Chaikin (Both K&E); update claims motion exhibit. |
| Rich Carter | 3/7/2017 | 1.4 | Teleconference with J. Ehrenhofer, Mi. Williams (Both A&M), R. Chaikin, P. Venter, A. Yenamandra, M. Thompson (All K&E); re: E-Side reporting. |
| Rich Carter | 3/7/2017 | 0.8 | Review updated E-side claims report prepared by consultant for accuracy. |
| Jodi Ehrenhofer | 3/8/2017 | 0.3 | Review drafted claim objections from P. Venter (K&E). |
| Jodi Ehrenhofer | 3/8/2017 | 0.3 | Review drafted notice of satisfaction from P. Venter (K&E). |
| Jodi Ehrenhofer | 3/8/2017 | 0.7 | Correspondence with M. Thompson (K&E) re: questions on certain asbestos claims and noticing related to those claims. |
| Jodi Ehrenhofer | 3/8/2017 | 0.4 | Review revised objection exhibits. |
| Michael Williams | 3/8/2017 | 2.8 | Perform analysis of debt claims re: updated plan classing. |
| Michael Williams | 3/8/2017 | 2.2 | Perform analysis of asbestos claims comparison of debtor silos. |
| Rich Carter | 3/8/2017 | 0.1 | Review custom notices for objections drafted by counsel for accuracy. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rich Carter | 3/8/2017 | 0.1 | Email communication to company Tax department re: current notice of satisfaction exhibit and updated Omnibus exhibits. |
| Rich Carter | 3/8/2017 | 0.1 | Send Epiq copy of executed tax agreement provided by the company which will withdraw 3 claims from the claims register. |
| Rich Carter | 3/8/2017 | 0.1 | Review tax agreements provided by the company to ensure that no other active claims are mentioned in agreements. |
| Michael Williams | 3/9/2017 | 1.2 | Perform review of custom notices re: omnibus objections 46-47. |
| Michael Williams | 3/9/2017 | 1.2 | Perform analysis of asbestos claims re: comparison of debtor silos. |
| Jodi Ehrenhofer | 3/10/2017 | 0.7 | Teleconference with R. Carter, Mi. Williams (Both A&M), A. Yenamandra, M. Thompson, P. Venter, R. Chaikin (All K&E); re: asbestos claims objection discussion. |
| Jodi Ehrenhofer | 3/10/2017 | 0.4 | Conference with R. Carter and Mi., Williams (Both A&M); re: review asbestos-related research completed. |
| Jodi Ehrenhofer | 3/10/2017 | 0.5 | Confirm duplicates on asbestos related claims asserted against the wind down debtors. |
| Jodi Ehrenhofer | 3/10/2017 | 1.1 | Prepare summary of claims asserted against the EFH wind down debtors and EFIH that are still disputed. |
| Jodi Ehrenhofer | 3/10/2017 | 0.6 | Review claim population to be filed in upcoming wrong debtor objection. |
| Jodi Ehrenhofer | 3/10/2017 | 0.1 | Teleconference with R. Carter and Mi. Williams (Both A&M), R. Chaikin (K&E); re: tax-related claims discussion. |
| Jodi Ehrenhofer | 3/10/2017 | 0.8 | Review drafted summary of all asbestos related claims from M. Williams (A&M). |
| Michael Williams | 3/10/2017 | 1.2 | Update A&M claim database re: latest EPIQ claim register. |
| Michael Williams | 3/10/2017 | 1.4 | Perform review on intercompany claims re: treatment under plan of reorganization. |
| Michael Williams | 3/10/2017 | 0.8 | Perform review of custom notices re: 8th notice of satisfaction. |
| Michael Williams | 3/10/2017 | 1.4 | Draft claims to omnibus objection re: wrong debtor asbestos claims. |
| Rich Carter | 3/10/2017 | 0.4 | Review drafts of latest Omnibus exhibits prepared by consultant for accuracy. |
| Rich Carter | 3/10/2017 | 0.4 | Review updated drafts of latest Omnibus exhibits prepared by consultant for accuracy. |
| Rich Carter | 3/10/2017 | 0.4 | Conference with J. Ehrenhofer, Mi., Williams (Both A&M); re: review asbestos-related research completed. |
| Rich Carter | 3/10/2017 | 0.1 | Teleconference with J. Ehrenhofer, Mi. Williams (Both A&M), R. Chaikin (K&E); re: tax-related claims discussion. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,
