*Exhibit I*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2017 through April 30, 2017*

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 1/18/2017 | $708.40 | Airfare roundtrip coach Dallas/New York. |
| **Expense Category Total** | | **$708.40** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 1/18/2017 | $477.68 | Hotel in New York - 1 night. |
| John Stuart | 2/15/2017 | $600.00 | Hotel in Philadelphia - 2 nights. |
| **Expense Category Total** | | **$1,077.68** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 2/15/2017 | $40.00 | Out of town dinner - J. Stuart. |
| **Expense Category Total** | | **$40.00** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 1/18/2017 | $15.00 | Taxi in New York. |
| John Stuart | 1/18/2017 | $72.00 | Taxi from LaGuardia to counsel. |
| John Stuart | 1/19/2017 | $76.94 | Parking at Dallas Airport. |
| John Stuart | 1/19/2017 | $69.43 | Taxi to LaGuardia. |
| John Stuart | 2/14/2017 | $126.32 | Taxi in Philadelphia. |
| **Expense Category Total** | | **$359.69** | |
| *Grand Total* | | **$2,185.77** | |