## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>                Debtors.<br><br>DELAWARE TRUST COMPANY, as TCEH First Lien Indenture Trustee,<br><br>                Plaintiff,<br><br>-against-<br><br>WILMINGTON TRUST, N.A., as First Lien Collateral Agent and First Lien Administrative Agent, *et al.*,<br><br>                Defendants,<br><br>-and-<br><br>MORGAN STANLEY CAPITAL GROUP INC., J. ARON & COMPANY, and TITAN INVESTMENT HOLDINGS LP,<br><br>                Intervenors. | Chapter 11<br>Case No. 14-10979-CSS<br>(Jointly Administered)<br><br><br>Adversary Proceeding<br>No. 15-51239-CSS |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF SCOTT CZERWONKA AS COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC.

**PLEASE TAKE NOTICE** that the appearance of Scott Czerwonka as counsel for Morgan Stanley Capital Group Inc. is hereby withdrawn. Counsel requests that Scott Czerwonka be removed from any applicable service lists in the above-captioned matters on behalf of Morgan Stanley Capital Group Inc.

EAST\142298086.1

**PLEASE TAKE FURTHER NOTICE** that Morgan Stanley Capital Group Inc. will continue to be represented by undersigned counsel.

| | |
|---|---|
| Dated: June 15, 2017 | DLA PIPER LLP (US) |
| | |
| | By: */s/ Ashley R. Altschuler* |
| | Ashley R. Altschuler (No. 3803) |
| | R. Craig Martin (No. 5032) |
| | 1201 North Market Street, Suite 2100 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 468-5700 |
| | Facsimile: (302) 394-2341 |
| | ashley.altschuler@dlapiper.com |
| | craig.martin@dlapiper.com |
| | |
| | -AND- |
| | |
| | CADWALADER, WICKERSHAM & TAFT LLP |
| | Howard R. Hawkins, Jr. (admitted *pro hac vice*) |
| | Ellen M. Halstead (admitted *pro hac vice*) |
| | Michele Maman (admitted *pro hac vice*) |
| | Thomas J. Curtin (admitted *pro hac vice*) |
| | One World Financial Center |
| | New York, New York 10281 |
| | Telephone: (212) 504-6000 |
| | Facsimile: (212) 504-6666 |
| | howard.hawkins@cwt.com |
| | ellen.halstead@cwt.com |
| | nrichele.maman@cwt.com |
| | thomas.curtin@cwt.com |
| | |
| | Mark C. Ellenberg (admitted *pro hac vice*) |
| | 700 Sixth Street, NW |
| | Washington, DC 20001 |
| | Telephone: (202) 862-2200 |
| | Facsimile: (202) 862-2400 |
| | mark.ellenberg@cwt.com |
| | |
| | *Counsel for Morgan Stanley Capital Group Inc.* |