**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>             Debtors.<br><br><br><br>DELAWARE TRUST COMPANY, as TCEH<br>First Lien Indenture Trustee,<br><br>             Plaintiff,<br><br>       -against-<br><br>WILMINGTON TRUST, N.A., as First Lien<br>Collateral Agent and First Lien Administrative<br>Agent, *et al.*,<br><br>             Defendants,<br><br>       -and-<br><br>MORGAN STANLEY CAPITAL GROUP INC., J.<br>ARON & COMPANY, and TITAN INVESTMENT<br>HOLDINGS LP,<br><br>             Intervenors. | Chapter 11<br>Case No. 14-10979-CSS<br>(Jointly Administered)<br><br><br>Adversary Proceeding<br>No. 15-51239-CSS |

**CERTIFICATE OF SERVICE**

      I, Ashley R. Altschuler, hereby certify that on June 15, 2017, I caused a true and correct

copy of the *Notice of Withdrawal of Appearance of Scott Czerwonka as Counsel to Morgan*

*Stanley Capital Group Inc.* to be served upon the parties on the attached service list in the

manner indicated.

*Hand Delivery*
Neil B. Glassman, Esq.
GianClaudio Finizio, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Joseph H. Huston, Jr., Esq.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Michael David DeBaecke, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Jarrett Vine, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Bradley R. Aronstam, Esq.
Benjamin J. Schladweiler, Esq.
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801

Mark E. Felger
Simon E. Fraser
Cozen O'Connor
1201 North Market Street Suite 1001
Wilmington, DE 19801

*First Class Mail*
Thomas J. Curtin, Esq.
Ellen M. Halstead, Esq.
Howard R. Hawkins, Jr., Esq.
Michele Maman, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

EAST\144711464.1

Michael S. Kim, Esq.
Jeremy C. Hollembeak, Esq.
Benjamin J.A. Sauter, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Mark C. Ellenberg, Esq.
Cadwalader Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001

George Davis, Esq.
Jonathan Rosenberg, Esq.
Daniel S. Shamah, Esq.
O'Melveny & Myers LLP
7 Times Square
Times Square Tower
New York, NY 10036

Peter Friedman, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Brett H. Miller, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

James Michael Peck, Esq.
Todd M. Goren, Esq.
Schulte Roth & Zabel LLP
250 West 55th Street
New York, NY 10019

Salvatore A. Romanello, Esq.
Ronit J. Berkovich, Esq.
Jessica Liou, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas Ross Hooper, Esq.
Mark D. Kotwick, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

David R. Singh, Esq.
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065


Dated: June 15, 2017                    DLA PIPER LLP (US)

By:  */s/ Ashley R. Altschuler*
Ashley R. Altschuler (No. 3803)
R. Craig Martin (No. 5032)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
ashley.altschuler@dlapiper.com
craig.martin@dlapiper.com

*Counsel for Morgan Stanley Capital Group Inc.*