**Exhibit D**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Professional Person | Position with the Applicant | Fees Billed In this application | Hours Billed In this application | Hourly Rate Billed | | Fees Billed |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In this Application | In the first Interim Application | In this application at First Interim Application billing rate |
| Gary Germeroth | Managing Director | 8.50 | $6,120.00 | $720 | $720 | $6,120.00 |
| Dave Andrus | Director | 29.50 | $19,027.50 | $645 | n/a | n/a |
| Paul Harmon | Director | 2.00 | $1,150.00 | $575 | $575 | $1,150.00 |
| Buck Monday | Managing Consultant | 3.00 | $1,350.00 | $450 | $450 | $1,350.00 |
| Nathan Pollak | Managing Consultant | 1.00 | $460.00 | $460 | $405 | $405.00 |
| Samuel Schreiber | Managing Consultant | 3.00 | $1,365.00 | $455 | $455 | $1,365.00 |
| Laura Hatanaka | Consultant | 7.00 | $2,730.00 | $390 | $390 | $2,730.00 |
| Pamela Morin | Consultant | 1.40 | $532.00 | $380 | $380 | $532.00 |
| | Totals:[1] | 55.40 | $32,734.50 | $590.88 | | |

---

[1] Blended hourly rate shown.