**Exhibit E**

**Summary of Actual and Necessary Expenses for the Fee Period**

| **Expense[1]** | **Amount** |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Vehicle Rental | $0.00 |
| Copies & Postage | $0.00 |
| Other | $44.00 |
| **Totals:** | **$44.00** |

---

[1] Travel expense categories included in this table have been summarized compared to the Detailed Description of Expenses Incurred (Exhibit H).

RLF1 17712004v.1