## Exhibit G

**Detailed Description of Services Provided**

FILSINGER ENERGY PARTNERS
EXHIBIT G

| Date | Project | Employee | Title | Rate | Matter | Hours | Fees | Narrative |
|---|---|---|---|---|---|---|---|---|
| 4/3/2017 | Energy Future Holdings | Pam Morin | Consultant | $380 | 22 | 0.30 | $114.00 | Fee Application-Invoice for 7th interim statement |
| 4/3/2017 | Energy Future Holdings | Pam Morin | Consultant | $380 | 22 | 0.30 | $114.00 | Fee Application-Prepare estimate |
| 4/10/2017 | Energy Future Holdings | Buck Monday | Managing Consultant | $450 | 17 | 1.00 | $450.00 | Field Inspections-Conference discussing possible Oncor Field work |
| 4/10/2017 | Energy Future Holdings | Buck Monday | Managing Consultant | $450 | 17 | 1.00 | $450.00 | Field Inspections-Review of past field work |
| 4/10/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 32 | 1.00 | $645.00 | Transmission and Distribution Charge Analysis-Status update and research |
| 4/10/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 17 | 1.00 | $645.00 | Participation, Preparation and Follow-Up to Site Visits-Discussion of filed work updates |
| 4/10/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 20 | 1.00 | $720.00 | Transmission Operations-Meeting to determine course of action related to updating Oncor cash flow evaluation |
| 4/10/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 20 | 0.50 | $360.00 | Distribution Operations-Meeting to update underlying fieldwork materials on distribution assets |
| 4/10/2017 | Energy Future Holdings | Nathan Pollak | Managing Consultant | $460 | 25 | 1.00 | $460.00 | Field Inspections-Review Oncor data collection plan with FEP team |
| 4/10/2017 | Energy Future Holdings | Paul Harmon | Director | $575 | 17 | 1.00 | $575.00 | Participation, Preparation and Follow-Up to Site Visits-Oncor Valuation Review discussion |
| 4/10/2017 | Energy Future Holdings | Sam Schreiber | Managing Consultant | $455 | 14 | 1.50 | $682.50 | Field Inspections-Review status of previous fieldwork and develop analysis of fieldwork timing |
| 4/10/2017 | Energy Future Holdings | Sam Schreiber | Managing Consultant | $455 | 25 | 0.50 | $227.50 | Operating Reports-Review PUC hearings and public statements |
| 4/10/2017 | Energy Future Holdings | Sam Schreiber | Managing Consultant | $455 | 33 | 0.50 | $227.50 | Internal Conference Call Participation-Status call with team to discuss next steps |
| 4/11/2017 | Energy Future Holdings | Buck Monday | Managing Consultant | $450 | 17 | 1.00 | $450.00 | Field Inspections-Conference discussing possible fieldwork plan |
| 4/11/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 32 | 5.00 | $3,225.00 | Transmission and Distribution Charge Analysis-Rate Case filing review |
| 4/11/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 17 | 1.00 | $645.00 | Participation, Preparation and Follow-Up to Site Visits-Discussion of field work updates |
| 4/11/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 17 | 2.00 | $1,290.00 | Participation, Preparation and Follow-Up to Site Visits-Review of previous field work |
| 4/11/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 13 | 1.00 | $720.00 | Field Inspections-Call to determine methodology for field work |
| 4/11/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 18 | 2.00 | $1,440.00 | Project Management-Derive a monthly estimate for expected costs |
| 4/11/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 25 | 2.00 | $1,440.00 | Rate of Return Analysis-Initial review of March 2017 Oncor rate case filing |
| 4/11/2017 | Energy Future Holdings | Paul Harmon | Director | $575 | 17 | 1.00 | $575.00 | Participation, Preparation and Follow-Up to Site Visits-Reviewed status of previous Oncor Fieldwork |
| 4/11/2017 | Energy Future Holdings | Pam Morin | Consultant | $380 | 22 | 0.30 | $114.00 | Fee Application-Compile information for May budget |
| 4/12/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 32 | 4.00 | $2,580.00 | Transmission and Distribution Charge Analysis-Rate Case filing review |
| 4/12/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 32 | 2.00 | $1,290.00 | Transmission and Distribution Charge Analysis-Rate case calculations |
| 4/12/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 17 | 1.00 | $645.00 | Participation, Preparation and Follow-Up to Site Visits-Review of previous field work |
| 4/12/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 13 | 1.00 | $720.00 | Rate of Return Analysis-Review draft summary of proposed Oncor rate case filing with Texas Public Utility Commission |
| 4/12/2017 | Energy Future Holdings | Pam Morin | Consultant | $380 | 22 | 0.50 | $190.00 | Fee Application-Updated information for May budget |
| 4/13/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 32 | 4.00 | $2,580.00 | Transmission and Distribution Charge Analysis-Rate Case filing review and summary |
| 4/13/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 32 | 2.50 | $1,612.50 | Transmission and Distribution Charge Analysis-Rate case calculations |
| 4/13/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 13 | 0.50 | $360.00 | Rate of Return Analysis-Research and adjust analysis of impact on residential ratepayers under the proposed Oncor rate case |
| 4/13/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 25 | 0.50 | $360.00 | Cash Flow Analysis-Attend Texas Public Utility Commission hearing telephonically to disseminate final adjudication of the potentail purchase of Oncor by NextEra |
| 4/13/2017 | Energy Future Holdings | Sam Schreiber | Managing Consultant | $455 | 25 | 0.50 | $227.50 | Operating Reports-Read and assess PUC ruling |
| 4/14/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 32 | 4.00 | $2,580.00 | Transmission and Distribution Charge Analysis-Rate Case filing review and summary |
| 4/14/2017 | Energy Future Holdings | Dave Andrus | Director | $645 | 32 | 2.00 | $1,290.00 | Transmission and Distribution Charge Analysis-Rate case calculations |
| 4/21/2017 | Energy Future Holdings | Laura Hatanaka | Consultant | $390 | 13 | 2.00 | $780.00 | Transmission Operations-Pull 2014 and 2015 T&D sites that scored low in 2016 |
| 4/21/2017 | Energy Future Holdings | Laura Hatanaka | Consultant | $390 | 13 | 2.00 | $780.00 | Transmission Operations-Pull 2016 T&D sites with low scores |
| 4/21/2017 | Energy Future Holdings | Laura Hatanaka | Consultant | $390 | 13 | 3.00 | $1,170.00 | Documentation-Site and map all low scoring T&D sites to be revisited |
| | | | | | **Total:** | **55.40** | **$32,734.50** | |