# EXHIBIT A

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
JANUARY 1, 2017    THROUGH APRIL 30, 2017

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 5.00 | $2,550.00 |
| | | | 5.00 | $2,550.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 5.20 | $1,742.00 |
| KEVIN M. CAPUZZI | (KMC) | $335.00 | 3.00 | $1,005.00 |
| | | | 8.20 | $2,747.00 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 17.50 | $4,987.50 |
| | | | 17.50 | $4,987.50 |
| | | TOTAL: | 30.70 | $10,284.50 |

Combined Average Hourly Rate:   $335.00

**TAB 1**

Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/17/17 | CAH | Calendar dates and send notifications to W. Alleman and J. Hoover | 0.30 |
| 02/21/17 | CAH | Update chart of important dates and send to K. Boucher to review and add information as needed. | 0.20 |
| 02/22/17 | CAH | Confer with K. Boucher regarding time line for all professionals' filings and upcoming dates to note; confer with J. Hoover on same | 0.20 |
| 02/23/17 | JRH | Review of pending matters with C. Hartman | 0.50 |
| 02/23/17 | CAH | Update docket to system | 0.10 |
| 02/28/17 | CAH | Email Notices for Fee Committee and G&K's fee applications to K. Boucher for review | 0.10 |
| 04/27/17 | CAH | Update docket and download pertinent pleadings | 0.20 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 0.50 | $255.00 |
| | | | 0.50 | $255.00 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 1.10 | $313.50 |
| | | | 1.10 | $313.50 |
| | | TOTAL: | 1.60 | $568.50 |

