# EXHIBIT B

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
JANUARY 1, 2017    THROUGH APRIL 30, 2017

| Expense | Amount |
|---|---|
| Document Reproduction | $4.00 |
| Delivery Fee - Outside | $10.00 |
| Filing Fees | $7.50 |
| Outside Professional Services | $30.25 |
| Court Case Mgmt charges-Pacer | $13.10 |
| TOTAL: | $64.85 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 02/21/17 | CAH | Document Reproduction 2 copies | 0.20 |
| 03/10/17 | CAH | Document Reproduction 38 copies | 3.80 |
| | | TOTAL: | $4.00 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 03/27/17 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 03/13/17 INV. 109865 | 5.00 |
| 04/11/17 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 2 umbrellas | 5.00 |
| | | TOTAL: | $10.00 |

**Filing Fees**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 04/11/17 | CAH | Delivery Fees - Vendor: DLS Discovery, LLC copy | 7.50 |
| | | TOTAL: | $7.50 |

**Outside Professional Services**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 03/31/17 | CAH | Copy and delivery services - Vendor: DLS Discovery, LLC INV. 110114 | 30.25 |
| | | TOTAL: | $30.25 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 02/16/17 | XXX | Court Case Mgmt charges-Pacer | 0.30 |
| 02/16/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 02/16/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 02/27/17 | XXX | Court Case Mgmt charges-Pacer | 0.90 |
| 02/27/17 | XXX | Court Case Mgmt charges-Pacer | 0.30 |
| 03/22/17 | XXX | Court Case Mgmt charges-Pacer | 1.00 |
| 03/22/17 | XXX | Court Case Mgmt charges-Pacer | 0.50 |
| 03/22/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 03/22/17 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 03/22/17 | XXX | Court Case Mgmt charges-Pacer | 0.30 |
| 03/22/17 | XXX | Court Case Mgmt charges-Pacer | 0.60 |
| | | TOTAL: | $13.10 |

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
JANUARY 1, 2017    THROUGH APRIL 30, 2017

| Expense | Amount |
| --- | --- |
| Document Reproduction | $4.00 |
| Delivery Fee - Outside | $10.00 |
| Delivery Fee - Court | $7.50 |
| Outside Professional Services | $30.25 |
| Court Case Mgmt charges-Pacer | $13.10 |
| TOTAL: | $64.85 |