# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Twenty-Ninth Monthly Fee Statement  04/01/2017 through 04/30/2017  D.I. 11240 | $4,471.50 | $7.00 | 06/02/2017 | $3,577.20 | $7.00 | $894.30 |

SL1 1468786v1 109285.00006