# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket No. 11318** |
|  | **Hearing: 6/26/17 @ 12:00 p.m.** |

## RESERVATION OF RIGHTS OF THE EFIH SECOND LIEN TRUSTEE TO MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE, INC. FOR ENTRY OF AN ORDER APPROVING POSTPETITION REPLACEMENT FINANCING

Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacities as indenture trustee (the "**EFIH Second Lien Trustee**") for the senior secured second lien notes (the "**EFIH Second Lien Notes**") issued by Energy Future Intermediate Holding Company LLC, and EFIH Finance, Inc. pursuant to that certain indenture dated April 25, 2011, as supplemented. The EFIH Second Lien Trustee files this reservation of rights (the "**Reservation of Rights**") to the EFIH Debtors' Motion for Entry of an Order Approving Postpetition Replacement Financing [Docket No. 11318] (the "**DIP Motion**").[1]  In further support of this Reservation of Rights, the EFIH Second Lien Trustee respectfully submits as follows:

## RESERVATION OF RIGHTS

1.  While the EFIH Second Lien Trustee has some concerns with the proposed DIP Facility and DIP Order (including with respect to the Debtors' need to provide the EFIH Second Lien Trustee with adequate protection), the EFIH Second Lien Trustee has raised these concerns

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the DIP Motion.

with the Debtors and believes there is an agreement in principle that would resolve these issues. The EFIH Second Lien Trustee expects to reach a consensual resolution on a revised DIP Order in advance of the hearing.

2.  To the extent the Debtors and the EFIH Second Lien Trustee cannot agree on a revised DIP Order, the EFIH Second Lien Trustee reserves the right to file a substantive objection and/or raise any issues at the hearing.

Dated:  June 19, 2017             PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Robert J. Feinstein (NY Bar No.  RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@ pszjlaw.com
           rfeinstein@ pszjlaw.com

*- and -*
KRAMER LEVIN NAFTALIS & FRANKEL LLP

Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
           ghorowitz@kramerlevin.com
           jbrody@kramerlevin.com

*- and -*

- 3 -

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-1114
Facsimile: (212) 904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*