**EXHIBIT D**

**Summary of Cravath, Swaine & Moore LLP Blended Hourly Rates**
**(Customary And Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | Worked and Billed in 2016 (excluding Restructuring lawyers) | Billed in this Fee Application |
| Partners | $1,161 | $1,300.00 |
| Associates | $654 | $679.14 |
| Legal Assistants/Paralegals | $224 | $355.00 |
| Total | $708 | $1,119.12 |

Case Name:            Energy Future Intermediate Holding Company LLC

Case Number:         14-10979 (CSS)

Applicant's Name:    Cravath, Swaine & Moore LLP

Date of Application: June 16, 2017

Interim or Final:    Interim