## EXHIBIT E

## Summary of Cravath, Swaine & Moore LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Philip Gelston** | Partner | 1979 | Corporate | 1,300 | 46.10 | 59,930.00 |
| **Andrew Needham** | Partner | 1995 | Tax | 1,300 | 8.90 | 11,570.00 |
| **Trevor Broad** | Associate | 2009 | Litigation | 870 | 0.30 | 261.00 |
| **Alexandra Larkin** | Associate | 2015 | Litigation | 675 | 13.80 | 9,315.00 |
| **M. Kraus** | Litigation Tech Specialist | n/a | Litigation support | 355 | 4.90 | 1,739.50 |
| **TOTAL** | | | | | 74.00 | $82,815.50 |