## **EXHIBIT F**

**Summary of Cravath, Swaine & Moore LLP Expenses**

| Service Description | Amount |
|---|---|
| OTHER DATABASE RESEARCH | $ (46.48) |
| CONF. CALL/VOICE/DATA | $ 335.00 |
| **TOTAL** | **$ 288.52** |