## **EXHIBIT G**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | | Total Fees |
|---|---|---|---|
| Plan and Disclosure | 74.00 | $ | 82,815.50 |
| **TOTAL** | **74.00** | **$** | **$82,815.50** |