**EXHIBIT H**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 1/3/2017 | Broad, Trevor M. | Associate | 0.3 | Corresponding with P. Gelston and A. Needham re e-mail collection for plan confirmation discovery. |
| 11205-003 | 1/3/2017 | Kraus, M | Lit Tech Manager/Specialist | 2.7 | Attention to - call with T. Broad asking if he would notify the partners of the collection of their emails and request they email IT their consent. Email A. Larkin and H. Claudio regarding the email collection of Phil Gelston, Andrew Needham and Antje Hagena. Call with the vendor to discuss the new data they will be receiving from Cravath for processing. Create and email A. Larkin for review the processing instructions for the vendor. Emails with the vendor regarding the data they received from Jenner. |
| 11205-003 | 1/3/2017 | Gelston, P A | Partner | 0.6 | Review PIK PSA (0.6). |
| 11205-003 | 1/4/2017 | Gelston, P A | Partner | 0.3 | E-Mail with A. Wright on bankruptcy court hearing update (0.3). |
| 11205-003 | 1/4/2017 | Kraus, M | Lit Tech Manager/Specialist | 0.5 | Attention to - Coordinate document processing with the vendor. Define and monitor processing parameters, coordinate data delivery. Resolve the issue the vendor was having logging onto the Cravath FTP site. |
| 11205-003 | 1/5/2017 | Kraus, M | Lit Tech Manager/Specialist | 0.7 | Attention to - Coordinate document processing with the vendor. Define and monitor processing parameters. Call the A. Larkin regarding the document review workflow. Email the vendor requesting they highlight the new search terms and privilege terms in the review workspace. |
| 11205-003 | 1/5/2017 | Larkin, Alexandra | Associate | 0.2 | E-Mail correspondence re: document review in response to Cremens subpoena. |
| 11205-003 | 1/6/2017 | Larkin, Alexandra | Associate | 1.1 | Correspondence with vendor and TLS re: review of documents. |
| 11205-003 | 1/6/2017 | Kraus, M | Lit Tech Manager/Specialist | 0.2 | Attention to - emails and calls with E. White to discuss the production of Request 3 - Written Discovery Responses Served by Polar documents. |
| 11205-003 | 1/7/2017 | Larkin, Alexandra | Associate | 0.8 | Document review in response to Cremens subpoena. |
| 11205-003 | 1/8/2017 | Larkin, Alexandra | Associate | 2.8 | Document review of Gelston and Needham documents in response to Cremens subpoena. |
| 11205-003 | 1/9/2017 | Larkin, Alexandra | Associate | 0.6 | Correspondence with S. Middlemas and A. Lichtman re: document review. |
| 11205-003 | 1/9/2017 | Larkin, Alexandra | Associate | 1.9 | Document review in response to Cremens subpoena. |

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 1/9/2017 | Kraus, M | Lit Tech Manager/Specialist | 0.3 | Attention to - emails with the vendor regarding setting up a second pass coding panel. Call with the vendor to discuss a cross reference document number for the Jenner database. |
| 11205-003 | 1/11/2017 | Kraus, M | Lit Tech Manager/Specialist | 0.4 | Attention to - call with P. Ringer-Britz from vendor Advanced Discovery to discuss the processing of the new data and investigate whether the first set of data was properly processed. |
| 11205-003 | 1/17/2017 | Kraus, M | Lit Tech Manager/Specialist | 0.1 | Attention to - call with A. Larkin regarding the data review. |
| 11205-003 | 1/20/2017 | Gelston, P A | Partner | 0.8 | Participated by telephone on EFH/EFIH Boards meetings (0.8). |
| 11205-003 | 1/26/2017 | Needham, A | Partner | 1.4 | Review of supplemental IRS ruling request on E side reorganization from Kirkland, attn to related tax issues. |
| 11205-003 | 1/28/2017 | Needham, A | Partner | 1.7 | Review of supplemental IRS ruling request on E side reorganization from Kirkland, attn to tax issues in request. |
| 11205-003 | 2/7/2017 | Gelston, P A | Partner | 1.8 | Reviewed revised pos solicitation plan (0.6); reviewed court filings (1.2). |
| 11205-003 | 2/10/2017 | Larkin, Alexandra | Associate | 0.2 | Correspondence with V. Lazar and records department re: conflicts check. |
| 11205-003 | 2/13/2017 | Gelston, P A | Partner | 2.4 | Prep for court hearing by reviewing filings (2.2); reviewed EFH press updates (0.2). |
| 11205-003 | 2/13/2017 | Larkin, Alexandra | Associate | 0.1 | Followed up with Records re: conflicts check. |
| 11205-003 | 2/14/2017 | Gelston, P A | Partner | 3.2 | Telephone appearance at confirmation trial (3.2). |
