## **EXHIBIT I**

### Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| **11205-003** | 2/20/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 107.00 | TELEPHONE, Merchant: Courtcall TRIP PURPOSE: Courtcall for P. Gelston in 14-10979 CITIES VISITED: NYC RptID: 010016457298 |
| **11205-003** | 2/21/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 177.00 | TELEPHONE, Merchant: Courtcall TRIP PURPOSE: Courtcall fee for P. Gelston CITIES VISITED: NYC RptID: 010016471205 |
| **11205-003** | 2/21/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 51.00 | TELEPHONE, Merchant: Courtcall TRIP PURPOSE: Courtcall for P. Gelston in 14-10979 CITIES VISITED: NYC RptID: 010016479151 |
| **11205-003** | 2/28/2017 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 3.16 | Public Document Retrieval - Pacer |
| **11205-003** | 3/22/2017 | Paskin, M | OTHER DATABASE RESEARCH | -70.55 | December 2016 Pacer Credit |
| **11205-003** | 3/31/2017 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 7.95 | Public Document Retrieval - Pacer |
| **11205-003** | 4/30/2017 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 12.96 | Public Document Retrieval - Pacer |
| | | | **Total** | **$ 288.52** | |