**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: D.I. 11318, 11366, 11367** |

**DEBTORS' REPLY IN SUPPORT OF MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE, INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION REPLACEMENT FINANCING FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC., (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) EXTENDING THE USE OF CASH COLLATERAL BY ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC., (D) AUTHORIZING REFINANCING OF POSTPETITION SECURED DEBT, (E) AUTHORIZING PAYMENT OF ALLOWED EFIH FIRST LIEN MAKEWHOLE CLAIMS, AND (F) MODIFYING THE AUTOMATIC STAY**

Energy Future Intermediate Holding Company LLC ("EFIH) and EFIH Finance Inc. (together with EFIH, the "Borrowers" or the "EFIH Debtors," and together with the other above-captioned debtors and debtors in possession, the "Debtors"), as debtors and debtors in possession,[2] file this reply (the "Reply") to the *Limited Objection and Reservation of Rights of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, With Respect to Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order Approving Postpetition Replacement Financing* [D.I. 11366] (the "EFIH First Lien Trustee Objection"), and the *Reservation of Rights of the EFIH Second Lien Trustee to Motion of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] For the avoidance of doubt, only the EFIH Debtors are seeking authority herein.

*Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order Approving Postpetition Replacement Financing* [D.I. 11367] (the "EFIH Second Lien Trustee Reservation" and together with the EFIH First Lien Trustee Objection, the "Limited Objections") filed by Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacities as indenture trustee (the "EFIH Second Lien Trustee" and together with the EFIH First Lien Trustee, the "Objecting Parties") to the *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order (A) Approving Postpetition Replacement Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Extending the Use of Cash Collateral By Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing Refinancing of Postpetition Secured Debt, (E) Authorizing Payment of Allowed EFIH First Lien Makewhole Claims, and (F) Modifying the Automatic Stay* [D.I. 11367] (the "DIP Motion").[3]  In support of this Reply, the EFIH Debtors respectfully state as follows:

**REPLY**

The EFIH Debtors have engaged in significant negotiations with various parties in interest regarding the Motion.  ***First***, the EFIH Debtors have worked with the EFIH First Lien DIP Lenders to finalize the economics of the EFIH First Lien DIP Credit Agreement.  The current material terms of the EFIH First Lien DIP Credit Agreement are attached hereto as **Exhibit 1** to **Exhibit A**.  To highlight the changes encompassed in the current version of the EFIH First Lien DIP Credit Agreement, as compared to the version filed contemporaneously

---

[3]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the DIP Motion.

with the DIP Motion, attached to this Reply as **Exhibit 2** to **Exhibit A** is a redlined version of the materials terms of the EFIH First Lien DIP Credit Agreement.

In particular: (a) the terms of the EFIH First Lien DIP Credit Agreement no longer contemplate conversion of the EFIH First Lien DIP Facility (in an amount up to $4,000,000,000 of the principal amount of the EFIH First Lien DIP Facility) into a post-emergence exit term facility (the "Exit Facility"); (b) the $825 million Incremental Term Loan Facility contemplated under the EFIH DIP Motion has been replaced with an $825 million Delayed Draw Term Loan Commitment, which may be funded in up to two draws within 90 days of the closing date; *provided, that* each draw must be for a minimum of $200,000,000; (c) it is anticipated that the EFIH First Lien DIP Facility will be financed at an interest rate of LIBOR + 300bps and an OID of 25bps with step ups for failure to obtain timely refreshed ratings; and (d) the EFIH Debtors expect the flat fees payable in connection with the EFIH First Lien DIP Credit Agreement and Engagement Letter will continue to fall within the range originally disclosed in the DIP Motion).[4]

Attached as exhibits to this Reply are the following documents: (a) revised versions ("Revised Versions") of each of: (i) the EFIH First Lien DIP Credit Agreement, as **Exhibit 1** to **Exhibit B**, (ii) the Engagement Letter, as **Exhibit 2** to **Exhibit B**, (iii) the Fee Letter, as **Exhibit 3** to **Exhibit B**, filed under seal pursuant to the *Motion for Entry of an Order Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal the Certain Fee Letter Relating to the EFIH Debtor-in-Possession Credit Agreement*

---

[4] The EFIH Debtors are in the process of syndicating the EFIH First Lien DIP Facility and will report any further modifications to these terms in advance of the Hearing.

[D.I. 11319] (the "Seal Motion"[5]), filed on June 5, 2017, and (iv) a revised form of the proposed order with respect to the relief requested in the DIP Motion (the "Proposed Order"), as **Exhibit 4** to **Exhibit A**; and (b) redlines of the Revised Versions against the versions of the following documents filed with the DIP Motion ("Redline Versions"): (i) the EFIH First Lien DIP Credit Agreement, as **Exhibit 1** to **Exhibit C**, (ii) the Engagement Letter, as **Exhibit 2** to **Exhibit C**, (iii) the Fee Letter, as **Exhibit 3** to **Exhibit C**, filed under seal pursuant to the Seal Motion, and (iv) the Proposed Order, as **Exhibit 4** to **Exhibit C.**

*Second*, the EFIH Debtors negotiated with NextEra Energy, Inc. ("NEE") for a written consent to the EFIH First Lien DIP Facility.

*Third*, the EFIH Debtors have engaged in productive discussions with the Objecting Parties. Attached to this Reply, as **Exhibit 4** to **Exhibit B**, is the Proposed Order, reflecting a number of important changes to address issues raised in the Limited Objections. Notably, the revisions primarily address the EFIH Debtors' efforts to resolve disputes with the Objecting Parties related to the payment of adequate protection in the form of professional fee and expense payments to the Objecting Parties depending upon how much the EFIH Debtors borrow under the EFIH First Lien DIP Facility. The revisions also provide additional specificity regarding the Allowed EFIH First Lien Note Claims that the EFIH Debtors are seeking to pay pursuant to the relief requested in the DIP Motion. Such changes and others are highlighted in **Exhibit 4** to **Exhibit C**, which compares the Proposed Order to the proposed order filed contemporaneously with the Motion. The Proposed Order does not reflect final consensus with NEE, the Objecting Parties, the Required Lenders, or the EFIH First Lien DIP Agent and all parties' rights continue

---

[5] The EFIH Debtors expressly incorporate the form of revised Fee Letter attached to this Reply as **Exhibit 3** to **Exhibit B** into the Seal Motion as if set forth therein in full. A copy of the revised Fee Letter attached to this Reply as **Exhibit 3** to **Exhibit B** will be provided to the Court and the Office of the United States Trustee for the District of Delaware on the same terms as provided for in any order granting the Motion to Seal.

to be reserved.  The EFIH Debtors are hopeful that they will be able to resolve any outstanding issues as quickly as possible.

To the extent that the EFIH Debtors are unable to resolve the Limited Objections, the EFIH Debtors will inform the Court as quickly as possible and be prepared to address the remaining issues at the scheduled hearing to consider approval of the DIP Motion.  The EFIH Debtors reserve all of their rights to supplement the Reply as necessary in advance of or at the Hearing.

[*Remainder of page intentionally left blank.*]

Dated: June 22, 2017
    Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 17736869v.1