**Exhibit 3 to Exhibit B**

**Fee Letter**

**(DOCUMENT FILED UNDER SEAL)**