**<u>Exhibit 3</u> to <u>Exhibit B</u>**

**Fee Letter**

**(DOCUMENT FILED UNDER SEAL)**