# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  |  | **Re: D.I. 11356** |

### NOTICE OF FILING OF SUPPLEMENT TO FOURTH INTERIM
### FEE APPLICATION OF GREENBERG TRAURIG, LLP, DATED JUNE 15, 2017

**PLEASE TAKE NOTICE** that, on June 15, 2017, Greenberg Traurig, LLP ("Greenberg"), filed the *Fourth Interim Fee Application of Greenberg Traurig, LLP, as Special Counsel for Certain Energy-Related Transactional Matters for the Debtors and Debtors in Possession, for the Period from September 1, 2016 Through and Including December 31, 2016* (the "Fourth Interim Fee Application").

PLEASE TAKE NOTICE that Greenberg hereby supplements the Fourth Interim Fee Application with the Budget attached hereto as **Exhibit A**, the Staffing Plan attached hereto as **Exhibit B**, and the Summary of Legal Services Rendered attached hereto as **Exhibit C**.

[*Remainder of page intentionally left blank.*]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17737714v.1

| | |
|---|---|
| Dated: June 22, 2017<br>New York, New York | */s/ Iskender H. Catto*<br>Iskender H. Catto<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, New York  10166<br>Telephone:    (212) 801-9200<br>Facsimile:     (212) 801-6400<br>Email:   cattoi@gtlaw.com<br><br>*Special Counsel to the Debtors*<br>*and Debtors in Possession* |