**Exhibit A**

RLF1 17737714v.1

**Budget for Fourth Interim Fee Period:**

| Task Code Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| APPLICABLE TO TCEH DEBTORS | | | |
| B.800.802 | [TCEH] Asset Disposition | 15 | $11,000.00 |
| B.800.803 | [TCEH] Business Operations | 55 | $40,000.00 |
| B.800.804 | [TCEH] Case Administration | 10 | $4,500.00 |
| B.800.805 | [TCEH] Claims Administration & Objections | 10 | $7,500.00 |
| B.800.812 | [TCEH] Plan and Disclosure Statement | 5 | $3,500.00 |
| B.800.813 | [TCEH] Fee/Employment Applications | 30 | $18,500.00 |
| EFH.ET | [TCEH] Energy Trading | 120 | $85,000.00 |
| B.800.833 | [TCEH] Court Hearings | 5 | $4,000.00 |
| B.800.837 | [TCEH] Utility Matters | 15 | $11,000.00 |
| | **TOTAL FOR TCEH DEBTORS** | **265** | **$185,000.00** |
| APPLICABLE TO EFH CORP. | | | |
| B.800.802 | [EFH] Asset Disposition | 15 | $11,000.00 |
| B.800.804 | [EFH] Case Administration | 10 | $4,500.00 |
| B.800.805 | [EFH] Claims Administration & Objections | 10 | $7,500.00 |
| B.800.812 | [EFH] Plan and Disclosure Statement | 15 | $10,500.00 |
| B.800.813 | [EFH] Fee/Employment Applications | 75 | $46,500.00 |
| EFH.ET | [EFH] Energy Trading | 280 | $195,000.00 |
| B.800.833 | [EFH] Court Hearings | 15 | $12,000.00 |
| B.800.837 | [EFH] Utility Matters | 30 | $27,500.00 |
| | **TOTAL FOR EFH CORP.** | **450** | **$314,500.00** |
| | **TOTAL FOR TCEH DEBTORS AND EFH CORP.** | **715** | **$499,500.00** |