**<u>Exhibit B</u>**

RLF1 17737714v.1

**Staffing Plan for Fourth Interim Fee Period:**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Shareholders | 3 | $875.00 |
| Associates | 3 | $595.00 |
| Paralegals | 1 | $340.00 |
| **Total Attorney** | **6** | **$720.00** |
| **Total Non-Attorney** | **1** | **$340.00** |
| **Total** | **7** | **$705.00** |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.