**<u>Exhibit C</u>**

**Summary of Legal Services Rendered During Fourth Interim Fee Period**

| Task Code Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| **APPLICABLE TO TCEH DEBTORS** | | | | | |
| EFH.ET | [TCEH] Energy Trading | 120 | 79.7 | $85,000.00 | $56,117.00 |
| B800.813 | [TCEH] Fee/Employment Applications | 30 | 8.9 | $18,500.00 | $4,830.00 |
| **APPLICABLE TO EFH CORP.** | | | | | |
| EFH.ET | [EFH] Energy Trading | 280 | 25.3 | $195,000.00 | $15,410.50 |
| B800.813 | [EFH] Fee/Employment Applications | 75 | 6.2 | $46,500.00 | $3,689.00 |
| B800.833 | [EFH] Court Hearings | 15 | 0.7 | $12,000.00 | $416.50 |
| | **TOTAL** | **520** | **120.8** | **$357,000.00** | **$80,463.00** |