## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 33.30 | $34,740.00 |
| Employment and Fee Applications | .30 | $307.50 |
| TOTAL | **33.60** | **$35,047.50** |