## EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1250 | 14.30 | 17,875.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1025 | 10.60 | 10,865.00 |
| Lorenzo G. Di Silvio | Associate Attorney | 2012 | Litigation | 725.00 | 8.70 | 6,307.50 |
| | | | | **TOTAL** | **33.60** | **35,047.50** |