# **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount | |
|---|---|---|
| UPS | $ | 14.02 |
| TELEPHONE CONFERENCE/COURT CALL | | 74.00 |
| TOTAL | $ | 88.02 |

SL1 1469933v1 109285.00005