## **EXHIBIT D**

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 5/17/2017 | LAZAR, V. | PARTNER | UPS | 7.01 | UPS Tracking # 1Z6134380197093122 Inv# 00000613438207 |
| 55152-10034 | 5/18/2017 | LAZAR, V. | PARTNER | UPS | 7.01 | UPS Tracking # 1X6134380198562337, Inv.# 00000613438207 |
| 55152-10034 | 5/19/2017 | LAZAR, V. | PARTNER | OTHER PROFESSIONAL SERVICES – COURT CALL – TELEPHONE CONFERENCE | 37.00 | Court Call: Conference call, Vincent E. Lazar, 5/12/2017 |
| 55152-10034 | 5/25/2017 | LEVIN, R. | PARTNER | OTHER PROFESSIONAL SERVICES – COURT CALL – TELEPHONE CONFERENCE | 37.00 | Court Call: Conference call, Richard Levin, 4/17/2017 |