IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 11318, 11319, 11380** |

**CERTIFICATION OF COUNSEL REGARDING
"MOTION FOR ENTRY OF AN ORDER AUTHORIZING ENERGY
FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE, INC.
TO FILE UNDER SEAL THE CERTAIN FEE LETTER RELATING TO THE
EFIH DEBTOR-IN-POSSESSION CREDIT AGREEMENT" [D.I. 11319]**

The undersigned hereby certifies as follows:

1. On June 5, 2017, Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. ("EFIH Finance" and together with EFIH, the "EFIH Debtors"), two of the above-captioned debtors and debtors in possession, filed the *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order (A) Approving Postpetition Replacement Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Extending the Use of Cash Collateral by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing Refinancing of Postpetition Secured Debt, (E) Authorizing Payment of Allowed EFIH First Lien Makewhole*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17746329v.1

*Claims, and (F) Modifying the Automatic Stay* [D.I. 11318] (the "Motion"[2]) with the United States Bankruptcy Court for the District of Delaware (the "Court"). Substantially contemporaneously with the Motion, the EFIH Debtors also filed the *Motion for Entry of an Order Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal the Certain Fee Letter Relating to the EFIH Debtor-in-Possession Credit Agreement* [D.I. 11319] (the "Seal Motion").

2. Pursuant to the Seal Motion, the EFIH Debtors are seeking entry of an order (a) authorizing the EFIH Debtors to file under seal a copy of that certain letter (the "Fee Letter") describing the fee arrangements entered into and relating to the proposed Senior Secured Superpriority Debtor-in-Possession Credit Agreement, and (b) directing that the Fee Letter remain under seal, confidential, and not be made available to anyone without the consent of the EFIH Debtors, as well as Citibank, N.A. and Morgan Stanley Senior Funding, Inc. (each a "Lead Arranger" and together, the "Joint Lead Arrangers"), except to (i) the Court, (ii) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), and (iii) the advisors to the EFH Creditors' Committee on a confidential and "professionals' eyes only" basis.

3. On June 22, 2017, the EFIH Debtors filed the *Debtors' Reply in Support of Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order (A) Approving Postpetition Replacement Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Extending the Use of Cash Collateral by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing Refinancing of*

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to them in the Motion.

*Postpetition Secured Debt, (E) Authorizing Payment of Allowed EFIH First Lien Makewhole Claims, and (F) Modifying the Automatic Stay* [D.I. 11380] (the "Reply").

4. Contemporaneously with the filing of the Reply, the EFIH Debtors attached thereto a copy of a revised Fee Letter, filed under seal. As noted in the Reply, the EFIH Debtors expressly incorporated the terms of the revised Fee Letter into the Seal Motion.

5. Pursuant to the *Notice of "Motion for Entry of an Order Authorizing Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. to File Under Seal the Certain Fee Letter Relating to the EFIH Debtor-in-Possession Credit Agreement" and Hearing Thereon*, filed and served contemporaneously with the Seal Motion, objections or responses to the Seal Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on June 19, 2017 (the "Objection Deadline"). A hearing to consider the relief requested in the Seal Motion is scheduled to take place before the Court on June 26, 2017 starting at 12:00 p.m. (noon) (Eastern Daylight Time).

6. Prior to the Objection Deadline, the U.S. Trustee contacted counsel to the EFIH Debtors with informal comments in connection with the Seal Motion (the "Informal Response"). Other than the Informal Response, the EFIH Debtors did not receive any other responses or objections to the Seal Motion prior to the Objection Deadline nor do any responses or objections to the Seal Motion appear on the Court's docket in the above-captioned chapter 11 cases.

7. Consequently, the EFIH Debtors have prepared a revised form of order in connection with the Seal Motion (the "Revised Order") which (i) fully resolves the Informal Response and (ii) adds reference to the revised Fee Letter, filed under seal along with the Reply. A copy of the Revised Order is attached hereto as **Exhibit A**. A redline comparison of the

Revised Order marked against the proposed form of order filed along with the Seal Motion on June 5, 2017 is attached hereto as **Exhibit B.**

8.     The EFIH Debtors have confirmed that entry of the Revised Order, in the form attached hereto as **Exhibit A**, is acceptable to the U.S. Trustee and fully resolves the Informal Response.  The EFIH Debtors have also confirmed that entry of the Revised Order is unobjectionable to the Joint Lead Arrangers.

*[Remainder of page intentionally left blank.]*

Consequently, the EFIH Debtors respectfully request that the Court enter the Revised Order, in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: June 23, 2017
Wilmington, Delaware

*[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*