IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) (Jointly Administered) ) |
| | ) **Re: D.I. 11318, 11380** |

**NOTICE OF FILING OF REVISED ORDER IN CONNECTION WITH "MOTION OF ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE, INC. FOR ENTRY OF AN ORDER (A) APPROVING POSTPETITION REPLACEMENT FINANCING FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC., (B) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (C) EXTENDING THE USE OF CASH COLLATERAL BY ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC., (D) AUTHORIZING REFINANCING OF POSTPETITION SECURED DEBT, (E) AUTHORIZING PAYMENT OF ALLOWED EFIH FIRST LIEN MAKEWHOLE CLAIMS, AND (F) MODIFYING THE AUTOMATIC STAY" [D.I. 11318]**

PLEASE TAKE NOTICE THAT on June 5, 2017, Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc. ("EFIH Finance" and together with EFIH, the "EFIH Debtors"), two of the above-captioned debtors and debtors in possession, filed the *Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order (A) Approving Postpetition Replacement Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Extending the Use of Cash Collateral by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17747614v.1

*Refinancing of Postpetition Secured Debt, (E) Authorizing Payment of Allowed EFIH First Lien Makewhole Claims, and (F) Modifying the Automatic Stay* [D.I. 11318] (the "DIP Motion"[2]) with the United States Bankruptcy Court for the District of Delaware (the "Court"). **You were previously served with a copy of the DIP Motion.**

PLEASE TAKE FURTHER NOTICE THAT, on June 19, 2017, Delaware Trust Company, indenture and collateral trustee filed the *Limited Objection and Reservation of Rights of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, With Respect to Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order Approving Postpetition Replacement Financing* [D.I. 11366] (the "EFIH First Lien Trustee Objection"), and Computershare Trust Company, N.A. and Computershare Trust Company of Canada filed the *Reservation of Rights of the EFIH Second Lien Trustee to Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order Approving Postpetition Replacement Financing* [D.I. 11367] (the "EFIH Second Lien Trustee Reservation" and together with the EFIH First Lien Trustee Objection, the "Limited Objections").

PLEASE TAKE FURTHER NOTICE THAT, on June 22, 2017, the EFIH Debtors filed the *Debtors' Reply in Support of Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance, Inc. for Entry of an Order (A) Approving Postpetition Replacement Financing for Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Extending the Use of Cash Collateral by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., (D) Authorizing Refinancing of Postpetition Secured Debt, (E)*

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the DIP Motion.

*Authorizing Payment of Allowed EFIH First Lien Makewhole Claims, and (F) Modifying the Automatic Stay* [D.I. 11380] (the "Reply"). **You were previously served with a copy of the Reply.**

PLEASE TAKE FURTHER NOTICE THAT, contemporaneously with the filing of the Reply, and attached thereto, the EFIH Debtors filed a revised form of proposed order with respect to the relief requested in the DIP Motion.

PLEASE TAKE FURTHER NOTICE THAT the EFIH Debtors have attached hereto the following documents: (a) a revised version of the proposed order filed on June 22, 2017 (the "Revised Order"), as **Exhibit A** hereto; and (b) a redline of the Revised Order marked against the version filed on June 22, 2017, as **Exhibit B** hereto. The Revised Order is the product of further discussions among the EFIH Debtors, the Objecting Parties, the EFIH First Lien DIP Agent, the Required Lenders, and Next Era Energy, Inc.

PLEASE TAKE FURTHER NOTICE THAT, as a result of such productive discussions, the EFIH Debtors believe the Revised Order resolves the Limited Objections and that the Objecting Parties do not object to entry of the Revised Order. The EFIH Debtors further believe that the Revised Order is unobjectionable to the Required Lenders, the EFIH First Lien DIP Agent, and Next Era Energy, Inc.

PLEASE TAKE FURTHER NOTICE THAT a hearing to consider approval of the DIP Motion and entry of the form of order approving the DIP Motion will be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **June 26, 2017 starting at 12:00 p.m. (noon) (Eastern Daylight Time)**.

Dated: June 23, 2017
Wilmington, Delaware

/s/ *(signature)*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*