# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 6/26/2017 at 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Second Lien Indenture Trustee |
| Jennifer Sharret | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Stephanie Wickouski | Bryan Cave | Second Lien Indenture Trustee |
| Jeffrey S. Sabin | Venable | PIMCO |
| Jamie Edmonson | Venable | " |
| Amy Kyle | Morgan Lewis | " |
| Richard Pedone | Nixon Peabody | AST EFH Indenture Trustee |
| David R. Hogan | Hogan McDaniel | Fidelity, KeyNy, Arrowgrass & Jones |
| Eric Daucher | Chadbourne | NextEra |
| Joseph Wright | Landis Rath & Cobb | " |
| Philip Anker | Wilmer Hale | EFIH 1st Lien DC Jenner Trust |
| Roy Brosch | Klehr Harrison | UMB Bank N.A. Indenture Trustee |
| Richard L. Schepacarter | USDOJ-OUST | U.S. Trustee |
| Chad Husnick | Kirkland & Ellis | Debtors |
| Dan DeFrancesch | Richards Layton & Finger | " |
| Jason Madron | " | " |
| Jeff Cousins | Bayard | Elliott Management |
| Davis Wright | MHWR | EFH Committee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Brian Gluckstein — Sullivan & Cromwell — EFH Committee
Fred Sosnick — Shearman & Sterling — Citibank
Jeremy Ryan — Potter Anderson — "

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 06/26/2017
Calendar Time: 12:00 PM ET

2nd Revision Jun 26 2017 8:06AM

Page 1 of 3

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8430940 | Jonathan Agudelo | (212) 596-9000 ext. | Ropes & Gray LLP | Plaintiff(s), Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8431964 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8429198 | Lauren Bilzin | (212) 672-2252 ext. | Serengeti Asset Management | Creditor, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8435856 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8431336 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8393636 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8436057 | Andrew Cohen | (312) 589-6428 ext. | Pentwater Capital | Creditor, Andrew Cohen / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8433314 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Participant, Official committee of unsecured creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8434387 | Mark Flannagan - Client | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8393642 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8435913 | Simon E. Fraser | (302) 295-2000 ext. | Cozen O'Connor | Creditor, J. Aron & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8430903 | Gregg Galardi | (212) 841-8704 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8435962 | Isley M. Gostin | (202) 663-6551 ext. | WilmerHale LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8434581 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8435108 | Gary L. Kaplan | (212) 859-8812 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8433333 | Alexa J. Kranzley | (212) 558-7893 ext. | Sullivan & Cromwell LLP | Creditor, UCC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8402538 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8435986 | Joanna S. Newdeck | (202) 887-4288 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8433893 | Jon Pruchansky | (212) 584-5945 ext. | Arrowgrass Capital Partners U.S. LP | Interested Party, Jon Pruchansky / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8436000 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8402603 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8436028 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8433526 | Foteini Teloni | (212) 848-4579 ext. | Shearman & Sterling LLP | Creditor, Deusche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8433416 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8427534 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8430942 | Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8434495 | Amer Tiwana | (646) 562-1770 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8434672 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8435989 | Michael J. Walsh | (646) 855-8154 ext. | Bank of America | Creditor, Bank of America / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8433445 | Megan Wasson | Kramer Levin Naftalis & Frankel LLP | (212) 715-9464 ext. | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8396133 | Brady C. Williamson | Godfrey & Kahn, S.C. | (608) 284-2642 ext. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8430929 | Peter Young | Proskauer Rose LLP | (312) 962-3528 ext. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047) | Hearing | 8429223 | Allister Chan - Client | Shearman & Sterling LLP | (212) 848-4000 ext. | Client, Allister Chan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047) | Hearing | 8436023 | Grenville Day | Columbus Hill Capital Management, L.P. | (973) 921-3427 ext. | Interested Party, Columbus Hill Capital Mgmnt / LISTEN ONLY |