**Exhibit A**

[Statement of Fees by Subject Matter]

91902973v1

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 1.3 | $1,221.00 |
| 003 | EFH Business Operations | 2.3 | $2,460.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 8.7 | $9,688.00 |
| 005 | EFH Corporate Governance and Board Matters | 39.4 | $46,005.00 |
| 007 | Employment Applications | 3.8 | $4,462.50 |
| 008 | Fee Applications and Objections | 25.1 | $23,985.00 |
| 009 | Financing and Cash Collateral | 0.1 | $105.00 |
| 010 | Hearings | 0.7 | $735.00 |
| 011 | Claims Investigations, Analyses and Objections | 14.2 | $16,485.00 |
| 014 | Non-Working Travel | 42.2 | $23,561.25 |
| 015 | Plan and Disclosure Statement | 46.9 | $52,300.00 |
| 016 | Tax | 35.5 | $35,499.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **220.2** | **$216,507.25** |

91902973v1