**Exhibit B**

[Attorneys' and Paraprofessionals' Information]

91902973v1

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $975 | 14.5 | $14,137.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,075 | 1.4 | $1,505.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,275 | 0.2 | $255.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,425 | 3.9 | $5,557.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,275 | 48.9 | $62,347.50 |
|  |  |  |  | $637.50 | 12.5 | $7,968.75[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,050 | 80.8 | $84,840.00 |
|  |  |  |  | $525 | 29.7 | $15,592.50[1] |
| Muhyung Lee | Associate | 2014 | Tax | $735 | 3.4 | $2,499.00 |
| Gary Silber | Associate | 2011 | Tax | $845 | 7.9 | $6,675.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $900 | 16.7 | $15,030.00 |
| **Total** |  |  |  |  | **219.9** | **$216,408.25** |

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 1 year | Corporate | $330 | 0.3 | $99.00 |
| **Total** |  |  |  |  | **0.3** | **$99.00** |

| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **220.2** | **$216,507.25** |
|---|---|---|

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

91902973v1