## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

91902973v1

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $71.90 |
| Telecommunications | $74.00 |
| Travel Out-of-Town – Transportation | $4,608.75[1] |
| Taxi, Carfare, Mileage, Parking | $1,002.76[2] |
| Business Meals | $160.00[3] |
| Out-of-Town Lodging | $3,615.00[4] |
| **Total** | **$9,532.41** |

---

[1] Includes non-refundable first-class airfare reduced by 50% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[2] Includes a reduction of $224.62 for cab and carfare expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[3] Reflects a reduction of $70.15 for business meal expenses either (i) in excess of the reimbursable cap or (ii) that are not otherwise reimbursable pursuant to the fee committee guidelines.

[4] Includes a reduction of $1,283.86 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

91902973v1