## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

91902973v1

Disbursements and Other Charges

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/01/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1Airport Limo O'Hare to Home | 75.00 |
| 05/01/2017 | Mark K. Thomas | Out Of Town Transportation-Uber Hotel to Dallas Airport | 75.00 |
| 05/01/2017 | Peter J. Young | Airplane-Los Angeles to New York 5/1-5/17 | 2,538.20 |
| 05/01/2017 | Peter J. Young | Airplane-GoGoAir Internet | 39.95 |
| 05/01/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Home to LAX | 59.57 |
| 05/02/2017 | Peter J. Young | Out Of Town Transportation-Carey Limo JFK to Hotel | 100.00 |
| 05/02/2017 | Mark K. Thomas | Reproduction | 3.20 |
| 05/02/2017 | Mark K. Thomas | Reproduction | 0.90 |
| 05/03/2017 | Mark K. Thomas | Lodging-2 Nights New York | 1,000.00 |
| 05/03/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Home to O'Hare | 75.00 |
| 05/03/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab LGA to Hotel | 50.00 |
| 05/03/2017 | Mark K. Thomas | Airplane-Chicago to/from New York 5/3-5/17 | 620.50 |
| 05/03/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 05/03/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 05/04/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas, P. Young and T. Horton | 120.00 |
| 05/05/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo O'Hare to Home | 75.00 |
| 05/05/2017 | Mark K. Thomas | Out Of Town Transportation-Uber Hotel to LGA | 66.72 |
| 05/05/2017 | Peter J. Young | Out Of Town Transportation-Carey Limo Hotel to JFK | 100.00 |
| 05/05/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab LAX to Home | 55.00 |
| 05/05/2017 | Peter J. Young | Lodging-4 Nights New York | 2,000.00 |
| 05/05/2017 | Peter J. Young | Airplane-GoGoAir Internet | 33.95 |
| 05/07/2017 | Peter J. Young | Airplane-Los Angeles to/from Chicago 5/7-9/17 | 1,314.20 |
| 05/07/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Home to LAX | 76.47 |
| 05/07/2017 | Peter J. Young | Out Of Town Transportation-Cab O'Hare to Hotel | 65.00 |
| 05/07/2017 | Peter J. Young | Lodging-2 Nights Chicago | 600.00 |
| 05/07/2017 | Peter J. Young | Lodging-Internet | 15.00 |
| 05/09/2017 | Peter J. Young | Out Of Town Transportation-Uber Hotel to O'Hare | 75.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/09/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab LAX to Home | 55.00 |
| 05/09/2017 | Peter J. Young | Airplane-GoGoAir Internet | 26.95 |
| 05/09/2017 | Mark K. Thomas | Reproduction | 3.70 |
| 05/09/2017 | Mark K. Thomas | Reproduction | 6.70 |
| 05/12/2017 | Peter J. Young | Telephone-Court Call | 37.00 |
| 05/16/2017 | Jared Zajac | Reproduction | 0.40 |
| 05/16/2017 | Mark K. Thomas | Reproduction | 0.10 |
| 05/16/2017 | Mark K. Thomas | Reproduction | 4.10 |
| 05/17/2017 | Jared Zajac | Reproduction | 1.80 |
| 05/17/2017 | Jared Zajac | Reproduction | 1.20 |
| 05/18/2017 | Mark K. Thomas | Reproduction | 0.50 |
| 05/18/2017 | Mark K. Thomas | Reproduction | 12.70 |
| 05/19/2017 | Peter J. Young | Telephone-Court Call | 37.00 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 4.70 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 4.10 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 4.20 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 9.70 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 1.40 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 3.50 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 9.00 |

Disbursements and Other Charges                             $   9,532.41