# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 3.6 | $675.00 |
| [ALL] Case Administration | 0.9 | $247.50 |
| [ALL] Claims Administration & Objections | 0.1 | $35.00 |
| [ALL] Contested Matters & Adv. Proceed. | 1.6 | $560.00 |
| [ALL] Hearings | 0.7 | $245.00 |
| [ALL] Non-BK Fee/Employment Applications | <u>3.7</u> | <u>$935.00</u> |
| **Total** | **<u>10.6</u>** | **<u>$2,697.50</u>** |