## **EXHIBIT B**

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 6.1 | $2,135.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | <u>4.5</u> | <u>$562.50</u> |
| **Total** | | | | | **<u>10.6</u>** | **<u>$2,697.50</u>** |