# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 05-12-2017 | Filing/Court Fees | Pacer | $0.20 |
| 05-12-2017 | In-House Reproduction | Photocopies (45 copies) | $4.50 |
| **TOTAL** | | | **$4.70** |