PUC DOCKET NO. 46238

RECEIVED

2017 JUN 29 AM 11:15

PUBLIC UTILITY COMMISSION
FILING CLERK

| | | |
|---|---|---|
| JOINT REPORT AND APPLICATION | § | |
| OF ONCOR ELECTRIC DELIVERY | § | PUBLIC UTILITY COMMISSION |
| COMPANY LLC AND NEXTERA | § | |
| ENERGY, INC. FOR REGULATORY | § | OF TEXAS |
| APPROVALS PURSUANT TO PURA | § | |
| §§ 14.101, 39.262, AND 39.915 | § | |

**ORDER DENYING SECOND MOTION FOR REHEARING**

The Commission denies the second motion for rehearing filed by NextEra Energy, Inc. on June 27, 2017.

Signed at Austin, Texas the 29th day of June 2017.

PUBLIC UTILITY COMMISSION OF TEXAS

_____
KENNETH W. ANDERSON, JR., COMMISSIONER

_____
BRANDY MARTY MARQUEZ, COMMISSIONER

W2013
q:\cadm\orders\final\46000\46238 order denying rehearing.docx

EXHIBIT A

557