## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Original Obj. Deadline: June 8, 2017**<br><br>**Related Dkt. Nos. 11264 and 11374** |

### NOTICE OF AMENDED FEE STATEMENT

Jenner & Block LLP (the "**Applicant**") has today filed the attached *Amended Twenty-Third Monthly Fee Statement of Jenner & Block LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from April 1, 2017 through April 30, 2017* (the "**Amended Fee Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

This is an Amended Fee Statement filed solely to correct an arithmetic error. No objections were received with respect to the original Fee Statement (D. I. 11264) and accordingly, a certificate of no objection was filed (D. I. 11374).

Accordingly, Applicant may be paid an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the Amended Fee Statement or (ii) 80% of the fees and 100% of the expenses without the need for further order of the Bankruptcy Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SL1 1470740v2 109285.00005

| | |
|---|---|
| Dated: June 29, 2017 | **STEVENS & LEE, P.C.**<br><br>*/s/ Joseph H. Huston, Jr.*<br>Joseph H. Huston, Jr. (No. 4035)<br>Jason D. Angelo (No. 6009)<br>919 North Market Street, Suite 1300<br>Wilmington, DE  19801<br>Tel:     (302) 425-3310/11<br>Fax:    (610) 371-7972/11<br>Email: jhh@stevenslee.com<br>            jda@stevenslee.com<br><br>*Independent Counsel for Energy Future Intermediate Holding Company LLC* |

2