## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 10.10 | $11,927.50 |
| Employment and Fee Applications | .60 | $615.00 |
| **TOTAL** | **10.70** | **$12,542.50** |