## EXHIBIT B

**Summary of Fees Billed by Subject Matter for the Eighth Interim Fee Period**

| Activity Description | Sum of Hours | Sum of Amount |
|---|---|---|
| 495 Balloting/Solicitation Consultation | 437.40 | $84,387.20 |
| 642 Fee Application Prep and Related Issues | 30.00 | $7,260.00 |
| 647 Distribution | 1,533.30 | $206,457.40 |
| 900 Ediscovery Services | 76.70 | $10,738.00 |
| 901 Ediscovery Services | 12.50 | $2,187.50 |
| **Totals** | **2,089.90** | **$311,030.10** |