**EXHIBIT C**

**Summary of Hours Billed by Epiq Professionals[1] During the Eighth Interim Fee Period**

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | $385.00 | 125.10 | $48,163.50 |
| Brian Karpuk | EBS Senior Consultant III | $242.00 | 29.60 | $7,163.20 |
| Kevin Streseman | EBS Senior Consultant III | $242.00 | 5.60 | $1,355.20 |
| Sidney Garabato | EBS Senior Consultant III | $242.00 | 2.20 | $532.40 |
| Stephenie Kjontvedt | EBS Senior Consultant III | $242.00 | 205.90 | $49,827.80 |
| Eric Usitalo | EBS Senior Consultant I | $176.00 | 154.70 | $27,227.20 |
| Joseph Arena | EBS Senior Consultant I | $176.00 | 32.00 | $5,632.00 |
| James Stephens | EDS Project Manager | $175.00 | 12.00 | $2,100.00 |
| Johnny Lam | EDS Project Manager | $140.00 / $170.00 | 1.40 | $206.50 |
| Daniel Weisenbacher | EDS Project Manager | $140.00 / $170.00 | 1.40 | $203.00 |
| Justina Betro | EBS Associate I | $145.00 | 305.90 | $44,355.50 |
| Alena Crabtree | EDS Project Manager | $140.00 | 0.30 | $42.00 |
| Anna Cummens | EDS Project Manager | $140.00 | 0.80 | $112.00 |
| Carl Wall | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Chelsee Heckathorn | EDS Project Manager | $140.00 | 2.00 | $280.00 |
| David Blasher | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| David Garcia Jr | EDS Project Manager | $140.00 | 0.10 | $14.00 |
| Elisabetta Longo | EDS Project Manager | $140.00 | 1.50 | $210.00 |
| Jake Dziubczynski | EDS Project Manager | $140.00 | 1.00 | $140.00 |
| Koshin Young | EDS Project Manager | $140.00 | 0.90 | $126.00 |
| Margery Renn | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Matthew Kelly | EDS Project Manager | $140.00 | 0.50 | $70.00 |
| Michael Kornytchuk | EDS Project Manager | $140.00 | 0.40 | $56.00 |
| Michael Lindsey | EDS Project Manager | $140.00 | 0.60 | $84.00 |
| Michal Tchorzewski | EDS Project Manager | $140.00 | 50.90 | $7,126.00 |
| Paul Avila | EDS Project Manager | $140.00 | 2.40 | $336.00 |
| Ronald Schleimer | EDS Project Manager | $140.00 | 1.80 | $252.00 |
| Tanya Rivera | EDS Project Manager | $140.00 | 4.20 | $588.00 |
| Tisha Shurley | EDS Project Manager | $140.00 | 3.00 | $420.00 |
| David Rodriguez | EBS Case Manager II | $127.00 | 50.10 | $6,362.70 |
| Erika Ramseyer | EBS Case Manager II | $127.00 | 174.10 | $22,110.70 |

[1]    Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Geoff Zahm | EBS Case Manager II | $127.00 | 14.50 | $1,841.50 |
| Jonathan Garcia | EBS Case Manager II | $127.00 | 59.80 | $7,594.60 |
| Joseph Saraceni | EBS Case Manager II | $127.00 | 53.00 | $6,731.00 |
| Rickey Li | EBS Case Manager II | $127.00 | 190.10 | $24,142.70 |
| John Chau | EBS Case Manager I | $83.00 | 199.10 | $16,525.30 |
| Jun Chun | EBS Case Manager I | $83.00 | 75.60 | $6,274.80 |
| Nancy Rodriguez | EBS Case Manager I | $83.00 | 0.50 | $41.50 |
| Natalie Roman | EBS Case Manager I | $83.00 | 201.40 | $16,716.20 |
| Anthony Martinez | EBS Admin. Support III | $52.00 | 24.00 | $1,248.00 |
| Christopher Rupp | EBS Admin. Support III | $52.00 | 9.90 | $514.80 |
| David Velez | EBS Admin. Support III | $52.00 | 2.00 | $104.00 |
| Jesse Steichen | EBS Admin. Support III | $52.00 | 4.70 | $244.40 |
| Shirly Huang | EBS Admin. Support III | $52.00 | 3.80 | $197.60 |
| Tony Persaud | EBS Admin. Support III | $52.00 | 12.60 | $655.20 |
| Catherine Henriquez | EBS Admin. Support II | $44.00 | 6.70 | $294.80 |
| Felicia King | EBS Admin. Support II | $44.00 | 9.90 | $435.60 |
| Lindsey Nourse | EBS Admin. Support II | $44.00 | 10.60 | $466.40 |
| Zafer Alasalvar | EBS Admin. Support II | $44.00 | 4.50 | $198.00 |
| Thomas Vazquez | EBS Admin. Support I | $35.00 | 32.80 | $1,148.00 |
| **Totals** | | | **2,089.90** | **$311,030.10** |