## **EXHIBIT E**

**Summary of Actual and Necessary Expenses for the Seventh Interim Fee Period**

| Expense Category | Amount |
|---|---:|
| HST142 – Load Files-Native, Scanned & Third Party | $883.05 |
| HST626 – Relativity License Fee | $13,580.00 |
| HST627 – Relativity User Fee by Volume | $140.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $216,318.56 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | $29,785.43 |
| PRO110 – Stamping/Endorsement | $8.64 |
| PRO128 – Client Media Storage | $380.00 |
| PRO201 – Process & Promote to Review Database | $6.00 |
| PRO235 – Prepare Data, Tex, Images | $8.64 |
| PRO260 – Create TIFF Images | $17.27 |
| PRO270 – Ingestion & Filtering | $1.05 |
| **TOTAL** | **$261,128.64** |