## **EXHIBIT F**

## **Detailed Description of Expenses and Disbursements**

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| September | HST142 – Load Files-Native, Scanned & 3rd Party | 15.73 GB | $35.00 | $550.55 |
| September | HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| September | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 5,036.95 GB | $13.00 | $65,248.87 |
| September | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 145.13 GB | $12.68 | $1,886.69 |
| September | PRO128 – Client Media Storage | 7.00 EA | $10.00 | $95.00 |
| October | HST142 – Load Files-Native, Scanned & 3rd Party | 9.27 GB | $35.00 | $324.45 |
| October | HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| October | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 193.65 GB | $13.00 | $50,349.65 |
| October | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 733.30 GB | $12.68 | $9,299.60 |
| October | PRO110 – Stamping/Endorsement | 1,727.00 PAG | $0.01 | $8.64 |
| October | PRO128 – Client Media Storage | 7.00 EA | $10.00 | $95.00 |
| October | PRO201 – Process & Promote to Review Database | 0.03 GB | $200.00 | $6.00 |
| October | PRO235 – Prepare Data, Tex, Images | 1,727.00 PAG | $0.01 | $8.64 |
| October | PRO260 – Create TIFF Images | 1,727.00 PAG | $0.01 | $17.27 |
| October | PRO270 – Ingestion & Filtering | 0.03 GB | $35.00 | $1.05 |
| November | HST142 – Load Files-Native, Scanned & Third Party | 0.23 GB | $35.00 | $8.05 |
| November | HST626 – Relativity License Fee | 47.00 licenses | $70.00 | $3,290.00 |
| November | HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | 3,873.27 GB | $13.00 | $50,352.45 |
| November | HST757 -  Billable storage fee (GB) for the eDiscovery Relativity repository | 733.30 GB | $12.68 | $9,299.54 |
| November | PRO128 – Client Media Storage | 7.00 EA | $15.00 | $95.00 |
| November | HST627 – Relativity User Fee by Volume | 2.00 EA | $70.00 | $140.00 |
| December | HST626 – Relativity License Fee | 49.00 licenses | $70.00 | $3,430.00 |
| December | HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | 3,874.43 GB | $13.00 | $50,367.59 |
| December | HST757 -  Billable storage fee (GB) for the eDiscovery Relativity repository | 733.30 GB | $12.68 | $9,299.60 |
| December | PRO128 – Client Media Storage | 7.00 EA | $15.00 | $95.00 |
| **TOTAL** | | | | **$261,128.64** |