# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 9.80 | $4,312.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 8.20 | $6,926.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 792.90 | $660,506.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 74.50 | $77,270.50 |
| 12 | [ALL E-SIDE] Hearings | 3.40 | $4,065.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 32.00 | $19,428.00 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 0.30 | $442.50 |
| 18 | [ALL E-SIDE] Non-Working Travel | 9.40 | $11,516.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 416.10 | $481,989.00 |
| 29 | [ALL E-SIDE] Tax Issues | 50.70 | $68,726.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 293.60 | $281,291.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 9.00 | $12,497.00 |
| | **Totals:** | **1,699.90** | **$1,628,970.00** |

2

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $542.84 |
| Standard Copies or Prints | $755.00 |
| Color Copies or Prints | $1,079.70 |
| Production Blowbacks | $313.80 |
| Outside Messenger Services | $66.20 |
| Travel Expense | $4,475.32 |
| Airfare | $6,909.62 |
| Transportation to/from airport | $430.04 |
| Travel Meals | $341.19 |
| Other Travel Expenses | $124.00 |
| Court Reporter Fee/Deposition | $723.65 |
| Other Court Costs and Fees | $1,005.60 |
| Working Meals/K&E and Others | $28.31 |
| Computer Database Research | $65.00 |
| Westlaw Research | $3,428.08 |
| Overtime Transportation | $528.89 |
| Overtime Meals - Attorney | $117.11 |
| **Total:** | **$20,934.35** |