# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Galen Bascom | Associate | 2015 | Litigation - Appellate | 810.00 | 15.40 | $12,474.00 |
| Aaron Berlin | Associate | 2011 | Corporate - Debt Finance | 955.00 | 33.70 | $32,183.50 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 735.00 | 55.90 | $41,086.50 |
| Mary Brady | Associate | 2014 | Corporate - General | 735.00 | 4.30 | $3,160.50 |
| Maxwell Coll | Associate | 2016 | Litigation - General | 555.00 | 38.20 | $21,201.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 835.00 | 7.20 | $6,012.00 |
| Christopher Kochman | Associate | 2015 | Restructuring | 555.00 | 8.00 | $4,440.00 |
| Kevin McClelland | Associate | 2016 | Restructuring | 555.00 | 9.80 | $5,439.00 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 645.00 | 6.60 | $4,257.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 1,015.00 | 15.70 | $15,935.50 |
| Matthew Smart | Associate | 2016 | Restructuring | 555.00 | 6.20 | $3,441.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 845.00 | 87.20 | $73,684.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 725.00 | 133.00 | $96,425.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 630.00 | 76.50 | $48,195.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 555.00 | 106.00 | $58,830.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 905.00 | 151.90 | $137,469.50 |
| Andrew M Kaufman, P.C. | Of Counsel | 1974 | Corporate - Debt Finance | 995.00 | 6.50 | $6,467.50 |
| Katherine Bolanowski | Partner | 2009 | Corporate - Debt Finance | 1,035.00 | 5.70 | $5,899.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,475.00 | 10.00 | $14,750.00 |
| Paul D Clement, P.C. | Partner | 1994 | Litigation - Appellate | 1,745.00 | 1.00 | $1,745.00 |
| Thomas Dobleman | Partner | 2011 | Corporate - Debt Finance | 995.00 | 9.40 | $9,353.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 11.20 | $12,264.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 32.20 | $31,073.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,525.00 | 2.00 | $3,050.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 111.80 | $111,241.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,195.00 | 3.30 | $3,943.50 |
| Chad J Husnick P.C. | Partner | 2004 | Restructuring | 1,165.00 | 117.80 | $137,237.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 95.50 | $140,862.50 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,225.00 | 35.90 | $43,977.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 22.80 | $37,050.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 86.80 | $101,990.00 |
| Erin E Murphy | Partner | 2006 | Litigation - Appellate | 1,325.00 | 14.30 | $18,947.50 |
| Dennis M Myers, P.C. | Partner | 1996 | Corporate - Capital Markets | 1,445.00 | 6.50 | $9,392.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 48.60 | $71,685.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 14.70 | $14,626.50 |


2

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Michael A Petrino | Partner | 2008 | Litigation - General | 995.00 | 1.60 | $1,592.00 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 10.00 | $10,950.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,410.00 | 33.00 | $46,530.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 54.60 | $80,535.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 96.10 | $97,541.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,075.00 | 4.90 | $5,267.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 9.50 | $12,302.50 |
| **Grand Total** | | | | | **1,601.30** | **$1,594,507.00** |

RLF1 17775032v.1

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rachel Landsman | Junior Paralegal | 8 months | Litigation - Appellate | 315.00 | 1.30 | $409.50 |
| Jonathon Merriman | Junior Paralegal | 1.5 years | Litigation - General | 230.00 | 4.50 | $1,035.00 |
| Colleen Caamano | Litigation Suppt Cons | 3.5 years | Litigation - General | 340.00 | 2.50 | $850.00 |
| Jigna Dalal | Litigation Suppt Spec | 1 year | Litigation - General | 340.00 | 1.00 | $340.00 |
| Elizabeth Burns | Paralegal | 11.5 years | Corporate - General | 390.00 | 0.70 | $273.00 |
| Stephanie Ding | Paralegal | 6 months | Litigation - General | 295.00 | 11.90 | $3,510.50 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 5.20 | $1,690.00 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 0.60 | $252.00 |
| Travis Langenkamp | Paralegal | 12.5 years | Litigation - General | 390.00 | 41.00 | $15,990.00 |
| Adrienne Levin | Paralegal | 10 years | Litigation - General | 370.00 | 0.50 | $185.00 |
| Ashley Mata | Paralegal | 8 months | Litigation - Appellate | 340.00 | 3.50 | $1,190.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 21.10 | $7,174.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 4.00 | $1,300.00 |
| Library Factual Research | Research Specialist | N/A | Admin Services | 330.00 | 0.80 | $264.00 |
| Grand Total | | | | | 98.60 | $34,463.00 |

| | | |
|---|---|---|
| **Total Fees Requested** | **1,699.90** | **$1,628,970.00** |