# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $542.84 |
| Standard Copies or Prints | $668.80 |
| Color Copies or Prints | $753.00 |
| Production Blowbacks | $313.80 |
| Outside Messenger Services | $66.20 |
| Travel Expense | $4,475.32 |
| Airfare | $6,909.62 |
| Transportation to/from airport | $430.04 |
| Travel Meals | $341.19 |
| Other Travel Expenses | $124.00 |
| Court Reporter Fee/Deposition | $723.65 |
| Other Court Costs and Fees | $1,005.60 |
| Working Meals/K&E and Others | $28.31 |
| Computer Database Research | $65.00 |
| Westlaw Research | $3,428.08 |
| Overtime Transportation | $528.89 |
| Overtime Meals - Attorney | $117.11 |
| **Total:** | **$20,521.45** |

2

**EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $69.20 |
| Color Copies or Prints | $218.70 |
| **Total:** | **$287.90** |

3

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $17.00 |
| Color Copies or Prints | $108.00 |
| **Total:** | **$125.00** |