# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 28, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5125460**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**

For legal services rendered through May 31, 2017
(see attached Description of Legal Services for detail)                                $ .00

For expenses incurred through May 31, 2017
(see attached Description of Expenses for detail)                          $ 20,521.45

Total legal services rendered and expenses incurred                          $ 20,521.45

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Third Party Telephone Charges | 542.84 |
| Standard Copies or Prints | 668.80 |
| Color Copies or Prints | 753.00 |
| Production Blowbacks | 313.80 |
| Outside Messenger Services | 66.20 |
| Travel Expense | 4,475.32 |
| Airfare | 6,909.62 |
| Transportation to/from airport | 430.04 |
| Travel Meals | 341.19 |
| Other Travel Expenses | 124.00 |
| Court Reporter Fee/Deposition | 723.65 |
| Other Court Costs and Fees | 1,005.60 |
| Working Meals/K&E and Others | 28.31 |
| Computer Database Research | 65.00 |
| Westlaw Research | 3,428.08 |
| Overtime Transportation | 528.89 |
| Overtime Meals - Attorney | 117.11 |

TOTAL EXPENSES      $ 20,521.45

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|--------|
| 4/21/17 | Beth Friedman, Teleconference, CourtCall re INV# 8275436 | 37.00 |
| 4/24/17 | Beth Friedman, Teleconference, CourtCall re INV# 8278376 | 37.00 |
| 4/24/17 | Beth Friedman, Teleconference, CourtCall re INV# 8278372 | 37.00 |
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferencing | 52.00 |
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference. | 6.19 |
| 5/02/17 | Mark McKane, Internet, Strategy meetings | 12.49 |
| 5/02/17 | Mark McKane, Internet, Strategy meetings | 15.99 |
| 5/05/17 | Mark McKane, Internet, Strategy meetings | 16.97 |
| 5/29/17 | Marc Kieselstein, Internet, Meeting with client. | 15.99 |
| 5/30/17 | Marc Kieselstein, Internet, Meeting with client. | 15.99 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 3.14 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 17.30 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 11.94 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 3.21 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 1.66 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 4.73 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferencing. | 50.09 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 6.60 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 118.90 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 10.63 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 | 13.75 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---:|
|  | (TP), Teleconference, Telephone Conference. |  |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Monthly Conference Calls | 21.09 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 23.58 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 9.60 |
|  | **Total:** | **542.84** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

### Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 5/01/17 | Standard Prints | 2.50 |
| 5/02/17 | Standard Prints | 1.10 |
| 5/02/17 | Standard Prints | 0.10 |
| 5/03/17 | Standard Prints | 6.80 |
| 5/03/17 | Standard Prints | 2.00 |
| 5/03/17 | Standard Prints | 12.60 |
| 5/04/17 | Standard Prints | 4.50 |
| 5/04/17 | Standard Prints | 0.10 |
| 5/05/17 | Standard Prints | 30.30 |
| 5/05/17 | Standard Prints | 5.40 |
| 5/05/17 | Standard Prints | 0.20 |
| 5/05/17 | Standard Prints | 6.30 |
| 5/05/17 | Standard Prints | 12.40 |
| 5/05/17 | Standard Prints | 23.90 |
| 5/05/17 | Standard Prints | 0.30 |
| 5/09/17 | Standard Copies or Prints | 0.10 |
| 5/09/17 | Standard Prints | 0.30 |
| 5/09/17 | Standard Prints | 12.80 |
| 5/09/17 | Standard Prints | 1.30 |
| 5/09/17 | Standard Prints | 1.80 |
| 5/10/17 | Standard Prints | 8.20 |
| 5/10/17 | Standard Prints | 1.90 |
| 5/10/17 | Standard Prints | 0.40 |
| 5/10/17 | Standard Prints | 2.10 |
| 5/11/17 | Standard Prints | 63.70 |
| 5/11/17 | Standard Prints | 0.20 |
| 5/11/17 | Standard Prints | 42.00 |
| 5/11/17 | Standard Prints | 18.10 |
| 5/12/17 | Standard Prints | 11.00 |
| 5/12/17 | Standard Prints | 4.40 |
| 5/12/17 | Standard Prints | 4.20 |
| 5/12/17 | Standard Prints | 0.10 |
| 5/15/17 | Standard Prints | 10.60 |
| 5/15/17 | Standard Prints | 2.30 |
| 5/15/17 | Standard Prints | 0.60 |
| 5/15/17 | Standard Prints | 0.30 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 5/16/17 | Standard Prints | 6.90 |
| 5/16/17 | Standard Prints | 3.20 |
| 5/16/17 | Standard Prints | 6.40 |
| 5/16/17 | Standard Prints | 12.50 |
| 5/16/17 | Standard Prints | 0.10 |
| 5/16/17 | Standard Prints | 2.00 |
| 5/17/17 | Standard Prints | 12.70 |
| 5/17/17 | Standard Prints | 2.00 |
| 5/17/17 | Standard Prints | 5.50 |
| 5/17/17 | Standard Prints | 0.20 |
| 5/17/17 | Standard Prints | 7.10 |
| 5/18/17 | Standard Copies or Prints | 0.20 |
| 5/18/17 | Standard Prints | 18.10 |
| 5/18/17 | Standard Prints | 0.10 |
| 5/18/17 | Standard Prints | 3.60 |
| 5/18/17 | Standard Prints | 0.70 |
| 5/19/17 | Standard Prints | 0.70 |
| 5/19/17 | Standard Prints | 0.50 |
| 5/19/17 | Standard Prints | 0.10 |
| 5/19/17 | Standard Prints | 0.30 |
| 5/19/17 | Standard Prints | 4.20 |
| 5/19/17 | Standard Prints | 8.30 |
| 5/22/17 | Standard Prints | 10.70 |
| 5/22/17 | Standard Prints | 5.20 |
| 5/22/17 | Standard Prints | 0.80 |
| 5/22/17 | Standard Prints | 0.10 |
| 5/22/17 | Standard Prints | 9.50 |
| 5/22/17 | Standard Prints | 0.40 |
| 5/23/17 | Standard Prints | 5.60 |
| 5/23/17 | Standard Prints | 0.20 |
| 5/23/17 | Standard Prints | 0.70 |
| 5/24/17 | Standard Prints | 2.90 |
| 5/24/17 | Standard Prints | 0.80 |
| 5/24/17 | Standard Prints | 78.80 |
| 5/24/17 | Standard Prints | 0.20 |
| 5/24/17 | Standard Prints | 6.30 |
| 5/25/17 | Standard Copies or Prints | 0.10 |
| 5/25/17 | Standard Prints | 4.40 |
| 5/25/17 | Standard Prints | 7.10 |
| 5/25/17 | Standard Prints | 30.90 |
| 5/25/17 | Standard Prints | 0.50 |
| 5/26/17 | Standard Prints | 1.80 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| 5/26/17 | Standard Prints | 0.10 |
|---------|-----------------|------|
| 5/26/17 | Standard Prints | 1.20 |
| 5/26/17 | Standard Prints | 2.60 |
| 5/30/17 | Standard Prints | 4.80 |
| 5/30/17 | Standard Prints | 0.20 |
| 5/30/17 | Standard Prints | 96.80 |
| 5/30/17 | Standard Prints | 0.20 |
| 5/30/17 | Standard Prints | 4.20 |
| 5/30/17 | Standard Prints | 0.50 |
| 5/30/17 | Standard Prints | 0.90 |
| | **Total:** | **668.80** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 5/03/17 | Color Prints | 3.00 |
| 5/03/17 | Color Prints | 3.00 |
| 5/05/17 | Color Prints | 4.50 |
