# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 6.6 | $5,445.00 |
| Mark A. Kurtz | Director | 2005 | Bankruptcy | $600 | 0.1 | $60.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 120.5 | $69,287.50 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 6.9 | $2,829.00 |
| Christopher M. DeLillo | Associate | 2016 | Bankruptcy | $320 | 2.2 | $704.00 |
| Total | | | | | 136.3 | $78,325.50 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $250 | 42.9 | $10,725.00 |
| Cynthia S. McMenamin | Paralegal | 2 | Bankruptcy | $250 | 0.5 | $125.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $250 | 4.3 | $1,075.00 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 5.1 | $688.50 |
| Total | | | | | 52.8 | $12,613.50 |
| | | | | **Total Fees** | | **$90,939.00** |

RLF1 17778925v.1