# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $14.26 |
| Conference Calling | $102.08 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $162.56 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $0.57 |
| Messenger and Delivery Service | $35.12 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $128.51 |
| Postage | $60.80 |
| Room Rental | $0.00 |
| Professional Services | $168.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$671.90** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $4.90 |
| Conference Calling | $35.09 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $55.88 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.20 |
| Messenger and Delivery Service | $12.07 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $44.18 |
| Photocopying/Printing | $20.90 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $57.75 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$230.97** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $25.39 |
| Conference Calling | $181.84 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $289.56 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $1.02 |
| Messenger and Delivery Service | $62.56 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $228.91 |
| Postage | $108.30 |
| Room Rental | $0.00 |
| Professional Services | $299.25 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$1,196.83** |