**EXHIBIT E**

**Detailed Description of Meal Expenses**

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 4/21/2017 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation of 4/26/17 hearing binders | $10.89 | $10.89 |
| 5/15/2017 | Mikimotos | Dinner | 2 | Working meal for RL&F team members in connection with after-hours preparation for potential filing of EFIH debtor in possession financing papers | $16.83 | $33.66 |
| **TOTALS** | | | | | | **$44.55** |