## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date:  TBD** |
| | ) **Objection Deadline: July 26, 2017 at 4:00 p.m.** |

## SUMMARY OF EIGHTH INTERIM FEE APPLICATION OF
## SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE

| | |
|---|---|
| NAME OF APPLICANT: | Sullivan & Cromwell LLP |
| AUTHORIZED TO PROVIDE PROFESSIONAL SERVICES TO: | Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. |
| DATE CASE FILED: | April 29, 2014 |
| DATE OF RETENTION: | January 13, 2015, *nunc pro tunc* to November 5, 2014 |
| PERIOD FOR WHICH COMPENSATION AND REIMBURSEMENT IS SOUGHT: | January 1, 2017 through and including April 30, 2017 |
| TOTAL COMPENSATION REQUESTED: | $269,353.80 |
| TOTAL EXPENSE REIMBURSEMENT REQUESTED: | $7,638.07 |

This is a(n):__X__interim____final application.

This is the eighth interim fee application filed by Sullivan & Cromwell LLP.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**SUMMARY OF FEES AND EXPENSES REQUESTED FOR FEE PERIOD**

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date |
|---|---|---|---|---|---|---|
| 02/21/2017 [D.I. 10874] | 01/01/2017 - 01/31/2017 | $64,889.50 | $12,977.90 | $51,911.60 | $1,728.56 | $1,728.56 |
| 03/21/2017 [D.I. 11032] | 02/01/2017 - 02/28/2017 | $94,513.00 | $18,902.60 | $75,610.40 | $2,718.43 | $2,718.43 |
| 4/25/2017 [D.I. 11188] | 03/01/2017 - 03/31/2017 | $27,745.50 | $5,549.10 | $22,196.40 | $2,100.47 | $2,100.47 |
| 05/22/2017 [D.I. 11271] | 04/01/2017 – 04/30/2017 | $82,205.80 | $16,441.16 | $0.00 | $1,090.61 | $0.00 |
| | **TOTAL REQUESTED IN MONTHLY FEE APPLICATIONS** | $269,353.80 | $53,870.76 | $149,718.40 | $7,638.07 | $6,547.46 |

SC1:4375310.5

## SUMMARY OF FEES AND EXPENSES PREVIOUSLY REQUESTED

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 1/23/2015 [D.I. 3358] | 11/05/2014 - 11/30/2014 | $1,633,519.00 | $326,703.80 | $1,580,640.08 | $12,273.34 | $11,831.27 | $2,697,155.36 |
| 2/5/2015 [D.I. 3455] | 12/01/2014 - 12/31/2014 | $1,137,878.40 | $227,575.68 | $1,101,043.94 | $3,948.00 | $3,640.07 | |
| 2/26/2015 [D.I. 3691] | 01/01/2015 - 01/31/2015 | $1,139,002.50 | $227,800.50 | $1,099,767.97 | $4,630.14 | $4,630.14 | $4,924,079.31 |
| 3/24/2015 [D.I. 3959] | 02/01/2015 - 02/28/2015 | $1,289,130.10 | $257,826.02 | $1,244,724.22 | $5,133.05 | $5,133.05 | |
| 4/21/2015 [D.I. 4241] | 03/01/2015 - 03/31/2015 | $1,280,362.50 | $256,072.50 | $1,236,258.63 | $3,900.84 | $3,900.84 | |
| 5/21/2015 [D.I. 4560 ] | 04/01/2015 - 04/30/2015 | $1,360,411.80 | $272,082.36 | $1,313,550.52 | $16,113.94 | $16,113.94 | |
| 6/22/2015 [D.I. 4820] | 05/01/2015 - 05/31/2015 | $997,875.50 | $199,575.10 | $991,901.96 | $4,548.67 | $4,530.06 | $4,493,854.17 |
| 7/21/2015 [D.I. 5054] | 06/01/2015 - 06/30/2015 | $1,087,893.50 | $217,578.70 | $1,081,381.09 | $4,265.83 | $4,245.54 | |
| 8/21/2015 [D.I. 5615] | 07/01/2015 - 07/31/2015 | $704,331.50 | $140,866.30 | $700,115.19 | $6,814.33 | $6,801.19 | |
| 9/21/2015 [D.I. 6127] | 08/01/2015 - 08/31/2015 | $1,699,912.00 | $339,982.40 | $1,689,735.89 | $15,174.95 | $15,143.25 | |
| 10/21/2015 [D.I. 6557] | 09/01/2015 - 09/30/2015 | $2,512,274.10 | $502,454.82 | $2,434,831.81 | $451,883.06 | $451,883.06 | $9,607,132.82 |
| 11/23/2015 [D.I. 7108] | 10/01/2015 - 10/31/2015 | $4,073,755.90 | $814,751.18 | $3,965,033.37 | $87,674.34 | $87,674.34 | |
| 12/21/2015 [D.I. 5615] | 11/01/2015 - 11/30/2015 | $2,471,103.00 | $494,220.60 | $2,405,449.06 | $41,847.14 | $41,847.14 | |
| 1/21/2016 [D.I. 7710 ] | 12/01/2015 - 12/31/2015 | $113,575.50 | $22,715.10 | $107,662.42 | $112,751.62 | $112,751.62 | |

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 2/22/2016 [D.I. 7906] | 01/01/2016 - 01/31/2016 | $37,850.50 | $7,570.10 | $37,520.18 | $3,881.73 | $3,881.73 | $164,056.05 |
| 3/21/2016 [D.I. 8027] | 02/01/2016 - 02/29/2016 | $47,410.50 | $9,482.10 | $47,034.39 | $107.07 | $107.07 | |
| 4/21/2016 [D.I. 8249] | 03/01/2016 - 03/31/2016 | $37,517.00 | $7,503.40 | $37,216.10 | $498.77 | $498.77 | |
| 5/23/2016 [D.I. 8509] | 04/01/2016 - 04/30/2016 | $37,092.00 | $7,418.40 | $36,790.44 | $1,007.38 | $1,007.38 | |
| 6/21/2016 [D.I. 8790] | 05/01/2016 - 05/31/2016 | $171,966.50 | $34,393.30 | $165,900.48 | $400.58 | $400.58 | $756,630.28 |
| 7/22/2016 [D.I. 8983] | 06/01/2016 - 06/30/2016 | $187,428.00 | $37,485.60 | $180,816.59 | $1,194.33 | $1,194.33 | |
| 8/22/2016 [D.I. 9365] | 07/01/2016 - 07/31/2016 | $170,544.50 | $34,108.90 | $164,528.64 | $5,356.57 | $5,356.57 | |
| 9/21/2016 [D.I. 9619] | 08/01/2016 - 08/31/2016 | $243,025.00 | $48,605.00 | $234,452.44 | $3,980.65 | $3,980.65 | |
| 10/21/2016 [D.I. 9906] | 09/01/2016 - 09/30/2016 | $134,569.00 | $26,913.80 | $107,655.20 | $5,972.79 | $5,972.79 | N/A |
| 11/21/2016 [D.I. 10233] | 10/01/2016 - 10/31/2016 | $108,020.80 | $21,604.16 | $86,416.64 | $2,247.61 | $2,247.61 | N/A |
| 12/21/2016 [D.I. 10425] | 11/01/2016 - 11/30/2016 | $79,835.60 | $15,967.12 | $63,868.48 | $2,250.62 | $2,250.62 | N/A |
| 1/23/2017 [D.I. 10695] | 12/01/2016 - 12/31/2016 | $73,632.50 | $14,726.50 | $58,906.00 | $2,670.84 | $2,670.84 | N/A |
| 02/21/2017 [D.I. 10874] | 01/01/2017 - 01/31/2017 | $64,569.00 | $12,977.90 | $51,911.60 | $1,728.56 | $1,728.56 | N/A |
| 03/21/2017 [D.I. 11032] | 02/01/2017 - 02/28/2017 | $94,513.00 | $18,902.60 | $75,610.40 | $2,718.43 | $2,718.43 | N/A |
| 4/25/2017 [D.I. 11188] | 03/01/2017 - 03/31/2017 | $27,745.50 | $5,549.10 | $22,196.40 | $2,100.47 | $2,100.47 | N/A |

