**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: D.I. 11292** |

**NOTICE OF CHANGE OF HEARING DATE AND TIME**

PLEASE TAKE NOTICE THAT, at the request and direction of the Court, the omnibus and interim fee hearing scheduled for July 11, 2017 starting at 11:00 a.m. (Eastern Daylight Time) has been rescheduled for **July 12, 2017 starting at 10:00 a.m. (Eastern Daylight Time)** to be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 6, Wilmington, Delaware 19801.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17795444v.1

Dated: July 6, 2017
      Wilmington, Delaware	*/s/ Christopher M. De Lillo*
            **RICHARDS, LAYTON & FINGER, P.A.**
            Mark D. Collins (No. 2981)
            Daniel J. DeFranceschi (No. 2732)
            Jason M. Madron (No. 4431)
            Christopher M. De Lillo (No. 6355)
            920 North King Street
            Wilmington, Delaware 19801
            Telephone:    (302) 651-7700
            Facsimile:     (302) 651-7701
            Email:           collins@rlf.com
                            defranceschi@rlf.com
                            madron@rlf.com
                            delillo@rlf.com

            -and-

            **KIRKLAND & ELLIS LLP**
            **KIRKLAND & ELLIS INTERNATIONAL LLP**
            Edward O. Sassower, P.C. (admitted *pro hac vice*)
            Stephen E. Hessler, P.C. (admitted *pro hac vice*)
            Brian E. Schartz (admitted *pro hac vice*)
            Aparna Yenamandra (admitted *pro hac vice*)
            601 Lexington Avenue
            New York, New York 10022-4611
            Telephone:    (212) 446-4800
            Facsimile:     (212) 446-4900
            Email:           edward.sassower@kirkland.com
                            stephen.hessler@kirkland.com
                            brian.schartz@kirkland.com
                            aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:     james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*