# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | Jointly Administered |
| *Debtors*. | |

## WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the following hereby withdraw as counsel for Deutsche Bank AG New York Branch, in its capacity as administrative agent and collateral agent under Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.'s refinanced debtor-in-possession financing facility ("Deutsche Bank") and should be removed from all Service Lists:

**POTTER ANDERSON & CORROON LLP**
Jeremy W. Ryan (DE Bar. No. 4057)
R. Stephen McNeill (Bar No. 5210)
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6033
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
 rmcneill@potteranderson.com

**SHEARMAN & STERLING LLP**
Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8571
Email: fsosnick@shearman.com
 ned.schodek@shearman.com

Pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the undersigned hereby certifies that Deutsche Bank has no controversy pending before the Court and consents to the withdrawal of counsel indicated herein.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

IMPAC 5258904v.1

| | |
|---|---|
| Dated: July 7, 2017<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>　　　　rmcneill@potteranderson.com<br><br>-and-<br><br>**SHEARMAN & STERLING LLP**<br>Fredric Sosnick<br>Ned S. Schodek<br>599 Lexington Avenue<br>New York, NY  10022<br>Telephone: (212) 848-4000<br>Facsimile: (212) 848-7179<br>Email: fsosnick@shearman.com<br>　　　　ned.schodek@shearman.com |