# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) Jointly Administered |
| *Debtors*. | ) |

## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 7th day of July 2017, I caused a true and correct copy of the foregoing **Withdrawal of Appearance** to be served upon the parties on the attached list *via* first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

IMPAC 5258904v.1

## SERVICE LIST

Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, P.C.
Chad J. Husnick, P.C.
Marc Kieselstein, P.C.
Steven N. Serajeddini, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Alvarez & Marsal
55 W Monroe, Suite 4000
Chicago, IL 60603

Jeff Stegenga
Alvarez & Marsal
2100 Ross Avenue, 21st Floor
Dallas, TX 75201

Kurt F. Altman
Brown & Zhou, LLC
55 Palmer Square West
Unit C
Princeton, NJ 08542

David William Fahy
c/o Early, Lucarelli, Sweeney &
Meisenkothen, LLC
One Century Tower
265 Church Street, 11th Floor
New Haven, CT 06510

Peter Tinkham
1010 Wimberly Court
Allen, TX 75013

American Stock Transfer & Trust Company, LLC
c/o Erica J. Goodstein, Esq.
6201 15th Avenue
Brooklyn, NY 11219

Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle
c/o Kazan, McClain, Satterley & Greenwood, PLC
55 Harrison Street, Suite 400
Oakland, CA 94607

Leslie M. Kelleher, Esq.
Jeanna M. Koski, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, DE 20005

Daniel K. Hogan, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806