IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 14-10979 (CSS)<br>(Jointly Administered)<br><br>Related D.I. No.: 11228 |

### NOTICE OF WITHDRAWAL AS ATTORNEY AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 9010-2

**PLEASE TAKE NOTICE** that I, Jonathan M. Agudelo, am an attorney admitted to practice *pro hac vice* in the United States Bankruptcy Court for the District of Delaware, who appeared in the above-captioned case on behalf of Elliott Associates, L.P. and The Liverpool Limited Partnership (together, "**Elliott**") as an associate at the law firm Ropes & Gray LLP.

**PLEASE TAKE FURTHER NOTICE** that I am leaving Ropes & Gray, LLP, effective as of Friday, July 7, 2017, and request that I be removed as an attorney for Elliott on the docket and any applicable service lists, including Court's CM/ECF electronic notification list, maintained in the above-captioned cases and related adversary proceedings due to my disassociation from Ropes & Gray LLP.

{BAY:03082363v1}

**PLEASE TAKE FURTHER NOTICE** that all other attorneys of record for Elliott will continue to serve as counsel for Elliott and Elliott therefore will suffer no interruption in its representation in these cases.

Dated: July 7, 2017
       Wilmington, Delaware

                      ROPES & GRAY LLP

                      */s/ Jonathan M. Agudelo*
                      Jonathan M. Agudelo
                      1211 Avenue of the Americas
                      New York, NY 10036-8704
                      Telephone: (212) 596-9000
                      Facsimile: (212) 596-9090
                      Jonathan.Agudelo@ropesgray.com

                      *Counsel to Elliott Associates, L.P.,*
                      *Elliott International, L.P. and The Liverpool*
                      *Limited Partnership*