# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| *Debtors*. | ) Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case for the above-captioned debtors and debtors-in-possession (the "Debtors") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Citibank, N.A., as administrative and collateral agent ("Citibank") under Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.'s debtor-in-possession financing facility. Citibank demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, (i) that all notices given or required to be given in these cases and all papers served or required to be served in this case be given to and served upon the undersigned attorneys, at the address set forth below and (ii) that the undersigned attorneys be added to the mailing matrix of file with the Clerk of the Bankruptcy Court and any claims and noticing agent as set forth below:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

IMPAC 5258909v.1

| | |
|---|---|
| **POTTER ANDERSON & CORROON LLP** | **SHEARMAN & STERLING LLP** |
| Jeremy W. Ryan (DE Bar. No. 4057) | Fredric Sosnick, Esquire |
| R. Stephen McNeill (Bar No. 5210) | Ned S. Schodek, Esquire |
| 1313 North Market Street, 6th Floor | 599 Lexington Avenue |
| P.O. Box 951 | New York, NY 10022 |
| Wilmington, DE 19801 | Telephone: (212) 848-4000 |
| Telephone: (302) 984-6033 | Facsimile: (646) 848-8571 |
| Facsimile: (302) 658-1192 | Email: fsosnick@shearman.com |
| Email: jryan@potteranderson.com | ned.schodek@shearman.com |
| rmcneill@potteranderson.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise, which (i) affect the Debtors or property of the Debtors or (ii) affect the rights of Citibank, including by requiring any act, delivery of any property, payment or other conduct by Citibank.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of Citibank (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to have the United States District Court issue final orders or judgments if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution or (5) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise.

IMPAC 5258909v.1

| | |
|---|---|
| Dated: July 7, 2017<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>Jeremy W. Ryan (DE Bar No. 4057)<br>R. Stephen McNeill (DE Bar No. 5210)<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  jryan@potteranderson.com<br>         rmcneill@potteranderson.com<br><br>*Counsel to Citibank, N.A., as administrative and collateral agent* |

3