# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) Jointly Administered |
| *Debtors*. | ) ) | |

## CERTIFICATE OF SERVICE

I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 7th day of July 2017, I caused a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon the parties on the attached list *via* first class mail.

Under penalty of perjury, I declare that the foregoing is true and correct.

**POTTER ANDERSON & CORROON LLP**

*/s/ R. Stephen McNeill*
R. Stephen McNeill (DE Bar No. 5210)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

IMPAC 5258909v.1

**SERVICE LIST**

| | |
|---|---|
| Edward O. Sassower, P.C.<br>Stephen E. Hessler, P.C.<br>Brian E. Schartz, Esq.<br>Aparna Yenamandra, Esq.<br>Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY  10022 | James H.M. Sprayregen, P.C.<br>Chad J. Husnick, P.C.<br>Marc Kieselstein, P.C.<br>Steven N. Serajeddini, Esq.<br>Kirkland & Ellis, LLP<br>300 North LaSalle<br>Chicago, IL  60654 |
| Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>Richards Layton & Finger<br>920 North King Street<br>Wilmington, DE 19801 | Richard L. Schepacarter, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE  19801 |
| Alvarez & Marsal<br>55 W Monroe, Suite 4000<br>Chicago, IL  60603 | Jeff Stegenga<br>Alvarez & Marsal<br>2100 Ross Avenue, 21st Floor<br>Dallas, TX  75201 |
| Kurt F. Altman<br>Brown & Zhou, LLC<br>55 Palmer Square West<br>Unit C<br>Princeton, NJ  08542 | David William Fahy<br>c/o Early, Lucarelli, Sweeney &<br>Meisenkothen, LLC<br>One Century Tower<br>265 Church Street, 11th Floor<br>New Haven, CT  06510 |
| Peter Tinkham<br>1010 Wimberly Court<br>Allen, TX  75013 | American Stock Transfer & Trust Company, LLC<br>c/o Erica J. Goodstein, Esq.<br>6201 15th Avenue<br>Brooklyn, NY  11219 |
| Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle<br>c/o Kazan, McClain, Satterley & Greenwood, PLC<br>55 Harrison Street, Suite 400<br>Oakland, CA  94607 | Leslie M. Kelleher, Esq.<br>Jeanna M. Koski, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DE  20005 |
| Daniel K. Hogan, Esq.<br>Hogan McDaniel<br>1311 Delaware Avenue<br>Wilmington, DE  19806 | |

IMPAC 5258909v.1