**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP.,** *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtor-in-Possession. | : | (Jointly Administered) |
| | : | Re: D.I. 11413 |
| | : | Hearing date:  July 12, 2017 at 10:00 a.m. |

---

### CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDERS

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On July 5, 2017, the Fee Committee filed the *Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m.* (D.I. 11413) (the "Fee Report").

2. Attached hereto as **Exhibit A** is the proposed order regarding interim allowance of certain professional fees that was submitted as Exhibit C to the Fee Report.

3. Attached hereto as **Exhibit B** is the proposed order allowing the final fee application of Phillips Goldman McLaughlin & Hall that was submitted as Exhibit E to the Fee Report.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. After filing the Fee Report, the Fee Committee corrected a clerical error in the proposed order that was attached as Exhibit D to the Fee Report regarding final allowance of certain professional fees pursuant to 11 U.S.C. § 503(b) (the "503(b) Omnibus Fee Order"). Attached hereto as **Exhibit C** is a revised 503(b) Omnibus Fee Order. Attached as **Exhibit D** is a redline version of the 503(b) Omnibus Fee Order showing the clerical correction. No changes were made to Exhibit 1 to the 503(b) Omnibus Fee Order.

5. All professionals included in the attached orders have approved the submission and entry of these orders. Additionally, the U.S. Trustee has reviewed the attached orders and has no opposition to their entry.

WHEREFORE, the Fee Committee respectfully requests that the Court enter the orders attached as **Exhibits A, B, and C** at its earliest convenience.

| | |
|---|---|
| Dated: July 7, 2017<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br> /s/ William M. Alleman, Jr.<br>Jennifer R. Hoover (DE Bar No. 5111)<br>William M. Alleman, Jr. (DE Bar No. 5449)<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>Phone: (302) 442-7010<br>Fax: (302) 442-7012<br>E-mail: jhoover@beneschlaw.com<br>            walleman@beneschlaw.com<br><br>-and-<br><br>Katherine Stadler, Esquire (*admitted pro hac vice*)<br>GODFREY & KAHN, S.C.<br>One East Main Street, Suite 500<br>P.O. Box 2719<br>Madison, Wisconsin 53701-2719<br>Telephone: (608) 257-3911<br>Facsimile: (608) 257-0609<br>E-mail: kstadler@gklaw.com<br><br>*Attorneys for the Fee Committee* |