**Exhibit A**

**Plan Support Agreement Termination Notice**

KE 47822314.1
RLF1 17802780v.1

Execution Version

**Energy Future Holdings Corp.**
**Energy Future Intermediate Holding Company LLC**
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

July 7, 2017

**VIA EMAIL AND BY FED-EX**

To:    NextEra Energy, Inc.
        700 Universe Blvd.
        Juno Beach, FL 33408
        Attn: Mark Hickson; Charles Sieving
        Email: mark.hickson@nexteraenergy.com; charles.sieving@nexteraenergy.com

cc:    Chadbourne & Parke LLP
        1301 Avenue of the Americas
        New York, NY 10019
        Attn: Howard Seife, David Le May, William Greason
        Email: hseife@chadbourne.com; dlemay@chadbourne.com; wgreason@chadbourne.com

To:    Fidelity Management & Research Company
        82 Devonshire Street, #F6b
        Boston, MA 02109
        Attn: Nate Van Duzer, Daniel Chisholm
        Email:  nate.vanduzer@fmr.com; Daniel.chisholm@fmr.com

cc:    Fried, Frank, Harris, Shriver & Jacobson LLP
        One New York Plaza
        New York, NY 10004
        Attn: Brad Eric Scheler, Gary L. Kaplan, Matthew Roose
        Email:  brad.scheler@friedfrank.com; gary.kaplan@friedfrank.com;
                matthew.roose@friedfrank.com

Re:    **Termination of the Plan Support Agreement**

Gentlemen:

        Reference is made to that certain Amended and Restated Plan Support Agreement, dated as of September 19, 2016 (the "Plan Support Agreement"), by and among the EFH/EFIH Debtors, the Fidelity Funds, and NEE. Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan Support Agreement.

        Pursuant to sections 8.02(c) and 8.02(d) of the Plan Support Agreement, the EFH/EFIH Debtors (acting together) hereby terminate the Plan Support Agreement. Effective July 6, 2017, the Merger Agreement was terminated.

*[Signature page follows]*

Respectfully yours,

**ENERGY FUTURE HOLDINGS CORP.**

By: _Andrew M. Wyatt_
Name: Andrew M. Wyatt
Title: EVP & GC

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**

By: _Andrew M. Wyatt_
Name: Andrew M. Wyatt
Title: EVP & GC

cc: Kirkland & Ellis LLP
600 Travis St., Suite 3300
Houston, TX 77002
Attn: Andrew Calder, John Pitts
Email: andrew.calder@kirkland.com; john.pitts@kirkland.com

cc: Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Attn: James Sprayregen, Marc Kieselstein, Chad Husnick
Email: jsprayregen@kirkland.com; mkieselstein@kirkland.com; chusnick@kirkland.com

cc: Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Edward Sassower
Email: edward.sassower@kirkland.com