# **EXHIBIT C**

**Current Corporate Structure of the EFH/EFIH Debtors and Certain Non-Debtor Affiliates**

