# **EXHIBIT D**

**Reorganized EFH-EFIH Financial Projections**