# **EXHIBIT E**

**Liquidation Analysis**