# **EXHIBIT F**

**Disclosure Statement Order**