# **EXHIBIT G**

**Tax Matters Agreement**