# **EXHIBIT A**

Energy Future Holdings Corp.
Thirty-Seventh Omnibus (Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| AUTOMATIC SYSTEMS, INC. | 4868 | On June 14, 2017 the Debtors filed a Notice of Settlement resolving this claim. |
| TEXAS BIG SPRING, LP | 8007 | On April 17, 2017 the Court entered an order sustaining the objection in connection with this claim. |