# **EXHIBIT B**

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ALEMAN, MANUEL, ET AL | 5468 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| ALFORD, JAMES T., ET AL | 5469 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| BARTSCH, BRAD, SELF & SIMILARLY SITUATED | 5470 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| BATTLE, BOBBY, SELF & SIMILARLY SITUATED | 5471 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| BAUER, LAWRENCE, ET AL | 5472 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| BEHNKEN, DIANE, ET AL | 5473 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| BERAN, JAMIE, SELF & SIMILARLY SITUATED | 5474 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| BEXLEY, KERRY, SELF & SIMILARLY SITUATED | 5475 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| BIEHLE, CRAIG, SELF & SIMILARLY SITUATED | 5476 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| BROWN, JUSTIN, SELF & SIMILARLY SITUATED | 5478 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| BROWN, WALTER R., ET AL | 5477 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| CALVIN, FREDDIE, ET AL | 5479 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| CARRAZALES, CRESPIN, ET AL | 5480 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| CHARANZA, BOBBY, ET AL | 5481 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| COLLETTE, JOE, SELF & SIMILARLY SITUATED | 5482 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DAUGHTREY, ROY C., ET AL | 5483 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| DIAZ, FRANK, SELF & SIMILARLY SITUATED | 5484 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| DODD, TED, SELF & SIMILARLY SITUATED | 5485 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| DORNHOEFER, ROBERT, ET AL | 5486 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| DOSS, BILL, JR, ET AL | 5487 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| DUREE, JEREMY, SELF & SIMILARLY SITUATED | 5488 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| ESCHBERGER, TODD, ET AL | 5490 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| GARNER, CLIFFORD, ET AL | 5491 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| GARZA, CARLOS, SELF & SIMILARLY SITUATED | 5492 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| GOETZ, DAVID, SELF & SIMILARLY SITUATED | 5493 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| GRIFFIN, DANIEL W., ET AL | 5494 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| GUNNELS, DAVID W., ET AL | 5495 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| GUZMAN, ERIC, SELF & SIMILARLY SITUATED | 5496 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| HACKETT, CHRISTOPHER, ET AL | 5497 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| HARVEY, TODD, SELF & SIMILARLY SITUATED | 5498 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HAYS, LESTER R., ET AL | 5499 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| HEMPEL, KIRK, SELF & SIMILARLY SITUATED | 5500 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| HENNINGTON, RONALD W., ET AL | 5501 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| HINES, WELDON, SELF & SIMILARLY SITUATED | 5502 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| HOFFMAN, PATRICK, ET AL | 5503 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| HOLLAS, MELVIN, ET AL | 5504 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| JACOBSEN, LUKE, ET AL | 5505 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| JUAREZ, MARTIN, ET AL | 5506 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| KELLY, WAYNE, SELF & SIMILARLY SITUATED | 5507 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| KIMBREL, JEFF, SELF & SIMILARLY SITUATED | 5508 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| KNOBLOCH, MICHAEL, ET AL | 5509 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| KRENEK, RICHARD, ET AL | 5510 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| KUBACAK, MICHAEL, ET AL | 5511 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| LEWIS, EMMETT, SELF & SIMILARLY SITUATED | 5512 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| MATYSEK, MARVIN R., ET AL | 5513 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MCGARY, DARRELL, ET AL | 5514 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| MONTELONGO, ALBERT, ET AL | 5515 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| MUSTON, EDDIE, SELF & SIMILARLY SITUATED | 5516 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| NELSON, WINSTON, ET AL | 5517 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| O'CAMPO, JOHN, SELF & SIMILARLY SITUATED | 5518 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| PHILLIPS, WILLIE, SR., ET AL | 5519 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| PLACHY, ROBERT, ET AL | 5520 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| POPE, ANTONIO, SELF & SIMILARLY SITUATED | 5521 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| POUNDERS, JASON, ET AL | 5522 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| ROZELL, MIKE, SELF & SIMILARLY SITUATED | 5523 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| RUCKER, JAMES R, JR, ET AL | 5524 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| SABESTA, JAMES E., ET AL | 5529 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| SAIN, JERRY, SELF & SIMILARLY SITUATED | 5525 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| SAKEWITZ, KYLE, ET AL | 5526 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| SANTELLANO, MARK, ET AL | 5527 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |

Energy Future Holdings Corp.
Forty-Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SAVAGE, ALVIN, SELF & SIMILARLY SITUATED | 5528 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| SENKEL, KENNETH R., ET AL | 5530 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| SIGLE, TONY, SELF & SIMILARLY SITUATED | 5531 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| SIMPSON, STEVEN, ET AL | 5532 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| TUCKER, DAVID, ET AL | 5533 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| TURNIPSEED, RAY, ET AL | 5534 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| URBAN, DWAN S., ET AL | 5535 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| VARGAS, ERNESTO, ET AL | 5536 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| VEGA, NOE, SELF & SIMILARLY SITUATED | 5537 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| WILLRICH, ROBERT L., ET AL | 5538 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |
| YOUNG, JOE M., SELF & SIMILARLY SITUATED | 5539 | On June 16, 2017 the Court entered an order resolving the objection with respect to this claim. |