IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF FILING OF (A) LETTER TERMINATING THE
PIK PLAN SUPPORT AGREEMENT AND (B) ADDITIONAL "CLEANSING"
MATERIALS UNDER THAT CERTAIN CONFIDENTIALITY AGREEMENT
WITH ELLIOTT CAPITAL MANAGEMENT**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (the "Debtors") have today filed the following documents:

- The joint termination of that certain Amended and Restated Plan Support Agreement, dated as of January 2, 2017 (as amended on January 19, 2017), on the terms set forth therein, and as attached hereto as **Exhibit A** (the "Plan Support Agreement Termination Notice").[2]

- A copy of that certain letter to the Board of Directors of Energy Future Holdings Corp. and the Board of Directors for Energy Future Intermediate Holding Company LLC from Elliott Management Corporation (the "Elliott Letter"), attached hereto as **Exhibit B.**

- A copy of that certain letter from counsel to the Debtors, on behalf of the Debtors, to counsel for Elliott Management Corporation in response to the Elliott Letter, attached hereto as **Exhibit C** (the "Elliott Response Letter").

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of the Plan Support Agreement Termination Notice, the Elliott Letter, and/or the Elliott Response Letter may download copies from the Debtors' Notice and Claims Agent, Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan Support Agreement Termination Notice, the Elliott Letter, and the Elliott Response Letter, as applicable.

RLF1 17806265v.1

Dated: July 10, 2017
      Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession