# Exhibit A

## Plan Support Agreement Termination Notice

July 8, 2017

Re:   **Joint Termination of the Plan Support Agreement**

Reference is made to that certain Amended and Restated Plan Support Agreement, dated as of January 2, 2017 (as amended on January 19, 2017 the "Plan Support Agreement"), by and among the EFH/EFIH Debtors and Supporting PIK Parties.  Capitalized terms used but not defined herein shall have the meaning set forth in the Plan Support Agreement.

Under Section 8.05 of the Plan Support Agreement, the Plan Support Agreement and the obligations of all Supporting PIK Parties thereunder may be terminated, upon written notice to all other parties, by mutual agreement among the EFH/EFIH Debtors and the Required Supporting PIK Creditors. Required Supporting PIK Creditors is defined as the Supporting Creditors holding at least 50.1% of the aggregate amount of EFIH Unsecured Note Claims held by all Supporting Creditors.

Elliott International, L.P. and The Liverpool Limited Partnership (collectively, the "Elliott Funds") hereby represent, warrant, and covenant that they are, collectively, the beneficial owner of more than 50.1% of the outstanding 11.25%/12.25% senior unsecured notes due December 1, 2018 (the "PIK Notes").

The undersigned parties acknowledge that the Elliott Funds maintain that the Elliott Funds are not parties to the Plan Support Agreement, are not Supporting Creditors, and are not bound by the Plan Support Agreement.  The undersigned parties further acknowledge that the EFH/EFIH Debtors maintain that the Elliott Funds are bound by the Plan Support Agreement.

Notwithstanding the foregoing, the EFH/EFIH Debtors agree, based on the Elliott Funds' representations and warranties expressly set forth in paragraph 3 above, that should the Elliott Funds ever be determined to be Supporting Creditors, the Elliott Funds would constitute Required Supporting PIK Creditors, and without waiving any of the undersigned parties' arguments to the contrary regarding the applicability of the Plan Support Agreement to the PIK Notes held by the Elliott Funds, the EFH/EFIH Debtors and the Elliott Funds hereby terminate the Plan Support Agreement pursuant to Section 8.05 of the Plan Support Agreement.

Upon the execution of this joint termination agreement, the Elliott Funds will promptly (and in any event, no later than two business days from the date on which this Joint Termination is fully executed) withdraw the complaint filed in connection with the adversary proceeding captioned under *Elliott Associates, L.P. v. Energy Future Intermediate Holding Company LLC*, Adv. Pro. No. 17-50479 (CSS) (Bankr. D. Del) (the "Adversary Proceeding").  Execution of this notice by Elliott Funds and the EFH/EFIH Debtors shall not constitute a waiver of any arguments any party may have been able to raise in connection with the Adversary Proceeding.

*[Signature page follows]*

**ENERGY FUTURE HOLDING CORP.**

By: *[signature: Andrew M. Wright]*
Name: Andrew Wright
Title: VP & Deputy GC

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**

By: *[signature: Andrew M. Wright]*
Name: Andrew Wright
Title: VP & Deputy GC

ELLIOTT INTERNATIONAL, L.P.

By: Elliott International Capital Advisors, Inc., as attorney-in-fact

By: _____
Josh Nadell, Vice President

**THE LIVERPOOL LIMITED PARTNERSHIP**

By: Liverpool Associates Ltd., as General Partner

By: _____
Josh Nadell, Vice President

Dated: July 8, 2017