## Exhibit B

## The Elliott Letter

**ELLIOTT**

ELLIOTT MANAGEMENT CORPORATION
40 WEST 57TH STREET, NEW YORK, NY 10019
TEL: +1 212 974 6000

July 5, 2017

**BY E-MAIL**

To the Boards of Directors of
Energy Future Holdings Corp.
Energy Future Intermediate Holding Company LLC

Re:   In re Energy Future Holdings Corp. – Proposed Transaction with Berkshire Hathaway Energy Co.

To the Members of the Boards of EFH and EFIH:

  As you are well aware, you have a fiduciary duty to maximize value for all of the Debtors' creditors.  As you are also aware, Elliott Management Corporation acts as an adviser to certain funds (together with Elliott Management Corporation, "Elliott") that are EFIH's most significant unsecured creditor (holding over 74% of EFIH's unsecured bonds) and has been in the process of negotiating a term sheet for a fully consensual restructuring that **values Reorganized EFH/EFIH at approximately $9.3 billion and Oncor at approximately $18.5 billion**. Notwithstanding the significant progress we have made towards that equitization transaction, we understand the Debtors' professionals are now in the process of negotiating and finalizing a possible change of control transaction with Berkshire Hathaway Energy Co. ("Berkshire").

  While we are entirely supportive of a transaction with Berkshire or another third party in the event that the value provided by that transaction exceeds the value being proposed by Elliott, we fear that the Berkshire transaction does not provide such value.  Almost by definition, any transaction other than a creditor-led equitization that incorporates the current Oncor ring-fencing provisions "as is" would introduce increased regulatory risk and therefore would increase both closing uncertainty as well as the potential for additional delay, leading to clear present value diminution to EFIH unsecured creditors.

  In addition, as you know, Elliott intends to provide a significant amount of the new money required to fund the equitization plan and has been in contact with other parties that are interested in participating in the exit financing.  Achieving this higher and better end will require continued logistical support and involvement from both EFH and Oncor managements since they control the issuer information necessary to get the best execution on the financing of a creditor-led equitization plan.  We are extremely concerned that introducing a transaction with Berkshire at the current time will significantly undercut and potentially limit Elliott's ability to provide a portion of the financing necessary to achieve the higher and otherwise superior transaction Elliott has proposed.

  Accordingly, Elliott urges the Board, to ensure that the board members discharge their fiduciary obligation to maximize value, to continue to engage with Elliott regarding its proposed transaction and support Elliott's efforts to assist the Debtors in raising funding for that transaction.  Moreover, Elliott urges and requests that the Board immediately bring Elliott into its

negotiations regarding any alternatives, including a possible change of control transaction with Berkshire, so as to avoid the unnecessary litigation costs and expenses as well as the closing uncertainty of an alternative transaction and confirmation of a plan of reorganization upon which an alternative transaction rests.  In that regard, Elliott has already advised the Debtors' management and advisors that it is ready, willing and able to meet with Berkshire with full transparency (with both EFH and Oncor managements present) to determine whether there is a transaction that is acceptable to us and provides EFH's and EFIH's creditors with the same or more value than Elliott's current proposal provides them.

We remain available to discuss alternatives to the proposed Berkshire transaction.  Elliott reserves all rights and remedies available to it at law and in equity.

Very truly yours,

| | |
|---|---|
| Dave Miller | Jeff Rosenbaum |
| Senior Portfolio Manager, Head of US Restructuring | Portfolio Manager |
| Elliott Management Corporation | Elliott Management Corporation |

cc:   Chad Husnick
      Kirkland & Ellis LLP
      601 Lexington Avenue
      New York, NY 10022
      chad.husnick@kirkland.com