# **Exhibit 1**

# Exhibit 1

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
503(b) Fee Requests

| | Applicant | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|---|
| 1 | Morris James | $152,001.50 | $0.00 | $782.01 | $197.25 | $152,001.50 | $584.76 |
| 2 | Patterson Belknap Webb & Tyler | $1,235,050.00 | $28,772.63 | $8,528.99 | $844.92 | $1,206,277.37 | $7,684.07 |
| 3 | Law Debenture Trust Company of New York | $69,700.00 | $ - | $480.47 | $228.58 | $69,700.00 | $251.89 |
| 4 | White & Case | $19,431,582.09 | $1,943,158.21 | $978,579.19 | $187,441.96 | $17,488,423.88 | $791,137.23 |
| 5 | Fox Rothschild | $363,095.00 | $135.00 | $34,675.60 | $2,743.29 | $362,960.00 | $31,932.31 |
| 6 | Reed Smith | $6,086.00 | $ - | $ - | $ - | $6,086.00 | $ - |
| 7 | Bank of New York Mellon | $16,080.00 | $ - | $ - | $ - | $16,080.00 | $ - |
| 8 | Concentric | $150,000.00 | $100,000.00 | $ - | $ - | $50,000.00 | $ - |
| 9 | Peter J. Solomon | $2,125,000.00 | $106,250.00 | $47,445.00 | $4,744.00 | $2,018,750.00 | $42,701.00 |
| 10 | Brown Rudnick | $9,403,240.00 | $282,097.00 | $724,834.00 | $72,483.00 | $9,121,143.00 | $652,351.00 |
| 11 | Troutman | $691,882.00 | $20,756.00 | $792.00 | $79.00 | $671,126.00 | $713.00 |
| 12 | Dentons | $384,050.00 | $11,521.00 | $ - | $ - | $372,529.00 | $ - |
| 13 | Ashby Geddes | $880,376.00 | $26,411.00 | $107,785.00 | $10,779.00 | $853,965.00 | $97,006.00 |
| 14 | Wilmington Savings Fund Society | $425,035.00 | $12,751.00 | $ - | $ - | $412,284.00 | $ - |
| 15 | Stratus Energy | $ - | $ - | $3,037.93 | $303.79 | $ - | $2,734.14 |
| 16 | Houlihan Lokey | $12,351,666.67 | $ - | $382,744.17 | $83,762.05 | $12,351,666.67 | $298,982.12 |
| 17 | PA Consulting | $939,080.00 | $ - | $19,061.84 | $827.66 | $939,080.00 | $18,234.18 |

No. 1 was previously approved on an interim basis at D.I. 9308 filed on 8/16/2016

Nos. 2 - 6 were previously approved on an interim basis at D.I. 9939 filed on 10/26/2016

17170009.1