# **Exhibit A**

17438277.2

**Exhibit A**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Eighth Interim Fee Applications**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | Bielli & Klauder [D.I. 10832] | 09/01-12/31/2016 | $32,390.00 | $0.00 | $89.70 | $0.00 | $32,390.00 | $89.70 |
| 2 | Jenner & Block [D.I. 10843] | 09/01-12/31/2016 | $109,006.25 | $487.50 | $1,141.50 | $0.00 | $108,518.75 | $1,141.50 |
| 3 | SOLIC Capital Advisors [D.I. 10999] | 09/01-12/31/2016 | $800,000.00 | $0.00 | $3,742.09 | $0.00 | $800,000.00 | $3,742.09 |
| 4 | AlixPartners LLP [D.I. 10839] | 09/01-12/31/2016 | $8,174.00 | $0.00 | $0.00 | $0.00 | $8,174.00 | $0.00 |
| 5 | Cravath Swaine & Moore LLP [D.I. 10860] | 09/01-12/31/2016 | $110,114.50 | $1,419.00 | $637.68 | $0.00 | $108,695.50 | $637.68 |
| 6 | Guggenheim Securities LLC [D.I. 10830] | 09/01-12/31/2016 | $1,000,000.00 | $0.00 | $27,316.00 | $0.00 | $1,000,000.00 | $27,316.00 |
| 7 | Proskauer Rose LLP [D.I. 10831] | 09/01-12/31/2016 | $1,213,101.75 | $74,555.63 | $17,341.20 | $5,379.16 | $1,138,546.12 | $11,962.04 |
| 8 | Stevens & Lee PC [D.I. 10988] | 09/01-12/31/2016 | $39,389.50 | $2,552.00 | $112.54 | $0.00 | $36,837.50 | $112.54 |
| 9 | Sullivan & Cromwell LLP [D.I. 10879] | 09/01-12/31/2016 | $396,057.90 | $2,800.70 | $13,141.86 | $595.80 | $393,257.20 | $12,546.06 |
| 10 | Alvarez & Marsal North America, LLC [D.I. 10928] | 09/01-12/31/2016 | $408,443.50 | $0.00 | $21,579.40 | $25.00 | $408,443.50 | $21,554.40 |
| 11 | Deloitte & Touche LLP [D.I. 11017] | 09/01-12/31/2016 | $1,228,507.50 | $16,351.25 | $0.00 | $0.00 | $1,212,156.25 | $0.00 |
| 12 | Filsinger Energy Partners [D.I. 10841] | 09/01-12/31/2016 | $371,041.50 | $0.00 | $5,946.09 | $0.00 | $371,041.50 | $5,946.09 |
| 13 | Kirkland & Ellis [D.I. 10840] | 09/01-12/31/2016 | $8,239,650.00 | $173,869.00 | $318,796.13 | $31,081.28 | $8,065,781.00 | $287,714.85 |
| 14 | Benesch Friedlander [D.I. 11004] | 09/01-12/31/2016 | $15,578.00 | | $110.60 | | $15,578.00 | $110.60 |
| 15 | Benesch Friedlander [D.I. 11362] | 01/01-04/30/2017 | $10,284.50 | | $64.85 | | $10,284.50 | $64.85 |

16808477.1