# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. 11438** |

### DECLARATION OF TERRY L. NUTT, SENIOR VICE PRESIDENT AND CONTROLLER AT VISTRA ENERGY CORP., IN SUPPORT OF THE DEBTORS' FORTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO NO LIABILITY AND SUBSTANTIVE DUPLICATE CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Pursuant to 28 U.S.C. § 1746, I, Terry L. Nutt, declare as follows:

1.  I am the Senior Vice President and Controller at Vistra Energy Corp. Previously, I served as the Senior Vice President and Controller of Energy Future Holdings Corp., Texas Competitive Electric Holdings, LLC, and Senior Vice President of Finance for Luminant Holding Company LLC. I have been with the Debtors since 2007, serving in several finance and accounting roles. I have been employed in various finance and accounting management positions in the energy industry for over 15 years, with the predominant amount of that time spent with firms engaged in power generation, retail electricity operations, wholesale electricity and natural gas marketing and trading activities.

2.  In preparing this declaration (this "<u>Declaration</u>"), I generally relied on court

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

pleadings and other compilations on which I typically rely in performing my job, and which are generally relied on by the public or persons in my occupation. I am over the age of 18 and duly authorized to execute this declaration on behalf of the Debtors in support of the *Debtors' Forty-Ninth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 11438] (the "Objection"),[2] filed contemporaneously herewith.

3. The facts in this Declaration are based on my personal knowledge and review of information and my experience with the Debtors' operations and these chapter 11 cases. If called to testify, I would testify to the facts set forth herein.

4. To date, over 40,000 Proofs of Claim have been filed in these chapter 11 cases. Considerable time and resources have been expended to review and reconcile the Proofs of Claim filed against the Debtors in these chapter 11 cases. Upon review of the Proofs of Claim filed in these chapter 11 cases and supporting documentation attached thereto, the Debtors have determined that the Disputed Claims listed on **Exhibit 1** and **Exhibit 2** to **Exhibit A** to the Objection are not properly asserted pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, Local Bankruptcy Rule 3007-1, and applicable orders of the Court.

### I. No Liability Proofs of Claim.

5. Upon review of the Proofs of Claim filed against the Debtors in these chapter 11 cases, the Debtors have identified 2 No Liability Claims listed on **Exhibit 1** to **Exhibit A**, in the aggregate claimed amount of $575,906.10. To the best of my knowledge, information, and

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings set forth in the Objection.

belief, and insofar as I have been able to ascertain after reasonable inquiry—including the Debtors', the Debtors' restructuring advisors' (Alvarez & Marsal, North America, LLC), the Debtors' internal counsel's, and my (a) review of the No Liability Claims and all supporting information and documentation provided therewith, (b) understanding of the Debtors' Plan and (c) reasonable efforts to research the same on the Debtors' books and records and Schedules—the No Liability Claims reflect Proofs of Claim that are each asserted against the Debtors, but for which there is no indication that the Debtors are actually liable.

**II.    Substantive Duplicate Proof of Claim.**

6.    Upon review of the Proofs of Claim filed against the Debtors in these chapter 11 cases, the Debtors have identified 3 Substantive Duplicate Claims listed on **Exhibit 2** to **Exhibit A**, in the aggregate claimed amount of $114,000.00.  To the best of my knowledge, information, and belief, and insofar as I have been able to ascertain after reasonable inquiry—including the Debtors', the Debtors' restructuring advisors' (Alvarez & Marsal, North America, LLC), the Debtors' internal counsel's, and my (a) review of the Substantive Duplicate Claims and all supporting information and documentation provided therewith and (b) reasonable efforts to research the same on the Debtors' books and records and Schedules—the Substantive Duplicate Claims are each duplicative of another Proof of Claim filed in respect of the same liabilities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 10, 2017
       Dallas, Texas

*/s/ Terry L. Nutt*
Terry L. Nutt
Senior Vice President and Controller
Vistra Energy Corp.