IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
In re:                                                       :   Chapter 11
                                                             :
Energy Future Holdings, Inc., *et al.*,[1]                   :   Case No. 14-10979 (CSS)
                                                             :
                    Debtors.                                 :   (Jointly Administered)
                                                             :
------------------------------------------------------------ X

## NOTICE OF CHANGE OF FIRM AFFILIATION

**PLEASE TAKE NOTICE** that, effective July 1, 2017, certain counsel identified below for NextEra Energy, Inc. in the above-captioned case are now affiliated with the firm of Norton Rose Fulbright US LLP. All their street address, telephone and fax information remains unchanged, but their e-mail addresses are now as follows:

| Howard Seife | howard.seife@nortonrosefulbright.com |
| --- | --- |
| Marc Ashley | marc.ashley@nortonrosefulbright.com |
| Robin Ball | robin.ball@nortonrosefulbright.com |
| Andrew Rosenblatt | christy.rivera@nortonrosefulbright.com |
| Christy L. Rivera | andrew.rosenblatt@nortonrosefulbright.com |
| Eric Daucher | eric.daucher@nortonrosefulbright.com |
| Robert Kirby | robert.kirby@nortonrosefulbright.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

CPAM: 12631226.1

|  |  |
|---|---|
| Dated: July 10, 2017<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Joseph Wright*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Joseph D. Wright (No. 5669)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Howard Seife (admitted *pro hac vice*)<br>Marc Ashley (admitted *pro hac vice*)<br>Andrew Rosenblatt (admitted *pro hac vice*)<br>Christy L. Rivera (admitted *pro hac vice*)<br>Eric Daucher (admitted *pro hac vice*)<br>Robert Kirby (admitted *pro hac vice*)<br>1301 Avenue of the Americas<br>New York, NY 10019-6022<br>Telephone: (212) 408 5100<br>Facsimile: (212) 541 5369<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Robin Ball (admitted *pro hac vice*)<br>555 South Flower Street, Forty First Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 892 9200<br>Facsimile: (213) 892-9494<br><br>*Counsel to NextEra Energy, Inc.* |