IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
: 
In re: : Chapter 11
: 
Energy Future Holdings, Inc., *et al.*,[1] : Case No. 14-10979 (CSS)
: 
Debtors. : (Jointly Administered)
: 
: **Re: D.I. 11424**
: 
---------------------------------------------------------------- X

## NOTICE OF FILING A LETTER IN REPLY TO DEBTORS' NOTICE OF TERMINATION OF THE AGREEMENT AND PLAN OF MERGER

**PLEASE TAKE NOTICE THAT** NextEra Energy, Inc. has today filed its letter in reply, a copy of which is attached hereto as Exhibit A, to the above-captioned debtors and debtors-in-possession (the "Debtors") regarding the Debtors' Notice of Termination of the Agreement and Plan of Merger, which the Debtors filed with the Court on July 7, 2017 [D.I. 11424].

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

CPAM: 12630786.2

Dated: July 10, 2017
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Joseph Wright
_____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email:   landis@lrclaw.com
         mcguire@lrclaw.com
         wright@lrclaw.com

*- and –*

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369
Email:   howard.seife@nortonrosefulbright.com
         andrew.rosenblatt@nortronrosefulbright.com
         eric.daucher@nortonrosebulbright.com

*Counsel to NextEra Energy, Inc.*

CPAM: 12630786.2