# Exhibit A

| Applicant | Compensation Period | Final Fees Documented | Final Expenses Documented | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|
| PGMH [D.I. 1150] | 9/1/2014 – 4/27/2016 | $18,402.00 | $2,225.41 | $18,402.00 | $2,225.41 |

17438301.1