# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | : Case No. 14-10979 (CSS) |
| | : |
| Debtors.[1] | : (Jointly Administered) |
| | : |
| ELLIOTT ASSOCIATES, L.P. *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : Adv. Pro. No. 17-50479 (CSS) |
| v. | : |
| | : |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, *et al.*, | : |
| | : |
| Defendants. | : |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 12, 2017 STARTING AT 10:00 A.M. (EDT)[3]

**I.   RESOLVED MATTERS:**

  1.   Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7814; filed February 9, 2016]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The July 12, 2017 (the "July 12th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any person who wished to appear telephonically at the July 12th Hearing must **have contacted** COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, July 11, 2017 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

RLF1 17810614v.1

| | |
|---|---|
| Response/Objection Deadline: | February 23, 2016 at 4:00 p.m. (EST); extended to March 1, 2016 at 4:00 p.m. (EST) for Red Ball Oxygen Company; extended to March 2, 2016 at 4:00 p.m. (EST) for Steag Energy Services LLC |
| Responses/Objections Received: | None. |

Related Documents:

i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC in Support of the Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7815; filed February 9, 2016]

ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 7936; filed February 25, 2016]

iii. Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 7982; filed March 9, 2016]

iv. Order (Second) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 8895; filed July 12, 2016]

v. Order (Third) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9598; filed September 20, 2016]

vi. Order (Fourth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 9773; filed October 6, 2016]

vii. Order (Fifth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section

502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10388; filed December 14, 2016]

viii. Order (Sixth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10451; filed December 28, 2016]

ix. Notice of Withdrawal of Ranger Excavating LP's Motion for Summary Judgment as to the Debtors' Objection to Ranger Excavating LP's Claim Against Sandow Power Company LLC as Set Out in Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10567; filed January 4, 2017]

x. Order (Seventh) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10601; filed January 5, 2017]

xi. Order (Eighth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10691; filed January 20, 2017]

xii. Order (Ninth) Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11156; filed April 17, 2017]

xiii. Notice of Settlement of Proof of Claim Number 4868 Filed by Automatic Systems, Inc. [D.I. 11346; filed June 14, 2017]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit A. On March 9, 2016, July 12, 2016, September 20, 2016, October 6, 2016, December 14, 2016, December 28, 2016, January 5, 2017, January 20, 2017, and April 17, 2017 the Court entered orders in connection with this matter resolving all claims subject thereto. On June 14, 2017 the Debtors filed a notice of settlement resolving the claim with Automatic Systems, Inc. See D.I. 11346. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

2. Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code,

Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10917; filed February 24, 2017]

Response/Objection Deadline:   March 10, 2017 at 4:00 p.m. (EST); extended to March 31, 2017 at 4:00 p.m. (EDT) for Various Class Action Claimants represented by Gillespie Sanford LLP and Delaware Trust Company

Responses/Objections Received:   None.

Related Documents:

i. Declaration of Terry L. Nutt, Senior Vice President and Controller at Vistra Energy Corp., in Support of the Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 10918; filed February 24, 2017]

ii. Withdrawal of Claim [D.I. 11001; filed March 14, 2017]

iii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Forty-Fifth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 11005; filed March 15, 2017]

iv. Order Sustaining Debtors' Forty-Fifth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11052; filed March 24, 2017]

v. Order (Second) Sustaining Debtors' Forty-Fifth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11126; filed April 7, 2017]

vi. Order (Third) Sustaining Debtors' Forty-Fifth Omnibus (Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 11361; filed June 16, 2017]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit B. On March 24, 2017, April 7, 2017 and June 16, 2017 the Court entered orders in connection with this matter resolving all claims subject thereto. On March 14, 2017, Michael Kenn Tate withdrew his

claim subject to this matter. Consequently, this matter is now fully resolved and no hearing with respect to this matter is required.

3. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Further Enlarging the Period Within Which the Debtors May Remove Certain Actions [D.I. 11369; filed June 19, 2017]

   Response/Objection Deadline:    July 5, 2017 at 4:00 p.m. (EDT)

   Responses/Objections Received:    None.

   Related Documents:

   i.   Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Further Enlarging the Period Within Which the Debtors May Remove Certain Actions" [D.I. 11369] [D.I. 11417; filed July 6, 2017]

   ii.  Order Further Enlarging the Period Within Which the Debtors May Remove Certain Actions [D.I. 11421; filed July 7, 2017]

   Status: On July 7, 2017, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

II. **PRETRIAL CONFERENCE 17-50479:**

4. Verified Complaint for Declaratory and Injunction Relief [Adv. D.I. 1; filed May 11, 2017]

   Answer Deadline:    August 25, 2017 at 5:00 p.m. (EDT)

   Responses/Objections Received:    None.

