# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## INDEX OF INTERIM FEE APPLICATIONS
## TO BE CONSIDERED AT THE JULY 12, 2017 HEARING

1.    Fourth Interim Fee Application of Bielli & Klauder, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period from September 1, 2016 Through and Including December 31, 2016 [D.I. 10832; filed February 15, 2017]

Response/Objection Deadline:      March 8, 2017 at 4:00 p.m. (EST)

Response/Objection Received:      None.

Related Documents:

A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

2.    Fifth Interim Fee Application of Jenner & Block LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period September 1, 2016 Through December 31, 2016 [D.I. 10843; filed February 16, 2017]

Response/Objection Deadline:      March 9, 2017 at 4:00 p.m. (EST)

Response/Objection Received:      None.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

3.    Sixth Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from September 1, 2016 Through December 31, 2016 [D.I. 10999; filed March 13, 2017]

| | |
|---|---|
| Response/Objection Deadline: | April 3, 2017 at 4:00 p.m. (EST) |
| Response/Objection Received: | None. |

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

4.    Seventh Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc., and EECI, Inc. for the Period from September 1, 2016 Through December 31, 2016 [D.I. 10839; filed February 15, 2017]

| | |
|---|---|
| Response/Objection Deadline: | March 8, 2017 at 4:00 p.m. (EST) |
| Response/Objection Received: | None. |

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

5.    Seventh Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period September 1, 2016 Through December 31, 2016 [D.I. 10860; filed February 17, 2017]

| | |
|---|---|
| Response/Objection Deadline: | March 10, 2017 at 4:00 p.m. (EST) |
| Response/Objection Received: | None. |

Related Documents:

RLF1 17791099v.1

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

6.    Seventh Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2016 Through December 31, 2016 [D.I. 10830; filed February 15, 2017]

    <u>Response/Objection Deadline:</u>    March 8, 2017 at 4:00 p.m. (EST)

    <u>Response/Objection Received:</u>    None.

    <u>Related Documents:</u>

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

7.    Seventh Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from September 1, 2016 Through December 31, 2016 [D.I. 10831; filed February 15, 2017]

    <u>Response/Objection Deadline:</u>    March 8, 2017 at 4:00 p.m. (EST)

    <u>Response/Objection Received:</u>    None.

    <u>Related Documents:</u>

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

8.    Seventh Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of September 1, 2016 Through December 31, 2016 [D.I. 10988; filed March 10, 2017]

    <u>Response/Objection Deadline:</u>    March 31, 2017 at 4:00 p.m. (EST)

    <u>Response/Objection Received:</u>    None.

    <u>Related Documents:</u>

A.   Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

9.   Seventh Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2016 Through and Including December 31, 2016 [D.I. 10879; filed February 22, 2017]

Response/Objection Deadline:      March 15, 2017 at 4:00 p.m. (EST)

Response/Objection Received:      None.

Related Documents:

A.   Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

10.  Eighth Interim Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from September 1, 2016 Through and Including December 31, 2016 [D.I. 10928; filed February 28, 2017]

Response/Objection Deadline:      March 22, 2017 at 4:00 p.m. (EST)

Response/Objection Received:      None.

Related Documents:

A.   Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

11.  Eighth Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of September 1, 2016 Through December 31, 2016 [D.I. 11017; filed March 17, 2017]

Response/Objection Deadline:      April 10, 2017 at 4:00 p.m. (EST)

Response/Objection Received:      None.

Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

12.    Eighth Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period from September 1, 2016 Through and Including December 31, 2016 [D.I. 10841; filed February 15, 2017]

    Response/Objection Deadline:    March 9, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

13.    Eighth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2016 Through and Including December 31, 2016 [D.I. 10840; filed February 15, 2017]

    Response/Objection Deadline:    March 9, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

14.    Second Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff, LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period September 1, 2016 Through December 31, 2016 [D.I. 11004; filed March 15, 2017]

    Response/Objection Deadline:    April 5, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

15.    Third Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff, LLP, for Interim Compensation for Services Rendered and Reimbursement of Expenses as

Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period January 1, 2017 Through April 30, 2017 [D.I. 11362; filed June 16, 2017]

Response/Objection Deadline:    July 7, 2017 at 4:00 p.m. (EDT)

Response/Objection Received:    None.

RLF1 17791099v.1