# **EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**INDEX OF FEE APPLICATIONS AND SECTION 503(b) FEE REQUESTS
TO BE CONSIDERED AT THE JULY 12, 2017 HEARING**

1. Concentric Energy Advisors, Energy Consultant to the Ad Hoc Consortium of Second Lien Claimants

    Response/Objection Deadline:    N/A

    Response/Objection Received:    None.

    Related Documents:

    A.  Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

2. Peter J. Solomon Co., Financial Advisors to the Consortium

    Response/Objection Deadline:    N/A

    Response/Objection Received:    None.

    Related Documents:

    A.  Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17793129v.1

3. Brown Rudnick as Counsel to the Consortium

   Response/Objection Deadline:      N/A

   Response/Objection Received:      None.

   Related Documents:

   A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

4. Troutman Sanders LLP, as Co-Counsel to Wilmington Savings Fund Society in its Capacity as the Indenture Trustee of Certain TCEH Second Lien Notes

   Response/Objection Deadline:      N/A

   Response/Objection Received:      None.

   Related Documents:

   A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

5. Dentons, as Co-Counsel to Wilmington Savings Fund Society in its Capacity as the Indenture Trustee of Certain TCEH Second Lien Notes

   Response/Objection Deadline:      N/A

   Response/Objection Received:      None.

   Related Documents:

   A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

6. Ashby & Geddes LLP, as Delaware Counsel to Wilmington Savings Fund Society in its Capacity as the Indenture Trustee of Certain TCEH Second Lien Notes

   Response/Objection Deadline:      N/A

   Response/Objection Received:      None.

Related Documents:

A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

7. Wilmington Savings Fund Society in its Capacity as Indenture Trustee to Certain TCEH Second Lien Notes

   Response/Objection Deadline:    N/A

   Response/Objection Received:    None.

   Related Documents:

   A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

8. Stratus Energy Group, Energy Consultant to the Ad Hoc Consortium of Second Lien Claimants

   Response/Objection Deadline:    N/A

   Response/Objection Received:    None.

   Related Documents:

   A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

9. Houlihan Lokey, Financial Advisor to the Ad hoc Group of Certain Unsecured Note Holders

   Response/Objection Deadline:    N/A

   Response/Objection Received:    None.

   Related Documents:

   A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

10. PA Consulting, Energy Advisor to the Ad Hoc Group of Certain Unsecured Note Holders

    Response/Objection Deadline:    N/A

RLF1 17793129v.1

Response/Objection Received:    None.

Related Documents:

A. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]