# EXHIBIT E

RLF1 17810614v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**INDEX OF INTERIM/FINAL FEE APPLICATION
TO BE CONSIDERED AT THE JULY 12, 2017 HEARING**

1. Fifth Interim Application of Phillips, Goldman, McLaughlin & Hall, P.A. f/k/a Phillips, Goldman & Spence, P.A. as Counsel to the Fee Committee Seeking Compensation and Reimbursement of Expenses for the Period of January 1, 2016 Through April 27, 2016 and the Final Fee Application for the Period September 1, 2014 Through April 27, 2016 [D.I. 11150; filed April 12, 2017]

    Response/Objection Deadline:   May 3, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:   None.

    Related Documents:

    A. Certificate of No Objection Regarding Docket No. 11150 [D.I. 11218; filed May 9, 2017]

    B. Fee Committee's Report Concerning Uncontested Fee Applications and Section 503(b) Final Fee Requests for Hearing on July 11, 2017 at 10:00 a.m. [D.I. 11413; filed July 5, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17793240v.1