**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered)<br><br>**Re: D.I. 653, 2044, 2061, 3459, 3460, 7695, 7696, 8347, 9246, 10365** |

**NINTH SUPPLEMENTAL DECLARATION OF MARY MCNULTY
IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE
HOLDINGS, *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING
ENERGY FUTURE HOLDINGS CORP. TO RETAIN AND EMPLOY
THOMPSON & KNIGHT LLP AS SPECIAL COUNSEL FOR CERTAIN
TAX-RELATED MATTERS EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Mary McNulty, hereby declare, pursuant to 28 U.S.C. § 1746 under penalty of perjury as follows:

1. I am a Partner at Thompson & Knight LLP ("T&K"), which has a place of business at One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, TX 75201.

2. On May 29, 2014, the Debtors filed the *Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 653] (the "TK Employment Application"). In support of the TK Employment Application, I submitted the *Declaration of Mary McNulty in Support of the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 653-3] (the "Original McNulty Declaration").

3. On September 16, 2014, in further support of the TK Employment Application, I submitted the *Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 2044] (the "First Supplemental McNulty Declaration"). By its order dated September 16, 2014 [D.I. 2061], the Court approved the TK Employment Application.

4. On February 5, 2015, in supplement to the TK Employment Application, I submitted the *Second Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 3459] and the *Third Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 3460] (the "Third Supplemental McNulty Declaration").

5. On January 20, 2016, in supplement to the TK Employment Application, I submitted the *Fourth Supplemental Declaration of Mary McNulty in Support of the Application*

*of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 7695] (the "Fourth Supplemental McNulty Declaration") and *Fifth Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 7696] (the "Fifth Supplemental McNulty Declaration").

6. On April 28, 2016, in further supplement to the TK Employment Application, I submitted the *Sixth Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 8347] (the "Sixth Supplemental McNulty Declaration").

7. On August 10, 2016, in further supplement to the TK Employment Application, I submitted the *Seventh Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 9246].

8. On December 12, 2016, in further supplement to the TK Employment Application, I submitted the *Eighth Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain*

3

*Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date* [D.I. 10365] (the "Eighth Supplemental McNulty Declaration").

9.     As stated in the Original McNulty Declaration, the First Supplemental McNulty Declaration, the Second Supplemental Declaration, the Fourth Supplemental McNulty Declaration, the Sixth Supplemental McNulty Declaration, the Seventh Supplement McNulty Declaration, and the Eighth Supplemental McNulty Declaration, T&K advised that to the extent any information disclosed in these declarations required amendment or modification upon T&K's completion of further review or as additional party-in-interest information became available to it, T&K would submit a further supplemental declaration reflecting such amended or modified information.[2]

10.     I now submit this supplement to the previously filed declarations and disclosure of relationships on behalf of T&K as more fully provided below.  T&K has continued to conduct an on-going conflicts review related to the Potential Parties-in-Interest and discloses that parties on **Schedule A** are amendments to Schedule 2 of the Original Declaration.

11.     To my knowledge, based on reasonable inquiry: (a) T&K does not hold or represent any interest adverse to any of the Debtors or the Debtors' estates with respect to the matters on which T&K is to be retained in these chapter 11 cases, or in matters directly related to the Services[3] to be performed by T&K for the Debtors; (b) other than as previously disclosed, and to the best of my knowledge, information, and belief, T&K has no relationship to any of the Debtors, any of the Debtors' significant creditors, equity interest owners, other known Potential

---

[2] The Third Supplemental McNulty Declaration and the Fifth Supplemental McNulty Declaration advised solely annual increase in TK billing rates.

[3] All capitalized terms not specifically defined herein shall have the meaning ascribed in the Original Declaration.

Parties-in-Interest in these chapter 11 cases, or to the Debtors' professionals that are known to be assisting the Debtors in these chapter 11 cases; and (c) to the best of my knowledge, information, and belief, the personnel anticipated to provide the Services to the Debtors in connection herewith are not related to the U.S. Trustee assigned to these chapter 11 cases, any persons employed with the Office of the U.S. Trustee, or the Bankruptcy Judge presiding over such cases.

12. T&K has made an effort, and will continue to make an effort, to set materiality thresholds with respect to its due diligence search with respect to any connections T&K may have with the creditors and Potential Parties-in-Interest in the Debtors' chapter 11 cases. T&K periodically will continue to review its files during the pendency of these cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, T&K will promptly file a supplemental declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**Executed on this 11th day of July, 2017.**

*/s/ Mary McNutly*
Mary McNulty
Partner, Thompson & Knight LLP

# SCHEDULE A

**[AMENDMENT TO SCHEDULE 2 OF THE ORIGINAL DECLARATION]**
**The following are current clients, as those terms are defined in the Original Declaration the supplemental declarations. None of the client representations listed below involves matters related to the Debtors or these Chapter 11 Cases.**

| Name Searched | Category | Relationship to T&K (in Unrelated Matters) |
|---|---|---|
| Direct Energy LP | Contract Counterparties | CURRENT CLIENT |
| San Saba Pecan LP | Contract Counterparties | CURRENT CLIENT |
| Shannon Medical Center | Contract Counterparties | CURRENT CLIENT |
| WPX Energy Marketing LLC | Contract Counterparties | CURRENT CLIENT |
| Mariner Investment Group LLC | Secured Bondholders | CURRENT CLIENT |
| Centaurus Capital LLC | Shareholders | CURRENT CLIENT |
| Centaurus TEF LP | Shareholders | CURRENT CLIENT |