# Exhibit A

**Fee Summary by Professional for the Period
May 1, 2017 through May 31, 2017**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**May 01, 2017 - May 31, 2017**

### *Bankruptcy Related Research Consultation and Transaction*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Kilkenny, Tom | Partner/Principal | $720.00 | 1.0 | $720.00 |
| **Professional Subtotal:** | | | **1.0** | **$720.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**May 01, 2017 - May 31, 2017**

### *Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Kilkenny, Tom | Partner/Prinicpal | $365.00 | 5.9 | $2,153.50 |
| Parker, Matt | Partner/Prinicpal | $365.00 | 1.4 | $511.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 3.3 | $957.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 16.6 | $3,569.00 |
| **Professional Subtotal:** | | | **27.2** | **$7,190.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**May 01, 2017 - May 31, 2017**

### *Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Kilkenny, Tom | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 12.9 | $2,257.50 |
| **Pofessional Subtotal:** | | | **13.9** | **$2,622.50** |