# **EXHIBIT A**

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Twenty-Sixth Monthly Fee Statement<br><br>01/01/2017 through 01/31/2017<br><br>D.I. 11337 | $13,235.50 | $0.00 | 07/05/2017 | $10,588.40 | $0.00 | $2,647.10 |