# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Twenty-Seventh Monthly Fee Statement 02/01/2017 through 02/28/2017 D.I. 11338 | $50,122.50 | $338.16 | 07/05/2017 | $40,098.00 | $338.16 | $10,024.50 |

SL1 1472104v1 109285.00005