# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Twenty-Ninth Monthly Fee Statement  04/01/2017 through 04/30/2017  D.I. 11340 | $6,150.00 | $12.96 | 07/05/2017 | $4,920.00 | $12.96 | $1,230.00 |

SL1 1472109v1 109285.00005