**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | **Objection Deadline August 2, 2017 at 4:00 p.m.** |

**SUMMARY OF THE EIGHTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP
SEEKING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH
FINANCE INC., AND EECI, INC.
FOR THE PERIOD FROM JANUARY 1, 2017 THROUGH APRIL 30, 2017**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 12, 2015 *nunc pro tunc* to November 20, 2014 |
| Period for which compensation and reimbursement are sought: | January 1, 2017 through April 30, 2017 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $14,478.50 (100% of fees) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n): monthly __X__ interim ___final application

---

1       The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## SUMMARY OF FEES AND EXPENSES REQUESTED TO DATE FOR SERVICES PERFORMED BY ALIXPARTNERS LLP ON BEHALF OF THE COMMITTEE

| Date and Docket No. | Compensation Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | 20% Holdback | Approved | 20% Holdback Paid |
|---|---|---|---|---|---|---|---|---|
| 01/26/2015 [Docket No. 3370] | 11/20/2014-11/30/2014 | $ 70,696.00 | $ 361.81 | $ 56,556.80 | $ 361.81 | $ 14,139.20 | yes | $ 14,139.20 |
| 02/05/2015 [Docket No. 3458] | 12/01/2014-12/31/2014 | $ 308,412.50 | $ 35,784.90 | $ 246,730.00 | $ 35,784.90 | $ 61,682.50 | yes | $ 61,682.50 |
| 02/26/2015 [Docket No. 3686] | 01/01/2015-01/31/2015 | $ 410,600.75 | $ 38,637.84 | $ 328,480.60 | $ 38,637.84 | $ 82,120.15 | yes | $ 65,696.12 |
| 03/24/2015 [Docket No. 3954] | 02/01/2015-02/28/2015 | $ 337,222.75 | $ 17,005.72 | $ 269,778.20 | $ 17,005.72 | $ 67,444.55 | yes | $ 53,955.64 |
| 04/22/2015 [Docket No. 4246] | 03/01/2015-03/31/2015 | $ 274,643.25 | $ 46,858.60 | $ 219,714.60 | $ 46,858.60 | $ 54,928.65 | yes | $ 43,942.92 |
| 05/22/2015 [Docket No. 4573] | 04/01/2015-04/30/2015 | $ 234,922.00 | $ 76,095.56 | $ 187,937.60 | $ 76,095.56 | $ 46,984.40 | yes | $ 37,587.52 |
| 6/22/2015 [Docket No. 4814] | 05/01/2015 - 05/31/2015 | $ 75,366.00 | $ 35,486.96 | $ 60,292.80 | $ 35,486.96 | $ 15,073.20 | yes | $ 12,058.56 |
| 07/21/2015 [Docket No. 5058] | 06/01/2015 - 06/30/2015 | $ 69,462.00 | $ 8.41 | $ 55,569.60 | $ 8.41 | $ 13,892.40 | yes | $ 11,113.92 |
| 08/24/2015 [Docket No. 5692] | 07/01/2015 - 07/31/2015 | $ 61,433.00 | $ 29,225.85 | $ 49,146.40 | $ 29,225.85 | $ 12,286.60 | yes | $ 9,829.28 |
| 09/25/2015 [Docket No. 6185] | 08/01/2015 - 08/31/2015 | $ 217,347.25 | $ 11,607.87 | $ 173,877.80 | $ 11,607.87 | $ 43,469.45 | yes | $ 34,775.56 |
| 10/21/2015 [Docket No. 6546] | 09/01/2015 - 09/30/2015 | $ 360,246.00 | (217.80) | $ 287,979.00 | $ - | $ 72,049.20 | yes | $ 57,595.80 |
| 11/30/2015 [Docket No. 7171] | 10/01/2015 - 10/31/2015 | $ 576,049.50 | $ 49,103.99 | $ 460,839.60 | $ 49,103.99 | $ 115,209.90 | yes | $ 92,167.92 |
| 1/19/2016 [Docket No. 7689] | 11/01/2015 - 11/30/2015 | $ 178,044.00 | $ 4,354.32 | $ 142,435.20 | $ 4,354.32 | $ 35,608.80 | yes | $ 28,487.04 |
| 02/03/2016 [Docket No. 7779] | 12/01/2015 - 12/31/2015 | $ 4,496.00 | $ 47,781.09 | $ 3,596.80 | $ 47,781.09 | $ 899.20 | yes | $ 719.36 |
| 03/08/2016 [Docket No. 7975] | 01/01/2016-01/31/2016 | $ 7,706.00 | $ - | $ 6,164.80 | $ - | $ 1,541.20 | yes | $ 1,541.20 |
| 03/23/2016 [Docket No. 8060] | 02/01/2016-02/29/2016 | $ 4,983.00 | $ - | $ 3,986.40 | $ - | $ 996.60 | yes | $ 996.60 |
| 04/22/2016 [Docket No. 8259] | 03/01/2016-03/31/2016 | $ 3,314.00 | $ - | $ 2,651.20 | $ - | $ 662.80 | yes | $ 662.80 |
| 05/23/2016 [Docket No. 8506] | 04/01/2016-04/30/2016 | $ 3,199.00 | $ - | $ 2,559.20 | $ - | $ 639.80 | yes | $ 639.80 |
| 06/22/2016 [Docket No. 8793] | 05/01/2016-05/31/2016 | $ 2,913.00 | $ - | $ 2,330.40 | $ - | $ 582.60 | yes | $ 582.60 |
| 07/27/2016 [Docket No. 9033] | 06/01/2016-06/30/2016 | $ 5,085.00 | $ - | $ - | $ - | $ 1,017.00 | yes | $ - |
| 08/24/2016 [Docket No. 9386] | 07/01/2016-07/31/2016 | $ 1,845.00 | $ - | $ - | $ - | $ 369.00 | yes | $ - |
| 09/27/2016 [Docket No. 9685] | 08/01/2016-08/31/2016 | $ 1,442.00 | $ - | $ - | $ - | $ 289.00 | yes | $ - |
| 11/21/2016 [Docket No. 10237] | 09/01/2016-09/30/2016 | $ 5,348.00 | $ - | $ - | $ - | $ 1,069.60 | yes | $ - |
| 01/30/2017 [Docket No. 10732] | 11/01/2016-12/31/2016 | $ 2,826.00 | $ - | $ - | $ - | $ 565.20 | yes | $ - |
| 3/21/2017 [Docket No. 11034] | 01/01/2017-02/28/2017 | $ 11,953.50 | $ - | $ - | $ - | $ 2,390.71 | yes | $ - |
| ** | 03/01/2017-04/30/2017 | $ 2,525.00 | $ - | $ - | $ - | $ - | NA | $ - |

