## **EXHIBIT A**

### **Statement of Fees By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 113.00 | $19,241.10 |
| 642 | Fee Application Preparation | 4.80 | $1,161.60 |
| 647 | Check/Equity Distributions | 97.00 | $12,996.10 |
| 900 | Ediscovery Services | 39.80 | $5,572.00 |
| 901 | Ediscovery Services | 3.60 | $630.00 |
| **Totals:** | | **258.20** | **$39,600.80** |