## EXHIBIT B

## Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 5.20 | $385.00 | $2,002.00 |
| Sidney Garabato | EBS Senior Consultant III | 0.20 | $242.00 | $48.40 |
| Brian Karpuk | EBS Senior Consultant III | 4.80 | $242.00 | $1,161.60 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 43.60 | $242.00 | $10,551.20 |
| Joseph Arena | EBS Senior Consultant I | 0.70 | $176.00 | $123.20 |
| Eric Usitalo | EBS Senior Consultant I | 11.10 | $176.00 | $1,953.60 |
| Alena Crabtree | EDS Project Manager | 0.50 | $175.00 | $87.50 |
| James Stephens | EDS Project Manager | 3.10 | $175.00 | $542.50 |
| Justina Betro | EBS Associate I | 27.60 | $145.00 | $4,002.00 |
| Alena Crabtree | EDS Project Manager | 1.10 | $140.00 | $154.00 |
| David Garcia Jr | EDS Project Manager | 0.50 | $140.00 | $70.00 |
| Chelsee Heckathorn | EDS Project Manager | 1.50 | $140.00 | $210.00 |
| Michael Kornytchuk | EDS Project Manager | 0.40 | $140.00 | $56.00 |
| Elisabetta Longo | EDS Project Manager | 2.20 | $140.00 | $308.00 |
| Michal Tchorzewski | EDS Project Manager | 32.40 | $140.00 | $4,536.00 |
| Carl Wall | EDS Project Manager | 0.50 | $140.00 | $70.00 |
| Daniel Weisenbacher | EDS Project Manager | 1.20 | $140.00 | $168.00 |
| Erika Ramseyer | EBS Case Manager II | 12.40 | $127.00 | $1,574.80 |
| David Rodriguez | EBS Case Manager II | 0.40 | $127.00 | $50.80 |
| Joseph Saraceni | EBS Case Manager II | 0.20 | $127.00 | $25.40 |
| Geoff Zahm | EBS Case Manager II | 0.10 | $127.00 | $12.70 |
| Rickey Li | EBS Case Manager II | 72.50 | $127.00 | $9,207.50 |
| John Chau | EBS Case Manager I | 29.70 | $83.00 | $2,465.10 |
| Thomas Vazquez | EBS Admin Support I | 6.30 | $35.00 | $220.50 |
| **TOTAL** | | **258.20** | | **$39,600.80** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."