## EXHIBIT C

### Summary of Actual and Necessary Epiq Expenses for the Fee Period

| Expense Category | Amount |
|---|---:|
| HST142 – Load Files-Native, Scanned & Third Party | $48.30 |
| HST626 – Relativity License Fee | $3,430.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $49,140.00 |
| HST757 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $9,299.60 |
| PRO128 – Client Media Storage | $95.00 |
| Taxes | $4,560.39 |
| **TOTAL** | **$66,573.29** |