## EXHIBIT D

## Detailed Description of Epiq Expenses and Disbursements

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Load Files-Native, Scanned & Third Party | 1.38 | GB | $48.30 |
| HST626 – Relativity License Fee | 49.00 | EA | $3,430.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,780.00 | GB | $49,140.00 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 733.30 | GB | $9,299.60 |
| PRO128 – Client Media Storage | 7.00 | EA | $95.00 |
| Taxes | | | $4,560.39 |
| **TOTAL** | | | **$66,573.29** |