## **EXHIBIT A**

## **Statement of Fees By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Solicitation and Balloting | 55.80 | $9,151.60 |
| 642 | Fee Application Preparation | 7.10 | $1,718.20 |
| 647 | Check/Equity Distributions | 63.30 | $8,359.80 |
| 700 | Non-working Travel | 5.10 | $981.75 |
| 900 | Ediscovery Services | 6.20 | $868.00 |
| 901 | Ediscovery Services | 0.60 | $105.00 |
| **Totals:** | | **138.10** | **$21,184.35** |