## **EXHIBIT B**

### **Professionals' Information**

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 17.00 | $385.00 | $5,563.25 |
| Bradley Tuttle | EBS Senior Consultant III | 1.00 | $242.00 | $242.00 |
| Brian Karpuk | EBS Senior Consultant III | 6.10 | $242.00 | $1,476.20 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 11.70 | $242.00 | $2,831.40 |
| Eric Usitalo | EBS Senior Consultant I | 3.90 | $176.00 | $686.40 |
| Joseph Arena | EBS Senior Consultant I | 0.90 | $176.00 | $158.40 |
| James Stephens | EDS Project Manager | 0.60 | $175.00 | $105.00 |
| Justina Betro | EBS Associate I | 7.20 | $145.00 | $1,044.00 |
| Koshin Young | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Michal Tchorzewski | EDS Project Manager | 5.90 | $140.00 | $826.00 |
| Erika Ramseyer | EBS Case Manager II | 4.70 | $127.00 | $596.90 |
| Rickey Li | EBS Case Manager II | 47.50 | $127.00 | $6,032.50 |
| John Chau | EBS Case Manager I | 10.10 | $83.00 | $838.30 |
| Thomas Vazquez | EBS Admin Support I | 21.20 | $35.00 | $742.00 |
| **TOTAL** | | **138.10** | | **$21,184.35** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."