## **EXHIBIT C**

## **Summary of Actual and Necessary Epiq Expenses for the Fee Period**

| Expense Category | Amount |
|---|---:|
| HST142 – Load Files-Native, Scanned & Third Party | $1.05 |
| HST626 – Relativity License Fee | $3,290.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $49,140.26 |
| HST757 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $9,299.60 |
| PRO128 – Client Media Storage | $20.00 |
| Taxes | $4,194.34 |
| Travel | $501.24 |
| **TOTAL** | **$66,446.49** |