# EXHIBIT D

## Detailed Description of Epiq Expenses and Disbursements

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Load Files-Native, Scanned & Third Party | 0.03 | GB | $1.05 |
| HST626 – Relativity License Fee | 47.00 | EA | $3,290.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,780.02 | GB | $49,140.26 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 733.30 | GB | $9,299.60 |
| PRO128 – Client Media Storage | 2.00 | EA | $20.00 |
| Taxes | | | $4,194.34 |
| **Transportation** | | | |
| **Professional** | **Date** | **Expense Description** | **Amount** |
| Jane Sullivan | February 14, 2017 | Taxi from train Station | $11.70 |
| Jane Sullivan | February 14, 2017 | Roundtrip train travel NY to Wilmington | $202.80 |
| Jane Sullivan | February 14, 2017 | Hotel in Wilmington | $246.64 |
| **TOTAL** | | | **$66,446.49** |

RLF1 17822011v.1