# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Gibson, Dunn & Crutcher LLP and Chipman Brown Cicero & Cole, LLP, counsel for *Berkshire Hathaway Energy Company* ("**BHE**"), hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| Jeffrey C. Krause<br>Michael S. Neumeister<br>Daniel B. Denny<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Telephone:  (213) 229-7995<br>Facsimile:   (213) 229-6995<br>Email:       jkrause@gibsondunn.com<br>Email:       MNeumeister@gibsondunn.com<br>Email:       ddenny@gibsondunn.com | William E. Chipman, Jr.<br>Mark D. Olivere<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Facsimile:   (302) 295-0199<br>Email:       chipman@chipmanbrown.com<br>                  olivere@chipmanbrown.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive BHE's (i) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which BHE is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  July 13, 2017  
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:    chipman@chipmanbrown.com
         olivere@chipmanbrown.com

—and—

        Jeffrey C. Krause (*pro hac vice* admission pending)
        Michael S. Neumeister (*pro hac vice* admission pending)
        Daniel B. Denny (*pro hac vice* admission pending)
        **GIBSON, DUNN & CRUTCHER LLP**
        333 South Grand Avenue
        Los Angeles, California 90071-3197
        Telephone:    (213) 229-7000
        Facsimile:    (213) 229-7520
        Email:    jkrause@gibsondunn.com
        Email:    MNeumeister@gibsondunn.com
        Email:    ddenny@gibsondunn.com

*Counsel for Berkshire Hathaway Energy Company*