# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*, <br><br>    Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF
## <u>MICHAEL S. NEUMEISTER</u>

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael S. Neumeister, Esquire of Gibson, Dunn & Crutcher LLP to represent Berkshire Hathaway Energy Company in the above-captioned cases.

Dated:  July 13, 2017  **CHIPMAN BROWN CICERO & COLE, LLP**
         Wilmington, Delaware

             */s/ William E. Chipman, Jr.*
             William E. Chipman, Jr. (No. 3818)
             Hercules Plaza
             1313 North Market Street, Suite 5400
             Wilmington, Delaware 19801
             Telephone:    (302) 295-0191
             Facsimile:    (302) 295-0199
             Email:        chipman@chipmanbrown.com

## <u>ORDER GRANTING MOTION</u>

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY MICHAEL S. NEUMEISTER
## TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 13, 2017

_____
Michael S. Neumeister
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angles, California 90071-3197
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520
Email:   MNeumeister@gibsondunn.com