## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 31.40 | $36,925.00 |
| Employment and Fee Applications | 12.10 | $12,717.50 |
| **TOTAL** | **43.50** | **$49,642.50** |