## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| TELEPHONE/SOUNDPATH TELECONFERENCE | $49.56 |
| TOTAL | $ 49.56 |