# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 6/28/2017 | LEVIN, R. | PARTNER | Soundpath Teleconferencing | 12.56 | 6/12/2017 Soundpath Teleconferencing |
| 55152-10107 | 6/28/2017 | DISILVIO, L. | ASSOCIATE ATTORNEY | OTHER PROFESSIONAL SERVICES – CONFERENCE CALL | 37.00 | 5/25/2017 Conference call, L. Disilvio |