IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Related to Docket No. 11482 |

**NOTICE OF WITHDRAWAL OF TWENTY-FIFTH MONTHLY FEE STATEMENT OF JENNER & BLOCK, LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2017 THROUGH JUNE 30, 2017 [D. I. 11482]**

PLEASE TAKE NOTICE that on July 14, 2017, Debtor Energy Future Intermediate Holding Company LLC ("EFIH"), filed the *Twenty-Fifth Monthly Fee Statement of Jenner & Block, LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from June 1, 2017 Through June 30, 2017* [D. I. 11482] (the "Fee Application") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that EFIH hereby withdraws the Fee Application **without prejudice.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

07/14/2017 SL1 1472830v1 109285.00005

Dated: July 14, 2017	**STEVENS & LEE, P.C.**

*/s/ Jason Daniel Angelo*
Joseph H. Huston, Jr. (No. 4035)
Jason Daniel Angelo (No. 6009)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Tel: (302) 425-3310/11
Fax: (610) 371-7927/11
Email: jhh/jda@stevenslee.com

      -and-

Richard Levin, Esq.
**JENNER & BLOCK LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
E-mail: rlevin@jenner.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*