# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 7/12/17 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jennifer Sherrett | Kramer Levin Naftalis Frankel | Second Lien Indenture Trustee |
| Colin Robinson | Pachulski Stang Ziehl + Jones | Second Lien Indenture Trustee |
| Morgan Nighan | Nixon Peabody LLP | American Stock Transfer |
| Jeffrey S. Sabin | Venable LLP | PIMCO |
| Natalie Ramsey | Montgomery McCracken | E-side OCC |
| Davis Hursley | Sullivan & Cromwell | E-side OCC |
| Greg Gros | Ropes Gray | Elliott Fund |
| Joseph H. Huston, Jr. | Stevens + Lee PC | EFIH Special Conflicts |
| Joseph Wright | Landis Rath & Cobb | NextEra |
| Eric Daucher | Norton Rose Fulbright | NextEra |
| Chad Husnick | Kirkland & Ellis | Debtors |
| Daniel T. DeFranceschi | Richards Layton & Finger | Debtors |
| Jason M. Madron | " " | Debtors |
| Scott Cousins | Bayard | Elliot Funds |
| Daniel K. Hogan | Hogan McDaniel | Fenicle, Fahy, Friedman & Jones |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| David Klauder | Bielli & Klauder | EFH Corp |
| Geoff Kaplan | Polar Mart | EFH |
| Mike Joseph | OET | EFH |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.
Sally Veghte    Klehr Harrison Harvey Branzburg LLP    UMB Bank, N.A.

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 07/12/2017
Calendar Time: 10:00 AM ET

Amended Calendar  Jul 12 2017  6:41AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8463323 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8467147 | Alysa Ain | (212) 859-8000 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8467958 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8462228 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8458256 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8465743 | Robin D. Ball | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8459214 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8465117 | Julie Bell | (212) 358-4862 ext. | Anchorage Capital Group, LLC | Interested Party, Anchorage Capital Group, LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8462095 | Lauren Bilzin | (212) 672-2252 ext. | Serengeti Asset Management | Creditor, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8467960 | Josh W. Brant | (212) 723-1584 ext. | Citigroup | Interested Party, Citigroup Global Markets Inc / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8460932 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8464914 | Joshua Brody | (212) 715-9314 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8462813 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8392113 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8466874 | Andrew Cohen | (312) 589-6428 ext. | Pentwater Capital | Creditor, Andrew Cohen / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8457125 | Daniel B. Denny | 213-229-7646 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8463299 | Barry Felder | (212) 338-3540 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8465284 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Participant, Official committe of unsecured creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8392115 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8462716 | Gregg Galardi | (212) 841-8704 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8462146 | Richard Gitlin - Client | (608) 284-2654 ext. | Godfrey & Kahn, S.C. | Client, Richard Gitlin / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8466400 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8462825 | Todd M. Goren | (212) 468-8000 ext. | Morrison & Foerster LLP | Creditor, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8466800 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8466203 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8464961 | Emily L. Katz | (212) 761-1671 ext. | Morgan Stanley - New York | Creditor, Emily L. Katz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8457118 | Jeffrey C. Krause | (213) 229-7995 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8465391 | Thomas Kreller | (424) 386-4463 ext. | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Hunt Consolidated Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8467768 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8463262 | Patrick C. Maxcy | (312) 876-2810 ext. | Dentons US LLP | Interested Party, Guggenheim / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8463321 | Geoffrey M. Miller | (312) 876-3175 ext. | Dentons US LLP | Interested Party, Dentons US LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8456402 | Pamela S. Morin | (303) 974-5884 ext. | Pamela S. Morin - In Pro Per/Pro Se | Applicant, Filsinger Energy Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8459216 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8457135 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8463809 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8463232 | Jon Pruchansky | (212) 584-5945 ext. | Arrowgrass Capital Partners U.S. LP | Interested Party, Jon Pruchansky / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8461915 | Elizabeth Rasskazova | +44-207-901-8 300 ext. | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8463822 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8459465 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, CitiBank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8389019 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8465760 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8467877 | Brad Sweeney | (212) 412-6890 ext. | Barclays | In Propria Persona, Brad Sweeney / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8465627 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8457840 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8465366 | Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8460200 | Amer Tiwana | (646) 562-1770 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8462872 | Carl Tullson | (312) 407-0379 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8465747 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8467061 | Michael J. Walsh | (646) 855-8154 ext. | Bank of America | Creditor, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8462832 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8456541 | Erin A. West | (608) 284-2654 ext. | Godfrey & Kahn, S.C. | Examiner, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8466102 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8459326 | Peter Young | (312) 962-3528 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (15-5123 9) | Hearing | 8466624 | Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Defendant(s), Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8412674 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Creditor, Ad Hoc Committee Of Tech Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8465015 | Allister Chan - Client | (212) 848-4000 ext. | Shearman & Sterling LLP | Client, Allister Chan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8466019 | Grenville Day | (973) 921-3427 ext. | Columbus Hill Capital Management, L.P. | Interested Party, Columbus Hill Capital Mgmnt / LISTEN ONLY |