**EXHIBIT B**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1250 | 24.20 | 30,250.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1025 | 18.00 | 18,450.00 |
| Lorenzo G. Di Silvio | Associate Attorney | 2012 | Litigation | 725.00 | 1.30 | 942.50 |
| | | | | **TOTAL** | **43.50** | **49,642.50** |

NYCorp 3534423v.1

109249.1