## EXHIBIT A

**Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS – OTHERS | 1.30 | $267.50 |
| FEE APPLICATIONS – S&L | 2.80 | $854.00 |
| PLEADINGS, MOTIONS AND BRIEFS | 1.10 | $808.50 |
| **TOTAL** | **5.20** | **$1,930.00** |