## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| DOCUMENT REPRODUCTION | $0.90 |
| TELEPHONE CHARGES | $4.42 |
| **TOTAL** | **$5.32** |