## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | |
| 109285-00002 | 5/17/17 | $2.06 | TELEPHONE CHARGES |
| 109285-00002 | 5/17/17 | $2.36 | TELEPHONE CHARGES |
| 109285-00002 | 5/23/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 5/23/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 5/26/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 5/26/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 5/30/17 | $0.10 | DOCUMENT REPRODUCTION |