**EXHIBIT E**

**Summary of Stevens & Lee, P.C. Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Practice Concentration | 2017 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $735.00 | 52.20 | $38,367.00 |
| Jason D. Angelo | Associate | 2013 (NJ) 2014 (DE) 2016 (PA) | Bankruptcy and Financial Restructuring | $275.00 | 9.70 | $2,667.50 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $175.00 | 12.40 | $2,108.00 |
| | | | | **TOTAL** | **74.30** | **$43,142.50** |

| Name of Professional | Title | Year Admitted | Practice Concentration | Billings Calculated at 2014 Rates | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $680.00 | 52.20 | $35,496.00 |
| Jason D. Angelo | Associate | 2013 (NJ) 2014 (DE) 2016 (PA) | Bankruptcy and Financial Restructuring | $275.00 | 9.70 | $2,667.50 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | $160.00 | 12.40 | $1,984.00 |
| | | | | **TOTAL** | **74.30** | **$40,147.50** |

---

[1] For the Fee Period, S&L's current hourly billing rate for each attorney and paraprofessional equals the respective 2017 hourly billing rates which reflect normal increases since 2014 as disclosed in S&L's employment application. There was a rate increase as of January 1, 2017, one of three rate increases since the inception of the retention.

07/18/2017 SL1 1471605v2 109285.00006