## **EXHIBIT F**

### Summary of Stevens & Lee, P.C. Expenses

| Service Description | | Amount |
|---|---|---|
| Computer Research | $ | 18.10 |
| Color Document Reproduction | $ | 0.50 |
| Document Reproduction | $ | 87.00 |
| Telephone Charges | $ | 44.35 |
| Cell Phone Charges | $ | 1.50 |
| Court Call Charges | $ | 118.00 |
| **TOTAL** | **$** | **269.45** |