## EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| **(1) Professional Retentions** | 0.70 | $ 458.50 |
| **(2) Case Administration-General Matters** | 0.00 | $ 0.00 |
| **(3) Chapter 11 Issues** | 1.10 | $ 808.50 |
| **(4) Communications with Professionals** | 0.80 | $ 588.00 |
| **(5) Fee Applications – Others** | 12.20 | $ 4,023.00 |
| **(6) Fee Applications – S&L** | 17.40 | $ 7,073.00 |
| **(7) Hearings** | 24.80 | $ 17,538.00 |
| **(8) Legal & Factual Research** | 0.00 | $ 0.00 |
| **(9) Meetings** | 0.00 | $ 0.00 |
| **(10) Plans of Reorganization and Disclosure Statements** | 16.90 | $ 12,421.50 |
| **(11) Pleadings, Motions & Briefs** | 0.40 | $ 294.00 |
| **TOTAL** | **74.30** | **$ 43,204.50** |