# EXHIBIT H

## Detailed Time Records for Stevens & Lee, P.C.

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00001** | | | **ENERGY FUTURE/PROFESSIONAL RETENTIONS** |
| *JHH    Huston, Joseph* | | | |
| 2/13/17 | 0.60 | $441.00 | REVIEW AND REVISE, FILING AND SERVICE OF SEVENTH SUPP DECLARATION IN SUPPORT OF RETENTION AND EMAILS JENNER SAME |
| *JHH Total:* | *0.60* | *$441.00* | |
| *SLFO    Foster, Stephanie L.* | | | |
| 1/17/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE REGARDING DI 9636 |
| *SLFO Total:* | *0.10* | *$17.50* | |
| **109285-00001 Total:** | **0.70** | **$458.50** | |
| **109285-00003** | | | **ENERGY FUTURE/CHAPTER 11 ISSUES** |
| *JHH    Huston, Joseph* | | | |
| 4/6/17 | 0.60 | $441.00 | READ/ANALYZE MARATHON V ANGELO GORDON OPINION |
| 4/7/17 | 0.50 | $367.50 | EXTENDED TC R LEVIN RE STATUS OF PLAN PROCESS |
| *JHH Total:* | *1.10* | *$808.50* | |
| **109285-00003 Total:** | **1.10** | **$808.50** | |
| **109285-00004** | | | **ENERGY FUTURE/COMMUNICATIONS WITH PROFESSION** |
| *JHH    Huston, Joseph* | | | |
| 1/31/17 | 0.60 | $441.00 | TC R LEVIN RE COVERAGE/ATTENDANCE AT CONFIRMATION PROCEEDINGS AND POTENTIAL ISSUES, AND EMAIL V LAZAR SAME |
| 4/11/17 | 0.20 | $147.00 | EMAILS V LAZAR RE STATUS OF HEARINGS |
| *JHH Total:* | *0.80* | *$588.00* | |
| **109285-00004 Total:** | **0.80** | **$588.00** | |
| **109285-00005** | | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** |
| *JDA    Angelo, Jason D* | | | |
| 3/20/17 | 0.10 | $27.50 | REVIEW JENNER'S 21ST MONTHLY FEE APP. |
| 3/31/17 | 0.10 | $27.50 | REVIEW/REVISE CNO RE: JENNER 20TH MONTHLY FEE STATEMENT. |
| 4/24/17 | 0.20 | $55.00 | REVIEW/REVISE JENNER'S 22ND MONTHLY FEE APP AND SEND EMAIL TO SF RE: SAME. |
| *JDA Total:* | *0.40* | *$110.00* | |
| *JHH    Huston, Joseph* | | | |
| 1/24/17 | 0.30 | $220.50 | READ AND REVISE JENNER 19TH AND EMAILS JENNER SAME - FILING AND SERVICE |
| 2/15/17 | 0.40 | $294.00 | REVIEW AND REVISE JENNER'S FIFTH INTERIM AND EMAILS V LAZAR RE PROPOSED CHANGES |
| 2/17/17 | 0.40 | $294.00 | REVIEW/REVISE CRAVATH INTERIM - EMAILS V LAZAR SAME |
| 2/23/17 | 0.20 | $147.00 | EMAILS R LEVIN RE CNO FOR JENNER 19TH AND REVIEW/APPROVE SAME |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/20/17 | 0.30 | $220.50 | REVIEW AND REVISE JENNER 21ST MONTHLY DOCS - EMAILS JENNER SAME - FILING AND SERVICE |
| 3/20/17 | 0.30 | $220.50 | REVIEW AND REVISE JENNER'S 21ST MONTHLY - EMAILS TEAM SAME |
| 3/24/17 | 0.60 | $441.00 | REVIEW AND REVISE 4 CRAVATH MONTHLY CNOS AND EMAILS R GONZALEZ RE FEE COMMITTEE LETTER RE SAME AND PROPOSED INTERIM FEE ORDER |
| 3/27/17 | 0.30 | $220.50 | REVIEW OMNIBUS ORDER AS ENTERED AND EMAIL TEAM SAME - EMAIL JDA RE PAY PACKAGE |
| 3/29/17 | 0.20 | $147.00 | EMAILS R LEVIN ET AL RE CNO |
| 3/31/17 | 0.10 | $73.50 | REVIEW JENNER 20TH CNO |
| 4/21/17 | 0.20 | $147.00 | REVIEW AND APPROVE JENNER TWENTY-SECOND MONTHLY FEE STATEMENT - EMAILS JDA SAME |
| **JHH Total:** | **3.30** | **$2,425.50** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/17/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE REGARDING DI 10421, 10422 & 10424 |
| 1/17/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE REGARDING DI 10215 & 10221 |
| 1/17/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE REGARDING DI 9178 |
| 1/24/17 | 0.30 | $52.50 | EFILE NINETEENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 1/25/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTEENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016 |
| 1/27/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTEENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/16/17 | 0.20 | $35.00 | DRAFT NOTICE RE JENNER'S FIFTH INTERIM FEE APP |
| 2/16/17 | 0.30 | $52.50 | EFILE FIFTH INTERIM FEE APPLICATION OF JENNER & BLOCK LLP INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD SEPTEMBER 1, 2016 THROUGH DECEMBER 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/17/17 | 0.20 | $35.00 | DRAFT NOTICE RE CRAVATH'S 7TH INTERIM FEE APP |
| 2/17/17 | 0.30 | $52.50 | EFILE SEVENTH INTERIM FEE APPLICATION OF CRAVATH, SWAINE & MOORE LLP INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD SEPTEMBER 1, 2016 THROUGH DECEMBER 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/21/17 | 0.30 | $52.50 | EFILE TWENTIETH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 2/21/17 | 0.30 | $52.50 | EFILE TWENTY-SECOND MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/21/17 | 0.30 | $52.50 | EFILE TWENTY-THIRD MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/21/17 | 0.30 | $52.50 | EFILE TWENTY-FOURTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/21/17 | 0.30 | $52.50 | EFILE TWENTY-FIFTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016- SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/23/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE JENNER'S 19TH MONTHLY FEE APP (DEC, 2016) |
| 2/23/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE NINETEENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/6/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10868, 10869, 10871, 10873 |
| 3/6/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10710 |
| 3/6/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10860 |
| 3/6/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10843 |
| 3/6/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10866 |
| 3/20/17 | 0.30 | $52.50 | EFILE TWENTY-FIRST MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 3/23/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 11024 |
| 3/24/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-SECOND MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 |
| 3/24/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-THIRD MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/24/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-FOURTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016 |
| 3/24/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-FIFTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016 |
| 3/24/17 | 0.20 | $35.00 | EFILE CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-SECOND MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH SEPTEMBER 30, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/24/17 | 0.20 | $35.00 | EFILE CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-THIRD MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/24/17 | 0.20 | $35.00 | EFILE CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-FOURTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/24/17 | 0.20 | $35.00 | EFILE CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-FIFTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 3/29/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE JENNER'S TWENTIETH MONTHLY FEE APP (JAN, 2017) |
| 4/3/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTIETH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 4/3/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTIETH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 4/19/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIRST MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 4/19/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIRST MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 4/24/17 | 0.30 | $52.50 | EFILE TWENTY-SECOND MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2017 THROUGH MARCH 31, 2017 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| *SLFO Total:* | **8.50** | ***$1,487.50*** | |
| **109285-00005 Total:** | **12.20** | **$4,023.00** | |

