## EXHIBIT I

**Aggregate Budget & Comparison with Actual Fees for Stevens & Lee, P.C.[1]**

| Aggregate Budget for All Matter Categories For the Period January 1, 2017 through April 30, 2017 ||||
|---|---|---|---|
| **Matter No.** | **Matter Description** | **Hours Budgeted** | **Total Compensation Budgeted** |
| 1 | Professional Retentions | 0.70 | $ 458.50 |
| 2 | Case Administration-General Matters | 0.00 | $ 0.00 |
| 3 | Chapter 11 Issues | 1.10 | $ 808.50 |
| 4 | Communications with Professionals | 0.80 | $ 588.00 |
| 5 | Fee Applications – Others | 12.20 | $ 4,023.00 |
| 6 | Fee Applications – S&L | 17.40 | $ 7,073.00 |
| 7 | Hearings | 24.80 | $ 17,538.00 |
| 8 | Legal & Factual Research | 0.00 | $ 0.00 |
| 9 | Meetings | 0.00 | $ 0.00 |
| 10 | Plans of Reorganization and Disclosure Statements | 16.90 | $ 12,421.50 |
| 11 | Pleadings, Motions & Briefs | 0.40 | $ 294.00 |
|  | **Totals** | **74.30** | **$ 43,204.50** |

---

[1] Stevens & Lee was not required to submit budgets. Accordingly, the budget and staffing plan for the Fee Period was prepared using the actual data for the Fee Period. *See* paragraph 13 of the Application.

|  | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | |
|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
|  | MATTER | Prof. Retentions | Case Admin. | Ch. 11 Issues | Comm. w/ Prof. | Fee App. (Others) | Fee App. (S&L) | Hearings | Research | Meetings | Reorg. Plans | Pleadings, Motions, Briefs | Total |
| HOURS | | | | | | | | | | | | | |
| Jan. | Budget | 0.1 | 0.0 | 0.0 | 0.6 | 1.4 | 3.8 | 2.2 | 0.0 | 0.0 | 4.1 | 0.4 | 12.6 |
|  | Actual | 0.1 | 0.0 | 0.0 | 0.6 | 1.4 | 3.8 | 2.2 | 0.0 | 0.0 | 4.1 | 0.4 | 12.6 |
|  | Difference | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Feb. | Budget | 0.6 | 0.0 | 0.0 | 0.0 | 4.0 | 0.8 | 19.2 | 0.0 | 0.0 | 11.6 | 0.0 | 36.2 |
|  | Actual | 0.6 | 0.0 | 0.0 | 0.0 | 4.0 | 0.8 | 19.2 | 0.0 | 0.0 | 11.6 | 0.0 | 36.2 |
|  | Difference | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Mar. | Budget | 0.0 | 0.0 | 0.0 | 0.0 | 5.2 | 8.0 | 2.0 | 0.0 | 0.0 | 0.6 | 0.0 | 15.8 |
|  | Actual | 0.0 | 0.0 | 0.0 | 0.0 | 5.2 | 8.0 | 2.0 | 0.0 | 0.0 | 0.6 | 0.0 | 15.8 |
|  | Difference | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Apr. | Budget | 0.0 | 0.0 | 1.1 | 0.2 | 1.6 | 4.8 | 1.4 | 0.0 | 0.0 | 0.6 | 0.0 | 9.7 |
|  | Actual | 0.0 | 0.0 | 1.1 | 0.2 | 1.6 | 4.8 | 1.4 | 0.0 | 0.0 | 0.6 | 0.0 | 9.7 |
|  | Difference | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total | Budget | 0.7 | 0.0 | 1.10 | 0.8 | 12.2 | 17.4 | 24.8 | 0.0 | 0.0 | 16.9 | 0.4 | 74.3 |
|  | Actual | 0.7 | 0.0 | 1.10 | 0.8 | 12.2 | 17.4 | 24.8 | 0.0 | 0.0 | 16.9 | 0.4 | 74.3 |
|  | Difference | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

|  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | MATTER | Prof. Ret. | Case Admin. | Ch. 11 Issues | Comm. w/ Prof. | Fee App. (Others) | Fee App. (S&L) | Hearings | Research | Mtgs | Reorg. Plans | Pleadings, Motions, Briefs | Total |
| **FEES** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Jan.** | **Budget** | 17.50 | 0.00 | 0.00 | 441.00 | 413.00 | 1,319.50 | 1,617.00 | 0.00 | 0.00 | 3,013.50 | 294.00 | 7,115.00 |
|  | **Actual** | 17.50 | 0.00 | 0.00 | 441.00 | 413.00 | 1,319.50 | 1,617.00 | 0.00 | 0.00 | 3,013.50 | 294.00 | 7,115.00 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Feb.** | **Budget** | 441.00 | 0.00 | 0.00 | 0.00 | 1,260.00 | 252.00 | 14,112.00 | 0.00 | 0.00 | 8,526.00 | 0.00 | 24,591.00 |
|  | **Actual** | 441.00 | 0.00 | 0.00 | 0.00 | 1,260.00 | 252.00 | 14,112.00 | 0.00 | 0.00 | 8,526.00 | 0.00 | 24,591.00 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Mar.** | **Budget** | 0.00 | 00.00 | 0.00 | 0.00 | 1,938.00 | 3,868.00 | 780.00 | 0.00 | 0.00 | 441.00 | 0.00 | 7,027.00 |
|  | **Actual** | 0.00 | 00.00 | 0.00 | 0.00 | 1,938.00 | 3,868.00 | 780.00 | 0.00 | 0.00 | 441.00 | 0.00 | 7,027.00 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Apr.** | **Budget** | 0.00 | 0.00 | 808.50 | 147.00 | 412.00 | 1,634.00 | 1,029.00 | 0.00 | 0.00 | 441.00 | 0.00 | 4,471.50 |
|  | **Actual** | 0.00 | 0.00 | 808.50 | 147.00 | 412.00 | 1,634.00 | 1,029.00 | 0.00 | 0.00 | 441.00 | 0.00 | 4,471.50 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Total** | **Budget** | 458.50 | 0.00 | 808.50 | 588.00 | 4,023.00 | 7,073.00 | 17,538.00 | 0.00 | 0.00 | 12,421.50 | 294.00 | 43,204.50 |
|  | **Actual** | 458.50 | 0.00 | 808.50 | 588.00 | 4,023.00 | 7,073.00 | 17,538.00 | 0.00 | 0.00 | 12,421.50 | 294.00 | 43,204.50 |
|  | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

07/18/2017 SL1 1471605v2 109285.00006