## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | .40 | $238.00 |
| FEE APPLICATIONS – OTHERS | 7.80 | $3,113.00 |
| FEE APPLICATIONS – S&L | 1.20 | $438.00 |
| HEARINGS | .60 | $441.00 |
| PLANS OF REORGANIZATION | .80 | $588.00 |
| **TOTAL** | **10.80** | **$4,818.00** |