## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| DOCUMENT REPRODUCTION | $1.90 |
| TELEPHONE CHARGES | $4.30 |
| COMPUTER RESEARCH | $3.00 |
| **TOTAL** | **$9.20** |