## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 6/2/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/2/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/5/17 | $1.30 | TELEPHONE CHARGES - JHH |
| 109285-00002 | 6/5/17 | $0.40 | TELEPHONE CHARGES - JHH |
| 109285-00002 | 6/5/17 | $2.60 | TELEPHONE CHARGES - JHH |
| 109285-00002 | 6/6/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/9/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/12/17 | $3.00 | COMPUTER RESEARCH |
| 109285-00002 | 6/13/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/13/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/15/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/16/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/21/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/21/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/29/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/29/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 6/29/17 | $0.10 | DOCUMENT REPRODUCTION |