**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

**NOTICE OF DEPOSITION OF BERKSHIRE HATHAWAY ENERGY
COMPANY PURSUANT TO FED. R. CIV. P. 30(b)(6)**

**TO:** Berkshire Hathaway Energy Company, c/o Counsel.

| | |
|---|---|
| Daniel B. Denny, Esq. | William E. Chipman |
| Jeffrey C. Krause, Esq. | Chipman Brown Cicero & Cole, LLP |
| Michael S. Neumeister, Esq. | Hercules Plaza |
| Steven E. Sletten, Esq. | 1313 North Market Street, Suite 5400 |
| Gibson, Dunn & Crutcher LLP | Wilmington, Delaware 19801 |
| 333 South Grand Avenue | |
| Los Angeles, California 90071-3197 | |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, as made applicable by Rule 7030 of the Federal Rules of Bankruptcy

Procedure, and the Local Rules of Bankruptcy Practice and Procedure for United State

Bankruptcy Court for the District of Delaware, Elliott Associates, L.P., Elliott

International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" or the

"Elliott Funds"), by their counsel of record, will take the deposition upon oral

examination of Berkshire Hathaway Energy Company ("Berkshire").  The deposition will

begin at 9:00AM CT to be completed by 11:30AM CT on July 24, 2017 at 206 6th

Avenue, Suite 200, Des Moines, IA, or such other mutually agreed upon location.  The

testimony will be recorded by stenographic and audiovisual means and will continue

from day to day until completed.

{BAY:03088408v1}64018953_2

-2-

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Federal Rules of Bankruptcy Procedure 7030 and Federal Rule of Civil Procedure 30(b)(6), Berkshire must designate one or more persons to testify on their behalf with regard to all matters known or reasonably available to them on the matters set forth in **Schedule B** attached hereto. The Elliott Funds request that Berkshire provide, as soon as reasonably possible, a written designation of the name(s) and position(s) of the persons who consent to testify on behalf of Berkshire.

Date:  July 19, 2017
       Wilmington, DE

BAYARD, P.A.

*/s/ Evan T. Miller*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail:scousins@bayardlaw.com
       efay@bayardlaw.com
       emiller@bayardlaw.com

  --and--

ROPES & GRAY LLP
Keith H. Wofford
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile:  212-596-9090
Email: Keith.Wofford@ropesgray.com
       Gregg.Galardi@ropesgray.com
       Ross.Martin@ropesgray.com

*Counsel to The Elliott Funds*