# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

## NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, as made applicable to these cases under Rule 9016 of the Federal Rules of Bankruptcy Procedure, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "**Elliott**" or the "**Elliott Funds**"), by their counsel of record, intend to serve a subpoena to produce documents upon Berkshire Hathaway Energy Company ("**Berkshire**") in the form attached hereto. Berkshire is requested to produce electronically or in a mutually agreed upon location by July 24, 2017 at 9:00AM CT all documents in its possession, custody, or control that fall within the scope of the "Document Requests" identified in **Schedule A**, also attached hereto.

| | |
|---|---|
| Date: July 19, 2017<br>Wilmington, DE | BAYARD, P.A.<br><br>*/s/ Evan T. Miller*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail: scousins@bayardlaw.com<br>efay@bayardlaw.com<br>emiller@bayardlaw.com |

{BAY:03088432v1}64018953_2

--and--

ROPES & GRAY LLP
Keith H. Wofford
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile:  212-596-9090
Email: Keith.Wofford@ropesgray.com
      Gregg.Galardi@ropesgray.com
      Ross.Martin@ropesgray.com

*Counsel to The Elliott Funds*