**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>        *Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Hearing Date:  July 26, 2017 at 10:00 a.m. (REQUESTED)**<br>**Objection Deadline:  July 24, 2017 at 4:00 p.m. (REQUESTED)** |

**NOTICE OF THE ELLIOTT FUNDS' MOTION TO
ADJOURN HEARING ON THE MOTION OF THE EFH/EFIH
DEBTORS FOR ORDER AUTHORIZING ENTRY INTO MERGER
AGREEMENT AND APPROVING TERMINATION FEE**

PLEASE TAKE NOTICE that on July 19, 2017, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott Funds") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") *The Elliott Funds' Motion to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry Into Merger Agreement and Approving Termination Fee* (the "Motion").

PLEASE TAKE FURTHER NOTICE that, if so set by the Court in connection with a motion to shorten, a hearing on the Motion will be held on **July 26, 2017 at 10:00 a.m. (Eastern)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, if so set by the Court in connection with a motion to shorten, objections to the Motion or the relief requested therein must be filed on or before **July 24, 2017 at 4:00 p.m. (Eastern)** (the "Objection Deadline") with

{BAY:03088511v1}

the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time,

you must serve a copy of the response upon the undersigned counsel to the Elliott Funds

so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY

FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE,

THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION

WITHOUT FURTHER NOTICE OR HEARING.

Dated:  July 19, 2017  
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Evan T. Miller*
                         
Scott D. Cousins (No. 3079)  
Erin R. Fay (No. 5268)  
Evan T. Miller (No. 5364)  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware  19801  
Phone: (302) 655-5000  
Facsimile: (302) 658-6395  
Email: scousins@bayardlaw.com  
     efay@bayardlaw.com  
     emiller@bayardlaw.com

-and-

ROPES & GRAY LLP  
Andrew G. Devore  
Prudential Tower  
800 Boylston Street  
Boston, MA  02199-3600  
Telephone: (617) 951-7000  
Facsimile: (617) 951-7050  
Email: Andrew.Devore@ropesgray.com

ROPES & GRAY LLP  
Keith H. Wofford  
Gregg M. Galardi  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
Email: Keith.Wofford@ropesgray.com  
     Gregg.Galardi@ropesgray.com

*Counsel to the Elliott Funds*