**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| In re | ) | |
| | ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE | ) | (Jointly Administered) |
| HOLDINGS CORP., *et al.*, | ) | |
| | ) | |
| *Debtors.* | ) | **Re: D.I. ____** |
| | ) | |

**ORDER GRANTING THE ELLIOTT FUNDS' MOTION TO ADJOURN
HEARING ON THE MOTION OF THE EFH/EFIH DEBTORS FOR ORDER
AUTHORIZING ENTRY INTO MERGER AGREEMENT AND APPROVING
TERMINATION FEE**

Upon the motion of Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" or the "Elliott Funds") to adjourn (the "Motion to Adjourn")[1] the hearing (the "Berkshire Merger Agreement Hearing") on the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry Into Merger Agreement and Approving Termination Fee* [D.I. 11430] (the "Berkshire Merger Agreement Motion"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Adjourn as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that cause exists to grant the relief requested in the Motion to Adjourn; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion to Adjourn is **GRANTED**; and it is further

**ORDERED** that the Court will consider the Berkshire Merger Agreement Motion at a hearing on _____, 2017 at _____ (**prevailing eastern time**); and it is further

---

[1] Capitalized terms used but not defined herein have the meaning ascribed in the Motion to Adjourn.

**ORDERED** that objections, if any, to the relief sought in the Berkshire Merger Agreement Motion shall be filed and served before _____**, 2017 at** _____ (**prevailing eastern time**); and it is further

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2017
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE