**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| ENERGY FUTURE ) | Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | Hearing Date: July 26, 2017 at 10:00 a.m.* |
| *Debtors*. ) | Objection Deadline: July 24, 2017 at 4:00 p.m.* |
| | *\* subject to motion to shorten notice* |

**STATEMENT IN SUPPORT OF MOTION BY ELLIOTT ASSOCIATES TO ADJOURN HEARING ON THE MOTION OF THE EFH/EFIH DEBTORS FOR ORDER AUTHORIZING ENTRY INTO MERGER AGREEMENT AND APPROVING TERMINATION FEE BY SUNRISE PARTNERS LIMITED PARTNERSHIP**

Sunrise Partners Limited Partnership (the "Noteholder") respectfully submits this Statement in Support of the Motion of Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") to adjourn (the "Motion to Adjourn") [D.I. 11506] the hearing on the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry Into Merger Agreement and Approving Termination Fee* [D.I. 11430] (the "Berkshire Motion").[1] In support of the Motion to Adjourn, the Noteholder respectfully states as follows:

**STATEMENT IN SUPPORT**

1. The Noteholder holds, among other claims, in excess of $250 million in Energy Future Intermediate Holding Company LLC's ("EFIH") unsecured bonds (the "PIK Notes").

2. The Noteholder has a vested interest in the above-captioned debtors-in-possession (the "Debtors") realizing the highest and best recovery for their creditors, including holders of the PIK Notes, like the Noteholder.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Adjourn.

US2813505/2  169467-0001

3.      On July 7, 2017, the Debtors filed the Berkshire Motion requesting authorization for entry into a merger agreement with Berkshire Hathaway Energy Company ("Berkshire") and approval of a $270 million termination fee for Berkshire. The hearing on the Berkshire Motion is scheduled for August 10, 2017. As set forth in the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH* filed by the Debtors on the same day as the Berkshire Motion, if consummated, the Berkshire merger would result in a recovery for holders of PIK Notes equal to approximately 18 cents on the dollar.

4.      On July 19, 2017 Elliott filed the Motion to Adjourn requesting a 35-40 day adjournment of the hearing on the Berkshire Motion in order to provide time to raise capital to fund a competing Equitization Plan that would provide a higher valuation for the Debtors' estates and therefore, a higher recovery for holders of the PIK Notes.

5.      The Noteholder supports the relief requested in the Motion to Adjourn in order to give Elliott the opportunity to raise the financing necessary to support the Equitization Plan rather than letting the Debtors prematurely rush into the Berkshire merger, which includes a large transaction fee and substantially less value for the estates. The modest delay requested by the Motion to Adjourn is reasonable in light of the potential additional value the Equitization Plan could create for the Debtors' estates and the EFIH unsecured creditors.

6.      Moreover, as explained in Section I of the Motion to Adjourn and incorporated herein by reference, it is premature for the Debtors to seek approval of the Berkshire merger agreement and termination fee.

7.      As a substantial creditor of the EFIH estates, the Noteholder has significant reservations about the recoveries afforded by the proposed Berkshire transaction and believes that

providing greater flexibility and opportunity for higher recoveries is of paramount importance at this juncture in these chapter 11 cases.

## **CONCLUSION**

WHEREFORE, the Noteholder respectfully requests that the Court grant the relief requested in the Motion to Adjourn and reschedule the August 10, 2017 hearing on the Berkshire Motion in accordance with and for the reasons set forth in the Motion to Adjourn.

Wilmington, Delaware
Date: July 19, 2017

GELLERT SCALI BUSENKELL & BROWN, LLC

/s/ *Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com

-AND-

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Scott Talmadge, Esq.
Abbey Walsh, Esq.
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 230-4000
Email: scott.talmadge@freshfields.com
          abbey.walsh@freshfields.com

*Counsel to Sunrise Partners Limited Partnership*