**CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, hereby certify that on July 19, 2017, I caused a true and correct copy of the *Statement in Support of Motion by Elliott Associates to Adjourn Hearing on the Motion of EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee by Sunrise Partners Limited Partnership* to be filed and served via the CM/ECF electronic notification system and served via First Class Mail, postage prepaid upon the parties listed on the attached Service List.

Dated: July 19, 2017                             */s/ Michael Busenkell*
                                                                    Michael Busenkell (DE 3933)