IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> ENERGY FUTURE ) <br> HOLDINGS CORP., *et al.*, ) <br> ) <br> ) <br> ) <br> *Debtors*. ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br> (Jointly Administered) <br><br> Hearing Date: July 26, 2017 at 10:00 a.m. <br> Objection Deadline: July 19, 2017 at 4:00 p.m. |

**OBJECTION BY SUNRISE PARTNERS LIMITED PARTNERSHIP TO THE MOTION OF THE EFH/EFIH DEBTORS FOR ENTRY OF AN ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Sunrise Partners Limited Partnership (the "Noteholder") respectfully objects (the "Objection") to the *Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11425] (the "Plan Scheduling Motion"). In support of this Objection, the Noteholder respectfully states as follows:[1]

**PRELIMINARY STATEMENT**

1.  The Noteholder holds, among other claims, in excess of $250 million in Energy Future Intermediate Holding Company LLC's ("EFIH") unsecured bonds (the "PIK Notes").

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the *Elliott Funds' Objection to the Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11505]  (the "Elliott Objection").

US2813510/2  169467-0001

2.    The Plan Scheduling Motion proposes that the hearing to approve the disclosure statement with respect to the Debtors' plan of reorganization (the "Berkshire Plan") incorporating a merger agreement with Berkshire Hathaway Energy Company ("Berkshire") be held on August 11, 2017 and the confirmation hearing on the Berkshire Plan be held on October 24, 2017.  Certain other interim dates are also proposed in the Plan Scheduling Motion.

3.    Consistent with the Statement in Support of the Motion of Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership to adjourn (the "Motion to Adjourn") the hearing on the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry Into Merger Agreement and Approving Termination Fee* [D.I. 11430] (the "Berkshire Motion") filed contemporaneously with this Objection, the Noteholder objects to the proposed date for the disclosure statement approval hearing and the other interim dates proposed by the Debtors in the Plan Scheduling Motion and support the modified dates set forth in the Elliott Objection. The Noteholder does not object to the proposed confirmation hearing date.

**BASIS FOR OBJECTION**.

4.    The Noteholder requests that the disclosure statement approval hearing and the interim discovery deadlines proposed in the Plan Scheduling Motion be modified in the manner requested in the Elliott Objection to permit creditors a full and fair opportunity to determine whether the Berkshire merger plan is in the best interests of creditors and to provide Elliott with the time to prepare its equitization plan, which would be based on a higher valuation of the Debtors' estates than the Berkshire merger plan. In support of this Objection, the Noteholder makes reference to, and incorporates herein by reference, the Elliott Objection.

**CONCLUSION**

WHEREFORE, the Noteholder respectfully requests that the Court (i) schedule the disclosure statement approval hearing on the same date as the hearing on the Berkshire Merger Motion or as soon thereafter as the Court determines appropriate, and (ii) modify the interim discovery deadlines and procedures set forth in the Proposed Scheduling Order as set forth in the Elliott Objection.

Wilmington, Delaware
Date: July 19, 2017

                              GELLERT SCALI BUSENKELL & BROWN, LLC

                              */s/ Michael Busenkell*
                              Michael Busenkell (DE 3933)
                              1201 N. Orange Street, Suite 300
                              Wilmington, DE 19801
                              Telephone: (302) 425-5812
                              Facsimile: (302) 425-5814
                              Email:  mbusenkell@gsbblaw.com

                              -AND-

                              FRESHFIELDS BRUCKHAUS DERINGER US LLP
                              Scott Talmadge, Esq.
                              Abbey Walsh, Esq.
                              601 Lexington Avenue, 31st Floor
                              New York, NY 10022
                              Telephone: (212) 230-4000
                              Email: scott.talmadge@freshfields.com
                                       abbey.walsh@freshfields.com

                              *Counsel to Sunrise Partners Limited Partnership*