**CERTIFICATE OF SERVICE**

      I, Michael Busenkell, Esquire, hereby certify that on July 19, 2017, I caused a true and correct copy of the *Objection by Sunrise Partners Limited Partnership to Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* to be filed and served via the CM/ECF electronic notification system and served via First Class Mail, postage prepaid on the parties listed below.

Dated: July 19, 2017                                  */s/ Michael Busenkell*
                                                          Michael Busenkell (DE 3933)

**Via First Class U.S. Mail**
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Christopher M. De Lillo, Esq.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz, Esq.
Aparna Yenamandra, Esq.
601 Lexington Avenue
New York, New York 10022-4611

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654