IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Re: D.I. 11507 |

## ORDER SHORTENING NOTICE REGARDING THE ELLIOTT FUNDS' MOTION TO ADJOURN HEARING ON THE MOTION OF THE EFH/EFIH DEBTORS FOR ORDER AUTHORIZING ENTRY INTO MERGER AGREEMENT AND APPROVING TERMINATION FEE

Upon the motion (the "Motion to Shorten")[3] of the Elliott Funds for an order shortening the notice period with respect to the Motion to Adjourn; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Shorten as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that cause exists to grant the relief requested in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion to Shorten is **GRANTED**; and it is further

**ORDERED** that the Court will consider the Motion to Adjourn at the hearing scheduled on **July 26, 2017 at 10:00 a.m. (prevailing Eastern Time)**; and it is further

**ORDERED** that objections, if any, to the relief sought in the Motion shall be filed and served before _July 25_, 2017 at _12:00 pm_ (prevailing eastern time); and it is further

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

{BAY:03088543v1}

6

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____July 20_____, 2017
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE