# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MICHAEL S. NEUMEISTER

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael S. Neumeister, Esquire of Gibson, Dunn & Crutcher LLP to represent Berkshire Hathaway Energy Company in the above-captioned cases.

Dated:  July 13, 2017
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

　　　*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:　(302) 295-0191
Facsimile:　(302) 295-0199
Email:　　　chipman@chipmanbrown.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

**Dated: July 19th, 2017**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

## CERTIFICATION BY MICHAEL S. NEUMEISTER
## TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 30, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.


Dated: July 13, 2017                                                  */s/ Michael S. Neumeister*

                                                                               Michael S. Neumeister
                                                                               **GIBSON, DUNN & CRUTCHER LLP**
                                                                               333 South Grand Avenue
                                                                               Los Angles, California 90071-3197
                                                                               Telephone:    (213) 229-7000
                                                                               Facsimile:    (213) 229-7520
                                                                               Email:       MNeumeister@gibsondunn.com