# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

## NOTICE OF *TELEPHONIC ONLY* HEARING

PLEASE TAKE NOTICE that a discovery dispute (*see* D.I. 11503, 11504) has arisen by and between Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") and Berkshire Hathaway Energy Company ("Berkshire" and, together with the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and Elliott, the "Parties") in connection with the *Motion for the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11425] (the "Scheduling Motion") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "Court") on July 7, 2017.

PLEASE TAKE FURTHER NOTICE that the Court has scheduled a *telephonic only* hearing to address the discovery dispute by and between Elliott and Berkshire in connection with the Scheduling Motion for **July 21, 2017 starting at 2:00 p.m. (Eastern Daylight Time)** (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17853510v.1

"Telephonic Hearing"), to be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court.

PLEASE TAKE FURTHER NOTICE that, at the direction of Chambers, in contemplation of the Telephonic Hearing, the Parties shall each file a letter brief *of no more than two (2) pages each* with the Court in connection with the discovery dispute *substantially contemporaneously* on **July 21, 2017 at 12:00 p.m. (noon) (Eastern Daylight Time)**.

PLEASE TAKE FURTHER NOTICE that, notwithstanding anything to the contrary set forth in the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, at the direction of Chambers, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **1:00 p.m. (Eastern Daylight Time) on July 21, 2017** to register their telephonic appearances.

*[Remainder of page intentionally left blank.]*

Dated: July 20, 2017
       Wilmington, Delaware

    **RICHARDS, LAYTON & FINGER, P.A.**
    Mark D. Collins (No. 2981)
    Daniel J. DeFranceschi (No. 2732)
    Jason M. Madron (No. 4431)
    920 North King Street
    Wilmington, DE 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701

    -and-

    **KIRKLAND & ELLIS LLP**
    **KIRKLAND & ELLIS INTERNATIONAL LLP**
    Edward O. Sassower, P.C. (admitted *pro hac vice*)
    Stephen E. Hessler, P.C. (admitted *pro hac vice*)
    Brian E. Schartz (admitted *pro hac vice*)
    Aparna Yenamandra (admitted *pro hac vice*)
    601 Lexington Avenue
    New York, NY 10022
    Telephone: (212) 446-4800
    Facsimile: (212) 446-4900

    -and-

    James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
    Chad J. Husnick, P.C. (admitted *pro hac vice*)
    Steven N. Serajeddini (admitted *pro hac vice*)
    300 North LaSalle
    Chicago, IL 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200

    -and-

    Mark E. McKane, P.C. (admitted *pro hac vice*)
    555 California Street
    San Francisco, CA 94104
    Telephone: (415) 439-1400
    Facsimile: (415) 439-1500

    *Co-Counsel to the Debtors and Debtors in Possession*