## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: August 11, 2017 at 4:00 p.m.** |
| | ) |

### THIRTY-SECOND MONTHLY STATEMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH OFFICIAL COMMITTEE FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2017 THROUGH JUNE 30, 2017

| Name of Applicant | Sullivan & Cromwell LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. |
| Date of Retention: | January 13, 2015 *nunc pro tunc* to November 5, 2014 |
| Period for which Compensation and Reimbursement Is Sought: | June 1, 2017 through June 30, 2017 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $40,224.00 |
| 80% of Compensation Sought as Actual, Reasonable and Necessary: | $32,179.20 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $817.40 |

This is a(n) _X_ monthly ___ interim ___ final application.  No prior application for compensation or reimbursement of expenses has been filed for this Fee Period.[2]

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future  Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. Nunc Pro Tunc to November 5, 2014*, dated January 13, 2015 [D.I. 3282], the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee*, dated September 19, 2014 [D.I. 1896] (the "**Fee Committee Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Sullivan & Cromwell LLP ("**S&C**"), counsel to the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**"), hereby submits this thirty-second monthly statement (this "**Monthly Fee Statement**") for compensation for professional services rendered and expenses incurred for the period from June 1, 2017 through June 30, 2017 (the "**Fee Period**").

**Relief Requested**

Pursuant to the Interim Compensation Order, S&C seeks payment of $32,996.60 from the EFH Debtors for the Fee Period, comprising (a) $32,179.20 representing 80% of S&C's total fees for reasonable and necessary professional services rendered and (b) 817.40 for actual

---

[2]    Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be governed by the Interim Compensation Order and Fee Order.

and necessary expenses incurred, and requests that such fees and expenses be paid as administrative expenses of the EFH Debtors' estates.  All services for which S&C requests compensation were performed for, or on behalf of, the EFH Committee.  The EFH Committee represents the unsecured creditors of the EFH Debtors, and S&C's compensation and reimbursement of S&C's expenses are proposed as joint and several expenses of the EFH Debtors' estates pursuant to section 328 of the Bankruptcy Code.  With respect to the allocation of fees and expenses contemplated by paragraph 2(b) of the Interim Compensation Order, the fees and expenses of S&C have been incurred for the benefit of the EFH Committee and not for the direct benefit of any Debtor.  Accordingly, no allocation of such fees and expenses is proposed at this time by S&C.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **<u>Exhibit A</u>.**  A schedule of the number of hours expended and fees incurred (on an aggregate basis) by S&C attorneys and paraprofessionals by project category during the Fee Period.

b. **<u>Exhibit B</u>.**  A schedule providing information regarding the S&C attorneys and paraprofessionals who performed work for the EFH Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

c. **<u>Exhibit C</u>.**  A summary of disbursements during this Fee Period for which reimbursement is sought pursuant to this Monthly Fee Statement.

d. **<u>Exhibit D</u>.**  A detailed description of disbursements during this Fee Period for which reimbursement is sought pursuant to this Monthly Fee Statement.

SC1:4449818.1

## Reservation of Rights

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement. S&C therefore reserves the right to make further application to the Court for allowance of fees and expenses not included herein.

Dated:   July 21, 2017

**SULLIVAN & CROMWELL LLP**

*/s/ Andrew G. Dietderich*

Andrew G. Dietderich
Brian D. Glueckstein
John L. Hardiman
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:    dietdericha@sullcrom.com
             gluecksteinb@sullcrom.com
             hardimanj@sullcrom.com
             kranzleya@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*

SC1:4449818.1

## EXHIBIT A

## Statement of Fees by Project Category

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | - | $0.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 0.10 | $60.50 |
| 00007 | CASE ADMINISTRATION | 2.80 | $691.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | - | $0.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | - | $0.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 13.80 | $6,060.50 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | - | $0.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 2.40 | $1,738.00 |
| 00014 | OTHER LITIGATION | - | $0.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 13.90 | $11,263.50 |
| 00016 | NON-WORKING TRAVEL | - | $0.00 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 18.80 | $18,609.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | - | $0.00 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | - | $0.00 |
| 00022 | HEARINGS | 2.30 | $1,800.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | - | $0.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 12.60 | $0.00 |
| 00031 | BUDGETING (CASE) | - | $0.00 |
| | **TOTAL:** | **66.70** | **$40,224.00** |

**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

| Timekeeper Name | Title | Bar Admission | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | 1997 | $1,140.00 | 0 | 1.80 | $2,052.00 |
| Glueckstein, Brian D. | Partner | 2004 | $1,140.00 | 0 | 15.20 | $17,328.00 |
| **Partner Total** | | | | | **17.00** | **$19,380.00** |
| Ip, Veronica W. | Associate | 2011 | $865.00 | 0 | 0.70 | $605.50 |
| Jensen, Christian P. | Associate | 2016 | $605.00 | 0 | 5.70 | $3,448.50 |
| Kranzley, Alexa J. | Associate | 2009 | $865.00 | 0 | 15.50 | $13,407.50 |
| **Associate Total** | | | | | **21.90** | **$17,461.50** |
| **Lawyers Total** | | | | | **38.90** | **$36,841.50** |
| Houchens, Jesse Paul | Summer Associate | | $0.00 | * | 2.90 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | $0.00 | * | 8.10 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | $275.00 | | 8.80 | $2,420.00 |
| Coulibaly, Rockia | Legal Assistant | | $0.00 | * | 4.50 | $0.00 |
| Coulibaly, Rockia | Legal Assistant | | $275.00 | | 3.50 | $962.50 |
| **Non-Legal Personnel Total** | | | | | **27.80** | **$3,382.50** |
| **Grand Total** | | | | | **66.70** | **$40,224.00** |

\* Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Local Transportation | $37.76 |
| Outside Vendors | $525.00 |
| Hearing Transcripts | $194.30 |
| Telephone conferencing charges | $60.34 |
| **Total** | **$817.40** |

## EXHIBIT D

### Detailed Description of Expenses

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | Oliver B. Booth | 6/14/2017 | 1.0 | $37.76 | $37.76 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:27 |
| **Local Transportation Total** | | | | | **$37.76** | |
| Outside Vendors | Veronica W. Ip | 6/8/2017 | 1.0 | $525.00 | $525.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$525.00** | |
| Telephone conferencing charges | Alexa J. Kranzley | 5/19/2017 | 1.0 | $37.00 | $37.00 | Tele-conference |
| Telephone conferencing charges | Alexa J. Kranzley | 6/2/2017 | 1.0 | $13.14 | $13.14 | Tele-conference |
| Telephone conferencing charges | Alexa J. Kranzley | 6/14/2017 | 1.0 | $10.20 | $10.20 | Tele-conference |
| **Tele-conference Total** | | | | | **$60.34** | |
| Hearing Transcripts | Alexa J. Kranzley | 3/30/2017 | 1.0 | $31.50 | $31.50 | Hearing Transcripts |
| Hearing Transcripts | Alexa J. Kranzley | 5/23/2017 | 1.0 | $128.00 | $128.00 | Hearing Transcripts |
| Hearing Transcripts | Oliver B. Booth | 6/28/2017 | 1.0 | $34.80 | $34.80 | Hearing Transcripts |
| **Hearing Transcripts Total** | | | | | **$194.30** | |
| **Grand Total** | | | | | **$817.40** | |