**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP, *et al.,* | : | Case No. 14-10979 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

　　　　Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Steven Fruchter, Esquire to represent Sunrise Partners Limited Partnership in this action.

Dated: July 21, 2017　　　　　　　　　*/s/ Michael Busenkell*
　　　　　　　　　　　　　　　　　　　Michael Busenkell (DE 3368)
　　　　　　　　　　　　　　　　　　　Gellert Scali Busenkell & Brown, LLC
　　　　　　　　　　　　　　　　　　　1201 North Orange Street, Suite 300
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 425-5812
　　　　　　　　　　　　　　　　　　　Email: mbusenkell@gsbblaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

　　　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 21, 2017　　　　　　　　　*/s/ Steven Fruchter*
　　　　　　　　　　　　　　　　　　　Steven Fruchter, Esq.
　　　　　　　　　　　　　　　　　　　Freshfields Bruckhaus Deringer US LLP
　　　　　　　　　　　　　　　　　　　601 Lexington Avenue, 31st Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　Telephone: (212) 277-4073
　　　　　　　　　　　　　　　　　　　Email: steven.fruchter@freshfields.com

**ORDER GRANTING MOTION**

　　IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.