# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Calendar Date: 07/21/2017
Calendar Time: 02:00 PM ET

Amended Calendar Jul 21 2017 10:05AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8486591 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8486702 | Ryan Appleby | (213) 229-7345 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8486611 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8487331 | Robin D. Ball | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8487378 | Brandon M. Barkhuff | (702) 402-5791 ext. | NV Energy | Interested Party, Gibson, Dunn / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8487787 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8486815 | Lauren Bilzin | (212) 672-2252 ext. | Serengeti Asset Management | Creditor, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8486697 | Joshua Brody | (212) 715-9314 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, ComputerShare / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8487892 | Michael Busenkell | (302) 425-5812 ext. | Gellert Scali Busenkell & Brown LLC | Creditor, Sunrise Partners Limited Partnership / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8487731 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8487840 | Kaitlyn Cheney | (212) 538-8277 ext. | Credit Suisse | Interested Party, Credit Suisse / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8486112 | William E. Chipman | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Interested Party, Berkshire Hathaway Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8487862 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8486839 | Scott D. Cousins | (302) 429-9570 ext. | Bayard P.A. | Representing, The Elliott Funds / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486008 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486137 | Daniel B. Denny | 213-229-7646 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487797 | Jamie Edmonson | (302) 298-3520 ext. | Venable LLP | Creditor, PIMCO / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486537 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486824 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486617 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486555 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487327 | William A. Greason | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, NextEra Energy Resources / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487804 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486344 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487833 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486877 | Daniel K. Hogan | (302) 656-7540 ext. | Hogan McDaniel | Creditor/Claimant, Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzma / LISTEN ON |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8485999 | Chad J. Husnick | (312) 862-2009 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8488225 | Laura D. Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Interested Party, Computershare / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487708 | Emily L. Katz | (212) 761-1671 ext. | Morgan Stanley - New York | Creditor, Emily L. Katz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8485980 | Marc Kieselstein | 312-861-2287 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8488075 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Debtor, Energy Future Holdings Corp. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486111 | Jeffrey C. Krause | (213) 229-7995 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8488038 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486766 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Lender(s), UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486014 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8485992 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487811 | R. Stephen McNeill | (302) 984-6171 ext. | Potter Anderson & Corroon LLP | Creditor, Citibank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486831 | Evan T. Miller | (302) 429-4227 ext. | Bayard P.A. | Interested Party, Evan T. Miller / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487706 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486128 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486573 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487730 | James E. O'Neill | (302) 778-6407 ext. | Pachulski Stang Ziehl & Jones | Interested Party, Computershare / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486529 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487967 | Matthew M. Roose | (212) 859-8029 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487798 | Jeffrey S. Sabin | (212) 307-5500 ext. | Venable LLP | Creditor, PIMCO / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486674 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487316 | Howard Seife | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487906 | John Silvetz | (203) 861-4819 ext. | Sunrise Partners Limited Partnership | Creditor, Sunrise Partners Limited Partnership / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486122 | Steven E Sletten | 213-229-7505 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487894 | Scott Talmadge | (212) 277-4000 ext. | Freshfields Bruckhaus Deringer US, LLP | Creditor, Sunrise Partners Limited Partnership / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486627 | Foteini Teloni | (212) 848-4579 ext. | Shearman & Sterling LLP | Creditor, City Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486600 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8488101 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487821 | Amer Tiwana | (646) 562-1770 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486629 | Carl Tullson | (312) 407-0379 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486953 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487917 | Abbey Walsh | (212) 284-4956 ext. | Freshfields Bruckhaus Deringer US, LLP | Creditor, Sunrise Partners Limited Partnership / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486708 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486023 | Andy Wright | (212) 446-6411 ext. | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486616 | Peter Young | (312) 962-3528 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047) | Hearing | 8488025 | Allister Chan - Client | (212) 848-4000 ext. | Shearman & Sterling LLP | Client, Allister Chan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047) | Hearing | 8487791 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |