# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP, *et al.*[1], | : | Case No. 14-10979 (CSS) |
| | : | (Jointly Administered) |
| | : | |
| | : | |
| Debtors. | : | Related to Docket No. 6880 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the appearance of Scott D. Talmadge is hereby withdrawn as counsel of record for York Capital Management Global Advisors, LLC and P. Schoenfeld Asset Management L.P. (the "Interested Parties"). The Interested Parties continue to be represented by the law firm of Kaye Scholar LLP.

Wilmington, Delaware
Date: July 21, 2017

                                        GELLERT SCALI BUSENKELL & BROWN, LLC

                                        */s/ Michael Busenkell*
                                        Michael Busenkell (DE 3933)
                                        Evan W. Rassman (DE 6111)
                                        1201 N. Orange Street, Suite 300
                                        Wilmington, DE 19801
                                        Telephone: (302) 425-5800
                                        Facsimile:  (302) 425-5814
                                        Email:  mbusenkell@gsbblaw.com
                                                      erassman@gsbblaw.com

                                        -AND-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Scott Talmadge, Esq.
Abbey Walsh, Esq.
Steven Fruchter, Esq.
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone:  (212) 277-4000
Facsimile:   (212) 277-4001
Email: scott.talmadge@freshfields.com
          abbey.walsh@freshfields.com
          steven.fruchter@freshfields.com

*Counsel to Sunrise Partners Limited Partnership*