IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP, *et al.*[1], | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance as counsel to Sunrise Partners Limited Partnership (the "Noteholder"), in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), and pursuant to, *inter alia,* Rules 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), requests that all notices given and all papers served or required to be served in the Bankruptcy Cases be given to and served upon:

| | |
|---|---|
| Scott D.Talmadge, Esquire<br>Abbey Walsh, Esquire<br>Steven Fruchter, Esquire<br>(*Pending Admission Pro Hac Vice*)<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue, 31st Floor<br>New York, NY 10022<br>Telephone: (212) 230-4000<br>Facsimile: (212) 277-40001<br>Email: scott.talmadge@freshfields.com<br>abbey.walsh@freshfields.com<br>steven.fruchter@freshfields.com | Michael Busenkell, Esquire<br>Evan W. Rassman, Esquire<br>Gellert Scali Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5800<br>Facsimile: (302) 425-5814<br>Email: mbusenkell@gsbblaw.com<br>erassman@gsbblaw.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Bankruptcy Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notices and Service of Papers shall not be construed as an appointment of any person or entity as authorized agent of the Noteholder, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Noteholder's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Noteholder, is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Wilmington, Delaware
Date: July 21, 2017

                GELLERT SCALI BUSENKELL & BROWN, LLC

                /s/ *Michael Busenkell*
                Michael Busenkell (DE 3933)
                Evan W. Rassman (DE 6111)
                1201 N. Orange Street, Suite 300
                Wilmington, DE 19801
                Telephone: (302) 425-5800
                Facsimile:  (302) 425-5814
                Email:  mbusenkell@gsbblaw.com
                        erassman@gsbblaw.com

                -AND-

                FRESHFIELDS BRUCKHAUS DERINGER US LLP
                Scott D. Talmadge, Esq.
                Abbey Walsh, Esq.
                Steven Fruchter, Esq.
                601 Lexington Avenue, 31st Floor
                New York, NY 10022
                Telephone:  (212) 277-4000
                Facsimile:   (212) 277-4001
                Email: scott.talmadge@freshfields.com
                      abbey.walsh@freshfields.com
                      steven.fruchter@freshfields.com

                *Counsel to Sunrise Partners Limited Partnership*