## **CERTIFICATE OF SERVICE**

      I, Michael Busenkell, Esquire, hereby certify that on July 21, 2017, I caused a true and correct copy of the *Notice of Appearance and Demand for Notice and Service of Papers* to be filed and served via the CM/ECF electronic notification system and served via First Class Mail, postage prepaid upon the parties listed on the attached Service List.

Dated: July 21, 2017                                      */s/ Michael Busenkell*
                                                               Michael Busenkell (DE 3933)