IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., et al.,[1] <br><br><br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Re: Docket No. 11425** <br> ) <br> ) <u>Hearing Date</u>:  July 26, 2017 at 10:00 a m. <br> ) <br> ) |

**STATEMENT OF EFH INDENTURE TRUSTEE IN SUPPORT OF MOTION OF THE EFH/EFIH DEBTORS FOR ENTRY OF AN ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS <u>PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE</u>**

American Stock Transfer & Trust Company, LLC ("<u>AST</u>"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "<u>EFH Indenture Trustee</u>") under the indentures for notes (the "<u>EFH Notes</u>") issued by EFH Future Holdings Corp. ("<u>EFH Corp.</u>"), by its undersigned counsel, hereby files this statement (the "<u>Statement</u>") in support of the *Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols In Connection With Confirmation of the Joint Plan Of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

1

*11 of the Bankruptcy Code* [Docket No. 11425] (the "Motion").[2] In support of this Statement, the EFH Indenture Trustee respectfully states as follows:

1.  The EFH Indenture Trustee supports the efforts of the EFH Debtors to bring these chapter 11 cases to a conclusion as quickly as possible. To that end, the EFH Indenture Trustee supports the scheduling dates, deadlines and protocols proposed in the Motion.

## RESERVATION OF RIGHTS

2.  While the EFH Indenture Trustee is supportive of the schedule proposed in the Motion, it reserves all its rights with regard to the merits of the proposed Plan. In addition, the EFH Indenture Trustee reserves all its rights to seek additional discovery in connection with any future amendments to the Plan, proposed settlements, or issues that could arise but that are not currently in contention (*e.g.,* any breakup fees or the apportionment thereof).

WHEREFORE, the EFH Indenture Trustee respectfully request the Court grant the Motion and grant such other relief as is just and proper.

Dated: Wilmington, DE
July 21, 2017

**CROSS & SIMON, LLC**

By: /s/*Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

3

4850-2059-6555 3