IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

## NOTICE OF SUBPOENA [JEFFREY ROSENBAUM]

To:  Scott D. Cousins                             Andrew G. Devore
     Erin R. Fay                                  Matthew L. McGinnis
     Evan T. Miller                               Gregory L. Demers
     BAYARD, P.A.                                 ROPES & GRAY LLP
     222 Delaware Avenue, Suite 900               Prudential Tower
     Wilmington, DE 19801                         800 Boylston Street
                                                  Boston, MA 02199

     Keith H. Wofford
     Gregg M. Galardi
     ROPES & GRAY LLP
     1211 Avenue of the Americas
     New York, NY 10036-8704

PLEASE TAKE NOTICE that, in connection with the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee*, filed July 7, 2017 [D.I. 11430], on July 20, 2017, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a **Subpoena** directed to Jeffrey Rosenbaum to be served on the following parties in the manner indicated as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17858801v.1

**VIA EMAIL**

Scott Cousins
Erin R. Fay
Evan T. Miller
**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
SCousins@bayardlaw.com
Efay@bayardlaw.com
EMiller@bayardlaw.com

**VIA EMAIL**

Andrew G. Devore
Matthew L. McGinnis
Gregory L. Demers
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Andrew.Devore@ropesgray.com
Matthew.McGinnis@ropesgray.com
gregory.demers@ropesgray.com

**VIA EMAIL**

Keith H. Wofford
Gregg M. Galardi
**ROPES &GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Keith.Wofford@ropesgray.com
Gregg.Galardi@ropesgray.com
Ross.Martin@ropesgray.com
Jonathan.Agudelo@ropesgray.com

*[Remainder of page intentionally left blank.]*

Dated: July 21, 2017
      Wilmington, Delaware

                **RICHARDS, LAYTON & FINGER, P.A.**
                Mark D. Collins (No. 2981)
                Daniel J. DeFranceschi (No. 2732)
                Jason M. Madron (No. 4431)
                920 North King Street
                Wilmington, Delaware 19801
                Telephone:   (302) 651-7700
                Facsimile:    (302) 651-7701
                Email:         collins@rlf.com
                                 defranceschi@rlf.com
                                 madron@rlf.com

                -and-

                **KIRKLAND & ELLIS LLP**
                **KIRKLAND & ELLIS INTERNATIONAL LLP**
                Edward O. Sassower, P.C. (admitted *pro hac vice*)
                Stephen E. Hessler, P.C. (admitted *pro hac vice*)
                Brian E. Schartz (admitted *pro hac vice*)
                Aparna Yenamandra (admitted *pro hac vice*)
                601 Lexington Avenue
                New York, New York 10022-4611
                Telephone:   (212) 446-4800
                Facsimile:    (212) 446-4900
                Email:         edward.sassower@kirkland.com
                                 stephen.hessler@kirkland.com
                                 brian.schartz@kirkland.com
                                 aparna.yenamandra@kirkland.com

                -and-

                James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                Marc Kieselstein, P.C. (admitted *pro hac vice*)
                Chad J. Husnick, P.C. (admitted *pro hac vice*)
                Steven N. Serajeddini (admitted *pro hac vice*)
                300 North LaSalle
                Chicago, Illinois 60654
                Telephone:   (312) 862-2000
                Facsimile:    (312) 862-2200
                Email:         james.sprayregen@kirkland.com
                                 marc.kieselstein@kirkland.com
                                 chad.husnick@kirkland.com
                                 steven.serajeddini@kirkland.com

                -and-

RLF1 17858801v.1

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500
Email:         mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*