# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 20, 2017, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a copy of the **Debtors' First Interrogatories and Requests for Production to Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership in Connection With the Debtors' Motion to Approve the BHE Merger Agreement** to be served on the following parties in the manner indicated as follows:

**VIA EMAIL**

Scott Cousins
Erin R. Fay
Evan T. Miller
**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
SCousins@bayardlaw.com
Efay@bayardlaw.com
EMiller@bayardlaw.com

**VIA EMAIL**

Keith H. Wofford
Gregg M. Galardi
**ROPES &GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Keith.Wofford@ropesgray.com
Gregg.Galardi@ropesgray.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 17852487v.1

**VIA EMAIL**

Andrew G. Devore
Matthew L. McGinnis
Gregory L. Demers
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Andrew.Devore@ropesgray.com
Matthew.McGinnis@ropesgray.com
gregory.demers@ropesgray.com

*[Remainder of page intentionally left blank.]*

Dated: July 21, 2017
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:        mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*