# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 11471 and 11472** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 13, 2017, I caused to be served the:

   a. "Notice of Fee Statement," dated July 13, 2017, to which was attached the "Thirty-Third Monthly Fee Statement of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2017 Through January 31, 2017," dated July 13, 2017 [Docket No. 11471], and

   b. "Notice of Fee Statement," dated July 13, 2017, to which was attached the "Thirty-Fourth Monthly Fee Statement of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from February 1, 2017 Through February 28, 2017," dated July 13, 2017 [Docket No. 11472],

   by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
_____ day of July, 2017

_____
Notary Public

KEVIN AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 20__

**EXHIBIT A**

ENERGY FUTURE HOLDINGS CORP., ET AL
FEE APPLICATION NOTICE PARTIES

```
ENERGY FUTURE HOLDINGS CORP ET AL        ROBERTA A. DEANGELIS
ATTN: ANDREW M WRIGHT & CECILY GOOCH     UNITED STATES TRUSTEE - REGION 3
1601 BRYAN ST 43RD FL                    ATTN: RICHARD L. SCHEPACARTER
DALLAS, TX 75201                         J. CALEB BOGGS FEDERAL BUILDING
                                         844 KING ST, ROOM 2207
                                         WILMINGTON, DE 19801


ROBERTA A. DEANGELIS                     SHEARMAN & STERLING LLP
UNITED STATES DEPARTMENT OF JUSTICE      ATTN: FREDERICK SOSNICK ESQ &
OFFICE OF THE U.S. TRUSTEE               NED SHODEK ESQ
ATTN: ANDREA B. SCHWARTZ                 599 LEXINGTON AVE
U.S. FEDERAL BUILDING                    NEW YORK, NY 10022
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


MILBANK, TWEED, HADLEY & MCCLOY LLP      MORRISON & FOERSTER LLP
ATTN: EVAN FLECK AND MATTHEW BROD        ATTN: LORENZO MARINUZZI & JENNIFER MARINES
28 LIBERTY STREET                        250 W 55TH STREET
NEW YORK, NY 10005-1413                  NEW YORK, NY 10019


GODFREY & KAHN, S.C.
ATTN: KATHERINE STADLER
ONE E MAIN ST STE 500
MADISON, WI 53703-3300
```