**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 11553** |

**DECLARATION OF BRYAN M. STEPHANY, ESQ. IN
SUPPORT OF DEBTORS' REPLY IN SUPPORT OF THE MOTION OF THE
EFH/EFIH DEBTORS FOR ENTRY OF AN ORDER SCHEDULING CERTAIN
HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS
IN CONNECTION WITH CONFIRMATION OF THE JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE
INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Bryan M. Stephany declares as follows:

1. I am an attorney admitted to practice in the District of Columbia and the United States District Court for the District of Columbia and the state of New York. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the *Debtors' Reply in Support of the Motion of The EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Company LLC, And The EFH/EFIH Debtors Pursuant to Chapter 11 of The Bankruptcy Code* [D.I. 11553] filed substantially contemporaneously herewith.[2]

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated July 17, 2017 from Brian H. Lloyd.

4. Attached hereto as Exhibit 2 is a true and correct copy of a letter dated July 11, 2017 from Gregg Galardi to Chad Husnick.

5. Attached hereto as Exhibit 3 is a true and correct copy of an email, with its attachments, dated July 1, 2017 from Gregg Galardi re EFH - Term Sheet.

6. Attached hereto as Exhibit 4 is a true and correct copy of a document titled REPs' Agreed Regulatory Commitments - Addendum No. 1.

7. Attached hereto as Exhibit 5 is a true and correct copy of an email, with its attachment, dated April 19, 2017 from Gregg Galardi re Meeting.

8. Attached hereto as Exhibit 6 is a true and correct copy of an email, with its attachments, dated April 21, 2017 from Aparna Yenamandra re EFH/PSA.

9. Attached hereto as Exhibit 7 is a true and correct copy of an email, with its attachments, dated April 24, 2017 from Gregg Galardi re EFH - PSA.

10. Attached hereto as Exhibit 8 is a true and correct copy of an email dated April 28, 2017 from Rebecca Chaikin re EFH - Unilateral Waiver Language.

11. Attached hereto as Exhibit 9 is a true and correct copy of an email, with its attachment, dated April 29, 2017 from Keith Wofford re EFIH - Letter dated April 28, 2017.

12. Attached hereto as Exhibit 10 is a true and correct copy of an email dated April 29, 2017 from Chad Husnick re EFIH - Letter dated April 28, 2017.

---

[2] Capitalized terms used but not defined in this declaration have the meanings ascribed to them in the Reply.

13. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of an email dated May 1, 2017 from Gregg Galardi re Elliott DIP Proposal.

14. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of an email dated May 2, 2017 from Chad Husnick re Elliott DIP Proposal.

15. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of an email dated May 3, 2017 from Chad Husnick re Elliott DIP Proposal.

16. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of an email dated May 4, 2017 from Paul Keglevic re Meeting.

17. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the confidentiality agreement, dated May 17, 2017 between Elliott Management Corporation, Energy Future Holding Corp., and Energy Future Intermediate Holding Company LLC.

18. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of an email, with its attachments, dated June 13, 2017 from Jeremy Grant re EFH/EFIH Restructuring and Debt Capital Needs Update.

19. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of an email, with its attachment, dated June 20, 2017 from Rebecca Chaikin re EFH/EFIH Restructuring and Debt Capital Needs Update.

20. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of an email, with its attachments dated June 22, 2017 from Rebecca Chaikin re Revised: EFH/EFIH Restructuring and Debt Capital Needs Update.

21. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of an email, with its attachments dated June 23, 2017 from Rebecca Chaikin re Revised: EFH/EFIH Restructuring and Debt Capital Needs Update.

22. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of an email dated June 7, 2017 from Gregg Galardi re EFH - Elliott PI Motion - Scheduling Order Redline.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 21st day of July, 2017.

<i>/s/ Bryan M. Stephany</i><br>
Bryan M. Stephany (<i>pro hac vice</i>)