# EXHIBIT 4

## REPs' Agreed Regulatory Commitments – Addendum No. 1

45. Name/Logo Commitment. BHE commits to maintaining a name and logo for Oncor that is separate and distinct from the names of any BHE REP, wholesale generation company, or any other current or future Texas competitive affiliate. For the sake of clarity, any BHE REP, wholesale generation company, or any other current or future Texas competitive affiliate will not use the Oncor name, trademark, brand, logo, or any other brand identifying features; nor will Oncor engage in joint marketing, advertising, or promotional efforts with any BHE REP, wholesale generation company, or any other current or future Texas competitive affiliate, in a manner that is inconsistent with the Public Utility Regulatory Act and the Commission's affiliate rules.

46. Tangible and Quantifiable Benefits. At a minimum, Oncor will provide the following tangible and quantifiable benefits associated with the merger. Oncor will provide monthly bill credits to electric delivery rates for ultimate credits to customers in an amount equal to 90% of any interest rate savings achieved until: final rates are set in the next Oncor base rate case after the Oncor base rate case currently filed. Savings will not be included in credits if already realized in rates. Interest Rate Savings refers to the improvement in Oncor's borrowing costs post-close relative to those costs as of June 30, 2017 due to improvement in credit ratings and/or improvement in market spreads. Until final rates are set in the next Oncor base rate case after the Oncor base rate case that is currently filed, Oncor will file a report with the Commission every six months detailing any interest rate savings determined by the amount of debt issued by Oncor by at least 0.15% (amounts above 0.15% being based on actual interest rate savings by Oncor) and demonstrating a calculation of the credit. BHE and Oncor agree to work in good faith with interested parties, including TXU Energy Retail Company LLC, Texas Energy Association for Marketers, Alliance for Retail Markets, and NRG Companies, to determine an acceptable method for implementation of any bill credit to effectuate this commitment, as approved by the Commission. At a minimum, Oncor shall provide retail electric providers 45-day notice of the amount of any customer credits (e.g., for each customer class, the amount per kwh or per-customer credit that would apply) prior to the effective date of the credits and shall implement updated bill credits simultaneously with

other changes in Oncor's rates. In addition, one year after closing, Oncor will present a merger synergy savings analysis to the Commission and provide monthly bill credits to electric rates for inclusion in customer bills in an amount equal to 90% of any synergy savings until final rates are set in the next Oncor base rate proceeding, in which any total synergy savings shall be reflected in Oncor's rates.

47. Competitive Shopping Platforms.    BHE agrees that neither Oncor nor Oncor's subsidiaries will host or allow the Oncor name, trademark, brand, logo, or other identifying brand features to be used to promote a competitive retail electric shopping website.

The undersigned parties agree to support approval of a transaction by Berkshire Hathaway Energy Company to acquire 100% of Oncor Electric Delivery Company LLC (the "Transaction"), subject to review of the Application presented to the Public Utility Commission of Texas and confirmation that the Transaction (a) includes the foregoing Proposed Regulatory Commitments (the "Commitments") and (b) the transaction otherwise meets the applicable Public Utility Commission of Texas requirements necessary to find that the Transaction is in the public interest.

**AGREED:**

**TXU ENERGY RETAIL COMPANY LLC**

BY: _____

**TEXAS ENERGY ASSOCIATION FOR MARKETERS**

BY: _____

**ALLIANCE FOR RETAIL MARKETS**

BY: _____

**NRG COMPANIES**

BY: _____

**AGREED:**

**TEXAS ENERGY ASSOCIATION FOR MARKETERS**

BY: _Catherine J. Webking_____

    Catherine J. Webking
    State Bar No. 21050055
    cwebking@scottdoug.com

    SCOTT DOUGLASS & MCCONNICO LLP
    303 Colorado Street, Suite 2400
    Austin, Texas 78701
    512.495.6337
    512.495.6399 (facsimile)

    **ATTORNEYS FOR TEAM**

**AGREED:**

**TXU ENERGY RETAIL COMPANY LLC**

BY:_____

**TEXAS ENERGY ASSOCIATION FOR MARKETERS**

BY:_____

**ALLIANCE FOR RETAIL MARKETS**

BY: _Stv ꟼDn_____

(The participating members of the Alliance for Retail Markets are: Champion Energy Services, LLC; Direct Energy, L.P.; NRG Retail Companies; and TXU Energy Retail Company LLC.)

**NRG COMPANIES**

BY:_____

4

**AGREED:**

**TXU ENERGY RETAIL COMPANY LLC**

BY:_____


**TEXAS ENERGY ASSOCIATION FOR MARKETERS**

BY:_____


**ALLIANCE FOR RETAIL MARKETS**

BY:_____


**NRG COMPANIES**

BY:_____
    Mark A. Walker

4