# EXHIBIT 5

| | |
|---|---|
| **From:** | Galardi, Gregg <Gregg.Galardi@ropesgray.com> |
| **Sent:** | Wednesday, April 19, 2017 9:47 PM |
| **To:** | Jeff Rosenbaum <jRosenbaum@elliottmgmt.com>; Keglevic, Paul <Paul.Keglevic@energyfutureholdings.com> |
| **Cc:** | Horton, Tony <Tony.Horton@energyfutureholdings.com>; *Andy.Wright@energyfutureholdings.com; Kieselstein, Marc <mkieselstein@kirkland.com>; Husnick, Chad J. <chusnick@kirkland.com>; Sprayregen, James H.M. <jsprayregen@kirkland.com>; Sassower, Edward O <esassower@kirkland.com>; *keith.wofford@ropesgray.com |
| **Subject:** | RE: Meeting ? |
| **Attach:** | Active_62237607_3_PSA Amendment Bullet Points.DOCX |

Attached is PSA Bullet Points to discuss with respect to an amendment of the current PIK PSA. If helpful, we can provide some reasoning behind the bullet points prior to Friday's meeting.

Thanks
Gregg


**Gregg M. Galardi**
**ROPES & GRAY LLP**
T +1 212 596 9139 | M +1 917 434 3178
1211 Avenue of the Americas
New York, NY 10036-8704
Gregg.Galardi@ropesgray.com
www.ropesgray.com


This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Jeff Rosenbaum [mailto:jRosenbaum@elliottmgmt.com]
**Sent:** Wednesday, April 19, 2017 1:03 PM
**To:** Keglevic, Paul
**Cc:** Horton, Tony; Wright, Andy; Marc Kieselstein P. Kieselstein; Chad Husnick; jsprayregen@kirkland.com; esassower@kirkland.com; Wofford, Keith H.; Galardi, Gregg; Jeff Rosenbaum
**Subject:** Re: Meeting ?

Thank you Paul.

We (ropes) preparing a one pager with bullets on what we looking to accomplish together and what we think makes sense and is workable for all given the current set of facts and circumstances.

We (ropes) did receive a red-line amendment from Kirkland so our one pager is a response to that to facilitate a discussion as this should highlight the key conversation points and really focus on how we plan to work together -- both substance and timing. We feel pretty aligned here with you and hope you do as well.

We hope to have to you at some point later today.

Thanks again, Jeff


Sent from mobile device

On Apr 19, 2017, at 12:34 PM, Keglevic, Paul <Paul.Keglevic@energyfutureholdings.com> wrote:

> Jeff,
>
> Look forward to working together.
>
> It would be helpful if Ropes and Gray gets KE your "ask" quickly so that we can evaluate it and respond within your desired timetable.
>
> I don't know if we can get to NYC for a face to face but we can certainly get on a conference call and work through any issues that might come up after we have the information from Ropes and Gray.
>
> Travel safe.
>
> Best,

Paul

Paul Keglevic
Chief Executive Officer
Energy Future Holdings
O-214-812-4032
C-214-422-5422


On Apr 19, 2017, at 5:56 AM, Jeff Rosenbaum <jRosenbaum@elliottmgmt.com> wrote:

EXTERNAL EMAIL

Hi Paul / Tony / Andy –

Hope all is well.

I was made aware that my legal team at Ropes & Gray has been discussing with your legal team at K&E required modifications to the PSA that are mutually beneficial to allow us together to participate in dialogue(s) regarding the current contemplated Nextera sponsored acquisition of EFH moving forward in some form in addition to dialogue(s) regarding a variety of potential back-up plans for EFH/EFIH/Oncor.  I assume you are aware of this back and forth.

While I hope they can make some good progress towards a mutually agreeable solution, I do believe this may require some principal-to-principal discussion and/or principal-to-principal alongside legal advisors to make sure document modifications accurately reflect what we are trying to accomplish together from a business perspective.   All this should hopefully be quite simple.

Anyway, we believe these modifications need to be agreed and memorialized by week's end which is only a few days from now.  Accordingly, can one or some of you pls be available for a potential meeting in New York either this Thursday and/or Friday to make sure we can resolve all open issues so we can then turn to the real work at hand which is working together on a variety of potential paths forward.

Please let me know your availability.   I am in San Juan today and back in New York all day tomorrow and Friday and can be available to meet most times those days.

Thank you in advance.

Thank you, Jeff

Jeff Rosenbaum  |  Portfolio Manager  |  Elliott Management Corporation  |  Direct: +1.212.478.1857  |  Asst: +1.212.478.1790  |  Email: jrosenbaum@elliottmgmt.com

Confidentiality Notice from Elliott Management Corporation:

The information contained in this e-mail and any attachments may be legally privileged, proprietary and/or confidential. If you are not an intended recipient, you are hereby notified that any use, copying, disclosure or distribution of all or any portions of this e-mail and any attachments is strictly prohibited. If you received this e-mail in error, please notify the sender, permanently delete the e-mail and any attachments, and destroy all hard copies immediately.

