# EXHIBIT 6

| | |
|---|---|
| **From:** | Yenamandra, Aparna <aparna.yenamandra@kirkland.com> |
| **Sent:** | Friday, April 21, 2017 1:08 AM |
| **To:** | *keith.wofford@ropesgray.com; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; *ross.martin@ropesgray.com; Jeff Rosenbaum <jRosenbaum@elliottmgmt.com> |
| **Cc:** | Kieselstein, Marc <mkieselstein@kirkland.com>; Husnick, Chad J. <chusnick@kirkland.com>; Sprayregen, James H.M. <jsprayregen@kirkland.com>; Sassower, Edward O <esassower@kirkland.com> |
| **Subject:** | EFH - PSA [Confidential / Subject to FRE 408] |
| **Attach:** | Active_62237607_3_PSA Amendment Bullet Points [Ropes Draft]_46612693_1.D....pdf; Active_62237607_3_PSA Amendment Bullet Points [K&E Draft]_(46612693_2).DOCX |

Ropes team and Jeff, attached please find our comments to the PSA one-pager, redlined against your draft, all rights reserved.

Thanks,

**Aparna Yenamandra**
-----------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4903  **M** +1 908 930 7722
**F** +1 212 446 4900
-----------------------------------------------
aparna.yenamandra@kirkland.com

CNTL-EFX-1231097

~~Ropes & Gray~~K&E Draft – April ~~19~~20, 2017
Subject to Fed R. Evid. 408

## Talking Points for Amended PIK PSA

**Critical Dates:**

June 7. 2017 – Deadline for PUCT Action on Rehearing
June 30, 2017 – DIP extension with payment of fee to December 30, 2017
December 30, 2017 – Maturity Date of DIP

**Proposal**

- Amended PSA Termination Date: December 31, 2017.
- ~~The earlier of the following: (i) June 7, 2017 (or such later date to which the PUCT extends the time to decide any Rehearing Request); (ii) July 22, 2017, (iii) the date on which the PUCT denies a Rehearing Request, and (iv) the date on which the NextEra Merger Agreement is terminated~~
- The Debtors will exercise commercially reasonable efforts to meet the following
    o ~~Agreed post-Amended PSA Termination Date Schedule~~ timeline:
        ▪ August 2017: ~~Creditors may file competing~~File back-up Plan and Disclosure Statement ;
        ▪ Disclosure Statement hearing:  ~~l~~Late September or early October, 2017
        ▪ Plan Confirmation ~~late November or early~~: December 30, 2017
    Plan Effective Date:  ~~prior to December 30, 2017, the current DIP Maturity Date~~By May 15, 2018.

- Amended PSA:  **April 13 through the PSA Termination Date**
    o Supporting Creditors' Commitments:
        ▪ Supporting Creditors Cooperation/Coordination with Debtors:
            • Keep Debtors apprised on regular (weekly) basis, but cannot be required to allow Debtors to participate in all calls
            • Agreed upon business representative from Debtors  (principals, not bankers, since Elliott reps will be principals only) will be invited to participate in key meetings
            • Provide the Debtors with notice of any proposed Preferred Backup Proposal (as defined below) within 48 hours of receiving any such proposal~~Supporting Creditors will not (subject to the Preferred Backup Proposal provisions below):~~proposal
        ▪ ~~-~~Will consider other commitments from Current PSA
        ▪ Vote to accept any back-up plan which is filed in accordance with the PSA
        ▪ Cooperate in good faith to facilitate preparation of standby  PUCT filing for equitization transaction, if requested by the Debtors no later than [August 1, 2017][1]
        ▪ Existing PSA Terms will continue in full force and effect except as set forth in the amendment.

---

[1] [NTD: Discuss.]

