# EXHIBIT 8

| | |
|---|---|
| **From:** | Chaikin, Rebecca Blake <rebecca.chaikin@kirkland-ellis.com> |
| **Sent:** | Friday, April 28, 2017 9:11 PM |
| **To:** | *keith.wofford@ropesgray.com; Gregg.Galardi@ropesgray.com |
| **Cc:** | Sprayregen, James H.M. <jsprayregen@kirkland.com>; Sassower, Edward O <esassower@kirkland.com>; chad.husnick@kirkland.com; Kieselstein, Marc <mkieselstein@kirkland.com>; aparna.yenamandra@kirkland.com |
| **Subject:** | EFH - Unilateral Waiver Language |

Keith, Greg,

Per your discussion with Chad, below is draft language that the Debtors would send to memorialize the unilateral waiver we have discussed. This remains subject to further review and comment.

> EFH/EFIH Debtors party to the attached Restructuring Support Agreement, dated January 2, 2017 and as amended on January 19, 2017 (and as may be amended, modified, or supplemented from time to time, the "Plan Support Agreement"), agree not to enforce the restrictions under the Plan Support Agreement on Supporting Creditors' ability to have discussions or negotiations with the EFH/EFIH Debtors or other parties regarding potential Backup Plan Proposals (as defined in the Merger Agreement[FN]); *provided*, that the Supporting Creditor and any party with whom the Supporting Creditor is having discussions or negotiations are parties to currently effective non-disclosure agreements with the EFH/EFIH Debtors. Except as specifically stated in the prior sentence, the EFH/EFIH Debtors reserve all rights under the Plan Support Agreement, including, but not limited to, restrictions on the ability of Supporting Creditors to file or support alternative plans of reorganization, and the Plan Support Agreement shall remain in full force and effect. Capitalized terms used but not defined herein shall have the meaning set forth in the Plan Support Agreement.
>
> [FN] The Merger Agreement defines "Backup Plan Proposal" as "any inquiry, proposal or offer that (i) would constitute an Acquisition Proposal (including for the avoidance of doubt, a standalone plan of reorganization negotiated with existing creditors of the Company or EFIH) but for its express exclusion from the definition of Acquisition Proposal and, (ii) by its terms, contemplates consummation or closing of such Backup Plan Proposal only after termination of this Agreement other than a termination arising as a result of the adoption, approval, recommendation, or entry into a definitive agreement with respect to such Backup Plan Proposal. Merger Agreement § 6.2(h), *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS) (Bankr. D. Del. Sept. 19, 2016) [D.I. 9584].

Thanks,

**Rebecca Blake Chaikin**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
T +1 212 446 6449
F +1 212 446 4900
------------------------------------------------
rebecca.chaikin@kirkland.com