# EXHIBIT 10

| | |
|---|---|
| **From:** | Husnick, Chad J. <chusnick@kirkland.com> |
| **Sent:** | Saturday, April 29, 2017 3:52 PM |
| **To:** | *keith.wofford@ropesgray.com; Sprayregen, James H.M. <jsprayregen@kirkland.com>; Sassower, Edward O <esassower@kirkland.com> |
| **Cc:** | Kieselstein, Marc <mkieselstein@kirkland.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; *ross.martin@ropesgray.com; Agudelo, Jonathan <Jonathan.Agudelo@ropesgray.com> |
| **Subject:** | Re: EFIH -- Letter dated April 28, 2017 |

The Debtors hereby withdraw the offer to do a unilateral waiver. The terms of the Restructuring Support Agreement remain in full force and effect and the Debtors reserve all rights. We will have to get direction from Judge Sontchi.

Chad J. Husnick, P.C.
-------------------------------------------------------
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2009  M +1 630 291 1947
-------------------------------------------------------
chad.husnick@kirkland.com

On Apr 28, 2017, at 7:11 PM, Wofford, Keith H. <Keith.Wofford@ropesgray.com> wrote:

> Marc, Chad --
>
> Please see attached.  We look forward to discussing the proposal you sent today, as well as the attached, during the coming week.
>
> Regards,
> Keith
>
>
>
> Keith H. Wofford
> ROPES & GRAY LLP
> T +1 212 841 8816 | M +1 917 570 5071
> 1211 Avenue of the Americas
> New York, NY 10036-8704
> keith.wofford@ropesgray.com
> www.ropesgray.com
>
>
>
> This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.
>
> <Letter dated April 28, 2017.pdf>