# EXHIBIT 12

| | |
|---|---|
| **From:** | Husnick, Chad J. <chad.husnick@kirkland-ellis.com> |
| **Sent:** | Tuesday, May 2, 2017 9:16 PM |
| **To:** | Galardi, Gregg <Gregg.Galardi@ropesgray.com> |
| **Cc:** | Kieselstein, Marc <mkieselstein@kirkland.com>; *ross.martin@ropesgray.com; *keith.wofford@ropesgray.com |
| **Bcc:** | Husnick, Chad J. <chusnick@kirkland.com> |
| **Subject:** | Re: Elliott DIP Proposal |

Gregg--

The Debtors are willing to provide Elliott and its affiliates that are holders of the unsecured notes issued by EFIH a limited waiver of restrictions under the restructuring support agreement dated January 2, 2017 and as amended on January 19, 2017, solely to the extent necessary to permit Elliott to make a proposal to EFIH for debtor in possession financing. Other than as set forth in the prior sentence, the Debtors reserve all of their rights under the restructuring support agreement and the provisions of that agreement remain in full force and effect.

Thanks,

Chad J. Husnick, P.C.
-----------------------------------------------------
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2009  M +1 630 291 1947
-----------------------------------------------------
chad.husnick@kirkland.com

On May 1, 2017, at 6:17 PM, Galardi, Gregg <Gregg.Galardi@ropesgray.com> wrote:

Marc and Chad,

As you know, we represent Elliott Management. As previously mentioned, Elliott is prepared to provide the Debtors with a proposal for debtor in possession financing. This financing would enable the Debtors to reduce the accrual of interest and fees with respect to the unpaid claims of the First Lien and Second Lien note holders and contemplates an equitization of the DIP financing on consummation of a plan of reorganization. While Elliott believes that it is free to enter into negotiations with the Debtors regarding such debtor in possession financing and that no claims exist or could be asserted in connection with its doing so, Elliott nonetheless requests that the Debtors confirm the same and that the Debtors waive and will not assert any claims against Elliott in connection with or arising out of its providing the Debtors with a DIP financing term sheet. Upon receipt of the Debtors' confirmation, we will provide you with a term sheet reflecting Elliott's proposal for debtor in possession financing.

Best
Gregg

**Gregg M. Galardi**
**ROPES & GRAY LLP**
T +1 212 596 9139 | M +1 917 434 3178
1211 Avenue of the Americas
New York, NY 10036-8704
Gregg.Galardi@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.