# EXHIBIT 14

| | |
|---|---|
| **From:** | Keglevic, Paul <paul.keglevic@efh.com> |
| **Sent:** | Thursday, May 4, 2017 5:38 PM |
| **To:** | Chad Husnick <chusnick@kirkland.com>; Edward O Sassower <esassower@kirkland.com>; James H. M. Sprayregen <jsprayregen@kirkland.com>; Marc Kieselstein P. Kieselstein <mkieselstein@kirkland.com>; aparna.yenamandra@kirkland.com |
| **Subject:** | Fwd: Meeting |

Paul Keglevic
Chief Executive Officer
Energy Future Holdings
O-214-812-4032
C-214-422-5422

Begin forwarded message:

> **From:** "Keglevic, Paul" <Paul.Keglevic@energyfutureholdings.com>
> **Date:** May 4, 2017 at 11:19:15 AM MDT
> **To:** Jeff Rosenbaum <jRosenbaum@elliottmgmt.com>
> **Cc:** "Horton, Tony" <Tony.Horton@energyfutureholdings.com>, Ying David <ying@evercore.com>, Husnick Chad <chusnick@kirkland.com>, "Galardi, Gregg" <Gregg.Galardi@ropesgray.com>, "Martin, D. Ross" <Ross.Martin@ropesgray.com>, Keith Wofford <Keith.Wofford@ropesgray.com>, Dave Miller <dMiller@elliottmgmt.com>, Jeremy Grant <jGrant@elliottmgmt.com>
> **Subject: Re: Meeting**
>
> Jeff,
>
> I am unaware of restrictions beyond the PSA imposed by the debtor?
>
> We believe the waiver discussed in my note allows us to work towards an alternative plan immediately and would be a worthwhile exercise.
>
> This was my attempt to avoid "over lawyering" you mentioned in a prior email.
>
> Best,
>
> Paul
>
>
> Paul Keglevic
> Chief Executive Officer
> Energy Future Holdings
> O-214-812-4032
> C-214-422-5422
>
>
> On May 4, 2017, at 11:09 AM, Jeff Rosenbaum <jRosenbaum@elliottmgmt.com> wrote:
>
>> EXTERNAL EMAIL
>>
>> Hi Paul –
>>
>> Thanks for the note.
>>
>> Unfortunately, the Debtors are still imposing restrictions that go beyond the PSA, which PSA we believe does not bind Elliott as a holder of any securities. Elliott needs to be free to take action as a holder of such securities without the threat of litigation that Elliott is in breach of the PSA or the cause for a triggering of the NextEra break-up fee.
>>
>> Please let us know.
>>
>> Thank you, Jeff
>>
>> ---
>>
>> **From:** Keglevic, Paul [mailto:Paul.Keglevic@energyfutureholdings.com]
>> **Sent:** Thursday, May 04, 2017 11:49 AM
>> **To:** Jeff Rosenbaum <jRosenbaum@elliottmgmt.com>
>> **Cc:** Horton, Tony <Tony.Horton@energyfutureholdings.com>; Ying David <ying@evercore.com>; Husnick Chad

<chusnick@kirkland.com>
**Subject:** Meeting

Jeff,

As we discussed on April 21st, we share your objective to maximize value for the EFIH and EFH estates. To that end, we continue to support NEE's efforts on the motion for rehearing process. In the event that process does not yield the desired result, we would like to be ready to discuss Backup Plan Proposals (as defined in the NextEra Merger Agreement), in a manner that is permitted by the NextEra Merger Agreement.

Our mutually shared goal here is to discuss EFH's and EFIH's emergence from chapter 11 as expeditiously as possible, and with the best available deal that maximizes value for all stakeholders.

We are ready to meet with you and any other party to push those discussions forward, at your convenience, and subject to the execution of any necessary NDAs.

Given that the EFIH DIP currently expires on June 30th (with the ability to extend it to the end of the year), we also stand ready to discuss any extension or refinancing alternatives.

To facilitate the above, this letter services as notice of the following:

- EFH and EFIH hereby waive any restrictions Elliott has under the PIK PSA to refrain from discussions and negotiations (a) with third-parties or creditors regarding a Backup Plan Proposal (provided such parties are subject to a current NDA with the Debtors) or (b) with any parties regarding potential EFIH DIP proposals (again subject to the execution of any necessary NDAs).

    o This limited waiver does not extend to the filing or prosecution of any financing or restructuring proposals that are not supported by EFH or EFIH.

    o Counsel has already made clear what our position is on the enforceability of the PSA.

- We are willing to provide the same waiver to any other PIK holders party to the PIK PSA.

Best,

Paul

Paul Keglevic
Office 214-812-4032
Mobile 214-422-5422
Mobile 213-509-3173

Confidentiality Notice from Elliott Management Corporation:

The information contained in this e-mail and any attachments may be legally privileged, proprietary and/or confidential. If you are not an intended recipient, you are hereby notified that any use, copying, disclosure or distribution of all or any portions of this e-mail and any attachments is strictly prohibited. If you received this e-mail in error, please notify the sender, permanently delete the e-mail and any attachments, and destroy all hard copies immediately.

No warranty is made as to the completeness or accuracy of the information contained in this communication. Any views or opinions presented are those of only the author and do not necessarily represent those of Elliott Management Corporation or its related entities. This communication is for information purposes only and should not be regarded as an offer, solicitation or recommendation to sell or purchase any security or other financial product.

Elliott Management Corporation and its related entities reserve the right to monitor all e-mail communications through their networks.

Thank you.