# EXHIBIT 18

| **From:** | Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com> |
| **Sent:** | Thursday, June 22, 2017 6:47 PM |
| **To:** | jRosenbaum@elliottmgmt.com; dMiller@elliottmgmt.com; bFeingerts@elliottmgmt.com; Gregg.Galardi@ropesgray.com; JonathanGill@elliottmgmt.com |
| **Cc:** | Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Patel, Neal <Neal.Patel@Evercore.com>; *connor.boyce@evercore.com; Paul.Keglevic@energyfutureholdings.com; Tony.Horton@energyfutureholdings.com; *Andy.Wright@energyfutureholdings.com; Husnick, Chad J. <chusnick@kirkland.com> |
| **Subject:** | FW: Revised: EFH/EFIH Restructuring and Debt Capital Needs Update |
| **Attach:** | 2017.06.12 Elliot Termsheet EVR Edit v_01.xlsx; EFH-EFIH Restructuring and Debt Capital Needs Update v2 [EFH markup]_(47460940_3).PDF |

Elliott team, we noted that a few changes from our markup did not make their way into the deck, those changes are included in the markup attached here.

- We have also included the excel support for the PDF mark-up. The first tab reflects what you sent to Tony a couple weeks ago. The second tab reflects the following changes highlighted in yellow: 1) updated claim figures and 2) reflecting 2/3rds of the LBO notes to roll into the 2L DIP along with 2/3rds of the PIKs. Please let us know if helpful to discuss.

EFH is reaching out to Oncor for the Regulation G reconciliation of EBITDA to new income information.

Thanks,

**Rebecca Blake Chaikin**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 6449
**F** +1 212 446 4900
------------------------------------------------
rebecca.chaikin@kirkland.com

---

**From:** Yenamandra, Aparna
**Sent:** Wednesday, June 21, 2017 4:50 PM
**To:** Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>
**Subject:** FW: Revised: EFH/EFIH Restructuring and Debt Capital Needs Update

**Aparna Yenamandra**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4903  **M** +1 908 930 7722
**F** +1 212 446 4900
------------------------------------------------
aparna.yenamandra@kirkland.com

---

**From:** Jeremy Grant [mailto:jGrant@elliottmgmt.com]
**Sent:** Wednesday, June 21, 2017 3:41 PM
**To:** Paul.Keglevic@energyfutureholdings.com; 'Horton, Tony' <Tony.Horton@energyfutureholdings.com>;
*Andy.Wright@energyfutureholdings.com <Andy.Wright@energyfutureholdings.com>; Husnick, Chad J.

<chusnick@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>
**Cc:** Jeff Rosenbaum <jRosenbaum@elliottmgmt.com>; Dave Miller <dMiller@elliottmgmt.com>; Bradley Feingerts
<bFeingerts@elliottmgmt.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Jonathan Gill
<JonathanGill@elliottmgmt.com>
**Subject:** Revised: EFH/EFIH Restructuring and Debt Capital Needs Update

Please see attached for the latest version of the slide deck. As discussed on the call this morning with Paul, we would like the company to begin to engage with third parties who have signed joinders, as soon as this week. We are available to discuss at your convenience.

*The attached presentation was prepared in good faith and contains information obtained from sources believed by Elliott Management Corporation to be reliable but which have not been independently verified by Elliott. None of Elliott, its officers, agents or representatives makes any representation or warranty in respect of any information contained in the presentation. You should independently review and confirm the contents of the presentation.*

*The attached presentation and this communication are provided subject in all respects to FRE Rule 408 and all other applicable privileges.*

**Jeremy Grant**
Elliott Management Corporation
Direct: +1 (212) 478 1797

Confidentiality Notice from Elliott Management Corporation:

The information contained in this e-mail and any attachments may be legally privileged, proprietary and/or confidential. If you are not an intended recipient, you are hereby notified that any use, copying, disclosure or distribution of all or any portions of this e-mail and any attachments is strictly prohibited. If you received this e-mail in error, please notify the sender, permanently delete the e-mail and any attachments, and destroy all hard copies immediately.

No warranty is made as to the completeness or accuracy of the information contained in this communication. Any views or opinions presented are those of only the author and do not necessarily represent those of Elliott Management Corporation or its related entities. This communication is for information purposes only and should not be regarded as an offer, solicitation or recommendation to sell or purchase any security or other financial product.

Elliott Management Corporation and its related entities reserve the right to monitor all e-mail communications through their networks.

Thank you.

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Oncor Electric Delivery Company

*EFH/EFIH Restructuring and Debt Capital Needs Update*

June/July 2017

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Table of Contents

☐ Important Legal Disclaimers — 3

☐ Company Overview — 5

☐ Organizational Structure — 10

☐ Proposed Reorganization & Capital Needs — 13

☐ Financials — 20

☐ Valuation — 25

☐ Anticipated Timeline — 31

☐ Newly Filed 1st Lien DIP-to-Exit Facility — 33

☐ Utility Funding Examples — 36

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Important Legal Disclaimers

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Important Legal Disclaimers

In this presentation, Energy Future Holdings Corp. (f/k/a TXU Corp.) ("EFH", and together with certain of its subsidiaries, the "Debtors") describes in summary fashion a potential opportunity to provide Second Lien DIP financing (the "2L DIP") to Energy Future Intermediate Holdings Company, LLC ("EFIH") in connection with a currently contemplated Plan of Reorganization of the Debtors (the "Contemplated Plan") which would, if confirmed by the Bankruptcy Court, upon effectiveness, represent the right to receive common equity interests in the reorganized EFH.

The transactions contained in the Contemplated Plan are subject to several significant contingencies, including but not limited to: satisfactory resolution of outstanding matters between the Debtors and NextEra Energy; entry into definitive commitment and loan documentation relating to the 2L DIP and related transactions by the Debtors and potential financing sources; various approvals from the Bankruptcy Court relating to the 2L DIP, other related financings of the Debtors, the Contemplated Plan and related disclosure statement together with the confirmation of the Contemplated Plan; various required regulatory approvals, including but not limited to approvals and actions of the Public Utility Commission of Texas (PUCT), and the receipt of certain private letter rulings from the IRS.  Reorganized EFH Implied Set-Up Value may be impacted by resolution of matters relating to a potential $275 million termination fee included in the July 29, 2016 merger agreement between EFH, EFIH and NextEra (the "Break Up Fee").  Any potential liability of EFIH regarding the Break Up Fee would be contested and any liability, if finally determined, will be subject to allocation between EFH and EFIH.  Only potential liability i) finally determined and ii) allocated to EFIH would impact Reorganized EFH Implied Set-Up Value

This presentation was prepared exclusively for the benefit and use of the persons to whom it is directly addressed and delivered and is expressly subject to all terms and conditions of the Confidentiality Agreement or joinder to the Confidentiality Agreement previously entered into by you.  As a recipient of this presentation you acknowledge that you have represented to EFH that you are a "Qualified Institutional Buyer" within the meaning of Rule 144A under the Securities Act of 1933, as amended. Distribution of this presentation to any person other than (a) the person receiving this presentation from EFH or (b) any person retained to advise the person receiving this presentation from EFH (each, an "Authorized Person") is unauthorized, and any photocopying, disclosure or alteration of this presentation, and any forwarding of a copy of this presentation or a portion thereof by electronic mail or otherwise to any person other than an Authorized Recipient is prohibited.

