# EXHIBIT 19

| | |
|---|---|
| **From:** | Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com> |
| **Sent:** | Friday, June 23, 2017 8:55 PM |
| **To:** | Jeff Rosenbaum <jRosenbaum@elliottmgmt.com>; Dave Miller <dMiller@elliottmgmt.com>; Bradley Feingerts <bFeingerts@elliottmgmt.com>; Gregg.Galardi@ropesgray.com; Jonathan Gill <JonathanGill@elliottmgmt.com> |
| **Cc:** | Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Patel, Neal <Neal.Patel@Evercore.com>; *connor.boyce@evercore.com; Paul.Keglevic@energyfutureholdings.com; Tony.Horton@energyfutureholdings.com; *Andy.Wright@energyfutureholdings.com; Husnick, Chad J. <chusnick@kirkland.com> |
| **Subject:** | RE: Revised: EFH/EFIH Restructuring and Debt Capital Needs Update |
| **Attach:** | EBITDA to Net Income Walk (May 2016 Plan).xlsx |

Jeff,

The regulation G reconciliation from Oncor is attached.    In addition, we are ok with leaving slide 23 in.

Thanks,

**Rebecca Blake Chaikin**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 6449
**F** +1 212 446 4900
------------------------------------------------
rebecca.chaikin@kirkland.com


**From:** Jeff Rosenbaum [mailto:jRosenbaum@elliottmgmt.com]
**Sent:** Thursday, June 22, 2017 2:54 PM
**To:** Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; Dave Miller <dMiller@elliottmgmt.com>; Bradley Feingerts <bFeingerts@elliottmgmt.com>; Gregg.Galardi@ropesgray.com; Jonathan Gill <JonathanGill@elliottmgmt.com>
**Cc:** Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Patel, Neal <Neal.Patel@Evercore.com>; *connor.boyce@evercore.com; Paul.Keglevic@energyfutureholdings.com; Tony.Horton@energyfutureholdings.com; *Andy.Wright@energyfutureholdings.com <Andy.Wright@energyfutureholdings.com>; Husnick, Chad J. <chusnick@kirkland.com>
**Subject:** RE: Revised: EFH/EFIH Restructuring and Debt Capital Needs Update

Thanks     we are reviewing.    Two quick items:

1-As fyi, we reverted treatment on leave behinds back to 2% warrants struck ~15% up.    So no more 50m of stock to them.

2-Whats rationale to remove slide 23?  Isn't that the pro forma P&L of the entity one would be Investing into?  Pls provide context.

Reviewing other marks.    Thanks jeff


**From:** Chaikin, Rebecca Blake [mailto:rebecca.chaikin@kirkland.com]
**Sent:** Thursday, June 22, 2017 2:47 PM
**To:** Jeff Rosenbaum <jRosenbaum@elliottmgmt.com>; Dave Miller <dMiller@elliottmgmt.com>; Bradley Feingerts

<bFeingerts@elliottmgmt.com>; Gregg.Galardi@ropesgray.com; Jonathan Gill <JonathanGill@elliottmgmt.com>
**Cc:** Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Patel, Neal <Neal.Patel@Evercore.com>;
*connor.boyce@evercore.com <connor.boyce@evercore.com>; Paul.Keglevic@energyfutureholdings.com;
Tony.Horton@energyfutureholdings.com; *Andy.Wright@energyfutureholdings.com
<Andy.Wright@energyfutureholdings.com>; Husnick, Chad J. <chusnick@kirkland.com>
**Subject:** FW: Revised: EFH/EFIH Restructuring and Debt Capital Needs Update

Elliott team, we noted that a few changes from our markup did not make their way into the deck, those changes are included in the markup attached here.

- We have also included the excel support for the PDF mark-up. The first tab reflects what you sent to Tony a couple weeks ago. The second tab reflects the following changes highlighted in yellow: 1) updated claim figures and 2) reflecting 2/3rds of the LBO notes to roll into the 2L DIP along with 2/3rds of the PIKs. Please let us know if helpful to discuss.

EFH is reaching out to Oncor for the Regulation G reconciliation of EBITDA to new income information.

Thanks,

**Rebecca Blake Chaikin**
-------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 6449
**F** +1 212 446 4900
-------------------------------------------------
rebecca.chaikin@kirkland.com


**From:** Yenamandra, Aparna
**Sent:** Wednesday, June 21, 2017 4:50 PM
**To:** Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>
**Subject:** FW: Revised: EFH/EFIH Restructuring and Debt Capital Needs Update



**Aparna Yenamandra**
-------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4903  **M** +1 908 930 7722
**F** +1 212 446 4900
-------------------------------------------------
aparna.yenamandra@kirkland.com



**From:** Jeremy Grant [mailto:jGrant@elliottmgmt.com]
**Sent:** Wednesday, June 21, 2017 3:41 PM
**To:** Paul.Keglevic@energyfutureholdings.com; 'Horton, Tony' <Tony.Horton@energyfutureholdings.com>;
*Andy.Wright@energyfutureholdings.com <Andy.Wright@energyfutureholdings.com>; Husnick, Chad J.
<chusnick@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>
**Cc:** Jeff Rosenbaum <jRosenbaum@elliottmgmt.com>; Dave Miller <dMiller@elliottmgmt.com>; Bradley Feingerts
<bFeingerts@elliottmgmt.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Jonathan Gill
<JonathanGill@elliottmgmt.com>
**Subject:** Revised: EFH/EFIH Restructuring and Debt Capital Needs Update

Please see attached for the latest version of the slide deck. As discussed on the call this morning with Paul, we would like

the company to begin to engage with third parties who have signed joinders, as soon as this week. We are available to discuss at your convenience.

*The attached presentation was prepared in good faith and contains information obtained from sources believed by Elliott Management Corporation to be reliable but which have not been independently verified by Elliott. None of Elliott, its officers, agents or representatives makes any representation or warranty in respect of any information contained in the presentation. You should independently review and confirm the contents of the presentation.*

*The attached presentation and this communication are provided subject in all respects to FRE Rule 408 and all other applicable privileges.*

**Jeremy Grant**
Elliott Management Corporation
Direct: +1 (212) 478 1797

---

Confidentiality Notice from Elliott Management Corporation:

The information contained in this e-mail and any attachments may be legally privileged, proprietary and/or confidential. If you are not an intended recipient, you are hereby notified that any use, copying, disclosure or distribution of all or any portions of this e-mail and any attachments is strictly prohibited. If you received this e-mail in error, please notify the sender, permanently delete the e-mail and any attachments, and destroy all hard copies immediately.

No warranty is made as to the completeness or accuracy of the information contained in this communication. Any views or opinions presented are those of only the author and do not necessarily represent those of Elliott Management Corporation or its related entities. This communication is for information purposes only and should not be regarded as an offer, solicitation or recommendation to sell or purchase any security or other financial product.

Elliott Management Corporation and its related entities reserve the right to monitor all e-mail communications through their networks.

Thank you.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.