# EXHIBIT 20

| | |
|---|---|
| **From:** | Galardi, Gregg <Gregg.Galardi@ropesgray.com> |
| **Sent:** | Wednesday, June 7, 2017 10:42 PM |
| **To:** | Ganter, Jonathan F. <jonathan.ganter@kirkland.com>; Welsh, Peter L. <Peter.Welsh@ropesgray.com> |
| **Cc:** | Thompson, McClain <mcclain.thompson@kirkland.com>; Stephany, Bryan M. <bstephany@kirkland.com>; McKane, Mark <mmckane@kirkland.com>; Husnick, Chad J. <chusnick@kirkland.com>; Kieselstein, Marc <mkieselstein@kirkland.com> |
| **Subject:** | RE: EFH - Elliott PI Motion - Scheduling Order Redline |

I think this date works and agree something should be placed on the record. Since consensual appreciate your draft and file when we are ok. Maybe we file a revised proposed scheduling order.

**Gregg M. Galardi**
**ROPES & GRAY LLP**
T +1 212 596 9139 | M +1 917 434 3178
1211 Avenue of the Americas
New York, NY 10036-8704
Gregg.Galardi@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Ganter, Jonathan F. [mailto:jonathan.ganter@kirkland.com]
**Sent:** Wednesday, June 07, 2017 3:53 PM
**To:** Welsh, Peter L.; Galardi, Gregg
**Cc:** Thompson, McClain; Stephany, Bryan M.; McKane, Mark; Husnick, Chad J.; Kieselstein, Marc
**Subject:** RE: EFH - Elliott PI Motion - Scheduling Order Redline

Peter and Gregg -

Following up on our discussion re moving the PI hearing into July, we reached out to the Court and are confirmed for **Friday, July 21, 2017 at 10:00 a.m. (EDT)**.

We think it would be helpful to file a notice on the docket regarding the new hearing date and time, as we've been receiving inbound requests regarding the PI hearing's status (including as to whether it is still set to go forward next week).

Given that it's your motion, any notice should come from you (assuming that you agree a notice would be helpful). We are, however, more than happy to assist with drafting, etc. -- just let us know.

Thanks,

Jon

**Jonathan F. Ganter**
--------------------------------------
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W., Washington, D.C. 20005
T +1 202 879 5071
F +1 202 879 5200
--------------------------------------
jonathan.ganter@kirkland.com

**From:** McKane, Mark
**Sent:** Tuesday, May 30, 2017 12:31 PM
**To:** Welsh, Peter L.
**Cc:** Thompson, McClain; Ganter, Jonathan F.; Stephany, Bryan M.
**Subject:** Re: EFH - Elliott PI Motion - Scheduling Order Redline

Peter -- Thanks for sending. We have a couple of proposed adjustments, including incorporating an initial production date so both sides have the benefit of a rolling production. Will send it over shortly. Should we have a short call this afternoon to discuss? What's your availability?

Thanks,
Mark


On May 30, 2017, at 6:40 AM, Welsh, Peter L. <Peter.Welsh@ropesgray.com> wrote:

> JUST sent you a revised proposed schedule. I think Elliott prefers to push off document production a bit more to see whether discussions today and tomorrow are productive. The revised schedule we just proposed should work for Elliott (though I need to confirm that), and should address your scheduling issue.
>
>
> Peter L. Welsh
> ROPES & GRAY LLP
> T(BOS) +1 617 951 7865 | T(NY) +1 212 596 9104 | M +1 617 645 2300 | F +1 617 235 0579
> Prudential Tower, 800 Boylston Street
> Boston, MA 02199-3600
> peter.welsh@ropesgray.com
> www.ropesgray.com
>
>
> This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.
>
> -----Original Message-----
> From: McKane, Mark [mailto:mmckane@kirkland.com]
> Sent: Tuesday, May 30, 2017 9:34 AM
> To: Welsh, Peter L.
> Cc: Thompson, McClain
> Subject: Re: EFH - Elliott PI Motion - Scheduling Order Redline
>
> Is the rest of your team comfortable with the schedule?
>
> I think we can make the June 5 production date work, consistent with our earlier discussion that this should be a rolling production so that there will be a production or two before June 5.
>
> On May 29, 2017, at 4:58 PM, Welsh, Peter L. <Peter.Welsh@ropesgray.com> wrote:
>
>> If we get comfortable with the rest of this proposed order (still herding cats on that), would you be OK moving final production of documents back to June 5? Assume so, based on discussion yesterday, but want to confirm. Thanks.
>>
>>
>> Peter L. Welsh
>> ROPES & GRAY LLP
>> T(BOS) +1 617 951 7865 | T(NY) +1 212 596 9104 | M +1 617 645 2300 |
>> F +1 617 235 0579  Prudential Tower, 800 Boylston Street  Boston, MA
>> 02199-3600  peter.welsh@ropesgray.com  www.ropesgray.com
>>
>>
>>
>> This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

On May 29, 2017, at 6:38 PM, McKane, Mark <mmckane@kirkland.com> wrote:

Will review tonight but let's plan to connect tomorrow.

> On May 29, 2017, at 2:42 PM, Welsh, Peter L. <Peter.Welsh@ropesgray.com> wrote:
>
> Thanks. Will look shortly and send thoughts. Then available to talk tonight or tomorrow, whichever you prefer.
>
>
> Peter L. Welsh
> ROPES & GRAY LLP
> T(BOS) +1 617 951 7865 | T(NY) +1 212 596 9104 | M +1 617 645 2300 | F +1 617 235 0579
> Prudential Tower, 800 Boylston Street
> Boston, MA 02199-3600
> peter.welsh@ropesgray.com<mailto:peter.welsh@ropesgray.com>
> www.ropesgray.com<http://www.ropesgray.com>
>
>
>
> This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.
>
>
>
> ---
>
> On May 29, 2017, at 5:34 PM, Thompson, McClain <mcclain.thompson@kirkland.com<mailto:mcclain.thompson@kirkland.com>> wrote:
>
> Peter -
>
> Please see attached for a redline reflecting the Debtors' proposed edits to the scheduling order.
>
> McClain Thompson
> -----------------------------------------------------
> KIRKLAND & ELLIS LLP
> 601 Lexington Avenue, New York, NY 10022

T +1 212 909 3279  M +1 917 545 6401

F +1 212 446 4900

-------------------------------------------------------

mcclain.thompson@kirkland.com<mailto:mcclain.thompson@kirkland.com>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

<Redline - Schedule.pdf>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.