## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 7, 2017, I caused to be served the:

   a. *Letter regarding the Termination of the Plan Support Agreement regarding NextEra Energy Inc*.," dated July 7, 2017, annexed hereto as <u>Exhibit A</u>, (the "Plan Support Agreement Letter")*, and*

   b. *Letter regarding the Termination of the Agreement and Plan of Merger Agreement regarding NextEra Energy Inc*.," dated July 7, 2017, annexed hereto as <u>Exhibit B</u>, (the "Agreement and Plan of Merger Agreement Letter"),

   by causing true and correct copies of the:

   i. Plan Support Agreement Letter and Agreement and Plan of Merger Agreement Letter, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

   ii. Plan Support Agreement Letter, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>, and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

     iii.    Plan Support Agreement Letter, to be enclosed securely in a postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed <u>Exhibit E</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
_11th_ day of July, 2017

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20

**EXHIBIT A**

Execution Version

**Energy Future Holdings Corp.**
**Energy Future Intermediate Holding Company LLC**
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

July 7, 2017

<u>**VIA EMAIL AND BY FED-EX**</u>

To:     NextEra Energy, Inc.
        700 Universe Blvd.
        Juno Beach, FL 33408
        Attn: Mark Hickson; Charles Sieving
        Email: mark.hickson@nexteraenergy.com; charles.sieving@nexteraenergy.com

cc:     Chadbourne & Parke LLP
        1301 Avenue of the Americas
        New York, NY 10019
        Attn: Howard Seife, David Le May, William Greason
        Email: hseife@chadbourne.com; dlemay@chadbourne.com; wgreason@chadbourne.com

To:     Fidelity Management & Research Company
        82 Devonshire Street, #F6b
        Boston, MA 02109
        Attn: Nate Van Duzer, Daniel Chisholm
        Email:  nate.vanduzer@fmr.com; Daniel.chisholm@fmr.com

cc:     Fried, Frank, Harris, Shriver & Jacobson LLP
        One New York Plaza
        New York, NY 10004
        Attn: Brad Eric Scheler, Gary L. Kaplan, Matthew Roose
        Email:  brad.scheler@friedfrank.com; gary.kaplan@friedfrank.com;
                matthew.roose@friedfrank.com

        Re:    <u>**Termination of the Plan Support Agreement**</u>

Gentlemen:

        Reference is made to that certain Amended and Restated Plan Support Agreement, dated as of September 19, 2016 (the "<u>Plan Support Agreement</u>"), by and among the EFH/EFIH Debtors, the Fidelity Funds, and NEE. Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan Support Agreement.

        Pursuant to sections 8.02(c) and 8.02(d) of the Plan Support Agreement, the EFH/EFIH Debtors (acting together) hereby terminate the Plan Support Agreement. Effective July 6, 2017, the Merger Agreement was terminated.

*[Signature page follows]*

Respectfully yours,

**ENERGY FUTURE HOLDINGS CORP.**

By: _____

Name: Andrew M. Wright

Title: EVP & GC

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**

By: _____

Name: Andrew M. Wright

Title: EVP & GC

cc:    Kirkland & Ellis LLP
       600 Travis St., Suite 3300
       Houston, TX 77002
       Attn: Andrew Calder, John Pitts
       Email: andrew.calder@kirkland.com; john.pitts@kirkland.com

cc:    Kirkland & Ellis LLP
       300 North LaSalle
       Chicago, IL 60654
       Attn: James Sprayregen, Marc Kieselstein, Chad Husnick
       Email: jsprayregen@kirkland.com; mkieselstein@kirkland.com; chusnick@kirkland.com

cc:    Kirkland & Ellis LLP
       601 Lexington Avenue
       New York, NY 10022
       Attn: Edward Sassower
       Email: edward.sassower@kirkland.com

**EXHIBIT B**

Execution Version

**Energy Future Holdings Corp.**
**Energy Future Intermediate Holding Company LLC**
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

