# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 21, 2017, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, the "**Elliott Funds**"), by and through their counsel, caused a copy of *The Elliott Funds' First Request For Production Of Documents Concerning Motion Of The EFH/EFIH Debtors For Order Authorizing Entry Into Merger Agreement And Approving Termination Fee To Berkshire Hathaway Energy Company* to be served on the following counsel in the manner indicated:

**VIA EMAIL**

Daniel B. Denny, Esq.
Jeffrey C. Krause, Esq.
Michael S. Neumeister, Esq.
Steven E. Sletten, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
ddenny@gibsondunn.com
jkrause@gibsondunn.com
mneumeister@gibsondunn.com

William E. Chipman, Esq.
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
chipman@chipmanbrown.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03089871v1}

| | |
|---|---|
| Dated: July 21, 2017<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware  19801<br>Phone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: scousins@bayardlaw.com<br>         efay@bayardlaw.com<br>         emiller@bayardlaw.com<br><br>-and- |
| ROPES & GRAY LLP<br>Andrew G. Devore<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA  02199-3600<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br>Email: Andrew.Devore@ropesgray.com | ROPES & GRAY LLP<br>Keith H. Wofford, Esquire<br>Gregg M. Galardi, Esquire<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email: Keith.Wofford@ropesgray.com<br>         Gregg.Galardi@ropesgray.com<br><br>*Counsel to Elliott Associates, L.P.,*<br>*Elliott International, L.P. and The Liverpool*<br>*Limited Partnership* |