# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 24th day of July 2017, Berkshire Hathaway Energy Company ("**BHE**"), by and through its undersigned counsel, caused a copy of documents bearing production numbers *BHE_000000001 through BHE_000004820* to be served on the following parties *via* the SFTP site:

*Via* **Electronic Mail**

Scott D. Cousins, Esquire
Erin R. Fay, Esquire
Evan T. Miller, Esquire
*Bayard, P.A.*
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Email:  scousins@bayardlaw.com
 efay@bayardlaw.com
 emiller@bayardlaw.com

*Via* **Electronic Mail**

Keith H. Wofford, Esquire
Gregg M. Galardi, Esquire
*Ropes & Gray LLP*
1211 Avenue of the Americas
New York, NY 10036-8704
Email:  keith.wofford@ropesgray.com
 gregg.galardi@ropesgray.com

*Via* **Electronic Mail**

Andrew G. Devore, Esquire
Matthew L. McGinnis, Esquire
Gregory L. Demers
*Ropes & Gray LLP*
Prudential Tower
800 Boylston Street
Boston, MA 02199
Email:  andrew.devore@ropesgray.com
 matthew.mcginnis@ropesgray.com
 gregory.demers@ropesgray.com

| | |
|---|---|
| Dated:  July 24, 2017<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>  */s/ William E. Chipman, Jr.*  <br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:     (302) 295-0191<br>Facsimile:      (302) 295-0199<br>Email:             chipman@chipmanbrown.com<br>                      olivere@chipmanbrown.com<br><br>—and—<br><br>Jeffrey C. Krause (Admitted *pro hac vice*)<br>Michael S. Neumeister (Admitted *pro hac vice*)<br>Daniel B. Denny (Admitted *pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Telephone:     (213) 229-7000<br>Facsimile:      (213) 229-7520<br>Email:             jkrause@gibsondunn.com<br>Email:             mneumeister@gibsondunn.com<br>Email:             ddenny@gibsondunn.com<br><br>*Counsel for Berkshire Hathaway Energy Company* |