IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

## NOTICE OF SERVICE

To:  Scott D. Cousins  
     Erin R. Fay  
     Evan T. Miller  
     BAYARD, P.A.  
     222 Delaware Avenue, Suite 900  
     Wilmington, DE 19801  

     Keith H. Wofford  
     Gregg M. Galardi  
     ROPES & GRAY LLP  
     1211 Avenue of the Americas  
     New York, NY 10036-8704  

Andrew G. Devore  
Matthew L. McGinnis  
Gregory L. Demers  
ROPES & GRAY LLP  
Prudential Tower  
800 Boylston Street  
Boston, MA 02199  

PLEASE TAKE NOTICE that, in connection with (i) the *Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, filed July 7, 2017 [D.I. 11425] and (ii) *The Elliott Funds' Motion to Adjourn Hearing on the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee*, filed July 19, 2017 [D.I. 11506], on July 24, 2017, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused the *Debtors' Responses and Objections to Notice of Deposition of Debtors Pursuant to Fed. R. Civ. P. 30(b)(6) By the Elliott Funds* to be served on the following parties in the manner indicated as follows:

**VIA EMAIL**

Scott Cousins
Erin R. Fay
Evan T. Miller
**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
SCousins@bayardlaw.com
Efay@bayardlaw.com
EMiller@bayardlaw.com

**VIA EMAIL**

Keith H. Wofford
Gregg M. Galardi
**ROPES &GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Keith.Wofford@ropesgray.com
Gregg.Galardi@ropesgray.com
Ross.Martin@ropesgray.com
Jonathan.Agudelo@ropesgray.com

**VIA EMAIL**

Andrew G. Devore
Matthew L. McGinnis
Gregory L. Demers
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Andrew.Devore@ropesgray.com
Matthew.McGinnis@ropesgray.com
gregory.demers@ropesgray.com

[*Remainder of page intentionally left blank.*]

Dated: July 24, 2017
       Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:        mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

4