# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     )    SS
NEW CASTLE COUNTY    )

      Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Chipman Brown Cicero & Cole, LLP, counsel to *Berkshire Hathaway Energy Company* in the above-captioned cases, and she caused a copy of the following:

(1) Berkshire Hathaway Energy Company's Joinder in EFH/EFIH Debtors' Reply in Support of the Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code in Further Response to the Objections to the Scheduling Motion [Docket 11585]

to be served upon the parties listed on the attached service list *via* electronic mail on July 22, 2017 and *via* hand delivery or first-class mail on July 25, 2017.

                                                   /s/ *Michelle M. Dero*
                                                   Michelle M. Dero

     SWORN TO AND SUBCRIBED before me this 26th day of July 2017.

                                                 /s/ *Kristin A. McCloskey*
                                                 Kristin A. McCloskey
                                                 Notary Public
                                                 State of Delaware
                                                 My Commission Expires July 7, 2020

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Via* Hand Delivery and Electronic Mail

Scott D. Cousins, Esquire (scousins@bayardlaw.com)
Erin R. Fay, Esquire (efay@bayardlaw.com)
Evan T. Miller, Esquire (emiller@bayardlaw.com)
*Bayard, P.A.*
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Counsel for Elliott Associates, L.P.; Elliott International, L.P. and The Liverpool Limited Partnership)

*Via* First Class and Electronic Mail

James H.M. Sprayregen, P.C. (james.sprayregen@kirkland.com)
Marc Kieselstein, P.C. (marc.kieselstein@kirkland.com)
Chad J. Husnick, P.C. (chad.husnick@kirkland.com)
Steven N. Serajeddini, Esquire (steven.serajeddini@kirkland.com)
*Kirkland & Ellis LLP*
300 North LaSalle
Chicago, IL 60654
(Counsel for the Debtors and Debtors-in-Possession)

*Via* First Class and Electronic Mail

Keith H. Wofford, Esquire (keith.wofford@ropesgray.com)
Gregg M. Galardi, Esquire (gregg.galardi@ropesgray.com)
*Ropes & Gray LLP*
1211 Avenue of the Americas
New York, NY 10036-8704
(Counsel for Elliott Associates, L.P.; Elliott International, L.P. and The Liverpool Limited Partnership)

*Via* First Class and Electronic Mail

Mark E. McKane, P.C. (mark.mckane@kirkland.com)
*Kirkland & Ellis LLP*
555 California Street
San Francisco, CA 94104
(Counsel for the Debtors and Debtors-in-Possession)

*Via* First Class and Electronic Mail

Andrew G. Devore, Esquire (andrew.devore@ropesgray.com)
Matthew McGinnis, Esquire (matthew.mcginnis@ropesgray.com)
Gregory L. Demers (gregory.demers@ropesgray.com)
*Ropes & Gray LLP*
Prudential Tower
800 Boylston Street
Boston, MA 02199
(Counsel for Elliott Associates, L.P.; Elliott International, L.P. and The Liverpool Limited Partnership)

*Via* Hand Delivery and Electronic Mail

Mark D. Collins, Esquire (collins@rlf.com)
Daniel J. DeFranceschi, Esquire (defranceschi@rlf.com)
Jason M. Madron, Esquire (madron@rlf.com)
*Richards, Layton & Finger, P.A.*
920 North King Street
Wilmington, DE 19801
(Counsel for the Debtors and Debtors-in-Possession)

*Via* First Class and Electronic Mail

Edward O. Sassower, P.C. (edward.sassower@kirkland.com)
Stephen E. Hessler, P.C. (stephen.hessler@kirkland.com)
Brian E. Schartz, Esquire (brian.schartz@kirkland.com)
Aparna Yenamandra, Esquire (aparna.yenamandra@kirkland.com)
*Kirkland & Ellis LLP*
601 Lexington Avenue
New York, NY 10022-4611
(Counsel for the Debtors and Debtors-in-Possession)