# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 7/26/17 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | PSZJ | EFIH Second Lien Trustee |
| Joshua Brody | Kramer Levin | " |
| Jennifer Sharret | Kramer Levin | " |
| Scott Talmadge | Freshfields Bruckhaus Deringer | Sunrise Partners Limited Partnership |
| Jeffrey S. Sabin | Venable | Pimco |
| William Chipman | Chipman Brown Cicero & Cole | Berkshire Hathaway Energy Corp. |
| Jeffrey Krause | Gibson Dunn | " |
| Steven Sletten | " | " |
| Andy McGaan | K&E | Debtors |
| Mack McCane | K&E | Debtors |
| Richard L. Schepacarter | US DOJ - OUST | U.S. Trustee |
| Matthew Hurley | MMWR | E-Side Committee |
| Brian Glueckstein | Sullivan & Cromwell | " |
| Alexa Kranzley | " | " |
| Roy Ennisch | Klehr Harrison | UMB Bank, N.A. Indenture Trustee |
| David I. Hones | Cross & Simon | American Stock Transfer & Trust |
| Fitzrick Pedro | Nixon Peabody | " |
| Abid Quashi | Akin Gump | UMB Bank, NA Indenture Trustee |
| Gregg Galardi | Ropes | Elliott |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Matt McGuinness — Ropes — Elliott
Joscott H. Huston, Jr. — Stevens + Lee P.C. — EFIH Special Confls

# SIGN-IN SHEET

**CASE NAME:** Energy Futures
**CASE NO:** 14-10979(CSS)
**COURTROOM LOCATION:** 6
**DATE:** 7.26.17 AT 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | Bielli & Klauder | EFH EFG |
| Joshua Gelbus | Gelbus Scali | Sun La partnsin |
| Daniel K Hogan | Hogan McDaniel | Fruchy Kely Jones & Hunsaker |
| Joseph Wright | Cardis Rath & Cobb | Next Efs |
| Eric Daucher | Norton Rose | " " |
| Mark Thomas | Proskauer | JGFH Grp |
| Mike Joyce | OE+T | Fidelity |
| Scott Cousins | Bayard | Elliott Assoc |
| Bryan Stepheny | Kirkland | Debtors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Calendar Date: 07/26/2017
Calendar Time: 10:00 AM ET

Amended Calendar  Jul 26 2017  5:21AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8490695 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8496783 | Alysa Ain | (212) 859-8000 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8491417 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8486719 | Ryan Appleby | (213) 229-7345 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Berkshire Hathaway Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8486248 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8495673 | Robin D. Ball | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8493960 | Negisa Balluku | (212) 617-0147 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8480118 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8494046 | Julie Bell | (212) 358-4862 ext. | Anchorage Capital Group, LLC | Interested Party, Anchorage Capital Group / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8495904 | Rob Berntsen | (213) 229-7345 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Rob Berntsen / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8488941 | Lauren Bilzin | (212) 672-2252 ext. | Serengeti Asset Management | Creditor, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8494013 | Soma Biswas | 212-313-9307 ext. | Soma Biswas | Interested Party, Soma Biswas / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8496139 | John B. Bringardner | | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8489269 | Joshua Brody | (212) 378-3143 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, ComputerShare / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8492136 | Christopher L. Carter | (212) 715-9314 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8485076 | Mark A. Cody | (617) 951-8063 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8494053 | Barry Felder | (312) 269-4392 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8492116 | GianClaudio Finizio | (212) 338-3540 ext. | Bayard P.A. | Representing, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486224 | Mark A. Fink | (302) 429-9240 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8490997 | Mark Flannagan - Client | (212) 867-9500 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8485078 | Joseph A. Florczak | (212) 808-7925 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486233 | Gregg M. Galardi | (312) 269-4123 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8493838 | Richard Gitlin - Client | (212) 596-9139 ext. | Godfrey & Kahn, S.C. | Client, Richard Gitlin / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8491270 | Todd M. Goren | (608) 284-2654 ext. | Morrison & Foerster LLP | Creditor, The Official Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8490992 | Mark F. Hebbeln | (212) 468-8000 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8487383 | Natalie Hocken | (312) 832-4394 ext. | Berkshire Hathaway Energy Co. | Interested Party, Berkshire Hathaway Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8494720 | Jeremy Hollembeak | (503) 813-7205 ext. | Kobre & Kim LLP | Trustee, Delaware Trust Company et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8493730 | Emily L. Katz | (212) 530-5189 ext. | Morgan Stanley - New York | Creditor, Emily L. Katz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8489583 | Thomas Kreller | (212) 761-1671 ext. | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Hunt Consolidated Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8495865 | Rob Lasich | (424) 386-4463 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Rob Lasich / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8480110 | Hal F. Morris | (213) 229-7345 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8492125 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8486148 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Berkshire Hathaway Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8492373 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8492604 | Meredith Pfister | (212) 412-1368 ext. | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8496788 | Matthew M. Roose | (212) 859-8029 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| Energy Future Holdings, Inc. | 14-10979 | Hearing | 8495681 | Ravi Sarawgi | (212) 270-6479 ext. | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8494012 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8489190 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, CitiBank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8468266 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8493924 | Howard Seife | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8489275 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8493947 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8485788 | Steven E Sletten | 213-229-7505 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Berkshire Hathaway Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8495800 | Fredric Sosnick | 212-848-8571 ext. | Shearman & Sterling LLP | Creditor, Citi Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8494730 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8493842 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8485207 | Amer Tiwana | (646) 562-1770 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8491730 | Carl Tullson | (312) 407-0379 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8490908 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8496137 | Michael J. Walsh | (646) 855-8154 ext. | Bank of America | Creditor, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8482250 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8492002 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8491277 | Peter Young | (312) 962-3528 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8484962 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Creditor, Ad Hoc Committee Of Tech Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8491532 | Allister Chan - Client | (212) 848-4000 ext. | Shearman & Sterling LLP | Client, Allister Chan / LISTEN ONLY |

Elliott Assoc.
Debtor

Bayard
Kirkland

Scott Cousins
Bryan Stephany