# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 14-10979 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Andrew G. Devore, Esquire of Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199, to represent Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership in the above-captioned cases.

Dated: July 20, 2017
    Wilmington, Delaware

/s/ *Evan T. Miller*
Evan T. Miller (No. 5364)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware  19801

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ *Andrew G. Devore*
Andrew G. Devore, Esquire
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: July 26th, 2017**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

{BAY:03088990v1}