**<u>Exhibit B</u>**

**SUMMARY OF PROFESSIONAL SERVICES**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Compensation Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 9.10 | $6,142.50 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $610.00 | 123.00 | $75,030.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $630.00[1] | 42.00 | $26,523.00 |
| Mark A. Fink | Non-Working Travel | $305.00 | 6.30 | $1,921.50 |
| Davis L. Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $570.00 | 16.10 | $9,177.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **196.60** | **$118,794.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Octavia Frias | Paralegal | $165.00 | 20.00 | $3,300.00 |
| Jason Smith | Paralegal | $165.00 | 8.30 | $1,369.50 |
| Kevin T. Mangan | Paralegal | $145.00 | 1.80 | $261.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **30.10** | **$4,930.50** |
| **TOTAL ALL PROFESSIONALS** | | | **226.70** | **$123,724.50** |

---

[1] During the Compensation Period, Mark A. Fink's hourly billing rate, increased from $610.00 to $630.00.