**Exhibit C**

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED

| Expense Category | Expense Amount |
|---|---|
| Miscellaneous Expense | $826.00 |
| Postage | $.46 |
| Duplicating - Internal | $22.80 |
| Transportation – Local while on business | $22.52 |
| Transcript-Court | $364.80 |
| Consultant Fees | $150.00 |
| Filing Fee – Other | $37.00 |
| Travel – Miscellaneous | $9.10 |
| Travel – Rail Fare | $1,330.00 |
| Travel – Tax Fare | $16.74 |
| Telephone | $6.92 |
| Westlaw On-Line Legal Research | $93.78 |
| Pacer | $144.80 |
| **Total** | **$3,024.92** |