**Exhibit D**

**January 1, 2017 – January 31, 2017**

|  |  |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 01/31/17 | Printing & Duplicating - Internal | $ | 0.10 |
| 01/31/17 | Pacer | $ | 40.80 |
| 01/06/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 12/5/16, Court Call expense for hearing | $ | 163.00 |
| 01/06/17 | Travel - Miscellaneous - PAID TO: Mark A. Fink - 12/1/16, Cabfare from residence to Penn Station for travel to Wilmington | $ | 9.10 |
| 01/06/17 | Travel - Rail Fare - PAID TO: Mark A. Fink - 12/1/16, Roundtrip Amtrak railfare from NYC to Wilmington to attend hearing | $ | 376.00 |
| 01/09/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 12/14/16, Court call hearing expense | $ | 30.00 |
| 01/18/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 1/3/17, Court call expense, telephone conference - EFH hearing | $ | 30.00 |
| 01/18/17 | Consultant Fees - PAID TO: Epiq eDiscovery Solutions - Services for the month of December 2016 (customer # 3003555) | $ | 150.00 |
| 01/24/17 | Filing Fee - Other - PAID TO: American Express - CCALL ID # 7984225 charge on 12/12/2016 | $ | 37.00 |
| 01/25/17 | Transportation - Local while on business - PAID TO: Mark A. Fink - 1/4/17, Roundtrip cabfare from residence to Penn Station for travel to Wilmington to attend EFH disclosure statement hearing | $ | 17.00 |
| 01/25/17 | Transportation - Local while on business - PAID TO: Mark A. Fink - 1/4/17, Cabfare from Wilmington train station to office for travel to Wilmington to attend EFH disclosure statement hearing | $ | 5.52 |
| 01/25/17 | Travel - Rail Fare - PAID TO: Mark A. Fink - 1/4/17, Roundtrip railfare from NY to Wilmington to attend EFH Disclosure Statement Hearing | $ | 376.00 |
| | Total Disbursements | $ | 1,234.52 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---:|
| 0008 | Miscellaneous Expense | $ | 223.00 |
| 0013 | Duplicating - Internal | $ | 0.10 |
| 0022 | Transportation - Local while on business | $ | 22.52 |
| 0046 | Consultant Fees | $ | 150.00 |
| 0058 | Filing Fee - Other | $ | 37.00 |
| 0091 | Travel - Miscellaneous | $ | 9.10 |
| 0092 | Travel - Rail Fare | $ | 752.00 |
| 0163 | Pacer | $ | 40.80 |
| | Total: | $ | 1,234.52 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# Exhibit D

# February 1, 2017 – February 28, 2017

|  |  |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742877 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---|
| 02/28/17 | Printing & Duplicating - Internal | $ 6.40 |
| 02/28/17 | Pacer | $ 47.20 |
| 02/02/17 | Westlaw On-Line Legal Research | $ 53.46 |
| 02/24/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 2/14/17, Court Call expense re: attendance at E-side confirmation hearing | $ 51.00 |
| 02/24/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 2/13/17, Court Call expense re: EFH hearing, 1:00pm | $ 58.00 |
| 02/24/17 | Travel - Rail Fare - PAID TO: Mark A. Fink - 2/16/17, Roundtrip Amtrak railfare from NY to DE to attend confirmation hearing | $ 279.00 |
| 02/24/17 | Travel - Rail Fare - PAID TO: Mark A. Fink - 2/17/17, Roundtrip Amtrak railfare from NY to DE to attend EFH hearing | $ 299.00 |
| 02/28/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of January, 2017 | $ 150.00 |
| 02/28/17 | Transcript-Court - PAID TO: Veritext- MAIN - Certified Transcript (Witness 14-10979) - 2/14/17, Wilmington, DE | $ 87.60 |
| 02/28/17 | Transcript-Court - PAID TO: Veritext- MAIN - Certified transcript (Witness 14-10979) - job date 2/15/17 | $ 277.20 |
| | Total Disbursements | $ 1,308.86 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742877 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges
## Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---|
| 0008 | Miscellaneous Expense | $ | 259.00 |
| 0013 | Duplicating - Internal | $ | 6.40 |
| 0084 | Transcript-Court | $ | 364.80 |
| 0092 | Travel - Rail Fare | $ | 578.00 |
| 0152 | Westlaw On-Line Legal Research | $ | 53.46 |
| 0163 | Pacer | $ | 47.20 |
| | Total: | $ | 1,308.86 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit D**

**March 1, 2017 – March 31, 2017**

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746675 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 03/31/17 | Postage | $ | 0.46 |
| 03/31/17 | Printing & Duplicating - Internal | $ | 5.70 |
| 03/31/17 | Pacer | $ | 15.60 |
| 03/17/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of February, 2017 | $ | 150.00 |
| 03/20/17 | Transportation - Local while on business - PAID TO: Mark A. Fink - 2/17/17, Roundtrip cabfare from residence to Amtrak station for travel to attend EFH confirmation hearing in Wilmington, DE | $ | 16.74 |
| 03/21/17 | Westlaw On-Line Legal Research | $ | 40.32 |
| | Total Disbursements | $ | 228.82 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746675 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---|
| 0008 | Miscellaneous Expense | $ | 150.00 |
| 0013 | Duplicating - Internal | $ | 5.70 |
| 0014 | Postage | $ | 0.46 |
| 0022 | Transportation - Local while on business | $ | 16.74 |
| 0025 | Printing - Internal | $ | 0.00 |
| 0152 | Westlaw On-Line Legal Research | $ | 40.32 |
| 0163 | Pacer | $ | 15.60 |
| | Total: | $ | 228.82 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **Exhibit D**

## **April 1, 2017 – April 30, 2017**

|  |  |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746854 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred
## On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 04/30/17 | Printing & Duplicating - Internal | $ | 10.60 |
| 04/30/17 | Pacer | $ | 41.20 |
| 04/18/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 3/28/17, Court Call Conference re: EFH hearing | $ | 44.00 |
| 04/25/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of March, 2017 | $ | 150.00 |
| 04/26/17 | Telephone - PAID TO: Soundpath Conferencing - Conference call at 2:26pm on 4/5/17 with 3 participants | $ | 6.92 |
|  | Total Disbursements | $ | 252.72 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746854 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges
## Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---|
| 0008 | Miscellaneous Expense | $ | 194.00 |
| 0013 | Duplicating - Internal | $ | 10.60 |
| 0137 | Telephone | $ | 6.92 |
| 0163 | Pacer | $ | 41.20 |
| | Total: | $ | 252.72 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**