# Exhibit G

# January 1, 2017 – January 31, 2017

Invoice Date: 3/23/17
Invoice Number: 742876
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 14.00 | $8,369.50 |
| 010 | Employment and Fee Applications (MMWR) | 6.70 | $1,550.50 |
| 011 | Employment and Fee Applications (Others) | 3.90 | $1,889.50 |
| 015 | Non-Working Travel | 1.80 | $549.00 |
| 016 | Plan and Disclosure Statement | 21.60 | $13,176.00 |
| 021 | Hearings | 5.10 | $3,111.00 |
| 030 | Asbestos-Related Matters | 0.50 | $305.00 |
| | Matter Total | 53.60 | $28,950.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit G**

**February 1, 2017 – February 28, 2017**

Invoice Date: 3/23/17
Invoice Number: 742877
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| 006 | Case Administration | 7.70 | $4,385.50 |
| 010 | Employment and Fee Applications (MMWR) | 11.10 | $1,896.50 |
| 011 | Employment and Fee Applications (Others) | 6.10 | $2,418.50 |
| 015 | Non-Working Travel | 4.50 | $1,372.50 |
| 016 | Plan and Disclosure Statement | 49.30 | $30,144.50 |
| 021 | Hearings | 30.10 | $17,717.00 |
| 030 | Asbestos-Related Matters | 8.70 | $5,437.00 |
|  | Matter Total | 117.50 | $63,371.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit G**

**March 1, 2017 – March 31, 2017**

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746675 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 10.40 | $6,309.00 |
| 007 | Claims Administration and Objections | 1.90 | $1,197.00 |
| 010 | Employment and Fee Applications (MMWR) | 7.10 | $2,473.50 |
| 011 | Employment and Fee Applications (Others) | 4.50 | $2,370.00 |
| 016 | Plan and Disclosure Statement | 3.20 | $2,016.00 |
| 021 | Hearings | 1.70 | $1,071.00 |
| 023 | Claims Investigation | 0.70 | $441.00 |
| 026 | Other Motions/Applications | 1.60 | $1,008.00 |
| 030 | Asbestos-Related Matters | 0.60 | $405.00 |
| | Matter Total | 31.70 | $17,290.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **Exhibit G**

# **April 1, 2017 – April 30, 2017**

| | | Invoice Date: | 6/29/17 |
| | | Invoice Number: | 746854 |
| | | Client Matter Number: | 66471.00003 |
| | | I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 10.00 | $6,130.50 |
| 010 | Employment and Fee Applications (MMWR) | 2.00 | $1,260.00 |
| 011 | Employment and Fee Applications (Others) | 2.90 | $943.50 |
| 016 | Plan and Disclosure Statement | 2.10 | $1,323.00 |
| 021 | Hearings | 4.20 | $2,754.00 |
| 030 | Asbestos-Related Matters | 2.70 | $1,701.00 |
| | Matter Total | 23.90 | $14,112.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**