# Exhibit H

## January 1, 2017 – January 31, 2017

Invoice Date:               3/23/17
Invoice Number:             742876
Client Matter Number:  66471.00003
I.D.#                          01051

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 1/4/17 | MA Fink | 006 | Review of DS order (.3); review notice of sale (.8); review APA for key terms (3.7); review declaration in support (.4) | 5.20 |
| 1/9/17 | OL Frias | 006 | Update calendar for objection deadlines in regard to Monthly Fee Applications | 0.10 |
| 1/11/17 | MA Fink | 006 | Review of objection re Balloting (.8) review on underlying motion (.6); correspondence re deposition logistics (.2) | 1.60 |
| 1/19/17 | ND Ramsey | 006 | Review statement of issues on appeal Fenicle | 0.30 |
| 1/23/17 | MA Fink | 006 | Call among committee and professional (1.2); review of motion by EFH re fees (2.1); review APA order with exhibits (.8) | 4.10 |
| 1/24/17 | MA Fink | 006 | Participate in planning call with debtors and all other constituents (.4); correspondence with A. Kranzley re same (.2) | 0.60 |
| 1/24/17 | OL Frias | 006 | Corresponding with M. Fink regarding electronic filing and service of Fourth Declaration (.1); Electronically filing and effectuating service of Fourth Declaration of Alixpartners (.3) | 0.40 |
| 1/25/17 | MA Fink | 006 | Review correspondence re status conference from debtors to chambers | 0.20 |
| 1/30/17 | MA Fink | 006 | Review of 1/26 transcript (.7) | 0.70 |
| 1/30/17 | ND Ramsey | 006 | Review order of District Court re closure of appeal | 0.20 |
| 1/31/17 | ND Ramsey | 006 | Review notices re reservation of rights notice of asbestos creditors (.2); and indenture trustee (.1) | 0.30 |
| 1/31/17 | MA Fink | 006 | Review notices re reservation of rights notice of asbestos creditors (.2); and indenture trustee (.1) | 0.30 |

Task Total     14.00

| | |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 12.70 | $610.00 | $7,747.00 |
| 07892 | Frias, OL | 0.50 | $165.00 | $82.50 |
| 01051 | Ramsey, ND | 0.80 | $675.00 | $540.00 |
| | Task Total | 14.00 | | $8,369.50 |

| | |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 1/9/17 | OL Frias | 010 | Preparing certificate of no objection to twenty-third monthly fee statement | 0.30 |
| 1/9/17 | OL Frias | 010 | Corresponding with M. Fink regarding preparing and filing Certificate of No Objection to Twenty-Third Fee Application | 0.10 |
| 1/9/17 | OL Frias | 010 | E-filing and effectuating service of Certificate of No Objection to MMWR Twenty-Third Monthly Fee Application | 0.40 |
| 1/18/17 | OL Frias | 010 | Preparing Twenty-Sixth Monthly Fee Application and Exhibits of MMWR | 1.50 |
| 1/23/17 | OL Frias | 010 | Preparing Certificates of No Objection to the Twenty-Fourth and Twenty Fifth Monthly Fee Applications of MMWR | 0.80 |
| 1/23/17 | OL Frias | 010 | Electronically filing and attending to service of the Certificates of No Objection to the Twenty-Fourth and Twenty-Fifth Monthly Fee Applications of MMWR | 0.30 |
| 1/23/17 | MA Fink | 010 | Review/revise/finalize CNOs for MMWR's October (.2) and November (.2) fee apps | 0.40 |
| 1/26/17 | OL Frias | 010 | Reviewing final bill for total fees and expenses and finalizing Twenty Sixth Monthly Fee Statement for MMWR (.7) Corresponding with M. Fink regarding filing and service (.1) | 0.80 |
| 1/27/17 | OL Frias | 010 | Corresponding with M. Fink regarding Twenty Sixth Monthly Fee Application of MMWR (.2); E-filing and effectuating service of Twenty Sixth Monthly Fee Application (.3) | 0.50 |
| 1/27/17 | MA Fink | 010 | Preparation of MMWR fee statements | 0.60 |
| 1/30/17 | OL Frias | 010 | Corresponding with M. Fink regarding drafting Notice of fee application (.2); prepare Notice of Alixpartners Twenty-Fourth Monthly Fee Application (.4); electronically filing and effecting service of Twenty-Fourth Monthly Fee Application of Alixpartners (.4) | 1.00 |

