# **Exhibit G**

## EFH Official Committee MMWR Budget

| Code | Project Category | Estimated Hours | | | Estimated Fees | |
|---|---|---|---|---|---|---|
| | | Low | High | | Low | High |
| 001 | Asset Analysis | 0 | 0 | | $0.00 | $0.00 |
| 002 | Asset Disposition | 0 | 0 | | $0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | | $0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | | $0.00 | $0.00 |
| 006 | Case Administration | 80 | 180 | | $34,800.00 | $78,300.00 |
| 007 | Claims Administration and Objections | 0 | 0 | | $0.00 | $0.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 40 | 60 | | $17,400.00 | $26,100.00 |
| 011 | Employment and Fee Applications (Others) | 20 | 40 | | $8,700.00 | $17,400.00 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | | $0.00 | $0.00 |
| 013 | Other Litigation | 0 | 0 | | $0.00 | $0.00 |
| 014 | Meetings and Communications with Creditors | 40 | 100 | | $17,400.00 | $43,500.00 |
| 015 | Non-Working Travel | 0 | 0 | | $0.00 | $0.00 |
| 016 | Plan and Disclosure Statement (incl PSA and SA) | 114 | 160 | | $49,590.00 | $69,600.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | | $0.00 | $0.00 |
| 018 | Tax | 0 | 0 | | $0.00 | $0.00 |
| 019 | Valuation | 0 | 0 | | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) (Non-Plan) | 0 | 0 | | $0.00 | $0.00 |
| 021 | Hearings (excluding Confirmation Hearing) | 375 | 510 | | $163,125.00 | $221,850.00 |
| 022 | First and Second Day Motions | 0 | 0 | | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | | $0.00 | $0.00 |
| 024 | Lien Investigation | 0 | 0 | | $0.00 | $0.00 |
| 025 | Intercompany Claims | 0 | 0 | | $0.00 | $0.00 |
| 026 | Other Motions/Applications | 40 | 100 | | $17,400.00 | $43,500.00 |
| 027 | Schedules and Statements | 0 | 0 | | $0.00 | $0.00 |
| 028 | Time Entry Review | 60 | 100 | | $26,100.00 | $43,500.00 |
| 029 | Budgeting (Case) | 8 | 12 | | $3,480.00 | $5,220.00 |
| 030 | Asbestos-Related Matters | 80 | 140 | | $34,800.00 | $60,900.00 |
| 031 | Derivative Litigation | 0 | 0 | | $0.00 | $0.00 |
| | **TOTAL** | **857** | **1402** | | **$372,795.00** | **$609,870.00** |

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period | Estimated Average Hourly Rate[1] |
|---|---|---|
| Partner | 2 | $ 642.50 |
| Of Counsel | 0 | $ - |
| Associate | 1 | $ 310.00 |
| Legal Assistant | 1 | $ 145.00 |

Notes:

(1) Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | Low | High | 01/01/2017 – 04/30/2017 | Low | High | 01/01/2017 – 04/30/2017 |
| 001 | Asset Analysis | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 002 | Asset Disposition | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 006 | Case Administration | 80 | 180 | 42.10 | $34,800.00 | $78,300.00 | $25,194.50 |
| 007 | Claims Administration and Objections | 0 | 0 | 1.90 | $0.00 | $0.00 | $1,197.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 40 | 60 | 26.90 | $17,400.00 | $26,100.00 | $7,180.50 |
| 011 | Employment and Fee Applications (Others) | 20 | 40 | 17.40 | $8,700.00 | $17,400.00 | $7,621.50 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 013 | Other Litigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 014 | Meetings and Communications with Creditors | 40 | 100 | 0 | $17,400.00 | $43,500.00 | $0.00 |
| 015 | Non-Working Travel | 0 | 0 | 6.30 | $0.00 | $0.00 | $1,921.50 |
| 016 | Plan and Disclosure Statement (incl PSA and SA) | 114 | 160 | 76.20 | $49,590.00 | $69,600.00 | $46,659.50 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 018 | Tax | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 019 | Valuation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) (Non-Plan) | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 021 | Hearings (excluding Confirmation Hearing) | 375 | 510 | 41.10 | $163,125.00 | $221,850.00 | $24,653.00 |
| 022 | First and Second Day Motions | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | 0.70 | $0.00 | $0.00 | $441.00 |
| 024 | Lien Investigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 025 | Intercompany Claims | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 026 | Other Motions/Applications | 40 | 100 | 1.60 | $17,400.00 | $43,500.00 | $1,008.00 |
| 027 | Schedules and Statements | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 028 | Time Entry Review | 60 | 100 | 0 | $26,100.00 | $43,500.00 | $0.00 |
| 029 | Budgeting (Case) | 8 | 12 | 0 | $3,480.00 | $5,220.00 | $0.00 |
| 030 | Asbestos-Related Matters | 80 | 140 | 12.50 | $34,800.00 | $60,900.00 | $7,848.00 |
| 031 | Derivative Litigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| | **TOTAL** | **857** | **1402** | **226.70** | **$372,795.00** | **$609,870.00** | **$123,724.50** |

**EFH Official Committee**
**MMWR Staffing Plan**

| Category of Timekeeper | Total Number in Category Expected to Work on Matter[1] | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 2 | 2 | 2 |
| Of Counsel | 0 | 1 | 1 |
| Associate | 1 | 0 | 0 |
| Legal Assistant | 1 | 3 | 3 |

Notes:
(1) Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.
(2) Includes Paralegals, Librarians, and Automated Litigation Support Specialists.