**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: 8/17/2017 at 4:00 p.m. ET** |
| | ) | |
| | ) | **Hearing Deadline: TBD** |

## NOTICE OF INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that Montgomery, McCracken, Walker & Rhoads, LLP (the

"**Applicant**") has filed the attached *Eighth Interim Application of Montgomery, McCracken,*

*Walker & Rhoads, LLP, as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH*

*Official Committee for Compensation and Reimbursement of Expenses for the Period from*

*January 1, 2017 through April 30, 2017* (the "**Interim Fee Application**") with the United States

Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application

must be made in accordance with *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professional*, dated September 16, 2014 [D.I. 2066] (the

"**Administrative Order**"), and must be filed with the Clerk of the United States Bankruptcy

Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, and be

served upon and received by (i) the above-captioned debtors and debtors in possession

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(collectively, the **"Debtors"**), Energy Future Holdings Corp., *et al*., 1601 Bryan Street, 43rd

Floor, Dallas, TX, 75201, Attn: Andrew M Wright and Cecily Gooch; (ii) co-counsel to the

Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E.

Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL, 60654, Attn: Chad Husnick;

(iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street,

Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A.

DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King

Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department

of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varic Street, Room 1006, New

York, NY 10014, Attn: Andrew B. Schwartz; (v) counsel for the agent of the EFIH First Lien

DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY

10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel to the fee committee, Godfrey &

Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; and (vii) the

Applicant, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D.

Ramsey and Davis Lee Wright by no later than **4:00 p.m. (Eastern Daylight Time) on August

17, 2017** (the **"Objection Deadline"**).

       **PLEASE TAKE FURTHER NOTICE** that a hearing on the Interim Fee Application

will be held on **a date and time to be determined** before the Honorable Christopher S. Sontchi,

United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware,

824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

       **PLEASE TAKER FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE**

**RELIEF REQUESTED IN THE INTERIM FEE APPLICATION MAY BE GRANTED**

**WITHOUT FURTHER NOTICE OR HEARING**.

Dated: Wilmington, Delaware
        July 27, 2017

**MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP**

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail:        nramsey@mmwr.com
               dwright@mmwr.com
               mfink@mmwr.com

*Delaware Counsel and Conflicts Counsel to the
Official Committee of Unsecured Creditors of
Energy Future Holdings Corp.; Energy Future
Intermediate Holding Company LLC; EFIH
Finance Inc.; and EECI, Inc.*