**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: D.I. 11425** |

**CERTIFICATION OF COUNSEL CONCERNING REVISED ORDER SCHEDULING
CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN
PROTOCOLS IN CONNECTION WITH CONFIRMATION OF THE JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE
INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

On July 7, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed, among other documents, the (i) *Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11426] (as amended, modified, and supplemented from time to time, the "Plan"); (ii) *Disclosure Statement for the Joint Plan of Reorganization of Energy*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

*Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11427] (as amended, modified, and supplemented from time to time, the "Disclosure Statement"); and (iii) *Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11425] (the "Scheduling Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

Pursuant to the Scheduling Motion, the E-Side Debtors are seeking entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the Plan and approval of the Disclosure Statement. In accordance with the *Notice of "Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code" and Hearing Thereon*, filed and served contemporaneously with the Scheduling Motion, objections or responses to the Scheduling Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on July 19, 2017 (the "Objection Deadline") and a hearing to consider approval of the Scheduling Motion was held before the Court on July 26, 2017 starting at 10:00 a.m. (Eastern Daylight Time) (the "July 26th Hearing").

Prior to the Objection Deadline, (i) Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, the "Elliott Funds") filed *The Elliott Funds'*

RLF1 17889765v.1

*Objection to the Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11505] (the "Elliott Objection"); (ii) Sunrise Partners Limited Partnership ("Sunrise") filed the *Objection by Sunrise Partners Limited Partnership to the Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11509] (the "Sunrise Objection"); and (iii) UMB Bank, N.A. ("UMB Bank") filed the *Joinder of UMB Bank, N.A. to (I) The Elliott Funds' Objection to the Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code and (II) the Elliott Funds' Motion to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11510] (the "UMB Response" and, together with the Elliott Objection and the Sunrise Objection, the "Objections"), all in response and opposition to the Scheduling Motion.  On July 21, 2017, the E-Side Debtors (*see* D.I. 11553, 11564), Berkshire Hathaway Energy Company ("BHE") (*see* D.I. 11585), and American Stock Transfer & Trust Company LLC (the "EFH Indenture Trustee")

3

(*see* D.I. 11554) filed their responses and statements in reply to the Objections and in further support of the Scheduling Motion.

At the July 26th Hearing, the Court heard and considered live witness testimony and the arguments of the parties in connection with the Scheduling Motion and the various responses and related documents filed in connection therewith. Based on the record of the July 26th Hearing, the Court granted, in part, and denied, in part, the Scheduling Motion. Following the conclusion of the July 26th Hearing, the E-Side Debtors prepared a revised form of order (the "**Revised Order**") in connection with the Scheduling Motion to, among other things, reflect the Court's rulings made on the record at the July 26th Hearing. A copy of the Revised Order is attached hereto as **Exhibit 1**. For the convenience of the Court and other parties-in-interest, a redline of the Revised Order marked against the proposed form of order originally filed with the Motion on July 7, 2017 is attached hereto as **Exhibit 2**.

The E-Side Debtors circulated a copy of the Revised Order to counsel to each of (i) UMB Bank; (ii) Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as Second Lien Indenture Trustee; (iii) BHE; (iv) the EFH Indenture Trustee; (v) the Elliott Funds; (vi) Sunrise; (vii) the official committee of unsecured creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.; (viii) David William Fahy, Shirley Fenicle, David Heinzmann, and John H. Jones; (ix) Fidelity Management & Research Company; and (x) the Office of the United States Trustee for the District of Delaware, and the E-Side Debtors believe that the Revised Order is unobjectionable for entry to each of those parties. Consequently, the Revised Order should be entered.

RLF1 17889765v.1

The E-Side Debtors therefore respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: July 27, 2017<br>Wilmington, Delaware | */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*