## EXHIBIT 1 to EXHIBIT A

### No Liability Claims

RLF1 17886850v.1

ENERGY FUTURE HOLDINGS CORP., et al.

FORTY-NINTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | KRAFT, RICHARD M. ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/21/2014 | 3255 | $394,745.00* | According to the Debtors' books and records, the Debtors are not liable for the asserted claim. The claim asserts amounts on account of medical and pension benefits which have been neither interrupted nor impaired by the Debtors' chapter 11 cases. Additionally, the claim asserts tax-related amounts, for which no liability is owed to claimant per a review of the claimant's Proof of Claim, the documents attached thereto, and a reasonable review of the Debtors' books and records. |
| 2 | TRISTEM ATTN: COURTNEY BALKO, AUDITOR 704 SUN VALLEY BLVD HEWITT, TX 76643 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/24/2014 | 7513 | $181,161.10 | According to the Debtors' books and records, the Debtors are not liable for the asserted claim. The asserted claim alleges that the Debtors were not allowed to adjust the price per kWh of a contract due to changes in the congestion zone boundaries created, changed and managed by ERCOT. The Debtors maintain they are not liable on the asserted claim because the change in price is due to the change in congestion zone boundaries made by ERCOT and, as such, was a permissible adjustment due to a change in law or regulation. |
| | | | | | TOTAL | $575,906.10* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

## EXHIBIT 2 to EXHIBIT A

**Substantive Duplicate Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-NINTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Substantive Duplicate Claims

| | NAME | \<CLAIM TO BE DISALLOWED\> DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | NAME | \<REMAINING CLAIM\> DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GEHRS, DR. GORDON 4129 YORKSHIRE LN. NORTHBROOK, IL 60062 | 05/22/2017 | 14-10979 (CSS) | 37783 | $101,000.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 2 | GEHRS, GORDON 4129 YORKSHIRE LN. NORTHBROOK, IL 60062 | 05/22/2017 | 14-10979 (CSS) | 37782 | $5,000.00 | WILMINGTON SAVINGS FUND SOCIETY, FSB AS INDENTURE TRUSTEE, AND ITS COUNSEL ATTN: PATRICK J. HEALY 500 DELAWARE AVE WILMINGTON, DE 19801 | 10/24/2014 | 14-10978 (CSS) | 7135 | $1,647,910,345.83* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### FORTY-NINTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – Substantive Duplicate Claims

| | **CLAIM TO BE DISALLOWED** | | | | **REMAINING CLAIM** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | GEHRS, GORDON 4129 YORKSHIRE LN. NORTHBROOK, IL 60062 | 05/22/2017 | 14-10979 (CSS) | 37784 | $8,000.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | **TOTAL** | **$114,000.00** | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts