**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: D.I. 651, 1712, 2032, 2056, 4273, 6695** |

**FIFTH SUPPLEMENTAL DECLARATION OF DAVID YING IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY EVERCORE GROUP L.L.C. AS INVESTMENT BANKER AND FINANCIAL ADVISOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, DAVID YING, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a Senior Managing Director at Evercore Group L.L.C. ("**Evercore**"), which has a place of business at 55 East 52nd Street, New York, NY 10055.

2. On September 16, 2014, the United States Bankruptcy Court for the District of Delaware entered an order (D.I. 2056) approving the application of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") to

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

employ and retain Evercore (D.I. 651).[2] My original declaration in support of the Application (the "**Original Declaration**") was filed together with the Application, a supplemental declaration was filed on July 29, 2014 (the "**First Supplemental Declaration**") (D.I. 1712), a second supplemental declaration was filed on September 16, 2014 (the "**Second Supplemental Declaration**") (D.I. 2032), a third supplemental declaration was filed on April 24, 2015 (the "**Third Supplemental Declaration**") (D.I. 4273) and a fourth supplemental declaration was filed on October 27, 2015 (the "**Fourth Supplemental Declaration**" and, together with the Original Declaration, First Supplemental Declaration, Second Supplemental Declaration and Third Supplemental Declaration, the "**Declarations**") (D.I. 6695). I submit this fifth supplemental declaration on behalf of Evercore in compliance with sections 327 and 328 of the Bankruptcy Code and to provide the disclosures required under Bankruptcy Rules 2014(a), 2016 and 5002, and Local Rules 2014-1 and 2016-2. Except as otherwise noted herein and in the Declarations, I have personal knowledge of the matters set forth herein.

3. In connection with its proposed retention by the Debtors in these cases, Evercore received a list of the Parties-In-Interest attached to the Original Declaration as Exhibit 1. Subsequently, Evercore received a second list of Parties-In-Interest attached to the Third Supplemental Declaration as Exhibit 1. Subsequent to that, Evercore received a third list of Parties-In-Interest attached hereto as Exhibit 1.

4. To the best of my knowledge and belief, Evercore has not represented any Parties-In-Interest in connection with matters related to the Debtors, their estates, assets or businesses and will not represent other entities which are creditors of, or

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

have other relationships to, the Debtors in matters relating to these chapter 11 cases except as set forth on Exhibit 2 attached hereto and in the Declarations (including Exhibit 2 attached to the Original Declaration, Exhibit 2 attached to the Third Supplemental Declaration).

5. The supplemental disclosures set forth on Exhibit 2 attached hereto, which are incorporated into the Declarations by reference, have (i) come to my attention since the filing of the Fourth Supplemental Declaration or (ii) were previously disclosed in the Declarations on a confidential basis due to Evercore's confidentiality obligations but which may now be made public. To the best of my knowledge, no individual relationship disclosed below accounted for more than 4% of Evercore's gross revenue for the period January 1, 2016 through June 30, 2017.

[*The remainder of this page is intentionally blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 28, 2017

By: ______________________________
David Ying
Senior Managing Director
Evercore Group L.L.C.