**Exhibit 2**

|  | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 1. | Abbott Laboratories | Abbott Laboratories | Evercore has provided or is providing financial advisory services to Abbott Laboratories on matters unrelated to the Debtors.[1] |
| 2. | Aberdeen Asset Management; Aberdeen Asset Management (US) | Aberdeen Asset Management | Aberdeen Asset Management is a client of Evercore's sales, trading and research business.[2] |
| 3. | Abu Dhabi Investment Authority | Abu Dhabi Investment Authority | Abu Dhabi Investment Authority is a client of Evercore's sales, trading and research business.[2] |
| 4. | Adobe Systems Inc. | Adobe Systems Inc. | Vendor |
| 5. | ADP Inc.; ADP-LLC | ADP, Inc.; ADP Pro Business Payroll; ADP Tax Processing Service | Vendor |
| 6. | Advanced Discovery Inc.; Advanced Discovery LLC | Advanced Discovery Inc. | Vendor |
| 7. | Alabama Department of Revenue | Alabama Department of Revenue | Evercore makes ordinary course tax payments to state taxing authorities. |
| 8. | Allianz Global Investors; Allianz Global Investors US LLC | Allianz Global Investors | Allianz Global Investors is a client of Evercore's sales, trading and research business.[2] |
| 9. | Allianz Global Investors; Allianz Global Investors US LLC | Allianz Global Risks US Insurance Company Corp. | Vendor |
| 10. | Altus Network Solutions Inc. | Altus Network Solutions Inc. | Vendor |
| 11. | American Century Investment Management Inc. | American Century Investment Management Inc. | American Century Investment Management Inc. is a client of Evercore's sales, trading and research business.[2] |
| 12. | American Institute of CPAs | American Institute of Certified Public Accountants | Vendor |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 1

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 13. | Amundi | Amundi Asset Management; Amundi Hong Kong Limited | Amundi Asset Management and Amundi Hong Kong Limited are clients of Evercore's sales, trading and research business.[2] |
| 14. | Andrews Kurth LLP | Andrews Kurth LLP | Vendor |
| 15. | Aon Hewitt; Aon Investment Consulting Inc.; Aon Risk Services Southwest Inc. | Aon Hewitt Investment Consulting Inc. | Vendor |
| 16. | Arrowgrass Capital Partners LLP; Arrowgrass Capital Partners (US) LP; Arrowgrass | Arrowgrass Capital Partners, LLC | Arrowgrass Capital Partners, LLC is a client of Evercore's sales, trading and research business.[2] |
| 17. | Atlantic Group Inc., The | Atlantic Group Inc., The; Atlantic Group LA, LLC | Vendor |
| 18. | Aviva Investors North America Inc. | Aviva Investors Global Services Ltd. | Aviva Investors Global Services Ltd is a client of Evercore's sales, trading and research business.[2] |
| 19. | AXA Investment Managers; AXA Capital America LP;AXA Co-Investment Fund II FCPR; AXA Investment Managers; AXA Capital America LP; AXA Co-Investment Fund II FCPR | AXA Investment Managers Paris | AXA Investment Managers Paris is a client of Evercore's sales, trading and research business.[2] |
| 20. | Ballard Spahr LLP | Ballard Spahr Andrews & Ingersoll, LLP | Vendor |
| 21. | Balyasny Asset Management | Balyasny Asset Management (Europe) | Balyasny Asset Mgmt. (Europe) is a client of Evercore's sales, trading and research business.[2] |
| 22. | Bank of Tokyo-Mitsubishi UFJ Ltd. | Bank of Tokyo-Mitsubishi UFJ Ltd. | Bank of Tokyo-Mitsubishi UFJ Ltd. is a client of Evercore's sales, trading and research business.[2] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 2

