## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 7.7 | $1,525.00 |
| [ALL] Case Administration | 2.7 | $900.00 |
| [ALL] Plan and Disclosure Statement | 0.5 | $175.00 |
| [ALL] Hearings | 1.0 | $350.00 |
| [ALL] Non-BK Fee/Employment Applications | <u>3.1</u> | <u>$702.50</u> |
| **Total** | **<u>15.0</u>** | **<u>$3,652.50</u>** |