# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| In-House Reproduction | $4.50 |
| **Total** | **$4.50** |
|  |  |