# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 06-26-2017 | In-House Reproduction | Photocopies (45 copies) | $4.50 |
| **TOTAL** | | | **$4.50** |
| | | | |