**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**Verification of David M. Klauder**

1.   I am a partner in the firm of Bielli & Klauder, LLC ("BK"),[2] which maintains an office for the practice of law at 1204 N. King Street, Wilmington, Delaware 19801.  I am one of the lead attorneys from BK working on the Debtor's chapter 11 case.  I am an attorney duly licensed in, and am a member in good standing of, the Bar for the State of Delaware and am admitted to practice in the United States District Court for the District of Delaware.  There are no disciplinary proceedings pending against me.

2.   I am familiar with all other work performed on behalf of the Debtor by the lawyers and other persons in the firm.

3.   The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information and belief.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the Monthly Fee Statement.

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for BK complies with Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2017              */s/ David M. Klauder*
                                  Name:  David M. Klauder (No. 5769)
                                  Title:   Partner, Bielli & Klauder, LLC