**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>) (Jointly Administered)<br>)<br>) <u>Hearing Date</u>:  Sept. 19, 2017 at 10:00 a.m.<br>) <u>Obj. Deadline</u>:  August 25, 2017 at 4:00 p.m. |

**NOTICE OF THE ELLIOTT FUNDS' MOTION TO RECONSIDER
IN PART THE SEPTEMBER 19, 2016 ORDER APPROVING
THE NEXTERA TERMINATION FEE**

PLEASE TAKE NOTICE that on July 29, 2017, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "<u>Elliott</u>") filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") *The Elliott Funds' Motion to Reconsider In Part The September 19, 2016 Order Approving the NextEra Termination Fee* (the "<u>Motion</u>").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **September 19, 2017 at 10:00 a.m. (Eastern)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections to the Motion or the relief requested therein must be filed on or before **August 25, 2017 at 4:00 p.m. (Eastern)** (the "<u>Objection Deadline</u>") with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the response upon the undersigned counsel to Elliott so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 29, 2017
      Wilmington, DE

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: scousins@bayardlaw.com
      efay@bayardlaw.com
      emiller@bayardlaw.com

--AND—

ROPES & GRAY LLP
Keith H. Wofford
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
E-mail: Keith.Wofford@ropesgray.com
      Gregg.Galardi@ropesgray.com

ROPES & GRAY LLP
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
E-mail: Andrew.Devore@ropesgray.com

*Counsel to the Elliott Funds*