### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 11636** |

### DECLARATION OF JEFF ROSENBAUM FILED IN SUPPORT OF THE ELLIOTT FUNDS' MOTION TO RECONSIDER IN PART THE SEPTEMBER 19, 2016 ORDER [DKT. NO. 9584] APPROVING THE NEXTERA TERMINATION FEE

I, Jeff Rosenbaum, hereby declare as follows:

1. I am a portfolio manager at Elliott Management Corporation, a position I have held since October 2016.

2. I submit this declaration in support of *The Elliott Funds' Motion to Reconsider In Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee* (the "Motion") filed contemporaneously herewith.

3. The statements in this Declaration are based on my personal knowledge. If I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this Declaration on behalf of Elliott.

4. On April 5, 2017, representatives from NextEra and certain large holders of the Debtors' institutional debt (including Elliott) met in New York (the "April 5 Meeting"). I attended this meeting.

5. At the April 5 Meeting, NextEra explained its plan to issue a press release with a large "headline" number of additional financial benefits (rate relief) for the ratepayer constituents

that would be spread out over multiple years.  NextEra wanted to issue this press release prior to the scheduled April 13, 2017 open meeting of the PUCT, at which meeting NextEra anticipated that the PUCT would deny the NextEra/Oncor Application.  NextEra expressed the hope that the press release would pressure the PUCT to delay any action until later in April – the end of the original statutory 180-day deadline for the PUCT to issue its final order – providing NextEra with more time to garner greater support for the NextEra Transaction from a variety of constituencies.

6.     It was apparent that the entire purpose of the April 5 Meeting was for NextEra to place the large institutional debt holders in a position of duress, forcing them to either: (1) provide financial concessions or purchase price reductions of at least $500 million or (2) face the $275 Termination Fee, the costs and expense of further interest accruals, not to mention the additional professional fees associated with a nine-to-twelve month delay caused by trying to close an alternative transaction or reorganization plan.

7.     NextEra's representative expressed confidence at the April 5 Meeting that the Merger Agreement gave NextEra tremendous leverage.  As NextEra saw it, so long as NextEra would continue to go through the motions of pursuing the acquisition (viable or not), the estates would remain perpetually bound to NextEra and in order to escape would have to pay the Termination Fee.  NextEra noted that in addition, interest would continue to accrue on the First Lien and Second Lien Notes and additional professional and other fees would be incurred, including the payment of the DIP Extension Fee, before any alternative could be consummated.  In that regard, NextEra made it perfectly clear that it believed the creditors would necessarily lose $275 million as a result of the Termination Fee.  NextEra would never terminate the NextEra Transaction and would take whatever steps were necessary, no matter how unlikely to

succeed on any Rehearing requests or appeals, to keep that deal alive until such time as the Debtors were sufficiently fatigued that they would be willing to pay the Termination Fee.

8.  NextEra completely rejected any discussions regarding its entitlement to, or a reduction of, the $275 million Termination Fee at the April 5 Meeting, making it clear that it was a sacrosanct and central point of focus for both the NextEra board and chief executive officer.

9.  No agreement was reached at the April 5 Meeting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York City, New York on July 29, 2017.

*/s/ Jeff Rosenbaum*
Jeff Rosenbaum