IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 11636**<br>) |

**DECLARATION OF ERIN R. FAY FILED IN CONNECTION WITH
THE ELLIOTT FUNDS' MOTION TO RECONSIDER IN PART THE
SEPTEMBER 19, 2016 ORDER [DKT. NO. 9584] APPROVING
THE NEXTERA TERMINATION FEE**

Erin R. Fay hereby declares as follows:

1. I am counsel at Bayard, P.A., attorneys for Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") in the above-captioned bankruptcy proceeding (the "Action").

2. I make this declaration to present certain documents referenced in *The Elliott Funds' Motion to Reconsider In Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee* (the "Motion") filed contemporaneously herewith. Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Transcript of the September 19, 2016 Hearing before the Hon. Christopher J. Sontchi (Dkt. No. 9606).[1]

4. Attached hereto as **Exhibit B** is a true and correct copy of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving

---

[1] Unless otherwise specified, all references to the docket refer to the docket for the above-captioned bankruptcy proceeding.

Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement ("Sale Motion") (Dkt. Nos. 9190).

5. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of William O. Hiltz in Support of the Sale Motion, and attached exhibits (Dkt. No. 9191).

6. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of David Ying in Support of the Sale Motion, and attached exhibits (Dkt. No. 9192).

7. Attached hereto as **Exhibit E** is a true and correct copy of the Objection of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or Its Affiliates to the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement (Dkt. No. 9397).

8. Attached hereto as **Exhibit F** is a true and correct copy of the Objection of Shirley Fenicle, William Fahy, and John H. Jones to the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement (Dkt. No. 9398).

9. Attached hereto as **Exhibit G** is a true and correct copy of the EFH Indenture Trustee's Objection to the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement [D.I. 9190] (Dkt. No. 9399).

10. Attached hereto as **Exhibit H** is a true and correct copy of the Objection and Joinder of Contrarian Capital Management, LLC to the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C)

Authorizing Entry into and Performance Under Plan Support Agreement [D.I. 9190] (Dkt. No. 9402).

11. Attached hereto as **Exhibit I** is a true and correct copy of the EFH/EFIH Debtors Omnibus Reply to Objections to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement (Dkt. No. 9536).

12. Attached hereto as **Exhibit J** is a true and correct copy of the Declaration of Jonathan F. Ganter, Esq. in Support of the EFH/EFIH Debtors Omnibus Reply to Objections to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement, and attached exhibits (Dkt. No. 9537).

13. Attached hereto as **Exhibit K** is a true and correct copy of the Order Authorizing Entry into Merger Agreement, Approving Termination Fee, and Entry into and Performance Under Plan Support Agreement (Dkt. No. 9584).[2]

14. Attached hereto as **Exhibit L** is a true and correct copy of the Transcript of the September 22, 2016 Open Meeting before the Public Utility Commission of Texas ("the PUCT").

15. Attached hereto as **Exhibit M** is a true and correct copy of the Joint Letter submitted by NextEra and EFH concerning the Termination Fee and Proposed Oncor Transaction, dated September 25, 2016 (Dkt. No. 9655).

16. Attached hereto as **Exhibit N** is a true and correct copy of the Agreement and Plan of Merger, dated July 29, 2016, among NextEra, EFH, and EFIH, as amended, attached as Exhibit 1 to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger

---

[2] Unless otherwise specified, all references to the docket refer to the docket for the above-captioned bankruptcy proceeding.

Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement ("Sale Motion") (Dkt. Nos. 9190).

17. Attached hereto as **Exhibit O** is a true and correct copy of the Transcript of the September 26, 2016 Hearing before the Hon. Christopher J. Sontchi (Dkt. No. 9693).

18. Attached hereto as **Exhibit P** is a true and correct copy of the Memorandum from Commissioner Kenneth W. Anderson, Jr. regarding the Open Meeting of March 30, 2017 (PUCT Dkt. No. 46238-535).

19. Attached hereto as **Exhibit Q** is a true and correct copy of the Notice of Order Entered by the PUCT in the Administrative Proceeding Related to the Change of Control Application of Oncor Electric Delivery Company, LLC *et al.* (Dkt. No. 11152).

20. Attached hereto as **Exhibit R** is a true and correct copy of Exhibit G to the Declaration of Erin R. Fay Filed in Connection with (I) Verified Complaint for Declaratory and Injunctive Relief and (II) The Elliott Funds' Motion for Preliminary Injunction: NextEra Energy, Inc.'s Motion for Rehearing, Case No. 17-50479-CSS (Bankr. D. Del. May 11, 2017) (Dkt. No. 6-7).

21. Attached hereto as **Exhibit S** is a true and correct copy of the Notice of Order Entered by the PUCT in the Administrative Proceeding Related to the Change of Control Application of Oncor Electric Delivery Company, LLC *et al.* (Dkt. No. 11325).

22. Attached hereto as **Exhibit T** is a true and correct copy of the Notice of Order Entered by the PUCT in the Administrative Proceeding Related to the Change of Control Application of Oncor Electric Delivery Company, LLC *et al.* (Dkt. No. 11398).

23. Attached hereto as **Exhibit U** is a true and correct copy of the Notice of Filing of Letters Terminating (A) the NEE Plan Support Agreement and (B) the NEE Merger Agreement, and attached exhibits (Dkt. No. 11424).

24. Attached hereto as **Exhibit V** is a true and correct copy of the Appellees' Motion to Dismiss Appeal, Case No. 16-cv-00888-RGA (D. Del. Dec. 22, 2016) (Dkt. No. 18).

25. Attached hereto as **Exhibit W** is a true and correct copy of the Appellees' Reply in Support of Motion to Dismiss Appeal, Case No. 16-cv-00888-RGA (D. Del. Dec. 22, 2016) (Dkt. No. 21).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2017 in Wilmington , Delaware

                                                */s/ Erin R. Fay*
                                                Erin R. Fay