# EXHIBIT T

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

**NOTICE OF ORDER
ENTERED BY THE PUBLIC UTILITY COMMISSION OF TEXAS IN THE
ADMINISTRATIVE PROCEEDING RELATED TO THE CHANGE OF CONTROL
APPLICATION OF ONCOR ELECTRIC DELIVERY COMPANY, LLC *ET AL.***

Comes now the Public Utility Commission of Texas ("PUCT"), by and through the Texas Attorney General's Office, and respectfully files this Notice to advise the Court and the parties in interest that the PUCT has entered the attached Order in Docket No. 46238- Joint Report and Application of Oncor Electric Delivery Company, LLC and NextEra Energy, Inc. for Regulatory Approvals Pursuant to PURA §§ 14.101, 39.262 and 39.915 (the change of control proceeding). *See* PUCT Order attached hereto as Exhibit A.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

1

>JAMES E. DAVIS
>Deputy Attorney General for Civil Litigation
>
>RONALD R. DEL VENTO
>Assistant Attorney General
>Chief, Bankruptcy & Collections Division
>
>*/s/   Hal F. Morris*
>Hal F. Morris
>Texas State Bar No. 14485410
>Ashley F. Bartram
>Texas State Bar No. 24045883
>Bankruptcy & Collections Division
>P. O. Box 12548
>Austin, Texas  78711-2548
>P: (512) 475-2173/F: (512) 936-1409
>hal.morris@oag.texas.gov
>ashley.bartram@oag.texas.gov
>
>ATTORNEYS FOR THE PUBLIC UTILITY COMMISSION OF TEXAS

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2017, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

>*/s/ Hal F. Morris*
>Hal F. Morris

2

PUC DOCKET NO. 46238

RECEIVED
2017 JUN 29 AM 11: 15
PUBLIC UTILITY COMMISSION
FILING CLERK

| | | |
|---|---|---|
| JOINT REPORT AND APPLICATION | § | |
| OF ONCOR ELECTRIC DELIVERY | § | PUBLIC UTILITY COMMISSION |
| COMPANY LLC AND NEXTERA | § | |
| ENERGY, INC. FOR REGULATORY | § | OF TEXAS |
| APPROVALS PURSUANT TO PURA | § | |
| §§ 14.101, 39.262, AND 39.915 | § | |

## ORDER DENYING SECOND MOTION FOR REHEARING

The Commission denies the second motion for rehearing filed by NextEra Energy, Inc. on June 27, 2017.

Signed at Austin, Texas the 29th day of June 2017.

PUBLIC UTILITY COMMISSION OF TEXAS

_____
KENNETH W. ANDERSON, JR., COMMISSIONER

_____
BRANDY MARTY MARQUEZ, COMMISSIONER

W2013
q:\cadm\orders\final\46000\46238 order denying rehearing.docx

EXHIBIT A

557