# EXHIBIT U

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING OF LETTERS TERMINATING (A) THE NEE PLAN SUPPORT AGREEMENT AND (B) THE NEE MERGER AGREEMENT

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (the "Debtors") have today filed the following documents:

- The Debtors' letter terminating the Plan Support Agreement[2] by and among the EFH/EFIH Debtors, the Fidelity Funds, and NEE (the "Plan Support Agreement Termination Notice") attached hereto as **Exhibit A**.

- The Debtors' letter terminating the Merger Agreement by and among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, NextEra Energy, Inc., and EFH Merger Co., LLC (the "Merger Agreement Termination Notice") attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of the Plan Support Agreement Termination Notice and Merger Agreement Termination Notice may download copies from the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan Support Agreement Termination Notice and Merger Agreement Termination Notice.

KE 47822314.1
RLF1 17802780v.1

Dated: July 7, 2017
       Wilmington, Delaware

*/s/ Christopher M. De Lillo*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Christopher M. De Lillo (No. 6355)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com
      delillo@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

# Exhibit A

**Plan Support Agreement Termination Notice**

Execution Version

**Energy Future Holdings Corp.**
**Energy Future Intermediate Holding Company LLC**
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

July 7, 2017

**VIA EMAIL AND BY FED-EX**

To:    NextEra Energy, Inc.
        700 Universe Blvd.
        Juno Beach, FL 33408
        Attn: Mark Hickson; Charles Sieving
        Email: mark.hickson@nexteraenergy.com; charles.sieving@nexteraenergy.com

cc:    Chadbourne & Parke LLP
        1301 Avenue of the Americas
        New York, NY 10019
        Attn: Howard Seife, David Le May, William Greason
        Email: hseife@chadbourne.com; dlemay@chadbourne.com; wgreason@chadbourne.com

To:    Fidelity Management & Research Company
        82 Devonshire Street, #F6b
        Boston, MA 02109
        Attn: Nate Van Duzer, Daniel Chisholm
        Email:  nate.vanduzer@fmr.com; Daniel.chisholm@fmr.com

cc:    Fried, Frank, Harris, Shriver & Jacobson LLP
        One New York Plaza
        New York, NY 10004
        Attn: Brad Eric Scheler, Gary L. Kaplan, Matthew Roose
        Email:  brad.scheler@friedfrank.com; gary.kaplan@friedfrank.com;
                matthew.roose@friedfrank.com

        Re:    **Termination of the Plan Support Agreement**

Gentlemen:

      Reference is made to that certain Amended and Restated Plan Support Agreement, dated as of September 19, 2016 (the "Plan Support Agreement"), by and among the EFH/EFIH Debtors, the Fidelity Funds, and NEE. Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan Support Agreement.

      Pursuant to sections 8.02(c) and 8.02(d) of the Plan Support Agreement, the EFH/EFIH Debtors (acting together) hereby terminate the Plan Support Agreement. Effective July 6, 2017, the Merger Agreement was terminated.

*[Signature page follows]*

Respectfully yours,

**ENERGY FUTURE HOLDINGS CORP.**

By: _Andrew M. Wyatt_
Name: Andrew M. Wyatt
Title: EVP & GC

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**

By: _Andrew M. Wyatt_
Name: Andrew M. Wyatt
Title: EVP & GC

cc: Kirkland & Ellis LLP
600 Travis St., Suite 3300
Houston, TX 77002
Attn: Andrew Calder, John Pitts
Email: andrew.calder@kirkland.com; john.pitts@kirkland.com

cc: Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Attn: James Sprayregen, Marc Kieselstein, Chad Husnick
Email: jsprayregen@kirkland.com; mkieselstein@kirkland.com; chusnick@kirkland.com

cc: Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Edward Sassower
Email: edward.sassower@kirkland.com

# Exhibit B

**Merger Agreement Termination Notice**

Execution Version

**Energy Future Holdings Corp.**
**Energy Future Intermediate Holding Company LLC**
Energy Plaza
1601 Bryan Street
Dallas, Texas 75201

July 6, 2017

**VIA EMAIL AND BY FED-EX**

To:   NextEra Energy, Inc.
      700 Universe Blvd.
      Juno Beach, FL 33408
      Attn: Mark Hickson; Charles Sieving
      Email: mark.hickson@nexteraenergy.com; charles.sieving@nexteraenergy.com

cc:   Chadbourne & Parke LLP
      1301 Avenue of the Americas
      New York, NY 10019
      Attn: Howard Seife, David Le May, William Greason
      Email: hseife@chadbourne.com; dlemay@chadbourne.com; wgreason@chadbourne.com

Re:   **Termination of the Agreement and Plan of Merger**

Gentlemen:

Reference is made to that certain Agreement and Plan of Merger, dated as of July 29, 2016 (as amended on September 18, 2016, the "Merger Agreement"), by and among Energy Future Holdings Corp. (the "Company"), Energy Future Intermediate Holding Company LLC ("EFIH"), NextEra Energy, Inc. ("NextEra"), and EFH Merger Co., LLC ("Merger Sub"). Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Merger Agreement.

Pursuant to Section 8.2(a) and Section 8.3 of the Merger Agreement, the Company and EFIH (acting together) hereby terminate the Merger Agreement. The Company and EFIH do not believe that Section 8.2(a) and Section 8.3 are the exclusive bases for termination by the Company and EFIH of the Merger Agreement and hereby expressly preserve each of their rights with respect to any other bases for termination of the Merger Agreement by the Company and EFIH (acting together).

This termination of the Merger Agreement shall cause (a) the automatic termination of the Amended PSA pursuant to Section 8.02(c) thereof (without the necessity of any further action other than providing notice pursuant to Section 10.11 of the Amended PSA); (b) the automatic termination (without the necessity of any further action) of the Oncor Letter Agreement pursuant to Section 17(f)(ii)(A) thereof; (c) the Transition Services Agreement to be void and of no force and effect in accordance with Section 2.1 thereof; (d) the termination of the Tax Matters Agreement (solely with respect to NextEra and Merger Sub) in accordance with Section 9.19(c) thereof; and (e) the automatic termination of that certain letter, dated October 31, 2016, from the Company to NextEra re: the Investor Rights Agreement, in accordance with the third paragraph thereof.

*[Signature page follows]*

Respectfully yours,

**ENERGY FUTURE HOLDINGS CORP.**

By: _Andrew M. Wyatt_
Name: Andrew M. Wyatt
Title: EVP & GC

**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**

By: _Andrew M. Wyatt_
Name: Andrew M. Wyatt
Title: EVP & GC

cc: Kirkland & Ellis LLP
600 Travis St., Suite 3300
Houston, TX 77002
Attn: Andrew Calder, John Pitts
Email: andrew.calder@kirkland.com; john.pitts@kirkland.com

cc: Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Attn: James Sprayregen, Marc Kieselstein, Chad Husnick
Email: jsprayregen@kirkland.com; mkieselstein@kirkland.com; chusnick@kirkland.com

cc: Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Edward Sassower
Email: edward.sassower@kirkland.com