# Exhibit A

**Fee Summary by Professional for the Period
June 1, 2017 through June 30, 2017**

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional

**June 01, 2017 - June 30, 2017**

### Bankruptcy Related Research Consultation and Transaction

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $720.00 | 0.5 | $360.00 |
| **Professional Subtotal :** | | | **0.5** | **$360.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional

**June 01, 2017 - June 30, 2017**

*Financial Statement Audit and Related Matters*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 1.7 | $620.50 |
| Parker, Matt | Partner/Principal | $365.00 | 0.7 | $255.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 3.0 | $870.00 |
| Morehead, David | Manager | $265.00 | 0.7 | $185.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 2.6 | $559.00 |
| **Professional Subtotal :** | | | **8.7** | **$2,490.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional

**June 01, 2017 - June 30, 2017**

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murawski, Bryan | Manager | $265.00 | 3.0 | $795.00 |
| Gutierrez, Dalia | Consultant | $175.00 | 8.3 | $1,452.50 |
| **Professional Subtotal :** | | | **11.3** | **$2,247.50** |