IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 19, 2017 at 10:00 a.m. (ET)**<br>**Objection Deadline: August 25, 2017 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 31, 2017, NextEra Energy, Inc. filed the *Application of NextEra Energy, Inc. for Payment of Administrative Claim* (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 25, 2017 at 4:00 p.m. (ET).** At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on August 25, 2017.**

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON **SEPTEMBER 19, 2017 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0048018.}

Dated: July 31, 2017
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Joseph Wright*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:   landis@lrclaw.com
         mcguire@lrclaw.com
         wright@lrclaw.com

- and -

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Robin Ball (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email:   howard.seife@nortonrosefulbright.com
         robin.ball@nortonrosefulbright.com
         andrew.rosenblatt@nortonrosefulbright.com
         eric.daucher@nortonrosefulbright.com

- and -

**WINSTON & STRAWN LLP**
Dan K. Webb (*pro hac vice* motion pending)
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone:  (312) 558-5600
Facsimile:   (312) 294-5700
Email:    dwebb@winston.com

Thomas M. Buchanan (*pro hac vice* motion pending)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (312) 282-5000
Facsimile: (202) 282-5100
Email: tbuchana@winston.com

David Neier (*pro hac vice* motion pending)
200 Park Avenue
New York, New York 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700
Email:    dneier@winston.com

*Counsel to NextEra Energy, Inc.*

{932.002-W0048018.}

3