IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- X
: 
In re: : Chapter 11
: 
Energy Future Holdings, Inc., *et al.*,[1] : Case No. 14-10979 (CSS)
: 
Debtors. : (Jointly Administered)
: 
: **Re: D.I. 9584**
: 
----------------------------------------------------------- X

## ORDER DIRECTING PAYMENT OF TERMINATION FEE TO NEXTERA ENERGY, INC. AS ADMINISTRATIVE CLAIM

Upon consideration of the application (the "Application"), dated July 31, 2017, of NextEra Energy, Inc. ("NextEra"), pursuant to this Court's *Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement* [D.I. 9584], for the allowance and payment of an administrative claim for the Termination Fee;[2] and the Court having found that it has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b): and the Court having found that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that NextEra provided due and proper notice of the Application and that such notice was adequate and appropriate under the particular circumstances; and the Court having held a hearing to consider the relief requested in the Application (the "Hearing"); and upon consideration of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

CPAM: 12709043.1

record of the Hearing and all proceedings had before the Court; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Application is granted in its entirety.

2. All objections, if any, to the Application that have not been withdrawn, waived, settled, or specifically addressed in this Order, and all reservations of rights included in such objections, are specifically overruled in all respects on the merits.

3. NextEra shall be granted an allowed administrative claim against EFH in the amount of $275,000,000 on account of the Termination Fee and an allowed administrative claim against EFIH in the amount of $275,000,000 on account of the Termination Fee upon consummation of the Berkshire Plan, the Elliott Plan, or any alternative transaction (as described in Section 8.5 of the Merger Agreement).

4. EFH and EFIH are authorized and directed to pay to NextEra $275 million in cash within five days of consummation of the Berkshire Plan, the Elliott Plan, or any other alternative transaction (as described in Section 8.5 of the Merger Agreement) without any further proceedings before, or order, of the Court.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(a), 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be effective and enforceable immediately upon entry.

6. The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this Order.

7. Notice of the Application as provided therein is good and sufficient and the requirements of the Local Rules are satisfied by such notice.

Dated: September __, 2017
       Wilmington, Delaware

                                                  The Honorable Christopher S. Sontchi
                                                  United States Bankruptcy Judge