# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings, Inc., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 9584** |

## DECLARATION OF HOWARD SEIFE IN SUPPORT OF APPLICATION OF NEXTERA ENERGY, INC. FOR PAYMENT OF ADMINISTRATIVE CLAIM

Howard Seife, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I am a partner at Norton Rose Fulbright US LLP, attorneys for NextEra Energy, Inc. ("NextEra") in the above-captioned bankruptcy case.

2. I make this declaration to present certain documents referenced in the *Application of NextEra Energy, Inc. for Payment of Administrative Claim* (the "Application"), filed contemporaneously herewith. All capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

3. Attached hereto as **Exhibit A** is a true and correct copy of the *Memorandum*, dated March 30, 2017, from Commissioner Kenneth W. Anderson, Jr., PUCT Docket No. 46238, Item No. 535.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the Open Meeting before the Public Utility Commission of Texas on March 30, 2017 in Austin, Texas.

5. Attached hereto as **Exhibit C** is a true and correct copy of the *Order*, dated April 13, 2017, PUCT Docket No. 46238, Item No. 538.

6. Attached hereto as **Exhibit D** is a true and correct copy of the *Amicus Curiae Brief of Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company LLC in Support of Rehearing*, PUCT Docket No. 46238, Item No. 545 (the "First EFH PUCT Amicus Brief").

7. Attached hereto as **Exhibit E** is a true and correct copy of PUCT Docket No. 46238, Item No. 550, containing the *Memorandum*, dated June 6, 2017, from Commissioner Brandy Marty Marquez to Commission [sic] Kenneth W. Anderson, Jr.

8. Attached hereto as **Exhibit F** is a true and correct copy of the *Order on Rehearing*, dated June 7, 2017, PUCT Docket No. 46238, Item No. 551.

9. Attached hereto as **Exhibit G** is a true and correct copy of the *Amicus Brief of Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company LLC in Support of Second Motion for Rehearing*, PUCT Docket No. 46238, Item No. 555 (the "Second EFH PUCT Amicus Brief").

10. Attached hereto as **Exhibit H** is a true and correct copy of the *Order Denying Second Motion for Rehearing*, dated June 29, 2017, PUCT Docket No. 46238, Item No. 557.

11. Attached hereto as **Exhibit I** is a true and correct copy of the July 14, 2017 letter from NextEra to the Debtors referenced in Paragraph 47 of the Application.

12. Attached hereto as **Exhibit J** is a true and correct copy of the July 18, 2017 letter from EFH and EFIH to NextEra referenced in Paragraph 48 of the Application.

13. Attached hereto as **Exhibit K** is a true and correct copy of the July 23, 2017 letter from NextEra to the Debtors referenced in Paragraph 49 of the Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2017 in New York, NY.

_____
Howard Seife