# Exhibit E



Control Number: 46238



Item Number: 550

Addendum StartPage: 0

RECEIVED

2017 JUN -6 PM 4: 48

PUBLIC UTILITY COMMISSION
FILING CLERK

# OPEN MEETING COVER SHEET

**MEETING DATE:**           June 7, 2017

**DATE DELIVERED:**         June 6, 2017

**AGENDA ITEM NO.:**        2

**CAPTION:**                Docket No. 46238 - Joint Report and
                            Application of Oncor Electric Delivery
                            Company, LLC and NextEra Energy, Inc.
                            for Regulatory Approvals Pursuant to PURA
                            §§ 14.101, 39.262, and 39.915

**ACTION REQUESTED:**       Memos from Commissioner Anderson and
                            Commissioner Marquez

Distribution List:
   Commissioners' Office (9)
   Lloyd, Brian
   Whittington, Pam
   Gleeson, Thomas
   Phillips, Michael
   Central Records
   Rogas, Keith (2)
   Pemberton, Margaret (5)
   Journeay, Stephen
   Burch, Chris
   Tietjen, Darryl (2)
   Long, Mick (2)
   Competitive Markets (2)
   Benter, Tammy (4)
   Gonzales, Adriana (if rulemaking)

550

**Kenneth W. Anderson, Jr.**
Commissioner

**Brandy Marty Marquez**
Commissioner

**Brian H. Lloyd**
Executive Director



**Greg Abbott**
Governor

RECEIVED

2017 JUN -6 PM 4: 48

PUBLIC UTILITY COMMISSION
FILING CLERK

## *Public Utility Commission of Texas*

---

TO:     Commissioner Kenneth W. Anderson, Jr.
         Commissioner Brandy Marty Marquez

         All Parties of Record

FROM:   Lisa Carter, Commission Advising

RE:      June 7, 2017, Open Meeting Agenda Item No. 2
        Draft Order on Rehearing, Docket No. 46238– *Joint Report and Application of*
        *Oncor Electric Delivery Company LLC and NextEra Energy, Inc. for Regulatory*
        *Approvals Pursuant to §§ 14.101, 39.262, and 39.915.*

DATE:    June 6, 2017

Please find enclosed memorandums containing modifications to the draft order on rehearing
proposed by Commissioner Anderson and Commissioner Marquez.

W2013
q:\cadm\memos\misc\46238 commissioners memos.docx

# *Public Utility Commission of Texas*

## Memorandum

**TO:**         Commissioner Brandy Marty Marquez

**FROM:**     Commissioner Kenneth W. Anderson, Jr.

**DATE:**      June 6, 2017

**RE:**          Open Meeting of June 7, 2017 – Agenda Item No. 2
Order on Rehearing, Docket No. 46238; *Joint Report and Application of Oncor Electric Delivery Company, LLC and NextEra Energy, Inc. for Regulatory Approvals Pursuant to PURA §§ 14.101, 39.262, and 39.915*

---

Having reviewed the draft order on rehearing, I recommend making the following changes:

First, I would add the following language to the end of the redlined addition on page 4: "It is inappropriate for NextEra Energy to attempt to amend its application to request different relief in a motion for rehearing. To the extent, however, that NextEra Energy is deemed to have requested that the Commission approve the single transaction with Texas Transmission Investment, the Commission finds that NextEra Energy has failed to meet its burden of proof to show that any single transaction is in the public interest, and so that request is denied."

Second, I would add the following corresponding *finding of fact* (and renumber the subsequent findings of fact accordingly):

118.     It is inappropriate to request different relief in a motion for rehearing.

Third, I would add the following *conclusion of law* (and renumber the subsequent conclusions of law accordingly):

9.     To the extent that NextEra Energy has requested that the Commission approve the single transaction with Texas Transmission Investment in its motion for rehearing, NextEra Energy has failed to meet its burden of proof to show that any single transaction is in the public interest, and so that request is denied.

Finally, I would add the following *ordering paragraph* (and renumber the subsequent ordering paragraphs accordingly):

3.     To the extent that NextEra Energy has requested Commission approval of the single transaction with Texas Transmission Investment in its motion for rehearing, that single transaction shall not close.

I look forward to discussing this matter with you at the open meeting.

000003

# *Public Utility Commission of Texas*

## Memorandum

**TO:**       Commission Kenneth W. Anderson, Jr.

**FROM:**   Commissioner Brandy Marty Marquez

**DATE:**    June 6, 2017

**RE:**        Open Meeting of June 7, 2017 – Agenda Item No. 2
               Order on Rehearing, Docket No. 46238; *Joint Report and Application of Oncor Electric Delivery Company, LLC and NextEra Energy, Inc. for Regulatory Approvals Pursuant to PURA §§ 14.101, 39.262, and 39.915*

---

After reviewing the draft order on rehearing, I suggest the following changes:

- I would add the phrase "based on the facts and circumstances presented in the docket" to the following sentences in the redlined draft order on rehearing:

    a.  On page 7, in the last sentence of the first paragraph under section D, "As discussed below, <u>based on the facts and circumstances presented in this docket,</u> the Commission has concluded that . . ."

    b.  On page 9, in the sixth sentence of the first paragraph, "The Commission finds that if the proposed transactions were to close, <u>based on the facts and circumstances presented in the docket,</u> a majority of Oncor's board. . ."

- I would recommend adding the following language to end of the partial paragraph at the top of page 7 to clarify that while the Commission did evaluate the proposed benefits cited by NextEra Energy in its application, the fatal flaw in the application was NextEra Energy's refusal to accept appropriate ring-fencing conditions, and any benefits offered could not overcome that failure.

    a.  On page 7, at the end of the partial paragraph at the top of the page, add the following sentence: "Based on the magnitude of these risks, without appropriate ring-fencing protections, discussed below, the Commission finds that any purported benefits could not support a decision that the proposed transactions are in the public interest or overcome NextEra Energy's refusal to agree to the ring-fencing protections."

I look forward to discussing these changes with you at the open meeting.