# Exhibit H



Control Number: 46238



Item Number: 557

Addendum StartPage: 0

PUC DOCKET NO. 46238

| | |
|---|---|
| JOINT REPORT AND APPLICATION § <br> OF ONCOR ELECTRIC DELIVERY § <br> COMPANY LLC AND NEXTERA § <br> ENERGY, INC. FOR REGULATORY § <br> APPROVALS PURSUANT TO PURA § <br> §§ 14.101, 39.262, AND 39.915 § | PUBLIC UTILITY COMMISSION <br><br> OF TEXAS |

RECEIVED
2017 JUN 29 AM 11:15
PUBLIC UTILITY COMMISSION
FILING CLERK

## ORDER DENYING SECOND MOTION FOR REHEARING

The Commission denies the second motion for rehearing filed by NextEra Energy, Inc. on June 27, 2017.

Signed at Austin, Texas the ____ day of June 2017.

PUBLIC UTILITY COMMISSION OF TEXAS

_____
KENNETH W. ANDERSON, JR., COMMISSIONER

_____
BRANDY MARTY MARQUEZ, COMMISSIONER

W2013
q:\cadm\orders\final\46000\46238 order denying rehearing.docx