# Exhibit K



35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

**DAN K. WEBB**
Chairman
312-558-5856
dwebb@winston.com

July 23, 2017

**Private and Confidential**

<u>Via Email</u>

Mark McKane, P.C.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

**Re:**     Merger Agreement Termination Fee

Dear Mr. McKane:

  This letter responds to your July 18, 2017 letter, which responded to NextEra Energy's letter of July 14, 2017.

  In your letter you assert that "a Termination Fee is not due and payable" because NextEra Energy did not use its "reasonable best efforts" to consummate the transaction. Nothing can be further from the truth. If the actions that you identify in your letter jeopardized the approval of the merger by the PUCT, your client would have made note of them. It never did so. This speaks volumes, particularly considering that NextEra Energy and your client worked on a daily basis for over a year to accomplish the merger.

  Moreover, the reasons cited by the PUCT for rejecting the transaction are specifically identified as deal breakers, or "Burdensome Conditions," in the Merger Agreement (Section 6.3), a document signed by your client on July 29, 2016. It is without merit for your client to now suggest that NextEra Energy violated the Merger Agreement and Plan Support Agreement, and thereby forfeited the Termination Fee, by not surrendering these same contract conditions to obtain PUCT approval. We can only assume that the Debtors are under substantial pressure from certain of their creditors to assert these newly minted, meritless claims in the hope of avoiding the Termination Fee, which NextEra Energy will be entitled to under the Merger Agreement and the Bankruptcy Court's September 19, 2016 order (which order was final and was relied upon by NextEra Energy).

  Your letter is clearly a transparent attempt to extort a discounted settlement amount from NextEra Energy. This will not happen. We are prepared to litigate this, no matter what the effort, to obtain what NextEra Energy is owed under the Merger Agreement.



    In an effort to resolve this matter short of litigation, we are open to having a meeting to discuss this matter. We are available to meet Friday July 28, 2017. Please advise if that date works for you.

    Sincerely,

    Dan K. Webb

Cc:
Robin Ball
Howard Seife
Charles Sieving