IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Hearing Date: August 29, 2017 at 10:00 a.m. |
|  | ) Objection Deadline: August 18, 2017 at 4:00 p.m. |
|  | ) Re: D.I. 11427, 11628 |

**NOTICE REGARDING CERTAIN RESCHEDULED
DATES RELATED TO THE NEW E-SIDE DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE THAT**, on July 7, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed, among other documents, the (i) *Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11426] (as amended, modified, and supplemented from time to time, the "Plan"); and (ii) *Disclosure Statement for the Joint Plan*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

*of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11427] (as amended, modified, and supplemented from time to time, the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT**, on July 28, 2017, the Court entered the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11628] (the "Scheduling Order"), which scheduled certain dates and deadlines and established certain protocols in connection with the confirmation of the Plan and approval of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE THAT, notwithstanding any prior notice to the contrary**, pursuant to paragraph 9(a) of the Scheduling Order, the deadline by which any party, including the Participating Parties (as such term is defined in the Scheduling Order), must file any objections to the Disclosure Statement is **August 18, 2017 at 4:00 p.m. (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, notwithstanding any prior notice to the contrary**, pursuant to paragraph 9(c) of the Scheduling Order, a hearing to consider approval of the Disclosure Statement and any objections thereto will be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **August 29, 2017 starting at 10:00 a.m. (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE THAT**, parties may obtain a copy of the Plan or the Disclosure Statement free of charge, by contacting Epiq Bankruptcy Solutions, LLC, the voting and claims agent retained by the E-Side Debtors in these chapter 11 cases, by: (a) calling the E-Side Debtors' restructuring hotline at (877) 276-7311; (b) visiting the E-Side Debtors' restructuring website at: http://www.efhcaseinfo.com; and/or (c) emailing efhvote@epiqsystems.com and referencing "EFH/EFIH" in the subject line. Parties may also obtain copies of any pleadings filed in the E-Side Debtors' chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov (password required).

*[Remainder of page intentionally left blank.]*

Dated: July 31, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*