## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 6.4 | $5,280.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 112.4 | $64,630.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 16.9 | $6,929.00 |
| Christopher M. DeLillo | Associate | 2016 | Bankruptcy | $320 | 3.5 | $1,120.00 |
| **Total** | | | | | **139.2** | **$77,959.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $250 | 54.8 | $13,700.00 |
| Cynthia S. McMenamin | Paralegal | 2 | Bankruptcy | $250 | 0.1 | $25.00 |
| Ann Jerominski | Paralegal | 17 | Bankruptcy | $250 | 0.8 | $200.00 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 8.3 | $1,120.50 |
| **Total** | | | | | **64.0** | **$15,045.50** |
| | | | | **Total Fees** | | **$93,004.50** |