## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $45.35 |
| Conference Calling | $8.56 |
| Court Reporter Services | $78.00 |
| Document Retrieval | $207.05 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $47.78 |
| Long distance Telephone Charges | $0.70 |
| Messenger and Delivery Service | $85.39 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $601.85 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$1,074.68** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $55.81 |
| Conference Calling | $10.55 |
| Court Reporter Services | $96.00 |
| Document Retrieval | $254.83 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $58.79 |
| Long distance Telephone Charges | $0.86 |
| Messenger and Delivery Service | $105.10 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $740.74 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$1,322.68** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $15.12 |
| Conference Calling | $2.86 |
| Court Reporter Services | $26.00 |
| Document Retrieval | $69.02 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $15.93 |
| Long distance Telephone Charges | $0.23 |
| Messenger and Delivery Service | $28.45 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $200.62 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$358.23** |