# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 6/5/2017 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and filing EFIH DIP financing motions | $16.27 | $16.27 |
| 6/26/2017 | Manhattan Bagel | Breakfast | 6 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 6/26/17 hearing | $16.67 | $100.00 |
| **TOTALS** | | | | | | **$116.27** |

RLF1 17903337v.1