## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Related Docket Nos. 11649 & 11650** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                            ) SS
NEW CASTLE COUNTY   )

    Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. and its wholly-owned subsidiary NextEra Energy Capital Holdings, Inc. in the above referenced cases, and on the 31st day of July, 2017, he caused a copy of the following:

**APPLICATION OF NEXTERA ENERGY, INC. FOR PAYMENT OF
ADMINISTRATIVE CLAIM [DOCKET NO. 11649]; AND**

**DECLARATION OF HOWARD SEIFE IN SUPPORT OF APPLICATION OF
NEXTERA ENERGY, INC. FOR PAYMENT OF ADMINISTRATIVE CLAIM
[DOCKET NO. 11650]**

to be served on the attached service list via hand-delivery and/or U.S. First Class Mail

                                                     Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 1st day of August 2017.

                                       Notary Public

*[Notary Seal: RAMWATTIE RAMIREZ, MY COMMISSION EXPIRES ON 02-14-2019, NOTARY PUBLIC, STATE OF DELAWARE]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

ABRAMS & BAYLISS LLP
(COUNSEL TO GOLDMAN SACHS)
KEVIN G ABRAMS & JOHN M SEAMAN
20 MONTCHANIN RD STE 200
WILMINGTON, DE 19807

AKERMAN LLP
(COUNSEL TO SIEMENS)
ATTN: ANDREA S HARTLEY ESQ
98 SE 7TH ST STE 1100
MIAMI, FL 33131

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: COURTENEY F HARRIS ESQ
14910 ALDINE WESTFIELD RD
HOUSTON, TX 77032

ALSTON & BIRD LLP
(COUNSEL TO SIMEIO AND BORAL)
ATTN: SAGE M SIGLER ESQ
ONE ATLANTIC CENTER
1201 W PEACHTREE ST STE 4900
ATLANTA, GA 30309-3424

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: GENERAL COUNSEL
6201 15TH AVE
BROOKLYN, NY 11219

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: PAUL KIM
6201 15TH AVE
BROOKLYN, NY 11219

ASHBY & GEDDES PA
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
AD HOC COMMITTEE OF TCEH SECOND LIEN NOTEHOLDERS
ATTN: WILLIAM BOWDEN & GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON, DE 19899

BAILEY BRAUER PLLC
(COUNSEL TO PINNACLE TECHNICAL RESOURCES INC)
ATTN: BENJAMIN L. STEWART
CAMPBELL CENTRE I
8350 N CENTRAL EXPY STE 206
DALLAS, TX 75206

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J ALANIZ
2001 ROSS AVE
DALLAS, TX 75201-2980

BALLARD SPAHR LLP
(COUNSEL TO LOUISIANA ENERGY & URENCO)
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
(COUNSEL TO GATX CORPORATION)
ATTN: KEVIN G COLLINS ESQ
1000 N WEST ST STE 1500
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
(COUNSEL TO GATX CORPORATION)
ATTN: DAVID M POWLEN ESQ
1000 N WEST ST STE 1500
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
(COUNSEL TO GATX)
ATTN: KEVIN C DRISCOLL JR ESQ
1 N WACKER DR STE 4400
CHICAGO, IL 60606-2833

BAYARD PA
(COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE
UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE)
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BAYARD PA
(COUNSEL TO ELLIOTT)
ATTN: SCOTT D COUSINS, ERIN R FAY, EVAN T MILLER
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
(COUNSEL TO THERMO FISHER)
ATTN: KEVIN M. CAPUZZI
222 DELAWARE AVE STE 801
WILMINGTON, DE 19801-1611

BIELLI & KLAUDER LLC
(COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: DAVID M KLAUDER ESQ &
CORY P STEPHENSON ESQ
1204 N KING STREET
WILMINGTON, DE 19801

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)
ATTN: MICHAEL DEBAECHE; STANLEY TARR
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)
ATTN: MICHAEL B SCHAEDLE ESQ
130 N 18TH ST (ONE LOGAN SQUARE)
PHILADELPHIA, PA 19103-6998

