IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Thomas M. Buchanan, Esquire of Winston & Strawn LLP to represent NextEra Energy, Inc. in the above captioned cases.

Dated: July 31, 2017
Wilmington, Delaware

LANDIS RATH & COBB LLP

Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the Bar of the States of Maryland and Virginia and the Bar of the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 31, 2017

Thomas M. Buchanan
**WINSTON & STRAWN LLP**
1700 K Street NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tbuchana@winston.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's mo[tion is] granted.

**Dated: August 1st, 2017**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**