# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 1st day of August 2017, Berkshire Hathaway Energy Company ("**BHE**"), by and through its undersigned counsel, caused a copy of (i) *Berkshire Hathaway Energy Company's Responses and Objections to the Elliott Funds' First Request for Production of Documents Concerning Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee to Berkshire Hathaway Energy Company* to be served on the following parties in the manner indicated:

*Via* **Electronic Mail and Hand Delivery**

Scott D. Cousins, Esquire
Erin R. Fay, Esquire
Evan T. Miller, Esquire
*Bayard, P.A.*
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Email:  scousins@bayardlaw.com
           efay@bayardlaw.com
           emiller@bayardlaw.com

*Via* **Electronic and First Class Mail**

Keith H. Wofford, Esquire
Gregg M. Galardi, Esquire
*Ropes & Gray LLP*
1211 Avenue of the Americas
New York, NY 10036-8704
Email:  keith.wofford@ropesgray.com
           gregg.galardi@ropesgray.com

*Via* **Electronic and First Class Mail**
Andrew G. Devore, Esquire
Matthew L. McGinnis, Esquire
Gregory L. Demers
*Ropes & Gray LLP*
Prudential Tower
800 Boylston Street
Boston, MA 02199
Email:   andrew.devore@ropesgray.com
            matthew.mcginnis@ropesgray.com
            gregory.demers@ropesgray.com

| | |
|---|---|
| Dated: August 1, 2017<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Facsimile:    (302) 295-0199<br>Email:    chipman@chipmanbrown.com<br>    olivere@chipmanbrown.com<br><br>—and—<br><br>Jeffrey C. Krause (Admitted *pro hac vice*)<br>Michael S. Neumeister (Admitted *pro hac vice*)<br>Daniel B. Denny (Admitted *pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Telephone:    (213) 229-7000<br>Facsimile:    (213) 229-7520<br>Email:    SSletten@gibsondunn.com<br>Email:    jkrause@gibsondunn.com<br>Email:    mneumeister@gibsondunn.com<br>Email:    ddenny@gibsondunn.com<br><br>*Counsel for Berkshire Hathaway Energy Company* |