## EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

> **Combined - EFH & EFIH**
> **Summary of Time Detail by Task**
> **May 1, 2017 through May 31, 2017**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Claims | 11.0 | $4,905.00 |
| Fee Applications | 2.9 | $1,062.50 |
| UST Reporting Requirements | 6.3 | $3,622.50 |
| *Total* | **20.2** | **$9,590.00** |

*Exhibit A*

**EFH**
*Summary of Time Detail by Task*
*May 1, 2017 through May 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Claims | 8.05 | $3,667.50 |
| Fee Applications | 1.45 | $531.25 |
| UST Reporting Requirements | 3.15 | $1,811.25 |
| **Total** | **12.65** | **$6,010.00** |

*Exhibit A*

**EFIH**
*Summary of Time Detail by Task*
*May 1, 2017 through May 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Claims | 2.95 | $1,237.50 |
| Fee Applications | 1.45 | $531.25 |
| UST Reporting Requirements | 3.15 | $1,811.25 |
| **Total** | **7.55** | **$3,580.00** |