## EXHIBIT B

### Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - EFH & EFIH
### Summary of Time Detail by Professional
### May 1, 2017 through May 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $650.00 | 2.2 | $1,430.00 |
| Kevin Sullivan | Director | $575.00 | 6.3 | $3,622.50 |
| Rich Carter | Consultant | $475.00 | 0.9 | $427.50 |
| Michael Williams | Consultant | $400.00 | 8.7 | $3,480.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 2.1 | $630.00 |
| | | **Total** | **20.2** | **$9,590.00** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### May 1, 2017 through May 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $650.00 | 1.85 | $1,202.50 |
| Kevin Sullivan | Director | $575.00 | 3.15 | $1,811.25 |
| Rich Carter | Consultant | $475.00 | 0.55 | $261.25 |
| Michael Williams | Consultant | $400.00 | 6.05 | $2,420.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.05 | $315.00 |
| | | *Total* | **12.65** | **$6,010.00** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### May 1, 2017 through May 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $650.00 | 0.35 | $227.50 |
| Kevin Sullivan | Director | $575.00 | 3.15 | $1,811.25 |
| Rich Carter | Consultant | $475.00 | 0.35 | $166.25 |
| Michael Williams | Consultant | $400.00 | 2.65 | $1,060.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.05 | $315.00 |
| | | **Total** | **7.55** | **$3,580.00** |