# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

No expenses from May 1, 2017 through May 31, 2017