# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE

DEBTOR: ENERGY FUTURE HOLDINGS., ET AL.,         Chapter 11

      Case Nos. 14-10979

EQUITY HOLDER., Kenneth R Stewart aka KENNETH S STEWART prose

BAP DI#5438 MY LAST4 SS#5438

## OBJECTION TO THE SALE OF ESTATE ASSETS MATERIAL DEFAULT

    Due to Debtor Concealment and misrepresentation 861 *F.2d 1012  12 Fed R. Serv. 3d 832, 18 Bankr.Ct Dec. 1045, Bankr.L Rep P 72511. Ritz v. Husky International Electronics, Inc.(15-145) 5th circuit southern district of Texas Houston Division*

1. Whereas, Creditor Filed a Claim in this court to be a creditor, under extra ordinary circumstances and has PROPERTIES owed by the debtor from past present and future revenues purported to be worth multi-millions to me as provided in the evidence.

2. Whereas, Debtor has concealed ownership to conspire conspiracy on the highest level. Vanguard and subsidiaries are owned by the creditor. According to *Judge Daniel T Olstan*, Fraud is a generic term that encompasses the multifarious and often ingenious means by which one individual can gain an advantage over another through deliberate false suggestions, concealment, or misrepresentations of the truth.

    A. Fraudulent acts include the submitting of false claims, tampering with scales and measures, bookkeeping, tax evasion, and intentionally lying in contractual negotiations. In ethical terms, fraud combines deliberate falsehoods with a conscious willing to prey on the trusting nature and reliance needs of others, hence carries strong moral disapprobation.

    B. In law fraud constitutes a defense to a breach of contract action, an affirmative cause of action in a tort, and a crime.

EXHIBIT:

NOTICE OF DEFAULT THAT HAS BEEN MAILED TO THE TRUSTEES. I WILL EXTEND THE NOTES AFTER THE RETURN AND CONTROL OF ASSETS... DALLAS COUNTY HAS BEEN PUT ON NOTICE. VOLUME 68046 PAGE 0014 THE WHOLE MAP.

_PRO SE/OWNER_____  8-1-17

Notice of ~~Default~~ *K.S.*
*Revocation of power Attorney & Default*

Beneficiary Demand on Enforceable "Trigger Event", a "Material Default",

Pursuant to Intercreditor Agreement filed in Dallas, County on 15th Day of May, 2003 but effective on the 19th of May 2003 by c/o MARCONI COMMUNICATIONS, INC., DELAWARE CORPORATION ("Trustor"), A/K/A Kenneth S. Stewart having an Address 2028 Sandy Lane Rd. Irving, Texas 75061.

Making all correspondence in Regards to this filing be Certified Mail via United States Postal service Address 2028 Sandy Lane Rd. Irving, Texas 75060. Now and Until further notice of the beneficiary assumes the management of real property Including the leases and oil and gas royalties (including all deposits of money as Advance rent for security or earnest money or as down payment for the purchase Of all or any part of the real property right or the personal property) to contracts, Agreements. Demand Trustor to giving and granting unto beneficiary and solely Beneficiary full Power coupled with an interest and authority to do and perform All and every act and thing whatsoever requisite and necessary to be done in the Protection of the security Interest. Michael F. Hord and his successors EXHIBIT A Law Debenture Trust Company of New York of Senior Notes Trustee; JPMorgan Chase Bank as Junior Note Trustee; HSBC Bank Plc. As New Bonding Facility Agent; The Bank of New York as Depositary, Paying Agent and Registrar, Intra Group

*[Screenshot of a mobile phone display, timestamped 8:30 PM, showing search result hits:]*

View more hits

3. PRINCIPAL VARIABLE CONTRACTS FUNDS INC
   8/31/2004
   Other file formats

   ...LEISURE) Paddy Power (frmrly. POWER IE0002588105 00:00.0 M Reelect **Stewart Kenny** as Director For Yes For LEISURE) Paddy Power...

   ...**TXU TXU** Corp. 5/21/2004 1.6 887317105 TWX Time Warner Inc 5/21/2004 1.6 19589308 AW Allied Waste Industries, Inc. 5/21/2004 1.7 37389103 AOC Aon Corp. 5/21/2004 1.7 302571104 FPL FPL Group, Inc. 5/21/2004 1.7 873168108 **TXU TXU**...

   ...**TXU TXU** Corp. 5/21/2004 1.4 887317105 TWX Time Warner Inc 5/21/2004 1.4 19589308 AW Allied Waste Industries, Inc. 5/21/2004 1.5 37389103 AOC Aon Corp. 5/21/2004 1.5 302571104 FPL FPL Group, Inc. 5/21/2004 1.5 577778103 MAY The May Department Stores Co. 5/21/2004 1.5 873168108 **TXU TXU**...

View more hits

4. SCHWAB CAPITAL TRUST
   8/27/2004
   Other file formats

   ...Corcoran as Director For For Management 4b Reelect **Stewart Kenny** as Director For For Management 4c Reelect David...

   TXU CORP. Ticker: **TXU** Security ID: 873168108...

   TXU CORP. Ticker: **TXU** Security ID: 873168108...

View more hits

5. TIAA CREF FUNDS
   8/25/2007
   Other file formats

   ...0.2277 per For For Management Share 3a Elect **Stewart Kenny** as a Director For For Management 3b Elect Nigel Northridge...

8-1-17

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**PROOF OF CLAIM**

Case 14-10979-CSS Doc 11664

| Name of Debtor: TXU & Oncor | Case Number: 5384 14-10979 / OI 5438 |
|---|---|

COURT USE ONLY

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:
PO Box 1
Irving, TX 75015

Telephone number: 817-751-3281
Email: Kenwelltest7210 outlook.com

☐ Check this box if this claim amends a previously filed claim.
Court Claim Number: _____ (If known)
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):
SAME
Telephone number:        Email:

COURT USE ONLY

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

1. Amount of Claim as of Date Case Filed: $ 4.5 Billion
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

2. Basis for Claim: Senior nuts that where due to Edison
   (See instruction #2)

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

3. Last four digits of any number by which creditor identifies debtor: ___ ___ ___ ___
   3a. Debtor may have scheduled account as: Bonds BNY
   (See instruction #3a)

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

4. **Secured Claim** (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   Nature of property or right of setoff:
   ☑ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: TXU & Oncor
   Value of Property: $ Not for sale
   Annual Interest Rate ___% ☐ Fixed or ☐ Variable
   (when case was filed)

   Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
   $ _____
   Basis for perfection: _____
   Amount of Secured Claim: $ _____
   Amount Unsecured: $ _____

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ I serve my assets.

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____ (See instruction #6)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature:** (See instruction #9) Check the appropriate box:
   ☐ I am the creditor.   ☐ I am the creditor's authorized agent.   ☑ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☑ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
   (Attached a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Kenneth B Stewart
Title: Beneficiary
Company: TXU & Oncor
(Signature)
12-14-2015
(Date)

Address, telephone number, and email (if different from notice address above):
2028 Sandy L
Irving, TX 75060
Telephone number: _____
Email: Kenneth Stewart @ gotchaclawback.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.