IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE §
§  SS:
NEW CASTLE COUNTY §

Larry Morton, being duly sworn according to law, deposes and says that he is employed by Bayard, P.A., co-counsel for Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership, in the above-captioned cases and that on the 2nd day of August, 2017, Bayard, P.A. caused copies of **The Elliott Funds' Preliminary Objection to the Application of NextEra Energy, Inc. for Payment of Administrative Claim [D.I. 11666]** to be served upon the parties listed on Exhibit A via electronic mail and on the 3rd day of August, 2017, copies to be served hand delivery on local parties and first class mail on the remaining parties:

Larry Morton

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: August 3, 2017

Notary Public

{BAY:03094520v1}

# Exhibit A

**VIA HAND DELIVERY AND EMAIL:**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com
　　　　defranceschi@rlf.com
　　　　madron@rlf.com

Matthew B. McGuire, Esq.
Joseph D. Wright, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Email: mcguire@lrclaw.com
　　　　wright@lrclaw.com

Richard L. Schepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

**VIA FIRST CLASS MAIL AND EMAIL:**

Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexing Avenue
New York, NY 10022
Email: edward.sassower@kirkland.com
　　　　stephen.hessler@kirkland.com
　　　　brain.schartz@kirkland.com

{BAY:03094520v1}

James H.M. Sprayregen, Esq.
Marc Kieselstein, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email: james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Howard Seife, Esq.
Robin Ball, Esq.
Andrew Rosenblatt, Esq.
Eric Daucher, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
Email: howard.seife@nortonrosefulbright.com
       robin.ball@nortonrosefulbright.com
       andrew.rosenblatt@nortonrosefulbright.com
       eric.daucher@nortonrosefulbright.com

Mark E. McKane, Esq.
Anna Terteryan, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: mark.mckane@kirkland.com
       anna.terteryan@kirkland.com

Jonathan F. Ganter
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Email: jonathan.ganter@kirkland.com