**<u>Exhibit C</u>**
**June 29, 2017 Anderson Memorandum**



Control Number: 46238



Item Number: 556

Addendum StartPage: 0

RECEIVED

2017 JUN 29 AM 8:46

PUBLIC UTILITY COMMISSION
FILING CLERK

# OPEN MEETING COVER SHEET

**MEETING DATE:**        **June 29, 2017**

**DATE DELIVERED:**      June 29, 2017

**AGENDA ITEM NO.:**      20

**CAPTION:**                  Docket No. 46238 - Joint Report and
Application of Oncor Electric
Delivery Company, LLC and Nextera
Energy, Inc. for Regulatory Approvals
Pursuant to PURA §§ 14.101, 39.262
and 39.915

**ACTION REQUESTED:**    Memo from Commissioner Anderson

Distribution List:
  Commissioners' Office (7)
  Lloyd, Brian
  Central Records
  Journeay, Stephen

5.56

## Public Utility Commission of Texas

# Memorandum

**TO:**      Commissioner Brandy Marty Marquez

**FROM:**   Commissioner Kenneth W. Anderson, Jr.

**DATE:**    June 29, 2017

**RE:**      **Open Meeting of June 29, 2017 – Agenda Item No. 20; Docket No. 46238 –**
*Joint Report and Application of Oncor Electric Delivery Company, LLC and
Nextera Energy, Inc. for Regulatory Approvals Pursuant to PURA §§ 14.101,
39.262 and 29.915*

---

Having reviewed their Second Motion for Rehearing, filed June 27, 2017, 14
minutes before the filing deadline, I remain unpersuaded by their regurgitation of
essentially the same arguments. I would note also, that all most every intervenor in this
case urged the Commission to deny their application and supported the Commission's
original decision.

Accordingly, I will move to deny the most recent motion for rehearing at this open
meeting because it raises no new issue not considered previously. It is time to bring this
chapter in the EFH bankruptcy to a close and consider other options more suitable to Oncor
and its ratepayers as well as ERCOT and its market participants.

I look forward to discussing this matter with you at the open meeting.