**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Chapter 11 Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | |
| | ) | |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP. | ) | Adversary Proceeding |
| - and - | ) | No. 17-50942 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ) ) | |
| | ) | |
| *Plaintiffs.* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTERA ENERGY, INC., | ) | |
| | ) | |
| *Defendant.* | ) | **Related to D.I. 2** |
| | ) | |

**ORDER CONSOLIDATING THE TERMINATION FEE**
**PROCEEDINGS AND SETTING A RULE 7016 SCHEDULING CONFERENCE**

Upon the motion (the "Motion")[2] of Plaintiffs for entry of an order (a) consolidating the

Adversary Proceeding with the Elliott Motion and NextEra Application, (b) adjourning the

Elliott Motion and NextEra Application from the September 19, 2017 omnibus hearing, and (c)

setting a pretrial scheduling conference on the consolidated proceedings; and the Court having

found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to

28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United*

*States District Court for the District of Delaware*, dated February 29, 2012; and the Court having

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue is proper pursuant to 28 U.S.C. § 1409; and the Court having found that notice of the Motion was adequate and appropriate under the particular circumstances; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1.      The Motion is granted to the extent provided herein.

2.      The Adversary Proceeding, Elliott Motion, and NextEra Application are consolidated for all purposes.

3.      The hearing on the Elliott Motion and NextEra Application are adjourned from September 19, 2017 to a date or dates that will be set as part of a scheduling order covering the consolidated Adversary Proceeding, Elliott Motion, and NextEra Application.

4.      A pretrial scheduling conference under Rule 7016 on the consolidated proceedings shall be held before this Court on [_____], 2017, at [_____] [_].m. (prevailing Eastern Time).

5.      The parties will hold a Rule 7026 conference at least one week before the date of the Rule 7016 pretrial scheduling conference and will submit their joint Rule 7026(f)(3) discovery plan three days before the date of the conference.  Any briefing supporting a party's position regarding the discovery plan and proposed schedule should be submitted three days

before the date of the conference and is limited to 10 pages.  No responses or replies will be

permitted without leave of Court.

6.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(a), 6004(h),

7062, 9014, or otherwise, the terms and conditions of this Order shall be effective and

enforceable immediately upon entry.

7.      The Court shall retain jurisdiction over any matter or disputes arising from or

relating to the interpretation, implementation or enforcement of this Order.

8.      Notice of the Motion as provided therein is good and sufficient and the

requirements of the Local Rules are satisfied by such notice.


Date: _____, 2017
Wilmington, Delaware

                                          
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge