## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Chapter 11 |
| *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | |
| | ) | |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP. | ) | Adversary Proceeding |
| - and - | ) | No. 17-17-550942 (CSS) |
| ENERGY FUTURE INTERMEDIATE | ) | |
| HOLDING COMPANY LLC | ) | |
| | ) | |
| *Plaintiffs.* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTERA ENERGY, INC., | ) | |
| | ) | |
| *Defendant.* | ) | **Related to D.I. 3** |
| | ) | |

**ORDER SHORTENING NOTICE AND SETTING**
**RESPONSE DEADLINE FOR PLAINTIFFS ENERGY FUTURE HOLDINGS**
**CORP. AND ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC'S**
**MOTION TO CONSOLIDATE AND SET A RULE 7016 SCHEDULING CONFERENCE**

Upon the motion (the "Motion to Shorten") of Plaintiffs for entry of an order (this "Order"), pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006, and Local Rules 2002-1 9006-1: (a) shortening notice with respect to the Consolidation and Scheduling Motion, (b) setting the deadline to respond to the Consolidation and Scheduling Motion for August 7, 2017, and (c) setting the Consolidation and Scheduling Motion matter for hearing on August 9, 2017, at 10:00 a.m. Eastern Time; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the Motion to Shorten is proper in this district pursuant to 28 U.S.C. § 1409; and the Court having reviewed the Motion to Shorten; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted as set forth herein.

2. The deadline to respond to the Consolidation and Scheduling Motion shall be August 7, 2017.

3. The Consolidation and Scheduling Motion shall be heard on August 9, 2017 at 10:00 a.m. (prevailing Eastern Time).

4. Plaintiffs shall serve a copy of this Order promptly and directly by email or hand delivery upon all parties listed in the Motion to Shorten and upon all other parties who have requested notice in these cases through the Court's CM/ECF System.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the entry, interpretation or implementation of this Order.

Dated: August ____, 2017
       Wilmington, Delaware

                                                  _____
                                                  THE HONORABLE CHRISTOPHER S. SONTCHI
                                                  UNITED STATES BANKRUPTCY JUDGE