**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| *Debtors*.[1] | ) |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 3, 2017, Elliott Associates, L.P., Elliott International L.P., and The Liverpool Limited Partnership, by and through their counsel caused a copy of (i) *The Elliott Funds' Responses and Objections to Debtors' Amended Request for Interrogatories Concerning Motion of the EFH/EFIH Debtors for Order Authorizing Entry Into Merger Agreement and Approving Termination Fee to the EFH/EFIH Debtors* and (ii) *The Elliott Funds' Responses and Objections to Debtors' Amended Document Requests Concerning Motion of the EFH/EFIH Debtors for Order Authorizing Entry Into Merger Agreement and Approving Termination Fee to the EFH/EFIH Debtors)* to be served on the following parties in the manner indicated:

**VIA EMAIL**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com
  defranceschi@rlf.com
  madron@rlf.com

**VIA EMAIL**

Mark McKane
Anna Terteryan
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: mark.mckane@kirkland.com
  anna.terteryan@kirkland.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03095117v1}

| | |
|---|---|
| James H.M. Sprayregen, Esq.<br>Marc Kieselstein, Esq.<br>Chad J. Husnick, Esq.<br>Steven N. Serajeddini, Esq.<br>300 North LaSalle<br>Chicago, IL 60654<br>Email: james.sprayregen@kirkland.com<br>       marc.kieselstein@kirkland.com<br>       chad.husnick@kirkland.com<br>       steven.serajeddini@kirkland.com | Edward O. Sassower, Esq.<br>Stephen E. Hessler, Esq.<br>Brian E. Schartz, Esq.<br>McClain Thompson<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: edward.sassower@kirkland.com<br>       stephen.hessler@kirkland.com<br>       brain.schartz@kirkland.com<br>       mcclain.thompson@kirkland.com |
| Dated: August 3, 2017<br>       Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Phone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: scousins@bayardlaw.com<br>       efay@bayardlaw.com<br>       emiller@bayardlaw.com<br><br>-and- |
| ROPES & GRAY LLP<br>Andrew G. Devore<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br>Email: Andrew.Devore@ropesgray.com | ROPES & GRAY LLP<br>Keith H. Wofford<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email: Keith.Wofford@ropesgray.com<br>       Gregg.Galardi@ropesgray.com<br><br>*Counsel to Elliott Associates, L.P.,*<br>*Elliott International, L.P. and The Liverpool*<br>*Limited Partnership* |