IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>            *Debtors*.[1] | )<br>)<br>)  Chapter 11<br>)<br>)  Case No. 14-10979 (CSS)<br>)<br>)  (Jointly Administered)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, in accordance with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11628] (the "Plan Scheduling Order") the below-listed discovery documents were served on August 3, 2017 via electronic mail upon the Participating Parties at the email address set up by the Debtors for purposes of discovery in these cases, EFH_DS_Discovery_Service_List@kirkland.com:

1. *The Elliott Funds' First Request for Production of Documents Concerning the Joint Plan of Reorganization of EFH, EFIH, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*

2. *The Elliott Funds' First Request for Interrogatories Concerning the Joint Plan of Reorganization of EFH, EFIH, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.
{BAY:03095142v1}

Dated: August 3, 2017
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Phone: (302) 655-5000
Facsimile: (302) 658-6395
Email: scousins@bayardlaw.com
      efay@bayardlaw.com
      emiller@bayardlaw.com

-and-

ROPES & GRAY LLP
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: Andrew.Devore@ropesgray.com

ROPES & GRAY LLP
Keith H. Wofford
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Keith.Wofford@ropesgray.com
      Gregg.Galardi@ropesgray.com

*Counsel to Elliott Associates, L.P.,
Elliott International, L.P. and The Liverpool
Limited Partnership*