**NORTON ROSE FULBRIGHT**

August 4, 2017

**VIA ECF AND HAND DELIVERY**

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
United States

The Honorable Christopher S. Sontchi
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Direct line +1 213 892 9366
robin.ball@nortonrosefulbright.com

Tel +1 212 408 5100
Fax +1 212 541 5369
nortonrosefulbright.com

Re:   *Energy Future Holdings Corp., et al.*, Case No. 14-10979:
      Debtors' Motion for Order Shortening Notice and Setting Response Deadline

Dear Judge Sontchi:

   We write on behalf of NextEra Energy, Inc. ("NextEra") in connection with the Debtors' Motion to Consolidate and Set a Rule 7016 Scheduling Conference, filed yesterday, for which they have requested shortened notice, with oppositions to be filed Monday, August 7, 2017.

   Yesterday, counsel for the Debtors requested that NextEra agree to discuss at the omnibus hearing scheduled for August 9, 2017, scheduling for Elliott's motion, NextEra's application, and Debtors' to-be-filed adversary action regard the Termination Fee owed to NextEra. NextEra agreed that scheduling could be addressed and considered at that hearing.

   However, NextEra was not asked to agree, and did not agree, that there should be shortened notice on Debtors' motion to consolidate, which we have now received and are reviewing. NextEra does not believe that it is necessary to resolve the motion to consolidate in order to fruitfully discuss scheduling, which, as we understand it from our conversations with Debtors' counsel, is their principal concern.

Very truly yours,


*/s/ Robin Ball*
Robin Ball


cc: Winston & Strawn LLP (attn.: Dan K. Webb, Thomas J. Buchanan, David Neier)

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.    CPAM: 12726294.1

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.