**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Related D.I. No. 11628 |

**NOTICE OF INTENT OF DELAWARE TRUST COMPANY, AS INDENTURE TRUSTEE, TO PARTICIPATE IN EFH/EFIH DISCLOSURE STATEMENT PROCEEDINGS AND EFH/EFIH CONFIRMATION PROCEEDINGS**

In accordance with the Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (D.I. 11628) (the "**EFH/EFIH Confirmation Scheduling Order**"), Delaware Trust Company, solely in its capacity as successor indenture trustee (the "**Trustee**") under the Indenture dated April 19, 2011 (as amended, modified and supplemented, the "**Indenture**"), among Texas Competitive Electric Holdings Company LLC ("**TCEH**") and TCEH Finance, Inc. (together with TCEH, the "**Issuer**"), The Bank of New York Mellon Trust Company, N.A., as Initial Trustee, Energy Future Competitive Holdings Company LLC, as parent guarantor, certain of TCEH's subsidiaries as subsidiary guarantors, pursuant to which Issuer issued its 11.5% Senior Secured Notes due 2020, hereby provides notice of intent to participate in the Statement Proceedings and the Confirmation Proceedings (as defined in the EFH/EFIH Confirmation Scheduling Order).

1. The address of the Trustee is:

   Delaware Trust Company
   Attn: Joseph McFadden
   251 Little Falls Drive
   Wilmington, DE 19808-1674

2. The Trustee's claims against the Debtors are set forth in proof of claim number 7666 filed by the Trustee, and proof of claim number 7488 filed by Wilmington Trust, National Association, in its capacity as successor collateral agent, filed on behalf of the collateral agent and on behalf of the Trustee pursuant to the Indenture. In addition, the Trustee is the Plaintiff in adversary proceeding no. 15-51239 (CSS), which matter is now pending on appeal before the U.S. District Court for the District of Delaware.

3. The names and addresses of counsel to the Trustee are:

   **Bayard, P.A.**
   Neil B. Glassman
   GianClaudio Finizio
   222 Delaware Avenue Suite 900
   Wilmington, DE 19801

   **Kobre & Kim LLP**
   Michael S. Kim
   Jeremy C. Hollembeak
   Benjamin J.A. Sauter
   Andrew D. Wang
   800 Third Avenue
   New York, NY 10022

   **Perkins Coie LLP**
   Tina N. Moss
   30 Rockefeller Plaza, 22nd Floor
   New York, NY 10112

| | |
|---|---|
| Dated: August 4, 2017<br>Wilmington, Delaware | **BAYARD, P.A.**<br><br>*/s/ GianClaudio Finizio*<br>Neil B. Glassman (No. 2087)<br>GianClaudio Finizio (No. 4253)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br><br>-and-<br><br>**KOBRE & KIM LLP**<br>Michael S. Kim<br>Jeremy C. Hollembeak<br>Benjamin J.A. Sauter<br>Andrew D. Wang<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200<br><br>-and-<br><br>**PERKINS COIE LLP**<br>Tina N. Moss<br>30 Rockefeller Plaza, 22nd Floor<br>New York, NY 10112<br>Telephone: (212) 262-6900<br><br>*Attorneys for Delaware Trust Company, as TCEH First Lien Indenture Trustee* |