## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| ENERGY FUTURE ) | Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 4, 2017, counsel to Sunrise Partners Limited Partnership caused a copy of the (i) *Sunrise Partners Limited Partnership's Responses and Objections to Debtors' First Interrogatories in Connection with the Debtors' Motion to Approve the Merger Agreement* and (ii) *Sunrise Partners Limited Partnership's Responses and Objections to Debtors' First Requests for Production in Connection with the Debtors' Motion to Approve the Merger Agreement* to be served upon the following parties in the manner indicated as follows:

| **Via Electronic Mail** | **Via Electronic Mail** |
|---|---|
| Mark D. Collins, Esq. | James H.M. Sprayregen, Esq. |
| Daniel J. DeFranceschi, Esq. | Marc Kieselstein, Esq. |
| Jason M. Madron, Esq. | Chad J. Husnick, Esq. |
| Richards, Layton & Finger, P.A. | Steven N. Serajeddini, Esq. |
| 920 North King Street | Andrew R. McGaan, P.C. |
| Wilmington, DE 19801 | 300 North LaSalle Chicago, IL 60654 |
| Email: collins@rlf.com | Email: james.sprayregen@kirkland.com |
| defranceschi@rlf.com | marc.kieselstein@kirkland.com |
| madron@rlf.com | chad.husnick@kirkland.com |
| | steven.serajeddini@kirkland.com |
| | amcgaan@kirkland.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Via Electronic Mail**
Mark McKane, P.C.
Anna Terteryan, Esq.
Michael P. Esser, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: mark.mckane@kirkland.com
        anna.terteryan@kirkland.com

**Via Electronic Mail**
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Email: edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com
        aparna.yenamandra@kirkland.com

**Via Electronic Mail**
Bryan Stephany, Esq.
Jonathan F. Ganter, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
Email: bryan.stephany@kirkland.com

Wilmington, Delaware
Date: August 4, 2017

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Evan W. Rassman (DE 6111)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile:  (302) 425-5814
Email:  mbusenkell@gsbblaw.com
       erassman@gsbblaw.com

-AND-

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Scott Talmadge, Esq.
Abbey Walsh, Esq.
Steven Fruchter, Esq.
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone:  (212) 277-4000
Facsimile:   (212) 277-4001
Email: scott.talmadge@freshfields.com
  abbey.walsh@freshfields.com
  steven.fruchter@freshfields.com

*Counsel to Sunrise Partners Limited Partnership*