IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Chapter 11 |
| *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | |
| | ) | |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP. | ) | Adversary Proceeding |
| - and - | ) | No. 17-50942 (CSS) |
| ENERGY FUTURE INTERMEDIATE | ) | |
| HOLDING COMPANY, LLC | ) | |
| | ) | |
| *Plaintiffs.* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTERA ENERGY, INC. | ) | **Re: Docket No. 11670, 11673 & 11676; Adv.** |
| | ) | **Docket No. 3** |
| *Defendant.* | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING
ORDER SHORTENING NOTICE ON MOTION TO CONSOLIDATE**

The undersigned hereby certifies as follows:

1.    On August 3, 2017, Plaintiffs[2] filed *Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set A Rule 7016 Scheduling Conference* [D.I. 11669] (the "Consolidation and Scheduling Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not defined herein shall have the meanings set forth in the *Motion For Order Shortening Notice and Setting Response Deadline for Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLCs Motion to Consolidate and Set a Rule 7016 Scheduling Conference* [D.I. 11670] (the "Motion to Shorten").

2. In connection with the Consolidation and Scheduling Motion, Plaintiffs also filed the Motion to Shorten.

3. On August 4, 2017, Elliott filed the *Elliott Funds' Objection to Debtors' Motion For Order Shortening Notice and Setting Response Deadline for Debtors' Motion to Consolidate and Set a Rule 7016 Scheduling Conference* [D.I. 11673] (the "Objection") in response and opposition to the Motion to Shorten. On August 4, 2017, NextEra also filed a letter response regarding the Motion to Shorten [D.I. 11676; the "Letter"].

4. Upon review and consideration of the Motion to Shorten, the Objection and the Letter, Plaintiffs understand that the Court is prepared to enter an order substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"). The Proposed Order has been circulated to, and has been approved as to form by, counsel to Elliott and NextEra.

5. Consequently, Plaintiffs respectfully request that the Court enter the Proposed Order at its earliest convenience.

[*Remainder of page left intentionally blank*]

Dated: August 4, 2017
      Wilmington, Delaware

/s/ Joseph H. Huston, Jr.
**STEVENS & LEE, P.C.**
Joseph H. Huston, Jr. (No. 4035)
Jason Daniel Angelo (No. 6009)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 425-3310/11
Facsimile: (610) 371-7972/11
Email: jhh@stevenslee.com
      jda@stevenslee.com

*Co-Counsel to Plaintiff EFIH*

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

Mark McKane, P.C.
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500
Email:   mark.mckane@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Andrew R. McGaan, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             amcgaan@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to Plaintiffs*