**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 3, 2017, counsel to American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. ("EFH Corp.") caused a true and accurate copy of the following to be served via electronic mail upon the parties receiving notice at EFH_DS_Discovery_Service_List@kirkland.com and the parties listed on the attached service list:

• EFH Indenture Trustee's First Set Of Requests For Production Of Documents And Interrogatories To The Debtors In Connection With Confirmation Of The Joint Plan Of Reorganization Of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And The EFH/EFIH Debtors Pursuant To Chapter 11 Of The Bankruptcy Code;

• EFH Indenture Trustee's First Set Of Requests For Production Of Documents And Interrogatories To Berkshire Hathaway Energy Company In Connection With Confirmation Of The Joint Plan Of Reorganization Of Energy Future Holdings Corp., Energy Future

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Intermediate Holding Company LLC, And The EFH/EFIH Debtors Pursuant To Chapter 11 Of The Bankruptcy Code; and

• EFH Indenture Trustee's First Set Of Requests For Production Of Documents And Interrogatories To The Elliott Funds In Connection With Confirmation Of The Joint Plan Of Reorganization Of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And The EFH/EFIH Debtors Pursuant To Chapter 11 Of The Bankruptcy Code.

Dated: Wilmington, DE
       August 4, 2017

**CROSS & SIMON, LLC**

/s/ *Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and -

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
Morgan C. Nighan
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

**Service List**

Mark McKane, P.C.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: 212-466-4900

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Andrew R. McGaan, P.C.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Scott D. Cousins, Esq.
Erin R. Fay, Esq.
Evan T. Miller, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

William E. Chipman, Jr, Esq.
Mark D. Olivere, Esq.
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 N. Market Street
Suite 5400
Wilmington, DE 19801

Keith H. Wofford, Esq.
Gregg M. Galardi, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Steven E. Sletten, Esq.
Michael S. Neumeister, Esq.
Daniel B. Denny, Esq.
Jeffrey C. Krause, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071-3197

Andrew Devore, Esq.
Anne Hancock, Esq.
Kristi Jobson, Esq.
Gregory L. Demers, Esq.
Matthew L. McGinnis, Esq.
Ropes & Gray
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600