IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ENERGY FUTURE HOLDINGS CORP., ) | Chapter 11 |
| *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | (Jointly Administered) |
| *Debtors.* ) | |
| ) | |
| ──────────────────────────── ) | |
| ) | |
| ENERGY FUTURE HOLDINGS CORP. ) | Adversary Proceeding |
| - and - ) | No. 17-50942 (CSS) |
| ENERGY FUTURE INTERMEDIATE ) | |
| HOLDING COMPANY LLC ) | |
| ) | |
| *Plaintiffs.* ) | |
| ) | |
| v. ) | |
| ) | |
| NEXTERA ENERGY, INC., ) | |
| ) | |
| *Defendant.* ) | Re: Docket No. 11670, 11673 & 11676; Adv. Docket No. 3 |
| ) | |

**ORDER SHORTENING NOTICE AND SETTING
RESPONSE DEADLINE FOR PLAINTIFFS ENERGY FUTURE HOLDINGS
CORP. AND ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC'S
MOTION TO CONSOLIDATE AND SET A RULE 7016 SCHEDULING CONFERENCE**

Upon the motion (the "Motion to Shorten")[2] of Plaintiffs for entry of an order (this "Order"), pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006, and Local Rules 2002-1 9006-1 shortening notice with respect to the Consolidation and Scheduling Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined herein are defined in the Motion to Shorten.

08/04/2017 SL1 1476952v1 109285.00013

*Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the Motion to Shorten is proper in this district pursuant to 28 U.S.C. § 1409; and the Court having reviewed the Motion to Shorten, the *Elliott Funds' Objection to Debtors' Motion for Order Shortening Notice and Setting Response Deadline for Debtors' Motion to Consolidate and Set a Rule 7016 Scheduling Conference* asserted thereto by Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership [Dkt. No. 11673; the "Objection"] and the letter to the Court regarding the Motion to Shorten from counsel to NextEra Energy, Inc. [Dkt. No. 11676]; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted as set forth herein, and the Objection and any and all other objections thereto are overruled.

2. The deadline for all parties to object to the Consolidation and Scheduling Motion shall be **August 10, 2017 at 12:00 p.m. (noon) (EDT)**.

3. The deadline for parties to file replies in support of the Consolidation and Scheduling Motion shall be **August 11, 2017 at 9:00 a.m. (EDT)**

4. The hearing on the Consolidation and Scheduling Motion shall take place on **August 11, 2017 at 1:00 p.m. (EDT)**.

5. Plaintiffs shall serve a copy of this Order promptly and directly by email or hand delivery upon all parties listed in the Motion to Shorten and upon all other parties who have requested notice in these cases through the Court's CM/ECF System.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

7. The Court retains jurisdiction with respect to all matters arising from or related to the entry, interpretation or implementation of this Order.

Dated: August 4, 2017
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE