# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Twenty-Fourth Monthly Fee Statement 05/01/2017 through 05/31/2017 D.I. 11383 | $35,047.50 | $88.02 | 07/13/2017 | $28,038.00 | $88.02 | $7,009.50 |

08/04/2017 SL1 1476999v1 109285.00005