# **<u>EXHIBIT A</u>**

## AUGUST 2017

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| July 30 | 31<br>* Deadline to Exchange Search Term Proposals (2:00 PM)<br>* Meet and Confer re Search Term Proposals (5:00 PM) | Aug 1<br>* Deadline for Debtors and BHE to serve Responses & Objections | 2<br>* Debtors' Initial Doc Prod Deadline (midnight) | 3<br>* Deadline for Elliott to serve Responses & Objections | 4<br>* Deadline for Sunrise to serve Responses & Objections<br>* Elliott's Initial Doc Prod Deadline (midnight)<br>* BHE's Initial Doc Prod Deadline (midnight)<br>* Debtors' Final Doc Prod Deadline (midnight) | 5 |
| 6 | 7<br>* BHE's Final Doc Prod Deadline (midnight) | 8 | 9<br>* Merger Agreement Objection Deadline (4:00 PM) | 10<br>Deposition: P. Keglevic / EFH 30(b)(6)<br>Deposition: D. Ying<br>* Elliott's Final Doc Prod Deadline (midnight) | 11<br>Deposition: A. Horton / EFH 30(b)(6)<br>Deposition: D. Prager | 12 |
| 13 | 14<br>Deposition: P. Goodman / BHE 30(b)(6) | 15<br>Deposition: C. Cremens<br>Deposition: J. Silvetz / Sunrise 30(b)(6)<br>Deposition: G. Abel | 16<br>Deposition: R. Wood / Moelis 30(b)(6)<br>* Merger Agreement Reply Deadline (4:00 PM) | 17<br>Deposition: J. Rosenbaum / Elliott 30(b)(6) | 18<br>* Deadline for Parties to Exchange Witness & Exhibit Lists for the August 21 Hearing | 19<br>* Objections to Witness & Exhibit Lists |
| 20<br>* Deadline to Meet and Confer Regarding Evidentiary Objections | 21<br>Hearing Regarding Merger Agreement Approval Motion (10:00 a.m.). | 22 | 23 | 24 | 25 | 26 |