# **EXHIBIT B**

| Email From | Grand Total | Domain |
|---|---|---|
| Factiva <emailednews@email.global.factiva.com> | 990 | email.global.factiva.com |
| NLRT ALERT BLOOMBERG/ 731 LEX G <nlrt@bloomberg.net> | 101 | bloomberg.net |
| Google Alerts <googlealerts-noreply@google.com> | 13 | google.com |
| CreditSights Alerts <alerts@creditsightsmail.com> | 5 | creditsightsmail.com |
| Gimme Credit <research@gimmecredit.com> | 4 | gimmecredit.com |
| LevFin Insights <news@levfininsights.com> | 4 | levfininsights.com |
| Steve Fleishman <utilities@wolferesearch.com> | 3 | wolferesearch.com |
| "NYTimes.com" <nytdirect@nytimes.com> | 1 | nytimes.com |
| The Deal <dealalerts@thedeal.com> | 1 | thedeal.com |
| The Essential Alpha <iieditor@institutionalinvestor.com> | 1 | institutionalinvestor.com |
| **Total of Above** | **1,123** | |
| **Total Documents in Elliott's Initial Production** | **1,287** | |