# **EXHIBIT E**

*Highly Confidential*

**Final Search Parameters for Debtors**

**MERGER AGREEMENT DISCOVERY**

*Parameter-Based Searches*

**Part I - Elliott, Berkshire**

Date range:   5/17/2017 - 7/7/2017 (inclusive of start and end dates)

Custodians:   Keglevic, Paul (EFH); Horton, Tony (EFH); Wright, Andy (EFH); Husnick, Chad (KE); Yenamandra, Aparna (KE); Kieselstein, Marc (KE); Sassower, Edward (KE); Nunn, Veronica (KE); Pitts, John (KE); Calder, Andy (KE)

Domains (correspondence to/from/cc/bcc the domains below):
- berkshirehathaway.com
- berkshirehathawayenergyco.com
- gibsondunn.com
- elliottmgmt.com
- ropesgray.com

**Part II - Oncor**

Date range:   5/17/2017 - 7/7/2017 (inclusive of start and end dates)

Custodians:   Keglevic, Paul (EFH); Horton, Tony (EFH); Wright, Andy (EFH); Husnick, Chad (KE); Yenamandra, Aparna (KE); Kieselstein, Marc (KE); Sassower, Edward (KE); Nunn, Veronica (KE); Pitts, John (KE); Calder, Andy (KE)

Domains (correspondence to/from/cc/bcc the domains below):
- Oncor.com
- jonesday.com
- velaw.com

**Part III - Third Parties**

Date range:   5/17/2017 - 7/7/2017 (inclusive of start and end dates)

Custodians:   Keglevic, Paul (EFH); Horton, Tony (EFH); Wright, Andy (EFH); Husnick, Chad (KE); Yenamandra, Aparna (KE); Kieselstein, Marc (KE); Sassower, Edward (KE); Nunn, Veronica (KE); Pitts, John (KE); Calder, Andy (KE)

Domains (correspondence to/from/cc/bcc the domains below):
- milbank.com

*Highly Confidential*

- captra.com
- silverpoint.com
- fortgangllc.com

**Part IV - Tax**

Date range:    5/17/2017 - 7/7/2017 (inclusive of start and end dates)

Custodians:     Maynes, Todd (KE); Zablotney, Sara (KE); Sexton, Anthony (KE)

Domains (correspondence to/from/cc/bcc the domains below):
- berkshirehathaway.com
- berkshirehathawayenergyco.com
- gibsondunn.com
- elliottmgmt.com
- ropesgray.com

*Highly Confidential*

*Search Term Searches*

**Search 1 – Conflicts of Interest (Elliott RFP #6)**

Date Range:    5/17/17 – 7/7/2017 (inclusive of start and end dates)

Custodians:    Keglevic, Paul (EFH); Horton, Tony (EFH)

Exclusions:    Emails that include Kirkland domains in the to/from/cc/bcc fields

Search Terms:
- (conflict* or COI*) AND (board OR director* OR "minutes of joint meeting" OR Cremens OR Keglevic OR Horton OR Wright OR Arcilia OR Acosta OR Bonderman OR Evans OR Ferguson OR Freiman OR Lebovitz OR MacDougall OR Pontarelli OR Reilly OR Smidt OR Williamson OR Young OR Youngblood OR Bick OR Cavanaugh OR Courtright OR Hunter OR Jackson OR Jones OR Marston OR "O'Neal" OR Reynolds)

**Search 2 – Berkshire and NextEra Termination Fees (Elliott RFP #10)**

Date Range:   5/17/17 – 7/7/2017 (inclusive of start and end dates)

Custodians:   Keglevic, Paul (EFH); Horton, Tony (EFH)

Exclusions:   Emails that include Kirkland domains in the to/from/cc/bcc fields

Search Terms:
- (alloc* OR (creditor* AND recov*)) AND ((termin* w/5 fee) OR (break* w/5 fee) OR (terminat* w/20 cost) OR (terminat* and million*) OR cancel OR scrap OR "270,000,000" OR "270 million" OR "270m" OR "275,000,000" OR "275 million" OR "275m")

- (NextEra* OR NE OR NEE OR Robo OR Ketchum OR Pimentel) AND ((termin* w/5 fee) OR (break* w/5 fee) OR (terminat* w/20 cost) OR (terminat* and million*) OR cancel OR scrap OR "275,000,000" OR "275 million" OR "275m")

- (Berkshire OR BHE OR "Berkshire Hathaway Energy" OR @berkshirehathawayenergyco.com OR "Berkshire Hathaway" OR @berkshirehathaway.com OR Warren OR Buffett OR Omaha OR Abel OR Goodman OR MidAM OR Mid-Am OR MidAmerican OR Mid-American OR @midamerican.com) AND ((termin* w/5 fee) OR (break* w/5 fee) OR (terminat* w/20 cost) OR (terminat* and million*) OR cancel OR scrap OR "270,000,000" OR "270 million" OR "270m")

*Highly Confidential*

**Search 3 – Likelihood of PUCT Approval (Elliott RFP #11)**

Date Range:    5/17/17 – 7/7/2017 (inclusive of start and end dates)

Custodians:    Keglevic, Paul (EFH); Horton, Tony (EFH)

Exclusions:    Emails that include Kirkland domains in the to/from/cc/bcc fields

Search Terms:
- (PUCT* OR PUC* OR "Public Utility Commission" OR "Texas Commission" OR Anderson* OR Nelson* OR Marquez* OR "Texas Office of Public Utility Counsel" OR OPUC* OR "Steering Committee of Cities" OR "Texas Industrial Energy Consumers" OR TIEC* OR ((Governor* or Gov) AND (Texas OR TX)) OR Abbott* OR ("Lieutenant Governor" AND (Texas OR TX)) OR (("Attorney General" OR AG) AND (Texas OR TX OR Morris))) AND (NextEra* OR NE OR NEE OR Robo OR Ketchum OR Pimentel)

- (PUCT* OR PUC* OR "Public Utility Commission" OR "Texas Commission" OR Anderson* OR Nelson* OR Marquez* OR "Texas Office of Public Utility Counsel" OR OPUC* OR "Steering Committee of Cities" OR "Texas Industrial Energy Consumers" OR TIEC* OR ((Governor* or Gov.) AND (Texas OR TX)) OR Abbott* OR ("Lieutenant Governor" AND (Texas OR TX)) OR (("Attorney General" OR AG) AND (Texas OR TX OR Morris))) AND (Berkshire OR BHE OR "Berkshire Hathaway Energy" OR @berkshirehathawayenergyco.com OR "Berkshire Hathaway" OR @berkshirehathaway.com OR Warren OR Buffett OR Omaha OR Abel OR Goodman OR MidAM OR Mid-Am OR MidAmerican OR Mid-American OR @midamerican.com)

- (PUCT* OR PUC* OR "Public Utility Commission" OR "Texas Commission" OR Anderson* OR Nelson* OR Marquez* OR "Texas Office of Public Utility Counsel" OR OPUC* OR "Steering Committee of Cities" OR "Texas Industrial Energy Consumers" OR TIEC* OR ((Governor* or Gov.) AND (Texas OR TX)) OR Abbott* OR ("Lieutenant Governor" AND (Texas OR TX)) OR (("Attorney General" OR AG) AND (Texas OR TX OR Morris))) AND (Elliot* OR Eliot* OR Singer OR Rosenbaum OR Miller)