# **<u>EXHIBIT F</u>**

| From: | Jobson, Kristi |
|---|---|
| To: | Thompson, McClain; Stephany, Bryan M.; *rlevin@jenner.com |
| Cc: | Terteryan, Anna; Yenamandra, Aparna; Chaikin, Rebecca Blake; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; aqureshi@akingump.com; *RPEDONE@nixonpeabody.com; *gluecksteinb@sullcrom.com; *ddenny@gibsondunn.com; *mneumeister@gibsondunn.com; *jkrause@gibsondunn.com; *ssletten@gibsondunn.com; *rappleby@gibsondunn.com; McKane, Mark; Ganter, Jonathan F.; McGinnis, Matthew; Galardi, Gregg; *andrew.devore@ropesgray.com; *Gregory.Demers@ropesgray.com; Hancock, Annie; SCousins@bayardlaw.com; EFay@bayardlaw.com; Shenoi, Sunil; *VLazar@jenner.com; *cfong@nixonpeabody.com; *mnighan@nixonpeabody.com; NBach@gibsondunn.com |
| Subject: | RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing |
| Date: | Wednesday, August 2, 2017 12:07:09 PM |
| Attachments: | 2017-08-01 Search Parameters for Debtors (KE Markup of Ropes 7.31_10pm e....docx |

McClain,

While Elliott reserves all rights to request discovery responsive to its document requests, including but not limited to the right to seek discovery following July 7, 2017, we accept the Debtors' search parameters, as revised and circulated on 8/1/17 at 10:40 PM EST.

Thank you,

Kristi

**Kristi L. Jobson**
**ROPES & GRAY LLP**
T +1 617 951 7456 | M +1 617 460 3658
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Kristi.Jobson@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Jobson, Kristi
**Sent:** Tuesday, August 01, 2017 11:29 PM
**To:** mcclain.thompson@kirkland.com; bstephany@kirkland.com; rlevin@jenner.com
**Cc:** anna.terteryan@kirkland.com; aparna.yenamandra@kirkland.com; rebecca.chaikin@kirkland.com; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; aqureshi@akingump.com; RPEDONE@nixonpeabody.com; gluecksteinb@sullcrom.com; ddenny@gibsondunn.com; mneumeister@gibsondunn.com; jkrause@gibsondunn.com; ssletten@gibsondunn.com; rappleby@gibsondunn.com; mmckane@kirkland.com; jonathan.ganter@kirkland.com; McGinnis, Matthew <matthew.mcginnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Devore, Andrew G. <andrew.devore@ropesgray.com>; Demers, Greg <Gregory.Demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; SCousins@bayardlaw.com; EFay@bayardlaw.com; Shenoi, Sunil <Sunil.Shenoi@ropesgray.com>; VLazar@jenner.com;

cfong@nixonpeabody.com; mnighan@nixonpeabody.com; NBach@gibsondunn.com
**Subject:** Re: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing

McClain,

Thank you. We will review and respond in the morning.

Kristi

---

**From:** Thompson, McClain [mailto:mcclain.thompson@kirkland.com]
**Sent:** Tuesday, August 01, 2017 10:40 PM
**To:** Jobson, Kristi; Stephany, Bryan M. <bstephany@kirkland.com>; *rlevin@jenner.com <rlevin@jenner.com>
**Cc:** Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com <scott.talmadge@freshfields.com>; abbey.walsh@freshfields.com <abbey.walsh@freshfields.com>; mbusenkell@gsbblaw.com <mbusenkell@gsbblaw.com>; aqureshi@akingump.com; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; McKane, Mark <mmckane@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>; McGinnis, Matthew; Galardi, Gregg; Devore, Andrew G.; Demers, Greg; Hancock, Annie; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>; Shenoi, Sunil; *VLazar@jenner.com <VLazar@jenner.com>; *cfong@nixonpeabody.com <cfong@nixonpeabody.com>; *mnighan@nixonpeabody.com <mnighan@nixonpeabody.com>; Bach, Nathaniel L. <NBach@gibsondunn.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing

Kristi -

Attached, please find a mark-up of the Debtors' search terms, revised further to reflect your proposed change regarding the PUCT Terms. We cannot, however, accept your proposed revision to the Kirkland exclusion in Term-Based Searches 1, 2, and 3. Our broader Parameter-Based Searches will inherently pick up any Kirkland and/or Debtor communications that involve relevant third parties. There is no similar safeguard for the searches involving Ropes communications that we have asked Elliott to run.

