# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Mark McKane, P.C.<br>To Call Writer Directly:<br>(415) 439-1473<br>mark.mckane@kirkland.com | 555 California Street<br>San Francisco, California 94104<br><br>(415) 439-1400<br><br>www.kirkland.com | Facsimile:<br>(415) 439-1500 |

August 7, 2017

**By eFiling and Hand Delivery**

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re: *In re Energy Future Holdings, Corp., et. al.* (Case No. 14-10979)

Dear Judge Sontchi:

I write to follow-up on my letter brief this morning regarding certain discovery disputes in connection with the hearing on the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11430].

The Debtors just received the attached letter from the Assistant Attorney General of the State of Texas regarding certain discovery issues. The letter is addressed to the Debtors and Elliott. The Assistant Attorney General of the State of Texas has authorized the Debtors to bring the attached letter to the Court's attention.

Sincerely,

*/s/ Mark McKane, P.C.*

Mark McKane, P.C.

Enclosure

cc: Hal F. Morris, Assistant Attorney General