# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) **Re: D.I. 11430** |

## NOTICE OF FILING OF REVISED ORDER IN CONNECTION WITH "MOTION OF THE EFH/EFIH DEBTORS FOR ORDER AUTHORIZING ENTRY INTO MERGER AGREEMENT AND APPROVING TERMINATION FEE"

PLEASE TAKE NOTICE that, on July 7, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11430] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Motion, the E-Side Debtors are seeking entry of an order (a) authorizing the E-Side Debtors to enter into that certain Agreement and Plan of Merger, attached as Exhibit 1 to Exhibit A to the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

Motion, with Berkshire Hathaway Energy Company ("BHE") and (b) approving the payment of a termination fee to BHE as an allowed administrative expense claim payable if and when due without further order of the Bankruptcy Court. **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the Motion, the E-Side Debtors also filed the *Order Authorizing Entry Into Merger Agreement and Approving Termination Fee* (the "Proposed Order") in connection with the Motion.

PLEASE TAKE FURTHER NOTICE that, today, the E-Side Debtors have filed a revised proposed form of order (the "Revised Proposed Order") in connection with the Motion. A copy of the Revised Proposed Order is attached hereto as **Exhibit 1**. For the convenience of the Bankruptcy Court and other parties-in-interest, a redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit 2**. The E-Side Debtors hereby expressly incorporate the Revised Proposed Order into the Motion in its entirety as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE that, a hearing to consider approval of the Motion is currently scheduled be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **August 21, 2017 starting at 10:00 a.m. (Eastern Daylight Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the E-Side Debtors make further revisions to the Revised Proposed Order prior to the Hearing, the E-Side Debtors will present a further blacklined copy of such revised documents to the Bankruptcy Court either at or before the Hearing.

RLF1 17948021v.1

Dated: August 8, 2017
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:        collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:        edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:        james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*

RLF1 17948021v.1