**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. -and- ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC | : | Adv. Pro. No. 17-50942 (CSS) |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| NEXTERA ENERGY, INC. | : | |
| | : | |
| *Defendant*. | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 11, 2017 STARTING AT 1:00 P.M. (EDT)[2]**

**I.    CONTESTED MATTER GOING FORWARD:**

1. Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11669/Adv. D.I. 2; filed August 3, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The August 11, 2017 (the "August 11th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 1:00 p.m. (EDT). Any person who wishes to appear telephonically at the August 11th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Thursday, August 10, 2017** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

Response/Objection Deadline: August 10, 2017 at 12:00 p.m. (EDT)

Responses/Objections Received: None at this time

Related Documents:

i. Adversary Complaint [D.I. 11668/Adv. D.I. 1; filed August 3, 2017]

ii. Motion for Order Shortening Notice and Setting Response Deadline for Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11670/Adv. D.I. 3; filed August 3, 2017]

iii. The Elliott Funds' Objection to Debtors' Motion for Order Shortening Notice and Setting Response Deadline for Debtors' Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11673; filed August 4, 2017]

iv. Letter Regarding Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11676/Adv. D.I. 4; filed August 4, 2017]

v. Certification of Counsel Regarding Order Shortening Notice of Motion to Consolidate [D.I. 11680/Adv. D.I. 6; filed August 4, 2017]

vi. Order Shortening Notice and Setting Response Deadline for Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11682/Adv. D.I. 7; filed August 4, 2017]

Status: The hearing on this matter will go forward on a contested basis.

## II. STATUS CONFERENCE MATTER:

2. Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11430; filed July 7, 2017] (the "Merger Agreement Motion")

Response/Objection Deadline: August 9, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received: None at this time.

Related Documents:

i. Declaration of Paul Keglevic in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11431; filed July 7, 2017]

ii. Declaration of David Ying in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11432; filed July 7, 2017]

iii. Re-Notice of "Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee" and Hearing Thereon [D.I. 11625; filed July 27, 2017]

iv. Second Re-Notice of "Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee" and Hearing Thereon [D.I. 11659; filed August 1, 2017]

v. Notice of Filing of Revised Order in Connection with "Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee" [D.I. 11695; filed August 8, 2017]

Status: A status conference with respect to the Merger Agreement Motion, including a discussion of proposed protocols and procedures to govern the conduct of the August 21, 2017 hearing to consider the Merger Agreement Motion and any responses thereto will go forward.

[*Remainder of page intentionally left blank.*]

Dated: August 9, 2017
    Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

*Co-Counsel to the Debtors and Debtors in Possession With Respect to Agenda Item 2*

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

-and-

*/s/ Joseph H. Huston, Jr.*
**STEVENS & LEE, P.C.**
Joseph H. Huston, Jr. (No 4035)
Jason Daniel Angelo (No 6009)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone:    (302) 425-3310/11
Facsimile:    (302) 371-7972/11
Email:        jhh@stevenslee.com
              jda@stevenslee.com

*Co-Counsel to Plaintiff Energy Future Intermediate Holding Company LLC With Respect to Agenda Item 1*

-and-

*/s/ David M. Klauder*
**BIELLI & KLAUDER, LLC**
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, Delaware 19801
Telephone:    (302) 803-4600
Facsimile:    (302) 397-2557
Email:        dklauder@bk-legal.com

*Co-Counsel to Plaintiff Energy Future Holdings Corp. With Respect to Agenda Item 1*