## Exhibit 1

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 11684, 11685, 11686** |

## ORDER REGARDING CERTAIN DISCOVERY ISSUES IN CONNECTION WITH THE MOTION OF THE EFH/EFIH DEBTORS FOR ORDER AUTHORIZING ENTRY INTO MERGER AGREEMENT AND APPROVING TERMINATION FEE

Upon the letter briefs and related information submitted by Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Partnership (collectively, "Elliott") [D.I. 11684] and Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") [D.I. 11685, 11686] regarding certain discovery issues in connection with the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11430]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

RLF1 17952138v.1

dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the letter briefs; and the Court having determined that the legal and factual bases set forth in the letter briefs and as stated by counsel to Elliott and the Debtors on the telephonic hearing held August 7, 2017, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Elliott shall produce non-privileged documents and communications responsive to Requests for Production Nos. 13 and 18 in the *Debtors' Amended Interrogatories and Requests for Production to Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Partnership in Connection with the Debtors' Motion to Approve the BHE Merger Agreement*, dated July 29, 2017.

2. Elliott shall produce any executed deal documentation, including but not limited to executed commitment letters, 24 hours after they are executed.

3. Other than as set forth in paragraph 2, Elliott may redact the names of potential investors and/or financing sources in documents it produces.

4. Elliott's request that the Court order the E-Side Debtors to produce documents and communications after July 7, 2017 between the E-Side Debtors and their advisors, on one hand, and Berkshire Hathaway Energy Company and its advisors or Oncor Electric Delivery Company LLC and its advisors, on the other hand, is denied.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

6.  The Court retains jurisdiction with respect to all matters arising from or related to the entry, interpretation or implementation of this Order.

Dated: August _____, 2017
       Wilmington, Delaware

                                        _____
                                        THE HONORABLE CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE