**CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on August 9, 2017, I caused a true and correct copy of the **EFH Indenture Trustee's (I) Limited Objection and Reservation of Rights to the Motion of the EFH/EFIH Debtors for Order Authorizing Entry Into Merger Agreement and Approving Termination Fee and (II) Joinder in EFH/EFIH Committee's Objection** to be served upon all interested parties via CM/ECF and upon the parties listed on the attached service list via electronic mail and first class mail.

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)

## SERVICE LIST

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>Christopher M. De Lillo, Esq.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Email: collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br>delillo@rlf.com | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler , Esq.<br>Brian E. Schartz, Esq.<br>Aparna Yenamandra, Esq.<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Email: edward.sassower@kirkland.com<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com<br>aparna.yenamandra@kirkland.com |
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick , Esq.<br>Steven N. Serajeddini, Esq.<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Email: james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>steven.serajeddini@kirkland.com | SULLIVAN & CROMWELL LLP<br>Andrew G. Dietderich, Esq.<br>Brian D. Glueckstein, Esq.<br>John L. Hardiman, Esq.<br>Alexa J. Kranzley, Esq.<br>125 Broad St.<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>hardimanj@sullcrom.com<br>kranzleya@sullcrom.com |
| MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP<br>Natalie D. Ramsey, Esq.<br>Davis Lee Wright, Esq.<br>Mark A. Fink, Esq.<br>1105 N. Market St., 15th FL<br>Wilmington, DE 19801<br>Email: nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com | |