# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Re: D.I. 11700 |

### DECLARATION OF ERIN R. FAY FILED
### IN CONNECTION WITH THE ELLIOTT FUNDS' OBJECTION
### TO MOTION OF THE EFH/EFIH DEBTORS FOR ORDER AUTHORIZING
### ENTRY INTO MERGER AGREEMENT AND APPROVING TERMINATION FEE

Erin R. Fay hereby declares as follows:

1. I am counsel at Bayard, P.A., attorneys for Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") in the above-captioned bankruptcy proceeding.

2. I make this declaration to present certain documents referenced in *The Elliott Funds' Objection to Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* (the "Objection") filed contemporaneously herewith. Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee (the "Sale Motion") (Dkt. No. 11430).[1]

---

[1] Unless otherwise specified, all references to the docket refer to the docket for the above-captioned bankruptcy proceeding.

{BAY:03097249v1}

4. Attached hereto as **Exhibit B** is a true and correct copy of the Agreement and Plan of Merger, dated July 7, 2017, by and among BHE, EFH, and EFIH, attached as Exhibit 1 to Exhibit A of the Sale Motion.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code (Dkt. No. 7235).

6. Attached hereto as **Exhibit D** is a true and correct copy of the Transcript of the November 3, 2015 Hearing before the Hon. Christopher J. Sontchi (Dkt. No. 6878).

7. Attached hereto as **Exhibit E** is a true and correct copy of the Agreement and Plan of Merger, dated July 29, 2016, among NextEra, EFH, and EFIH, as amended, attached as Exhibit 1 to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement (Dkt. No. 9190).

8. Attached hereto as **Exhibit F** is a true and correct copy of the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code (Dkt. No. 10853).

9. Attached hereto as **Exhibit G** is a true and correct copy of the Notice That the NextEra Plan and NextEra Plan Confirmation Order Have Been Rendered Null and Void (Dkt. No. 11446).

10. Attached hereto as **Exhibit H** is a true and correct copy of the Motion to Reconsider in Part the September 16 Order Approving the NextEra Termination Fee (Dkt. No. 11636).

11. Attached hereto as **Exhibit I** is a true and correct copy of the Application of NextEra Energy, Inc. for Payment of Administrative Claim (Dkt. No. 11649).

12. Attached hereto as **Exhibit J** is a true and correct copy of the Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference (Dkt. No. 11669).

13. Attached hereto as **Exhibit K** is a true and correct copy of the Investor Rights Agreement, dated as of November 5, 2008, among Oncor and certain of its direct and indirect equity holders, including EFH and TTI.

14. Attached hereto as **Exhibit L** is a true and correct copy of the agreement, dated October 30, 2016, to acquire the TTI Minority Interest.

15. Attached hereto as **Exhibit M** is a true and correct copy of the Joint Report and Application of Texas Transmission Holdings Corporation and NextEra Energy, Inc. for Regulatory Approvals (PUCT Dkt. No. 47453).

16. Attached hereto as **Exhibit N** is a true and correct copy of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy (Dkt. No. 11426).

17. Attached hereto as **Exhibit O** is a true and correct copy of the Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Dkt. No. 11427).

18. Attached hereto as **Exhibit P** is a true and correct copy of the Transcript of the May 19, 2016 Hearing before the Hon. Christopher J. Sontchi, *In re Energy Future Holdings Corp.*, Adv. Pro. 17-50479 (Bankr. D. Del.) (Dkt. No. 40).

19. Attached hereto as **Exhibit Q** is a true and correct copy of the May 22, 2003 Order of Dismissal on Rehearing of the Application of Central Power & Light Co. for Declaratory Order and Approval of Plan of Divestiture (PUCT Dkt. No. 27120).

20. Attached hereto as **Exhibit R** is a true and correct copy of the Order on Certified Issue in the Joint Pet. of Sw. Pub. Serv. Com. and Golden Spread Electric Coop., Inc. for a Declaratory Order (PUCT Dkt. No. 35820).

21. Attached hereto as **Exhibit S** is a true and correct copy of the Declaration of Paul Keglevic in Support of the Sale Motion (Dkt. No. 11431).

22. Attached hereto as **Exhibit T** is a true and correct copy of the Declaration of David Ying in Support of the Sale Motion, and attached exhibits (Dkt. No. 9192).

23. Attached hereto as **Exhibit U** is a true and correct copy of the Transcript of the July 12, 2017 Hearing before the Hon. Christopher J. Sontchi (Dkt. No. 11473).

24. Attached hereto as **Exhibit V** is a true and correct copy of the Transcript of the September 26, 2016 Hearing before the Hon. Christopher J. Sontchi (Dkt. No. 9693).

25. Attached hereto as **Exhibit W** is a true and correct copy of the Transcript of the September 19, 2016 Hearing before the Hon. Christopher J. Sontchi (Dkt. No. 9606).

26. Attached hereto as **Exhibit X** is a true and correct copy of the Preliminary Order of the Joint Report and Application of Oncor Electric Delivery Co. and Texas Energy Future Holdings Pursuant to PURA §14.101 (PUCT Dkt. No. 34077).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2017 in Wilmington, Delaware.

*/s/ Erin R. Fay*
Erin R. Fay