# Exhibit G

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 10853, 10859** |

## NOTICE THAT THE NEXTERA PLAN AND NEXTERA PLAN CONFIRMATION ORDER HAVE BEEN RENDERED NULL AND VOID

**PLEASE TAKE NOTICE** that, on February 17, 2017, the Court entered an order [D.I. 10859] (the "NextEra Plan Confirmation Order") confirming the *Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors* [D.I. 10853] (the "NextEra Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article IX.D of the NextEra Plan, conditions precedent to the EFH Effective Date include that: (a) all conditions to the completion of the transactions contemplated by the Merger Agreement shall have been satisfied or waived and (b) the Restructuring Transactions shall have been consummated.

**PLEASE TAKE FURTHER NOTICE** that paragraph 150 of the NextEra Plan Confirmation Order provides that the provisions set forth in such order shall not be binding on any party if a condition to the occurrence of the EFH Effective Date does not occur, is not otherwise waived, and it is determined that the EFH Effective Date shall not and cannot occur.

**PLEASE TAKE FURTHER NOTICE** that, on July 6, 2017, the Merger Agreement was terminated[3] and, therefore, the EFH Effective Date cannot and shall not occur with respect to the NextEra Plan. Accordingly, pursuant to Article X.C.3 of the NextEra Plan and paragraph 150 of the NextEra Plan Confirmation Order, the NextEra Plan and NextEra Plan Confirmation Order are null and void as of July 7, 2017 in accordance with their respective terms.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the NextEra Plan.

[3] *See Notice of Filing Letters Terminating (A) The NEE Plan Support Agreement and (B) the NEE Merger Agreement* [D.I. 11424].

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain copies of any of the documents referenced herein may download copies from the Debtors' claims and noticing agent, Epiq Bankruptcy Solutions, LLC at http://www.efhcaseinfo.com.

Dated: July 11, 2017
      Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com
       aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession