**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on August 9, 2017 a true and correct copy of the *Limited Objection of UMB Bank, N.A. to the Motion of the EFH/EFIH Debtors for Order Authorizing Entry Into Merger Agreement and Approving Termination Fee* was served on the parties listed below via first class mail:

| | |
|---|---|
| Mark D. Collins, Esquire<br>Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>Christopher M. De Lillo, Esquire<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801 | Edward O. Sassower, P.C., Esquire<br>Stephen Hessler, Esquire<br>Brian E. Schartz, Esquire<br>Aparna Yenamandra, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611 |
| James H.M. Sprayregen, P.C., Esquire<br>Marc Kieselstein, P.C., Esquire<br>Chad J. Husnick, Esquire<br>Steven N. Serajeddini, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 | |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PHIL1 6392623v.1

Dated: August 9, 2017
Wilmington, DE

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:     (212) 872-1000
Facsimile:      (212) 872-1002
Email:            idizengoff@akingump.com
                      aqureshi@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
Joanna F. Newdeck (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone:     (202) 887-4000
Facsimile:      (202) 887-4288
Email:            salberino@akingump.com
                      jnewdeck@akingump.com

By: */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (DE Bar ID No. 4204)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Tel: (302) 426-1189
Fax: (302) 426-9193
Email: rlemisch@klehr.com

          - *and* -

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313
Telephone: (312) 832-4500
Facsimile:  (312) 832-4700
Email:  hkaplan@foley.com
            mhebbeln@foley.com
            lapeterson@foley.com

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: bgfelder@foley.com
           jfriedman@foley.com

*Co-Counsel for UMB BANK, N.A., as Trustee*