IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> ENERGY FUTURE ) <br> HOLDINGS CORP., *et al.*, ) <br> ) <br> *Debtors*. ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br><br> RE: D.I. 11430 |

**OBJECTION BY SUNRISE PARTNERS LIMITED PARTNERSHIP TO THE MOTION OF THE EFH/EFIH DEBTORS FOR ORDER AUTHORIZING ENTRY INTO MERGER AGREEMENT AND APPROVING TERMINATION FEE**

Sunrise Partners Limited Partnership (the "Noteholder") respectfully objects (the "Objection") to the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [Docket No. 11430] (the "Sale Motion"). In support of this Objection, the Noteholder respectfully states as follows:[1]

**PRELIMINARY STATEMENT**

1. The Noteholder holds, among other claims, in excess of $250 million in Energy Future Intermediate Holding Company LLC's ("EFIH") unsecured bonds (the "PIK Notes"). For the reasons set forth in the Elliott Objection the Debtors' request to approve the merger agreement with Berkshire Hathaway Energy Corporation ("BHE Merger Agreement") and a $270 million termination fee (the "BHE Termination Fee") should be denied.

**BASIS FOR OBJECTION**

2. In support of this Objection, the Noteholder makes reference to, and incorporates herein by reference, the Elliott Objection.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in *The Elliott Funds' Objection to the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I.11700] the ("Elliott Objection").

## **CONCLUSION**

WHEREFORE, the Noteholder respectfully requests that the Court (i) deny the E-Side Debtors request to approve the BHE Merger Agreement and the BHE Termination Fee, and (ii) grant such other relief as is appropriate under the circumstances.

Date: August 9, 2017
Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Evan W. Rassman (DE 6111)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile:  (302) 425-5814
Email:  mbusenkell@gsbblaw.com
            erassman@gsbblaw.com

-AND-

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Scott Talmadge, Esq.
Abbey Walsh, Esq.
Steven Fruchter, Esq.
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone:  (212) 277-4000
Facsimile:   (212) 277-4001
Email: scott.talmadge@freshfields.com
          abbey.walsh@freshfields.com
          steven.fruchter@freshfields.com

*Counsel to Sunrise Partners Limited Partnership*