**CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, hereby certify that on August 9, 2017, I caused a true and correct copy of the *Objection by Sunrise Partners Limited Partnership to Motion of the EFH/EFIH Debtors for Entry of Order Authorizing Entry into Merger Agreement and Approving Termination Fee* to be filed and served via the CM/ECF electronic notification system and served via First Class Mail, postage prepaid upon the parties listed below.

Dated: August 9, 2017                                        */s/ Michael Busenkell*
                                                                              Michael Busenkell (DE 3933)

**Via First Class U.S. Mail**
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Christopher M. De Lillo, Esq.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz, Esq.
Aparna Yenamandra, Esq.
601 Lexington Avenue
New York, New York 10022-4611

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654