**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Related Docket No. 11628** |

**NOTICE OF INTENT OF WILMINGTON TRUST, N.A., AS TCEH FIRST LIEN AGENT, TO PARTICIPATE IN EFH/EFIH DISCLOSURE STATEMENT PROCEEDINGS AND EFH/EFIH CONFIRMATION PROCEEDINGS**

In accordance with the July 28, 2017 *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* (Docket No. 11628) (the "Confirmation Scheduling Order"), Wilmington Trust, N.A., as successor collateral agent (the "First Lien Collateral Agent") and as successor administrative agent (the "First Lien Administrative Agent" and together with the First Lien Collateral Agent, the "TCEH First Lien Agent") under that certain Credit Agreement dated as of October 10, 2007 (as amended, modified or supplemented from time to time) (the "Credit Agreement") among Texas Competitive Electric Holding Company LLC, as borrower, Energy Future Competitive Holdings Company LLC, as parent guarantor and certain subsidiary guarantors and various lenders from time to time, and related transaction documents, hereby provides notice of intent to participate in the Statement Proceedings and Confirmation Proceedings (as defined in the Confirmation Scheduling Order).

1.      The address of the TCEH First Lien Agent is:

Wilmington Trust, N.A.
Attn: Jeffrey T. Rose
50 South Sixth Street
Suite 1290
Minneapolis, MN 55402

2.      The First Lien Collateral Agent's claim and the First Lien Administrative Agent's claim against the Debtors are set forth in Proof of Claim Numbers 7488 and 7489, respectively. Pursuant to the *Confirmed Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Debtors*, dated August 23, 2016 (Docket No. 9375) (the "<u>TCEH Plan</u>)", the secured parties under the Credit Agreement and related transaction documents are entitled to the proceeds of the TCEH Settlement Claim (as defined in the TCEH Plan). The *Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated July 7, 2017 (Docket No. 11426) provides for the treatment of the TCEH Settlement Claim. In addition, the First Lien Administrative Agent and First Lien Collateral Agent are named defendants in: (a) Adversary Proceeding No. 15-51239 (CSS), currently on appeal before the United States District Court for the District of Delaware; and (b) Adversary Proceeding No. 15-51917 (CSS), currently on appeal before the United States Court of Appeals for the Third Circuit.

SK 02463 0067 7586954
106040628_2

The names and addresses of counsel to the TCEH First Lien Agent are:

Blank Rome LLP
Michael D. DeBaecke
1201 Market Street, Suite 800
Wilmington, DE 19801

(counsel to the TCEH First Lien Agent in the Debtors' chapter 11 cases and in Adversary Proceeding No. 15-51917 and to the First Lien Collateral Agent in Adversary Proceeding No. 15-51239)

Seward & Kissel LLP
Mark D. Kotwick
One Battery Park Plaza
New York, NY 10004

(counsel to the TCEH First Lien Agent in the Debtor's chapter 11 cases and Adversary Proceeding No. 15-51917 and to the First Lien Collateral Agent in Adversary Proceeding No. 15-51239)

Stevens & Lee, P.C.
Joseph H. Huston, Jr.
1105 North Market Street, Suite 700
Wilmington, DE 19801

(counsel to the First Lien Administrative Agent in Adversary Proceeding No. 15-51239)

-and-

O'Melveny & Myers, LLP
George A. Davis
Times Square Tower
7 Times Square
New York, NY 10036

(counsel to the First Lien Administrative Agent in Adversary Proceeding No. 15-51239)

Dated: August 9, 2017
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
1201 N. Market Street, Suite 800
Wilmington Delaware, 19801
Telephone: (302) 425-6400

-and-

**SEWARD & KISSEL LLP**

*/s/ Mark D. Kotwick*
Mark D. Kotwick *(admitted pro hac vice)*
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1500

*Attorneys for Wilmington Trust, N.A.,
as TCEH First Lien Agent*

-4-