## CERTIFICATE OF SERVICE

I, Michael D. DeBaecke, hereby certify that on the 9th day of August, 2017, I served or caused to be served the foregoing *Notice of Intent of Wilmington Trust, N.A., as TCEH First Lien Agent, to Participate in EFH/EFIH Disclosure Statement Proceedings and EFH/EFIH Confirmation Proceedings* upon the persons or entities listed on the attached service list via U.S. first-class mail, postage fully pre-paid.

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: GENERAL COUNSEL
6201 15TH AVE
BROOKLYN, NY 11219

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: PAUL KIM
6201 15TH AVE
BROOKLYN, NY 11219

ASHBY & GEDDES PA
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
AD HOC COMMITTEE OF TCEH SECOND LIEN
NOTEHOLDERS)
ATTN: WILLIAM BOWDEN &
GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON, DE 19899

BAYARD PA
(COUNSEL TO CSC TRUST CO OF DELAWARE,
SUCC TTEE UNDER THE TCEH 11.5% SR SECURED
NOTES INDENTURE)
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BAYARD PA
(COUNSEL TO ELLIOTT)
ATTN: SCOTT D COUSINS,
ERIN R FAY, EVAN T MILLER
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BIELLI & KLAUDER LLC
(COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: DAVID M KLAUDER ESQ &
CORY P STEPHENSON ESQ
1204 N KING STREET
WILMINGTON, DE 19801

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ
7 TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS, ANDREW STREHLE
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM ST
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
(COUNSEL TO EFIH SECOND LIEN TRUSTEE)
ATTN: STEPHANIE WICKOUSKI;
MICHELLE MCMAHON
1290 6TH AVE #33
NEW YORK, NY 10104-3300

BRYAN CAVE LLP
ATTN: ROBERT E PEDERSEN ESQ
1290 6TH AVE #33
NEW YORK, NY 10104-3300

CAPLIN & DRYSDALE, CHARTERED
(COUNSEL TO FENICLE, FAHY, AND JONES;
HEINZMANN)
ATTN: LESLIE M KELLEHER ESQ &
JEANNA KOSKI ESQ
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON, DC 20005-5802

CHIPMAN BROWN CICERO & COLE LLP
(COUNSEL TO BERKSHIRE HATHAWAY ENERGY)
ATTN: WILLIAM E CHIPMAN JR,
MARK D OLIVERE
HERCULES PLAZA
1313 N MARKET ST STE 5400
WILMINGTON, DE 19801

CITIBANK N.A.
ATTN: ERIC O LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK, NY 10013

CITIBANK N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720

CITIBANK N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY 10013

CITIBANK N.A.
ATTN: ZORI MIGLIORINI
388 GREENWICH ST 21ST FL
NEW YORK, NY 10013

CITIBANK N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720

COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
650 DE MAISONNEUVE WEST 7TH FL
MONTREAL, QC H3A 3T2

CRAVATH SWAINE & MOORE LLP
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH)
ATTN: MICHAEL A PASKIN ESQ
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK, NY 10019-7475

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E HORWITZ
MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

DEUTSCHE BANK
ATTN: MARCUS M TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

DORSEY & WHITNEY DELAWARE LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: ERIC LOPEZ SCHNABEL,
ROBERT W. MALLARD &
ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON, DE 19801

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: ROBERT K. MALONE
222 DELAWARE AVE STE 1410
WILMINGTON, DE 19801-1621

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ,
MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)
ATTN: JEFFREY SCHLERF; L. JOHN BIRD
919 N MARKET ST STE 300
WILMINGTON, DE 19801

