**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Chapter 11 |
| *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | |
| | ) | |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP. | ) | Adversary Proceeding |
| | ) | No. 17-50942 (CSS) |
| - and - | ) | |
| | ) | |
| ENERGY FUTURE INTERMEDIATE | ) | |
| HOLDING COMPANY, LLC | ) | |
| | ) | |
| *Plaintiffs.* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTERA ENERGY, INC. | ) | **Re: Docket Nos. 11636, 11649, 11668,** |
| | ) | **11669** |
| *Defendant.* | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL CONCERNING
STIPULATION AND ORDER REGARDING ELLIOTT'S MOTION TO RECONSIDER**

On July 29, 2017, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool

Limited Partnership (collectively, "Elliott") filed the *Motion to Reconsider in Part the September*

*19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee* [D.I. 11636] (the

"Motion to Reconsider") with the United States Bankruptcy Court for the District of Delaware,

824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

On July 31, 2017, NextEra Energy, Inc. ("NextEra") filed the *Application of NextEra Energy, Inc. for Payment of Administrative Claim* [D.I. 11649] (the "NextEra Application").

On August 2, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Adversary Complaint* [D.I. 11668] against NextEra in the above-captioned proceeding (the "Adversary Proceeding").

On August 2, 2017, the Debtors filed *Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set A Rule 7016 Scheduling Conference* [D.I. 11669] (the "Consolidation and Scheduling Motion"), which seeks to consolidate, for all purposes, the Motion to Reconsider, the NextEra Application, and the Adversary Proceeding.

On August 3, 2017, the Court set the Consolidation and Scheduling Motion for hearing on August 11, 2017 [D.I. 11682].

The undersigned counsel to the Debtors, NextEra, and Elliott (together, the "Parties") have met-and-conferred in good faith to resolve the Motion for Reconsideration and the Consolidation and Scheduling Motion, and the Parties wish to resolve both expeditiously without additional discovery.  Further to those meet-and-confer efforts, the Parties have mutually agreed to entry into the *Stipulation and Order Regarding Elliott's Motion to Reconsider*, attached hereto as **Exhibit A** (the "Stipulation and Order").

The Parties therefore respectfully request that the Bankruptcy Court enter the Stipulation and Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: August 10, 2017
      Wilmington, Delaware

                        */s/ David M. Klauder*

**BIELLI & KLAUDER, LLC**
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 803-4600
Facsimile: (302) 397-2557
Email: dklauder@bk-legal.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:     edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com
            aparna.yenamandra@kirkland.com

-and-

Mark McKane, P.C.
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500
Email:     mark.mckane@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Andrew R. McGaan, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:       james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              amcgaan@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to Debtors and Plaintiffs*

## <u>Exhibit A</u>

**Stipulation and Order Regarding Elliott's Motion to Reconsider**