IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   §
                    §   SS:
NEW CASTLE COUNTY   §

Larry Morton, being duly sworn according to law, deposes and says that he is employed by Bayard, P.A., co-counsel for Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership, in the above-captioned cases and that on the 9th day of August, 2017, he caused copies of the following pleadings to be served upon the parties listed on Exhibit A via hand delivery on local parties and overnight courier on the remaining parties:

- **The Elliott Funds' Objection to Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11700]**

- **Declaration of Erin R. Fay Filed in Connection with the Elliott Funds' Objection to Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11702]**

_____
Larry Morton

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: August 10, 2017

_____
Notary Public

{BAY:03097692v1}

# Exhibit A

**Via Hand Delivery:**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

William E. Chipman, Esq.
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
Montgomery, Mccracken, Walker
& Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801

Christopher P. Simon, Esq.
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801

Raymond H. Lemisch, Esq.
Klehr Harrison Harvey
Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Michael Busenkell, Esq.
Evan W. Rassman, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**Via First Class Mail:**

Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexing Avenue
New York, NY 10022

James H.M. Sprayregen, Esq.
Marc Kieselstein, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Daniel B. Denny, Esq.
Jeffrey C. Krause, Esq.
Michael S. Neumeister, Esq.
Steven E. Sletten, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
John L. Hardiman, Esq.
Alexa J. Kranzley, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Amanda D. Darwin, Esq.
Richard C. Pedone, Esq.
Erik Schneider, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Christopher J. Fong, Esq.
Nixon Peabody LLP
55 West 46th Street
New York, NY 10036

Ira S. Dizengoff, Esq.
Abid Qureshi, Esq.
Akin Gump Strauss Hauer
& Feld LLP
One Bryant Park
New York, NY 10036

Scott L. Alberino, Esq.
Joanna F. Newdeck, Esq.
Akin Gump Strauss Hauer
& Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Harold L. Kaplan, Esq.
Mark F. Hebbeln, Esq.
Lars A. Peterson, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654

Barry G. Felder, Esq.
Jonathan H. Friedman, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Scott Talmadge, Esq.
Abbey Walsh, Esq.
Steven Fruchter, Esq.
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022

{BAY:03097692v1}