# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors.* | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Re: Docket No. 11669** |
| ENERGY FUTURE HOLDINGS CORP.<br>        -and-<br>ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC<br><br>*Plaintiffs.*<br><br>v.<br><br>NEXTERA ENERGY, INC.<br><br>*Defendant.* | Adversary Proceeding<br>No. 17-50942 (CSS)<br><br><br><br>Hearing Date: August 11, 2017 at 1:00 p.m. (ET)<br><br>**Re: Adv. Docket No. 2** |

**EFH INDENTURE TRUSTEE'S STATEMENT REGARDING PLAINTIFFS ENERGY FUTURE HOLDINGS CORP. AND ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC'S MOTION TO CONSOLIDATE AND SET A RULE 7016 SCHEDULING CONFERENCE**

American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain unsecured notes issued by Energy Future Holdings Corp. ("EFH Corp."), by its undersigned counsel, submits the following statement regarding the *Plaintiffs Energy Future Holdings Corp. and Energy Intermediate Holding Company, LLC's*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.

1

*Motion to Consolidate and Set a Rule 7016 Scheduling Conference* [D.I. 11669] (the "Motion to Consolidate").

The Motion to Consolidate seeks to consolidate three related proceedings: (1) Elliot Associates, L.P, Elliot International, L.P, and The Liverpool Limited Partnership (collectively, "Elliot")'s Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee [D.I. 11636] (the "Elliot Motion"); (2) the Application of NextEra Energy Inc. for Payment of Administrative Claim [D.I. 11649] (the "NextEra Application"); and (3) *Energy Future Holdings Corp. et al v. NextEra Energy, Inc*., Adversary Proceeding No. 17-50942 (the "Adversary Proceeding").

The EFH Indenture Trustee understands that discussions are taking place regarding the terms on which the Elliot Motion may proceed in September, without being consolidated. The EFH Indenture Trustee would not oppose a separate schedule for the Elliot Motion. The EFH Indenture Trustee reserves all rights to comment on any agreement that the parties may reach, and to otherwise respond or object to any motion on this issue.

The EFH Indenture Trustee agrees with Plaintiffs that the NextEra Application and the Adversary Proceeding address the same dispute and should be consolidated in order to make orderly and efficient use of the Court's and the parties' time.

The EFH Indenture Trustee will be affected by the resolution of the NextEra Application and the Adversary Proceeding because the outcome will affect creditor recoveries at EFH and EFIH. Therefore, if the Court grants the Motion to Consolidate, the EFH Indenture Trustee anticipates that it will seek to intervene in the consolidated action. Accordingly, the EFH Indenture Trustee requests that this Court, in connection with any scheduling orders entered

(whether or not consolidation is allowed), include a schedule for the orderly and prompt determination of any motions to intervene.

Dated: Wilmington, DE
August 10, 2017

**CROSS & SIMON, LLC**

By: /s/*Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

-and-

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

-and-

Christopher J. Fong
55 West 46th Street
New York, NY 10036
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*