**CERTIFICATE OF SERVICE**

  I, Christopher P. Simon, hereby certify that on August 10, 2017, I caused a true and correct copy of the **EFH Indenture Trustee's Statement Regarding Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference** to be served upon all interested parties via CM/ECF and upon the parties listed on the attached service list via electronic mail and first class mail.

                */s/ Christopher P. Simon*
                Christopher P. Simon (No. 3697)

## SERVICE LIST

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler , Esq.
Brian E. Schartz, Esq.
Aparna Yenamandra, Esq.
601 Lexington Avenue
New York, New York 10022-4611
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
aparna.yenamandra@kirkland.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Andrew R. McGaan, P.C.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com
amcgaan@kirkland.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Mark McKane, P.C.
555 California Street
San Francisco, CA 94104
mark.mckane@kirkland.com

BIELLI & KLAUDER LLC
David M. Klauder, Esq.
1204 N King Street
Wilmington, DE 19801
dklauder@bk-legal.com

STEVENS & LEE PC
Joseph H. Huston, Jr., Esq.
Jason Daniel Angelo, Esq.
919 North Market Street, Suite 1300
Wilmington, DE 19801
jhh@stevenslee.com
jda@stevenslee.com

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Joseph D. Wright, Esq.
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
wright@lrclaw.com

| | |
|---|---|
| NORTON ROSE FULBRIGHT US LLP<br>Howard Seife, Esq.<br>Robin Ball, Esq.<br>Andrew Rosenblatt, Esq.<br>Eric Daucher, Esq.<br>1301 Avenue of the Americas<br>New York, NY 10019-6022<br>howard.seife@nortonrosefulbright.com<br>robin.ball@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>eric.daucher@nortonrosefulbright.com | WINSTON & STRAWN LLP<br>Dan K. Webb, Esq.<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>dwebb@winston.com |
| WINSTON & STRAWN LLP<br>Thomas M. Buchanan, Esq.<br>1700 K Street, NW<br>Washington, D.C. 20006<br>tbuchana@winston.com | WINSTON & STRAWN LLP<br>David Neier, Esq.<br>200 Park Avenue<br>New York, NY 10166-4193<br>dneier@winston.com |
| BAYARD, P.A.<br>Scott D. Cousins, Esq.<br>Erin R. Fay, Esq.<br>Evan T. Miller, Esq.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>scousins@bayardlaw.com<br>efay@bayardlaw.com<br>emiller@bayardlaw.com | ROPES & GRAY LLP<br>Keith H. Wofford, Esq.<br>Gregg M. Galardi, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Keith.Wofford@ropesgray.com<br>Gregg.Galardi@ropesgray.com |
| ROPES & GRAY LLP<br>Andrew G. Devore, Esq.<br>Prudential Tower, Esq.<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Andrew.Devore@ropesgray.com | |