**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 10th day of August 2017, Berkshire Hathaway Energy Company ("**BHE**"), by and through its undersigned counsel, caused a copy of *Berkshire Hathaway Energy Company's Objections to Elliott's Notice of Deposition of Berkshire Hathaway Energy Company Pursuant to Fed. R. Civ. P. 30(b)(6)* to be served on the following parties in the manner indicated:

*Via* **Electronic Mail and Hand Delivery**

Scott D. Cousins, Esquire
Erin R. Fay, Esquire
Evan T. Miller, Esquire
*Bayard, P.A.*
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Email:  scousins@bayardlaw.com
         efay@bayardlaw.com
         emiller@bayardlaw.com

*Via* **Electronic and First-Class Mail**

Andrew G. Devore, Esquire
Matthew L. McGinnis, Esquire
Gregory L. Demers
*Ropes & Gray LLP*
Prudential Tower
800 Boylston Street
Boston, MA 02199
Email:  andrew.devore@ropesgray.com
         matthew.mcginnis@ropesgray.com
         gregory.demers@ropesgray.com

*Via* **Electronic and First-Class Mail**

Keith H. Wofford, Esquire
Gregg M. Galardi, Esquire
*Ropes & Gray LLP*
1211 Avenue of the Americas
New York, NY 10036-8704
Email:  keith.wofford@ropesgray.com
         gregg.galardi@ropesgray.com

Dated: August 10, 2017
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:        chipman@chipmanbrown.com
               olivere@chipmanbrown.com

—and—

Jeffrey C. Krause (Admitted *pro hac vice*)
Michael S. Neumeister (Admitted *pro hac vice*)
Daniel B. Denny (Admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:   (213) 229-7000
Facsimile:    (213) 229-7520
Email:        SSletten@gibsondunn.com
Email:        jkrause@gibsondunn.com
Email:        mneumeister@gibsondunn.com
Email:        ddenny@gibsondunn.com

*Counsel for Berkshire Hathaway Energy Company*