# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 10.70 | $4,844.50 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 2.30 | $1,607.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 347.90 | $282,077.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 336.60 | $306,329.00 |
| 12 | [ALL E-SIDE] Hearings | 9.10 | $9,847.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 97.10 | $50,026.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 4.30 | $2,631.50 |
| 18 | [ALL E-SIDE] Non-Working Travel | 11.40 | $13,978.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 658.70 | $635,350.50 |
| 23 | [ALL E-SIDE] Regulatory Issues | 5.80 | $7,275.00 |
| 29 | [ALL E-SIDE] Tax Issues | 103.10 | $140,700.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 536.90 | $479,529.50 |
| | **Totals:** | **2,123.90** | **$1,934,197.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $237.41 |
| Standard Copies or Prints | $1,247.50 |
| Color Copies or Prints | $2,608.50 |
| Large Format Copy/Print | $6.00 |
| Outside Messenger Services | $183.95 |
| Local Transportation | $40.10 |
| Travel Expense | $1,350.00 |
| Airfare | $1,755.60 |
| Transportation to/from airport | $1,070.44 |
| Travel Meals | $55.27 |
| Outside Retrieval Service | $843.50 |
| Computer Database Research | $213.00 |
| Westlaw Research | $777.05 |
| Overtime Transportation | $215.21 |
| Overtime Meals - Attorney | $178.26 |
| **Total:** | **$10,781.79** |