# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Galen Bascom | Associate | 2015 | Litigation - Appellate | 810.00 | 4.90 | $3,969.00 |
| Aaron Berlin | Associate | 2011 | Corporate - Debt Finance | 955.00 | 97.40 | $93,017.00 |
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 735.00 | 117.10 | $86,068.50 |
| Mary Brady | Associate | 2014 | Corporate - General | 735.00 | 40.50 | $29,767.50 |
| Maxwell Coll | Associate | 2016 | Litigation - General | 555.00 | 20.90 | $11,599.50 |
| Bridget Deiters | Associate | 2012 | Corporate - M&A/Private Equity | 905.00 | 16.10 | $14,570.50 |
| Sam Hong | Associate | 2008 | Technology & IP Transactions | 955.00 | 0.50 | $477.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 835.00 | 9.20 | $7,682.00 |
| Christopher Kochman | Associate | 2015 | Restructuring | 555.00 | 109.60 | $60,828.00 |
| Juan P Lopez | Associate | 2016 | Corporate - General | 555.00 | 7.10 | $3,940.50 |
| Kevin McClelland | Associate | 2016 | Restructuring | 555.00 | 30.50 | $16,927.50 |
| David Moore | Associate | 2015 | Corporate - General | 645.00 | 39.60 | $25,542.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 835.00 | 0.70 | $584.50 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 645.00 | 52.00 | $33,540.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 1,015.00 | 32.10 | $32,581.50 |
| Matthew Smart | Associate | 2016 | Restructuring | 555.00 | 6.80 | $3,774.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 845.00 | 50.90 | $43,010.50 |
| Stella Tang | Associate | 2015 | Corporate - General | 645.00 | 31.20 | $20,124.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 725.00 | 47.10 | $34,147.50 |
| Sharad Thaper | Associate | 2017 | Restructuring | 645.00 | 15.80 | $10,191.00 |
| David Thompson | Associate | 2013 | Corporate - M&A/Private Equity | 835.00 | 25.70 | $21,459.50 |
| McClain Thompson | Associate | 2014 | Litigation - General | 630.00 | 25.10 | $15,813.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 555.00 | 153.40 | $85,137.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 905.00 | 244.40 | $221,182.00 |
| Jack N Bernstein | Of Counsel | 1995 | Employee Benefits | 1,195.00 | 1.50 | $1,792.50 |
| Andrew Barton | Partner | 2010 | Executive Compensation | 995.00 | 1.10 | $1,094.50 |
| Katherine Bolanowski | Partner | 2009 | Corporate - Debt Finance | 1,035.00 | 4.60 | $4,761.00 |
| Marin K Boney | Partner | 2008 | Litigation - Antitrust/Competition | 995.00 | 0.80 | $796.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,475.00 | 56.00 | $82,600.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,075.00 | 1.70 | $1,827.50 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 10.00 | $10,950.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 4.70 | $4,535.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,525.00 | 2.30 | $3,507.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 71.00 | $70,645.00 |
| Stefanie I Gitler | Partner | 2009 | Environment - Transactional | 995.00 | 0.90 | $895.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Warren Haskel | Partner | 2009 | Litigation - General | 995.00 | 0.50 | $497.50 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,195.00 | 1.30 | $1,553.50 |
| Chad J Husnick, P.C. | Partner | 2004 | Restructuring | 1,165.00 | 127.60 | $148,654.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,155.00 | 2.80 | $3,234.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 48.90 | $72,127.50 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,225.00 | 50.60 | $61,985.00 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | Technology & IP Transactions | 1,295.00 | 0.50 | $647.50 |
| Daniel Lewis | Partner | 2008 | Technology & IP Transactions | 1,055.00 | 0.50 | $527.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 48.00 | $78,000.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 32.00 | $37,600.00 |
| Erin E Murphy | Partner | 2006 | Litigation - Appellate | 1,325.00 | 1.40 | $1,855.00 |
| Dennis M Myers, P.C. | Partner | 1996 | Corporate - Capital Markets | 1,445.00 | 9.00 | $13,005.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 47.30 | $69,767.50 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 102.90 | $102,385.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 995.00 | 2.70 | $2,686.50 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 26.80 | $29,346.00 |
| Jeffrey S Quinn | Partner | 1998 | Employee Benefits | 1,195.00 | 3.10 | $3,704.50 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,410.00 | 29.10 | $41,031.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 39.20 | $57,820.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 36.90 | $37,453.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,075.00 | 43.80 | $47,085.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 20.20 | $26,159.00 |
| **Grand Total** | | | | | **2,008.30** | **$1,896,464.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hannah Kupsky | Junior Paralegal | 6 months | Restructuring | 220.00 | 0.60 | $132.00 |
| Jonathon Merriman | Junior Paralegal | 1.5 years | Litigation - General | 230.00 | 17.30 | $3,979.00 |
| Jigna Dalal | Litigation Suppt Spec | 1 year | Litigation - General | 340.00 | 0.50 | $170.00 |
| Allison Graybill | Other | 3.5 years | Admin Services | 265.00 | 5.00 | $1,325.00 |
| Leah Lancaster | Other | 1.5 years | Admin Services | 210.00 | 5.00 | $1,050.00 |
| Elizabeth Burns | Paralegal | 11.5 years | Corporate - General | 390.00 | 19.60 | $7,644.00 |
| Stephanie Ding | Paralegal | 6 months | Litigation - General | 295.00 | 1.00 | $295.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 4.70 | $1,527.50 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 0.30 | $126.00 |
| Travis Langenkamp | Paralegal | 12.5 years | Litigation - General | 390.00 | 12.30 | $4,797.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 45.60 | $15,504.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 3.50 | $1,137.50 |
| Barbara Siepka | Practice Support Asst | 26 years | Corporate - General | 230.00 | 0.20 | $46.00 |
| **Grand Total** | | | | | **115.60** | **$37,733.00** |
| | | | **Total Fees Requested** | | **2,123.90** | **$1,934,197.00** |