# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $237.41 |
| Standard Copies or Prints | $971.50 |
| Color Copies or Prints | $1,298.10 |
| Large Format Copy/Print | $6.00 |
| Outside Messenger Services | $183.95 |
| Local Transportation | $40.10 |
| Travel Expense | $1,350.00 |
| Airfare | $1,755.60 |
| Transportation to/from airport | $1,070.44 |
| Travel Meals | $55.27 |
| Outside Retrieval Service | $843.50 |
| Computer Database Research | $213.00 |
| Westlaw Research | $777.05 |
| Overtime Transportation | $215.21 |
| Overtime Meals - Attorney | $178.26 |
| **Total:** | **$9,195.39** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $68.30 |
| Color Copies or Prints | $401.10 |
| **Total:** | **$469.40** |

RLF1 17961716v.1

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $207.70 |
| Color Copies or Prints | $909.30 |
| **Total:** | **$1,117.00** |