## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

August 9, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Andy Wright

**Invoice Number:  5137576**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**


For legal services rendered through June 30, 2017
(see attached Description of Legal Services for detail)                                       $ .00


For expenses incurred through June 30, 2017
(see attached Description of Expenses for detail)                                        $ 9,195.39

Total legal services rendered and expenses incurred                                 $ 9,195.39

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Third Party Telephone Charges | 237.41 |
| Standard Copies or Prints | 971.50 |
| Color Copies or Prints | 1,298.10 |
| Large Format Copy/Print | 6.00 |
| Outside Messenger Services | 183.95 |
| Local Transportation | 40.10 |
| Travel Expense | 1,350.00 |
| Airfare | 1,755.60 |
| Transportation to/from airport | 1,070.44 |
| Travel Meals | 55.27 |
| Outside Retrieval Service | 843.50 |
| Computer Database Research | 213.00 |
| Westlaw Research | 777.05 |
| Overtime Transportation | 215.21 |
| Overtime Meals - Attorney | 178.26 |

TOTAL EXPENSES                                   $ 9,195.39

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf calls | 3.15 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Conference call(s) | 27.87 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf calls | 4.29 |
| 6/02/17 | Beth Friedman, Teleconference, CourtCall: Telephonic Hearing re Inv. 027914888837 | 51.00 |
| 6/02/17 | Beth Friedman, Teleconference, CourtCall: Telephonic Hearing re Inv. 027914879117 | 51.00 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (NT), Teleconference, Conference Calls | 2.76 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 4.04 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 1.44 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 14.44 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 0.91 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 3.07 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 4.31 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferencing services for the month ending 6/30/2017. | 5.53 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 49.10 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferencing services for the period ending 6/30/2017. | 14.50 |
| **Total:** | | **237.41** |

