## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | |
| HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| *Debtors*.[1] ) | (Jointly Administered) |
| ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, in accordance with the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11628] (the "Plan Scheduling Order") the below-listed discovery responses were served on August 10, 2017 via electronic mail upon the Participating Parties at the email address set up by the Debtors for purposes of discovery in these cases, EFH_DS_Discovery_Service_List@kirkland.com:

1. *The Elliott Funds' Responses and Objections to First Document Requests of Shirley Fenicle, Individually and as Successor-In-Interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership in Connection with Confirmation of the Debtors' Joint Plan of Reorganization Dated July 7, 2017*

2. *The Elliott Funds' Responses and Objections to EFH Indenture Trustee's First Set of Requests for Production of Documents and Interrogatories to The Elliott Funds in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03095142v1}

Dated: August 10, 2017
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Phone: (302) 655-5000
Facsimile: (302) 658-6395
Email: scousins@bayardlaw.com
      efay@bayardlaw.com
      emiller@bayardlaw.com

-and-

| ROPES & GRAY LLP | ROPES & GRAY LLP |
|---|---|
| Andrew G. Devore | Keith H. Wofford |
| Prudential Tower | Gregg M. Galardi |
| 800 Boylston Street | 1211 Avenue of the Americas |
| Boston, MA 02199-3600 | New York, NY 10036-8704 |
| Telephone: (617) 951-7000 | Telephone: (212) 596-9000 |
| Facsimile: (617) 951-7050 | Facsimile: (212) 596-9090 |
| Email: Andrew.Devore@ropesgray.com | Email: Keith.Wofford@ropesgray.com |
| |       Gregg.Galardi@ropesgray.com |

*Counsel to Elliott Associates, L.P.,
Elliott International, L.P. and The Liverpool
Limited Partnership*