## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the foregoing was served on the parties listed below on August 11, 2017 by electronic mail.

                                                                 */s/ Jason Daniel Angelo*
                                                                 Jason Daniel Angelo (No. 6009)

BAYARD, P.A.
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

ROPES & GRAY LLP
Keith H. Wofford
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

ROPES & GRAY LLP
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Counsel to Elliott*

LANDIS RATH & COBB LLP
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

NORTON ROSE FULBRIGHT US LLP
Howard Seife
Robin Ball
Andrew Rosenblatt
Eric Daucher
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

WINSTON & STRAWN LLP
Dan K. Webb
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile:  (312) 294-5700

Thomas M. Buchanan
1700 K Street, NW
Washington, D.C. 20006
Telephone:  (312) 282-5000
Facsimile:  (202) 282-5100

David Neier
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

*Counsel to NextEra*