## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings, Inc., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 11712 |
| Energy Future Holdings Corp. | |
| -and- | |
| Energy Future Intermediate Holding Company, LLC | Adversary Proceeding No. 17-50942 (CSS) |
| *Plaintiffs*, | |
| v. | |
| NextEra Energy, Inc. | |
| *Defendant*. | Re: D.I. 12 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

I, Jared F. Schierbaum, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. n the above referenced cases, and on the 10[h] day of August, 2017, he caused a copy of the below listed pleading to be served upon the parties listed on **Exhibit A** via U.S. Mail, postage pre-paid or in the manner so indicated.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0048212.}    CPAM: 12728188.6

- 2 -

- Limited Objection of NextEra Energy, Inc. to the Debtors' Motion to Consolidate and Set a Rule 7016 Scheduling Conference [Filed August 10, 2017; D.I. 11712/12]

_____
Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this 10th day of August, 2017.

_____
Notary Public

# EXHIBIT A

**Energy Future Holdings Corp.,** *et al.*
**Case No. 14-10979 (CSS)**

{932.002-W0042195.}

**VIA HAND DELIVERY**
Bayard, P.A.
Scott D. Cousins
Erin R. Fay
Evan T. Miller
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Counsel for Elliot Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership*

**VIA U.S. MAIL**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Andrew R. McGaan, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654
Facsimile: 312-862-2200
*Co-Counsel to the Debtors and Debtors in Possession*

**VIA HAND DELIVERY**
Stevens & Lee, P.C.
Joseph H. Huston, Jr.
Jason Daniel Angelo
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
*Co-Counsel to Plaintiff EFH*

**VIA U.S. MAIL**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Mark McKane, P.C.
555 California Street
San Francisco, CA 94104
*Co-Counsel to Plaintiffs*

**VIA HAND DELIVERY**
Richards Layton & Finger, P.A.
Mark D. Collins, Esq.
Daniel DeFranceschi, Esq.
Jason Madron, Esq.
920 North King Street
Wilmington, DE 19801
*Co-Counsel to the Debtors and Debtors in Possession*

**VIA U.S. MAIL**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: 212-466-4900
*Co-Counsel to the Debtors and Debtors in Possession*

**VIA U.S. MAIL**
Ropes & Gray LLP
Keith H. Wofford
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
*Counsel for Elliot Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership*

**VIA HAND DELIVERY**
Bielli & Klauder, LLC
David M. Klauder
1204 N. King Street
Wilmington, Delaware 19801
*Co-Counsel to Plaintiff EFH*