**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | : | Case No. 14-10979 (CSS) |
| Debtors.[1] | : | (Jointly Administered) |
| ENERGY FUTURE HOLDINGS CORP. -and- ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC | : | Adv. Pro. No. 17-50942 (CSS) |
| *Plaintiffs*, | : | |
| v. | : | |
| NEXTERA ENERGY, INC. | : | |
| *Defendant*. | : | |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 11, 2017 STARTING AT 1:00 P.M. (EDT)[3]**

## I. CONTESTED MATTER GOING FORWARD:

1. Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Further amendments appear in bold.**

[3] The August 11, 2017 (the "August 11th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 1:00 p.m. (EDT). Any person who wished to appear telephonically at the August 11th Hearing must have contacted COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Thursday, August 10, 2017 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

Conference [D.I. 11669/Adv. D.I. 2; filed August 3, 2017] (the "Consolidation Motion")

Response/Objection Deadline: August 10, 2017 at 12:00 p.m. (EDT)

Responses/Objections Received:

A. Limited Objection of NextEra Energy, Inc. to the Debtors' Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11712/Adv. D.I. 12; filed August 10, 2017]

B. EFH Indenture Trustee's Statement Regarding Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11713/Adv. D.I. 13; filed August 10, 2017]

Related Documents:

i. Adversary Complaint [D.I. 11668/Adv. D.I. 1; filed August 3, 2017]

ii. Motion for Order Shortening Notice and Setting Response Deadline for Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11670/Adv. D.I. 3; filed August 3, 2017]

iii. The Elliott Funds' Objection to Debtors' Motion for Order Shortening Notice and Setting Response Deadline for Debtors' Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11673; filed August 4, 2017]

iv. Letter Regarding Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11676/Adv. D.I. 4; filed August 4, 2017]

v. Certification of Counsel Regarding Order Shortening Notice of Motion to Consolidate [D.I. 11680/Adv. D.I. 6; filed August 4, 2017]

vi. Order Shortening Notice and Setting Response Deadline for Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11682/Adv. D.I. 7; filed August 4, 2017]

vii. Certification of Counsel Concerning Stipulation and Order Regarding Elliott's Motion to Reconsider [D.I. 11708/Adv. D.I. 11; filed August 10, 2017]

viii. **Stipulation and Order Regarding Elliott's Motion to Reconsider [D.I. 11716/Adv. D.I. 15; filed August 10, 2017] (the "Stipulation and Order")**

ix. **Plaintiffs Energy Future Holdings Corp and Energy Future Intermediate Holding Company LLC's Reply in Support of Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11721/Adv. D.I. 16; filed August 11, 2017] (the "Reply")**

Status: **In light of the Court's entry of the Stipulation and Order, and as discussed in the Reply,** the hearing on this matter will go forward for the limited basis of the Court (i) fixing the date and time for a pretrial scheduling conference under Fed. R. Bankr. P. 7016 on the consolidated proceedings and (ii) considering entry of an otherwise unopposed form of order resolving the balance of the Consolidation Motion not otherwise addressed by the Stipulation and Order.

## II. STATUS CONFERENCE MATTER:

2. Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11430; filed July 7, 2017] (the "Merger Agreement Motion")

Response/Objection Deadline: August 9, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC EFIH Finance, Inc., and EECI, Inc. to Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11699; filed August 9, 2017]

B. The Elliott Funds' Objection to Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11700; filed August 9, 2017]

C. EFH Indenture Trustee's (I) Limited Objection and Reservation of Rights to the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee and (II) Joinder in EFH/EFIH Committee's Objection [D.I. 11701; filed August 9, 2017]

D. Limited Objection of UMB Bank, N.A. to the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11703; filed August 9, 2017]

E. Objection by Sunrise Partners Limited Partnership to the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11704; filed August 9, 2017]

Related Documents:

i. Declaration of Paul Keglevic in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11431; filed July 7, 2017]

ii. Declaration of David Ying in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11432; filed July 7, 2017]

iii. Re-Notice of "Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee" and Hearing Thereon [D.I. 11625; filed July 27, 2017]

iv. Second Re-Notice of "Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee" and Hearing Thereon [D.I. 11659; filed August 1, 2017]

v. Notice of Filing of Revised Order in Connection with "Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee" [D.I. 11695; filed August 8, 2017]

vi. Certification of Counsel Concerning Order Regarding Certain Discovery Issues in Connection with the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11697; filed August 9, 2017]

vii. Order Regarding Certain Discovery Issues in Connection with the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11698; filed August 9, 2017]

viii. Declaration of Erin R. Fay Filed in Connection with the Elliott Funds' Objection to Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11702; filed August 9, 2017]

ix. **Letter from Gregg M. Galardi to the Honorable Christopher S. Sontchi regarding August 21, 2017 Hearing [D.I. 11722; filed August 11, 2017]**

x. **Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi Regarding Disputed Protocol and Process Issues With**

**Respect to the Conduct of the August 21, 2017 Contested Evidentiary Hearing [D.I. 11723; filed August 11, 2017]**

Status: A status conference with respect to the Merger Agreement Motion, including a discussion of proposed protocols and procedures to govern the conduct of the August 21, 2017 hearing to consider the Merger Agreement Motion and any responses thereto **(as discussed in greater detail in the parties' letter briefs filed on August 11, 2017)** will go forward.

[*Remainder of page intentionally left blank.*]



RLF1 17965388v.1

Dated: August **11**, 2017
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

*Co-Counsel to the Debtors and Debtors in Possession With Respect to Agenda Item 2*

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

-and-

*/s/ Joseph H. Huston, Jr.*

**STEVENS & LEE, P.C.**
Joseph H. Huston, Jr. (No 4035)
Jason Daniel Angelo (No 6009)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 425-3310/11
Facsimile: (302) 371-7972/11
Email: jhh@stevenslee.com
jda@stevenslee.com

*Co-Counsel to Plaintiff Energy Future Intermediate Holding Company LLC With Respect to Agenda Item 1*

-and-

*/s/ David M. Klauder*

**BIELLI & KLAUDER, LLC**
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 803-4600
Facsimile: (302) 397-2557
Email: dklauder@bk-legal.com

*Co-Counsel to Plaintiff Energy Future Holdings Corp. With Respect to Agenda Item 1*