# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 11590** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2017, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on July 26, 2017 Starting at 10:00 A.M. (EDT)," dated July 24, 2017 [Docket No. 11590], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    c. delivered via electronic mail to those parties listed on the annexed Exhibit C.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
25 day of July, 2017

Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 20__

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS) KEVIN G ABRAMS & JOHN M SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS, TXU 2007-1 RAILCAR, RED BALL) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND ESQ, AGENT 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054-1232 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL) ATTN: WILLIAM WEINTRAUB; KIZZY JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY ESQ & MATTHEW D CAVENAUGH ESQ 1401 MCKINNEY ST STE 1900 HOUSTON TX 77010 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 801 2ND AVE RM 403 NEW YORK NY 10017-8664 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| MASLON EDELMAN BORMAN & BRAND LLP | ATTN: CLARK WHITMORE, ANA CHILINGARISHVILI 90 S 7TH ST STE 3300 MINNEAPOLIS MN 55402-4140 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 515 FRISCO AVE CLINTON OK 73601 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: DANIEL S SHAMAH ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE 300 WEST 15TH ST AUSTIN TX 78701 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ 300 WEST 15TH ST AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS 1007 ORANGE ST STE 700 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, |

| Claim Name | Address Information |
|---|---|
| PURDUE AWSUMB & BAUDLER PA | STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A HARRIS; JASON D CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | ATTN: KURT F GWYNNE, KIMBERLY EC LAWSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP – CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) ATTN: FEDERICK B ROSNER ESQ 824 MARKET ST STE 810 WILMINGTON DE 19801 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LONE TREE CO 80124 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: DUANE D WERB ESQ 300 DELAWARE AVE STE 1300 WILMINGTON DE 19899 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |

**Total Creditor count  48**

**EXHIBIT B**

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## CORE PARTIES & RULE 2002 LIST
### Fax Service List

