**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on the 10th day of August 2017, Berkshire Hathaway Energy Company ("**BHE**"), by and through its undersigned counsel, caused a copy of *Berkshire Hathaway Energy Company's Responses & Objections to EFH Indenture Trustee's First Set of Requests for Production of Documents and Interrogatories to Berkshire Hathaway Energy Company in Connection With Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* to be served on the following parties in the manner indicated:

**Via Electronic Mail**

Christopher P. Simon, Esquire
*Cross & Simon, LLC*
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Email:  csimon@crosslaw.com

**Via Electronic Mail**

Amanda D. Darwin, Esquire
Richard C. Pedone, Esquire
Erik Schneider, Esquire
*Nixon Peabody LLP*
100 Summer Street
Boston, Massachusetts 02110
Email:  adarwin@nixonpeabody.com
        rpedone@nixonpeabody.com
        eschneider@nixonpeabody.com

**Via Electronic Mail**

Christopher J. Fong, Esquire
*Nixon Peabody LLP*
55 West 46th Street
New York, New York 10036
Email:  cfong@nixonpeabody.com

Dated:  August 11, 2017
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**


      */s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:    chipman@chipmanbrown.com
    olivere@chipmanbrown.com

—and—

Jeffrey C. Krause (Admitted *pro hac vice*)
Michael S. Neumeister (Admitted *pro hac vice*)
Daniel B. Denny (Admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:    (213) 229-7000
Facsimile:    (213) 229-7520
Email:    SSletten@gibsondunn.com
Email:    jkrause@gibsondunn.com
Email:    mneumeister@gibsondunn.com
Email:    ddenny@gibsondunn.com


*Counsel for Berkshire Hathaway Energy Company*