# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 10th day of August 2017, Berkshire Hathaway Energy Company ("**BHE**"), by and through its undersigned counsel, caused a copy of *Berkshire Hathaway Energy Company's Responses & Objections to First Document Requests of Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Berkshire Hathaway Energy Company in Connection With Confirmation of the Debtors' Joint Plan of Reorganization* to be served on the following parties in the manner indicated:

*Via* **Electronic Mail**

Daniel K. Hogan, Esquire
*Hogan♦McDaniel*
1311 Delaware Avenue
Wilmington, Delaware 19801
Email:  dkhogan@dkhogan.com
(Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann)

*Via* **Electronic Mail**

Steven Kazan, Esquire
*Kazan McClain Satterley & Greenwood*
*A Professional Law Corporation*
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Email:   skazan@kazanlaw.com
(Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle)

*Via* **Electronic Mail**

Leslie M. Kelleher, Esquire
Jeanna M. Koski, Esquire
*Caplin & Drysdale, Chartered*
One Thomas Circle, N.W.
Washington, DC 20005
Email:  lkelleher@capdale.com
             jkoski@capdale.com
(Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann)

*Via* **Electronic Mail**

Ethan Early, Esquire
*Early Lucarelli Sweeney & Meisenkothen*
265 Church Street, 11th Floor
New Haven, Connecticut 06508-1866
Email:   skazan@kazanlaw.com
(Counsel for David William Fahy)

| | |
|---|---|
| *Via* **Electronic Mail** | *Via* **Electronic Mail** |
| Beth Gori, Esquire | Jonathan Ruckdeschel, Esquire |
| *Gori Julian & Associates, P.C.* | *The Ruckdeschel Law Firm, LLC* |
| 156 North Main Street | 8357 Main Street |
| Edwardsville, Illinois 62025 | Ellicott City, Maryland 21043-4603 |
| Email:  beth@gorijulianlaw.com | Email:  ruck@rucklawfirm.com |
| (Counsel for John H. Jones) | (Counsel for David Heinzmann) |

Dated: August 11, 2017
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

   /s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:       (302) 295-0199
Email:             chipman@chipmanbrown.com
                  olivere@chipmanbrown.com

    —and—

Jeffrey C. Krause (Admitted *pro hac vice*)
Michael S. Neumeister (Admitted *pro hac vice*)
Daniel B. Denny (Admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:     (213) 229-7000
Facsimile:       (213) 229-7520
Email:             SSletten@gibsondunn.com
Email:             jkrause@gibsondunn.com
Email:             mneumeister@gibsondunn.com
Email:             ddenny@gibsondunn.com

*Counsel for Berkshire Hathaway Energy Company*