# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/11/17 at 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Catie N. Robinson | Pachulski Stang Ziehl & Jones | Second Lien-Indenture Trustee |
| Gregg Galardi | Ropes & Gray | Elliott |
| Erin Fay | Bayard | Elliott |
| Robin Ball | Norton Rose Fulbright US LLP | NextEra |
| Eric Daucher | " " | " " |
| David Neier | Winston & Strawn LLP | " " |
| Kim Brown | Lewis Roca Rothgerber & Cobb | " " |
| Mike Petrino | Kirkland & Ellis LLP | Debtors |
| Mark McKane | " | " |
| Aparna Yenamandra | " | " |
| Michael A. Firestein | Proskauer | EFH Corp |
| Cory F. Stephenson | Bielli & Klauder | " |
| E. Leah McMein | Potter Anderson | EFH DIP Agent |
| Richard L. Schepacarter | USDOJ - UST | U.S. Trustee |
| William E. Chipman Jr. | Chipman Brown Cicero & Cole | Berkshire Hathaway Energy |
| Abid Qureshi | Akin Gump | Milbank Indenture Trustee |
| Ray Lemisch | Klehr Harrison | " |
| Brian Silverstein | Sullivan & Cromwell | E-Side Committee |
| Richard Pedone | Nixon Peabody | AST as Indenture Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 8/11/17 at 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Hines | Cross and Simon | " |
| Mark McBane | Kirkland Ellis | EFH |
| Michael Petrino | " | " |
| Aparna Yenamandra | " | " |
| David J. DeFrancesbi | " | " |
| Jason M. Madron | Richards Layton Finger | " |
| Natalie Ramsey | Montgomery McCracken | E-side Comm. Ttee |
| Beth Gluckstein | Sullivan & Cromwell | " |
| Mike Joyce | OES | Fidelity |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 08/11/2017
**Calendar Time:** 01:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
### #6

Amended Calendar  Aug 11 2017  9:00AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8527198 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8519169 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8527159 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8528099 | Negisa Balluku | (212) 617-0147 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8524577 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8524772 | Joshua Brody | (212) 715-9314 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, ComputerShare / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8526353 | Allister Chan | (212) 310-8748 ext. | Citibank, N.A. | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8525081 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8493628 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8529541 | Daniel B. Denny | 213-229-7646 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Berkshire Hathaway Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8525372 | Jamie Edmonson | (302) 298-3520 ext. | Venable LLP | Creditor, PIMCO / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8530167 | Barry Felder | (212) 338-3540 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8530285 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8527758 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8493634 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8517098 | Philip A. Gelston | (212) 474-1548 ext. | Cravath, Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8528879 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8526024 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8527570 | Daniel K. Hogan | (302) 656-7540 ext. | Hogan McDaniel | Creditor/Claimant, Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzma / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8524802 | Emily L. Katz | (212) 761-1671 ext. | Morgan Stanley - New York | Creditor, Emily L. Katz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8521305 | Jeffrey C. Krause | (213) 229-7995 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8526546 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8527750 | Thomas Kreller | (424) 386-4463 ext. | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Hunt Consolidated Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8519999 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8528520 | Tracy Rucinski | (312) 550-5937 ext. | Thomson & Reuters | Interested Party, Tracy Rucinski / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8528862 | Jeffrey S. Sabin | (212) 307-5500 ext. | Venable LLP | Creditor, PIMCO / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8525134 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8468272 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8528144 | Howard Seife | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, NextEra Energy / LIVE |

| Peggy Drasal ext. 802 | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8527494 | Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Interested Party, O'Melveny & Myers, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8528163 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8528899 | Scott Talmadge | (212) 277-4000 ext. | Freshfields Bruckhaus Deringer US, LLP | Creditor, Sunrise Partners Limited Partnership / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8518282 | Foteini Teloni | (212) 848-4579 ext. | Shearman & Sterling LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8528226 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8525549 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8520782 | Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8526368 | Amer Tiwana | (646) 562-1770 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8527295 | Carl Tullson | (312) 407-0379 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8527200 | Michael Turkel | (212) 373-3689 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8530233 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8524767 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5094) | Hearing | 8525466 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5094) | Hearing | 8529596 | Nicholas Berg | (312) 845-1322 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5094) | Hearing | 8520602 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Creditor, Ad Hoc Committee of Tech Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5094) | Hearing | 8529568 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (17-5094) | Hearing | 8530168 | Zachary D. Lanier | (212) 872-8094 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5094 2) | Hearing | 8525451 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank / LISTEN ONLY |