B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>Energy Future Holdings Corp.</u>          Case No. <u>14-10979 (CSS)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Elliott Associates, LP</u><br>Name of Transferee | <u>Citigroup Financial Products Inc.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>c/o Elliott Management Corporation<br>40 West 57th Street<br>New York, NY 10019<br>Primary Contact: Michael Stephan<br>Phone: 212 478-2310<br>Facsimile: 212 478-2311<br>Email: MStephan@Elliottmgmt.com<br><br>Phone: _____<br>Last Four Digits of Acct #: _____ | Court Claim # (if known): <u>4112</u><br>Amount of Claim: <u>32% of Claim # 4112 in the total filed amount of not less than $2,592,592.00*</u><br>Date Claim Filed: <u>9/3/2014</u><br>Debtor: <u>Energy Future Holdings Corp.</u><br><br>* plus additional amounts as set forth in the proof of claim.<br><br><br>Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments
should be sent (if different from above):

*[Signature Page Follows]*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ELLIOTT ASSOCIATES, L.P.
By: Elliott Capital Advisors, L.P. General Partner
By: Braxton Associates Inc., General Partner

By: _____
Name: Elliot Greenberg
Title: Vice President

Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: Debtor

    **CITIGROUP FINANCIAL PRODUCTS INC.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**ELLIOTT ASSOCIATES, L.P.**
c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019

its successors and assigns ("Buyer"), all right, title and interest in and to 32% of the claim of Seller in the aggregate principal amount of $2,592,592.00 against the Debtor, docketed as Claim No. 4112 (the "Claim") in the United States Bankruptcy Court for the District of Delaware in the case In re Energy Future Holdings Corp., et al., No. 14-10979 (CSS) (Jointly Administered) (the "Debtor").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the __11__ day of August, 2017.

CITIGROUP FINANCIAL PRODUCTS INC.

By: _/s/ Joelle Gavlick_ (DocuSigned, 240CDA98C9F64D3...)
Name:
Title:

Joelle Gavlick - Authorized Signatory

**ELLIOTT ASSOCIATES, L.P.**
By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner

By: _____
Name:
Title:

80-40539871

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: Debtor

CITIGROUP FINANCIAL PRODUCTS INC. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

ELLIOTT ASSOCIATES, L.P.
c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019

its successors and assigns ("Buyer"), all right, title and interest in and to 32% of the claim of Seller in the aggregate principal amount of $2,592,592.00 against the Debtor, docketed as Claim No. 4112 (the "Claim") in the United States Bankruptcy Court for the District of Delaware in the case In re Energy Future Holdings Corp., et al., No. 14-10979 (CSS) (Jointly Administered) (the "Debtor").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 11 day of August, 2017.

CITIGROUP FINANCIAL PRODUCTS INC.

By:_____
Name:
Title:

ELLIOTT ASSOCIATES, L.P.
By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner

By:_____
Name:    ELLIOT GREENBERG
Title:    VICE PRESIDENT

80-40539871