B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>Energy Future Holdings Corp.</u>          Case No. <u>14-10979 (CSS)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Elliott International, LP</u><br>Name of Transferee | <u>Morgan Stanley Capital Services, LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>5688</u><br>Amount of Claim: <u>68% of Claim #5688 in the total allowed amount of not less than $531,779.72*</u> |
| c/o Elliott Management Corporation<br>40 West 57th Street<br>New York, NY 10019<br>Primary Contact: Jeremy Grant<br>Phone: 212 478-1797<br>Facsimile: 212 478-1798<br>Email: JGrant@Elliottmgmt.com | Date Claim Filed: <u>10/20/2014</u><br>Debtor: <u>Energy Future Holdings Corp.</u><br><br>* plus additional amounts as set forth in the proof of claim. |
| Phone: _____<br>Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments
should be sent (if different from above):

*[Signature Page Follows]*

NYC:390440.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ELLIOTT INTERNATIONAL, L.P.
By: Elliott International Capital Advisors Inc.
    as attorney-in-fact

By: _____
Name: Elliot Greenberg
Title:   Vice President

Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

343747.1 - 08/09/17

NYC:390440.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, MORGAN STANLEY CAPITAL SERVICES LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to ELLIOTT INTERNATIONAL, LP ("Purchaser") 68.0%, or $531,779.72, of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against ENERGY FUTURE HOLDINGS CORP. (the "Debtor"), the debtor in Case No. 14-10979 (CSS) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 5688) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of August 2017.

**MORGAN STANLEY CAPITAL SERVICES LLC**

By: _____ *(signed) John Ragusa*
Name: John Ragusa
Title: Authorized Signatory

**ELLIOTT INTERNATIONAL, LP**

By: _____
Name:
Title:

24

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, MORGAN STANLEY CAPITAL SERVICES LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to ELLIOTT INTERNATIONAL, LP ("Purchaser") 68.0%, or $531,779.72, of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against ENERGY FUTURE HOLDINGS CORP. (the "Debtor"), the debtor in Case No. 14-10979 (CSS) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 5688) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of August 2017.

MORGAN STANLEY CAPITAL SERVICES LLC

By: _____
Name:
Title:

ELLIOTT INTERNATIONAL, L.P.
By: Elliott International Capital Advisors Inc.
       as attorney-in-fact
By: _____
Name:
Title: By: _____
           Elliot Greenberg, Vice-President

24