IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 11506, 11508, 11510, 11597, 11598** |

### CERTIFICATION OF COUNSEL CONCERNING "ORDER GRANTING, IN PART, AND DENYING, IN PART, 'THE ELLIOTT FUNDS' MOTION TO ADJOURN HEARING ON THE MOTION OF THE EFH/EFIH DEBTORS FOR ORDER AUTHORIZING ENTRY INTO MERGER AGREEMENT AND APPROVING TERMINATION FEE' [D.I. 11506]"

On July 19, 2017, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, the "Elliott Funds") filed *The Elliott Funds' Motion to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11506] (the "Motion to Adjourn") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion to Adjourn, the Elliott Funds were seeking an order adjourning the hearing on the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee*, filed July 7, 2017 [D.I. 11430].[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Also, on July 19, 2017, (i) Sunrise Partners Limited Partnership ("Sunrise") filed the *Statement in Support of Motion by Elliott Associates to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee by Sunrise Partners Limited Partnership* [D.I. 11508], and (ii) UMB Bank, N.A. ("UMB Bank") filed the *Joinder of UMB*

RLF1 17975380v.1

In accordance with the *Order Shortening Notice Regarding the Elliott Funds' Motion to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry Into Merger Agreement and Approving Termination Fee*, entered July 20, 2017 [D.I. 11511], objections to the Motion to Adjourn were required to be filed by 12:00 p.m. (noon) (Eastern Daylight Time) on July 25, 2017 (the "Objection Deadline") and a hearing to consider the relief requested in the Motion to Adjourn (and any responses thereto) took place before the Bankruptcy Court on July 26, 2017 starting at 10:00 a.m. (Eastern Daylight Time) (the "July 26th Hearing").

Prior to the Objection Deadline, (i) Berkshire Hathaway Energy Company ("BHE") filed *Berkshire Hathaway Energy Company's Objection to the Elliott Funds' Motion to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11597], and (ii) Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[3] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed *The Debtors' Objection to the Elliott Funds' Motion to Adjourn the Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11598], both in response and opposition to the Motion to

---

*Bank, N.A. to (I) The Elliott Funds' Objection to the Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code and (II) the Elliott Funds' Motion to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11510], both in support of the relief requested in the Motion to Adjourn.

[3] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

Adjourn.

At the July 26th Hearing, the Bankruptcy Court heard and considered live witness testimony and the arguments of the parties in connection with the Motion to Adjourn and the various responses and related documents filed in connection therewith. Based on the record of the July 26th Hearing, the Bankruptcy Court granted, in part, and denied, in part, the Motion to Adjourn. Following the conclusion of the July 26th Hearing, the E-Side Debtors prepared a revised form of order (the "Revised Order") in connection with the Motion to Adjourn to, among other things, reflect the Bankruptcy Court's rulings made on the record at the July 26th Hearing. A copy of the Revised Order is attached hereto as **Exhibit 1**.

The E-Side Debtors circulated a copy of the Revised Order to counsel to each of (i) UMB Bank; (ii) BHE; (iii) Sunrise; and (iv) the Elliott Funds, and the E-Side Debtors believe that the Revised Order is unobjectionable for entry to each of those parties. Consequently, the Revised Order should be entered.

The E-Side Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: August 14, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com
         aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*