## Exhibit 1

**Revised Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 11506, 11508, 11510, 11597, 11598** |

### ORDER GRANTING, IN PART, AND DENYING, IN PART, "THE ELLIOTT FUNDS' MOTION TO ADJOURN HEARING ON THE MOTION OF THE EFH/EFIH DEBTORS FOR ORDER AUTHORIZING ENTRY INTO MERGER AGREEMENT AND APPROVING TERMINATION FEE" [D.I. 11506]

Upon *The Elliott Funds' Motion to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee*, filed July 19, 2017 [D.I. 11506] (the "Motion to Adjourn"),[2] seeking an order adjourning the hearing on the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee*, filed July 7, 2017 [D.I. 11430] (the "Merger Agreement Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion to Adjourn in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion to Adjourn having been provided; and the Court having reviewed and considered all

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Adjourn.

of (i) the Motion to Adjourn; (ii) the *Statement in Support of Motion by Elliott Associates to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee by Sunrise Partners Limited Partnership*, dated July 19, 2017 [D.I. 11508] filed by Sunrise Partners Limited Partnership in support of the relief requested in the Motion to Adjourn; (iii) the *Joinder of UMB Bank, N.A. to (I) The Elliott Funds' Objection to the Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code and (II) the Elliott Funds' Motion to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee*, dated July 19, 2017 [D.I. 11510] filed by UMB Bank, N.A. in support of the relief requested in the Motion to Adjourn; (iv) *Berkshire Hathaway Energy Company's Objection to the Elliott Funds' Motion to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee*, dated July 25, 2017 [D.I. 11597] filed by Berkshire Hathaway Energy Company in response and opposition to the Motion to Adjourn; and (v) *The Debtors' Objection to the Elliott Funds' Motion to Adjourn the Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee*, dated July 25, 2017 [D.I. 11598] filed by the Debtors in response and opposition to the Motion to Adjourn; and the Court having held a hearing to consider the Motion to Adjourn and all of the documents filed in connection therewith on July 26, 2017 starting at 10:00 a.m. (Eastern Daylight Time) (the "July 26th Hearing") in accordance with the *Order Shortening Notice Regarding the Elliott Funds' Motion*

*to Adjourn Hearing on the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11511]; and the Court having heard and considered the evidence and arguments of counsel presented to it during the July 26th Hearing; and upon the record of the July 26th Hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Adjourn is granted, in part, and denied, in part, as set forth on the record of the July 26th Hearing by the Court; and it is further

ORDERED that a hearing to consider the Merger Agreement Motion and any and all responses thereto shall take place before the Court on August 21, 2017 starting at 9:00 a.m. (Eastern Daylight Time)[3]; and it is further

ORDERED that, notwithstanding the possible applicability of Federal Rules of Bankruptcy Procedure 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August _____, 2017
Wilmington, Delaware
_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[3] Reflects modified start time ordered by the Court on the record of the August 11, 2017 hearing. *See also* D.I. 11749.