IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 11430** |

## CERTIFICATION OF COUNSEL CONCERNING
## JOINT STIPULATED FINAL PRE-TRIAL ORDER

On July 7, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11430] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Motion, the E-Side Debtors are seeking entry of an order (a) authorizing the E-Side Debtors to enter into that certain Agreement and Plan of Merger, attached as Exhibit 1 to Exhibit A to the Motion, with Berkshire Hathaway Energy Company ("BHE") and (b) approving the payment of a termination fee to BHE as an

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

allowed administrative expense claim payable if and when due without further order of the Bankruptcy Court.

Consistent with the record of the hearing held before the Bankruptcy Court on July 26, 2017 to consider certain contested matters in connection with, among other things, scheduling relative to the Motion (*see generally* D.I. 11425, 11506), a hearing to consider approval of the Motion and any objections thereto is scheduled to be held before the Bankruptcy Court on August 21, 2017 starting at 9:00 a.m. (Eastern Daylight Time) (the "Contested Hearing").

On August 11, 2017 (the "August 11th Hearing"), in contemplation of the Contested Hearing, the Bankruptcy Court held a status conference in connection with the Motion during which counsel to each of the E-Side Debtors and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, the "Elliott Funds" and together with the E-Side Debtors, the "Parties") presented certain disputed proposed pre-trial procedures to the Bankruptcy Court as outlined in the Parties' letter briefs filed on August 11, 2017 (*see* D.I. 11722, 11723). On the record of the August 11th Hearing, the Bankruptcy Court issued various rulings in connection with the Parties' disputed proposed pre-trial procedures with respect to the Motion and the conduct of the Contested Hearing.

Following the August 11th Hearing, counsel for the E-Side Debtors prepared a proposed form of *Joint Stipulated Final Pre-Trial Order* (the "Pretrial Order"). A copy of the Pretrial Order is attached hereto as **Exhibit A**. The E-Side Debtors believe that the Bankruptcy Court's approval of the Pretrial Order will promote judicial economy in connection with the judicial disposition of the Motion and the conduct of the Contested Hearing. The Pretrial Order has been circulated to all of the Participating Parties[3] (including counsel to the Elliott Funds) and the E-

---

[3] As such term is defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With Confirmation of the Joint Plan of Reorganization of*

Side Debtors believe that the Pretrial Order is unobjectionable for entry to any of the parties to whom the Pretrial Order was circulated.

The E-Side Debtors therefore respectfully request that the Bankruptcy Court enter the Pretrial Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

---

*Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, entered July 28, 2017 [D.I. 11628].

Dated: August 15, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*