# Exhibit A

# (Pretrial Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 11430** |

## JOINT STIPULATED FINAL PRE-TRIAL ORDER

**WHEREAS**, on August 11, 2017, the Court held a hearing regarding protocols that will govern the upcoming hearing (the "Hearing") on the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee*, dated July 7, 2017 [D.I. 11430] (the "Motion"); and

It is **HEREBY ORDERED THAT** the following provisions shall apply to the Hearing:

1. **Hearing time and Allocation.** The Hearing will commence on August 21, 2017 at 9:00 a.m. (Eastern Daylight Time), and conclude that same day. The Hearing shall be limited to eight hours of total Hearing time. This time limit shall include all court time used during the evidentiary proceedings, including opening statements, direct and cross examinations, motion arguments, closing arguments, and other non-testimonial matters.

2. The total Hearing time shall be divided evenly between Motion supporters and Motion objectors (collectively, the "Participating Parties"), such that each side shall be limited to four hours of Hearing time. Participating Parties shall meet and confer in good faith with other

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Participating Parties on their respective sides regarding the allocation of their four hours of Hearing time. Any dispute regarding allocation of Hearing time may be submitted to the Court. Use of Hearing time by each side shall be monitored by a chess clock.

3. Any Hearing time allocated to a Participating Party for a portion of the Hearing, but not used in that portion, may be used in other portions of the Hearing by that Participating Party.

4. **Opening Statements**. The total time for opening statements shall be 60 minutes, with 30 minutes allotted to Motion supporters, and 30 minutes allotted to Motion objectors. Participating Parties shall meet and confer in good faith with other Participating Parties on their respective sides regarding the allocation of their 30 minutes of opening statements. Any dispute regarding allocation of time for opening statements may be submitted to the Court.

5. **Closing Arguments**. Subject to Paragraph 3, the total time for closing arguments shall be 60 minutes, with 30 minutes allotted to Motion supporters, and 30 minutes allotted to Motion objectors. Participating Parties shall meet and confer in good faith with other Participating Parties on their respective sides regarding the allocation of their 30 minutes of closing arguments. Any dispute regarding allocation of time for closing arguments may be submitted to the Court.

6. **Written Direct Examinations**. Participating Parties may submit narrative written direct examinations for all or part of any witness's testimony. Written directs shall not count against a party's allocated time. All witnesses for whom written direct examinations are submitted must be tendered for cross examination. Witnesses testifying by written direct are permitted to supplement the written direct with live testimony. Participating Parties will meet and confer in advance of the Hearing to resolve any evidentiary issues related to the written

direct examinations, and to set a schedule for the exchange of such written direct examinations and any objections thereto.

7. **Deposition Designations.** Participating Parties may use deposition designations in lieu of or in addition to testimony. Participating Parties will meet and confer in advance of the Hearing to resolve any evidentiary issues related to the proposed deposition designations, and to set a schedule for the exchange of such designations, any objections thereto, and any counter designations.

8. **Delivery of Written Direct Examinations and Deposition Designations.** Copies of any written direct examinations or deposition designations Participating Parties intend to introduce into evidence at the Hearing must be delivered by Saturday, August 19, 2017 at 7:00 p.m. (Eastern Daylight Time), to the Court at Christopher S. Sontchi's home address, which can be obtained from the Clerk of the Court.

Dated: August ____, 2017
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE