ABSTRACT OF JUDGMENT

RE 11664

14-10979

STATE OF TEXAS

COUNTY OF TARRANT
JUSTICE COURT

I, MANUEL T. VALDEZ JUSTICE OF THE PEACE OF PRECINCT NO. 5 OF TARRANT COUNTY, TEXAS, DO HEREBY CERTIFY THAT IN A CERTAIN SUIT PENDING IN SAID COUNTY, NO. C00006066, WHEREIN

```
TEXAS UTILITIES ELECTRIC           ATTY: LOIS J DURAN
COMPANY                            PO   BOX 650393
PO BOX 650393                      DALLAS        TX 75265-9627
DALLAS        TX 75265-9627
                                                    PLAINTIFF

KENNY R STEWART
DBA THE WINNING CIRCLE
2607 BETTY LN APT 190
ARLINGTON     TX 76006-3447
DL#:TX ███████----  DOB:N/A    SS#:N/A
                                                    DEFENDANT
```

FILED 2017 AUG 16 AM 10:4_ CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

THE SAID PLAINTIFF RECOVERED JUDGMENT AGAINST THE SAID DEFENDANT ON THE 20TH DAY OF MAY       1998, FOR THE SUM OF       $427.94  PRINCIPAL,
     $125.00 ATTORNEY FEES,
PLUS       $62.00 COSTS OF SUIT WITH INTEREST ON SAID AMOUNT FROM THE 20TH DAY OF MAY       1998 AT THE RATE OF 10.00 PER CENT PER ANNUM. SAID JUDGMENT IS OF RECORD IN VOLUME       OF RECORDS OF SAID COURT. SAID JUDGMENT IS DUE A CREDIT IN THE AMOUNT OF        $0.00 . THERE IS NOW STILL DUE ON SAID JUDGMENT        $552.94   AND        $62.00 COSTS OF SUIT WITH INTEREST ON SAID AMOUNT FROM  THE 20TH DAY OF MAY       1998, AT THE RATE OF 10.00       PER CENT PER ANNUM.

GIVEN UNDER MY HAND AND SEAL OF OFFICE AT FORT WORTH, TEXAS THIS 1ST  DAY OF JULY     , 1998.

_[signature]_

JUSTICE OF THE PEACE, PRECINCT NO. FIVE
TARRANT COUNTY, TEXAS

```
         D198196245
LOIS J DURAN
POB 650393
DALLAS TX  75265 9627
```

-W A R N I N G-THIS IS PART OF THE OFFICIAL RECORD--D O  N O T  D E S T R O Y

I N D E X E D -- T A R R A N T  C O U N T Y  T E X A S
S U Z A N N E   H E N D E R S O N -- COUNTY CLERK
O F F I C I A L  R E C E I P T

        T O:    TU SRV

RECEIPT NO          REGISTER      RECD-BY     PRINTED DATE   TIME
198330104             DR2A        T008322     08/26/98       10:37


       INSTRUMENT    FEECD                  INDEXED    TIME
   1   D198196245    AJ                     980826     10:37    CK 866312


     T O T A L :  DOCUMENTS: 01         F E E S:        9.00




     B Y: [signature]


        ANY PROVISION WHICH RESTRICTS THE SALE RENTAL OR USE
        OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE
        IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.