# Exhibit H

Page 1

1    UNITED STATES BANKRUPTCY COURT

2    DISTRICT OF DELAWARE

3

4

5    In re:                          :

                                      :    Chapter 11

6    ENERGY FUTURE HOLDINGS CORP., :

     et al.,                          :    Case No. 14-10979 (CSS)

7                                     :

             Debtors.                 :    (Jointly Administered)

8    _____:

9

10

11                              United States Bankruptcy Court

12                              824 North Market Street

13                              Wilmington, Delaware

14                              September 19, 2016

15                              10:11 a.m. – 1:09 p.m.

16

17

18

19

20

21   B E F O R E :

22   HON CHRISTOPHER J. SONTCHI

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO OPERATOR:   LESLIE MURIN

1    with due process so as to give the Court any concern that

2    it's locking in a breakup fee based on that argument either

3    being successful on appeal or a confirmation of the plan.

4              The breakup fee amount is large but, like

5    everything in this case including the state of Texas, this

6    is a big case and everything in here big numbers, and you

7    have to look at it appropriately from a percentage basis,

8    that's at, I believe, approximately 1.47 percent of TEV as

9    we sit here today based on the most recent changes to the

10   deal.  That's an appropriate number for a case of this size.

11   Generally, those fee percentages drop as cases get bigger,

12   they go up as cases get smaller.  The evidence is clear that

13   this is on the low end of utility-type transactions.  It's

14   also on the low end of this Court's experience with regard

15   to breakup fees that I have approved numerous times, so I

16   believe the amount is supported by the market, I think the

17   evidence overwhelmingly indicates that a breakup fee was

18   necessary to induce NextEra to make a bid, and to move

19   forward with a merger agreement.

20             Now, it cannot be denied that NextEra has been

21   anxious, willing to buy this asset for quite some time.

22   They participated through, I guess it's now three rounds of

23   negotiation -- the negotiations in late 2014, the approved

24   negotiations in 2015 and now the 2016 negotiation.  They

25   also attempted to insert themselves into the last

Page 141

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4     transcript is a true and accurate record of the proceedings.

5

6     Sonya
      Ledanski Hyde
      Digitally signed by Sonya Ledanski
      Hyde
      DN: cn=Sonya Ledanski Hyde, o, ou,
      email=digital1@veritext.com, c=US
      Date: 2016.09.20 17:14:39 -04'00'

7

8     Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  September 20, 2016