# Exhibit I

```
                                                        Page 1
 1   UNITED STATES BANKRUPTCY COURT
 2   FOR THE DISTRICT OF DELAWARE
 3   Case No. 14-10979-css
 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 5   In the Matter of:
 6
 7   Energy Future Holdings, Corp. et al.
 8
 9             Debtors.
10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
11
12
13
14                            United States Bankruptcy Court
15                            824 N. Market Street
16                            Wilmington, DE  19805
17                            July 26, 2017
18                            10:33 a.m.
19
20
21
22   B E F O R E:
23   HON. CHRISTOPHER S. SONTCHI
24   U.S. BANKRUPTCY JUDGE
25   ECRO:  LESLIE MURIN
```

Page 131

1  Q.   Why did the senior executive team at Berkshire Hathaway
2  Energy make the decision to terminate if there is not an
3  order approving a merger agreement by August 21?
4  A.   Well, as I said, it's a very difficult term to live with
5  from the get-go.  It's, in my world, completely not
6  commercial; something that we had to get our arms around
7  having in the bankruptcy process.  We had -- I had certain
8  expectations for how the process would go.  We think it's
9  very important to enforce our rights under the contract.  We
10 negotiated hard for that right.  We are exposed during this
11 period of time with no compensation whatsoever to the extent
12 that a superior offer is made or to the extent there is a
13 downturn in the market.  We made a $9 billion offer.  So, to
14 the extent catastrophes happen, market movements happen,
15 we're exposed for that.
16       And fundamentally EFH and the signatories to this
17 agreement, as I understand it, aren't obligated for their
18 commitments that they've made under the agreement until the
19 Court approves the agreement, including the termination fee.
20 And so as I said, it's a very difficult one to even live with
21 the 45 days, and if those 45 days pass, you know, things have
22 gone awry because they were supposed to be done ahead of that
23 time.  We negotiated commercially reasonable efforts to have
24 the hearing and our expectation was that would occur by then.
25 Q.   If you terminate the merger agreement in the scenario

```
 1                    CERTIFICATION

 2         I, Theresa Pullan, certify that the foregoing is a

 3   correct transcript from the official electronic sound

 4   recording of the proceedings in the above-entitled matter.

 5   Theresa Pullan

 6   AAERT Certified Electronic Transcriber CET**00650

 7   Theresa Pullan

22   Veritext

23   330 Old Country Road

24   Suite 300

25   Mineola, NY  11501
```

Digitally signed by Theresa Pullan
DN: cn=Theresa Pullan, o=Veritext, ou, email=digital@veritext.com, c=US
Date: 2017.07.28 14:22:32 -04'00'