IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### NOTICE OF DISAPPROVAL OF THE BHE MERGER AGREEMENT AND REJECTION OF THE BHE PLAN

**PLEASE TAKE NOTICE** that, on July 7, 2017, the above-captioned debtors filed (i) *Motion of the EFH/EFIH Debtors for Order Authorizing Entry Into Merger Agreement and Approving Termination Fee* [D.I. 11430], seeking, among other things, approval of entry into a merger agreement with Berkshire Hathaway Energy Company (the "BHE Merger Agreement") and (ii) *Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11426], incorporating the terms of the BHE Merger Agreement (the "BHE Plan").[1]

**PLEASE TAKE FURTHER NOTICE** that, on August 9, 2017, Elliott Management Corporation and Sunrise Partners Limited Partnership, together with certain funds they advise and affiliated entities (collectively, the "Creditors") filed objections to the approval of the BHE Merger Agreement [D.I. 11700, 11704]. The Creditors continue to disapprove of the BHE Merger Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Creditors will object to approval of the Disclosure Statement for the BHE Plan stating, among other things, **that the BHE Plan may not**

---
[1] Capitalized terms used and not defined herein shall have the meanings ascribed in the BHE Plan.

{BAY:03101998v1}

**be confirmed** under Bankruptcy Code section 1129(a)(10) because as a matter of law, and the applicable facts, there will be no impaired accepting class for the plan of reorganization for EFIH (the "EFIH Plan"), which is a necessary prerequisite to confirmation of the BHE Plan.

**PLEASE TAKE FURTHER NOTICE** that the Creditors hold $952.5 million of the EFIH Second Lien Notes, or approximately 46% of the Class B4 EFIH Second Lien Note Claims under the EFIH Plan.

**PLEASE TAKE FURTHER NOTICE** that in support of their objection to the Disclosure Statement and in opposition to the BHE Plan, the Creditors will vote all of their claims against EFIH to reject the EFIH Plan, and as a result:

- $56.4 million of the EFH LBO Note Guaranty Claims will vote **to reject the EFIH Plan,** which claims constitute approximately **94% of Class B5**; and
- $1.43 billion of the EFIH Unsecured Note Claims will vote **to reject the EFIH Plan,** which claims constitute approximately **91% of Class B6**.

**PLEASE TAKE FURTHER NOTICE** that the Creditors will vote all of their claims against EFH to reject the plan of reorganization for EFH (the "EFH Plan") and as a result:

- $423.7 million of the EFH Legacy Notes Claims will vote **to reject the EFH Plan,** which claims constitute approximately **73% of Class A4**;
- $56.4 million of the EFH LBO Note Primary Claims will vote **to reject the EFH Plan,** which claims constitute approximately **94% of Class A6**; and
- $9.5 million of the EFH Swap Claims will vote **to reject the EFH Plan,** which claims constitute approximately **70% of Class A7**.

Dated: August 16, 2017
Wilmington, Delaware

Respectfully Submitted,

BAYARD, P.A.

/s/ *Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

  --AND--

ROPES & GRAY LLP

| Keith H. Wofford | Andrew G. Devore |
|---|---|
| Gregg M. Galardi | Prudential Tower |
| Joshua Y. Sturm | 800 Boylston Street |
| 1211 Avenue of the Americas | Boston, MA  02199-3600 |
| New York, NY 10036-8704 | Telephone: 617-951-7000 |
| Telephone: 212-596-9000 | Facsimile: 617-951-7050 |
| Facsimile:  212-596-9090 | Andrew.Devore@ropesgray.com |
| Keith.Wofford@ropesgray.com | |
| Gregg.Galardi@ropesgray.com | |
| Joshua.Sturm@ropesgray.com | |

*Counsel to the Elliott Funds*


GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
mbusenkell@gsbblaw.com

  --AND--

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Scott Talmadge
Abbey Walsh
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 230-4000
scott.talmadge@freshfields.com
abbey.walsh@freshfields.com

*Counsel to Sunrise Partners Limited Partnership*