# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al*.,<br><br>Debtors. | )<br>)<br>)<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>) (Jointly Administered)<br>)<br>) |

## NOTICE OF DEPOSITION OF CHARLES H. CREMENS

**TO:** Charles H. Cremens, c/o Counsel for the above-captioned Debtors.

| | |
|---|---|
| Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801 | Edward O. Sassower, Esq.<br>Stephen E. Hessler, Esq.<br>Brian E. Schartz, Esq.<br>Aparna Yenamandra, Esq.<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| -and- | -and- |
| Mark E. McKane, P.C.<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>555 California Street<br>San Francisco, CA 94104 | James H.M. Sprayregen, Esq.<br>Chad J. Husnick, Esq.<br>Marc Kieselstein, Esq.<br>Steven N. Serajeddini, Esq.<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>300 North LaSalle<br>Chicago, IL 60654 |

-and-

Richard Levin
Jenner & Block LLP
9190 Third Avenue
New York, NY 10022

-2-

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, as made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, the "Elliott Funds"), by their counsel of record will take the deposition upon oral examination of Charles H. Cremens, in connection with the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* (D.I. 11430). The requesting parties reserve all rights to seek additional testimony in connection with subsequent phases of this proceeding. The deposition will begin at 4:00 p.m. EST on August 18, 2017, and will continue until completed at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036-8704, or such other mutually agreed upon location. The testimony will be recorded by stenographic and audiovisual means and will continue from day to day until completed. You are invited to attend and participate to the extent permitted by the applicable Rules of Civil Procedure.

| | |
|---|---|
| Date: August 16, 2017<br>Wilmington, DE | BAYARD, P.A.<br><br>*/s/ Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail: scousins@bayardlaw.com<br>         efay@bayardlaw.com<br>         emiller@bayardlaw.com<br><br>--and--<br><br>ROPES & GRAY LLP<br>Keith H. Wofford<br>Gregg M. Galardi<br>D. Ross Martin<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: 212-596-9000<br>Facsimile: 212-596-9090<br>Email: Keith.Wofford@ropesgray.com<br>         Gregg.Galardi@ropesgray.com<br>         Ross.Martin@ropesgray.com<br><br>*Counsel to The Elliott Funds* |