IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | )<br>)<br>)<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>) (Jointly Administered)<br>)<br>) |

## NOTICE OF DEPOSITION OF ANTHONY R. HORTON

**TO:** Anthony R. Horton, c/o Counsel for the above-captioned Debtors.

| | |
|---|---|
| Mark D. Collins, Esq. | Edward O. Sassower, Esq. |
| Daniel J. DeFranceschi, Esq. | Stephen E. Hessler, Esq. |
| Jason M. Madron, Esq. | Brian E. Schartz, Esq. |
| Richards, Layton & Finger, P.A. | Aparna Yenamandra, Esq. |
| 920 North King Street | Kirkland & Ellis LLP |
| Wilmington, DE 19801 | Kirkland & Ellis International LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| -and- | -and- |
| Mark E. McKane, P.C. | James H.M. Sprayregen, Esq. |
| Kirkland & Ellis LLP | Chad J. Husnick, Esq. |
| Kirkland & Ellis International LLP | Marc Kieselstein, Esq. |
| 555 California Street | Steven N. Serajeddini, Esq. |
| San Francisco, CA 94104 | Kirkland & Ellis LLP |
| | Kirkland & Ellis International LLP |
| | 300 North LaSalle |
| | Chicago, IL 60654 |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, as made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, the "Elliott Funds"), by their counsel of record, will take the

-2-

deposition upon oral examination of Anthony R. Horton in connection with the *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* (D.I. 11430). The requesting parties reserve all rights to seek additional testimony in connection with subsequent phases of this proceeding. The deposition will begin at 10:00 a.m. EST on August 19, 2017, and will continue until completed at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036-8704, or such other mutually agreed upon location. The testimony will be recorded by stenographic and audiovisual means and will continue from day to day until completed. You are invited to attend and participate to the extent permitted by the applicable Rules of Civil Procedure.

Date: August 16, 2017  
Wilmington, DE

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

--and--

ROPES & GRAY LLP
Keith H. Wofford
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Email: Keith.Wofford@ropesgray.com
Gregg.Galardi@ropesgray.com
Ross.Martin@ropesgray.com

*Counsel to The Elliott Funds*