IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>ENERGY FUTURE HOLDINGS CORP., )<br>*et al.*,[1] )<br>                                )<br>    *Debtors.*              )<br>                                )<br>ENERGY FUTURE HOLDINGS CORP. )<br>                                )<br>           - and -         )<br>                                )<br>ENERGY FUTURE INTERMEDIATE )<br>HOLDING COMPANY, LLC   )<br>                                )<br>    *Plaintiffs.*          )<br>                                )<br>v.                          )<br>                                )<br>NEXTERA ENERGY, INC.   )<br>                                )<br>    *Defendant.*     )<br>                                ) | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br><br><br>Adversary Proceeding<br>No. 17-50942 (CSS)<br><br><br><br><br><br><br><br><br><br><br>**Related to D.I. 11649, 11668, 11669, 11708, 11712, 11716 and Adv. Dkt. Nos. 1, 2, 11, 12** |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER CONSOLIDATING CERTAIN TERMINATION FEE
PROCEEDINGS AND SETTING A RULE 7016 SCHEDULING CONFERENCE**

On July 29, 2017, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") filed the *Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee* [D.I. 11636] (the "Motion to Reconsider") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

On July 31, 2017, NextEra Energy, Inc. ("NextEra") filed the *Application of NextEra Energy, Inc. for Payment of Administrative Claim* [D.I. 11649] (the "NextEra Application").

On August 2, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Adversary Complaint* [D.I. 11668] against NextEra in the above-captioned proceeding (the "Adversary Proceeding").

On August 2, 2017, the Debtors filed *Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set A Rule 7016 Scheduling Conference* [D.I. 11669] (the "Consolidation and Scheduling Motion"), which sought to consolidate the Motion to Reconsider, the NextEra Application, and the Adversary Proceeding.

On August 10, 2017, the Court entered the *Stipulation and Order Regarding Elliott's Motion to Reconsider* [D.I. 11716], reflecting the mutual agreement of Elliott, NextEra, and the Debtors whereby the Motion to Reconsider would go forward separately on September 19, 2017 using an agreed-upon record.

On August 11, 2017, the Court held a hearing to consider consolidation of the NextEra Application and the Adversary Proceeding. Following the hearing, the undersigned counsel to the Debtors and NextEra (together, the "Parties") met-and-conferred in good faith to draft a proposed order reflecting direction from the Court. That proposed order is attached as **Exhibit A** (the "Proposed Order").

The Parties therefore respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

For the convenience of the Court, a redline showing the Proposed Order as-marked against a draft order initially filed at D.I. 11636 is attached as **Exhibit B**.

Dated: August 17, 2017
     Wilmington, Delaware

*/s/ Joseph H. Huston, Jr.*
**STEVENS & LEE, P.C.**
Joseph H. Huston, Jr. (No. 4035)
Jason Daniel Angelo (No. 6009)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone:   (302) 425-3310/11
Facsimile:   (610) 371-7972/11
Email:   jhh@stevenslee.com
          jda@stevenslee.com

-and-

**BIELLI & KLAUDER, LLC**
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 803-4600
Facsimile:   (302) 397-2557
Email:   dklauder@bk-legal.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com
          aparna.yenamandra@kirkland.com

-and-

Mark McKane, P.C.
555 California Street
San Francisco, CA 94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
Email:  mark.mckane@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Andrew R. McGaan, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    amcgaan@kirkland.com
    steven.serajeddini@kirkland.com