## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS |
| NEW CASTLE COUNTY | ) | |

Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Chipman Brown Cicero & Cole, LLP, counsel to *Berkshire Hathaway Energy Company* in the above-captioned cases, and she caused a copy of the following:

(1) Berkshire Hathaway Energy Company's Joinder in EFH/EFIH Debtors' Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee and Omnibus Reply in Support [Docket 11762]; and

(2) Declaration of William E. Chipman, Jr. Filed in Connection with the Berkshire Hathaway Energy Company's Joinder in EFH/EFIH Debtors' Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [Docket 11763]

to be served upon the parties listed on the attached service list *via* electronic mail and Federal Express on August 16, 2017 and *via* hand delivery or first-class mail on August 17, 2017.

*/s/ Michelle M. Dero*
Michelle M. Dero

SWORN TO AND SUBCRIBED before me this 17th day of August 2017.

*/s/ Kristin A. McCloskey*
Kristin A. McCloskey
Notary Public
State of Delaware
My Commission Expires July 7, 2020

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Via* Hand Delivery

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
*Ashby & Geddes, P.A.*
500 Delaware Avenue
Wilmington, DE 19801
(Counsel for Wilmington Savings Fund Society/WSFS; Ad Hoc Committee of
TCEH Second Lien Noteholders)

*Via* Electronic Mail and FedEx

Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz, Esquire
Aparna Yenamandra, Esquire
*Kirkland & Ellis LLP*
601 Lexington Avenue
New York, NY 10022-4611
(Counsel for the Debtors and Debtors-in-Possession)

*Via* Electronic Mail and Hand Delivery

Scott D. Cousins, Esquire
Erin R. Fay, Esquire
Evan T. Miller, Esquire
*Bayard, P.A.*
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Counsel for Elliott Associates, L.P.; Elliott International, L.P. and The
Liverpool Limited Partnership)

*Via* Electronic and First-Class Mail

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini, Esquire
*Kirkland & Ellis LLP*
300 North LaSalle
Chicago, IL 60654
(Counsel for the Debtors and Debtors-in-Possession)

*Via* Electronic Mail and FedEx

Keith H. Wofford, Esquire
Gregg M. Galardi, Esquire
*Ropes & Gray LLP*
1211 Avenue of the Americas
New York, NY 10036-8704
(Counsel for Elliott Associates, L.P.; Elliott International, L.P. and The
Liverpool Limited Partnership)

*Via* Electronic and First-Class Mail

Mark E. McKane, P.C.
*Kirkland & Ellis LLP*
555 California Street
San Francisco, CA 94104
(Counsel for the Debtors and Debtors-in-Possession)

*Via* Electronic and First-Class Mail

Andrew G. Devore, Esquire
Matthew L. McGinnis, Esquire
Gregory L. Demers, Esquire
*Ropes & Gray LLP*
Prudential Tower
800 Boylston Street
Boston, MA 02199
(Counsel for Elliott Associates, L.P.; Elliott International, L.P. and The
Liverpool Limited Partnership)

*Via* Hand Delivery

Neil B. Glassman, Esquire
*Bayard, P.A.*
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Counsel for CSC Trust Company of Delaware, Successor Trustee Under the
TCEH 11.5% Senior Secured Notes Indenture)

*Via* Electronic Mail and Hand Delivery

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
*Richards, Layton & Finger, P.A.*
920 North King Street
Wilmington, DE 19801
(Counsel for the Debtors and Debtors-in-Possession)

*Via* Hand Delivery

David M. Klauder, Esquire
Cory P. Stephenson, Esquire
*Bielli & Klauder LLC*
1204 North King Street
Wilmington, DE 19801
(Counsel for Energy Future Holdings Corp.)

