# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       )   SS
NEW CASTLE COUNTY      )

      Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Chipman Brown Cicero & Cole, LLP, counsel to *Berkshire Hathaway Energy Company* in the above-captioned cases, and she caused a copy of the following:

(1) Berkshire Hathaway Energy Company's Joinder in EFH/EFIH Debtors' Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee and Omnibus Reply in Support [Docket 11762]; and

(2) Declaration of William E. Chipman, Jr. Filed in Connection with the Berkshire Hathaway Energy Company's Joinder in EFH/EFIH Debtors' Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [Docket 11763] (the "**Chipman Declaration**")

to be served upon the parties listed on the attached service list *via* hand delivery or first-class mail on August 17, 2017. Exhibits A through I to the Chipman Declaration were not attached due to their voluminous nature.

                                                                      /s/ *Michelle M. Dero*
                                                                     Michelle M. Dero

SWORN TO AND SUBCRIBED before me this 17th day of August 2017.

                                                             /s/ *Kristin A. McCloskey*
                                                             Kristin A. McCloskey
                                                            Notary Public
                                                           State of Delaware
                                                           My Commission Expires July 7, 2020

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| *Via* **First-Class Mail** | *Via* **First-Class Mail** |
| Kevin G. Abrams, Esquire<br>John M. Seaman, Esquire<br>*Abrams & Bayliss LLP*<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>(Counsel for Goldman Sachs) | Sage M. Sigler, Esquire<br>*Alston & Bird LLP*<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309-3424<br>(Counsel for Simeio and Boral) |
| *Via* **First-Class Mail** | *Via* **First-Class Mail** |
| *Aldine Independent School District*<br>Attn: Courteney F. Harris, Esquire<br>14910 Aldine Westfield Road<br>Houston, TX 77032 | *American Stock Transfer & Trust Co. LLC*<br>Attn: Paul Kim<br>6201 15th Avenue<br>Brooklyn, NY 11219 |
| *Via* **First-Class Mail** | *Via* **First-Class Mail** |
| *American Stock Transfer & Trust Co. LLC*<br>Attn: General Counsel<br>6201 15th Avenue<br>Brooklyn, NY 11219 | Benjamin L. Stewart, Esquire<br>*Bailey Brauer PLLC*<br>Campbell Centre I<br>8350 North Central Expressway, Suite 206<br>Dallas, TX 75206<br>(Counsel for Pinnacle Technical Resources Inc.) |
| *Via* **First-Class Mail** | *Via* **Hand Delivery** |
| James Prince, Esquire<br>Omar J. Alaniz, Esquire<br>*Baker Botts LLP*<br>2001 Ross Avenue<br>Dallas, TX 75201-2980<br>(Counsel for CenterPoint) | Matthew G. Summers, Esquire<br>*Ballard Spahr LLP*<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>(Counsel for Louisiana Energy & URENCO) |
| *Via* **First-Class Mail** | *Via* **Hand Delivery** |
| Andrea S. Hartley, Esquire<br>*Akerman LLP*<br>98 SE 7th Street, Suite 1100<br>Miami, FL 33131<br>(Counsel for Siemens) | Kevin G. Collins, Esquire<br>David M. Powlen, Esquire<br>*Barnes & Thornburg LLP*<br>1000 North West Street, Suite 1500<br>Wilmington, DE 19801<br>(Counsel for GATX Corporation) |

