## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP, *et al.,* | Case No. 14-10979 (CSS) |
| Debtors. | (Joint Administration) |

## WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that the appearance of Michael L. Schein, Esq., as counsel to the First Union Rail Corporation, creditor of the above-captioned debtors, is hereby withdrawn and he should be removed from the CM-ECF noticing list and any other service lists in this case.

Dated: August 18, 2017

*Respectfully Submitted,*

*Counsel to First Union Rail Corporation*

VEDDER PRICE P.C.

By: */s/ Michael L. Schein*
    Michael L. Schein (MS-0241)
    1633 Broadway, 31st Floor
    New York, New York  10019
    Tel. No.  (212) 407-7700
    Fax No.  (212) 407-7799
    Email:  mschein@vedderprice.com