# Court Conference

Calendar Date: 08/18/2017

Calendar Time: 01:00 PM ET

# U.S. Bankruptcy Court-District of Delaware

## Confirmed Telephonic Appearance Schedule

## Honorable Christopher S. Sontchi

### #6

*Amended Calendar  Aug 18 2017 10:15AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545084 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545111 | Robin D. Ball | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545114 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Creditor, Ad Hoc Committee Of Tech Unsecured Note Holders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545103 | Chris Carty | (212) 872-8045 ext. | Akin Gump Strauss Hauer & Feld LLP | Trustee, UMB Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545088 | William E. Chipman | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Interested Party, Berkshire Hathaway Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545136 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545092 | Scott D. Cousins | (302) 429-9570 ext. | Bayard P.A. | Plaintiff(s), Elliott Funds L.P., et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545148 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545081 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Plaintiff(s), Elliott Fuds L.P. et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545072 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545116 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545144 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545128 | David M. Fournier | (302) 777-6565 ext. | Pepper Hamilton LLP | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545090 | Simon E. Fraser | (302) 295-2000 ext. | Cozen O'Connor | Creditor, J. Aron & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545091 | Chad J. Husnick | (312) 862-2009 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545106 | Kristy Jobson | (617) 951-7000 ext. 00 | Ropes & Gray, LLP | Plaintiff(s), Elliott Fuds L.P. et al / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545118 | Laura D. Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Interested Party, Computorshare / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545068 | Marc Kieselstein | 312-861-2287 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545126 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545142 | Jeffrey C. Krause | (213) 229-7995 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545047 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545115 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Lender(s), UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545141 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp | 14-10979 | Hearing | 8545107 | Andy McGaan | (202) 879-5082 ext. 00 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545079 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545089 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545173 | Meredith Pfister | (212) 412-1368 ext. | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545096 | Natalie D. Ramsey | (215) 772-7354 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545100 | Jeffrey S. Sabin | (212) 307-5500 ext. | Venable LLP | Creditor, PIMCO / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545086 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | Interested Party, Office of the United States Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545105 | Christopher P. Simon | 302-777-4200 ext. | Cross & Simon, LLC | Creditor, American Stock Transfer & Trust Company, LLC. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545143 | Scott Talmadge | (212) 277-4000 ext. | Freshfields Bruckhaus Deringer US, LLP | Creditor, Sunrise Partners Limited Partnership / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545104 | Foteini Teloni | (212) 848-4579 ext. | Shearman & Sterling LLP | Creditor, Citibank / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545080 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545131 | Michael J. Walsh | (646) 855-8154 ext. | Bank of America | Creditor, Bank of America / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545102 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545074 | Peter L. Welsh | (617) 951-7865 ext. 00 | Ropes & Gray, LLP | Plaintiff(s), Elliott Associates, L.P., et al / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545063 | Keith Wofford | (212) 841-8704 ext. | Ropes & Gray LLP | Plaintiff(s), Elliott Associates, L.P., et al / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545122 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 (17-50942) | Hearing | 8545095 | Gregg Galardi | (212) 841-8704 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | Energy Future Holdings Corp. | 14-10979 (17-50479) | Hearing | 8545132 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | Energy Future Holdings Corp. | 14-10979 (17-50479) | Hearing | 8545119 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |