# Exhibit C

**ELLIOTT**

ELLIOTT MANAGEMENT CORPORATION
40 WEST 57TH STREET, NEW YORK, NY 10019
TEL: +1 212 974 6000

August 16, 2017

**BY E-MAIL**

To: Charles Cremens, as the independent director of Energy Future Intermediate Holdings Company LLC ("EFIH")

Re: In re Energy Future Holdings Corp., et al. – Proposed Transaction with Berkshire Hathaway Energy Co.

Dear Mr. Cremens:

    We write on behalf of Elliott Management Corporation and certain funds it advises and affiliated entities (together with Elliott Management Corporation, "Elliott") to advise you that Elliott is now the largest unsecured creditor of EFIH as well as Energy Future Holdings Corp. ("EFH"). Elliott currently holds the following claims against EFIH:

- $921.4 million of the EFIH Second Lien Notes,[1] or approximately 43% of the Class B4 EFIH Second Lien Note Claims under the plan of reorganization for EFIH (the "EFIH Plan");

- $56.4 million of the EFH LBO Notes, or approximately 94% of the Class B5 EFH LBO Note Guaranty Claims under the EFIH Plan; and

- $1.16 billion of the EFIH Unsecured Note Claims, or approximately 74% of the Class B6 EFIH Unsecured Note Claims.

In addition, Elliott also holds the following claims against EFH:

- $423.7 million of the EFH Legacy Notes, or approximately 73% of the Class A4 EFH Legacy Notes Claims under the plan of reorganization for EFH (the "EFH Plan");

- $56.4 million of the EFH LBO Notes, or approximately 94% of the Class A6 EFH LBO Note Primary Claims; and

- $9.5 million of the Claims against EFH derived from or based upon the EFH Swaps or approximately 70% of the Class A7 EFH Swap Claims.

    Elliott hereby notifies you that it (and to the best of its knowledge, every EFIH unsecured creditor with whom it has spoken): (i) opposes the E-Side Debtors proceeding with the motion (the "Break Fee Motion") to approve the merger agreement with Berkshire Hathaway Energy Company ("BHE"); (ii) opposes the E-Side Debtors' prosecution of the plan of reorganization that

---

[1] Capitalized terms used and not defined herein shall have the meanings ascribed in the *Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11426] (the "BHE Plan").

64443563_4

contemplates the closing of the transaction with BHE (the "BHE Plan"); and (iii) will vote all of its claims against EFH and EFIH to reject the BHE Plan.

The BHE Plan will not be, and cannot be, confirmed because the plan of reorganization with respect to EFIH cannot satisfy the requirements for confirmation under Bankruptcy Code section 1129(a)(10). Under these circumstances, your failure to immediately withdraw EFIH's support for the Sale Motion and the BHE Plan constitutes a breach of your fiduciary duty to maximize value for unsecured creditors. The continued pursuit of the Break Fee Motion would, if successful, impose upon the E-Side Debtors' estates a $270 million termination fee that will be payable upon the inevitable failure of the BHE Plan. The continuation of this fools errand not only places the administrative solvency of EFIH at significant risk, but also deprives EFIH unsecured creditors of their fundamental statutory rights to pursue their own plan of reorganization and to vote on a plan of reorganization without the burden of enormous and unnecessary financial harm to their recoveries.

Please confirm that you, as the independent director of EFIH, will withdraw the BHE Plan and the Break Fee Motion. Absent your confirmation, Elliott reserves all other rights, including the right to seek the immediate appointment of a trustee in the E-Side Debtors' chapter 11 cases.

Appreciatively,


\s\ *Dave Miller*                                              \s\ *Jeff Rosenbaum*

Dave Miller                                                           Jeff Rosenbaum
Senior Portfolio Manager, Head of US Restructuring     Portfolio Manager
Elliott Management Corporation                         Elliott Management Corporation


cc:    Chad J. Husnick, Esq.
        Richard Levin, Esq.
        Jeff J. Marwil, Esq., Mark. K. Thomas, and Peter J. Young (conflicts counsel to EFH)
        Richard Schepacarter, Esq. (U.S. Trustee)
        Andrew G. Dietderich, Esq. and Brian Glueckstein, Esq. (counsel to the EFH/EFIH Committee)
        Richard C. Pedone, Esq. (counsel to American Stock Transfer & Trust Company, LLC, as successor indenture trustee for EFH Legacy Notes)
        Jeffrey S. Sabin, Esq (counsel to Pacific Investment Management Co. LLC, as DIP lender)
        Ira S. Dizengoff and Scott L. Alberino (counsel to UMB Bank, N.A., as successor indenture trustee for EFIH Unsecured Notes)
        Scott Talmadge, Esq. (counsel to Sunrise Partners Limited Partnership)