## CERTIFICATE OF SERVICE

I, Erin R. Fay, hereby certify that on this 18th day of August, 2017, I caused copies of **The Elliott Funds' Objection to Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents** to be served on the parties listed below in the manner listed thereon:

**Via Hand Delivery and Email:**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

Richard L. Schepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
Email:  cward@polsinelli.com
        jedelson@polsinelli.com

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
Montgomery, Mccracken, Walker
& Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Email:  nramsey@mmwr.com
           dwright@mmwr.com
           mfink@mmwr.com

**Via First Class Mail and Email:**

Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexing Avenue
New York, NY 10022
Email: edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brain.schartz@kirkland.com

Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
John L. Hardiman, Esq.
Alexa J. Kranzley, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Email:  dietdericha@sullcrom.com
            gluecksteinb@sullcrom.com
            hardimanj@sullcrom.com
            kranzleya@sullcrom.com

James H.M. Sprayregen, Esq.
Marc Kieselstein, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email: james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

*/s/   Erin R. Fay*
Erin R. Fay (No. 5268)

{BAY:03102790v1}    2