IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

     Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. and its wholly-owned subsidiary NextEra Energy Capital Holdings, Inc. in the above referenced cases, and on the 18th day of August, 2017, he caused a copy of the following:

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF NEXTERA ENERGY, INC. WITH RESPECT TO THE DISCLOSURE STATEMENT FOR THE JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**
**[D.I. 11776]**

to be served on the attached service list via hand delivery and/or U.S. First Class Mail

                                                          Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 18th day of August 2017.

ERICA MYRICK RAUCCI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires December 17, 2019

Notary Public

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0048347.}

Energy Future Holdings Corp., *et al.*
Case No. 14-10979 (CSS)

{932.002-W0042195.}

**VIA HAND DELIVERY**
Richards Layton & Finger, P.A.
Mark D. Collins, Esq.
Daniel DeFranceschi, Esq.
Jason Madron, Esq.
920 North King Street
Wilmington, DE 19801
*Co-Counsel to the Debtors and Debtors in Possession*

**VIA HAND DELIVERY**
Bayard, P.A.
Scott D. Cousins
Erin R. Fay
Evan T. Miller
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Counsel for Elliot Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership*

**VIA U.S. MAIL**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: 212-466-4900
*Co-Counsel to the Debtors and Debtors in Possession*

**VIA U.S. MAIL**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Andrew R. McGaan, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654
Facsimile: 312-862-2200
*Co-Counsel to the Debtors and Debtors in Possession*

**VIA U.S. MAIL**
Ropes & Gray LLP
Keith H. Wofford
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
*Counsel for Elliot Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership*

**VIA HAND DELIVERY**
Stevens & Lee, P.C.
Joseph H. Huston, Jr.
Jason Daniel Angelo
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
*Co-Counsel to Plaintiff EFH*

**VIA HAND DELIVERY**
Bielli & Klauder, LLC
David M. Klauder
1204 N. King Street
Wilmington, Delaware 19801
*Co-Counsel to Plaintiff EFH*

**VIA U.S. MAIL**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Mark McKane, P.C.
555 California Street
San Francisco, CA 94104
*Co-Counsel to Plaintiffs*