**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>        *Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 11428** |

**SUNRISE'S OBJECTION TO MOTION OF THE EFH/EFIH DEBTORS FOR
ENTRY OF AN ORDER (A) APPROVING THE EFH DISCLOSURE
STATEMENT, (B) ESTABLISHING THE VOTING
RECORD DATE, VOTING DEADLINE, AND OTHER DATES,
(C) APPROVING PROCEDURES FOR SOLICITING, RECEIVING,
AND TABULATING VOTES ON THE PLAN, AND (D) APPROVING THE
MANNER AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS**

Sunrise Partners Limited Partnership ("Sunrise"), as creditors in the chapter 11 cases (the "Chapter 11 Cases") of certain of the EFIH Debtors,[1] hereby objects (the "Objection") to the *Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and other Related Documents*, dated July 7, 2017 [D.I. 11428] (the "BHE Disclosure Statement Motion"). In support of its Objection, Sunrise respectfully represents as follows:

---

[1] Capitalized terms used and not defined herein shall have the meanings ascribed them in the BHE Disclosure Statement Motion or the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated July 7, 2017 [D.I. 11427] (the "BHE Disclosure Statement").

## OBJECTION

1.      The BHE Disclosure Statement should not be approved for the reasons set forth in the *Objection of Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership to the Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and other Related Documents* [D.I. 11778] (the "Elliott Objection"), which is incorporated herein by reference.

## RESERVATION OF RIGHTS

2.      Sunrise reserves the right to amend or supplement this Objection based upon any facts or arguments that come to light prior to the hearing on these issues, and to raise any additional objections to confirmation of the BHE Plan at the confirmation stage.

WHEREFORE, for all of the reasons set forth in the Elliott Objection, Sunrise respectfully requests that this Court deny approval of the BHE Disclosure Statement.

*(Signature page to follow)*

Dated: August 18, 2017  　　　Respectfully Submitted,
Wilmington, Delaware

　　　　　　　　　　　　　　　GELLERT SCALI BUSENKELL & BROWN, LLC

　　　　　　　　　　　　　　　*/s/ Michael Busenkell*　　　　　　
　　　　　　　　　　　　　　　Michael Busenkell (DE 3933)
　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 300
　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　Telephone: (302) 425-5812
　　　　　　　　　　　　　　　Facsimile: (302) 425-5814
　　　　　　　　　　　　　　　E-mail:  mbusenkell@gsbblaw.com

　　　　　　　　　　　　　　　 --AND--

　　　　　　　　　　　　　　　FRESHFIELDS BRUCKHAUS DERINGER US LLP
　　　　　　　　　　　　　　　Scott Talmadge
　　　　　　　　　　　　　　　Abbey Walsh
　　　　　　　　　　　　　　　601 Lexington Avenue, 31st Floor
　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　Telephone: (212) 230-4000
　　　　　　　　　　　　　　　Email: scott.talmadge@freshfields.com
　　　　　　　　　　　　　　　　　　 abbey.walsh@freshfields.com

　　　　　　　　　　　　　　　*Counsel to Sunrise Partners Limited Partnership*