**CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, hereby certify that on August 18, 2017, I caused a true and correct copy of the *Sunrise's Objection to Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan and (D) Approving the Manner an Forms of Notice and Other Related Documents* to be filed and served via the CM/ECF electronic notification system and served via First Class Mail, postage prepaid on the parties listed below.

Dated: August 18, 2017                             */s/ Michael Busenkell*
                                                                    Michael Busenkell (DE 3933)

**Via First Class U.S. Mail**
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Christopher M. De Lillo, Esq.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz, Esq.
Aparna Yenamandra, Esq.
601 Lexington Avenue
New York, New York 10022-4611

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654