IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: September 8, 2017** |

<u>**NOTICE OF FEE STATEMENT**</u>

Jenner & Block LLP (the "**Applicant**") has today filed the attached *Twenty-Sixth Monthly Fee Statement of Jenner & Block LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from July 1, 2017 through July 31, 2017* (the "**Fee Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654,

Attn: Chad Husnick; (iii) proposed co- counsel to the Debtors, Richards, Layton &

Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J.

DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States

Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207,

Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice,

Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New

York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH

First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue,

New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the

agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1

Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod;

(vii) counsel to the Official Committee of Unsecured Creditors, Morrison & Foerster

LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer

Marines; and (viii) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main

Street, Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern**

**Standard Time) on September 8, 2017** (the "**Objection Deadline**").

If any responses or objections to the Fee Statement are timely filed, served

and received in accordance with this notice, a hearing on the Fee Statement will be held at

the convenience of the Bankruptcy Court. Only those objections made in writing and timely

filed and received in accordance with the Administrative Order and the procedures

described herein will be considered by the Bankruptcy Court at such hearing.

Under the Administrative Order, if no objection to the Fee Statement is

timely filed, served and received by the Objection Deadline, the Applicant may be paid

an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the

Fee Statement or (ii) 80% of the fees and 100% of the expenses not subject to an objection

without the need for further order of the Bankruptcy Court.

Date: August 18, 2017

/s/ *Joseph H. Huston, Jr.*

Joseph H. Huston, Jr. (No. 4035 )
Jason D. Angelo (No. 6009)
**STEVENS & LEE, P.C.**
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone:      (302) 425-3310;-11
Facsimile:       (610) 371-7972
Email:            jhh/jda@stevenslee.com

*Independent Counsel for Energy Future*
*Intermediate Holding Company LLC*