## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 95.60 | $106,556.00 |
| Employment and Fee Applications | .20 | $205.00 |
| Non-Working Travel | 7.10 | $3,638.75 |
| TOTAL | 102.90 | $110,399.75 |