## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1250 | 50.20 | 62,750.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1025 | 42.30 | 39,718.75 |
| Elizabeth Edmondson | Partner | 2012 | Litigation | 840 | 3.40 | 2,856.00 |
| Irene M. Ten Cate | Associate Attorney | 2003 | Litigation | 725 | 7.00 | 5,075.00 |
| | | | | **TOTAL** | **102.90** | **110,399.75** |