## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---|
| PACER CHARGES | 2.10 |
| COLOR COPY CHARGES | 3.25 |
| B&W COPY CHARGES | 69.00 |
| COURT CONFERENCES | 74.00 |
| SOUNDPATH TELEPHONE CONFERENCES | 57.59 |
| TRAVEL | 1,432.43 |
| TOTAL | $ 1,638.37 |