## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 7/6/2017 | LEVIN, R. | PARTNER | Pacer Charges | 2.10 | Pacer Charges: PACER SERVICE CENTER: 7/6/2017 |
| 55152-10034 | 7/20/2017 | LEVIN, R. | PARTNER | COLOR COPY CHARGES | .75 | Color Copy |
| 55152-10034 | 7/21/2017 | LEVIN, R. | PARTNER | COLOR COPY CHARGES | 2.50 | Color Copy |
| 55152-10107 | 7/21/2017 | TEN CATE, I. | ASSOCIATE ATTORNEY | B&W Copy Charges | 10.30 | B&W Copy |
| 55152-10034 | 7/25/2017 | LAZAR, V. | PARTNER | Court Conference | 30.00 | Other; VINCENT E. LAZAR, 7/21/2017; Court Conference |
| 55152-10034 | 7/25/2017 | LAZAR, V. | PARTNER | Court Conference | 44.00 | Other; VINCENT E. LAZAR, 7/12/2017; Court Call 8467768 |
| 55152-10034 | 7/25/2017 | LEVIN, R. | PARTNER | B&W Copy Charges | 1.00 | B&W Copy |
| 55152-10034 | 7/26/2017 | LEVIN, R. | PARTNER | Soundpath Teleconferencing | 27.59 | 7/6/2017 – Soundpath Teleconferencing |
| 55152-10034 | 7/26/2017 | LEVIN, R. | PARTNER | Soundpath Teleconferencing | 13.33 | 6/15/2017 Soundpath Teleconferencing |
| 55152-10034 | 7/26/2017 | LEVIN, R. | PARTNER | Soundpath Teleconferencing | 16.67 | 6/13/2017 Soundpath Teleconferencing |
| 55152-10107 | 7/26/2017 | TEN CATE, I. | ASSOCIATE ATTORNEY | B&W Copy Charges | .80 | B&W Copy |
| 55152-10107 | 7/27/2017 | TEN CATE, I. | ASSOCIATE ATTORNEY | B&W Copy Charges | 50.10 | B&W Copy |
| 55152-10107 | 7/28/2017 | LAZAR, V. | PARTNER | Travel Charges | 1,432.43 | Travel, VINCENT E. LAZAR, 7/25-26/2017; Philadelphia, PA; Hearing |
| 55152-10107 | 7/21/2017 | TEN CATE, I. | ASSOCIATE ATTORNEY | B&W Copy Charges | 6.80 | B&W Copy |