# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Thirty-First Monthly Fee Statement 06/01/2017 through 06/30/2017 D.I. 11499 | $4,818.00 | $9.20 | 08/08/2017 | $3,854.50 | $9.20 | $963.60 |

08/15/2017 SL1 1479653v1 109285.00006