# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE REGARDING SERVICE AND SUBMISSION OF WRITTEN DIRECT TESTIMONY

**PLEASE TAKE NOTICE** that, pursuant to Paragraph 6 of the *Joint Stipulated Final Pre-Trial Order* [Docket No. 11759], entered August 16, 2017 (the "**Joint Pre-Trial Order**"), on August 19, 2017, Berkshire Hathaway Energy Company ("**BHE**"), by and through its undersigned counsel, served the written direct testimony of Patrick J. Goodman *via* electronic mail on the Participating Parties[1] and caused a copy of such written direct testimony to be submitted to the Court at Judge Christopher S. Sontchi's home address pursuant to Paragraph 8 of the Joint Pre-Trial Order.

**PLEASE FURTHER TAKE NOTICE** that any party other than a Participating Party that did not receive the written direct testimony of such witness may communicate their request for access to such testimony by emailing chipman@chipmanbrown.com and BHE will review in good faith any reasonable requests for such access.

Dated:  August 20, 2017
         Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

 */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:        chipman@chipmanbrown.com

---

[1] Capitalized terms not defined in this Notice have the meaning they are given in the Joint Pre-Trial Order or the Initial Pre-Trial Order, as applicable.

—and—

Jeffrey C. Krause (Admitted *pro hac vice*)
Michael S. Neumeister (Admitted *pro hac vice*)
Daniel B. Denny (Admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:     (213) 229-7000
Facsimile:     (213) 229-7520
Email:         jkrause@gibsondunn.com
Email:         mneumeister@gibsondunn.com
Email:         ddenny@gibsondunn.com

*Counsel for Berkshire Hathaway Energy Company*