# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/21/17 at 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Natalie Ramsey | Montgomery McCracken | E-side Committee |
| Brian Glueckstein | Sullivan & Cromwell | " |
| Alexa Kransky | Sullivan & Cromwell | " |
| Abbey Walsh | Freshfields | Sunrise |
| Steven Fruchter | " | " |
| Mike Esserkel | Gibson Scott Burochelle & Brown | " |
| Mike Joyce | OESS | Fidelity |
| L. Stephen McNeill | Potter Anderson & Corroon | EFIH DIP Agent |
| Jonathan Ganster | Kirkland & Ellis | Debtors |
| Bryan Stephany | Kirkland & Ellis | Debtors |
| Michael Esser | Kirkland & Ellis | Debtors |
| Aparna Yenamandra | Kirkland & Ellis | Debtors |
| Mark McKane | Kirkland & Ellis | Debtors |
| Chad Husnick | Kirkland & Ellis | Debtors |
| Daniel J. DeFranceschi | Richards Layton & Finger | " |
| Jason M. Madron | " | " |
| Greg Galal | Ropes & Gray | Elliott |
| Keith Wofford | Ropes & Gray | Elliott |
| Scott Greissman | Boyard | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 8/21/17 at 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Levin | Jenner + Block LLP | EFIH |
| Joseph H. Huston, Jr. | Stevens Lee P.C | " |
| Jason D. Angelo | " | " |
| Kim Brown | Lewis Roca + Cobb | Next Era Energy, Inc. |
| Andrew Rosenblatt | Norton Rose Fulbright USLLP | " " |
| Jamie Marino | Venable LLP | PIMCO |
| Jeffrey Sabin | " | " |
| David Kinder | B.P.L. & Kinder | EFH Corp |
| Mark Thomas | Proskauer | " |
| Peter Young | " | " |
| Roy Lewis | Katz Harrison | UMB Bank Indenture Trustee |
| Abid Qureshi | Akin Gump | " |
| David K. Hogan | Hogan McDaniel | Fenicle, Fahy, Heinzmann & Jones |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Computershare |
| Jennifer Sharret | Kramer Levin | Computershare |
| Richard L. Schepcater | USDOJ-OUST | US Trustee |
| Edward Sedore | Vita Nu (Sea Soc.) | AST as EFH Indenture Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 08/21/2017
Calendar Time: 09:00 AM ET

Amended Calendar  Aug 21 2017 5:43AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8543132 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8497013 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8540405 | Ryan Appleby | (213) 229-7353 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Berkshire Hathaway Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545811 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8542176 | Robin D. Ball | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8544519 | Negisa Balluku | (212) 617-0147 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8546932 | Julie Bell | (212) 358-4862 ext. | Anchorage Capital Group, LLC | Interested Party, Anchorage Capital Group / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8540428 | Rob Berntsen | (213) 229-7345 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, BHE / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8538067 | Lauren Bilzin | (212) 672-2252 ext. | Serengeti Asset Management | Creditor, Lauren Bilzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8540239 | Laurie Binder | (212) 574-1586 ext. | Seward & Kissel LLP | Creditor, Wilmington Trust / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8530758 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8545717 | Caitlin K. Cahow | (312) 782-3939 ext. | Jones Day | Interested Party, Oncor Electric / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8542353 | Allister Chan | (212) 310-8748 ext. | Citibank, N.A. | Creditor, Citibank, N.A. / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8504764 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
|---|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8546996 | David Dunn | (203) 529-1765 ext. | Cross Sound Managment, LLC | Interested Party, Cross Sound Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8544589 | GianClaudio Finizio | (302) 429-9240 ext. | Bayard P.A. | Representing, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8534096 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8535833 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8544770 | Mark Flannagan - Client | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8504769 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8547003 | Simon E. Fraser | (302) 295-2000 ext. | Cozen O'Connor | Creditor, J. Aron & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8545798 | Julia Frost-Davies | (617) 951-8422 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8544797 | Adam Gubner | (949) 720-6378 ext. | PIMCO | Interested Party, PIMCO / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8540463 | Peter Hanlon | (212) 351-2425 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, BHE / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8545267 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8544581 | Jeremy Hollembeak | (212) 530-5189 ext. | Kobre & Kim LLP | Trustee, Delaware Trust Company et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8544762 | Harold Kaplan | (312) 832-4393 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8545600 | Emily L. Katz | (212) 761-1671 ext. | Morgan Stanley - New York | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8538351 | Thomas Kreller | (424) 386-4463 ext. | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Hunt Consolidated Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8540347 | Rob Lasich | (213) 229-7345 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, BHE / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8540414 | Ian Long | (415) 393-8269 ext. | Gibson Dunn | Interested Party, BHE / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 8547002 | Dawn McCarty | (212) 318-2300 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8533364 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8544580 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8540447 | Cynthia Mullen | (213) 229-7592 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, BHE / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8540392 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Berkshire Hathaway Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8497001 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8543685 | Joseph A. Pack | (305) 995-5278 ext. | White & Case LLP - Miami | Creditor, Ad Hoc Committee of TECH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8544669 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8543330 | Jason T Prager | (203) 542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8545466 | Matthew M. Roose | (212) 859-8029 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Creditor, Fidelity Management & Research / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8541961 | Ravi Sarawgi | (212) 270-6479 ext. | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8515917 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8502547 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8542170 | Howard Seife | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, NextEra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8542184 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8547028 | John Silvetz | (203) 861-4819 ext. | Sunrise Partners Limited Partnership | Creditor, Sunrise Partners Limited Partnership / Paloma / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8526747 | Fredric Sosnick | 212-848-8571 ext. | Shearman & Sterling LLP | Creditor, Citi Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8543746 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8546987 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8517723 | Amer Tiwana | (646) 562-1770 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8544999 | Carl Tullson | (312) 407-0379 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8543138 | Michael Turkel | (212) 373-3689 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrioson / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8546200 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8543023 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8543102 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5047 9) | Hearing | 8545731 | Grenville Day | (973) 921-3427 ext. | Columbus Hill Capital Management, L.P. | Interested Party, Columbus Hill Capital Mgmnt / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5094 2) | Hearing | 8545823 | Gregg Galardi | (212) 841-8704 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 08/21/2017
Calendar Time: 10:00 AM ET

Amended Calendar  Aug 21 2017 5:43AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | True Religion Apparel, Inc. | 17-11460 | Hearing | 8516117 | Scott E. Blakeley | (949) 260-0612 ext. | Blakeley LLP | Creditor, Paramount Apparel / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2009

Page 5 of 5