# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
|  | (Jointly Administered) |
| Debtors. |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Rule 9010-2(b), Kate O'Keeffe hereby withdraws her appearance as counsel for Mudrick Capital Management, L.P. ("Mudrick Capital") in the above-captioned matter. She hereby certifies that such withdrawal will leave a member of the Bar of the District Court appearing as attorney of record for Mudrick Capital (Frederick B. Rosner, Esq.), as well as attorneys who have been admitted *pro hac vice* in this matter to represent Mudrick Capital (Michael J. Sage, Esq.; G. Eric Brunstad, Jr., Esq.; and Andrew C. Harmeyer, Esq.). Kate O'Keeffe hereby requests removal from all mailing, ECF, fax and email notice lists.

Dated: August 23, 2017  
       Wilmington, Delaware

Respectfully submitted,

DECHERT LLP  
Michael J. Sage (*pro hac vice*)  
Andrew C. Harmeyer (*pro hac vice*)  
1095 Avenue of the Americas  
New York, New York 10036-6797  
Telephone: (212) 698-3500  
Facsimile: (212) 698-3599  

G. Eric Brunstad, Jr. (*pro hac vice*)  
90 State House Square  
Hartford, Connecticut 06103-3702  
Telephone: (860) 524-3999  
Facsimile: (860) 524-3930  

By: /s/ *Frederick B. Rosner*

THE ROSNER LAW GROUP LLC  
Frederick B. Rosner, Esq. (DE 3995)  
824 Market Street, Suite 810  
Wilmington, DE 19801  
(302) 777-1111  
rosner@teamrosner.com

23747316

Kate O'Keeffe (*pro hac vice*)
One International Place, 40th Floor
100 Oliver Street
Boston, Massachusetts 02110-2605
Telephone: (617) 728-7100
Facsimile: (617) 426-6567

*Co-Counsel for Mudrick Capital Management, L.P.*