# EXHIBIT C

**Current Corporate Structure of the EFH/EFIH Debtors and Certain Non-Debtor Affiliates**

# Energy Future Holdings ("EFH")

