**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) ) ) | (Jointly Administered) **Re: D.I. 11428, 11758** |

**NOTICE OF FILING OF FURTHER REVISED ORDER IN CONNECTION
WITH "MOTION OF THE EFH/EFIH DEBTORS FOR ENTRY OF AN
ORDER (A) APPROVING THE EFH DISCLOSURE STATEMENT, (B)
ESTABLISHING THE VOTING RECORD DATE, VOTING DEADLINE, AND
OTHER DATES, (C) APPROVING PROCEDURES FOR SOLICITING, RECEIVING,
AND TABULATING VOTES ON THE PLAN, AND (D) APPROVING THE MANNER
AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS"**

PLEASE TAKE NOTICE that, on July 7, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed the *Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

*Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 11428] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  Pursuant to the Motion, the E-Side Debtors are seeking entry of an order (a) approving the *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11427] (as modified, amended or supplemented from time to time, the "EFH Disclosure Statement"); (b) establishing the voting record date, voting deadline, and other related dates for the *Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11426] (as modified, amended or supplemented from time to time, the "Plan"); (c) approving procedures for soliciting, receiving, and tabulating votes on the Plan; and (d) approving the manner and forms of notice and other related documents as they relate to the E-Side Debtors.  **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the Motion, the E-Side Debtors also filed the *Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* (the "Original Proposed Order") in connection with the Motion.

PLEASE TAKE FURTHER NOTICE that, on August 15, 2017, the E-Side Debtors filed a revised proposed form of order (the "First Revised Proposed Order") in connection with the Motion along with a blackline comparing the First Revised Proposed Order

against the Original Proposed Order with the Bankruptcy Court.  See D.I. 11758.  **You were previously served with a copy of the First Revised Proposed Order.**

PLEASE TAKE FURTHER NOTICE that, today, the E-Side Debtors have filed a further revised proposed form of order (the "Second Revised Proposed Order") in connection with the Motion.  A copy of the Second Revised Proposed Order is attached hereto as **Exhibit A.**  For the convenience of the Bankruptcy Court and other parties-in-interest, a blackline comparing the Second Revised Proposed Order against the First Revised Proposed Order is attached hereto as **Exhibit B.**  The E-Side Debtors hereby expressly incorporated the Second Revised Proposed Order into the Motion in its entirety as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE that, consistent with the record of the hearing held before the Bankruptcy Court on August 21, 2017, a hearing to consider approval of the Motion and the EFH Disclosure Statement is currently scheduled be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **September 6, 2017 starting at 2:00 p.m. (Eastern Daylight Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the E-Side Debtors make further revisions to the Second Revised Proposed Order prior to the Hearing, the E-Side Debtors will present a further blacklined copy of such revised documents to the Bankruptcy Court either at or before the Hearing.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: August 24, 2017<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brian.schartz@kirkland.com
           aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*