**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
| | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 11801, 11805** |

**CERTIFICATION OF COUNSEL CONCERNING "ORDER
SHORTENING NOTICE PERIOD IN CONNECTION WITH CERTAIN RELIEF
REQUESTED IN 'AMENDED AND SUPERSEDING MOTION OF THE E-SIDE
DEBTORS FOR AN ORDER (A) AUTHORIZING ENTRY INTO THE MERGER
AGREEMENT AND APPROVING THE TERMINATION FEE AND (B)
AUTHORIZING ENTRY INTO AND PERFORMANCE UNDER THE PLAN SUPPORT
AGREEMENT' AND 'DISCLOSURE STATEMENT FOR THE FIRST AMENDED
JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP.,
ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE
EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE'"**

On July 7, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and

indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate

Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH,

the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed, among

other documents, the (i) *Joint Plan of Reorganization of Energy Future Holdings Corp., Energy*

*Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

*11 of the Bankruptcy Code* [D.I. 11426] (as amended, modified, and supplemented from time to time, the "Plan"); (ii) *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11427] (as amended, modified, and supplemented from time to time, the "Disclosure Statement"); and (iii) *Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee* [D.I. 11430] (as amended, modified, and supplemented from time to time, the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

On August 21, 2017 (the "August 21st Hearing"), the Court held a hearing in connection with the Motion. At the August 21st Hearing, counsel to the E-Side Debtors informed the Court, among other things, that the E-Side Debtors intended to file an amended Plan, amended Disclosure Statement, and amended Motion with the Court to reflect, among other changes, that on August 21, 2017, the E-Side Debtors (a) terminated that certain Agreement and Plan of Merger (the "BHE Merger Agreement") with Berkshire Hathaway Energy Company in accordance with its terms;[3] (b) entered into that certain Agreement and Plan of Merger with Sempra Energy; and (c) entered into the PSA (as such term is defined in D.I. 11801). On the record of the August 21st Hearing, the Court indicated that it is amenable to shortening the notice periods in connection with the proceedings to consider approval of the amended Disclosure

---

[3] The E-Side Debtors take the position that the BHE Merger Agreement was not binding on the E-Side Debtors because the E-Side Debtors did not obtain Court approval of the BHE Merger Agreement or the termination fee provided under the BHE Merger Agreement. Accordingly, the E-Side Debtors have no obligation under the BHE Merger Agreement, and, for the avoidance of doubt, have not incurred the termination fee provided for under the BHE Merger Agreement.

RLF1 18037005v.1

Statement and the amended Motion on the terms set forth on the record of the August 21st Hearing by the Court.

Consistent with the record of the August 21st Hearing, on August 23, 2017, the E-Side Debtors filed the amended Motion (*see* D.I. 11801) and the amended Disclosure Statement (*see* D.I. 11805). Consequently, as directed by the Court on the record of the August 21st Hearing, the E-Side Debtors have prepared a proposed form of order shortening the notice periods in connection with the proceedings to consider approval of the amended Disclosure Statement and the amended Motion (the "Proposed Order"). A copy of the Proposed Order is attached hereto as **Exhibit A**. The E-Side Debtors believe that the Proposed Order is consistent with the record of the August 21st Hearing and should be entered.

The E-Side Debtors therefore respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

RLF1 18037005v.1

Dated: August 24, 2017
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*

4