IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: D.I. 11801, 11805 |

**ORDER SHORTENING NOTICE PERIOD IN CONNECTION
WITH CERTAIN RELIEF REQUESTED IN "AMENDED AND SUPERSEDING
MOTION OF THE E-SIDE DEBTORS FOR AN ORDER (A) AUTHORIZING ENTRY
INTO THE MERGER AGREEMENT AND APPROVING THE TERMINATION FEE
AND (B) AUTHORIZING ENTRY INTO AND PERFORMANCE UNDER THE PLAN
SUPPORT AGREEMENT" AND "DISCLOSURE STATEMENT FOR THE FIRST
AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS
CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE
EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE"**

Upon the record of the hearing held before the Court on August 21, 2017, the *Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement*, dated August 23, 2017 [D.I. 11801] (the "Motion"),[2] and the *Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11803].

RLF1 18037779v.1

*EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 23, 2017 [D.I. 11805] (as amended, modified, or supplemented from time to time, the "Disclosure Statement" and together with the Motion, the "Filings"), both filed by Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[3] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors"); and the Court having jurisdiction to consider the Disclosure Statement and the relief requested in the Motion pursuant to 28 U.S.C. § 1334; and consideration of the Disclosure Statement and the relief requested in the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Filings having been provided, and the Court having determined that shortening the notice periods in connection with the Filings is appropriate and warranted under the circumstances, and it appearing that no other or further notice need be provided, it is;

ORDERED that the hearing to consider the relief requested in the Motion and approval of the Disclosure Statement shall be held on **September 6, 2017 starting at 2:00 p.m. (Eastern Daylight Time)**; and it is further

ORDERED that written objections to the Filings, if any, shall be filed and served on counsel to the E-Side Debtors no later than **August 31, 2017 at 4:00 p.m. (Eastern Daylight Time)**; and it is further

---

[3] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

ORDERED that the Debtors are granted leave to file and serve a reply to any objections that are filed in connection with the Filings by **September 5, 2017 at 2:00 p.m. (Eastern Daylight Time)**; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: August 24, 2017
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE