# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |
| ENERGY FUTURE HOLDINGS CORP. and ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTERA ENERGY, INC., <br><br> Defendant. | Adv. Proc. No. 17-50942 (CSS) |

## CERTIFICATION OF COUNSEL REGARDING STIPULATION AND ORDER GRANTING THE EFH INDENTURE TRUSTEE'S INTERVENTION IN THE <u>ADVERSARY PROCEEDING</u>

The undersigned hereby certifies as follows:

1. On September 19, 2016, the Court entered the *Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement* [D.I. 9584].

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4824-4490-9902.1

2.  On July 31, 2017, NextEra Energy, Inc. ("NextEra") filed an application (the "NextEra Application") for payment of a termination fee in the principal amount of $275,000,000 (the "Termination Fee") [D.I. 11649].

3.  On August 3, 2017, the Debtors filed an adversary complaint against NextEra commencing the adversary proceeding *Energy Future Holdings Corp.* v. *NextEra Energy, Inc.*, Adv. Pro. No. 17-50942 (CSS) (the "Adversary Proceeding") [D.I. 11668].

4.  American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee"), requested, and received, consent from the Parties to the Adversary Proceeding, by entry into the *Stipulation and Order Granting the EFH Indenture Trustee's Intervention in the Adversary Proceeding* (the "Stipulation and Order"), in the form attached hereto as Exhibit A, to intervene in the Adversary Proceeding pursuant to section 1109(b) of the Bankruptcy Code and rule 24 of the Federal Rules of Civil Procedure.

WHEREFORE, the EFH Indenture Trustee respectfully requests that the Court enter the Stipulation and Order at its earliest convenience.

| | |
|---|---|
| Dated: August 24, 2017 | */s/ Christopher P. Simon*<br>Christopher P. Simon (Del. Bar No. 3697)<br>**CROSS & SIMON, LLC**<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>-and- |

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

-and-

Christopher J. Fong
55 West 46th Street
New York, NY 10036
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*