# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| ENERGY FUTURE HOLDINGS CORP. and ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, | |
| Plaintiffs, | Adv. Proc. No. 17-50942 (CSS) |
| v. | |
| NEXTERA ENERGY, INC., | |
| Defendant. | |

**STIPULATION AND ORDER GRANTING THE EFH INDENTURE TRUSTEE'S INTERVENTION IN THE ADVERSARY PROCEEDING**

This stipulation and agreed order (the "**Stipulation and Order**") is entered into by and among the undersigned counsel on behalf of their respective clients (the "**Parties**").

1. WHEREAS, on April 29, 2014, the above-captioned debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4852-7025-4413.2

2. WHEREAS, on September 19, 2016, the Court entered the *Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement* [D.I. 9584].

3. WHEREAS, on July 31, 2017, NextEra Energy, Inc. ("**NextEra**") filed an application (the "**NextEra Application**") for payment of a termination fee in the principal amount of $275,000,000 (the "**Termination Fee**") [D.I. 11649].

4. WHEREAS, on August 3, 2017, the Debtors filed an adversary complaint against NextEra commencing the adversary proceeding *Energy Future Holdings Corp.* v. *NextEra Energy, Inc.*, Adv. Pro. No. 17-50942 (CSS) (the "**Adversary Proceeding**") [D.I. 11668].

5. WHEREAS, the Parties have agreed to consolidate the NextEra Application and the Adversary Proceeding to promote judicial economy.

6. WHEREAS, the Court issued an Order that the two proceedings be consolidated on August 18, 2017[Adv. D.I. 21].

7. WHEREAS, American Stock Transfer & Trust Company, LLC ("**AST**"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "**EFH Indenture Trustee**") seeks to intervene in the Adversary Proceeding pursuant to section 1109(b) of the Bankruptcy Code and rule 24 of the Federal Rules of Civil Procedure.

8. WHEREAS, the Parties have consulted, and the Debtors and NextEra have consented to the intervention of the EFH Indenture Trustee in the Adversary Proceeding as set forth in this Stipulation and Order.

**NOW, THEREFORE**, the Parties stipulate and agree and the Court hereby Orders that:

1. The EFH Indenture Trustee shall be permitted to, and hereby does, intervene in the Adversary Proceeding, pursuant to section 1109 of the Bankruptcy Code and rule 24 of the

Federal Rules of Civil Procedure, made applicable by rule 7024 of the Federal Rules of Bankruptcy Procedure.

Dated: August 24, 2017

**CROSS & SIMON, LLC**

_/s/ Christopher P. Simon_____
Christopher P. Simon (Del. Bar No. 3697)
105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

-and-

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

-and-

Christopher J. Fong
55 West 46th Street
New York, NY 10036
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (DE Bar No. 3407)
Matthew B. McGuire (DE Bar No. 4366)
Joseph D. Wright (DE Bar No. 5669)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

– and –

**NORTON ROSE FULBRIGHT LLP**
Howard Seife
Robin Ball
Andrew Rosenblatt
Eric Daucher
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

– and –

**WINSTON & STRAWN LLP**
Dan K. Webb
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone:  (312) 558-5600
Facsimile:  (312) 294-5700

Thomas M. Buchanan
1700 K Street, NW
Washington D.C. 20006
Telephone:  (312) 282-5000
Facsimile:  (202) 282-5100

David Neier
200 Park Avenue
New York, New York, 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

*Co-Counsel for Defendant*
*NextEra Energy, Inc.*

**STEVENS & LEE, P.C.**

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (DE Bar No. 4035)
Jason Daniel Angelo (DE Bar No. 6009)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Facsimile: (610) 371-7972

*Co-Counsel for Plaintiff EFIH*

– and –

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (DE Bar No. 5769)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 803-4600
Facsimile: (302) 397-2557

*Co-Counsel to Plaintiff EFH*

– and –

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz
Aparna Yenamandra
601 Lexington Avenue
New York, NY  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

– and –

5

Mark McKane, P.C.
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Andrew R McGann, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel for the Plaintiffs*

**IT IS SO ORDERED:**
Dated:  August __, 2017
         Wilmington, Delaware

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE