## **CERTIFICATE OF SERVICE**

      I, Christopher P. Simon, hereby certify that on August 24, 2017, I caused a true and correct copy of the **Certification of Counsel Regarding Stipulation and Order Granting the EFH Indenture Trustee's Intervention in the Adversary Proceeding** to be served upon all interested parties via CM/ECF.

                              */s/ Christopher P. Simon*
                              Christopher P. Simon (No. 3697)