# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:** <br> **September 6, 2017 at 2:00 p.m.** |
| | **Objection Deadline:** <br> **August 31, 2017 at 4:00 p.m.** |

## NOTICE OF (I) "AMENDED AND SUPERSEDING MOTION OF THE E-SIDE DEBTORS FOR AN ORDER (A) AUTHORIZING ENTRY INTO THE MERGER AGREEMENT AND APPROVING THE TERMINATION FEE AND (B) AUTHORIZING ENTRY INTO AND PERFORMANCE UNDER THE PLAN SUPPORT AGREEMENT" [D.I. 11801] AND (II) "DISCLOSURE STATEMENT FOR THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE" [D.I. 11805] AND HEARING THEREON

PLEASE TAKE NOTICE that, on August 23, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors"), filed the **Amended and Superseding Motion of the E-Side Debtors for an**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables

Order **(A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry Into and Performance Under the Plan Support Agreement** [D.I. 11801] (the "Motion"[3]) with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, on August 23, 2017, the E-Side Debtors also filed the **Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code**, dated August 23, 2017 [D.I. 11805] (as amended, modified, or supplemented from time to time, the "Disclosure Statement") in connection with the **First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code**, dated August 21, 2017 [D.I. 11803] (as amended, modified, or supplemented from time to time, the "Plan"). **You were previously served with a copy of the Disclosure Statement and the Plan.**

PLEASE TAKE FURTHER NOTICE that, on August 24, 2017, the Bankruptcy Court entered its **Order Shortening Notice Period In Connection With Certain Relief Requested In "Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B)**

---

Company.

[3] On August 23, 2017, the E-Side Debtors also filed the **Declaration of Anthony R. Horton in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving Termination Fee and (B) Authorizing Entry Into and Performance Under the Plan Support Agreement** [D.I. 11802] (the "Horton Declaration") in connection with, and in support of, the Motion. **You were previously served with a copy of the Horton Declaration.**

Authorizing Entry Into and Performance Under the Plan Support Agreement" and "Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 11812] (the "Order Shortening Notice"). A copy of the Order Shortening Notice is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order Shortening Notice, **notwithstanding any prior notice(s) to the contrary**, (i) a hearing to consider approval of the Motion and the Disclosure Statement will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **September 6, 2017 starting at 2:00 p.m. (Eastern Daylight Time)**; (ii) objections to the approval of the Motion and/or the Disclosure Statement must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the E-Side Debtors on or before **August 31, 2017 at 4:00 p.m. (Eastern Daylight Time)**; and (iii) any replies to any objections filed in connection with the Motion shall be filed by the E-Side Debtors with the Bankruptcy Court no later than **September 5, 2017 at 2:00 p.m. (Eastern Daylight Time)**.

RLF1 18041272v.1

Dated: August 24, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brian.schartz@kirkland.com
           aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*

RLF1 18041272v.1