# EXHIBIT A

## Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS – OTHERS | 4.40 | $1,110.00 |
| FEE APPLICATIONS – S&L | 9.70 | $3,253.50 |
| HEARINGS | 11.80 | $8,673.00 |
| PLANS OF REORGANIZATION | 4.20 | $3,087.00 |
| NEXTERA ENERGY, INC. ADVERSARY PROC. | 10.30 | $5,638.50 |
| **TOTAL** | **40.40** | **$21,762.00** |