## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| DOCUMENT REPRODUCTION | $83.14 |
| TELEPHONE CHARGES | $2.06 |
| COMPUTER RESEARCH | $3.40 |
| **TOTAL** | **$88.60** |