## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 7/10/17 | $3.40 | COMPUTER RESEARCH |
| 109285-00002 | 7/11/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/11/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/11/17 | $3.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/12/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/12/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/12/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/12/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/12/17 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/13/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/13/17 | $1.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/13/17 | $1.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/13/17 | $1.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/13/17 | $1.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $1.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/18/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/18/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/18/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/18/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/24/17 | $2.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/24/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/24/17 | $0.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/25/17 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/25/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/25/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/27/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/27/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/28/17 | $1.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/28/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/28/17 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/31/17 | $4.40 | DOCUMENT REPRODUCTION |

| | | | |
|---|---|---|---|
| 109285-00006 | 7/18/17 | $2.06 | TELEPHONE CHARGES |
| 109285-00013 | 7/14/17 | $29.75 | DOCUMENT REPRODUCTION |
| 109285-00013 | 7/18/17 | $23.00 | DOCUMENT REPRODUCTION |
| 109285-00013 | 7/18/17 | $0.25 | DOCUMENT REPRODUCTION |

08/25/2017 SL1 1479623v1 109285.00006