## EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - EFH & EFIH**
***Summary of Time Detail by Task***
*June 1, 2017 through June 30, 2017*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|
| Claims | 14.7 | $7,127.50 |
| Contracts | 10.8 | $6,735.00 |
| Fee Applications | 15.8 | $6,490.00 |
| POR / Disclosure Statement | 83.5 | $46,775.00 |
| UST Reporting Requirements | 8.8 | $5,060.00 |
| ***Total*** | **133.6** | **$72,187.50** |

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*June 1, 2017 through June 30, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Claims | 9.20 | $4,626.25 |
| Contracts | 5.40 | $3,367.50 |
| Fee Applications | 7.90 | $3,245.00 |
| POR / Disclosure Statement | 41.75 | $23,387.50 |
| UST Reporting Requirements | 4.40 | $2,530.00 |
| *Total* | **68.65** | **$37,156.25** |

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*June 1, 2017 through June 30, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Claims | 5.50 | $2,501.25 |
| Contracts | 5.40 | $3,367.50 |
| Fee Applications | 7.90 | $3,245.00 |
| POR / Disclosure Statement | 41.75 | $23,387.50 |
| UST Reporting Requirements | 4.40 | $2,530.00 |
| **Total** | **64.95** | **$35,031.25** |