## EXHIBIT B

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - EFH & EFIH
### Summary of Time Detail by Professional
### June 1, 2017 through June 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 5.1 | $4,080.00 |
| John Stuart | Managing Director | $800.00 | 29.5 | $23,600.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 5.8 | $3,770.00 |
| Matt Frank | Senior Director | $650.00 | 2.5 | $1,625.00 |
| Kevin Sullivan | Director | $575.00 | 8.8 | $5,060.00 |
| Rich Carter | Consultant | $475.00 | 10.5 | $4,987.50 |
| Michael Williams | Consultant | $400.00 | 6.0 | $2,400.00 |
| William Lucas | Analyst | $425.00 | 53.0 | $22,525.00 |
| Sarah Pittman | Analyst | $400.00 | 4.2 | $1,680.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 8.2 | $2,460.00 |
| | | **Total** | **133.6** | **$72,187.50** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### June 1, 2017 through June 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 2.55 | $2,040.00 |
| John Stuart | Managing Director | $800.00 | 14.75 | $11,800.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 3.95 | $2,567.50 |
| Matt Frank | Senior Director | $650.00 | 1.25 | $812.50 |
| Kevin Sullivan | Director | $575.00 | 4.40 | $2,530.00 |
| Rich Carter | Consultant | $475.00 | 6.05 | $2,873.75 |
| William Lucas | Analyst | $425.00 | 26.50 | $11,262.50 |
| Michael Williams | Consultant | $400.00 | 3.00 | $1,200.00 |
| Sarah Pittman | Analyst | $400.00 | 2.10 | $840.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 4.10 | $1,230.00 |
| | | **Total** | **68.65** | **$37,156.25** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### June 1, 2017 through June 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 2.55 | $2,040.00 |
| John Stuart | Managing Director | $800.00 | 14.75 | $11,800.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 1.85 | $1,202.50 |
| Matt Frank | Senior Director | $650.00 | 1.25 | $812.50 |
| Kevin Sullivan | Director | $575.00 | 4.40 | $2,530.00 |
| Rich Carter | Consultant | $475.00 | 4.45 | $2,113.75 |
| William Lucas | Analyst | $425.00 | 26.50 | $11,262.50 |
| Michael Williams | Consultant | $400.00 | 3.00 | $1,200.00 |
| Sarah Pittman | Analyst | $400.00 | 2.10 | $840.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 4.10 | $1,230.00 |
| | | **Total** | **64.95** | **$35,031.25** |