**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

No expenses from June 1, 2017 through June 30, 2017