# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

No expenses from June 1, 2017 through June 30, 2017