# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | Re: Docket No. 197 |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST TO BE REMOVED FROM SERVICE LISTS

PLEASE TAKE NOTICE that Daniel K. Astin, John D. McLaughlin, Jr. and Joseph J. McMahon, Jr. of Ciardi Ciardi & Astin hereby withdraw their appearance as counsel for Atmos Energy Corporation ("Atmos") in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that Daniel K. Astin, John D. McLaughlin, Jr., Joseph J. McMahon, Jr., and Ciardi Ciardi & Astin hereby request they be removed as counsel for Atmos from all mailing and electronic case filing notice lists in the above-captioned cases. **For avoidance of doubt, notices directed to Atmos should continue to be sent to Stephen C. Stapleton, Esq. of Cowles & Thompson at the address identified in the signature block below**.

Date: August 27, 2017
Wilmington, Delaware

              CIARDI CIARDI & ASTIN

              */s/ Joseph J. McMahon, Jr.*
              Daniel K. Astin (No. 4068)
              John D. McLaughlin, Jr. (No. 4123)
              Joseph McMahon, Jr. (No. 4819)
              1204 North King Street
              Wilmington, DE 19801
              Tel: (302) 658-1100
              Fax: (302) 658-1300
              jmcmahon@ciardilaw.com

              -and-

              Stephen C. Stapleton, Esq.
              COWLES & THOMPSON
              Bank of America Plaza
              901 Main Street, Suite 3900
              Dallas, TX 75202
              Tel: (214) 672-2000
              Fax: (214) 672-2020
              sstapleton@cowlesthompson.com

              *Attorneys for Atmos Energy Corporation*

## **CERTIFICATE OF SERVICE**

I certify that, on August 27, 2017, I caused to be served a copy of the foregoing **Notice of Withdrawal of Appearance and Request to Be Removed from Service Lists** to be served via electronic mail to the persons listed below.

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE  19801
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)