**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 11425, 11628** |

**CERTIFICATION OF COUNSEL CONCERNING "AMENDED AND
SUPERSEDING ORDER SCHEDULING CERTAIN HEARING DATES
AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN
CONNECTION WITH CONFIRMATION OF THE JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY
FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH
DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE"**

On July 7, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and

indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate

Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH,

the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed, among

other documents, the (i) *Joint Plan of Reorganization of Energy Future Holdings Corp., Energy*

*Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter*

*11 of the Bankruptcy Code* [D.I. 11426] (as amended, modified, and supplemented from time to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

time, the "Plan"); (ii) *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11427] (as amended, modified, and supplemented from time to time, the "Disclosure Statement"); and (iii) *Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11425] (the "Scheduling Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

Pursuant to the Scheduling Motion, the E-Side Debtors were seeking entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the Plan and approval of the Disclosure Statement.

Following a hearing held before the Court on July 26, 2017 (the "July 26th Hearing") to consider the Scheduling Motion (and all objections, statements, responses, and reply papers filed in connection therewith and all testimony offered in connection therewith), the Court granted, in part, and denied, in part, the Scheduling Motion as set forth on the record of the July 26th Hearing. Thereafter, on July 27, 2017, the E-Side Debtors submitted the Revised Scheduling Order to the Court for entry under a certification of counsel, reflecting the Court's rulings made at the July 26th Hearing. *See* D.I. 11627. In response to the E-Side Debtors' certification of counsel submission, on July 28, 2017, the Court entered the Revised Scheduling Order. *See* D.I. 11628.

Subsequent to the entry of the Revised Scheduling Order, on the record of the hearing held before the Court on August 21, 2017 (the "August 21st Hearing"), counsel to the E-Side Debtors informed the Court, among other things, that the E-Side Debtors intended to file an amended Plan and an amended Disclosure Statement with the Court to reflect, among other changes, that on August 21, 2017, the E-Side Debtors (a) terminated that certain Agreement and Plan of Merger (the "BHE Merger Agreement") with Berkshire Hathaway Energy Company in accordance with its terms;[3] (b) entered into that certain Agreement and Plan of Merger with Sempra Energy; and (c) entered into the PSA (as such term is defined in D.I. 11801). To that end, on August 23, 2017, the E-Side Debtors filed, among other things, an amended Plan (*see* D.I. 11803) and an amended Disclosure Statement (*see* D.I. 11805) to reflect the changes announced on the record of the August 21st Hearing.

In light of the filing of the amended Plan (*see* D.I. 11803) and the amended Disclosure Statement (*see* D.I. 11805), various modifications are required to the dates and deadlines set forth in the Revised Scheduling Order. In that regard, the E-Side Debtors have prepared a further revised form of order (the "Further Revised Scheduling Order") in connection with the Scheduling Motion to adjust various dates and deadlines in connection with the Plan confirmation process given the announcements made by counsel to the E-Side Debtors on the record of the August 21st Hearing and the E-Side Debtors' August 23, 2017 filings. A copy of the Further Revised Scheduling Order is attached hereto as **Exhibit A**. For the convenience of

---

[3] The E-Side Debtors take the position that the BHE Merger Agreement was not binding on the E-Side Debtors because the E-Side Debtors did not obtain Court approval of the BHE Merger Agreement or the termination fee provided under the BHE Merger Agreement. Accordingly, the E-Side Debtors have no obligation under the BHE Merger Agreement, and, for the avoidance of doubt, have not incurred the termination fee provided for under the BHE Merger Agreement.

RLF1 18037923v.1

the Court and other parties-in-interest, a redline of the Further Revised Scheduling Order marked against the Revised Scheduling Order is attached hereto as **Exhibit B**.

The E-Side Debtors circulated a copy of the Further Revised Scheduling Order to each of the Participating Parties (as such term is defined in the Revised Scheduling Order), and the E-Side Debtors believe that the Further Revised Scheduling Order is unobjectionable for entry to each of those parties.  Consequently, the Further Revised Scheduling Order should be entered.

The E-Side Debtors therefore respectfully request that the Court enter the Further Revised Scheduling Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

4

Dated: August 28, 2017
    Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*

5