## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
| --- | --- | --- |
| [ALL] BK Retention and Fee Applications | 4.1 | $1,130.50 |
| [ALL] Case Administration | 2.0 | $613.00 |
| [ALL] Plan and Disclosure Statement | 6.2 | $2,170.00 |
| [ALL] Hearings | 11 | $3,850.00 |
| [ALL] Non-BK Fee/Employment Applications | 2.2 | $654.00 |
| [ALL] Contested Matters & Adv Proceed. | 1.1 | $385.00 |
| [EFH] Contested Matters & Adv Proceed. | 2.7 | $945.00 |
| **Total** | **29.3** | **$9,747.50** |