Case 14-10979-CSS    Doc 11832-3    Filed 08/29/17    Page 1 of 2

# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| **Expense Category** | **Total Expenses** |
|---|---:|
| In-House Reproduction | $5.20 |
| Conference Call Fee – CourtCall | $30.00 |
| **Total** | **$35.20** |
| | |