# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 07-25-2017 | In-House Reproduction | Photocopies (52 copies) | $5.20 |
| 07-28-2017 | Conference Call | CourtCall | $30.00 |
| **TOTAL** | | | **$35.20** |
| | | | |