IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 11781** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 18, 2017, I caused to be served the "Twenty-Sixth Monthly Fee Statement of Jenner & Block LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from July 1, 2017 through July 31, 2017," dated August 18, 2017 [Docket No. 11781], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
21st day of August, 2017

_____
Notary Public

Forrest Kuffer

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 20__

**EXHIBIT A**

ENERGY FUTURE HOLDINGS CORP., ET AL
FEE APPLICATION NOTICE PARTIES

```
ENERGY FUTURE HOLDINGS CORP ET AL           ROBERTA A. DEANGELIS
ATTN: ANDREW M WRIGHT & CECILY GOOCH        UNITED STATES TRUSTEE - REGION 3
1601 BRYAN ST 43RD FL                       ATTN: RICHARD L. SCHEPACARTER
DALLAS, TX 75201                            J. CALEB BOGGS FEDERAL BUILDING
                                            844 KING ST, ROOM 2207
                                            WILMINGTON, DE 19801


ROBERTA A. DEANGELIS                        SHEARMAN & STERLING LLP
UNITED STATES DEPARTMENT OF JUSTICE         ATTN: FREDERICK SOSNICK ESQ &
OFFICE OF THE U.S. TRUSTEE                  NED SHODEK ESQ
ATTN: ANDREA B. SCHWARTZ                    599 LEXINGTON AVE
U.S. FEDERAL BUILDING                       NEW YORK, NY 10022
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


MILBANK, TWEED, HADLEY & MCCLOY LLP         MORRISON & FOERSTER LLP
ATTN: EVAN FLECK AND MATTHEW BROD            ATTN: LORENZO MARINUZZI & JENNIFER MARINES
28 LIBERTY STREET                           250 W 55TH STREET
NEW YORK, NY 10005-1413                     NEW YORK, NY 10019


GODFREY & KAHN, S.C.
ATTN: KATHERINE STADLER
ONE E MAIN ST STE 500
MADISON, WI 53703-3300
```