**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 9010(b) and 11 U.S.C. § 1109(b), White & Case LLP and Fox Rothschild LLP hereby enter their appearance in the above-captioned chapter 11 cases (the "Chapter 11 Cases") as counsel to Sempra Energy ("Sempra").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Bankr. P. 2002, 3017(a) and 9007, White & Case LLP and Fox Rothschild LLP hereby request that all notices given or required to be given and all papers and pleadings served or required to be served in the Chapter 11 Cases (including, but not limited to, all papers filed and served in all adversary proceedings in the Chapter 11 Cases, and all notices mailed to statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them), whether sent by the Clerk of the Court, the debtors, or any creditor, committee, or party in interest, be given to and served upon the persons below at the following addresses, and that such names and addresses be added to any master mailing list:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Jeffrey M. Schlerf (No. 3047) <br> Carl Neff (No. 4895) <br> FOX ROTHSCHILD LLP <br> 919 North Market Street, Suite 300 <br> Wilmington, DE 19801 <br> Telephone: (302) 654-7444 <br> Facsimile:  (302) 656-8920 <br> Email: jschlerf@foxrothschild.com <br> Email: cneff@foxrothschild.com | J. Christopher Shore (admitted *pro hac vice*) <br> WHITE & CASE LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> Facsimile: (212) 354-8113 <br> Email: cshore@whitecase.com <br><br> Thomas E Lauria (admitted *pro hac vice*) <br> Matthew C. Brown (admitted *pro hac vice*) <br> WHITE & CASE LLP <br> 200 South Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> Telephone: (305) 371-2700 <br> Facsimile: (305) 358-5744 <br> Email: tlauria@whitecase.com <br> Email: mbrown@whitecase.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or given with regard to the above-referenced cases and the proceedings therein, that:  (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the Debtors in the above-captioned cases and any related adversary proceedings, whether currently pending or later commenced, (b) property in which the Debtors may claim an interest, or proceeds thereof, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

Americas 93340556

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by Sempra, its members, or any of its respective affiliates to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Sempra, its members, or any of its respective affiliates or (b) a waiver of any right of Sempra, its members, or any of its respective affiliates: (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs or recoupments to which Sempra, its members, or any of its respective affiliates, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

[*Remainder of Page Intentionally Left Blank*]

Americas 93340556

Dated: August 29, 2017
       Wilmington, Delaware

                         FOX ROTHSCHILD LLP

                By:  */s/ Jeffrey M. Schlerf*
                      Jeffrey M. Schlerf (No. 3047)
                      Carl Neff (No. 4895)
                      919 North Market St., Suite 300
                      Wilmington, DE 19801
                      Telephone:  (302) 654-7444
                      Facsimile:  (302) 463-4971
                      jschlerf@foxrothschild.com
                      cneff@foxrothschild.com

                      -and-

                      WHITE & CASE LLP
                      Thomas E Lauria (admitted *pro hac vice*)
                      Matthew C. Brown (admitted *pro hac vice*)
                      Southeast Financial Center, Suite 4900
                      200 South Biscayne Blvd.
                      Miami, FL 33131
                      Telephone:  (305) 371-2700
                      Facsimile:  (305) 358-5744
                      tlauria@whitecase.com
                      mbrown@whitecase.com

                      J. Christopher Shore (admitted *pro hac vice*)
                      1221 Avenue of the Americas
                      New York, NY 10020
                      Telephone:  (212) 819-8200
                      Facsimile:  (212) 354-8113
                      cshore@whitecase.com

                      *Counsel to Sempra Energy*