# EXHIBIT B

**Horton Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF ANTHONY R. HORTON IN SUPPORT OF THE MOTION OF THE EFH/EFIH DEBTORS FOR ORDER AUTHORIZING THE EFH/EFIH DEBTORS TO CONSENT TO ONCOR'S ENTRY INTO THE SHARYLAND MERGER AGREEMENT

I, Anthony R. Horton, being duly sworn, state the following under penalty of perjury:

1.      I am the Chief Financial Officer, Executive Vice President, and Treasurer of EFH Corp. and EFIH.  I received a B.B.A. with a concentration in management and economics and a master's degree in accounting and finance from the University of Texas in Arlington.  I am a Certified Public Accountant, Certified Management Accountant, Certified Financial Manager and a Chartered Financial Analyst.  I am a member in good standing with the Institute of Management Accountants as well as the Association of Investment Management and Research.  I have been employed by EFIH, EFH Corp. and their predecessors for 30 years.  I have served as the Senior Vice President, Treasurer, and Assistant Secretary of EFH Corp. since 2004.  In such capacities, I have worked on numerous financing transactions on behalf of the Debtors, including capital markets transactions and credit facility financings, and I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

and underlying books and records.

2.      I submit this declaration in support of the *Motion of the EFH/EFIH Debtors for Order Authorizing the EFH/EFIH Debtors to Provide Their Consent to Enter Into the Sharyland Merger Agreement* (the "Motion"), filed contemporaneously herewith.[2]   Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.      Pursuant to the Motion, the EFH/EFIH Debtors are seeking entry of an order permitting the EFH/EFIH Debtors to consent to Oncor's entry into the Sharyland Merger Agreement.   As described further in the Motion, the Sharyland Merger Agreement is part of a holistic agreement which includes the Rate Case Stipulation.   Rate case litigation is an arduous and lengthy process.   Settling this litigation and avoiding professional fees inherent to this type of complex litigation creates a substantial cost savings.

4.      Furthermore, from a financial perspective, the terms of the Rate Case Stipulation are favorable: the 9.8% return on equity, 2.5% increase in equity percentage of the capital structure, and authorization of a 7.44% weighted average cost of capital represent above-market terms as compared to the expected outcome of a fully litigated rate case.

5.      To accommodate this new capital structure, an equity infusion in Oncor of approximately $250 million will be required.   This funding will come from a one-time equity infusion or decreased dividend payments over a period of time.   This capital structure change will preserve the value in EFIH's 80 percent stake in Oncor.   Aside from the purely financial aspects of the transactions, the Sharyland Merger Agreement creates goodwill with Oncor's customers and regulatory authorities.   As a regulated entity in the Texas utility system, it

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Motion or *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11426], as applicable.

represents sound business judgment for Oncor to remain vigilant of its commitments and obligations to the wider Texas regulatory community.

6.    The relief requested would also maximize recoveries to the creditor constituencies in these chapter 11 cases.  The Sharyland Merger Agreement is expected to come at minimal cost to the EFH/EFIH Debtors.  The structure of the asset swap is designed to be financially neutral to Oncor, and the value of the assets being exchanged is substantially similar.  There is some risk that tax liability could be triggered under the Sharyland Merger Agreement.  In this scenario, the ultimate tax liability would be mitigated by net operating losses and payments to EFH Corp. under the Oncor tax sharing agreement, and further, any resulting tax would positively impact Oncor's regulatory rate base upon which the company earns a return.  In my estimation, this potential tax liability is substantially outweighed by the benefits the EFH/EFIH Debtors stand to realize from entering into the Sharyland Merger Agreement and Rate Case Stipulation.

7.    In light of (a) the fact that the Sharyland Merger Agreement is expected to come at minimal, if any, cost to the EFH/EFIH Debtors and (b) the favorable settlement terms of the Rate Case Stipulation, I believe that the relief in the Motion should be granted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 29, 2017
       Dallas, Texas

                                        */s/ Anthony R. Horton*
                                        Anthony R. Horton
                                        Chief Financial Officer, Executive Vice President, and Treasurer, EFH Corp. and EFIH

3