# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Jointly Administered <br> ) |
| | ) Re: Docket No. 11805 <br> ) |
| | ) <u>Hearing Date</u>: September 6, 2017 at 2:00 p.m. <br> ) (E.T.) <br> ) <u>Objection Deadline</u>: August 31, 2017 at 4:00 p.m. <br> ) (E.T.) |
| Debtors. | ) |

**RESERVATION OF RIGHTS OF EFH INDENTURE TRUSTEE WITH RESPECT TO APPROVAL OF DISCLOSURE STATEMENT FOR THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

American Stock Transfer & Trust Company, LLC ("<u>AST</u>"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "<u>EFH Indenture Trustee</u>") under the indentures for notes issued by EFH Future Holdings Corp. ("<u>EFH Corp.</u>") (as described in <u>Exhibit 1</u> attached hereto), by its undersigned counsel, hereby files this reservation of rights (the "<u>Reservation of Rights</u>") with respect to approval of the *Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

1

*11 of the Bankruptcy Code* [D.I. 11805] (the "Proposed Disclosure Statement").[2] In support of this Reservation of Rights, the EFH Indenture Trustee respectfully states as follows:

The EFH Indenture Trustee has no objection to the Proposed Disclosure Statement in its current form. However, the EFH Indenture Trustee reserves the right to object in the event that there are further amendments or modifications to the Proposed Disclosure Statement or Proposed Plan, or in the event that there are material changes to the circumstances of the Debtors or the Proposed Plan.

Dated: Wilmington, DE
August 31, 2017

**CROSS & SIMON, LLC**

By: */s/ Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Proposed Disclosure Statement or the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 11803] (as it may be further amended, supplemented or modified, the "Proposed Plan"), as applicable.

4823-9814-8942.2

Christopher J. Fong
55 West 46th Street
New York, NY 10036
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

3

4823-9814-8942.2