## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>ENERGY FUTURE HOLDINGS CORP., )<br>*et al.*,[1] )<br> )<br>*Debtors.* )<br> )<br>──────────────────────── )<br> )<br>ENERGY FUTURE HOLDINGS CORP. )<br> )<br>- and - )<br> )<br>ENERGY FUTURE INTERMEDIATE )<br>HOLDING COMPANY, LLC )<br> )<br>*Plaintiffs.* )<br> )<br>v. )<br> )<br>NEXTERA ENERGY, INC. )<br> )<br>*Defendant.* )<br> ) | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adv. Pro. No. 17-50942 (CSS)<br><br><br><br><br><br><br>**Related to D.I. 11838** |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR
## DEBTORS ENERGY FUTURE HOLDINGS CORP. AND
## ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC

PLEASE TAKE NOTICE that STEVENS & LEE, P.C. hereby withdraws its appearance in the above-captioned adversary proceeding on behalf of Debtor EFIH[2] and on any other matters in these chapter 11 cases with respect to the Termination Fee Actions, other than matters within the scope of its employment as provided under the *Order Approving The Employment Of Steven & Lee, P.C.* [D.I. 3278].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms shall have the meanings ascribed to them in the *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Shaw Fishman Glantz & Towbin LLC as Special Delaware Counsel Effective Nunc Pro Tunc to August 14, 2017* [D.I. 11838].

PLEASE TAKE FURTHER NOTICE that BIELLI & KLAUDER, LLC hereby withdraws its appearance in the above-captioned adversary proceeding on behalf of Debtor EFH and on any other matters in these chapter 11 cases with respect to the Termination Fee Actions, other than matters within the scope of its employment as provided under the *Order Authorizing the Retention and Employment of Bielli & Klauder, LLC as Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* nunc pro tunc *to October 1, 2015* [D.I. 6963].

PLEASE TAKE FURTHER NOTICE that SHAW FISHMAN GLANTZ & TOWBIN LLC is to be substituted as counsel of record and hereby enters its appearance as special Delaware Counsel on behalf of the Debtors on any matters as to which the Debtors' retained general Delaware Counsel, Richards, Layton & Finger, P.A., has an actual conflict, including with respect to the Termination Fee Actions.

PLEASE TAKE FURTHER NOTICE that the withdrawal of STEVENS & LEE, P.C. and BIELLI & KLAUDER, LLC and the substitution of SHAW FISHMAN GLANTZ & TOWBIN LLC shall become effective only upon the court's entry of an order approving the retention application of SHAW FISHMAN GLANTZ & TOWBIN LLC [D.I. 11838].

[*Remainder of Page Intentionally Blank*]

**STEVENS & LEE, P.C.**

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Jason D. Angelo (No. 6009)
919 N. Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3310/11
Facsimile: (610) 371-7972/11
E-mail: jhh/jda@stevenslee.com

*Withdrawing Counsel for EFIH*

Date: September 5, 2017

*– and –*

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 803-4600
Facsimile: (302) 397-2557

*Withdrawing Counsel for EFH*

Date: September 5, 2017

**SHAW FISHMAN GLANTZ
& TOWBIN LLC**

*/s/ Thomas M. Horan*
Thomas M. Horan (No. 4641)
Robert M. Fishman
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 480-9412
E-mail: thoran@shawfishman.com

*Substituting Counsel for EFH and EFIH*

Date: September 5, 2017