**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. | : | |
| -and- | : | |
| ENERGY FUTURE INTERMEDIATE | : | |
| HOLDING COMPANY, LLC | : | Adv. Pro. No. 17-50942 (CSS) |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| NEXTERA ENERGY, INC. | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 6, 2017 STARTING AT 2:00 P.M. (EDT)[3]**

**I.    UNCONTESTED MATTERS GOING FORWARD:**

1. Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Further amendments appear in bold.**

[3] The September 6, 2017 (the "September 6th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 2:00 p.m. (EDT). Any person who wished to appear telephonically at the September 6th Hearing must have contacted COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, September 5, 2017 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 11428; filed July 7, 2017] (the "Disclosure Statement Approval Motion")

Response/Objection Deadline:     August 31, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:[4]

A.    The Elliott Funds' Objection to Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 11778; filed August 18, 2017]

B.    Sunrise's Objection to Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents [D.I. 11780; filed August 18, 2017]

Related Documents:

i.    Notice of "Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents" [D.I. 11428] and Hearing Thereon [D.I. 11433; filed July 8, 2017]

ii.    Re-Notice of "Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents" and Hearing Thereon [D.I. 11757; filed August 15, 2017]

iii.    Notice of Filing of Revised Order in Connection with "Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH

---

[4] Although the following objections were filed in response to the form of Disclosure Statement Approval Motion that was predicated upon the now abandoned plan transaction with Berkshire Hathaway Energy Company ("BHE"), by agreement of the Debtors and the objecting parties, the objecting parties were not required to filed renewed objections by the extended August 31, 2017 objection deadline for the Disclosure Statement Approval Motion that is now predicated upon a plan transaction with Sempra Energy.

        Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents" [D.I. 11758; filed August 15, 2017]

   iv.   Second Re-Notice of "Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents" and Hearing Thereon [D.I. 11795; filed August 22, 2017]

   v.   Notice of Filing of Further Revised Order in Connection with "Motion of the EFH/EFIH Debtors for Entry of an Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents" [D.I. 11807; filed August 24, 2017]

   Status:   The Debtors intend to file a revised plan, disclosure statement, and revised form of order granting the Disclosure Statement Approval Motion (collectively, the "Revised Documents") on September 5, 2017. The Debtors believe that the Revised Documents will resolve all objections in connection with this matter and that the hearing on this matter will go forward on an uncontested basis.

2.   Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement [D.I. 11801; filed August 23, 2017]

   Response/Objection Deadline:   August 31, 2017 at 4:00 p.m. (EDT)

   Responses/Objections Received:

   A.   Objection of Certain EFIH 9.75% Due 10/15/19 1st Lien Bondholders CUSIP 292681AA1 (the "Unexchanged Bonds) to Confirmation of the Plan and Merger Agreement and Disclosure Statement filed by Robert J. Miller [Not on the Docket] (the "Purported Bondholders' Objection")

3

Related Documents:

i. Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee [D.I. 11430; filed July 7, 2017]

ii. Declaration of Anthony Horton in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement [D.I. 11802; filed August 23, 2017]

iii. Certification of Counsel Concerning "Order Shortening Notice Period in Connection with Certain Relief Requested in 'Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement' and 'Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code'" [D.I. 11810; filed August 24, 2017]

iv. Order Shortening Notice Period in Connection with Certain Relief Requested in "Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement" and "Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 11812; filed August 24, 2017]

v. Notice of (I) "Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement" [D.I. 11801] and (II) "Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 11805] and Hearing Thereon [D.I. 11814; filed August 24, 2017]

vi. Declaration of David Ying in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B)

    Authorizing Entry into and Performance Under the Plan Support Agreement [D.I. 11852; filed September 1, 2017]

  vii. **EFH/EFIH Debtors' Reply to the Objection to Confirmation of the Plan, the Merger Agreement, and the Disclosure Statement Submitted by Robert Miller [D.I. 11860; filed September 5, 2017]**

  Status: The hearing on this matter will go forward on an uncontested basis (other than with respect to the Purported Bondholders' Objection).

3. Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11805; filed August 23, 2017] (as modified, amended, and/or supplemented from time to time, the "E-Side Disclosure Statement")

  Response/Objection Deadline:  August 31, 2017 at 4:00 p.m. (EDT)

  Responses/Objections Received to D.I. 11427:[5]

  A. Objection to the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code filed by Robert J. Miller [D.I. 11587; filed July 24, 2017] (the "Miller Objection"[6])

  B. Letter Dated 7/24/17 to the Court Regarding Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code filed by Robert J. Miller [D.I. 11643; filed July 31, 2017]

  C. Limited Objection and Reservation of Rights of NextEra Energy, Inc. with Respect to the Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11776; filed August 18, 2017]

---

[5] Although the following objections were filed in response to the form of E-Side Disclosure Statement that was predicated upon the now abandoned plan transaction with BHE, by agreement of the Debtors and the objecting parties, the objecting parties were not required to filed renewed objections by the extended August 31, 2017 objection deadline for the E-Side Disclosure Statement that is now predicated upon a plan transaction with Sempra Energy.

[6] Although listed on the Court's docket as an objection to confirmation (rather than an objection to the approval of the E-Side Disclosure Statement), out of an abundance of caution, and based on statements made by counsel to the Debtors to Mr. Miller indicating that the Debtors would list the Miller Objection as a response to the E-Side Disclosure Statement as well, the Debtors are including the Miller Objection hereon for the Court's consideration.

