# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION: 6**
**DATE: 9/6/17 at 2:00 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jelly Schlerf | Fox Rothschild | LNV |
| Thomas Lauria | White & Case | " |
| Rob Kampfner | " | " |
| Glenn Siegel | Morgan Lewis | 2L Group |
| Josh Dorchak | Morgan Lewis | 2L Group |
| Stephen Miller | Morris James | Sun Trust |
| Thad Wilson | King & Spalding | Sun Trust |
| Alexander Faris | Archer + Greiner | West Kern |
| Jason Gibson | The Rosner Law Group | Off. Comm. of Unsec. Creditors (phone) |
| Daren Brinkman | Brinkman, Portillo, Ronk | " " |
| Linda Casey | UST | UST |
| M. Natasha Labovitz | Debevoise & Plimpton | Debtors |
| Craig Bruens | " " | " " |
| Jason M Madron | Richards Layton & Finger | " " |
| David Holmes | Cross & Simon LLC | Am. Stock & Trust Co |
| Chris Fong | Nixon Peabody LLP | " " |
| Erik Schneider | Nixon Peabody LLP | " " |
| Ray Lemisch | Klehr Harrison | UMB Bank, NA Indenture Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Computershare |
| Joshua Brody | Kramer Levin | Computershare |
| Joseph H. Huston, Jr. | Stevens & Lee PC | EFIH |
| Jamie Edmonson | Venable LLP | PIMCO |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME: Energy Future**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 9/6/17 at 2:00 P.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Scott Cousins | Bayard | Elliott |
| Dan DeFranceschi | Richards Layton + Finger | Debtors |
| Jason Madron | " " " | " |
| Bryan Stephany | K&E | Debtors |
| Mike Petrino | " | " |
| Chad Husnick | " | " |
| Aparna Yenamandra | " | " |
| Rebecca Chaikin | " | " |
| Jeff Sabin | Venable, LLP | Pimco |
| R. Stephen McNeill | Potter Anderson & Corroon | EFIH DIP Agent |
| Abid Qureshi | Akin Gump | UMB Bank, N.A. Indenture Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Case Name: Energy Future
Case NO: 14-10979

Date: 9/6/17 at 2:00 PM.

| | | |
|---|---|---|
| Travis Ferguson | Landis Rath + Cobb | NextEra |
| Thomas Buchanan | Winston + Strawn | " " |
| Eric Daucher | Norton Rose Fulbright | " " |
| Brian D. Glueckstein | Sullivan + Cromwell | EFH Committee |
| Davis Lee Wright | Montgomery McCracken Walker + Rhoads | EFH Committee |
| Michael Joyce | O'Kelly Ernst & Joyce | Fidelity |
| Daniel K. Hogan | Hogan McDaniel | [illegible], Fahy, [illegible] & [illegible] |
| Thomas Lauria | ~~[illegible]~~ White & Case | Sempra Energy |
| Jeffrey Schlerf | Fox Rothschild | " |
| David Klauder | Bielli & Klauder | EFH Corp DD |
| Peter Young | Proskauer | " |
| Gregg Galardi | Ropes & Gray | Elliott |
| Keith Wofford | Ropes & Gray | Elliott |
| Jason Angelo | Stevens + Lee | EFH |