# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Calendar Date: 09/06/2017

Calendar Time: 02:00 PM ET

*Amended Calendar  Sep  6 2017 10:13AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8558280 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8565128 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8552952 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8573338 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8575453 | Robin D. Ball | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8574506 | Negisa Balluku | (212) 617-0147 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8552911 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8575790 | Lauren Bitzin | (212) 672-2252 ext. | Serengeti Asset Management | Creditor, Lauren Bitzin / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8571867 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8572690 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8574954 | Kellie Cairns | (212) 373-3012 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8572570 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8566798 | Allister Chan | (212) 310-8748 ext. | Citibank, N.A. | Creditor, Citibank, N.A. / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8576431 | Maria Chutchian | (646) 378-3108 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8558356 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8569356 | W. Andrew Dalton | (608) 257-3911 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8574843 | Daniel B. Denny | 213-229-7646 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Berkshire Hathaway Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8572605 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8558359 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8571768 | Simon E. Fraser | (302) 295-2000 ext. | Cozen O'Connor | Creditor, J. Aron & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8573347 | Gregg Galardi | (212) 841-8704 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8574460 | Philip A. Gelston | (212) 474-1548 ext. | Cravath, Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8560884 | Richard Gitlin - Client | (860) 523-4904 ext. | Godfrey & Kahn, S.C. | Client, Richard Gitlin / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8574828 | Thomas Hals | (610) 544-2712 ext. | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8547345 | Emily L. Katz | (212) 761-1671 ext. | Morgan Stanley - New York | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8575961 | Alexa J. Kranzley | (212) 558-7893 ext. | Sullivan & Cromwell LLP | Creditor, Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8575949 | Gideon Lapson | (212) 526-8499 ext. | Barclays | Client, Oncor / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8572411 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Debtor, Energy Future Intermediate Holding Company LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8552906 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing / Interested Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8574853 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Berkshire Hathaway Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8565111 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8572711 | Joseph A. Pack | (305) 995-5278 ext. | White & Case LLP - Miami | Interested Party, Sempra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8576398 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8577817 | Katelyn Saner | (617) 951-7511 ext. | Ropes & Gray, LLP | Representing, Elliot Management Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8566803 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8552853 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8577436 | Howard Seife | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, NextEra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8575475 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8577492 | John Silvetz | (203) 861-4819 ext. | Sunrise Partners Limited Partnership | Creditor, Sunrise Partners Limited Partnership / Paloma / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8577243 | Charisse Tay | (212) 526-6811 ext. | Barclays | Other Prof., Charisse Tay / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8576574 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8575129 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8572865 | Amer Tiwana | (646) 562-1770 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8574566 | Carl Tullson | (312) 407-0379 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Texas Transmission Investment LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8558281 | Michael Turkel | (212) 373-3689 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8577983 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |

CourtConfCal2009

Peggy Drasal ext. 802

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8577483 | Abbey Walsh | (212) 284-4956 ext. | Freshfields Bruckhaus Deringer US, LLP | Creditor, Sunrise Partners Limited Partnership / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8574536 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8560877 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5094 2) | Hearing | 8575550 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LISTEN ONLY |

CourtConfCal2009

Peggy Drasal ext. 802