**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: D.I. 11801, 11868** |

**CERTIFICATION OF COUNSEL REGARDING CORRECTED ORDER (A) AUTHORIZING ENTRY INTO MERGER AGREEMENT AND APPROVING TERMINATION FEE, AND (B) AUTHORIZING ENTRY INTO AND PERFORMANCE UNDER PLAN SUPPORT AGREEMENT**

On August 23, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed the *Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry Into and Performance Under the Plan Support Agreement* [D.I. 11801] (the "Motion"[3]) with the United

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

[3] On (i) August 23, 2017, the E-Side Debtors filed the *Declaration of Anthony Horton in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and* (Continued)

States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Motion, the E-Side Debtors were seeking entry of an order (a) authorizing the E-Side Debtors to enter into that certain *Agreement and Plan of Merger* with Sempra Energy ("Sempra") and Power Play Merger Sub I, Inc., (b) approving the payment of a termination fee to Sempra as an allowed administrative expense claim payable if and when due without further order of the Bankruptcy Court, and (c) approving and authorizing the E-Side Debtors to enter into and perform under the plan support agreement, attached as "Exhibit 2" to "Exhibit A" to the Motion with the parties thereto.

Pursuant to the *Order Shortening Notice Period in Connection with Certain Relief Requested in "Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement" and "Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code"*, entered August 24, 2017 [D.I. 11812] (the "Order Shortening Notice"), objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on August 31, 2017 (the "Objection Deadline"). Also, pursuant to the Order Shortening Notice, a hearing to consider the relief requested in the Motion was scheduled to take place before the Bankruptcy Court on September 6, 2017 starting at 2:00 p.m. (Eastern Daylight Time) (the "Hearing").

---

*Performance Under the Plan Support Agreement* [D.I. 11802], and (ii) September 1, 2017, the E-Side Debtors filed the *Declaration of David Ying in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement* [D.I. 11852], both in connection with, and in support of, the relief requested in the Motion.

Subsequent to the Objection Deadline, the E-Side Debtors received from Chambers, a copy of that certain *Objection of Certain EFIH 9.75% Due 10/15/19 1st Lien Bondholders CUSPI 292681AA1 (the "Unexchanged Bonds) to Confirmation of the Plan and Merger Agreement and Disclosure Statement* (the "Miller Objection") which was submitted directly to the Bankruptcy Court by Robert J. Miller (purportedly on behalf of a group of unidentified holders of EFIH Unexchanged Notes) and was not filed on docket of the above-captioned chapter 11 cases or served upon the E-Side Debtors. A copy of the Miller Objection is attached as "Exhibit A" to the *EFH/EFIH Debtors' Reply to the Objection to Confirmation of the Plan, the Merger Agreement, and the Disclosure Statement Submitted by Robert Miller*, filed September 5, 2017 [D.I. 11860] (the "Reply"), filed by the E-Side Debtors in response to the Miller Objection. Other than the Miller Objection, the E-Side Debtors did not receive any other responses or objections to the Motion prior to the Objection Deadline, nor do any responses or objections to the Motion appear on the Bankruptcy Court's docket in the above-captioned chapter 11 cases.

At the Hearing, the Bankruptcy Court considered, among other things, the Motion, the Miller Objection, and the Reply. Based on the record of the Hearing (and the evidence admitted at the Hearing), the Bankruptcy Court overruled the Miller Objection and granted the Motion. Counsel to the E-Side Debtors handed up a form of order granting the Motion to the Bankruptcy Court at the hearing, which such order the Bankruptcy Court subsequently signed and entered (see D.I. 11868) (the "Original Approval Order").

Subsequent to the entry of the Original Approval Order by the Bankruptcy Court on September 6, 2017, the E-Side Debtors identified certain errors in the Original Approval Order. Consequently, the E-Side Debtors have prepared a corrected form of order granting the

Motion to remedy the errors in the Original Approval Order (the "Corrected Order"). A copy of the Corrected Order is attached hereto as **Exhibit A**.

The E-Side Debtors have confirmed that entry of the Corrected Order, in the form attached hereto as **Exhibit A**, is acceptable to (i) counsel to Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership; and (ii) counsel to Sempra Energy.

Consequently, the E-Side Debtors respectfully request that the Bankruptcy Court enter the Corrected Order, in the form attached hereto as **Exhibit A**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: September 6, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*