IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Joint Administration Requested) |

## WITHDRAWAL OF APPEARANCE OF INDIVIDUAL ATTORNEY AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that the appearance of Michael L. Schein, Esq. as counsel to Data Systems & Solutions LLC, creditor of the above-captioned debtors (the "Debtors"), is hereby withdrawn and he should be removed from the CM-ECF noticing list and any other service lists in this case.

Dated: September 7, 2017

Wilmington, Delaware

Dated: September 7, 2017

*Respectfully Submitted,*

*Counsel to Data Systems & Solutions LLC*

VEDDER PRICE P.C.

By: */s/ Michael L. Schein*
    Michael L. Schein (MS-0241)
    1633 Broadway, 31st Floor
    New York, New York 10019
    Tel. No. (212) 407-7700
    Fax No. (212) 407-7799
    Email: mschein@vedderprice.com