## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 23.2 | $19,140.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 140.1 | $80,557.50 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 20.5 | $8,405.00 |
| Christopher M. DeLillo | Associate | 2016 | Bankruptcy | $320 | 22.7 | $7,264.00 |
| Katherine M. Devanney | Associate | 2017 | Bankruptcy | $320 | 1.5 | $480.00 |
| Total | | | | | 208.0 | $115,846.50 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $250 | 43.1 | $10,775.00 |
| Ann Jerominski | Paralegal | 17 | Bankruptcy | $250 | 18.3 | $4,575.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $250 | 3.0 | $750.00 |
| Cynthia S. McMenamin | Paralegal | 2 | Bankruptcy | $250 | 2.0 | $500.00 |
| M. Lynzy McGee | Paralegal | 1 | Bankruptcy | $250 | 6.2 | $1,550.00 |
| Daniel D. White | Litigation Support | 8 | MIS | $260 | 15.2 | $3,952.00 |
| Carlos B. Terreforte | Litigation Support | 2 | MIS | $245 | 1.4 | $343.00 |
| Caroline E. Dougherty | Case Management Assistant | 2 | Bankruptcy | $160 | 0.1 | $16.00 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 8.8 | $1,188.00 |
| Total | | | | | 98.1 | $23,649.00 |
| | | | | Total Fees | | $139,495.50 |