# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $517.76 |
| Conference Calling | $8.64 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $164.21 |
| Electronic Legal Research | $20.55 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $1.15 |
| Messenger and Delivery Service | $66.81 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $310.99 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $3.28 |
| Travel Expense | $0.00 |
| **Total:** | **$1,093.39** |

## **EFIH - Expense Summary**

| Service Description | Amount |
| --- | --- |
| Binding | $0.00 |
| Business Meals | $41.57 |
| Conference Calling | $0.70 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $13.18 |
| Electronic Legal Research | $1.65 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.09 |
| Messenger and Delivery Service | $5.36 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $24.97 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.27 |
| Travel Expense | $0.00 |
| **Total:** | **$87.79** |

## EFH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $0.00 |
| Business Meals | $1,330.29 |
| Conference Calling | $22.21 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $421.91 |
| Electronic Legal Research | $52.80 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $2.95 |
| Messenger and Delivery Service | $171.66 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $799.04 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $8.43 |
| Travel Expense | $0.00 |
| **Total:** | **$2,809.29** |