## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 7/5/2017 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation of interim fee indexes and 7/11/17 agenda | $12.24 | $12.24 |
| 7/7/2017 | Iron Hill | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and e-filing of disclosure statement documents | $39.35 | $39.35 |
| 7/12/2017 | Manhattan Bagel | Breakfast | 4 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 7/12/17 hearing | $21.25 | $85.00 |
| 7/21/2017 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation and e-filing discovery notice | $11.38 | $11.38 |
| 7/25/2017 | Tonic | Dinner | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 7/26/17 hearing | $44.25 | $885.00 |
| 7/26/2017 | Food for Thought | Breakfast | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 7/26/17 hearing | $19.34 | $386.80 |
| 7/26/2017 | Tonic | Lunch | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 7/26/17 hearing | $16.75 | $335.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/26/2017 | Rodney Grille | Lunch | 15 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 7/26/17 hearing (**supplemental food order due to number of attendees**) | $8.99 | $134.85 |
| **TOTALS** | | | | | | **$1,889.62** |

RLF1 18091635v.1