IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
                                                                 :
In re:                                                           :  Chapter 11
                                                                 :
Energy Future Holdings, Inc., *et al.*,[1]                       :  Case No. 14-10979 (CSS)
                                                                 :
         Debtors.                                                :  (Jointly Administered)
                                                                 :
                                                                 :  **Re: D.I. 11636**
                                                                 :
---------------------------------------------------------------- X

**DECLARATION OF HOWARD SEIFE IN SUPPORT OF OBJECTION OF
NEXTERA ENERGY, INC. TO THE ELLIOTT FUNDS' MOTION TO
RECONSIDER IN PART THE SEPTEMBER 19, 2016 ORDER
[DKT. NO. 9584] APPROVING THE NEXTERA TERMINATION FEE**

Howard Seife, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I am a partner at Norton Rose Fulbright US LLP, attorneys for NextEra Energy, Inc. in the above-captioned bankruptcy case.

2. I make this declaration to present certain documents referenced in the *Objection of NextEra Energy, Inc. to the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee* (the "Objection"), filed contemporaneously herewith. All capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

3. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the hearing held before the Bankruptcy Court on September 19, 2016.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the Open Meeting before the Public Utility Commission of Texas on September 22, 2016 in Austin, Texas.

5. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the hearing held before the Bankruptcy Court on September 26, 2016.

6. Attached hereto as **Exhibit D** is a true and correct copy of the *Memorandum*, dated March 30, 2017, from Commissioner Kenneth W. Anderson, Jr., PUCT Docket No. 46238, Item No. 535.

7. Attached hereto as **Exhibit E** is a true and correct copy of the transcript of the Open Meeting before the Public Utility Commission of Texas on March 30, 2017 in Austin, Texas.

8. Attached hereto as **Exhibit F** is a true and correct copy of the *Order*, dated April 13, 2017, PUCT Docket No. 46238, Item No. 538.

9. Attached hereto as **Exhibit G** is a true and correct copy of the *Motion for Rehearing*, PUCT Docket No. 46238, Item No. 543.

10. Attached hereto as **Exhibit H** is a true and correct copy of the *Amicus Curiae Brief of Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company LLC in Support of Rehearing*, PUCT Docket No. 46238, Item No. 545.

11. Attached hereto as **Exhibit I** is a true and correct copy of the *Second Motion for Rehearing*, PUCT Docket No. 46238, Item No. 554.

12. Attached hereto as **Exhibit J** is a true and correct copy of the *Amicus Brief of Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company LLC in Support of Second Motion for Rehearing*, PUCT Docket No. 46238, Item No. 555.

13. Attached hereto as **Exhibit K** is a true and correct copy of the transcript of the hearing held before the Bankruptcy Court on July 26, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7th, 2017 in New York, NY.

*/s/ Howard Seife*
Howard Seife