IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
: 
In re:                                                        :   Chapter 11
                                                              :
Energy Future Holdings, Inc., *et al.*,                       :   Case No. 14-10979 (CSS)
                                                              :
            Debtors.                                          :   (Jointly Administered)
                                                              :
------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. and its wholly-owned subsidiary NextEra Energy Capital Holdings, Inc. in the above referenced cases, and on the 7th day of September, 2017, he caused a copy of the following:

**OBJECTION OF NEXTERA ENERGY, INC. TO MOTION TO RECONSIDER IN PART THE SEPTEMBER 19, 2016 ORDER APPROVING THE NEXTERA TERMINATION FEE [D.I. 11876]; AND**

**DECLARATION OF HOWARD SEIFE IN SUPPORT OF OBJECTION OF NEXTERA ENERGY, INC. TO MOTION TO RECONSIDER IN PART THE SEPTEMBER 19, 2016 ORDER APPROVING THE NEXTERA TERMINATION FEE [D.I. 11878]**

to be served on the attached service list via hand delivery and/or U.S. First Class Mail

                                                   Anthony C. Dellose

   SWORN TO AND SUBSCRIBED before me this 11th day of September 2017.


                                                   Notary Public

{932.002-W0048634.}

**Energy Future Holdings Corp.,** *et al.*
**Case No. 14-10979 (CSS)**

{932.002-W0042195.}

*VIA HAND DELIVERY*
Bayard, P.A.
Scott D. Cousins
Erin R. Fay
Evan T. Miller
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Counsel for Elliot Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership*

*VIA U.S. MAIL*
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Andrew R. McGaan, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654
Facsimile: 312-862-2200
*Co-Counsel to the Debtors and Debtors in Possession*

*VIA HAND DELIVERY*
Stevens & Lee, P.C.
Joseph H. Huston, Jr.
Jason Daniel Angelo
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
*Co-Counsel to Plaintiff EFH*

*VIA U.S. MAIL*
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Mark McKane, P.C.
555 California Street
San Francisco, CA 94104
*Co-Counsel to Plaintiffs*

*VIA HAND DELIVERY*
Richards Layton & Finger, P.A.
Mark D. Collins, Esq.
Daniel DeFranceschi, Esq.
Jason Madron, Esq.
920 North King Street
Wilmington, DE 19801
*Co-Counsel to the Debtors and Debtors in Possession*

*VIA U.S. MAIL*
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: 212-466-4900
*Co-Counsel to the Debtors and Debtors in Possession*

*VIA U.S. MAIL*
Ropes & Gray LLP
Keith H. Wofford
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
*Counsel for Elliot Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership*

*VIA HAND DELIVERY*
Bielli & Klauder, LLC
David M. Klauder
1204 N. King Street
Wilmington, Delaware 19801
*Co-Counsel to Plaintiff EFH*

*VIA HAND DELIVERY*
SHAW FISHMAN GLANTZ
& TOWBIN LLC
Thomas M. Horan (No. 4641)
Robert M. Fishman
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
*Substituting Counsel for EFH and EFIH*