# **EXHIBIT C**

**Current Corporate Structure of the EFH/EFIH Debtors and Certain Non-Debtor Affiliates**

# Energy Future Holdings ("EFH")

Texas Energy Future Holdings Limited Partnership
[TX]

## Energy Future Holdings Corp. ("EFH Corp.")
[TX]

Total Indebtedness: $671 million (excluding guarantees)

| | |
|---|---|
| Unsecured ($671 million) | **EFH Unsecured LBO Notes:**<br>• 10.875% EFH LBO Senior Notes due 2017 ($35 million outstanding, $33 million is principal)<br>• 11.25%/12.0% EFH LBO Toggle Notes due 2017 ($29 million outstanding, $27 million is principal) |
| | **EFH Unsecured Legacy Notes:**<br>• 5.55% EFH Legacy Notes due 2014 ($93 million outstanding, $90 million is principal)<br>• 6.50% EFH Legacy Notes due 2024 ($207 million outstanding, $200 million is principal)<br>• 6.55% EFH Legacy Notes due 2034 ($301 million outstanding, $291 million is principal) |
| | **EFH Other Unsecured Notes:**<br>• 10.00% EFH Unsecured Notes due 2020 ($3 million outstanding, $3 million is principal)<br>• 9.75% EFH Unsecured Notes due 2019 ($3 million outstanding, $3 million is principal) |
| Total EFH Corp. | $671 million outstanding, $648 million is principal |
| Guarantees | EFCH Tex-La Obligations |

## Energy Future Intermediate Holding Company LLC ("EFIH")
[DE]

Total Indebtedness: $4.719 billion (excluding guarantees)

| | |
|---|---|
| 1st Lien Secured ($583 million) | **EFIH First Lien Notes:**<br>• 6.875% EFIH Senior Secured First Lien Notes due 2017 ($1 million outstanding, $0 is principal)<br>• 10.00% EFIH Senior Secured First Lien Notes due 2020 ($582 million outstanding, $0 is principal) |
| 2nd Lien Secured ($2.48 billion) | **EFIH Second Lien Notes:**<br>• 11.00% EFIH Senior Secured Second Lien Notes due 2021 ($443 million outstanding, $322 million is principal)<br>• 11.75% EFIH Senior Secured Second Lien Notes due 2022 ($2.037 billion outstanding, $1.388 billion is principal) |
| Unsecured | **EFIH Unsecured Toggle Notes:**<br>• 11.25%/12.25% Senior Toggle Notes due 2018 ($1.653 billion outstanding, $1.566 billion is principal) |
| ($1.655 billion) | **EFIH Other Unsecured Notes:**<br>• 9.75% EFIH Unsecured Notes due 2019 ($2 million outstanding, $2 million is principal) |
| Total EFIH Debt | $4.719 billion outstanding, $3.279 billion in principal |
| Guarantees | EFH Unsecured LBO Notes |

EFIH Finance Inc.
[DE]

Texas Transmission Investment LLC[3]
[DE]
(Outside Investors)

**Outstanding Debt of $6.65 billion as of April 30, 2017**

Oncor Electric Holdings Company LLC
[DE]

80.033%

19.75%

0.217%

Oncor Electric Delivery Company LLC
[DE]

Oncor License Holdings Company LLC
[TX]

Oncor Communications Holdings Company LLC
[DE]

100% (Class A membership interests)

Managers/Directors
100% (Class B membership interests

Oncor Management Investment LLC
[DE]

Oncor Electric Delivery Transition Bond Company LLC
[DE]

Oncor Electric Delivery Administration Corp.
[TX]

ONCOR

LSGT Gas Company LLC
[TX]

LSGT SACROC, Inc.
[TX]

Humphreys & Glasgow Limited
[UK, in liquidation]

EEC Holdings, Inc.
[NV]

EECI, Inc.
[NV]

Ebasco Services of Canada Limited
[Canada]

EFH Renewables Company LLC
[DE]

Generation Development Company LLC
[DE]

NCA Development Company LLC
[TX]

TXU Receivables Company
[DE]

EFH Vermont Insurance Company
[VT]

EFH Australia(No. 2) Holdings Company
[DE]

EFH Finance(No. 2) Holdings Company
[DE]

EFH FS Holdings Company
[DE]

International Entities in Administration/ Liquidation

