**EXHIBIT D**

**Reorganized EFH/EFIH Financial Projections**



# Second Quarter 2017 Investor Call

## August 1, 2017

**Oncor Electric Delivery**

**Source**: Oncor Electric Delivery Company LLC, Current Report (Form 8-K) (August 1, 2017).

# Forward Looking Statements

This presentation contains forward-looking statements, which are subject to various risks and uncertainties. Discussion of risks and uncertainties that could cause actual results to differ materially from management's current projections, forecasts, estimates and expectations is contained in filings made by Oncor Electric Delivery Company LLC (Oncor) with the Securities and Exchange Commission (SEC). Specifically, Oncor makes reference to the section entitled "Risk Factors" in its annual and quarterly reports. In addition to the risks and uncertainties set forth in Oncor's SEC filings, the forward-looking statements in this presentation could be affected by, among other things: prevailing governmental policies and regulatory actions; legal and administrative proceedings and settlements, including the exercise of equitable powers by courts; any impacts on Oncor as a result of the bankruptcy proceedings involving Energy Future Holdings Corp. (EFH) and certain of its subsidiaries and the change in indirect ownership of Oncor proposed in such proceedings; weather conditions and other natural phenomena; acts of sabotage, wars or terrorist or cyber security threats or activities; economic conditions, including the impact of a recessionary environment; unanticipated population growth or decline, or changes in market demand and demographic patterns; changes in business strategy, development plans or vendor relationships; unanticipated changes in interest rates or rates of inflation; unanticipated changes in operating expenses, liquidity needs and capital expenditures; inability of various counterparties to meet their financial obligations to Oncor, including failure of counterparties to perform under agreements; general industry trends; hazards customary to the industry and the possibility that Oncor may not have adequate insurance to cover losses resulting from such hazards; changes in technology used by and services offered by Oncor; significant changes in Oncor's relationship with its employees; changes in assumptions used to estimate costs of providing employee benefits, including pension and other post-retirement employee benefits, and future funding requirements related thereto; significant changes in critical accounting policies material to Oncor; commercial bank and financial market conditions, access to capital, the cost of such capital, and the results of financing and refinancing efforts, including availability of funds in the capital markets and the potential impact of disruptions in US credit markets; circumstances which may contribute to future impairment of goodwill, intangible or other long-lived assets; financial restrictions under Oncor's revolving credit facility and indentures governing its debt instruments; Oncor's ability to generate sufficient cash flow to make interest payments on its debt instruments; actions by credit rating agencies; and Oncor's ability to effectively execute its operational strategy. Any forward-looking statement speaks only as of the date on which it is made, and Oncor undertakes no obligation to update any forward-looking statement to reflect events or circumstances after the date on which it is made or to reflect the occurrence of unanticipated events.

## Regulation G

This presentation includes certain non-GAAP financial measures. Reconciliations of these measures to the most directly comparable GAAP measures are included in this presentation, which is available on Oncor's website, www.oncor.com, in the Investor section, and also filed with the SEC.

Oncor Electric Delivery                                                                                                 1

# 2nd Quarter 2017 Investor Call Agenda

- Financial Overview          David Davis
                              Chief Financial Officer

- Operational Review          Bob Shapard
                              Chief Executive

- Q&A

Oncor Electric Delivery                                    2



# Residential and Large C&I[1] Metrics

**Residential Points of Delivery**
**Q2[2] '16 vs. Q2 '17; thousands of meters**

2,900
2,955
1.9%
At 6/30/16
At 6/30/17

**Residential GWH[3]**
**Q2 '16 vs. Q2 '17**

9,564
9,998
4.5%
Q2 '16
Q2 '17

**Large C&I Billed MW[4] Demand (Average)**
**Q2 '16 vs. Q2 '17**

17,162
17,391
1.3%
Q2 '16
Q2 '17

**Large C&I GWH**
**Q2 '16[5] vs. Q2 '17**

17,501
18,113
3.5%
Q2 '16
Q2 '17

[1] Commercial and Industrial
[2] Q2 reflects three months ended June 30.
[3] Gigawatt-hours
[4] Megawatts
[5] 2016 period adjusted for billing day variation

