**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
                                           :
In re                                      :    Chapter 11
                                           :
ENERGY FUTURE HOLDINGS CORP., ET AL.,      :    Case No. 14-10979 (CSS)
                                           :
              Debtors.                     :    (Jointly Administered)
-----------------------------------------------------------x
```

**AFFIDAVIT OF SERVICE**

    I, Robert Terziyan, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, in the above-captioned cases.

    On August 28, 2017 at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Thirty-First Monthly Fee Statement of Guggenheim Securities, LLC, investment banker to the EFH Official Committee for the period May 1, 2017 to May 31, 2017** [Docket No. 11828]

- **Thirty Second Monthly Fee Statement of Guggenheim Securities, LLC, investment banker to the EFH Official Committee for the period June 1, 2017 to June 30, 2017** [Docket No. 11829]

*This Space Intentionally Left Blank*

- **Thirty Third Monthly Fee Statement of Guggenheim Securities, LLC, investment banker to the EFH Official Committee for the period July 1, 2017 to July 31, 2017** [Docket No. 11831]

Dated: September 11, 2017

_____
Robert Terziyan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th day of September 2017, by Robert Terziyan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____



TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

# Exhibit A

Exhibit A

Fee Application Service List - First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp et al | Andrew W Wright and Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 |
| Kirkland & Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 |
| Kirkland & Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 |
| Milbank Tweed Haldey & McCloy LLP | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 |
| MORRISON & FOERSTER LLP | BRETT H MILLER AND LORENZO MARINUZZI | 250 W 55TH ST | | NEW YORK | NY | 10019 |
| POLSINELLI PC | CHRISTOPHER WARD JUSTIN EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 |
| Richards Layton & Finger PA | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 |
| Sherman & Sterling LLP | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 |
| US Department of Justice | Andrea B Schwartz Office of US Trustee | 201 Varick St Rm 1006 | US Federal Building | New York | NY | 10014 |
| US Trustee Region 3 Roberta A DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Federal Bldg | Wilmington | DE | 19801 |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 1 of 1