# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| ENERGY FUTURE HOLDINGS CORP. and ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC<br><br>Plaintiffs,<br><br>v.<br><br>NEXTERA ENERGY, INC.,<br><br>Defendant. | Adv. Proceeding No. 17-50942 (CSS) |

**NOTICE OF SERVICE OF ASBESTOS OBJECTORS' INITIAL DISCLOSURES**

Please take notice that on September 11, 2017, Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann (the "Asbestos Objectors") served Asbestos Objectors' Initial Disclosures by electronic mail upon the parties listed on the attached service list.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Counsel to defendant NextEra Energy, Inc.
   Thomas M. Buchanan – tbuchana@winston.com
   John Harding – jwharding@winston.com
   Robin Ball – RBall@chadbourne.com
   Matthew M. Saxon – msaxon@winston.com
   Howard Seife – howard.seife@nortonrosefulbright.com
   Eric Daucher – eric.daucher@nortonrosefulbright.com

Counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.
   Brian Glueckstein – gluecksteinb@sullcrom.com
   Andrew G. Dietderich – dietdericha@sullcrom.com
   John L. Hardiman – hardimanj@sullcrom.com
   Alexa J. Kranzley – kranzleya@sullcrom.com
   Natalie D. Ramsey – nramsey@mmwr.com
   Davis Lee Wright – dwright@mmwr.com
   Mark A. Fink – mfink@mmwr.com

Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee
   Richard C. Pedone – rpedone@nixonpeabody.com
   Morgan Nighan – mnighan@nixonpeabody.com
   Amanda D. Darwin – adarwin@nixonpeabody.com
   Erik Schneider – eschneider@nixonpeabody.com
   Christopher J. Fong – cfong@nixonpeabody.com
   Christopher P. Simon – csimon@crosslaw.com

Counsel to Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership
   Gregg M. Galardi – Gregg.Galardi@ropesgray.com
   Keith Wofford – keith.wofford@ropesgray.com
   Matthew A. Tolve – Matthew.Tolve@ropesgray.com
   Peter Welsh – Peter.Welsh@ropesgray.com
   Katelyn Sander – katelyn.saner@ropesgray.com
   Nicholas M. Berg – Nicholas.Berg@ropesgray.com
   Scott D. Cousins – scousins@bayardlaw.com
   Erin Fay – efay@bayardlaw.com
   Gregory Flasser – gflasser@bayardlaw.com

Counsel to UMB Bank, N.A.
  Ira S. Dizengoff – idizengoff@akingump.com
  Abid Qureshi – aqureshi@akingump.com
  Scott L. Alberino – salberino@akingump.com
  Joanna F. Newdeck – jnewdeck@akingump.com
  William Mongan – wmongan@akingump.com
  Christopher W. Carty – ccarty@akingump.com
  Raymond H. Lemisch – rlemisch@klehr.com
  Harold L. Kaplan – HKaplan@foley.com
  Mark F. Hebbeln – mhebbeln@foley.com
  Lars A. Peterson – lapeterson@foley.com
  Barry G. Felder – BGFelder@foley.com
  Jonathan H. Friedman – jfriedman@foley.com

Co-Counsel for Energy Future Holding Corp.
  Robert M. Fishman – rfishman@shawfishman.com
  Thomas M. Horan – thoran@shawfishman.com
  Michael A. Petrino – michael.petrino@kirkland.com
  Mark McKane – mmckane@kirkland.com
  Michael P. Esser – michael.esser@kirkland.com
  Anna Terteryan – anna.terteryan@kirkland.com
  Thompson, McClain – mcclain.thompson@kirkland.com
  Edward O. Sassower – edward.sassower@kirkland.com
  Stephen E. Hessler – stephen.hessler@kirkland.com
  Aparna Yenamandra – Aparna.yenamandra@kirkland.com
  James H.M. Sprayregen – james.sprayregen@kirkland.com
  Marc Kieselstein – marc.kieselstein@kirkland.com
  Chad J. Husnick, – chad.husnick@kirkland.com
  Steven N. Serajeddini – steven.serajeddini@kirkland.com

Dated:  September 12, 2017           Respectfully submitted:
        Wilmington, Delaware

By:   */s/ Daniel K. Hogan*
      Daniel K. Hogan (DE Bar # 2814)
      HOGAN McDANIEL
      1311 Delaware Avenue
      Wilmington, Delaware 19806
      Telephone: (302) 656-7540
      Facsimile: (302) 656-7599
      dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

-and-

Leslie M. Kelleher (admitted *pro hac vice*)
Jeanna M. Koski (admitted *pro hac vice*)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

-and-

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (admitted *pro hac vice*)
EARLY LUCARELLI SWEENEY & MEISENKOTHEN
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy*

-and-

Jonathan Ruckdeschel (admitted *pro hac vice*)
THE RUCKDESCHEL LAW FIRM LLC
8357 Main Street
Ellicott City, MD 21043
Telephone: 410-750-7825
Facsimile: 443-583-0430

*Counsel for David Heinzmann*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*