**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*., | Case No. 14-10979-CSS |
| Debtors. | (Jointly Administered) |

**NOTICE TO WITHDRAW NOTICE OF APPEARANCE AND REQUEST TO STOP ELECTRONIC NOTICES AND REMOVAL FROM MAILING MATRIX**

  Comes now the undersigned counsel for Dell Marketing, L.P. and files this Notice to Withdraw Notice of Appearance and Request to Stop Electronic Notices and Removal from Mailing Matrix.

        Respectfully submitted,

      By: /s/ *Sabrina L. Streusand*
        Sabrina L. Streusand
        Streusand, Landon & Ozburn LLP
        State Bar No. 11701700
        811 Barton Springs Rd., Ste. 811
        Austin, Texas 78704
        Telephone:  (512) 236-9901
        Facsimile:   (512) 236-9904
        streusand@slollp.com

        **ATTORNEYS FOR**
        **DELL MARKETING, L.P.**

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 12th day of September, 2017 upon all parties requesting service via ECF Notification.

            */s/ Sabrina L. Streusand*
            Sabrina L. Streusand