**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) Case No. 14-10979 (CSS) |
| *et al.*, | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) **Hearing Date: September 19, 2017 at 10:00 a.m. ET** |
| | ) **Objection Deadline: September 12, 2017 at 4:00 p.m. ET** |
| | ) |
| | ) **Re: D.I. 11838** |
| | ) |
| | ) |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF**
**ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER**
**AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY SHAW FISHMAN**
**GLANTZ & TOWBIN LLC AS SPECIAL DELAWARE COUNSEL EFFECTIVE**
***NUNC PRO TUNC* TO AUGUST 14, 2017**

The undersigned proposed special Delaware counsel to the above-captioned

debtors and debtors-in-possession (the "Debtors") hereby certifies the following:

1.      On August 29, 2017, the Debtors filed their Application for Entry of an

Order Authorizing the Debtors to Retain and Employ Shaw Fishman Glantz & Towbin

LLC as Special Delaware Counsel Effective Nunc Pro Tunc to August 14, 2017  (the

"Application") [D.I. 11838].

2.      Any responses to the Application were required to be filed and served on

or before September 12, 2017 at 4:00 p.m. EDT.  I have reviewed the docket and found

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

that no response appears. In addition, I have received no informal responses to the Application.

   3.  Because there have been no responses to the Application, the Debtors respectfully request that the Court enter the proposed order attached to the Application without further notice or hearing.

[Signature page follows.]

Dated: September 14, 2017

**SHAW FISHMAN GLANTZ
    & TOWBIN LLC**

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 480-9412
E-mail: thoran@shawfishman.com

*Proposed Special Delaware Counsel to the Debtors
and Debtors-in-Possession*

-and-

**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

{12270-001 CER A0484436.DOCX}