# EXHIBIT A

## Statement of Fees By Subject Matter

*Exhibit A*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**July 1, 2017 through July 31, 2017**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 1.2 | $780.00 |
| Claims | 10.1 | $4,632.50 |
| Contracts | 16.3 | $9,965.00 |
| Fee Applications | 2.9 | $1,342.50 |
| POR / Disclosure Statement | 78.9 | $44,635.00 |
| UST Reporting Requirements | 1.4 | $805.00 |
| *Total* | **110.8** | **$62,160.00** |

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*July 1, 2017 through July 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.60 | $390.00 |
| Claims | 6.10 | $2,893.75 |
| Contracts | 8.15 | $4,982.50 |
| Fee Applications | 1.45 | $671.25 |
| POR / Disclosure Statement | 39.45 | $22,317.50 |
| UST Reporting Requirements | 0.70 | $402.50 |
| **Total** | **56.45** | **$31,657.50** |

*Exhibit A*

***EFIH***
***Summary of Time Detail by Task***
***July 1, 2017 through July 31, 2017***

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.60 | $390.00 |
| Claims | 4.00 | $1,738.75 |
| Contracts | 8.15 | $4,982.50 |
| Fee Applications | 1.45 | $671.25 |
| POR / Disclosure Statement | 39.45 | $22,317.50 |
| UST Reporting Requirements | 0.70 | $402.50 |
| ***Total*** | **54.35** | **$30,502.50** |