## **EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - EFH & EFIH**
**Summary of Time Detail by Professional**
**July 1, 2017 through July 31, 2017**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 8.1 | $6,480.00 |
| John Stuart | Managing Director | $800.00 | 29.5 | $23,600.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 4.4 | $2,860.00 |
| Matt Frank | Senior Director | $650.00 | 0.3 | $195.00 |
| Kevin Sullivan | Director | $575.00 | 1.4 | $805.00 |
| Rich Carter | Consultant | $475.00 | 4.2 | $1,995.00 |
| Michael Williams | Consultant | $400.00 | 5.7 | $2,280.00 |
| William Lucas | Analyst | $425.00 | 47.0 | $19,975.00 |
| Jon Rafpor | Analyst | $400.00 | 2.0 | $800.00 |
| Sarah Pittman | Analyst | $400.00 | 7.1 | $2,840.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.1 | $330.00 |
| | | **Total** | **110.8** | **$62,160.00** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### July 1, 2017 through July 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 4.05 | $3,240.00 |
| John Stuart | Managing Director | $800.00 | 14.75 | $11,800.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 2.65 | $1,722.50 |
| Matt Frank | Senior Director | $650.00 | 0.15 | $97.50 |
| Kevin Sullivan | Director | $575.00 | 0.70 | $402.50 |
| Rich Carter | Consultant | $475.00 | 2.70 | $1,282.50 |
| William Lucas | Analyst | $425.00 | 23.50 | $9,987.50 |
| Michael Williams | Consultant | $400.00 | 2.85 | $1,140.00 |
| Jon Rafpor | Analyst | $400.00 | 1.00 | $400.00 |
| Sarah Pittman | Analyst | $400.00 | 3.55 | $1,420.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.55 | $165.00 |
| | ***Total*** | | **56.45** | **$31,657.50** |

*Exhibit B*

**EFIH**
*Summary of Time Detail by Professional*
*July 1, 2017 through July 31, 2017*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 4.05 | $3,240.00 |
| John Stuart | Managing Director | $800.00 | 14.75 | $11,800.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 1.75 | $1,137.50 |
| Matt Frank | Senior Director | $650.00 | 0.15 | $97.50 |
| Kevin Sullivan | Director | $575.00 | 0.70 | $402.50 |
| Rich Carter | Consultant | $475.00 | 1.50 | $712.50 |
| William Lucas | Analyst | $425.00 | 23.50 | $9,987.50 |
| Michael Williams | Consultant | $400.00 | 2.85 | $1,140.00 |
| Jon Rafpor | Analyst | $400.00 | 1.00 | $400.00 |
| Sarah Pittman | Analyst | $400.00 | 3.55 | $1,420.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.55 | $165.00 |
| | | ***Total*** | **54.35** | **$30,502.50** |