# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

No expenses from July 1, 2017 through July 31, 2017