## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

No expenses from July 1, 2017 through July 31, 2017