IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 14-10979 (CSS), *et seq.*<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM MAILING MATRIX**

PLEASE TAKE NOTICE that the undersigned firm hereby withdraws its appearance as counsel of record for Steag Energy Services, Inc. in the above-captioned case(s) and hereby respectfully requests that its name be removed from all service lists and matrices, including all electronic service lists and the ECF notification system.

Dated: September 15, 2017
       Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
1500 N. French St., 2nd Fl.
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com