**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. | : | |
| -and- | : | |
| ENERGY FUTURE INTERMEDIATE | : | |
| HOLDING COMPANY, LLC | : | Adv. Pro. No. 17-50942 (CSS) |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| NEXTERA ENERGY, INC. | : | |
| | : | |
| *Defendant*. | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 19, 2017 STARTING AT 10:00 A.M. (EDT)[2]**

**I.   UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION:**

1. Motion of the EFH/EFIH Debtors for Order Authorizing the EFH/EFIH Debtors to Consent to Oncor's Entry into the Sharyland Merger Agreement [D.I. 11837; filed August 29, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The September 19, 2017 (the "September 19th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT). Any person who wishes to appear telephonically at the September 19th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Monday, September 18, 2017** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

      Response/Objection Deadline:      September 12, 2017 at 4:00 p.m. (EDT)

      Responses/Objections Received:      None

      Related Documents:

    i.    Certification of No Objection Regarding "Motion of EFH/EFIH Debtors for Order Authorizing the EFH/EFIH Debtors to Consent to Oncor's Entry into the Sharyland Merger Agreement" [D.I. 11837] [D.I. 11900; filed September 13, 2017]

    Status: On September 13, 2017, the Debtors filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

2. Application of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to Retain and Employ Shaw Fishman Glantz & Towbin LLC as Special Delaware Counsel Effective *Nunc Pro Tunc* to August 14, 2017 [D.I. 11838; filed August 29, 2017]

      Response/Objection Deadline:      September 12, 2017 at 4:00 p.m. (EDT)

      Responses/Objections Received:      None at this time.

      Related Documents:

    i.    Notice of Substitution of Counsel for Debtors Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC [D.I. 11861; filed September 5, 2017]

    ii.    Certification of No Objection Regarding Application of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to Retain and Employ Shaw Fishman Glantz & Towbin LLC as Special Delaware Counsel Effective *Nunc Pro Tunc* to August 14, 2017 [D.I. 11901; filed September 14, 2017]

    Status: On September 14, 2017, the movant, Shaw Fishman Glantz & Towbin LLC, filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

## II.    CONTESTED MATTER GOING FORWARD:

3. The Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee [D.I. 11636; filed July 29, 2017]

      Response/Objection Deadline:      August 25, 2017 at 4:00 p.m. (EDT)

      Responses/Objections Received:

A.    Objection of NextEra Energy, Inc. to the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee [D.I. 11876; filed September 7, 2017]

B.    The Debtors' Objection to the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Docket No. 9584] Approving the NextEra Termination Fee [D.I. 11879; filed September 7, 2017]

      Related Documents:

i.    Declaration of Jeff Rosenbaum Filed in Support of the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee [D.I. 11637; filed July 29, 2017]

ii.    Declaration of Erin R. Fay Filed in Connection with the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee [D.I. 11638; filed July 29, 2017]

iii.    Certification of Counsel Concerning Stipulation and Order Regarding Elliott's Motion to Reconsider [D.I. 11708; filed August 10, 2017]

iv.    Stipulation and Order Regarding Elliott's Motion to Reconsider [D.I. 11716; filed August 10, 2017]

v.    Declaration of Howard Seife in Support of Objection of NextEra Energy, Inc. to the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee [D.I. 11878; filed September 7, 2017]

vi.    The Elliott Funds' Reply Supporting Their Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee [D.I. 11905; filed September 14, 2017]

      Status: The hearing on this matter will go forward on a contested basis.

### III.    CONTESTED MATTERS GOING FORWARD IN ADVERSARY PROCEEDING 17-50942:

4.    Motion of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure [Adv. D.I. 27; filed August

25, 2017]

Response/Objection Deadline:        September 8, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.  Plaintiffs' Objection to the Asbestos Objectors' Motion to Intervene [Adv. D.I. 43; filed September 8, 2017]

B.  Objection of NextEra Energy, Inc. to the Motion of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure [Adv. D.I. 45; filed September 8, 2017]

Related Documents:

i.  Application of NextEra Energy, Inc. for Payment of Administrative Claim [D.I. 11649; filed July 31, 2017]

ii.  Declaration of Howard Seife in Support of Application of NextEra Energy, Inc. for Payment of Administrative Claim [D.I. 11650; filed July 31, 2017]

iii.  Adversary Complaint [D.I. 11668/Adv. D.I. 1; filed August 3, 2017]

iv.  Stipulation and Order Regarding Elliott's Motion to Reconsider [D.I. 11716/Adv. D.I. 15; filed August 10, 2017]

v.  Order Consolidating Certain Termination Fee Proceedings and Setting a Rule 7016 Scheduling Conference [D.I. 11774/Adv. D.I. 21; filed August 18, 2017]

vi.  Answer of NextEra Energy, Inc. to the Complaint [Adv. D.I. 23; filed August 23, 2017]

vii.  Joint Discovery and Scheduling Report [Adv. D.I. 35; filed September 1, 2017]

viii.  First Amended Adversary Complaint [Adv. D.I. 41; filed August 7, 2017]

ix.  Joint Order Scheduling Hearing Dates and Deadlines and Establishing Protocols in Connection with Certain Termination Fee Procedures [Adv. D.I. 50; filed September 11, 2017]

x.  Reply in Support of Motion of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of

