# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 10.30 | $4,471.50 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 12.20 | $10,322.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 1,397.30 | $1,196,868.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 299.00 | $263,952.00 |
| 12 | [ALL E-SIDE] Hearings | 123.80 | $93,341.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 118.40 | $39,623.00 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 5.90 | $3,961.50 |
| 18 | [ALL E-SIDE] Non-Working Travel | 54.60 | $52,612.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 863.20 | $930,563.00 |
| 29 | [ALL E-SIDE] Tax Issues | 97.60 | $130,388.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 0.90 | $829.50 |
| 82 | [EFH] Asset Dispositions and Purchases | 22.00 | $21,208.00 |
| | **Totals:** | **3,005.20** | **$2,748,140.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,099.78 |
| Standard Copies or Prints | $1,117.10 |
| Color Copies or Prints | $1,417.20 |
| Production Blowbacks | $751.20 |
| Outside Messenger Services | $228.63 |
| Local Transportation | $326.52 |
| Travel Expense | $7,964.76 |
| Airfare | $12,664.27 |
| Transportation to/from airport | $727.08 |
| Travel Meals | $842.14 |
| Other Travel Expenses | $347.00 |
| Court Reporter Fee/Deposition | $3,026.45 |
| Trial Office Expenses | $162.60 |
| Other Trial Expenses | $230.00 |
| Outside Printing Services | $13,792.98 |
| Outside Copy/Binding Services | $5,508.90 |
| Working Meals/K&E and Others | $200.00 |
| Catering Expenses | $1,236.00 |
| Outside Retrieval Service | $183.00 |
| Computer Database Research | $1,245.20 |
| Westlaw Research | $1,689.03 |
| Overtime Transportation | $949.02 |
| Overtime Meals - Attorney | $588.03 |
| Rental Expenses | $1,304.10 |
| **Total:** | **$57,600.99** |