# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 835.00 | 162.90 | $136,021.50 |
| Mary Brady | Associate | 2014 | Corporate - General | 835.00 | 2.20 | $1,837.00 |
| Maxwell Coll | Associate | 2016 | Litigation - General | 630.00 | 142.80 | $89,964.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 905.00 | 5.30 | $4,796.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 845.00 | 21.30 | $17,998.50 |
| Christopher Kochman | Associate | 2015 | Restructuring | 645.00 | 46.80 | $30,186.00 |
| Kevin McClelland | Associate | 2016 | Restructuring | 645.00 | 21.50 | $13,867.50 |
| David Moore | Associate | 2015 | Corporate - General | 735.00 | 74.80 | $54,978.00 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 735.00 | 19.30 | $14,185.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 1,040.00 | 48.20 | $50,128.00 |
| Matthew Smart | Associate | 2016 | Restructuring | 645.00 | 4.50 | $2,902.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 905.00 | 143.90 | $130,229.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 810.00 | 189.20 | $153,252.00 |
| David Thompson | Associate | 2013 | Corporate - M&A/Private Equity | 905.00 | 67.30 | $60,906.50 |
| McClain Thompson | Associate | 2014 | Litigation - General | 725.00 | 207.60 | $150,510.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 645.00 | 107.10 | $69,079.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 955.00 | 195.70 | $186,893.50 |
| Paul Basta, P.C. | Partner | 1993 | Restructuring | 1,475.00 | 0.50 | $737.50 |
| Stephen Butler | Partner | 2009 | Taxation | 1,065.00 | 0.30 | $319.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,475.00 | 98.90 | $145,877.50 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 8.50 | $9,307.50 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 44.70 | $43,135.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,525.00 | 3.80 | $5,795.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 137.30 | $136,613.50 |
| Warren Haskel | Partner | 2009 | Litigation - General | 995.00 | 2.60 | $2,587.00 |
| Chad J Husnick P.C. | Partner | 2004 | Restructuring | 1,165.00 | 141.40 | $164,731.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,155.00 | 2.30 | $2,656.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 92.90 | $137,027.50 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,225.00 | 0.20 | $245.00 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,425.00 | 2.50 | $3,562.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 41.00 | $66,625.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,325.00 | 54.10 | $71,682.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 150.90 | $177,307.50 |
| Dennis M Myers, P.C. | Partner | 1996 | Corporate - Capital Markets | 1,445.00 | 1.50 | $2,167.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 7.90 | $11,652.50 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 79.10 | $78,704.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Michael A Petrino | Partner | 2008 | Litigation - General | 995.00 | 41.80 | $41,591.00 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 41.60 | $45,552.00 |
| Jeffrey S Quinn | Partner | 1998 | Employee Benefits | 1,195.00 | 1.20 | $1,434.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,410.00 | 38.80 | $54,708.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 59.20 | $87,320.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 169.30 | $171,839.50 |
| Christine Strumpen-Darrie | Partner | 2003 | Corporate - Capital Markets | 975.00 | 7.00 | $6,825.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,075.00 | 3.30 | $3,547.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 11.30 | $14,633.50 |
| **Grand Total** | | | | | **2,704.30** | **$2,655,921.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Meg McCarthy | Junior Paralegal | 2.5 years | Litigation - General | 215.00 | 1.00 | $215.00 |
| Jonathon Merriman | Junior Paralegal | 1.5 years | Litigation - General | 230.00 | 26.70 | $6,141.00 |
| Colleen Caamano | Litigation Suppt Cons | 3.5 years | Litigation - General | 340.00 | 4.40 | $1,496.00 |
| Kenneth Gazda | Litigation Suppt Cons | 10.5 years | Litigation - General | 340.00 | 0.20 | $68.00 |
| Katelyn Ye | Litigation Suppt Cons | 9 years | Litigation - General | 340.00 | 0.30 | $102.00 |
| Jigna Dalal | Litigation Suppt Spec | 1 year | Litigation - General | 340.00 | 3.20 | $1,088.00 |
| Michael Chan | Other | 3 months | Admin Services | 210.00 | 16.50 | $3,465.00 |
| Stephen Garoutte | Other | 5 years | Admin Services | 265.00 | 12.20 | $3,233.00 |
| Allison Graybill | Other | 4 years | Admin Services | 265.00 | 6.00 | $1,590.00 |
| Leah Lancaster | Other | 1.5 years | Admin Services | 210.00 | 41.00 | $8,610.00 |
| Kenneth Sampson | Other | 4.5 years | Admin Services | 265.00 | 1.20 | $318.00 |
| Elaine Santucci | Other | 3.5 years | Admin Services | 235.00 | 3.00 | $705.00 |
| Cecilia Tesdahl | Other | 1 year | Admin Services | 295.00 | 4.60 | $1,357.00 |
| Kurt Wunderlich | Other | 11.5 years | Admin Services | 680.00 | 1.90 | $1,292.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 6.90 | $2,242.50 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 1.20 | $504.00 |
| Travis Langenkamp | Paralegal | 12.5 years | Litigation - General | 390.00 | 17.90 | $6,981.00 |
| Adrienne Levin | Paralegal | 10 years | Litigation - General | 370.00 | 8.60 | $3,182.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 42.60 | $14,484.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 39.50 | $12,837.50 |
| Kenneth Sturek | Paralegal | 16 years | Litigation - General | 390.00 | 33.20 | $12,948.00 |
| Joshua Urban | Trial Tech Specialist | 4 years | Litigation - General | 325.00 | 28.80 | $9,360.00 |
| **Grand Total** | | | | | **300.90** | **$92,219.00** |

| Total Fees Requested | $ |
|---|---|