# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $1,099.78 |
| Standard Copies or Prints | $1,027.20 |
| Color Copies or Prints | $1,083.30 |
| Production Blowbacks | $751.20 |
| Outside Messenger Services | $228.63 |
| Local Transportation | $326.52 |
| Travel Expense | $7,964.76 |
| Airfare | $12,664.27 |
| Transportation to/from airport | $727.08 |
| Travel Meals | $842.14 |
| Other Travel Expenses | $347.00 |
| Court Reporter Fee/Deposition | $3,026.45 |
| Trial Office Expenses | $162.60 |
| Other Trial Expenses | $230.00 |
| Outside Printing Services | $13,792.98 |
| Outside Copy/Binding Services | $5,508.90 |
| Working Meals/K&E and Others | $200.00 |
| Catering Expenses | $1,236.00 |
| Outside Retrieval Service | $183.00 |
| Computer Database Research | $1,245.20 |
| Westlaw Research | $1,689.03 |
| Overtime Transportation | $949.02 |
| Overtime Meals - Attorney | $588.03 |
| Rental Expenses | $1,304.10 |
| **Total:** | **$57,177.19** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $2.50 |
| Color Copies or Prints | $23.70 |
| **Total:** | **$26.20** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $87.40 |
| Color Copies or Prints | $310.20 |
| **Total:** | **$397.60** |