# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

September 15, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5167351**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**

For legal services rendered through July 31, 2017
(see attached Description of Legal Services for detail)                    $ .00

For expenses incurred through July 31, 2017
(see attached Description of Expenses for detail)                          $ 57,177.19

Total legal services rendered and expenses incurred                       $ 57,177.19

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 1/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf calls. | 8.60 |
| 2/28/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Telephone conference(s) | 31.33 |
| 4/30/17 | Mark McKane, Internet, Board meeting | 7.99 |
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (NT), Teleconference, Teleconferencing | 1.30 |
| 4/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 15.10 |
| 5/01/17 | Mark McKane, Internet, Board meeting | 8.65 |
| 5/24/17 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 5/24/2017 | 20.00 |
| 5/30/17 | FLIK, Catering Expenses, Client Meeting (15), Yenamandra, Aparna, 5/30/2017 | 300.00 |
| 5/30/17 | FLIK, Catering Expenses, Client Meeting (6), Yenamandra, Aparna, 5/30/2017 | 120.00 |
| 5/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Outside teleconference vendor | 8.33 |
| 5/31/17 | FLIK, Catering Expenses, Client Meeting (12), Yenamandra, Aparna, 5/31/2017 | 96.00 |
| 5/31/17 | FLIK, Catering Expenses, Client Meeting (12), Yenamandra, Aparna, 5/31/2017 | 240.00 |
| 5/31/17 | FLIK, Catering Expenses, Client Meeting (15), Yenamandra, Aparna, 5/31/2017 | 300.00 |
| 5/31/17 | FLIK, Catering Expenses, Client Meeting (15), Yenamandra, Aparna, 5/31/2017 | 120.00 |
| 5/31/17 | SEAMLESS NORTH AMERICA LLC, Patrick Venter, Overtime Meals - Attorney, 5/31/2017 | 20.00 |
| 6/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, KOCHMAN,CHRISTOPHER, 6/1/2017 | 35.18 |
| 6/01/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 33.50 |
| 6/01/17 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 6/1/2017 | 17.27 |
| 6/02/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Chad J Husnick, P.C., 6/2/201717, ORD to Glen Ellyn, IL | 75.00 |
| 6/02/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, KOCHMAN,CHRISTOPHER, 6/2/2017 | 64.07 |
| 6/02/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.88 |
| 6/02/17 | SEAMLESS NORTH AMERICA LLC, Christopher Kochman, Overtime Meals - Attorney, 6/2/2017 | 20.00 |
| 6/02/17 | SEAMLESS NORTH AMERICA LLC, Rebecca Blake Chaikin Overtime Meals - Attorney, 6/2/2017 | 20.00 |
| 6/04/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, KOCHMAN,CHRISTOPHER, 6/4/2017 | 41.46 |
| 6/05/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 24.96 |
| 6/06/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 30.35 |
| 6/07/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 25.38 |
| 6/08/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.75 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 6/09/17 | VITAL TRANSPORTATION INC, Passenger: HUSNICK,CHAD Transportation to/from airport, Date: 5/30/2017, LGA to New York, NY | 54.60 |
| 6/09/17 | VITAL TRANSPORTATION INC, Passenger: HUSNICK,CHAD JOHN, Transportation to/from airport, Date: 6/1/2017, New York, NY to New Jersey Airport | 75.00 |
| 6/09/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (TP), Transportation to/from Airport, CHAD JOHN HUSNICK pick up at San Antonio Airport   San Antonio TX and drop off at SAN ANTONIO 420 W MARKET ST SAN ANTONIO TX | 75.00 |
| 6/10/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 28.55 |
| 6/11/17 | Rebecca Chaikin, Taxi, Overtime taxi after midnight on 6/10. | 31.56 |
| 6/11/17 | E-DEC LIMOUSINE & BUS CORP - 138 LAMBERT AVENUE (TP), Overtime Transportation, Overtime Car Service Charges | 95.09 |
| 6/12/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 6/12/2017 | 20.73 |
| 6/12/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 6/12/2017 | 12.83 |
| 6/12/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ESAYIAN,LISA G, 6/12/2017 | 20.86 |
| 6/12/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 14.15 |
| 6/13/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 6/13/2017 | 97.37 |
| 6/13/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 6/13/2017 | 18.40 |
| 6/13/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 28.55 |
| 6/14/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 6/14/2017 | 218.19 |
| 6/14/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 6/14/2017 | 75.28 |
| 6/15/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 6/15/2017 | 20.73 |
| 6/15/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 6/15/2017 | 18.40 |
| 6/16/17 | Rebecca Chaikin, Internet, Inflight wifi. | 5.00 |
| 6/16/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 6/16/2017 | 386.43 |
| 6/16/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 6/16/2017 | 18.40 |
| 6/18/17 | E-CROWN DELIVERY & LOGISTICS - PO BOX 76, MIDTOWN STATION (NT), Outside Messenger Service, Courier Deliveries | 69.30 |
| 6/18/17 | E-CROWN DELIVERY & LOGISTICS - PO BOX 76, MIDTOWN STATION (NT), Outside Messenger Service, Night Courier Delivery | 46.20 |
| 6/18/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 6/18/2017 | 18.40 |
| 6/18/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Venter Patrick 06/15/2017 | 18.05 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 6/18/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Venter Patrick 06/12/2017 | 20.00 |
| 6/18/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Rudewicz Daniel 06/13/2017 | 20.00 |
| 6/18/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Venter Patrick 06/05/2017 | 18.05 |
| 6/18/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 06/07/2017 | 20.00 |
| 6/19/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 6/19/2017 | 70.35 |
| 6/19/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THAPER,SHARAD, 6/19/2017 | 103.65 |
