IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>       *Debtors.* | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                                §    SS:
NEW CASTLE COUNTY § 

Larry Morton, being duly sworn according to law, deposes and says that he is employed by Bayard, P.A., co-counsel for Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership, in the above-captioned cases and that on the 14th day of September, 2017, he caused copies of the following pleading to be served upon the parties listed on Exhibit A via first class mail:

- **The Elliott Funds' Reply Supporting Their Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee [D.I. 11905]**

_____
Larry Morton

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: September 19, 2017

_____
Notary Public

[Notary Seal: JACQUELINE LATELY, MY COMMISSION EXPIRES August 23, 2019, NOTARY PUBLIC STATE OF DELAWARE]

{BAY:03097692v1}

# Exhibit A

{BAY:03097692v1}

| NAME | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Master Service List (as of 07/18/2017 16:05:01) | | | | | | |
| ABRAMS & BAYLISS LLP | KEVIN G ABRAMS & JOHN M SEAMAN | 20 MONTCHANIN RD STE 200 | | WILMINGTON | DE | 19807 |
| AKERMAN LLP | ATTN: ANDREA S HARTLEY ESQ | 98 SE 7TH ST STE 1100 | | MIAMI | FL | 33131 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | 14910 ALDINE WESTFIELD RD | ONE ATLANTIC CENTER | 1201 W PEACHTREE ST STE 4900 | HOUSTON | TX | 77032 |
| ALSTON & BIRD LLP | ATTN: SAGE M SIGLER ESQ | | | ATLANTA | GA | 30309-3424 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | 6201 15TH AVE | | | BROOKLYN | NY | 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | 6201 15TH AVE | | | BROOKLYN | NY | 11219 |
| ASHBY & GEDDES PA | AD HOC COMMITTEE OF TCEH SECOND LIEN NOTEHOLDERS | ATTN: WILLIAM BOWDEN & GREGORY TAYLOR ESQ | PO BOX 1150 | WILMINGTON | DE | 19899 |
| BAILEY BRAUER PLLC | 8350 N CENTRAL EXPY STE 206 | CAMPBELL CENTRE I | | DALLAS | TX | 75206 |
| BAKER BOTTS LLP | ATTN: BENJAMIN L STEWART | 2001 ROSS AVE | | DALLAS | TX | 75201-2980 |
| BALLARD SPAHR LLP | ATTN: JAMES PRINCE; OMAR J ALANIZ | 919 N MARKET ST 11TH FL | | WILMINGTON | DE | 19801 |
| BARNES & THORNBURG LLP | ATTN: MATTHEW G SUMMERS ESQ | 1000 N WEST ST STE 1500 | | WILMINGTON | DE | 19801 |
| BARNES & THORNBURG LLP | ATTN: KEVIN G COLLINS ESQ | 1000 N WEST ST STE 1500 | | WILMINGTON | DE | 19801 |
| BARNES & THORNBURG LLP | ATTN: DAVID M POWLEN ESQ | 1 N WACKER DR STE 4400 | | CHICAGO | IL | 60606-2833 |
| BAYARD PA | ATTN: KEVIN CRISCOLL JR ESQ | ATTN: NEIL GLASSMAN ESQ | 222 DELAWARE AVE STE 900 | WILMINGTON | DE | 19801 |
| BAYARD PA | UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE | 222 DELAWARE AVE STE 901 | | WILMINGTON | DE | 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | ATTN: SCOTT D COUSINS, ERIN R FAY, EVAN T MILLER | CORY P STEPHENSON ESQ | 1204 N KING STREET | WILMINGTON | DE | 19801-1611 |
| BIELLI & KLAUDER LLC | ATTN: KEVIN M. CAPUZZI | 1201 MARKET ST STE 800 | | WILMINGTON | DE | 19801 |
| BLANK ROME LLP | ATTN: DAVID M KLAUDER ESQ & | 6 NORTH BROAD ST STE 100 | | PHILADELPHIA | PA | 19103-6998 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECHE; STANLEY TARR | 7 TIMES SQUARE | | WILMINGTON | DE | 19801 |
| BROWN & CONNERY LLP | ATTN: MICHAEL B SCHAEDLE ESQ. | ONE FINANCIAL CENTER | | WOODBURY | NJ | 08095 |
| BROWN RUDNICK LLP | ATTN: EDWARD WEISFELNER ESQ | 185 ASYLUM ST | | BOSTON | MA | 02111 |
