# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 9/19/17 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph Wright | Landis Rath & Cobb | NextEra |
| Dan Webb | Winston & Strawn | " |
| Tom Buchanan | " | " |
| John Harding | " | " |
| Howard Seife | Norton Rose | " |
| Eric Daucher | " | " |
| Andrew Berry | SBC | E-Side Committee |
| Jeffrey Bhardozy | SBC | " |
| Matt Unger A. Frail | MMWR | " |
| Thomas Hovan | Shaw Fishman Glantz & Towbin | Debtors (Special Delaw Cousel) |
| Marc Wesolstein | Kirkland & Ellis | Debtors |
| Mark McKane | " | " |
| Aparna Yenamandra | " | " |
| Gregg Galardi | Ropes | Elliott |
| Neila Bloom | Bielli & Klauder | Debtor EFH |
| Peter Young | Proskauer Rose | Debtors EFH |
| Sean Bienecke | Kehr Harrison | UMB |
| Abid Qureshi | Akin Gump | " |
| Scott Cousins | Bayard | Elliott |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.
Laura Davis Jones   Pachulski Stang Ziehl & Jones   Computer Share
Richard L. Schepacarter   USDOJ-OUST   U.S. Trustee

# SIGN-IN SHEET

**CASE NAME:** 
**CASE NO:** - (CSS)

**COURTROOM LOCATION:** 6 
**DATE:**     **AT:**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David J. DeFrancesch | Richards Layton & Finger | Debtors |
| Jason M. Madron | " | Debtors |
| Christopher Gunn | Cross & Gunn | EFH Indenture Trustee |
| Rick Pedone | Nixon Peabody | EFH Indenture Trustee |
| E. Stephen McNeill | Potter Anderson | EFH 1st Lien DIP Agent |
| T. Sebian | Venable | Pimco |
| Jay Lewis Jr | Kleh | UMB Bank, N.A. Indenture Trustee |
| Daniel K. Hogan | Hogan McDaniel | Funds, Lehry, Heineman & Jake SS |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 09/19/2017
Calendar Time: 10:00 AM ET

2nd Revision  Sep 19 2017  6:15AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8592191 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8600809 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8597885 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8598819 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8599950 | Negisa Balluku | (212) 617-0147 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8598548 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8597244 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8592203 | Kellie Cairns | (212) 373-3012 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8597694 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8493632 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8602878 | David Dunn | (203) 529-1765 ext. | Cross Sound Management, LLC | Interested Party, Cross Sound Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8601440 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |

| Name | Case | Type | ID | Contact | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8600365 | Mark Flannagan - Client | | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8493636 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8597687 | Julia Frost-Davies | (617) 951-8422 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8593608 | Philip A. Gelston | (212) 474-1548 ext. | Cravath, Swaine & Moore LLP | Specially Appearing For, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8601796 | Patrick Holohan | (646) 412-5336 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8592901 | Harold Kaplan | (312) 832-4393 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8594627 | Alexa J. Kranzley | (212) 558-7893 ext. | Sullivan & Cromwell LLP | Creditor, Committee of Unsecured Creditors / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8598537 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8600113 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8595621 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Berkshire Hathaway Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8600792 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8598521 | Meredith Quick | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8594839 | Andrew Rosenblatt | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Interested Party, NextEra Energy, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8600358 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8589437 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8499849 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8598924 | Jennifer Sharret | (212) 715-9516 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8598549 Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8600814 Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8601183 Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8598939 Amer Tiwana | (646) 562-1770 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8592198 Michael Turkel | (212) 373-3689 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrioson / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8600127 Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8595091 Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5094 2) | Hearing | 8600252 Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |