## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. 11837, 11913** |

## CERTIFICATION OF COUNSEL CONCERNING AMENDED AND SUPERSEDING ORDER AUTHORIZING THE EFH/EFIH DEBTORS TO CONSENT TO ONCOR'S ENTRY INTO THE SHARYLAND MERGER AGREEMENT

The undersigned hereby certifies as follows:

1.      On August 29, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors") filed the *Motion of the EFH/EFIH Debtors for Order Authorizing the EFH/EFIH Debtors to Consent to Oncor's Entry Into the Sharyland Merger Agreement* [D.I. 11837] (the "Motion"[3]) with the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

[3] On August 29, 2017, the EFH/EFIH Debtors also filed the *Declaration of Anthony R. Horton in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing the EFH/EFIH Debtors to Consent to Oncor's Entry Into the Sharyland Merger Agreement* [D.I. 11837; Ex. B] in connection with, and in support of, the Motion.

United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3ʳᵈ Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the EFH/EFIH Debtors are seeking entry of an order authorizing the EFH/EFIH Debtors to consent to Oncor Electric Delivery Holdings Company LLC and Oncor Electric Delivery Company LLC's entry into and completion of the transactions provided for in the Agreement and Plan of Merger, in the form attached as "Exhibit 1" to "Exhibit A" to the Motion, with Sharyland Distribution & Transmission Services, L.L.C. ("SDTS"), Sharyland Utilities, L.P. ("SU") and SU AssetCo, L.L.C. ("SU AssetCo"), and to which SDTS AssetCo, L.L.C. ("SDTS AssetCo," and together with SDTS, SU and SU AssetCo, "Sharyland").

2.      Pursuant to the *Notice of "Motion of the EFH/EFIH Debtors for Order Authorizing the EFH/EFIH Debtors to Consent to Oncor's Entry Into the Sharyland Merger Agreement" and Hearing Thereon*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on September 12, 2017 (the "Objection Deadline"). A hearing to consider the relief requested in the Motion was scheduled to take place before the Bankruptcy Court on September 19, 2017 starting at 10:00 a.m. (Eastern Daylight Time).

3.      The EFH/EFIH Debtors did not receive any responses or objections to the Motion prior to the Objection Deadline nor do any responses or objections to the Motion appear on the Bankruptcy Court's docket in the above-captioned chapter 11 cases.

4.      Therefore, on September 13, 2017, the EFH/EFIH Debtors filed a certification of no objection with the Bankruptcy Court attaching a proposed form of order in the materially same form as the one filed with the Motion (the "Approval Order"). See D.I. 11900. Based on the EFH/EFIH Debtors' submission, on September 15, 2017, the Bankruptcy Court entered the

Approval Order (see D.I. 11913).

5.      Following the entry of the Approval Order (see D.I. 11913) by the Bankruptcy Court on September 15, 2017, the EFH/EFIH Debtors were informed of a scrivener's error in paragraph 3 of the form of Approval Order (*i.e.,* the inadvertent omission of the words "is approved"). Consequently, the EFH/EFIH Debtors have prepared an amended form of the Approval Order (the "Amended Approval Order") which corrects the scrivener's error in paragraph 3 of the form of Approval Order. A copy of the Amended Approval Order is attached hereto as **Exhibit A**. A redline comparison of the Amended Approval Order marked against the Approval Order entered by the Bankruptcy Court on September 15, 2017 (D.I. 11913) is attached hereto as **Exhibit B.**

6.      The EFH/EFIH Debtors have confirmed that entry of the Amended Approval Order, in the form attached hereto as **Exhibit A**, is acceptable to counsel to Sharyland.

7.      Consequently, the EFH/EFIH Debtors respectfully request that the Bankruptcy Court enter the Amended Approval Order, in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

RLF1 18138763v.1

Dated:  September 19, 2017
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the EFH/EFIH Debtors

RLF1 18138763v.1