# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---:|---|---:|---:|
| 1 | Long-Range Forecast | 0.00 | $0.00 |
| 2 | Metric Analysis | 0.00 | $0.00 |
| 3 | Generation Analysis | 0.00 | $0.00 |
| 4 | Retail Analysis | 0.00 | $0.00 |
| 5 | Commodity Analysis | 0.00 | $0.00 |
| 6 | Competitor Analysis | 0.00 | $0.00 |
| 7 | EBITDA Projection | 0.00 | $0.00 |
| 8 | Environmental Analysis | 0.00 | $0.00 |
| 9 | Short-Range Forecast | 0.00 | $0.00 |
| 10 | Capital Projects | 0.00 | $0.00 |
| 11 | Wholesale Operations | 0.00 | $0.00 |
| 12 | Retail Operations | 0.00 | $0.00 |
| 13 | T&D Operations | 11.50 | $8,280.00 |
| 14 | Data Collection and Diligence | 0.00 | $0.00 |
| 15 | Reports | 4.00 | $2,880.00 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 0.00 | $0.00 |
| 18 | Project Management | 0.00 | $0.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 0.00 | $0.00 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 0.00 | $0.00 |
| | *Continued on next page* | | |

[1.] Non-working travel time has been billed at 50% of actual time incurred.

## EXHIBIT A (cont'd)

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 23 | Business Services Analysis | 0.00 | $0.00 |
| 24 | Retail Margins | 0.00 | $0.00 |
| 25 | T&D Market Research | 0.00 | $0.00 |
| 26 | Wholesale Market Research | 0.00 | $0.00 |
| 27 | Retail Market Research | 0.00 | $0.00 |
| 28 | Performance Analysis | 0.00 | $0.00 |
| 29 | Sales, General & Administrative Analysis | 0.00 | $0.00 |
| 30 | Portfolio Analysis | 0.00 | $0.00 |
| 31 | Oncor Revenue Analysis | 0.00 | $0.00 |
| 32 | Oncor Capital Structure | 0.00 | $0.00 |
| 33 | Regulatory Analysis | 0.00 | $0.00 |
| 34 | Claims & Settlement Issues | 0.00 | $0.00 |
| 35 | Property Tax Analysis | 0.00 | $0.00 |
| 36 | Analysis of Competitive Portfolios | 0.00 | $0.00 |
| | | | |
| | **Totals:** | **15.50** | **$11,160.00** |

---

[1.] Non-working travel time has been billed at 50% of actual time incurred.