**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Gary Germeroth | Managing Director | $720 | 15.50 | $11,160.00 |
|  |  |  |  |  |
|  |  | **Totals:** | **15.50** | **$11,160.00** |