## **EXHIBIT C**

## **Summary of Actual and Necessary Expenses for the Fee Period**

### **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $37.00 |
|  |  |
| **Total:** | **$0.00** |

### **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $27.93 |
|  |  |
| **Total:** | **$27.93** |

**EFH - Expense Summary**

| Service Description | Amount |
| --- | ---: |
| Lodging | $0.00 |
| Airfare | $0.00 |
| Taxi | $0.00 |
| Travel Meals | $0.00 |
| Other Travel Expenses | $0.00 |
| Vehicle Rental Expenses | $0.00 |
| Other | $9.07 |
|  |  |
| **Total:** | **$9.07** |

RLF1 18162371v.1