EXHIBIT D

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-052 | Fee Application | 20170712 | N/a | Other | | | $37.00 | Courtcall fee for Uncontested Interim hearing; occurred in July, charged to client in August. |
| | | | | | | subtotal: | $37.00 | |