## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date:  To be determined** |
| | ) | **Objection Deadline: To be determined** |
| | ) | |

### NOTICE OF MOTIONS AND PROPOSED HEARING

**PLEASE TAKE NOTICE** that, on September 22, 2017, the reorganized debtors formerly known as the TCEH Debtors (collectively, the "Reorganized TCEH Debtors") filed the attached *Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same* (the "Enforcement Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT**, on September 22, 2017, the Reorganized TCEH Debtors also filed the *Motion for Order Shortening Notice and Setting Response Deadline for the Reorganized TCEH Debtors' Motion for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same* (the "Motion to Shorten"), pursuant to which the Reorganized TCEH Debtors have

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

requested approval of a shortened notice period and objection and reply deadlines relating to the Enforcement Motion.

**PLEASE TAKE FURTHER NOTICE** that, if the Bankruptcy Court grants the relief requested in the Motion to Shorten, (i) a hearing to consider the Enforcement Motion will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **a date and time to be determined**; (ii) objections to the Enforcement Motion, if any, shall be filed and served on the undersigned co-counsel to the Reorganized TCEH Debtors no later than **a date and time to be determined**; and (iii) the Reorganized TCEH Debtors' deadline to file a reply to any objections filed in connection with the Enforcement Motion is **a date and time to be determined**.

**PLEASE TAKE FURTHER NOTICE** that, <u>once the Bankruptcy Court acts on the Motion to Shorten, you will receive further notice of the dates and deadlines established by the Bankruptcy Court in connection with the Enforcement Motion</u>.

*[Remainder of page intentionally left blank]*

2

Dated: September 22, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com
                       aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

Co-Counsel to the Reorganized TCEH Debtors

3