IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 11932** |

**DECLARATION OF BRYAN M. STEPHANY IN SUPPORT OF
MOTION OF THE REORGANIZED TCEH DEBTORS FOR ENTRY
OF AN ORDER ENFORCING THE TCEH CONFIRMATION ORDER AND
IMPOSING COSTS AND FEES FOR THE WILLFUL DISREGARD OF THE SAME**

I, BRYAN M. STEPHANY, declare as follows:

1. I am an attorney admitted to practice in the State of New York, the District of Columbia and the United States District Court for the District of Columbia. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the *Motion the Reorganized TCEH Debtors for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Fees and Costs for the Willful Disregard of the Same*, filed September 22, 2017 [D.I. 11932].

3. Attached hereto as **Exhibit 1** is a true and correct copy of the June 26, 2017 letter from McClain Thompson to Brian L. Ponder.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the *Complaint and Jury Demand*, dated May 19, 2017 (W.D. Okla. Case No. CIV-17-575-D, D.I. 1).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 18171740v.1

5. Attached hereto as **Exhibit 3** is a true and correct copy of the *Notice of (I) Suggestion of Pendency of Bankruptcy for Energy Future Holdings Corp., et al. and Automatic Stay of These Proceedings, (II) Confirmation Order and Injunction, And (III) Exclusive Jurisdiction Of Bankruptcy Court to Interpret and Enforce the Confirmation Order*, dated June 21, 2017 (W.D. Okla. Case No. CIV-17-575-D, D.I. 11).

6. Attached hereto as **Exhibit 4** is a true and correct copy of *Response to Notice [11] Filed by Defendant Energy Future Holdings Corp.*, filed on June 22, 2017 (W.D. Okla. Case No. CIV-17-575-D, D.I. 12).

7. Attached hereto as **Exhibit 5** is a true and correct copy of the *Notice of Voluntary Dismissal*, dated June 27, 2017 (W.D. Okla. Case No. CIV-17-575-D, D.I. 14).

8. Attached hereto as **Exhibit 6** is a true and correct copy of the *Motion for Entry of Default* dated June 30, 2017 (W.D. Okla. Case No. CIV-17-575-D, D.I. 15).

9. Attached hereto as **Exhibit 7** is a true and correct copy of the *Order* of the Honorable Timothy D. DeGiusti, United States District Judge, United States District Court for the Western District of Oklahoma, dated September 19, 2017 (W.D. Okla. Case No. CIV-17-575-D, D.I. 22).

10. Attached hereto as **Exhibit 8** is a true and correct copy of the *Amended Motion for Leave to File Objection to Entry of Default and Brief In Support*, dated September 21, 2017 (W.D. Okla. Case No. CIV-17-575-D, D.I. 24).

11. Attached hereto as **Exhibit 9** is a true and correct copy of the June 19, 2017 letter from McClain Thompson to Brian L. Ponder.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the June 23, 2017 letter from McClain Thompson to Brian L. Ponder.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 22nd day of September, 2017.

*/s/ Bryan M. Stephany*
Bryan M. Stephany (admitted *pro hac vice*)
