# EXHIBIT 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON,<br><br>          Plaintiff,<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP. d/b/a TXU ENERGY, *et al.*,<br><br>          Defendants. | CASE NO. CIV-17-575-D |

**PLAINTIFF'S RESPONSE TO NOTICE [11] FILED BY DEFENDANT ENERGY FUTURE HOLDINGS CORP.**

Defendant ENERGY FUTURE HOLDINGS CORP. ("EFH") filed a "notice of (i) suggestion of pendency of bankruptcy for Energy Future Holdings Corp., *et al.* and automatic stay of these proceedings, (ii) confirmation order and injunction, and (iii) exclusive jurisdiction of bankruptcy court to interpret and enforce the confirmation order" [11] in response to the complaint [1] filed by Plaintiff VANCE DOTSON ("Dotson"). Pursuant to the record in this case, Dotson's instant action against EFH was commenced on May 19, 2017, after EFH's chapter 11 bankruptcy petition date of April 29, 2014, and, further, Dotson's instant action is not one which could have been commenced before EFH's commencement of its case under chapter 11 of title 11 of the United States Code ("Bankruptcy Code"). *See* [1], [11], [11-1]. Thus, assuming *arguendo* that there is an automatic stay effective with respect to EFH, it is not applicable to Dotson's instant action. *See* 11 U.S.C. § 362(a)(1). Furthermore, Dotson is not a person enjoined under any Bankruptcy Court order regarding EFH or any other defendant in this action. *See* [11-2].

1

                                      Respectfully submitted,

Dated: June 22, 2017                    s/ Brian L. Ponder
                                           Brian L. Ponder, Esq. (NY: 5102751)
                                           BRIAN PONDER LLP
                                           200 Park Ave., Ste. 1700
                                           New York, NY 10166
                                           Telephone: (646) 450-9461
                                           Facsimile: (646) 607-9238
                                           Email: brian@brianponder.com
                                           ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2017, I filed the foregoing document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

                                        Respectfully submitted,

Dated: June 22, 2017                    s/ Brian L. Ponder
                                           Brian L. Ponder, Esq. (NY: 5102751)