# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON,<br><br>Plaintiff,<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP. d/b/a TXU ENERGY, *et al.*;<br><br>Defendants. | CASE NO. CIV-17-575-D<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

To the Clerk of Court and all interested parties:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff VANCE DOTSON and his counsel hereby give notice that the above-captioned action is voluntarily dismissed *without prejudice* against the following defendants: (1) ENERGY FUTURE HOLDINGS CORP. d/b/a TXU ENERGY, (2) TXU ENERGY RETAIL COMPANY LLC d/b/a TXU ENERGY, and (3) TXU ENERGY SOLUTIONS COMPANY LLC d/b/a TXU ENERGY.

                                           Respectfully submitted,

Dated:  New York, New York        s/ Brian L. Ponder
         June 27, 2017               Brian L. Ponder, Esq. (NY: 5102751)
                                          BRIAN PONDER LLP
                                          200 Park Ave., Ste. 1700
                                          New York, NY 10166
                                          Telephone: (646) 450-9461
                                          Facsimile: (646) 607-9238
                                          Email: brian@brianponder.com
                                          ATTORNEY FOR PLAINTIFF

2

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2017, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

                                  Respectfully submitted,

Dated: New York, New York       s/ Brian L. Ponder
       June 27, 2017                Brian L. Ponder, Esq. (NY: 5102751)