# EXHIBIT 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON,<br><br>Plaintiff,<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP. d/b/a TXU ENERGY, *et al.*,<br><br>Defendants. | CASE NO. CIV-17-575-D<br><br>**MOTION FOR ENTRY OF DEFAULT** |

COMES NOW Plaintiff VANCE DOTSON and hereby requests the Clerk of Court to enter default against Defendants TXU ENERGY SOLUTIONS MANAGEMENT COMPANY LLC d/b/a TXU ENERGY, TXU ENERGY INDUSTRIES COMPANY d/b/a TXU ENERGY, and TXU ENERGY SERVICES COMPANY LLC d/b/a TXU ENERGY on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: June 30, 2017

s/ Brian L. Ponder
Brian L. Ponder, Esq. (NY: 5102751)
BRIAN PONDER LLP
200 Park Ave., Ste. 1700
New York, NY 10166
Telephone: (646) 450-9461
Facsimile: (646) 607-9238
Email: brian@brianponder.com
ATTORNEY FOR PLAINTIFF

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I filed the foregoing document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

                                      Respectfully submitted,

Dated: June 30, 2017                    <u>s/ Brian L. Ponder</u>
                                         Brian L. Ponder, Esq. (NY: 5102751)