# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Hearing Date:<br>) October 3, 2017 at 10:00 a.m. |
| | ) Objection Deadline:<br>) October 2, 2017 at 12:00 p.m. (noon) |

## NOTICE OF "MOTION OF THE REORGANIZED TCEH DEBTORS FOR ENTRY OF AN ORDER ENFORCING THE TCEH CONFIRMATION ORDER AND IMPOSING COSTS AND FEES FOR THE WILLFUL DISREGARD OF THE SAME" AND HEARING THEREON

PLEASE TAKE NOTICE that, on September 22, 2017, the reorganized debtors formerly known as the TCEH Debtors (collectively, the "Reorganized TCEH Debtors") filed the **Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same** [D.I. 11932] (the "Enforcement Motion"[2]) with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Enforcement Motion.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On September 22, 2017, the Reorganized TCEH Debtors also filed the (i) **Declaration of Bryan M. Stephany in Support of Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same** [D.I. 11933] (the "Stephany Declaration"), and (ii) the **Affidavit of Sidney Garabato** [D.I. 11934] (the "Garabato Affidavit"), both in connection with, and in support of, the Enforcement Motion. **You were previously served with a copy of the Stephany Declaration and the Garabato Affidavit.**

RLF1 18175631v.1

PLEASE TAKE FURTHER NOTICE that, on September 22, 2017, the Reorganized TCEH Debtors also filed the **Motion for Order Shortening Notice and Setting Response Deadline for the Reorganized TCEH Debtors' Motion for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same** [D.I. 11935] (the "Motion to Shorten"), pursuant to which the Reorganized TCEH Debtors requested approval of a shortened notice period and objection deadline relating to the Enforcement Motion. **You were previously served with a copy of the Motion to Shorten**.

PLEASE TAKE FURTHER NOTICE that, on September 25, 2017, the Bankruptcy Court entered its **Order Shortening Notice and Setting Response Deadline for Reorganized TCEH Debtors' Motion for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same** [D.I. 11937] (the "Order Shortening Notice") in connection with the Motion to Shorten. A copy of the Order Shortening Notice is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order Shortening Notice, (i) a hearing to consider the Enforcement Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **October 3, 2017 starting at 10:00 a.m. (Eastern Daylight Time)**, and (ii) objections to the Enforcement Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Reorganized TCEH Debtors on or before **October 2, 2017 at 12:00 p.m. (noon) (Eastern Daylight Time)**.

Dated: September 25, 2017
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Reorganized TCEH Debtors