# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | X | |
| In re | : | **Chapter 11** |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.,* | : | **Case No. 14-10979 (CSS)** |
| | : | |
| **Debtor-in-Possession.** | : | **(Jointly Administered)** |
| | : | |
| | X | |

**Objection deadline: October 17, 2017 at 4:00p.m. Eastern Time**
**Hearing date: November 8, 2017 at 10:00 a.m. Eastern Time**

## SEVENTH AND EIGHTH INTERIM AND CONSOLIDATED APPLICATIONS OF RICHARD GITLIN, INDIVIDUALLY, AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD <u>FROM SEPTEMBER 1, 2016 THROUGH APRIL 30, 2017</u>

## <u>SUMMARY (LOCAL FORM 101)</u>

| | |
|---|---|
| Name of Applicant: | Richard Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee ("the **Applicant**") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Appointment: | August 21, 2014 |
| Period for which compensation and reimbursement is sought: | September 1, 2016 – April 30, 2017 (the "**Compensation Periods**") |
| Amount of Compensation sought as actual, reasonable and necessary: | $400,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |

This is an:  <u> X </u> interim ___ final application.

The total time expended for fee application preparation is 0 hours and the compensation requested is $0.

Prior fee applications:

*First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2014* [D.I. 3900]
Approved by order dated June 24, 2015 [D.I. 4843]

*Second Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2015 Through April 30, 2015* [D.I. 5013]
Approved by order dated October 26, 2015 [D.I. 6667]

*Third Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2015 Through August 31, 2015* [D.I. 7714]
Approved by order dated February 18, 2016 [D.I. 7883]

*Fourth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From September 1, 2015 Through December 31, 2015* [D.I. 8643]
Approved by order dated June 27, 2016 [D.I. 8824]

*Fifth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2016 Through April 30, 2016* [D.I. 9766]
Approved by order dated October 27, 2016 [D.I. 9963]

*Sixth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2016 Through August 31, 2016* [D.I. 10973]
Approved by order dated March 28, 2017 [D.I. 11071]

## **ATTACHMENTS TO FEE APPLICATION**

### **EXHIBIT A:  DETAILED TIME RECORDS**

Detailed records summarizing the services provided by the Applicant are attached to this

Application as Exhibit A.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ------------------------------------- X |  |  |
| In re | : | **Chapter 11** |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP. *et al.,* | : | **Case No. 14-10979 (CSS)** |
|  | : |  |
| Debtor-in-Possession. | : | **(Jointly Administered)** |
|  | : |  |
| ------------------------------------- X |  |  |

**Objection deadline:  October 17, 2017 at 4:00 p.m.**
**Eastern Time**
**Hearing date: November 8, 2017 at 10:00 a.m.**
**Eastern Time**

**SEVENTH AND EIGHTH INTERIM AND CONSOLIDATED APPLICATIONS**
**OF RICHARD GITLIN, INDIVIDUALLY, AND AS CHAIRMAN OF**
**GITLIN & COMPANY LLC, AS THE INDEPENDENT MEMBER OF**
**THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED FOR THE PERIOD**
**FROM SEPTEMBER 1, 2016 THROUGH APRIL 30, 2017**

**FEE APPLICATION**

Richard Gitlin, individually, and as Chairman of Gitlin & Company LLC, as the

Independent Member of the Fee Committee appointed in these cases, submits this *Seventh and*

*Eighth Interim and Consolidated Applications of Richard Gitlin, Individually and as Chairman*

*of Gitlin & Company LLC, as Independent Member of the Fee Committee, for Allowance of*

*Compensation for Services Rendered and Reimbursement of Expenses for the Period From*

*September 1, 2016 Through April 30, 2017* (the "**Fee Application**") under 11 U.S.C. §§ 330

and 331, Fed. R. Bankr. P. 2016, and Local Rule 2016-2.  Pursuant to the flat fee compensation

arrangement established in the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896]

(the "**Fee Committee Order**"), the Fee Application requests interim allowance of compensation

for professional services from September 1, 2016 through April 30, 2017.

The Applicant requests retrospective Court approval for a total of $400,000.00 in fees. This total would, if expressed in terms of an hourly rate, reflect an average rate of $1,098.90.

## BACKGROUND

1.      On April 29, 2014 (the "**Commencement Date**"), each of the Debtors filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      The Court appointed a Fee Committee on August 21, 2014 to execute the duties set forth in the Fee Committee Order, including, among other things, monitoring the fees and expenses incurred by professionals ("**Retained Professionals**") in these chapter 11 cases.  The Fee Committee Order further approved the appointment of Richard A. Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member and chairperson of the Fee Committee (the "**Chair**").

3.      During the Compensation Period, the Fee Committee reviewed at least 19 interim fee applications from Retained Professionals (corresponding to the Seventh Interim Fee Period, May 1, 2016 through August 31, 2016) totaling approximately $23 million in requested fees for professional services and $724,000 in expense reimbursements.

4.      In addition, the Fee Committee reviewed 10 interim fee applications from Retained Professionals (corresponding to the Extended T-Side Seventh Interim Fee Period from May 1, 2016 through October 3, 2016—the T-Side effective date) totaling approximately $9 million in fees and $220,000 in expenses.

2

5.    The Fee Committee reviewed 11 final fee applications from T-Side professionals (incorporating the prior seven interim fee periods) requesting approximately $127 million in fees and $3 million in expense reimbursements.

6.    The Fee Committee began reviewing at least 15 interim fee applications from Retained Professionals (corresponding to the Eighth Interim Fee Period, September 1, 2016 through December 31, 2016) totaling approximately $13 million in requested fees for professional services and $373,000 in expense reimbursements.

## THE APPLICANT

7.    The Applicant's background and qualifications were detailed in the *First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2014* [D.I. 3900] (the "First Fee Application"), which is incorporated by reference.

