## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | .40 | $294.00 |
| CASE ADMINISTRATION - GENERAL | 1.20 | $790.00 |
| COMMUNICATIONS WITH PROFESSIONALS | 2.60 | $1,911.00 |
| FEE APPLICATIONS - OTHERS | 1.80 | $853.00 |
| FEE APPLICATIONS – S&L | 2.20 | $789.00 |
| HEARINGS | 9.20 | $6,026.00 |
| PLANS OF REORGANIZATION | 6.40 | $4,704.00 |
| PLEADINGS, MOTIONS, AND BRIEFS | 13.80 | $10,143.00 |
| NEXTERA ENERGY, INC. ADVERSARY PROC. | 28.70 | $14,384.50 |
| **TOTAL** | **66.30** | **$39.894.50** |