## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
| --- | ---: |
| DOCUMENT REPRODUCTION | $205.80 |
| COLOR DOCUMENT REPRODUCTION | $20.00 |
| COMPUTER RESEARCH | $2.50 |
| PARCELS, INC. HAND DELIVERY | $42.24 |
| FILING FEE | $350.00 |
| **TOTAL** | **$620.54** |