## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | |
| 109285-00002 | 8/2/17 | $2.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/3/17 | $0.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/3/17 | $2.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/3/17 | $2.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/3/17 | $2.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/3/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/4/17 | $2.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/4/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/8/17 | $4.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/8/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/8/17 | $0.90 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/10/17 | $2.50 | COMPUTER RESEARCH |
| 109285-00002 | 8/10/17 | $5.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/10/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/10/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/10/17 | $1.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/10/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/10/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.90 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $1.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.90 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.90 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $0.90 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $22.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $2.00 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $4.00 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $10.00 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $4.00 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 8/4/17 | $16.38 | PARCELS INC. HAND DELIVERY |
| 109285-00002 | 8/14/17 | $2.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/16/17 | $2.90 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/11/17 | $10.86 | PARCELS INC. HAND DELIVERY |

| 109285-00002 | 8/17/17 | $1.60 | DOCUMENT REPRODUCTION |
|---|---|---|---|
| 109285-00002 | 8/17/17 | $1.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/17/17 | $0.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/20/17 | $1.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/20/17 | $0.90 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/18/17 | $0.90 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/18/17 | $0.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/18/17 | $2.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/18/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/18/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/18/17 | $2.90 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/18/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/21/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/23/17 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/23/17 | $2.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/24/17 | $0.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/24/17 | $9.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/24/17 | $47.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/24/17 | $47.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/24/17 | $10.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/17/17 | $7.50 | PARCELS INC. DELIVERY |
| 109285-00002 | 8/28/17 | $4.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/28/17 | $1.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/28/17 | $1.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/29/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/29/17 | $2.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/24/17 | $7.50 | PARCELS INC. DELIVERY/PICKUP |
| 109285-00002 | 8/31/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/31/17 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 8/31/17 | $350.00 | SANTANDER CREDIT CARD: ADVERSARY COMPLAINT FILING FEE |
| 109285-00002 | 7/10/17 | $3.40 | COMPUTER RESEARCH |
| 109285-00002 | 7/11/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/11/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/11/17 | $3.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/12/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/12/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/12/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/12/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/12/17 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/13/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/13/17 | $1.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/13/17 | $1.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/13/17 | $1.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/13/17 | $1.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |

09/26/2017 SL1 1485918v1 109285.00006

| | | | |
|---|---|---|---|
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $0.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/17/17 | $1.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/18/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/18/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/18/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/18/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/24/17 | $2.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/24/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/24/17 | $0.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/25/17 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/25/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/25/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/27/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/27/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/28/17 | $1.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/28/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/28/17 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 7/31/17 | $4.40 | DOCUMENT REPRODUCTION |
| 109285-00006 | 7/18/17 | $2.06 | TELEPHONE CHARGES |
| 109285-00013 | 7/14/17 | $29.75 | DOCUMENT REPRODUCTION |
| 109285-00013 | 7/18/17 | $23.00 | DOCUMENT REPRODUCTION |
| 109285-00013 | 7/18/17 | $0.25 | DOCUMENT REPRODUCTION |

09/26/2017 SL1 1485918v1 109285.00006