IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) |
| ENERGY FUTURE | ) Chapter 11 |
| HOLDINGS CORP., *et al.*, | ) |
| | ) Case No. 14-10979 (CSS) |
| *Debtors.* | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 27, 2017, Intervenor-Plaintiff Elliott Associates, L.P., Elliott International L.P., and The Liverpool Limited Partnership, by and through their counsel caused copies of *The Elliott Funds' Responses and Objections to Second Document Requests of Shirley Fenicle, Individually and as Successor-In-Interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, Dated September 5, 2017* to be served on the following parties via electronic mail:

Counsel

Steven Kazan - skazan@kazanlaw.com
Karen Harvey - Karen@dkhogan.com.
Leslie M. Kelleher - lkelleher@capdale.com
Jeanna Rickards Koski - JRickardsKoski@Capdale.com
Daniel K. Hogan - dkhogan@dkhogan.com

| | |
|---|---|
| Dated: September 28, 2017<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware  19801<br>Phone: (302) 655-5000<br>Email: scousins@bayardlaw.com<br>           efay@bayardlaw.com<br>           emiller@bayardlaw.com<br><br>           -and-<br><br>ROPES & GRAY LLP<br>Keith H. Wofford, Esquire<br>Gregg M. Galardi, Esquire<br>D. Ross Martin, Esquire<br>Jonathan M. Agudelo, Esquire<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email: Keith.Wofford@ropesgray.com<br>           Gregg.Galardi@ropesgray.com<br>           Ross.Martin@ropesgray.com<br>           Jonathan.Agudelo@ropesgray.com<br><br>*Counsel to Elliott Associates, L.P.,*<br>*Elliott International, L.P. and The Liverpool*<br>*Limited Partnership* |