# **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
| --- | --- | --- |
| [ALL] BK Retention and Fee Applications | 5 | $1373.00 |
| [ALL] BK/Fee Examiner – Retention and Fee Applications | 0.5 | $102.50 |
| [ALL] Case Administration | 3.8 | $1,098.00 |
| [ALL] Plan and Disclosure Statement | 13.5 | $4,4725.00 |
| [ALL] Claims Administration & Objections | 0.6 | $210.00 |
| [ALL] Non-BK Retention and Fee Applications | 2.0 | $584.00 |
| [ALL] Contested Matters & Adv Proceed. | 14.4 | $4,764.50 |
| [ALL] Hearings | 3.7 | 1,048.50 |
| [EFH] Contested Matters & Adv Proceed. | 0.5 | $175.00 |
| **Total** | **44** | **$14,080.50** |