## **EXHIBIT B**

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 34.4 | $12,040.00 |
| Thomas D. Bielli | Partner | 2006 (PA) | Bankruptcy | $350.00 | 0.5 | $175.00 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 3.5 | $1,865.50 |
| **Total** | | | | | **44** | **$14,080.5** |