# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| **Expense Category** | **Total Expenses** |
|---|---:|
| Other Professionals - Reliable | <u>6.85</u> |
| Conference Call Fee – CourtCall | <u>$60.00</u> |
| Online Research - Pacer | <u>4.00</u> |
| **Total** | <u>**$70.85**</u> |
| | |