# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 08-10-2017 | Conference Call | CourtCall | $30.00 |
| 08-11-2017 | Other Professionals | Reliable | $6.85 |
| 08-11-2017 | Online Research | Pacer | $4.00 |
| 08-25-2017 | Conference Call | CourtCall | $30.00 |
| **TOTAL** | | | **$70.85** |
| | | | |