**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 27, 2017, Sempra Energy, by and through its counsel caused copies of *Sempra Energy's Responses and Objections to the First Document Requests of Shirley Fenicle, Individually, and as Successor-In-Interest to the Estate of George Fenicle David William Fahy, John H. Jones, and David Heinzmann* to be served on the following parties via electronic mail:

Daniel K. Hogan – dkhogan@dkhogan.com
Leslie M. Kelleher – lkelleher@capdale.com
Jeanna Rickards Koski – jkoski@capdale.com
Beth Gori - beth@gorijulianlaw.com
Jonathan Ruckdeschel – ruck@rucklawfirm.com
Steven Kazan – skazan@kazanlaw.com
Ethan Early – eearly@elslaw.com

Dated: September 28, 2017
       Wilmington, Delaware

                        FOX ROTHSCHILD LLP

By:   */s/ Jeffrey M. Schlerf*
      Jeffrey M. Schlerf (No. 3047)
      Carl Neff (No. 4895)
      919 North Market St., Suite 300
      Wilmington, DE 19801
      Telephone: (302) 654-7444
      Facsimile: (302) 463-4971
      jschlerf@foxrothschild.com
      cneff@foxrothschild.com

      -and-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

WHITE & CASE LLP
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com

*Counsel to Sempra Energy*