# **Exhibit 1**



| | |
|---|---|
| **Customer Name:** | VANCE DOTSON |
| **Account Number:** | REDACTED 573928 |
| **Invoice Number:** | 054850975278 |
| **Invoice Date:** | 12/21/2012 |

**This is your final bill**

## Account Summary

| Previous Balance | Credits/Payments | Balance Forward | Total Current Charges | Total Amount Due | Due Date |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $107.85 | $107.85 | 01/07/2013 |

See remaining pages for invoice details.

## Customer Communications

Now, when you add a Brighten® iThermostat to your existing electricity service plan, you'll automatically be entered for a chance to win a luxurious spa getaway.
Visit txu.com/brightenup or like TXU Energy on Facebook for details.

MOVING? Take us with you – and get REWARDED! Get up to a $50 Mover's Bonus. It's fast and easy. Call us at 1-855-898-9030 and use the promo code MOVERBONUS.

Let us help you SAVE MONEY on your electricity bill! With the TXU Energy MyEnergy Dashboard℠, you now have a convenient tool that gives you the information to learn more about your usage and how it can impact your bill. Visit txu.com/myenergy today to learn more.

Out of stamps? Tired of writing checks? Envelope glue taste bad? Enroll in TXU Energy AutoPay, our recurring payment program, and automatically pay your TXU Energy bill from your bank account, debit card or credit card. Visit txu.com/billpay today!

This plan is indexed to the NYMEX natural gas price which changes monthly. Your energy charge will not exceed your price cap during your term. For details see txu.com/autosaver.

## Contact Information

| | |
|---|---|
| **Web:** txu.com | **Customer Service:** 1-855-871-1089 (8AM-8PM M-F 8AM-4:30PM S) |
| **Hearing Impaired:** 1-800-735-2988 (24 X 7) | **Email:** txuenergy@txu.com |
| **Power Outage Notification:** 1-888-313-4747 | **REP Certificate:** #10004 |

---

Please return this portion with your payment in the enclosed envelope. Make checks payable to TXU Energy. Do not include correspondence with your payment.

The TXU Energy Aid℠ program helps families in critical situations with bill payment assistance.

**For Donations Only**

One-time gift to TXU Energy Aid℠ program    $ _____

Recurring monthly donation to TXU Energy Aid℠ program    $ _____

| **Account Number:** REDACTED 573928 | Total Amount Due | Due Date |
|---|---|---|
| | $107.85 | 01/07/2013 |

**To ensure proper payment posting, please provide this number (REDACTED 573928) on all payments and send to the address directly below.**

VANCE DOTSON
REDACTE VANTAGE POINT DR, APT REDAC
DALLAS TX 75243-0526



TXU ENERGY
PO BOX 660900
DALLAS, TX 75266-0900

2110002557392800000107850000000005

| | |
|---|---|
| Customer Name: | VANCE DOTSON |
| Account Number: | REDACTED 573928 |
| Invoice Number: | 054850975278 |

## Account Detail

| | | |
|---|---|---|
| Previous Balance | $ | 0.00 |
| Credits/Payments | $ | 0.00 |
| Balance Forward | $ | 0.00 |
| Debits/Charges | $ | 0.00 |

## Additional Information

Our goal is to provide outstanding customer service to you. For direct executive compliments, comments or complaints, please email our executives at txuexec@txu.com. Letters can be mailed to TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. If you believe that any charge for a product or service appearing on your bill has not been authorized, please contact TXU Energy at 1-855-871-1089(8AM-8PM M-F 8AM-4:30PM S) and we will work to investigate the situation. If you are not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas, PO Box 13326, Austin, TX 78711-3326; (512) 936-7120 or toll free in Texas (888) 782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512) 936-7136.

## ESI ID Detail

Service Address: REDACTE VANTAGE POINT DR APT REDACT DALLAS, TX 75243-0526
ESI ID: 10443720006359660

The average price you paid for electric service this month was 12.2 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 103338578LG | 16 | Actual | 12/02/2012 | 54018 | 12/18/2012 | 54852 | 834 | 1 | 834 |

TXU Energy AutoSaver 12<sup>SM</sup>
| | | |
|---|---|---|
| Base Charge | $ | 4.95 |
| Energy Charge (834 kWh x $0.08037440) | $ | 67.03 |
| Subtotal | $ | 71.98 |
| Other Fees and TDU Surcharges | | |
| TDU Delivery Charges | $ | 29.62 |
| Reconnect at Meter-Reg Hrs | $ | 3.20 |
| Gross Receipts Reimb | $ | 1.99 |
| Subtotal | $ | 34.81 |
| Sales Tax | $ | 1.06 |
| **Total Current Charges** | $ | 107.85 |
| **Total Amount Due** | $ | 107.85 |



Your Electricity Usage

TDU Delivery Charges are regulated fees from your TDU for the delivery of electricity. Previously they were included in your energy rate, but are now itemized separately. Visit txu.com/tducharges for details.