# **Exhibit 2**



ATERSO01
PO Box 1022
Wixom MI  48393-1022
CHANGE SERVICE REQUESTED



R-68167890-R291      963429556

Vance Dotson
REDACTED Vantage Point Dr Apt REDACT
Dallas TX 75243-0526

Date: 01/23/2013

RE: Electric Service Acct. #: REDACTED 573928
Electric Service Furnished At:
REDACTED VANTAGE POINT DR APT REDACT
DALLAS TX 75243-0526

Balance Due:  $107.85

Dear Vance Dotson:

According to our records we have mailed you a final bill for the amount shown above.

If payment arrangements are not made or the balance is not paid within 10 days of the date of this letter, your account is subject to referral to a collection agency or an attorney for collection. TXU Energy may also report your account to one or more credit bureaus to make it part of your credit record where it may impact your ability to obtain credit.

If you have already mailed your payment, we thank you for your payment and please disregard this notice.  If you have any questions, please call toll free at **1-855-871-1089**.

Sincerely,

TXU Energy Retail Company LLC
REP Certificate No. 10004

Please return this portion with your payment in the enclosed envelope.  Make checks payable to TXU Energy.  Do not include correspondence with your payment.

379ATERSO01R291

---

**Account Number:**
REDACTED 573928

| Total Amount Due | Due Date |
|---|---|
| $107.85 | February 02, 2013 |

TXU Energy
PO Box 660900
Dallas TX 75266-0900

Vance Dotson
REDACTED Vantage Point Dr Apt REDAC
Dallas TX 75243-0526

2110002557392800000107850000107859