## **Exhibit 3**

03/01/2013

# TXU Energy Account History

VANCE DOTSON
REDACT VANTAGE POINT DR, APT REDAC
DALLAS TX  75243-0526

Service Address
REDACT VANTAGE POINT DR APT REDAC
DALLAS TX 75243-0526

Account Status: Moved Out Finalized
Product: AutoSaver 12

**Account Number:** REDACTED 573928

| Alert Information | Payment History | | | | |
|---|---|---|---|---|---|
| | Payment Date | Payment Amount | Last Invoice Amount | | $ 107.85 |
| | | | Amount Past Due | | $ 107.85 |
| | | | Total Amount Now Due | | $ 107.85 |
| | | | Disconnect Notice Amount | | |
| | | | Disconnect Date | | |
| | | | Next Billing Date | | |
| | | | | | |

## Usage History

| Invoice Date | Transaction | Days Billed | kWh | Amount |
|---|---|---|---|---|
| 12/21/2012 | Consumption Charges | 17 | 834 | $ 74.87 |
| | Bas003 Metering Charge Dr | | | $ 1.22 |
| | Dis001 Dist System Chg Dr | | | $ 15.50 |
| | Energy Charge | | | $ 24.19 |
| | Gross Receipts Tax Reimbursemt | | | $ 1.99 |
| | Msc024 Sys Benefit Fund Sbf Dr | | | $ 0.55 |
| | Msc025 Nuclear Decomm Ndf Dr | | | $ 0.14 |
| | Msc029 Transition Charge Dr | | | $ 0.50 |
| | Msc036 Transition Chg Tc2 Dr | | | $ 0.76 |
| | Msc041 Energy Efficiency Dr | | | $ 0.53 |
| | Msc054 Oncor Rate Case Dr | | | $ 0.03 |
| | Ser030 Reconmtrreghrs: Rgr Dr | | | $ 3.20 |
| | Trn002 Transm Costrecovfact Dr | | | $ 8.80 |

**Usage History (Continued)**          VANCE DOTSON          **Account Number:** REDACTED **573928**

| Invoice Date | Transaction | Days Billed | kWh | Amount |
|---|---|---|---|---|
|  | Total Amount |  |  | $ 132.28 |

REP Certificate No. 10004