# **Exhibit 5**



VANCE DOTSON
<sup>REDACTED</sup> ALBANY AVE
OKLAHOMA CITY, OK 73111-1621

October 15, 2013

Account : <sup>REDACTED</sup>573928

Dear Vance Dotson,

We received your request to verify a debt owed to TXU Energy. This debt is valid and based on an account for electricity service. At this time, we show you owe an outstanding balance of $ 107.85. We understand that you are disputing the debt and contending that you are not the customer who incurred this debt or otherwise do not owe this debt. We want to work with you in this regard, but we need additional information from you in order to evaluate your dispute of this debt.

We are contacting you by letter because we have been unable to reach you through the phone numbers we have on record. Please provide the item(s) indicated below so TXU Energy can evaluate your dispute of the debt. The item(s) indicated below must reflect the dates of the disputed time period, as applicable.

- Copy of police report and ID Theft Affidavit

Please mail the item(s) indicated to the address below. Or you can fax the item(s) to 972-556-6111.

> TXU Energy
> Attn: Collections Correspondence
> P.O. BOX 666565
> Dallas, TX 75266-6565

If you have any questions, please contact us at 1-888-398-8891, Monday through Friday, between 8 a.m. and 5 p.m.

We appreciate your prompt attention to this matter.

Sincerely,

TXU Energy

REP Certificate No. 10004

MOREINFONT07242010S