# **Exhibit 6**



January 07, 2014
Account : <sup>REDACTED</sup>573928

VANCE DOTSON
<sup>REDACTED</sup> ALBANY AVE
OKLAHOMA CITY, OK 73111-1621

Dear Vance Dotson,

We received your request to verify a debt owed to TXU Energy. This debt is valid and based on an account for electricity service. At this time, we show that you owe an outstanding balance of $ 107.85 after we applied all payments and credits to your account. The enclosed account statement is for your review.

If you have any questions about this outstanding balance or would like to make payment arrangements, please contact us at 1-888-398-8891, Monday through Friday, between 8 a.m. and 5 p.m.

For your convenience, there are four ways for you to pay your bill:

- By phone at 1-888-398-5370 using an electronic check, debit card or credit card
- Online at txu.com/billpayoptions using an electronic check, debit card or credit card
- By mail to TXU Energy, P.O. BOX 650700, Dallas, TX 75265-0700
- In person at a local authorized payment center using cash or check. To find a location nearest you, visit txu.com/billpayoptions

We appreciate your prompt attention to this matter.

Sincerely,

TXU Energy

REP Certificate No. 10004

DEBTVERIFT07242010S

**TXU Energy Account History**

Service Address
REDACTED VANTAGE POINT DR
DALLAS TX 75243-0526

**Account Number:** REDACTED 573928

Account Status: Moved Out Finalized
Product: AutoSaver 12

| Alert Information | Payment History | | Last Invoice Amount | $ 107.85 |
|---|---|---|---|---|
| | **Payment Date** | **Payment Amount** | | |
| | | | Amount Past Due | $ 107.85 |
| | | | Total Amount Now Due | $ 107.85 |
| | | | Disconnect Notice Amount | |
| | | | Disconnect Date | |
| | | | Next Billing Date | |
| | | | | |

**Usage History**

| Invoice Date | Transaction | Days Billed | kWh | Amount |
|---|---|---|---|---|
| 12/21/2012 | Consumption Charges | 17 | 834 | $ 74.87 |
| | Bas003 Metering Charge Dr | | | $ 1.22 |
| | Dis001 Dist System Chg Dr | | | $ 15.50 |
| | Energy Charge | | | $ 24.19 |
| | Gross Receipts Tax Reimbursemt | | | $ 1.99 |
| | Msc024 Sys Benefit Fund Sbf Dr | | | $ 0.55 |
| | Msc025 Nuclear Decomm Ndf Dr | | | $ 0.14 |
| | Msc029 Transition Charge Dr | | | $ 0.50 |
| | Msc036 Transition Chg Tc2 Dr | | | $ 0.76 |
| | Msc041 Energy Efficiency Dr | | | $ 0.53 |
| | Msc054 Oncor Rate Case Dr | | | $ 0.03 |
| | Ser030 Reconmtrreghrs: Rgr Dr | | | $ 3.20 |
| | Trn002 Transm Costrecovfact Dr | | | $ 8.80 |
| | Total Amount | | | $ 132.28 |