# **Exhibit 7**

TXU

Po Box 650764

Dallas TX 75262

Account Number: REDACTED 573928

Your firm has failed to send the legally required validation of this debt. You have been notified that your actions are detrimental to me and that your firm has violated the law (including but not limited to) the Consumer Credit Protection Act, the Fair Credit Reporting Act.

Your firm knew or should have known that the actions taken against me and the information collected about me was inappropriate and damaging to me.

You have failed to use reasonable care in the course of business and failed to use even minimal procedures to ensure that I was not harmed.

You have communicated and are continuing to communicate incorrect and defamatory information to third parties, including, but not limited to, Equifax, Experian, and TransUnion.

As a result of these blatantly reckless, wanton, and intentional acts, I have suffered and continue to suffer general and specific damages. I am also very upset at your firm's intentional infliction of emotional distress and at the other diminishments of the quality of my life.

I am now demanding the immediate and complete removal of this tradeline from my credit reports (Equifax, Experian, and TransUnion).

Your firm has failed to complete any of my disputes from past to present.

Vance Dotson

REDACTED Albany Ave

Oklahoma City OK 73111