**Exhibit 8**

## Emails

Send an Email — Emails Help

| Action | Status | | Subject | Email Address | Message Date |
|---|---|---|---|---|---|
| Reply \| To All \| Del | Sent | | To whom it may concern: Thank you for contacting TXU Energy regarding your i... | | 2/5/2014 2:43 PM |
| Reply \| To All \| Del | Sent | | Reply to: admin@txu.com <admin@txu.com> Device Name: TXU Device Model: MX-361... | | 2/5/2014 1:59 PM |
| Reply \| To All \| Del | Sent | | To whom it may concern: Thank you for contacting TXU Energy regarding your i... | | 2/5/2014 1:59 PM |
| Reply \| To All \| Del | Sent | | FAX RECEIVED ON 02/05/2014 REF NO. 140205-000188 | | 2/5/2014 2:43 PM |

## Attachments

Attach File — View All — Attachments Help

| Action | File Name | Size | Last Modified | Created By |
|---|---|---|---|---|
| Edit \| View \| Del | admin@txu.com_20140205_135133.pdf | 20KB | 6/8/2014 3:54 AM | TXU Energy |