**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 5171, 5937, 5939 and 6259-6277** |

<u>**SUPPLEMENTAL AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                            )  ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 25, 2017, I caused to be served:

    a) the *Asbestos Bar Date Notice*, filed on July 30, 2015, to which was attached the *Publication Notice*, filed on July 30, 2015, *related to Docket No. 5171*, and a list of domestic and international power plants, translated into Spanish, a sample of which is annexed hereto as <u>Exhibit A</u>,

    b) a blank *Asbestos Proof of Claim B10 Form*, filed on July 30, 2015, *related to Docket No. 5171*, a sample of which is annexed hereto as <u>Exhibit B</u>, and

    c) a blank "Unmanifested Asbestos Injury Claim Form," filed on July 30, 2015, translated into Spanish, *related to Docket No. 5171*, a sample of which is annexed hereto as <u>Exhibit C</u>,

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and
delivered via first class mail to one party, whose name and address is confidential and
therefore not reflected.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
28th day of July, 2017

Notary Public

KEGINY AMPORFRO
Notary Public, State of New for
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept 24, 20 1X

**EXHIBIT A**

TRIBUNAL DE QUIEBRAS DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE DELAWARE

# Empleados y contratistas de plantas energéticas

## Si usted o un familiar en algún momento trabajó en una planta energética, es posible que se haya visto expuesto al asbesto.

## Para conservar su derecho a la indemnización si se enferma en el futuro (o actualmente padece una enfermedad relevante al asbesto), debe presentar una reclamación a más tardar el <u>14 de diciembre de 2015, a las 5:00 p. m., hora del Este</u>.

Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. y determinadas subsidiarias ("EFH") se han declarado en quiebra. EFH poseyó, operó, mantuvo, o construyó algunas plantas energéticas a lo largo de los Estados Unidos y en otros países en las que había asbesto. Es posible que los trabajadores de estas plantas energéticas (y familiares y otros que entraron en contacto con estos trabajadores) se hayan visto expuestos al asbesto.

Bajo la supervisión del Tribunal, EFH busca un "nuevo comienzo" al reestructurar sus deudas. Como parte de este proceso, el Tribunal ha decidido que cualquiera que tenga una reclamación actualmente contra EFH por una enfermedad relevante al asbesto o que pueda desarrollar una enfermedad relevante al asbesto en el futuro, debe presentar una reclamación a más tardar el <u>14 de diciembre de 2015, a las 5:00 p. m., hora del Este</u> a fin de ser elegible para una indemnización actualmente o en el futuro (la "Fecha límite de asbesto").

### ¿Cuáles plantas energéticas se incluyen?

Las plantas energéticas relacionadas a EFH en las que la exposición al asbestos pueda haber ocurrido se encuentran a lo largo de los Estados Unidos y en algunos países extranjeros. La lista de plantas energéticas incluidas se proporciona al final de esta notificación.

### ¿Cómo puede afectarme esto?

Es posible que haya sido expuesto al asbesto si usted o un familiar trabajó en cualquiera de las plantas energéticas incluidas en calidad de empleado, contratista o en cualquier otra función. También es posible que haya sido expuesto al entrar en contacto con otra persona que trabajó en una planta energética (por ejemplo, si el asbesto fue llevado a casa en la ropa de su cónyuge o progenitor). También puede presentar una reclamación en nombre de un familiar difunto.

## ¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite www.EFHAsbestosClaims.com

## ¿Cuáles son mis opciones?

Si considera que usted o un familiar ha sido expuesto al asbesto en una planta incluida, presente una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este**. Incluso si no ha sido diagnosticado con una enfermedad ni experimentado síntomas, debe presentar una reclamación para preservar su derecho a la indemnización si desarrolla una enfermedad relevante al asbesto en el futuro. Puede presentar una reclamación por su cuenta o puede pedirle a su abogado ayudarle.

Si no presenta una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** y posteriormente desarrolla una enfermedad relevante al asbesto, no será elegible para una indemnización.

Esta notificación explica sus opciones respecto a la orden del tribunal relevante a reclamaciones de asbesto ("Orden de la fecha límite de asbesto"), cómo presentar una reclamación de asbesto y las consecuencias de no tomar acción alguna.

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite www.EFHAsbestosClaims.com**

2

## QUÉ CONTIENE ESTA NOTIFICACIÓN

**INFORMACIÓN GENERAL** ..................................................................................**PÁGINA 4**

1.  ¿De qué se trata este caso de quiebra?
2.  ¿Por qué se emitió esta notificación?
3.  ¿Qué empresas forman parte de EFH?
4.  ¿A quién se proporciona esta notificación?

**EXPOSICIÓN AL ASBESTO** ....................................................................................**PÁGINA 6**

5.  ¿Qué es el asbesto?
6.  ¿Qué es la exposición al asbesto?
7.  ¿Cuáles plantas energéticas se incluyen?
8.  ¿Qué es una enfermedad relevante al asbesto?
9.  Si es posible que haya sido expuesto al asbesto pero no estoy enfermo, ¿por qué debo presentar una reclamación?
10. ¿Qué incluye el término "reclamación de asbesto"?

