## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 53.5 | $44,137.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 193.6 | $111,320.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 23.2 | $9,512.00 |
| Christopher M. DeLillo | Associate | 2016 | Bankruptcy | $320 | 19.8 | $6,336.00 |
| Katherine M. Devanney | Associate | 2017 | Bankruptcy | $320 | 18.0 | $5,760.00 |
| David T. Queroli | Associate | 2017 | Bankruptcy | $320 | 3.5 | $1,120.00 |
| **Total** | | | | | **311.6** | **$178,185.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $250 | 74.6 | $18,650.00 |
| Ann Jerominski | Paralegal | 17 | Bankruptcy | $250 | 11.0 | $2,750.00 |
| Daniel D. White | Litigation Support | 8 | MIS | $260 | 4.4 | $1,144.00 |
| Carlos B. Terreforte | Litigation Support | 2 | MIS | $245 | 10.0 | $2,450.00 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 18.1 | $2,443.50 |
| **Total** | | | | | **118.1** | **$27,437.50** |
| | | | | **Total Fees** | | **$205,623.00** |