# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $368.15 |
| Conference Calling | $84.50 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $116.39 |
| Electronic Legal Research | $85.73 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $0.41 |
| Messenger and Delivery Service | $34.85 |
| Overtime | $20.04 |
| Photocopying/Printing - Outside Vendor | $383.63 |
| Photocopying/Printing | $414.75 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $48.05 |
| **Total:** | **$1,556.50** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $56.64 |
| Conference Calling | $13.00 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $17.91 |
| Electronic Legal Research | $13.19 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.06 |
| Messenger and Delivery Service | $5.36 |
| Overtime | $3.08 |
| Photocopying/Printing - Outside Vendor | $59.02 |
| Photocopying/Printing | $63.81 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $7.39 |
| **Total:** | **$239.46** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $2,407.14 |
| Conference Calling | $552.50 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $761.01 |
| Electronic Legal Research | $560.53 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $2.66 |
| Messenger and Delivery Service | $227.89 |
| Overtime | $131.05 |
| Photocopying/Printing - Outside Vendor | $2,508.35 |
| Photocopying/Printing | $2,711.84 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $314.16 |
| **Total:** | **$10,177.13** |