# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 8/11/2017 | Manhattan Bagel | Breakfast | 8 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 8/11/17 hearing | $16.25 | $130.00 |
| 8/11/2001 | Tonic | Lunch | 10 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 8/11/17 hearing | $23.70 | $237.00 |
| 8/19/2017 | Urban Café | Dinner | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 8/21/17 hearing | $24.83 | $745.00 |
| 8/19/2017 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with 8/21/17 hearing preparations | $22.77 | $22.77 |
| 8/20/2017 | Manhattan Bagel | Breakfast | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 8/21/17 hearing | $14.33 | $430.00 |
| 8/20/2017 | Panera Bread | Lunch | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 8/21/17 hearing | $15.32 | $459.66 |
| 8/21/2017 | Manhattan Bagel | Breakfast | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 8/21/17 hearing | $14.33 | $430.00 |

| Date | | | | Description | | |
|---|---|---|---|---|---|---|
| 8/21/2017 | Tonic | Lunch | 30 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 8/21/17 hearing | $12.58 | $377.50 |
| **TOTALS** | | | | | | **$2,831.93** |