Vance Dotson
1415 NW 43rd St.
Oklahoma City, OK 73118

October 1, 2017

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market St. N.
3rd Floor
Wilmington, DE 19801

VIA COURIER

Re:    *Energy Future Holdings Corp., et al.,* **Case No. 14-10979 (CSS)**

To the Clerk of Court:

Please file my enclosed objection to the Declaration of Tim Hartley [11965].

Thank you.

Sincerely,


Vance Dotson

cc:    Debtors' attorneys of record (via mail, email, and fax)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | Hearing Date: October 4, 2017 at 10:00 a.m. |

**VANCE DOTSON'S OBJECTION AND RESPONSE IN OPPOSITION TO
"DECLARATION OF TIM HARTLEY IN SUPPORT OF THE MOTION OF THE
REORGANIZED TCEH DEBTORS FOR ENTRY OF AN ORDER ENFORCING THE
TCEH CONFIRMATION ORDER AND IMPOSING COSTS AND FEES FOR THE
WILLFUL DISREGARD OF THE SAME" [11965]**

Vance Dotson further objects to the Declaration of Tim Hartley [11965] on the grounds that (1) the statements included are demonstrably not based on Mr. Hartley's personal knowledge, (2) the purported statements of Mr. Hartley included appear to be based on inadmissible hearsay, (3) the exhibits included are not authenticated evidence and, thus, are inadmissible hearsay, and (4) the purported declaration of Tim Hartley is not signed by Tim Hartley. *See, generally,* [11965]. In Paragraph 3 of his declaration, Mr. Hartley states that he is "generally familiar with TXU's Energy's businesses and day-to-day operations" without stating how, from whom and under what circumstances he became personally aware of the information pertaining to Vance Dotson [11965] at 2. Mr. Hartley's purported declaration is infirm because it does not contain his signature. Unsworn declarations under penalty of perjury require a declarant's signature. 28 U.S.C. § 1746. Per bankruptcy procedural rules, "[a]n unsigned paper shall be stricken[.]" Fed. R. Bankr. P. 9011. Hartley is not a registered CM/ECF user; his actual signature is required. Local Rule 9011-4(b). Therefore, Mr. Hartley's purported declaration should be given no probative value by the Court. Dotson does not consent to the entry of final orders or judgments by the Court if it is determined that the Court cannot enter final orders or judgment consistent with Art. III of the U.S. Constitution.

Respectfully submitted,

Dated: October 1, 2017

Vance Dotson
1415 NW 43rd St.
Oklahoma City, Oklahoma 73118
(405) 213-1888
*Pro se*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon Debtors via mail, fax, and email:

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceshi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801
Fax: (302) 651-7701
Email: collins@rlf.com, dfranceschi@rlf.com, and madron@rlf.com

KIRKLAND & ELLIS LLP / KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Aparna Yenamandra, Esq.
601 Lexington Avenue
New York, New York 10022-4611
Fax: (212) 446-4900
Email: edward.assower@kirkland.com, stephen.hessler@kirkland.com,
brian.schartz@kirkland.com, aparna.yenamandra@kirkland.com

James H.M. Sprayregen, P.C.
Mark Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654
Fax: (312) 862-2200
Email: james.sprayregen@kirkland.com, marc.kieselstein@kirkland.com,
chad.husnick@kirkland.com, and steven.serajeddini@kirkland.com

Dated: October 1, 2017

Vance Dotson