# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|   | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|   | ) |
| Debtors. | ) (Jointly Administered) |
|   | ) |
|   | ) **Re: D.I.** 11932, 11933, 11934, 11937, |
|   | )             11996, 11997 |

## CERTIFICATION OF COUNSEL REGARDING ORDER ENFORCING THE TCEH CONFIRMATION ORDER AND IMPOSING COSTS AND FEES FOR THE WILLFUL DISREGARD OF THE SAME

On September 22, 2017, the reorganized debtors formerly known as the TCEH Debtors[2] (collectively, the "Reorganized TCEH Debtors") filed, among other documents, the *Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same* [D.I. 11932] (the "Motion to Enforce") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").[3]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined here shall have the meanings ascribed in the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code,* dated August 29, 2016 [D.I. 9421-1] (the "TCEH Plan") or the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors,* dated August 29, 2016 [D.I. 9241] (the "TCEH Confirmation Order"), as applicable.

[3] On September 22, 2017, the Reorganized TCEH Debtors also filed the (i) *Declaration of Bryan M. Stephany in Support of Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same* [D.I. 11933], and (ii) *Affidavit of Sidney Garabato* [D.I. 11934], both in connection with, and in support of, the Motion to Enforce.

Pursuant to the Motion to Enforce, the Reorganized TCEH Debtors are seeking entry of an order (a) enforcing the TCEH Plan injunction and TCEH Confirmation Order discharge against plaintiff Vance Dotson ("Plaintiff") regarding the filing and prosecution of *Vance Dotson v. Energy Future Holdings Corp. d/b/a TXU Energy, et al.*, Case No. CIV-17-575-D in the United States District Court for the Western District of Oklahoma (the "Action") and (b) permitting the Reorganized TCEH Debtors to recover their actual costs and attorneys' fees from Plaintiff in connection with the Action for Plaintiff's willful disregard of the TCEH Confirmation Order. In accordance with the Court's *Order Shortening Notice and Setting Response Deadline for Reorganized TCEH Debtors' Motion for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same*, entered September 25, 2017 [D.I. 11937], objections or responses to the Motion to Enforce were to be filed and served no later than 12:00 p.m. (noon) (Eastern Daylight Time) on October 2, 2017 (the "Objection Deadline") and a hearing to consider approval of the Motion to Enforce was held before the Court on October 3, 2017 starting at 10:00 a.m. (Eastern Daylight Time) (the "October 3rd Hearing").

Prior to the Objection Deadline, non-Delaware counsel to Plaintiff e-mailed a copy of the following to counsel to the Reorganized TCEH Debtors: (i) *Vance Dotson's Objection and Response in Opposition to "Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same" [11932]*, dated September 30, 2017 [D.I. 11997] (the "Enforcement Objection"[4]) and (ii) *Vance Dotson's Objection and Response in Opposition to "Declaration of Tim Hartley*

---

[4] A copy of the Enforcement Objection, purportedly filed *pro se*, was placed on the Court's docket on October 3, 2017, however, counsel to the Reorganized TCEH Debtors provided a copy of the Enforcement Objection to Chambers prior to the Objection Deadline.

*in Support of the Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same" [11965]*, dated October 1, 2017 [D.I. 11996] (the "Declaration Objection"[5]), both in response and opposition to the Motion to Enforce and a declaration and affidavit filed in support thereof.

At the October 3rd Hearing, the Court heard and considered the evidence, live witness testimony, and statements and arguments of the Reorganized TCEH Debtors in support of the Motion to Enforce.[6] Based on the record of the October 3rd Hearing, the Court (i) granted, in part, and denied, in part, the Motion to Enforce and (ii) overruled the Enforcement Objection and the Declaration Objection. Following the conclusion of the October 3rd Hearing, the Reorganized TCEH Debtors prepared a revised form of order (the "Revised Order") in connection with the Motion to Enforce to, among other things, reflect the Court's rulings made on the record at the October 3rd Hearing. A copy of the Revised Order is attached hereto as **Exhibit 1**. For the convenience of the Court and other parties-in-interest, a redline of the Revised Order marked against the proposed form of order originally filed with the Motion to Enforce on September 22, 2017 is attached hereto as **Exhibit 2**. The Reorganized TCEH Debtors believe that the Revised Order is consistent with the record of the October 3rd Hearing and should be entered.

The Reorganized TCEH Debtors therefore respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

---

[5] A copy of the Declaration Objection, purportedly filed *pro se*, was placed on the Court's docket on October 3, 2017, however, counsel to the Reorganized TCEH Debtors provided a copy of the Declaration Objection to Chambers prior to the Objection Deadline.

[6] Plaintiff did not appear at the October 3rd Hearing.

Dated: October 3, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Reorganized TCEH Debtors*