## EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 220.00 | $227,749.00 |
| Non-Working Travel | 11.70 | $7,312.50 |
| **TOTAL** | **231.70** | **$235,061.50** |