**EXHIBIT B**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1250 | 94.80 | 111,187.50 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1025 | 73.80 | 75,645.00 |
| Elizabeth Edmondson | Partner | 2012 | Litigation | 840 | 41.30 | 34,692.00 |
| Irene M. Ten Cate | Associate Attorney | 2003 | Litigation | 725 | 15.50 | 11,237.50 |
| Toi D. Hooker | Paralegal | | Bankruptcy | 365 | 4.80 | 1,752.00 |
| Jeffrey K. Phillips | Paralegal | | Litigation | 365 | 1.50 | 547.50 |
| | | | | **TOTAL** | **231.70** | **235,061.50** |