# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COLOR COPY CHARGES | 3.00 |
| B&W COPY CHARGES | 2.90 |
| COURT CONFERENCES | 134.00 |
| SOUNDPATH TELEPHONE CONFERENCES | 87.85 |
| TRAVEL | 1,169.13 |
| TOTAL | $  1,396.88 |

109249.1