# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 8/1/2017 | LEVIN, R. | PARTNER | Court Conferences | 30.00 | VINCENT E. LAZAR, 07/21/2017; Court Call hearing |
| 55152-10034 | 8/7/2017 | LEVIN, R. | PARTNER | Soundpath Teleconferencing | 87.85 | Client Meeting 4 in Attendance – Soundpath Teleconferencing |
| 55152-1034 | 8/8/2017 | TEN CATE, I. | ASSOCIATE ATTORNEY | Color Copy Charges | 1.50 | Color Copy |
| 55152-1034 | 8/14/2017 | TEN CATE, I. | ASSOCIATE ATTORNEY | Color Copy Charges | 1.50 | Color Copy |
| 55152-10034 | 8/14/2017 | TEN CATE, I. | ASSOCIATE ATTORNEY | B&W Copy Charges | .40 | B&W Copy |
| 55152-10034 | 8/17/2017 | LEVIN, R. | PARTNER | Travel | 492.23 | Travel, RICHARD LEVIN, 08/07/2017; Chicago, IL; Meeting with Proskauer re Allocation Issues |
| 55152-10034 | 8/17/2017 | TEN CATE, I. | ASSOCIATE ATTORNEY | B&W Copy | .50 | B&W Copy |
| 55152-10034 | 8/18/2017 | TEN CATE, I. | ASSOCIATE ATTORNEY | B&W Copy | 2.00 | B&W Copy |
| 55152-10034 | 8/22/2017 | LAZAR, V. | PARTNER | Court Conferences | 37.00 | VINCENT E. LAZAR, 08/11/2017; CourtCall Invoice 8526546 |
| 55152-10034 | 8/22/2017 | LAZAR, V. | PARTNER | Court Conferences | 30.00 | VINCENT E. LAZAR; CourtCall Invoice 8518883 |
| 55152-10034 | 8/24/2017 | LEVIN, R. | PARTNER | Travel | 676.90 | Travel, RICHARD LEVIN, 08/20-21, 2017; Wilmington, DE; Hearing |
| 55152-10034 | 8/29/2017 | LAZAR, V. | PARTNER | Court Conferences | 37.00 | VINCENT E. LAZAR, 08/18/2017; CourtCall Invoice 8545047 |