# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street                              **Chapter:** 11
Dallas, TX 75201
  **EIN:** 46–2488810
TXU Corp.
TXU Corp
Texas Utilities

*Case No.*: 14–10979–CSS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 10/3/17 was filed on 10/4/17 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 10/25/17 .

If a request for redaction is filed, the redacted transcript is due 11/6/17 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/2/18 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

_____
Una O'Boyle, Clerk of Court

Date: 10/4/17

(ntc)