**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 11349** |

**CERTIFICATE OF COUNSEL REGARDING ORDER
AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies as follows:

1.      On June 14, 2017, Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP (collectively "Kirkland") filed the *Ninth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and the Debtors in Possession, for the Period from January 1, 2017 Through and Including April 30, 2017* [D.I. 11349] (the "Ninth Fee Application").[2]  Pursuant to the Ninth Fee Application, Kirkland was seeking entry of an order of this Court approving, on an interim basis, fees and expenses incurred by Kirkland during the period between January 1, 2017 to April 30, 2017.

2.      The deadline to file an objection or other response to the relief requested in the Ninth Fee Application was July 6, 2017 at 4:00 p.m. (prevailing Eastern Time) (the "Objection

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used herein shall have the meaning ascribed to them in the Ninth Fee Application.

Deadline") with respect to all parties except the Fee Committee.  No objections were filed by the Objection Deadline.

3.    Kirkland and the Fee Committee have agreed on certain fees and expenses requested in the Ninth Fee Application that can be approved by the Court at this time, on an interim basis, as reflected in **Exhibit A** to the attached proposed form of order (the proposed order set forth in **Exhibit 1**, the "Proposed Order").  Kirkland and the Fee Committee are continuing to discuss the remainder of fees and expenses requested in the Ninth Fee Application.

4.    Because no other parties objected to the relief requested in the Ninth Fee Application, and in light of the agreement between Kirkland the Fee Committee regarding the amounts set forth on **Exhibit A** to **Exhibit 1**, Kirkland respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit 1,** at its earliest convenience.

[*Remainder of page intentionally left blank.*]

RLF1 18249512v.1

Dated: October 9, 2017
  Wilmington, Delaware     */s/ Joseph C. Barsalona II*
               **RICHARDS, LAYTON & FINGER, P.A.**
               Mark D. Collins (No. 2981)
               Daniel J. DeFranceschi (No. 2732)
               Jason M. Madron (No. 4431)
               Joseph C. Barsalona II (No. 6102)
               920 North King Street
               Wilmington, Delaware 19801
               Telephone: (302) 651-7700
               Facsimile: (302) 651-7701
               Email:   collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com
                     barsalona@rlf.com

               -and-

               **KIRKLAND & ELLIS LLP**
               **KIRKLAND & ELLIS INTERNATIONAL LLP**
               Edward O. Sassower, P.C. (admitted *pro hac vice*)
               Stephen E. Hessler, P.C. (admitted *pro hac vice*)
               Brian E. Schartz (admitted *pro hac vice*)
               Aparna Yenamandra (admitted *pro hac vice*)
               601 Lexington Avenue
               New York, New York 10022-4611
               Telephone: (212) 446-4800
               Facsimile: (212) 446-4900
               Email:   edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com
                     aparna.yenamandra@kirkland.com

               -and-

               James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
               Marc Kieselstein, P.C. (admitted *pro hac vice*)
               Chad J. Husnick, P.C. (admitted *pro hac vice*)
               Steven N. Serajeddini (admitted *pro hac vice*)
               300 North LaSalle
               Chicago, Illinois 60654
               Telephone: (312) 862-2000
               Facsimile: (312) 862-2200
               Email:   james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

               *Co-Counsel to the Debtors and Debtors in Possession*