# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP. | ) Adversary Proceeding |
| | ) No. 17-_____ (CSS) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VISTRA ENERGY CORP. | ) |
| | ) |
| Defendant. | ) |

**ADVERSARY COMPLAINT**

# THIS ADVERSARY COMPLAINT AND ALL

# EXHIBITS ARE FILED UNDER SEAL

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Date: October 10, 2017 | */s/ David M. Klauder* |
| Wilmington, Delaware | David M. Klauder (No. 5769) |
|  | Cory P. Stephenson (No. 6097) |
|  | 1204 N. King Street |
|  | Wilmington, DE 19801 |
|  | Telephone:  (302) 803-6400 |
|  | Facsimile:  (302) 397-2557 |
|  | Email:  dklauder@bk-legal.com |
|  |  cstephenson@bk-legal.com |

  --and--

**PROSKAUER ROSE LLP**
Michael A. Firestein (admitted *pro hac vice*)
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:  (310) 284-5661
Facsimile:  (310) 557-2193
Email:  mfirestein@proskauer.com

  --and--

Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Telephone:  (312) 962-3550
Facsimile:  (312) 962-3551
Email:  mthomas@proskauer.com
  pyoung@proskauer.com

*Co-Counsel to Debtor*
*Energy Future Holdings Corp.*