# **Exhibit A**

## **Proposed Final Decree**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| 4CHANGE ENERGY COMPANY | ) | Case No. 14-10980 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| 4CHANGE ENERGY HOLDINGS LLC | ) | Case No. 14-10981 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| BIG BROWN 3 POWER COMPANY LLC | ) | Case No. 14-10983 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| BIG BROWN LIGNITE COMPANY LLC | ) | Case No. 14-10986 (CSS) |
| Debtor. | ) | (Jointly Administered) |

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| In re: | ) | Chapter 11 |
|---|---|---|
| BIG BROWN POWER COMPANY LLC | ) | Case No. 14-10988 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| In re: | ) | Chapter 11 |
|---|---|---|
| COLLIN POWER COMPANY LLC | ) | Case No. 14-10998 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| In re: | ) | Chapter 11 |
|---|---|---|
| DECORDOVA POWER COMPANY LLC | ) | Case No. 14-10982 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| In re: | ) | Chapter 11 |
|---|---|---|
| DECORDOVA II POWER COMPANY LLC | ) | Case No. 14-11003 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| In re: | ) | Chapter 11 |
|---|---|---|
| EAGLE MOUNTAIN POWER COMPANY LLC | ) | Case No. 14-10984 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| In re: | ) | Chapter 11 |
|---|---|---|
| GENERATION MT COMPANY LLC | ) | Case No. 14-11021 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GENERATION SVC COMPANY | ) | Case No. 14-11025 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LAKE CREEK 3 POWER COMPANY LLC | ) | Case No. 14-11029 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT BIG BROWN MINING COMPANY LLC | ) | Case No. 14-11018 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT ENERGY COMPANY LLC | ) | Case No. 14-11023 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT ENERGY TRADING CALIFORNIA COMPANY | ) | Case No. 14-11026 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT ET SERVICES COMPANY | ) | Case No. 14-11030 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT GENERATION COMPANY LLC | ) | Case No. 14-11032 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT HOLDING COMPANY LLC | ) | Case No. 14-11037 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC | ) | Case No. 14-11040 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT MINING COMPANY LLC | ) | Case No. 14-11042 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT RENEWABLES COMPANY LLC | ) | Case No. 14-11044 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARTIN LAKE 4 POWER COMPANY LLC | ) | Case No. 14-11010 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| MONTICELLO 4 POWER COMPANY LLC | Case No. 14-11011 (CSS) |
| Debtor. | (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| MORGAN CREEK 7 POWER COMPANY LLC | Case No. 14-11014 (CSS) |
| Debtor. | (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| NCA RESOURCES DEVELOPMENT COMPANY LLC | Case No. 14-11019 (CSS) |
| Debtor. | (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| OAK GROVE MANAGEMENT COMPANY LLC | Case No. 14-11022 (CSS) |
| Debtor. | (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| OAK GROVE MINING COMPANY LLC | Case No. 14-11024 (CSS) |
| Debtor. | (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| OAK GROVE POWER COMPANY LLC | Case No. 14-11027 (CSS) |
| Debtor. | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SANDOW POWER COMPANY LLC | ) | Case No. 14-11033 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TCEH FINANCE, INC. | ) | Case No. 14-11028 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TRADINGHOUSE 3 & 4 POWER COMPANY LLC | ) | Case No. 14-11046 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TRADINGHOUSE POWER COMPANY LLC | ) | Case No. 14-10985 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TXU ENERGY RECEIVABLES COMPANY LLC | ) | Case No. 14-10993 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TXU ENERGY RETAIL COMPANY LLC | ) | Case No. 14-10997 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TXU ENERGY SOLUTIONS COMPANY LLC | ) | Case No. 14-11002 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| TXU RETAIL SERVICES COMPANY | ) | Case No. 14-11009 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| TXU SEM COMPANY | ) | Case No. 14-11013 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| VALLEY NG POWER COMPANY LLC | ) | Case No. 14-11015 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| VALLEY POWER COMPANY LLC | ) | Case No. 14-11020 (CSS) |
| Debtor. | ) | (Jointly Administered) |

**FINAL DECREE (A) CLOSING CERTAIN OF THE CHAPTER 11 CASES, (B) TRANSFERRING CLAIMS AGAINST AND INTERESTS ASSERTED IN THE TCEH DEBTORS TO THE LEAD CASE, AND (C) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in

possession (collectively, the "Debtors") for the entry of a final decree (this "Final Decree")[2]: (a) closing the Closing Cases; and (b) granting related relief, all as more fully set forth in the Motion; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion (the "Hearing") under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted in its entirety.

