## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS<br>CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>Related Docket No. 12016<br>Related Adversary Proceeding Docket No. 87 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Jared F. Schierbaum, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. Solutions in the above captioned bankruptcy case, and on the 10th day of October, 2017, he caused a copy of the below listed pleading to be served to the attached service list via Electronic Mail.

**Certification of Counsel Regarding Order Granting the Elliott Funds' Motion to Reconsider the Termination Fee Approval Order [Filed October 10, 2017]**

_____
Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this 11th day of October 2017.

_____
Notary Public

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0048939.}

## Service List

| | |
|---|---|
| *Via E-mail*<br>Brian Glueckstein<br>Andrew G. Dietderich<br>John L. Hardiman<br>Alexa J. Kranzley<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>Email:  gluecksteinb@sullcrom.com<br>            dietdericha@sullcrom.com<br>            hardimanj@sullcrom.com<br>            kranzleya@sullcrom.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Energy future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* | *Via E-mail*<br>Richard C. Pedone<br>Morgan Nighan<br>Amanda D. Darwin<br>Erik Schneider<br>Christopher J. Fong<br>**NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02110<br>Email:  rpedone@nixonpeabody.com<br>            mnighan@nixonpeabody.com<br>            adarwin@nixonpeabody.com<br>            eschneider@nixonpeabody.com<br>            cfong@nixonpeabody.com<br><br>*Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |
| *Via E-mail*<br>Natalie D. Ramsey<br>Davis Lee Wright<br>Mark A. Fink<br>**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**<br>123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109<br>Email:  nramsey@mmwr.com<br>            dwright@mmwr.com<br>            mfink@mmwr.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Energy future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* | *Via E-mail*<br>Christopher P. Simon<br>**CROSS & SIMON LLC**<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>Email:  csimon@crosslaw.com<br><br>*Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |

{932.002-W0048678.}

*Via E-mail*
Gregg M. Galardi
Keith Wofford
Matthew A. Tolve
Peter Welsh
Katelyn Sandler
Nicholas M. Berg
**ROPES & GRAY LLP**
100 Summer Street
Boston, MA 02110
Email:  gregg.galardi@ropesgray.com
           keith.wofford@ropesgray.com
           matthew.tolve@ropesgray.com
           peter.welsh@ropesgray.com
           katelyn.saner@ropesgray.com
           nicholas.berg@ropesgray.com

*Counsel to Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership*

*Via E-mail*
Harold L. Kaplan
Mark F. Hebbeln
Lars A. Peterson
Barry G. Felder
Johnathan H. Friedman
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654
Email:  hkaplan@foley.com
           mhebbeln@foley.com
           lapeterson@foley.com
           bgfelder@foley.com
           jfriedman@foley.com

*Counsel to UMB Bank, N.A.*

*Via E-mail*
Scott D. Cousins
Erin Fay
Gregory Flasser
**BAYARD, P.A.**
222 Delaware Ave, Suite 900
Wilmington, DE 19801
Email:  scousins@bayardlaw.com
           efay@bayardlaw.com
           gflasser@bayardlaw.com

*Counsel to Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership*

*Via E-mail*
Ira S. Dizengoff
Abid Qureshi
Scott L. Alberino
Joanna F. Newdeck
William Mongan
Christopher W. Carty
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
Bank of America Tower
New York, NY 10036
Email:  idizengoff@akingump.com
           aqureshi@akingump.com
           salberino@akingump.com
           jnewdeck@akingump.com
           wmongan@akingump.com
           ccarty@akingump.com

*Counsel to UMB Bank, N.A.*

*Via E-mail*
Daniel K. Hogan
**THE HOGAN FIRM**
1311 Delaware Ave
Wilmington, DE 19806
Email: dkhogan@dkhogan.com

*Counsel to Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann*

*Via E-mail*
Raymond H. Lemisch
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Email: rlemisch@klehr.com

*Counsel to UMB Bank, N.A.*

*Via E-mail*
Edward O. Sassower
Stephen E. Hessler
Aparna Yenamandra
McClain Thompson
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, NY 10022
Email: edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       aparna.yenamandra@kirkland.com
       mcclain.thompson@kirkland.com

*Co-Counsel to Plaintiffs*

*Via E-mail*
Thomas M. Horan
**SHAW FISHMAN GLANTZ & TOWBIN LLC**
300 Delaware Ave, Suite 1370
Wilmington, DE 19801
Email: thoran@shawfishman.com

*Proposed Co-Counsel to Plaintiffs*

*Via E-mail*
Robert M. Fishman
**SHAW FISHMAN GLANTZ & TOWBIN LLC**
321 N. Clark St., Suite 800
Chicago, IL 60654
Email: rfishman@shawfishman.com

*Proposed Co-Counsel to Plaintiffs*

*Via E-mail*
Michael A. Petrino
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Email: michael.petrino@kirkland.com

*Co-Counsel to Plaintiffs*

*Via E-mail*
James H.M. Sprayregen
Marc Kieselstein
Steven N. Serajeddini
Chad Husnick
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, IL 60654
Email:  james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        steven.serajeddini@kirkland.com
        chad.husnick@kirkland.com

*Co-Counsel to Plaintiffs*

*Via E-mail*
Mark McKane
Michael P. Esser
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
555 California Street
San Francisco, CA 94104
Email:  mmckane@kirkland.com
        michael.esser@kirkland.com

*Co-Counsel to Plaintiffs*