# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ENERGY FUTURE HOLDINGS CORP. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding |
| v. ) | No. 17-51785 (CSS) |
| ) | |
| VISTRA ENERGY CORP. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF *TELEPHONIC ONLY* STATUS CONFERENCE

PLEASE TAKE NOTICE that the Court has scheduled a *telephonic only* status conference for the adversary proceeding *Energy Future Holdings Corp. v. Vistra Energy Corp.,* Adv. Proc. No. 17-51785 (CSS), for **October 12, 2017 starting at 3:00 p.m. (EDT)** (the "Telephonic Hearing"), to be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that, notwithstanding anything to the contrary set forth in the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, at the direction of Chambers, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) **at any time prior to the commencement of the Telephonic Hearing** to register their telephonic appearances.

**BIELLI & KLAUDER, LLC**

Date: October 11, 2017
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
Cory P. Stephenson (No. 6097)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-6400
Facsimile: (302) 397-2557
Email: dklauder@bk-legal.com
       cstephenson@bk-legal.com

   --and--

**PROSKAUER ROSE LLP**
Michael A. Firestein (admitted *pro hac vice*)
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 284-5661
Facsimile: (310) 557-2193
Email: mfirestein@proskauer.com

   --and--

Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551
Email: mthomas@proskauer.com
       pyoung@proskauer.com

*Co-Counsel to Debtor*
*Energy Future Holdings Corp.*