# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 8.30 | $2,782.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 2.10 | $1,354.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 2,501.00 | $2,139,482.00 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 267.30 | $242,135.50 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 0.60 | $573.00 |
| 12 | [ALL E-SIDE] Hearings | 40.30 | $28,525.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 52.20 | $22,983.00 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 14.80 | $11,928.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 124.80 | $115,845.50 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 1,072.70 | $1,121,702.50 |
| 23 | [ALL E-SIDE] Regulatory Issues | 2.60 | $3,323.00 |
| 29 | [ALL E-SIDE] Tax Issues | 150.60 | $204,074.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 5.10 | $2,532.00 |
| | **Totals:** | **4,242.40** | **$3,897,240.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,208.53 |
| Standard Copies or Prints | $4,011.40 |
| Color Copies or Prints | $3,567.00 |
| Production Blowbacks | $716.50 |
| Overnight Delivery | $437.37 |
| Outside Messenger Services | $157.95 |
| Local Transportation | $963.86 |
| Travel Expense | $32,144.92 |
| Airfare | $37,275.55 |
| Transportation to/from airport | $4,122.11 |
| Travel Meals | $3,633.63 |
| Other Travel Expenses | $1,550.50 |
| Court Reporter Fee/Deposition | $23,323.40 |
| Other Court Costs and Fees | $2,660.89 |
| Outside Printing Services | $22,099.40 |
| Outside Copy/Binding Services | $8,161.43 |
| Working Meals/K&E Only | $20.00 |
| Catering Expenses | $2,252.00 |
| Outside Retrieval Service | $5.14 |
| Computer Database Research | $423.24 |
| Westlaw Research | $5,457.79 |
| Overtime Transportation | $1,194.06 |
| Overtime Meals - Attorney | $777.04 |
| Rental Expenses | $5,394.30 |
| **Total:** | **$162,558.01** |