# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 835.00 | 182.50 | $152,387.50 |
| Mary Brady | Associate | 2014 | Corporate - General | 835.00 | 0.70 | $584.50 |
| Maxwell Coll | Associate | 2016 | Litigation - General | 630.00 | 200.90 | $126,567.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 905.00 | 2.50 | $2,262.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 845.00 | 142.20 | $120,159.00 |
| Christopher Kochman | Associate | 2015 | Restructuring | 645.00 | 29.30 | $18,898.50 |
| Kevin McClelland | Associate | 2016 | Restructuring | 645.00 | 21.70 | $13,996.50 |
| David Moore | Associate | 2015 | Corporate - General | 735.00 | 35.10 | $25,798.50 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 735.00 | 15.40 | $11,319.00 |
| Matthew Smart | Associate | 2016 | Restructuring | 645.00 | 5.90 | $3,805.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 905.00 | 169.00 | $152,945.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 810.00 | 180.50 | $146,205.00 |
| David Thompson | Associate | 2013 | Corporate - M&A/Private Equity | 905.00 | 62.20 | $56,291.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 725.00 | 296.00 | $214,600.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 645.00 | 167.70 | $108,166.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 955.00 | 241.80 | $230,919.00 |
| Aaron Berlin | Partner | 2011 | Corporate - Debt Finance | 995.00 | 0.70 | $696.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,475.00 | 145.70 | $214,907.50 |
| Thomas Dobleman | Partner | 2011 | Corporate - Debt Finance | 995.00 | 12.00 | $11,940.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 22.80 | $24,966.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 182.60 | $176,209.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,525.00 | 5.00 | $7,625.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 283.10 | $281,684.50 |
| Chad J Husnick P.C. | Partner | 2004 | Restructuring | 1,165.00 | 103.90 | $121,043.50 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,155.00 | 1.60 | $1,848.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 100.60 | $148,385.00 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,225.00 | 2.20 | $2,695.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 68.80 | $111,800.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,325.00 | 117.70 | $155,952.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 234.60 | $275,655.00 |
| Lee K Morlock, P.C. | Partner | 2004 | Taxation | 1,325.00 | 2.00 | $2,650.00 |
| Dennis M Myers, P.C. | Partner | 1996 | Corporate - Capital Markets | 1,445.00 | 2.00 | $2,890.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 16.30 | $24,042.50 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 108.90 | $108,355.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 995.00 | 84.50 | $84,077.50 |

| **Professional Person** | **Position with the Applicant** | **Year Admitted** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
|---|---|---|---|---|---|---|
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 46.50 | $50,917.50 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,410.00 | 61.30 | $86,433.00 |
| Anthony Sexton | Partner | 2011 | Taxation | 1,040.00 | 55.10 | $57,304.00 |
| Alec Solotorovsky | Partner | 2008 | Litigation - General | 995.00 | 9.50 | $9,452.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 60.90 | $89,827.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 280.20 | $284,403.00 |
| Michael Thorpe | Partner | 2010 | Litigation - General | 965.00 | 0.20 | $193.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,075.00 | 2.90 | $3,117.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 17.30 | $22,403.50 |
| **Grand Total** | | | | | **3,782.30** | **$3,746,379.50** |

RLF1 18264909v.1

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hannah Kupsky | Junior Paralegal | 6 months | Restructuring | 220.00 | 3.50 | $770.00 |
| Jonathon Merriman | Junior Paralegal | 1.5 years | Litigation - General | 230.00 | 40.80 | $9,384.00 |
| Theodora Misthos | Junior Paralegal | 1 year | IP Litigation | 230.00 | 5.50 | $1,265.00 |
| McKenzie Womack | Junior Paralegal | 10 months | IP Litigation | 230.00 | 4.20 | $966.00 |
| Colleen Caamano | Litigation Suppt Cons | 3.5 years | Litigation - General | 340.00 | 23.30 | $7,922.00 |
| Katelyn Ye | Litigation Suppt Cons | 9 years | Litigation - General | 340.00 | 19.60 | $6,664.00 |
| Stephen Garoutte | Other | 5 years | Admin Services | 265.00 | 9.00 | $2,385.00 |
| Allison Graybill | Other | 4 years | Admin Services | 265.00 | 1.00 | $265.00 |
| Kenneth Sampson | Other | 4.5 years | Admin Services | 265.00 | 10.00 | $2,650.00 |
| Elaine Santucci | Other | 3.5 years | Admin Services | 235.00 | 2.80 | $658.00 |
| Cecilia Tesdahl | Other | 1 year | Admin Services | 295.00 | 7.20 | $2,124.00 |
| Kurt Wunderlich | Other | 11.5 years | Admin Services | 680.00 | 4.20 | $2,856.00 |
| Elizabeth Burns | Paralegal | 11.5 years | Corporate - General | 390.00 | 2.50 | $975.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 7.80 | $2,535.00 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 1.90 | $798.00 |
| Joann Gu | Paralegal | 2 years | IP Litigation | 230.00 | 1.50 | $345.00 |
| Travis Langenkamp | Paralegal | 12.5 years | Litigation - General | 390.00 | 28.10 | $10,959.00 |
| Adrienne Levin | Paralegal | 10 years | Litigation - General | 370.00 | 19.50 | $7,215.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 43.90 | $14,926.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 99.00 | $32,175.00 |
| Kenneth Sturek | Paralegal | 16 years | Litigation - General | 390.00 | 73.00 | $28,470.00 |
| Catalina Benech | Practice Support Asst | 10 months | Litigation - General | 230.00 | 23.00 | $5,290.00 |
| Barbara Siepka | Practice Support Asst | 26 years | Corporate - General | 230.00 | 1.20 | $276.00 |
| Library Factual Research | Research Specialist | N/A | Admin Services | 330.00 | 3.60 | $1,188.00 |
| Joshua Urban | Trial Tech Specialist | 4 years | Litigation - General | 325.00 | 24.00 | $7,800.00 |
| **Grand Total** | | | | | 460.10 | $150,861.00 |
| | | | **Total Fees Requested** | | 4,242.40 | $3,897,240.50 |