# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $2,208.53 |
| Standard Copies or Prints | $3,612.50 |
| Color Copies or Prints | $2,582.70 |
| Production Blowbacks | $716.50 |
| Overnight Delivery | $437.37 |
| Outside Messenger Services | $157.95 |
| Local Transportation | $963.86 |
| Travel Expense | $32,144.92 |
| Airfare | $37,275.55 |
| Transportation to/from airport | $4,122.11 |
| Travel Meals | $3,633.63 |
| Other Travel Expenses | $1,550.50 |
| Court Reporter Fee/Deposition | $23,323.40 |
| Other Court Costs and Fees | $2,660.89 |
| Outside Printing Services | $22,099.40 |
| Outside Copy/Binding Services | $8,161.43 |
| Working Meals/K&E Only | $20.00 |
| Catering Expenses | $2,252.00 |
| Outside Retrieval Service | $5.14 |
| Computer Database Research | $423.24 |
| Westlaw Research | $5,457.79 |
| Overtime Transportation | $1,194.06 |
| Overtime Meals - Attorney | $777.04 |
| Rental Expenses | $5,394.30 |
| **Total:** | **$161,174.81** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $0.50 |
| Color Copies or Prints | $0.90 |
| **Total:** | **$1.40** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $398.40 |
| Color Copies or Prints | $983.40 |
| **Total:** | **$1,381.80** |