# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP. | ) Adversary Proceeding |
| | ) No. 17-51785 (CSS) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VISTRA ENERGY CORP. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 13, 2017, AT 11:00 A.M. (ET)

### I. MATTERS GOING FORWARD

1. Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Filed: 10/10/2017; Adv. D.I. 10) [filed under seal]

   Objection/Response Deadline: N/A

   Objections/Responses Received:

   A. Joinder and Statement of Elliott Funds in Support of Energy Future Holding Corp.'s Motion for Temporary Restraining Order and Preliminary Injunction (Filed: 10/11/2017; Adv. D.I. 14) [filed under seal]

   B. Memorandum of Law in Support of Joinder and Statement of Elliott Funds in Support of Energy Future Holding Corp.'s Motion for Temporary Restraining Order and Preliminary Injunction (Filed: 10/11/2017; Adv. D.I. 14) [filed under seal]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Related Documents:

    C. Adversary Complaint (Filed: 10/10/2017; Adv. D.I. 3) [filed under seal]

    D. Energy Future Holding Corp.s Motion for Entry of an Order, Pursuant to Section 107(B) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(B), Authorizing It to File Motion for a Temporary Restraining Order and Preliminary Injunction Under Seal (Filed: 10/11/2017; Adv. D.I. 9)

    E. Memorandum of Law in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Filed: 10/10/2017; Adv. D.I. 11) [filed under seal]

    F. Declaration of Michael A. Firestein in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Filed: 10/10/2017; Adv. D.I. 12) [filed under seal]

    G. Ex Parte Temporary Restraining Order (Filed: 10/12/2017; Adv. D.I. 19)

Status: This matter is going forward with respect to Plaintiff's request for a Temporary Restraining Order.

[*Remainder of page intentionally left blank*]

|  |  |
|---|---|
| Date: October 12, 2017<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>Cory P. Stephenson (No. 6097)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone:    (302) 803-6400<br>Facsimile:      (302) 397-2557<br>Email:            dklauder@bk-legal.com<br>                      cstephenson@bk-legal.com<br><br>   --and--<br><br>**PROSKAUER ROSE LLP**<br>Michael A. Firestein (admitted *pro hac vice*)<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067-3206<br>Telephone:    (310) 284-5661<br>Facsimile:      (310) 557-2193<br>Email:            mfirestein@proskauer.com<br><br>   --and--<br><br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone:    (312) 962-3550<br>Facsimile:      (312) 962-3551<br>Email:            mthomas@proskauer.com<br>                      pyoung@proskauer.com<br><br>*Co-Counsel to Debtor*<br>*Energy Future Holdings Corp.* |