## EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**August 1, 2017 through August 31, 2017**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.7 | $280.00 |
| Business Plan | 1.8 | $720.00 |
| Claims | 13.0 | $6,935.00 |
| Contracts | 11.7 | $7,600.00 |
| Fee Applications | 3.1 | $1,157.50 |
| POR / Disclosure Statement | 47.5 | $25,527.50 |
| UST Reporting Requirements | 4.0 | $2,300.00 |
| **Total** | **81.8** | **$44,520.00** |

*Exhibit A*

### EFH
### Summary of Time Detail by Task
### August 1, 2017 through August 31, 2017

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.35 | $140.00 |
| Business Plan | 0.90 | $360.00 |
| Claims | 7.20 | $3,852.50 |
| Contracts | 5.85 | $3,800.00 |
| Fee Applications | 1.55 | $578.75 |
| POR / Disclosure Statement | 23.95 | $12,893.75 |
| UST Reporting Requirements | 2.00 | $1,150.00 |
| **Total** | **41.80** | **$22,775.00** |

*Exhibit A*

### EFIH
### Summary of Time Detail by Task
### August 1, 2017 through August 31, 2017

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.35 | $140.00 |
| Business Plan | 0.90 | $360.00 |
| Claims | 5.80 | $3,082.50 |
| Contracts | 5.85 | $3,800.00 |
| Fee Applications | 1.55 | $578.75 |
| POR / Disclosure Statement | 23.55 | $12,633.75 |
| UST Reporting Requirements | 2.00 | $1,150.00 |
| **Total** | **40.00** | **$21,745.00** |