## EXHIBIT B

### Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - EFH & EFIH**
*Summary of Time Detail by Professional*
*August 1, 2017 through August 31, 2017*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 7.3 | $5,840.00 |
| John Stuart | Managing Director | $800.00 | 14.0 | $11,200.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 7.4 | $4,810.00 |
| Kevin Sullivan | Director | $575.00 | 4.0 | $2,300.00 |
| Rich Carter | Consultant | $475.00 | 1.5 | $712.50 |
| Michael Williams | Consultant | $400.00 | 5.5 | $2,200.00 |
| William Lucas | Analyst | $425.00 | 33.1 | $14,067.50 |
| Sarah Pittman | Analyst | $400.00 | 6.9 | $2,760.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 2.1 | $630.00 |
| | | *Total* | **81.8** | **$44,520.00** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### August 1, 2017 through August 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 3.65 | $2,920.00 |
| John Stuart | Managing Director | $800.00 | 7.00 | $5,600.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 4.20 | $2,730.00 |
| Kevin Sullivan | Director | $575.00 | 2.00 | $1,150.00 |
| Rich Carter | Consultant | $475.00 | 1.15 | $546.25 |
| William Lucas | Analyst | $425.00 | 16.55 | $7,033.75 |
| Michael Williams | Consultant | $400.00 | 2.75 | $1,100.00 |
| Sarah Pittman | Analyst | $400.00 | 3.45 | $1,380.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.05 | $315.00 |
| **Total** | | | **41.80** | **$22,775.00** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### August 1, 2017 through August 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 3.65 | $2,920.00 |
| John Stuart | Managing Director | $800.00 | 7.00 | $5,600.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 3.20 | $2,080.00 |
| Kevin Sullivan | Director | $575.00 | 2.00 | $1,150.00 |
| Rich Carter | Consultant | $475.00 | 0.35 | $166.25 |
| William Lucas | Analyst | $425.00 | 16.55 | $7,033.75 |
| Michael Williams | Consultant | $400.00 | 2.75 | $1,100.00 |
| Sarah Pittman | Analyst | $400.00 | 3.45 | $1,380.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.05 | $315.00 |
| | | **Total** | **40.00** | **$21,745.00** |