# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

No expenses from August 1, 2017 through August 31, 2017