# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

No expenses from August 1, 2017 through August 31, 2017