# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Calendar Date: 10/12/2017
Calendar Time: 03:00 PM ET

2nd Revision  Oct 12 2017 5:14AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650957 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650700 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650737 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650802 | Allister Chan | (212) 310-8748 ext. | Citibank, N.A. | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650284 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650539 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650668 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8651200 | Simon E. Fraser | (302) 295-2000 ext. | Cozen O'Connor | Creditor, J. Aron & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650887 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650299 | Marc Kieselstein | 312-861-2287 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650681 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8651258 | Michael Lee | (212) 317-3374 ext. | Carl Marks Strategic | Other Prof., Michael Lee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650425 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Lender(s), UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650292 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8650266 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8651033 | R. Stephen McNeill | (302) 984-6171 ext. | Potter Anderson & Corroon LLP | Creditor, Citibank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650663 | Carl Neff | (302) 654-7444 ext. | Fox Rothschild LLP | Creditor, Sempra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650775 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650404 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8651011 | Meredith Pfister | (212) 412-1368 ext. | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650469 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | Interested Party, Office of the United States Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650628 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Creditor, Sempra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650538 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Citibank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650447 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650611 | Nacif Taousse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650448 | Andrew M. Thau | (212) 915-1232 ext. | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650698 | Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650880 | Sara Tirschwell | (212) 771-4142 ext. | TCW | Interested Party, Sara Tirschwell / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650575 | Amer Tiwana | (646) 562-1770 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650304 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8650690 | Peter Young | (312) 962-3528 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650514 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8651636 | David M. Fournier | (302) 777-6565 ext. | Pepper Hamilton LLP | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650286 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Defendant(s), Vistra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650411 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650438 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Client, Pacific Investment Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650502 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650774 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Representing, EFIH 2nd Lien Indenture Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650518 | Jamie L. Edmonson | (302) 298-3520 ext. | Venable LLP | Creditor, Pimco / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650302 | Andrew Ehrlich | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Defendant(s), Vistra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650380 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Plaintiff(s), Elliott Funds L.P., et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650389 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650007 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, The Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650995 | Daniel K. Hogan | (302) 656-7540 ext. | Hogan McDaniel | Creditor, PI Law Firms / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650327 | George W. Kroup | (212) 373-3480 ext. | Paul Weiss Rifkind Wharton & Garrison | Defendant(s), Vistra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650528 | Jeffrey S. Sabin | (212) 307-5500 ext. | Venable LLP | Creditor, Pimco / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650412 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650306 | Michael Turkel | (212) 373-3689 ext. | Paul Weiss Rifkind Wharton & Garrison | Defendant(s), Vistra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178 5) | Hearing | 8650398 | Keith Wofford | (212) 841-8704 ext. | Ropes & Gray LLP | Plaintiff(s), Elliott Associates, L.P., et al / LIVE |