**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) Ref. Docket Nos. 11737-11742 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 14, 2017, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 14, 2017, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit B.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
18th day of August, 2017

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20

_____
Catherine Henriquez

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

ENERGY FUTURE HOLDINGS CORP., et al.

Chapter 11

Case No. 14-10979 (CSS)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000122300343 ***   EFH TRFNTC (MERGE2, TXNUM2) 4000034525



CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: CITIBANK, N.A.
ATTN: BRIAN BLESSING/BRIAN BROYLES
1615 BRETT ROAD OPS III
NEW CASTLE, DE 19720

Please note that your claim # 4112-01 in the above referenced case and in the amount of $2,638,880.00 allowed at $2,592,592.00 has been transferred (unless previously expunged by court order)

ELLIOTT ASSOCIATES, L.P.
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS
INC., C/O ELLIOTT MGMT CORP, M. STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    11737    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/14/2017                David D. Bird, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 14, 2017.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIBANK, N.A., ATTN: BRIAN BLESSING/BRIAN BROYLES, 1615 BRETT ROAD OPS III, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIBANK, N.A., ATTN: BRIAN BLESSING/BRIAN BROYLES, 1615 BRETT ROAD OPS III, NEW CASTLE, DE 19720 |
| CREDIT SUISSE INTERNATIONAL | ATTN: HEAD OF CREDIT RISK MANAGEMENT, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ATTN: MICHAEL C. RUPE, ESQ., KING & SPALDING LLP, 1185 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| CREDIT SUISSE INTERNATIONAL | ATTN: HEAD OF CREDIT RISK MANAGEMENT, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ATTN: MICHAEL C. RUPE, ESQ., KING & SPALDING LLP, 1185 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| CREDIT SUISSE INTERNATIONAL | SHUI WONG & EMILIE BLAY, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE INTERNATIONAL | SHUI WONG & EMILIE BLAY, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O ELLIOTT MGMT CORP, M. STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: MORGAN STANLEY CAPITAL SVC'S, LLP, C/O ELLIOTT MGMT CORP, M. STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O ELLIOTT MGMT CORP, J. GRANT, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: MORGAN STANLEY CAPITAL SVC'S, LLC, C/O ELLIOTT MGMT CORP, J. GRANT, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O ELLIOTT MGMT CORP - JEREMY GRANT, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| MORGAN STANLEY CAPITAL SERVICES LLC | C/O MORGAN STANLEY & CO. LLC, ATTN: EDWARD ZABROCKI, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | KEITH CACKOWSKY, C/O MORGAN STANLEY & CO. LLC, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | C/O MORGAN STANLEY & CO. LLC, ATTN: EDWARD ZABROCKI, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | KEITH CACKOWSKY, C/O MORGAN STANLEY & CO. LLC, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | KENNETH W. IRVIN, C/O CADWALADER, WICKERSHAM & TAFT LLP, 700 SIXTH STREET, N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES LLC | IVAN LONCAR, C/O CADWALADER, WICKERSHAM & TAFT LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | GEORGE WILKINSON, C/O MORGAN STANLEY & CO. LLC, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | KENNETH W. IRVIN, C/O CADWALADER, WICKERSHAM & TAFT LLP, 700 SIXTH STREET, N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES LLC | IVAN LONCAR, C/O CADWALADER, WICKERSHAM & TAFT LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | GEORGE WILKINSON, C/O MORGAN STANLEY & CO. LLC, 1585 BROADWAY, NEW YORK, NY 10036-8293 |

**Total Creditor Count 24**

**RICHARDS LAYTON & FINGER**
**ATTN: BARB WITTERS**
**920 NORTH KING STREET**
**WILMINGTON, DE 19801**