# Exhibit A

**Fee Summary by Professional for the Period
July 1, 2017 through August 31, 2017**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**July 01, 2017 - August 31, 2017**

***Bankruptcy Related Research Consultation and Transaction***

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Janiak, Stacy | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 4.5 | $3,240.00 |
| **Professional Subtotal:** | | | **5.0** | **$3,600.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

July 01, 2017 - August 31, 2017

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 14.2 | $5,183.00 |
| Parker, Matt | Partner/Principal | $365.00 | 3.3 | $1,204.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 14.6 | $4,234.00 |
| Morehead, David | Manager | $265.00 | 3.5 | $927.50 |
| Ravindran, Sarradha | Manager | $265.00 | 3.0 | $795.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 8.2 | $1,763.00 |
| Pansari, Anubhav | Senior Consultant | $215.00 | 4.0 | $860.00 |
| Persons, Hillary | Senior Consultant | $215.00 | 2.5 | $537.50 |
| Ansari, Kashang | Consultant | $175.00 | 8.0 | $1,400.00 |
| Benvenuti, Christina | Consultant | $175.00 | 4.9 | $857.50 |
| **Professional Subtotal:** | | | **66.2** | **$17,762.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

July 01, 2017 - August 31, 2017

### Preparation of Fee Applications

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Kilkenny, Tom | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Babanova, Maria | Manager | $265.00 | 3.3 | $874.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 3.1 | $666.50 |
| Abrom, Carisa | Senior Project Controller | $215.00 | 8.4 | $1,806.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 2.5 | $437.50 |
| **Professional Subtotal:** | | | **18.3** | **$4,149.50** |