## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon Debtors via mail, fax, and email:

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Daniel J. DeFranceshi, Esq.
Jason M. Madron, Esq.
920 North King Street
Wilmington, Delaware 19801
Fax: (302) 651-7701
Email: collins@rlf.com, dfranceschi@rlf.com, and madron@rlf.com

KIRKLAND & ELLIS LLP / KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Aparna Yenamandra, Esq.
601 Lexington Avenue
New York, New York 10022-4611
Fax: (212) 446-4900
Email: edward.assower@kirkland.com, stephen.hessler@kirkland.com,
brian.schartz@kirkland.com, aparne.yenamandra@kirkland.com

James H.M. Sprayregen, P.C.
Mark Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, Illinois 60654
Fax: (312) 862-2200
Email: james.sprayregen@kirkland.com, marc.kieselstein@kirkland.com,
chad.husnick@kirkland.com, and steven.serajeddini@kirkland.com

Dated: October 12, 2017

Vance Dotson
*Pro se*