## Exhibit A

### In re: Energy Future Holdings Corp., *et al.*
Case No. 14-10979 (CSS)

| Applicant | Compensation Period | Interim Fees and Expenses Requested | Interim Fees and Expenses Approved |
|---|---|---|---|
| Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP<br>D.I. 9844 | January 1, 2017 - April 30, 2017 | $6,531,853.53 | $962,411.57 |