Time Detail by Activity by Professional
January 1, 2017 through April 30, 2017**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rich Carter | 3/10/2017 | 0.7 | Teleconference with J. Ehrenhofer, Mi. Williams (Both A&M), A. Yenamandra, M. Thompson, P. Venter, R. Chaikin (All K&E); re: asbestos claims objection discussion. |
| Rich Carter | 3/10/2017 | 0.3 | Review updated notice of satisfaction custom notices, prepared by Epiq, for accuracy. |
| Rich Carter | 3/10/2017 | 0.1 | Email communication to consultant re: claim tasks to be completed. |
| Jodi Ehrenhofer | 3/13/2017 | 0.4 | Review drafted customized notice for wrong debtor objection. |
| Jodi Ehrenhofer | 3/13/2017 | 0.9 | Correspondence with P. Venter and M. Thompson (K&E) re: drafted wrong debtor objection. |
| Rich Carter | 3/13/2017 | 0.1 | Review year end claim audit reports prepared by consultant for accuracy. |
| Rich Carter | 3/13/2017 | 0.2 | Review drafted Omnibus objection language prepared by counsel. |
| Rich Carter | 3/13/2017 | 0.5 | Review claim amount report from the claims management system to identify updates required by consultant. |
| Jodi Ehrenhofer | 3/14/2017 | 0.1 | Conference with R. Carter and Mi. Williams (Both A&M); re: year end audit reporting requirements. |
| Jodi Ehrenhofer | 3/14/2017 | 0.5 | Provide comments to drafted objection for K&E. |
| Jodi Ehrenhofer | 3/14/2017 | 0.8 | Review revised objection from K&E to modify debtor claims. |
| Jodi Ehrenhofer | 3/14/2017 | 0.6 | Correspondence with M. Thompson (K&E) re: questions on certain claims drafted to objection. |
| Jodi Ehrenhofer | 3/14/2017 | 0.7 | Prepare response to questions from Chadbourne on drafted claim objection. |
| Michael Williams | 3/14/2017 | 2.8 | Create claim summary report re: E-Side wind down entities. |
| Rich Carter | 3/14/2017 | 0.1 | Conference with J. Ehrenhofer, Mi. Williams (Both A&M); re: year end audit reporting requirements. |
| Rich Carter | 3/14/2017 | 0.3 | Email communication to the company Tax department regarding the validity of an asserted administrative claim. |
| Rich Carter | 3/14/2017 | 0.3 | Prepare updated Omnibus exhibit at the direction of counsel. |
| Rich Carter | 3/14/2017 | 0.6 | Review custom notices for latest omnibus objection prepared by Epiq for accuracy. |
| Rich Carter | 3/14/2017 | 0.2 | Review/update updated omnibus objection draft prepared by counsel for accuracy. |
| Rich Carter | 3/14/2017 | 0.3 | Email communication to senior director re: drafted Omnibus objection language questions. |
| Jodi Ehrenhofer | 3/15/2017 | 1.6 | Prepare complete summary of all non-asbestos claims asserted against wind down entities. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 3/15/2017 | 1.2 | Correspondence with R. Chaikin and M. Thompson (both K&E) re: non-asbestos related claims at wind down entities. |
| Rich Carter | 3/15/2017 | 0.7 | Prepare report of asbestos-related claims against E-Side Debtors filed by claimants at the request of counsel. |
| Rich Carter | 3/15/2017 | 0.4 | Email communication to the company Tax department regarding payment information regarding asserted administrative claim. |
| Michael Williams | 3/17/2017 | 2.2 | Update A&M claim database re: filed omnibus objections. |
| Rich Carter | 3/17/2017 | 0.2 | Email communication with Epiq; re: status of amending claim filed by taxing authority at the request of counsel. |
| Rich Carter | 3/17/2017 | 0.4 | Review/prepare email communication to counsel re: newly filed amending tax-related claim. |
| Michael Williams | 3/20/2017 | 1.1 | Create claim exhibit re: IRS motion to settle claims. |
| Michael Williams | 3/20/2017 | 1.6 | Update claim exhibits re: 44-45 omnibus objection certificate of counsel. |