**TAB 2**

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/08/17 | WMA | E-mail K. Stadler regarding local rule change for expense reimbursements | 0.20 |
| 02/15/17 | CAH | Review of email from K. Boucher concerning filing of fee applications on March 7, 2016; review history and respond to same | 0.30 |
| 02/16/17 | WMA | E-mail C. Hartman and K. Boucher regarding deadline to file fee applications for 3/28 hearing | 0.10 |
| 02/16/17 | CAH | Email with K. Boucher regarding objection deadline; draft notice for Godfrey & Kahn's and Gitlin's fee applications | 0.50 |
| 02/22/17 | CAH | Confer with S. Houchins regarding upcoming fee application and time period for same | 0.20 |
| 03/02/17 | JRH | Review of emails with C. Hartman and K. Stadler regarding filings | 0.20 |
| 03/02/17 | CAH | Confer with K. Boucher regarding timing of Godfrey & Kahn's and Gitlin's fee applications | 0.20 |
| 03/07/17 | JRH | Review Godfrey & Kahn 6th interim fee application and Gitlin & Co. interim fee application | 0.50 |
| 03/07/17 | WMA | Review and coordinate filing of Godfrey & Kahn interim fee application | 0.40 |
| 03/07/17 | WMA | Review and comment and coordinate filing of Gitlin's interim fee application and confer with C. Hartman regarding same | 0.30 |
| 03/07/17 | CAH | Assemble Sixth Interim Fee application for Godfrey & Kahn and for Gitlin & Co., as fee committee member for review (.50); incorporate W.  Alleman comments and prepare same for filing (.70); file same and send to GCG for service (.30) | 1.50 |
| 03/08/17 | WMA | Conference with C. Hartman regarding fee binder and charts for 3/28 hearing | 0.20 |
| 03/08/17 | CAH | Create Fee Binder for Court, including all fees applications filed by Fee Committee and its counsel for this fee period (1.4); draft fee chart and review of same with W. Alleman to explain interim fees and costs received by Benesch (.8); send to K. Boucher to | 2.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| | | add any information on reductions by Gitlin or Godfrey & Kahn (.2) | |
| 03/09/17 | CAH | Confirm with Godfrey & Kahn of write off of fees and adjust Fee Chart; forward fee binder to W. Alleman to review | 0.40 |
| 03/13/17 | WMA | Review and comment on proposed fee binder to be delivered to chambers and conf. with C. Hartman regarding same | 0.20 |
| 03/13/17 | CAH | Confer with W. Alleman regarding Fee Binder, incorporate revisions, send same to Court | 0.30 |
| 03/21/17 | JRH | Review filing of court summary report and coordinate with C. Hartman | 0.30 |
| 03/21/17 | WMA | E-mails with K. Boucher regarding fee summary and courthouse question | 0.10 |
| 03/21/17 | CAH | Review of emails to and from Godfrey & Kahn concerning the filing of the Fee Report | 0.30 |
| 03/22/17 | JRH | Review draft documents and attention to filing | 0.30 |
| 03/22/17 | WMA | Review and coordinate filing of report on final fee application; confer in part with C. Hartman regarding same | 0.40 |
| 03/23/17 | CAH | Email to Debtors' counsel and email to Court regarding the Fee Committee report; email to PGMH regarding same; email to Godfrey & Kahn regarding same and Court not wanting extra copy of report; will wait for binder | 0.40 |
| 03/24/17 | CAH | Telephone call with K. Boucher regarding hearing and PGMH fee application | 0.30 |
| 03/27/17 | JRH | Review and coordinate filing of COC and hearing issues | 0.30 |
| 03/27/17 | WMA | Review and revise draft CoC and revised compensation orders; e-mails with J. Hoover, C. Hartman, K. Caupzzi regarding same | 0.50 |
| 03/27/17 | KMC | Review certification of counsel regarding revised fee order and review orders | 0.20 |
| 03/27/17 | KMC | Coordinate filing and service of certification of counsel | 0.10 |
| 03/27/17 | CAH | Create hearing binder for K. Capuzzi and provide 2 copies of agenda | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/27/17 | CAH | Telephone call with K. Boucher and confer with K. Capuzzi regarding additional filing that needs to be completed; email to W. Alleman concerning same | 0.50 |
| 03/27/17 | CAH | Draft certification of counsel for amended interim and final fee orders and provide to W. Alleman for review; confer with K. Boucher as to naming of exhibits for certification | 0.50 |
| 03/27/17 | CAH | Work with W. Alleman, K. Stadler and K. Boucher to see draft filing complete (.5); file same and serve on PGMH (.3); send copy to DLS to deliver to Chambers first thing in am (.1) | 0.90 |
| 03/28/17 | CAH | Assist with preparation for hearing on fees | 0.30 |
| 03/28/17 | CAH | Confer with K. Capuzzi regarding hearing; exchange of emails with K. Boucher and W. Alleman regarding outcome | 0.30 |
| 03/29/17 | WMA | Review and comment on CoC and revised order for KPMG fees and coordinate filing of same | 0.50 |
| 03/29/17 | CAH | File Certification of Counsel regarding KPMG final fee Order and coordinate delivery to chambers | 0.40 |
| 04/03/17 | CAH | Update docket to system and download fee orders | 0.20 |
| 04/13/17 | CAH | Download PGMH final fee application and send to Garden City Group for service | 0.30 |

.

.

.

.

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 1.60 | $816.00 |
| | | | 1.60 | $816.00 |
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 2.90 | $971.50 |
| KEVIN M. CAPUZZI | (KMC) | $335.00 | 0.30 | $100.50 |
| | | | 3.20 | $1,072.00 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 10.60 | $3,021.00 |
| | | | 10.60 | $3,021.00 |
| | | TOTAL: | 15.40 | $4,909.00 |