| 11205-003 | 2/15/2017 | Gelston, P A | Partner | 5.1 | Telephone appearance at confirmation trial (5.1). |
| 11205-003 | 2/16/2017 | Gelston, P A | Partner | 4.6 | Telephonic attendance at EFIH Confirmation Hearing (4.6). |
| 11205-003 | 2/17/2017 | Gelston, P A | Partner | 2.6 | Telephonic attendance at EFIH Confirmation Hearing (2.6). |
| 11205-003 | 2/21/2017 | Gelston, P A | Partner | 4.7 | Attended TPUC hearing by Webcast (4.7). |
| 11205-003 | 2/22/2017 | Gelston, P A | Partner | 5.2 | Attended TPUC hearing by Webcast (5.2). |
| 11205-003 | 2/23/2017 | Gelston, P A | Partner | 5.4 | Attend TPUC hearing by Webcast (5.4). |
| 11205-003 | 2/24/2017 | Gelston, P A | Partner | 2.6 | Attend TPUC hearing by Webcast (2.6). |
| 11205-003 | 2/28/2017 | Gelston, P A | Partner | 0.8 | Participated telephonically on joint board meeting (0.8). |
| 11205-003 | 3/3/2017 | Larkin, Alexandra | Associate | 0.4 | Correspondence with records re: conflicts check (0.1 hour) and review of recent filings (0.3 hour). |
| 11205-003 | 3/7/2017 | Gelston, P A | Partner | 0.4 | E-Mails with MAP and R. Levin regarding audit letter (0.4). |
| 11205-003 | 3/7/2017 | Needham, A | Partner | 1.6 | Review of draft IRS ruling submission from Kirkland, attn to related tax issues. |
| 11205-003 | 3/7/2017 | Larkin, Alexandra | Associate | 1.9 | Revised EFIH audit response letter and correspondence with partners re: same. |
| 11205-003 | 3/8/2017 | Needham, A | Partner | 0.5 | Call w/ Kirkland to discuss draft IRS ruling submission and related tax issues. |

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 3/8/2017 | Gelston, P A | Partner | 0.6 | E-Mail with MAP and A. Larkin concerning audit letter (0.1); reviewed audit letter (0.5). |
| 11205-003 | 3/8/2017 | Larkin, Alexandra | Associate | 1.4 | Revised EFIH audit response letter and correspondence with partners re: same. |
| 11205-003 | 3/14/2017 | Needham, A | Partner | 1.1 | Review of draft IRS submission from Kirkland, tax attn to same. |
| 11205-003 | 3/15/2017 | Needham, A | Partner | 0.5 | Review of final ruling submission to IRS from Kirkland. |
| 11205-003 | 3/16/2017 | Gelston, P A | Partner | 0.3 | E-Mail exchange with C. Cremens and R. Levin concerning PUCT status (0.3). |
| 11205-003 | 3/17/2017 | Needham, A | Partner | 0.7 | Review of additional IRS submission from Kirkland. |
| 11205-003 | 3/20/2017 | Larkin, Alexandra | Associate | 0.1 | Correspondence with records re: conflicts check. |
| 11205-003 | 3/21/2017 | Larkin, Alexandra | Associate | 0.3 | Correspondence with D. Herman re: conflicts checks. Review of prior correspondence re: conflicts check. |
| 11205-003 | 3/30/2017 | Gelston, P A | Partner | 2 | E-Mail with C. Cremens, R. Levin and A. Wright concerning PUCT meetings (0.3); watched PUCT webcast (1.7). |
| 11205-003 | 3/31/2017 | Larkin, Alexandra | Associate | 0.4 | Correspondence with A Lichtman re: conflicts. |
| 11205-003 | 3/31/2017 | Gelston, P A | Partner | 0.2 | Telephone call with R. Levin (0.2). |
| 11205-003 | 4/3/2017 | Larkin, Alexandra | Associate | 0.7 | Review of recent filings (0.3 hours). Review of conflicts correspondence and correspondence with Jenner re: same (0.4 hours). |
| 11205-003 | 4/3/2017 | Gelston, P A | Partner | 0.3 | E-Mails with R. Levin and C. Cremens concerning TPUC (0.3). |
| 11205-003 | 4/4/2017 | Larkin, Alexandra | Associate | 0.3 | Correspondence with Jenner & records dept. re: conflicts checks. |
| 11205-003 | 4/5/2017 | Gelston, P A | Partner | 0.8 | EFIH Plan conference call (0.6); email with AWN concerning Kirkland tax call update (0.2). |
| 11205-003 | 4/5/2017 | Needham, A | Partner | 1.4 | Call w/ P. Gelston re PUC rejection of E-side reorganization, call w/ Kirkland re same, draft of email to working group re impact on future E-side reorganization. |
| 11205-003 | 4/6/2017 | Larkin, Alexandra | Associate | 0.4 | Correspondence re: conflicts procedures. |
| 11205-003 | 4/6/2017 | Gelston, P A | Partner | 0.2 | E-Mail with R. Levin and C. Cremens concerning status of TPUC effect (0.2). |
| 11205-003 | 4/12/2017 | Larkin, Alexandra | Associate | 0.1 | Correspondence with B. Depeter re: conflicts checks |
| 11205-003 | 4/13/2017 | Larkin, Alexandra | Associate | 0.1 | Read recent ECF notifications. |
| 11205-003 | 4/28/2017 | Gelston, P A | Partner | 1.2 | Reviewed board workshop deck (1.2). |
| | | | | **74.00** | |