| 5/05/17 | Color Prints | 5.10 |
| 5/05/17 | Color Prints | 9.30 |
| 5/05/17 | Color Prints | 2.10 |
| 5/05/17 | Color Prints | 2.10 |
| 5/05/17 | Color Prints | 6.00 |
| 5/05/17 | Color Prints | 0.30 |
| 5/05/17 | Color Prints | 6.00 |
| 5/05/17 | Color Prints | 0.30 |
| 5/05/17 | Color Prints | 6.90 |
| 5/05/17 | Color Prints | 0.90 |
| 5/05/17 | Color Prints | 6.00 |
| 5/05/17 | Color Prints | 0.30 |
| 5/05/17 | Color Prints | 0.30 |
| 5/09/17 | Color Prints | 2.70 |
| 5/10/17 | Color Prints | 0.30 |
| 5/11/17 | Color Prints | 21.60 |
| 5/11/17 | Color Prints | 21.60 |
| 5/11/17 | Color Prints | 0.60 |
| 5/11/17 | Color Prints | 1.50 |
| 5/11/17 | Color Prints | 0.30 |
| 5/11/17 | Color Prints | 0.30 |
| 5/11/17 | Color Prints | 1.80 |
| 5/11/17 | Color Prints | 7.80 |
| 5/11/17 | Color Prints | 1.80 |
| 5/11/17 | Color Prints | 0.30 |
| 5/12/17 | Color Prints | 20.10 |
| 5/12/17 | Color Prints | 1.50 |
| 5/12/17 | Color Prints | 0.60 |
| 5/12/17 | Color Prints | 1.20 |
| 5/12/17 | Color Prints | 0.90 |
| 5/12/17 | Color Prints | 1.50 |
| 5/12/17 | Color Prints | 0.30 |
| 5/12/17 | Color Prints | 2.10 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 5/12/17 | Color Prints | 2.10 |
| 5/12/17 | Color Prints | 0.60 |
| 5/12/17 | Color Prints | 2.10 |
| 5/12/17 | Color Prints | 2.70 |
| 5/15/17 | Color Prints | 0.90 |
| 5/16/17 | Color Prints | 5.40 |
| 5/16/17 | Color Prints | 1.80 |
| 5/16/17 | Color Prints | 0.60 |
| 5/16/17 | Color Prints | 0.30 |
| 5/16/17 | Color Prints | 0.60 |
| 5/16/17 | Color Prints | 5.40 |
| 5/16/17 | Color Prints | 0.30 |
| 5/16/17 | Color Prints | 0.60 |
| 5/16/17 | Color Prints | 0.60 |
| 5/16/17 | Color Prints | 0.30 |
| 5/16/17 | Color Prints | 0.60 |
| 5/16/17 | Color Prints | 0.60 |
| 5/16/17 | Color Prints | 33.90 |
| 5/16/17 | Color Prints | 30.00 |
| 5/17/17 | Color Prints | 0.90 |
| 5/17/17 | Color Prints | 0.90 |
| 5/17/17 | Color Prints | 1.50 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 3.00 |
| 5/17/17 | Color Prints | 0.90 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 1.50 |
| 5/17/17 | Color Prints | 0.90 |
| 5/17/17 | Color Prints | 0.90 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 1.50 |
| 5/17/17 | Color Prints | 0.60 |
| 5/17/17 | Color Prints | 0.60 |
| 5/17/17 | Color Prints | 0.60 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 1.50 |
| 5/17/17 | Color Prints | 0.60 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 0.30 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
     109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 5/17/17 | Color Prints | 0.60 |
| 5/17/17 | Color Prints | 0.60 |
| 5/17/17 | Color Prints | 0.90 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 0.30 |
| 5/17/17 | Color Prints | 0.90 |
| 5/17/17 | Color Prints | 0.90 |
| 5/17/17 | Color Prints | 0.90 |
| 5/17/17 | Color Prints | 0.60 |
| 5/17/17 | Color Prints | 0.60 |
| 5/17/17 | Color Prints | 0.90 |
| 5/17/17 | Color Prints | 0.60 |
| 5/17/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 1.20 |
| 5/18/17 | Color Prints | 0.30 |
| 5/18/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 1.20 |
| 5/18/17 | Color Prints | 1.20 |
| 5/18/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 0.90 |
| 5/18/17 | Color Prints | 0.30 |
| 5/18/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 1.20 |
| 5/18/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 0.90 |
| 5/18/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 0.30 |
| 5/18/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 0.30 |
| 5/18/17 | Color Prints | 2.70 |
| 5/18/17 | Color Prints | 0.60 |
| 5/18/17 | Color Prints | 0.60 |
| 5/19/17 | Color Prints | 0.30 |