SC1:4375310.5

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 05/22/2017 [D.I. 11271] | 04/01/2017 – 04/30/2017 | $82,205.80 | $16,441.16 | $0.00 | $1,090.61 | $0.00 | N/A |
| | **TOTAL FOR ALL FEE PERIODS** | **$23,099,271.00** | **$4,619,854.20** | **$22,322,920.13** | **$808,166.26** | **$806,241.91** | **$22,642,907.99** |

### PROJECTED TOTAL BUDGET FOR FEE PERIOD AND ACTUAL FEES INCURRED

| Estimated Fees for Fee Period | | Actual Fees For Fee Period |
|---|---|---|
| Low | High | |
| $708,000.00 | $1,799,250.00 | $269,353.80 |

**PROJECT CODE TOTAL CHART**

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | - | $0.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 0.40 | $242.00 |
| 00007 | CASE ADMINISTRATION | 1.50 | $478.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | - | $0.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 9.50 | $9,629.50 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 61.10 | $19,400.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | - | $0.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | - | $0.00 |
| 00014 | OTHER LITIGATION | - | $0.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 43.90 | $40,292.00 |
| 00016 | NON-WORKING TRAVEL | 19.90 | $9,616.80 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 158.50 | $139,545.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 15.90 | $20,544.00 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | - | $0.00 |
| 00022 | HEARINGS | 28.80 | $29,377.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | - | $0.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 31.60 | $0.00 |
| 00031 | BUDGETING (CASE) | 0.20 | $228.00 |
| | **TOTAL** | **371.30** | **$269,353.80** |

SC1:4375310.5

**S&C PROFESSIONALS PERFORMING SERVICES DURING THE FEE PERIOD**

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Coleman, Heather L. | Partner | GP | 2007 | $1,160.00 | | 5.00 | $5,800.00 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $1,140.00 | | 6.70 | $7,638.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $570.00 | * | 7.30 | $4,161.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $1,140.00 | | 94.50 | $107,730.00 |
| Hariton, David P. | Partner | Tax | 1986 | $1,295.00 | | 19.40 | $25,123.00 |
| Wang, Davis J. | Partner | Tax | 2004 | $1,295.00 | | 0.30 | $388.50 |
| **Partner Total** | | | | | | **133.20** | **$150,840.50** |
| Barancik, Tia S. | Special Counsel | GP | 1987 | $1,140.00 | | 0.30 | $342.00 |
| **Special Counsel Total** | | | | | | **0.30** | **$342.00** |
| Braun, Jeannette E. | Associate | GP | 2012 | $865.00 | | 3.10 | $ 2,681.50 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $433.00 | * | 8.00 | $ 3,464.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $865.00 | | 18.00 | $15,570.00 |
| Jensen, Christian P. | Associate | GP | 2016 | $605.00 | | 32.40 | $19,602.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $0.00 | * | 2.30 | $0.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $433.00 | * | 4.60 | $1,991.80 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $865.00 | | 61.30 | $53,024.50 |
| Lum-Tai, Natalie A. | Associate | GP | 2016 | $605.00 | | 12.40 | $7,502.00 |
| **Associate Total** | | | | | | **142.10** | **$103,835.80** |
| **Lawyers Total** | | | | | | **275.60** | **$255,018.30** |
| Booth, Oliver B. | Legal Assistant | | | $0.00 | * | 26.60 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | | $275.00 | | 24.10 | $ 6,627.50 |
| Coulibaly, Rockia | Legal Assistant | | | $0.00 | * | 19.40 | $0.00 |
| Coulibaly, Rockia | Legal Assistant | | | $275.00 | | 16.30 | $4,482.50 |
| Son, Grace M. | Legal Assistant | | | $315.00 | | 1.60 | $504.00 |
| Gilday, Joseph F. | Legal Analyst - Litigation | | | $355.00 | | 6.90 | $2,449.50 |
| Perez, Hazel V. | Electronic Discovery | | | $355.00 | | 0.50 | $177.50 |
| Smith, Clay | Electronic Discovery | | | $315.00 | | 0.30 | $94.50 |
| **Non Legal Personnel Total** | | | | | | **95.70** | **$ 14,335.50** |
| **Grand Total** | | | | | | **371.30** | **$ 269,353.80** |

* Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

SC1:4375310.5

## CUSTOMARY AND COMPARABLE DISCLOSURES

| Category | EFH[*] | | Firm[**] | |
|---|---|---|---|---|
| | **January 2017 through April 2017** | | **Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from May 2016 through April 2017** | |
| | **Blended Hourly Rate** | **% of Total Hours** | **Blended Hourly Rate** | **% of Total Hours** |
| Partner | $1,132 | 36% | $ 1,532 | 24% |
| Senior Associate and Counsel [(1)] | $ 790 | 26% | $ 1,001 | 22% |
| Junior Associate | $ 605 | 12% | $ 696 | 48% |
| Non-Lawyer [(2)] | $ 150 | 26% | $ 355 | 7% |
| **All Timekeepers Average** | **$ 725** | **100%** | **$ 938** | **100%** |

[(1)] Includes Special Counsel, Of Counsel, Senior Counsel, Practice Area Associate and Senior Associate

[(2)] Includes Legal Assistant, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 50% of standard rates).

SC1:4375310.5

## SUMMARY OF DISBURSEMENTS

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Travel and Expenses | $2,377.67 |
| Local Transportation | $110.12 |
| Meals - Overtime | $40.00 |
| Hearing Transcripts | $2,331.25 |
| Outside Vendors | $2,100.00 |
| Telephone Conferencing Charges | $370.62 |
| Repro - BW Copies | $226.20 |
| Delivery Services/Messengers | $41.98 |
| Trial Materials | $40.23 |
| **Total** | **$7,638.07** |

SC1:4375310.5

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: TBD** |
| | ) **Objection Deadline: July 26, 2017 at 4:00 p.m.** |

## EIGHTH INTERIM APPLICATION OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2017 THROUGH AND INCLUDING APRIL 30, 2017

Sullivan & Cromwell LLP ("**S&C**"), counsel for the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation ("**EFH**"), Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**") hereby submits this eighth interim application (this "**Application**") pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 2066] (the "**Interim Compensation Order**"), and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**") for: (a) interim approval and allowance of compensation for professional services rendered from January 1, 2017 through and including April 30, 2017 (the "**Fee Period**") and

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(b) reimbursement of actual and necessary expenses incurred during the Fee Period.  In support of this Application, S&C respectfully states as follows:

### Background

1.      On October 27, 2014, the United States Trustee for the District of Delaware appointed the EFH Committee pursuant to section 1102 of the Bankruptcy Code.  On November 5, 2014, the EFH Committee unanimously selected S&C and Montgomery McCracken Walker & Rhoads LLP ("**MMWR**") as its counsel.