   Related Documents:

   i.   Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 3; filed May 11, 2017]

   ii.  The Elliott Funds' Motion for Preliminary Injunction [Adv. D.I. 4; filed May 11, 2017]

   iii. The Elliott Funds' Memorandum of Law in Support of Motion for a Preliminary Injunction [Adv. D.I. 5; filed May 11, 2017]

   iv.  Declaration of Erin R. Fay Filed in Connection with (I) Verified Complaint for Declaratory and Injunctive Relief and (II) The Elliott

                    Funds' Motion for Preliminary Injunction [Adv. D.I. 6; filed May 11, 2017]

    v.    Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi in Contemplation of May 12, 2017 Telephonic Status Conference in Connection with Adversary Proceeding and Elliott Associates, L.P., *et al* Motion for a Preliminary Injunction [Adv. D.I. 10; filed May 12, 2017]

    vi.    Scheduling Order Regarding The Elliott Funds' Motion for Preliminary Injunction [D.I. 4] [Adv. D.I. 13; filed May 16, 2017]

    vii.    Notice of Agreement to Amend Certain of the Deadlines in the "Scheduling Order Regarding The Elliott Funds' Motion for Preliminary Injunction [D.I. 4]" [Adv. D.I. 43; filed June 12, 2017]

    viii.    **Notice of Voluntary Dismissal [Adv. D.I. 46; filed July 10, 2017]**

    Status:    **On July 10, 2017, plaintiffs voluntarily dismissed Adv. Proc. No. 17-50479 (CSS) (the "Action") without prejudice and, on July 11, 2017, the Clerk of the Court closed the Action. Consequently, the pre-trial conference in the Action that had been adjourned by agreement of the parties, and with permission from Chambers, to August 9, 2017 starting at 10:00 a.m. (EDT) shall no longer take place and no further proceedings with respect to the Action are necessary.**

### III. UNCONTESTED INTERIM PERIOD FEE APPLICATIONS:[4]

    5.    Interim Fee Applications

    Related Documents:

    i.    Certification of Counsel Regarding Omnibus Fee Orders [D.I. 11422; filed July 7, 2017]

    ii.    **Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 11437; filed July 10, 2017]**

    Status:    **On July 10, 2017, the Court entered an order granting the various applicants the relief requested in connection with the interim fee**

---

[4] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim fee application] shall appear in person at the [interim fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

applications listed on <u>Exhibit C</u> hereto. Consequently, no hearing with respect to this matter is required.

IV. **SECTION 503(b) FEE ALLOWANCE REQUESTS:**[5]

    6. Interim Fee Applications

Related Documents:

    i. Certification of Counsel Regarding Omnibus Fee Orders [D.I. 11422; filed July 7, 2017] *(see agenda item 5 i.)*

    ii. **Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 11436; filed July 10, 2017]**

Status: **On July 10, 2017, the Court entered an order granting the various applicants the relief requested in connection with the section 503(b) fee allowance requests listed on <u>Exhibit D</u> hereto. Consequently, no hearing with respect to this matter is required.**

V. **UNCONTESTED COMBINED INTERIM AND FINAL FEE APPLICATION:**[6]

    7. Interim/Final Fee Application

Related Documents:

    i. Certification of Counsel Regarding Omnibus Fee Orders [D.I. 11422; filed July 7, 2017] *(see agenda item 5 i.)*

    ii. **Order Allowing the Final Fee Application of Phillips Goldman McLaughlin & Hall, PA f/k/a Phillips Goldman & Spence, PA for Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 11442; filed July 11, 2017]**

---

[5] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware*, Dated April 3, 2006, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [fee application and/or section 503(b) fee request] shall appear in person at the [fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

[6] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim/final fee application] shall appear in person at the [interim/final fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim/final fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

7

Status: **On July 11, 2017, the Court entered an order granting the applicant the relief requested in connection with the final fee application listed on <u>Exhibit E</u> hereto.  Consequently, no hearing with respect to this matter is required.**

## VI. E-SIDE PLAN STATUS CONFERENCE:

8. Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11426; filed July 7, 2017] (the "New E-Side Plan")

   Response/Objection Deadline:      August 4, 2017 at 4:00 p.m. (EDT)

   Responses/Objections Received:    None at this time.

   Related Documents:

   i. Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11425; filed July 7, 2017]

   ii. Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11427; filed July 7, 2017]

   iii. Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 11428; filed July 7, 2017]

   iv. Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11430; filed July 7, 2017]

   v. **Notice of Filing of (A) Letter Terminating the PIK Plan Support Agreement and (B) Additional "Cleansing" Materials Under That Certain Confidentiality Agreement with Elliott Capital Management [D.I. 11435; filed July 10, 2017]**

    vi.    **Notice of Filing a Letter in Reply to Debtors' Notice of Termination of the Agreement and Plan of Merger [D.I. 11441; filed July 10, 2017]**

<u>Status</u>: A status conference with respect to the New E-Side Plan will go forward at the hearing.

*[Remainder of page intentionally left blank.]*

Dated: July 11, 2017
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	collins@rlf.com
	defranceschi@rlf.com
	madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	edward.sassower@kirkland.com
	stephen.hessler@kirkland.com
	brian.schartz@kirkland.com
	aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	james.sprayregen@kirkland.com
	marc.kieselstein@kirkland.com
	chad.husnick@kirkland.com
	steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*