**AlixPartners did not file a monthly fee statement for this statement period.

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY ALIXPARTNERS LLP
ON BEHALF OF THE COMMITTEE BY PROJECT CATEGORY FOR
THE COMPENSATION PERIOD
JANUARY 1, 2017 THROUGH APRIL 30, 2017**

| Project Code | Description | 01/01/17-02/28/17 | 03/01/17-04/30/17 | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| 9021.00160 | Recovery Analysis | $  7,986.50 | $       - | 10.4 | $   7,986.50 |
| 9021.00190 | UCC Meetings | $  3,462.00 | $  2,525.00 | 6.4 | $   5,987.00 |
| 9021.00197 | Fee Applications and Retention | $     505.00 | $       - | 0.5 | $      505.00 |
| **Total Fees Requested** | | **$11,953.50** | **$  2,525.00** | **17.3** | **$   14,478.50** |

**SUMMARY OF PROFESSIONAL FEES EARNED BY ALIXPARTNERS LLP ON
BEHALF OF THE COMMITTEE FOR THE COMPENSATION PERIOD
JANUARY 1, 2017 THROUGH APRIL 30, 2017**

| | | Hourly Rate 2017 | 01/01/17-02/28/17 | 03/01/17-04/30/17 | Total Hours | Total Fees |
|---|---|---|---|---|---|---|
| Alan Holtz | Managing Director | $ 1,010.00 | 3.50 | 2.50 | 6.00 | $  6,060.00 |
| Adam Z. Hollerbach | Director | $   745.00 | 11.30 | 0.00 | 11.30 | $  8,418.50 |
| | | **Total:** | **14.80** | **2.50** | **17.30** | **$  14,478.50** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[2] | ) | Case No. 14-10979 (CSS) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | Objection Deadline: **August 2, 2017** at 4:00 p.m. |

**EIGHTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP
SEEKING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH
FINANCE INC., AND EECI, INC.
FOR THE PERIOD FROM JANUARY 1, 2017 THROUGH APRIL 30, 2017**

Pursuant to sections 328 and 1103 of title 11 of the United States Code, and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on September 16, 2014 [Docket No. 2066] (the "***Interim Compensation Order***"), and the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "***Fee Committee Order***"), AlixPartners, LLP ("***AlixPartners***"), Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. (the "***Committee***") in the above-captioned chapter 11 matter, hereby files its eighth interim fee application (the "***Fee Application***") seeking compensation for services rendered during the period of January 1, 2017 through April 30, 2017 (the "***Application Period***"). Specifically, AlixPartners seeks approval of $14,478.50 (representing

---

2    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

100% of fees earned) incurred during the Application Period. In support of its Fee Application, AlixPartners respectfully represents as follows:

## BACKGROUND

1.     On April 29, 2014 (the "***Petition Date***"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court, District of Delaware (the "***Chapter 11 Cases***").

2.     On October 27, 2014, the Office of the United States Trustee for the District of Delaware (the "***U.S. Trustee***") pursuant to section 1102 of the Bankruptcy Code, appointed the Committee to represent the interests of unsecured creditors[3] in these Chapter 11 Cases pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 2570]. The Committee is reconstituted from time to time. Currently, the following five parties serve as members of the Committee: (i) American Stock Transfer & Trust, Co., LLC, c/o Erica J. Goodstein; (ii) Brown & Zhou, LLC, c/o Belleair Aviation, LLC (attn.: Kurt Altman); (iii) Peter Tinkham; (iv) Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, c/o Kazan, McClain, Satterley & Greenwood, PLC, (attn.: Steven Kazan); (v) David William Fahy, c/o Early, Lucarelli, Sweeney & Meisenkothen, LLC (attn.: Ethan Early).

3.     On January 12, 2015, the Court entered an Order Authorizing the Committee to Employ and Retain AlixPartners as its Restructuring Advisor *Nunc Pro Tunc* to November 20, 2014 (the "***Retention Order***") [Docket No. 3242] in accordance with the terms and conditions of AlixPartners' Engagement Letter with the Committee (as referenced and defined in the Retention Order).

---

[3]     Composed of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc., and EECI, Inc., this committee represents the interests of the unsecured creditor of the aforementioned debtors and no others.

2

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### Summary of Monthly Statements

5.      Pursuant to the Engagement Letter, as approved and amended by the terms of the Retention Order, AlixPartners is entitled to compensation for fees earned in its role advising the Committee during the pendency of the Debtors' Chapter 11 Cases.

6.      This Fee Application and the description of services set forth herein are in compliance with the requirements of Del.Bankr.L.R. 2016-2, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Alan D. Holtz is attached hereto as **Exhibit 1.**

7.      AlixPartners seeks allowance pursuant to the Interim Compensation Order with respect to the sum of $14,478.50 as compensation for services rendered for the Application Period.

8.      All services for which compensation is requested by AlixPartners in this Fee Application were performed for or on behalf of the Committee. There is no agreement or understanding between AlixPartners and any other person for the sharing of compensation to be received for services rendered in these cases.

9.      Annexed hereto as **Exhibit 2** is AlixPartners' time detail for the Application Period.

### SUMMARY OF PROFESSIONAL SERVICES RENDERED

10.     During the Application Period, AlixPartners provided very limited services to the Committee. All services for which compensation is requested by AlixPartners were performed for or on behalf of the Committee.

3

11.     Services provided to the Committee for the Application Period included the following:

## A.  RECOVERY ANALYSIS

12. During the Application Period, AlixPartners was asked to prepare an analysis to illustrate how recoveries had changed over time based on changes to certain tax assumptions.  This analysis required calls with various professionals in addition to basic electronic diligence. AlixPartners seeks compensation for 10.4 hours of reasonable and necessary professional fees incurred for participation in Recovery Analysis in the total amount of $7,986.50.