**109285-00006      ENERGY FUTURE/FEE APPLICATIONS-S&L**

*JDA      Angelo, Jason D*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/3/17 | 0.30 | $82.50 | CONFER WITH GARY MOORE RE: SEPT. 2015 INVOICE/PAYMENT PACKAGE. |
| 1/27/17 | 0.20 | $55.00 | REVIEW CNO'S FOR 23/24TH MONTHLY FEE APPS. |
| 1/27/17 | 1.00 | $275.00 | DRAFT S&L'S 25TH MONTHLY FEE APP. |
| 3/6/17 | 2.00 | $550.00 | DRAFT 7TH INTERIM FEE APPLICATION FRO S&L. |
| 3/9/17 | 1.20 | $330.00 | FURTHER REVISE AND SUPPLEMENT JANUARY FEE APP AND 7TH INTERIM FEE APP PER JHH REVISIONS. |
| 3/20/17 | 0.20 | $55.00 | EXCHANGE EMAILS WITH MARK HANCOCK R: LEDES DATA AND CONFER WITH SL AND KR RE:SAME. |
| 4/10/17 | 0.20 | $55.00 | DRAFT CNO RE: 26TH MONTHLY FEE STATEMENT. |
| 4/11/17 | 0.30 | $82.50 | CONFER WITH JHH RE: PAYMENT PACKAGES 27-32 AND 27TH MONTHLY FEE APP (FEB. 2017). |
| 4/11/17 | 0.80 | $220.00 | DRAFT 27TH MONTHLY FEE APP (FEB. 2017) AND SEND SAME TO JHH FOR REVIEW. |
| 4/12/17 | 0.70 | $192.50 | DRAFT MARCH 2017 FEE STATEMENT AND SEND TO JHH FOR APPROVAL. |
| 4/12/17 | 0.20 | $55.00 | MULTIPLE EMAILS TO KR, JHH AND SF RE: MARCH FEE APPLICATION. |
| 4/13/17 | 0.70 | $192.50 | DRAFT 28TH MONTHLY FEE APPLICATION (MARCH 2017) AND SEND TO JHH FOR REVIEW. |
| *JDA Total:* | **7.80** | ***$2,145.00*** | |