No warranty is made as to the completeness or accuracy of the information contained in this communication. Any views or opinions presented are those of only the author and do not necessarily represent those of Elliott Management Corporation or its related entities. This communication is for information purposes only and should not be regarded as an offer, solicitation or recommendation to sell or purchase any security or other financial product.

Elliott Management Corporation and its related entities reserve the right to monitor all e-mail communications through their networks.

Thank you.

Ropes & Gray Draft – April 19, 2017
Subject to Fed R. Evid. 408

## Talking Points for Amended PIK PSA

**Critical Dates:**

June 7. 2017 – Deadline for PUCT Action on Rehearing
June 30, 2017 – DIP extension with payment of fee to December 30, 2017
December 30, 2017 – Maturity Date of DIP

**Proposal**

- Amended PSA Termination Date: The earlier of the following: (i) **June 7, 2017 (or such later date to which the PUCT extends the time to decide any Rehearing Request); (ii) July 22, 2017, (iii) the date on which the PUCT denies a Rehearing Request, and (iv) the date on which the NextEra Merger Agreement is terminated**
    - Agreed post Amended PSA Termination Date Schedule
        - August 2017: Creditors may file competing Plan and Disclosure Statement ;
        - Disclosure Statement hearing: late September or early October,
        - Plan Confirmation late November or early December
      Plan Effective Date: prior to December 30, 2017, the current DIP Maturity Date.

- Amended PSA: **April 13 through the PSA Termination Date**
    - Supporting Creditors' Commitments:
        - Supporting Creditors Cooperation/Coordination with Debtors:
            - Keep Debtors apprised on regular (weekly) basis, but cannot be required to allow Debtors to participate in all calls
            - Agreed upon business representative from Debtors (principals, not bankers, since Elliott reps will be principals only) will be invited to participate in key meetings
            - Provide the Debtors with notice of any proposed Preferred Backup Proposal (as defined below) within 48 hours of receiving any such proposal
        - Supporting Creditors will not (subject to the Preferred Backup Proposal provisions below):
            - File or join motions or commence adversary proceedings in the Bankruptcy Court seeking relief from the current confirmed Plan (the "Confirmed Plan"), to change votes for the Confirmed Plan or seek to modify (i) of PIK Note claim settlements on post-petition interest, makewhole, or allowed claims or (ii) agreement to accept waterfall and aggregate consideration called for in NEE merger agreement plan, as each of (i) and (ii) were negotiated and approved by Bankruptcy Court as part of the Confirmed Plan or prior to the Confirmed Plan being confirmed consistent with Original PSA, unless Debtors consent in advance in writing to such motion or adversary;
            - Take any actions in any proceeding seeking to terminate or have the Debtors breach the NextEra merger agreement; and
            - Will consider other commitments from Current PSA

62237607_3

- o Supporting Creditor Conduct:
    - Permitted to Transfer Claims (as is now the case, but new rules/mechanics on Permitted Transfers given actual market trades)
    - No Competing Transaction Limitation in PSA:
        - Supporting Creditors permitted to negotiate and discuss all forms of alternative transactions as "Backup Plan Proposals" (without conceding termination of Merger Agreement and entitlement to Breakup Fee) with Debtors and third parties, including
            - o Equitization
            - o Third party and/or affiliates interested in purchasing Claims and/or for purposes of an acquisition proposal
            - o Financing/refinancing including DIP and Exit facilities
        - Supporting Creditors are permitted to file a competing plan of reorganization if
            - o They receive a backup transaction proposal (the "Preferred Backup Proposal") that:
                - The Supporting Creditors are prepared to accept absent the NextEra merger closing;
                - The Debtors are requested to seek Court approval for the Preferred Backup Proposal, but refuse to do so within 48 hours of receiving the request.
- o Debtor commitments
    - Use good faith efforts to negotiate second lien DIP financing with Elliott to eliminate or reduce accruals to first and second lien claimholders;
    - Cooperate and use good faith efforts to facilitate preparation of standby PUCT filing for equitization transaction with Elliott for filing no later than June 7, 2017
    - Others from Current PSA: TBD

- Limitation of Liability:
    - o Exclusive remedy for breach of Amended PSA is injunction or equitable relief, not damages
    - o Waiver of any claims arising under the Current PSA through date of Amendment; no liability for predecessors; statement by Debtors that no defaults or breaches exist.
- Court approval of Amendment:
    - o Motion by April [ ], 2017;
    - o Court Approval by May [ ], 2017;
    - o All amendments filed
- Reservation of Rights:
    - o Supporting Creditors retain all rights to challenge Breakup Fee and any allocation of Breakup Fee
    - o Other rights TBD
- Fees and Expense:
    - o No success fees or bonuses to be paid in connection with the consummation of any transaction or plan of reorganization other than the Confirmed Plan
    - o Supporting Creditor Fees: TBD

62237607_3