62237607_3

~~Ropes & Gray~~K&E Draft – April ~~19~~20, 2017
Subject to Fed R. Evid. 408

- Additionally, supporting Creditors will not (subject to the Preferred Backup Proposal provisions below):
  - File or join motions or commence adversary proceedings in the Bankruptcy Court seeking relief from the current confirmed Plan (the "Confirmed Plan"), to change votes for the Confirmed Plan or seek to modify (i) of PIK Note claim settlements on post-petition interest, makewhole, or allowed claims or (ii) agreement to accept waterfall and aggregate consideration called for in NEE merger agreement plan, as each of (i) and (ii) were negotiated and approved by Bankruptcy Court as part of the Confirmed Plan or prior to the Confirmed Plan being confirmed consistent with Original PSA, unless Debtors consent in advance in writing to such motion or adversary;
  - Take any actions in any proceeding seeking to terminate or have the Debtors breach the NextEra merger agreement; and
  - Be permitted to either file a competing plan that does not reflect the support of the Debtors or support the filing of such plan by another party; *provided, however*, that the Supporting Creditors shall not be required to actively file pleadings or make statements on the record in opposition to a competing transaction.
  - ~~Will consider other commitments from Current PSA~~

- Supporting Creditor Conduct:
  - Permitted to Transfer Claims (~~as is now the case, but new rules/mechanics on Permitted Transfers given actual market trades~~need to discuss any changes to current trading restrictions)
  - No Competing Transaction Limitation in PSA:
    - Supporting Creditors permitted to negotiate and discuss all forms of alternative transactions as "Backup Plan Proposals" (without conceding termination of Merger Agreement and entitlement to Breakup Fee) with Debtors and third parties, including
      - Equitization
      - Third party and/or affiliates interested in purchasing Claims and/or for purposes of an acquisition proposal
      - Financing/refinancing including DIP and Exit facilities; *provided, that*, the Supporting Creditors cannot provide any Company confidential information to any such parties unless such parties are party to an NDA with the Company.
    - ~~Supporting Creditors are permitted to file a competing plan of reorganization if~~
      - ~~They receive a backup transaction proposal (the "Preferred Backup Proposal") that:~~
        - ~~The Supporting Creditors are prepared to accept absent the NextEra merger closing;~~
        - ~~The Debtors are requested to seek Court approval for the Preferred Backup Proposal, but refuse to do so within 48 hours of receiving the request.~~

62237607_3

CNTL-EFX-1231098

~~Ropes & Gray~~<u>K&E</u> Draft – April ~~19~~<u>20</u>, 2017
Subject to Fed R. Evid. 408

- o Debtor commitments
  - Use good faith efforts to negotiate second lien DIP financing with Elliott <u>and/or other parties</u> to eliminate or reduce accruals to first and second lien claimholders; <u>*provided, however*, that the ultimate decision about whether to pursue a second lien DIP will be in the Debtors' sole discretion, upon advice of counsel and bankers;</u>
  - Cooperate and use good faith efforts to facilitate preparation of standby PUCT filing for equitization transaction with Elliott <u>and/or other parties</u> for filing no later than ~~June 7~~<u>[August 1</u>, 2017<u>]</u>[2]
  - Others from Current PSA: TBD

- Limitation of Liability:
  - o Exclusive remedy for breach of Amended PSA is injunction or equitable relief, not damages
  - o Waiver of any claims arising under the Current PSA through date of Amendment; no liability for predecessors; statement by Debtors that no defaults or breaches exist. <u>[Mutual Waiver of Claims under current PSA]</u>
- ~~Court approval of Amendment:~~
  - ~~Motion by April [ ], 2017;~~
  - ~~Court Approval by May [ ], 2017;~~
  - ~~All amendments filed~~
- Reservation of Rights:
  - o Supporting Creditors retain all rights to challenge Breakup Fee and any allocation of Breakup Fee
  - o Other rights TBD
- Fees and Expense:
  - ~~No success fees or bonuses~~<u>Debtors</u> to ~~be paid~~<u>support request by Supporting Creditors for substantial contribution claim against EFIH</u> in connection with ~~the consummation~~<u>confirmation</u> of ~~any transaction or plan of reorganization other than the Confirmed~~<u>back-up</u> Plan
  - ~~Supporting Creditor Fees: TBD~~
  - o <u>[2]</u>

---

[2] <u>[NTD: Discuss.]</u>

62237607_3

CNTL-EFX-1231098

K&E Draft – April 20, 2017<br>Subject to Fed R. Evid. 408

## Talking Points for Amended PIK PSA

**Critical Dates:**

June 7. 2017 – Deadline for PUCT Action on Rehearing
June 30, 2017 – DIP extension with payment of fee to December 30, 2017
December 30, 2017 – Maturity Date of DIP

**Proposal**

- Amended PSA Termination Date: December 31, 2017.
    - The Debtors will exercise commercially reasonable efforts to meet the following timeline:
        - August 2017: File back-up Plan and Disclosure Statement ;
        - Disclosure Statement hearing:  Late September or early October 2017
        - Plan Confirmation: December 30, 2017
    - Plan Effective Date:  By May 15, 2018.