This presentation is for discussion purposes only and is incomplete without additional information about the Debtors and their majority-owned subsidiary, Oncor Electric Delivery Company LLC ("Oncor"), which information may be available upon request.  The sole purpose of this presentation is to provide an update on the potential restructuring of the Debtors and to describe in summary terms an opportunity to provide 2L DIP financing to EFIH. Neither this presentation nor any of its contents may be distributed or used for any other purpose.  Certain information contained in this presentation is based upon or derived from information provided or prepared by third party sources, and while there is no reason to believe that such information is inaccurate, the information provided or prepared by third party sources has not been independently verified, and accordingly none of the Debtors or any other person makes any representation or warranty in respect of such information.  The description of certain aspects of the Debtors and Oncor herein is a condensed summary only.  This summary does not purport to be complete and no obligation to update or otherwise revise such information is being assumed.  Nothing shall be relied upon as a promise or representation made by any person as to the future performance of the Debtors or Oncor.  This summary is not advice, a recommendation or an offer to enter into any transaction involving the Debtors or Oncor.  There is no guarantee that any of the goals, targets or objectives described herein will be achieved.  You should not view the past performance of the Debtors or Oncor, or information about the market, as indicative of the Debtors' or Oncor's future results.  Any recipients of this presentation should seek advice from their own independent tax, accounting, financial, ERISA, investment and legal advisors to properly asses the merits and risks associated with any transaction involving the Debtors or Oncor in light of their own financial condition and other circumstance.

The statements contained in this presentation that are not historical facts are forward-looking statements.  Such forward-looking statements may be identified by, among other things, the use of forward-looking terminology such as "anticipate," "believe," "plan," "expect," "future," "intend," "will," "could" or "should" or the negative thereof or any other variations thereon or comparable terminology or expressions, or by discussions of strategy that involve risks and uncertainties.  No undue reliance should be placed on forward-looking statements.  Forward-looking statements are necessarily speculative in nature, and some or all of the assumptions underlying any forward-looking statements may not materialize or may vary significantly from actual results.  Variations between assumptions and results may be material.

THIS PRESENTATION IS NOT AN OFFER WITH RESPECT TO ANY SECURITIES, A SOLICITATION OF OFFERS TO PURCHASE SECURITIES, OR A SOLICITATION OF ACCEPTANCES OF A CHAPTER 11 PLAN WITHIN THE MEANING OF SECTION 1125 OF THE BANKRUPTCY CODE.  ANY SUCH OFFER OR SOLICITATION WILL COMPLY WITH ALL APPLICABLE SECURITIES LAWS AND/OR PROVISIONS OF THE BANKRUPTCY CODE. NOTHING CONTAINED IN THIS PRESENTATION SHALL BE AN ADMISSION OF FACT OR LIABILITY.

4

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Company Overview



Oncor Electric Delivery Company

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Oncor: Business Overview*



Oncor Electric Delivery

- Oncor is a fully-regulated electricity transmission and distribution (T&D or "wires") utility that delivers electricity to customers through its electrical system and provides transmission grid connections to merchant generation facilities and interconnections to other transmission grids in Texas
  - No generation or retail assets

- Oncor is the largest T&D system in Texas
  - Delivers electricity to more than 3.4mm homes/businesses
  - Operates more than 122,000 miles of T&D lines

- Oncor's rates are regulated by the Public Utility Commission of Texas** ("PUCT")
  - 10.25% allowed ROE
  - 60%/40% regulated debt-to-equity ratio at OpCo

- Oncor's T&D assets are located principally in the north-central, eastern and western parts of Texas
  - Service territory has a population in excess of 10mm (~40% of the population of Texas)
  - Comprises 91 counties and 402 municipalities, including Dallas, Fort Worth, Waco, Wichita Falls, Midland and Odessa

- Given strong population and GDP growth in Texas as well as the build out of utility-scale renewables in Oncor's service territories, Oncor has and expects to continue to experience strong underlying growth fundamentals for a regulated utility
  - Texas is generally seen as having a supportive regulatory and rate-making environment

- Oncor senior management to remain in place
  - Long-tenured and has demonstrated a strong track record of running the business from safety, reliability and financial perspectives. Also enjoys strong, positive relationships with regulatory commissioners and staff as well as key consumer advocacy groups in Texas

*Source: Oncor and EFH SEC Filings, Oncor PUCT Filings, and Oncor and EFH Public Presentations
**Rate case pending

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Oncor: Cost of Service Rate Design Overview[*]

☐ Oncor is a fully-regulated monopoly Transmission & Distribution utility operating under a traditional cost-of-service model

   ■ Oncor does not bear any commodity risk

☐ Rates are built from the bottom-up – from allowed ROE / net income up to a revenue requirement

   ■ Revenue requirement is then spread out over customer usage and charged on a usage basis to customers[**]

☐ Rate base is a regulatory accounting concept similar to net PP&E from a GAAP perspective

   ■ Rate base can include cash, working capital, deductions for accumulated provisions for depreciation, contributions in aid of construction, accumulated deferred income taxes, etc.

   ■ The utility has an allowed rate base (that changes over time with trackers) which, in simple terms, can be thought of as rate base plus CapEx minus D&A

☐ Regulator sets an allowed capital structure on rate base – for Oncor, the allowed capitalization ratio is 60% Debt / 40% Equity

☐ The utility is then allowed to earn an ROE on the equity portion of the rate base – for Oncor, this amounts to a 10.25% allowed ROE on the 40% equity component of the rate base

☐ All costs of service are then added to the allowed ROE / net income to build up to a revenue requirement

   ■ Income taxes, interest on the debt component of the rate base, D&A, G&A, O&M, etc. are all added

☐ Calculated revenue requirement is then spread over projected annual customer usage and charged to customers as a per-kWh charge appearing on monthly electricity bills[**]

   ■ Variability in realized revenue is based on the variance of actual system usage from projected usage (e.g., as a result of warmer or colder than normal weather during a given period, unplanned system outages, etc.)

   ■ Usage (and hence revenue) grows over time along with population and GDP growth within the service territory

☐ Actual earned ROE / net income can deviate from allowed ROE / net income based on actual realized revenue and/or operating costs that deviate from plan

---

[*]Source: Oncor and EFH SEC Filings, Oncor PUCT Filings, Oncor and EFH Public Presentations, and Edison Electric Institute (EEI)

[**]Residential and small business customers are billed on usage. Large commercial and industrial customers are billed on demand

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Oncor: Ring-Fencing*

- At the time of the TXU LBO in 2007 by KKR, TPG and Goldman Sachs, various "ring-fencing" measures were implemented in order to enhance the separateness of the regulated utility (Oncor) from Texas Competitive Electric Holdings (TCEH), the holding company that owned merchant wholesale generation assets and retail electricity sales operations

  - TCEH is now a fully separate and stand-alone publicly-traded company called Vistra Energy (VST)

- These measures included, among other things:

  - Sale of a 19.75% equity interest to Texas Transmission Holdings ("TTH"), an entity jointly owned by:

    - Borealis Infrastructure (infrastructure investment arm of OMERS) and

    - GIC (Government of Singapore Investment Corporation)

  - Maintenance of separate books and records

  - Requirement that independent directors constitute a majority of the Oncor Board of Directors

  - Prohibitions on the Oncor entities providing credit support to TCEH

---

*Source: Oncor and EFH SEC Filings, Oncor PUCT Filings, and Oncor and EFH Public Presentations

8

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Oncor: Key Growth Drivers and Risks[*]

| Long-Term Business Growth Drivers | • Rate base growth (shorthand = CapEx – D&A)<br>  • Electric infrastructure build-out (e.g., renewables into grid)<br>  • T&D CapEx "trackers" allowed for by PUCT while providing for faster recovery of new CapEx investments and avoiding regulatory lag on returns<br>• Electricity usage<br>  • Population<br>  • GDP<br>• Regulated returns<br>  • Allowed ROE<br>  • Regulated capital structure |
| --- | --- |
| Short-Term Business Growth Drivers | • Electricity usage<br>  • Weather<br>  • Population<br>  • GDP<br>  • Expenses |
| Key Business Risks | • Monopoly business within service territory – no competition<br>• Regulatory – allowed ROE, regulated capital structure<br>• Likely continuation of existing ring-fence<br>• Interest rates<br>• See also the additional "Risk Factors" described in Oncor's 2016 Form 10-K, filed with the SEC on 3/9/17 |

*Source: Oncor and EFH SEC Filings, Oncor PUCT Filings, Oncor and EFH Public Presentations, and Edison Electric Institute (EEI)

9

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Organizational Structure

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

## Organizational Structure: Current Claims*



**Pre-Exit Capital Structure**

| | |
|---|---|
| Legacy Debt (Claim) | $607 |
| GUCs | 50 |
| TCEH InterCo | 700 |
| **Total EFH Claims** | **$1,357** |