July 6, 2017

**VIA EMAIL AND BY FED-EX**

To:    NextEra Energy, Inc.
700 Universe Blvd.
Juno Beach, FL 33408
Attn: Mark Hickson; Charles Sieving
Email: mark.hickson@nexteraenergy.com; charles.sieving@nexteraenergy.com

cc:    Chadbourne & Parke LLP
1301 Avenue of the Americas
New York, NY 10019
Attn: Howard Seife, David Le May, William Greason
Email: hseife@chadbourne.com; dlemay@chadbourne.com; wgreason@chadbourne.com

Re:    **Termination of the Agreement and Plan of Merger**

Gentlemen:

Reference is made to that certain Agreement and Plan of Merger, dated as of July 29, 2016 (as amended on September 18, 2016, the "Merger Agreement"), by and among Energy Future Holdings Corp. (the "Company"), Energy Future Intermediate Holding Company LLC ("EFIH"), NextEra Energy, Inc. ("NextEra"), and EFH Merger Co., LLC ("Merger Sub"). Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Merger Agreement.

Pursuant to Section 8.2(a) and Section 8.3 of the Merger Agreement, the Company and EFIH (acting together) hereby terminate the Merger Agreement. The Company and EFIH do not believe that Section 8.2(a) and Section 8.3 are the exclusive bases for termination by the Company and EFIH of the Merger Agreement and hereby expressly preserve each of their rights with respect to any other bases for termination of the Merger Agreement by the Company and EFIH (acting together).

This termination of the Merger Agreement shall cause (a) the automatic termination of the Amended PSA pursuant to Section 8.02(c) thereof (without the necessity of any further action other than providing notice pursuant to Section 10.11 of the Amended PSA); (b) the automatic termination (without the necessity of any further action) of the Oncor Letter Agreement pursuant to Section 17(f)(ii)(A) thereof; (c) the Transition Services Agreement to be void and of no force and effect in accordance with Section 2.1 thereof; (d) the termination of the Tax Matters Agreement (solely with respect to NextEra and Merger Sub) in accordance with Section 9.19(c) thereof; and (e) the automatic termination of that certain letter, dated October 31, 2016, from the Company to NextEra re: the Investor Rights Agreement, in accordance with the third paragraph thereof.

*[Signature page follows]*

Respectfully yours,

**ENERGY FUTURE HOLDINGS CORP.**

By: _____

Name: Andrew M Wright

Title: EVP & GC

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**

By: _____

Name: Andrew M. Wright

Title: EVP & GC

cc:  Kirkland & Ellis LLP
     600 Travis St., Suite 3300
     Houston, TX 77002
     Attn: Andrew Calder, John Pitts
     Email: andrew.calder@kirkland.com; john.pitts@kirkland.com

cc:  Kirkland & Ellis LLP
     300 North LaSalle
     Chicago, IL 60654
     Attn: James Sprayregen, Marc Kieselstein, Chad Husnick
     Email: jsprayregen@kirkland.com; mkieselstein@kirkland.com; chusnick@kirkland.com

cc:  Kirkland & Ellis LLP
     601 Lexington Avenue
     New York, NY 10022
     Attn: Edward Sassower
     Email: edward.sassower@kirkland.com

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ENERGY FUTURE HOLDINGS CORP. | ATTN: ANDREW WRIGHT 1601 BRYAN ST DALLAS TX 75201 |
| NEXTERA ENERGY INC | ATTN: CHARLES SIEVING 700 UNIVERSE BLVD NORTH PALM BEACH FL 33408 |

**Total Creditor count  2**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | COUNSEL TO NEXTERA ATTN: HOWARD SEIFE & ANDREW ROSENBLATT 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| FIDELITY MANAGEMENT & RESEARCH COMPANY | ATTN: NATE VAN DUZER, DANIEL CHISHOLM 82 DEVONSHIRE ST #F6B BOSTON MA 02109 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON | ATTN: BRAD SCHELER, GARY L KAPLAN MATTHEW ROOSE ONE NEW YORK PLAZA NEW YORK NY 10004 |

Total Creditor count  3

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID LE MAY WILLIAM GREASON 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |

**Total Creditor count  1**