Task Total    6.70

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.00 | $610.00 | $610.00 |
| 07892 | Frias, OL | 5.70 | $165.00 | $940.50 |
| | Task Total | 6.70 | | $1,550.50 |

| | |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 1/10/17 | MA Fink | 011 | Review fee app for September and October (.4); review/revise CNO's for fee app (.2) | 0.60 |
| 1/12/17 | MA Fink | 011 | Review/finalize S&C CNO (.1); coordinate filing and service of same (.1) | 0.20 |
| 1/12/17 | OL Frias | 011 | Corresponding with M. Fink regarding Sullivan & Cromwell Certificate of No Objection | 0.10 |
| 1/12/17 | OL Frias | 011 | E-filing and effectuation service of Sullivan & Cromwell's Certificate of No Objection in regard to Twenty-Fifth Monthly Fee Statement | 0.30 |
| 1/23/17 | OL Frias | 011 | Electronically filing and effectuating service of the Twenty-Sixth Monthly Fee Application of Sullivan and Cromwell | 0.30 |
| 1/23/17 | MA Fink | 011 | Review/finalize/S&C fee statement (.3); coordinate service re same (.1) | 0.40 |
| 1/24/17 | MA Fink | 011 | Review/finalize supplement for Alix Partners (.3); correspondence re same (.2); call with A. Partners | 0.50 |
| 1/25/17 | MA Fink | 011 | Review/revise Guggenheim application (.4); correspondence with P. LaRoche re same (.2) | 0.60 |
| 1/25/17 | OL Frias | 011 | Efile and effectuate service of the Twenty Sixth Monthly Fee Statement of Guggenheim Securities (.3); Corresponding with M. Fink re: same (.1) | 0.40 |
| 1/30/17 | MA Fink | 011 | Review/finalize fee of Alix Partners (.4); coordinate filing and service of same (.1) | 0.50 |

Task Total    3.90

| | |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.80 | $610.00 | $1,708.00 |
| 07892 | Frias, OL | 1.10 | $165.00 | $181.50 |
| | Task Total | 3.90 | | $1,889.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:            3/23/17
Invoice Number:       742876
Client Matter Number:  66471.00003
I.D.#               01051

**Detail for Fee Services Rendered - 015 Non-Working Travel**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 1/3/17 | MA Fink | 015 | Travel to attend hearing on E-side DS (1.8) | 1.80 |

Task Total   1.80

Invoice Date: 3/23/17
Invoice Number: 742876
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 015 Non-Working Travel

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.80 | $305.00 | $549.00 |
| | Task Total | 1.80 | | $549.00 |

| | | |
|---|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 1/2/17 | MA Fink | 016 | Review of filed Plan Support Agreement | 3.00 |
| 1/2/17 | MA Fink | 016 | Review amended plan (.9); DS (1.3); and DS reply papers (1.7); review of declaration in support (.3); review notices for discovery in connection with plan (.3) | 4.50 |
| 1/3/17 | MA Fink | 016 | Review of further amended plans and disclosure statements (1.6) | 1.60 |
| 1/4/17 | MA Fink | 016 | Review of discovery requests (notices of deposition and production of documents) from First Liens | 1.20 |
| 1/9/17 | MA Fink | 016 | Review of materials produced in connection with E-side plan | 2.80 |
| 1/10/17 | MA Fink | 016 | Review of materials delivered in connection with E-side plan | 3.10 |
| 1/12/17 | MA Fink | 016 | Review letter re discovery and underlying documents | 0.80 |
| 1/23/17 | MA Fink | 016 | Review notices of deposition | 0.30 |
| 1/30/17 | MA Fink | 016 | Review of amended plan supplement materials | 3.80 |
| 1/30/17 | MA Fink | 016 | Review of witness and exhibit lists for plan confirmation (.5) | 0.50 |

Task Total    21.60

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**SUMMARY FOR FEE SERVICES RENDERED**
**016 Plan and Disclosure Statement**