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 23. | BASF Corp.; BASF Catalysts LLC; BASF Construction Chemicals LLC | BASF SE | Alison Carnwath, a senior advisor of an Evercore affiliate, is a supervisory Board Member of BASF SE |
| 24. | BBT Capital Management | BBT Capital Management LLC | BBT Capital Management LLC is a client of Evercore's sales, trading and research business.[2] |
| 25. | Beacon Hill Staffing Group, LLC | Beacon Hill Staffing Group, LLC | Vendor |
| 26. | Bluecrest Capital; Bluecrest Capital Management; BlueCrest Capital Management (New York) LP; Bluecrest Capital International Master Fund Ltd. | BlueCrest Capital Management (New York); BlueCrest Capital Management (UK) LLP | BlueCrest Capital Management (New York) and BlueCrest Capital Management (UK) LLP are clients of Evercore's sales, trading and research business.[2] |
| 27. | BNP Paribas; BNP Paribas Energy Trading GP | BNP Paribas Investment Partners | BNP Paribas Investment Partners is a client of Evercore's sales, trading and research business.[2] |
| 28. | Brevan Howard Asset Management LLP; Brevan Howard Master Fund Ltd.; Brevan Howard Credit Catalysts Master Fund Ltd. | Brevan Howard | Brevan Howard is a client of Evercore's sales, trading and research business.[2] |
| 29. | Bryan Cave LLP | Bryan Cave LP | Vendor |
| 30. | Cadwalader Wickersham & Taft LLP | Cadwalader, Wickersham & Taft LLP | Vendor |
| 31. | Canada Revenue Agency | Canada Revenue Agency | Evercore makes ordinary course tax payments to state taxing authorities. |
| 32. | Canyon Capital Advisors; Canyon Partners; Canyon Balanced Equity Master Fund Ltd. | Canyon Capital Advisors, LLC | Canyon Capital Advisors, LLC is a client of Evercore's sales, trading and research business.[2] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 3

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 33. | Capax Discovery LLC | Capax Discovery LLC | Vendor |
| 34. | Capital IQ Inc. | Capital IQ Inc. | Vendor |
| 35. | Capital Research; Capital Research Global; Capital Research & Management Co. (US) | Capital Research Global; Capital Research and Management Company | Capital Research Global and Capital Research and Management Company are clients of Evercore's sales, trading and research business.[2] |
| 36. | CEB Inc. | CEB Inc. | Vendor |
| 37. | Centerbridge; Centerbridge Partners; Centerbridge Group; Centerbridge Credit Partners LP; Centerbridge Credit Partners Master LP | Centerbridge Partners, L.P. | Centerbridge Partners, L.P. is a client of Evercore's sales, trading and research business.[2] |
| 38. | Century Link | Century Link | Vendor |
| 39. | CenturyLink, Inc. | CenturyLink, Inc. | Evercore has provided or is providing financial advisory services to CenturyLink, Inc. on matters unrelated to the Debtors.[1] |
| 40. | Chesapeake Energy Corp.; Chesapeake Energy Marketing Inc. | Chesapeake Energy Corporation | Evercore has provided or is providing financial advisory services to Chesapeake Energy Corporation on matters unrelated to the Debtors.[1] |
| 41. | Citadel Investment Group; Citadel Energy Investments Ltd.; Citadel Securities Trading LLC | Citadel Group Holdings LP | Vendor |
| 42. | Citadel Investment Group; Citadel Energy Investments Ltd.; Citadel Securities Trading LLC; Citadel Securities Trading LLC | Citadel, Citadel Investment Group (Europe) | Citadel, Citadel Investment Group (Europe) is a client of Evercore's sales, trading and research business.[2] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 4

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 43. | Claren Road; Claren Road Asset Management LLC; Claren Road Credit Master Fund Ltd. | Claren Road Asset Management | Claren Road Asset Management is a client of Evercore's sales, trading and research business.[2] |
| 44. | Clayton Williams Energy Inc. | Clayton Williams Energy Inc. | Evercore has provided or is providing financial advisory services to Clayton Williams Energy Inc. on matters unrelated to the Debtors.[1] |
| 45. | Cleary Gottlieb Steen & Hamilton LLP | Cleary Gottlieb Steen & Hamilton LLP | Vendor |
| 46. | Coca-Cola Co.; Coca Cola Co. Master Retirement Trust; Coca Cola Enterprises; Coca-Cola Bottling of North Texas | Coca-Cola Company | Vendor |
| 47. | Columbia Management; Columbia Management Investment Advisers LLC; Columbia Management Advisors | Columbia Management Investment Advisers LLC | Columbia Management Investment Advisers LLC is a client of Evercore's sales, trading and research business.[2] |
| 48. | Computershare; Computershare Trust Company NA; Computershare Trust Co. of Canada | Computershare | Vendor |
| 49. | Covington & Burling | Covington & Burling | Vendor |
| 50. | CPP Investment Board (USRE II) Inc. | CPP Investment Board | CPP Investment Board is a client of Evercore's sales, trading and research business.[2] |
| 51. | Cravath Swaine & Moore LLP | Cravath, Swaine & Moore LLP | Vendor |
| 52. | DCF Capital LLC, DCF Partners LP | DCF Capital | DCF Capital is a client of Evercore's sales, trading and research business.[2] |
| 53. | Dentons US LLP | Dentons US LLP | Vendor |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 5