BROWN & CONNERY LLP
(COUNSEL TO SAP INDUSTRIES INC)
ATTN: DONALD K LUDMAN
6 NORTH BROAD ST STE 100
WOODBURY, NJ 08096

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ
7 TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS, ANDREW STREHLE
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM ST
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
(COUNSEL TO EFIH SECOND LIEN TRUSTEE)
ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON
1290 6TH AVE #33
NEW YORK, NY 10104-3300

BRYAN CAVE LLP
ATTN: ROBERT E PEDERSEN ESQ
1290 6TH AVE #33
NEW YORK, NY 10104-3300

BUCHALTER NEMER, A PROFESSIONAL LAW CORP
(COUNSEL TO ORACLE)
ATTN: SHAWN M CHRISTIANSON ESQ
55 SECOND ST STE 1700
SAN FRANCISCO, CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP)
ATTN: KATHLEEN A. MURPHY
919 N MARKET ST STE 1500
WILMINGTON, DE 19801

CADWALADER WICKERSHAM & TAFT LLP
(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC)
ATTN: HOWARD HAWKINS JR.; ELLEN M HALSTEAD;
MICHELE MAMAN & THOMAS J CURTIN ESQS.
200 LIBERTY ST
NEW YORK, NY 10281

CADWALADER WICKERSHAM & TAFT LLP
(COUNSEL TO DEF. MORGAN STANLEY, FPL, INDIAN MESA)
ATTN: MARK C ELLENBERG ESQ
700 6TH STREET, N.W.
WASHINGTON, DC 20001

CAPLIN & DRYSDALE, CHARTERED
(COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN)
ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON, DC 20005-5802

CHADBOURNE & PARKE LLP
(COUNSEL TO NEXTERA ENERGY RESOURCES LLC)
ATTN: HOWARD SEIFE, DAVID M LEMAY AND
CHRISTY RIVERA ESQS
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6022

CHIPMAN BROWN CICERO & COLE LLP
(COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE)
ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE
HERCULES PLAZA
1313 N MARKET ST STE 5400
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
(COUNSEL TO ATMOS, TXU 2007-1 RAILCAR, RED BALL)
ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR
1204 N KING STREET
WILMINGTON, DE 19801

CITIBANK N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720

CITIBANK N.A.
ATTN: ZORI MIGLIORINI
388 GREENWICH ST 21ST FL
NEW YORK, NY 10013

CITIBANK N.A.
ATTN: ERIC O LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK, NY 10013

CITIBANK N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720

CITIBANK N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY 10013

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON ST
FORT WORTH, TX 76102

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO J ARON & COMPANY)
ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COHEN & GRIGSBY, PC
(COUNSEL TO NOVA CHEMICALS INC)
ATTN: THOMAS D. MAXSON
625 LIBERTY AVE
PITTSBURGH, PA 15222-3152

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548

COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
650 DE MAISONNEUVE WEST 7TH FL
MONTREAL, QC H3A 3T2
CANADA

COWLES & THOMPSON
(COUNSEL TO ATMOS ENERGY CORPORATION)
ATTN: STEPHEN C STAPLETON
BANK OF AMERICA PLAZA
901 MAIN ST STE 3900
DALLAS, TX 75202

COZEN O'CONNOR
(COUNSEL TO J ARON & COMPANY)
ATTN: MARK E. FELGER
1201 N MARKET ST STE 1001
WILMINGTON, DE 19801

CRAVATH SWAINE & MOORE LLP
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC/EFIH)
ATTN: MICHAEL A PASKIN ESQ
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK, NY 10019-7475

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E HORWITZ
MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

DAVIS POLK & WARDWELL LLP
(COUNSEL TO GOLDMAN SACHS ET AL)
ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY;
ELLIOT MOSKOWITZ; DAMON MEYER
450 LEXINGTON AVE
NEW YORK, NY 10017

DECHERT LLP
(COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP)
ATTN: MICHAEL J SAGE & ANDREW C HARMEYER
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797

DECHERT LLP
(COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP)
ATTN: G. ERIC BRUNSTAD JR
90 STATE HOUSE SQUARE
HARTFORD, CT 06103-3702

DECHERT LLP
(COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP)
ATTN: KATE O'KEEFFE
ONE INTERNATIONAL PLACE
100 OLIVER ST 40TH FL
BOSTON, MA 02110-2605

DEUTSCHE BANK
ATTN: MARCUS M TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