**McClain Thompson**

-----------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3279  **M** +1 917 545 6401
**F** +1 212 446 4900
-----------------------------------------------
mcclain.thompson@kirkland.com

---

**From:** Jobson, Kristi [mailto:Kristi.Jobson@ropesgray.com]
**Sent:** Tuesday, August 1, 2017 5:13 PM

**To:** Thompson, McClain <mcclain.thompson@kirkland.com>; Stephany, Bryan M.
<bstephany@kirkland.com>; *rlevin@jenner.com <rlevin@jenner.com>
**Cc:** Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna
<aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>;
scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com;
*aqureshi@akingump.com <aqureshi@akingump.com>; *RPEDONE@nixonpeabody.com
<RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>;
*ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com
<mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>;
*ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com
<rappleby@gibsondunn.com>; McKane, Mark <mmckane@kirkland.com>; Ganter, Jonathan F.
<jonathan.ganter@kirkland.com>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>;
Galardi, Gregg <Gregg.Galardi@ropesgray.com>; *andrew.devore@ropesgray.com
<andrew.devore@ropesgray.com>; *Gregory.Demers@ropesgray.com
<gregory.demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott
Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>; Shenoi, Sunil
<Sunil.Shenoi@ropesgray.com>; *VLazar@jenner.com <VLazar@jenner.com>;
*cfong@nixonpeabody.com <cfong@nixonpeabody.com>; *mnighan@nixonpeabody.com
<mnighan@nixonpeabody.com>; Bach, Nathaniel L. <NBach@gibsondunn.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for
August 21 Approval Order Hearing

McClain,

Thank you for this mark-up. While reserving all rights to contest the validity and completeness of
these searches, including but not limited to the right to contest the appropriate date range for the
Debtors' searches, Elliott will agree to these parameters with two changes:

1.   Please use the revised PUCT Entity Term search, as proposed by the Debtors' last evening, in
     place of your current PUCT search string for the three searches set out in Search 3.
     a.   The Debtors' current proposal is: (PUCT* OR PUC* OR "Public Utility Commission"
          OR "Texas Commission" OR Anderson* OR Nelson* OR Marquez* OR "Texas Office
          of Public Utility Counsel" OR OPUC* OR "Steering Committee of Cities" OR "Texas
          Industrial Energy Consumers" OR TIEC* OR ((Governor* or Gov.) AND (Texas OR TX))
          OR Abbott* OR ("Lieutenant Governor" AND (Texas OR TX)) OR (("Attorney General"
          OR AG) AND (Texas OR TX OR Morris))
     b.   This PUCT Entity Term string would replace the current string set forth in Search 3:
          (PUCT OR PUC OR "Public Utility Commission" OR "Texas Commission" OR (Kenneth
          w/2 Anderson) OR (Donna w/2 Nelson) OR (Brandy w/2 Marquez))

2.   Currently, you propose to exclude "emails that include Kirkland domains in the
     to/from/cc/bcc fields" for Term-Based Searches 1, 2, and 3.  Elliott does not seek privileged
     communications between the two listed custodians for these searches (Keglevic and
     Horton), but does seek non-privileged external communications that hit on these searches,
     even if an individual with a Kirkland domain is cc'ed.  To that end, please revise the

Exclusions to read: "Emails to/from/cc/bcc *only* Debtors custodians and Kirkland custodians."  This language mirrors the proposal made by the Debtors in regards to Elliott's Search 2, circulated last night.

Please send a revised mark-up incorporating these changes for Elliott's sign-off.

Thank you,

Kristi Jobson

**Kristi L. Jobson**
**ROPES & GRAY LLP**
T +1 617 951 7456 | M +1 617 460 3658
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Kristi.Jobson@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Thompson, McClain [mailto:mcclain.thompson@kirkland.com]
**Sent:** Tuesday, August 01, 2017 5:01 PM
**To:** Jobson, Kristi <Kristi.Jobson@ropesgray.com>; Stephany, Bryan M. <bstephany@kirkland.com>; *rlevin@jenner.com <rlevin@jenner.com>
**Cc:** Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; aqureshi@akingump.com; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; McKane, Mark <mmckane@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Devore, Andrew G. <Andrew.Devore@ropesgray.com>; Demers, Greg <Gregory.Demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>; Shenoi, Sunil <Sunil.Shenoi@ropesgray.com>; *VLazar@jenner.com <VLazar@jenner.com>; *cfong@nixonpeabody.com <cfong@nixonpeabody.com>; *mnighan@nixonpeabody.com <mnighan@nixonpeabody.com>; Bach, Nathaniel L. <NBach@gibsondunn.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing

Kristi -

Attached, please find a mark-up of Elliott's counter-proposal to the Debtors' search parameters.  The

Debtors are prepared to move forward with their productions based on these parameters.