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO)
ATTN: BRAD E SCHELER ESQ,
GARY L KAPLAN ESQ
MATTHEW M ROOSE ESQ
1 NEW YORK PLAZA
1 FDR DRIVE
NEW YORK, NY 10004

| | |
|---|---|
| GIBSON DUNN & CRUTCHER LLP<br>(COUNSEL TO BERKSHIRE HATHAWAY ENERGY)<br>ATTN: JEFFREY KRAUSE,<br>MICHAEL NEUMEISTER<br>DANIEL DENNY<br>333 S GRAND AVE<br>LOS ANGELES, CA 90071-3197 | HOGAN MCDANIEL<br>(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)<br>ATTN: GARVAN F MCDANIEL ESQ<br>1311 DELAWARE AVE<br>WILMINGTON, DE 19806 |
| HOGAN MCDANIEL<br>(COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS; JOHN H JONES)<br>ATTN: DANIEL K HOGAN ESQ AND<br>GARVIN F MCDANIEL ESQ<br>1311 DELAWARE AVE<br>WILMINGTON, DE 19806 | HOGAN MCDANIEL<br>(COUNSEL TO DAVID HEINZMANN)<br>ATTN: DANIEL K HOGAN ESQ<br>1311 DELAWARE AVE<br>WILMINGTON, DE 19806 |
| JENNER & BLOCK<br>(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/ EFIH)<br>ATTN: RICHARD LEVIN, ESQ.<br>919 THIRD AVENUE<br>NEW YORK, NY 10022-3908 | JENNER & BLOCK<br>(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/ EFIH)<br>ATTN: VINCENT E LAZAR ESQ<br>353 N CLARK ST<br>CHICAGO, IL 60654 |
| KASOWITZ BENSON TORRES LLP<br>(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)<br>ATTN: DAVID ROSNER,<br>ANDREW GLENN,<br>DANIEL FLIMAN<br>1633 BROADWAY<br>NEW YORK, NY 10019 | KELLEY DRYE & WARREN LLP<br>(COUNSEL TO CSC TRUST OF DE)<br>ATTN: JAMES CARR,<br>BENJAMINN FEDER &<br>BERT SAYDAH<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| KELLY HART & HALLMAN LLP<br>(COUNSEL TO ONCOR STEERING COMMITTEE)<br>ATTN: MICHAEL MCCONNELL ESQ &<br>CLAY TAYLOR ESQ<br>KATHERINE THOMAS ESQ<br>201 MAIN ST STE 2500<br>FORT WORTH, TX 76102 | KIRKLAND & ELLIS LLP<br>(COUNSEL TO EFHC DEBTORS)<br>ATTN: EDWARD SASSOWER PC,<br>STEPHEN HESSLER ESQ<br>BRIAN E SCHARTZ ESQ<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 |

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES H.M. SPRAYREGEN PC
CHAD HUSNICK ESQ &
STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO UMB BANK N.A.
INDENTURE TRUSTEE)
ATTN: RAYMOND H LEMISCH ESQ
919 MARKET ST STE 1000
WILMINGTON, DE 19801

KOBRE & KIM LLP
(COUNSEL TO DELAWARE TRUST COMPANY)
ATTN: MICHAEL S. KIM; JEREMY C. HOLLEMBEAK
800 THIRD AVENUE
NEW YORK, NY 10022

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11%
& 11.75% SR)
ATTN: THOMAS MOERS MAYER;
GREGORY HOROWITZ;
JOSHUA BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LANDIS RATH & COBB LLP
(COUNSEL TO MARATHON MGMT, ALCOA AND
NEXTERA ENERGY RESOURCES)
ATTN: ADAM G LANDIS ESQ,
MATTHEW B MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

LAW DEBENTURE TRUST COMPANY
OF NEW YORK
ATTN: FRANK GODINO, VP
801 2ND AVE RM 403
NEW YORK, NY 10017-8664

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801

MASLON EDELMAN BORMAN & BRAND LLP
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
ATTN: CLARK T WHITMORE,
ANA CHILINGARISHVILI
90 S 7TH ST STE 3300
MINNEAPOLIS, MN 55402-4140

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: DAVID P PRIMACK ESQ
300 DELAWARE AVE STE 770
WILMINGTON, DE 19801

MILBANK TWEED HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: DENNIS F DUNNE ESQ,
EVAN R FLECK ESQ
28 LIBERTY ST
NEW YORK, NY 10005-1413