3

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 6/02/17 | Standard Prints | 11.80 |
| 6/02/17 | Standard Prints | 2.80 |
| 6/02/17 | Standard Prints | 4.60 |
| 6/02/17 | Standard Prints | 6.70 |
| 6/02/17 | Standard Prints | 5.90 |
| 6/05/17 | Standard Prints | 15.50 |
| 6/05/17 | Standard Prints | 0.10 |
| 6/05/17 | Standard Prints | 14.10 |
| 6/05/17 | Standard Prints | 12.90 |
| 6/05/17 | Standard Prints | 10.30 |
| 6/05/17 | Standard Prints | 18.70 |
| 6/05/17 | Standard Prints | 24.00 |
| 6/05/17 | Standard Prints | 4.40 |
| 6/05/17 | Standard Prints | 0.90 |
| 6/06/17 | Standard Copies or Prints | 0.10 |
| 6/06/17 | Standard Prints | 0.20 |
| 6/06/17 | Standard Prints | 2.20 |
| 6/06/17 | Standard Prints | 11.70 |
| 6/06/17 | Standard Prints | 7.20 |
| 6/06/17 | Standard Prints | 0.40 |
| 6/06/17 | Standard Prints | 0.90 |
| 6/06/17 | Standard Prints | 0.20 |
| 6/07/17 | Standard Prints | 3.70 |
| 6/07/17 | Standard Prints | 0.40 |
| 6/07/17 | Standard Prints | 0.60 |
| 6/07/17 | Standard Prints | 3.10 |
| 6/07/17 | Standard Prints | 2.80 |
| 6/07/17 | Standard Prints | 2.50 |
| 6/07/17 | Standard Prints | 0.40 |
| 6/08/17 | Standard Copies or Prints | 0.50 |
| 6/08/17 | Standard Prints | 1.10 |
| 6/08/17 | Standard Prints | 7.50 |
| 6/08/17 | Standard Prints | 0.80 |
| 6/08/17 | Standard Prints | 0.30 |
| 6/08/17 | Standard Prints | 3.40 |
| 6/08/17 | Standard Prints | 5.90 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 6/08/17 | Standard Prints | 1.10 |
| 6/08/17 | Standard Prints | 9.40 |
| 6/08/17 | Standard Prints | 1.00 |
| 6/08/17 | Standard Prints | 1.90 |
| 6/08/17 | Standard Prints | 10.90 |
| 6/08/17 | Standard Prints | 3.40 |
| 6/08/17 | Standard Prints | 21.00 |
| 6/08/17 | Standard Prints | 0.30 |
| 6/12/17 | Standard Prints | 0.20 |
| 6/12/17 | Standard Prints | 6.40 |
| 6/12/17 | Standard Prints | 5.20 |
| 6/12/17 | Standard Prints | 0.10 |
| 6/13/17 | Standard Prints | 26.70 |
| 6/13/17 | Standard Prints | 36.30 |
| 6/13/17 | Standard Prints | 24.90 |
| 6/13/17 | Standard Prints | 2.60 |
| 6/13/17 | Standard Prints | 18.20 |
| 6/13/17 | Standard Prints | 6.50 |
| 6/14/17 | Standard Prints | 26.60 |
| 6/14/17 | Standard Prints | 3.40 |
| 6/14/17 | Standard Prints | 9.60 |
| 6/14/17 | Standard Prints | 2.00 |
| 6/14/17 | Standard Prints | 11.40 |
| 6/15/17 | Standard Copies or Prints | 0.10 |
| 6/15/17 | Standard Prints | 0.80 |
| 6/15/17 | Standard Prints | 0.50 |
| 6/15/17 | Standard Prints | 4.20 |
| 6/15/17 | Standard Prints | 1.40 |
| 6/15/17 | Standard Prints | 7.30 |
| 6/19/17 | Standard Prints | 19.60 |
| 6/19/17 | Standard Prints | 8.40 |
| 6/19/17 | Standard Prints | 0.20 |
| 6/19/17 | Standard Prints | 17.40 |
| 6/19/17 | Standard Prints | 2.10 |
| 6/19/17 | Standard Prints | 7.00 |
| 6/19/17 | Standard Prints | 0.80 |
| 6/20/17 | Standard Prints | 3.00 |
| 6/20/17 | Standard Prints | 2.20 |
| 6/20/17 | Standard Prints | 5.60 |
| 6/20/17 | Standard Prints | 0.60 |
| 6/20/17 | Standard Prints | 3.70 |
| 6/21/17 | Standard Prints | 1.60 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 6/21/17 | Standard Prints | 9.80 |
| 6/21/17 | Standard Prints | 0.30 |
| 6/22/17 | Standard Prints | 1.80 |
| 6/22/17 | Standard Prints | 6.10 |
| 6/23/17 | Standard Copies or Prints | 0.20 |
| 6/23/17 | Standard Prints | 7.80 |
| 6/23/17 | Standard Prints | 3.90 |
| 6/23/17 | Standard Prints | 0.10 |
| 6/23/17 | Standard Prints | 0.60 |
| 6/23/17 | Standard Prints | 31.20 |
| 6/23/17 | Standard Prints | 1.80 |
| 6/23/17 | Standard Prints | 61.60 |
| 6/26/17 | Standard Prints | 1.00 |
| 6/26/17 | Standard Prints | 2.20 |
| 6/26/17 | Standard Prints | 0.40 |
| 6/26/17 | Standard Prints | 0.20 |
| 6/26/17 | Standard Prints | 11.50 |
| 6/26/17 | Standard Prints | 1.30 |
| 6/26/17 | Standard Prints | 101.70 |
| 6/26/17 | Standard Prints | 4.10 |
| 6/26/17 | Standard Prints | 1.00 |
| 6/27/17 | Standard Prints | 11.60 |
| 6/27/17 | Standard Prints | 25.50 |
| 6/27/17 | Standard Prints | 0.80 |
| 6/27/17 | Standard Prints | 0.40 |
| 6/27/17 | Standard Prints | 4.00 |