| Name | Attention | Fax Number |
|---|---|---|
| AKERMAN LLP | ATTN: ANDREA S HARTLEY | 305-374-5095 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | 718-331-1852 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | 718-331-1852 |
| ASHBY & GEDDES PA | ATTN: WILLIAM BOWDEN & GREGORY TAYLOR | 302-654-2067 |
| BAKER BOTTS LLP | ATTN: JAMES PRINCE; OMAR J ALANIZ | 214-953-6503 |
| BALLARD SPAHR LLP | ATTN: MATTHEW G SUMMERS | 302-252-4466 |
| BARNES & THORNBURG LLP | ATTN: DAVID M POWLEN, KEVIN G COLLINS | 302-300-3456 |
| BARNES & THORNBURG LLP | ATTN: KEVIN C DRISCOLL JR | 312-759-5646 |
| BAYARD PA | ATTN: NEIL GLASSMAN | 302-658-6395 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | ATTN: KEVIN M CAPUZZI | 302-442-7012 |
| BIELLI & KLAUDER LLC | ATTN: DAVID M KLAUDER & CORY P STEPHENSON | 302-397-2557 |
| BLANK ROME LLP | ATTN: MICHAEL B SCHAEDLE | 215-569-5555 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECHE; STANLEY TARR | 302-425-6464 |
| BROWN & CONNERY LLP | ATTN: DONALD K LUDMAN | 856-853-9933 |
| BROWN RUDNICK LLP | ATTN: EDWARD WEISFELNER, JEREMY B COFFEY | 212-209-4801 |
| BRYAN CAVE LLP | ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | 212-541-1439 |
| BRYAN CAVE LLP | ATTN: ROBERT E PEDERSEN | 212-904-0500 |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | ATTN: SHAWN M CHRISTIANSON | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: KATHLEEN A MURPHY | 302-552-4295 |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: HOWARD R HAWKINS JR; ELLEN M HALSTEAD; MICHELE MAMAN & THOMAS J CURTIN | 212-504-6666 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA | 212-541-5369 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT | 646-495-9259 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI | 646-291-3258 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B MOSLEY | 817-392-8359 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | 212-225-3999 |
| COHEN & GRIGSBY, PC | ATTN: THOMAS D MAXSON | 412-209-1837 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | 514-982-7635 |
| COWLES & THOMPSON | ATTN: STEPHEN C STAPLETON | 214-672-2309 |
| COZEN O'CONNOR | ATTN: MARK E FELGER | 302-295-2013 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E HORWITZ | 302-636-8666 |
| DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER | 212-701-5800 |
| DECHERT LLP | ATTN: G ERIC BRUNSTAD, JR | 860-524-3930 |
| DECHERT LLP | ATTN: KATE O'KEEFFE | 617-426-6567 |
| DECHERT LLP | ATTN: MICHAEL J SAGE & ANDREW C HARMEYER) | 212-698-3599 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON | 212-553-3080 |
| DLA PIPER LLP (US) | ATTN: ASHLEY R ALTSCHULER; RCRAIG MARTIN | 302-394-2341 |
| DRINKER BIDDLE & REATH LLP | ATTN: HOWARD A COHEN & ROBERT K MALONE | 302-467-4201 |
| DYKEMA GOSSETT PLLC | ATTN: JEFFREY R FINE | 855-230-2518 |
| FOLEY & LARDNER LLP | ATTN: HAROLD KAPLAN, MARK HEBBELN LARS PETERSON | 312-832-4700 |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY SCHLERF; L JOHN BIRD | 302-656-8920 |
| FRANKGECKER LLP | ATTN: JOSEPH D FRANK, REED HEILIGMAN, FRANCES GECKER | 312-276-0035 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | ATTN: BRAD E SCHELER, GARY L KAPLAN, MATTHEW M ROOSE | 212-859-4000 |
| GARDERE WYNNE SEWELL LLP | ATTN: JOHN P MELKO & MICHAEL K RIORDAN | 713-276-6727 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | ATTN: DAVID MCCALL | 972-424-5619 |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN: MICHAEL G BUSENKELL | 302-425-5814 |
| GLAST PHILLIPS & MURRAY PC | ATTN: JONATHAN L HOWELL PLLC | 972-419-8329 |
| GREER HERZ & ADAMS LLP | ATTN: ANDREW J MYTELKA, MICHAEL ADAMS J SCOTT ANDREWS, JAMES M ROQUEMORE | 409-766-6424 |
| HAYNES AND BOONE LLP | ATTN: PATRICK L HUGHES | 713-236-5401 |
| HAYNES AND BOONE LLP | ATTN: TREVOR HOFFMANN | 212-918-9558 |
| HAYNES AND BOONE LLP | ATTN: IAN T PECK | 817-347-6650 |
| HILLER & ARBAN LLC | ATTN: ADAM HILLER, JOHNNA M DARBY | 302-442-7045 |
| HINCKLEY ALLEN | ATTN: JENNIFER V DORAN | 617-345-9020 |
| HOGAN MCDANIEL | ATTN: GARVAN F MCDANIEL | 302-656-7599 |
| HOLLAND & KNIGHT LLP | ATTN: CHRISTINE C RYAN | 202-955-5564 |
| INTERNAL REVENUE SERVICE | | 855-235-6787 |
| JACKSON WALKER LLP | ATTN: J SCOTT ROSE | 210-978-7790 |
| JACKSON WALKER LLP | ATTN: MONICA S BLACKER | 214-953-5822 |
| JONES DAY | ATTN: PATRICIA VILLAREAL | 214-969-5100 |
| KASOWITZ BENSON TORRES LLP | ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN | 212-506-1800 |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES CARR, BENJAMIN FEDER, GILBERT SAYDAH | 212-808-7897 |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL MCCONNELL & CLAY TAYLOR, KATHERINE THOMAS | 817-878-9280 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RAYMOND H LEMISCH | 215-568-6603 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | 212-715-8000 |
| LACKEY HERSHMAN LLP | ATTN: JAMIE R WELTON | 214-560-2203 |
| LANDIS RATH & COBB LLP | ATTN: ADAM G LANDIS, MATTHEW B MCGUIRE | 302-467-4450 |
| LAW OFFICE OF CURTIS A HEHN | ATTN: CURTIS A HEHN | 302-295-4801 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | 713-583-2833 |
| LAW OFFICES OF ROBERT E LUNA PC | ATTN: DANIEL K BEARDEN | 214-521-1738 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P DILLMAN | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER | 469-221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | 512-443-5114 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ATTN: GEOFFREY GAY | 512-472-0532 |
| LOCKE LORD LLP | ATTN: PHILIP EISENBERG | 713-223-3717 |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**CORE PARTIES & RULE 2002 LIST**
**FAX SERVICE LIST**