*Via* Hand Delivery

Michael D. DeBaecke, Esquire
*Blank Rome LLP*
1201 Market Street, 800
Wilmington, DE 19801
(Counsel for Wilmington Trust National Association, First Lien Agent)

*Via* First-Class Mail

Michael B. Schaedle, Esquire
*Blank Rome LLP*
130 North 18th Street
One Logan Square
Philadelphia, PA 19103-6998
(Counsel for Wilmington Trust National Association, First Lien Agent)

*Via* First-Class Mail

Edward Weisfelner, Esquire
*Brown Rudnick LLP*
7 Times Square
New York, NY 10036
(Counsel for Wilmington Savings Fund Society/WSFS)

*Via* First-Class Mail

Jeffrey Jonas, Esquire
Andrew Strehle, Esquire
*Brown Rudnick LLP*
One Financial Center
Boston, MA 02111
(Counsel for Wilmington Savings Fund Society/WSFS)

*Via* First-Class Mail

Howard Siegel, Esquire
*Brown Rudnick LLP*
185 Asylum Street
Hartford, CT 06103
(Counsel for Wilmington Savings Fund Society/WSFS)

*Via* First-Class Mail

Stephanie Wickouski, Esquire
Michelle McMahon, Esquire
Robert E. Pedersen, Esquire
*Bryan Cave LLP*
1290 6th Avenue #33
New York, NY 10104-3300
(Counsel for EFIH Second Lien Trustee)

*Via* First-Class Mail

Robert E. Pederson, Esquire
*Bryan Cave LLP*
1290 6th Avenue #33
New York, NY 10104-3300
(Counsel for EFIH Second Lien Trustee)

*Via* First-Class Mail

Leslie M. Kelleher, Esquire
Jeanna Koski, Esquire
*Caplin & Drysdale, Chartered*
One Thomas Circle, NW, Suite 1100
Washington, DC 20005-5802
(Counsel for Fenicle, Fahy, and Jones; Heinzmann)

*Via* First-Class Mail

Howard Seife, Esquire
David M. Lemay, Esquire
Christy Rivera, Esquire
*Chadbourne & Parke LLP*
1301 Avenue of the Americas
New York, NY 10019-6022
(Counsel for NextEra Energy Resources LLC)

*Via* First-Class Mail

*Computershare*
Attn: Tina Vitale, BA; LL.B
480 Washington Boulevard
Jersey City, NJ 07310

*Via* International Mail

*Computershare Trust Company of Canada*
Attn: Alessandra Pansera
650 De Maisonneuve West 7th Floor
Montreal, QC H3A 3T2
CANADA

*Via* First-Class Mail

Michael A. Paskin, Esquire
*Cravath Swaine & Moore LLP*
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(Counsel for Energy Future Intermediate Holding Company/EFIH)

*Via* Hand Delivery

Robert K. Malone, Esquire
*Drinker Biddle & Reath LLP*
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel for Citibank NA, TCEH DIP Agent)

*Via* First-Class Mail

Jeffrey R. Fine, Esquire
*Dykema Gossett PLLC*
1717 Main Street, Suite 4200
Dallas, TX 75201
(Counsel for Tex-La Electric Cooperative)

*Via* First-Class Mail

*Energy Future Holdings Corp.*
Attn: Andrew M. Wright
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

*Via* First-Class Mail

Thomas Moloney, Esquire
Sean O'Neal, Esquire
Humayun Khalid, Esquire
*Cleary Gottlieb Steen & Hamilton LLP*
One Liberty Plaza
New York, NY 10006
(Counsel for J. Aron & Company)

*Via* Electronic Mail and FedEx

Harold Kaplan, Esquire
Mark Hebbeln, Esquire
Lars Peterson, Esquire
*Foley & Lardner LLP*
321 North Cark Street, Suite 2800
Chicago, IL 60654-5313
(Counsel for UMB Bank, Indenture Trustee)

*Via* Hand Delivery

Jeffrey Schlerf, Esquire
L. John Bird, Esquire
*Fox Rothschild LLP*
919 North Market Street, Suite 300
Wilmington, DE 19801
(Counsel for Ad Hoc Group of TCEH Unsecured Noteholders)

*Via* Electronic Mail and FedEx

Scott Talmadge, Esquire
Abbey Walsh, Esquire
Steven Fruchter, Esquire
*Freshfields Bruckhaus Deringer US LLP*
601 Lexington Avenue, 31st Floor
New York, NY 10022
(Counsel for Sunrise Partners Limited Partnership)

*Via* First-Class Mail

Brad E. Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
*Fried Frank Harris Shriver & Jacobson LLP*
1 New York Plaza
1 FDR Drive
New York, NY 10004
(Counsel for Fidelity Management & Research Co.)