| | |
|---|---|
| *Via* First-Class Mail | *Via* Hand Delivery |
| Kevin C. Driscoll, Jr., Esquire<br>*Barnes & Thornburg LLP*<br>1 North Wacker Drive, Suite 4400<br>Chicago, IL 60606-2833<br>(Counsel for GATX Corporation) | Kevin M. Capuzzi, Esquire<br>*Benesch Friedlander Coplan & Aronoff LLP*<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>(Counsel for Thermo Fisher) |
| *Via* First-Class Mail | *Via* First-Class Mail |
| Donald K. Ludman, Esquire<br>*Brown & Connery LLP*<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096<br>(Counsel for SAP Industries Inc.) | Jeremy B. Coffey, Esquire<br>*Brown Rudnick LLP*<br>Seven Times Square<br>New York, NY 10036 |
| *Via* First-Class Mail | *Via* Hand Delivery |
| Shawn M. Christianson, Esquire<br>*Buchalter Nemer, a Professional Law Corporation*<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>(Counsel for Oracle) | Kathleen A. Murphy, Esquire<br>*Buchanan Ingersoll & Rooney PC*<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(Counsel for Caterpillar Financial Services Corp.) |
| *Via* First-Class Mail | *Via* First-Class Mail |
| Howard Hawkins, Jr., Esquire<br>Ellen M. Halstead, Esquire<br>Michele Maman, Esquire<br>Thomas J. Curtin, Esquire<br>*Cadwalader Wickersham & Taft LLP*<br>200 Liberty Street<br>New York, NY 10281<br>(Counsel for Defendant Morgan Stanley Capital Group Inc.) | Mark C. Ellenberg, Esquire<br>*Cadwalader Wickersham & Taft LLP*<br>700 6th Street, N.W.<br>Washington, DC 20001<br>(Counsel for Defendant Morgan Stanley, FPL, Indian Mesa) |
| *Via* Hand Delivery | *Via* First-Class Mail |
| Daniel Astin, Esquire<br>John McLaughlin, Jr., Esquire<br>John McMahon, Jr., Esquire<br>*Ciardi Ciardi & Astin*<br>1204 North King Street<br>Wilmington, DE 19801<br>(Counsel for Atmos, TXU 2007-1 Railcar, Red Ball) | *Citibank N.A.*<br>Attn: Owen Coyle<br>1615 Brett Road, OPS III<br>New Castle, DE 19720 |

*Via* First-Class Mail

*Citibank N.A.*
Attn: Zori Migliorini
388 Greenwich Street, 21st Floor
New York, NY 10013

*Via* First-Class Mail

*Citibank N.A.*
Attn: Eric O. Ligan, Vice President
388 Greenwich Street, 32nd Floor
New York, NY 10013

*Via* First-Class Mail

*Citibank N.A.*
Bank Loan Syndications Department
1615 Brett Road, Building III
New Castle, DE 19720

*Via* First-Class Mail

*Citibank N.A.*
Attn: Ryan Falconer
388 Greenwich Street
New York, NY 10013

*Via* First-Class Mail

*City of Fort Worth*
Attn: Christopher B. Mosley
1000 Throckmorton Street
Fort Worth, TX 76102

*Via* First-Class Mail

Thomas Moloney, Esquire
Sean O'Neal, Esquire
Humayun Khalid, Esquire
*Cleary Gottlieb Steen & Hamilton LLP*
One Liberty Plaza
New York, NY 10006
(Counsel for J. Aron & Company)

*Via* First-Class Mail

Thomas D. Maxson, Esquire
*Cohen & Grigsby, PC*
625 Liberty Avenue
Pittsburgh, PA 15222-3152
(Counsel for Nova Chemicals Inc.)

*Via* First-Class Mail

*Comptroller of Public Accounts of the State of Texas*
Office of the Texas Attorney General
Bankruptcy & Collections Division
Attn: Rachel Obaldo and John Mark Stern
P.O. Box 12548
Austin, TX 78711-2548

*Via* First-Class Mail

Stephen C. Stapleton, Esquire
*Cowles & Thompson*
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 75202
(Counsel for Atmos Energy Corporation)

*Via* Hand Delivery

Mark E. Felger, Esquire
*Cozen O'Connor*
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(Counsel for J. Aron & Company)

*Via* **First-Class Mail**

Sandra E. Horwitz, Managing Director
*CSC Trust Company of Delaware*
251 Little Falls Drive
Wilmington, DE 19808

*Via* **First-Class Mail**

Marshall Huebner, Esquire
Benjamin Kaminetzky, Esquire
Elliot Moskowitz, Esquire
Damon Meyer, Esquire
*Davis Polk & Wardwell LLP*
450 Lexington Avenue
New York, NY 10017
(Counsel for Goldman Sachs, *et al.*)

*Via* **First-Class Mail**

Michael J. Sage, Esquire
Andrew C. Harmeyer, Esquire
*Dechert LLP*
1095 Avenue of the Americas
New York, NY 10036-6797
(Counsel for Mudrick Capital Management LP)

*Via* **First-Class Mail**

G. Eric Brunstad, Jr., Esquire
*Dechert LLP*
90 State House Square
Hartford, CT 06103-3702
(Counsel for Mudrick Capital Management LP)

*Via* **First-Class Mail**

Kate O'Keeffe, Esquire
*Dechert LLP*
One International Place
100 Oliver Street, 40th Floor
Boston, MA 02110-2605
(Counsel for Mudrick Capital Management LP)

*Via* **First-Class Mail**

*Deutsche Bank*
Attn: Marcus M. Tarkington
60 Wall Street (NYCC60-0266)
New York, NY 10005-2836

*Via* **Hand Delivery**

Ashley R. Altschuler, Esquire
R. Craig Martin, Esquire
*DLA Piper LLP (US)*
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(Counsel for Defendant Morgan Stanley Capital Group Inc.)