D.      Objection of UMB Bank, N.A. in Connection with the Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11777; filed August 18, 2017]

Responses/Objections Received:

A.      Reservation of Rights of EFH Indenture Trustee with Respect to Approval of Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11840; filed August 31, 2017]

B.      The Purported Bondholders' Objection

Related Documents:

i.      Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11426; filed July 7, 2017]

ii.      Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11427; filed July 7, 2017]

iii.      Notice of Filing of "Exhibit E" (Liquidation Analysis) to "Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 11427] [D.I. 11521; filed July 20, 2017]

iv.      Notice Regarding Certain Rescheduled Dates Related to the New E-Side Disclosure Statement [D.I. 11652; filed July 31, 2017]

v.      Notice of Disapproval of the BHE Merger Agreement and Rejection of the BHE Plan [D.I. 11764; filed August 16, 2017]

vi.      First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11803; filed August 23, 2017]

vii. First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 11804; filed August 23, 2017]

viii. Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 11806; filed August 23, 2017]

ix. Certification of Counsel Concerning "Order Shortening Notice Period in Connection with Certain Relief Requested in 'Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement' and 'Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code'" [D.I. 11810; filed August 24, 2017]

x. Order Shortening Notice Period in Connection with Certain Relief Requested in "Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement" and "Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 11812; filed August 24, 2017]

xi. Notice of (I) "Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement" [D.I. 11801] and (II) "Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 11805] and Hearing Thereon [D.I. 11814; filed August 24, 2017]

xii. **First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11854; filed September 5, 2017]**

xiii. **First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 11855; filed September 5, 2017]**

xiv. **Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11856; filed September 5, 2017]**

xv. **Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 11857; filed September 5, 2017]**

xvi. **EFH/EFIH Debtors' Reply to the Objection to Confirmation of the Plan, the Merger Agreement, and the Disclosure Statement Submitted by Robert Miller [D.I. 11860; filed September 5, 2017]**

Status: The Debtors intend to file the Revised Documents on September 5, 2017. The Debtors believe that the Revised Documents will resolve all objections in connection with this matter (other than the Purported Bondholders' Objection and, potentially, the Miller Objection) and that the hearing on this matter will go forward on an uncontested basis.

II.   **PRE-TRIAL SCHEDULING CONFERENCE:**

4. Order Consolidating Certain Termination Fee Proceedings and Setting a Rule 7016 Scheduling Conference [D.I. 11774/Adv. D.I. 21; filed August 18, 2017] (the "Consolidation and Scheduling Order")

   Related Documents:

   i. Adversary Complaint [D.I. 11668/Adv. D.I. 1; filed August 3, 2017]

   ii. Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11669/Adv. D.I. 2; filed August 3, 2017]

   iii. Motion for Order Shortening Notice and Setting Response Deadline for Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11670/Adv. D.I. 3; filed August 3, 2017]

   iv. The Elliott Funds' Objection to Debtors' Motion for Order Shortening Notice and Setting Response Deadline for Debtors' Motion to Consolidate

8

and Set a Rule 7016 Scheduling Conference [D.I. 11673; filed August 4, 2017]

v. Letter Regarding Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11676/Adv. D.I. 4; filed August 4, 2017]

vi. Order Shortening Notice and Setting Response Deadline for Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11682/Adv. D.I. 7; filed August 4, 2017]

vii. Limited Objection of NextEra Energy, Inc. to the Debtors' Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11712/Adv. D.I. 12; filed August 10, 2017]

viii. EFH Indenture Trustee's Statement Regarding Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11713/Adv. D.I. 13; filed August 10, 2017]

ix. Stipulation and Order Regarding Elliott's Motion to Reconsider [D.I. 11716/Adv. D.I. 15; filed August 10, 2017]

x. Plaintiffs Energy Future Holdings Corp and Energy Future Intermediate Holding Company LLC's Reply in Support of Motion to Consolidate and Set a Rule 7016 Scheduling Conference [D.I. 11721/Adv. D.I. 16; filed August 11, 2017]

xi. Certification of Counsel Concerning Order Consolidating Certain Termination Fee Proceedings and Setting a Rule 7016 Scheduling Conference [D.I. 11769/Adv. D.I. 19; filed August 17, 2017]

xii. Order Consolidating Certain Termination Fee Proceedings and Setting a Rule 7016 Scheduling Conference [D.I. 11774/Adv. D.I. 21; filed August 18, 2017]

xiii. Answer of NextEra Energy, Inc. to the Complaint [Adv. D.I. 23; filed August 23, 2017]

xiv. Joint Discovery and Scheduling Report [Adv. D.I. 35; filed September 1, 2017]

xv. Application of NextEra Energy, Inc. for Payment of Administrative Claim [D.I. 11649; filed July 31, 2017]

xvi. Declaration of Howard Seife in Support of Application of NextEra Energy, Inc. for Payment of Administrative Claim [D.I. 11650; filed July 31, 2017]

Status: In accordance with paragraph 8 of the Consolidation and Scheduling Order, a pretrial scheduling conference in connection with the Consolidated Proceedings (as such term is defined in the Consolidation and Scheduling Order) will go forward.

[*Remainder of page intentionally left blank.*]

Dated: September **5**, 2017
    Wilmington, Delaware            */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

*Co-Counsel to the Debtors and Debtors in Possession With Respect to Agenda Items 1-3*

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

-and-

             */s/ Thomas M. Horan*
**SHAW FISHMAN GLANTZ & TOWBIN LLC**
Thomas M. Horan (No. 4641)
300 Delaware Ave., Suite 1370
Wilmington, Delaware 19801
Telephone:      (302) 480-9412
Email:             thoran@shawfishman.com

*Proposed Special Conflicts Counsel to the Debtors and Debtors in Possession With Respect to Agenda Item 4*