# Summary of Financial Results[1]

## Adjusted Operating Revenues
Q2[2] '16 vs. Q2 '17; $ millions



- Revenues to pass-through expenses
- Revenues contributing to earnings

## Adjusted Operating Revenue Increase
Q2 '16 vs. Q2 '17; $ millions

| Revenues Contributing to Earnings: | $ millions |
|---|---|
| Distribution base revenue | 7 |
| Transmission base revenue (TCOS): | |
|    Billed to 3rd party wholesale customers — 9 | |
|    Billed to Oncor Distribution, collected from REPs through TCRF — 2 | |
| Total transmission base revenue (TCOS) | 11 |
| AMS surcharge and other miscellaneous revenues | (7) |
| Total revenues contributing to earnings | 11 |
| **Revenues to Pass-Through Expenses:** | |
| 3rd party wholesale transmission service billed to Oncor Distribution (i.e. remaining TCRF revenue) | 9 |
| Energy efficiency surcharges | (2) |
| Total revenues to pass through expenses | 7 |
| Total operating revenue increase | 18 |

[1] See Appendix for Reg G reconciliations and financial definitions.
[2] Q2 reflects three months ended June 30.

**Oncor Electric Delivery**  4



## Summary of Financial Results[1] (cont.)

**Adjusted EBITDA**
Q2[2] '16 vs. Q2 '17 and TME[3] '16 vs. TME '17; $ millions

- Q2 '16: 459
- Q2 '17: 463 (0.9%)
- TME '16: 1,816
- TME '17: 1,826 (0.6%)

**Net Income**
Q2 '16 vs. Q2 '17; $ millions

- Q2 '16: 110
- Q2 '17: 112 (1.8%)

**Adjusted Operating Cash Flow**
Q2 '16 vs. Q2 '17; $ millions

- Q2 '16: 288
- Q2 '17: 238 (17.4%)

[1] See Appendix for Reg G reconciliations and definitions.
[2] Q2 reflects three months ended June 30.
[3] TME reflects twelve months ended June 30.

**Oncor Electric Delivery**

5

## Ample Liquidity and Stable Credit Metrics[1]

**Secured Revolving Credit Facility[2]**
Balances at June 30, 2017; $ millions



| Revolver Capacity | Borrowings and Letters of Credit | Effective Remaining Capacity | Cash | Total Available Liquidity |
|---|---|---|---|---|
| 2,000 | (1,165) | 835 | 1 | 836 |

**Adjusted EBITDA/Cash Interest**
TME[3] '16 vs. TME '17; Ratio



TME '16: 5.4x    TME '17: 5.3x

**Debt/Adjusted EBITDA**
TME '16 vs. TME '17; Ratio



TME '16: 3.7x    TME '17: 3.8x

[1] See Appendix for Reg G reconciliations and financial definitions.
[2] Oncor's revolving credit facility matures in October 2018.
[3] TME reflects twelve months ended June 30.

**Oncor Electric Delivery**

6

## 2nd Quarter 2017 Investor Call Agenda

- Financial Overview         David Davis
                             Chief Financial Officer

- Operational Review         Bob Shapard
                             Chief Executive

- Q&A

Oncor Electric Delivery                                    7

# Appendix –

# Regulation G Reconciliations and Financial Definitions

**Oncor Electric Delivery**

# Financial Definitions

| Measure | Definition |
|---|---|
| Adjusted Operating Revenues (non-GAAP) | Oncor operating revenues, less operating revenues of Oncor Electric Delivery Transition Bond Company LLC (BondCo), Oncor's wholly-owned subsidiary that was dissolved in December 2016 |
| Adjusted Operating Cash Flow (non-GAAP) | Oncor cash provided by operating activities, less BondCo cash provided by operating activities |
| Total Debt (GAAP) | Long-term debt, plus long-term debt due currently, plus bank loans |
| Adjusted EBITDA (non-GAAP) | Income from continuing operations before interest expense and related charges and provisions in lieu of income tax, plus depreciation and amortization and special items, less BondCo results. EBITDA is a measure used by Oncor to assess performance. |
| Debt/Adjusted EBITDA (non-GAAP) | Total debt divided by Adjusted EBITDA is a measure used by Oncor to assess credit quality. |
| Adjusted EBITDA/Cash Interest (non-GAAP) | Adjusted EBITDA divided by cash interest expense is a measure used by Oncor to assess credit quality. |