Bankruptcy Procedure (SEALED) [Adv. D.I. 64; filed September 14, 2017]

xi. Reply in Support of Motion of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure (REDACTED) [Adv. D.I. 65; filed September 14, 2017]

Status: The hearing on this matter will go forward on a contested basis.

5. Elliott's Motion to Intervene and for Derivative Standing [Adv. D.I. 28; filed August 25, 2017]

Response/Objection Deadline:     September 8, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. Memorandum of Law in Opposition to Elliott's Motion for Derivative Standing [Adv. D.I. 44; filed September 8, 2017]

B. Limited Objection of NextEra Energy, Inc. to Elliott's Motion to Intervene and for Derivative Standing [Adv. D.I. 46; filed September 8, 2017]

Related Documents:

i. Application of NextEra Energy, Inc. for Payment of Administrative Claim [D.I. 11649; filed July 31, 2017] *(see agenda #4-i)*

ii. Declaration of Howard Seife in Support of Application of NextEra Energy, Inc. for Payment of Administrative Claim [D.I. 11650; filed July 31, 2017] *(see agenda #4-ii)*

iii. Adversary Complaint [D.I. 11668/Adv. D.I. 1; filed August 3, 2017] *(see agenda #4-iii)*

iv. Stipulation and Order Regarding Elliott's Motion to Reconsider [D.I. 11716/Adv. D.I. 15; filed August 10, 2017] *(see agenda #4-iv)*

v. Order Consolidating Certain Termination Fee Proceedings and Setting a Rule 7016 Scheduling Conference [D.I. 11774/Adv. D.I. 21; filed August 18, 2017] *(see agenda #4-v)*

vi. Answer of NextEra Energy, Inc. to the Complaint [Adv. D.I. 23; filed August 23, 2017] *(see agenda #4-vi)*

vii. Memorandum of Law in Support of Elliott's Motion to Intervene and for Derivative Standing [Adv. D.I. 29; filed August 25, 2017]

5

RLF1 18121359v.1

viii. EFH Indenture Trustee's Joinder and Statement in Support of Elliott's Motion to Intervene and for Derivative Standing [Adv. D.I. 32; filed August 31, 2017]

ix. Joinder of UMB Bank, N.A. in Elliott's Motion to Intervene and for Derivative Standing [Adv. D.I. 33; filed August 31, 2017]

x. Joint Discovery and Scheduling Report [Adv. D.I. 35; filed September 1, 2017] *(see agenda #4-vii)*

xi. Stipulation and Order Granting the EFH/EFIH Committee's Intervention in the Adversary Proceeding [Adv. D.I. 36; filed September 5, 2017]

xii. First Amended Adversary Complaint [Adv. D.I. 41; filed August 7, 2017] *(see agenda #4-viii)*

xiii. Joint Order Scheduling Hearing Dates and Deadlines and Establishing Protocols in Connection with Certain Termination Fee Procedures [Adv. D.I. 50; filed September 11, 2017] *(see agenda #4-ix)*

xiv. Joinder and Statement of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. in Support of Elliott's Motion to Intervene and for Derivative Standing [D.I. 11902/Adv. D.I. 61; filed September 14, 2017]

xv. Reply in Support of Elliott's Motion to Intervene and for Derivative Standing [Adv. D.I. 63; filed September 14, 2017]

Status: The hearing on this matter will go forward on a contested basis.

[*Remainder of page intentionally left blank.*]

Dated: September 15, 2017
    Wilmington, Delaware                      */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

*Co-Counsel to the Debtors and Debtors in Possession With Respect to Agenda Items 1 & 3*

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com
        aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

-and-

*/s/ Thomas M. Horan*

**SHAW FISHMAN GLANTZ & TOWBIN LLC**
Thomas M. Horan (No. 4641)
300 Delaware Ave., Suite 1370
Wilmington, Delaware 19801
Telephone:     (302) 480-9412
Email:             thoran@shawfishman.com

*Proposed Special Conflicts Counsel to the Debtors and Debtors in Possession With Respect to Agenda Items 2, 4 & 5*