| 6/19/17 | Daniel Rudewicz, Overtime Meals - Attorney, overtime meal. | 20.00 |
| 6/21/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 6/21/2017 | 20.73 |
| 6/21/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 6/21/2017 | 282.46 |
| 6/21/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THAPER,SHARAD, 6/21/2017 | 41.46 |
| 6/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 6/22/2017 | 20.73 |
| 6/22/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 31.00 |
| 6/23/17 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| 6/23/17 | Chad Husnick, Airfare, Philadelphia, PA 06/26/2017 to 06/26/2017, Restructuring, ORD to PHL | 875.40 |
| 6/23/17 | EUREST DINING SERVICES (CAFE 300), Catering Expenses, Energy Future Competitive Holdings, Husnick, Chad J, 6/23/2017 | 60.00 |
| 6/26/17 | Chad Husnick, Transportation To/From Airport, Restructuring Wilmington to PHL | 93.63 |
| 6/26/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.25 |
| 6/27/17 | Marc Kieselstein, Airfare, Dallas, TX 06/29/2017 to 06/30/2017, Mtg with client. ORD to DFW to ORD | 1,060.74 |
| 6/27/17 | Marc Kieselstein, Agency Fee, Mtg with client. | 58.00 |
| 6/27/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 42.07 |
| 6/27/17 | Maxwell Coll, Taxi, Overtime. | 9.73 |
| 6/28/17 | E-CT CORPORATION - PO BOX 4349 (NT), Outside Retrieval Service, Doc retrieval | 183.00 |
| 6/28/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THAPER,SHARAD, 6/28/2017 | 41.46 |
| 6/29/17 | Marc Kieselstein, Lodging, Dallas, TX 06/29/2017 to 06/30/2017, Mtg with client. | 287.00 |
| 6/29/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Certified and Electronic Transcripts, etc. | 210.25 |
| 6/29/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THAPER,SHARAD, 6/29/2017 | 41.46 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Telephone conference. | 11.05 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference. | 12.06 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 13.04 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 118.13 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences with clients. | 33.25 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, conf calls | 5.64 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Outside teleconference | 31.89 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference. | 5.54 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences with clients. | 15.04 |
| 6/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, D. Thompson telephone conference. | 5.18 |
| 6/30/17 | Marc Kieselstein, Travel Meals, Dallas, TX Mtg with client. (1) Dinner | 35.73 |
| 6/30/17 | Marc Kieselstein, Travel Meals, Dallas, TX. (1) Lunch | 40.00 |
| 6/30/17 | Marc Kieselstein, Parking, Chicago, IL Mtg with client. | 45.00 |
| 6/30/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 36.96 |
| 7/02/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 27.96 |
| 7/02/17 | Jeffrey Quinn, Taxi, Overtime travel expense reimbursement - took taxi home from office | 11.00 |
| 7/02/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Venter Patrick 06/22/2017 | 20.00 |
| 7/02/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Kochman Christopher 06/27/2017 | 20.00 |
| 7/02/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Venter Patrick 06/19/2017 | 20.00 |
| 7/02/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Venter Patrick 06/29/2017 | 20.00 |
| 7/02/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 06/29/2017 | 20.00 |
| 7/02/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 06/20/2017 | 19.25 |
| 7/02/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Orren Robert 06/27/2017 | 20.00 |
| 7/02/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 06/28/2017 | 20.00 |
| 7/02/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 06/21/2017 | 20.00 |
| 7/03/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.16 |
| 7/04/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 26.16 |
| 7/05/17 | Standard Prints | 3.20 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| 7/05/17 | Standard Prints | 23.60 |
|---------|-----------------|-------|
| 7/05/17 | Standard Prints | 7.40 |
| 7/05/17 | Standard Prints | .20 |
| 7/05/17 | Standard Prints | 10.80 |
| 7/05/17 | Standard Prints | 1.60 |
| 7/05/17 | Standard Prints | .60 |
| 7/05/17 | Standard Prints | 2.90 |
| 7/05/17 | Standard Prints | 17.90 |
| 7/05/17 | Standard Prints | 5.20 |
| 7/05/17 | Standard Prints | 3.80 |
| 7/05/17 | Standard Prints | 5.20 |
| 7/05/17 | Color Prints | 1.50 |
| 7/05/17 | Color Prints | 1.50 |
| 7/05/17 | Color Prints | 2.10 |
| 7/05/17 | Color Prints | 1.80 |
| 7/05/17 | Color Prints | 2.70 |
| 7/05/17 | Color Prints | 2.70 |
| 7/05/17 | Color Prints | 2.70 |
| 7/05/17 | Color Prints | .90 |
| 7/05/17 | Color Prints | .90 |
| 7/05/17 | Color Prints | 3.30 |
| 7/05/17 | Color Prints | 6.00 |
| 7/05/17 | Color Prints | 3.30 |
| 7/05/17 | Color Prints | 2.70 |
| 7/05/17 | Color Prints | .30 |
| 7/05/17 | Color Prints | 13.20 |
| 7/05/17 | Color Prints | 2.40 |
| 7/05/17 | Color Prints | .90 |
| 7/05/17 | Color Prints | .30 |
| 7/05/17 | Color Prints | 2.40 |
| 7/05/17 | Color Prints | 2.70 |
| 7/05/17 | Color Prints | 2.70 |
| 7/05/17 | Color Prints | 1.20 |
| 7/05/17 | Color Prints | .90 |
| 7/05/17 | Color Prints | .30 |
| 7/05/17 | Color Prints | 1.20 |
| 7/05/17 | Color Prints | .30 |
| 7/05/17 | Color Prints | .30 |
| 7/05/17 | Color Prints | 1.80 |
| 7/05/17 | Color Prints | 29.70 |
| 7/05/17 | Color Prints | 2.40 |
| 7/05/17 | Color Prints | .30 |
| 7/05/17 | Color Prints | 2.10 |
| 7/05/17 | Color Prints | 3.90 |
| 7/05/17 | Color Prints | 2.40 |
| 7/05/17 | Color Prints | 1.50 |
| 7/05/17 | Color Prints | .30 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 7/05/17 | Color Prints | .90 |
| 7/05/17 | Color Prints | 1.80 |
| 7/05/17 | Color Prints | 6.90 |
| 7/05/17 | Color Prints | 1.50 |
| 7/05/17 | Color Prints | 6.30 |
| 7/05/17 | Color Prints | 19.80 |
| 7/05/17 | Color Prints | 26.70 |
| 7/05/17 | Color Prints | .60 |
| 7/05/17 | Color Prints | 2.10 |