| BROWN RUDNICK LLP | ATTN: JEFFREY JONAS, ANDREW STREHLE | | | HARTFORD | CT | 06103 |
| BROWN RUDNICK LLP | ATTN: HOWARD SIEGEL ESQ | | | NEW YORK | NY | 10036 |
| BROWN RUDNICK LLP | ATTN: DONALD K LUDMAN | | | NEW YORK | NY | 10036 |
| BRYAN CAVE LLP | SEVEN TIMES SQUARE | 1290 6TH AVE #33 | | NEW YORK | NY | 10104-3300 |
| BRYAN CAVE LLP | 1290 6TH AVE #33 | | | NEW YORK | NY | 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | 55 SECOND ST STE 1700 | | SAN FRANCISCO | CA | 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: SHAWN M CHRISTIANSON ESQ | 919 N MARKET ST STE 1500 | | WILMINGTON | DE | 19801 |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: KATHLEEN A. MURPHY | MICHELE MAMAN & THOMAS J CURTIN ESQS. | 200 LIBERTY ST | NEW YORK | NY | 10281 |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS JR., ELLEN M HALSTEAD; | 700 6TH STREET, N.W. | | WASHINGTON | DC | 20001 |
| CAPLIN & DRYSDALE, CHARTERED | ATTN: MARK C EILENBERG ESQ | ONE THOMAS CIRCLE, NW, STE 1100 | | WASHINGTON | DC | 20005-5802 |
| CHADBOURNE & PARKE LLP | ATTN: LESLIE M KELLEHER ESQ. & JEANNA KOSKI ESQ | CHRISTY RIVERA ESQS | 1301 AVENUE OF THE AMERICAS | NEW YORK | NY | 10019-6022 |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN: HOWARD SEIFE, DAVID M LEMAY AND | HERCULES PLAZA | 1313 N MARKET ST STE 5400 | WILMINGTON | DE | 19801 |
| CIARDI CIARDI & ASTIN | ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE | 1204 N KING STREET | | WILMINGTON | DE | 19801 |
| CITIBANK N.A. | ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR | | | NEW CASTLE | DE | 19720 |
| CITIBANK N.A. | 1615 BRETT ROAD, OPS III | | | NEW CASTLE | DE | 19720 |
| CITIBANK N.A. | 388 GREENWICH ST 21ST FL | | | NEW YORK | NY | 10013 |
| CITIBANK N.A. | 388 GREENWICH ST 32ND FL | | | NEW YORK | NY | 10013 |
| CITIBANK N.A. | 1615 BRETT ROAD, BUILDING III | | | NEW CASTLE | DE | 19720 |
| CITIBANK N.A. | 388 GREENWICH STREET | | | NEW YORK | NY | 10013 |
| CITY OF FORT WORTH | 1000 THROCKMORTON ST | ONE LIBERTY PLAZA | | FORT WORTH | TX | 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | 625 LIBERTY AVE | | NEW YORK | NY | 10006 |
| COHEN & GRIGSBY, PC | ATTN: THOMAS D. MAXSON | ATTN: RACHEL OBALDO & JOHN MARK STERN | | PITTSBURGH | PA | 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | BANKRUPTCY & COLLECTIONS DIVISION | | PO BOX 12548 | AUSTIN | TX | 78711-2548 |
| COMPUTERSHARE | 480 WASHINGTON BLVD | | | JERSEY CITY | NJ | 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | 650 DE MAISONNEUVE WEST 7TH FL | | | MONTREAL | QC | H3A 3T2 |
| COWLES & THOMPSON | ATTN: STEPHEN C STAPLETON | BANK OF AMERICA PLAZA | 901 MAIN ST STE 3900 | DALLAS | TX | 75202 |
| COZEN O'CONNOR | ATTN: MARK E. FELGER | 1201 N MARKET ST STE 1001 | | WILMINGTON | DE | 19801 |
| CRAVATH SWAINE & MOORE LLP | MANAGING DIRECTOR | ATTN: MICHAEL A PASKIN ESQ | WORLDWIDE PLAZA, 825 EIGHTH AVE | NEW YORK | NY | 10019-7475 |
| CSC TRUST COMPANY OF DELAWARE | COMPANY LLC(EFIH) | 2711 CENTERVILLE RD STE 400 | | WILMINGTON | DE | 19808 |
| DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; | ELLIOT MOSKOWITZ; DAMON MEYER | 450 LEXINGTON AVE | NEW YORK | NY | 10017 |
| DECHERT LLP | ATTN: MICHAEL J SAGE & ANDREW C HARMEYER | 1095 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-6797 |
| DECHERT LLP | ATTN: G. ERIC BRUNSTAD JR | 90 STATE HOUSE SQUARE | | HARTFORD | CT | 06103-3702 |