## FEE COMMITTEE PROCESS

8.    During the Compensation Periods, the Fee Committee met at least seven times, with all meetings taking place in person in New York.  The Fee Committee continued the review and reporting process with respect to the cases' Sixth Interim Fee Period (January 1, 2016 through April 30, 2016), completed the review and reporting process for the Seventh Interim Fee Period (May 1, 2016 through August 31, 2016), and began work on the review and reporting process for the Eighth Interim Fee Period (September 1, 2016 through December 31, 2016).

9.    Retained Professionals began filing fee applications for the Seventh Interim Fee Period around October 15, 2016.

10.    Retained Professionals began filing fee applications for the Extended T-Side Seventh Interim Fee Period and final fee period for T-Side professionals around January 26, 2017.

11.    Retained Professionals began filing fee applications for the Eighth Interim Fee Period around February 15, 2017.

12.    The description of the Fee Committee's analytical and reporting process outlined in the First Fee Application [D.I. 3900] generally describes the processes for the Seventh and Eighth Interim Fee Periods.  Those details are incorporated by reference.

13.    In addition to performing the fee review and reporting processes described in prior fee applications, the Applicant also reviewed the fee requests of non-retained professionals seeking estate reimbursement of fees pursuant to 11 U.S.C. § 503(b).

14.    In addition to performing the fee review and reporting processes described in its prior fee applications, the Fee Committee counsel and chair also continued the review of 17 requests for compensation from non-retained professionals under 11 U.S.C. § 503(b) and subject to the fee review provisions in the Plan of Reorganization, successfully resolving six of those applications.[1]

## DESCRIPTION OF SERVICES PROVIDED

15.    During the Compensation Period, the Chair presided over all Fee Committee meetings—in person, on September 22, October 13, and December 19, 2016 and on January 18, February 22, March 27, and April 19 of 2017.  The Chair designed or approved each meeting agenda and the format and substance for the Reports submitted to each Retained Professional. He has continued to ask counsel to provide background memoranda and communicate with

---

[1] As of the date of this Application, all 17 requests of T-Side settlement parties and other non-retained professionals have been resolved.  The Applicant does not seek additional compensation for work performed on those applications.

Retained Professionals to maintain open communication.  In addition, he has conducted numerous individual conferences and conversations with the Fee Committee's members and, on occasion, with the principal counsel for the Retained Professionals.  He appeared before the Court at the fee hearings on October 26, 2016, and March 28, 2017 and he has demonstrated an ability to facilitate the resolution of differences, whether in discussions within the Fee Committee or in negotiations with Retained Professionals.

### REQUEST FOR APPROVAL OF COMPENSATION

16.    Interim compensation to professionals is governed by 11 U.S.C. §§ 330 and 331. The Court is authorized to grant "reasonable compensation for actual, necessary services rendered by the [professional person] and reimbursement for actual, necessary expenses."

17.    The Applicant requests that the Court approve this Fee Application, incorporating services and expenses incurred during the Compensation Periods, because he has completed his assignment in a timely, efficient and effective manner.

A.    The services of the Applicant have provided direct benefit to the estates, both tangible and intangible, by saving amounts sought for professional services inadvertently, improvidently, or inappropriately billed to the estates.

B.    The services of the Applicant have assisted the Fee Committee, the Court and the U.S. Trustee in fulfilling their own responsibilities, and those same services have helped encourage the Retained Professionals to submit applications for compensation and reimbursement that meet the requirements of the Bankruptcy Code, the U.S. Trustee Guidelines and the local rules of the District of Delaware.

C.    All of the Fee Committee's standards and guidelines applied to other Retained Professionals have also been applied to the Applicant.

18.     The Applicant has received a fixed $50,000.00 payment each month for Fee Committee Chair services for the months of September 2016 through April 2017.[2]  This flat fee payment was authorized by the Court both in the Fee Committee Order and the Order Authorizing the Employment and Retention of Godfrey & Kahn, S.C. as Counsel to the Fee Committee [D.I. 2065] (the "**Godfrey & Kahn Retention Order**").

19.     The aggregate amount of $400,000.00 in flat fees has been conditionally paid to the Chair, subject to the filing of this Application and further order of this Court.  The Applicant now seeks retrospective Court approval of these payments.

20.     There is no agreement or understanding between the Applicant and any other entity for the sharing of compensation to be received.

21.     The services provided were actual and necessary to the administration of the fee examination process in these cases.  The fee review process is a statutory mandate in all chapter 11 cases.  Given the size and complexity of these cases, however, the parties agreed to the creation of a Fee Committee to aid both the U.S. Trustee and the Court.

22.     In reviewing whether a compensation request should be granted, the Court should be guided by the following factors:

> [T]he nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A)     The time spent on such services;
>
> (B)     The rates charged for such services;
>
> (C)     Whether the services were necessary to the administration of or beneficial at the time at which the service was rendered toward the completion of a case under this title;

---

[2] Effective June 1, 2017, the Fee Committee counsel and Chair voluntarily began reducing their combined flat monthly fee of $250,000.00 to $200,000.00 in recognition of the decreased workload resulting from the conclusion of 11 professionals' engagements.

> (D)      Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed;
>
> (E)      With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)      Whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than these under this title.

11 U.S.C. § 330.

23.      The requested compensation and reimbursement meet the statutory requirements for allowance.  The Applicant has completed his work in a timely and efficient manner commensurate with the complexity, importance and nature of the issues involved.  The Applicant has demonstrated skill in bankruptcy, generally, and in the bankruptcy fee review context, specifically.

24.      Moreover, the requested compensation is reasonable because it is no more than the customary compensation charged by comparably skilled professionals in other bankruptcy contexts, such as a Chapter 11 examiner.

25.      Accordingly, approval of the requested compensation is warranted.

### CONCLUSION

The Applicant respectfully requests that the Court enter an order retrospectively authorizing interim allowance of compensation for professional services rendered during the Compensation Periods in the amount of $400,000.00 in fees incurred during the Compensation Periods.

Dated: September 26, 2017.