**QUIÉN DEBE PRESENTAR UNA RECLAMACIÓN DE ASBESTO** ............................................**PÁGINA 7**

11. ¿Debo presentar una reclamación de asbesto?
12. ¿Por qué están incluidos los familiares?
13. ¿Qué sucede si soy un empleado de EFH?
14. ¿Cuál es la diferencia entre una reclamación manifestada y una reclamación sin manifestar?
15. ¿Qué formulario de reclamación debo presentar?
16. ¿Qué sucede si no estoy seguro de presentar una reclamación?
17. ¿Recibiré dinero si presento una reclamación?
18. ¿Cual es el plazo para presentar una reclamación de asbesto?

**RECLAMACIONES SIN MANIFESTAR (sin enfermedad o lesión actual)** ...............................**PÁGINA 9**

19. ¿Cómo realizo una reclamación sin manifestar?
20. ¿Cómo presento una reclamación sin manifestar?

**RECLAMACIONES MANIFESTADAS (para una lesión actual)** ............................................**PÁGINA 9**

21. ¿Cuáles son los requisitos para presentar una reclamación manifestada?
22. ¿Cómo presento una reclamación manifestada?
23. Reserva de derechos de los Deudores.

**SI DECIDE NO HACER NADA** ................................................................................**PÁGINA 11**

24. ¿Qué sucede si no presento una reclamación antes del plazo?

**CÓMO OBTENER MÁS INFORMACIÓN** .......................................................................**PÁGINA 11**

25. ¿Cómo obtengo más información?

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite
www.EFHAsbestosClaims.com**

# INFORMACIÓN GENERAL

## 1. ¿De qué se trata este caso de quiebra?

Energy Future Holding Corp., Ebasco Services, Inc. EECI, Inc. y determinadas subsidiarias ("EFH") se han declarado en quiebra. EFH poseyó, operó, mantuvo, o construyó algunas plantas energéticas a lo largo de los Estados Unidos y en otros países en las que había asbesto. Es posible que los trabajadores de estas plantas energéticas (y familiares y otros que entraron en contacto con estos trabajadores) se hayan visto expuestos al asbesto.

Bajo la supervisión del Tribunal, EFH busca un "nuevo comienzo" al reestructurar sus deudas. Como parte de este proceso, cualquiera que tenga una reclamación actualmente contra EFH por una enfermedad relevante al asbesto o que pueda desarrollar una enfermedad relevante al asbesto en el futuro, debe presentar una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** a fin de ser elegible para una indemnización de EFH actualmente o en el futuro.

## 2. ¿Por qué se emitió esta notificación?

La Orden de la fecha límite de asbesto del Tribunal ha exigido que se emita esta notificación. La Orden de la fecha límite de asbesto establece que si ha sido expuesto al asbesto de una planta energética relevante a EFH, debe presentar una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** a fin de ser elegible para una indemnización actualmente o en el futuro. Los términos en mayúscula utilizados que no se definan de otro modo en esta notificación tienen el significado que se atribuye a los mismos en la Orden de la fecha límite de asbesto.

## 3. ¿Qué empresas forman parte de EFH?

EFH consta de las siguientes empresas incluidas en este proceso de quiebra.

| | |
|---|---|
| Energy Future Holdings Corp. | EFH CG Holdings Company LP |
| 4Change Energy Company | EFH CG Management Company LLC |
| 4Change Energy Holdings LLC | EFH Corporate Services Company |
| Big Brown 3 Power Company LLC | EFH Finance (No. 2) Holdings Company |
| Big Brown Lignite Company LLC | EFH FS Holdings Company |
| Big Brown Power Company LLC | EFH Renewables Company LLC |
| Brighten Energy LLC | EFIH Finance Inc. |
| Brighten Holdings LLC | Energy Future Competitive Holdings Company LLC |
| Collin Power Company LLC | Energy Future Intermediate Holding Company LLC |
| Dallas Power & Light Company | ENSERCH Corporation |
| Dallas Power & Light Company, Inc. | Enserch Environmental Corporation |
| DeCordova II Power Company LLC | ESICORP, Inc. |
| DeCordova Power Company LLC | Generation Development Company LLC |
| Eagle Mountain Power Company LLC | Generation MT Company LLC |
| Ebasco Constructors, Inc. | Generation SVC Company |
| Ebasco Overseas Corporation | Industrial Generating Company |
| Ebasco Services of Canada Limited | Lake Creek 3 Power Company LLC |
| Ebasco Services, Inc. | Lone Star Energy Company, Inc. |
| Ebasco Trading Corp. | Lone Star Gas Company |
| EEC Holdings, Inc. | Lone Star Pipeline Company, Inc. |
| EECI Holdings, Inc. | LSGT Gas Company LLC |
| EECI, Inc. | LSGT SACROC, Inc. |
| EFH Australia (No. 2) Holdings Company | Luminant Big Brown Mining Company LLC |