2. The following chapter 11 cases (the "Closing Cases") of the Debtors are hereby closed; *provided* that this Court shall retain jurisdiction as provided in Article XI of the TCEH Plan:

| Debtor | Case No. |
|---|---|
| 4Change Energy Company | 14-10980 |
| 4Change Energy Holdings LLC | 14-10981 |
| Big Brown 3 Power Company LLC | 14-10983 |
| Big Brown Lignite Company LLC | 14-10986 |
| Big Brown Power Company LLC | 14-10988 |

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

| | |
|---|---|
| Collin Power Company LLC | 14-10998 |
| DeCordova Power Company LLC | 14-10982 |
| DeCordova II Power Company LLC | 14-11003 |
| Eagle Mountain Power Company LLC | 14-10984 |
| Generation MT Company LLC | 14-11021 |
| Generation SVC Company | 14-11025 |
| Lake Creek 3 Power Company LLC | 14-11029 |
| Luminant Big Brown Mining Company LLC | 14-11018 |
| Luminant Energy Company LLC | 14-11023 |
| Luminant Energy Trading California Company | 14-11026 |
| Luminant ET Services Company | 14-11030 |
| Luminant Generation Company LLC | 14-11032 |
| Luminant Holding Company LLC | 14-11037 |
| Luminant Mineral Development Company LLC | 14-11040 |
| Luminant Mining Company LLC | 14-11042 |
| Luminant Renewables Company LLC | 14-11044 |
| Martin Lake 4 Power Company LLC | 14-11010 |
| Monticello 4 Power Company LLC | 14-11011 |
| Morgan Creek 7 Power Company LLC | 14-11014 |
| NCA Resources Development Company LLC | 14-11019 |
| Oak Grove Management Company LLC | 14-11022 |
| Oak Grove Mining Company LLC | 14-11024 |
| Oak Grove Power Company LLC | 14-11027 |
| Sandow Power Company LLC | 14-11033 |
| TCEH Finance, Inc. | 14-11028 |
| Tradinghouse 3 & 4 Power Company LLC | 14-11046 |
| Tradinghouse Power Company LLC | 14-10985 |
| TXU Energy Receivables Company LLC | 14-10993 |
| TXU Energy Retail Company LLC | 14-10997 |
| TXU Energy Solutions Company LLC | 14-11002 |
| TXU Retail Services Company | 14-11009 |
| TXU SEM Company | 14-11013 |
| Valley NG Power Company LLC | 14-11015 |
| Valley Power Company LLC | 14-11020 |

3. Claims asserted against, and interests asserted in, the Closing Cases shall hereby remain unaffected by entry of this Final Decree, other than that all such claims and interests shall be administered in the chapter 11 case of Texas Competitive Electric Holdings Company LLC,

Case No. 14-10978, without prejudice to the rights of any claimant regarding Claims asserted and interests asserted in the Closing Cases.

4. Entry of this Final Decree is without prejudice to (a) the rights of the Debtors or any party in interest to seek to reopen any of these chapter 11 cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the rights of the Debtors to dispute, in an appropriate non-bankruptcy forum, all claims that were filed against the Debtors in these chapter 11 cases as contemplated by the TCEH Plan and the Confirmation Order. Any failure of the Debtors to file an objection to any claim in these chapter 11 cases shall not constitute allowance of the claim and shall not result in such claim being deemed Allowed (as defined in the TCEH Plan) against any Reorganized TCEH Debtor.

5. Nothing in this Order shall prejudice, impair, or otherwise modify the allowance and distribution provisions set forth in the TCEH Plan and TCEH Confirmation Order.

6. To the extent not already paid, the fees required to be paid to the U.S. Trustee by the Debtors on account of the Closing Cases pursuant to 28 U.S.C. § 1930(a)(6) or otherwise shall be paid within thirty (30) days following the entry of this Final Decree.

7. The Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

8. Notice of the Motion, including the form of Notice attached hereto as **Exhibit 1**, which the Debtors caused to be served on (i) each of the holders of the unresolved Non-Asbestos Proofs of Claim; and (ii) each of the Holders of the unresolved TCEH Asbestos Proofs of Claim, is hereby deemed good and sufficient notice of such motion and the requirements of Fed. R. Bankr. P. 6004(a) and the Local Bankruptcy Rules are satisfied by such Notice.

9. The Clerk of the Court shall enter this Final Decree individually on the docket of each of the Closing Cases and thereafter such dockets shall be marked as "Closed."

10. The Debtors and Epiq Bankruptcy Solutions LLC, as notice and claims agent, are authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

11. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

12. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree.

13. Notwithstanding the possible applicability of Rules 6004(h), 7062, or 9014 of the Bankruptcy Rules or otherwise, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

Dated: ____________, 2017
Wilmington, Delaware

______________________________________
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

## **Proposed Form of Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Hearing Date: November 8, 2017 at 10:00 a.m.** |
| | ) | **Objection Deadline: November 1, 2017 at 4:00 p.m.** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on October 10, 2017, the above-captioned debtors and debtors in possession, and reorganized debtors (collectively, the "Debtors"), filed the **Debtors' Motion for Entry of Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted In the TCEH Debtors to the Lead Case; and (C) Granting Related Relief** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order (a) closing the cases of Energy Future Competitive Holdings Company LLC ("EFCH") and the direct and indirect subsidiaries of Texas Competitive Electric Holdings Company LLC (such entity, "TCEH," its subsidiaries, "TCEH Subsidiaries" and the TCEH Subsidiaries together with EFCH, collectively, the "Closing Cases"[2]); (b) transferring all claims against, and interests asserted in, the Closing Cases to TCEH (the "Lead Case"); and (c) granting related relief.