| Rich Carter | 3/20/2017 | 0.2 | Review updated COC exhibit prepared by analyst at the request of counsel for accuracy. |
| Rich Carter | 3/20/2017 | 0.2 | Review newly filed claim withdrawals on the Epiq docket by taxing authority. |
| Rich Carter | 3/21/2017 | 0.1 | Email communication to senior director; re: claims status report. |
| Jodi Ehrenhofer | 3/22/2017 | 0.3 | Research amount scheduled for certain non-qualified benefit claims. |
| Jodi Ehrenhofer | 3/22/2017 | 1.1 | Provide summary of certain disputed E side claims to K&E to consider for objection. |
| Jodi Ehrenhofer | 3/22/2017 | 0.8 | Teleconference with R. Carter, Mi. Williams (Both A&M), A. Yenamandra, R. Chaikin, P. Venter, V. Nunn (All K&E), J. Sullivan (Epiq), C. Dobry, T. Horton, A. Wright (All Vistra), N. Patel (Evercore);re: E-side emergence discussion. |
| Jodi Ehrenhofer | 3/22/2017 | 0.9 | Correspondence with R. Leal (EFH), R. Chaikin and A. Yenamandra (both K&E) re: outstanding balances for certain assumed contracts. |
| Jodi Ehrenhofer | 3/22/2017 | 0.3 | Review drafted funds flow from A. Yenamandra (K&E). |
| Rich Carter | 3/22/2017 | 0.8 | Teleconference with J. Ehrenhofer, Mi. Williams (Both A&M), A. Yenamandra, R. Chaikin, P. Venter, V. Nunn (All K&E), J. Sullivan (Epiq), C. Dobry, T. Horton, A. Wright (All Vistra), N. Patel (Evercore);re: E-side emergence discussion. |
| Michael Williams | 3/23/2017 | 1.8 | Perform comparison of K&E remaining claims chart re: comparison to A&M report. |
| Rich Carter | 3/23/2017 | 0.4 | Email communication with company Tax department re: active property-tax related claim. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Michael Williams | 3/24/2017 | 1.8 | Update A&M database re: omnibus objection orders 44-45. |
| Michael Williams | 3/27/2017 | 1.2 | Update A&M database re: latest EPIQ claims register. |
| Jodi Ehrenhofer | 3/28/2017 | 0.5 | Review draft of emergence related tasks from R. Chaikin (K&E). |
| Rich Carter | 3/28/2017 | 0.3 | Review draft of E-side emergence task list prepared by counsel to include comments. |
| Jodi Ehrenhofer | 3/30/2017 | 0.4 | Correspondence with R. Chaikin (K&E) re: contracts to be assumed. |
| Rich Carter | 3/30/2017 | 0.3 | Prepare summary of active tax-related claims for the company to review. |
| Michael Williams | 3/31/2017 | 1.2 | Update A&M database re: latest EPIQ claims register. |
| Jodi Ehrenhofer | 4/3/2017 | 0.5 | Review drafted NOS from M. Williams (A&M). |
| Michael Williams | 4/3/2017 | 1.8 | Draft 9th notice of satisfaction re: certain paid tax claims. |
| Michael Williams | 4/3/2017 | 1.2 | Update A&M claim database re: omnibus objections 46-47 orders. |
| Rich Carter | 4/3/2017 | 0.6 | Review claims drafted on latest notice of satisfaction exhibit by consultant for accuracy. |
| Rich Carter | 4/4/2017 | 0.2 | Teleconference with D. Fontenot (Vistra); re: upcoming notice of satisfaction exhibit. |
| Rich Carter | 4/4/2017 | 0.4 | Email communication with company Tax department re: approval for latest notice of satisfaction exhibits. |
| Michael Williams | 4/5/2017 | 2.2 | Update A&M claim database re: omnibus objection 48 order. |
| Michael Williams | 4/7/2017 | 1.1 | Update A&M claim database re: latest EPIQ claim register. |
| Jeff Stegenga | 4/12/2017 | 0.3 | Discussion with Jodi Ehrenhofer re: Asbestos claims update. |
| Jodi Ehrenhofer | 4/18/2017 | 0.3 | Correspondence with R. Carter (A&M) re: outstanding tax claims. |
| Michael Williams | 4/21/2017 | 0.8 | Update A&M claim database re: latest EPIQ claim register. |
| Michael Williams | 4/28/2017 | 0.8 | Update A&M database re: latest EPIQ claim register. |
| **Subtotal** | | **140.9** | |