TAB 3

Fee Applications -- Benesch

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/04/17 | CAH | Revise dates on November fee statement and resend to C. Andres for review; email to J. Vaccaro to update excel sheet on case | 0.20 |
| 02/14/17 | JRH | Review of time detail and confer with C. Hartman regarding preparation of fee application | 0.50 |
| 02/15/17 | WMA | Review e-mails from K. Boucher, C. Hartman regarding interim fee applications | 0.10 |
| 02/16/17 | JRH | Coordinate with co-counsel regarding filing of 6th interim fee application and internal emails regarding same | 0.30 |
| 02/16/17 | CAH | Review and revise first interim fee application for Benesch | 0.40 |
| 02/17/17 | CAH | Finalize application; forward to J. Hoover for review | 0.30 |
| 02/20/17 | JRH | Review and revise Energy Futures fee application | 0.50 |
| 02/23/17 | WMA | Review e-mail from Kirkland regarding professional fee reserves and e-mail C. Hartman regarding same | 0.10 |
| 02/23/17 | CAH | Draft combined November-December Fee Statement | 0.50 |
| 02/23/17 | CAH | As per K. Boucher, draft Second Interim Fee Application | 0.80 |
| 02/24/17 | JRH | Coordinate with C. Hartman regarding filing fee application | 0.20 |
| 02/24/17 | CAH | Review of forwarded email (from E Side Debtor) from W. Alleman and calculate amounts possibly due; email response with various questions on timing of continued retention and estimated fees that would accrue | 0.40 |
| 02/27/17 | JRH | Emails with co-counsel regarding schedule for final fee applications, etc. | 0.30 |
| 02/27/17 | WMA | E-mails with C. Hartman and K. Stadler regrading Debtors' request regarding fee estimates and allocation matters | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/27/17 | CAH | Respond to email from J. Hoover regarding fees and respond to her and W. Alleman; email to K. Stadler regarding extension of time to file final fee applications for Fee Committee and its counsel | 0.40 |
| 02/28/17 | JRH | Confer with C. Hartman regarding filing fee application | 0.50 |
| 02/28/17 | CAH | Confer with K. Boucher and scan and file Benesch First Interim Fee application; send to GCG to serve | 0.30 |
| 03/03/17 | JRH | Emails with C. Hartman and W. Alleman regarding professional fee reserve issues | 0.10 |
| 03/03/17 | WMA | E-mails with C. Hartman and J. Hoover regarding professional fee reserve issues | 0.10 |
| 03/03/17 | WMA | E-mail Kirkland with fee estimates | 0.30 |
| 03/10/17 | WMA | Conf. with C. Hartman regarding Benesch monthly and interim fee applications | 0.10 |
| 03/13/17 | WMA | Review and comment on draft Benesch monthly fee application | 0.60 |
| 03/13/17 | WMA | Review and comment on draft Benesch interim fee application | 0.30 |
| 03/13/17 | CAH | Confer with W. Alleman regarding Fee applications | 0.10 |
| 03/13/17 | CAH | Send email to C. Andres regarding filing of fee applications on Wednesday morning | 0.10 |
| 03/15/17 | JRH | Review and comment on fee application | 0.50 |
| 03/15/17 | CAH | Revise November-December and Second Interim Fee Applications as per W. Alleman | 0.70 |
| 03/15/17 | CAH | After execution by J. Hoover, scan, file and send Combined Monthly Fee Statement of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period from November 1, 2016 Through December 31, 2016 and the Second Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period September 1, 2016 through December 31, 2016 to Garden City Group for service | 0.50 |
| 04/03/17 | WMA | Respond to P. Venter e-mail regarding fee estimates and internal e-mails regarding same | 0.30 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 04/03/17 | CAH | Email with Debtors' representatives regarding payment of Interim fee application; email to accounting regarding outstanding amounts | 0.30 |
| 04/04/17 | CAH | Emails with T-side Debtors and E-side Debtors regarding first interim fee application; emails with J. Vaccaro regarding same | 0.50 |

Fee Applications -- Benesch

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 2.90 | $1,479.00 |
| | | | 2.90 | $1,479.00 |
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 2.30 | $770.50 |
| | | | 2.30 | $770.50 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 5.50 | $1,567.50 |
| | | | 5.50 | $1,567.50 |
| | | TOTAL: | 10.70 | $3,817.00 |

**TAB 4**

Court Appearances

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/23/17 | KMC | Confer with W. Alleman regarding 3.28.2017 hearing | 0.10 |
| 03/27/17 | KMC | Review agenda for 3.28.2017 hearing | 0.20 |
| 03/28/17 | KMC | Prepare for fee hearing | 0.50 |
| 03/28/17 | KMC | Attend fee hearing | 1.70 |
| 03/28/17 | KMC | Confer with W. Alleman regarding fee hearing matters | 0.20 |

Court Appearances

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| KEVIN M. CAPUZZI | (KMC) | $335.00 | 2.70 | $904.50 |
| | | | 2.70 | $904.50 |
| | | TOTAL: | 2.70 | $904.50 |

**TAB 5**

Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/27/17 | CAH | Review Notice of Effective Date of TCEH Debtor and forward further information to W. Alleman | 0.30 |

Plan and Disclosure Statement

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 0.30 | $85.50 |
| | | | 0.30 | $85.50 |
| | | TOTAL: | 0.30 | $85.50 |