| 5/19/17 | Color Prints | 1.20 |
| 5/19/17 | Color Prints | 1.20 |
| 5/19/17 | Color Prints | 0.90 |
| 5/19/17 | Color Prints | 1.50 |
| 5/19/17 | Color Prints | 1.50 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
      109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 5/19/17 | Color Prints | 0.30 |
| 5/19/17 | Color Prints | 0.30 |
| 5/19/17 | Color Prints | 1.50 |
| 5/19/17 | Color Prints | 0.60 |
| 5/19/17 | Color Prints | 0.30 |
| 5/19/17 | Color Prints | 1.20 |
| 5/19/17 | Color Prints | 0.90 |
| 5/19/17 | Color Prints | 3.90 |
| 5/22/17 | Color Prints | 1.20 |
| 5/22/17 | Color Prints | 15.00 |
| 5/22/17 | Color Prints | 15.30 |
| 5/22/17 | Color Prints | 5.10 |
| 5/22/17 | Color Prints | 12.90 |
| 5/22/17 | Color Prints | 15.00 |
| 5/22/17 | Color Prints | 15.00 |
| 5/22/17 | Color Prints | 0.30 |
| 5/22/17 | Color Prints | 1.20 |
| 5/22/17 | Color Prints | 18.30 |
| 5/22/17 | Color Prints | 35.70 |
| 5/22/17 | Color Prints | 0.60 |
| 5/22/17 | Color Prints | 12.90 |
| 5/22/17 | Color Prints | 18.30 |
| 5/22/17 | Color Prints | 5.10 |
| 5/22/17 | Color Prints | 24.30 |
| 5/22/17 | Color Prints | 4.50 |
| 5/22/17 | Color Prints | 4.50 |
| 5/23/17 | Color Prints | 0.30 |
| 5/23/17 | Color Prints | 0.30 |
| 5/23/17 | Color Prints | 0.60 |
| 5/23/17 | Color Prints | 1.50 |
| 5/23/17 | Color Prints | 1.20 |
| 5/23/17 | Color Prints | 5.10 |
| 5/23/17 | Color Prints | 12.90 |
| 5/23/17 | Color Prints | 6.00 |
| 5/23/17 | Color Prints | 1.20 |
| 5/23/17 | Color Prints | 0.90 |
| 5/23/17 | Color Prints | 18.30 |
| 5/24/17 | Color Prints | 0.30 |
| 5/24/17 | Color Prints | 0.90 |
| 5/24/17 | Color Prints | 0.60 |
| 5/24/17 | Color Prints | 0.30 |
| 5/24/17 | Color Prints | 0.90 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 5/24/17 | Color Prints | 0.60 |
| 5/24/17 | Color Prints | 0.60 |
| 5/24/17 | Color Prints | 15.00 |
| 5/24/17 | Color Prints | 1.20 |
| 5/24/17 | Color Prints | 0.30 |
| 5/24/17 | Color Prints | 0.90 |
| 5/24/17 | Color Prints | 1.20 |
| 5/24/17 | Color Prints | 0.60 |
| 5/24/17 | Color Prints | 0.60 |
| 5/24/17 | Color Prints | 0.30 |
| 5/24/17 | Color Prints | 35.70 |
| 5/24/17 | Color Prints | 1.50 |
| 5/24/17 | Color Prints | 2.70 |
| 5/24/17 | Color Prints | 0.60 |
| 5/24/17 | Color Prints | 0.60 |
| 5/24/17 | Color Prints | 1.20 |
| 5/24/17 | Color Prints | 0.60 |
| 5/24/17 | Color Prints | 1.50 |
| 5/25/17 | Color Prints | 0.30 |
| 5/25/17 | Color Prints | 4.80 |
| 5/25/17 | Color Prints | 1.50 |
| 5/25/17 | Color Prints | 2.40 |
| 5/25/17 | Color Prints | 2.70 |
| 5/25/17 | Color Prints | 0.90 |
| 5/25/17 | Color Prints | 0.30 |
| 5/25/17 | Color Prints | 16.50 |
| 5/25/17 | Color Prints | 15.90 |
| 5/26/17 | Color Prints | 2.10 |
| 5/26/17 | Color Prints | 0.30 |
| 5/26/17 | Color Prints | 1.80 |
| 5/26/17 | Color Prints | 1.20 |
| 5/26/17 | Color Prints | 0.30 |
| 5/26/17 | Color Prints | 3.00 |
| 5/26/17 | Color Prints | 0.90 |
| 5/26/17 | Color Prints | 9.00 |
| 5/26/17 | Color Prints | 0.30 |
| 5/26/17 | Color Prints | 0.30 |
| 5/26/17 | Color Prints | 0.30 |
| 5/26/17 | Color Prints | 0.30 |
| 5/30/17 | Color Prints | 15.00 |
| 5/30/17 | Color Prints | 1.20 |
| 5/30/17 | Color Prints | 1.50 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 5/30/17 | Color Prints | 4.80 |
| 5/30/17 | Color Prints | 2.40 |
| 5/30/17 | Color Prints | 6.60 |
| 5/30/17 | Color Prints | 1.20 |
| 5/30/17 | Color Prints | 35.70 |
| 5/30/17 | Color Prints | 1.50 |
| 5/30/17 | Color Prints | 0.30 |
| 5/30/17 | Color Prints | 0.30 |
| 5/30/17 | Color Prints | 0.30 |
| 5/30/17 | Color Prints | 0.30 |
| | **Total:** | **753.00** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Production Blowbacks