2.      On December 22, 2014, the EFH Committee filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI Inc. for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Committee Nunc Pro Tunc to November 5, 2014* [D.I. 3120] (the "**Retention Application**").  On January 13, 2015, the Court entered an order granting the Retention Application and authorizing the retention and employment of S&C as counsel to the EFH Committee [D.I. 3282].

### Summary of Professional Compensation and Reimbursement of Expenses Requested

3.      This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order, rule 2016-2(c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "**UST Guidelines**" and, together with the Local Rule, the "**Guidelines**").

SC1:4375310.5

4.      Pursuant to this Application, S&C seeks approval and allowance of:
(a) compensation for professional services rendered by S&C, as counsel to the EFH Committee
during the Fee Period, of $269,353.80 and (b) reimbursement of actual and necessary expenses
incurred by S&C during the Fee Period of $7,638.07.

5.      S&C's compensation for this Fee Period is requested in accordance with
the agreed-upon rates described in the Retention Application.[2]  There has been no increase in the
rates charged for any S&C professional from the date of S&C's retention through the end of the
Fee Period.

6.      S&C's fees have not varied based on the geographic location of any S&C
professional or for any other reason, other than a reduction in the hourly rates for all
professionals for time spent during non-working travel in accordance with the Guidelines.

7.      During the Fee Period, S&C professionals and paraprofessionals spent an
aggregate of 371.30 hours performing services for the EFH Committee in connection with these
chapter 11 cases, at a blended hourly rate for professionals of $725.43.  In addition, S&C
voluntarily reduced its fees incurred during the Fee Period by over $9,000.00 by agreeing to
charge 50 percent for time spent on non-working travel and agreeing not to charge professional
or paraprofessional time for certain work, as further discussed below.

8.      S&C's fees for the services rendered in these chapter 11 cases during the
Fee Period are reasonable and are commensurate with the complexity of the applicable matters

---

[2]      S&C does not ordinarily determine its fees solely on the basis of hourly rates.  Instead, S&C ordinarily bases
the fee for its services on all the factors prescribed by Rule 1.5(a) of the New York Rules of Professional
Conduct, including the firm's contribution to the relevant matter, the responsibility assumed, the results
achieved, the difficulty and complexity of the matter, the amount involved, the experience of, and demands on,
the lawyers involved and the fees customarily charged for such matters.  Notwithstanding the foregoing, as set
forth in its Retention Application, S&C has agreed to charge for services performed during these chapter 11
cases on the basis of hourly rates.  The hourly rates reflected in this Application are the same or less than the
rates generally used by S&C when preparing estimates of fees under its normal billing practices.

SC1:4375310.5

and the level of expertise required to best serve the EFH Committee in connection therewith. S&C believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising creditors in non-bankruptcy cases.

9.      In accordance with the UST Guidelines and as requested by the fee committee appointed pursuant to the Fee Committee Order (the "**Fee Committee**"), S&C prepared projected monthly budgets (collectively, the "**Budget**") and staffing plans (collectively, the "**Staffing Plan**") for each month during the Fee Period, for approval by the EFH Committee. The Budget and Staffing Plan reflect a significant decrease in expected fees and staffing as compared to previous interim fee periods in these chapter 11 cases.

10.      The Budget approved by the EFH Committee estimated total fees of between $708,000.00 and $1,799,250.00 during the Fee Period.  S&C's actual total fees incurred during the Fee Period were $269,353.80, an amount significantly less than the lowest estimate of fees indicated by the budget.   This discrepancy results, in large part, due to the anticipated contested confirmation hearing and subsequent closing of the Nextera transaction with the EFH and EFIH Debtors that did not ultimately occur.

11.      The Staffing Plan approximated the number of S&C lawyers that actually worked on the case during the Fee Period, as shown in Exhibit F hereto.  While the actual number of professionals that provided services exceeded the number projected in the Staffing Plan in certain months, the number of attorneys billing substantial time remained within the Staffing Plan.  Similarly, while six different legal assistants (including clerks, legal analysts, and eDiscovery professionals) provided services in connection with these chapter 11 cases during the Fee Period, only two legal assistants billed substantial time on these chapter 11 cases during this time.

-13-

12.     This Application requests compensation for work performed by six S&C lawyers who billed 15 or fewer hours during the Fee Period.  Some of these lawyers are members of S&C's core team of professionals advising the EFH Committee in these chapter 11 cases, whose lower hours result from a general decrease in the EFH Committee's activity during the Fee Period.  Certain other lawyers provided advice in specific areas of expertise such as regulatory and tax matters.  Finally, certain other lawyers were newly assigned to assist in the matter in light of recent developments.  The limited services provided by these professionals in connection with specific matters enabled S&C's core team to more effectively and efficiently advise the EFH Committee during the Fee Period.

13.     Other than pursuant to S&C's previous monthly and interim fee applications filed in these chapter 11 cases, no payment has been made or promised to S&C from any source for services rendered or to be rendered for the EFH Committee in connection with these chapter 11 cases.  There is no agreement or understanding between S&C and any person (other than the partners of S&C) for the sharing of compensation received or to be received for services rendered in these chapter 11 cases.

14.     In accordance with the Guidelines, the following Exhibits are annexed to this Application:

> Exhibit A:  **Certification of Andrew G. Dietderich** — certification of Andrew G. Dietderich regarding compliance of this Application with the Local Rules.
>
> Exhibit B:  **S&C Professionals Performing Services During the Fee Period** — summary chart of information on the S&C professionals and paraprofessionals performing services during this Fee Period, including the hourly billing rates for such services and the aggregate hours and fees billed by each professional and paraprofessional.
>
> Exhibit C:  **Project Code Total Chart** — summary chart indicating aggregate fees incurred and time billed by S&C personnel for each project category during the Fee Period.

-14-

Exhibit D:  **Summary of Disbursements** — summary chart detailing expenses for which reimbursement is sought, itemized and organized by category.

Exhibit E:  **Budget and Staffing Plan** — S&C's Budget and Staffing Plan for the Fee Period, as approved by the EFH Committee.

Exhibit F:  **Budget and Staffing Plan Comparison** — comparison of hours and fees budgeted for each project category during the Fee Period against the actual hours and fees for which S&C seeks compensation for the Fee Period; and comparison of S&C's approved Staffing Plan with actual S&C staffing during the Fee Period.

Exhibit G:  **Time Entries and Narrative Description** — S&C's time entry records and descriptions of activities by project code, billed by tenths of an hour.

Exhibit H:  **Monthly Expense Records** — S&C's disbursement records from the Fee Period.

<u>**Summary of Professional Services Rendered**</u>

15.      In accordance with the Guidelines, S&C has organized its time records according to an internal system of project codes in order to facilitate review of this Application. The work performed by S&C personnel with respect to each of these project codes is summarized below.  Given the scope of the work performed, these summaries do not include all tasks performed or advice given by S&C personnel during the Fee Period, but generally describe the most significant matters included under each project code.