## B.  UCC MEETINGS

13.     During the Application Period, AlixPartners prepared for and attended telephonic meetings with the UCC Committee. AlixPartners' participation in these meetings was important because AlixPartners' personnel shared information and advice based on the work it performed for the UCC Committee, gained the insights of work performed by other Committee professionals, and participated in strategic discussions with the UCC Committee. AlixPartners seeks compensation for 6.4 hours of reasonable and necessary professional fees incurred for participation in UCC Meetings in the total amount of $5,987.00.

## C.  FEE APPLICATIONS AND RETENTION

14.     During the Application Period, AlixPartners' services performed in connection with this category relate to preparation and review of various documents and schedules to facilitate retention related issues, monthly billing statements, and interim fee applications. AlixPartners seeks compensation for 0.5 hours of reasonable and necessary professional fees incurred for Fee Applications and Retention in the total amount of $505.00.

## STATEMENT OF ALIXPARTNERS

15. The foregoing professional services performed by AlixPartners were appropriate and necessary to the effective administration of these Chapter 11 Cases. They were in the best interests of creditors, the Debtors' estate, and other parties-in-interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the issues involved. Professional services rendered by AlixPartners were performed in an appropriately expeditious and efficient manner. In addition, AlixPartners has made every effort to minimize its expense disbursements in these Chapter 11 Cases.

16. These Chapter 11 Cases are large and complicated, made especially difficult because of the fundamental conflict of interest between "E-Side" and "T-Side" creditors, and the need for any fair plan to strike a balance between their competing interests.

17. The three most important issues that will affect ultimate recoveries for E-Side unsecured creditors are: (1) the realized value of the assets from which E-Side claims will derive a recovery, (2) the size of the E-Side unsecured claims pool, and (3) the magnitude of intercompany claims between the two sides. The majority of the work performed by AlixPartners during the Application Period (including Claims Analysis and Potential Litigation) was related to the third of these – intercompany claims. To put the size of this issue in perspective, one need only compare the intercompany settlement in the Debtors' proposed plan of reorganization – $700 million – to the amount that had been approved by EFH at the commencement of the case: $0. Hundreds of millions of dollars are at stake in these Chapter 11 Cases, and the important work performed by AlixPartners with respect thereto on behalf of the Committee and all "E-side" unsecured creditors during the Application Period was reasonable, necessary, and of great value.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

18. The services for which AlixPartners seeks compensation in this Fee Application were, at the time rendered, necessary for, beneficial to, and in the best interests of, the Committee and the Debtors' estates. During the Application Period, AlixPartners worked diligently to maximize the value of the Debtors' estates for the benefit of all unsecured creditors. The services rendered by AlixPartners were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by AlixPartners is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, and (d) the value of such services.

## RELIEF REQUESTED

19. At the time of this Fee Application, AlixPartners has not received any payments (80% of approved amount of fees) on account for the January through February 2017 Monthly Fee Statement. Therefore, and pursuant to the Administrative Order, AlixPartners hereby requests payment of the remaining balances for the monthly fee statement period of January through February 2017 in the amount of $14,478.50. In accordance with the Administrative Order, notice of this Fee Application has been given to the Notice Parties identified in paragraph 2 (a) of the Administrative Order. Because of the nature of the relief requested, such notice is sufficient and that no further notice of the relief requested in the Fee Application need be provided.

## NO PRIOR REQUEST

20. No prior application for the relief requested herein has been made to this or any other Court.

## RESERVATION OF RIGHTS AND NOTICE

21.  Although every effort has been made to include all fees and expenses incurred in the Application Period, some fees and expenses might not be included in this Interim Fee Application due to delays caused by accounting and processing during the Application Period. AlixPartners reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

WHEREFORE, AlixPartners respectfully requests (i) that this Court enter an order awarding payment of 100% of compensation for professional services rendered in the amount of $14,478.50, and (ii) that this Court grant AlixPartners such other and further relief as is just.