*JHH      Huston, Joseph*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/27/17 | 0.30 | $220.50 | REVIEW AND REVISE 25TH MONTHLY |
| 1/30/17 | 0.20 | $147.00 | REVIEW/REVISE CNOS FOR 23RD AND 24TH MONTHLIES |
| 1/31/17 | 0.40 | $294.00 | REVIEW AND REVISE CNOS FOR 23RD AND 24TH AND EMAILS SLFO RE SERVICE AND 25TH MONTHLY |
| 2/27/17 | 0.20 | $147.00 | REVIEW AND REVISE CNO |
| 3/1/17 | 0.60 | $441.00 | PREP ESTIMATE FOR FINAL FEES AND EMAILS JENNER AND K&E SAME |
| 3/2/17 | 0.40 | $294.00 | UPDATE AND EMAIL FEE FUND ESTIMATE TO K&E |
| 3/8/17 | 1.10 | $808.50 | REVIEW AND REVISE 27TH MONTHLY AND CHECK REVISED COPY CHARGE RULE (.4) - REVIEW AND REVISE 7TH INTERIM AND DISCUSS JDA SAME (.7) |
| 3/9/17 | 0.60 | $441.00 | REVIEW AND REVISE REDRAFT OF 7TH INTERIM - DISC JDA RE STATUS OF PAYMENT PACKAGES |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/10/17 | 0.60 | $441.00 | REVIEW FEE SUMMARIES AND CORRECT CHARGES (.3)- EMAILS/DISC JDA RE FINALIZING AND FILING INTERIM AND STATUS OF PAYMENT OF HOLDBACKS (.3) |
| 3/20/17 | 0.10 | $73.50 | EMAILS FEE COMMITTEE AND JDA RE LEDES FILES |
| 3/23/17 | 0.20 | $147.00 | REVIEW PROPOSED CONSENSUAL INTERIM FEE ORDER, CHECK BALANCES AND EMAIL K STADLER RE SAME |
| 3/30/17 | 0.20 | $147.00 | REVIEW PAYMENT PACKAGE |
| 4/11/17 | 0.90 | $661.50 | REVIEW PAY PACKAGES 27-31 AND EMAILS JDA RE CORRECTIONS ETC. (.7) - REVIEW/REVISE 27TH MONTHLY (.2) |
| **JHH Total:** | **5.80** | **$4,263.00** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/17/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE REGARDING DI 10215 & 10221 |
| 1/17/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE REGARDING DI 10421, 10422 & 10424 |
| 1/30/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-THIRD MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016 |
| 1/30/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-FOURTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016 |
| 1/30/17 | 0.20 | $35.00 | EFILE TWENTY-FIFTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 1/31/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-THIRD MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2016 THROUGH OCTOBER 31, 2016 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 1/31/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-FOURTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016  - SEND TO INTERESTED PARTIES VIA EMAIL |
| 2/15/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 10744 |
| 2/27/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE S&L'S 25TH MONTHLY FEE APP (DEC, 2016) |
| 2/28/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-FIFTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2016 THROUGH DECEMBER 31, 2016 (NO ORDER REQUIRED) |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/9/17 | 0.30 | $52.50 | EFILE TWENTY-SIXTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 3/9/17 | 0.30 | $52.50 | EFILE S&L'S 7TH INTERIM FEE APP - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 3/23/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 10988 |
| 3/23/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 10986 |
| 4/11/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SIXTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 4/12/17 | 0.30 | $52.50 | EFILE TWENTY-SEVENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 4/17/17 | 0.30 | $52.50 | EFILE TWENTY-EIGHTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2017 THROUGH MARCH 31, 2017 - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 4/20/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 11146 |
| 4/20/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 11159 |
| **SLFO Total:** | **3.80** | **$665.00** | |
| **109285-00006 Total:** | **17.40** | **$7,073.00** | |