- Amended PSA:  **April 13 through the PSA Termination Date**
    - Supporting Creditors' Commitments:
        - Supporting Creditors Cooperation/Coordination with Debtors:
            - Keep Debtors apprised on regular (weekly) basis, but cannot be required to allow Debtors to participate in all calls
            - Agreed upon business representative from Debtors  (principals, not bankers, since Elliott reps will be principals only) will be invited to participate in key meetings
            - Provide the Debtors with notice of any proposed Preferred Backup Proposal (as defined below) within 48 hours of receiving any such proposal
            - Will consider other commitments from Current PSA
            - Vote to accept any back-up plan which is filed in accordance with the PSA
            - Cooperate in good faith to facilitate preparation of standby  PUCT filing for equitization transaction, if requested by the Debtors no later than [August 1, 2017][1]
        - Existing PSA Terms will continue in full force and effect except as set forth in the amendment.
        - Additionally, supporting Creditors will not (subject to the Preferred Backup Proposal provisions below):
            - File or join motions or commence  adversary proceedings in the Bankruptcy Court seeking relief from the current confirmed  Plan (the "Confirmed Plan"), to change votes for the Confirmed Plan or seek to modify  (i) of PIK Note claim settlements on post-petition interest, makewhole, or allowed claims or (ii) agreement to accept waterfall and

---

[1]    [NTD: Discuss.]

62237607_3

K&E Draft – April 20, 2017
Subject to Fed R. Evid. 408

- aggregate consideration called for in NEE merger agreement plan, as each of (i) and (ii) were negotiated and approved by Bankruptcy Court as part of the Confirmed Plan or prior to the Confirmed Plan being confirmed consistent with Original PSA, unless Debtors consent in advance in writing to such motion or adversary;
- Take any actions in any proceeding seeking to terminate or have the Debtors breach the NextEra merger agreement; and
- Be permitted to either file a competing plan that does not reflect the support of the Debtors or support the filing of such plan by another party; *provided, however*, that the Supporting Creditors shall not be required to actively file pleadings or make statements on the record in opposition to a competing transaction.

- Supporting Creditor Conduct:
  - Permitted to Transfer Claims (need to discuss any changes to current trading restrictions)
  - No Competing Transaction Limitation in PSA:
    - Supporting Creditors permitted to negotiate and discuss all forms of alternative transactions as "Backup Plan Proposals" (without conceding termination of Merger Agreement and entitlement to Breakup Fee) with Debtors and third parties, including
      - Equitization
      - Third party and/or affiliates interested in purchasing Claims and/or for purposes of an acquisition proposal
      - Financing/refinancing including DIP and Exit facilities; *provided, that*, the Supporting Creditors cannot provide any Company confidential information to any such parties unless such parties are party to an NDA with the Company.

- Debtor commitments
  - Use good faith efforts to negotiate second lien DIP financing with Elliott and/or other parties to eliminate or reduce accruals to first and second lien claimholders; *provided, however*, that the ultimate decision about whether to pursue a second lien DIP will be in the Debtors' sole discretion, upon advice of counsel and bankers;
  - Cooperate and use good faith efforts to facilitate preparation of standby PUCT filing for equitization transaction with Elliott and/or other parties for filing no later than [August 1, 2017][2]
  - Others from Current PSA: TBD

- Limitation of Liability:
  - Exclusive remedy for breach of Amended PSA is injunction or equitable relief, not damages

---

[2] [NTD: Discuss.]

62237607_3

K&E Draft – April 20, 2017
Subject to Fed R. Evid. 408

- - Waiver of any claims arising under the Current PSA through date of Amendment; no liability for predecessors; statement by Debtors that no defaults or breaches exist. [Mutual Waiver of Claims under current PSA]
- Reservation of Rights:
  - Supporting Creditors retain all rights to challenge Breakup Fee and any allocation of Breakup Fee
  - Other rights TBD
- Fees and Expense:
  - Debtors to support request by Supporting Creditors for substantial contribution claim against EFIH in connection with confirmation of back-up Plan.

62237607_3

CNTL-EFX-1231099