**Pre-Exit Capital Structure**

| | |
|---|---|
| 1L DIP | $5,475 |
| 1L Stubs (Claim at 7/31/17) | 559 |
| 2L Debt (Claim at 8/31/17) | 2,497 |
| PIKs (Face) | 1,568 |
| **Total EFIH Claims** | **$10,099** |

"Ring-fence"

| | |
|---|---|
| Oncor Debt | $6,721 |

*Regulated 60%/40% (Debt/Equity) Capital Structure*
*Note: Debt reflects outstanding balance as of 3/31/17*

**Energy Future Holdings (EFH)**

100%

**Energy Future Intermediate Holdings (EFIH)**

100%

**Oncor Holdings**

80.03%

19.75%

0.22%

**Oncor Electric Delivery**

**Texas Transmission Holdings (Borealis and GIC)**

**Oncor Management Invest (Oncor Management)**

*Source: Oncor Form 10-Q; Pre-Exit Capital Structure from EFH

11

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Organizational Structure: Pro Forma at Exit*



**Exit Capital Structure**

| | |
|---|---|
| Cash | $75 |
| 1L Term Loan | 4,000 |
| **Net Debt** | **$3,925** |

"Ring-fence"

| | |
|---|---|
| Oncor Debt | $6,721 |

*Regulated 60%/40% (Debt/Equity) Capital Structure*
*Note: Debt reflects outstanding balance as of 3/31/17*

Energy Future Holdings (EFH)

Energy Future Intermediate Holdings (EFIH)

Oncor Holdings

Oncor Electric Delivery

Texas Transmission Holdings (Borealis and GIC)

Oncor Management Invest (Oncor Management)

100%

100%

80.03%

19.75%

0.22%

*Source: Oncor Form 10-Q; Exit Capital Structure based upon transactions anticipated in the Contemplated Plan

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Proposed Reorganization & Capital Needs

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

## Contemplated Plan: Overview

- ☐ The Contemplated Plan provides the following key building blocks for the set-up value of New EFH at exit:
  - $4.0 billion of a 1st Lien Term Loan
    - ☐ $3.9 billion net of cash (at exit)
  - $1.5 billion of New EFH Convertible Preferred Stock, potentially structured as a hybrid
  - ~$3.96 billion of New EFH common stock
- ☐ New EFH set-up value of ~$9.4 billion or ~$11.7 billion for 100% of the equity value of Oncor
  - At current Oncor Net Debt of $6.7 billion, this implies an ~$18.45 billion Oncor Total Enterprise Value ("TEV")
  - At Oncor Net Debt of $6.5 billion (at time of NextEra's sponsored plan), this implies an ~$18.3 billion Oncor TEV



**Initial Funding Form (Jun-Aug '17)**

EFH 1st Lien DIP
$4.00 billion

EFH 1.5 Lien DIP
$1.50 billion

EFH 2nd Lien First-Out DIP
$1.04 billion

EFH 2nd Lien Last-Out DIP
$ billion

[1/3 PIKs + 1/3 LRO]

**Conversion at Exit (Dec '17)**

New EFH 1st Lien Term Loan
$4.00 billion

New EFH Convertible Preferred Stock
$1.50 billion

New EFH Common Stock
$ billion

[Note the $50 mm pool for non-participating holders of EFH Unsecured Notes]

14

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# New EFH Common Equity Value Proposition

☐ The Contemplated Plan would require up to $3.06 billion of new capital to fund the New 2L First-Out DIP that would ultimately convert into an investment in ~80% of New EFH common equity at emergence from bankruptcy (currently contemplated December 31, 2017)

  ■ Total common equity account of New EFH expected to be ~$3.96 billion (for 100%)

☐ The $3.06 billion of New Capital in the form of the New 2L First-Out DIP will equitize on a pari passu basis with the $68 mm of 2L Last-Out DIP at an implied New EFH value of ~$9.4 billion

  ■ This compares to $9.8 billion value under NextEra sponsored plan

  ■ At current Oncor Net Debt of $6.7 billion, this implies an ~$18.45 billion Oncor TEV

  ■ At Oncor Net Debt of $6.5 billion (at time of NextEra sponsored plan), this implies an ~$18.3 billion Oncor TEV

☐ If the Contemplated Plan is not effectuated and the estates were forced to liquidate, the New 2L First-Out DIP's right of payment would imply a New EFH value of $8.48 billion or an Oncor TEV of $17.3 billion (assuming Oncor Net Debt of $6.7 billion)

☐ Equitization set-up value implies a greater than 10% discount to comparable companies (see full comparable company analysis in Valuation section) on an unlevered basis (TEV / EBITDA) and a greater than 30% discount to such companies on a levered basis (P/E):

| | New EFH | | Comps | | |
| | DS CapEx | Adj. CapEx | 2017E | 2018E | 2019E |
|---|---|---|---|---|---|
| TEV / EBITDA | 9.2x | 9.2x | 11.0x | 10.4x | 9.8x |
| P/E | 13.2x | 13.2x | 20.7x | 19.5x | 18.4x |
| Dividend Yield | 4.7% | 7.9% | 3.1% | 3.3% | 3.4% |
| TEV / Rate Base | 1.44x | 1.44x | | | |

Memo: Liquidation TEV/EBITDA of 8.7x

15

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# New EFH Common Equity Value Proposition (cont'd)

- In addition to standard point estimate valuation metrics, utility investors tend to look at "total return" metrics, namely dividend yield plus growth

  - At equitization set-up value, New EFH will offer a 60%+ total return premium to comparable companies:

| | New EFH | | Comps |
| --- | --- | --- | --- |
| | DS CapEx | Adj. CapEx | 2017E |
| Dividend Yield | 4.7% | 7.9% | 3.1% |
| 5-Year Net Income Growth | 9.7% | 5.4% | 5.3% |
| **Nameplate Yield (+) Growth** | **14.3%** | **13.3%** | **8.3%** |

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# New EFH Common Equity Set-Up via 2nd Lien First-Out DIP

- The Contemplated Plan would require up to $3.06 billion of new capital to fund the 2L DIP that would ultimately convert into an investment in ~80% of the common equity of New EFH at emergence from bankruptcy
  - $3.06 billion of new capital would be raised in the form of a new 2nd Lien First-Out DIP (with PIK coupon) that under the Contemplated Plan would be equitized at emergence into New EFH common equity on agreed terms
    - DIP Loan Commitment Date: July 7, 2017
    - Anticipated Funding Date: August 15, 2017
    - Anticipated Plan Effective Date: December 31, 2017

- Use of $3.06 billion proceeds at issuance:
  - Repay the accordion feature of the 1st Lien DIP that was used to repay the current outstanding EFIH 1st Lien Make-Whole Stubs in full (at agreed settlement rate) – ~$559mm (assumes 7/31/17 takeout), and
  - Repay the current outstanding EFIH 2nd Lien Notes in full (principal, accrued interest and make-whole at agreed settlement rate) – ~$2.50 billion (assumes 8/31/17 takeout)

**Equitization Set-Up Value**

| | Next-Era Deal | Latest Actual |
| --- | --- | --- |
| Implied Set-Up Value* | Oncor ND | Oncor ND |
| EFIH DIP (net) | $3,925 | $3,925 |
| EFIH 1.5 Lien DIP — Pref Equity | 1,500 | 1,500 |
| EFIH 2 Lien DIP (First Out) — Cmmn Equity | 3,056 | 3,056 |
| EFIH 2 Lien DIP (Last Out) — Cmmn Equity | — | 868 |
| **Total EFIH/EFH Set-Up Value** | **$9,265** | **$9,265** |
| Implied TTH Minority Interest | 2,311 | 2,311 |
| **Implied Oncor Set-Up Equity Value** | **$11,576** | **$11,576** |
| Oncor Net Debt | 6,541 | 6,721 |
| **Implied Oncor Set-Up TEV** | **$18,417** | **$18,297** |