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 21.60 | $610.00 | $13,176.00 |
| | Task Total | 21.60 | | $13,176.00 |

|                        |             |
|------------------------|-------------|
| Invoice Date:          | 3/23/17     |
| Invoice Number:        | 742876      |
| Client Matter Number:  | 66471.00003 |
| I.D.#                  | 01051       |

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 1/2/17 | MA Fink | 021 | Attend DS status conference hearing (.8) | 0.80 |
| 1/3/17 | MA Fink | 021 | Attend hearing on DS (2.7) | 2.70 |
| 1/5/17 | MA Fink | 021 | Prep for (.6); and participate in (1.0) committee meeting | 1.60 |
|  |  |  | Task Total | 5.10 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                3/23/17
Invoice Number:              742876
Client Matter Number:  66471.00003
I.D.#                        01051

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 5.10 | $610.00 | $3,111.00 |
| | Task Total | 5.10 | | $3,111.00 |

| | |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742876 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 1/2/17 | MA Fink | 030 | Review notice and appeal and amended notice of appeal on motion to dismiss (.2) | 0.20 |
| 1/18/17 | MA Fink | 030 | Review of asbestos issues on appeal and related documents | 0.30 |
| | | | Task Total | 0.50 |

Invoice Date: 3/23/17
Invoice Number: 742876
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.50 | $610.00 | $305.00 |
| | Task Total | 0.50 | | $305.00 |

| | | | |
|---|---|---|---|
| Invoice Date: | | | 3/23/17 |
| Invoice Number: | | | 742876 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 1.80 | $305.00 | $549.00 |
| 07722 | MA Fink | 43.70 | $610.00 | $26,657.00 |
| 01051 | ND Ramsey | 0.80 | $675.00 | $540.00 |
| 07892 | OL Frias | 7.30 | $165.00 | $1,204.50 |
| | Matter Total | 53.60 | | $28,950.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**<u>Exhibit H</u>**


**<u>February 1, 2017 – February 28, 2017</u>**

Invoice Date:                          3/23/17
Invoice Number:                        742877
Client Matter Number:  66471.00003
I.D.#                                   01051

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/7/17 | OL Frias | 006 | Corresponding with M. Fink regarding scheduling court call appearance for confirmation hearing scheduled for February 14 through February 17 (.1); arrange calls (.3) | 0.40 |
| 2/16/17 | OL Frias | 006 | Ordering transcripts for February 14 and February 15 hearings | 0.30 |
| 2/22/17 | MA Fink | 006 | Began review of 1st lien and 2nd lien settlement motion | 2.00 |
| 2/24/17 | MA Fink | 006 | Continue review of 1st and 2nd lien settlement | 2.80 |
| 2/27/17 | MA Fink | 006 | Review of objection to IRS claim (1.0); review of objection to claims (1.2) | 2.20 |

Task Total     7.70

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                3/23/17
Invoice Number:              742877
Client Matter Number:  66471.00003
I.D.#                        01051

### SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 7.00 | $610.00 | $4,270.00 |
| 07892 | Frias, OL | 0.70 | $165.00 | $115.50 |
| | Task Total | 7.70 | | $4,385.50 |

Invoice Date:              3/23/17
Invoice Number:            742877
Client Matter Number:  66471.00003
I.D.#                       01051

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/2/17 | OL Frias | 010 | Corresponding with M. Fink regarding preparing Seventh Interim Fee Application | 0.10 |
| 2/3/17 | OL Frias | 010 | Preparing Seventh Interim Fee Application and Exhibits | 3.00 |
| 2/6/17 | OL Frias | 010 | Preparing Seventh Interim Fee Application | 0.50 |
| 2/8/17 | OL Frias | 010 | Continue preparing Seventh Interim Fee Application of MMWR | 2.50 |
| 2/10/17 | OL Frias | 010 | Finalizing MMWR's Seventh Interim Fee Application (3.0); corresponding with M. Fink regarding review and exhibits (.1) | 3.10 |
| 2/13/17 | OL Frias | 010 | Preparing Certificate of No Objection to MMWR's 26th Monthly Fee Application | 0.50 |
| 2/21/17 | KT Mangan | 010 | Filing MMWR's 26th monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 2/21/17 | KT Mangan | 010 | Filing S&C January monthly fee application (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 2/21/17 | MA Fink | 010 | Finalize MMWR CNO for filing | 0.20 |