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 54. | Deutsche Bank AG; Deutsche Bank - FM; Deutsche Bank Trust Co. Americas; Deutsche Bank AG, New York Branch; Deutsche Bank AG; London Branch; Deutsche Bank AG; Cayman Islands Branch; Deutsche Asset Management; Deutsche Investment Management Americas Inc.; Deutsche Asset Management (DeAM); Deutsche Asset Management Syndicate; Deutsche Bank Securities Inc. | Deutsche Bank Securities Inc.; Deutsche Asset Management; Deutsche Asset & Wealth Management | Deutsche Bank Securities Inc., Deutsche Asset Management, and Deutsche Asset & Wealth Management are clients of Evercore's sales, trading and research business.[2] |
| 55. | Deutsche Bank AG; Deutsche Bank - FM; Deutsche Bank Trust Co. Americas; Deutsche Bank AG; New York Branch; Deutsche Bank AG; London Branch; Deutsche Bank AG; Cayman Islands Branch; Deutsche Asset Management; Deutsche Investment Management Americas Inc.; Deutsche Asset Management (DeAM); Deutsche Asset Management Syndicate; Deutsche Bank Securities Inc. | Deutsche Bank Securities Inc. | Vendor |
| 56. | Dnow LP | Dnow LP | Vendor |
| 57. | Duff & Phelps LLC | Duff & Phelps (Hong Kong) Ltd. | Vendor |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 6

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 58. | Dun & Bradstreet Inc. | Dun & Bradstreet Inc., Dun & Bradstreet (Singapore) Pte Ltd. | Vendor |
| 59. | E.I. Du Pont de Nemours & Co. | E.I. du Pont de Nemours and Company | Evercore has provided or is providing financial advisory services to E.I. du Pont de Nemours and Company on matters unrelated to the Debtors.[1] |
| 60. | Eaton Vance Management Inc.; Eaton Vance - Grayson & Co. Fund; Eaton Vance Floating Rate Income Fund; Eaton Vance Institutional Senior Loan Fund; Eaton Vance Senior Floating-Rate Trust; Eaton Vance VT Floating-Rate Income Fund; Eaton Vance Short Duration Diversified Income Fund; Eaton Vance High Yield; Eaton Vance Limited Duration Income Fund; Eaton Vance Medallion Floating-Rate Income Portfolio; Eaton Vance Prime Fund Inc.; Eaton Vance Senior Income Trust; Eaton Vance-Floating Rate Income Trust; Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio | Eaton Vance Management Inc. | Eaton Vance Management Inc. is a client of Evercore's sales, trading and research business.[2] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 7

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 61. | EMC Corp. | EMC Corporation | Evercore has provided or is providing financial advisory services to EMC Corporation on matters unrelated to the Debtors.[1] |
| 62. | Enlink Midstream Operating LP | EnLink Midstream GP, LLC | Evercore has provided or is providing financial advisory services to EnLink Midstream GP, LLC on matters unrelated to the Debtors.[1] |
| 63. | Expro Specialized Services Inc. | Expro AX-S Technology Ltd.; Expro International Group Holdings Ltd. | David Blackwood, a senior advisor of an Evercore affiliate, is a supervisory Board Member of Expro AX-S Technology Ltd. and Expro International Group Holdings Ltd. |
| 64. | Farallon Capital Management LLC (US) | Farallon Capital Management, LLC | Farallon Capital Management, LLC is a client of Evercore's sales, trading and research business.[2] |
| 65. | Federal Insurance Co. | Federal Insurance Company | Vendor |
| 66. | Federated Investors | Federated Investors | Federated Investors is a client of Evercore's sales, trading and research business.[2] |
| 67. | Fidelity; Fidelity National Title Insurance Co.; Fidelity Management & Research Company | Fidelity Management & Research Company; Fidelity International Ltd.; Fidelity Canada Asset Management (FCAM) | Fidelity Management & Research Company, Fidelity International Ltd., and Fidelity Canada Asset Management (FCAM) are clients of Evercore's sales, trading and research business.[2] |
| 68. | FM Global | FM Global | FM Global is a client of Evercore's sales, trading and research business.[2] |
| 69. | Fidelity Management & Research Company | FMR LLC | Vendor |
| 70. | Forrester Research Inc. | Forrester Research Inc. | Vendor |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 8