DLA PIPER LLP (US)
(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC)
ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN
1201 N MARKET ST STE 2100
WILMINGTON, DE 19801

DORSEY & WHITNEY DELAWARE LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD &
ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON, DE 19801

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: ROBERT K. MALONE
222 DELAWARE AVE STE 1410
WILMINGTON, DE 19801-1621

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE)
ATTN: JEFFREY R FINE ESQ
1717 MAIN ST STE 4200
DALLAS, TX 75201

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN: RONALD L ROWLAND ESQ, AGENT
305 FELLOWSHIP RD STE 100
MOUNT LAUREL, NJ 08054-1232

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

EVERSHEDS SUTHERLAND (US) LLP
(COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY NO 1)
ATTN: LINO MENDIOLA III
ONE AMERICAN CENTER
600 CONGRESS AVE STE 2000
AUSTIN, TX 78701

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: JEFFREY SCHLERF; L. JOHN BIRD
919 N MARKET ST STE 300
WILMINGTON, DE 19801

FRANKGECKER LLP
(COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS)
ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRANKGECKER LLP
(COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS)
ATTN: FRANCES GECKER ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRESHFIELDS BRUCKHAUS DERINGER US LLP
(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP)
ATTN: SCOTT TALMADGE, ABBEY WALSH, STEVEN FRUCHTER
601 LEXINGTON AVE 31ST FL
NEW YORK, NY 10022

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO)
ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ
MATTHEW M ROOSE ESQ
1 NEW YORK PLAZA
1 FDR DRIVE
NEW YORK, NY 10004

GARDERE WYNNE SEWELL LLP
(COUNSEL TO ROMCO EQUIPMENT CO)
ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN
1000 LOUISIANA, STE 3400
HOUSTON, TX 77002

GAY MCCALL ISAACKS GORDON & ROBERTS PC
(COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT &
CITY OF GARLAND)
ATTN: DUSTIN L BANKS ESQ
1919 S SHILOH RD STE 310 LB 40
GARLAND, TX 75042

GAY MCCALL ISAACKS GORDON & ROBERTS PC
(COUNSEL TO COLLIN COUNTY)
ATTN: DAVID MCCALL ESQ
777 E 15TH ST
PLANO, TX 75074

GELLERT SCALI BUSENKELL & BROWN LLC
(COUNSEL TO AURELIUS & SUNRISE PARTNERS LTD PART.)
ATTN: MICHAEL G. BUSENKELL
1201 N ORANGE ST STE 300
WILMINGTON, DE 19801

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP)
ATTN: EVAN W. RASSMAN
1201 N. ORANGE STREET, SUITE 300
WILMINGTON, DE 19801

GIBSON DUNN & CRUTCHER LLP
(COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE)
ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER
DANIEL DENNY
333 S GRAND AVE
LOS ANGELES, CA 90071-3197

GILLESPIE SANFORD LLP
ATTN: HAL K GILLESPIE
(COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS)
4925 GREENVILLE AVE, SUITE 200
DALLAS, TX 75206

GLAST PHILLIPS & MURRAY PC
(COUNSEL TO RED BALL OXYGEN COMPANY)
ATTN: JONATHAN L HOWELL PLLC
14801 QUORUM DR STE 500
DALLAS, TX 75254

GOODWIN PROCTER LLP
(COUNSEL TO AURELIUS CAPITAL)
ATTN: WILLIAM WEINTRAUB; KIZZY JARASHOW
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

GORI JULIAN & ASSOCIATES PC
(COUNSEL TO JOHN H JONES)
ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ
156 N MAIN ST
EDWARDSVILLE, IL 62025

GREER HERZ & ADAMS LLP
(COUNSEL TO SOMERVELL CAD)
ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ
J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ
1 MOODY PLAZA 18TH FL
GALVESTON, TX 77550

GREGORY D WILLARD ESQ
(COUNSEL TO AUTOMATIC SYSTEMS INC)
7339 WESTMORELAND DRIVE
SAINT LOUIS, MO 63130-4241

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA LLC)
ATTN: TREVOR HOFFMANN ESQ
30 ROCKEFELLER CTR 26TH FL
NEW YORK, NY 10112