**McClain Thompson**

--------------------------------------------

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3279  **M** +1 917 545 6401
**F** +1 212 446 4900

--------------------------------------------

mcclain.thompson@kirkland.com

---

**From:** Jobson, Kristi [mailto:Kristi.Jobson@ropesgray.com]
**Sent:** Monday, July 31, 2017 7:58 PM
**To:** Thompson, McClain <mcclain.thompson@kirkland.com>; Stephany, Bryan M. <bstephany@kirkland.com>; *rlevin@jenner.com <rlevin@jenner.com>
**Cc:** Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; *aqureshi@akingump.com <aqureshi@akingump.com>; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; McKane, Mark <mmckane@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; *andrew.devore@ropesgray.com <andrew.devore@ropesgray.com>; *Gregory.Demers@ropesgray.com <gregory.demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>; Shenoi, Sunil <Sunil.Shenoi@ropesgray.com>; *VLazar@jenner.com <VLazar@jenner.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing

McClain,

Attached please find Elliott's counterproposal to the Debtors' proposed search parameters.  In addition to edits to the search parameters circulated earlier today, we have added in term-based searches to identify documents responsive to Elliott's RFPs #6, 10, and 11, which did not appear to be addressed by the Debtors' initial proposal.

During this afternoon's meet and confer, counsel for the Debtors stated that the Debtors would confirm that all documents responsive to Elliot's RFP #7 were already available in the Debtors' repository. Understanding that the Debtors reserve the right to object to RFP #7, please confirm whether or not all documents responsive to RFP #7 are already contained in the repository.

For avoidance of doubt, Elliott reserves all rights.

Thank you,

Kristi


**Kristi L. Jobson**
**ROPES & GRAY LLP**
T +1 617 951 7456 | M +1 617 460 3658
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Kristi.Jobson@ropesgray.com
www.ropesgray.com


This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Thompson, McClain [mailto:mcclain.thompson@kirkland.com]
**Sent:** Monday, July 31, 2017 2:01 PM
**To:** Stephany, Bryan M. <bstephany@kirkland.com>; Jobson, Kristi <Kristi.Jobson@ropesgray.com>; *rlevin@jenner.com <rlevin@jenner.com>
**Cc:** Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; aqureshi@akingump.com; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; McKane, Mark <mmckane@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Devore, Andrew G. <Andrew.Devore@ropesgray.com>; Demers, Greg <Gregory.Demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>; Shenoi, Sunil <Sunil.Shenoi@ropesgray.com>; *VLazar@jenner.com <VLazar@jenner.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing


All -

Further to the below, please see attached for the Debtors' search parameters.  This document is designated highly confidential.


**McClain Thompson**
--------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3279  **M** +1 917 545 6401
**F** +1 212 446 4900

---------------------------------------------------------

mcclain.thompson@kirkland.com

---

**From:** Stephany, Bryan M.
**Sent:** Monday, July 31, 2017 9:33 AM
**To:** Jobson, Kristi <Kristi.Jobson@ropesgray.com>; *rlevin@jenner.com <rlevin@jenner.com>
**Cc:** Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; *aqureshi@akingump.com <aqureshi@akingump.com>; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; McKane, Mark <mmckane@kirkland.com>; Thompson, McClain <mcclain.thompson@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; *andrew.devore@ropesgray.com <andrew.devore@ropesgray.com>; *Gregory.Demers@ropesgray.com <gregory.demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>; Shenoi, Sunil <Sunil.Shenoi@ropesgray.com>; *VLazar@jenner.com <VLazar@jenner.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing

Kristi,

Thanks for your note this morning.  With the understanding (1) that there will be no further extensions of the objection deadline beyond August 9, and (2) the 4-hour limit will apply to all depositions in connection with the hearing for the merger agreement motion, including witnesses designated to testify on 30(b)(6) topics, I believe we have an agreement.  To recap:

- Merger Agreement Objection Deadline:  August 9, with no additional extensions
- Depositions:
    - 4-hour limit for all depositions in connection with the hearing for the merger agreement motion, including witnesses designated to testify on 30(b)(6) topics;
    - Keglevic and Horton depositions will take place August 10-11 at K&E's offices in NY;
    - Wood and Rosenbaum depositions will take place on August 16-17 as described below; location to be determined.
- Document Production:  While we disagree with your characterization of the amended discovery requests served Friday evening, we are willing to agree to an August 8 production deadline for Elliott.
    - The Debtors will complete production by Friday, August 4 (by Midnight)
    - BHE will complete production by Monday, August 7 (by Midnight)
    - Elliott will complete production by Tuesday, August 8 (by Midnight)

I can also confirm that the parties will exchange proposed search parameters at 2:00 PM EST today, with a meet and confer to follow at 5:00 PM EST, as previously agreed.  We will circulate a dial-in.