MONTGOMERY MCCRACKEN WALKER & RHOADS
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: NATALIE RAMSEY,
DAVIS LEE WRIGHT,
MARK FINK
SIDNEY LIEBESMAN
1105 N MARKET ST 15TH FL
WILMINGTON, DE 19801

MORRIS JAMES LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: STEPHEN M MILLER ESQ
PO BOX 2306
WILMINGTON, DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS')
ATTN: DERK ABBOTT;
ANDREW REMMING
1201 N MARKET ST STE 1600
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ,
BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019

MUNGER TOLLES & OLSON LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: THOMAS B WALPER ESQ,
TODD J ROSEN ESQ;
SETH GOLDMAN ESQ;
JOHN W SPIEGEL ESQ
355 S GRAND AVE 35TH FL
LOS ANGELES, CA 90071

NIXON PEABODY
(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)
ATTN: RICHARD C PEDONE ESQ;
AMANDA D DARWIN ESQ
100 SUMMER ST
BOSTON, MA 02110

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK ST STE 1006
NEW YORK, NY 10014

O'KELLY & ERNST LLC
(COUNSEL TO FIDELITY)
ATTN: MICHAEL J JOYCE ESQ
901 N MARKET ST 10TH FL
WILMINGTON, DE 19801

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: LAURA DAVIS JONES;
ROBERT FEINSTEIN
919 N MARKET ST 17TH FL
WILMINGTON, DE 19801

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: DANIEL A LOWENTHAL ESQ;
CRAIG W DENT ESQ
BRIAN P GUINEY ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL WEISS RIFKIND WHARTON & GARRISON
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN; JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PERKINS COIE LLP
(COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE)
ATTN: TINA N MOSS ESQ
30 ROCKEFELLER PLAZA 22ND FL
NEW YORK, NY 10112-0015

POLSINELLI PC
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: CHRISTOPHER WARD ESQ,
JUSTIN EDELSON ESQ
SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
(COUNSEL TO CITIBANK)
ATTN: JEREMY W RYAN,
R. STEPHEN MCNEILL
1313 N MARKET ST 6TH FL
PO BOX 951
WILMINGTON, DE 19801

PROSKAUER ROSE LLP
(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: JEFF J MARWIL,
MARK K THOMAS,
PETER J YOUNG
70 W MADISON ST #3800
CHICAGO, IL 60602

REED SMITH LLP
(COUNSEL TO BANK OF NEW MELLON, PCRB TRUSTEE)
ATTN: SARAH K KAM ESQ
599 LEXINGTON AVE 22ND FL
NEW YORK, NY 10022

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY NA AS INDENTURE TRUSTEES)
ATTN: KURT F GWYNNE ESQ
1201 MARKET ST STE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO THE BONY MELLON SOLELY IN ITS CAPACITY AS TTEE UNDER ENUMERATED TRUST INDENTURE TRUSTEES)
ATTN: ROBERT P SIMONS ESQ
REED SMITH CENTRE
225 5TH AVE STE 1200
PITTSBURGH, PA 15222