| 6/27/17 | Standard Prints | 7.40 |
| 6/27/17 | Standard Prints | 0.40 |
| 6/27/17 | Standard Prints | 0.80 |
| 6/27/17 | Standard Prints | 5.40 |
| 6/28/17 | Standard Prints | 13.50 |
| 6/28/17 | Standard Prints | 0.90 |
| 6/28/17 | Standard Prints | 0.10 |
| 6/28/17 | Standard Prints | 24.50 |
| 6/28/17 | Standard Prints | 2.90 |
| 6/29/17 | Standard Copies or Prints | 0.10 |
| 6/29/17 | Standard Prints | 0.90 |
| 6/29/17 | Standard Prints | 0.40 |
| 6/29/17 | Standard Prints | 11.10 |
| 6/29/17 | Standard Prints | 21.70 |
| 6/29/17 | Standard Prints | 0.20 |
| 6/29/17 | Standard Prints | 57.70 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 6/29/17 | Standard Prints | 6.60 |
| 6/29/17 | Standard Prints | 1.30 |
| 6/29/17 | Standard Prints | 9.60 |
| 6/29/17 | Standard Prints | 1.40 |
| 6/29/17 | Standard Prints | 1.40 |
| 6/29/17 | Standard Prints | 0.40 |
| 6/29/17 | Standard Prints | 7.70 |
| | **Total:** | **971.50** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 6/01/17 | Color Prints | 0.60 |
| 6/05/17 | Color Prints | 12.90 |
| 6/05/17 | Color Prints | 12.60 |
| 6/05/17 | Color Prints | 1.20 |
| 6/05/17 | Color Prints | 0.60 |
| 6/05/17 | Color Prints | 9.00 |
| 6/05/17 | Color Prints | 1.20 |
| 6/05/17 | Color Prints | 0.60 |
| 6/05/17 | Color Prints | 0.60 |
| 6/05/17 | Color Prints | 12.90 |
| 6/05/17 | Color Prints | 0.90 |
| 6/05/17 | Color Prints | 1.50 |
| 6/05/17 | Color Prints | 0.60 |
| 6/05/17 | Color Prints | 1.80 |
| 6/05/17 | Color Prints | 17.70 |
| 6/05/17 | Color Prints | 0.60 |
| 6/05/17 | Color Prints | 0.60 |
| 6/06/17 | Color Prints | 1.80 |
| 6/06/17 | Color Prints | 69.90 |
| 6/06/17 | Color Prints | 0.90 |
| 6/06/17 | Color Prints | 10.80 |
| 6/06/17 | Color Prints | 69.90 |
| 6/07/17 | Color Prints | 1.20 |
| 6/07/17 | Color Prints | 4.20 |
| 6/07/17 | Color Prints | 1.80 |
| 6/07/17 | Color Prints | 0.60 |
| 6/07/17 | Color Prints | 0.90 |
| 6/07/17 | Color Prints | 7.80 |
| 6/07/17 | Color Prints | 1.80 |
| 6/07/17 | Color Prints | 0.90 |
| 6/07/17 | Color Prints | 6.90 |
| 6/07/17 | Color Prints | 0.90 |
| 6/07/17 | Color Prints | 1.20 |
| 6/07/17 | Color Prints | 8.40 |
| 6/07/17 | Color Prints | 0.90 |
| 6/07/17 | Color Prints | 8.40 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 6/08/17 | Color Prints | 2.40 |
| 6/08/17 | Color Prints | 0.60 |
| 6/08/17 | Color Prints | 1.50 |
| 6/08/17 | Color Prints | 3.90 |
| 6/08/17 | Color Prints | 0.60 |
| 6/08/17 | Color Prints | 0.30 |
| 6/08/17 | Color Prints | 2.70 |
| 6/08/17 | Color Prints | 2.40 |
| 6/08/17 | Color Prints | 0.60 |
| 6/08/17 | Color Prints | 1.50 |
| 6/08/17 | Color Prints | 0.60 |
| 6/08/17 | Color Prints | 0.60 |
| 6/08/17 | Color Prints | 0.60 |
| 6/08/17 | Color Prints | 0.90 |
| 6/08/17 | Color Prints | 29.40 |
| 6/08/17 | Color Prints | 4.20 |
| 6/08/17 | Color Prints | 0.60 |
| 6/08/17 | Color Prints | 1.20 |
| 6/08/17 | Color Prints | 0.60 |
| 6/08/17 | Color Prints | 1.20 |
| 6/08/17 | Color Prints | 0.90 |
| 6/08/17 | Color Prints | 29.10 |
| 6/12/17 | Color Prints | 0.60 |
| 6/12/17 | Color Prints | 0.30 |
| 6/12/17 | Color Prints | 1.80 |
| 6/12/17 | Color Prints | 1.50 |
| 6/12/17 | Color Prints | 1.50 |
| 6/12/17 | Color Prints | 9.00 |
| 6/12/17 | Color Prints | 8.70 |
| 6/12/17 | Color Prints | 14.40 |
| 6/12/17 | Color Prints | 20.70 |
| 6/13/17 | Color Prints | 2.70 |
| 6/13/17 | Color Prints | 0.60 |
| 6/13/17 | Color Prints | 0.60 |
| 6/13/17 | Color Prints | 1.20 |
| 6/13/17 | Color Prints | 11.40 |
| 6/13/17 | Color Prints | 12.00 |
| 6/13/17 | Color Prints | 1.80 |
| 6/13/17 | Color Prints | 2.40 |
| 6/13/17 | Color Prints | 19.50 |
| 6/14/17 | Color Prints | 0.30 |
| 6/14/17 | Color Prints | 1.20 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 6/14/17 | Color Prints | 0.60 |
| 6/14/17 | Color Prints | 0.90 |
| 6/14/17 | Color Prints | 0.90 |
| 6/14/17 | Color Prints | 0.30 |
| 6/14/17 | Color Prints | 1.50 |
| 6/14/17 | Color Prints | 0.60 |
| 6/14/17 | Color Prints | 4.80 |
| 6/14/17 | Color Prints | 2.40 |
| 6/14/17 | Color Prints | 11.40 |
| 6/14/17 | Color Prints | 8.70 |