| Name | Attention | Fax Number |
|---|---|---|
| MANION GAYNOR & MANNING LLP | ATTN: MARC PHILLIPS | 302-657-2104 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E HUGGETT & AMY D BROWN | 302-888-1119 |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN: LEE GORDON | 512-323-3205 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: DAVID P PRIMACK | 302-654-4031 |
| MCKOOL SMITH | ATTN: PAUL D MOAK | 713-485-7344 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F DUNNE, EVAN R FLECK | 212-530-5219 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: STEVEN A GINTHER, BANKRUPTCY UNIT | 573-751-7232 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN: NATALIE RAMSEY, DAVIS LEE WRIGHT, MARK FINK, SIDNEY LIEBESMAN | 302-504-7820 |
| MORGAN LEWIS & BOCKIUS LLP | ATTN: JULIA FROST-DAVIES, C CARTER | 617-951-8736 |
| MORRIS JAMES LLP | ATTN: STEPHEN M MILLER | 302-571-1750 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DERK ABBOTT; ANDREW REMMING | 302-658-3989 |
| MORRISON & FOERSTER LLP | ATTN: JAMES PECK, BRETT H MILLER, LORENZO MARINUZZI | 212-468-7900 |
| MUNGER TOLLES & OLSON LLP | ATTN: THOMAS B WALPER, TODD J ROSEN; SETH GOLDMAN; JOHN W SPIEGEL | 213-683-4022 |
| MUNSCH HARDT KOPF & HARR PC | ATTN: KEVIN M LIPPMAN | 214-978-4335 |
| NAMAN HOWELL SMITH & LEE PLLC | ATTN: KERRY L HALIBURTON | 254-754-6331 |
| NIXON PEABODY | ATTN: RICHARD C PEDONE; AMANDA D DARWIN | 617-345-1300 |
| O'KELLY & ERNST LLC | ATTN: MICHAEL J JOYCE | 302-295-2873 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A LOWENTHAL; CRAIG W DENT, BRIAN P GUINEY | 212-336-2222 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN, JACOB ADLERSTEIN | 212-757-3990 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: OWEN M SONIK | 713-862-1429 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JOHN T BANKS | 512-302-1802 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA CALVO | 817-860-6509 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JEANMARIE BAER | 940-723-8553 |
| POLSINELLI PC | ATTN: CHRISTOPHER WARD, JUSTIN EDELSON, SHANTI KATONA | 302-252-0921 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY | ATTN: MICHAEL L ATCHLEY; MATTHEW T TAPLETT | 817-877-4781 |
| PROSKAUER ROSE LLP | ATTN: JEFF J MARWIL, MARK K THOMAS PETER J YOUNG | 312-962-3551 |
| REED SMITH LLP | ATTN: SARAH K KAM | 212-521-5450 |
| REED SMITH LLP | ATTN: ROBERT P SIMONS | 412-288-3063 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E SHICKICH JR | 206-389-1708 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN | 646-728-1663 |
| ROSS ARONSTAM & MORITZ LLP | ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER | 302-576-1100 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: CHRISTOPHER R BELMONTE AND PAMELA A BOSSWICK | 212-818-9606 |
| SAUL EWING LLP | ATTN: MARK MINUTI | 302-421-5873 |
| SAUL EWING LLP | ATTN: LUCIAN B MURLEY | 302-421-5864 |
| SECURITIES AND EXCHANGE COMMISSION | | 202-772-9318 |
| SEWARD & KISSEL LLP | ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES | 212-480-8421 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GEORGE N PANAGAKIS; CARL T TULLSON | 312-407-0411 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: MARK S CHEHI | 302-651-3001 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: JAY M GOFFMAN | 212-735-2000 |
| SMITH KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M MILLER | 302-652-8405 |
| SNELL & WILMER LLP | ATTN: DAVID E LETA | 801-257-1800 |
| SQUIRE SANDERS (US) LLP | ATTN: STEPHEN D LERNER & ANDREW M SIMON | 513-361-1201 |
| STREUSAND LANDON & OZBURN LLP | ATTN: SABRINA L STREUSAND | 512-236-9904 |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN, MICHAEL H TORKIN | 212-558-3588 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E ALLINSON, III | 302-428-8195 |
| SUTHERLAND ASBILL & BRENNAN LLP | ATTN: LINO MENDIOLA, III, | 512-721-2656 |
| TAYLOR ENGLISH DUMA LLP | ATTN: STEPHEN C GREENBERG | 770-434-7376 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | ATTN: DENNIS ROEMLEIN | 713-483-6979 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | ATTN: THOMAS VLAHAKIS,VP | 973-357-7840 |
| THE UNIVERSITY OF TEXAS SYSTEM | ATTN: TRACI L COTTON | 512-499-4519 |
| THOMPSON COBURN LLP | ATTN: DAVID D FARRELL | 314-552-7000 |
| TRAVIS COUNTY | ATTN: KAY D BROCK, ASSISTANT COUNTY ATTORNEY | 512-854-4808 |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN | 212-704-6288 |
| TUCKER ARENSBERG, PC | ATTN: JORDAN S BLASK, LARA E SHIPKOVITZ | 412-594-5619 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP | 314-612-8499 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY, CIVIL DIVISION | 202-307-0494 |
| VEDDER PRICE PC | ATTN: MICHAEL L SCHEIN | 212-407-7799 |
| VENABLE LLP | ATTN: JAMIE L EDMONSON | 302-298-3550 |
| VENABLE LLP | ATTN: JEFFREY S SABIN | 212-307-5598 |
| WACHTELL LIPTON ROSEN & KATZ | ATTN: RICHARD MASON; EMIL KLEINHAUS | 212-530-5219 |
| WEINSTEIN RADCLIFF LLP | ATTN: GREGORY M WEINSTEIN | 214-865-6140 |
| WHITE & CASE LLP | ATTN: J CHRISTOPHER SHORE; GREGORY STARNER | 212-354-8113 |
| WHITE & CASE LLP | ATTN: THOMAS LAURIA; MATTHEW BROWN | 305-358-5744 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: P ANKER, C PLATT, D JENKINS & G SHUSTER | 212-230-8888 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: BENJAMIN LOVELAND | 617-526-5000 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T ROSE | 612-217-5651 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, | 212-294-4700 |
| WOMAC LAW | ATTN: BRIAN D WOMAC | 713-751-0808 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | 302-571-1253 |