*Via* Electronic Mail and Hand Delivery

Michael G. Busenkell, Esquire
Evan W. Rassman, Esquire
*Gellert Scali Busenkell & Brown, LLC*
1201 North Orange Street, Suite 300
Wilmington, DE 19801
(Counsel for Aurelius; Sunrise Partners Ltd. Partnership)

*Via* First-Class Mail

Daniel K. Hogan, Esquire
Garvin F. McDaniel, Esquire
*Hogan McDaniel*
1311 Delaware Avenue
Wilmington, DE 19806
(Counsel for The Richards Group; PI Law Firms/Asbestos Claimants; John H. Jones; Ad Hoc Group of EFH Legacy Noteholders; David Heinzmann)

*Via* First-Class Mail

*Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346

*Via* First-Class Mail

*Internal Revenue Service*
Department of the Treasury
Ogden, UT 84201

*Via* First-Class Mail

Richard Levin, Esquire
*Jenner & Block*
919 Third Avenue
New York, NY 10022-3908
(Counsel for Energy Future Intermediate Holding Company/EFIH)

*Via* First-Class Mail

Vincent E. Lazar, Esquire
*Jenner & Block*
353 North Clark Street
Chicago, IL 60654
(Counsel for Energy Future Intermediate Holding Company/EFIH)

*Via* First-Class Mail

David Rosner, Esquire
Andrew Glenn, Esquire
Daniel Fliman, Esquire
*Kasowitz Benson Torres LLP*
1633 Broadway
New York, NY 10019
(Counsel for Ad Hoc Group of EFH Legacy Noteholders)

*Via* First-Class Mail

Michael McDonnell, Esquire
Clay Taylor, Esquire
Katherine Thomas, Esquire
*Kelly Hart & Hallman LLP*
201 Main Street, Suite 2500
Fort Worth, TX 76102
(Counsel for Oncor Steering Committee)

*Via* Hand Delivery

Raymond H. Lemisch, Esquire
*Klehr Harrison Harvey Branzburg LLP*
919 Market Street, Suite 1000
Wilmington, DE 19801
(Counsel for UMB Bank N.A. Indenture Trustee)

*Via* First-Class Mail

Thomas Moers Mayer, Esquire
Gregory Horowitz, Esquire
Joshua Brody, Esquire
Philip Bentley, Esquire
*Kramer Levin Naftalis & Frankel LLP*
1177 Avenue of the Americas
New York, NY 10036
(Counsel for Indenture Trustee of 11% and 11.75% Senior Secured Second Lien Notes)

*Via* Hand Delivery

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
*Landis Rath & Cobb LLP*
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel for Marathon Management, Alcoa, and NextEra Energy Resources)

*Via* First-Class Mail

Geoffrey Gay, Esquire
*Lloyd Gosselink Rochelle & Townsend PC*
816 Congress Avenue, Suite 1900
Austin, TX 78701
(Counsel for Oncor Steering Committee)

*Via* Hand Delivery

Marc Phillips, Esquire
*Manion Gaynor & Manning LLP*
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
(Counsel for Oncor Steering Committee)

*Via* First-Class Mail

David P. Primack, Esquire
*McElroy Deutsch Mulvaney & Carpenter LLP*
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
(Counsel for TCEH Debtors)

*Via* First-Class Mail

Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
*Milbank Tweed Hadley & McCloy LLP*
28 Liberty Street
New York, NY 10005-1413
(Counsel for Citibank NA, TCEH DIP Agent)