*Via* **Hand Delivery**

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Alessandra Glorioso, Esquire
*Dorsey & Whitney Delaware LLP*
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
(Counsel for U.S. Bank National Association)

*Via* **First-Class Mail**

*EMC Corporation*
c/o Receivable Management Services (RMS)
Attn: Ronald L. Rowland, Esquire, Agent
305 Fellowship Road, Suite 100
Mount Laurel, NJ 08054-1232

*Via* **First-Class Mail**

Lino Mendiola, III, Esquire
*Eversheds Sutherland (US) LLP*
One American Center
600 Congress Avenue, Suite 2000
Austin, TX 78701
(Counsel for Titus County Fresh Water Supply No. 1)

| | |
|---|---|
| *Via* **First-Class Mail**<br><br>Michael J. Sage, Esquire<br>Andrew C. Harmeyer, Esquire<br>*Dechert LLP*<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>(Counsel for Mudrick Capital Management LP) | *Via* **Hand Delivery**<br><br>Kevin J. Mangan, Esquire<br>*Womble Carlyle Sandridge & Rice LLP*<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel for Ameco, Fluor, Alltite, and American Equipment) |
| *Via* **First-Class Mail**\*\*<br><br>Joseph D. Frank, Esquire<br>Reed Heiligman, Esquire<br>Frances Gecker, Esquire<br>*FrankGecker LLP*<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60654<br>(Counsel for Experian; The PI Law Firms/Asbestos) | *Via* **First-Class Mail**<br><br>John P. Melko, Esquire<br>Michael K. Riordan, Esquire<br>*Gardere Wynne Sewell LLP*<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002<br>(Counsel for Romco Equipment Co.) |
| *Via* **First-Class Mail**<br><br>Dustin L. Banks, Esquire<br>*Gay McCall Isaacks Gordon & Roberts PC*<br>1919 South Shiloh Road, Suite 310 LB 40<br>Garland, TX 75042<br>(Counsel for Garland Independent School District and City of Garland) | *Via* **First-Class Mail**<br><br>David McCall, Esquire<br>*Gay McCall Isaacks Gordon & Roberts PC*<br>777 East 15th Street<br>Plano, TX 75042<br>(Counsel for Collin County) |
| *Via* **First-Class Mail**<br><br>Hal K. Gillespie, Esquire<br>*Gillespie Sanford LLP*<br>4925 Greenville Avenue, Suite 200<br>Dallas, TX 75206<br>(Counsel for IBEW Local 2337 – Member Chris Morris) | *Via* **First-Class Mail**<br><br>Jonathan L. Howell PLLC<br>*Glast Phillips & Murray PC*<br>14801 Quorum Drive, Suite 500<br>Dallas, TX 75254<br>(Counsel for Red Ball Oxygen Company) |
| *Via* **First-Class Mail**<br><br>William Weintraub, Esquire<br>*Goodwin Procter LLP*<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(Counsel for Aurelius Capital) | *Via* **First-Class Mail**<br><br>Barry Julian, Esquire<br>Beth Gori, Esquire<br>*Gori Julian & Associates PC*<br>156 North Main Street<br>Edwardsville, IL 62025<br>(Counsel for John H. Jones) |