## Table 1: Oncor Adjusted Operating Revenues Reconciliation
Three Months Ended June 30, 2016 and 2017
$ millions

|  | Q2 '16 | Q2 '17 |
|---|---|---|
| Operating revenues – Oncor | 948 | 964 |
| Adjustments: Operating revenues – BondCo | (2) | – |
| **Adjusted operating revenues, excluding BondCo** | **946** | **964** |

Oncor Electric Delivery 10

## Table 2: Oncor Adjusted EBITDA Reconciliation
### Three and Twelve Months Ended June 30, 2016 and 2017
### $ millions

|  | Q2 '16 | Q2 '17 | TME '16 | TME '17 |
|---|---|---|---|---|
| Net income – Oncor | 110 | 112 | 427 | 425 |
| Plus: Depreciation & amortization – Oncor | 193 | 193 | 829 | 769 |
| Provision in lieu of income taxes – Oncor | 62 | 61 | 249 | 245 |
| Interest expense – Oncor | 84 | 85 | 336 | 338 |
| Equals: EBITDA – Oncor | 449 | 451 | 1,841 | 1,777 |
| Adjustments: Net income – BondCo | – | – | – | – |
| Depreciation & amortization – BondCo | (2) | – | (69) | – |
| Interest expense – BondCo | – | – | (3) | – |
| Effects of fair value accounting (pre tax) | – | – | (2) | – |
| Regulatory asset amortization in O&M expense | 12 | 12 | 49 | 49 |
| **Oncor Adjusted EBITDA, excluding BondCo** | **459** | **463** | **1,816** | **1,826** |

**Oncor Electric Delivery**

11

## Table 3: Oncor Adjusted Operating Cash Flow Reconciliation
Three Months Ended June 30, 2016 and 2017
$ millions

|  | Q2 '16 | Q2 '17 |
|---|---|---|
| Operating cash flow – Oncor | 283 | 238 |
| Adjustments: Operating cash flow – BondCo | 5 | – |
| **Adjusted operating cash flow, excluding BondCo** | **288** | **238** |

**Oncor Electric Delivery**  12

## Table 4: Oncor Total Debt Reconciliation
At June 30, 2016 and 2017
$ millions

|  | At 6/30/16 | At 6/30/17 |
|---|---:|---:|
| Short-term debt | 1,133 | 1,156 |
| Long-term debt due currently | – | 324 |
| Long-term debt, less due currently | 5,650 | 5,519 |
| **Total debt** | **6,783** | **6,999** |

Oncor Electric Delivery 13

## Table 5: Oncor Interest and Debt Coverage
Twelve Months Ended June 30, 2016 and 2017
$ millions

|  | TME '16 | TME '17 | Ref | Source |
|---|---:|---:|---|---|
| Interest expense and related charges – Oncor | 336 | 338 | | |
| Amortization of debt discount – Oncor | (3) | (2) | | |
| AFUDC – Oncor | 5 | 9 | | |
| Cash interest expense – Oncor | 338 | 345 | | |
| Less: Interest expense – BondCo | (3) | – | | |
| **Cash interest expense, excluding BondCo** | **335** | **345** | A | |
| | | | | |
| **EBITDA, excluding BondCo** | **1,816** | **1,826** | B | Table 2 |
| **Total debt** | **6,783** | **6,999** | C | Table 4 |
| EBITDA/cash interest – ratio (B / A) | 5.4x | 5.3x | | |
| Debt/EBITDA – ratio (C / B) | 3.7x | 3.8x | | |

**Oncor Electric Delivery**

14