| 7/05/17 | Color Prints | 2.40 |
| 7/05/17 | Color Prints | 2.40 |
| 7/05/17 | Color Prints | 28.20 |
| 7/05/17 | Color Prints | 4.20 |
| 7/05/17 | Color Prints | .30 |
| 7/05/17 | Color Prints | .30 |
| 7/05/17 | McClain Thompson, Taxi, Overtime taxi. | 20.16 |
| 7/05/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.76 |
| 7/05/17 | McClain Thompson, Overtime Meals - Attorney. | 18.23 |
| 7/05/17 | Anna Terteryan, Overtime Meals - Attorney, OT Meal. | 20.00 |
| 7/06/17 | Robert Orren, Teleconference, Telephonic hearing. | 30.00 |
| 7/06/17 | Standard Prints | .20 |
| 7/06/17 | Standard Prints | .20 |
| 7/06/17 | Standard Prints | 6.50 |
| 7/06/17 | Standard Prints | 27.70 |
| 7/06/17 | Standard Prints | .20 |
| 7/06/17 | Standard Prints | 2.60 |
| 7/06/17 | Color Prints | .90 |
| 7/06/17 | Color Prints | .30 |
| 7/06/17 | Color Prints | .60 |
| 7/06/17 | Color Prints | 5.70 |
| 7/06/17 | Color Prints | 5.70 |
| 7/06/17 | Color Prints | 2.40 |
| 7/06/17 | Color Prints | 2.40 |
| 7/06/17 | Color Prints | 1.50 |
| 7/06/17 | Color Prints | 1.20 |
| 7/06/17 | Color Prints | 6.30 |
| 7/06/17 | Color Prints | 15.00 |
| 7/06/17 | Color Prints | 6.60 |
| 7/06/17 | Andrew McGaan, Agency Fee, 1/2 price of Agency Fee re Airfare return portion from NYC to ORD, for EFH client meeting | 29.00 |
| 7/06/17 | PACER SERVICE CENTER, Computer Database Research, 4/17 - 6/17 | 447.50 |
| 7/06/17 | PACER SERVICE CENTER, Computer Database Research, 4/17 - 6/17 | .50 |
| 7/06/17 | PACER SERVICE CENTER, Computer Database Research, 4/17 - 6/17 | 1.10 |
| 7/06/17 | PACER SERVICE CENTER, Computer Database Research, 4/17 - 6/17 | 47.10 |
| 7/06/17 | PACER SERVICE CENTER, Computer Database Research, 4/17 - 6/17 | 24.00 |
| 7/06/17 | PACER SERVICE CENTER, Computer Database Research, 4/17 - 6/17 | 3.00 |
| 7/06/17 | McClain Thompson, Taxi, Overtime taxi. | 20.15 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 7/06/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.16 |
| 7/06/17 | McClain Thompson, Overtime Meals - Attorney. | 12.75 |
| 7/07/17 | Standard Prints | .10 |
| 7/07/17 | Standard Prints | 39.80 |
| 7/07/17 | Standard Prints | .50 |
| 7/07/17 | Standard Prints | 2.80 |
| 7/07/17 | Maxwell Coll, Taxi, OT Overtime taxi | 10.71 |
| 7/07/17 | McClain Thompson, Taxi, Overtime taxi | 19.56 |
| 7/07/17 | McClain Thompson, Overtime Meals - Attorney | 13.25 |
| 7/10/17 | Standard Prints | .60 |
| 7/10/17 | Standard Prints | 1.80 |
| 7/10/17 | Standard Prints | .20 |
| 7/10/17 | Color Prints | 6.00 |
| 7/11/17 | Standard Prints | .60 |
| 7/11/17 | Standard Prints | .80 |
| 7/11/17 | Standard Prints | 1.10 |
| 7/11/17 | Standard Prints | 2.40 |
| 7/11/17 | Standard Prints | 1.40 |
| 7/11/17 | Standard Prints | .40 |
| 7/11/17 | Standard Prints | .90 |
| 7/11/17 | Color Prints | 11.40 |
| 7/11/17 | Chad Husnick, Airfare, Philadelphia, PA 07/11/2017 to 07/13/2017, Restructuring, LGA to ORD | 814.40 |
| 7/11/17 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| 7/11/17 | Chad Husnick, Rail, New York, NY 07/11/2017 to 07/13/2017, Restructuring, Wilmington to Penn Station | 111.00 |
| 7/11/17 | Chad Husnick, Parking, Chicago, IL Restructuring | 122.00 |
| 7/11/17 | E-CLEAR DISCOVERY LLC - 268 BUSH ST #4227 (TP), Outside Printing Services, Oversized printing and mounting. | 151.90 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 6/8/2017 | 17.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 6/1/2017 | 149.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 6/12/2017 | 17.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 6/20/2017 | 21.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 6/28/2017 | 17.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 6/5/2017 | 5.00 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 6/6/2017 | 20.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 6/13/2017 | 166.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 6/19/2017 | 23.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 6/21/2017 | 8.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 6/22/2017 | 20.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Patrick Venter on 6/23/2017 | 5.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Patrick Venter on 6/25/2017 | 166.00 |
| 7/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Hannah Kupsky on 6/9/2017 | 88.00 |
| 7/11/17 | McClain Thompson, Taxi, Overtime taxi | 19.55 |
| 7/11/17 | Maxwell Coll, Taxi, OT Transportation | 9.43 |
| 7/11/17 | McClain Thompson, Overtime Meals - Attorney | 13.28 |
| 7/12/17 | Standard Prints | 1.50 |
| 7/12/17 | Standard Prints | 5.80 |
| 7/12/17 | Standard Prints | 1.10 |
| 7/12/17 | Standard Prints | .70 |
| 7/12/17 | Color Prints | .60 |
| 7/12/17 | Chad Husnick, Taxi, Restructuring | 23.50 |
| 7/12/17 | Chad Husnick, Lodging, Wilmington DE 07/11/2017 to 07/12/2017, Restructuring | 350.00 |
| 7/12/17 | Chad Husnick, Travel Meals, Wilmington DE Restructuring (1) Dinner | 40.00 |
| 7/12/17 | Chad Husnick, Working Meal/K&E | 40.00 |
| 7/12/17 | Chad Husnick, Working Meal/K&E, Patrick Venter | 80.00 |
| 7/12/17 | Chad Husnick, Working Meal/K&E Patrick Venter | 80.00 |
| 7/12/17 | Chad Husnick, Taxi, Restructuring | 9.02 |
| 7/13/17 | Standard Prints | .30 |
| 7/13/17 | Standard Prints | 1.50 |
| 7/13/17 | Standard Prints | 3.80 |
| 7/13/17 | Standard Prints | 3.90 |
| 7/13/17 | Standard Prints | 7.40 |
| 7/13/17 | Color Prints | 1.80 |
| 7/13/17 | Color Prints | 1.50 |
| 7/13/17 | Color Prints | 1.50 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 7/13/17 | Chad Husnick, Lodging, New York, NY 07/12/2017 to 07/13/2017, Restructuring | 500.00 |
| 7/13/17 | Chad Husnick, Airfare, Chicago, IL 07/11/2017 to 07/13/2017, Restructuring ORD to PHL | 662.00 |
| 7/13/17 | Chad Husnick, Transportation To/From Airport, Restructuring, New York to LGA | 70.55 |
| 7/13/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Transcription Costs, etc. | 464.50 |
| 7/13/17 | Chad Husnick, Taxi, Restructuring | 9.02 |
| 7/13/17 | Anna Terteryan, Overtime Meals - Attorney, OT Meal. | 20.00 |