| DECHERT LLP | ATTN: KATE O'KEEFFE | ONE INTERNATIONAL PLACE | 100 OLIVER ST 40TH FL | BOSTON | MA | 02110-2605 |
| DEUTSCHE BANK | 60 WALL STREET (NYC60-0266) | | | NEW YORK | NY | 10005-2836 |
| DLA PIPER LLP (US) | ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ | 1201 N MARKET ST STE 2100 | | WILMINGTON | DE | 19801 |
| DORSEY & WHITNEY DELAWARE LLP | ATTN: ASHLEY L ALTSCHULER; R.CRAIG MARTIN | ALESSANDRA GLORIOSO | 300 DELAWARE AVE STE 1010 | WILMINGTON | DE | 19801 |
| DRINKER BIDDLE & REATH LLP | ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & | 222 DELAWARE AVE STE 1410 | | WILMINGTON | DE | 19801-1621 |
| DYKEMA GOSSETT PLLC | ATTN: HOWARD A. COHEN & ROBERT K. MALONE | 1717 MAIN ST STE 4200 | | DALLAS | TX | 75201 |
| EMC CORPORATION | ATTN: JEFFREY R FINE ESQ | 305 FELLOWSHIP RD STE 100 | | MOUNT LAUREL | NJ | 08054-1232 |
| ENERGY FUTURE HOLDINGS CORP ET AL | ATTN: RONALD L ROWLAND ESQ, AGENT | ONE AMERICAN CENTER | 600 CONGRESS AVE STE 2000 | DALLAS | TX | 75201 |
| EVERSHEDS SUTHERLAND (US) LLP | 1601 BRYAN ST 43RD FL | LARS PETERSON ESQ | 321 N CLARK ST STE 2800 | AUSTIN | TX | 78701 |
| FOLEY & LARDNER LLP | ATTN: LINO MENDIOLA III | ATTN: JEFFREY SCHLERF; L.JOHN BIRD | 919 N MARKET ST STE 300 | CHICAGO | IL | 60554-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) | 325 N LASALLE ST STE 625 | | WILMINGTON | DE | 19801 |
| FRANKGECKER LLP | NOTEHOLDERS) | 325 N LASALLE ST STE 625 | | CHICAGO | IL | 60654 |
| FRANKGECKER LLP | ATTN: JONATHAN L HOWELL, PLLC | MATTHEW M ROOSE ESQ | | CHICAGO | IL | 60654 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ | 1000 LOUISIANA, STE 3400 | 1 NEW YORK PLAZA, 1 FDR DRIVE | NEW YORK | NY | 10004 |
| GARDERE WYNNE SEWELL LLP | ATTN: FRANCES GECKER ESQ | ATTN: DUSTIN L BANKS ESQ, | 1919 S SHILOH RD STE 310 LB 40 | HOUSTON | TX | 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ, | 777 E 15TH ST | | GARLAND | TX | 75042 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | 1201 N ORANGE ST STE 300 | | PLANO | TX | 75074 |
| GELLERT SCALI BUSENKELL & BROWN LLC | CITY OF GARLAND) | DANIEL DENNY | 333 S GRAND AVE | WILMINGTON | DE | 19801 |
| GIBSON DUNN & CRUTCHER LLP | ATTN: DAVID MCCALL ESQ. | 4925 GREENVILLE AVE, SUITE 200 | | LOS ANGELES | CA | 90071-3197 |
| GILLESPIE SANFORD LLP | ATTN: MICHAEL G. BUSENKELL | 14601 QUORUM DR STE 500 | | DALLAS | TX | 75206 |
| GLAST PHILLIPS & MURRAY PC | ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER | THE NEW YORK TIMES BUILDING | 620 EIGHTH AVENUE | DALLAS | TX | 75254 |
| GOODWIN PROCTER LLP | ATTN: WILLIAM WENTRAUB; KIZZY JARASHOW | 156 N MAIN ST | | NEW YORK | NY | 10018 |
| GORUJIAN & ASSOCIATES PC | ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ | 1 MOODY PLAZA 18TH FL | EDWARDSVILLE | IL | 62025 |
| GREGORY D WILLARD ESQ | 7339 WESTMORELAND DRIVE | 30 ROCKEFELLER CTR 26TH FL | | GALVESTON | TX | 77550 |
| GREER HERZ & ADAMS LLP | ATTN: TREVOR HOFFMANN ESQ | 1221 MCKINNEY ST STE 2100 | | SAINT LOUIS | MO | 63130-4241 |
| HAYNES AND BOONE LLP | ATTN: PATRICK L HUGHES | 301 COMMERCE ST STE 2600 | | NEW YORK | NY | 10112 |
| HAYNES AND BOONE LLP | ATTN: IAN T PECK ESQ. | 1500 N FRENCH ST 2ND FL | | HOUSTON | TX | 77010 |
| HAYNES AND BOONE LLP | ATTN: ADAM HILLER ESQ, JOHNNA M DARBY ESQ | 28 STATE ST | | FORT WORTH | TX | 76102 |
| HILLER & ARBAN LLC | ATTN: JENNIFER V. DORAN | ATTN: DANIEL K HOGAN ESQ. AND GARVIN F MCDANIEL ESQ | 1311 DELAWARE AVE | WILMINGTON | DE | 19801 |