BENESCH, FRIEDLANDER, COPLAN &
ARNOFF LLP

By:      */s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
BENESCH, FRIEDLANDER, COPLAN, &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Phone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
walleman@beneschlaw.com

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

## <u>CERTIFICATION</u>

The Chair has reviewed the requirements of Local Rule 2016-2 and certifies that the

motion complies with Local Rule 2016-2.

GITLIN & COMPANY LLC                      GODFREY & KAHN, S.C.


___*/s/ Richard A. Gitlin*_____                  ___*/s/ Katherine Stadler*_____
Richard A. Gitlin                                   Brady C. Williamson
Fee Committee Chair                            Katherine Stadler, *Admitted Pro Hac Vice*

                                                         GODFREY & KAHN, S.C.
                                                         One East Main Street, Suite 500
                                                         P.O. Box 2719
                                                         Madison, Wisconsin 53701-2719
                                                         Telephone: (608) 257-3911
                                                         Facsimile: (608) 257-0609
                                                         E-mail: bwilliam@gklaw.com
                                                                    kstadler@gklaw.com
                                                         *Attorneys for the Fee Committee*


17775879.2

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 9/1/2016 | 1.00 | Planning for future Fee Committee meetings. |
| 9/2/2016 | 0.50 | Review Fee Committee memorandum on rate increases. |
| | 1.00 | Analyze next steps to resolve rate increase matter and telephone conference with Jamie Sprayregen. |
| 9/12/2016 | 0.50 | Review status of disclosure statement issues. |
| 9/14/2016 | 1.00 | Prepare for Fee Committee meeting on September 22. |
| | 0.50 | Analyze impact of asbestos appeal on confirmation. |
| | 0.50 | Review Proskauer's October budget. |
| | 1.00 | Analyze White & Case proposal to settle 503(b) dispute and review proposed language. |
| | 0.50 | Review Munger's October budget. |
| 9/15/2016 | 0.50 | Review SOLIC's October budget. |
| | 1.50 | Review status of negotiations with professionals including telephone conference with Godfrey & Kahn. |
| | 1.00 | Analyze timing and process for final fee applications of T-Side professionals. |
| 9/16/2016 | 1.00 | Review analysis of expense resolution of White & Case. |
| | 0.50 | Planning for September 22 Fee Committee meeting. |
| | 0.50 | Review agenda for Fee Committee meeting. |
| 9/19/2016 | 1.00 | Review status of NextEra deal and confirmation process. |
| | 0.50 | Review status of rate increase issue. |
| 9/20/2016 | 1.00 | Review status of White & Case expense review and analyze proposed resolution. |
| | 1.00 | Analyze impact on Fee Committee of the new support agreements for the E-Side plan. |
| 9/21/2016 | 2.00 | Review materials for September 22 Fee Committee meeting. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Review status of White & Case settlement process. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Fee Committee meeting planning. |
| 9/22/2016 | 1.50 | Preparation for Fee Committee meeting. |
| | 1.00 | Review plan and disclosure statement particularly with regard to Fee Committee responsibilities. |
| | 1.50 | Development of strategy for 503(b) claims in light of settlement with White & Case. |
| | 1.00 | Planning meeting with Godfrey & Kahn for Fee Committee meeting. |
| | 1.50 | Attend Fee Committee meeting. |
| | 1.75 | Non-working travel. |
| 9/23/2016 | 0.50 | Coordination of future Fee Committee meetings. |
| | 0.50 | Review calendar schedule for next few months for Ch. 11 and scheduling telephone call with Godfrey & Kahn. |
| 9/26/2016 | 0.50 | Planning and scheduling future Fee Committee meetings. |
| | 1.00 | Analyze firms that should file final fee applications and review Godfrey & Kahn memorandum. |
| 9/27/2016 | 0.50 | Assess impact of $275 million breakup fee on NextEra deal. |
| | 1.00 | Assess strategies for rate increase discussions. |
| | 0.50 | Assess approval  process for White & Case agreement and telephone conference with Godfrey & Kahn. |
| | 1.00 | Planning for review process post-confirmation. |
| 9/28/2016 | 0.50 | Review draft memorandum to professionals on final fee applications for T-Side professionals. |
| | 0.50 | Review Thompson & Knight letter report. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 9/30/2016 | 0.50 | Analyze McDermott's final fee application. |
| | 0.50 | Review open issues with White & Case. |
| | **33.75** | **September Total** |
| 10/3/2016 | 1.00 | Update on T-Side effective date and review process for fee review. |
| 10/4/2016 | 0.50 | Review final draft of memorandum to professionals on fee process and coordination of timing. |
| 10/5/2016 | 1.00 | Analyze strategy and timing of rate increase issue. |
| 10/6/2016 | 0.50 | Analyze possible cancellation of November 17 Fee Committee meeting. |
| | 1.00 | Review history of negotiations with Polsinelli and consider best approach to resolution of issues. |
| | 1.00 | Review open issues regarding final application by Lazard. |
| | 1.00 | Prepare for October 26 hearing and telephone conference with Godfrey & Kahn. |
| 10/7/2016 | 0.50 | Coordination with Peter Kravitz on next Fee Committee meeting. |
| 10/10/2016 | 0.50 | Review agenda and index of documents for October 13 Fee Committee meeting. |
| | 0.50 | Review status of White & Case settlement. |
| | 1.00 | Planning for October 13 Fee Committee meeting. |
| 10/11/2016 | 2.00 | Review materials for Fee Committee meeting. |
| | 1.00 | Analyze best approach on rate increase issue. |
| | 0.50 | Review proposed settlement with Patterson Belknap. |
| | 0.50 | Telephone conference with Godfrey & Kahn on October 13 Fee Committee meeting. |
| 10/12/2016 | 1.00 | Review memoranda and documents regarding White & Case expenses. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Review issues with Polsinelli's attendance at Texas PUC hearings and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review revised order proposed by White & Case. |
| 10/13/2016 | 1.00 | Review facts and issues on Polsinelli's participation in PUC process. |
| | 1.50 | Planning for Fee Committee meeting. |
| | 1.00 | Meet with Godfrey & Kahn on open issues and Fee Committee meeting. |
| | 1.00 | Attend Fee Committee meeting. |
| | 1.00 | Follow up meeting with Godfrey & Kahn on action items. |
| | 0.50 | Telephone conference with Godfrey & Kahn on status of discussion with White & Case. |
| | 2.25 | Non-working travel. |
| 10/14/2016 | 0.50 | Review October and September monthly statements and status of fee applications of Retained Professionals. |
| | 0.50 | Review revised rate increase language for McDermott. |
| | 0.50 | Analyze Proskauer's November budget. |
| | 0.50 | Review proposed White & Case order. |
| | 1.00 | Review draft summary report for October 26 hearing. |
| 10/15/2016 | 0.50 | Review revised draft summary report and telephone conference with Godfrey & Kahn on same. |
| | 1.00 | Analyze approach to resolution of additional 503(b) claimants after White & Case settlement. |
| 10/17/2016 | 0.50 | Review SOLIC's November budget. |
| 10/18/2016 | 0.50 | Review revised summary report to the Court. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Analyze McDermott's settlement offer. |
| 10/19/2016 | 1.00 | Review data and issues regarding attendance by Polsinelli and Morrison, in person and by phone, at PUC hearings. |
| 10/20/2016 | 0.50 | Review proposed White & Case order. |
| | 0.50 | Review proposed resolution for McDermott. |
| 10/21/2016 | 1.00 | Analyze proposed settlement with Polsinelli and Morrison on PUC and telephone conference with James Peck. |
| 10/24/2016 | 1.00 | Preparation for hearing on October 26. |
| | 1.50 | Review and analyze blended and hourly rates for flat fee professionals. |
| 10/25/2016 | 2.00 | Review key issues, including flat fee professionals, to raise at the October 26 hearing. |
| 10/26/2016 | 1.00 | Review open issues with 503(b) professionals. |
| | 1.00 | Preparation meeting with Godfrey & Kahn. |
| | 0.50 | Attend hearing. |
| | 1.50 | Develop strategy for fixed fee professionals. |
| | 0.50 | Assess position of Guggenheim on fixed fees. |
| | 0.50 | Review updated hourly chart of fixed fee professionals. |
| | 2.50 | Non-working travel. |
| 10/28/2016 | 0.50 | Coordination of Fee Committee meetings. |
| | 0.50 | Review transcript of October 26 hearing. |
| 10/31/2016 | 2.00 | Analyze fixed rate monthly fees and success fees in light of ups and downs in case. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Telephone conference with Godfrey & Kahn on position of monthly payments to fixed fee professionals. |
| | 0.50 | Analyze Polsinelli's offer of settlement. |
| | **48.25** | **October Total** |
| 11/1/2016 | 0.50 | Review developments on Oncor and acquisition by NextEra. |
| 11/2/2016 | 2.00 | Analyze approach to flat fee professionals. |
| 11/3/2016 | 1.50 | Review revised chart on flat fee professionals and analysis of strategies for each. |
| | 1.00 | Telephone conference with Godfrey & Kahn on strategy for flat fee professionals. |
| | 1.00 | Review and analyze rate increases. |
| 11/4/2016 | 1.00 | Planning for future Fee Committee meetings. |
| 11/7/2016 | 1.50 | Analyze individual flat fee professionals. |
| | 1.00 | Review of timeline for pursuit of flat fee issues and annual rate increase issues. |
| 11/8/2016 | 0.50 | Review decision on Energy Future's refinancing of first lien debt. |
| 11/10/2016 | 1.00 | Review Guggenheim monthly statement and implications for negotiations with Guggenheim. |
| | 1.50 | Develop strategy for all future fixed fee monthly payments. |
| 11/11/2016 | 3.00 | Review history of all fixed fee professionals, development of approach to each, to reduce cost to reflect sporadic nature of this Ch. 11. |
| 11/14/2016 | 1.00 | Prepare for Fee Committee telephone call on fixed fee professionals. |
| 11/15/2016 | 1.00 | Analyze best approach to start discussions with fixed fee professionals. |
| | 0.50 | Review draft letter to fixed fee professionals. |