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite**
**www.EFHAsbestosClaims.com**

Luminant Energy Company LLC
Luminant Energy Trading California Company
Luminant ET Services Company
Luminant Generation Company LLC
Luminant Holding Company LLC
Luminant Mineral Development Company LLC
Luminant Mining Company LLC
Luminant Renewables Company LLC
Martin Lake 4 Power Company LLC
Monticello 4 Power Company LLC
Morgan Creek 7 Power Company LLC
NCA Development Company LLC
NCA Resources Development Company LLC
Oak Grove Management Company LLC
Oak Grove Mining Company LLC
Oak Grove Power Company LLC
Sandow Power Company LLC
Southwestern Electric Service Company, Inc.
TCEH Finance, Inc.
Texas Competitive Electric Holdings Company LLC
Texas Electric Service Company
Texas Electric Service Company, Inc.
Texas Energy Industries Company, Inc.
Texas Energy Industries, Inc.
Texas Power & Light Company
Texas Power & Light Company, Inc.
Texas Utilities Company
Texas Utilities Company, Inc.
Texas Utilities Electric Company
Texas Utilities Electric Company, Inc.
Texas Utilities Generating Company

Texas Utilities Generating Company, Inc.
Tradinghouse 3 & 4 Power Company LLC
Tradinghouse Power Company LLC
TXU Big Brown Company LP
TXU Corp.
TXU DeCordova Company LP
TXU Electric Company
TXU Electric Company, Inc.
TXU Electric, Inc.
TXU Energy Company LLC
TXU Energy Receivables Company LLC
TXU Energy Retail Company LLC
TXU Energy Services Company
TXU Energy Solutions Company LLC
TXU Gas Company
TXU Gas Company LP
TXU Generation Company
TXU Generation Company LP
TXU Handley Company LP
TXU Mining Company
TXU Mining Company LLC
TXU Mining Company LP
TXU Mountain Creek Company LP
TXU Receivables Company
TXU Retail Services Company
TXU SEM Company
TXU Tradinghouse Company LP
TXU US Holdings Company
TXU Valley Company LLC
Valley NG Power Company LLC
Valley Power Company LLC

## 4. ¿A quién se proporciona esta notificación?

Se proporciona esta notificación directamente a las siguientes personas (de ser conocidas por EFH).

- Empleados actuales y anteriores de EFH que hayan trabajado en una instalación de EFH.
- Personas que hayan realizado trabajo en una instalación de EFH. Esto incluye a personas que hayan trabajado para un proveedor, contratista o subcontratista.
- Personas que hayan estado presentes en una instalación de EFH en cualquier otra función.
- Personas que hayan trabajado para una entidad contratada por EFH en calidad de proveedor, contratista o en cualquier otro carácter.
- Personas que hayan realizado trabajo para una entidad no relacionada en un sitio en el que EFH también haya realizado trabajo.
- Personas que tengan una demanda de asbesto pendiente contra EFH.
- Personas que tengan una demanda de asbesto pendiente contra una parte que no sea EFH y EFH ha acordado indemnizar o compensar a esa parte por pérdidas o daños y perjuicios.
- Cualquiera que solicite una copia de esta notificación.

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite**
**www.EFHAsbestosClaims.com**

# EXPOSICIÓN AL ASBESTO

## 5. ¿Qué es el asbesto?

El asbesto es una fibra que fue utilizada como aislamiento en paredes, cables, tuberías, calderas y generadores, trampas de vapor, bombas, válvulas, tableros eléctricos, empaques, material para empacar, turbinas, compresores, cemento y tuberías de cemento. Los trabajadores responsables de construir y mantener plantas energéticas y equipos también vistieron ropa o aparejos aislados que pudieron haber contenido asbesto. Prácticamente todas las plantas energéticas construidas antes de 1980 usaron o tuvieron productos que contienen asbesto.

## 6. ¿Qué es la exposición al asbesto?

Es posible que haya sido expuesto al asbesto si usted o un familiar trabajó en cualquiera de las plantas energéticas incluidas en calidad de empleado, contratista o en cualquier otra función. También es posible que haya sido expuesto al entrar en contacto con otra persona que trabajó en una planta energética (por ejemplo, si el asbesto fue llevado a casa en la ropa de su cónyuge o progenitor).

## 7. ¿Cuáles plantas energéticas se incluyen?

Es posible que haya sido expuesto al asbesto si usted o un familiar trabajó en cualquiera de las plantas energéticas incluidas en calidad de empleado, contratista o en cualquier otra función. Las plantas energéticas incluidas se encontraban a lo largo de los Estados Unidos y en algunos países extranjeros. Se proporciona una lista de plantas energéticas incluidas al final de esta notificación.