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Closing Cases are those cases of: 4Change Energy Company, Case No. 14-10980; 4Change Energy Holdings LLC, Case No. 14-10981; Big Brown 3 Power Company LLC, Case No. 14-10983; Big Brown Lignite Company LLC, Case No. 14-10986; Big Brown Power Company LLC, Case No. 14-10988; Collin Power Company LLC, Case No. 14-10998; DeCordova Power Company LLC, Case No. 14-10982; DeCordova II Power Company LLC, Case No. 14-11003; Eagle Mountain Power Company LLC, Case No. 14-10984; Generation MT Company LLC, Case No. 14-11021; Generation SVC Company, Case No. 14-11025; Lake Creek 3 Power Company LLC, Case No. 14-11029; Luminant Big Brown Mining Company LLC, Case No. 14-11018; Luminant Energy Company LLC, Case No. 14-11023; Luminant Energy Trading California Company, Case No. 14-11026; Luminant ET Services Company, Case No. 14-11030; Luminant Generation Company LLC, Case No. 14-11032; Luminant Holding Company LLC, Case No. 14-11037; Luminant Mineral Development Company LLC, Case No. 14-11040; Luminant Mining Company LLC, Case No. 14-11042; Luminant Renewables Company LLC, Case No. 14-11044; Martin Lake 4 Power Company LLC, Case No. 14-11010; Monticello 4 Power (Continued)

PLEASE TAKE FURTHER NOTICE that **you are receiving this notice of the Motion because you have asserted one or more Class C4, Class C5, and/or Class C6 proofs of claim (the "Proofs of Claim") against one or more of the Debtors in the Closing Cases that remain unresolved at this time**.

PLEASE TAKE FURTHER NOTICE that closure of the Closing Cases shall not prejudice any party in interest or otherwise negatively affect the administration of the Debtors' consolidated estates, which will take place without interruption in the Lead Case.

PLEASE TAKE FURTHER NOTICE that **moving your Proof(s) of Claim to the Lead Case will not prejudice your rights with respect to your Proof(s) of Claim nor will it affect the consideration which will be distributed to you on account of your Proof(s) of Claim in the event that your Proof(s) of Claim are ultimately Allowed against the Debtors.** Specifically, under the construct of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9374] (the "TCEH Plan"[3]), all Allowed Class C4 and Class C5 Claims receive their pro rata share of the TCEH Cash Payment regardless of the TCEH Debtor against which the Allowed Claim is asserted.[4]

PLEASE TAKE FURTHER NOTICE that you may obtain a copy of the Motion or the TCEH Plan free of charge by: (a) accessing the Debtors' restructuring website with the Debtors' Court-approved claims and noticing agent, Epiq Bankruptcy Solutions (the "Claims Agent") at http://www.efhcaseinfo.com; (b) writing to the Claims Agent at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, P.O. Box 4421, Beaverton, OR 97076-4421; or (c) calling the Debtors' restructuring hotline at (877) 276-7311. You may also obtain copies of any pleadings filed in the Debtors' chapter 11 cases, including the Motion and the TCEH Plan, for a fee via PACER at: http://www.deb.uscourts.gov (password required).

---

Company LLC, Case No. 14-11011; Morgan Creek 7 Power Company LLC, Case No. 14-11014; NCA Resources Development Company LLC, Case No. 14-11019; Oak Grove Management Company LLC, Case No. 14-11022; Oak Grove Mining Company LLC, Case No. 14-11024; Oak Grove Power Company LLC, Case No. 14-11027; Sandow Power Company LLC, Case No. 14-11033; TCEH Finance, Inc., Case No. 14-11028; Tradinghouse 3 & 4 Power Company LLC, Case No. 14-11046; Tradinghouse Power Company LLC, Case No. 14-10985; TXU Energy Receivables Company LLC, Case No. 14-10993; TXU Energy Retail Company LLC, Case No. 14-10997; TXU Energy Solutions Company LLC, Case No. 14-11002; TXU Retail Services Company, Case No. 14-11009; TXU SEM Company, Case No. 14-11013; Valley NG Power Company LLC, Case No. 14-11015; and Valley Power Company LLC, Case No. 14-11020.

[3] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the TCEH Plan.

[4] Under Art. III.B.32 of the TCEH Plan, General Unsecured Claims against EFCH are canceled and released without a distribution. Due to the fact that these Claims are released without a distribution, the relief requested in the Motion does not prejudice these Claims.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **November 1, 2017 at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that, if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **November 8, 2017 at 10:00 a.m. (Eastern Standard Time).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of page intentionally left blank.*]

Dated: October 10, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

*Co-Counsel to the Debtors and Debtors in Possession*