## Contracts

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Emmett Bergman | 2/10/2017 | 0.2 | Review revised assumption exhibits. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,
Time Detail by Activity by Professional
January 1, 2017 through April 30, 2017**

## Contracts

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Emmett Bergman | 2/10/2017 | 0.8 | Communications with K&E, A&M teams re: contract cure analysis. |
| Emmett Bergman | 2/10/2017 | 0.4 | Review revised cure analysis. |
| Emmett Bergman | 3/6/2017 | 1.0 | Communications with C. Dobry, A&M team re analysis of contracts for accounting purposes |
| Emmett Bergman | 3/7/2017 | 0.7 | Communications with A&M team re: contraction rejections analysis. |
| Jodi Ehrenhofer | 3/7/2017 | 0.6 | Correspondence with E. Bergman (A&M) re: contract rejection damage claims. |
| Emmett Bergman | 3/8/2017 | 0.3 | Further communications with K&E, A&M teams re: assumption of certain contracts. |
| Emmett Bergman | 3/8/2017 | 0.4 | Review of contract assumption materials. |
| Emmett Bergman | 3/8/2017 | 0.4 | Communications with K&E, A&M, re: contract assumption related questions. |
| Emmett Bergman | 3/17/2017 | 0.5 | Response to questions regarding assumption of certain contracts. |
| Emmett Bergman | 3/17/2017 | 0.7 | Communications with A&M team re: assumption of certain leases. |
| Emmett Bergman | 3/17/2017 | 0.6 | Review of contract assumption materials re: leases. |
| Emmett Bergman | 3/22/2017 | 0.6 | Communications with Accounting, A&M teams re: contract rejection liabilities. |
| Emmett Bergman | 3/27/2017 | 0.6 | Communications with K&E, A&M teams re: contract assumption issues. |
| **Subtotal** | | **7.8** | |

## Court

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jeff Stegenga | 1/2/2017 | 1.0 | Telephonic participation in hearing for revised disclosure statement. |
| Jeff Stegenga | 2/13/2017 | 1.0 | Telephonic participation in the confirmation pre-trial court conference. |
| Jeff Stegenga | 2/14/2017 | 1.2 | Telephonic attendance for opening arguments re: EFH confirmation hearing, |
| John Stuart | 2/14/2017 | 6.0 | Prep for testimony related to confirmation hearings at RLF offices in Wilmington. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## Court

| Professional | Date | Hours | Activity |
|---|---|---|---|
| John Stuart | 2/15/2017 | 8.0 | In court attendance of confirmation hearing (6), prep for personal confirmation hearing testimony (1) and time providing testimony (1). |
| John Stuart | 2/16/2017 | 3.0 | Telephonic participation on Court hearings in connection with EFH/EFIH confirmation hearings. |
| Jodi Ehrenhofer | 2/17/2017 | 1.2 | Telephonic participation in E side confirmation ruling. |
| **Subtotal** | | **21.4** | |

## Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rich Carter | 1/3/2017 | 0.2 | Update invoice for E-Side September MFS per edits from senior director. |
| Mary Napoliello | 1/6/2017 | 0.8 | Work on October fee statement; research questions and send raw data to J. Ehrenhofer. |
| Mary Napoliello | 1/9/2017 | 0.6 | Continue work on October fee statement exhibits. |
| Jodi Ehrenhofer | 1/11/2017 | 0.5 | Review updated draft of Exhibit H to 8th interim fee application prepared by M. Napoliello (A&M). |
| Jodi Ehrenhofer | 1/12/2017 | 0.4 | Prepare final October monthly fee statement. |
| Mary Napoliello | 1/12/2017 | 1.8 | Work on edits and issues with October statement; send updated set of exhibits to J. Ehrenhofer (A&M). |
| Mary Napoliello | 1/18/2017 | 0.4 | Begin work on November exhibits. |
| Mary Napoliello | 1/19/2017 | 1.1 | Work on November statement - research questions; communicate with staff regarding discrepancies and update files. |
| Jodi Ehrenhofer | 2/8/2017 | 0.6 | Prepare November monthly fee statement. |
| Mary Napoliello | 2/9/2017 | 1.3 | Prepare first draft of December statement and send to J. Ehrenhofer. |
| Jodi Ehrenhofer | 2/10/2017 | 0.5 | Prepare December monthly fee statement. |
| Mary Napoliello | 2/10/2017 | 0.6 | Compile additional exhibits and forward to J. Ehrenhofer. |
| Rich Carter | 2/17/2017 | 0.9 | Prepare E-side related October management fee invoice package. |
| Rich Carter | 2/21/2017 | 1.1 | Review detailed time data provided by internal team for 8th interim management fees for accuracy. |
| Rich Carter | 2/21/2017 | 0.4 | Review expenses data provided by internal team for 8th interim management fees for accuracy. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/22/2017 | 0.8 | Review drafted fee application for 8th interim period. |
| Mary Napoliello | 2/22/2017 | 0.7 | Update with new data and re-run 8th interim exhibits. |
| Rich Carter | 2/22/2017 | 0.4 | Prepare exhibits/finalized word document for 8th interim fee application based on reports prepared by internal team. |
| Rich Carter | 2/22/2017 | 0.1 | Verify total fees/time on 8th interim detailed data provided by internal report for accuracy. |
| Rich Carter | 2/22/2017 | 0.2 | Prepare/upload fees/expenses spreadsheets pertaining to the 8th interim fee application data to Box.com. |
| Rich Carter | 2/22/2017 | 1.2 | Prepare 8th interim application fee document based on details provided by internal report. |
| Rich Carter | 2/22/2017 | 0.3 | Review draft of 8th interim fee application to determine if additional verbiage is required based on updated case details. |
| Rich Carter | 3/6/2017 | 0.7 | Prepare CNO word document for the thirty-first management fee document for November fees and expenses. |
| Rich Carter | 3/6/2017 | 0.6 | Prepare CNO word document for the thirty-second management fee document for December fees and expenses. |
| Rich Carter | 3/7/2017 | 0.2 | Prepare E-Side invoice for December monthly management fees. |
| Rich Carter | 3/7/2017 | 0.2 | Prepare E-Side invoice for November monthly management fees. |
| Rich Carter | 3/8/2017 | 0.2 | Prepare E-Side invoice package for November monthly management fees. |
| Rich Carter | 3/8/2017 | 0.2 | Prepare E-Side invoice package for December monthly management fees. |
| Rich Carter | 3/17/2017 | 0.1 | Email communication with C. Andres (GK); re: fee committee letter for 8th interim. |
| Rich Carter | 3/17/2017 | 0.1 | Prepare/send zip file containing receipts associated with 8th interim to fee committee, per their request. |
| Mary Napoliello | 3/28/2017 | 1.4 | Work on January fee statement. |
| Rich Carter | 3/29/2017 | 1.2 | Prepare E-side invoice for 7th interim management fee at the request of senior director. |
| Jodi Ehrenhofer | 4/3/2017 | 0.2 | Review final draft of invoices for 7th interim fee application. |
| Rich Carter | 4/3/2017 | 0.1 | Update 7th interim fee application worksheet to include expenses reduction in amounts by code. |
| Mary Napoliello | 4/7/2017 | 1.2 | Prepare first draft of January exhibits and send to J. Ehrenhofer (A&M). |
| Jodi Ehrenhofer | 4/17/2017 | 0.7 | Review updated draft of Exhibit H to 9th interim fee application prepared by M. Napoliello (A&M). |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mary Napoliello | 4/18/2017 | 0.2 | Follow-up on outstanding billing questions |
| Mary Napoliello | 4/20/2017 | 0.7 | Incorporate edits to exhibits and prepare revised exhibits. |
| Rich Carter | 4/24/2017 | 2.2 | Prepare E-Side management fee statement for January 2017. |
| Rich Carter | 4/25/2017 | 0.4 | Prepare E-Side management fee statement package for January 2017 with updated exhibits prepared by internal team. |
| **Subtotal** | | **25.5** | |