| Date | Description | Amount |
|------|-------------|-------:|
| 5/05/17 | Production Blowbacks | 251.60 |
| 5/11/17 | Production Blowbacks | 62.20 |
| | **Total:** | **313.80** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Messenger Services

| Date | Description | Amount |
|------|-------------|--------|
| 5/07/17 | E-CROWN DELIVERY & LOGISTICS - PO BOX 76, MIDTOWN STATION (NT), Outside Messenger Service, Courier Delivery | 20.00 |
| 5/07/17 | E-CROWN DELIVERY & LOGISTICS - PO BOX 76, MIDTOWN STATION (NT), Outside Messenger Service, Night rush courier delivery | 46.20 |
| | **Total:** | **66.20** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|------|-------------|-------:|
| 5/01/17 | Mark McKane, Lodging, Dallas, TX 04/30/2017 to 05/01/2017, Board meeting | 350.00 |
| 5/01/17 | James Sprayregen, Lodging, Dallas, TX 04/30/2017 to 05/01/2017, Meeting | 207.47 |
| 5/01/17 | Marc Kieselstein, Lodging, Dallas, TX 04/30/2017 to 05/01/2017, Meeting with client. | 350.00 |
| 5/02/17 | Mark McKane, Lodging, New York, NY 05/02/2017 to 05/05/2017, Strategy meetings | 500.00 |
| 5/05/17 | Mark McKane, Lodging, New York, NY 05/04/2017 to 05/05/2017, Strategy meetings | 204.86 |
| 5/10/17 | Chad Husnick, Lodging, Houston, TX 05/09/2017 to 05/10/2017, Client Meeting. | 500.00 |
| 5/15/17 | Marc Kieselstein, Lodging, New York, NY 05/15/2017 to 05/15/2017, Client Meeting cancelled -under penalty for hotel | 499.17 |
| 5/16/17 | James Sprayregen, Lodging, New York, NY 05/15/2017 to 05/16/2017, Meetings | 500.00 |
| 5/17/17 | James Sprayregen, Lodging, New York, NY 05/16/2017 to 05/17/2017, Meetings | 500.00 |
| 5/29/17 | Marc Kieselstein, Lodging, New York, NY 05/29/2017 to 05/31/2017, Meeting with client. | 363.82 |
| 5/30/17 | Marc Kieselstein, Lodging, New York, NY 05/29/2017 to 05/31/2017, Meeting with client. | 500.00 |
| | **Total:** | **4,475.32** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Airfare