A.      **Asset Analysis and Recovery – Project Code 00002**

Total Fees:      -0-
Total Hours:    -0-

16.      No time was charged to this category during the Fee Period.

B.      **Asset Disposition – Project Code 00003**

Total Fees:      -0-
Total Hours:    -0-

17.      No time was charged to this category during the Fee Period.

**C.    Assumption and Rejection of Leases and Contracts – Project Code 00004**

        Total Fees:     -0-
        Total Hours:   -0-

18.     No time was charged to this category during the Fee Period.

**D.    Avoidance Action Analysis – Project Code 00005**

        Total Fees:     -0-
        Total Hours:   -0-

19.     No time was charged to this category during the Fee Period.

**E.    Business Operations – Project Code 00006**

        Total Fees:     $242.00
        Total Hours:   0.40

20.     This category includes time spent by S&C professionals on matters relating to the Debtors' business operations, including reviewing the Debtors' proposed asset sales and monthly operating reports.

**F.    Case Administration – Project Code 00007**

        Total Fees:     $478.50
        Total Hours:   1.50

21.     This category primarily comprises matters related to internal coordination among S&C's professionals and paraprofessionals.  This category also includes other matters, such as review of the Court docket and circulation of case updates, to the extent not specifically covered by other project codes.

**G.    Claims Administration and Objections – Project Code 00008**

        Total Fees:     -0-
        Total Hours:   -0-

22.     No time was charged to this category during the Fee Period.

-16-

**H.     Corporate Governance and Board Matters – Project Code 00009**

Total Fees:      -0-
Total Hours:    -0-

23.     No time was charged to this category during the Fee Period.

**I.     Employee Benefits and Pensions – Project Code 00010**

Total Fees:     $9,629.50
Total Hours:    9.50

24.     Time billed by S&C personnel to this category during the fee period primarily relates to responding to creditor inquiries regarding the calculation of pension plan claims and related issues.  This included analysis and discussions between S&C personnel and the Debtors and their professionals, and discussions and communications with EFH Committee members regarding the same.

**J.     Employment and Fee Applications (S&C) – Project Code 00011**

Total Fees:     $19,400.00
Total Hours:    61.10

25.     During the Fee Period, S&C personnel prepared four monthly fee statements and S&C's seventh interim fee application.  S&C professionals and paraprofessionals prepared and reviewed the information and charts required to be included in S&C's fee statements and interim fee application, and reviewed all requested fees and disbursements to confirm that such fees and disbursements were consistent with the Guidelines and the Fee Committee's guidance.  The interim fee application also required S&C personnel to devote time to ensuring the adequacy of S&C's disclosure regarding its activities, and S&C devoted additional time to reviewing disclosed information to preserve confidentiality and attorney-client privilege.

-17-

**K.**    **Employment and Fee Application (Others) – Project Code 00012**

Total Fees:    -0-
Total Hours:    -0-

26.    No time was charged to this category during the Fee Period

**L.**    **Financing, Cash Collateral, Make Whole – Project Code 00013**

Total Fees:    -0-
Total Hours:    -0-

27.    No time was charged to this category during the Fee Period.

**M.**    **Other Litigation – Project Code 00014**

Total Fees:    -0-
Total Hours:    -0-

28.    No time was charged to this category during the Fee Period.

**N.**    **Meetings and Communications with Creditors – Project Code 00015**

Total Fees:    $40,292.00
Total Hours:    43.90

29.    This category includes time spent by S&C professionals in connection

with the EFH Committee's regular meetings and conference calls, the Debtors' periodic

teleconference meetings with creditors' advisors, and meetings with individual EFH Committee

members and other creditor constituents.  Among other things, S&C professionals briefed the

EFH Committee members and discussed strategy regarding developments related to the the

Oncor sale process and the E-side plan confirmation process.

**O.**    **Non-Working Travel – Project Code 00016**

Total Fees:    $9,616.80
Total Hours:    19.90

30.    This category includes non-working travel time spent by S&C

professionals during the Fee Period.  In accordance with the Guidelines, the fees presented for

-18-

payment in this category have been voluntarily reduced by 50 percent, for a total reduction of

$9,616.80.

**P.      Plan and Disclosure Statement – Project Code 00017**

Total Fees:      $139,545.50
Total Hours:     158.50

31.     During the Fee Period, S&C professionals advised on the approval of the

disclosure statement for the E-side Debtors, and confirmation of the E-side plan.  S&C

professionals engaged with Debtors' counsel and other key EFH/EFIH stakeholders regarding E-

side plan confirmation objections and objections.  S&C advised the EFH Committee regarding

the implications of these developments with respect to the EFH Committee's plan litigation

settlement and other creditor matters.  S&C professionals participated in the EFH/EFIH Debtors'

plan confirmation discovery processes, and advised the EFH Committee regarding E-side

creditor and estate issues, including cash and recovery projections of the anticipated

consummation of the E-side plan.

**Q.      Relief From Stay and Adequate Protection – Project Code 00018**

Total Fees:      -0-
Total Hours:     -0-

32.     No time was charged to this category during the Fee Period.

**R.      Tax – Project Code 00019**

Total Fees:      $20,544.00
Total Hours:     15.90

33.     During this Fee Period, S&C professionals considered and analyzed tax

implications related to the Oncor sale and E-side plan.

-19-

S.      **Valuation – Project Code 00020**

            Total Fees:       -0-
            Total Hours:     -0-

34.      No time was charged to this category during the Fee Period.

T.      **Discovery – Project Code 00021**

            Total Fees:       -0-
            Total Hours:     -0-

35.      No time was charged to this category during the Fee Period.

U.      **Hearings – Project Code 00022**

            Total Fees:       $29,377.50
            Total Hours:     28.80

36.      This category includes time spent by S&C personnel preparing for and participating in the numerous hearings held before the Court during the Fee Period, including the E-side disclosure statement hearing, plan related status conferences and confirmation hearings, and omnibus and interim fee hearings.

V.      **First and Second Day Motions – Project Code 00023**

            Total Fees:       -0-
            Total Hours:     -0-

37.      No time was charged to this category during the Fee Period.

W.      **Claims Investigations – Project Code 00024**

            Total Fees:       -0-
            Total Hours:     -0-

38.      No time was charged to this category during the Fee Period.

X.      **Lien Investigation – Project Code 00025**

            Total Fees:       -0-
            Total Hours:     -0-

39.      No time was charged to this category during the Fee Period.

**Y.      Intercompany Claims – Project Code 00026**

        Total Fees:       -0-
        Total Hours:      -0-

40.    No time was charged to this category during the Fee Period.

**Z.      Other Motions/Applications – Project Code 00027**

        Total Fees:       -0-
        Total Hours:      -0-

41.    No time was charged to this category during the Fee Period

**AA.     Schedules and Statements – Project Code 00028**

        Total Fees:       -0-
        Total Hours:      -0-

42.    No time was charged to this category during the Fee Period.

**BB.     Time Entry Review – Project Code 00029**

        Total Fees:       $0.00
        Total Hours:      31.60

43.    This category includes time spent reviewing the time entries recorded by
S&C personnel to ensure accuracy, clarity, and consistency.  At the request of the Fee
Committee, S&C seeks no compensation for time billed to this category.