Dated: July 12, 2017
New York, NY

ALIXPARTNERS, LLP

*/s/Alan D. Holtz*
Alan D. Holtz
Managing Director
AlixPartners, LLP

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: August 2, 2017 at 4:00 p.m. ET** |
| | ) | |
| | ) | |
| | ) | **Hearing Deadline: TBD** |

## NOTICE OF INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that Alixpartners, LLP (the "**Applicant**") has filed the

attached *Eighth Interim Fee Application of Alixpartners, LLP Seeking Compensation for Services*

*Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official*

*Committee of Unsecured Creditors of Energy Future Holders Corporation, Energy Future*

*Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI for the Period from*

*January 1, 2017 through April 30, 2017* (the "**Interim Fee Application**") with the United States

Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application

must be made in accordance with *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professional*, dated September 16, 2014 [D.I. 2066] (the

"**Administrative Order**"), and must be filed with the Clerk of the United States Bankruptcy

Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, and be

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the **"Debtors"**), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL, 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R Vara, the Acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varic Street, Room 1006, New York, NY 10014, Attn: Andrew B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; and (vii) co-counsel to the EFH Committee Sullivan  Cromwell, LLP, 125 Broad Street, New York, NY 10004-2498, Attn:  Alexa Kranzley; (viii) co-counsel to the EFH Committee, Montgomery, MCCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright; and (ix) the Applicant, 2000 Town Center Suite 2400, Southfield, MI 48075, Attn:  Adam Hollerbach no later than **4:00 p.m. (Eastern Daylight Time) on August 2, 2017** (the **"Objection Deadline"**).

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Interim Fee Application will be held on **a date and time to be determined** before the Honorable Christopher S. Sontchi,

United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware,

824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

**PLEASE TAKER FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN**

**ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE**

**RELIEF REQUESTED IN THE INTERIM FEE APPLICATION MAY BE GRANTED**

**WITHOUT FURTHER NOTICE OR HEARING**.

Dated: Wilmington, Delaware
        July 12, 2017

      **MONTGOMERY, McCRACKEN, WALKER
        & RHOADS, LLP**

      */s/ Mark A. Fink*
        Natalie D. Ramsey (DE Bar No. 5378)
        Davis Lee Wright (DE Bar No. 4324)
        Mark A. Fink (DE Bar No. 3946)
        1105 North Market Street, 15th Floor
        Wilmington, DE 19801
        Telephone: (302) 504-7800
        Facsimile: (302) 504-7820
        E-mail:      nramsey@mmwr.com
                     dwright@mmwr.com
                     mfink@mmwr.com

      *Delaware Counsel and Conflicts Counsel to the
        Official Committee of Unsecured Creditors of
        Energy Future Holdings Corp.; Energy Future
        Intermediate Holding Company LLC; EFIH
        Finance Inc.; and EECI, Inc.*

**EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **ENERGY FUTURE HOLDINGS CORP., et al.,** [4] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

**CERTIFICATION OF ALAN D. HOLTZ UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT TO THE EIGHTH INTERIM APPLICATION OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR FOR THE EFH OFFICIAL COMMITTEE SEEKING COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2017 THROUGH APRIL 30, 2017**

I, Alan D. Holtz, make this declaration and state as follows:

1.        I am a Managing Director of AlixPartners, LLP ("***AlixPartners***"), which maintains offices at, among other locations, 909 Third Avenue, New York, NY 10022.

2.        This certification is made in respect of the Firm's compliance with Local Rule 2016-2 (c)-(g) of the Local Rules of Bankruptcy Practice and the Procedure for the United States Bankruptcy Court of the District of Delaware (the "***Local Rule***"), the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330, dated January 30, 1996 (the "***UST Guidelines***" and, together with the Local Rule, the "***Guidelines***"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] for interim compensation and reimbursement of fees for the period commencing January 1, 2017 through April 30, 2017 in accordance with the Guidelines.

---

[4]        The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3.      In respect of Section (g) of the Local Rule, I certify that I have reviewed the requirements of the Local Rule and to the best of my knowledge, information, and belief formed after reasonable inquiry, the Fee Application complies with the Local Rule.