**109285-00007    ENERGY FUTURE/HEARINGS**

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/28/17 | 1.50 | $412.50 | ATTEND/APPEAR AT HEARING ON OMNIBUS FEE APPLICATIONS AND DRAFT UPDATE EMAIL TO JHH RE: SAME. |
| **JDA Total:** | **1.50** | **$412.50** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/4/17 | 2.20 | $1,617.00 | PREP FOR AND ATTEND HEARING ON DS, PIK SETTLEMENT AND EVIDENTIARY ISSUES |
| 2/13/17 | 2.90 | $2,131.50 | READ AGENDA AND CHECK CHANGE IN TIME FOR CONF HRG (.3) PREP FOR AND ATTEND (DELAYED) PRETRIAL CONFERENCE AND EMAIL REPORT TO JENNER SAME (2.6) |
| 2/14/17 | 3.10 | $2,278.50 | PREP FOR/ATTEND CONF DAY 1 (2.8) EMAIL JENNER REPORT(.3) |
| 2/15/17 | 5.40 | $3,969.00 | PREP FOR AND ATTEND CONF DAY 2 (5.2) - EMAILS JENNER RE SAME (.2) |
| 2/16/17 | 5.50 | $4,042.50 | PREP FOR/ATTEND CONFIRMATION DAY 3 AND CLOSING ARGUMENTS (5.3) - EMAIL REPORT TO JENNER (.2) |
| 2/17/17 | 2.30 | $1,690.50 | REVIEW REDLINE CONF ORDER AND ATTEND HEARING ON SAME AND RULINGS |
| 3/28/17 | 0.50 | $367.50 | EMAILS JDA RE COVERAGE AND DISC RESULTS OF HEARING - EMAIL TEAM RE ADDITIONAL INTERIM PERIOD GIVEN EFFECTIVE DATE |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 4/17/17 | 1.40 | $1,029.00 | PREP FOR/ATTEND OMNIBUS HEARING/STATUS CONFERENCE ON CONFIRMATION PROCESS |
| *JHH Total:* | 23.30 | $17,125.50 | |
| **109285-00007 Total:** | **24.80** | **$17,538.00** | |