**Liquidation Set-Up Value**

| | Next-Era Deal | Latest Actual |
| --- | --- | --- |
| Implied Set-Up Value* | Oncor ND | Oncor ND |
| EFIH DIP (net) | $3,925 | $3,925 |
| EFIH 1.5 Lien DIP — Pref Equity | 1,500 | 1,500 |
| EFIH 2 Lien DIP (First Out) — Cmmn Equity | 3,056 | 3,056 |
| **Total EFIH Set-Up Value** | **$8,481** | **$8,481** |
| Implied TTH Minority Interest | 2,116 | 2,116 |
| **Implied Oncor Set-Up Equity Value** | **$10,597** | **$10,597** |
| Oncor Net Debt | 6,541 | 6,721 |
| **Implied Oncor Set-Up TEV** | **$17,138** | **$17,318** |

*Implied Set-Up Value may be impacted by resolution of matters relating to the Break Up Fee, per disclosure on "Important Legal Disclaimers" slide

17

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# New EFH Common Equity Set-Up via 2nd Lien First-Out DIP (cont'd)

- ☐ EFIH/EFH Exit Capital Structure while in Chapter 11 (exit currently contemplated December 31, 2017):
  - $3.9 billion net ($4.0 billion gross) EFIH 1st Lien seven-year term loan (see currently contemplated term sheet later in slide deck)
  - $1.5 billion of New EFH Convertible Preferred Stock, potentially structured as a hybrid
  - $3.9% billion representing 100% of the common equity of New EFH (fully registered and freely tradeable common stock, subject to limitation for underwriters and affiliates, listing anticipated on or shortly following effective date)

- ☐ Set-up value of ~$9.4 billion for EFIH/EFH, implying $18.3-18.5 billion TEV for 100% of Oncor (including Oncor OpCo debt)
  - $18.3 billion set-up value implies: 9.2x EBITDA, 13.2x P/E, 4.7% Common Dividend Yield at Disclosure Statement CapEx Levels, 7.9% Common Dividend Yield at Adj. CapEx Levels and 1.44x Rate Base
  - For reference, set-up equity value implies a >$500mm discount to the valuation implied by the NextEra deal, notwithstanding significant asset growth

**Equitization Set-Up Value**

| Implied Set-Up Value* | NextEra Deal Oncor ND | Latest Actual Oncor ND |
|---|---|---|
| EFIH DIP (net) | $3,925 | $3,925 |
| EFIH 1.5 Lien DIP — Pref Equity | 1,500 | 1,500 |
| EFIH 2 Lien DIP (First Out) — Cmmn Equity | 3,056 | 3,056 |
| EFIH 2 Lien DIP (Last Out) — Cmmn Equity | 868 | 868 |
| **Total EFIH/EFH Set-Up Value** | **$9,265** | **$9,265** |
| Implied TTH Minority Interest | 2,311 | 2,311 |
| **Implied Oncor Set-Up Equity Value** | **$11,576** | **$11,576** |
| Oncor Net Debt | 6,541 | 6,721 |
| **Implied Oncor Set-Up TEV** | **$18,117** | **$18,297** |

**Liquidation Set-Up Value**

| Implied Set-Up Value* | NextEra Deal Oncor ND | Latest Actual Oncor ND |
|---|---|---|
| EFIH DIP (net) | $3,925 | $3,925 |
| EFIH 1.5 Lien DIP — Pref Equity | 1,500 | 1,500 |
| EFIH 2 Lien DIP (First Out) — Cmmn Equity | 3,056 | 3,056 |
| **Total EFIH Set-Up Value** | **$8,481** | **$8,481** |
| Implied TTH Minority Interest | 2,116 | 2,116 |
| **Implied Oncor Set-Up Equity Value** | **$10,597** | **$10,597** |
| Oncor Net Debt | 6,541 | 6,721 |
| **Implied Oncor Set-Up TEV** | **$17,138** | **$17,318** |

*Implied Set-Up Value may be impacted by resolution of matters relating to the Break Up Fee, per disclosure on "Important Legal Disclaimers" slide

18

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# US Utility Universe:  Comparable Companies Valuation & Performance*

- Oncor's comparable publicly-traded utility company universe currently trades at the following average multiples:
  - ▪ TEV / EBITDA: 11.0x 2017E, 10.4x 2018E and 9.8x 2019E
  - ▪ P / E: 20.7x 2017E, 19.5x 2018E and 18.4x 2019E
  - ▪ Dividend Yield: 3.1%

- Utilities have produced strong total returns since the NextEra deal was announced:
  - ▪ XLU Index: +13% YTD and +11% LTM
  - ▪ Subset Comps: +16% YTD and +14% LTM**

| Ticker | Name | Share Price | Market Cap | (US) | TEV / EBITDA 2017 | 2018 | 2019 | P / E 2017 | 2018 | 2019 | Div Yield 2017 | Avg. 3-Year Share Issuance Since 2009 | Max. 3-Year Share Issuance Since 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AEE | Ameren Corp | $57.09 | 13,850 | 21,817 | 9.3x | 8.8x | 8.6x | 20.6x | 19.0x | 17.9x | 3.2% | 1.3% | 7.3% |
| AEP | American Electric Power Co Inc | 72.56 | 35,679 | 57,129 | 10.8x | 10.3x | 9.8x | 19.9x | 18.7x | 17.7x | 3.3% | 0.4% | 1.3% |
| CMS | CMS Energy Corp | 48.02 | 13,446 | 23,480 | 10.6x | 10.1x | 9.8x | 22.1x | 20.6x | 19.1x | 2.8% | 1.4% | 8.0% |
| CNP | CenterPoint Energy Inc | 28.41 | 12,244 | 19,542 | 9.1x | 8.7x | 8.4x | 21.8x | 20.4x | 19.4x | 3.8% | 1.0% | 6.1% |
| DTE | DTE Energy Co | 111.02 | 19,916 | 32,115 | 12.1x | 11.1x | 10.2x | 20.8x | 19.6x | 18.6x | 3.0% | 1.2% | 4.1% |
| DUK | Duke Energy Corp | 86.91 | 60,837 | 110,827 | 11.2x | 10.6x | 10.1x | 18.9x | 18.0x | 17.0x | 4.0% | 1.1% | 4.9% |
| ED | Consolidated Edison Inc | 84.96 | 25,913 | 40,973 | 11.0x | 9.8x | 9.2x | 20.8x | 19.9x | 19.0x | 3.2% | 2.2% | 7.3% |
| EIX | Edison International | 81.78 | 26,645 | 41,208 | 9.0x | 8.6x | 8.1x | 19.4x | 19.1x | 17.6x | 2.7% | 0.0% | 0.0% |
| ES | Eversource Energy | 62.85 | 19,916 | 30,794 | 11.0x | 10.5x | 9.7x | 19.9x | 18.9x | 17.7x | 3.0% | 0.3% | 2.4% |
| LNT | Alliant Energy Corp | 41.84 | 9,532 | 14,288 | 12.4x | 11.7x | 10.6x | 20.9x | 19.6x | 18.5x | 3.0% | 0.7% | 3.8% |
| NEE | NextEra Energy Inc | 141.96 | 66,437 | 96,975 | 10.7x | 10.5x | 9.5x | 21.3x | 19.9x | 18.6x | 2.8% | 1.8% | 6.0% |
| NI | NiSource Inc | 26.23 | 8,511 | 16,404 | 10.6x | 9.9x | 9.2x | 22.3x | 21.0x | 19.8x | 2.7% | 1.0% | 5.5% |
| PCG | PG&E Corp | 69.22 | 35,344 | 53,862 | 8.6x | 8.1x | 7.7x | 18.9x | 18.1x | 17.3x | 3.0% | 3.3% | 7.4% |
| PNW | Pinnacle West Capital Corp | 88.81 | 9,907 | 14,354 | 10.0x | 9.4x | 8.9x | 21.0x | 19.9x | 18.9x | 3.0% | 1.7% | 7.7% |
| SCG | SCANA Corp | 71.09 | 10,159 | 17,382 | 12.2x | 11.5x | 10.8x | 16.8x | 15.9x | 15.1x | 3.4% | 0.2% | 6.6% |
| SO | Southern Co/The | 51.71 | 51,465 | 99,023 | 11.2x | 10.5x | 10.1x | 17.4x | 16.7x | 16.0x | 4.5% | 1.9% | 5.5% |
| WEC | WEC Energy Group Inc | 64.14 | 20,241 | 30,409 | 11.0x | 10.8x | 10.0x | 20.7x | 19.6x | 18.6x | 3.2% | 0.2% | 2.1% |
| XEL | Xcel Energy Inc | 47.68 | 24,210 | 38,967 | 10.4x | 9.9x | 9.4x | 20.6x | 19.4x | 18.3x | 3.0% | 1.9% | 6.7% |
| | **Mean** | | 25,788 | 42,197 | 10.6x | 10.1x | 9.5x | 20.2x | 19.1x | 18.0x | 3.2% | 1.3% | 5.1% |
| | **Median** | | 20,079 | 34,454 | 10.7x | 10.2x | 9.6x | 20.7x | 19.5x | 18.4x | 3.0% | 1.3% | 5.7% |
| | **Subset Mean** | | 22,760 | 36,267 | 11.0x | 10.4x | 9.8x | 20.7x | 19.5x | 18.4x | 3.1% | 1.1% | 4.5% |
| | **Subset Median** | | 20,241 | 32,115 | 10.8x | 10.3x | 9.8x | 20.7x | 19.6x | 18.4x | 3.0% | 1.2% | 4.1% |