Task Total    11.10

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              3/23/17
Invoice Number:            742877
Client Matter Number:  66471.00003
I.D.#                         01051

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.20 | $610.00 | $122.00 |
| 07892 | Frias, OL | 9.70 | $165.00 | $1,600.50 |
| 09064 | Mangan, KT | 1.20 | $145.00 | $174.00 |
| | Task Total | 11.10 | | $1,896.50 |

Invoice Date:              3/23/17
Invoice Number:            742877
Client Matter Number:  66471.00003
I.D.#                          01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/14/17 | OL Frias | 011 | Corresponding with M. Fink regarding Certificate of No Objection to the Sullivan and Cromwell 26th fee application (.2); Prepare CNO for Sullivan and Cromwell fee application (.4); efile and effectuate service of fee application (.3) | 0.90 |
| 2/14/17 | MA Fink | 011 | Review/revise of fee app of Guggenheim (.5); and Alix Partners (.5); review/coordinate filing of S&C CNO (.3) | 1.30 |
| 2/15/17 | MA Fink | 011 | Revision of Guggenheim application (.3); correspondence with Dentons (P. Maxey re same (.3); finalize Alix Partners application (.2); coordinate service of Alix (.1); and Guggenheim (.1) applications | 1.00 |
| 2/15/17 | OL Frias | 011 | Corresponding with M. Fink regarding filing of interim fee applications (.2); Prepare Notice of Seventh Interim Fee Application for Alixpartners, LLP (.4); Electronically file Seventh Interim Fee applications for Alixpartners and Guggenheim Securities (.5); Effectuate service of fee application of Alixpartners and Guggenheim (.3) | 1.40 |
| 2/21/17 | MA Fink | 011 | Review and finalize S&C CNO | 0.20 |
| 2/22/17 | MA Fink | 011 | Review and finalize S&C fee application | 0.40 |
| 2/22/17 | KT Mangan | 011 | Filing S&C 7th interim fee application and supporting documents (0.4); coordinating service of same with KCC (0.2) | 0.60 |
| 2/24/17 | MA Fink | 011 | Review of Guggenheim application | 0.30 |

Task Total    6.10

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              3/23/17
Invoice Number:              742877
Client Matter Number:  66471.00003
I.D.#                    01051

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 3.20 | $610.00 | $1,952.00 |
| 07892 | Frias, OL | 2.30 | $165.00 | $379.50 |
| 09064 | Mangan, KT | 0.60 | $145.00 | $87.00 |
| | Task Total | 6.10 | | $2,418.50 |

Invoice Date:            3/23/17
Invoice Number:          742877
Client Matter Number:  66471.00003
I.D.#                    01051

**Detail for Fee Services Rendered - 015 Non-Working Travel**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/16/17 | MA Fink | 015 | Non working travel time | 2.00 |
| 2/17/17 | MA Fink | 015 | Travel between NYC and Wilmington | 2.50 |
| | | | Task Total | 4.50 |

| | | | | |
|---|---|---|---|---|
| Invoice Date: | | | | 3/23/17 |
| Invoice Number: | | | | 742877 |
| Client Matter Number: | | | | 66471.00003 |
| I.D.# | | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 015 Non-Working Travel

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 4.50 | $305.00 | $1,372.50 |
| | Task Total | 4.50 | | $1,372.50 |