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 71. | Fortress Investment Group LLC; Fortress Credit Opportunities I LP; Fortress Credit Opportunities Advisers LLC | Fortress Investment Group LLC; Fortress Credit Advisors LLC | Evercore has provided or is providing financial advisory services to Fortress Investment Group LLC and Fortress Credit Advisors LLC on matters unrelated to the Debtors.[1] |
| 72. | Franklin; Franklin Income Securities Fund; Franklin Universal Trust; Franklin Mutual Advisers LLC; Franklin Templeton Variable Insurance Products Trust | Franklin Advisory Services; Franklin Mutual Series Fund; Franklin Templeton; Franklin Templeton (FEG); Franklin Templeton (GEG); Franklin Templeton Franklin Mutual (FMA) | Franklin Advisory Services, Franklin Mutual Series Fund, Franklin Templeton, Franklin Templeton (FEG), Franklin Templeton (GEG), and Franklin Templeton Franklin Mutual (FMA) are clients of Evercore's sales, trading and research business.[2] |
| 73. | Fried, Frank, Harris, Shriver & Jacobson LLP | Fried, Frank, Harris, Shriver & Jacobson LLP | Vendor |
| 74. | Gartner Inc. | Gartner, Inc. | Evercore has provided or is providing financial advisory services to Gartner, Inc. on matters unrelated to the Debtors.[1] |
| 75. | GIC Private Ltd. | GIC Private Limited | GIC Private Limited is a client of Evercore's sales, trading and research business.[2] |
| 76. | GoldenTree Asset Management LP (US); Goldentree Loan Opportunities III Ltd.; Goldentree Loan Opportunities IV Ltd.; Goldentree Loan Opportunities V Ltd. | Golden Tree Asset Management LP | Golden Tree Asset Management LP is a client of Evercore's sales, trading and research business.[2] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 9

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 77. | Goldman Sachs & Co.; Goldman Sachs Fund Group; Goldman Sachs Trust II Goldman Sachs Multi Manager Alternatives Fund; Goldman Sachs Lending Partners LLC; Goldman Sachs Financial Square Government Fund; Goldman Sachs Credit | Goldman Sachs & Co. | Vendor |
| 78. | Goodwin Procter LLP | Goodwin Procter LLP | Vendor |
| 79. | Google Inc. | Google Inc. | Google Inc. is a client of Evercore's sales, trading and research business.[2] |
| 80. | Granite Weslayan Partners Ltd. | Granite Weslayan Partners Ltd. | Vendor |
| 81. | Greystone Investments | Greystone Capital Management; Greystone Investment Management | Greystone Capital Management and Greystone Investment Management are clients of Evercore's sales, trading and research business.[2] |
| 82. | National Guardian Life Insurance Co. | Guardian Life Insurance Co. | Guardian Life Insurance Co. is a client of Evercore's sales, trading and research business.[2] |
| 83. | Guggenheim Partners; Guggenheim Investments; Guggenheim Portfolio Co. X LLC | Guggenheim Partners | Guggenheim Partners is a client of Evercore's sales, trading and research business.[2] |
| 84. | Gulfstream Aerospace LP; Gulf Stream-Compass CLO 2007 Ltd.; Gulf Stream-Compass CLO 2007 Ltd.; Gulf Stream-Rashinban CLO 2006-1 Lt | Gulfstream Aerospace Corporation (GA) | Vendor |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 10

|  | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 85. | HIG Whitehorse Capital LLC | H.I.G. Capital, LLC | Evercore has provided or is providing financial advisory services to H.I.G. Capital, LLC on matters unrelated to the Debtors.[1] |
| 86. | Harris Corp. | Harris Corporation | Evercore has provided or is providing financial advisory services to Harris Corporation on matters unrelated to the Debtors.[1] |
| 87. | Harris County (TX); Harris County Department of Education (TX); Harris County Community Services (TX) | Harris County Tax Assessor | Evercore makes ordinary course tax payments to state taxing authorities. |
| 88. | Hartford Investment Management Co.; Hartford Unconstrained Bond Fund; The | Hartford Investment Management | Hartford Investment Management is a client of Evercore's sales, trading and research business.[2] |
| 89. | Hotchkis & Wiley Capital Management LLC | Hotchkis & Wiley Capital Management LLC | Hotchkis & Wiley Capital Management LLC is a client of Evercore's sales, trading and research business.[2] |
| 90. | HSBC Bank PLC | HSBC Bank USA., N.A. | Vendor |
| 91. | IHS Global Inc. | IHS Global Inc. | Vendor |
| 92. | Illinois Department of Revenue | Illinois Department of Revenue | Evercore makes ordinary course tax payments to state taxing authorities. |
| 93. | Interactive Data | Interactive Data Pricing & Reference Data LLC | Vendor |
| 94. | Internal Revenue Service | Internal Revenue Service | Evercore makes ordinary course tax payments to federal taxing authorities. |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 11