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA LLC)
ATTN: PATRICK L HUGHES
1221 MCKINNEY ST STE 2100
HOUSTON, TX 77010

HAYNES AND BOONE LLP
(COUNSEL TO BNSF RAILWAY COMPANY)
ATTN: IAN T PECK ESQ
301 COMMERCE ST STE 2600
FORT WORTH, TX 76102

HILLER & ARBAN LLC
(COUNSEL TO STEAG)
ATTN: ADAM HILLER ESQ, JOHNNA M DARBY ESQ
1500 N FRENCH ST 2ND FL
WILMINGTON, DE 19801

HINCKLEY ALLEN
(COUNSEL TO INVENSYS SYSTEMS INC)
ATTN: JENNIFER V. DORAN
28 STATE ST
BOSTON, MA 02109

HOGAN MCDANIEL
(COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/
ASBESTOS CLAIMANTS; JOHN H JONES)
ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

HOGAN MCDANIEL
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: GARVAN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

HOGAN MCDANIEL
(COUNSEL TO DAVID HEINZMANN)
ATTN: DANIEL K HOGAN ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

HOLLAND & KNIGHT LLP
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: CHRISTINE C RYAN ESQ
800 17TH ST NW STE 1100
WASHINGTON, DC 20006

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201

JACKSON WALKER LLP
(COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT)
ATTN: MONICA S. BLACKER
2323 ROSS AVE STE 600
DALLAS, TX 75201

JACKSON WALKER LLP
(COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT)
ATTN: J. SCOTT ROSE
WESTON CENTRE
112 E PECAN ST STE 2400
SAN ANTONIO, TX 78205

JACKSON WALKER LLP
(COUNSEL TO MILAM APPRAISAL DISTRICT)
ATTN: BRUCE J RUZINSKY ESQ &
MATTHEW D CAVENAUGH ESQ
1401 MCKINNEY ST STE 1900
HOUSTON, TX 77010

JENNER & BLOCK
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/
EFIH)
ATTN: RICHARD LEVIN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022-3908

JENNER & BLOCK
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/
EFIH)
ATTN: VINCENT E LAZAR ESQ
353 N CLARK ST
CHICAGO, IL 60654

JONES DAY
(COUNSEL TO ONCOR)
ATTN: PATRICIA VILLAREAL
2727 N HARWOOD STREET
DALLAS, TX 75201

KASOWITZ BENSON TORRES LLP
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN
1633 BROADWAY
NEW YORK, NY 10019

KELLEY DRYE & WARREN LLP
(COUNSEL TO CSC TRUST OF DE)
ATTN: JAMES CARR, BENJAMINN FEDER & BERT SAYDAH
101 PARK AVENUE
NEW YORK, NY 10178

KELLY HART & HALLMAN LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: EDWARD SASSOWER PC, STEPHEN HESSLER ESQ
BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES H.M. SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE)
ATTN: RAYMOND H LEMISCH ESQ
919 MARKET ST STE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ;
JOSHUA BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LACKEY HERSHMAN LLP
(COUNSEL TO THE RICHARDS GROUP INC)
ATTN: JAMIE R WELTON ESQ
3102 OAK LAWN AVE STE 777
DALLAS, TX 75219

LANDIS RATH & COBB LLP
(COUNSEL TO MARATHON MGMT, ALCOA AND
NEXTERA ENERGY RESOURCES)
ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
801 2ND AVE RM 403
NEW YORK, NY 10017-8664

LAW OFFICE OF CURTIS A HEHN
(COUNSEL TO SOMERVELL CAD)
ATTN: CURTIS A HEHN ESQ
1000 N WEST ST STE 1200
WILMINGTON, DE 19801

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS; KINDER MORGAN; NAT GAS
PIPELINE OF AMERICA; EL PASO NAT GAS)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE CT
NAVASOTA, TX 77868

LAW OFFICES OF ROBERT E LUNA PC
(COUNSEL TO CARROLLTON-FARMERS BRANCH ISD)
ATTN: DANIEL K BEARDEN ESQ
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FWY STE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES)
ATTN: JOHN P DILLMAN ESQ
4828 LOOP CENTRAL DR STE 600
HOUSTON, TX 77002