Please confirm your agreement with the above, and we'll look forward to speaking later today.


**Bryan M. Stephany**

-----------------------------------------------------------------
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W., Washington, D.C. 20005
**T** +1 202 879 5998  **M** +1 607 227 1561
-----------------------------------------------------------------

bryan.stephany@kirkland.com

---

**From:** Jobson, Kristi [mailto:Kristi.Jobson@ropesgray.com]
**Sent:** Monday, July 31, 2017 10:02 AM
**To:** *rlevin@jenner.com <rlevin@jenner.com>; Stephany, Bryan M. <bstephany@kirkland.com>
**Cc:** Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; *aqureshi@akingump.com <aqureshi@akingump.com>; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; McKane, Mark <mmckane@kirkland.com>; Thompson, McClain <mcclain.thompson@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; *andrew.devore@ropesgray.com <andrew.devore@ropesgray.com>; *Gregory.Demers@ropesgray.com <gregory.demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>; Shenoi, Sunil <Sunil.Shenoi@ropesgray.com>; *VLazar@jenner.com <VLazar@jenner.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing


Noted. Thank you, Richard.


**Kristi L. Jobson**
**ROPES & GRAY LLP**
T +1 617 951 7456 | M +1 617 460 3658
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Kristi.Jobson@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Levin, Richard [mailto:RLevin@jenner.com]
**Sent:** Monday, July 31, 2017 10:00 AM
**To:** Jobson, Kristi <Kristi.Jobson@ropesgray.com>; Stephany, Bryan M. <bstephany@kirkland.com>
**Cc:** Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; aqureshi@akingump.com; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; McKane, Mark <mmckane@kirkland.com>; Thompson, McClain <mcclain.thompson@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Devore, Andrew G. <Andrew.Devore@ropesgray.com>; Demers, Greg <Gregory.Demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>; Shenoi, Sunil <Sunil.Shenoi@ropesgray.com>; Lazar, Vincent E. <VLazar@jenner.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing

Please add my partner Vince Lazar to this chain. He is copied on this email.

**From:** Jobson, Kristi [mailto:Kristi.Jobson@ropesgray.com]
**Sent:** Monday, July 31, 2017 6:30 AM
**To:** Stephany, Bryan M. <bstephany@kirkland.com>
**Cc:** Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; aqureshi@akingump.com; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; Levin, Richard <RLevin@jenner.com>; McKane, Mark <mmckane@kirkland.com>; Thompson, McClain <mcclain.thompson@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Devore, Andrew G. <Andrew.Devore@ropesgray.com>; Demers, Greg <Gregory.Demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>; Shenoi, Sunil <Sunil.Shenoi@ropesgray.com>

**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing

Bryan,

Our responses to your email are as follows:

- We will agree to four-hour depositions on August 10 and 11 for Horton and Keglevic, respectively, assuming the parties agree to a similar limitation on the length of the depositions of Wood and Rosenbaum, and assuming Berkshire completes its production on August 7.  Elliott cannot, however, agree to complete its production by August 7, especially in light of Debtors' new document requests.  In this regard, your contention that the "vast majority" of the Debtors' "amended" requests to Elliott were, in fact, covered by the Debtors' prior requests is not accurate.  Only eight (8) of the Debtors' "amended" requests were included in the prior set.  Nineteen (19) of the Debtors' requests are brand new, and seven (7) were modified in at least some respects.  Nonetheless, Elliott will still endeavor to complete its production by August 8, 2017, but cannot agree to an earlier date.  If the Debtors and Berkshire are unwilling to agree to this schedule, then please provide new dates for Messrs. Keglevic's and Horton's depositions during the week of August 14.
- We believe Mr. Wood can be available for a deposition on Wednesday, August 16, from 2:00 pm – 6:00 pm.  Mr. Rosenbaum can be available on Thursday, August 17, from 2:00 pm – 6:00 pm.  Your insistence that these depositions take place in New York "to minimize drain on estate resources" borders on the absurd, given that many of Debtors' counsel are located in other offices, and stakeholders may use the available conference call line to minimize the cost of travel.  Regardless, since Elliott's efforts to secure committed financing are ongoing and we do not yet know where Messrs. Wood and Rosenbaum will be that week, we think it makes sense to defer discussion of the location of these depositions until we have more information.
- Elliott maintains that August 11 is the proper deadline to file its objection to Debtors' motion for approval of the BHE merger agreement, and reserves all rights to seek a further extension as necessary. In an effort to compromise, however, and assuming the Debtors' cooperation with the above, Elliott will agree to an August 9 deadline.