| | |
|---|---|
| RICHARDS LAYTON & FINGER<br>(CO-COUNSEL TO EFHC DEBTORS)<br>ATTN: MARK D COLLINS ESQ<br>DANIEL J DEFRANCESCHI ESQ<br>JASON M MADRON ESQ<br>920 N KING ST<br>WILMINGTON, DE 19801 | ROPES & GRAY LLP<br>(COUNSEL TO ELLIOTT)<br>ATTN: KEITH WOFFORD,<br>GREGG GALARDI,<br>D ROSS MARTIN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 |
| ROPES & GRAY LLP<br>ATTN: MARK R SOMERSTEIN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | SHEARMAN & STERLING LLP<br>(COUNSEL TO CITIBANK)<br>ATTN: FREDERIC SOSNICK ESQ,<br>NED S SCHODEK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 |
| STEVENS & LEE PC<br>(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING<br>COMPANY LLC/EFIH)<br>ATTN: JOSEPH H HUSTON JR ESQ<br>1105 N MARKET ST STE 700<br>WILMINGTON, DE 19801 | SULLIVAN & CROMWELL LLP<br>(COUNSEL TO EFH CREDITORS COMMITTEE)<br>ATTN: ANDREW G DIETDERICH,<br>BRIAN D GLUECKSTEIN<br>MICHAEL H TORKIN ESQS<br>125 BROAD ST<br>NEW YORK, NY 10004 |
| THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: RAFAEL MARTINEZ,VP - CSM<br>601 TRAVIS ST 16TH FL<br>HOUSTON, TX 77002 | THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: THOMAS VLAHAKIS,VP<br>385 RIFLE CAMP RD 3RD FL<br>WOODLAND PARK, NJ 07424 |
| THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: DENNIS ROEMLEIN<br>601 TRAVIS, 16TH FL<br>HOUSTON, TX 77002 | THE RUCKDESCHEL LAW FIRM LLC<br>(COUNSEL TO DAVID HEINZMANN)<br>ATTN: JONATHAN RUCKDESCHEL ESQ<br>8357 MAIN ST<br>ELLICOTT CITY, MD 21043 |

| | |
|---|---|
| TROUTMAN SANDERS LLP<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS)<br>ATTN: HUGH MCDONALD,<br>LOUIS CURCIO, BRETT GOODMAN<br>875 THIRD AVE<br>NEW YORK, NY 10022 | UMB BANK N.A.<br>ATTN: LAURA ROBERSON, VP<br>2 S BROADWAY STE 600<br>ST. LOUIS, MO 63102 |
| VENABLE LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC)<br>ATTN: JEFFREY S. SABIN ESQ<br>1270 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | VENABLE LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC)<br>ATTN: JAMIE L. EDMONSON<br>1201 NORTH MARKET STREET<br>WILMINGTON, DE 19801 |
| WACHTELL LIPTON ROSEN & KATZ<br>(COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS')<br>ATTN: RICHARD MASON;<br>EMIL KLEINHAUS<br>51 W 52ND ST<br>NEW YORK, NY 10019 | WHITE & CASE LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE)<br>ATTN: J. CHRISTOPHER SHORE;<br>GREGORY STARNER<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| WHITE & CASE LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; AND LAW DEBENTURE)<br>ATTN: THOMAS LAURIA ESQ;<br>MATTHEW BROWN ESQ<br>200 S BISCAYNE BLVD STE 4900<br>MIAMI, FL 33131 | WILMER CUTLER PICKERING HALE & DORR LLP<br>(COUNSEL TO CSC TRUST COMPANY OF DELAWARE)<br>ATTN: P. ANKER, C. PLATT & G. SHUSTER<br>250 GREENWICH ST 45TH FL<br>NEW YORK, NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>(COUNSEL TO MARATHON ASSET MGMT)<br>ATTN: PHILIP ANKER ESQ &<br>GEORGE SHUSTER ESQ<br>7 WORLD TRADE CENTER, 205 GREENWICH ST<br>NEW YORK, NY 10007 | WILMER CUTLER PICKERING HALE & DORR LLP<br>(COUNSEL TO MARATHON ASSET MGMT)<br>ATTN: BENJAMIN LOVELAND ESQ<br>60 STATE ST<br>BOSTON, MA 02109 |

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY<br>ATTN: PATRICK J HEALY<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | WILMINGTON TRUST FSB<br>ATTN: JEFFREY T. ROSE<br>50 S SIXTH ST STE 1290<br>MINNEAPOLIS, MN 55402 |

YOUNG CONAWAY STARGATT & TAYLOR LLP
(COUNSEL TO AD HOC COMMITTEE OF
TCEH FIRST LIEN)
ATTN: PAULINE MORGAN;
JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
1000 N KING ST
WILMINGTON, DE 19801