| 6/14/17 | Color Prints | 13.80 |
| 6/14/17 | Color Prints | 0.30 |
| 6/15/17 | Color Prints | 0.30 |
| 6/15/17 | Color Prints | 0.60 |
| 6/15/17 | Color Prints | 12.60 |
| 6/15/17 | Color Prints | 0.60 |
| 6/15/17 | Color Prints | 1.80 |
| 6/15/17 | Color Prints | 0.30 |
| 6/15/17 | Color Prints | 0.60 |
| 6/15/17 | Color Prints | 0.30 |
| 6/15/17 | Color Prints | 1.20 |
| 6/15/17 | Color Prints | 1.20 |
| 6/15/17 | Color Prints | 0.90 |
| 6/19/17 | Color Prints | 6.90 |
| 6/19/17 | Color Prints | 0.30 |
| 6/19/17 | Color Prints | 0.30 |
| 6/19/17 | Color Prints | 1.80 |
| 6/19/17 | Color Prints | 2.40 |
| 6/19/17 | Color Prints | 0.90 |
| 6/19/17 | Color Prints | 0.60 |
| 6/19/17 | Color Prints | 0.30 |
| 6/19/17 | Color Prints | 0.60 |
| 6/19/17 | Color Prints | 1.80 |
| 6/19/17 | Color Prints | 0.90 |
| 6/19/17 | Color Prints | 0.30 |
| 6/19/17 | Color Prints | 1.80 |
| 6/19/17 | Color Prints | 0.30 |
| 6/19/17 | Color Prints | 2.40 |
| 6/19/17 | Color Prints | 0.60 |
| 6/19/17 | Color Prints | 0.60 |
| 6/19/17 | Color Prints | 1.20 |
| 6/19/17 | Color Prints | 0.30 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 6/19/17 | Color Prints | 1.50 |
| 6/19/17 | Color Prints | 1.20 |
| 6/20/17 | Color Prints | 1.20 |
| 6/20/17 | Color Prints | 2.40 |
| 6/20/17 | Color Prints | 2.40 |
| 6/20/17 | Color Prints | 1.20 |
| 6/20/17 | Color Prints | 0.30 |
| 6/20/17 | Color Prints | 0.60 |
| 6/20/17 | Color Prints | 1.50 |
| 6/20/17 | Color Prints | 1.80 |
| 6/20/17 | Color Prints | 1.80 |
| 6/20/17 | Color Prints | 8.40 |
| 6/20/17 | Color Prints | 21.90 |
| 6/20/17 | Color Prints | 12.60 |
| 6/21/17 | Color Prints | 12.90 |
| 6/21/17 | Color Prints | 8.40 |
| 6/22/17 | Color Prints | 1.20 |
| 6/22/17 | Color Prints | 0.90 |
| 6/22/17 | Color Prints | 9.00 |
| 6/22/17 | Color Prints | 1.20 |
| 6/22/17 | Color Prints | 0.60 |
| 6/22/17 | Color Prints | 7.20 |
| 6/23/17 | Color Prints | 1.20 |
| 6/23/17 | Color Prints | 1.50 |
| 6/23/17 | Color Prints | 1.80 |
| 6/23/17 | Color Prints | 1.80 |
| 6/23/17 | Color Prints | 0.30 |
| 6/23/17 | Color Prints | 0.90 |
| 6/23/17 | Color Prints | 1.20 |
| 6/23/17 | Color Prints | 30.00 |
| 6/23/17 | Color Prints | 0.60 |
| 6/23/17 | Color Prints | 1.20 |
| 6/23/17 | Color Prints | 0.30 |
| 6/23/17 | Color Prints | 42.90 |
| 6/23/17 | Color Prints | 71.70 |
| 6/23/17 | Color Prints | 21.60 |
| 6/23/17 | Color Prints | 21.60 |
| 6/23/17 | Color Prints | 0.90 |
| 6/23/17 | Color Prints | 0.60 |
| 6/23/17 | Color Prints | 0.30 |
| 6/23/17 | Color Prints | 7.20 |
| 6/23/17 | Color Prints | 6.90 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 6/23/17 | Color Prints | 5.10 |
| 6/23/17 | Color Prints | 29.40 |
| 6/23/17 | Color Prints | 0.30 |
| 6/23/17 | Color Prints | 3.30 |
| 6/23/17 | Color Prints | 8.70 |
| 6/23/17 | Color Prints | 1.50 |
| 6/23/17 | Color Prints | 9.00 |
| 6/23/17 | Color Prints | 0.90 |
| 6/23/17 | Color Prints | 0.30 |
| 6/23/17 | Color Prints | 40.80 |
| 6/23/17 | Color Prints | 0.30 |
| 6/27/17 | Color Prints | 0.30 |
| 6/27/17 | Color Prints | 3.90 |
| 6/27/17 | Color Prints | 1.50 |
| 6/27/17 | Color Prints | 2.40 |
| 6/27/17 | Color Prints | 42.90 |
| 6/27/17 | Color Prints | 30.00 |
| 6/27/17 | Color Prints | 0.30 |
| 6/27/17 | Color Prints | 2.40 |
| 6/27/17 | Color Prints | 0.90 |
| 6/27/17 | Color Prints | 30.00 |
| 6/27/17 | Color Prints | 3.30 |
| 6/27/17 | Color Prints | 2.70 |
| 6/27/17 | Color Prints | 0.30 |
| 6/27/17 | Color Prints | 0.90 |
| 6/27/17 | Color Prints | 42.90 |
| 6/28/17 | Color Prints | 3.30 |
| 6/28/17 | Color Prints | 1.80 |
| 6/29/17 | Color Prints | 1.20 |
| 6/29/17 | Color Prints | 1.80 |
| 6/29/17 | Color Prints | 1.80 |
| 6/29/17 | Color Prints | 1.80 |
| 6/29/17 | Color Prints | 0.30 |
| 6/29/17 | Color Prints | 0.60 |
| 6/29/17 | Color Prints | 0.30 |
| 6/29/17 | Color Prints | 0.90 |
| 6/29/17 | Color Prints | 1.20 |
| 6/29/17 | Color Prints | 22.50 |
| 6/29/17 | Color Prints | 41.40 |
| 6/29/17 | Color Prints | 40.50 |
| 6/29/17 | Color Prints | 35.10 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