**Total Fax Count    143**

ENERGY FUTURE HOLDINGS CORP., ET AL.
U.S. TRUSTEE
FAX SERVICE LIST

| Name | Attention | Fax Number |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L SCHEPACARTER | 302-573-6497 |

**Total Fax Count** 1

ENERGY FUTURE HOLDINGS CORP., ET AL.
Agenda Additional Parties
Fax Notice

| Name | Fax Number |
|---|---|
| ROPES & GRAY LLP ATTN: ANDREW DEVORE | 617-951-7050 |
| AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: IRA DIZENGOFF & ABID QURESHI | 212-872-1002 |
| AKIN GUMP STRAUSS HAUER & FELD LLP ATTN: SCOTT ALBERINO | 202-887-4288 |
| FOLEY & LARDNER LLP ATTN: BARRY FELDER & JONATHAN FRIEDMAN | 212-687-2329 |
| CROSS & SIMON, LLC ATTN: CHRISTOPHER SIMON | 302-777-4224 |
| NIXON PEABODY LLP ATTN: CHRISTOPHER FONG | 855-900-8613 |
| | **Total Fax Count** 6 |

**EXHIBIT C**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL SERVICE LIST

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| ALSTON & BIRD LLP | (COUNSEL TO SIMEIO AND BORAL) ATTN: SAGE M SIGLER ESQ | sage.sigler@alston.com |
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC) ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| BAYARD PA | (COUNSEL TO ELLIOTT) ATTN: SCOTT D COUNSINS ESQ, ERIN R FAY ESQ, EVAN T MILLER ESQ | scousins@bayardlaw.com; efay@bayardlaw.com; emiller@bayardlaw.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC, AND FPL ENERGY PECOS WIND I LLC, FPL ENERGY PECOS WIND II LLC AND INDIAN MESA WIND FARM LLC) ATTN: MARK C ELLENBERG | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | lkelleher@capdale.com; jkoski@capdale.com |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: SCOTT TALMADGE, ABBEY WALSH, STEVEN FRUCHTER | scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; steven.fruchter@freshfields.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: MICHAEL BUSENKELL & EVAN RASSMAN | mbusenkell@gsbblaw.com; erassman@gsbblaw.com |
| GIBSON, DUNN & CRUTCHER LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER DANIEL DENNY | jkrause@gibsondunn.com; MNeumeister@gibsondunn.com; ddenny@gibsondunn.com |
| GILLESPIE SANFORD LLP | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) ATTN: HAL K. GILLESPIE | hkg@gillespiesanford.com |
| GORI JULIAN & ASSOCIATES PC | (COUNSEL TO JOHN H JONES) ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | barry@gorijulianlaw.com beth@gorijulianlaw.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS AND JOHN H JONES) ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T DONILON ESQ | gdonilon@pwujlaw.com |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO CITIBANK) ATTN: JEREMY W RYAN, R. STEPHEN MCNEILL | jryan@potteranderson.com; rmcneill@potteranderson.com |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) ATTN: KEITH H WOFFORD ESQ, GREGG M GALARDI, ESQ, D. ROSS MARIN ESQ | keith.wofford@ropesgray.com; gregg.galardi@ropesgray.com; ross.martin@ropesgray.com; |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | jsearcy@jrsearcylaw.com; joshsearcy@jrsearcylaw.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL SERVICE LIST

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| SHEARMAN & STERLING LLP | (COUNSEL TO CITIBANK) ATTN: FREDERIC SOSNICK ESQ, NED S SCHODEK ESQ | fsosnick@shearman.com; ned.schodek@shearman.com |
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN) ATTN: JONATHAN RUCKDESCHEL ESQ | rucklawfirm@rucklawfirm.com |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE U.S. ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: DANIEL S. SMITH, SR COUNSEL | dan.smith2@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ | mkshaver@varnumlaw.com |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL) ATTN: L KATHERINE GOOD ESQ | kgood@wtplaw.com |

| | |
|---|---|
| **Total Creditor Count** | **27** |
| **Total Email Count** | **45** |