*Via* Electronic Mail and Hand Delivery

Natalie Ramsey, Esquire
Davis Lee Wright, Esquire
Mark Fink, Esquire
Sidney Liebesman, Esquire
*Montgomery McCracken Walker & Rhoads LLP*
1105 North Market Street, 15th Floor
Wilmington, DE 19801
(Counsel for EFH Creditors' Committee)

*Via* Hand Delivery

Derek Abbott, Esquire
Andrew Remming, Esquire
*Morris Nichols Arsht & Tunnell LLP*
1201 North Market Street, Suite 1600
Wilmington, DE 19801
(Counsel for EFH Equity Interest Holders)

*Via* First-Class Mail

James Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
*Morrison & Foerster LLP*
250 West 55th Street
New York, NY 10019
(Counsel for TCEH Creditors' Committee)

*Via* First-Class Mail

Thomas B. Walper, Esquire
Todd J. Rosen, Esquire
Seth Goldman, Esquire
John W. Spiegel, Esquire
*Munger Tolles & Olson LLP*
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(Counsel for TCEH Debtors)

*Via* First-Class Mail

Kevin M. Lippman, Esquire
*Munsch Hardt Kopf & Harr PC*
500 North Akard Street, Suite 3800
Dallas, TX 75201-6659
(Counsel for Electric Reliability Council of Texas/ERCOT)

*Via* Electronic Mail and FedEx

Amanda D. Darwin, Esuqire
Richard C. Pedone, Esquire
*Nixon Peabody*
100 Summer Street
Boston, MA 02110
(Counsel for American Stock Transfer & Trust Co.)

*Via* First-Class Mail

*Office of the Texas Attorney General*
Attn: Hal Morris and Ashley Bartram, Bankruptcy
P.O. Box 12548
Austin, TX 78711-2548
(Counsel for Public Utility Commission of Texas)

*Via* First-Class Mail

*Office of the Texas Attorney General*
Attn: Hal Morris and Ashley Bartram, Bankruptcy
P.O. Box 12548
Austin, TX 78711-2548
(Counsel for to Texas Commission on Environmental Quality & Railroad Commission)

*Via* Hand Delivery

Richard L. Schepacarter, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2207
Wilmington, DE 19801

*Via* Hand Delivery

Laura Davis Jones, Esquire
Robert Feinstein, Esquire
*Pachulski Stang Ziehl & Jones LLP*
919 North Market Street, 17th Floor
Wilmington, DE 19801
(Counsel for Indenture Trustee of 11% and 11.75% of Senior Secured Second Lien Notes)

*Via* First-Class Mail

Alan Kornberg, Esquire
Kelley Cornish, Esquire
Brian Hermann, Esquire
Jacob Adlerstein, Esquire
*Paul Weiss Rifkind Wharton & Garrison LLP*
1285 Avenue of the Americas
New York, NY 10019
(Counsel for Ad Hoc Committee of TCEH First Lien Noteholders)

*Via* First-Class Mail

Tina N. Moss, Esquire
*Perkins Coie LLP*
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0015
(Counsel for Delaware Trust Company, as Successor Trustee Under TCEH 11.5% Senior Secured Notes Indenture)

*Via* Hand Delivery

Christopher Ward, Esquire
Justin Edelson, Esquire
Shanti Katona, Esquire
*Polsinelli PC*
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(Counsel for TCEH Creditors' Committee)

*Via* First-Class Mail

Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
*Proskauer Rose LLP*
70 West Madison Street #3800
Chicago, IL 60602
(Of Counsel for Energy Future Holdings Corp.)