| | |
|---|---|
| *Via* **First-Class Mail**<br><br>Andrew J. Mytelka, Esuqire<br>Michael Adams, Esquire<br>J. Scott Andrews, Esquire<br>James M. Roquemore, Esquire<br>*Greer Herz & Adams LLP*<br>1 Moody Plaza, 18th Floor<br>Galveston, TX 77550<br>(Counsel for Somervell CAD) | *Via* **First-Class Mail**<br><br>Gregory D. Willard, Esquire<br>7339 Westmoreland Drive<br>Saint Louis, MO 63130-4241<br>(Counsel for Automatic Systems Inc.) |
| *Via* **First-Class Mail**<br><br>Trevor Hoffman, Esquire<br>*Haynes and Boone LLP*<br>30 Rockefeller Center, 26th Floor<br>New York, NY 10112<br>(Counsel for Airgas USA LLC) | *Via* **First-Class Mail**<br><br>Patrick L. Hughes, Esquire<br>*Haynes and Boone LLP*<br>1221 McKinney Street, Suite 2100<br>Houston, TX 77010<br>(Counsel for Airgas USA LLC) |
| *Via* **First-Class Mail**<br><br>Ian T. Peck, Esquire<br>*Haynes and Boone LLP*<br>301 Commerce Street, Suite 2600<br>Fort Worth, TX 76102<br>(Counsel for Airgas USA LLC) | *Via* **Hand Delivery**<br><br>Adam Hiller, Esquire<br>Johnna M. Darby, Esquire<br>*Hiller & Arban LLC*<br>1500 North French Street, 2nd Floor<br>Wilmington, DE 19801<br>(Counsel for STEAG) |
| *Via* **First-Class Mail**<br><br>Jennifer V. Doran, Esquire<br>*Hinckley Allen*<br>28 State Street<br>Boston, MA 02109<br>(Counsel for Invensys Systems Inc.) | *Via* **First-Class Mail**<br><br>Monica S. Blacker, Esquire<br>*Jackson Walker LLP*<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>(Counsel for Holt Texas Ltd. d/b/a Holt CAT) |
| *Via* **First-Class Mail**<br><br>J. Scott Rose, Esquire<br>*Jackson Walker LLP*<br>Weston Centre<br>112 East Pecan Street, Suite 2400<br>San Antonio, TX 78205<br>(Counsel for Holt Texas Ltd. d/b/a Holt CAT) | *Via* **First-Class Mail**<br><br>Bruce J. Ruzinsky, Esquire<br>Matthew D. Cavenaugh, Esquire<br>*Jackson Walker LLP*<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>(Counsel for Milam Appraisal District) |

| | |
|---|---|
| *Via* **First-Class Mail**<br><br>James Carr, Esquire<br>Benjaminn Feder, Esquire<br>Bert Saydah, Esquire<br>*Kelley Drye & Warren LLP*<br>101 Park Avenue<br>New York, NY 10178<br>(Counsel for CSC Trust of Delaware) | *Via* **First-Class Mail**<br><br>Jamie R. Welton, Esquire<br>*Lackey Hershman LLP*<br>3102 Oak Lawn Avenue, Suite 777<br>Dallas, TX 75219<br>(Counsel for The Richards Group Inc.) |
| *Via* **First-Class Mail**<br><br>*Law Debenture Trust Company of New York*<br>Attn: Frank Godino, Vice President<br>801 2nd Avenue, Room 403<br>New York, NY 10017-8664 | *Via* **Hand Delivery**<br><br>Curtis A. Hehn, Esquire<br>*Law Offices of Curtis A. Hehn*<br>1000 North West Street, Suite 1200<br>Wilmington, DE 19801<br>(Counsel for Somervell CAD) |
| *Via* **First-Class Mail**<br><br>Patricia Williams Prewitt, Esquire<br>*Law Office of Patricia Williams Prewitt*<br>10953 Vista Lake Court<br>Navasota, TX 77868<br>(Counsel for Targa Gas; Kinder Morgan; Natural Gas Pipeline of America; El Paso Natural Gas) | *Via* **First-Class Mail**<br><br>Daniel K. Bearden, Esquire<br>*Law Offices of Robert E. Luna PC*<br>4411 North Central Expressway<br>Dallas, TX 75205<br>(Counsel for Carrollton-Farmers Branch ISD) |
| *Via* **First-Class Mail**<br><br>Elizabeth Weller, Esquire<br>*Linebarger Goggan Blair & Sampson LLP*<br>2777 North Stemmons Freeway, Suite 1000<br>Dallas, TX 75207<br>(Counsel for Tarrant and Dallas County) | *Via* **First-Class Mail**<br><br>John P. Dillman, Esquire<br>*Linebarger Goggan Blair & Sampson LLP*<br>4828 Loop Central Drive, Suite 600<br>Houston, TX 77002<br>(Counsel for Harris, Angelina and Fort Bend Counties) |
| *Via* **First-Class Mail**<br><br>Diane Wade Sanders, Esquire<br>*Linebarger Goggan Blair & Sampson LLP*<br>2700 Via Fortuna Drive, Suite 400<br>Austin, TX 78746<br>(Counsel for Walnut Springs ISD, Franklin ISD, Robertson County, Lee County, McLennan County, Falls County, Round Rock ISD, Neuces County, and Limestone County) | *Via* **First-Class Mail**<br><br>C. Davin Boldissar, Esquire<br>*Locke Lord LLP*<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130<br>(Counsel for BP America Production Co.) |