| 7/14/17 | Standard Prints | 1.90 |
| 7/14/17 | Standard Prints | 5.90 |
| 7/14/17 | Standard Prints | 3.00 |
| 7/14/17 | Standard Prints | .80 |
| 7/14/17 | Standard Prints | 1.10 |
| 7/14/17 | Standard Prints | 17.80 |
| 7/14/17 | Standard Prints | 1.70 |
| 7/14/17 | Standard Prints | 40.00 |
| 7/14/17 | Color Prints | 1.80 |
| 7/14/17 | Color Prints | .60 |
| 7/14/17 | Color Prints | 2.10 |
| 7/14/17 | Color Prints | 1.20 |
| 7/14/17 | Color Prints | .30 |
| 7/14/17 | Color Prints | 1.20 |
| 7/14/17 | Color Prints | .30 |
| 7/14/17 | Color Prints | 1.20 |
| 7/14/17 | Color Prints | 1.20 |
| 7/14/17 | Color Prints | .30 |
| 7/15/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Sexton Anthony 43505 Exempt Billable meal | 15.67 |
| 7/16/17 | Anna Terteryan, Internet, Wi-fi on the plane. | 8.00 |
| 7/16/17 | E-CROWN DELIVERY & LOGISTICS - PO BOX 76, MIDTOWN STATION (NT), Outside Messenger Service, Courier Delivery | 30.80 |
| 7/16/17 | Anna Terteryan, Taxi, OT Transportation. | 6.81 |
| 7/16/17 | Anna Terteryan, Overtime Meals - Attorney, OT Meal. | 13.57 |
| 7/17/17 | Standard Copies or Prints | .40 |
| 7/17/17 | Standard Prints | 4.00 |
| 7/17/17 | Standard Prints | 2.20 |
| 7/17/17 | Standard Prints | .50 |
| 7/17/17 | Standard Prints | 2.10 |
| 7/17/17 | Standard Prints | 27.70 |
| 7/17/17 | Color Prints | .90 |
| 7/17/17 | Color Prints | 2.40 |
| 7/17/17 | Color Prints | .60 |
| 7/17/17 | Color Prints | .60 |
| 7/17/17 | Color Prints | .30 |
| 7/17/17 | Color Prints | .60 |
| 7/17/17 | Color Prints | 1.20 |
| 7/17/17 | Color Prints | .60 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 7/17/17 | Color Prints | .60 |
| 7/17/17 | Color Prints | 1.80 |
| 7/17/17 | Color Prints | .90 |
| 7/17/17 | Color Prints | .30 |
| 7/17/17 | Color Prints | 1.50 |
| 7/17/17 | Color Prints | .60 |
| 7/17/17 | Color Prints | 1.80 |
| 7/17/17 | Color Prints | .30 |
| 7/17/17 | Color Prints | .30 |
| 7/18/17 | Standard Prints | 1.10 |
| 7/18/17 | Standard Prints | 14.00 |
| 7/18/17 | Standard Prints | 2.20 |
| 7/18/17 | Standard Prints | 4.50 |
| 7/18/17 | Color Prints | 1.20 |
| 7/18/17 | Color Prints | .90 |
| 7/18/17 | Color Prints | 3.30 |
| 7/18/17 | Color Prints | 3.30 |
| 7/18/17 | Maxwell Coll, Taxi, OT Transportation | 9.19 |
| 7/19/17 | Standard Prints | 21.60 |
| 7/19/17 | Standard Prints | 1.90 |
| 7/19/17 | Standard Prints | 2.80 |
| 7/19/17 | Standard Prints | 2.80 |
| 7/19/17 | Standard Prints | 2.80 |
| 7/19/17 | Standard Prints | 13.30 |
| 7/19/17 | Standard Prints | .90 |
| 7/19/17 | Color Prints | .60 |
| 7/19/17 | Color Prints | 1.20 |
| 7/19/17 | Color Prints | 1.80 |
| 7/19/17 | Color Prints | .90 |
| 7/19/17 | Color Prints | 1.50 |
| 7/19/17 | Color Prints | 1.50 |
| 7/19/17 | Color Prints | 4.80 |
| 7/19/17 | Maxwell Coll, Taxi, OT transportation | 16.10 |
| 7/20/17 | Standard Copies or Prints | .20 |
| 7/20/17 | Standard Prints | 4.80 |
| 7/20/17 | Standard Prints | 24.80 |
| 7/20/17 | Standard Prints | 2.40 |
| 7/20/17 | Standard Prints | .20 |
| 7/20/17 | Standard Prints | .10 |
| 7/20/17 | McClain Thompson, Taxi, Overtime taxi | 23.75 |
| 7/20/17 | McClain Thompson, Overtime Meals - Overtime | 8.66 |
| 7/20/17 | Justin Sowa, Overtime Meals - Attorney, OT Meal. | 20.00 |
| 7/21/17 | Robert Orren, Teleconference, Telephonic hearing. | 44.00 |
| 7/21/17 | Beth Friedman, Teleconference, CourtCall re Telephonic Hearing; Inv # 027907670664 | 44.00 |
| 7/21/17 | Beth Friedman, Teleconference, CourtCall re Telephonic Hearing; Inv # 027904977112 | 44.00 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 7/21/17 | Standard Prints | 23.30 |
| 7/21/17 | Standard Prints | 2.50 |
| 7/21/17 | Standard Prints | .10 |
| 7/21/17 | Standard Prints | 2.20 |
| 7/21/17 | Standard Prints | .30 |
| 7/21/17 | Standard Prints | 1.10 |
| 7/21/17 | Color Prints | 1.20 |
| 7/21/17 | Color Prints | .90 |
| 7/21/17 | Color Prints | .60 |
| 7/21/17 | Color Prints | .30 |
| 7/21/17 | Color Prints | .30 |
| 7/21/17 | Color Prints | .30 |
| 7/21/17 | Color Prints | 5.70 |
| 7/21/17 | Color Prints | 1.80 |
| 7/21/17 | Color Prints | 1.50 |
| 7/21/17 | Color Prints | .60 |
| 7/21/17 | Color Prints | .90 |
| 7/21/17 | Color Prints | .30 |
| 7/21/17 | Color Prints | .60 |
| 7/21/17 | Color Prints | .30 |
| 7/21/17 | Color Prints | .60 |
| 7/21/17 | Color Prints | .30 |
| 7/21/17 | Color Prints | .30 |
| 7/21/17 | Color Prints | 2.40 |
| 7/21/17 | Color Prints | 3.60 |
| 7/21/17 | Color Prints | 4.80 |
| 7/21/17 | Marc Kieselstein, Airfare, New York, NY 07/24/2017 to 07/25/2017, Meeting with client. ORD to LGA | 350.90 |
| 7/21/17 | Marc Kieselstein, Agency Fee, Meeting with client. | 58.00 |
| 7/21/17 | Marc Kieselstein, Airfare, Chicago, IL 07/25/2017 to 07/27/2017, Meeting with client. ORD to PHL | 330.89 |
| 7/21/17 | Marc Kieselstein, Rail, Delaware 07/25/2017 to 07/25/2017, Meeting with client. Penn Station to Wilmington Railway | 130.00 |
| 7/21/17 | Marc Kieselstein, Agency Fee, Meeting with client. | 58.00 |
| 7/21/17 | Andrew McGaan, Agency Fee, Agency Fee for Amtrak Train from Chicago to Wilmington | 10.00 |
| 7/22/17 | Josh Urban, Airfare, Philadelphia, PA 07/25/2017 to 07/25/2017, Flight from Chicago to Philadelphia | 362.20 |
| 7/22/17 | McClain Thompson, Taxi, Overtime taxi. | 24.65 |
| 7/22/17 | McClain Thompson, Overtime Meals - Attorney | 20.00 |
| 7/22/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Terteryan Anna Exempt 12 Hours | 20.00 |
| 7/23/17 | E-COMET MESSENGER SERVICE INC - PO BOX A3426 (NT) Outside Messenger Service, 300 N LA SALLE to 4732 N PAULINA 07/21/2017 | 42.35 |
| 7/23/17 | Maxwell Coll, Airfare, Philadelphia, PA 07/24/2017 to 07/24/2017, EFH Hearing in Wilmington, DE.  Outbound flight from SFO to PHL. | 905.14 |
| 7/23/17 | Maxwell Coll, Agency Fee, EFH Hearing in Wilmington, DE.  Agency fee. | 58.00 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 7/23/17 | McClain Thompson, Rail, Wilmington, DE 07/25/2017 to 07/25/2017, Attend T. Horton deposition. (Amount includes ticket for Mark McKane (partner from SF). | 130.00 |