| HINCKLEY ALLEN | ASBESTOS CLAIMANTS; JOHN H JONES) | 1311 DELAWARE AVE | | BOSTON | MA | 02109 |
| HOGAN MCDANIEL | ATTN: GARVAN F MCDANIEL, ESQ. | 1311 DELAWARE AVE | | WILMINGTON | DE | 19806 |
| HOGAN MCDANIEL | ATTN: DANIEL K HOGAN ESQ | 800 17TH ST NW STE 1100 | | WILMINGTON | DE | 19806 |
| HOGAN MCDANIEL | ATTN: CHRISTINE C RYAN ESQ | | | WASHINGTON | DC | 20006 |
| HOLLAND & KNIGHT LLP | | | | PHILADELPHIA | PA | 19101-7346 |
| INTERNAL REVENUE SERVICE | | | | | | |

| Name | Attn | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | OGDEN | UT | 84201 |
| JACKSON WALKER LLP | ATTN: MONICA S. BLACKER | 2323 ROSS AVE STE 600 | | DALLAS | TX | 75201 |
| JACKSON WALKER LLP | ATTN: J. SCOTT ROSE | WESTON CENTRE | 112 E PECAN ST STE 2400 | SAN ANTONIO | TX | 78205 |
| JACKSON WALKER LLP | ATTN: BRUCE J RUZINSKY ESQ & EFIH | MATTHEW D CAVENAUGH ESQ | 1401 MCKINNEY ST STE 1900 | HOUSTON | TX | 77010 |
| JENNER & BLOCK | | ATTN: RICHARD LEVIN, ESQ. | 919 THIRD AVENUE | NEW YORK | NY | 10022-3908 |
| JENNER & BLOCK | | ATTN: VINCENT E LAZAR ESQ | 353 N CLARK ST | CHICAGO | IL | 60654 |
| JONES DAY | ATTN: PATRICIA VILLAREAL | 2727 N HARWOOD STREET | | DALLAS | TX | 75201 |
| KASOWITZ BENSON TORRES LLP | ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN | 1633 BROADWAY | | NEW YORK | NY | 10019 |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES CARR, BENJAMIN FEDER & BERT SAYDAH | 101 PARK AVENUE | | NEW YORK | NY | 10178 |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ | 201 MAIN ST STE 2500 | | FORT WORTH | TX | 76102 |
| KIRKLAND & ELLIS LLP | ATTN: EDWARD SASSOWER PC, STEPHEN HESSLER ESQ | 601 LEXINGTON AVE | | NEW YORK | NY | 10022 |
| KIRKLAND & ELLIS LLP | ATTN: JAMES H.M. SPRAYREGEN PC | 300 N LASALLE | | CHICAGO | IL | 60654 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RAYMOND H LEMISCH ESQ | 919 MARKET ST STE 1000 | | WILMINGTON | DE | 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, GREGORY HOROWITZ, JOSHUA BRODY, PHILIP BENTLEY | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 |
| LACKEY HERSHMAN LLP | ATTN: JAMIE R WELTON ESQ | 3102 OAK LAWN AVE STE 777 | | DALLAS | TX | 75219 |
| LANDIS RATH & COBB LLP | NEXTERA ENERGY RESOURCES) | 919 MARKET ST STE 1800 | | WILMINGTON | DE | 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | | 801 2ND AVE RM 403 | | NEW YORK | NY | 10017-8664 |
| LAW OFFICE OF CURTIS A HEHN | ATTN: CURTIS A HEHN | 1000 N WEST ST STE 1200 | | WILMINGTON | DE | 19801 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | | ATTN: PATRICIA WILLIAMS PREWITT | 10953 VISTA LAKE CT | NAVASOTA | TX | 77868 |
| LAW OFFICES OF ROBERT E LUNA PC | PIPELINE OF AMERICA, EL PASO NAT GAS) | 4411 N CENTRAL EXPRESSWAY | | DALLAS | TX | 75205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DANIEL K BEARDEN ESQ | 2777 N STEMMONS FWY STE 1000 | | DALLAS | TX | 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | 4828 LOOP CENTRAL DR STE 600 | | HOUSTON | TX | 77002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P DILLMAN ESQ | ROUND ROCK ISD, NUECES CTY, LIMESTONE CTY, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, | ATTN: DIANE WADE SANDERS | 2700 VIA FORTUNA DR STE 400 | AUSTIN | TX | 78746 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ATTN: GEOFFREY GAY ESQ | 816 CONGRESS AVE STE 1900 | | AUSTIN | TX | 78701 |
| LOCKE LORD LLP | ATTN: C. DAVIN BOLDISSAR ESQ. | 601 POYDRAS ST STE 2660 | | NEW ORLEANS | LA | 70130 |