Energy Future Holdings

Richard Gitlin Time Entries

Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 1.00 | Review updated chart and history of payments and terms of engagement of fixed fee professionals. |
| | 1.00 | Conference call with Fee Committee on fixed fee professionals. |
| | 0.50 | Review Proskauer's December budget. |
| 11/16/2016 | 0.50 | Review revised letter to fixed fee professionals. |
| | 2.00 | Prepare for negotiations with fixed fee professionals. |
| | 0.50 | Review status of E-Side confirmation process. |
| 11/17/2016 | 1.00 | Analyze impact on Ch. 11 process of Third Circuit decision on make-whole payments. |
| | 0.50 | Review Fee Committee's position regarding Polsinelli. |
| | 1.00 | Coordination of Fee Committee position and approach to flat fee professionals. |
| 11/21/2016 | 0.50 | Review Filsinger's December budget. |
| | 1.00 | Analyze make-whole decision on timing and execution of Ch. 11 plan and telephone call with Godfrey & Kahn. |
| | 0.50 | Telephone conference with Mr. Sprayregen on impact of make-whole decision. |
| 11/23/2016 | 1.50 | Analyze Houlihan request for additional $5 million success fee and telephone conference with Godfrey & Kahn. |
| | 1.00 | Analyze impact of delay of confirmation by Energy Future and telephone conference with Godfrey & Kahn. |
| 11/28/2016 | 1.50 | Review history of Houlihan engagement and justification for additional success fee. |
| | 0.50 | Review actions of Guggenheim on monthly payment of fees. |
| | 0.50 | Analyze Morrison fees. |