## 8. ¿Qué es una enfermedad relevante al asbesto?

Las enfermedades relevantes al asbesto pueden ser muy graves o fatales e incluir enfermedades tales como mesotelioma, cáncer de pulmón, cáncer de laringe, cáncer de esófago, cáncer de la faringe, cáncer de estómago y asbestosis. Incluso si su exposición al asbesto fue hace muchos años y no está enfermo actualmente, esta notificación puede afectarle. Una enfermedad relevante al asbesto puede ocurrir 50 años o más tiempo después de la exposición al asbesto.

## 9. Si es posible que haya sido expuesto al asbesto pero no estoy enfermo, ¿por qué debo presentar una reclamación?

En virtud de la ley aplicable, usted tiene una reclamación por exposición al asbesto al momento de verse expuesto, no al momento de enfermarse, lo cual podría ser muchos años después. Por consiguiente, si considera que ha sido expuesto al asbesto de EFH en una planta incluida antes del 29 de abril de 2014, debe presentar una reclamación ahora. A fin de ser elegible para una indemnización relevante a la exposición al asbesto, debe presentar una reclamación ya sea o no que se haya diagnosticado una lesión o enfermedad y ya sea o no que tenga una reclamación en virtud de la ley estatal.

## 10. ¿Qué incluye el término "reclamación de asbesto"?

"Reclamación de asbesto" hace referencia a cualquier reclamación por:

- exposición al asbesto

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite www.EFHAsbestosClaims.com**

- lesión personal relevante a la exposición al asbesto, o
- homicidio culposo relevante a la exposición al asbesto.

Las reclamaciones de asbesto pueden incluir reclamaciones por una reparación de cualquier tipo, lo que incluye reclamaciones por daños o perjuicios o pagos así como reclamaciones no monetarias.

Las reclamaciones de asbesto incluyen reclamaciones que:

- Hayan sido conciliadas o estén en el proceso de ser conciliadas pero que no hayan sido pagadas.
- Se basen en una sentencia o un veredicto pero que no hayan sido pagadas.

## Quién debe presentar una reclamación de asbesto

### 11. ¿Debo presentar una reclamación de asbesto?

Cualquiera que tenga una reclamación actualmente contra EFH por una enfermedad relevante al asbesto o que pueda desarrollar una enfermedad relevante al asbesto en el futuro, debe presentar una reclamación a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** a fin de ser elegible para una indemnización de EFH actualmente o en el futuro.

Es posible que haya sido expuesto al asbesto si usted o un familiar trabajó en cualquiera de las plantas energéticas incluidas en calidad de empleado, contratista o en cualquier otra función.

### 12. ¿Por qué están incluidos los familiares?

Los familiares están incluidos porque es posible que haya sido expuesto al entrar en contacto con otra persona que trabajó en una planta energética (por ejemplo, si el asbesto fue llevado a casa en la ropa de su cónyuge o progenitor). También puede presentar una reclamación en nombre de un familiar difunto.

### 13. ¿Qué sucede si soy un empleado de EFH?

Un empleado actual de EFH debe presentar una reclamación a más tardar en la Fecha límite de asbesto para cualquier reclamación relevante a una posible exposición al asbesto antes del 29 de abril de 2014. Esto incluye una reclamación de asbesto que no haya desarrollado una enfermedad o lesión actual, y ya sea o no que dicha reclamación de asbesto sea válida o pueda hacerse en virtud de las leyes no relevantes a quiebras.

### 14. ¿Cuál es la diferencia entre una reclamación manifestada y una reclamación sin manifestar?

Como parte de esta quiebra, existen dos tipos de reclamaciones de asbesto: manifestada y sin manifestar.

**Reclamación manifestada.** Si presenta algún indicio de enfermedad actualmente que considera se relaciona a la exposición al asbesto, esto se denomina una "reclamación manifestada". Cualquiera que tenga una reclamación manifestada relevante a EFH debe llenar un Formulario oficial 10. El proceso de reclamaciones manifestadas puede ser complejo y se le anima solicitar la asistencia de un abogado, aunque puede presentar un Formulario oficial 10 sin la ayuda de un abogado.

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite
www.EFHAsbestosClaims.com**

Si ya ha entablado una reclamación contra EFH relevante a la exposición al asbesto, todavía tiene que llenar y presentar un Formulario oficial 10.

**Reclamación sin manifestar.** El otro tipo de reclamación por exposición al asbesto es para una lesión o enfermedad de asbesto "sin manifestar". Esto significa que:

(1) es posible que haya sido expuesto al asbesto en cualquiera de las plantas energéticas incluidas en este proceso de quiebra; y

(2) no presenta ningún indicio de enfermedad relevante a la exposición al asbesto en la actualidad.