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Peyton Heath | 1/3/2017 | 0.2 | Email correspondence with G. Gosset (the Company) and B. Stephany (K&E) re: trial balance to be used in liquidation analysis expert report refresh. |
| Peyton Heath | 1/3/2017 | 0.1 | Email correspondence with N. Patel (EVR) re: updated materials for liquidation analysis expert report refresh. |
| Peyton Heath | 1/7/2017 | 1.9 | Update EFIH and EFH debt schedules for September 2016 balance sheet in connection with liquidation analysis expert report refresh. |
| Peyton Heath | 1/7/2017 | 2.7 | Update entity level claims mapping / waterfalls for September 2016 balance sheet in connection with liquidation analysis expert report refresh. |
| Peyton Heath | 1/7/2017 | 2.9 | Update entity level asset mapping / waterfalls for September 2016 balance sheet in connection with liquidation analysis expert report refresh. |
| Peyton Heath | 1/8/2017 | 2.1 | Update claims summaries / other outputs for presentation in connection with liquidation analysis expert report refresh. |
| Peyton Heath | 1/8/2017 | 1.2 | Update EFH and EFIH expected cash and administrative claims numbers in connection with liquidation analysis expert report refresh. |
| Peyton Heath | 1/8/2017 | 2.4 | Update EFIH and EFH debt schedules for postpetition interest and makewhole assumptions in connection with liquidation analysis expert report refresh. |
| Peyton Heath | 1/8/2017 | 2.8 | Update the liquidation analysis expert report presentation in connection with the September 2016 refresh. |
| Peyton Heath | 1/9/2017 | 0.3 | Final review of liquidation analysis expert report presentation first draft, send to J. Stuart (A&M) for review. |
| Peyton Heath | 1/9/2017 | 0.9 | Continue to refresh the liquidation analysis expert report presentation. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Peyton Heath | 1/9/2017 | 1.5 | Review updated liquidation analysis expert report presentation against previous version for issues / material changes. |
| Peyton Heath | 1/9/2017 | 0.4 | Update liquidation analysis expert report presentation for findings from review against previous version. |
| Peyton Heath | 1/10/2017 | 0.3 | Research / respond to J. Stuart (A&M) re: makewhole assumptions. |
| Peyton Heath | 1/12/2017 | 2.2 | Update liquidation analysis model for no makewhole scenario, update liquidation analysis expert report presentation re: same. |
| Peyton Heath | 1/13/2017 | 1.5 | Update liquidation analysis expert report model / presentation for comments from discussions with J. Stuart (A&M) and K&E team. |
| Peyton Heath | 1/13/2017 | 0.5 | Call with B. Stephany (K&E), M. Thompson (K&E) and J. Stuart (A&M) re: liquidation analysis expert report assumptions. |
| Peyton Heath | 1/13/2017 | 0.2 | Email correspondence with N. Patel (EVR) re: EFH LBO claim assumptions. |
| Peyton Heath | 1/13/2017 | 1.0 | Review draft liquidation analysis expert report presentation with J. Stuart (A&M). |
| Peyton Heath | 1/13/2017 | 0.1 | Email correspondence with J. Hunt (the Company) re: adjusted balance sheet file for updated disc ops splits. |