| Date | Description | Amount |
|------|-------------|-------:|
| 4/18/17 | Mark McKane, Airfare, Dallas, TX 04/30/2017 to 05/01/2017, Board meeting, SFO to DFW to SFO | 928.63 |
| 4/18/17 | Marc Kieselstein, Airfare, Dallas, TX 04/30/2017 to 05/01/2017, Meeting with client. ORD to DFW to ORD | 337.16 |
| 4/18/17 | Marc Kieselstein, Agency Fee, Meeting with client. | 58.00 |
| 4/20/17 | Mark McKane, Airfare, Newark, NJ 05/02/2017 to 05/05/2017, Strategy meetings SFO to Newark to SFO | 732.18 |
| 4/20/17 | Mark McKane, Agency Fee, Strategy meetings | 10.50 |
| 4/26/17 | Chad Husnick, Airfare, Houston, TX 05/09/2017 to 05/10/2017, Client Meeting. ORD to George Bush Airport | 527.20 |
| 4/26/17 | Chad Husnick, Agency Fee, Client Meeting. | 58.00 |
| 4/26/17 | Chad Husnick, Airfare, Dallas, TX 05/09/2017 to 05/10/2017, Client Meeting. Hobby to Love Field to DFW to LAX | 224.98 |
| 4/28/17 | James Sprayregen, Airfare, Dallas, TX 05/01/2017 to 05/01/2017, Meeting, ORD to DFW | 511.20 |
| 4/28/17 | James Sprayregen, Agency Fee, Meeting | 58.00 |
| 4/28/17 | James Sprayregen, Airfare, Los Angeles, CA 05/01/2017 to 05/01/2017, Meeting DFW to LAX | 666.20 |
| 4/28/17 | James Sprayregen, Agency Fee, Meeting | 58.00 |
| 5/01/17 | Chad Husnick, Airfare, Chicago, IL/Dallas, TX 05/01/2017 to 05/02/2017, Restructuring, ORD to DFW | 381.20 |
| 5/01/17 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| 5/25/17 | Marc Kieselstein, Airfare, New York, NY 05/29/2017 to 05/31/2017, Meeting with client. ORD to LGA to ORD | 1,203.17 |
| 5/25/17 | Marc Kieselstein, Agency Fee, Meeting with client. | 58.00 |
| 5/29/17 | Chad Husnick, Airfare, New York, NY 05/30/2017 to 06/01/2017, Restructuring LGA to ORD | 981.20 |
| 5/29/17 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| | **Total:** | **6,909.62** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|--------|
| 5/01/17 | Mark McKane, Transportation To/From Airport, Board meeting Pickup at Dallas, TX dropoff at DFW Airport. | 55.04 |
| 5/01/17 | James Sprayregen, Transportation To/From Airport, Meeting Pickup at Glencoe, IL dropoff at ORD | 75.00 |
| 5/01/17 | James Sprayregen, Transportation To/From Airport, Meeting Pickup at DFW Airport dropoff at Dallas, TX | 75.00 |
| 5/01/17 | James Sprayregen, Transportation To/From Airport, Meeting, pickup at 1601 Bryan St, Dallas, TX Dropoff at DFW airport | 75.00 |
| 5/02/17 | Marc Kieselstein, Transportation To/From Airport, Mtg with client. Pickup Dallas, TX dropoff at Dallas Airport | 75.00 |
| 5/10/17 | Chad Husnick, Transportation To/From Airport, Client Meeting. Pickup 1901 N Akard St, Dallas, TX dropoff at Dallas Airport | 75.00 |
| | **Total:** | **430.04** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|------|-------------|-------:|
| 2/13/17 | Travis Langenkamp, Travel Meals, Wilmington, DE EFH Trial Dinner (1) | 33.20 |
| 2/15/17 | Travis Langenkamp, Travel Meals, Wilmington, DE EFH Trial Dinner (1) | 12.00 |
| 5/01/17 | Marc Kieselstein, Travel Meals, Dallas, TX Meeting with client. Lunch (1) | 18.40 |
| 5/02/17 | Mark McKane, Travel Meals, New York, NY Strategy meetings Dinner (1) | 36.76 |
| 5/03/17 | Mark McKane, Travel Meals, New York, NY Strategy meetings Lunch (1) | 7.08 |
| 5/04/17 | Mark McKane, Travel Meals, New York, NY Strategy meetings Breakfast (1) | 6.26 |
| 5/04/17 | Mark McKane, Travel Meals, New York, NY Strategy meetings Dinner (1) | 40.00 |
| 5/30/17 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. Lunch (1) | 34.83 |
| 5/30/17 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. Breakfast (1) | 32.66 |
| 5/30/17 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. Dinner (1) | 40.00 |
| 5/30/17 | Chad Husnick, Travel Meals, New York, NY Restructuring | 40.00 |
| 5/31/17 | Chad Husnick, Travel Meals, New York, NY Restructuring | 40.00 |
| | **Total:** | **341.19** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|---|---|---|
| 5/01/17 | Mark McKane, Parking, San Francisco Int'l Airport Board Meeting | 52.00 |
| 5/05/17 | Mark McKane, Parking, San Francisco International Airport Strategy meetings | 72.00 |
| | **Total:** | **124.00** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|------|-------------|--------|
| 5/18/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original & Electronic Transcripts, etc. | 314.70 |
| 5/23/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Electronic & Certified Transcripts, etc. | 408.95 |
| | **Total:** | **723.65** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Other Court Costs and Fees**