**CC.     Budgeting (Case) – Project Code 00031**

        Total Fees:       $228.00
        Total Hours:      0.20

44.    This category includes time spent preparing S&C's monthly Budget and
Staffing Plan for approval by the EFH Committee.

**Reasonable and Necessary Services Rendered by S&C**

45.    The foregoing professional services provided by S&C to the EFH
Committee during the Fee Period were in the best interests of the EFH Committee and its

-21-

constituent unsecured creditors, and were reasonable, necessary and appropriate under the

circumstances of these chapter 11 cases.  The compensation requested for the foregoing services

is commensurate with the complexity, importance and nature of the issues and tasks involved.

These professional services were performed expediently and in an efficient manner.  In

particular, S&C allocated work among junior and senior professionals and paraprofessionals in a

manner designed to avoid unnecessary duplication of services and promote cost-effectiveness,

including through consultation with internal practice area experts and specialists when necessary

in connection with discrete questions arising in the course of S&C's work.

46.     S&C is widely recognized for its experience and knowledge relating to

complex business matters and reorganizations under chapter 11 of the Bankruptcy Code.  S&C

has an established reputation for its expertise in handling large corporate transactions, including

dispositions and other transactions involving businesses similar to those operated by the Debtors.

The S&C practice groups that provided services to the EFH Committee—litigation, employee

benefits and tax, among others—enjoy a global reputation for their expertise.

47.     During the Fee Period, the professional services performed by S&C on

behalf of the EFH Committee required an aggregate expenditure of 371.30 recorded hours by

S&C personnel.  Of the aggregate time expended, 133.50 recorded hours were expended by

partners, counsel and special counsel; 142.10 recorded hours were expended by associates; and

95.70 recorded hours were expended by S&C paraprofessionals.

48.     S&C billed the EFH Committee for time expended by professionals at

hourly rates ranging from $275.00 to $1,295.00.  Allowance of compensation in the amount

requested would result in a blended hourly billing rate for professionals of approximately

$725.43 (based on 371.30 recorded hours at S&C's agreed hourly rates).  The hourly rates

charged by S&C in these chapter 11 cases are equivalent to or less than the rates used by S&C when preparing estimates of fees for similar non-bankruptcy matters.

## **Actual and Necessary Disbursements by S&C**

49.    As set forth in <u>Exhibit D</u>, S&C seeks reimbursement for $7,638.07 in expenses incurred in the course of its professional services during the Fee Period.  All expenses for which reimbursement is requested pursuant to this Application have been incurred in compliance with the Guidelines.

50.    Reimbursable expenses (whether for services performed by S&C personnel or by a third-party vendor) include appropriate local and long distance transportation costs, overtime meals and teleconference charges.  Pursuant to S&C's disbursement policies, out-of-pocket expenses are passed through at actual (or, when actual out-of-pocket expenses are uncertain, estimated actual) costs.  Certain items, such as overtime meals, may be charged at amounts below cost in accordance with limits imposed by the Guidelines or requested by the Fee Committee.

51.    S&C seeks no reimbursement of copying charges, other than charges for in-house copies made by its reproduction department (typically large copying jobs).  In accordance with the Guidelines and guidance provided by the Fee Committee, S&C has limited its reimbursement request for black and white copying charges to $0.10 per page, and for color copies to $0.25 per page (less than the per page maximum of $0.50 promulgated by the Fee Committee).  S&C seeks no reimbursement of any charges incurred for computerized research or long-distance telephone or fax charges, other than telephone fees for telephone and video conference services.

-23-

52.     S&C respectfully submits that its actual expenses incurred in providing professional services to the EFH Committee during the Fee Period were necessary, reasonable and justified under the circumstances of these chapter 11 cases.

**The Requested Compensation and Expense Reimbursement Should Be Allowed**

53.     Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and . . . reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A), (B).  Section 331 of the Bankruptcy Code allows professionals to apply for such compensation and expense reimbursement on an interim basis not more than once every 120 days after the order for relief in a bankruptcy case, or more often as permitted by the court.  11 U.S.C. § 331.

54.     Section 330 of the Bankruptcy Code also sets forth the criteria for determining the amount of reasonable compensation to be awarded to such a professional:

> [T]he court shall consider the nature, the extent, and the value of such [professional's] services, taking into account all relevant factors, including --
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

-24-

(F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

55.    S&C respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement pursuant to this Application were necessary for and beneficial to the EFH Committee and its constituent unsecured creditors.  S&C worked diligently to anticipate or respond to the EFH Committee's needs during the Fee Period, particularly with respect to the EFH Committee's monitoring and consideration of developments relating to the Debtors' confirmed chapter 11 plan and related transactions.  S&C further submits that the services provided to the EFH Committee by its professionals and paraprofessionals were performed economically, effectively and efficiently, and have been in the best interests of the unsecured creditors represented by the EFH Committee. The services provided by S&C were consistently performed in a timely manner commensurate with the complexity, importance and nature of the issues involved.  Accordingly, S&C respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services.

## NO PRIOR REQUEST

56.    No prior application for the relief requested herein has been made to this or any other Court.

## RESERVATION OF RIGHTS AND NOTICE

57.    Although S&C has made every effort to include in this Application all fees and expenses incurred during the Fee Period in connection with these chapter 11 cases, certain fees and expenses might not be included in this Application due to delays caused by

-25-

accounting and processing during the Fee Period.  S&C reserves the right to make further

application to the Court for the allowance of such fees and expenses not included in this

Application.

WHEREFORE, S&C respectfully requests that the Court enter an order:

(i) awarding S&C the sum of $269,353.80 as compensation for services rendered and $7,638.07

for reimbursement for actual and necessary expenses S&C incurred during the Fee Period; and

(ii) granting such other and further relief as the Court deems appropriate.

Dated:   Wilmington, Delaware  
        July 5, 2017

**SULLIVAN & CROMWELL LLP**

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich  
Brian D. Glueckstein  
John L. Hardiman  
Alexa J. Kranzley  
125 Broad Street  
New York, New York  10004  
Telephone:     (212) 558-4000  
Facsimile:     (212) 558-3588  
E-mail:         dietdericha@sullcrom.com  
               gluecksteinb@sullcrom.com  
               hardimanj@sullcrom.com  
               kranzleya@sullcrom.com

*Counsel for the Official Committee of Unsecured*
*Creditors of Energy Future Holdings Corp.,*
*Energy Future Intermediate Holding Company*
*LLC, EFIH Finance Inc., and EECI, Inc.*

**<u>EXHIBIT A</u>**

**Certification of Andrew G. Dietderich**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION UNDER LOCAL RULE 2016-2(G)
## IN RESPECT OF THE EIGHTH INTERIM FEE APPLICATION OF
## SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE
## FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
## FROM JANUARY 1, 2017 THROUGH AND INCLUDING APRIL 30, 2017

I, Andrew G. Dietderich, under penalty of perjury, declare as follows:

1.      I am a partner in the law firm of Sullivan & Cromwell LLP ("**S&C**"),
located at 125 Broad Street, New York, New York 10004.  I am a member in good standing of
the Bar of the State of New York.  There are no disciplinary proceedings pending against me.