Pursuant to 28 U.S.C. § 1746,  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  July 12, 2017
        New York, NY                                ALIXPARTNERS, LLP

                                                    _**/s/Alan D. Holtz**___
                                                    Alan D. Holtz
                                                    Managing Director
                                                    AlixPartners, LLP

**EXHIBIT 2**

**Time Detail**



March 9, 2017

Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Inv. No.:    2089237
Client:       009021                                          Federal Tax ID 38-3637158

For professional services rendered on behalf of the Committee of Unsecured Creditors of Energy
Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc.,
and EECI, Inc. from January 1, 2017 through February 28, 2017

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Alan Holtz | Managing Director | 3.5 | $ 1,010 | $ 3,535.00 |
| Adam Z Hollerbach | Director | 11.3 | 745 | 8,418.50 |
| **Total Hours & Fees** | | **14.8** | | **11,953.50** |

**Total Amount Due**                                    **$     11,953.50**

**Please reference the invoice number noted above on any payment remittance.  Thank You.**

| **Send check remittance to:** | **If Remitting in USD:** | **If Remitting in any other Currency:** |
|---|---|---|
| AlixPartners LLP | Account Name:  AlixPartners LLP | Account Name:  AlixPartners LLP |
| P.O. Box 5838 | Account Number:  003-58897 | IBAN:  GB27 DEUT 4050 8189 039614 |
| Carol Stream, IL 60197-5838 | Bank Name:  Deutsche Bank | Account Number:  89039614 |
| | ABA:  021-001-033 | Bank Name:  Deutsche Bank AG London |
| | SWIFT:   BKTRUS33XXX | SWIFT:   DEUTGB2LXXX |

909 Third Avenue      **T** 212.490.2500
New York, NY 10022   **F** 212.490.1344
                                  alixpartners.com



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Project Code | Description | | Amount |
|---|---|---|---|
| 009021.00160 | Recovery Analysis | $ | 7,986.50 |
| 009021.00190 | UCC Meetings | | 3,462.00 |
| 009021.00197 | Fee Applications and Retention | | 505.00 |
| **Total Fees Incurred** | | **$** | **11,953.50** |

Due to expense billing entry and reporting lags, certain expenses incurred during this period will be
billed in subsequent periods.



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Invoice #                  2089237-1

Re:                        Recovery Analysis
Client/Matter #            009021.00160

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/27/17 | AH | Call w/ A. Kranzley (S&C) re: cash available analysis | 0.5 |
| 01/27/17 | AZH | Call with Guggenheim and S&C to discuss committee request for analysis on available cash at emergence | 0.6 |
| 02/03/17 | AZH | Call with S&C and Guggenheim re: request for additional information on cash availability at emergence | 0.7 |
| 02/08/17 | AZH | Call with A. Kranzley and A. Sexton to discuss cash available at emergence | 0.5 |
| 02/09/17 | AZH | Prepare analysis on cash at emergence at the request of the Committee | 2.6 |
| 02/10/17 | AH | Review analysis of cash available for distribution to creditors | 0.4 |
| 02/13/17 | AZH | Prepare analysis and slide on cash available at emergence per committee request | 2.2 |
| 02/14/17 | AZH | Revision of cash at emergence analysis based on comments from internal team | 1.6 |
| 02/15/17 | AZH | Revision of cash at emergence slide based on feedback from legal team | 1.3 |
| | | **Total Hours** | **10.4** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
alixpartners.com



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| | |
|---|---|
| Invoice # | 2089237-1 |
| Re: | Recovery Analysis |
| Client/Matter # | 009021.00160 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 0.9 $ | 1,010 $ | 909.00 |
| Adam Z Hollerbach | 9.5 | 745 | 7,077.50 |
| **Total Hours & Fees** | **10.4** | **$** | **7,986.50** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
alixpartners.com



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201


Invoice #              2089237-2

Re:                    UCC Meetings
Client/Matter #        009021.00190

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/06/17 | AH | Participate in portion of weekly UCC meeting | 0.5 |
| 01/23/17 | AH | UCC call | 0.6 |
| 02/06/17 | AZH | Attended committee call | 0.5 |
| 02/06/17 | AZH | Prepared summary email regarding the UCC call for internal team | 0.4 |
| 02/23/17 | AH | Participate in bi-weekly UCC meeting (telephonic) | 1.0 |
| 02/23/17 | AZH | Attended committee call | 0.9 |
| | | **Total Hours** | **3.9** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Invoice # | 2089237-2 |
| --- | --- |
| Re: | UCC Meetings |
| Client/Matter # | 009021.00190 |