**109285-00010       ENERGY FUTURE/PLANS OF REORGANIZATION AND DIS**

*JHH       Huston, Joseph*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/3/17 | 2.00 | $1,470.00 | READ OMNIBUS REPLY TO DS OBJECTIONS, ADDITIONAL OBJECTIONS AND AGENDA (.8) - PREP FOR/STATUS CALL WITH COURT ON DS HEARING, EMAILS JENNER SAME (1.2) |
| 1/4/17 | 1.60 | $1,176.00 | READ/STUDY PETITION FOR MAKE-WHOLE REHEARING IN THIRD CIRCUIT AND MPM SILICONES OPINION |
| 1/11/17 | 0.20 | $147.00 | READ NOTICE OF DISCOVERY HEARING AND EMAIL JENNER RE SAME |
| 1/24/17 | 0.30 | $220.50 | REVIEW AGENDA FOR OMNIBUS AND FOLLOW DOCKET FOR RECENT FILINGS RE SAME |
| 2/2/17 | 0.30 | $220.50 | READ UST OBJECTION TO PLAN PAYMENT OF TRUSTEE FEES |
| 2/3/17 | 0.80 | $588.00 | READ LETTER TO COURT RE WITHDRAWAL OF PLAN SUPPLEMENT - INITIAL REVIEWS OF: EFIH 2D LIEN TRUSTEE OBJECTION ( .2) DTC AS TRUSTEE FOR FIRST LIEN NOTES OBJECTION ( .2 ); LIMITED OBJECTION OF AD HOC TCEH UNSECURED NOTEHOLDERS (.3 ); RESERVATION OF RIGHTS OF EFH INDENTURE TRUSTEE (.1 ) |
| 2/6/17 | 1.50 | $1,102.50 | READ DTC TRUSTEE FOR 1L NOTES OBJECTION TO CONF |
| 2/9/17 | 0.40 | $294.00 |  - READ LIMITED OBJECTION OF AD HOC TCEH UNSECURED NOTEHOLDERS (.3 ) AND RESERVATION OF RIGHTS OF EFH INDENTURE TRUSTEE (.1 ) |
| 2/9/17 | 0.40 | $294.00 | REVIEW CONF AGENDA AND SCHEDULING ORDER, EMAILS JENNER SAME |
| 2/10/17 | 1.40 | $1,029.00 | FOLLOW DOCKET OF HEARING FILINGS (.6) - DETAILED REVIEW OF EFIH 2D LIEN TRUSTEE OBJECTION ( .8 ) |
| 2/10/17 | 1.00 | $735.00 | READ LETTER TO COURT RE WITHDRAWAL OF PLAN SUPPLEMENT (.2) - INITIAL REVIEWS OF: EFIH 2D LIEN TRUSTEE OBJECTION ( .2) DTC AS TRUSTEE FOR FIRST LIEN NOTES OBJECTION ( .2 ); LIMITED OBJECTION OF AD HOC TCEH UNSECURED NOTEHOLDERS (.3 ); RESERVATION OF RIGHTS OF EFH INDENTURE TRUSTEE (.1 ) |
| 2/10/17 | 0.10 | $73.50 | READ LETTER TO COURT RE WITHDRAWAL OF PLAN SUPPLEMENT (.2) - INITIAL REVIEWS OF: EFIH 2D LIEN TRUSTEE OBJECTION ( .2) DTC AS TRUSTEE FOR FIRST LIEN NOTES OBJECTION ( .2 ); LIMITED OBJECTION OF AD HOC TCEH UNSECURED NOTEHOLDERS (.3 ); RESERVATION OF RIGHTS OF EFH INDENTURE TRUSTEE (.1 ) |
| 2/11/17 | 0.20 | $147.00 | READ UMB STATEMENT IN SUPPORT |
| 2/12/17 | 0.10 | $73.50 | READ LETTER TO COURT RE WITHDRAWAL OF PLAN SUPPLEMENT (.2) - INITIAL REVIEWS OF: EFIH 2D LIEN TRUSTEE OBJECTION ( .2) DTC AS TRUSTEE FOR FIRST LIEN NOTES OBJECTION ( .2 ); LIMITED OBJECTION OF AD HOC TCEH UNSECURED NOTEHOLDERS (.3 ); RESERVATION OF RIGHTS OF EFH INDENTURE TRUSTEE (.1 ) |
| 2/12/17 | 2.30 | $1,690.50 | READ DTC 1L TRUSTEE SUPPLEMENTAL OBJECTION TO CONF (.6) READ EFIH 2L TRUSTEE SUPPLEMENTAL OBJECTION TO CONF (.5) 9 READ EFH TEE RESPONSE TO UST OBJECTION TO FEES (.1) - PARTIAL READ OF DEBTORS' BRIEF ON CONFIRMATION (1.1) |
| 2/13/17 | 2.40 | $1,764.00 | READ REMAINDER OF DEBTORS CONFIRMATION BRIEF (1.6) - READ NEXTERA RESPONSE TO AD TCEH NOTES OBJECTION (.8) |
| 2/13/17 | 0.70 | $514.50 | CONTINUED REVIEW OF DEBTORS' CONFIRMATION BRIEF AND SUPPLEMENTAL OBJECTION FROM 1L AND 2L CREDITORS |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 3/31/17 | 0.60 | $441.00 | READ REPORTS RE TPUC DECISION RE ONCOR SHARES AND EFFECT ON REORG |
| 4/14/17 | 0.20 | $147.00 | READ REPORTS RE TPUC DECISION TO REJECT PROPOSED ONCOR DEAL |
| 4/17/17 | 0.40 | $294.00 | READ/ANALYZE PUCT ORDER RE ONCOR TRANSACTION AND FUNDING |
| *JHH Total:* | *16.90* | *$12,421.50* | |
| **109285-00010 Total:** | **16.90** | **$12,421.50** | |

| 109285-00011 | **ENERGY FUTURE/PLEADINGS, MOTIONS AND BRIEFS** |
|---|---|

*JHH*     *Huston, Joseph*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 1/24/17 | 0.40 | $294.00 | READ/ANALYZE DELAWARE TRUST MOTION FOR ADEQUATE PROTECTION PAYMENTS |
| *JHH Total:* | *0.40* | *$294.00* | |
| **109285-00011 Total:** | **0.40** | **$294.00** | |

**Grand Total:**     **74.30**     **$43,204.50**