*Source: Bloomberg (as of 6/20/17)
**Subset Comps reflect pure-play electric utilities of similar scope and scale; YTD and LTM Returns assume equal weighting and include dividends reinvested in security

19

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Financials

20

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Summary Financial Results: Oncor Projections for 2019*

| _Provided Figures for Oncor Level_ | As Provided | Adj. CapEx |
|---|---|---|
| EBITDA | $1,981 | $1,981 |
| Net Income | 534 | 534 |
| Total CapEx | 1,596 | 1,216* |
| Dividends | 276 | 428 |
| Dividend Payout Ratio (% of Net Income) | 52% | 80% |
| Cash Tax Distributions | $136 | $136 |
| Total Distributions | 412 | 564 |

<u>Note</u>: Average CapEx of $1.204 billion and $1.216 billion in the last 3 and 5 years, respectively

*Source: EFH May 2016 Disclosure Statement; Adj. CapEx reflects 5-year average historical CapEx from 2011-2016 of $1.216Bn

21

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Summary Financial Results: New EFH Base Assumptions*

| | As Provided | Adj. CapEx |
|---|---|---|
| *New EFH Base Assumptions* | | |
| % Ownership in Oncor | 80.033% | 80.033% |
| | | |
| Exit Cash | $75 | $75 |
| | | |
| Exit Term Loan | $4,000 | $4,000 |
| Cost of Debt | 4.25% | 4.25% |
| Annual Interest | $170 | $170 |
| | | |
| Exit TruP Preferred Stock | $1,500 | $1,500 |
| Dividend Rate | 4.00% | 4.00% |
| Annual TruP Dividend | $60 | $60 |
| | | |
| Exit Common Stock | $3,964 | $3,964 |

*Source: EFH May 2016 Disclosure Statement; Adj. CapEx reflects 5-year average historical CapEx from 2011-2016 of $1.216bn

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Summary Financial Results: New EFH P&L*

Remove Slide

| *New EFH P&L Output* | As Provided | Adj. CapEx |
|---|---|---|
| Oncor EBT | $848 | $848 |
| % Owned by New EFH | 80.033% | 80.033% |
| **New EFH Base EBT** | **$678** | **$678** |
| New EFH Interest | (170) | (170) |
| New EFH TruP Dividend | (60) | (60) |
| **New EFH EBT** | **$448** | **$448** |
| New EFH Tax Rate | (35.00%) | (35.00%) |
| New EFH Book Taxes | ($157) | ($157) |
| **New EFH Net Income to Common** | **$291** | **$291** |

*Source: EFH May 2016 Disclosure Statement with New EFH Base Assumptions; Adj. CapEx reflects 5-year average historical CapEx from 2011-2016 of $1.216Bn

23

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Summary Financial Results: New EFH Cash Flow*

| New EFH CF Output | As Provided | Adj. CapEx |
|---|---|---|
| Oncor Distributions Total | $412 | $564 |
| % Owned by New EFH | 80.033% | 80.033% |
| **Oncor Distributions Total to New EFH** | **$330** | **$451** |
| | | |
| New EFH Interest | (170) | (170) |
| New EFH TRUP Dividend | (60) | (60) |
| New EFH Base Available Cash to Common | $100 | $221 |
| | | |
| New EFH Total Equity Account | $5,340 | $5,340 |
| Annual ATM/DRIP/ESOP (%)** | 1.50% | 1.50% |
| Annual ATM/DRIP/ESOP ($) | $80 | $80 |
| **New EFH Cash Distribution to Common** | **$180** | **$301** |

*Source: EFH May 2016 Disclosure Statement with New EFH Base Assumptions; Adj. CapEx reflects 5-year average historical CapEx from 2011-2016 of $1.216Bn
**See "Utility Funding Examples" section

24

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Valuation

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Set-Up Value and Implied Valuation Metrics*

| Set-Up Value for New EFH | Equitization | Liquidation |
|---|---|---|
| New EFH Common Equity | $3,840 | $3,056 |
| New EFH Conv. TruP Equity | 1,500 | 1,500 |
| New EFH Total Equity | $5,340 | $4,556 |
| New EFH Net Debt | 3,925 | 3,925 |
| **New EFH Total Value** | **$9,265** | **$8,481** |
| Implied Minority Interest | 2,311 | 2,116 |
| Oncor Equity Value | $11,576 | $10,597 |
| Oncor Net Debt | 6,721 | 6,721 |
| **Oncor TEV** | **$18,297** | **$17,318** |

**Implied Key Valuation Metrics for New EFH**

| | | Equitization | Liquidation |
|---|---|---|---|
| Rate Base | $12,683 | 1.44x | 1.37x |
| EBITDA | 1,981 | 9.2x | 8.7x |
| Net Income to Total Equity | 330 | 16.2x | 13.8x |
| Net Income to Common | 291 | 13.2x | 10.5x |
| *Disclosure Statement CapEx:* | | | |
| Dividends to Common | $180 | 4.7% | 5.9% |
| Div to Common (ex-ATM) | 100 | 2.6% | 3.3% |
| *Adj. CapEx* | | | |
| Dividends to Common | $301 | 7.9% | 9.9% |
| Div to Common (ex-ATM) | 221 | 5.8% | 7.2% |
| *Net Income 5-Year CAGR:* | | | |
| Disclosure Statement CapEx | | 9.7% | 9.7% |
| Adj. CapEx | | 5.4% | 5.4% |

*Source: EFH May 2016 Disclosure Statement with New EFH Base Assumptions; Adj. CapEx reflects 5-year average historical CapEx from 2011-2016 of $1.216Bn

26

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Valuation: Range of Set-Up Values