| | |
|---|---|
| Invoice Date: | 3/23/17 |
| Invoice Number: | 742877 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 2/2/17 | MA Fink | 016 | Begin review of plan supplement (1.4); review of objection filed by the UST and Somervail County (2.0); correspondence with Wilmer Hale (D. Gringle) re designations (.3) | 3.70 |
| 2/3/17 | MA Fink | 016 | Review of plan supplement (2.7); letters re same (.4); pretrial order (.2) | 3.30 |
| 2/4/17 | MA Fink | 016 | Review of Plan objections | 4.60 |
| 2/7/17 | MA Fink | 016 | Review new plan supplement (.5); review witness and exhibit lists for trial (1.4) | 1.90 |
| 2/8/17 | MA Fink | 016 | Review of transcripts of Keglvoic (2.7); and Horton (2.4); review revised pretrial order (.4) | 5.50 |
| 2/11/17 | MA Fink | 016 | Finish review of brief in support of plan (1.4); review indenture trustee reservation (.2); review objection of DE Trust company (2.0) | 3.60 |
| 2/7/17 | MA Fink | 016 | Review stipulation and related documents re 7th amended plan (2.0); review draft pretrial order (.7); review comments to same (.3); participate in scheduled pretrial call (.5) | 3.50 |
| 2/9/17 | MA Fink | 016 | Review of pretrial order (.4); review objection to witness and exhibit lists (.3); review indenture trustee objection to plan (.4); and response to UST objection (.5) | 1.60 |
| 2/10/17 | MA Fink | 016 | Review response of Nextera re confirmation (1.4); review draft confirmation order (1.8); review response of UMB Bank to objections (1.6); review of voting declaration (.2); begin review brief in support of plan confirmation (4.0) | 9.00 |
| 2/11/17 | ND Ramsey | 016 | Reviewing brief in support of confirmation | 1.10 |
| 2/12/17 | MA Fink | 016 | Review of declarations and stipulations re plan confirmation | 3.60 |
| 2/13/17 | MA Fink | 016 | Review written directives served by debtors (1.5); review amended plan (.6); correspondence with D. Wright re pretrial (.6); correspondence with A. Kranzley re same (.3) | 3.00 |
| 2/14/17 | MA Fink | 016 | Review of supplement (.7); review of revised demonstratives submitted by debtors (1.5) | 2.20 |
| 2/17/17 | MA Fink | 016 | Review revised plan materials | 2.70 |

Task Total     49.30

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                              3/23/17
Invoice Number:                          742877
Client Matter Number:  66471.00003
I.D.#                                        01051

### SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 48.20 | $610.00 | $29,402.00 |
| 01051 | Ramsey, ND | 1.10 | $675.00 | $742.50 |
| | Task Total | 49.30 | | $30,144.50 |

Invoice Date:              3/23/17
Invoice Number:            742877
Client Matter Number:  66471.00003
I.D.#                       01051

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/13/17 | DL Wright | 021 | Attend pretrial status conference on confirmation | 3.50 |
| 2/13/17 | DL Wright | 021 | Preparing for hearing, including review of pending objections and review of committee statement in support of confirmation | 3.50 |
| 2/14/17 | DL Wright | 021 | Attending opening arguments in confirmation of EFH E-Side Plan | 2.00 |
| 2/15/17 | MA Fink | 021 | Attend E-side confirmation hearing (asbestos objectors cross examining) | 4.50 |
| 2/15/17 | DL Wright | 021 | Attending E-side confirmation hearing | 7.10 |
| 2/16/17 | MA Fink | 021 | Attend confirmation hearing (asbestos objectors cross examining) | 7.00 |
| 2/17/17 | MA Fink | 021 | Attend hearing on confirmation | 2.50 |

Task Total   30.10

Invoice Date:                  3/23/17
Invoice Number:                742877
Client Matter Number:  66471.00003
I.D.#                          01051

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 14.00 | $610.00 | $8,540.00 |
| 07717 | Wright, DL | 16.10 | $570.00 | $9,177.00 |
| | Task Total | 30.10 | | $17,717.00 |

| | | |
|---|---|---|
| Invoice Date: | | 3/23/17 |
| Invoice Number: | | 742877 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/6/17 | MA Fink | 030 | Review of motion to dismiss papers by debtors | 3.60 |
| 2/7/17 | MA Fink | 030 | Review of order from D. Court re consolidation (.1); correspondence with N. Ramsey re same (.2) | 0.30 |
| 2/8/17 | MA Fink | 030 | Review asbestos designations from T-side confirmation (2.8) | 2.80 |
| 2/14/17 | ND Ramsey | 030 | Conferring with S. Kazan regarding confirmation (.3); reviewing Vasquez report (1.0); analyzing asbestos objections (.7) | 2.00 |

Task Total    8.70

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                3/23/17
Invoice Number:            742877
Client Matter Number:  66471.00003
I.D.#                          01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 6.70 | $610.00 | $4,087.00 |
| 01051 | Ramsey, ND | 2.00 | $675.00 | $1,350.00 |
| | Task Total | 8.70 | | $5,437.00 |