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 95. | International Monetary Fund Retired Staff Benefits Investment Account; International Monetary Fund Staff Retirement Plan | International Monetary Fund | Vendor |
| 96. | Invesco; Invesco - NAM (National Asset Management); Invesco Kampen Senior Loan Fund; Invesco Senior Secured Management Inc.; Invesco Zodiac Funds-Invesco US Senior Loan Fund; Invesco PowerShares Capital Management LLC; Invesco Funds III-Invesco US Senior; Invesco Senior Income Trust; Invesco Senior Loan Fund; Invesco Van Kampen Senior Income; Invesco Aim Investment Services; Invesco Floating Rate Fund; Invesco Dynamic Credit Opportunities; Invesco ATST Premier U.S. Government Money Portfolio; Invesco Van Kampen Dynamic Credit Opportunities Fund; Invesco - NAM (National Asset Management) | Invesco; INVESCO Asset Management Ltd.; Invesco Dallas Desk | Invesco, INVESCO Asset Management Ltd., and Invesco Dallas Desk are clients of Evercore's sales, trading and research business.[2] |
| 97. | Janus Capital Group; Janus Capital Funds PLC | Janus Capital Management LLC | Janus Capital Management LLC is a client of Evercore's sales, trading and research business.[2] |

---

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 12

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 98. | John Hancock; John Hancock Life & Health Insurance Co.; John Hancock Variable Life Insurance Co.; John Hancock Hedged Equity & Income Fund; John Hancock Partnership Holdings I LP; John Hancock Partnership Holdings II LP; John Hancock Fund II - Floating Rate Income Fund | John Hancock Investments | John Hancock Investments is a client of Evercore's sales, trading and research business.[2] |
| 99. | JP Morgan; JP Morgan Securities LLC (Broker); JP Morgan Chase & Co.; JP Morgan Chase NA; JP Morgan Leveraged Loans Master Fund LP; JP Morgan Whitefriars Inc.; JP Morgan Chase Bank; JP Morgan Securities Inc.; JP Morgan Investment Management; JP Morgan Securities LLC; JP Morgan Private Bank; JP Morgan Chase Bank NA; JP Morgan Chase Co.; JP Morgan Investment Management Inc.; J.P. Morgan Securities LLC; JPMorgan Asset Management | JP Morgan Asset Management | JP Morgan Asset Management is a client of Evercore's sales, trading and research business.[2] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 13

RLF1 17894385v.1

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 100. | JP Morgan; JP Morgan Securities LLC (Broker); JP Morgan Chase & Co.; JP Morgan Chase NA; JP Morgan Leveraged Loans Master Fund LP; JP Morgan Whitefriars Inc.; JP Morgan Chase Bank; JP Morgan Securities Inc.; JP Morgan Investment Management; JP Morgan Securities LLC; JP Morgan Private Bank; JP Morgan Chase Bank NA; JP Morgan Chase Co.; JP Morgan Investment Management Inc.; J.P. Morgan Securities LLC; JPMorgan Asset Management | JP Morgan Income & Capital Trust PLC | Sir Laurie Magnus, a senior advisor of an Evercore affiliate, is a Board Member of JP Morgan Income & Capital Trust PLC |
| 101. | King Street Capital LLP; King Street Capital Management LP; King Street Acquisition Co. LLC | King Street Capital Management | King Street Capital Management is a client of Evercore's sales, trading and research business.[2] |
| 102. | Knight Capital Group, Inc. | Knight Capital Group, Inc. | Vendor |
| 103. | KKR, Kohlberg Kravis Roberts & Co. LP | Kohlberg Kravis Roberts & Company LP | Kohlberg Kravis Roberts & Company LP is a client of Evercore's sales, trading and research business.[2] |
| 104. | KPMG | KPMG Services Pte Ltd | Vendor |
| 105. | Kramer Levin Naftalis & Frankel LLP | Kramer Levin Naftalis & Frankel LLP | Vendor |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 14

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 106. | Loomis Sayles & Co. LP; Loomis Sayles Bond Fund; Loomis Sayles CLO I Ltd.; Loomis Sayles Strategic Income Fund; Loomis Sayles Absolute Strategies Trust; Loomis Sayles Strategic Alpha Trust | Loomis Sayles & Co., Inc. | Loomis Sayles & Co., Inc. is a client of Evercore's sales, trading and research business.[2] |
| 107. | Luminus Management LLC | Luminus Management LLC | Luminus Management LLC is a client of Evercore's sales, trading and research business.[2] |
| 108. | Manikay Partners LLC | Manikay Partners LLC | Manikay Partners LLC is a client of Evercore's sales, trading and research business.[2] |
| 109. | Manulife Asset Management LLC | Manulife Asset Management | Manulife Asset Management is a client of Evercore's sales, trading and research business.[2] |
| 110. | Marathon Asset Management LLC | Marathon Asset Management Ltd. | Marathon Asset Management Ltd. is a client of Evercore's sales, trading and research business.[2] |
| 111. | Mason Capital; Mason Capital Management LLC; Mason Capital Management LLC; Mason Capital SPV I LP; Mason Capital Master Fund LP | Mason Capital | Mason Capital is a client of Evercore's sales, trading and research business.[2] |
| 112. | MatlinPatterson; MatlinPatterson Global Advisers LLC; MatlinPatterson Global Advisers LLC; | MatlinPatterson Global Advisors, LLC | MatlinPatterson Global Advisors, LLC is a client of Evercore's sales, trading and research business.[2] |
| 113. | McDermott Will & Emery LLP | McDermott Will & Emery LLP | Vendor |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 15