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD,
ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY,
ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY)
ATTN: DIANE WADE SANDERS
2700 VIA FORTUNA DR STE 400
AUSTIN, TX 78746

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

LOCKE LORD LLP
(COUNSEL TO BP AMERICA PRODUCTION CO)
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS, LA 70130

LOCKE LORD LLP
(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)
ATTN: PHILIP EISENBERG ESQ
2800 JPMORGAN CHASE TOWER
600 TRAVIS
HOUSTON, TX 77002

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801

MARGOLIS EDELSTEIN
(COUNSEL TO URS ENERGY & CONSTRUCTION INC)
ATTN: JAMES E HUGGETT & AMY D BROWN
300 DELAWARE AVE STE 800
WILMINGTON, DE 19801

MASLON EDELMAN BORMAN & BRAND LLP
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
ATTN: CLARK T WHITMORE, ANA CHILINGARISHVILI
90 S 7TH ST STE 3300
MINNEAPOLIS, MN 55402-4140

MCCREARY VESELKA BRAGG & ALLEN PC
(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)
ATTN: LEE GORDON
700 JEFFREY WAY STE 100
ROUND ROCK, TX 78665

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: DAVID P PRIMACK ESQ
300 DELAWARE AVE STE 770
WILMINGTON, DE 19801

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PAUL D MOAK ESQ
600 TRAVIS ST STE 7000
HOUSTON, TX 77002

MICHAEL G. SMITH
(COUNSEL TO VALERO TEXAS POWER MARKETING INC)
PO BOX 846
CLINTON, OK 73601

MILBANK TWEED HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ
28 LIBERTY ST
NEW YORK, NY 10005-1413

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: NATALIE RAMSEY, DAVIS LEE WRIGHT, MARK FINK
SIDNEY LIEBESMAN
1105 N MARKET ST 15TH FL
WILMINGTON, DE 19801

MORGAN LEWIS & BOCKIUS LLP
(COUNSEL TO PIMCO)
ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ
ONE FEDERAL ST
BOSTON, MA 02110-1726

MORRIS JAMES LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: STEPHEN M MILLER ESQ
PO BOX 2306
WILMINGTON, DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS')
ATTN: DERK ABBOTT; ANDREW REMMING
1201 N MARKET ST STE 1600
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019

MUNGER TOLLES & OLSON LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ;
SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ
355 S GRAND AVE 35TH FL
LOS ANGELES, CA 90071

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659

NAMAN HOWELL SMITH & LEE PLLC
(COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC)
ATTN: KERRY L HALIBURTON ESQ
PO BOX 1470
WACO, TX 76703-1470

NELSON MULLINS RILEY & SCARBOROUGH LLP
(COUNSEL TO MICHELIN NORTH AMERICA INC)
ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN
1320 MAIN ST 17TH FL
PO BOX 11070 (29211)
COLUMBIA, SC 29201

NIXON PEABODY
(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)
ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ
100 SUMMER ST
BOSTON, MA 02110

O'KELLY & ERNST LLC
(COUNSEL TO FIDELITY)
ATTN: MICHAEL J JOYCE ESQ
901 N MARKET ST 10TH FL
WILMINGTON, DE 19801

O'MELVENY & MYERS LLP
(COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC)
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK, NY 10036

O'MELVENY & MYERS LLP
(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)
ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ
1625 EYE ST, NW
WASHINGTON, DC 20006

O'MELVENY & MYERS LLP
(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)
ATTN: DANIEL S SHAMAH ESQ
7 TIMES SQUARE
NEW YORK, NY 10036

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)
ATTN: HAL MORRIS & ASHLEY BARTRAM, BANKRUPTCY
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)
ATTN: HAL F MORRIS & ASHLEY BARTRAM, BANKRUPTCY
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DAVID C WEISS
PO BOX 2046
WILMINGTON, DE 19899-2046

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK ST STE 1006
NEW YORK, NY 10014

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN
919 N MARKET ST 17TH FL
WILMINGTON, DE 19801

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ
BRIAN P GUINEY ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
(COUNSEL TO TCEH FIRST LIEN)
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M AMADOR, ATTY
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO SOMERVELL COUNTY ET AL)
ATTN: ELIZABETH BANDA CALVO ESQ
500 E BORDER ST STE 640
ARLINGTON, TX 76010