Finally, please confirm that the parties will exchange proposed search parameters at 2:00 PM EST today, with a meet and confer to follow at 5:00 PM EST, as we agreed on Friday. Please send a dial-in invite if we are on for the 5:00 PM EST meet and confer.

Thank you,

Kristi

**Kristi L. Jobson**
**ROPES & GRAY LLP**
T +1 617 951 7456 | M +1 617 460 3658
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600

Kristi.Jobson@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Stephany, Bryan M. [mailto:bstephany@kirkland.com]
**Sent:** Saturday, July 29, 2017 6:01 PM
**To:** Jobson, Kristi <Kristi.Jobson@ropesgray.com>
**Cc:** Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; aqureshi@akingump.com; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; *rlevin@jenner.com <rlevin@jenner.com>; McKane, Mark <mmckane@kirkland.com>; Thompson, McClain <mcclain.thompson@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>; McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Devore, Andrew G. <Andrew.Devore@ropesgray.com>; Demers, Greg <Gregory.Demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>
**Subject:** Re: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing

Kristi,

- An August 7 objection deadline is a full month after the opening motion. That is more than enough time for any objection. The suggestion that your proposal provides the same amount of time for Debtors' reply is also not accurate due to the intervening weekend.

- BHE has informed us that they will agree to one day less to complete their doc production -- August 7 at midnight -- assuming the deadline is reciprocal for Elliott. The Debtors depositions can also be pushed forward one day to August 10-11, provided that all depositions will be four (4) hours in duration. These proposals should resolve all issues and largely avoid witness availability concerns.

- The location of all Moelis, Elliott, and Debtor depositions should be in NY to minimize drain on estate resources, given location of majority of stakeholders and professionals.

- The vast majority of requests served last night were already included in what was previously served, and those that were not were based on new information obtained in connection with last week's hearing.  There should be no need for an extension on Elliott's R&O's part of what was in our

original requests, but in an effort to compromise, the Debtors are willing to agree to the August 3 deadline.

Please confirm Elliott's agreement with the above.

Bryan M. Stephany
-----------------------------------------------------------
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Washington, D.C. 20005
T +1 202 879 5998  M +1 607 227 1561
-----------------------------------------------------------
bryan.stephany@kirkland.com

On Jul 29, 2017, at 11:51 AM, Jobson, Kristi <Kristi.Jobson@ropesgray.com> wrote:

> Bryan,
>
> In light of the Debtors' amended discovery requests served early this morning, we need to revisit Elliott's deadline to respond to written discovery requests. It is unsettling that the Debtors sent a scheduling proposal last night without disclosing the fact that they were serving substantially expanded discovery requests in a few hours, as the supplemental requests are obviously pertinent to this timeline discussion.  As to the other open issues:
>
> 1.  Objection Deadline - Elliott will not agree to an August 7 objection deadline.  The Debtors previously agreed to an objection deadline 10 days prior to the hearing.  That provides more than sufficient time for the Debtors to file their reply, and in fact provides the same amount of time that the Debtors previously agreed to.  Elliott will agree to an August 11 objection deadline.
>
> 2.  Production Schedule – Elliott will not agree to depose the Debtors' witnesses only hours after a midnight production deadline for BHE.  If BHE cannot produce documents at least three (3) business days in advance of the start of the Debtors' depositions, please propose new deposition dates for Horton and Keglevic, or provide a fulsome explanation of why they are completely unavailable from August 14 – 17.  Elliott is happy to hold these depositions in Dallas or another location in order to accommodate each witness's travel schedule.
>
> 3.  Deposition Dates and Locations – As is standard in civil litigation, all depositions should take place at the location convenient for the witness, whether in New York or otherwise.  Given that Elliott and Moelis are in the middle of a capital raise process to maximize estate value, we should all be aligned on minimizing the interruption to that process.