      **Total:**              **1,298.10**

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Large Format Copy/Print

| Date | Description | Amount |
|------|-------------|--------|
| 6/20/17 | Large Format Copy/Print | 6.00 |
| | **Total:** | **6.00** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Messenger Services

| Date | Description | Amount |
|------|-------------|--------|
| 6/04/17 | E-CROWN DELIVERY & LOGISTICS - PO BOX 76, MIDTOWN STATION (NT), Outside Messenger Service, Night Courier Delivery | 46.20 |
| 6/11/17 | E-COMET MESSENGER SERVICE INC - PO BOX A3426 (NT) Outside Messenger Service, 300 N LA SALLE to 4846 N HAMILTON 06/05/2017 | 56.44 |
| 6/11/17 | E-COMET MESSENGER SERVICE INC - PO BOX A3426 (NT) Outside Messenger Service, 300 N LA SALLE to 4846 N HAMILTON 06/06/2017 | 42.35 |
| 6/25/17 | E-COMET MESSENGER SERVICE INC - PO BOX A3426 (NT) Outside Messenger Service, 300 N LA SALLE to 1103 OAK LANE 06/19/2017 | 38.96 |
| | **Total:** | **183.95** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Local Transportation**

| Date | Description | Amount |
|------|-------------|--------|
| 6/26/17 | Jonathan Ganter, Taxi, Hearing re EFIH DIP | 19.20 |
| 6/26/17 | Jonathan Ganter, Taxi, Hearing re EFIH DIP | 10.00 |
| 6/26/17 | Jonathan Ganter, Taxi, Hearing re EFIH DIP | 10.90 |
| | **Total:** | **40.10** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Travel Expense**

| Date | Description | Amount |
|------|-------------|--------|
| 5/01/17 | Chad Husnick, Lodging, Dallas, TX 05/01/2017 to 05/02/2017, Restructuring | 350.00 |
| 5/31/17 | Chad Husnick, Lodging, New York, NY 05/30/2017 to 05/31/2017, Restructuring | 500.00 |
| 6/01/17 | Chad Husnick, Lodging, New York, NY 05/31/2017 to 06/01/2017, Restructuring | 500.00 |
| | **Total:** | **1,350.00** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Airfare