*Via* Hand Delivery

Kurt F. Gwynne, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Counsel for The Bank of New York Mellon and The Bank of New York Mellon Trust Company NA, as Indenture Trustees)

*Via* First-Class Mail

Robert P. Simons, Esquire
*Reed Smith LLP*
Reed Smith Centre
225 5th Avenue, Suite 1200
Pittsburgh, PA 15222
(Counsel for The Bank of New York Mellon Solely in its Capacity as Trustee
Under Enumerated Trust Indenture Trustees)

*Via* First-Class Mail

Sarah K. Kam, Esquire
*Reed Smith LLP*
599 Lexington Avenue, 22nd Floor
New York, NY 10022
(Counsel for Bank of New York Mellon, PCRB Trustee)

*Via* Hand Delivery

Mark Minuti, Esquire
*Saul Ewing LLP*
1201 North Market Street, 23rd Floor
Wilmington, DE 19801
(Counsel for Electric Reliability Council of Texas/ERCOT)

*Via* First-Class Mail

John Ashmead, Esquire
Kalyan Das, Esquire
Arlene Alves, Esquire
*Seward & Kissel LLP*
One Battery Park Plaza
New York, NY 10004
(Counsel for Wilmington Trust National Association, First Lien Agent)

*Via* Hand Delivery

Joseph H. Huston, Esquire
*Stevens & Lee PC*
1105 North Market Street, Suite 700
Wilmington, DE 19801
(Counsel for Energy Future Intermediate Holding Company LLC/EFIH)

*Via* Electronic Mail and FedEx

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Michael H. Torkin, Esquire
*Sullivan & Cromwell LLP*
125 Broad Street
New York, NY 10004
(Counsel for EFH Creditors' Committee)

*Via* First-Class Mail

*Texas Office of Public Utility Counsel (OPUC)*
Bankruptcy & Collections Division
Attn: Jason A. Starks, Assistant Attorney General
P.O. Box 12548
Austin, TX 78711-2548

*Via* First-Class Mail

Hugh McDonald, Esquire
Louis Curcio, Esquire
Brett Goodman, Esquire
*Troutman Sanders LLP*
875 Third Avenue
New York, NY 10022
(Counsel for Wilmington Savings Fund Society, FSG, in its Capacity as
Successor Indenture Trustees/WSFS)

*Via* First-Class Mail

*UMB Bank N.A.*
Attn: Laura Roberson, Vice President
2 South Broadway, Suite 600
St. Louis, MO 63102

*Via* First-Class Mail

Richard Mason, Esquire
Emil Kleinhaus, Esquire
*Wachtell Lipton Rosen & Katz*
51 West 52nd Street
New York, NY 10019
(Counsel for EFH Equity Interest Holders)

*Via* First-Class Mail

J. Christopher Shore, Esquire
Gregory Starner, Esquire
*White & Case LLP*
1155 Avenue of the Americas
New York, NY 10036
(Counsel for Ad Hoc Group of TCEH Unsecured Noteholders and Law Debenture)

*Via* First-Class Mail

Thomas E Lauria, Esquire
Matthew Brown, Esquire
*White & Case LLP*
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
(Counsel for Ad Hoc Group of TCEH Unsecured Noteholders and Law Debenture)

*Via* Hand Delivery

Pauline Morgan, Esquire
Joel Waite, Esquire
Ryan Bartley, Esquire
Andrew Magaziner, Esquire
*Young Conaway Stargatt & Taylor LLP*
1000 North King Street
Wilmington, DE 19801
(Counsel for Ad Hoc Committee of TCEH First Lien Note Holders)

*Via* Electronic Mail and FedEx

Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
*Akin Gump Strauss Hauer & Feld LLP*
One Bryant Park
New York, NY 10036
(Counsel for UMB Bank, N.A., as Trustee)

*Via* Electronic and First-Class Mail

Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
*Akin Gump Strauss Hauer & Feld LLP*
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(Counsel for UMB Bank, N.A., as Trustee)

*Via* Electronic Mail and Hand Delivery

Christopher P. Simon, Esquire
*Cross & Simon, LLC*
1105 North Market Street, Suite 901
Wilmington, DE 19801
(Counsel for American Stock Transfer & Trust Company, LLC, as Indenture Trustee)

*Via* Electronic and First-Class Mail

Christopher J. Fong, Esquire
*Nixon Peabody LLP*
55 West 46th Street
New York, NY 10036
(Counsel for American Stock Transfer & Trust Company, LLC, as Indenture Trustee)