| | |
|---|---|
| *Via* **First-Class Mail**<br><br>Philip Eisenberg, Esquire<br>*Locke Lord LLP*<br>2800 JPMorgan Chase Tower<br>600 Travis<br>Houston, TX 77002<br>(Counsel for Ameco, Fluor and American Equipment) | *Via* **Hand Delivery**<br><br>James E. Huggett, Esquire<br>Amy D. Brown, Esquire<br>*Margolis Edelstein*<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>(Counsel for URS Energy & Construction Inc.) |
| *Via* **First-Class Mail**<br><br>Clark T. Whitmore, Esquire<br>Ana Chilingarishvili, Esquire<br>*Maslon Edelman Borman & Brand LLP*<br>90 South 7th Street, Suite 3300<br>Minneapolis, MN 55402-4140<br>(Counsel for US Bank National Association) | *Via* **First-Class Mail**<br><br>Lee Gordon, Esquire<br>*McCreary Veselka Bragg & Allen PC*<br>700 Jeffrey Way, Suite 100<br>Round Rock, TX 78665<br>(Counsel for Texas Ad Valorem Taxing Jurisdictions) |
| *Via* **First-Class Mail**<br><br>Paul D. Moak, Esquire<br>*McKool Smith*<br>600 Travis Street, Suite 7000<br>Houston, TX 77002<br>(Counsel for BP America Production Co.) | *Via* **First-Class Mail**<br><br>Michael G. Smith, Esquire<br>9857 North 2210 Road<br>Arapaho, OK 73620-2123<br>(Counsel for Valero Texas Power Marketing Inc.) |
| *Via* **First-Class Mail**<br><br>*Missouri Department of Revenue*<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | *Via* **First-Class Mail**<br><br>Julia Frost-Davies, Esquire<br>C. Carter, Esquire<br>*Morgan Lewis & Bockius LLP*<br>One Federal Street<br>Boston, MA 02110-1726<br>(Counsel for PIMCO) |
| *Via* **Hand Delivery**<br><br>Stephen M. Miller, Esquire<br>*Morris James LLP*<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(Counsel for Law Debenture Trust Company of New York) | *Via* **First-Class Mail**<br><br>Kerry L. Haliburton, Esquire<br>*Naman Howell Smith & Lee PLLC*<br>P.O. Box 1470<br>Waco, TX 76703-1470<br>(Counsel for Buffalo Industrial Supply Inc.) |

*Via* **First-Class Mail**

Jody A. Bedenbaugh, Esquire
George G. Cauthen, Esquire
*Nelson Mullins Riley & Scarborough LLP*
1320 Main Street, 17th Floor
P.O. Box 11070
Columbia, SC 29211
(Counsel for Michelin North America Inc.)

*Via* **Hand Delivery**

Michael J. Joyce, Esquire
*O'Kelly & Ernst LLC*
901 North Market Street, 10th Floor
Wilmington, DE 19801
(Counsel for Fidelity)

*Via* **First-Class Mail**

George A. Davis, Esquire
Daniel S. Shamah, Esquire
*O'Melveny & Myers LLP*
7 Times Square
New York, NY 10036
(Counsel for Apollo Global Management LLC)

*Via* **First-Class Mail**

Peter Friedman, Esquire
Andrew Sorkin, Esquire
*O'Melveny & Myers LLP*
1625 Eye Street, NW
Washington, DC 20006
(Counsel for Angelo Gordon, Apollo Global Management LLC, and Brookfield)

*Via* **First-Class Mail**

David C. Weiss, Esquire
*Office of the United States Attorney*
P.O. Box 2046
Wilmington, DE 19899-2046

*Via* **First-Class Mail**

Andrea Schwartz, Esquire
*Office of the United States Trustee*
United States Federal Building
201 Varick Street, Suite 1006
New York, NY 10014

*Via* **First-Class Mail**

Daniel A. Lowenthal, Esquire
Craig W. Dent, Esquire
Brian P. Guiney, Esquire
*Patterson Belknap Webb & Tyler LLP*
1133 Avenue of the Americas
New York, NY 10036-6710
(Counsel for Law Debenture Trust Company of New York)