| 7/23/17 | McClain Thompson, Rail, Wilmington 07/25/2017 to 07/25/2017, Attend T. Horton deposition. (Ticket bought for Tony Horton client). | 130.00 |
| 7/23/17 | Chad Husnick, Airfare, New York, NY 07/24/2017 to 07/27/2017, Restructuring, ORD to LGA | 414.20 |
| 7/23/17 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| 7/23/17 | Jonathan Ganter, Airfare, Des Moines, Iowa 07/24/2017 to 07/25/2017, Deposition PHL to ORD to DSM to ORD to PHL | 1,077.60 |
| 7/23/17 | Jonathan Ganter, Agency Fee, Deposition | 58.00 |
| 7/23/17 | Ken Sturek, Rail, Wilmington, DE 07/25/2017 to 07/27/2017, Provide trial support for litigation team at evidentiary scheduling hearing in Wilmington, DE. | 120.00 |
| 7/24/17 | Maxwell Coll, Internet, EFH Hearing in Wilmington DE.  Inflight Wifi. | 19.99 |
| 7/24/17 | Standard Copies or Prints | .40 |
| 7/24/17 | Standard Prints | 4.60 |
| 7/24/17 | Standard Prints | 9.40 |
| 7/24/17 | Standard Prints | 5.70 |
| 7/24/17 | Standard Prints | 172.20 |
| 7/24/17 | Standard Prints | 5.60 |
| 7/24/17 | Standard Prints | 2.20 |
| 7/24/17 | Standard Prints | 5.00 |
| 7/24/17 | Standard Prints | 3.00 |
| 7/24/17 | Standard Prints | .10 |
| 7/24/17 | Color Prints | 6.00 |
| 7/24/17 | Color Prints | .60 |
| 7/24/17 | Color Prints | 7.20 |
| 7/24/17 | Color Prints | 392.40 |
| 7/24/17 | Color Prints | 25.20 |
| 7/24/17 | Color Prints | 21.60 |
| 7/24/17 | Color Prints | 10.80 |
| 7/24/17 | Color Prints | 43.20 |
| 7/24/17 | Color Prints | 154.80 |
| 7/24/17 | Color Prints | 15.90 |
| 7/24/17 | Production Blowbacks | 190.00 |
| 7/24/17 | Production Blowbacks | 481.00 |
| 7/24/17 | Maxwell Coll, Lodging, Wilmington, DE 07/24/2017 to 07/27/2017, EFH Hearing in Wilmington, DE. Hotel Accommodations. | 350.00 |
| 7/24/17 | Jonathan Ganter, Lodging, Des Moines, Iowa 07/24/2017 to 07/25/2017, Deposition | 245.28 |
| 7/24/17 | Marc Kieselstein, Lodging, New York, NY 07/24/2017 to 07/25/2017, Meeting with client. | 500.00 |
| 7/24/17 | Maxwell Coll, Airfare, San Francisco, CA 07/27/2017 to 07/27/2017, EFH Hearing in Wilmington, DE.  Philadelphia to San Francisco. | 972.20 |
| 7/24/17 | Maxwell Coll, Agency Fee, EFH Hearing in Wilmington, DE.  Agency fee. | 58.00 |
| 7/24/17 | Kevin McClelland, Airfare, Chicago, IL 07/25/2017 to 07/25/2017, Hearing. ORD to PHL | 724.40 |
| 7/24/17 | Kevin McClelland, Agency Fee, Hearing. | 58.00 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 7/24/17 | Chad Husnick, Airfare, Chicago, IL 07/17/2017 to 07/27/2017, Restructuring PHL to ORD | 362.20 |
| 7/24/17 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| 7/24/17 | Chad Husnick, Rail, Wilmington, DE 07/25/2017 to 07/25/2017, Restructuring, Penn Station to Wilmington | 130.00 |
| 7/24/17 | Jonathan Ganter, Agency Fee, Deposition | 58.00 |
| 7/24/17 | Ken Sturek, Agency Fee, Provide trial support for litigation team at evidentiary scheduling hearing in Wilmington, DE. | 21.00 |
| 7/24/17 | Josh Urban, Airfare, Chicago, IL 07/27/2017 to 07/27/2017, Flight from Philadelphia to Chicago | 362.20 |
| 7/24/17 | Maxwell Coll, Transportation To/From Airport, EFH Hearing in Wilmington, DE. Uber to SFO. | 41.34 |
| 7/24/17 | Jonathan Ganter, Transportation To/From Airport, Deposition Iowa airport to Hotel | 20.00 |
| 7/24/17 | Maxwell Coll, Travel Meals, Wilmington, DE EFH Hearing in Wilmington, DE. (1) Dinner | 40.00 |
| 7/24/17 | Maxwell Coll, Travel Meals, Philadelphia, PA EFH Hearing in Wilmington, DE. In-flight lunch. (1) Lunch | 9.59 |
| 7/24/17 | Jonathan Ganter, Travel Meals, Des Moines, Iowa Deposition (1) Lunch | 27.26 |
| 7/24/17 | Jonathan Ganter, Travel Meals, Des Moines, IA Deposition (1) Dinner | 40.00 |
| 7/24/17 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. (1) Lunch | 26.12 |
| 7/24/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Certified & Electronic Transcripts, etc. | 205.70 |
| 7/24/17 | E-OMNIVERE LLC - PO BOX 71727 (TP), Outside Printing Services, OmniVere - 7/20 Outside printing | 5,061.08 |
| 7/24/17 | McClain Thompson, Taxi, Overtime taxi. | 20.08 |
| 7/24/17 | McClain Thompson, Taxi, Overtime taxi | 17.15 |
| 7/24/17 | Patrick Venter, Taxi, OT Taxi | 14.80 |
| 7/25/17 | Standard Prints | 2.00 |
| 7/25/17 | Standard Prints | 11.70 |
| 7/25/17 | Standard Prints | 4.40 |
| 7/25/17 | Color Prints | 6.30 |
| 7/25/17 | Color Prints | 6.30 |
| 7/25/17 | Patrick Venter, Taxi, Attending contested scheduling hearing regarding merger approval | 13.80 |
| 7/25/17 | Patrick Venter, Taxi, Attending contested scheduling hearing regarding merger approval | 12.00 |
| 7/25/17 | McClain Thompson, Taxi, Attend T. Horton deposition. | 9.64 |
| 7/25/17 | Ken Sturek, Taxi, Provide trial support for litigation team at evidentiary scheduling hearing in Wilmington, DE. | 10.00 |
| 7/25/17 | Maxwell Coll, Lodging, Wilmington, DE 07/24/2017 to 07/27/2017, EFH Hearing in Wilmington, DE. Hotel Accommodations. | 350.00 |
| 7/25/17 | Kevin McClelland, Lodging, Wilmington, DE 07/25/2017 to 07/26/2017, Hearing. | 350.00 |
| 7/25/17 | Patrick Venter, Lodging, Wilmington, DE 07/25/2017 to 07/26/2017, Attending contested scheduling hearing regarding merger approval | 350.00 |
| 7/25/17 | Marc Kieselstein, Lodging, Wilmington, DE 07/25/2017 to 07/27/2017, Meeting with client. | 350.00 |
| 7/25/17 | Anna Terteryan, Lodging, Wlington, DE 07/25/2017 to 07/27/2017, Depositions. | 350.00 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 7/25/17 | Chad Husnick, Lodging, New York, NY 07/24/2017 to 07/25/2017, Restructuring | 500.00 |
| 7/25/17 | Patrick Venter, Agency Fee, Attending contested scheduling hearing regarding merger approval | 10.00 |
| 7/25/17 | Patrick Venter, Rail, Wilminton, DE 07/25/2017 to 07/25/2017, Attending contested scheduling hearing regarding merger approval | 94.00 |
| 7/25/17 | Chad Husnick, Rail, Wilmington, DE 07/25/2017 to 07/25/2017, Restructuring | 4.00 |
| 7/25/17 | McClain Thompson, Rail, Wilmington 07/25/2017 to 07/26/2017, Attend T. Horton deposition. (Adjustment made for the difference of Tony Horton's (client) ticket). | 4.00 |