| LOCKE LORD LLP | ATTN: PHILIP EISENBERG ESQ. | 2800 JPMORGAN CHASE TOWER 600 TRAVIS | | HOUSTON | TX | 77002 |
| MANION GAYNOR & MANNING LLP | ATTN: MARC PHILLIPS ESQ | THE NEMOURS BUILDING | 1007 N ORANGE ST 10TH FL | WILMINGTON | DE | 19801 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E HUGGETT & AMY D BROWN | 300 DELAWARE AVE STE 800 | | WILMINGTON | DE | 19801 |
| MASLON EDELMAN BORMAN & BRAND LLP | ATTN: CLARK T WHITMORE, ANA CHILINGARISHVILI | 90 S 7TH ST STE 3300 | | MINNEAPOLIS | MN | 55402-4140 |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN: LEE GORDON | 700 JEFFREY WAY STE 100 | | ROUND ROCK | TX | 78665 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: DAVID P PRIMACK ESQ | 300 DELAWARE AVE STE 770 | | WILMINGTON | DE | 19801 |
| MCKOOL SMITH | ATTN: PAUL D MOAK ESQ. | 600 TRAVIS ST STE 7000 | | HOUSTON | TX | 77002 |
| MICHAEL G. SMITH | | 515 FRISCO AVE | | CLINTON | OK | 73601 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ | 28 LIBERTY ST | | NEW YORK | NY | 10005-1413 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: STEVEN A. GINTHER | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN: NATALIE RAMSEY, DAVIS LEE WRIGHT, MARK FINK | 1105 N MARKET ST 15TH FL | | WILMINGTON | DE | 19801 |
| MORGAN LEWIS & BOCKIUS LLP | ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ | ONE FEDERAL ST | | BOSTON | MA | 02110-1726 |
| MORRIS JAMES LLP | ATTN: STEPHEN M MILLER ESQ | PO BOX 2306 | | WILMINGTON | DE | 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK ABBOTT; ANDREW REMMING | 1201 N MARKET ST STE 1600 | | WILMINGTON | DE | 19801 |
| MORRISON & FOERSTER LLP | ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ | LORENZO MARINUZZI ESQ, | 250 W 55TH ST | NEW YORK | NY | 10019 |
| MUNGER TOLLES & OLSON LLP | ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ | 355 S GRAND AVE 35TH FL | | LOS ANGELES | CA | 90071 |
| MUNSCH HARDT KOPF & HARR PC | ATTN: JOHN D P MORGAN ESQ; JOHN W SPIEGEL ESQ, SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ, ATTN: KEVIN M LIPPMAN ESQ | 500 N AKARD ST STE 3800 | | DALLAS | TX | 75201-6659 |
| NAMAN HOWELL SMITH & LEE PLLC | ATTN: KERRY L HALIBURTON ESQ | PO BOX 1470 | | WACO | TX | 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN | 1320 MAIN ST 17TH FL | | COLUMBIA | SC | 29201 |
| NIXON PEABODY | ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ | 100 SUMMER ST | | BOSTON | MA | 02110 |
| O'KELLY & ERNST LLC | ATTN: MICHAEL J JOYCE ESQ. | 901 N MARKET ST 10TH FL | | WILMINGTON | DE | 19801 |
| O'MELVENY & MYERS LLP | ATTN: GEORGE A. DAVIS | 7 TIMES SQUARE | | NEW YORK | NY | 10036 |
| O'MELVENY & MYERS LLP | ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ | 1625 EYE ST, NW | | WASHINGTON | DC | 20006 |
| O'MELVENY & MYERS LLP | ATTN: DANIEL S SHAMAH ESQ. | 7 TIMES SQUARE | | NEW YORK | NY | 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL MORRIS & ASHLEY BARTRAM, BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL MORRIS & ASHLEY BARTRAM, BANKRUPTCY ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) | PO BOX 12548 | | AUSTIN | TX | 78711-2548 |