17706147.1

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 1.00 | Negotiating strategy for fixed fee professionals. |
| | 0.50 | Telephone conference with Godfrey & Kahn on rate increases. |
| 11/30/2016 | 1.50 | Review rate hike data and assess action steps for rate increase analysis. |
| | 1.00 | Assess confirmation delay and monthly flat fee payment strategies. |
| | **37.00** | **November Total** |
| 12/1/2016 | 1.00 | Review status of case in light of new plan and disclosure statement. |
| | 0.50 | Review implications of make-whole decision. |
| 12/2/2016 | 1.50 | Review revised plan and disclosure statement. |
| | 1.00 | Analyze Guggenheim fees and telephone conference with Andy Dietrich. |
| | 1.50 | Assess Houlihan request for success fee and conference call with Godfrey & Kahn. |
| | 1.00 | Review all fixed fee professionals. |
| 12/5/2016 | 1.50 | Analyze best approach to reduce payments to fixed fee professionals. |
| | 1.00 | Prepare for meetings with fixed fee professionals. |
| 12/6/2016 | 0.50 | Review draft agenda for December 19 Fee Committee meeting. |
| 12/9/2016 | 1.00 | Prepare for Fee Committee meeting. |
| | 1.00 | Assess approach to Guggenheim monthly fees. |
| 12/12/2016 | 1.00 | Prepare for Guggenheim meeting. |
| | 0.50 | Telephone conference with Godfrey & Kahn on new plan. |
| 12/14/2016 | 2.00 | Review Fee Committee meeting materials. |
| | 1.50 | Analyze success fee request by Houlihan. |
| | 0.50 | Review revised Houlihan memorandum. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Houlihan success fee. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 12/15/2016 | 1.50 | Analyze background material, retentions, amendments, and law analysis on Houlihan's $5 million success fee. |
| | 1.00 | Review status on 503(b) claims, including analysis of Brown Rudnick settlement offer. |
| | 1.00 | Review letter to fixed fee professionals and analysis of approach to a settlement. |
| | 1.00 | Telephone conference with Godfrey & Kahn on preparation for Fee Committee meeting on December 19. |
| | 0.50 | Review Proskauer's January budget. |
| | 0.50 | Review Filsinger's January budget and SOLIC's January budget. |
| 12/16/2016 | 1.00 | Analyze monthly fees of fixed fee professionals. |
| | 1.00 | Review Goldin retention and monthly fees plus draft letter. |
| | 0.50 | Telephone conference with Godfrey & Kahn on fixed fee professionals. |
| | 0.50 | Telephone conference with Guggenheim on monthly fees. |
| | 1.00 | Preparation for Fee Committee meeting. |
| 12/17/2016 | 1.00 | Analyze Evercore monthly payments. |
| | 0.50 | Telephone conference with Mr. Sprayregen on status of case. |
| | 0.50 | Review Kirkland & Ellis rate increases. |
| 12/18/2016 | 1.50 | Preparation for Fee Committee meeting. |
| | 1.50 | Review background materials for Evercore and Greenhill meetings. |
| | 1.00 | Review and analysis of proposal of Brown Rudnick to settle 503(b) claimants. |
| 12/19/2016 | 1.00 | Analysis of revised fixed fee monthly information. |
| | 0.50 | Preparation for Evercore meeting. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Meet with Evercore. |
| | 0.50 | Preparation for Greenhill meeting. |
| | 1.00 | Meet with Greenhill. |
| | 1.00 | Preparation for Fee Committee meeting. |
| | 1.50 | Attend Fee Committee meeting. |
| | 0.50 | Follow up settlement analysis of Greenhill and Evercore. |
| | 3.50 | Non-working travel. |
| 12/20/2016 | 0.50 | Review make-whole settlement and impact on Ch. 11 process. |
| | 0.50 | Review Kirkland & Ellis rate increase declaration. |
| | 1.00 | Analyze Houlihan's request for success fee. |
| 12/21/2016 | 0.50 | Review revised letter to Proskauer. |
| 12/23/2016 | 1.50 | Analyze Houlihan success fee request including review of Relatively Fashion, LLC decision. |
| 12/27/2016 | 1.50 | Analyze law regarding fixed fee payments. |
| 12/29/2016 | 1.00 | Assessment of new Ch. 11 filed plan. |
| 12/30/2016 | 1.00 | Coordination of future Fee Committee meetings. |
| | **51.00** | **December Total** |
| 1/3/2017 | 2.00 | Analyze implications of new Ch. 11 plan for fee review process, litigation risks, and scheduling. |
| 1/4/2017 | 1.00 | Review Judge Sontchi's decisions on disclosure statement and timing of confirmation process. |
| 1/5/2017 | 0.50 | Telephone conference with Godfrey & Kahn on fee review process. |
| | 1.00 | Review of professionals to be reviewed under the plan. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 1/6/2017 | 0.50 | Review draft agenda for January 18 Fee Committee meeting. |
| | 1.50 | Analyze settlement options for White & Case 503(b) claims. |
| 1/8/2017 | 0.50 | Telephone conference with Godfrey & Kahn on next Fee Committee meeting. |
| 1/9/2017 | 1.00 | Analyze approach to reduce monthly fees of fixed fee professionals. |
| | 1.00 | Review analysis and approach to rate increases. |
| | 0.50 | Telephone conference with Godfrey & Kahn on rate increases and fixed fee payments. |
| | 1.00 | Review transcripts of status conference and disclosure hearing. |
| 1/11/2017 | 0.50 | Review FERC NextEra decision. |
| | 1.50 | Analyze comparison of rate increases for partners and associates for the major firms and strategy on dealing with rate increases. |
| | 1.00 | Review draft letters to FTI and Balch & Bingham. |
| | 0.50 | Analyze rate increase language in letters. |
| 1/12/2017 | 1.00 | Preparation for Houlihan meeting on success fee request. |
| | 0.50 | Review Greenhill letter. |
| | 1.50 | Analyze law and approach to rate increases. |
| | 0.50 | Telephone conference with Godfrey & Kahn on rate increases. |
| 1/13/2017 | 0.50 | Review draft agenda for January 18 Fee Committee meeting. |