El proceso de reclamación sin manifestar es sencillo y el llenado de un formulario solamente debe tomar algunos minutos. No necesita que un abogado llene y presente el formulario de reclamación por lesión de asbesto sin manifestar (aunque puede contratar a uno si desea).

Tanto el Formulario oficial 10 como el formulario de reclamación por lesión de asbesto sin manifestar se incluyen con esta notificación y están disponibles en el sitio web.

## 15. ¿Qué formulario de reclamación debo presentar?

Si tiene una reclamación manifestada, debe presentar un Formulario oficial 10. Si tiene una reclamación sin manifestar, debe presentar el formulario de reclamación por lesión de asbesto sin manifestar.

Tanto el Formulario oficial 10 como el formulario de reclamación por lesión de asbesto sin manifestar se incluyen con esta notificación y están disponibles en el sitio web.

## 16. ¿Qué sucede si no estoy seguro de presentar una reclamación?

Si no está seguro de que debe presentar una reclamación, es una buena idea realizar una reclamación para conservar su derecho a la indemnización actualmente o en el futuro. Algunos grupos de personas no necesitan presentar una reclamación. Puede revisar la Orden de la fecha límite de asbesto para ver una lista de las personas que no tienen que hacerlo. Es inusual no tener que presentar una reclamación. Si tiene alguna duda, es una buena idea presentar una reclamación.

Es posible que desee hablar con su abogado acerca de si debe presentar una reclamación y sobre cualquier pregunta que tenga que no se haya tratado en esta notificación.

## 17. ¿Recibiré dinero si presento una reclamación?

El hecho de recibir esta notificación no significa que usted ha sido expuesto al asbesto o que es elegible para recibir dinero actualmente. Si no está enfermo actualmente, el hecho de presentar una reclamación preserva su derecho de recibir una indemnización en caso de enfermarse en el futuro.

## 18. ¿Cual es el plazo para presentar una reclamación de asbesto?

Su reclamación de asbesto debe recibirse a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** a fin de ser elegible para una indemnización actualmente o en el futuro. Este plazo también se denomina la Fecha límite de asbesto.

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite**
**www.EFHAsbestosClaims.com**

## RECLAMACIONES SIN MANIFESTAR (SIN ENFERMEDAD O LESIÓN ACTUAL)

### 19. ¿Cómo realizo una reclamación sin manifestar?

Si no está enfermo en la actualidad, utilice el formulario de reclamación por lesión de asbesto sin manifestar que se incluye en esta notificación y está disponible en el sitio web. El llenado del formulario de reclamación por lesión de asbesto sin manifestar debe tomar aproximadamente cinco minutos. Además de la información de contacto básica (nombre, dirección), el formulario de reclamación pregunta cómo y dónde pudo haberse visto expuesto al asbesto relevante a EFH en la medida que tenga conocimiento.

### 20. ¿Cómo presento una reclamación sin manifestar?

Puede presentar una reclamación sin manifestar en línea visitando www.EFHAsbestosClaims.com. Si desea utilizar el formulario de reclamación por lesión de asbesto sin manifestar impreso, puede presentar el formulario en cualquiera de las siguientes maneras:

      **Si es por <u>fax</u>**: 1-844-747-5727

      **Si es por <u>correo electrónico</u>**:        info@EFHAsbestosClaims.com

      **Si es por <u>correo de primera clase</u>**:

            Energy Future Holdings Corp. Claims Processing Center
            c/o Epiq Bankruptcy Solutions, LLC
            P.O. Box 4420
            Beaverton, OR 97076-4420

      **Si es por <u>entrega manual</u> o <u>correo con entrega en veinticuatro horas</u>**:

            Energy Future Holdings Corp. Claims Processing Center
            c/o Epiq Bankruptcy Solutions, LLC
            10300 SW Allen Blvd
            Beaverton, OR 97005

## RECLAMACIONES MANIFESTADAS (PARA UNA LESIÓN ACTUAL)

### 21. ¿Cuáles son los requisitos para presentar una reclamación manifestada?

Para presentar una reclamación manifestada (si presenta algún indicio de enfermedad en la actualidad), utilice el Formulario oficial 10 que se incluye en esta notificación y está disponible en el sitio web.

A fin de ser considerada, su reclamación manifestada debe satisfacer todos los requisitos a continuación.

(a)    ***Idioma***. La reclamación debe redactarse en inglés.

(b)    ***Monto de la reclamación.*** La reclamación debe incluir un monto en dólares estadounidenses.

(c)    ***Firma.*** El reclamante o un agente autorizado o representante legal del reclamante debe firmar la reclamación. Si es firmada en nombre del reclamante, debe proporcionarse una prueba de representación con la reclamación.

(d) **_Se requiere una firma original_**. Solamente una reclamación *original* puede considerarse aceptable para fines de administración de las reclamaciones.