| Peyton Heath | 1/18/2017 | 0.2 | Email correspondence with J. Hunt (the Company) re: adjusted balance sheet file for updated disc ops splits, update model / presentation accordingly. |
| John Stuart | 1/19/2017 | 2.5 | Review expert report with B. Stephany at K&E offices New York. |
| Peyton Heath | 1/19/2017 | 1.0 | Call with B. Stephany (K&E) and M. Thompson (K&E) re: liquidation analysis expert report comments/edits. |
| Peyton Heath | 1/19/2017 | 0.4 | Call with B. Stephany (K&E) re: professional fee question in connection with the liquidation analysis expert report. |
| Peyton Heath | 1/19/2017 | 0.9 | Update liquidation analysis expert report presentation per comments from B. Stephany (K&E) and M. Thompson (K&E), send to K&E team for review. |
| Peyton Heath | 1/20/2017 | 0.5 | Gather discovery files in connection with the liquidation analysis expert report refresh, including email correspondence re: same. |
| Peyton Heath | 1/20/2017 | 1.9 | Review comments from M. Thompson re: draft liquidation analysis expert report presentation, edit presentation for same. |
| Peyton Heath | 1/26/2017 | 0.8 | Research / respond to B. Stephany (K&E) re: asbestos question in connection with the liquidation analysis expert report presentation. |
| Peyton Heath | 2/3/2017 | 1.9 | Prepare initial draft of liquidation analysis written direct. |
| Peyton Heath | 2/8/2017 | 1.0 | Call with B. Stephany (K&E), M. Thompson (K&E) and J. Stuart (A&M) to review written direct. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Peyton Heath | 2/8/2017 | 1.1 | Revise liquidation analysis written per comments from K&E team. |
| John Stuart | 2/9/2017 | 1.0 | Review intercompany and other demonstratives in connection with written direct prepared by P. Heath (A&M). |
| John Stuart | 2/9/2017 | 0.5 | Call to review written direct with K&E litigation team. |
| Peyton Heath | 2/9/2017 | 1.5 | Research asbestos debtors intercompany claims in connection to the written direct. |
| John Stuart | 2/10/2017 | 1.0 | Meeting with P. Heath (A&M) to discuss demonstratives for testimony. |
| John Stuart | 2/10/2017 | 0.5 | Call with M. Thompson (K&E) to provide final edits to written direct. |
| John Stuart | 2/10/2017 | 1.5 | Review final draft of written direct in advance of distribution. |
| John Stuart | 2/10/2017 | 1.0 | Call with K&E to finalize written direct and review open issues / edits. |
| Peyton Heath | 2/10/2017 | 0.5 | Call with B. Stephany (K&E), M. Thompson (K&E) and J. Stuart (A&M) to review written direct open items. |
| Peyton Heath | 2/10/2017 | 1.2 | Edit written direct per comments from K&E team and J. Stuart (A&M). |
| John Stuart | 2/11/2017 | 0.5 | Review final draft of written direct in advance of distribution. |
| John Stuart | 2/11/2017 | 0.5 | Correspondence with M. Thompson / B. Stephany (K&E) re: final edits to written direct. |
| Peyton Heath | 2/11/2017 | 1.6 | Prepare written direct scenario exhibits per J. Stuart (A&M). |
| Peyton Heath | 2/11/2017 | 0.5 | Call with B. Stephany (K&E), M. Thompson (K&E) and J. Stuart (A&M) to review written direct open items. |
| Peyton Heath | 2/13/2017 | 0.4 | Respond to asbestos intercompany questions from B. Stephany (K&E). |
| **Subtotal** | | **49.6** | |