| Date | Description | Amount |
|------|-------------|--------|
| 5/15/17 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Court Costs and Fees, Original, Certified Transcripts, etc. | 1,005.60 |
| | **Total:** | **1,005.60** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Working Meals/K&E and Others**

| Date | Description | Amount |
|------|-------------|--------|
| 5/30/17 | McClain Thompson, Working Meal/K&E w/Others | 28.31 |
| | **Total:** | **28.31** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|--------|
| 4/10/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 04/2017, Aparna Yenamandra | 37.00 |
| 4/25/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 04/2017, Robert Orren | 8.00 |
| 4/29/17 | RESTRUCTURING CONCEPTS LLC, Computer Database Research, Chapter 11 Dockets Usage for 04/2017, Rebecca Chaikin | 20.00 |
| | **Total:** | **65.00** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Westlaw Research

| Date | Description | Amount |
|------|-------------|-------:|
| 4/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 4/1/2017 | 177.95 |
| 4/02/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 4/2/2017 | 174.34 |
| 4/03/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 4/3/2017 | 132.06 |
| 4/03/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 4/3/2017 | 19.30 |
| 4/05/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 4/5/2017 | 39.68 |
| 4/05/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 4/5/2017 | 237.46 |
| 4/07/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 4/7/2017 | 198.39 |
| 4/07/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 4/7/2017 | 73.34 |
| 4/10/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, BASCOM,GALEN, 4/10/2017 | 27.88 |
| 4/10/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, JUDGE,DANIEL, 4/10/2017 | 691.11 |
| 4/11/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 4/11/2017 | 240.90 |
| 4/17/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 4/17/2017 | 112.22 |
| 4/17/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, MCCLELLAND,KEVIN, 4/17/2017 | 58.21 |
| 4/18/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 4/18/2017 | 238.07 |
| 4/18/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 4/18/2017 | 136.82 |
| 4/19/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 4/19/2017 | 19.30 |
| 4/21/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RISHEL,MEGHAN, 4/21/2017 | 55.19 |
| 4/21/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 4/21/2017 | 32.74 |
| 4/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 4/22/2017 | 38.59 |
| 4/23/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, | 31.22 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | BASCOM,GALEN, 4/23/2017 | |
| 4/23/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 4/23/2017 | 57.89 |
| 4/24/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 4/24/2017 | 38.59 |
| 4/26/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 4/26/2017 | 58.71 |
| 4/26/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 4/26/2017 | 55.31 |
| 4/26/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 4/26/2017 | 19.30 |
| 4/27/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 4/27/2017 | 240.07 |
| 4/29/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 4/29/2017 | 223.44 |
| | **Total:** | **3,428.08** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|------|-------------|--------|
| 8/11/16 | TRF Travis Langenkamp Duplicate Overtime Taxi, 8/11/16 | (10.25) |
| 4/10/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 42.07 |
| 4/28/17 | Rebecca Chaikin, Taxi, Overtime taxi, after midnight on the 27th. | 30.35 |
| 4/28/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 35.75 |
| 4/29/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 34.10 |
| 5/02/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 36.10 |
| 5/03/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 34.12 |
| 5/04/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.16 |
| 5/08/17 | Patrick Venter, Taxi, OT Cab Fare | 10.55 |
| 5/11/17 | McClain Thompson, Taxi, OT | 18.35 |
| 5/12/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.25 |
| 5/12/17 | Patrick Venter, Taxi, OT Cab Fare (worked on 5/11 and left KE office 5/12 @ 12:53 AM) | 11.76 |
| 5/15/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.16 |
| 5/16/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 30.36 |
| 5/16/17 | Patrick Venter, Taxi, OT Cab Fare | 10.56 |
| 5/17/17 | Patrick Venter, Taxi, OT Cab Fare | 12.36 |
| 5/18/17 | McClain Thompson, Taxi, OT expenses on 5.17.17 | 18.36 |
| 5/18/17 | Maxwell Coll, Taxi, OT transportation from office | 9.34 |
| 5/18/17 | McClain Thompson, Taxi, Overtime | 17.76 |
| 5/19/17 | Maxwell Coll, Taxi, OT transportation from office | 9.68 |
| 5/19/17 | McClain Thompson, OT Taxi | 18.96 |
| 5/30/17 | McClain Thompson, OT Taxi | 25.56 |
| 5/30/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 24.12 |
| 5/31/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 15.36 |
| | **Total:** | **528.89** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|--------|
| 5/16/17 | Patrick Venter, Overtime Meals - Attorney | 20.00 |
| 5/17/17 | McClain Thompson, Overtime Meals - Attorney, OT expenses on 5.17.17 | 8.66 |
| 5/17/17 | Jonathan Ganter, Overtime Meals - Attorney, OT Meal | 20.00 |
| 5/17/17 | SEAMLESS NORTH AMERICA LLC, Anna Terteryan, Overtime Meals - Attorney, 5/17/2017 | 20.00 |
| 5/18/17 | McClain Thompson, Overtime Meals | 15.50 |
| 5/19/17 | McClain Thompson, Overtime Meals - Attorney | 12.95 |
| 5/31/17 | Michelle Kilkenney, Overtime Meals - Attorney, OT meal in office. | 20.00 |
| | **Total:** | **117.11** |