2.      This certification is made with respect to S&C's compliance with rule
2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedures of the United States
Bankruptcy Court for the District of Delaware (the "**Local Rule**"), in connection with S&C's
eighth interim application, as counsel to the official committee of unsecured creditors of Energy
Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Finance Inc., and EECI, Inc., for compensation for professional services and reimbursement of expenses incurred for the period from January 1, 2017 through and including April 30, 2017 (the "**Application**").

3.      Pursuant to section (g) of the Local Rule, I hereby certify that I have reviewed the requirements of the Local Rule and, to the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Local Rule.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 5, 2017

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Sullivan & Cromwell LLP

**EXHIBIT B**

**S&C PROFESSIONALS PERFORMING SERVICES DURING THE FEE PERIOD**

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Coleman, Heather L. | Partner | GP | 2007 | $1,160.00 | | 5.00 | $5,800.00 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $1,140.00 | | 6.70 | $7,638.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $570.00 | * | 7.30 | $4,161.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $1,140.00 | | 94.50 | $107,730.00 |
| Hariton, David P. | Partner | Tax | 1986 | $1,295.00 | | 19.40 | $25,123.00 |
| Wang, Davis J. | Partner | Tax | 2004 | $1,295.00 | | 0.30 | $388.50 |
| **Partner Total** | | | | | | **133.20** | **$150,840.50** |
| Barancik, Tia S. | Special Counsel | GP | 1987 | $1,140.00 | | 0.30 | $342.00 |
| **Special Counsel Total** | | | | | | **0.30** | **$342.00** |
| Braun, Jeannette E. | Associate | GP | 2012 | $865.00 | | 3.10 | $ 2,681.50 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $433.00 | * | 8.00 | $ 3,464.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $865.00 | | 18.00 | $15,570.00 |
| Jensen, Christian P. | Associate | GP | 2016 | $605.00 | | 32.40 | $19,602.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $0.00 | * | 2.30 | $0.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $433.00 | * | 4.60 | $1,991.80 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $865.00 | | 61.30 | $53,024.50 |
| Lum-Tai, Natalie A. | Associate | GP | 2016 | $605.00 | | 12.40 | $7,502.00 |
| **Associate Total** | | | | | | **142.10** | **$103,835.80** |
| **Lawyers Total** | | | | | | **275.60** | **$255,018.30** |
| Booth, Oliver B. | Legal Assistant | | | $0.00 | * | 26.60 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | | $275.00 | | 24.10 | $ 6,627.50 |
| Coulibaly, Rockia | Legal Assistant | | | $0.00 | * | 19.40 | $0.00 |
| Coulibaly, Rockia | Legal Assistant | | | $275.00 | | 16.30 | $4,482.50 |
| Son, Grace M. | Legal Assistant | | | $315.00 | | 1.60 | $504.00 |
| Gilday, Joseph F. | Legal Analyst - Litigation | | | $355.00 | | 6.90 | $2,449.50 |
| Perez, Hazel V. | Electronic Discovery | | | $355.00 | | 0.50 | $177.50 |
| Smith, Clay | Electronic Discovery | | | $315.00 | | 0.30 | $94.50 |
| **Non Legal Personnel Total** | | | | | | **95.70** | **$  14,335.50** |
| **Grand Total** | | | | | | **371.30** | **$ 269,353.80** |

* Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

**EXHIBIT C**

**PROJECT CODE TOTAL CHART**

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | - | $0.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 0.40 | $242.00 |
| 00007 | CASE ADMINISTRATION | 1.50 | $478.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | - | $0.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 9.50 | $9,629.50 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 61.10 | $19,400.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | - | $0.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | - | $0.00 |
| 00014 | OTHER LITIGATION | - | $0.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 43.90 | $40,292.00 |
| 00016 | NON-WORKING TRAVEL | 19.90 | $9,616.80 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 158.50 | $139,545.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 15.90 | $20,544.00 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | - | $0.00 |
| 00022 | HEARINGS | 28.80 | $29,377.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | - | $0.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 31.60 | $0.00 |
| 00031 | BUDGETING (CASE) | 0.20 | $228.00 |
| | **TOTAL** | **371.30** | **$269,353.80** |

## EXHIBIT D

## SUMMARY OF DISBURSEMENTS

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Travel and Expenses | $2,377.67 |
| Local Transportation | $110.12 |
| Meals - Overtime | $40.00 |
| Hearing Transcripts | $2,331.25 |
| Outside Vendors | $2,100.00 |
| Telephone Conferencing Charges | $370.62 |
| Repro - BW Copies | $226.20 |
| Delivery Services/Messengers | $41.98 |
| Trial Materials | $40.23 |
| **Total** | **$7,638.07** |

**EXHIBIT E**

**BUDGET AND STAFFING PLAN**

| Code | Project Category | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|---|
| | | *Low* | *High* | *Low* | *High* |
| 002 | Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| 003 | Asset Disposition | 0 | 0 | $0.00 | $0.00 |
| 004 | Assumption and Rejection of Leases and Contracts | 0 | 0 | $0.00 | $0.00 |
| 005 | Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| 006 | Business Operations | 0 | 30 | $0.00 | $22,500.00 |
| 007 | Case Administration | 30 | 80 | $22,500.00 | $60,000.00 |
| 008 | Claims Administration and Objections | 10 | 30 | $7,500.00 | $22,500.00 |
| 009 | Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| 010 | Employment Benefits and Pensions | 10 | 50 | $7,500.00 | $37,500.00 |
| 011 | Employment and Fee Applications (S&C) | 20 | 60 | $15,000.00 | $45,000.00 |
| 012 | Employment and Fee Applications (Others) | 0 | 20 | $0.00 | $15,000.00 |
| 013 | Financing, Cash Collateral, Make Whole | 0 | 30 | $0.00 | $22,500.00 |
| 014 | Other Litigation | 20 | 50 | $15,000.00 | $37,500.00 |
| 015 | Meetings and Communications with Creditors | 105 | 265 | $78,750.00 | $198,750.00 |
| 016 | Non-Working Travel | 20 | 60 | $7,500.00 | $22,500.00 |
| 017 | Plan and Disclosure Statement | 635 | 1325 | $476,250.00 | $993,750.00 |
| 018 | Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| 019 | Tax | 0 | 30 | $0.00 | $22,500.00 |
| 020 | Valuation | 0 | 0 | $0.00 | $0.00 |
| 021 | Discovery | 100 | 200 | $75,000.00 | $150,000.00 |
| 022 | Hearings | 0 | 155 | $0.00 | $116,250.00 |
| 023 | First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| 024 | Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| 025 | Lien Investigation | 0 | 0 | $0.00 | $0.00 |
| 026 | Intercompany Claims | 0 | 0 | $0.00 | $0.00 |
| 027 | Other Motions/Applications | 0 | 10 | $0.00 | $7,500.00 |
| 028 | Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| 029 | Time Entry Review | 0 | 20 | $0.00 | $15,000.00 |
| 031 | Budgeting (Case) | 4 | 14 | $3,000.00 | $10,500.00 |
| **TOTAL** | | **954** | **2429** | **$708,000.00** | **$1,799,250.00** |

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period[1] | Estimated Average Hourly Rate[2] |
|---|---|---|
| Partner | 5 | $1,050.00 |
| Counsel/Special Counsel | 1 | $1,050.00 |
| Associate | 5 | $600.00 |
| Legal Assistant[3] | 3 | $275.00 |
| Research Analyst | 3 | $355.00 |

Notes:

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).