**Fee Recap:**

| Consultant | Hours | | Rate | | Amount |
| --- | --- | --- | --- | --- | --- |
| Alan Holtz | 2.1 | $ | 1,010 | $ | 2,121.00 |
| Adam Z Hollerbach | 1.8 | | 745 | | 1,341.00 |
| **Total Hours & Fees** | **3.9** | | | **$** | **3,462.00** |

909 Third Avenue     **T** 212.490.2500
New York, NY 10022   **F** 212.490.1344
                     alixpartners.com



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Invoice # | 2089237-3 |
| --- | --- |
| Re: | Fee Applications and Retention |
| Client/Matter # | 009021.00197 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 01/24/17 | AH | Review and discuss supplemental disclosure declaration | 0.3 |
| 02/10/17 | AH | Review latest fee application | 0.2 |
| | | **Total Hours** | **0.5** |

909 Third Avenue
New York, NY 10022          **T** 212.490.2500
**F** 212.490.1344
alixpartners.com



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Invoice #                    2089237-3

Re:                          Fee Applications and Retention
Client/Matter #              009021.00197

**Fee Recap:**

| Consultant | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Alan Holtz | 0.5 | $ | 1,010 | $ | 505.00 |
| **Total Hours & Fees** | **0.5** | | | **$** | **505.00** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
alixpartners.com



when it really
matters

July 7, 2017

Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

Inv. No.:    2093223
Client:        009021                                                    Federal Tax ID 38-3637158

For professional services rendered on behalf of the Committee of Unsecured Creditors of Energy
Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc.,
and EECI, Inc. from March 1, 2017 through April 30, 2017

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Alan Holtz | Managing Director | 2.5 | $ 1,010 | $ 2,525.00 |
| **Total Hours & Fees** | | **2.5** | | **2,525.00** |
| | | | | |
| **Total Amount Due** | | | | **$ 2,525.00** |

**Please reference the invoice number noted above on any payment remittance.  Thank You.**

| Send check remittance to: | If Remitting in USD: | If Remitting in any other Currency: |
|---|---|---|
| AlixPartners LLP | Account Name:  AlixPartners LLP | Account Name:  AlixPartners LLP |
| P.O. Box 5838 | Account Number:  003-58897 | IBAN:  GB27 DEUT 4050 8189 039614 |
| Carol Stream, IL 60197-5838 | Bank Name:  Deutsche Bank | Account Number:  89039614 |
| | ABA:  021-001-033 | Bank Name:  Deutsche Bank AG London |
| | SWIFT:   BKTRUS33XXX | SWIFT:    DEUTGB2LXXX |

909 Third Avenue          **T** 212.490.2500
New York, NY 10022      **F** 212.490.1344
                                      alixpartners.com



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201

| Project Code | Description | | Amount |
|---|---|---|---|
| 009021.00190 | UCC Meetings | $ | 2,525.00 |
| **Total Fees Incurred** | | **$** | **2,525.00** |

Due to expense billing entry and reporting lags, certain expenses incurred during this period will be billed in subsequent periods.



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201


| Invoice # | 2093223-1 |
| --- | --- |

| Re: | UCC Meetings |
| --- | --- |
| Client/Matter # | 009021.00190 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 03/27/17 | AH | UCC update call | 0.5 |
| 04/06/17 | AH | UCC Meeting (telephonic) | 1.5 |
| 04/20/17 | AH | Call / A. Kranzley and R. Peters re: case status (UCC call briefing) | 0.5 |
| | | **Total Hours** | **2.5** |



Energy Future Holdings Corp., et al
Attn:  Andrew M. Wright and Cecily Gooch
1601 Bryan St. 43rd Floor
Dallas, TX  75201


| Invoice # | 2093223-1 |
|---|---|
| Re: | UCC Meetings |
| Client/Matter # | 009021.00190 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.5 $ | 1,010 $ | 2,525.00 |
| **Total Hours & Fees** | **2.5** | **$** | **2,525.00** |

909 Third Avenue        **T** 212.490.2500
New York, NY 10022      **F** 212.490.1344
                        alixpartners.com