- ☐ EFH Common Equity Implied Values:
  - ▪ Set-Up Common Equity Value → $3.840 billion
    - ☐ For reference, set-up equity value implies a >$500mm discount to the valuation implied by the NextEra deal, notwithstanding significant asset growth
      - ▓ At $18.0 billion TEV → $3.60 billion = (6%) vs. Set-Up Value
      - ▓ At $18.5 billion TEV → $4.00 billion = +4% vs. Set-Up Value
      - ▓ At $19.0 billion TEV → $4.40 billion = +15% vs. Set-Up Value
      - ▓ At $19.5 billion TEV → $4.80 billion = +25% vs. Set-Up Value
      - ▓ At $20.0 billion TEV → $5.20 billion = +35% vs. Set-Up Value

| TEV | Oncor | | EFH / EFIH Val | EFIH ND | EFIH Equity Pref & Cmn | EFIH Equity | | EFIH Equity Set-Up Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Net Debt | Equity | | | | Pref Equity | Cmn Equity | |
| **Set-Up Value** | | | | | | | | |
| $18,297 | $6,721 | $11,576 | $9,265 | $3,925 | $5,340 | $1,500 | $3,840 | $3,840 |
| *Illustrative Range of Trading Values:* | | | | | | | | |
| $18,000 | $6,721 | $11,279 | $9,027 | $3,925 | $5,102 | $1,500 | $3,602 | $3,840 |
| 18,250 | 6,721 | 11,529 | 9,227 | 3,925 | 5,302 | 1,500 | 3,802 | 3,840 |
| 18,500 | 6,721 | 11,779 | 9,427 | 3,925 | 5,502 | 1,500 | 4,002 | 3,840 |
| 18,750 | 6,721 | 12,029 | 9,627 | 3,925 | 5,702 | 1,500 | 4,202 | 3,840 |
| 19,000 | 6,721 | 12,279 | 9,827 | 3,925 | 5,902 | 1,500 | 4,402 | 3,840 |
| 19,250 | 6,721 | 12,529 | 10,027 | 3,925 | 6,102 | 1,500 | 4,602 | 3,840 |
| 19,500 | 6,721 | 12,779 | 10,227 | 3,925 | 6,302 | 1,500 | 4,802 | 3,840 |
| 19,750 | 6,721 | 13,029 | 10,427 | 3,925 | 6,502 | 1,500 | 5,002 | 3,840 |
| 20,000 | 6,721 | 13,279 | 10,628 | 3,925 | 6,703 | 1,500 | 5,203 | 3,840 |

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Valuation: Implied Valuation Multiples — 2019E, Disclosure Statement CapEx

☐ Implied Key Valuation Metrics:

- $18.0 billion TEV → 9.1x EBITDA → 12.4x Net Income → 5.0% Dividend Yield → 1.42x Rate Base
- $18.5 billion TEV → 9.3x EBITDA → 13.7x Net Income → 4.5% Dividend Yield → 1.46x Rate Base
- $19.0 billion TEV → 9.6x EBITDA → 15.1x Net Income → 4.1% Dividend Yield → 1.50x Rate Base
- $19.5 billion TEV → 9.8x EBITDA → 16.5x Net Income → 3.7% Dividend Yield → 1.54x Rate Base
- $20.0 billion TEV → 10.1x EBITDA → 17.9x Net Income → 3.5% Dividend Yield → 1.58x Rate Base

2019E Disclosure Statement Projections for Oncor (May '16) w/ New EFH Capital Structure

| | Oncor | | | EFH/EFIH | EFH Equity | | | | EFH EBITDA | EFH Net Income | | EFH Common Dividends | | TEV / |
| | | | | ....% | | | | | | to Total | to Comment | Full | No DRIP | Rate Base |
| TEV | Net Debt | Equity | Value | EFIH ND | Pref & Com | Pref Equity | Com Equity | EBITDA | to Total | to Comment | Full | No DRIP | Rate Base |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Set-Up Value** | | | | | | | | | | | | | |
| $18,297 | $6,721 | $11,576 | $9,265 | $3,925 | $5,340 | $1,500 | $3,840 | $1,981 | $330 | $291 | $180 | $100 | $12,683 |
| | | | | | | | | 9.2x | 16.2x | 13.2x | 4.7% | 2.6% | 1.44x |
| ***Illustrative Range of Trading Values*** | | | | | | | | | | | | | |
| $18,000 | $6,721 | $11,279 | $9,027 | $3,925 | $5,102 | $1,500 | $3,602 | 9.1x | 15.4x | 12.4x | 5.0% | 2.8% | 1.42x |
| 18,250 | 6,721 | 11,529 | 9,227 | 3,925 | 5,302 | 1,500 | 3,802 | 9.2x | 16.0x | 13.0x | 4.7% | 2.6% | 1.44x |
| 18,500 | 6,721 | 11,779 | 9,427 | 3,925 | 5,502 | 1,500 | 4,002 | 9.3x | 16.7x | 13.7x | 4.5% | 2.5% | 1.46x |
| 18,750 | 6,721 | 12,029 | 9,627 | 3,925 | 5,702 | 1,500 | 4,202 | 9.5x | 17.3x | 14.4x | 4.3% | 2.4% | 1.48x |
| 19,000 | 6,721 | 12,279 | 9,827 | 3,925 | 5,902 | 1,500 | 4,402 | 9.6x | 17.9x | 15.1x | 4.1% | 2.3% | 1.50x |
| 19,250 | 6,721 | 12,529 | 10,027 | 3,925 | 6,102 | 1,500 | 4,602 | 9.7x | 18.5x | 15.8x | 3.9% | 2.2% | 1.52x |
| 19,500 | 6,721 | 12,779 | 10,227 | 3,925 | 6,302 | 1,500 | 4,802 | 9.8x | 19.1x | 16.5x | 3.7% | 2.1% | 1.54x |
| 19,750 | 6,721 | 13,029 | 10,427 | 3,925 | 6,502 | 1,500 | 5,002 | 10.0x | 19.7x | 17.2x | 3.6% | 2.0% | 1.56x |
| 20,000 | 6,721 | 13,279 | 10,628 | 3,925 | 6,703 | 1,500 | 5,203 | 10.1x | 20.3x | 17.9x | 3.5% | 1.9% | 1.58x |

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Valuation: Implied Valuation Multiples — 2019E, Adj. CapEx

☐ Implied Key Valuation Metrics:

- $18.0 billion TEV → 9.1x EBITDA → 12.4x Net Income → 8.4% Dividend Yield → 1.42x Rate Base
- $18.5 billion TEV → 9.3x EBITDA → 13.7x Net Income → 7.5% Dividend Yield → 1.46x Rate Base
- $19.0 billion TEV → 9.6x EBITDA → 15.1x Net Income → 6.8% Dividend Yield → 1.50x Rate Base
- $19.5 billion TEV → 9.8x EBITDA → 16.5x Net Income → 6.3% Dividend Yield → 1.54x Rate Base
- $20.0 billion TEV → 10.1x EBITDA → 17.9x Net Income → 5.8% Dividend Yield → 1.58x Rate Base

2019E Disclosure Statement Projections for Oncor (May '16) w/ New EFH Capital Structure and Adj. CapEx Levels

| | Oncor | | | EFHI / EFH @79.5% EFHI/EFH Value | EFH Equity | | | | | EFH Net Income | | EFH Common Dividends | | TEV / |
| | TEV | Net Debt | Equity | | EFH ND | Pref & Com | Pref Equity | Com Equity | EBITDA | to Total | to Common | Full | No DRIP | Rate Base |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Set-Up Value** | $18,297 | $6,721 | $11,576 | $9,265 | $3,925 | $5,340 | $1,500 | $3,840 | $1,981 | $330 | $291 | $301 | $221 | $12,683 |
| | | | | | | | | | 9.2x | 16.2x | 13.2x | 7.9% | 5.8% | 1.44x |
| ***Illustrative Range of Trading Values*** | | | | | | | | | | | | | | |
| | $18,000 | $6,721 | $11,279 | $9,027 | $3,925 | $5,102 | $1,500 | $3,602 | 9.1x | 15.4x | 12.4x | 8.4% | 6.1% | 1.42x |
| | 18,250 | 6,721 | 11,529 | 9,227 | 3,925 | 5,302 | 1,500 | 3,802 | 9.2x | 16.0x | 13.0x | 7.9% | 5.8% | 1.44x |
| | 18,500 | 6,721 | 11,779 | 9,427 | 3,925 | 5,502 | 1,500 | 4,002 | 9.3x | 16.7x | 13.7x | 7.5% | 5.5% | 1.46x |
| | 18,750 | 6,721 | 12,029 | 9,627 | 3,925 | 5,702 | 1,500 | 4,202 | 9.5x | 17.3x | 14.4x | 7.2% | 5.3% | 1.48x |
| | 19,000 | 6,721 | 12,279 | 9,827 | 3,925 | 5,902 | 1,500 | 4,402 | 9.6x | 17.9x | 15.1x | 6.8% | 5.0% | 1.50x |
| | 19,250 | 6,721 | 12,529 | 10,027 | 3,925 | 6,102 | 1,500 | 4,602 | 9.7x | 18.5x | 15.8x | 6.6% | 4.8% | 1.52x |
| | 19,500 | 6,721 | 12,779 | 10,227 | 3,925 | 6,302 | 1,500 | 4,802 | 9.8x | 19.1x | 16.5x | 6.3% | 4.6% | 1.54x |
| | 19,750 | 6,721 | 13,029 | 10,427 | 3,925 | 6,502 | 1,500 | 5,002 | 10.0x | 19.7x | 17.2x | 6.0% | 4.4% | 1.56x |
| | 20,000 | 6,721 | 13,279 | 10,628 | 3,925 | 6,703 | 1,500 | 5,203 | 10.1x | 20.3x | 17.9x | 5.8% | 4.3% | 1.58x |