**Exhibit H**


**March 1, 2017 – March 31, 2017**

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746675 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 3/8/17 | MA Fink | 006 | Review motion to intervene (.2) and order denying same (.1) | 0.40 |
| 3/10/17 | MA Fink | 006 | Review notice to assume | 0.30 |
| 3/13/17 | MA Fink | 006 | Review of ONCOR order and SHACIOG agreement | 3.80 |
| 3/20/17 | JW Smith | 006 | Gather transcripts for N. Ramsey      12 review | 0.40 |
| 3/21/17 | JW Smith | 006 | Review of and update calendar events | 0.20 |
| 3/21/17 | ND Ramsey | 006 | Reviewing notice of revised form of order for settlement and accompanying documents | 0.80 |
| 3/23/17 | MA Fink | 006 | Review of stipulation Briefing Schedule for asbestos matters | 0.20 |
| 3/23/17 | MA Fink | 006 | Review of appellate record re asbestos appeal from E-Side Confirmation Order | 3.50 |
| 3/28/17 | MA Fink | 006 | Review of orders re entered re fees | 0.30 |
| 3/29/17 | MA Fink | 006 | Telephone calls from creditors re status of effective date and general case status | 0.50 |

Task Total  10.40

Invoice Date:                6/29/17
Invoice Number:            746675
Client Matter Number:  66471.00003
I.D.#                           01051

## **SUMMARY FOR FEE SERVICES RENDERED**
### **006 Case Administration**

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 9.00 | $630.00 | $5,670.00 |
| 01051 | Ramsey, ND | 0.80 | $675.00 | $540.00 |
| 07901 | Smith, JW | 0.60 | $165.00 | $99.00 |
| | Task Total | 10.40 | | $6,309.00 |

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746675 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 007 Claims Administration and Objections**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 3/15/17 | MA Fink | 007 | Review of objections to claims filed | 1.90 |

Task Total   1.90

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                 6/29/17
Invoice Number:               746675
Client Matter Number:  66471.00003
I.D.#                          01051

## SUMMARY FOR FEE SERVICES RENDERED
### 007 Claims Administration and Objections

| TK#   | Timekeeper Name | Hours | Rate     | Amount     |
|-------|-----------------|-------|----------|------------|
| 07722 | Fink, MA        | 1.90  | $630.00  | $1,197.00  |
|       | Task Total      | 1.90  |          | $1,197.00  |

| Invoice Date: | 6/29/17 |
|---|---|
| Invoice Number: | 746675 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 3/15/17 | JW Smith | 010 | Review of and preparation for filing  12 with the court, Sullivan & Cromwell's certificate of no objection of fee application | 0.20 |
| 3/21/17 | MA Fink | 010 | Finalize and coordinate filing of S&C fee application (.3); Alix fee application (.3); reviewing draft Notice for Alix application (.2) | 0.80 |
| 3/27/17 | JW Smith | 010 | Review and prepare materials for MMWRs 27th monthly fee app (.6); MMWR's 28th monthly fee app (.5); preparation of notice for MMWR's 27th monthly fee app (.1); preparation of notice for MMWR's 28th monthly fee app (.1); correspondence with M. Fink regarding forgoing (.2); preparation for service (.1) | 1.60 |
| 3/27/17 | MA Fink | 010 | Review and revise MMWR fee applications for January (.8) and February (.8); coordinating filing service of same | 2.00 |
| 3/28/17 | JW Smith | 010 | Prepare exhibit a (certification) for MMWR's 7th interim fee application (.1); prepare notice of MMWR's 7th interim fee application (.2); preparation of 7th interim fee application exhibits (.8) | 1.10 |
| 3/29/17 | JW Smith | 010 | Preparation of various exhibits for MMWR's 7th interim fee application | 1.40 |

Task Total    7.10

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 6/29/17
Invoice Number: 746675
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.80 | $630.00 | $1,764.00 |
| 07901 | Smith, JW | 4.30 | $165.00 | $709.50 |
| | Task Total | 7.10 | | $2,473.50 |