RLF1 17894385v.1

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 114. | McGraw Hill Cos. | McGraw Hill Financial Inc. | Evercore has provided or is providing financial advisory services to McGraw Hill Financial Inc. on matters unrelated to the Debtors.[1] |
| 115. | McKinsey & Co. Inc. United States | McKinsey & Company Inc. United States | Vendor |
| 116. | Mercer | Mercer (US) Inc. | Vendor |
| 117. | Merrill Lynch/Bank of America; Merrill Lynch Capital Services Inc.; Merrill Lynch Commodities; Merrill Lynch Pierce Fenner & Smith; Merrill Lynch Capital Services | Merrill Lynch, Pierce, Fenner & Smith, Inc. | Merrill Lynch, Pierce, Fenner & Smith, Inc. is a client of Evercore's sales, trading and research business.[2] |
| 118. | Merrill Lynch/Bank of America; Merrill Lynch Capital Services Inc.; Merrill Lynch Commodities; Merrill Lynch Pierce Fenner & Smith; Merrill Lynch Capital Services | Merrill Lynch, Pierce, Fenner & Smith, Inc. | Vendor |
| 119. | Metropolitan Life Insurance Co.; Metropolitan Life Investment Ltd. | Metropolitan Life Insurance Company | Vendor |
| 120. | MFS Investment Management | MFS Investment Management | MFS Investment Management is a client of Evercore's sales, trading and research business.[2] |
| 121. | Missouri Department of Revenue | Missouri Dept. of Revenue | Evercore makes ordinary course tax payments to state taxing authorities. |
| 122. | Mitsubishi UFJ Financial Group Inc. | Mitsubishi UFJ Kokusai Asset Management; Mitsubishi UFJ Trust & Banking | Mitsubishi UFJ Kokusai Asset Management, Mitsubishi UFJ Trust & Banking is a client of Evercore's sales, trading and research business.[2] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 16

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 123. | Moody's Analytics Inc. | Moody's Analytics UK LTD | Vendor |
| 124. | Morgan Stanley & Co. LLC; Morgan Stanley & Co. Inc.; Morgan Stanley Government Portfolio; Morgan Stanley Capital Services; Morgan Stanley Institutional Liquidity Funds; Morgan Stanley Capital Services LLC; Morgan Stanley Smith Barney LLC; Morgan Stanley Senior Funding Inc.; Morgan Stanley Capital Group Inc.; Morgan Stanley Treasury Portfolio Funds | Morgan Stanley & Co LLC; Morgan Stanley Investment Management; Morgan Stanley Wealth Management | Morgan Stanley & Co LLC, Morgan Stanley Investment Management, and Morgan Stanley Wealth Management are clients of Evercore's sales, trading and research business.[2] |
| 125. | Morgan Stanley & Co. LLC; Morgan Stanley & Co. Inc.; Morgan Stanley Government Portfolio; Morgan Stanley Capital Services; Morgan Stanley Institutional Liquidity Funds; Morgan Stanley Capital Services LLC; Morgan Stanley Smith Barney LLC; Morgan Stanley Senior Funding Inc.; Morgan Stanley Capital Group Inc.; Morgan Stanley Treasury Portfolio Funds | Morgan Stanley Domestic Holdings Inc. | Vendor |
| 126. | Morrison & Foerster LLP | Morrison & Foerster LLP | Vendor |
| 127. | Nationwide Insurance Co. | Nationwide Insurance Co. | Nationwide Insurance Co. is a client of Evercore's sales, trading and research business.[2] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 17