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO GALENA PARK ISD)
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX 77008

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM
HOSPITAL DISTRICT & NORTH CENTRAL TEXAS
COLLEGE DISTRICT)
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX 76307

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS,
COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL)
ATTN: JOHN T BANKS ESQ
3301 NORTHLAND DR STE 505
AUSTIN, TX 78731

PERKINS COIE LLP
(COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE
UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE)
ATTN: TINA N MOSS ESQ
30 ROCKEFELLER PLAZA 22ND FL
NEW YORK, NY 10112-0015

PINCKNEY WEIDINGER URBAN & JOYCE LLC
(COUNSEL TO AUTOMATIC SYSTEMS INC)
ATTN: GREGORY T. DONILON, ESQ.
3711 KENNETT PIKE, SUITE 210
GREENVILLE, DE 19807

POLSINELLI PC
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ
SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP
(COUNSEL TO TARRANT REGIONAL WATER DISTRICT &
NORTH TEXAS MUNICIPAL WATER DISTRICT)
ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT
500 W 7TH ST STE 600
FORT WORTH, TX 76102

POTTER ANDERSON & CORROON LLP
(COUNSEL TO CITIBANK)
ATTN: JEREMY W RYAN, R. STEPHEN MCNEILL
1313 N MARKET ST 6TH FL
PO BOX 951
WILMINGTON, DE 19801

PROSKAUER ROSE LLP
(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: JEFF J MARWIL, MARK K THOMAS, PETER J YOUNG
70 W MADISON ST #3800
CHICAGO, IL 60602

PURDUE AWSUMB & BAUDLER PA
(COUNSEL TO BARR ENGINEERING CO)
ATTN: AMY R BAUDLER
4300 MARKETPOINTE DRIVE, STE 240
MINNEAPOLIS, MN 55435

QUARLES & BRADY LLP
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
ATTN: JOHN A HARRIS; JASON D CURRY
RENAISSANCE ONE
TWO N CENTRAL AVE
PHOENIX, AZ 85004-2391

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE
BANK OF NEW YORK MELLON TRUST COMPANY NA AS
INDENTURE TRUSTEES)
ATTN: KURT F GWYNNE ESQ
1201 MARKET ST STE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO THE BONY MELLON SOLELY IN ITS CAPACITY
AS TTEE UNDER ENUMERATED TRUST INDENTURE TRUSTEES)
ATTN: ROBERT P SIMONS ESQ
REED SMITH CENTRE
225 5TH AVE STE 1200
PITTSBURGH, PA 15222

REED SMITH LLP
(COUNSEL TO BANK OF NEW MELLON, PCRB TRUSTEE)
ATTN: SARAH K KAM ESQ
599 LEXINGTON AVE 22ND FL
NEW YORK, NY 10022

RICHARDS LAYTON & FINGER
(CO-COUNSEL TO EFHC DEBTORS)
ATTN: MARK D COLLINS ESQ
DANIEL J DEFRANCESCHI ESQ
JASON M MADRON ESQ
920 N KING ST
WILMINGTON, DE 19801

RIDDELL WILLIAMS P.S.
(COUNSEL TO MICROSOFT)
ATTN: JOSEPH E SHICKICH JR
1001 - 4TH AVE STE 4500
SEATTLE, WA 98154

ROPES & GRAY LLP
ATTN: MARK R SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

ROPES & GRAY LLP
(COUNSEL TO ELLIOTT)
ATTN: KEITH WOFFORD, GREGG GALARDI, D ROSS MARTIN
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

ROSS ARONSTAM & MORITZ LLP
(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)
ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS
100 S WEST ST STE 400
WILMINGTON, DE 19801

SATTERLEE STEPHENS BURKE & BURKE LLP
(COUNSEL TO MOODY'S ANALYTICS)
ATTN: CHRISTOPHER R BELMONTE ESQ AND
PAMELA A BOSSWICK ESQ
230 PARK AVE
NEW YORK, NY 10169

SAUL EWING LLP
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: MARK MINUTI ESQ
1201 N MARKET ST 23RD FL
WILMINGTON, DE 19801