4.    R&O Deadline - In light of the new discovery requests, Elliott's deadline for Responses and Objections should be moved to Thursday, August 3.

Regards,

Kristi

**Kristi L. Jobson**
**ROPES & GRAY LLP**
T +1 617 951 7456 | M +1 617 460 3658
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Kristi.Jobson@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Stephany, Bryan M. [mailto:bstephany@kirkland.com]
**Sent:** Friday, July 28, 2017 8:46 PM
**To:** Jobson, Kristi <Kristi.Jobson@ropesgray.com>; Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; aqureshi@akingump.com; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; *rlevin@jenner.com <rlevin@jenner.com>; McKane, Mark <mmckane@kirkland.com>; Thompson, McClain <mcclain.thompson@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>
**Cc:** McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; Devore, Andrew G. <Andrew.Devore@ropesgray.com>; Demers, Greg <Gregory.Demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing

Thanks, Kristi.  Our responses to the issues you raised are as follows:

1.    Objection Deadline -- As indicated in my prior email, August 7 is the latest we

are willing to agree to.  As you note, the objection deadline was previously extended to July 31 and we have now offered to extend it to August 7, a full month since the merger agreement approval motion.  The August 7 objection deadline is more than sufficient.

2. <u>Production Schedule</u> -- Elliott does not need documents from BHE to depose the Debtors' witnesses.  Responsive, non-privileged communications between the Debtors and BHE will be produced by Debtors no later than August 4.

3 & 4. <u>Deposition Dates and Locations</u> -- We look forward to your response regarding the dates proposed for the Elliott and Moelis depositions.  With respect to location, all depositions for Elliott, Moelis, and Debtors' witnesses should take place in NY.

5. <u>Final Search Term Exchange</u> -- We are fine with your suggestion to include an additional deadline for the simultaneous exchange of finalized search terms by 10:00 pm on Monday, July 31.  A clean version of the proposed schedule including this additional deadline is provided below.

Please confirm your agreement to this schedule as soon as possible.

| Discovery Event | Elliott Proposed Deadline (adjusted for August 21 hearing date) |
|---|---|
| Exchange proposed search parameters | Monday, July 31 @ 2:00 PM Eastern |
| Meet & Confer to resolve any issues related to proposed search parameters | Monday, July 31 @ 5:00 PM Eastern |
| Exchange final search parameters | Monday, July 31, @ 10:00 PM Eastern |
| Response & Objections to All Written Discovery | Tuesday, August 1 |
| Initial Production (Debtors) (25-50% of documents produced) | Wednesday, August 2 (by midnight) |
| Completion of Document Production (Debtors) | Friday, August 4 (by midnight) |
| Initial Production (Elliott & BHE) (~25-50% of documents produced) | Friday, August 4 (by midnight) |
| Deadline to File Objections to the *Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11430] | Monday, August 7 @ 4:00 PM Eastern |
| Completion of Document Production (Elliott & BHE) | Tuesday, August 8 (by midnight) |
| Depositions Begin | Wednesday, August 9 |
| Deadline to File Reply to any Objections to the *Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11430] | Wednesday, August 16 @ 4:00 PM Eastern |
| Depositions End | Thursday, August 17 |
| Exchange Witness & Exhibit Lists | Friday, August 18 |
| Objections to Witness & Exhibit Lists | Saturday, August 19 |
| Meet & Confer re any Evidentiary Issues/Objections | Sunday, August 20 |

| Approval Order Hearing | Monday, August 21 |
|---|---|

**Bryan M. Stephany**

-------------------------------------------------------

**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W., Washington, D.C. 20005
**T** +1 202 879 5998   **M** +1 607 227 1561

-------------------------------------------------------

bryan.stephany@kirkland.com

---

**From:** Jobson, Kristi [mailto:Kristi.Jobson@ropesgray.com]
**Sent:** Friday, July 28, 2017 7:52 PM
**To:** Stephany, Bryan M. <bstephany@kirkland.com>; Terteryan, Anna
<anna.terteryan@kirkland.com>; Yenamandra, Aparna
<aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake
<rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com;
abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; *aqureshi@akingump.com
<aqureshi@akingump.com>; *RPEDONE@nixonpeabody.com
<RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com
<gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com
<ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com
<mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com
<jkrause@gibsondunn.com>; *ssletten@gibsondunn.com
<ssletten@gibsondunn.com>; *rappleby@gibsondunn.com
<rappleby@gibsondunn.com>; *rlevin@jenner.com <rlevin@jenner.com>; McKane,
Mark <mmckane@kirkland.com>; Thompson, McClain
<mcclain.thompson@kirkland.com>; Ganter, Jonathan F.
<jonathan.ganter@kirkland.com>
**Cc:** McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg
<Gregg.Galardi@ropesgray.com>; *andrew.devore@ropesgray.com
<andrew.devore@ropesgray.com>; *Gregory.Demers@ropesgray.com
<gregory.demers@ropesgray.com>; Hancock, Annie
<Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay
<EFay@bayardlaw.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery
Schedule for August 21 Approval Order Hearing