| Date | Description | Amount |
|------|-------------|-------:|
| 5/01/17 | Chad Husnick, Airfare, Dallas, TX 05/01/2017 to 05/02/2017, Restructuring DFW to Houston Airport | 225.00 |
| 5/01/17 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| 6/15/17 | Chad Husnick, Airfare, Austin, TX 06/15/2017 to 06/15/2017, Restructuring | 855.60 |
| 6/15/17 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| 6/25/17 | Jonathan Ganter, Rail, Wilmington, DE 06/26/2017 to 06/26/2017, Hearing re EFIH DIP | 106.00 |
| 6/26/17 | Jonathan Ganter, Rail, Washington, DC 06/26/2017 to 06/26/2017, Hearing re EFIH DIP | 106.00 |
| 6/26/17 | Jonathan Ganter, Rail, Washington, DC 06/26/2017 to 06/26/2017, Hearing re EFIH DIP | 19.00 |
| 6/26/17 | Aparna Yenamandra, Rail, Wilmington, DE 06/26/2017 to 06/26/2017, EFH hearing | 106.00 |
| 6/26/17 | Aparna Yenamandra, Agency Fee, EFH hearing | 58.00 |
| 6/26/17 | Aparna Yenamandra, Rail, New York 06/26/2017 to 06/26/2017, EFH hearing | 106.00 |
| 6/26/17 | Aparna Yenamandra, Agency Fee, EFH hearing | 58.00 |
| | **Total:** | **1,755.60** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|--------|
| 4/17/17 | BOSTON COACH CORPORATION, Transportation to/from airport, CHAD JOHN HUSNICK, pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON 920 N KING ST. WILMINGTON DE | 125.00 |
| 4/30/17 | BOSTON COACH CORPORATION, Transportation to/from airport, MARK EDWARD MCKANE, pick up at Dallas Fort Worth Airport   Dallas TX and drop off at DALLAS 2121 MCKINNEY AVE DALLAS TX | 75.00 |
| 4/30/17 | BOSTON COACH CORPORATION, Transportation to/from airport, MARC KIESELSTEIN, pick up at Dallas Fort Worth Airport   Dallas TX and drop off at DALLAS 2121 MCKINNEY AVE DALLAS TX | 75.00 |
| 5/01/17 | BOSTON COACH CORPORATION, Transportation to/from airport, MARC KIESELSTEIN, pick up at Newark Liberty Airport   Newark NJ and drop off at NEW YORK 455 MADISON AVENUE NEW YORK NY | 100.00 |
| 5/01/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Chad J Husnick, P.C., pickup at Glen Ellyn, IL dropoff at ORD, 5/1/201753 | 75.00 |
| 5/02/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Chad J Husnick, P.C., pickup at EWR dropoff at New York, NY, 5/2/2017 | 100.00 |
| 5/09/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Chad J Husnick, P.C., Pick up in Glen Ellyn and dropoff at ORD, 5/9/201783 | 75.00 |
| 5/09/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Chad J Husnick, P.C., pickup at IAH dropoff at Houston, TX, 5/9/201712 | 75.00 |
| 5/12/17 | VITAL TRANSPORTATION INC, Passenger: MCKANE,MARK EDWARD, Transportation to/from airport, Pickup at Newark Airport dropoff at New York, NY, Date: 5/2/2017 | 84.44 |
| 5/12/17 | VITAL TRANSPORTATION INC, Passenger: MCKANE,MARK, Transportation to/from airport, Pickup at New York, NY and dropoff at Newark Airport, Date: 5/5/2017 | 85.87 |
| 5/30/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Chad J Husnick, P.C., pick up in Glen Ellyn, IL dropoff at ORD, 5/30/20177 | 75.00 |
| 5/31/17 | Marc Kieselstein, Transportation To/From Airport, Mtg with client. LGA to New York, NY | 50.13 |
| 5/31/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Chad J Husnick, P.C., pickup at ORD and dropoff at Glen Ellyn, IL 5/31/20171 | 75.00 |
| | **Total:** | **1,070.44** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|------|-------------|--------|
| 5/31/17 | Marc Kieselstein, Travel Meals, Chicago, IL Mtg with client. (1) Dinner | 5.27 |
| 6/26/17 | Jonathan Ganter, Travel Meals, Wilmington, DE Hearing re EFIH DIP Aparna Yenamandra (2) Lunch | 50.00 |
| | **Total:** | **55.27** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Retrieval Service

| Date | Description | Amount |
|------|-------------|--------|
| 6/15/17 | E-COGENCY GLOBAL INC - 10 EAST 40TH STREET 10TH FLOOR (NT), Outside Retrieval Service, Doc retrieval | 843.50 |
| | **Total:** | **843.50** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|-------:|
| 6/09/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 5/10/2017 | 20.00 |
| 6/09/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 5/11/2017 | 5.00 |
| 6/09/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 5/22/2017 | 13.00 |
| 6/09/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 5/31/2017 | 5.00 |
| 6/09/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 5/4/2017 | 17.00 |
| 6/09/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 5/5/2017 | 93.00 |
| 6/09/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 5/17/2017 | 38.00 |
| 6/09/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 5/6/2017 | 14.00 |
| 6/09/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 5/8/2017 | 8.00 |
| | **Total:** | **213.00** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Westlaw Research**