*Via* **First-Class Mail**

*Pension Benefit Guaranty Corporation (PBGC)*
Office of the Chief Counsel
Attn: Desiree M. Amador, Esquire
1200 K Street, NW
Washington, DC 20005-4026

*Via* **First-Class Mail**

*Pension Benefit Guaranty Corporation (PBGC)*
Office of the Chief Counsel
Attn: Jon Chatalian
1200 K Street, NW
Washington, DC 20005-4026

*Via* **First-Class Mail**

Elizabeth Banda Calvo, Esquire
*Perdue Brandon Fielder Collins & Mott LLP*
500 East Border Street, Suite 640
Arlington, TX 76010
(Counsel for Somervell County, *et al.*)

| | |
|---|---|
| *Via* First-Class Mail | *Via* First-Class Mail |
| Owen M. Sonik, *Esquire*<br>*Perdue Brandon Fielder Collins & Mott LLP*<br>1235 North Loop West, Suite 600<br>Houston, TX 77008<br>(Counsel for Galena Park ISD) | Jeanmarie Baer, Esquire<br>*Perdue Brandon Fielder Collins & Mott LLP*<br>P.O. Box 8188<br>Wichita Falls, TX 76307<br>(Counsel for Young County, Graham ISD, Graham Hospital District, and North Central Texas College District) |
| *Via* First-Class Mail | *Via* First-Class Mail |
| John T. Banks, Esquire<br>*Perdue Brandon Fielder Collins & Mott LLP*<br>3301 Northland Drive, Suite 505<br>Austin, TX 78731<br>(Counsel for ISD: Cameron, Thorndale, Buckholts, Copperas Cove, McAllen, Hildalgo County, *et al.*) | Gregory T. Donilon, Esquire<br>*Pinckney Weidinger Urban & Joyce LLC*<br>3711 Kennett Pike, Suite 210<br>Greenville, DE 19807<br>(Counsel for Automatic Systems, Inc.) |
| *Via* First-Class Mail | *Via* Hand Delivery |
| Michael L. Atchley, Esquire<br>Matthew T. Taplett, Esquire<br>*Pope Hardwicke Christie Schell Kelly & Ray LLP*<br>500 West 7th Street, Suite 600<br>Fort Worth, TX 76102<br>(Counsel for Tarrant Regional Water District and North Texas Municipal Water District) | Jeremy W. Ryan, Esquire<br>R. Stephen McNeill, Esquire<br>*Potter Anderson & Corroon LLP*<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801<br>(Counsel for Citibank) |
| *Via* First-Class Mail | *Via* First-Class Mail |
| Amy R. Baudler, Esquire<br>*Purdue Awsumb & Baudler PA*<br>4300 Marketpointe Drive, Suite 240<br>Minneapolis, MN 55435<br>(Counsel for Barr Engineering Co.) | John A. Harris, Esquire<br>Jason D. Curry, Esquire<br>*Quarles & Brady LLP*<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391<br>(Counsel for TXU 2007-1 Railcar Leasing LLC) |
| *Via* First-Class Mail | *Via* Hand Delivery |
| Joseph E. Shickich, Jr., Esquire<br>*Riddell Williams P.S.*<br>1001 – 4th Avenue, Suite 4500<br>Seattle, WA 98154<br>(Counsel for Microsoft) | Bradley Aronstam, Esquire<br>Benjamin Schladweiler, Esquire<br>*Ross Aronstam & Moritz LLP*<br>100 South West Street, Suite 400<br>Wilmington, DE 19801<br>(Counsel for Angelo Gordon, Apollo, and Brookfield) |

*Via* First-Class Mail

Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
*Satterlee Stephens Burke & Burke LLP*
230 Park Avenue
New York, NY 10169
(Counsel for Moody's Analytics)

*Via* Hand Delivery

Richard A. Barkasy, Esquire
*Schnader Harrison Segal & Lewis LLP*
824 North Market Street, Suite 800
Wilmington, DE 19801
(Counsel for CCP Credit Acquisition/Centerbridge)

*Via* First-Class Mail

Jason R. Searcy, Esquire
Joshua P. Searcy, Esquire
*Searcy & Searcy PC*
P.O. Box 3929
Longview, TX 75606
(Counsel for D. Courtney Construction Inc.)

*Via* First-Class Mail

Frederic Sosnick, Esquire
Ned S. Schodek, Esquire
*Shearman & Sterling LLP*
599 Lexington Avenue
New York, NY 10022
(Counsel for Citibank)

*Via* Hand Delivery

Mark S. Chehi, Esquire
*Skadden Arps Slate Meagher & Flom LLP*
920 North King Street
Wilmington, DE 19801
(Counsel for Borealis Infrastructure Management Inc.)