| 7/25/17 | McClain Thompson, Rail, Wilmington 07/25/2017 to 07/26/2017, Attend T. Horton deposition. (Adjustment made on tickets for me ($4 )and Mark McKane's ticket ($4). | 8.00 |
| 7/25/17 | Anna Terteryan, Rail, Wilmington, DE 07/25/2017 to 07/25/2017, Train from New York, NY to Wilmington, DE. Depositions. | 130.00 |
| 7/25/17 | Jonathan Ganter, Transportation To/From Airport, Deposition, Hotel to Iowa airport | 19.20 |
| 7/25/17 | Josh Urban, Transportation To/From Airport, Taxi from airport to hotel | 69.20 |
| 7/25/17 | Kevin McClelland, Travel Meals, Wilmington, DE Hearing. (1) Dinner | 19.50 |
| 7/25/17 | Patrick Venter, Travel Meals, Wilmington, DE Attending contested scheduling hearing regarding merger approval (1) Dinner | 40.00 |
| 7/25/17 | McClain Thompson, Travel Meals, NY Attend T. Horton deposition. TONY Horton-EFH, Mark McKane, Chad Husnick, Gus Maxwell (5) Lunch | 14.40 |
| 7/25/17 | Jonathan Ganter, Travel Meals, Philadelphia, PA Deposition (1) Breakfast | 7.83 |
| 7/25/17 | Jonathan Ganter, Travel Meals, Des Moines, IA Deposition (1) Lunch | 15.00 |
| 7/25/17 | Marc Kieselstein, Travel Meals, Wilmington, DE Meeting with client. (1) Lunch | 25.00 |
| 7/25/17 | Marc Kieselstein, Travel Meals, Wilmington, DE Meeting with client. (1) Dinner | 36.80 |
| 7/25/17 | Ken Sturek, Travel Meals, Wilmington, DE Provide trial support for litigation team at evidentiary scheduling hearing in Wilmington, DE. (1) Lunch | 22.87 |
| 7/25/17 | Josh Urban, Travel Meals, Ohare International (1) Breakfast | 12.60 |
| 7/25/17 | Josh Urban, Travel Meals, Wilmington, DE (1) Lunch | 9.50 |
| 7/25/17 | Anna Terteryan, Travel Meals, Wilimngton, DE Depositions. (1) Lunch | 17.00 |
| 7/25/17 | E-PARCELS INC - PO BOX 646 (NT), Outside Copy/Binding, Cost of printing copies of Elliott Exhibits for use at 7/26 Scheduling hearing | 689.40 |
| 7/25/17 | McClain Thompson, Taxi, Attend T. Horton deposition; draft T. Horton direct outline; review and analyze documents re same. | 15.96 |
| 7/26/17 | Standard Prints | 4.00 |
| 7/26/17 | Standard Prints | 8.10 |
| 7/26/17 | Production Blowbacks | 80.20 |
| 7/26/17 | Patrick Venter, Taxi, Attending contested scheduling hearing regarding merger approval | 8.75 |
| 7/26/17 | McClain Thompson, Taxi, Attend T. Horton deposition. | 13.37 |
| 7/26/17 | McClain Thompson, Taxi, Attend T. Horton deposition. | 10.19 |
| 7/26/17 | McClain Thompson, Taxi, Attend T. Horton deposition. | 9.30 |
| 7/26/17 | Maxwell Coll, Lodging, Wilmington, DE 07/24/2017 to 07/27/2017, EFH Hearing in Wilmington, DE. Hotel Accommodations. | 350.00 |
| 7/26/17 | Anna Terteryan, Lodging, Wlington, DE 07/25/2017 to 07/27/2017, Depositions. | 350.00 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 7/26/17 | McClain Thompson, Rail, Delaware 07/26/2017 to 07/27/2017, Attend T. Horton deposition. (Train tickets one for me and one for Tony Horton (client) back to NY | 260.00 |
| 7/26/17 | Marc Kieselstein, Airfare, New York, NY 07/27/2017 to 07/28/2017, Meeting with client. ORD to LGA | 701.80 |
| 7/26/17 | Marc Kieselstein, Agency Fee, Meeting with client. | 58.00 |
| 7/26/17 | Patrick Venter, Rail, New York, NY 07/26/2017 to 07/26/2017, Attending contested scheduling hearing regarding merger approval,  Washington DC to Penn Station | 118.00 |
| 7/26/17 | Ken Sturek, Rail, Baltimore, MD 07/26/2017 to 07/26/2017, Provide trial support for litigation team at evidentiary scheduling hearing in Wilmington, DE. | 47.00 |
| 7/26/17 | Andrew McGaan, Rail, Chicago to Wilmington 07/26/2017 to 07/26/2017, Train from Washington D.C. to Wilmington | 130.00 |
| 7/26/17 | Kevin McClelland, Transportation To/From Airport, Hearing. Wilmington, DE to PHL | 48.04 |
| 7/26/17 | Patrick Venter, Travel Meals, Wilmington, DE Attending contested scheduling hearing regarding merger approval. (1) Dinner | 19.25 |
| 7/26/17 | Chad Husnick, Travel Meals, Wilmington, DE Restructuring Tony Horton-EFH, Marc Kieselstein, Aparna Yenamandra, McClain Thompson, Bryan Stephany, Anna Terteryan (7) Dinner | 54.50 |
| 7/26/17 | Marc Kieselstein, Travel Meals, Wilmington, DE Meeting with client. (1) Breakfast | 3.00 |
| 7/26/17 | Ken Sturek, Travel Meals, Wilmington, DE Provide trial support for litigation team at evidentiary scheduling hearing in Wilmington, DE. (1) Dinner | 11.79 |
| 7/26/17 | Josh Urban, Travel Meals, Wilmington, DE (1) Dinner | 40.00 |
| 7/26/17 | Andrew McGaan, Travel Meals, Green Leaf's Lunch during travel to Philadelphia re EFH client meeting (1) Lunch | 18.53 |
| 7/26/17 | Ken Sturek, Parking, Baltimore, MD Provide trial support for litigation team at evidentiary scheduling hearing in Wilmington, DE. | 18.00 |
| 7/26/17 | E-PARCELS INC - PO BOX 646 (NT), Trial Office Expense, Purchase and delivery of hummus, carrots red bull, triscuits, peanuts at the request of A. Tertaryan and M. Thompson | 162.60 |
| 7/26/17 | E-PARCELS INC - PO BOX 646 (NT), Outside Printing Services, Cost of printing copies of DX exhibits for use at 7/26 Scheduling hearing | 8,580.00 |
| 7/26/17 | E-PARCELS INC - PO BOX 646 (NT), Outside Copy/Binding, Cost of printing copies of 10 copies of deposition transcripts for use at 7/26 hearing | 740.50 |
| 7/26/17 | E-PARCELS INC - PO BOX 646 (NT), Outside Copy/Binding, Cost of printing 10 copies of witness binders for Horton, Wood, and Goodman for use at 7/26 hearing | 4,079.00 |
| 7/27/17 | Michael Petrino, Internet, Meeting with Next Era | 14.95 |
| 7/27/17 | Standard Prints | .20 |
| 7/27/17 | Standard Prints | 1.80 |
| 7/27/17 | Standard Prints | 1.10 |
| 7/27/17 | Standard Prints | 180.20 |
| 7/27/17 | Standard Prints | .40 |
| 7/27/17 | Chad Husnick, Taxi, Restructuring | 75.00 |
| 7/27/17 | McClain Thompson, Taxi, Attend T. Horton deposition. | 8.90 |
| 7/27/17 | McClain Thompson, Taxi, Attend T. Horton deposition. | 13.55 |
| 7/27/17 | Michael Petrino, Taxi, Meeting with Next Era | 14.58 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 7/27/17 | Michael Petrino, Taxi, Meeting with Next Era | 14.76 |
| 7/27/17 | Marc Kieselstein, Lodging, New York, NY 07/27/2017 to 07/28/2017, Meeting with client. | 426.93 |