| OFFICE OF THE UNITED STATES TRUSTEE | | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 - LOCKBOX #35 | WILMINGTON | DE | 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREA SCHWARTZ | 201 VARICK ST STE 1006 | | NEW YORK | NY | 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | 919 N MARKET ST STE 1006 | | WILMINGTON | DE | 10014 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ, BRIAN P GUINEY ESQ | 919 N MARKET ST 17TH FL | | WILMINGTON | DE | 19801 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN | 1133 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-6710 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ATTN: DESIREE M AMADOR, ATTY | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL | 1200 K STREET, NW | | WASHINGTON | DC | 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: ELIZABETH BANDA CALVO ESQ | 1200 K STREET, NW | | WASHINGTON | DC | 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: OWEN M SONIK ESQ | 500 E BORDER ST STE 640 | | ARLINGTON | TX | 76010 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | HOSPITAL DISTRICT & NORTH CENTRAL TEXAS | 1235 N LOOP WEST STE 600 | | HOUSTON | TX | 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL) | ATTN: JOHN T BANKS ESQ | PO BOX 8188 | WICHITA FALLS | TX | 76307 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) | ATTN: TINA N MOSS ESQ | | AUSTIN | TX | 78731 |
| PERKINS COIE LLP | ATTN: GREGORY T. DONILON, ESQ. | 3711 KENNETT PIKE, SUITE 210 | 30 ROCKEFELLER PLAZA 22ND FL | NEW YORK | NY | 10112-0015 |
| PINCKNEY WEIDINGER URBAN & JOYCE LLC | ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ; SHANTI KATONA ESQ | 222 DELAWARE AVE STE 1101 | | GREENVILLE | DE | 19807 |
| POLSINELLI PC | ATTN: MICHAEL L ATCHLEY; MATTHEW T. TAPLETT | 500 W 7TH ST STE 600 | | WILMINGTON | DE | 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | NORTH TEXAS MUNICIPAL WATER DISTRICT) | 1313 N MARKET ST 6TH FL | | FORT WORTH | TX | 76102 |
| POTTER ANDERSON & CORROON LLP | ATTN: JEFF J MARVIN, MARK K THOMAS, PETER J YOUNG | 70 W MADISON ST #3800 | | WILMINGTON | DE | 19801 |
| PROSKAUER ROSE LLP | ATTN: AMY B BAUDLER | 4800 MARKETPOINTE DRIVE, STE 240 | | CHICAGO | IL | 60602 |
| PURDUE AWSUMB & BAUDLER PA | ATTN: JOHN A HARRIS; JASON D CURRY | RENAISSANCE ONE | TWO N CENTRAL AVE | MINNEAPOLIS | MN | 55435 |
| QUARLES & BRADY LLP | BANK OF NEW YORK MELLON TRUST COMPANY NA AS INDENTURE TRUSTEE(S) | MARTIN | | PHOENIX | AZ | 85004-2391 |
| REED SMITH LLP | AS TTEE UNDER ENUMBRATED TRUST INDENTURE TRUSTEES) | ATTN: ROBERT P SIMONS ESQ | 1201 MARKET ST STE 1500 | WILMINGTON | DE | 19801 |
| REED SMITH LLP | ATTN: SARAH K KAM ESQ | 100 S WEST ST STE 400 | 225 5TH AVE STE 1200 | PITTSBURGH | PA | 15222 |
| REED SMITH LLP | ATTN: MARK D COLLINS ESQ | 599 LEXINGTON AVE 22ND FL | ATTN: KURT F GWYNNE ESQ | NEW YORK | NY | 10022 |
| RICHARDS LAYTON & FINGER | ATTN: JOSEPH E SHICKICH JR | DANIEL J DEFRANCESCHI ESQ | REED SMITH CENTRE | WILMINGTON | DE | 19801 |
| RIDDELL WILLIAMS P.S. | ATTN: KEITH H WOFFORD, GREGG M GALARDI, D ROSS | 1001 - 4TH AVE 4500 | JASON M MADRON ESQ | SEATTLE | WA | 98154 |
| ROPES & GRAY LLP | ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS | 1211 AVENUE OF THE AMERICAS | 920 N KING ST | NEW YORK | NY | 10036-8704 |
| ROPES & GRAY LLP | | PAMELA A BOSSWICK ESQ | | NEW YORK | NY | 10036-8704 |
| ROSS ARONSTAM & MORITZ LLP | ATTN: CHRISTOPHER R BELMONTE ESQ AND ERCOT) | ATTN: MARK MINUTI ESQ. | | WILMINGTON | DE | 10169 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: LUCIAN B MURLEY ESQ | 1201 N MARKET ST 23RD FL | | NEW YORK | NY | 10022 |
| SAUL EWING LLP | ATTN: CHRISTOPHER R BELMONTE ESQ AND ERCOT) | 824 N MARKET ST STE 800 | | WILMINGTON | DE | 19801 |