| | 1.00 | Review law regarding Houlihan success fee request. |
| | 1.00 | Preparation for January 18 Fee Committee meeting. |
| | 0.50 | Review Proskauer's February budget. |
| | 1.00 | Review Greenhill report and telephone conference with Godfrey & Kahn. |
| 1/14/2017 | 2.50 | Review materials for Fee Committee meeting on January 18. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Review information on national rate increases by law firms. |
| 1/16/2017 | 1.00 | Prepare for Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| 1/17/2017 | 1.50 | Review materials and preparation for Houlihan meeting. |
| | 0.50 | Review Lazard payments and letter to be amended. |
| | 0.50 | Review issues with Richards Layton. |
| | 0.50 | Analysis of Greenhill report. |
| | 1.00 | Review data on Goldin payments and preparation for meeting with Goldin. |
| | 1.75 | Non-working travel. |
| 1/18/2017 | 0.50 | Review Filsinger's February budget. |
| | 1.00 | Meet with Godfrey & Kahn in preparation for Houlihan and Fee Committee meetings. |
| | 1.50 | Review materials and preparation for Fee Committee meeting. |
| | 0.50 | Review status of confirmation process. |
| | 0.50 | Meeting with Godfrey & Kahn before Fee Committee meeting. |
| | 1.00 | Attend Fee Committee meeting. |
| | 0.50 | Analyze Evercore monthly payments. |
| | 0.50 | Analyze Greenhill resolution. |
| | 2.00 | Non-working travel. |
| | 0.50 | Telephone conference with Godfrey & Kahn on follow up tasks after meeting. |
| 1/19/2017 | 1.00 | Analysis on fees allocated to $49.5 million reserve amount for 503(b) fees. |
| | 0.50 | Review SOLIC's February budget. |
| | 0.50 | Analyze payment freeze for flat fee professionals. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Telephone conference with Godfrey & Kahn on Greenhill and Lazard. |
| 1/20/2017 | 0.50 | Analyze current monthly payments to SOLIC. |
| | 0.50 | Evaluate pushing forward Kirkland & Ellis' Seventh Fee Application to January 26. |
| | 0.50 | Telephone conference with Godfrey & Kahn on open issues. |
| 1/24/2017 | 1.00 | Assess approach to rate increases. |
| | 0.50 | Review Goldin retention information. |
| | 1.00 | Planning for February and March Fee Committee meetings. |
| | 0.50 | Telephone conference with Godfrey & Kahn on flat fees and rate increases. |
| 1/25/2017 | 1.50 | Review Evercore retention terms, history of payments and hours committed. |
| | 0.50 | Telephone conference with Godfrey & Kahn on rate increases and open issues. |
| | 1.00 | Review monthly fees and hours for all flat fee professionals. |
| | 0.50 | Analyze major professional firms' rate increases for partners. |
| | 0.50 | Assess impact of failure to include $9.5 million Greenhill fee in escrow for professional fees. |
| 1/26/2017 | 0.50 | Telephone conference with Godfrey & Kahn on open items. |
| 1/30/2017 | 1.50 | Analyze law on rate increases. |
| | 0.50 | Telephone conference with Godfrey & Kahn on rate increase data. |
| 1/31/2017 | 1.00 | Review all reports on flat fee professionals. |
| | 0.50 | Telephone conference with Godfrey & Kahn on flat fee professionals. |
| | 1.00 | Analyze approach to rate increases for the major professionals. |
| | **56.25** | **January Total** |
| 2/1/2017 | 0.50 | Coordinate meetings for February and March. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Telephone conference with Godfrey & Kahn on scheduling and open issues. |
| 2/2/2017 | 1.00 | Analyze flat fee professionals and telephone conference with Godfrey & Kahn. |
| | 0.50 | Coordination and timing of future Fee Committee meetings. |
| 2/3/2017 | 1.50 | Review issues with U.S. Trustee and payment of unsecured creditor fees and analysis of substantial contribution issue. |
| | 0.50 | Prepare for Goldin meeting and telephone conference with Godfrey & Kahn. |
| 2/6/2017 | 1.00 | Analyze 503(b) applications of PJ Solomon and Concentric. |
| | 1.00 | Analyze Houlihan success fee and preparation for meeting with Tom Lauria. |
| | 1.00 | Review status of action on fixed fee professionals and rate increases and telephone conference with Godfrey & Kahn. |
| 2/7/2017 | 0.50 | Analyze background material related to Houlihan success fee. |
| | 1.50 | Analyze plan for each flat fee professional and detail chart regarding payments to be adjusted. |
| | 0.50 | Review list of open issues. |
| 2/8/2017 | 1.50 | Analyze chart of rate increases of associates, strategy regarding resolution and telephone conference with Godfrey & Kahn. |
| 2/10/2017 | 0.50 | Review objection of U.S. Trustee on 503(b). |
| | 1.50 | Analyze law on 503(b) and position of Fee Committee. |
| 2/14/2017 | 0.50 | Analyze make-whole settlement. |
| | 1.00 | Review and analyze confirmation hearing and issues discussed. |
| 2/15/2017 | 0.50 | Review Proskauer's March budget. |
| | 0.50 | Analyze status of budgets submitted. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| 2/16/2017 | 1.00 | Preparation for February 22 meeting and telephone conference with Godfrey & Kahn. |
| | 1.00 | Assess details of fixed fee monthly payments and development of strategy. |
| | 0.50 | Review SOLIC's March budget. |
| | 1.00 | Analyze approach to associate rate increases. |
| 2/17/2017 | 1.00 | Review process and timing of fee review based on confirmation decision of the Court and telephone conference with Godfrey & Kahn. |
| | 1.00 | Prepare for Fee Committee meeting and review of draft agenda. |
| 2/20/2017 | 1.00 | Review impact on fees of confirmation and telephone conference with Godfrey & Kahn. |
| | 1.50 | Analyze negotiating strategy for 503(b) claims. |