(e) **_Identificación de la entidad del Deudor_**. Cada reclamación debe identificar claramente al Deudor frente a la reclamación aseverada, incluyendo el número de caso individual del Deudor. En caso de surgir una incoherencia entre el nombre del Deudor identificado y el número de caso del Deudor, la reclamación será presentada contra el Deudor identificado por el nombre. Una reclamación presentada bajo el número de caso de administración conjunta (N.º 14-10979 (CSS)) o de otro modo sin identificar a un Deudor específico, será considerada presentada únicamente contra EECI, Inc.

(f) **_Reclamación contra múltiples entidades de Deudores_**. Cada reclamación debe establecer una reclamación contra *únicamente un* Deudor e indicar claramente al Deudor contra el cual se asevera la reclamación. En la medida que se enumere a más de un Deudor en la prueba de reclamación, dicha reclamación puede tratarse como si fuera presentada únicamente contra EECI, Inc.

(g) **_Disposición especial sobre la identificación de una entidad del Deudor para reclamaciones de asbesto._** Una reclamación de asbesto será permitida incluso si la reclamación fue presentada contra el Deudor equivocado o fue presentada como presentada debidamente contra cada Deudor que poseyó, operó, construyó o mantuvo una instalación identificada; *no obstante*, *siempre que* los Deudores se reservan el derecho de hacer otras objeciones con respecto a la reclamación, lo que incluye reclasificar al Deudor sujeto a la reclamación.

(h) **_Certificación._** Cualquier abogado u otra persona que actúe como agente de presentación para una prueba de reclamación en nombre de cualquiera que tenga una reclamación de asbesto debe certificar, bajo pena de perjurio, que dicho agente ha recibido una certificación del reclamante a la fecha de presentación de la reclamación de que la información contenida en la reclamación es verdadera, precisa y completa.

(i) **_Documentación de respaldo_**. Cada reclamación debe incluir documentación de respaldo conforme a las Normas de Quiebra 3001(c) y 3001(d). Si esta documentación es voluminosa, tras el consentimiento previo por escrito del abogado del Deudor, la reclamación puede incluir un resumen de la documentación o una explicación de por qué la documentación no está disponible; *no obstante*, *siempre que* cualquier reclamante que haya recibido dicho consentimiento escrito se verá exigido a transmitir el resumen al abogado del Deudor a solicitud a más tardar diez días posteriores a la fecha de la solicitud.

(j) **_Acuse de recibo_**. Los reclamantes que deseen recibir un acuse de que sus pruebas de reclamación fueron recibidas por el administrador de reclamaciones (Epiq Bankruptcy Solutions, LLC, o "Epiq") deben presentar (i) una copia del formulario de reclamación (marcada claramente en el frente como "COPIA") y (ii) un sobre sellado con dirección propia (además del formulario de reclamación original enviado a Epiq).

## 22. ¿Cómo presento una reclamación manifestada?

Cada reclamación manifestada debe presentarse, incluyendo la documentación de respaldo, por correo de los Estados Unidos u otro sistema de entrega manual, de modo que sea recibida por el

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite www.EFHAsbestosClaims.com**

10

administrador de reclamaciones a más tardar el **14 de diciembre de 2015, a las 5:00 p. m., hora del Este** en una de las siguientes direcciones:

**Si es por correo de primera clase:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Si es por entrega manual o correo con entrega en veinticuatro horas:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

Cualquier reclamación manifestada presentada por fax o correo electrónico <u>no</u> será considerada.

Si no está seguro de que debe presentar una reclamación, es una buena idea realizar una reclamación para preservar su derecho a la indemnización actualmente o en el futuro. Es posible que desee hablar con su abogado acerca de si debe presentar una reclamación y sobre cualquier pregunta que tenga que no se haya tratado en esta notificación.

| 23. Reserva de derechos de los Deudores. |
| --- |

Nada de lo contenido en esta Notificación pretende ni debe interpretarse como la renuncia por parte de los Deudores de su derecho a: (a) defenderse contra cualquier reclamación presentada o cualquier reclamación señalada o reflejada en los Anexos relevantes a la naturaleza, el monto, la responsabilidad, o la clasificación de reclamación de la misma; (b) designar posteriormente a cualquier reclamación programada como controvertida, contingente o sin liquidar; y (c) de otro modo modificar o complementar los Anexos.

## SI DECIDE NO HACER NADA

| 24. ¿Qué sucede si no presento una reclamación antes del plazo? |
| --- |

Si no presenta una reclamación ahora, perderá su derecho a entablar una reclamación por lesión de asbesto contra los Deudores y recibir dinero, incluso si desarrolla una enfermedad relevante al asbesto. Esto significa que no tendrá poder de decisión en la votación ni a compartir el dinero proporcionado para los reclamantes de asbesto bajo cualquier plan de quiebra de reestructuración en los casos de quiebra de EFH.