## Travel Time

| Professional | Date | Hours | Activity |
|---|---|---|---|
| John Stuart | 2/16/2017 | 1.0 | 50% of travel from Wilmington, DE to Dallas, TX. |
| **Subtotal** | | **1.0** | |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## UST Reporting Requirements

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Kevin Sullivan | 1/3/2017 | 1.9 | Update the November MOR; add MOR-2, add MOR-3 and add all the professional voucher to MOR-1c. |
| Kevin Sullivan | 1/4/2017 | 0.2 | Advise Company on 4Q2016 US Trustee fees and upcoming TCEH Quarterly Operating Report. |
| Kevin Sullivan | 1/5/2017 | 0.3 | Add MOR-1 and MOR-4 Rider to the November MOR and circulate the draft for review. |
| Kevin Sullivan | 1/9/2017 | 0.4 | Update the November MOR and circulate a draft for review. |
| Kevin Sullivan | 1/10/2017 | 0.1 | Advise RLF on timing of filing November MOR. |
| Kevin Sullivan | 1/18/2017 | 0.5 | Create the draft of the December EFH/EFIH MOR. |
| Kevin Sullivan | 1/19/2017 | 1.2 | Create the cash disbursements, by Debtor, for December and update the draft of the December MOR-1b for these disbursements. |
| Kevin Sullivan | 1/19/2017 | 1.1 | Prepare calculations for the US Trustee fees for the 4Q2016 disbursements. |
| Kevin Sullivan | 1/20/2017 | 0.2 | Create report for potential use in MOR amendment. |
| Kevin Sullivan | 1/20/2017 | 0.3 | Discuss a change to the October MOR with C. Dobry (RLF). |
| Kevin Sullivan | 1/20/2017 | 0.3 | Discuss a change to the October MOR with RLF. |
| Kevin Sullivan | 1/24/2017 | 0.4 | Discuss the payment of TCEH and EFH/EFIH 4Q16 US Trustee fees with both RLF and the Company. |
| Kevin Sullivan | 2/8/2017 | 2.7 | Add the professional fee payments to MOR-1c. |
| Kevin Sullivan | 3/6/2017 | 0.9 | Update the December MOR draft. |
| Kevin Sullivan | 3/17/2017 | 0.3 | Follow-up with the Company re: timing for filing the December MOR and 4Q16 QOR. |
| Kevin Sullivan | 3/28/2017 | 0.4 | Update the MOR-1c of the December MOR based on comments received from K&E. |
| Kevin Sullivan | 4/4/2017 | 0.3 | Multiple emails with RLF and the Company over the target date to file the December 2016 EFH/EFIH MOR. |
| Kevin Sullivan | 4/5/2017 | 0.4 | Update the draft of the December MOR by adding MOR-2 and MOR-3. |
| Kevin Sullivan | 4/5/2017 | 2.3 | Create MOR-1c for the January 2017 MOR. |
| Kevin Sullivan | 4/6/2017 | 0.4 | Provide the client with a detailed explanation of an issue with the January MOR-1c data. |
| Kevin Sullivan | 4/6/2017 | 0.3 | Multiple emails with counsel and client re: TCEH 4Q16 QOR. |
| Kevin Sullivan | 4/6/2017 | 0.2 | Incorporate data from vendor for MOR-1c. |

*Exhibit H*

**Combined - Energy Future Holdings Corp., et al.,**
**Time Detail by Activity by Professional**
**January 1, 2017 through April 30, 2017**

## UST Reporting Requirements

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Kevin Sullivan | 4/7/2017 | 0.1 | Provide a draft of the December MOR to the client. |
| Kevin Sullivan | 4/10/2017 | 0.2 | Update the December MOR-4 Rider information. |
| Kevin Sullivan | 4/12/2017 | 0.7 | Update the December MOR-1c for new information provided by the Company. |
| Kevin Sullivan | 4/13/2017 | 0.2 | Prepare final December MOR for filing with the Court. |
| Kevin Sullivan | 4/17/2017 | 0.2 | Research answers to the Debtors Questionnaire for January and February MORs. |
| Kevin Sullivan | 4/17/2017 | 0.7 | Create report of US Trustee fees, by Debtor, for 1Q17 for Company. |
| Kevin Sullivan | 4/20/2017 | 0.4 | Update the January MOR by completing MOR-4 and MOR-5. |
| Kevin Sullivan | 4/21/2017 | 0.2 | Prepare summary of January MOR to K&E for review. |
| Kevin Sullivan | 4/21/2017 | 0.5 | Update the January MOR by completing MOR-1 and MOR-1a. |
| Kevin Sullivan | 4/21/2017 | 0.6 | Update the January MOR for new information provided by the Company for MOR-1c. |
| Kevin Sullivan | 4/24/2017 | 0.2 | Prepare final January MOR for filing with the Court. |
| Kevin Sullivan | 4/26/2017 | 0.2 | Provide a draft of the February MOR to K&E for review. |
| Kevin Sullivan | 4/26/2017 | 2.1 | Update the February MOR with new data for - MOR-1, MOR-2, MOR-3, MOR-4 (AP aging table)and MOR-5 (AR aging table). |
| Kevin Sullivan | 4/28/2017 | 0.2 | Prepare final February MOR for filing with the Court. |
| **Subtotal** | | **21.6** | |
| | | | |
| ***Grand Total*** | | **270.9** | |