**TOTAL EXPENSES**                                         **20,521.45**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 28, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5125462**
**Client Matter: 14356-111**

---

**In the matter of    [EFIH] Expenses**

For legal services rendered through May 31, 2017
(see attached Description of Legal Services for detail)                    $ .00

For expenses incurred through May 31, 2017
(see attached Description of Expenses for detail)                      $ 287.90

Total legal services rendered and expenses incurred                     $ 287.90

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 69.20 |
| Color Copies or Prints | 218.70 |
| | |
| TOTAL EXPENSES | $ 287.90 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 5/15/17 | Standard Prints | 42.40 |
| 5/18/17 | Standard Prints | 0.50 |
| 5/19/17 | Standard Prints | 0.40 |
| 5/22/17 | Standard Prints | 0.30 |
| 5/23/17 | Standard Prints | 0.60 |
| 5/25/17 | Standard Prints | 1.20 |
| 5/26/17 | Standard Prints | 8.30 |
| 5/30/17 | Standard Copies or Prints | 3.30 |
| 5/30/17 | Standard Prints | 12.20 |
| | **Total:** | **69.20** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 5/19/17 | Color Prints | 7.80 |
| 5/23/17 | Color Prints | 0.60 |
| 5/26/17 | Color Prints | 42.90 |
| 5/26/17 | Color Prints | 84.00 |
| 5/30/17 | Color Copies or Prints | 13.50 |
| 5/30/17 | Color Prints | 0.60 |
| 5/30/17 | Color Prints | 54.90 |
| 5/30/17 | Color Prints | 14.40 |
| | **Total:** | **218.70** |

**TOTAL EXPENSES**                                              **287.90**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

June 28, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Andy Wright

**Invoice Number:  5125463**
**Client Matter: 14356-112**

---

**In the matter of    [EFH] Expenses**


For legal services rendered through May 31, 2017
(see attached Description of Legal Services for detail)                                    $ .00


For expenses incurred through May 31, 2017
(see attached Description of Expenses for detail)                                        $ 125.00

Total legal services rendered and expenses incurred                                $ 125.00

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## **Description of Expenses**

| **Description** | **Amount** |
|---|---|
| Standard Copies or Prints | 17.00 |
| Color Copies or Prints | 108.00 |
| | |
| TOTAL EXPENSES | $ 125.00 |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

### Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 5/01/17 | Standard Prints | 2.40 |
| 5/10/17 | Standard Prints | 0.20 |
| 5/10/17 | Standard Prints | 1.00 |
| 5/11/17 | Standard Prints | 1.90 |
| 5/12/17 | Standard Prints | 0.10 |
| 5/15/17 | Standard Prints | 8.60 |
| 5/16/17 | Standard Prints | 1.80 |
| 5/17/17 | Standard Prints | 0.20 |
| 5/25/17 | Standard Prints | 0.80 |
| | **Total:** | **17.00** |

Legal Services for the Period Ending May 31, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 5/02/17 | Color Prints | 18.30 |
| 5/15/17 | Color Prints | 1.50 |
| 5/15/17 | Color Prints | 12.00 |
| 5/15/17 | Color Prints | 0.90 |
| 5/15/17 | Color Prints | 9.30 |
| 5/16/17 | Color Prints | 33.90 |
| 5/16/17 | Color Prints | 3.90 |
| 5/16/17 | Color Prints | 10.20 |
| 5/17/17 | Color Prints | 6.60 |
| 5/17/17 | Color Prints | 11.40 |
| | **Total:** | **108.00** |

**TOTAL EXPENSES**                                    **125.00**