(2) Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

(3) Includes clerks, legal analysts and eDiscovery professionals.

**EXHIBIT F**

**BUDGET AND STAFFING PLAN COMPARISON**

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | *Low* | *High* | *Hours Through 4/30* | *Low* | *High* | *Fees Through 4/30* |
| 002 | Asset Analysis | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 003 | Asset Disposition | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 004 | Assumption and Rejection of Leases and Contracts | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 005 | Avoidance Action Analysis | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 006 | Business Operations | 0 | 30 | 0.40 | $0.00 | $22,500.00 | $242.00 |
| 007 | Case Administration | 30 | 80 | 1.50 | $22,500.00 | $60,000.00 | $478.50 |
| 008 | Claims Administration and Objections | 10 | 30 | 0.00 | $7,500.00 | $22,500.00 | $0.00 |
| 009 | Corporate Governance and Board Matters | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 010 | Employment Benefits and Pensions | 10 | 50 | 9.50 | $7,500.00 | $37,500.00 | $9,629.50 |
| 011 | Employment and Fee Applications (S&C) | 20 | 60 | 61.10 | $15,000.00 | $45,000.00 | $19,400.00 |
| 012 | Employment and Fee Applications (Others) | 0 | 20 | 0.00 | $0.00 | $15,000.00 | $0.00 |
| 013 | Financing, Cash Collateral, Make Whole | 0 | 30 | 0.00 | $0.00 | $22,500.00 | $0.00 |
| 014 | Other Litigation | 20 | 50 | 0.00 | $15,000.00 | $37,500.00 | $0.00 |
| 015 | Meetings and Communications with Creditors | 105 | 265 | 43.90 | $78,750.00 | $198,750.00 | $40,292.00 |
| 016 | Non-Working Travel | 20 | 60 | 19.90 | $7,500.00 | $22,500.00 | $9,616.80 |
| 017 | Plan and Disclosure Statement | 635 | 1325 | 158.50 | $476,250.00 | $993,750.00 | $139,545.50 |
| 018 | Relief from Stay and Adequate Protection | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 019 | Tax | 0 | 30 | 15.90 | $0.00 | $22,500.00 | $20,544.00 |
| 020 | Valuation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 021 | Discovery | 100 | 200 | 0.00 | $75,000.00 | $150,000.00 | $0.00 |
| 022 | Hearings | 0 | 155 | 28.80 | $0.00 | $116,250.00 | $29,377.50 |
| 023 | First and Second Day Motions | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 024 | Claims Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 025 | Lien Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 026 | Intercompany Claims | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 027 | Other Motions/Applications | 0 | 10 | 0.00 | $0.00 | $7,500.00 | $0.00 |
| 028 | Schedules and Statements | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 029 | Time Entry Review | 0 | 20 | 31.60 | $0.00 | $15,000.00 | $0.00 |
| 031 | Budgeting (Case) | 4 | 14 | 0.20 | $3,000.00 | $10,500.00 | $228.00 |
| **TOTAL** | | **954** | **2429** | **371.30** | **$708,000.00** | **$1,799,250.00** | **$269,353.80** |

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period[1] | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 5 | 1 (January); 4 (February); 2 (March); 4 (April) | 5 |
| Counsel/Special Counsel | 1 | 0 (January); 0 (February); 0 (March); 1 (April) | 1 |
| Associate | 5 | 3 (January); 4 (February); 4 (March); 4 (April) | 5 |
| Summer Associate | N/A | 0 (January); 0 (February); 0 (March); 0 (April) | 0 |
| Legal Assistant[2] | 3 | 4 (January); 6 (February); 2 (March); 2 (April) | 6 |
| Research Analyst | 3 | 0 (January); 0 (February); 0 (March); 0 (April) | 0 |

Notes:

[1] Estimate is for total number of timekeepers billing a substantial number of hours to matter.

[2] Includes clerks, legal analysts, eDiscovery professionals and technology services.

**EXHIBIT G**

**TIME ENTRIES AND NARRATIVE DESCRIPTION**

**EXHIBIT H**

**MONTHLY EXPENSE RECORDS**

**JANUARY**

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | Veronica W. Ip | 1/18/2017 | 1.0 | $32.37 | $32.37 | Local Transportation - Transportation Type: Taxi; Starting Point: Kirkland & Ellis, NY; End Point: 125 Broad St. NY, NY; Purpose: Meeting; Pick-up Time: 16:47 |
| Local Transportation | Veronica W. Ip | 1/18/2017 | 1.0 | $28.85 | $28.85 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Kirkland & Ellis, NY; Purpose: Meeting; Pick-up Time: 13:05 |
| **Local Transportation Total** | | | | | **$61.22** | |
| Travel and Expenses | Brian D. Glueckstein | 1/4/2017 | 1.0 | $25.50 | $25.50 | AMTRAK additional Train Fare (20.00); Local transportation ($5.50) re trip to Wilmington, DE on 1/4/2017 |
| Travel and Expenses | Brian D. Glueckstein | 1/26/2017 | 1.0 | $13.55 | $13.55 | Local transportation to Penn Station ($10.80); Subway ($2.75) re trip to Wilmington, DE on 1/26/2017 |
| Travel and Expenses | Brian D. Glueckstein | 1/26/2017 | 1.0 | $6.25 | $6.25 | Meals - Out of Town |
| **Travel and Expenses Total** | | | | | **$45.30** | |
| Outside Vendors | Brian D. Glueckstein | 1/8/2017 | 1.0 | $525.00 | $525.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$525.00** | |
| Repro - BW Copies | Rockia Coulibaly | 1/3/2017 | 2262.0 | $0.10 | $226.20 | Repro - BW Copies |
| **Repro - BW Copies Total** | | | | | **$226.20** | |
| Tele-conference | Alexa J. Kranzley | 1/3/2017 | 1.0 | $30.00 | $30.00 | Tele-conference |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Tele-conference | Alexa J. Kranzley | 1/4/2017 | 1.0 | $65.00 | $65.00 | Tele-conference |
| Tele-conference | Christian P. Jensen | 1/10/2017 | 1.0 | $30.00 | $30.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 1/6/2017 | 1.0 | $40.92 | $40.92 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 1/23/2017 | 1.0 | $10.52 | $10.52 | Tele-conference |
| **Tele-conference Total** | | | | | **$176.44** | |
| Hearing Transcripts | Alexa J. Kranzley | 1/4/2017 | 1.0 | $51.60 | $51.60 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 1/9/2017 | 1.0 | $105.60 | $105.60 | Hearing Transcripts |
| Hearing Transcripts | Veronica W. Ip | 1/30/2017 | 1.0 | $537.20 | $537.20 | Hearing Transcripts |
| **Hearing Transcripts Total** | | | | | **$694.40** | |
| **January Total** | | | | | **$1,728.56** | |