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# US Utility Universe: Comparable Companies Valuation & Performance*

☐ Oncor's comparable publicly-traded utility company universe currently trades at the following average multiples:

- TEV / EBITDA:  11.0x 2017E, 10.4x 2018E and 9.8x 2019E
- P / E:  20.7x 2017E, 19.5x 2018E and 18.4x 2019E
- Dividend Yield:  3.1%

☐ Utilities have produced strong total returns since the NextEra deal was announced:

- XLU Index:  +13% YTD and +11% LTM
- Subset Comps:  +16% YTD and +14% LTM**

| Ticker | Name | Share Price | Market Cap ($) | U.S. | TEV / EBITDA 2017 | 2018 | 2019 | P / E 2017 | 2018 | 2019 | Div Yield 2017 | Avg per Year Share Issuance Since 2009 | Max per Year Share Issuance Since 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AEE | Ameren Corp | $57.09 | $13,850 | $21,817 | 9.3x | 8.8x | 8.6x | 20.6x | 19.0x | 17.9x | 3.2% | 1.3% | 7.3% |
| AEP | American Electric Power Co Inc | 72.56 | 35,679 | 57,129 | 10.8x | 10.3x | 9.8x | 19.9x | 18.7x | 17.7x | 3.3% | 0.4% | 1.3% |
| CMS | CMS Energy Corp | 48.02 | 13,446 | 23,480 | 10.6x | 10.1x | 9.8x | 22.1x | 20.6x | 19.1x | 2.8% | 1.4% | 8.0% |
| CNP | CenterPoint Energy Inc | 28.41 | 12,244 | 19,542 | 9.1x | 8.7x | 8.4x | 21.8x | 20.4x | 19.4x | 3.8% | 1.0% | 6.1% |
| DTE | DTE Energy Co | 111.02 | 19,916 | 32,115 | 12.3x | 11.1x | 10.2x | 20.8x | 19.6x | 18.6x | 3.0% | 1.2% | 4.1% |
| DUK | Duke Energy Corp | 86.91 | 60,837 | 110,827 | 11.2x | 10.6x | 10.1x | 18.9x | 18.0x | 17.0x | 4.0% | 1.1% | 4.9% |
| ED | Consolidated Edison Inc | 84.96 | 25,913 | 40,973 | 11.0x | 9.8x | 9.2x | 20.8x | 19.9x | 19.0x | 3.2% | 2.2% | 7.3% |
| EIX | Edison International | 81.78 | 26,645 | 41,208 | 9.0x | 8.6x | 8.1x | 19.4x | 19.1x | 17.6x | 2.7% | 0.0% | 0.0% |
| ES | Eversource Energy | 62.85 | 19,916 | 50,794 | 11.0x | 10.5x | 9.7x | 19.9x | 18.9x | 17.7x | 3.0% | 0.3% | 2.4% |
| LNT | Alliant Energy Corp | 41.84 | 9,532 | 14,288 | 12.4x | 11.7x | 10.6x | 20.9x | 19.6x | 18.5x | 3.0% | 0.7% | 3.8% |
| NEE | NextEra Energy Inc | 141.96 | 66,437 | 96,975 | 10.7x | 10.5x | 9.5x | 21.3x | 19.9x | 18.6x | 2.8% | 1.8% | 6.0% |
| NI | NiSource Inc | 26.23 | 8,511 | 16,404 | 10.6x | 9.9x | 9.2x | 22.3x | 21.0x | 19.8x | 2.7% | 1.0% | 5.5% |
| PCG | PG&E Corp | 69.22 | 35,344 | 53,862 | 8.6x | 8.1x | 7.7x | 18.9x | 18.1x | 17.3x | 3.0% | 3.3% | 7.4% |
| PNW | Pinnacle West Capital Corp | 88.81 | 9,907 | 14,354 | 10.0x | 9.4x | 8.9x | 21.0x | 19.9x | 18.9x | 3.0% | 1.7% | 7.7% |
| SCG | SCANA Corp | 71.09 | 10,159 | 17,382 | 12.2x | 11.5x | 10.8x | 16.8x | 15.9x | 15.1x | 3.4% | 0.0% | 6.6% |
| SO | Southern Co/The | 51.71 | 51,405 | 99,023 | 11.2x | 10.5x | 10.1x | 17.4x | 16.7x | 16.0x | 4.5% | 1.9% | 5.5% |
| WEC | WEC Energy Group Inc | 64.14 | 20,241 | 30,409 | 11.0x | 11.0x | 10.8x | 20.7x | 19.6x | 18.6x | 3.2% | 0.2% | 2.1% |
| XEL | Xcel Energy Inc | 47.68 | 24,210 | 38,967 | 10.4x | 9.9x | 9.4x | 20.6x | 19.4x | 18.3x | 3.0% | 1.9% | 6.7% |
| Mean | | | $25,788 | $42,197 | 10.6x | 10.1x | 9.5x | 20.2x | 19.1x | 18.0x | 3.2% | 1.3% | 5.1% |
| Median | | | 20,079 | 34,454 | 10.7x | 10.2x | 9.6x | 20.7x | 19.5x | 18.4x | 3.0% | 1.3% | 5.7% |
| Subset Mean | | | $22,760 | $36,267 | 11.0x | 10.4x | 9.8x | 20.7x | 19.5x | 18.4x | 3.1% | 1.1% | 4.5% |
| Subset Median | | | 20,241 | 32,115 | 10.8x | 10.3x | 9.8x | 20.7x | 19.6x | 18.4x | 3.0% | 1.2% | 4.1% |

*Source: Bloomberg (as of 6/20/17)

**Subset Comps reflect pure-play electric utilities of similar scope and scale; YTD and LTM Returns assume equal weighting and include dividends reinvested in security

30

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Anticipated Timeline

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Anticipated Timeline

☐ June 29, 2017: PUCT Open Meeting → Potential Action re: NextEra Motion for Rehearing

☐ July 7, 2017: EFIH 1.5 Lien and 2nd Lien DIP Binding Commitments Due

☐ July 31, 2017: Plan Filed in Bankruptcy Court

☐ August 15, 2017: 1.5 Lien and 2nd Lien DIPs Approved and Funded

☐ September – December 2017: Plan Confirmation Process / PUCT Approval Process / IRS PLR Process

☐ December 31, 2017: Plan Effective Date & DIP Facilities treatment expected per Plan to be:

   ▪ 1st Lien DIP into New EFIH 1st Lien Exit Term Loan

   ▪ 1.5 Lien DIP into New EFIH Convertible Preferred Equity, potentially structured as a trust preferred or hybrid security

   ▪ 2nd Lien DIP into New EFIH Common Equity

   ▪ Left-behind PIKs into warrants for 2% of the equity at a 12.5% premium strike price

32

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Newly Filed 1st Lien DIP-to-Exit Facility