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746675 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 3/9/17 | MA Fink | 011 | Respond to fee app questions from estate professionals | 0.70 |
| 3/21/17 | JW Smith | 011 | Review and prepare materials for filing with the court regarding AlixPartners 25th monthly fee application (.3); review and prepare materials for filing with the court regarding Sullivan & Cromwell's 28th monthly fee statement (.3) | 0.60 |
| 3/31/17 | JW Smith | 011 | Review and prepare Guggenheim Securities, LLC's 28th monthly fee application for filing with the court and service | 0.40 |
| 3/31/17 | MA Fink | 011 | Review (.3) and coordinate filing of Guggenheim app; coordinate service of same (0.2); marketing lunch with F. Yates of Kobe and Kim (2.5) | 2.80 |

Task Total 4.50

Invoice Date:                6/29/17
Invoice Number:              746675
Client Matter Number: 66471.00003
I.D.#                        01051

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 3.50 | $630.00 | $2,205.00 |
| 07901 | Smith, JW | 1.00 | $165.00 | $165.00 |
| | Task Total | 4.50 | | $2,370.00 |

Invoice Date:           6/29/17
Invoice Number:         746675
Client Matter Number:  66471.00003
I.D.#                   01051

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/30/17 | MA Fink | 016 | Review of Plan and PSA in light of PUCT Reports re Oncor (2.5); review of PUCT comments (.7) | 3.20 |
| | | | Task Total | 3.20 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                6/29/17
Invoice Number:              746675
Client Matter Number: 66471.00003
I.D.#                        01051

**SUMMARY FOR FEE SERVICES RENDERED**
**016 Plan and Disclosure Statement**

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 3.20 | $630.00 | $2,016.00 |
| | Task Total | 3.20 | | $2,016.00 |

Invoice Date:               6/29/17
Invoice Number:          746675
Client Matter Number:  66471.00003
I.D.#                         01051

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/28/17 | MA Fink | 021 | Attending hearing | 1.70 |

|  |  |  | Task Total | 1.70 |

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 6/29/17 |
| Invoice Number: | | 746675 |
| Client Matter Number: | 66471.00003 |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.70 | $630.00 | $1,071.00 |
| | Task Total | 1.70 | | $1,071.00 |

Invoice Date:            6/29/17
Invoice Number:          746675
Client Matter Number:  66471.00003
I.D.#                      01051

**Detail for Fee Services Rendered - 023 Claims Investigation**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/9/17 | MA Fink | 023 | Respond to inquiries from creditors re case status | 0.70 |

Task Total    0.70

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                  6/29/17
Invoice Number:                746675
Client Matter Number:  66471.00003
I.D.#                           01051

**SUMMARY FOR FEE SERVICES RENDERED**
**023 Claims Investigation**

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.70 | $630.00 | $441.00 |
| | Task Total | 0.70 | | $441.00 |

Invoice Date:                    6/29/17
Invoice Number:                 746675
Client Matter Number:  66471.00003
I.D.#                              01051

### Detail for Fee Services Rendered - 026 Other Motions/Applications

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/28/17 | MA Fink | 026 | Review motions seeking extensions of time (.4); review motion for administration expense (1.4) | 1.60 |
| | | | Task Total | 1.60 |

Invoice Date:                        6/29/17
Invoice Number:                    746675
Client Matter Number:  66471.00003
I.D.#                                      01051

## SUMMARY FOR FEE SERVICES RENDERED
### 026 Other Motions/Applications

| TK# | Timekeeper Name | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.60 | $630.00 | $1,008.00 |
| | Task Total | 1.60 | | $1,008.00 |

Invoice Date:               6/29/17
Invoice Number:            746675
Client Matter Number:  66471.00003
I.D.#                          01051

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/20/17 | ND Ramsey | 030 | Reviewing issues on appeal and record on appeal filed by asbestos creditors | 0.60 |

Task Total    0.60

Invoice Date:                   6/29/17
Invoice Number:                 746675
Client Matter Number:  66471.00003
I.D.#                            01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 01051 | Ramsey, ND | 0.60 | $675.00 | $405.00 |
| | Task Total | 0.60 | | $405.00 |