RLF1 17894385v.1

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 128. | New York State Department of Taxation & Finance | New York State Department of Taxation & Finance | Evercore makes ordinary course tax payments to state taxing authorities. |
| 129. | State of New York; New York State Department of Taxation & Finance | New York State Retirement System | New York State Retirement System is a client of Evercore's sales, trading and research business.[2] |
| 130. | Nixon Peabody LLP | Nixon Peabody LLP | Vendor |
| 131. | Nomura Corporate Research & Asset Management Inc.; Nomura Global Financial Products Inc.; Nomura Securities International Inc.; Nomura Bond & Loan Fund | Nomura Asset Mgmt. Co.; Ltd.; Nomura Global Alpha LLC; Nomura Holding Inc. | Nomura Asset Mgmt. Co., Ltd., Nomura Global Alpha LLC, Nomura Holding Inc. is a client of Evercore's sales, trading and research business.[2] |
| 132. | Norinchukin Bank, The | Norinchukin Bank, The | The Norinchukin Bank is a client of Evercore's sales, trading and research business.[2] |
| 133. | North Dakota State Investment Board | North Dakota Office of State Tax Commissioner | Evercore makes ordinary course tax payments to state taxing authorities. |
| 134. | Northern Trust Co. of New York | Northern Trust Company PT | Northern Trust Company PT is a client of Evercore's sales, trading and research business.[2] |
| 135. | Northwestern Mutual Life Insurance Co., The | Northwestern Life Investment Management | Northwestern Life Investment Management is a client of Evercore's sales, trading and research business.[2] |
| 136. | Northwestern Mutual Life Insurance Co., The | Northwestern Mutual Life Insurance Co., The | Vendor |
| 137. | NYSE Market Inc. | NYSE Market Inc. | Vendor |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 18

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 138. | Oncor Communications Holdings Co. LLC; Oncor Electric Delivery Administration Corp.; Oncor Electric Delivery Co. LLC; Oncor Electric Delivery Holdings Co. LLC; Oncor Electric Delivery Transition Bond Co. LLC; Oncor License Holdings Co. LLC; Oncor Management Investment LLC | Oncor Electric Delivery Company LLC | Evercore has provided or is providing M&A advisory services to an Oncor transaction counterparty on matters unrelated to the debtors. |
| 139. | Owl Creek Asset Management LP; Owl Creek Investments I LLC | Owl Creek Asset Management, L.P. | Owl Creek Asset Management, L.P. is a client of Evercore's sales, trading and research business.[2] |
| 140. | Pennsylvania Department of Revenue; Pennsylvania Treasury Department, Commonwealth of | Pennsylvania Department of Revenue | Evercore makes ordinary course tax payments to state taxing authorities. |
| 141. | PIMCO | PIMCO BRAVO Fund II, L.P | Vendor |
| 142. | Politico | Politico | Vendor |
| 143. | PricewaterhouseCoopers LLP | PricewaterhouseCoopers LLP | Vendor |
| 144. | Quest Diagnostics Inc.; Quest Diagnostics Clinical Labs Inc. | Quest Diagnostics Inc. | Vendor |
| 145. | RBC Capital Markets LLC | RBC Wealth Management | RBC Wealth Management is a client of Evercore's sales, trading and research business.[2] |
| 146. | Robert Half International Inc.; Robert Half Finance & Accounting; Robert Half Legal | Robert Half Management Resources | Vendor |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 19

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 147. | Russell Reynolds Associates Inc. | Russell Reynolds Associates Inc. | Vendor |
| 148. | San Francisco City & Country Employees' Retirement System | San Francisco Retirement System | San Francisco Retirement System is a client of Evercore's sales, trading and research business.[2] |
| 149. | SAS Institute Inc. | SAS Institute Inc. | Vendor |
| 150. | Schneider Electric; Schneider Electric It USA Inc.; Schneider Electric Buildings Americas Inc.; Schneider Electric USA Inc. | Schneider Electric IT USA Inc. | Vendor |
| 151. | Secureworks Inc. | SecureWorks Inc. | Vendor |
| 152. | Shearman & Sterling LLP | Shearman & Sterling LLP | Vendor |
| 153. | Schlumberger Technology Corp. | Schlumberger NV | Philippe Camus, a senior advisor of an Evercore affiliate, is a non-executive Director of Schlumberger NV. |
| 154. | Silver Point Capital | Silver Point Capital | Silver Point Capital is a client of Evercore's sales, trading and research business.[2] |
| 155. | Skadden Arps Slate Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP | Vendor |
| 156. | SNL Financial LLC | SNL Financial LLC | Vendor |
| 157. | Standard Life Investments (USA) Ltd. | Standard Life Investments, Inc. | Standard Life Investments, Inc. is a client of Evercore's sales, trading and research business.[2] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 20

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 158. | Delaware, State of | State of Delaware | Evercore makes ordinary course tax payments to state taxing authorities. |
| 159. | Stone Harbor Investment Partners LP; Stone Harbor Global Funds PLC - Stone Harbor Leveraged Loan Portfolio; Stone Harbor Invest Funds PLC - Stone Harbor High Yield Bond Fund; Stone Harbor Leveraged Loan Portfolio; Stone Harbor High Yield Bond Fund; Stone Harbor Leveraged Loan Fund LLC | Stone Harbor Investment Partners LP | Stone Harbor Investment Partner is a client of Evercore's sales, trading and research business.[2] |
| 160. | Stroz Friedberg LLC | Stroz Friedberg LLC | Vendor |
| 161. | Stroz Friedberg LLC | Stroz Friedberg, Inc. | Evercore has provided or is providing financial advisory services to Stroz Friedberg, Inc. on matters unrelated to the Debtors.[1] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 21