SAUL EWING LLP
(COUNSEL TO JOHNSON MATTHEY)
ATTN: LUCIAN B MURLEY ESQ
1201 N MARKET ST 23RD FL
WILMINGTON, DE 19801

SCHNADER HARRISON SEGAL & LEWIS LLP
(COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE)
ATTN: RICHARD A BARKASY ESQ
824 N MARKET ST STE 800
WILMINGTON, DE 19801

SEARCY & SEARCY PC
(COUNSEL TO D COURTNEY CONSTRUCTION INC)
ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ
PO BOX 3929
LONGVIEW, TX 75606

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SEWARD & KISSEL LLP
(COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT)
ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SHEARMAN & STERLING LLP
(COUNSEL TO CITIBANK)
ATTN: FREDERIC SOSNICK ESQ, NED S SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)
ATTN: MARK S CHEHI ESQ
PO BOX 636
WILMINGTON, DE 19899-0636

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE)
ATTN: JAY M GOFFMAN ESQ
4 TIMES SQUARE
NEW YORK, NY 10036

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)
ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ
155 N WACKER DR STE 2700
CHICAGO, IL 60606-1720

SMITH KATZENSTEIN & JENKINS LLP
(COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER)
ATTN: KATHLEEN M MILLER ESQ
PO BOX 410
WILMINGTON, DE 19899

SNELL & WILMER LLP
(COUNSEL TO HEADWATERS RESOURCES INC)
ATTN: DAVID E LETA ESQ
15 W SOUTH TEMPLE STE 1200
SALT LAKE CITY, UT 84101-1547

SQUIRE SANDERS (US) LLP
(COUNSEL TO ARCELORMITTLA USA LLC)
ATTN: STEPHEN D. LERNER & ANDREW M. SIMON
221 E FOURTH ST STE 2900
CINCINNATI, OH 45202

STEFFES VINGIELLO & MCKENZIE LLC
(COUNSEL TO SETPOINT INTEGRATED SOLUTIONS)
ATTN: NOEL STEFFES MELANCON ESQ
13702 COURSEY BLVD BLDG 3
BATON ROUGE, LA 70817

STEVENS & LEE PC
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC/EFIH)
ATTN: JOSEPH H HUSTON JR ESQ
1105 N MARKET ST STE 700
WILMINGTON, DE 19801

STREUSAND LANDON & OZBURN LLP
(COUNSEL TO ALLEN SHRODE)
ATTN: SABRINA L. STREUSAND
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704

SULLIVAN & CROMWELL LLP
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN
MICHAEL H TORKIN ESQS
125 BROAD ST
NEW YORK, NY 10004

SULLIVAN HAZELTINE ALLINSON LLC
(COUNSEL TO HENRY PRATT COMPANY LLC)
ATTN: ELIHU E. ALLINSON, III
901 N MARKET ST STE 1300
WILMINGTON, DE 19801

TAYLOR ENGLISH DUMA LLP
(COUNSEL TO HENRY PRATT COMPANY LLC)
ATTN: STEPHEN C GREENBERG ESQ
1600 PARKWOOD CIR STE 400
ATLANTA, GA 30339

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: RAFAEL MARTINEZ,VP - CSM
601 TRAVIS ST 16TH FL
HOUSTON, TX 77002

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: THOMAS VLAHAKIS,VP
385 RIFLE CAMP RD 3RD FL
WOODLAND PARK, NJ 07424

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: DENNIS ROEMLEIN
601 TRAVIS, 16TH FL
HOUSTON, TX 77002

THE ROSNER LAW GROUP LLC
(COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP)
ATTN: FEDERICK B ROSNER ESQ
824 MARKET ST STE 810
WILMINGTON, DE 19801

THE RUCKDESCHEL LAW FIRM LLC
(COUNSEL TO DAVID HEINZMANN)
ATTN: JONATHAN RUCKDESCHEL ESQ
8357 MAIN ST
ELLICOTT CITY, MD 21043

THE UNIVERSITY OF TEXAS SYSTEM
ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON
OFFICE OF GENERAL COUNSEL
ATTN: TRACI L COTTON ESQ
201 W SEVENTH ST
AUSTIN, TX 78701

THOMPSON COBURN LLP
(COUNSEL TO MARTIN ENGINEERING COMPANY)
ATTN: DAVID D. FARRELL
ONE US BANK PLAZA, STE 3200
SAINT LOUIS, MO 63101