Bryan,

Thank you for circulating this counterproposal. Many aspects of this proposed schedule
look agreeable to us. There are a few outstanding issues to be resolved before we can
finalize the schedule.

1.  When the Approval Order hearing was scheduled for August 10, the Debtors agreed that Elliott could submit its objections on Monday, July 31 (ten days in advance). Since the Approval Order hearing has been adjourned to August 21, the objections for Elliott and those that joined in the motion to adjourn should be due on August 11, which tracks the prior timeline and would provide the Debtors with the same time to reply.

2.  Elliott expects all documents to be produced by both the Debtors and Berkshire at least three (3) business days before the depositions of the Debtors' and/or Berkshire witnesses.  As a result, Elliott is willing to depose Messrs. Horton and Keglevic on August 9 and August 10, but only if Berkshire likewise agrees to produce documents by August 5.  Gibson Dunn, please let us know if this works for you.

3.  We are checking with our client and with Moelis regarding your proposed schedule, and will get back to you shortly. Please be advised that we will need to specify locations later, given travel schedules.

4.  Berkshire has proposed Des Moines as the location for the Goodman and Abel depositions.  At this point, can you confirm the locations of the Horton, Keglevic, and Ying depositions?

5.  We propose a simultaneous exchange of finalized search terms by 10:00 pm on Monday, July 31, following the meet and confer earlier that evening.

Thank you,

Kristi


**Kristi L. Jobson**
**ROPES & GRAY LLP**
T +1 617 951 7456 | M +1 617 460 3658
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Kristi.Jobson@ropesgray.com
www.ropesgray.com


This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Stephany, Bryan M. [mailto:bstephany@kirkland.com]
**Sent:** Friday, July 28, 2017 3:35 PM
**To:** Jobson, Kristi <Kristi.Jobson@ropesgray.com>; Terteryan, Anna <anna.terteryan@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com;

abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; aqureshi@akingump.com;
*RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>;
*gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>;
*ddenny@gibsondunn.com <ddenny@gibsondunn.com>;
*mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>;
*jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com
<ssletten@gibsondunn.com>; *rappleby@gibsondunn.com
<rappleby@gibsondunn.com>; *rlevin@jenner.com <rlevin@jenner.com>; McKane,
Mark <mmckane@kirkland.com>; Thompson, McClain
<mcclain.thompson@kirkland.com>; Ganter, Jonathan F.
<jonathan.ganter@kirkland.com>
**Cc:** McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg
<Gregg.Galardi@ropesgray.com>; Devore, Andrew G.
<Andrew.Devore@ropesgray.com>; Demers, Greg <Gregory.Demers@ropesgray.com>;
Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins
<SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>
**Subject:** RE: In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery
Schedule for August 21 Approval Order Hearing

Kristi and team -- Thanks for the proposal.  The Debtors and BHE propose several
revisions, as reflected in the markup below.

At a high level, the revisions include:
   ?    Earlier document discovery deadlines for the Debtors;
   ?    An earlier start to the deposition period (tied to the Debtors' witness
        availability - see below for specifics);
   ?    A handful of additional deadlines to ensure the parties have sufficient
        opportunity to engage on any discovery issues, as well as pre-hearing
        evidentiary issues; and
   ?    A revised objection deadline -- The merger agreement objection deadline was
        originally noticed for 17 days before the 8/10 hearing date and doing the same
        here would result in an 8/4 objection deadline, as currently noticed.  We're
        willing to agree to push that out to 8/7 for all parties but cannot go any later.
        Local rules require the Debtors' reply by 8/16, and the schedule proposed by
        Elliott is unworkable because it would only permit 5 days (including 2 weekend
        days) for the Debtors reply.  Moreover, 8/7 is a full month after the merger
        agreement approval motion was first filed -- a period of time that is more than
        sufficient for the objection deadline.