| Date | Description | Amount |
|------|-------------|-------:|
| 5/11/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RISHEL,MEGHAN, 5/11/2017 | 108.29 |
| 5/12/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 5/12/2017 | 69.04 |
| 5/15/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 5/15/2017 | 28.64 |
| 5/15/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 5/15/2017 | 28.64 |
| 5/17/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 5/17/2017 | 16.88 |
| 5/18/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 5/18/2017 | 105.69 |
| 5/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 5/22/2017 | 48.68 |
| 5/31/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CALDWELL-MCMILLAN,SPENCER R, 5/31/2017 | 44.76 |
| 5/31/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THOMPSON,MCCLAIN, 5/31/2017 | 99.36 |
| 5/31/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 5/31/2017 | 227.07 |
| | **Total:** | **777.05** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|------|-------------|-------:|
| 5/24/17 | Patrick Venter, Taxi, OT Cab fare | 11.16 |
| 5/31/17 | Christopher Kochman, Taxi, Overtime taxi. | 23.15 |
| 6/01/17 | Patrick Venter, Taxi, OT Cab fare | 12.35 |
| 6/03/17 | Christopher Kochman, Taxi, Overtime taxi. | 27.36 |
| 6/05/17 | Christopher Kochman, Taxi, Overtime taxi. | 14.16 |
| 6/05/17 | Patrick Venter, Taxi, OT Cab fare | 11.75 |
| 6/06/17 | Christopher Kochman, Taxi, Overtime taxi. | 26.16 |
| 6/12/17 | McClain Thompson, Taxi, Draft scheduling order | 17.88 |
| 6/12/17 | Patrick Venter, Taxi, OT Cab fare | 11.16 |
| 6/14/17 | Patrick Venter, Taxi, OT Cab Fare | 17.16 |
| 6/20/17 | Christopher Kochman, Taxi, Overtime taxi. | 22.56 |
| 6/22/17 | Patrick Venter, Taxi, OT Cab Fare (worked 6/21 and left KE 6/22 @ 1:37 AM) | 10.56 |
| 6/22/17 | Patrick Venter, Taxi, OT Cab Fare | 9.80 |
| | **Total:** | **215.21** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|-------:|
| 4/29/17 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 4/29/17 | 20.00 |
| 5/08/17 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 5/8/2017 | 20.00 |
| 5/11/17 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 5/11/2017 | 20.00 |
| 5/12/17 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 5/12/2017 | 20.00 |
| 5/17/17 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 5/17/2017 | 20.00 |
| 6/27/17 | David Moore, Overtime Meals - Attorney, Overtime meal. | 20.00 |
| 6/27/17 | Stella Tang, Overtime Meals - Attorney, OT Meal | 20.00 |
| 6/29/17 | David Moore, Overtime Meals - Attorney, Overtime meal. | 18.26 |
| 6/30/17 | David Moore, Overtime Meals - Attorney, Overtime meal. | 20.00 |
| | **Total:** | **178.26** |

 

    **TOTAL EXPENSES**                                                  **9,195.39**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

August 9, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5137578**
**Client Matter:  14356-111**

---

**In the matter of    [EFIH] Expenses**

For legal services rendered through June 30, 2017
(see attached Description of Legal Services for detail)                                        $ .00

For expenses incurred through June 30, 2017
(see attached Description of Expenses for detail)                                        $ 469.40

Total legal services rendered and expenses incurred                                        $ 469.40

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

### Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 68.30 |
| Color Copies or Prints | 401.10 |
| TOTAL EXPENSES | $ 469.40 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
　　111 - [EFIH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 6/01/17 | Standard Prints | 4.00 |
| 6/02/17 | Standard Prints | 9.90 |
| 6/08/17 | Standard Prints | 3.20 |
| 6/08/17 | Standard Prints | 1.40 |
| 6/08/17 | Standard Prints | 3.20 |
| 6/08/17 | Standard Prints | 3.00 |
| 6/12/17 | Standard Copies or Prints | 11.00 |
| 6/13/17 | Standard Prints | 6.00 |
| 6/14/17 | Standard Prints | 3.00 |
| 6/19/17 | Standard Prints | 0.30 |
| 6/21/17 | Standard Prints | 1.40 |
| 6/27/17 | Standard Prints | 20.40 |
| 6/28/17 | Standard Prints | 1.50 |
| | **Total:** | **68.30** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 6/01/17 | Color Prints | 56.10 |
| 6/02/17 | Color Prints | 7.80 |
| 6/06/17 | Color Prints | 10.80 |
| 6/08/17 | Color Prints | 70.50 |
| 6/08/17 | Color Prints | 47.10 |
| 6/12/17 | Color Copies or Prints | 43.20 |
| 6/12/17 | Color Prints | 0.60 |
| 6/14/17 | Color Prints | 8.70 |
| 6/19/17 | Color Prints | 3.30 |
| 6/19/17 | Color Prints | 2.40 |
| 6/21/17 | Color Prints | 4.50 |
| 6/27/17 | Color Prints | 12.60 |
| 6/27/17 | Color Prints | 52.20 |
| 6/27/17 | Color Prints | 42.90 |
| 6/27/17 | Color Prints | 33.60 |
| 6/27/17 | Color Prints | 0.60 |
| 6/28/17 | Color Prints | 4.20 |
| | **Total:** | **401.10** |

 