*Via* First-Class Mail

Jay M. Goffman, Esquire
*Skadden Arps Slate Meagher & Flom LLP*
4 Times Square
New York, NY 10036
(Counsel for Borealis Infrastructure Management Inc.)

*Via* First-Class Mail

George N. Panagakis, Esquire
Carl T. Tullson, Esquire
*Skadden Arps Slate Meagher & Flom LLP*
155 North Wacker Drive, Suite 2700
Chicago, IL 60606-1720
(Counsel for Borealis Infrastructure Management Inc.)

*Via* Hand Delivery

Kathleen M. Miller, Esquire
*Smith Katzenstein & Jenkins LLP*
1000 North West Street #501
Wilmington, DE 19801
(Counsel for Airgas USA LLC and Valero Texas Power)

*Via* First-Class Mail

David E. Leta, Esquire
*Snell & Wilmer LLP*
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1547
(Counsel for Headwaters Resources Inc.)

*Via* First-Class Mail

Stephen D. Lerner, Esquire
Andrew M. Simon, Esquire
*Squire Sanders (US) LLP*
221 East Fourth Street, Suite 2900
Cincinnati, OH 45202
(Counsel for Arcelormittla USA LLC)

| | |
|---|---|
| *Via* **First-Class Mail** | *Via* **First-Class Mail** |
| Noel Steffes Melancon, Esquire<br>*Steffes Vingiello & McKenzie LLC*<br>13702 Coursey Boulevard, Building 3<br>Baton Rouge, LA 70817<br>(Counsel for Setpoint Integrated Solutions) | Sabrina L. Streusand, Esquire<br>*Streusand Landon & Ozburn LLP*<br>811 Barton Springs Road, Suite 811<br>Austin, TX 78704<br>(Counsel for Allen Shrode) |
| *Via* **Hand Delivery** | *Via* **First-Class Mail** |
| Elihu E. Allinson, III, Esquire<br>*Sullivan Hazeltine Allinson LLC*<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>(Counsel for Henry Pratt Company LLC) | Stephen C. Greenberg, Esquire<br>*Taylor English Duma LLP*<br>1600 Parkwood Circle, Suite 400<br>Atlanta, GA 30339<br>(Counsel for Henry Pratt Company LLC) |
| *Via* **First-Class Mail** | *Via* **First-Class Mail** |
| *The Bank of New York Mellon Trust Company*<br>Attn: Rafael Martinez, Vice President - CSM<br>601 Travis Street, 16th Floor<br>Houston, TX 77002 | *The Bank of New York Mellon Trust Company*<br>Attn: Thomas Vlahakis, Vice President<br>385 Rifle Camp Road, 3rd Floor<br>Woodland Park, NJ 07424 |
| *Via* **Hand Delivery** | *Via* **First-Class Mail** |
| Frederick B. Rosner, Esquire<br>*The Rosner Law Group LLC*<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>(Counsel for Mudrick Capital Management LP) | Jonathan Ruckdeshel, Esquire<br>*The Ruckdeschel Law Firm LLC*<br>8357 Main Street<br>Ellicott City, MD 21043<br>(Counsel for David Heinzmann) |
| *Via* **First-Class Mail** | *Via* **First-Class Mail** |
| *The University of Texas System*<br>(on Behalf of the University of Texas at Arlington)<br>Office of General Counsel<br>Attn: Traci L. Cotton, Esquire<br>201 West Seventh Street<br>Austin, TX 78701 | David D. Farrell, Esquire<br>*Thompson Coburn LLP*<br>One US Bank Plaza, Suite 3200<br>Saint Louis, MO 63101<br>(Counsel for Martin Engineering Company) |