| 7/27/17 | Ken Sturek, Lodging, Wilmington, DE 07/25/2017 to 07/27/2017, Provide trial support for litigation team at evidentiary scheduling hearing in Wilmington, DE. | 429.04 |
| 7/27/17 | Josh Urban, Lodging, Wilmington, DE 07/25/2017 to 07/27/2017, Hotel and room charges | 536.80 |
| 7/27/17 | Chad Husnick, Lodging, Wilmington, DE 07/25/2017 to 07/27/2017, Restructuring | 700.00 |
| 7/27/17 | McClain Thompson, Lodging, Wilmington, DE 07/25/2017 to 07/26/2017, Attend T. Horton deposition. | 350.00 |
| 7/27/17 | Anna Terteryan, Rail, New York, NY 07/27/2017 to 07/27/2017, Train from Wilmington, DE to New York NY. Depositions. | 130.00 |
| 7/27/17 | Michael Petrino, Rail, New York, NY 07/27/2017 to 07/28/2017, Meeting with Next Era, Union Station, Washington D.C. to Penn Station | 130.00 |
| 7/27/17 | Michael Petrino, Agency Fee, Meeting with Next Era | 58.00 |
| 7/27/17 | Maxwell Coll, Transportation To/From Airport, EFH Hearing in Wilmington, DE. Uber from SFO to office. | 32.14 |
| 7/27/17 | Maxwell Coll, Travel Meals, Philadelphia, PA EFH Hearing in Wilmington, DE. (1) Breakfast | 7.35 |
| 7/27/17 | Maxwell Coll, Travel Meals, San Francisco, CA EFH Hearing in Wilmington, DE. (1) Lunch | 14.12 |
| 7/27/17 | McClain Thompson, Travel Meals, Delaware Attend T. Horton deposition. (3) Breakfast | 10.00 |
| 7/27/17 | McClain Thompson, Travel Meals, NY Attend T. Horton deposition. (1) Lunch | 2.71 |
| 7/27/17 | McClain Thompson, Travel Meals, Delaware Attend T. Horton deposition. (No itemized receipt available) (1) breakfast | 4.50 |
| 7/27/17 | McClain Thompson, Travel Meals, Wilmington Attend T. Horton deposition. (1) Lunch | 5.57 |
| 7/27/17 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. (1) Dinner | 40.00 |
| 7/27/17 | Josh Urban, Travel Meals, Philadelphia, PA (1) Lunch | 13.39 |
| 7/27/17 | Josh Urban, Travel Meals, Philadelphia, PA (1) Dinner | 21.36 |
| 7/27/17 | Anna Terteryan, Travel Meals, New York, NY Depositions. (1) Lunch | 22.00 |
| 7/27/17 | Michael Petrino, Travel Meals, New York, NY Meeting (1) Dinner | 40.00 |
| 7/27/17 | Marc Kieselstein, Parking, Chicago, IL Meeting with client. | 120.00 |
| 7/27/17 | E-PARCELS INC - PO BOX 646 (NT), Trial Expense - Other, Transport and delivery of boxes from RLF to court | 115.00 |
| 7/27/17 | E-PARCELS INC - PO BOX 646 (NT), Trial Expense - Other, Transport and delivery of boxes from Court to RLF | 115.00 |
| 7/27/17 | E-AQUIPT INC - PO BOX 37849 (TP), Rental Expenses RENTAL EXPENSES | 756.41 |
| 7/27/17 | E-AQUIPT INC - PO BOX 37849 (TP), Rental Expenses RENTAL EXPENSES | 456.41 |
| 7/27/17 | E-AQUIPT INC - PO BOX 37849 (TP), Rental Expenses RENTAL EXPENSES | 91.28 |
| 7/28/17 | Marc Kieselstein, Internet, Meeting with client. | 15.99 |
| 7/28/17 | Marc Kieselstein, Internet, Meeting with client. | 7.99 |
| 7/28/17 | Standard Prints | 7.60 |
| 7/28/17 | Standard Prints | 65.90 |
| 7/28/17 | Standard Prints | 16.50 |
| 7/28/17 | Standard Prints | 3.20 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| 7/28/17 | Standard Prints | .40 |
| 7/28/17 | Standard Prints | 2.80 |
| 7/28/17 | Standard Prints | 1.50 |
| 7/28/17 | Standard Prints | 3.00 |
| 7/28/17 | Standard Prints | .50 |
| 7/28/17 | Standard Prints | .10 |
| 7/28/17 | Standard Prints | 5.40 |
| 7/28/17 | Standard Prints | 30.10 |
| 7/28/17 | Standard Prints | 8.70 |
| 7/28/17 | Standard Prints | 2.40 |
| 7/28/17 | Standard Prints | 4.30 |
| 7/28/17 | Standard Prints | 14.50 |
| 7/28/17 | Color Prints | 3.30 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | 1.80 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | .60 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | 3.60 |
| 7/28/17 | Color Prints | .90 |
| 7/28/17 | Color Prints | .60 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | .60 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | 1.80 |
| 7/28/17 | Color Prints | 1.20 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | .90 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | 1.50 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | 1.80 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | .60 |
| 7/28/17 | Color Prints | 1.20 |
| 7/28/17 | Color Prints | .60 |
| 7/28/17 | Color Prints | .60 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | .90 |
| 7/28/17 | Color Prints | .60 |
| 7/28/17 | Color Prints | 4.80 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | .30 |
| 7/28/17 | Color Prints | 5.70 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 7/28/17 | E-GX GLOBAL INC - 500 5TH AVE (NT), Outside Messenger Service, Courier Rush Delivery | 39.98 |
| 7/28/17 | Michael Petrino, Taxi, Meeting | 31.56 |
| 7/28/17 | Michael Petrino, Taxi, Meeting | 25.91 |
| 7/28/17 | Michael Petrino, Lodging, New York, NY 07/27/2017 to 07/28/2017, Meeting with Next Era | 339.71 |
| 7/28/17 | Marc Kieselstein, Transportation To/From Airport, Meeting with client. LGA to NY | 53.38 |
| 7/28/17 | Marc Kieselstein, Travel Meals, New York, NY Meeting with client. (1) Lunch | 31.56 |
| 7/28/17 | Michael Petrino, Travel Meals, New York, NY Meeting with Next Era (1) Breakfast | 3.31 |
| 7/28/17 | Marc Kieselstein, Parking, Chicago, IL Meeting with client. | 42.00 |
| 7/28/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Electronic & Certified Transcripts Costs, etc. | 2,146.00 |
| 7/29/17 | McClain Thompson, Internet. | 14.99 |
| 7/30/17 | Rebecca Chaikin, Taxi, Taxi home from court. | 31.71 |
| 7/31/17 | Anna Terteryan, Internet, Wi-fi on the plane. | 36.99 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 8.92 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 5.50 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 1.39 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 4.62 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 5.86 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 5.77 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 6.03 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | .55 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 5.44 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 2.53 |