| SAUL EWING LLP | ATTN: JEFF MARVWIL, MARK K THOMAS, PETER J YOUNG | PO BOX 3925 | | WILMINGTON | DE | 19801 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | ATTN: RICHARD A BARKASY ESQ | ONE BATTERY PARK PLAZA | | LONGVIEW | TX | 75606 |
| SEARCY & SEARCY PC | ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | 599 LEXINGTON AVE | | WASHINGTON | DC | 20549 |
| SECURITIES AND EXCHANGE COMMISSION | | | | NEW YORK | NY | 10004 |
| SEWARD & KISSEL LLP | ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES | PO BOX 636 | | NEW YORK | NY | 10022 |
| SHEARMAN & STERLING LLP | ATTN: FREDERIC SOSNICK ESQ, NED S SCHODEK ESQ | 4 TIMES SQUARE | | WILMINGTON | DE | 19899-0636 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: MARK S CHEHI ESQ | | | NEW YORK | NY | 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: JAY M GOFFMAN ESQ | | | | | |

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ | 155 N WACKER DR STE 2700 | | CHICAGO | IL | 60606-1720 |
| SMITH KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M MILLER ESQ | PO BOX 410 | | WILMINGTON | DE | 19899 |
| SNELL & WILMER LLP | ATTN: DAVID E LETA ESQ | 15 W SOUTH TEMPLE STE 1200 | | SALT LAKE CITY | UT | 84101-1547 |
| SQUIRE SANDERS (US) LLP | ATTN: STEPHEN D. LERNER & ANDREW M. SIMON | 221 E FOURTH ST STE 2900 | | CINCINNATI | OH | 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | ATTN: NOEL STEFFES MELANCON ESQ | 13702 COURSEY BLVD BLDG 3 | | BATON ROUGE | LA | 70817 |
| STEVENS & LEE PC | | 1105 N MARKET ST STE 700 | | WILMINGTON | DE | 19801 |
| STREUSAND LANDON & OZBURN LLP | ATTN: SABRINA L. STREUSAND | 811 BARTON SPRINGS RD STE 811 | | AUSTIN | TX | 78704 |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN | 125 BROAD ST | | NEW YORK | NY | 10004 |
| SULLIVAN HAZELTINE ALLINSON LLP | ATTN: ELIHU E. ALLINSON, III | 901 N MARKET ST STE 1300 | | WILMINGTON | DE | 19801 |
| TAYLOR ENGLISH DUMA LLP | ATTN: STEPHEN C GREENBERG ESQ. | 1600 PARKWOOD CIR STE 400 | | ATLANTA | GA | 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | ATTN: JASON A STARKS, ASST ATTORNEY GENERAL | PO BOX 12548 | | AUSTIN | TX | 78711-2548 |
| THE BANK OF NEW YORK MELLON | ATTN: RAFAEL MARTINEZ,VP - GSM | 601 TRAVIS ST 16TH FL | | HOUSTON | TX | 77002 |
| THE BANK OF NEW YORK MELLON | ATTN: THOMAS VLAHAKIS,VP | 385 RIFLE CAMP RD 3RD FL | | WOODLAND PARK | NJ | 07424 |
| THE BANK OF NEW YORK MELLON | ATTN: DENNIS ROEMLEIN | 1000 LOUISIANA ST | | HOUSTON | TX | 77002 |
| THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B ROSNER ESQ & JULIA B KLEIN ESQ | 824 MARKET ST STE 810 | | WILMINGTON | DE | 19801 |
| THE RUCKDESCHEL LAW FIRM LLC | ATTN: JONATHAN RUCKDESCHEL ESQ. | 8357 MAIN ST | | ELLICOTT CITY | MD | 21043 |
| THE UNIVERSITY OF TEXAS SYSTEM | OFFICE OF GENERAL COUNSEL | ATTN: TRACI L COTTON ESQ. | 201 W SEVENTH ST | AUSTIN | TX | 78701 |
| THOMPSON COBURN LLP | ATTN: DAVID D. FARRELL | ONE US BANK PLAZA, STE 3200 | | SAINT LOUIS | MO | 63101 |
| TRAVIS COUNTY | | PO BOX 1748 | | AUSTIN | TX | 78767 |
| TROUTMAN SANDERS LLP | IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS | ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN | 875 THIRD AVE | NEW YORK | NY | 10022 |
| TUCKER ARENSBERG, PC | ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | 1500 ONE PPG PLACE | | PITTSBURGH | PA | 15222 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | | 10475 PARK MEADOWS DR #400 | | LONE TREE | CO | 80124 |