| 2/21/2017 | 2.00 | Review materials for Fee Committee meeting. |
| | 1.50 | Analyze retention letters and other data regarding Houlihan background on the case. |
| | 1.00 | Review Goldin retention terms and billing history in preparation for Goldin meeting. |
| | 1.00 | Analyze data on partner and associate rate increases. |
| | 1.50 | Non-working travel. |
| 2/23/2017 | 0.50 | Coordination of future Fee Committee meetings. |
| | 2.00 | Review law on rate increases in preparation for meeting. |
| 2/24/2017 | 1.00 | Prepare for next Fee Committee meetings and telephone conference with Godfrey & Kahn. |
| 2/25/2017 | 0.50 | Telephone conference with Godfrey & Kahn on rate increase cases. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 2/27/2017 | 1.50 | Review transcript of confirmation hearing and prepare for substantial contribution review. |
| | 0.50 | Telephone conference with Godfrey & Kahn on confirmation order. |
| 2/28/2017 | 0.50 | Assess IRS tax issue raised to the Court. |
| | 1.00 | Review draft letters to Goldin and Guggenheim. |
| | 0.50 | Telephone conference with Godfrey & Kahn on open issues. |
| | **39.00** | **February Total** |
| 3/1/2017 | 1.00 | Analyze potential Evercore settlement and review of calculation worksheet. |
| | 0.50 | Telephone conference with Godfrey & Kahn on fixed fee professionals. |
| 3/2/2017 | 1.00 | Analyze debtor feedback on rate increases and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review next steps for potential settlement with Guggenheim. |
| 3/3/2017 | 0.50 | Review status of letters to fixed fee professionals. |
| | 0.50 | Prepare for proposed meeting with Guggenheim. |
| | 1.00 | Prepare for meeting with Kirkland & Ellis. |
| | 0.50 | Telephone conference with Godfrey & Kahn on fixed fee professionals. |
| 3/4/2017 | 1.00 | Prepare for fixed fee meetings and telephone conference with Godfrey & Kahn. |
| 3/6/2017 | 1.50 | Analyze rate increase data and review draft letter to Kirkland & Ellis. |
| | 0.50 | Coordination of letters to fixed fee professionals. |
| 3/7/2017 | 0.50 | Review draft agenda for next Fee Committee meeting. |
| | 0.50 | Review memorandum and fee data sent to Kirkland & Ellis. |
| 3/8/2017 | 1.50 | Review standard for rate increases and courts' interpretation of reasonable standard. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Telephone conference with Godfrey & Kahn on rate increases. |
| 3/9/2017 | 1.50 | Prepare for meetings with fixed fee professionals. |
| | 1.00 | Prepare for meeting with Kirkland & Ellis on rate increases. |
| | 0.50 | Telephone conference with Godfrey & Kahn to prepare for meetings. |
| 3/10/2017 | 1.00 | Analyze treatise treatment of standard of reasonableness and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review and assess counter proposal of Goldin. |
| | 0.50 | Coordinate meetings on March 13 and 14. |
| 3/11/2017 | 1.00 | Planning to reschedule meetings and coordination of scheduling. |
| | 0.50 | Telephone conference with Godfrey & Kahn on meeting schedule. |
| | 1.00 | Review status of negotiations with all fixed fee professionals and next steps. |
| 3/14/2017 | 1.00 | Evaluate settlement with Goldin on fixed fee monthly fees. |
| 3/15/2017 | 0.50 | Review SOLIC's April budget. |
| | 0.50 | Review Proskauer's April budget. |
| | 1.00 | Prepare for Kirkland & Ellis meeting and telephone conference with Godfrey & Kahn. |
| 3/16/2017 | 1.00 | Review draft report and data for March 28 hearing. |
| | 0.50 | Assess proposals to settle with Polsinelli. |
| | 0.50 | Telephone conference with Godfrey & Kahn on agenda and Fee Committee meeting. |
| 3/17/2017 | 2.00 | Review materials for March 27 Fee Committee meeting. |
| | 1.00 | Prepare for meeting with Kirkland & Ellis on rate increases. |
| | 0.50 | Review more information on Polsinelli proposed settlement. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Telephone conference with Godfrey & Kahn in preparation for March 27 and March 28 meetings. |
| 3/20/2017 | 0.50 | Prepare for Kirkland & Ellis meeting in Chicago. |
| | 0.50 | Telephone conference with Godfrey & Kahn on media phone calls. |
| | 0.50 | Assess response to media inquiry. |
| 3/22/2017 | 1.00 | Review report to the Court and fee data and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review information and billing regarding second round of 503(b) applications. |
| 3/23/2017 | 0.50 | Review status of media inquiry and telephone conference with Godfrey & Kahn. |
| | 0.50 | Preparation for meetings on March 27 and 28. |
| 3/26/2017 | 1.00 | Assess flat fee comparison chart in preparation for meetings. |
| | 0.50 | Assess proposal for 503(b) settlements with Concentric and PJ Solomon. |
| | 1.50 | Prepare for Fee Committee meeting. |
| 3/27/2017 | 1.50 | Prepare for Fee Committee meeting. |
| | 1.50 | Review background information, retentions, and fees for Evercore meeting. |
| | 1.00 | Review background information for Guggenheim meeting. |
| | 0.50 | Telephone conference with Godfrey & Kahn on meeting materials. |
| | 2.00 | Attend Fee Committee meeting. |
| | 1.50 | Prepare for Court hearing on March 28. |
| | 1.75 | Non-working travel. |
| 3/28/2017 | 1.00 | Preparation for Court hearing with Godfrey & Kahn. |
| | 0.50 | Preparation of remarks for Court hearing. |
| | 1.00 | Attend Court fee hearing. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Prepare for Evercore meeting. |
| | 1.00 | Preparation for Guggenheim meeting. |
| | 1.00 | Attend Evercore meeting. |
| | 1.00 | Attend Guggenheim meeting. |
| | 2.00 | Non-working travel. |
| 3/29/2017 | 1.00 | Review actions to be taken post meetings on March 28 and telephone conference with Godfrey & Kahn. |