## CÓMO OBTENER MÁS INFORMACIÓN

| 25. ¿Cómo obtengo más información? |
| --- |

Visite http://www.EFHCaseInfo.com para ver los Anexos de los Deudores, la Orden de la fecha límite de asbesto, y otra información respecto a estos casos de quiebra.

Si tiene alguna pregunta, llame al 1-877-276-7311 o envíe un correo electrónico a info@EFHAsbestosClaims.com. También puede enviar una carta a: Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, P.O. Box 4420, Beaverton, OR 97076-4420.

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o visite**
**www.EFHAsbestosClaims.com**

**EXHIBIT B**

**ASBESTOS PROOF OF CLAIM**

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**COURT USE ONLY**

| Name of Debtor: | Case Number: |
|---|---|

**NOTE:  Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing.  You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.**

Name and address where notices should be sent:

❑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**

*(If known)* _____

Filed on:  _____

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim.  Attach copy of statement giving particulars.

Telephone number:                Email:

Name and address where payment should be sent (if different from above) :

**COURT USE ONLY**

Telephone number:                Email:

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❑ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❑ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❑ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❑ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❑ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

**Amount entitled to priority:**

$_____

**1.    Amount of Claim as of Date Case Filed:**          $ _____
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2.    Basis for Claim:** _____
       (See instruction #2)

**3.    Last four digits of any number by which creditor identifies debtor:** ____ ____ ____ ____
       **3a.  Debtor may have scheduled account as:** _____
       (See instruction #3a)

**4.    Secured Claim** (See instruction #4)
       Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**
❑ Real Estate     ❑ Motor Vehicle     ❑ Other
**Describe:** _____
**Value of Property: $** _____
**Annual Interest Rate** _____% ❑ Fixed  or  ❑ Variable (when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$_____

Basis for perfection: _____

Amount of Secured Claim:  $ _____

Amount Unsecured:         $ _____

**6.    Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____     (See instruction #6)

**7.    Credits:**  The amount of all payments on this claim has been credited for the purpose of making this proof of claim.  (See instruction #7)

**8.    Documents:**  Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements.  If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8 and definition of "redacted".)*
DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9.    Signature:** (See instruction #9)   Check the appropriate box:
❑ I am the creditor.     ❑ I am the creditor's authorized agent.        ❑ I am the trustee, or the debtor, or their        ❑ I am a guarantor, surety, indorser, or other codebtor.
       (Attached a copy of power of attorney, if any.)     authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Address, telephone number, and email
(if different from notice address above):

Print Name: _____
Title: _____     (Signature)
Company: _____

Telephone number: _____
Email: _____

       (Date)

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
Fill in the debtor's full name, and the case number. The full list of debtors is provided under the general information section on the Claims Agent's website:

http://www.efhcaseinfo.com

If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice. If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5, and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.)

If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**9. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

## _____D E F I N I T I O N S_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**If by First Class Mail:**

**Energy Future Holdings Corp. Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**P.O. Box 4420**
**Beaverton, OR 97076-4420**

**If by Hand Delivery or Overnight Mail:**

**Energy Future Holdings Corp. Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**10300 SW Allen Blvd**
**Beaverton, OR 97005**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____I N F O R M A T I O N_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website (http://www.efhcaseinfo.com) to view your filed proof of claim under "Claims."

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**EXHIBIT C**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Plazo de reclamación**
**14 de diciembre de 2015, a las 5:00 p. m., hora del Este**

# Formulario de reclamación por lesión de asbesto sin manifestar

Como parte de esta quiebra, existen dos tipos de reclamaciones relacionadas a la exposición al asbesto: manifestada y sin manifestar. Es posible que haya sido afectado si usted o un familiar trabajó en cualquiera de las plantas energéticas en calidad de empleado, contratista o en cualquier otra función.

**Reclamaciones manifestadas.** Si presenta algún indicio de enfermedad actualmente que considera se relaciona a la exposición al asbesto, esto se denomina una "reclamación manifestada". Cualquiera que tenga una reclamación manifestada relevante a Energy Future Holdings Corp. y determinadas (los "Deudores") <u>no</u> debe llenar este formulario de reclamación. Por el contrario, llene un Formulario oficial 10 (disponible en www.EFHAsbestosClaims.com). El proceso de reclamaciones manifestadas puede ser complejo y se le anima solicitar la asistencia de un abogado, aunque puede presentar un Formulario oficial 10 sin la ayuda de un abogado.

**Reclamaciones sin manifestar.** El otro tipo de reclamación por exposición al asbesto es para una lesión de asbesto "sin manifestar". No se necesita ningún abogado para asistirle con la presentación de una reclamación sin manifestar, aunque tiene la libertad de consultar con un abogado. Una reclamación sin manifestar significa que:

(1) es posible que haya sido expuesto al asbesto en cualquiera de las plantas energéticas incluidas en este proceso; y
(2) no presenta ningún indicio de enfermedad relevante a la exposición al asbesto en la actualidad.