## FEBRUARY

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Brian D. Glueckstein | 12/30/2016 | 1.0 | $297.00 | $297.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE |
| Travel and Expenses | Brian D. Glueckstein | 1/25/2017 | 1.0 | $320.00 | $320.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE |
| Travel and Expenses | Alexa J. Kranzley | 12/1/2016 | 1.0 | $18.00 | $18.00 | Meals - EFH meal with E. Finck |
| **Travel and Expenses Total** | | | | | **$635.00** | |
| Hearing Transcripts | Oliver B. Booth | 11/10/2016 | 1.0 | $111.60 | $111.60 | Hearing Transcripts |
| Hearing Transcripts | Oliver B. Booth | 1/30/2017 | 1.0 | $36.00 | $36.00 | Hearing Transcripts |
| Hearing Transcripts | Brian D. Glueckstein | 2/1/2017 | 1.0 | $548.15 | $548.15 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 2/15/2017 | 1.0 | $42.00 | $42.00 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 2/16/2017 | 1.0 | $277.20 | $277.20 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 2/16/2017 | 1.0 | $87.60 | $87.60 | Hearing Transcripts |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Hearing Transcripts | Alexa J. Kranzley | 2/20/2017 | 1.0 | $285.60 | $285.60 | Hearing Transcripts |
| **Hearing Transcripts Total** | | | | | **$1,388.15** | |
| Outside Vendors | Brian D. Glueckstein | 2/8/2017 | 1.0 | $525.00 | $525.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$525.00** | |
| Tele-conference | Alexa J. Kranzley | 2/6/2017 | 1.0 | $14.30 | $14.30 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 2/13/2017 | 1.0 | $58.00 | $58.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 2/23/2017 | 1.0 | $15.77 | $15.77 | Tele-conference |
| **Tele-conference Total** | | | | | **$88.07** | |
| Delivery Services/Messengers | Oliver B. Booth | 2/2/2017 | 1.0 | $41.98 | $41.98 | Delivery Services/Messengers |
| **Delivery Services/Messengers Total** | | | | | **$41.98** | |
| Trial Materials | Scotti D. Fujisaka | 2/28/2017 | 1.0 | $40.23 | $40.23 | Trial Materials |
| **Trial Materials Total** | | | | | **$40.23** | |
| **February Total** | | | | | **$2,718.43** | |

## MARCH

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Brian D. Glueckstein | 2/10/2017 | 1.0 | $222.00 | $222.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE |
| Travel and Expenses | Brian D. Glueckstein | 2/14/2017 | 1.0 | $514.45 | $514.45 | AMTRAK revised Train Fare ($19.00) between New York, NY and Wilmington, DE; Lodging ($482.90); Local transportation on 2/14/17 ($9.80) and 2/15/17 ($2.75) |
| Travel and Expenses | Brian D. Glueckstein | 2/14/2017 | 1.0 | $44.82 | $44.82 | Meals - Out of Town: Breakfast ($3.80), Lunch ($6.25), and Dinner ($7.32) on 2/14/17; Breakfast ($21.20), and Lunch ($6.25) on 2/15/17 |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Veronica W. Ip | 2/15/2017 | 1.0 | $19.00 | $19.00 | AMTRAK Additional Train Fare between New York, NY - Wilmington, DE - Reservation 64FFD6 |
| Travel and Expenses | Veronica W. Ip | 2/15/2017 | 1.0 | $260.00 | $260.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE - Reservation 64FFD6 |
| Travel and Expenses | Veronica W. Ip | 2/16/2017 | 1.0 | -$19.00 | -$19.00 | AMTRAK Train Fare partial refund between New York, NY - Wilmington, DE - Reservation 64FFD6 |
| Travel and Expenses | Veronica W. Ip | 2/16/2017 | 1.0 | $299.00 | $299.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE - Reservation 666EA3 |
| Travel and Expenses | Veronica W. Ip | 2/16/2017 | 1.0 | $88.00 | $88.00 | AMTRAK Additional Train Fare between New York, NY - Wilmington, DE - Reservation 64FFD6 |
| Travel and Expenses | Veronica W. Ip | 2/17/2017 | 1.0 | $149.00 | $149.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE - Reservation 6714DA |
| Travel and Expenses | Veronica W. Ip | 2/25/2017 | 1.0 | -$149.00 | -$149.00 | AMTRAK Train Fare partial refund between New York, NY - Wilmington, DE - Reservation 64A04F |
| **Travel and Expenses Total** | | | | | **$1,428.27** | |
| Outside Vendors | Brian D. Glueckstein | 3/8/2017 | 1.0 | $525.00 | $525.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$525.00** | |
| Tele-conference | Alexa J. Kranzley | 3/28/2017 | 1.0 | $44.00 | $44.00 | Tele-conference |
| **Tele-conference Total** | | | | | **$44.00** | |
| Hearing Transcripts | Alexa J. Kranzley | 2/21/2017 | 1.0 | $88.80 | $88.80 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 3/3/2017 | 1.0 | $14.40 | $14.40 | Hearing Transcripts |
| **Hearing Transcripts Total** | | | | | **$103.20** | |
| **March Total** | | | | | **$2,100.47** | |

**APRIL**

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | Natalie A. Lum-Tai | 4/10/2017 | 1.00 | $48.90 | $48.90 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:27 |
| **Local Transportation Total** | | | | | **$48.90** | |
| Travel and Expenses | Veronica W. Ip | 2/14/2017 | 1.00 | $279.00 | $279.00 | AMTRAK Train Fare between New York, NY - Wilmington, DE - Reservation 64A04F |
| Travel and Expenses | Veronica W. Ip | 2/15/2017 | 1.00 | -$104.00 | -$104.00 | AMTRAK Train Fare partial refund - Reservation 64A04F |
| Travel and Expenses | Veronica W. Ip | 2/17/2017 | 1.00 | -$164.00 | -$164.00 | AMTRAK Train Fare partial refund - Reservation 666EA3 |
| Travel and Expenses | Veronica W. Ip | 2/25/2017 | 1.00 | -$26.00 | -$26.00 | AMTRAK Train Fare partial refund - Reservation 64A04F |
| Travel and Expenses | Alexa J. Kranzley | 4/17/2017 | 1.00 | $284.10 | $284.10 | AMTRAK Train Fare between Newark, NJ/New York, NY - Wilmington, DE - Reservation 9F232B ($129.00); 9F23AF ($149.00); Local Transportation in Wilmington, DE ($6.10) |
| **Travel and Expenses Total** | | | | | **$269.10** | |
| Meals - Overtime | Oliver B. Booth | 4/4/2017 | 1.00 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00011 |
| Meals - Overtime | Natalie A. Lum-Tai | 4/10/2017 | 1.00 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00017 |
| **Meals - Overtime Total** | | | | | **$40.00** | |
| Outside Vendors | Veronica W. Ip | 4/8/2017 | 1.00 | $525.00 | $525.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$525.00** | |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Tele-conference | Alexa J. Kranzley | 4/24/2017 | 1.00 | $37.00 | $37.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 4/6/2017 | 1.00 | $14.33 | $14.33 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 4/17/2017 | 1.00 | $10.78 | $10.78 | Tele-conference |
| **Tele-conference Total** | | | | | **$62.11** | |
| Hearing Transcripts | Alexa J. Kranzley | 4/18/2017 | 1.00 | $31.50 | $31.50 | Trial Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 4/28/2017 | 1.00 | $114.00 | $114.00 | Trial Transcripts |
| **Hearing Transcripts Total** | | | | | **$145.50** | |
| **April Total** | | | | | **$1,090.61** | |