33

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Indicative Terms: 1st Lien DIP*

| Term | Description |
|---|---|
| Amount | • DIP Facility: $5,475mm<br>• Delayed Draw Term Loans: $825mm |
| DIP Maturity | • June 2018 |
| DIP Extension | • 6-months (plus 25bps fee) |
| DIP Rate | • L + 300bps |
| LIBOR Floor | • 1.00% |
| OID | • On $4,000mm DIP Facility: 25bps<br>• On incremental DIP Facility Financing above $4,000mm (up to $2,300mm): 0-25bps |
| Fees | • $4.5mm |
| Amortization | • None |
| Call Protection | • 101 soft call for 6 months (only with respect to a refinancing) |
| Borrower | • Energy Future Intermediate Holding Company LLC & EFIH Finance Inc. |
| Security | • Same as existing |

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Indicative Terms: 1st Lien DIP to Exit Facility (cont'd)*

| Term | Description |
|---|---|
| Incremental Facilities | • DIP Facility Accordion: $825mm<br>• Junior DIP basket of $6,000mm with economics agreed by the Borrower and other market terms |
| Ratings | • If ratings are not refreshed within 30 days of closing, DIP Rate becomes L + 325bps<br>• If ratings are not refreshed within 60 days of closing, DIP Rate becomes L + 350bps<br>• If ratings are not refreshed within 90 days of closing, DIP Rate becomes L + 375bps |
| Negative Covenants | • DIP Facility: same as existing (amended to permit contemplated second lien DIP facility and 1.5L DIP facility) |
| Financial Covenants | • DIP Facility: $100mm Minimum Liquidity |
| Events of Default | • DIP Facility: Same as existing |

*Source: [TBD]

35

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Utility Funding Examples

36

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Utility ATM / DRIP / ESOP: Overview

- US publicly-traded utilities have historically used both annual debt and equity issuances to fund their businesses
  - Key cash flow use items (outside of core operating costs, which are included in regulated rates) include: i) CapEx to grow the business, and ii) Cash dividends to shareholders (note that cash is fungible)
  - Annual equity issuances usually come in the form of At-The-Money (ATM) stock offerings (essentially a continuous stock offering over time), Dividend Reinvestment Plans (DRIP) and/or Employee Stock Ownership Plans (ESOP)

- ***Since 2000, the average US publicly-traded utility has issued equity equivalent to 1.3% of its market capitalization annually in order to fund its businesses***
  - This amount ranges, on average, from 0-5% of market capitalization per year

- In the following slides, we detail six recent examples of utilities which anticipate using this funding mechanism during 2017
  - These six utilities plan to issue $400 million of equity, on average, in 2017
  - The amount of equity issued equates to 1.7% of the utility's market capitalization and ~55% of the utility's annual cash dividend amount

| | $ (m) | % of Mkt Cap | % of Cash Div |
|---|---|---|---|
| Southern Company | $575 | 1.1% | 25% |
| CMS Energy | 450 | 3.4% | 130% |
| Alliant Energy | 150 | 1.6% | 55% |
| Pacific Gas & Electric | 500 | 1.5% | 50% |
| Dominion Energy | 300 | 0.6% | 20% |
| ConEdison | 450 | 1.8% | 55% |
| **Average** | **$404** | **1.7%** | **56%** |

37

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Utility ATM / DRIP / ESOP Examples: Southern Company*

☐ Southern Company has stated that it will issue **$575 million** in stock or **1.1% of its market cap** (or ~25% of its annual cash dividend amount) in 2017 to fund its business and growth and capital structure



*Source: Southern Company 1Q17 Earnings Presentation (5/3/17)

38

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Utility ATM / DRIP / ESOP Examples: CMS Energy*

☐ CMS Energy has stated that it will issue **$450 million** in stock or **3.4% of its market cap** (or ~130% of its annual cash dividend amount) in 2017 to fund its business and growth and capital structure

*CMS ENERGY*

**Consumers Energy**
2017 Cash Flow Forecast GAAP Reconciliation (in millions) (unaudited)

*Source: CMS Energy 1Q17 Earnings Presentation (5/1/17)

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Utility ATM / DRIP / ESOP Examples: Alliant Energy*

☐ Alliant Energy has stated that it will issue **$150 million** in stock or **1.6% of its market cap** (or ~55% of its annual cash dividend amount) in 2017 to fund its business and growth and capital structure



## Planned Financings, Strong Liquidity

### 2017 Financings

◇ Up to $250 million long term debt at IPL
◇ Up to $300 million long term debt at WPL
◇ Up to $150 million of common equity through one or more offerings and the Shareholder Direct Plan

### Long-term Debt Maturities
(in millions)

■ IPL   ■ WPL   ■ AEF

**Liquidity as of 3/31/2017**
(in millions)

| | Credit Facilities(a) | | Cash | A/R Sales | Total |
|---|---|---|---|---|---|
| | Limit | Available | | | |
| IPL | $300 | $291 | $4 | $42 | $337 |
| WPL | 400 | 309 | 2 | -- | 311 |
| AEC / Other | 300 | 97 | 2 | -- | 99 |
| **Total** | **$1,000** | **$697** | **$8** | **$42** | **$747** |

(a) Credit facilities expire in December 2018.

40

*Source: Alliant Energy Presentation, Macquarie Mid-Atlantic Investor Meetings (4/27/17)

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Utility ATM / DRIP / ESOP Examples: PG&E*

☐ PG&E has stated that it will issue ~**$500 million** in stock or ~**1.5% of its market cap** (or ~50% of its annual cash dividend amount) in 2017 to fund its business and growth and capital structure



*Source: PG&E 1Q17 Earnings Presentation (5/2/17)

41

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Utility ATM / DRIP / ESOP Examples: Dominion Energy*

☐ Dominion Energy has stated that it will issue **$300 million** in stock or **0.6% of its market cap** (or ~20% of its annual cash dividend amount) in 2017 to fund its business and growth and capital structure

## Long-term Financing Activities
2017 Financing Plan ($ millions)

| Entity | | Financing Plan | Completed |
|---|---|---|---|
| DEI | DRIP Equity | $300 | In progress |
| DEI | Debt [1] | $2,000 - $2,300 | $1,200 |
| DEI | 2014 MC Jr Debt Remarketing [2] | $1,000 | - |
| VEPCO | Debt | $1,400 - $1,700 | $750 |
| DEGH | Debt | $0 | - |
| QGC | Debt | $75-$125 | - |
| DM | Debt/Equity | $0 | - |
| Total | | $4,775 - $5,425 | $1,950 |

Dominion Energy

*Source: Dominion Energy, Investor Meetings (May 2017)

DISCUSSION PURPOSES ONLY / SUBJECT TO COMPLETION
SUBJECT TO CONFIDENTIALITY AGREEMENT
PRIVATE & CONFIDENTIAL

# Utility ATM / DRIP / ESOP Examples: Consolidated Edison*

☐ Consolidated Edison has stated that it will issue **$450 million** (including $100 million in DRIP) in stock or **1.8% of its market cap** (or ~55% of its annual cash dividend amount) in 2017 to fund its business and growth and capital structure

## 2017 Financing Plan and Activity

### Debt and Equity Financing Plan

- Capital expenditures of $3,694 million (CECONY: $2,962 million, the CEBs: $450 million, O&R: $192 million, CET: $90 million)
- Issue between $1.0 billion and $1.8 billion of long-term debt, most of which would be at the Utilities
- Issue additional debt secured by the CEBs' renewable electric production projects
- Issue up to $350 million of common equity in 2017 in addition to equity issued through dividend reinvestment, employee stock purchase and long-term incentive plans

### Activity to Date

- In March, CEI issued $400 million 2.00% debentures due 2020 and prepaid the $400 million variable rate term loan that was set to mature in June 2018
- In March, CED Upton County Solar, a subsidiary of CED, issued $97 million 4.45% senior secured notes due 2042

### Debt Maturities

| ($ in millions) | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Con Edison, Inc. (Parent Co.) | $ 2 | $ 2 | $ 3 | $ 403 | $ 503 |
| CECONY | - | 1,200 | 475 | 350 | - |
| O&R | 4 | 55 | 62 | - | - |
| CEBs | 33 | 31 | 34 | 35 | 37 |
| Total | $ 39 | $ 1,288 | $ 574 | $ 788 | $ 540 |

*Source: Consolidated Edison 1Q17 Earnings Presentation (5/4/17), Consolidated Edison 2016 Form 10-K