**Exhibit H**

**April 1, 2017 – April 30, 2017**

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746854 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 4/4/17 | MA Fink | 006 | Review of papers related to pending motions | 2.40 |
| 4/6/17 | MA Fink | 006 | Prepare for (.5) and participate in update call (.6) | 1.10 |
| 4/6/17 | ND Ramsey | 006 | Telephone call with R. Miller re PUCT statements, potential impact on unsecured creditors | 0.20 |
| 4/6/17 | ND Ramsey | 006 | Participating in EFH-UCC conference call | 0.70 |
| 4/17/17 | ND Ramsey | 006 | Participating in Committee meeting | 0.50 |
| 4/28/17 | JW Smith | 006 | Review docket and recent pleadings for attorney review (.1); review calendar events and prepare critical dates memo (.4) | 0.50 |
| 4/28/17 | MA Fink | 006 | Review of Opinion re distributions (1.7); review order re asbestos appeal (.1); review papers in related appeals (2.8) | 4.60 |

Task Total    10.00

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746854 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 8.10 | $630.00 | $5,103.00 |
| 01051 | Ramsey, ND | 1.40 | $675.00 | $945.00 |
| 07901 | Smith, JW | 0.50 | $165.00 | $82.50 |
| | Task Total | 10.00 | | $6,130.50 |

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746854 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 4/19/17 | MA Fink | 010 | Review and finalize MMWR 7th Interim fee app for filing | 2.00 |

Task Total    2.00

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                          6/29/17
Invoice Number:                      746854
Client Matter Number:  66471.00003
I.D.#                                      01051

## SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.00 | $630.00 | $1,260.00 |
| | Task Total | 2.00 | | $1,260.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746854 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 4/3/17 | JW Smith | 011 | Correspondence with N. Ramsey and M. Fink regarding invoices for noticing agent (0.20); review and update fee calendar (0.20). | 0.40 |
| 4/12/17 | MA Fink | 011 | Review of finalized fee app for S&C | 0.30 |
| 4/19/17 | MA Fink | 011 | Review and finalize CNO for Alix Partners | 0.20 |
| 4/25/17 | JW Smith | 011 | Review and prepare Sullivan & Cromwell's 29th Monthly Fee Statement for filling with the Court and service | 1.00 |
| 4/28/17 | MA Fink | 011 | Review and finalize Guggenheim application for filing (.3); coordinate service of same (.2) | 0.50 |
| 4/28/17 | JW Smith | 011 | Review and prepare Guggenheim's March 2017 monthly fee statement to be filed with the court and served | 0.50 |

Task Total    2.90

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:         6/29/17
Invoice Number:      746854
Client Matter Number:  66471.00003
I.D.#             01051

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|------|------------------|-------|----------|----------|
| 07722 | Fink, MA | 1.00 | $630.00 | $630.00 |
| 07901 | Smith, JW | 1.90 | $165.00 | $313.50 |
| | Task Total | 2.90 | | $943.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              6/29/17
Invoice Number:            746854
Client Matter Number:  66471.00003
I.D.#                      01051

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 4/17/17 | MA Fink | 016 | Review of plan and asbestos treatment in light of lack of approval | 2.10 |

Task Total    2.10

Invoice Date:                6/29/17
Invoice Number:              746854
Client Matter Number:  66471.00003
I.D.#                          01051

### SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.10 | $630.00 | $1,323.00 |
| | Task Total | 2.10 | | $1,323.00 |

Invoice Date:                    6/29/17
Invoice Number:                   746854
Client Matter Number:  66471.00003
I.D.#                              01051

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 4/17/17 | MA Fink | 021 | Prepare for (1.1) and attend (.7) hearing | 1.80 |
| 4/17/17 | ND Ramsey | 021 | Attending omnibus hearing | 2.40 |
| | | | Task Total | 4.20 |

| | | | |
|---|---|---|---|
| Invoice Date: | | | 6/29/17 |
| Invoice Number: | | | 746854 |
| Client Matter Number: | | 66471.00003 | |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.80 | $630.00 | $1,134.00 |
| 01051 | Ramsey, ND | 2.40 | $675.00 | $1,620.00 |
| | Task Total | 4.20 | | $2,754.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 6/29/17 |
| Invoice Number: | 746854 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 4/5/17 | MA Fink | 030 | Review of filing in district court in light of news on closing issues | 2.70 |
| | | | Task Total | 2.70 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 6/29/17 |
| Invoice Number: | | | 746854 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.70 | $630.00 | $1,701.00 |
| | Task Total | 2.70 | | $1,701.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**