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 162. | Sumitomo Mitsui Banking Corp. | Sumitomo Mitsui Asset Management; Sumitomo Mitsui Banking Corporation; Sumitomo Mitsui Trust Bank Ltd. | Sumitomo Mitsui Asset Management, Sumitomo Mitsui Banking Corporation, and Sumitomo Mitsui Trust Bank Ltd are clients of Evercore's sales, trading and research business.[2] |
| 163. | Taconic Capital Advisors LP | Taconic Capital | Taconic Capital is a client of Evercore's sales, trading and research business.[2] |
| 164. | Texas Comptroller of Public Accounts | Texas Comptroller of Public Accounts | Evercore makes ordinary course tax payments to state taxing authorities. |
| 165. | New York Times Co. Pension Trust | The New York Times | Vendor |
| 166. | Third Avenue; Third Avenue Management LLC; Third Avenue Trust; Third Avenue Focused Credit Fund | Third Avenue Management LLC | Third Avenue Management LLC is a client of Evercore's sales, trading and research business.[2] |
| 167. | TIAA-CREF | TIAA-CREF Investment Management Group; TIAA-CREF Trust Co. | TIAA-CREF Investment Management Group and TIAA-CREF Trust Co. are clients of Evercore's sales, trading and research business.[2] |
| 168. | Tibco Software Inc. | TIBCO Software Inc. | Vendor |
| 169. | Trust Company of the West | Trust Company of the West | Trust Company of the West is a client of Evercore's sales, trading and research business.[2] |
| 170. | Tullett Prebon Americas Corp.; Tullett Prebon Financial Service LLC | Tullett Prebon Americas Corp. | Vendor |
| 171. | UBS; UBS O'Connor LLC | UBS Financial Services; UBS O'Connor Limited | UBS Financial Services and UBS O'Connor Limited are clients of Evercore's sales, trading and research business.[2] |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 22

| | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 172. | United States Treasury Single Taxpayors (IRS) | United States Treasury | Vendor |
| 173. | Vanguard Group Inc., The | Vanguard Group Inc., The | Vendor |
| 174. | Wachtell Lipton Rosen & Katz | Wachtell, Lipton, Rosen & Katz | Vendor |
| 175. | Washington Speakers Bureau, Inc. | Washington Speakers Bureau, Inc. | Vendor |
| 176. | Western Gas Resources Inc. | Western Gas Holdings LLC | Evercore has provided or is providing financial advisory services to Western Gas Holdings LLC on matters unrelated to the Debtors.[1] |
| 177. | White & Case LLP | White & Case LLP | Vendor |
| 178. | Wilkie Farr & Gallagher LLP | Willkie Farr Gallagher LLP | Vendor |
| 179. | Wilmer Cutler Pickering Hale & Dorr LLP | Wilmer Cutler Pickering Hale & Dorr LLP | Vendor |
| 180. | Wolters Kluwer Financial Services Inc. | Wolters Kluwer Financial Services Inc.; Wolters Kluwer Health, Inc. | Vendor |
| 181. | Young Conaway Stargatt & Taylor LLP | Young Conaway Stargatt & Taylor LLP | Vendor |
| 182. | Zayo Group LLC | Zayo Group Holdings Inc. | Vendor |
| 183. | Ziff Brothers Investments LLC | Ziff Capital Partners LLC | Ziff Capital Partners LLC is a client of Evercore's sales, trading and research business.[2] |
| 184. | Zoho Corp. | Zoho Corp. | Vendor |

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 23

|  | Party in Interest | Entity with which Evercore has a connection | Nature of Connection |
|---|---|---|---|
| 185. | 42 Parties in interest fall into one or more of the following categories:<br><br>• Significant Customers<br>• Litigants<br>• Indenture Trustees<br>• DIP Parties<br>• Professionals<br>• Landlords<br>• Contract Counterparties<br>• SoALs<br>• Rule 2002<br>• Utilities<br>• Bondholders<br>• Debtholders<br>• Lienholders<br>• Significant Vendors<br>• Litigants - Asbestos | | Evercore has or is providing advisory services to parties in interest or their affiliates on confidential matters unrelated to the Debtors. [1] |

---

[1] Financial advisory services includes: M&A advisory services, restructuring advisory services and underwriting.

[2] As described more fully in the Application, Evercore maintains a strict information barrier between the restructuring advisory personnel and personnel engaged in its sales, trading and research activities.

Exhibit 2 - 24