TRAVIS COUNTY
ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY
PO BOX 1748
AUSTIN, TX 78767

TROUTMAN SANDERS LLP
(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG,
IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS
ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN
875 THIRD AVE
NEW YORK, NY 10022

TUCKER ARENSBERG, PC
(COUNSEL TO THERMO FISHER)
ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TW TELECOM INC (LEVEL 3 COMMUNICATIONS)
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR #400
LONE TREE, CO 80124

UMB BANK N.A.
ATTN: LAURA ROBERSON, VP
2 S BROADWAY STE 600
ST. LOUIS, MO 63102

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179

UNITED STATES DEPARTMENT OF JUSTICE
(ON BEHALF OF UNITED STATES OF AMERICA, DEPT OF
AGRICULTURE, RURAL UTILITIES SERVICE)
ATTN: MATTHEW J TROY CIVIL DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
FEDERAL COMMUNICATIONS COMMISSION
ATTN: MATTHEW J TROY, CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
ENVIRONMENTAL ENFORCEMENT SECTION, ENRD
ATTN: BRANDON ROBERS, TRIAL ATTYS
P.O. BOX 7611
WASHINGTON, DC 20044-7611

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE U.S. ON BEHALF OF THE
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY)
ENVIRONMENTAL ENFORCEMENT SECTION, ENRD
ATTN: DANIEL S. SMITH, SR COUNSEL
PO BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

VARNUM LLP
(COUNSEL TO APPLABS)
ATTN: MARY KAY SHAVER ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS, MI 49501-0352

VEDDER PRICE PC
(COUNSEL TO FIRST UNION RAIL CORPORATION)
ATTN: MICHAEL L SCHEIN ESQ
1633 BROADWAY 31ST FL
NEW YORK, NY 10019

VENABLE LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC)
ATTN: JEFFREY S. SABIN ESQ
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

VENABLE LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC)
ATTN: JAMIE L. EDMONSON
1201 NORTH MARKET STREET
WILMINGTON, DE 19801

WACHTELL LIPTON ROSEN & KATZ
(COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS')
ATTN: RICHARD MASON; EMIL KLEINHAUS
51 W 52ND ST
NEW YORK, NY 10019

WEINSTEIN RADCLIFF LLP
(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC)
ATTN: GREGORY M WEINSTEIN ESQ
8350 N CENTRAL EXPY STE 1500
DALLAS, TX 75206

WERB & SULLIVAN
(COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY)
ATTN: DUANE D WERB ESQ
PO BOX 25046
WILMINGTON, DE 19899

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS; AND LAW DEBENTURE)
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS; AND LAW DEBENTURE)
ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN ESQ
200 S BISCAYNE BLVD STE 4900
MIAMI, FL 33131

WHITEFORD TAYLOR & PRESTON LLC
(COUNSEL TO SIMEIO AND BORAL)
ATTN: L KATHERINE GOOD ESQ
THE RENAISSANCE CENTRE
405 N KING ST STE 500
WILMINGTON, DE 19801

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO CSC TRUST COMPANY OF DELAWARE)
ATTN: P. ANKER, C. PLATT & G. SHUSTER
250 GREENWICH ST 45TH FL
NEW YORK, NY 10007

WILMINGTON SAVINGS FUND SOCIETY
ATTN: PATRICK J HEALY
500 DELAWARE AVENUE
WILMINGTON, DE 19801

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE
50 S SIXTH ST STE 1290
MINNEAPOLIS, MN 55402

WINSTON & STRAWN LLP
(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)
ATTN: DAVID NEIER, ESQ.
200 PARK AVE
NEW YORK, NY 10166

WOMAC LAW
(COUNSEL TO 2603 AUGUST INVESTORS LP)
ATTN: BRIAN D WOMAC ESQ
8301 KATY FWY
HOUSTON, TX 77024

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO CENTERPOINT)
ATTN: MARK L DESGROSSEILLIERS
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT)
ATTN: MARK L DESGROSSEILLIERS ESQ
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)
ATTN: KEVIN J MANGAN ESQS
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO ALLTITE)
ATTN: KEVIN J MANGAN ESQ
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
1000 N KING ST
WILMINGTON, DE 19801