Proposed Deposition Schedule:  based on current information concerning witness
availability, we believe the following schedule makes sense.  I understand that counsel
for the EFIH independent director is working to confirm availability for Mr. Cremens
and the proposed schedule below can be updated once that information is available.
   ?    Wednesday, 8/9 -- Debtors 30(b)(6) / Keglevic
   ?    Thursday, 8/10 -- Debtors 30(b)(6) / Horton

? Friday, 8/11 -- Prager [needs to be done by 1 PM Eastern] AND Ying [needs to be done by 4 PM Eastern]
? Monday, 8/14 -- Goodman / BHE 30(b)(6) [Des Moines at 10:30am CT]
? Tuesday, 8/15 -- Abel – [Des Moines at 1:00pm CT]
? Wednesday, 8/16 -- Elliott 30(b)(6) Dep / Rosenbaum
? Thursday, 8/17 -- Moelis 30(b)(6) Dep / Wood

<image002.jpg>

**Bryan M. Stephany**

------------------------------------------------

**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W., Washington, D.C. 20005
**T** +1 202 879 5998  **M** +1 607 227 1561

------------------------------------------------

bryan.stephany@kirkland.com

---

**From:** Jobson, Kristi [mailto:Kristi.Jobson@ropesgray.com]
**Sent:** Friday, July 28, 2017 6:58 AM
**To:** Terteryan, Anna <anna.terteryan@kirkland.com>; Stephany, Bryan M. <bstephany@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>; scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; mbusenkell@gsbblaw.com; *aqureshi@akingump.com <aqureshi@akingump.com>; *RPEDONE@nixonpeabody.com <RPEDONE@nixonpeabody.com>; *gluecksteinb@sullcrom.com <gluecksteinb@sullcrom.com>; *ddenny@gibsondunn.com <ddenny@gibsondunn.com>; *mneumeister@gibsondunn.com <mneumeister@gibsondunn.com>; *jkrause@gibsondunn.com <jkrause@gibsondunn.com>; *ssletten@gibsondunn.com <ssletten@gibsondunn.com>; *rappleby@gibsondunn.com <rappleby@gibsondunn.com>; *rlevin@jenner.com <rlevin@jenner.com>; McKane, Mark <mmckane@kirkland.com>; Thompson, McClain <mcclain.thompson@kirkland.com>; Ganter, Jonathan F. <jonathan.ganter@kirkland.com>
**Cc:** McGinnis, Matthew <Matthew.McGinnis@ropesgray.com>; Galardi, Gregg <Gregg.Galardi@ropesgray.com>; *andrew.devore@ropesgray.com <andrew.devore@ropesgray.com>; *Gregory.Demers@ropesgray.com <gregory.demers@ropesgray.com>; Hancock, Annie <Annie.Hancock@ropesgray.com>; Scott Cousins <SCousins@bayardlaw.com>; Erin Fay <EFay@bayardlaw.com>
**Subject:** In re Energy Future Holdings Corp., Case No. 14-10979 (CSS) - Discovery Schedule for August 21 Approval Order Hearing

Counsel,

I write on behalf of the Elliott Funds with a proposed discovery schedule for the Approval Order hearing, now scheduled for August 21, 2017.

Elliott proposes the following discovery schedule:

| Discovery Event | Elliott Proposed Deadline (adjusted for August 21 hearing date) |
|---|---|
| Rolling Production (~25% of documents produced) | Friday, August 4 (by midnight) |
| Completion of Document Production | Tuesday, August 8 (by midnight) |
| Deadline to File Objections to the *Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11430] | Friday, August 11 |
| Depositions Begin | Monday, August 14 |
| Depositions End | Thursday, August 17 |
| Approval Order Hearing | Monday, August 21 |

Please note the proposed deadline for the filing of objections, adjusted eleven days to account for the eleven-day adjournment of the Approval Order hearing.

Given the compressed time frame, the parties will need to work cooperatively to schedule depositions.  Counsel for Berkshire Hathaway Energy has proposed August 14 and 15 as deposition dates for Messrs. Goodman and Abel, respectively.  Counsel for Messrs. Cremens and Prager has notified all parties of scheduling conflicts between now and the August 21 Approval Order hearing.  Elliott's proposed deposition time frame (August 14 – 17) should work with the scheduling requests made by the Berkshire witnesses, Mr. Cremens, and Mr. Prager.

Thank you,

Kristi

**Kristi L. Jobson**
**ROPES & GRAY LLP**
T +1 617 951 7456 | M +1 617 460 3658
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Kristi.Jobson@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Richard Levin**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908  |  jenner.com
+1 212 891 1601 | TEL
RLevin@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis

International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.