**TOTAL EXPENSES**          **469.40**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

August 9, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5137579**
**Client Matter: 14356-112**

---

**In the matter of    [EFH] Expenses**

For legal services rendered through June 30, 2017
(see attached Description of Legal Services for detail)      $ .00

For expenses incurred through June 30, 2017
(see attached Description of Expenses for detail)      $ 1,117.00

Total legal services rendered and expenses incurred      $ 1,117.00

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
   112 - [EFH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 207.70 |
| Color Copies or Prints | 909.30 |
| | |
| TOTAL EXPENSES | $ 1,117.00 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 6/01/17 | Standard Prints | 0.30 |
| 6/01/17 | Standard Prints | 1.60 |
| 6/02/17 | Standard Prints | 9.90 |
| 6/02/17 | Standard Prints | 2.70 |
| 6/05/17 | Standard Prints | 11.40 |
| 6/06/17 | Standard Prints | 8.80 |
| 6/06/17 | Standard Prints | 11.20 |
| 6/07/17 | Standard Prints | 3.60 |
| 6/08/17 | Standard Prints | 10.60 |
| 6/08/17 | Standard Prints | 1.90 |
| 6/12/17 | Standard Prints | 12.10 |
| 6/12/17 | Standard Prints | 0.80 |
| 6/15/17 | Standard Prints | 26.50 |
| 6/15/17 | Standard Prints | 1.20 |
| 6/15/17 | Standard Prints | 0.40 |
| 6/23/17 | Standard Prints | 7.50 |
| 6/23/17 | Standard Prints | 15.80 |
| 6/23/17 | Standard Prints | 14.50 |
| 6/26/17 | Standard Prints | 1.90 |
| 6/26/17 | Standard Prints | 4.10 |
| 6/27/17 | Standard Prints | 9.50 |
| 6/27/17 | Standard Prints | 0.40 |
| 6/28/17 | Standard Prints | 2.00 |
| 6/28/17 | Standard Prints | 0.80 |
| 6/28/17 | Standard Prints | 22.80 |
| 6/29/17 | Standard Prints | 1.10 |
| 6/29/17 | Standard Prints | 23.50 |
| 6/29/17 | Standard Prints | 0.20 |
| 6/29/17 | Standard Prints | 0.60 |
| | **Total:** | **207.70** |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 6/02/17 | Color Prints | 7.80 |
| 6/02/17 | Color Prints | 60.00 |
| 6/02/17 | Color Prints | 0.90 |
| 6/06/17 | Color Prints | 13.80 |
| 6/06/17 | Color Prints | 10.20 |
| 6/06/17 | Color Prints | 60.60 |
| 6/08/17 | Color Prints | 17.70 |
| 6/08/17 | Color Prints | 9.30 |
| 6/12/17 | Color Prints | 15.00 |
| 6/15/17 | Color Prints | 4.80 |
| 6/15/17 | Color Prints | 4.50 |
| 6/20/17 | Color Prints | 8.10 |
| 6/20/17 | Color Prints | 17.70 |
| 6/20/17 | Color Prints | 5.40 |
| 6/23/17 | Color Prints | 42.90 |
| 6/23/17 | Color Prints | 17.40 |
| 6/23/17 | Color Prints | 5.10 |
| 6/23/17 | Color Prints | 17.40 |
| 6/23/17 | Color Prints | 26.40 |
| 6/23/17 | Color Prints | 42.90 |
| 6/27/17 | Color Prints | 35.40 |
| 6/27/17 | Color Prints | 35.40 |
| 6/27/17 | Color Prints | 3.30 |
| 6/27/17 | Color Prints | 35.40 |
| 6/27/17 | Color Prints | 8.70 |
| 6/27/17 | Color Prints | 35.10 |
| 6/27/17 | Color Prints | 15.90 |
| 6/27/17 | Color Prints | 0.60 |
| 6/27/17 | Color Prints | 4.50 |
| 6/28/17 | Color Prints | 6.00 |
| 6/28/17 | Color Prints | 5.70 |
| 6/28/17 | Color Prints | 24.30 |
| 6/29/17 | Color Prints | 41.10 |
| 6/29/17 | Color Prints | 12.60 |
| 6/29/17 | Color Prints | 0.30 |
| 6/29/17 | Color Prints | 41.70 |

Legal Services for the Period Ending June 30, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

| | | |
|---|---|---:|
| 6/29/17 | Color Prints | 35.10 |
| 6/29/17 | Color Prints | 39.30 |
| 6/29/17 | Color Prints | 39.30 |
| 6/29/17 | Color Prints | 39.30 |
| 6/29/17 | Color Prints | 16.80 |
| 6/29/17 | Color Prints | 45.60 |
| | **Total:** | **909.30** |

**TOTAL EXPENSES**                                          **1,117.00**