| | |
|---|---|
| *Via* **First-Class Mail**<br><br>*Travis County*<br>Attn: Kay D. Brock, Assistant County Attorney<br>P.O. Box 1748<br>Austin, TX 78767 | *Via* **First-Class Mail**<br><br>Jordan S. Blask, Esquire<br>Lara E. Shipkovitz, Esquire<br>*Tucker Arensberg, PC*<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>(Counsel for Thermo Fisher) |
| *Via* **First-Class Mail**<br><br>*TW Telecom Inc. (Level 3 Communications)*<br>Attn: Legal Bankruptcy<br>1025 El Dorado Boulevard<br>Broomfield, CO 80021 | *Via* **First-Class Mail**<br><br>*Union Pacific Railroad Company*<br>Attn: Mary Ann Kilgore and Jennie L. Anderson<br>1400 Douglas Street, Stop 1580<br>Omaha, NE 68179 |
| *Via* **First-Class Mail**<br><br>*United States Department of Justice*<br>(on Behalf of the United States of America, Department of Agriculture, Rural Utilities Service)<br>Attn: Matthew J. Troy, Civil Division<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | *Via* **First-Class Mail**<br><br>*United States Department of Justice*<br>(Counsel to the United States of America)<br>Attn: Ari D. Kunofsky, Esquire and Ward W. Benson, Esquire<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, DC 20044 |
| *Via* **First-Class Mail**<br><br>*United States Department of Justice*<br>(Counsel to the United States of America)<br>Attn: Brandon Robers, Trial Attorney<br>P.O. Box 7611<br>Washington, DC 20044-7611 | *Via* **First-Class Mail**<br><br>*United States Department of Justice*<br>(Counsel to the United States of America on Behalf of the Environmental Protection Agency)<br>Environmental Enforcement Section, ENRD<br>Attn: Daniel S. Smith, Senior Counsel<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, DC 20044 |
| *Via* **First-Class Mail**<br><br>Mary Kay Shaver, Esquire<br>*Varnum LLP*<br>Bridgewater Place<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(Counsel for AppLabs) | *Via* **First-Class Mail**<br><br>Michael L. Schein, Esquire<br>*Vedder Price PC*<br>1633 Broadway, 31st Floor<br>New York, NY 10019<br>(Counsel for First Union Rail Corporation) |

| | |
|---|---|
| *Via* First-Class Mail | *Via* Hand Delivery |
| Jeffrey S. Sabin, Esquire<br>*Venable LLP*<br>1270 Avenue of the Americas<br>New York, NY 10020<br>(Counsel for Pacific Investment Management Co. LLC) | Jamie L. Edmonson, Esquire<br>*Venable LLP*<br>1201 North Market Street<br>Wilmington, DE 19801<br>(Counsel for Pacific Investment Management Co. LLC) |
| *Via* First-Class Mail | *Via* Hand Delivery |
| Gregory M. Weinstein, Esquire<br>*Weinstein Radcliff LLP*<br>8350 North Central Expressway, Suite 1500<br>Dallas, TX 75206<br>(Counsel for Mario Sinacola & Sons Excavating Inc.) | Duane D. Werb, Esquire<br>*Werb & Sullivan*<br>300 Delaware Avenue #1300<br>Wilmington, DE 19801<br>(Counsel for The Kansas City Southern Railway) |
| *Via* Hand Delivery | *Via* First-Class Mail |
| L. Katherine Good, Esquire<br>*Whiteford Taylor & Preston LLC*<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br>(Counsel for Simeio and Boral) | Philip Anker, Esquire<br>George Shuster, Esquire<br>*Wilmer Cutler Pickering Hale & Dorr LLP*<br>7 World Trade Center<br>205 Greenwich Street<br>New York, NY 10007<br>(Counsel for Marathon Asset Management) |
| *Via* First-Class Mail | *Via* Hand Delivery |
| Benjamin Loveland, Esquire<br>*Wilmer Cutler Pickering Hale & Dorr LLP*<br>60 State Street<br>Boston, MA 02109<br>(Counsel for Marathon Asset Management) | *Wilmington Savings Fund Society*<br>Attn: Patrick J. Healy<br>500 Delaware Avenue<br>Wilmington, DE 19801 |
| *Via* First-Class Mail | *Via* First-Class Mail |
| *Wilmington Trust FSB*<br>Attn: Jeffrey T. Rose<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 | David Neier, Esquire<br>*Winston & Strawn LLP*<br>200 Park Avenue<br>New York, NY 10166<br>(Counsel for Chicago Bridge & Iron Company N.V.) |

| *Via* First-Class Mail | *Via* Hand Delivery |
|---|---|
| Brian D. Womac, Esquire<br>*Womac Law*<br>8301 Katy Freeway<br>Houston, TX 77024<br>(Counsel for 2603 August Investors LP) | Mark L. Desgrosseilliers, Esquire<br>*Womble Carlyle Sandridge & Rice LLP*<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(Counsel for Centerpoint, Holt Texas Ltd. d/b/a Holt CAT) |