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 3.37 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 5.13 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 1.59 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 3.01 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 18.46 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | 4.75 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | .76 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference for McClain Thompson | .04 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (NT), Teleconference, Teleconference | 189.26 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Monthly Conference Calls - Jonathan Ganter | 7.12 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Teleconference. | 17.77 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls for David Thompson | 9.35 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Teleconference | 10.00 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 46.01 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, E-West Teleconference July 2017 | .69 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Teleconference Services- July 2017 | 1.96 |
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, InterCall conference calls | 115.88 |

TOTAL EXPENSES                                                           $ 57,177.19

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

September 15, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Andy Wright

**Invoice Number:  5167353**
**Client Matter: 14356-111**

---

**In the matter of    [EFIH] Expenses**


For legal services rendered through July 31, 2017
(see attached Description of Legal Services for detail)                    $ .00


For expenses incurred through July 31, 2017
(see attached Description of Expenses for detail)                    $ 26.20

Total legal services rendered and expenses incurred                    $ 26.20


Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## Description of Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 7/12/17 | Standard Prints | 2.50 |
| 7/12/17 | Color Prints | 23.70 |

TOTAL EXPENSES $ 26.20

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

September 15, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Andy Wright

**Invoice Number:  5167354**
**Client Matter: 14356-112**

_____

**In the matter of    [EFH] Expenses**

For legal services rendered through July 31, 2017
(see attached Description of Legal Services for detail)                    $ .00

For expenses incurred through July 31, 2017
(see attached Description of Expenses for detail)                    $ 397.60

Total legal services rendered and expenses incurred                    $ 397.60

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Legal Services for the Period Ending July 31, 2017
Energy Future Competitive Holdings Co.
   112 - [EFH] Expenses

**Description of Expenses**

| Date | Description | Amount |
|------|-------------|-------:|
| 7/05/17 | Standard Prints | 32.30 |
| 7/05/17 | Standard Prints | .40 |
| 7/05/17 | Color Prints | 28.20 |
| 7/05/17 | Color Prints | 29.40 |
| 7/05/17 | Color Prints | 18.60 |
| 7/05/17 | Color Prints | 26.10 |
| 7/05/17 | Color Prints | 28.20 |
| 7/06/17 | Standard Prints | .40 |
| 7/06/17 | Color Prints | 7.20 |
| 7/06/17 | Color Prints | .90 |
| 7/06/17 | Color Prints | .90 |
| 7/06/17 | Color Prints | 147.60 |
| 7/07/17 | Standard Prints | 2.40 |
| 7/07/17 | Color Prints | 6.00 |
| 7/07/17 | Color Prints | .90 |
| 7/10/17 | Standard Prints | 5.30 |
| 7/10/17 | Color Prints | 1.20 |
| 7/10/17 | Color Prints | .60 |
| 7/10/17 | Color Prints | 3.30 |
| 7/19/17 | Standard Prints | 5.50 |
| 7/19/17 | Color Prints | .90 |
| 7/20/17 | Standard Prints | 4.60 |
| 7/20/17 | Color Prints | 3.90 |
| 7/21/17 | Standard Prints | 1.50 |
| 7/21/17 | Standard Prints | .30 |
| 7/24/17 | Standard Prints | .30 |
| 7/24/17 | Standard Prints | .30 |
| 7/24/17 | Color Prints | 6.30 |
| 7/25/17 | Standard Prints | .80 |
| 7/27/17 | Standard Prints | 1.90 |
| 7/28/17 | Standard Prints | .70 |
| 7/28/17 | Standard Prints | 1.90 |
| 7/28/17 | Standard Prints | 28.80 |

TOTAL EXPENSES                                    $ 397.60