| UMB BANK N.A. | | 2 S BROADWAY STE 600 | | ST. LOUIS | MO | 63102 |
| UNION PACIFIC RAILROAD COMPANY | | 1400 DOUGLAS ST STOP 1580 | | OMAHA | NE | 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | AGRICULTURE, RURAL UTILITIES SERVICE) | ATTN: MATTHEW J TROY CIVIL DIVISION | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ | PO BOX 227 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | FEDERAL COMMUNICATIONS COMMISSION | ATTN: MATTHEW J TROY, CIVIL DIVISION | PO BOX 875 | WASHINGTON | DC | 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | ENVIRONMENTAL ENFORCEMENT SECTION, ENRD | ATTN: BRANDON ROBERS, TRIAL ATTYS | P.O. BOX 7611 | WASHINGTON | DC | 20044-7611 |
| UNITED STATES DEPARTMENT OF JUSTICE | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) | ENVIRONMENTAL ENFORCEMENT SECTION, ENRD | PO BOX 7611, BEN FRANKLIN STATION | WASHINGTON | DC | 20044-7611 |
| VARNUM LLP | ATTN: MARY KAY SHAVER ESQ | BRIDGEWATER PLACE | ATTN: DANIEL S. SMITH, SR COUNSEL | GRAND RAPIDS | MI | 49501-0352 |
| VEDDER PRICE PC | ATTN: MICHAEL L SCHEIN ESQ | 1633 BROADWAY 31ST FL | PO BOX 352 | NEW YORK | NY | 10019 |
| VENABLE LLP | ATTN: JEFFREY S. SABIN ESQ. | 1270 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 |
| VENABLE LLP | ATTN: JAMIE L. EDMONSON | 1201 NORTH MARKET STREET | | WILMINGTON | DE | 19801 |
| WACHTELL LIPTON ROSEN & KATZ | ATTN: RICHARD MASON; EMIL KLEINHAUS | 51 W 52ND ST | | NEW YORK | NY | 10019 |
| WEINSTEIN RADCLIFF LLP | ATTN: GREGORY M WEINSTEIN ESQ | 8350 N CENTRAL EXPY STE 1500 | | DALLAS | TX | 75206 |
| WERB & SULLIVAN | ATTN: DUANE D WERB ESQ | PO BOX 25046 | | WILMINGTON | DE | 19899 |
| WHITE & CASE LLP | NOTEHOLDERS; AND LAW DEBENTURE) | ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | 1155 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036 |
| WHITE & CASE LLP | NOTEHOLDERS; AND LAW DEBENTURE) | ATTN: THOMAS LAURIA ESQ; MATTHEW BROWN ESQ | 200 S BISCAYNE BLVD STE 4900 | MIAMI | FL | 33131 |
| WHITEFORD TAYLOR & PRESTON LLC | ATTN: L KATHERINE GOOD ESQ. | THE RENAISSANCE CENTRE | 405 N KING ST STE 500 | WILMINGTON | DE | 19801 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ. | 7 WORLD TRADE CENTER, 205 GREENWICH ST | | NEW YORK | NY | 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: BENJAMIN LOVELAND ESQ. | 60 STATE ST | | BOSTON | MA | 02109 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: P. ANKER, C. PLATT, D. JENKINS & G. SHUSTER | 250 GREENWICH ST 45TH FL | | NEW YORK | NY | 10007 |
| WILMINGTON SAVINGS FUND SOCIETY | | 500 DELAWARE AVENUE | | WILMINGTON | DE | 19801 |
| WILMINGTON TRUST FSB | | 50 S SIXTH ST STE 1290 | | MINNEAPOLIS | MN | 55402 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. | 200 PARK AVE | | NEW YORK | NY | 10166 |
| WOMAC LAW | ATTN: BRIAN D WOMAC ESQ | 8801 KATY FWY | | HOUSTON | TX | 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | ATTN: MARK L DESGROSSEILLIERS | 222 DELAWARE AVE STE 1501 | | WILMINGTON | DE | 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | ATTN: MARK L DESGROSSEILLIERS ESQ | 222 DELAWARE AVE STE 1501 | | WILMINGTON | DE | 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | ATTN: KEVIN J MANGAN ESQS | 222 DELAWARE AVE STE 1501 | | WILMINGTON | DE | 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | ATTN: KEVIN J MANGAN ESQ | 222 DELAWARE AVE STE 1501 | | WILMINGTON | DE | 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | 1000 N KING ST | | WILMINGTON | DE | 19801 |