| | 0.50 | Coordination of future Fee Committee meetings. |
| 3/30/2017 | 0.50 | Review status of Guggenheim settlement. |
| | 1.00 | Review 503(b) professionals to be reviewed and draft memorandum. |
| | 0.50 | Assess compromise proposal regarding White & Case. |
| | 1.50 | Assess consequences to PUC rejection of NextEra deal. |
| | 0.50 | Telephone conference with Godfrey & Kahn on next step in Ch. 11 process. |
| | 0.50 | Telephone conference with Mr. Sprayregen on Ch. 11 process. |
| 3/31/2017 | 1.00 | Further assessment of impact of PUC rejection including 503(b) status and telephone conference with Godfrey & Kahn. |
| | **61.75** | **March Total** |
| 4/1/2017 | 0.50 | Telephone conference with Godfrey & Kahn on scheduling in light of PUC decision. |
| | 0.50 | Coordination of upcoming Fee Committee meeting dates. |
| 4/3/2017 | 0.50 | Planning and scheduling for May and June Fee Committee meetings. |
| | 1.00 | Assess next steps in PUC regulatory process. |
| 4/5/2017 | 0.50 | Coordinate Chicago meeting with Kirkland & Ellis. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 4/7/2017 | 0.50 | Telephone conference with Cecily Gooch on debtors' feedback. |
| | 2.00 | Review fee data and preparation for Kirkland & Ellis meeting regarding rate increases. |
| | 0.50 | Telephone conference with Godfrey & Kahn on rate increase data. |
| | 0.50 | Planning and scheduling May and June Fee Committee meetings. |
| 4/8/2017 | 1.00 | Review rate increase charts in preparation for meeting. |
| 4/10/2017 | 1.00 | Analyze revised Guggenheim agreement and telephone conference with Godfrey & Kahn. |
| | 1.50 | Review additional rate increases and aggregate fee data in preparation for meeting and telephone conference with Godfrey & Kahn. |
| 4/11/2017 | 2.00 | Assess law and time related to hours of litigation and transactional partners as it applies to legal standard for fees. |
| | 2.00 | Preparation for meeting including comparison of rate increases to other professionals and national data. |
| | 0.50 | Planning meeting with Godfrey & Kahn. |
| | 1.00 | Attend Kirkland & Ellis rate increase meeting. |
| | 2.50 | Non-working travel. |
| 4/12/2017 | 0.50 | Review matters to be heard by Court on April 17. |
| | 0.50 | Assess impact of Nextera's continued efforts. |
| | 0.50 | Follow up analysis and telephone conference with Godfrey & Kahn on Kirkland & Ellis meeting. |
| 4/13/2017 | 0.50 | Coordination of April Fee Committee meeting. |
| | 1.00 | Review final order of PUC rejecting NextEra and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 4/14/2017 | 0.50 | Review draft agenda for April 19 Fee Committee meeting. |
| | 1.00 | Assess rate increase chart for litigators and implications for negotiations. |
| | 0.50 | Telephone conference with Godfrey & Kahn on April 19 Fee Committee meeting. |
| 4/15/2017 | 0.50 | Telephone conference with Godfrey & Kahn on April 19 Fee Committee meeting agenda. |
| 4/17/2017 | 1.00 | Participation in hearing by telephone. |
| | 0.50 | Review SOLIC's May budget. |
| | 1.00 | Preparation for April 19 Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review status of negotiations with fixed fee professionals. |
| 4/18/2017 | 1.00 | Assess debtors' options after rejection of NextEra deal. |
| | 1.00 | Review Kirkland & Ellis draft letter report for eighth interim fee period. |
| | 0.50 | Analyze impact of PUC decision on 503(b) reviews. |
| | 1.00 | Analyze impact of PUC decision on fixed fee negotiations, particularly with regard to the Guggenheim agreement. |
| | 2.00 | Review materials for April 19 Fee Committee meeting. |
| | 1.25 | Non-working travel. |
| 4/19/2017 | 1.00 | Preparation for Fee Committee meeting. |
| | 1.00 | Conference with Godfrey & Kahn in advance of Fee Committee meeting. |
| | 1.50 | Attend Fee Committee meeting. |
| | 0.50 | Post meeting conference with Godfrey & Kahn. |
| | 1.00 | Analyze impact of utilization of litigation and transactional lawyers on application of reasonable standard. |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Telephone conference with Godfrey & Kahn on amendments to Kirkland & Ellis letter. |
| | 1.50 | Non-working travel. |
| 4/21/2017 | 0.50 | Focus on scheduling of fee review in light of current status. |
| 4/24/2017 | 0.50 | Review draft memorandum to 503(b) professionals and telephone conference on changes. |
| | 0.50 | Review revised memorandum to 503(b) professionals. |
| | 1.00 | Assess action steps on fixed fee professionals in light of status of Ch. 11. |
| | 1.00 | Analyze reasonable standard in its application to rate increases. |
| 4/25/2017 | 1.00 | Assess message on rate increases and telephone conference with Mr. Sprayregen and with Godfrey & Kahn. |
| 4/26/2017 | 0.50 | Telephone conference with Godfrey & Kahn on status of reviews. |
| 4/27/2017 | 0.50 | Telephone conference with Godfrey & Kahn on Kirkland & Ellis and other open issues. |
| | 0.50 | Assess allocation question with Delaware Trust. |
| | 1.00 | Review Evercore timesheets and data. |
| 4/28/2017 | 0.50 | Review transcript of April 17 hearing. |
| 4/30/2017 | 1.00 | Assess rate increase data and telephone conference with Godfrey & Kahn. |
| | **49.25** | **April Total** |

Energy Future Holdings
Richard Gitlin Time Entries
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
|      |       |             |
|      | **376.25** | **GRAND TOTAL** |
|      | (12.25) | 1/2 of non-working travel hours |
|      | 364.00 |             |
|      |       |             |
|      | $1,098.90 | Blended Rate |
|      |       |             |