**¿Por qué están incluidos los familiares?** Los familiares están incluidos porque es posible que haya sido expuesto al entrar en contacto con otra persona que trabajó en una planta energética (por ejemplo, si el asbesto fue llevado a casa en la ropa de su cónyuge o progenitor). También puede presentar una reclamación en nombre de un familiar difunto.

**¿Cuáles plantas energéticas se incluyen?** Usted o un familiar pudo haber sido expuesto en cualquiera de las plantas energéticas relevantes a EFH. Estas plantas energéticas se encuentran a lo largo de los Estados Unidos y en algunos países extranjeros. Hay disponible una lista de las plantas energéticas incluidas en www.EFHAsbestosClaims.com.

**¿Qué es el asbesto?** El asbesto es una fibra que a menudo fue utilizada como aislamiento en paredes, cables, tuberías, calderas, generadores, trampas de vapor, bombas, válvulas, tableros eléctricos, empaques, material para empacar, turbinas, compresores, cemento y tuberías de cemento. Los trabajadores responsables de construir y mantener plantas energéticas y equipos también vistieron ropa o aparejos aislados que pudieron haber contenido asbesto. Prácticamente todas las plantas energéticas construidas antes de 1980 usaron o tuvieron productos que contienen asbesto.

Una enfermedad relevante al asbesto puede ocurrir 50 años después de la exposición al asbesto o incluso en más tiempo. Las enfermedades relevantes al asbesto pueden ser muy graves o fatales e incluir enfermedades tales como mesotelioma, cáncer de pulmón, cáncer de laringe, cáncer de esófago, cáncer de la faringe, cáncer de estómago y asbestosis.

**¿Por qué debo presentar una reclamación?** Si considera que usted o un familiar ha sido expuesto al asbesto en cualquier planta incluida, el hecho de presentar este formulario de reclamación a más tardar el <u>**14 de diciembre de 2015, a las 5:00 p. m., hora del Este**</u> preservará su derecho a presentar una reclamación por dinero en el futuro en caso de que desarrolle una enfermedad relevante al asbesto. También puede presentar su formulario de reclamación por lesión de asbesto sin manifestar en línea visitando www.EFHAsbestosClaims.com.

**¿Qué sucede si no presento una reclamación?** Si no presenta una reclamación ahora, perderá para siempre su derecho a entablar una reclamación por lesión de asbesto contra los Deudores y recibir dinero, incluso si desarrolla una enfermedad relevante al asbesto.

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o envíe un correo electrónico a info@EFHAsbestosClaims.com**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Formulario de reclamación
por lesión de asbesto sin
manifestar**
Página 2 de 3

### SU INFORMACIÓN

Nombre _____

Dirección _____

Ciudad, estado, código postal_____

Número de teléfono _____

Dirección de correo electrónico_____

Número de seguro social_____   Fecha de nacimiento_____

### POSIBLE EXPOSICIÓN AL ASBESTO

Es posible que haya sido expuesto al asbesto porque:

☐ Trabajé en una planta incluida.   ☐ Un familiar trabajó en una planta incluida.

Si su posible exposición al asbesto en una planta incluida se relacionaba a un familiar (por ejemplo, si el asbesto fue llevado a casa en la ropa de su cónyuge o progenitor), señale a dicho familiar:

Nombre del familiar _____

Relación con usted _____

Identifique a las plantas en las que pudo haber ocurrido la exposición al asbesto (visite www.EFHAsbestosClaims.com para ver una lista de plantas incluidas).

| Nombre de la planta (de ser conocido) | Ubicación de la planta (de ser conocida) | Tipo de exposición | Fechas estimadas de exposición (de ser conocidas) |
|---|---|---|---|
| | | ☐Yo mismo ☐Familiar | |
| | | ☐Yo mismo ☐Familiar | |
| | | ☐Yo mismo ☐Familiar | |
| | | ☐Yo mismo ☐Familiar | |

**¿Tiene alguna pregunta? Llame al 1-877-276-7311 o envíe un correo electrónico a info@EFHAsbestosClaims.com**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Formulario de reclamación por lesión de asbesto sin manifestar**
Página 3 de 3

**CERTIFICACIÓN**

Certifico que la información que he proporcionado es verdadera, precisa y completa a mi leal saber y entender.

Firma _____    Fecha _____

☐ Firmado por un representante (adjunte prueba de representación)

**Presente su formulario de reclamación de modo que sea RECIBIDO a más tardar el <u>14 de diciembre de 2015, a las 5:00 p. m., hora del Este</u> a:**

**Si es por <u>correo de primera clase</u>:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

**Si es por <u>entrega manual</u> o <u>correo con entrega en veinticuatro horas</u>:**

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**Si es por <u>correo electrónico</u>:**    info@EFHAsbestosClaims.com

**Si es por <u>fax</u>:**    1-844-747-5727

También puede presentar su reclamación en línea visitando www.EFHAsbestosClaims.com.