## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. 660, 1733, 2005, 2949, 3041, 4963, 7418, 8734, 9216, 10280, 10408, 11124, 11363, 11849** |

### FOURTEENTH SUPPLEMENTAL
### DECLARATION OF CHAD J. HUSNICK IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Chad J. Husnick, being duly sworn, state the following under penalty of perjury:

1.       I am the president of Chad J. Husnick, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle Dr., Chicago, Illinois 60654, and a partner of Kirkland & Ellis International LLP (together with Kirkland & Ellis LLP, "Kirkland").   I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.[2] I am a member in good standing of the Bar of the States of New York and Illinois, and I have been admitted to practice in the United States Bankruptcy Court for the Northern District of Illinois and the

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Texas Competitive Electric Holdings Company LLC ("TCEH" and, together with its direct parent company, Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's direct and indirect subsidiaries, the "TCEH Debtors") and certain EFH Debtors (defined in the Plan as the EFH Shared Services Debtors) emerged from bankruptcy on October 3, 2016 (the "TCEH Effective Date"), and are no longer debtors in possession.

United States Bankruptcy Court for the Southern District of New York. There are no disciplinary proceedings pending against me.

2.      I submit this fourteenth supplemental declaration on behalf of Kirkland (this "Fourteenth Supplemental Declaration") in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 660] (the "Application")[3] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

3.      Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## Background

4.      On May 29, 2014, the Debtors filed the Application. In support of the Application, the Debtors filed the *Declaration of Edward O. Sassower, P.C. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date*, which was filed as **Exhibit B** to the Application.

5.      On July 31, 2014, the Debtors filed the *Amended Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the*

---

[3]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 1733].

6.　　On September 12, 2014, the Debtors filed the *First Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2005].

7.　　On September 16, 2014, the Bankruptcy Court for the District of Delaware entered *the Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2052] (the "Retention Order").

8.　　On December 4, 2014, the Debtors filed the *Second Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2949].

9.　　On December 16, 2014, the Debtors filed the *Third Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 3041].

10.　　On July 9, 2015, the Debtors filed the *Fourth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing*

3

the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date [D.I. 4963].

11.     On September 30, 2015, the Debtors filed the *Fifth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 6240].

12.     On December 18, 2015, the Debtors filed the *Sixth Supplemental Declaration of James H.M. Sprayregen in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 7418].

13.     On June 15, 2016, the Debtors filed the *Seventh Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 8734] (the "Seventh Supplemental Declaration").

14.     On August 8, 2016, the Debtors filed the *Eighth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 9216].

15.     On November 29, 2016, the Debtors filed the *Ninth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 10280].

16.     On December 16, 2016, the Debtors filed the *Tenth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 10408].

17.     On April 6, 2017, the Debtors filed the *Eleventh Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 11124] (the "Eleventh Supplemental Declaration").

18.     On July 21, 2017, the Debtors filed the *Twelfth Supplemental Declaration of Chad J. Husnick in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 11571].

19.     On September 1, 2017, the Debtors filed the *Thirteenth Supplemental Declaration of Chad J. Husnick in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as*

5

*Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 11849].

20.    In connection with the Application and Retention Order, I submit this Fourteenth Supplemental Declaration to provide additional disclosures in accordance with rules 2014(a) and 2016(b) of the Bankruptcy Rules and as required under the Retention Order.

21.    It was stated in the previously filed declarations described above (collectively, the "Previous Declarations") that Kirkland would continue searching its electronic database during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  Consistent with this statement, Kirkland has continued to obtain information regarding all entities disclosed in the Previous Declarations, as well as for any connections to any additional entities not disclosed in the Previous Declarations.

22.    This Fourteenth Supplemental Declaration makes certain additional disclosures. Based on the conflicts searches conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connections with the Debtors, their creditors, or any other parties that may be parties in interest, their respective attorneys or accountants, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any person employed by the Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, or the United States Court of Appeals for the Third Circuit, except as disclosed or otherwise described herein and in the Previous Declarations.

### **Additional Disclosures**

23.    Attached hereto as **Schedule 1** to this Fourteenth Supplemental Declaration are new client connections for entities identified in the Previous Declarations.

6

24.     Except as specifically discussed herein, the client representations identified in this Eleventh Supplemental Declaration and the attached schedules are not related to the Debtors or these chapter 11 cases. The client representations identified in this Fourteenth Supplemental Declaration and the attached schedules are not materially adverse to the interests of the Debtors' estates.   Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents or represented the Debtors' creditors, equity security holders, or other parties that may be parties in interest in matters unrelated to these chapter 11 cases.

25.     Of the entities listed on **Schedule 1**, only one represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on July 31, 2017 that have not been previously disclosed as representing more than one percent of Kirkland's fee receipts in the Previous Declarations.   Apax Partners represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on July 31, 2017. Except as disclosed herein and the Previous Declarations, all prior and current Kirkland representations of Apax Partners and its affiliates and/or subsidiaries have been in matters unrelated to the Debtors and these chapter 11 cases.  I do not believe these representations create conflicts, but have disclosed the connections out of an abundance of caution.

26.     As previously disclosed in **Exhibit A** of the Seventh Supplemental Declaration, Kirkland currently represents Berkshire Hathaway Energy, Inc. ("BHE"), in an unrelated corporate matter.   BHE is a potential purchaser of the Debtors 80% interest in Oncor Electric Delivery Company LLC in these cases.  All prior and current Kirkland have been in matters unrelated to the Debtors and these chapter 11 cases.  I do not believe these representations create conflicts, but have disclosed the connections out of an abundance of caution.

7

**Continued Vigilance and Affirmative Statement of Disinterestedness**

27.     Based on the conflicts searches conducted to date and described in the Previous Declarations and herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Previous Declarations and herein.

28.     Kirkland will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use its reasonable efforts to identify any such further developments and will file a supplemental declaration as required by Bankruptcy Rule 2014(a) and as stated in the Previous Declarations and herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 16, 2017                               Respectfully submitted,

                                                         */s/ Chad J. Husnick*
                                                         Chad J. Husnick, as President of Chad J. Husnick
                                                         P.C., as Partner of Kirkland & Ellis LLP, and as
                                                         Partner of Kirkland & Ellis International LLP

8

## SCHEDULE 1

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 3i Debt Management<br>3i Debt Management Investments Ltd.<br>3i Debt Management US LLC | Andrew J. Olinick | Current |
| Abovenet Communications Inc.<br>Cole-Parmer Instruments<br>Park Place Technologies<br>Zayo Fiber Solutions<br>Zayo Group LLC | Lawrence C. Fey, IV | Current |
| Abry Capital<br>Abry Partners<br>Abry Partners LLC<br>Grande Communications Networks LLC<br><br>Language Line Services<br><br>York Risk Services Group Inc. | ABRY Advanced Securities Fund | Current |
| | ABRY Advanced Securities Fund II | Current |
| | ABRY Advanced Securities Fund Ill | Current |
| | ABRY Heritage Partners | Current |
| | ABRY Heritage Partners Co-Investment Fund | Current |
| | ABRY Investment Partnerships | Current |
| | ABRY Mezzanine Partners | Current |
| | ABRY Partners IV | Current |
| | ABRY Partners V | Current |
| | ABRY Partners VI | Current |
| | ABRY Partners VII | Current |
| | ABRY Partners VII Co-Investment Fund | Current |
| | ABRY Partners VIII | Current |
| | ABRY Partners VIII Co-Investment Fund | Current |
| | ABRY Senior Equity Co-Investment Fund | Current |
| | ABRY Senior Equity II | Current |
| | ABRY Senior Equity II-A | Current |
| | ABRY Senior Equity III | Current |
| | ABRY Senior Equity III Co-Investment Fund | Current |
| | ABRY Senior Equity IV | Current |
| | ABRY Senior Equity IV Co-Investment Fund | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | ABRY Senior Equity V | Current |
| | ABRY Senior Equity V Co-Investment Fund | Current |
| | ABRY V Affiliated Partners | Current |
| Accessdata Group LLC | Sorenson Capital Associates III, LP | Current |
| | West Rim Capital Advisors, LLC | Current |
| | West Rim Capital Advisors, LP | Current |
| | West Rim Capital Associates II, LP | Current |
| Accretive Solutions-Dallas LP | Saybrook Corporate Opportunity Fund II Master, LP | Current |
| | Saybrook Corporate Opportunity Fund II Side Pocket Fund, L.P. | Current |
| Air Products & Chemicals Inc. | Air Products & Chemicals, Inc. | Current |
| Alimak Hek Inc.<br><br>Polygon<br>Polygon US Corp. | Triton Investment Management Limited | Current |
| AlixPartners | Caisse de dépôt et placement du Québec | Current |
| AlixPartners<br><br>Apidos Capital<br>Apidos Capital Management LLC<br>Chempoint<br>CVC Capital Partners Ltd.<br>CVC Credit Partners<br>Evonik Energy Services LLC<br>ista North America Inc.<br>Univar<br>Univar USA Inc. | CVC Capital Partners Advisory (U.S.) Inc. | Current |
| AlixPartners | Investcorp | Current |
| | Paper Source Holdings, LLC | Closed |
| AlixPartners<br>Southern Cross Transmission LLC | Galvaude Private Investments Inc. | Current |
| | Ivory Private Investments Inc. | Current |
| | MPH Pacific Corp | Closed |
| | PSP Investments Canada Inc. | Current |
| | PSP Investments Credit USA LLC | Current |
| | PSP Investments Holding USA LLC | Current |

2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
|  | PSP Investments USA LLC | Current |
|  | Public Sector Pension Investment Board | Current |
| Alliance Laundry Holdings LLC | Christopher H. Williams | Current |
| AlpInvest Partners Co-Investments 2007 CV<br><br>Carlyle<br>Carlyle Azure CLO Ltd.<br>Carlyle Bristol CLO Ltd.<br>Carlyle Daytona CLO Ltd.<br>Carlyle High Yield Partners IX Ltd.<br>Carlyle High Yield Partners VII Ltd.<br>Carlyle High Yield Partners VIII Ltd.<br>Carlyle High Yield Partners X Ltd.<br>Carlyle Investment Management LLC<br>Carlyle McLaren CLO Ltd.<br>Carlyle Partners<br>Carlyle Veyron CLO Ltd.<br>CELF Advisors LLP<br>Chromalloy Gas Turbine Corp.<br>Claren Road<br>Coalfire Systems Inc.<br>Cogentrix Energy Power Management LLC<br>CommScope Holding Co. Inc.<br>Duff & Phelps LLC<br>Extreme Reach, Inc.<br>Highlander Euro CDO BV<br>Highlander Euro CDO II BV<br>Hudson Products Corp.<br>IHS Cera Inc.<br>IHS Global Inc.<br>IHS Inc.<br>Metropolitan West Asset Management<br>Ortho Diagnostics Inc.<br>Stanfield Azure CLO Ltd. | Sequa Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Stanfield Bristol CLO Ltd. Stanfield Carrera CLO Ltd. Stanfield Daytona CLO Ltd. Stanfield McLaren CLO Ltd. Stanfield Veyron CLO Ltd. Sullair Corp. TCW Asset Management Trust Company of the West Vantage Energy LLC | | |
| Alside Ennis Extruded Products Co. Associated Materials Inc. Genesys Openlink Financial LLC | Hellman & Friedman LLC | Current |
| Alvarez & Marsal | Alvarez & Marsal Taxand UK LLP | Current |
| Answers Corporation Quality Carriers | AEV | Current |
| | AEVI | Current |
| | AEVII | Current |
| | APAX Excelsior VI, L.P. | Current |
| | APAX Excelsior VI-A C.V. | Current |
| | APAX Excelsior VI-B C.V. | Current |
| | APAX IX EUR | Current |
| | APAX IX USD | Current |
| | APAX VIII EUR | Current |
| | APAX VIII USD | Current |
| Antero Resources I LP Enduring Resources LLC Indigo Minerals LLC | Indigo Haynesville LLC | Current |
| Antero Resources I LP Aramark Uniform Services CPV Power Development Inc. CPV Rattlesnake Den Renewable Energy Co. LLC Essent Healthcare Inc. Interactive Data ISI Commercial Refrigeration Inc. MarketPay Associates LLC Mosaic Co., The New Breed Logistics, Inc. | Warburg Pincus | Current |

4

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Safety-Kleen Corp.<br>Safety-Kleen Systems Inc.<br>Santander Consumer USA Inc. | | |
| Aon (Bermuda) Ltd.<br>Aon Hewitt<br>Aon Investment Consulting Inc.<br>Aon Risk Services Southwest Inc.<br>British Petroleum Exploration Mexico Limited, S.A. de C.V.<br>Hewitt Associates LLC<br>Hewitt Ennisknupp Inc. | Stroz Friedberg | Current |
| Approva Corp.<br><br>Cole-Parmer Instruments<br>Eagle-Picher Industries Inc.<br>Owens Foods Inc.<br>Serena Software Inc.<br>US Silica Co. | Cole-Parmer Instrument Company, Inc. | Current |
| Aquilex Hydrochem Inc.<br>Centerbridge<br>Centerbridge Credit Advisors LLC<br>Centerbridge Credit Partners LP<br>Centerbridge Credit Partners Master LP<br>Centerbridge Group<br>Centerbridge Partners<br>Centerbridge Partners LP<br>Centerbridge Special Credit Partners II LP<br>Centerbridge Special Credit Partners LP<br>Greatwide Dallas Mavis LLC<br>IPC Systems Inc.<br>Reddy Ice<br>Reddy Ice Corp. | Aquilex Holdings LLC | Current |
| Archon Resources LLC | GI Partners | Current |
| Areva Inc. | Areva NC, S.A.<br>Areva TN International | Current<br>Current |

5

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Arrowgrass Capital Partners (US) LP<br>Arrowgrass Distressed Opportunities Fund Ltd.<br>Arrowgrass Master Fund Ltd. | Arrowgrass Capital Partners (US) LP | Current |
| Ascend Performance Materials<br>Texas American Petrochemicals Inc.<br>TPC Holdings Inc. | SK Partners LLC | Current |
| Austin Coca Cola Bottling Co.<br>Coca Cola Enterprises<br>Coca-Cola Co., The<br>Western Container Corp. | Coca-Cola Refreshments USA, Inc. | Current |
| Aviva Investors North America Inc. | Aviva Investors Real Estate Global Co-Investment Fund, LP | Current |
| Baker Hughes Inc. | BJ Services | Current |
| Benefit Street Partners LLC | Benefit Street Partners | Current |
| Benetech Inc. | Benetech | Current |
| BGF Global High Yield Bond Fund<br>BGF Global Multi-Asset Income Fund<br>BGF US Dollar High Yield Bond Fund<br>Blackrock<br>BlackRock Advisors LLC<br>BlackRock Core Bond Trust<br>BlackRock Corporate High Yield Fund Inc.<br>BlackRock Credit Allocation Income Trust IV<br>BlackRock Credit Alpha Master Fund LP<br>BlackRock Diversified Distribution Fund<br>BlackRock Dynamic High Income Portfolio of BlackRock Funds II<br>Blackrock Financial Management | Patrick C. Eilers | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| BlackRock Financial Management Inc. | | |
| BlackRock Funds II BlackRock High Yield Bond Portfolio | | |
| BlackRock Funds II BlackRock Strategic Income Opportunities Portfolio | | |
| BlackRock Global Investment Series Income Strategies Portfolio | | |
| BlackRock Global Long/Short Credit Fund of BlackRock Funds | | |
| BlackRock High Yield Portfolio | | |
| BlackRock High Yield Portfolio of the BlackRock Series Fund Inc. | | |
| BlackRock High Yield VI Fund of BlackRock Variable Series Funds Inc. | | |
| BlackRock Limited Duration Income Trust | | |
| BlackRock Multi-Asset Income Portfolio of BlackRock Funds II | | |
| BlackRock Multi-Sector Income Trust | | |
| BlackRock Multi-Strategy Master Fund Ltd. | | |
| CA 534 Offshore Fund Ltd. | | |
| JNL/BlackRock Global Long Short Credit Fund | | |
| MET Investors Series Trust MET Investors Series Trust BlackRock High Yield Portfolio | | |
| Obsidian Master Fund, The | | |
| Steamboat Credit Opportunities Master Fund LP | | |
| Strategic Income Opportunities Bond Fund | | |
| Blackstone / GSO | Blackstone Tactical Opportunities Advisors LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Blackstone Advisory Partners LP | Blackstone Tactical Opportunities Fund, L.P. | Current |
| Blackstone Debt Advisors | Gavin Power LLC | Current |
| Blackstone Special Funding (Ireland) | John-Paul Munfa | Current |
| Comstock Oil & Gas LP | | |
| GSO | | |
| GSO Aiguille des Grands Montets Fund I LP | | |
| GSO Aiguille des Grands Montets Fund II LP | | |
| GSO Aiguille des Grands Montets Fund III LP | | |
| GSO Cactus Credit Opportunities Fund LP | | |
| GSO Capital Partners LP | | |
| GSO Churchill Partners LP | | |
| GSO Coastline Credit Partners LP | | |
| GSO Credit Alpha Fund LP | | |
| GSO Credit-A Partners LP | | |
| GSO Palmetto Opportunistic Investment Partners LP | | |
| GSO Special Situations Master Fund LP | | |
| GSO/Blackstone Debt Funds Management LLC | | |
| Harbourmaster Capital | | |
| La Quinta Inn #0505 | | |
| La Quinta Inn #0558 | | |
| La Quinta Inn #0960 | | |
| LQ Management LLC | | |
| Mustang Ridge Apartments LP | | |
| BLT 24 LLC | Credit Suisse AG | Current |
| BLT 27 LLC | Credit Suisse AG, Executive Board | Current |
| BLT 33 LLC | Credit Suisse Group AG & Credit Suisse AG | Current |
| BLT 36 LLC | Credit Suisse Group AG, Executive Board | Current |
| BLT 42 LLC | | |

8

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| BLT 8 LLC<br>BLT I LLC<br>Credit Suisse<br>Credit Suisse Alternative Capital Inc.<br>Credit Suisse Alternative Investments<br>Credit Suisse Asset Management LLC (CSAM)<br>Credit Suisse Asset Management LLC (US)<br>Credit Suisse Asset Manager<br>Credit Suisse Capital LLC<br>Credit Suisse Energy LLC<br>Credit Suisse Group AG<br>Credit Suisse International<br>Credit Suisse Loan Funding LLC<br>Credit Suisse Securities USA LLC<br>Credit Suisse, Cayman Islands Branch | | |
| Blue Cross Blue Shield Health Care Services Corp.<br>Blue Cross Blue Shield of Texas<br>Colorado Bankers Life Insurance Co.<br>Dearborn National Life Insurance Co. | Hallmark Services Corporation | Current |
| Bluebay Asset Management<br>GM Canada Foreign Trust, The<br>RBC<br>RBC Capital Markets LLC<br>RBC Dexia Investor Services Trust<br>Royal Bank of Canada | RBC Capital Markets<br>RBC Select Hedge Fund Portfolio Ltd. | Current<br>Current |
| BNP Paribas<br>BNP Paribas Energy Trading GP | BNP Paribas FS, LLC | Closed |
| Box Inc.<br>Copano Energy Services<br>Encana Oil & Gas USA<br>McAfee Inc. | PJU Holdings, Inc.<br>Strategic Office Partners | Current<br>Current |

9

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Papa Johns International Inc.<br>Papa Johns USA Inc.<br>Sungard Consulting Services Inc.<br>Sungard Consulting Services LLC<br>Sungard Energy Systems<br>Survey Monkey Inc.<br>Taco Bueno Restaurants LP<br>TPG<br>TPG Capital LP<br>TPG Capital Management LP<br>TPG FOF V-A LP<br>TPG FOF V-B LP<br>TPG Global LLC<br>TPG Inc.<br>TPG Management LP<br>TPG Partners IV LP<br>TPG Partners V LP<br>XOJet Inc.<br>Xojet On | | |
| Boy Scouts of America | Boy Scouts of America | Current |
| Bryan Pendleton Swats & McAllister LLC | NEC IX, LLC | Current |
| First Union Commercial Corp. | NEC VIII, LLC | Current |
| First Union Rail Corp, a Wells Fargo Co. | Norwest Equity Capital, LLC | Current |
| Wachovia Bank NA | Norwest Equity Partners VIII, LP | Current |
| Wells Capital Management | Norwest Venture Partners VI-A, LP | Current |
| Wells Capital Management Inc. | Norwest Venture Partners VII-A, LP | Current |
| Wells Fargo | Norwest Venture Partners VIII, LP | Current |
| Wells Fargo Bank | Wachovia Capital Partners Secondary Fund I, LP | Current |
| Wells Fargo Bank Northwest NA | Wachovia Holdings Corporation | Current |
| Wells Fargo Commodities LLC | Wachovia Securities, LLC | Closed |
| Wells Fargo Credit Inc. | Wells Fargo & Company | Current |
| Wells Fargo Dealer Services Inc. | Wells Fargo Central Pacific Holdings, Inc. | Current |
| Wells Fargo Equipment Finance Inc.<br>Wells Fargo Home Mortgage | | |

10

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Wells Fargo Rail Car<br>Wells Fargo Railcar Lease | | |
| Calder Testers Inc.<br>Integrated Global Services, Inc.<br>North American Substation Services | Brett M. Johnson | Current |
| Canada Revenue Agency<br>CPP Investment Board (USRE II) Inc. | CPPIB Canada Inc. | Current |
| Canyon Capital Advisors<br>Canyon Partners<br>ICE Canyon / Canyon Partners<br>ICE Canyon LLC | ICE Canyon LLC | Closed |
| Caterpillar Financial Services Corp. | Caterpillar, Inc. | Current |
| Clear Lake Regional Medical Center<br>Gardner Denver Machinery Inc.<br>Gardner Denver Nash<br>Gardner Denver Nash LLC<br>Gardner Iron & Metal Co. Inc.<br>I-Deal LLC<br>Itochu Corp.<br>Jostens Inc.<br>KKR<br>KKR & Co. LP<br>KKR 2006 Fund LP<br>KKR Asset Management LLC<br>KKR Associates Reserve LLC<br>KKR Capital Markets<br>KKR Debt Investors II (2006) (Ireland) LP<br>KKR Financial CLO 2005 2 Ltd.<br>KKR Financial CLO 2005-1 Ltd.<br>KKR Financial CLO 2006-1 Ltd.<br>KKR Financial CLO 2007-1 Ltd.<br>KKR Financial CLO 2007-A Ltd.<br>KKR Financial Holdings LLC<br>KKR PEI Investments LP<br>Kohlberg Kravis Roberts & Co.<br>Kohlberg Kravis Roberts & Co. LP | Epicor Software Corp.<br>KKR REPA AIV-2, L.P.<br>Kohlberg Kravis Roberts & Co. L.P. | Current<br>Current<br>Current |

11

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Legend Natural Gas IV LP<br>Master-Halco Inc.<br>Samson Lone Star LP<br>Samson Resources Co. | | |
| CNA Insurance Co.<br>Gulf South Pipeline Co. LP<br>Koch Gateway Pipeline Co.<br>Loews Corp. | Consolidated Container Company | Current |
| Coen Co. Inc.<br>Crown Zellerbach Corp.<br>Georgia-Pacific Chemicals Inc.<br>Georgia-Pacific Corp.<br>Georgia-Pacific Corrugated LLC<br>Georgia-Pacific LLC<br>James River Corp./Dixie Products Group<br>James Riverdixie/Northern Inc.<br>John Zink Co. LLC<br>Koch Carbon LLC<br>Koch Materials Co.<br>Koch Pipeline Co. LP<br>Koch Supply & Trading LP | Guardian Industries Corp. | Current |
| Competitrack Incorporated<br>Navex Global Inc.<br>Sumtotal Systems Inc.<br>Taxware LLC<br>Tibco Software Inc.<br>Websense Inc. | Market Track, LLC<br>Vista Equity Partners Fund VI, L.P. | Current<br>Current |
| Compliance & Ethics Learning Solutions | SCIP Capital Management, LLC<br><br>SREP Capital Management, LLC | Current<br><br>Current |
| Comverge Inc.<br>HIG Whitehorse<br>Metco Environmental<br>TestAmerica Air Emission Corp.<br>Whitehorse Capital<br>WhiteHorse Capital Partners<br>Whitehorse Capital Partners LP | Rob Wolfson | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Convergent Outsourcing | Silver Oak Services Partners II, L.P. | Current |
| | Silver Oak Services Partners III, L.P. | Current |
| | Silver Oak Services Partners III-A, L.P. | Current |
| | Silver Oak Services Partners, L.P. | Current |
| D&B - Dun & Bradstreet | Archer Capital Inc. | Current |
| Delaware Investments | JM Capital Limited | Current |
| Macquarie Bank Ltd. | Macquarie Infrastructure Management (Asia) Pty Limited, Singapore Branch | Current |
| Macquarie Bank Ltd.-Sydney Head Office | | |
| Macquarie Energy LLC | | |
| Macquarie Futures | | |
| Macquarie Futures USA Inc. | | |
| Macquarie Futures USA LLC | | |
| Macquarie Investment Management | | |
| Detroit Edison Co. | DTE Energy Company | Current |
| DTE Energy Trading Inc. | | |
| Docusign Inc. | Bain Capital Rise Education (HK) Limited | Current |
| Foster & Kleiser | Bain Capital Venture Coinvestment Fund, L. P. | Closed |
| HD Supply Construction Supply Ltd. | Bain Capital Venture Fund 2016, L.P. | Closed |
| HD Supply Utilities Ltd. | | |
| Sankaty | | |
| Sankaty Advisors LLC | | |
| Securitas Security Services USA Inc. | | |
| SimplexGrinnell | | |
| SimplexGrinnell LP | | |
| Skillsoft Corp. | | |
| Sungard Consulting Services Inc. | | |
| Sungard Consulting Services LLC | | |
| Sungard Energy Systems | | |
| Survey Monkey Inc. | | |
| Tealium Inc. | | |

13

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Toys R Us-Delaware Inc. Tyco Fire Products VXI Global Solutions Inc. Westfire Inc. Yarway Corp. | | |
| Ecova Inc. | Avista Corporation | Current |
| Essilor of America Inc. | Transitions Optical, Inc. | Current |
| Federal Communications Commission | Puerto Rico Aqueduct and Sewer Authority | Closed |
| Federal Deposit Insurance Corp. (FDIC) | | |
| Federal Emergency Management Agency (FEMA) | | |
| Internal Revenue Service | | |
| Jackson, Lisa P., in her official capacity as Administrator of the USEPA | | |
| Jackson, Lisa, as Administrator of the U.S. Environmental Protection Agency McCarthy, Gina, as Administrator of the U.S. Environmental Protection Agency | | |
| Mine Safety & Health Administration (MSHA), U.S. Department of Labor National Institute of Standards & Technology | | |
| National Scientific Balloon Facility | | |
| Office of Surface Mining | | |
| Oklahoma City Air Logistics Center | | |
| Pension Benefit Guaranty Corp. | | |
| Perciasepe, Bob, in his capacity as Acting Administrator, USEPA | | |
| Richards-Gebaur AFB | | |
| Securities and Exchange Commission | | |
| Tennessee Valley Authority | | |
| United States Attorney, Office of | | |

14

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| the United States Customs & Border Protection | | |
| United States Department of Agriculture, Rural Utilities Service | | |
| United States Department of Energy | | |
| United States Department of Justice | | |
| United States Department of Labor | | |
| United States Department of The Treasury, Internal Revenue Service (IRS) | | |
| United States Department of Treasury | | |
| United States Environmental Protection Agency | | |
| United States Mine Safety & Health Administration | | |
| United States Naval Academy | | |
| United States Nuclear Regulatory Commission | | |
| United States of America | | |
| United States Treasury Single Taxpayors (IRS) | | |
| United States Trustee, Office of the | | |
| US Air Force | | |
| US Army Corp. of Engineers | | |
| US Coast Guard | | |
| US Corps of Engineers | | |
| US Department of Justice | | |
| US Department of The Army | | |
| US Department of Transportation | | |
| US Drug Enforcement Administration | | |
| US Drug Enforcement Agency | | |
| US Internal Revenue Service | | |
| USAF | | |
| FENOC FirstEnergy Solutions Corp. | FirstEnergy Corporation | Current |
| Fluke Corp. | Fortive Corporation | Current |

15

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Fluke Electronics<br>Iris Power Engineering Inc.<br>Qualitrol Co. LLC<br>Tektronix Inc. | | |
| Genon Energy Management LLC<br><br>Goat Wind LP<br>NRG Energy Inc.<br>NRG EV Services LLC<br>NRG Power Marketing Inc.<br>NRG Power Marketing LLC<br>NRG Texas Power LLC<br>Reliant Energy<br>Reliant Energy Power Supply LLC<br>Reliant NRG | Mirant Asia Pacific Construction Limited (Hong Kong) | Current |
| Greenhill & Co.<br>Stroz Friedberg LLC | Stroz Friedberg | Current |
| GXS<br>Remington Arms<br>Safeway Inc.<br>Safeway Stores Inc. | Albertsons LLC | Closed |
| Household International<br>HSBC Bank PLC<br>HSBC Card Services Inc.<br>HSBC Holdings PLC<br>HSBC Securities USA Inc.<br>Samson Lone Star LLC | HSBC Securities (USA) Inc. | Current |
| Illinois Department of Revenue | Illinois Executive Ethics Commission | Current |
| ING Capital LLC<br>ING Capital Market LLC<br>ING Investments<br>ING Investments LLC (Arizona)<br>ING Investments Management Co. | ING Financial Markets LLC | Current |
| International Paper Co. | International Paper (Europe) SARL<br>International Paper Company | Closed<br>Closed |
| Janus Capital<br>Janus Capital Funds PLC | Timothy J. Nelson | Current |

16

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Janus Capital Group<br>Janus US High Yield Fund | | |
| John Crane Inc.<br>Turbo Components & Engineering | Smiths Group PLC | Current |
| Kmart<br>Sears<br>Sears Roebuck & Co. | Sears Roebuck & Company | Current |
| Lance Inc.<br>Oaktree Capital Management LP<br>Oaktree FF Investment Fund LP<br>Oaktree High Yield Fund II LP<br>Oaktree High Yield Fund LP<br>Oaktree High Yield Plus Fund LP<br>Oaktree Huntington Investment Fund LP<br>Oaktree Loan Fund 2X (Cayman) LP<br>Oaktree Opportunities Fund VIII (Parallel 2) LP<br>Oaktree Opportunities Fund VIII Delaware LP<br>Oaktree Opportunities Fund VIIIB Delaware LP<br>Oaktree Opps IX Holdco Ltd.<br>Oaktree Opps IX Parallel 2 Holdco Ltd.<br>Oaktree Senior Loan Fund LP<br>Oaktree Value Opportunities Fund Holdings LP<br>OCM High Yield Trust<br>OCM Opportunities Fund VII Delaware LP<br>OCM Opportunities Fund VIIB Delaware LP<br>Shermco Industrial Services<br>Shermco Industries<br>Solomon Corp. | Oaktree Special Situations Group | Current |

17

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Memorial Production Partners GP LLC | Amplify Energy Corp. | Current |
| Miller Buckfire & Co LLC | Stifel Financial Corp. | Closed |
| Mimeo.com Inc.<br>SolarWinds<br>Stock Equipment Co. Inc.<br>Zayo Fiber Solutions<br>Zayo Group LLC | HarbourVest Partners L.P. | Current |
| Mizuho Asset Management | Mizuho Securities USA Inc. | Current |
| Morgan Stanley<br><br>Morgan Stanley & Co. Inc.<br>Morgan Stanley & Co. LLC<br>Morgan Stanley Capital Group Inc.<br>Morgan Stanley Capital Services<br>Morgan Stanley Capital Services LLC<br>Morgan Stanley Government Portfolio<br>Morgan Stanley Institutional Liquidity Funds<br>Morgan Stanley Senior Funding Inc.<br>Morgan Stanley Smith Barney LLC<br>Morgan Stanley Treasury Portfolio Funds | Morgan Stanley Real Estate Investing<br>MS MCC Highland LLC | Current<br><br>Current |
| Noble Americas Gas & Power Corp. | General Alumina Holdings Ltd.<br>General Alumnia Jamaica LLC<br>Noble Americas Corp.<br>Noble Americas Energy Solutions LLC<br>Noble Americas Gas & Power Corp.<br>Noble Americas South Bend Ethanol LLC<br>Noble Americas Ventures Corp.<br>Noble Chartering Inc.<br>Noble Chartering Ltd.<br>Noble Chartering SA<br>Noble Clean Fuels Ltd.<br>Noble Netherlands B.V. | Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current |

18

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Noble Petro Inc. | Current |
| | Noble Resources (Shanghai) Company Ltd. | Current |
| | Noble Resources and Trading India Private Ltd. | Current |
| | Noble Resources Group Ltd. | Current |
| | Noble Resources International Australia Pty Ltd. | Current |
| | Noble Resources International Pte Ltd. | Current |
| | Noble Resources International SA | Current |
| | Noble Resources Ltd. | Current |
| | Noble Resources UK Holdings Ltd. | Current |
| | Noble Resources UK Ltd. | Current |
| | San Juan Fuels, LLC | Current |
| | Stamports Inc. | Current |
| | Stamports UK Ltd. | Current |
| | Worldwide Warehouse Solutions, LLC | Current |
| North Carolina Department of State Treasurer Unclaimed Property Program | Philip E. Berger, as a member of the North Carolina State Board of Elections | Current |
| | Timothy K. Moore, as a member of the North Carolina State Board of Elections | Current |
| Nucor Steel, a Division of Nucor Corp. | General Recycling of Washington, LLC | Current |
| | Nucor Corporation | Current |
| | Nucor Steel Seattle, Inc. | Current |
| | The David J. Joseph Company | Current |
| Och Ziff - OZ Management Och-Ziff Capital Management Oz Management LLC OZ Management LP | Och-Ziff Capital Management | Current |
| Opinionology Inc. Serena International Serena Software Inc. Survey Sampling International | HG Affiliate Investors, L.P. | Current |
| | HGCP, L.P. | Current |
| | HGIP Associates, L.P. | Current |
| | HGIP Trust Associates, L.P. | Current |

19

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Pacific Gas & Electric | Pacific Gas and Electric Company | Current |
| Parker-Hannifin Corp. | CLARCOR, Inc. | Current |
| Pentair Valves & Controls Inc. | Pentair, Inc. | Current |
| PricewaterhouseCoopers LLP | PricewaterhouseCoopers Zhong Tian LLP | Current |
| Rackspace Hosting Inc. | Oliver Haarmann | Closed |
| | SCP Acquisition Bidco Limited | Current |
| | Searchlight Capital Partners UK, LLP | Closed |
| | Searchlight Capital Partners, L.P. | Current |
| RBS RBS Greenwich Capital RBS Securities Inc. Royal Bank of Scotland Group PLC, The Sempra Energy Trading LLC | RBS WCS Holding Company | Current |
| Revenew International LLC | David McGovern | Current |
| | Marlin Management Company, LLC | Current |
| | Michael J. Fabian | Current |
| | Peter B. Spasov | Current |
| Revenew International LLC | C. Scott Perry | Former |
| | David S. Lobel | Current |
| | Eric D. Bommer | Current |
| | James D. Coady | Current |
| | John C. Van Sickle | Current |
| | John F. McCormack | Current |
| | Paul F. Murphy | Current |
| | Sentinel Capital Partners, L.P. | Current |
| RidgeWorth Capital Management Inc. Seix Advisors Seix Investment Advisors LLC SunTrust | SunTrust Capital Markets Inc. | Current |
| Samsung Austin Semiconductor LP | Harman International Industries, Incorporated | Current |
| Santander Consumer USA Inc. | Santander Investment Securities, Inc. | Current |
| Scotia Capital Inc. | Scotia Capital (USA) Inc. | Current |

20

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| SG Americas Securities LLC | SG Americas Securities, LLC | Current |
| Shale-Inland Holdings LLC Sunbelt Supply Co. | MSP 2014 Company, Inc. | Current |
| | Shale Inland Finance Company | Current |
| | Shale-Inland Realty, LLC | Current |
| | Shale-Inland Stamping & Fabricating, LLC | Current |
| | S-I GP, LLC | Current |
| | S-I Intermediate Holdings, Inc. | Current |
| | S-I IPVF Canada, Inc. | Current |
| | Southwest Stainless, L.P. | Current |
| Sheffield Asset Management LLC | Sheffield Asset Management, LLC | Current |
| Sitecore USA Inc. | EQT AB | Current |
| | EQT Partners UK Advisors LLP | Current |
| Sithe Energy Marketing LP | Clearlake Capital Group, L.P. | Current |
| | Reservoir Capital Group, L.L.C. | Current |
| | Zip II - Reservoir, LLC | Current |
| Stroz Friedberg LLC TRC Cos. Inc. Weston Solutions Inc. Zep Sales & Services | Stroz Friedberg | Current |
| Sunstone Cowboy Lessee LP Sunstone Longhorn Lessee LP | Sunstone Hotel Investors, Inc. | Current |
| Tableau Software Inc. | NEA Ventures 2000, L.P. | Closed |
| Workday Inc. | New Enterprise Associates | Current |
| Third Avenue Management LLC | Third Avenue Management LLC | Current |
| THL Credit Senior Loan | THL Credit Advisors, LLC | Current |
| Time Warner Cable | Time Warner Cable Inc. | Current |
| Time Warner Cable Business Class | Time Warner Cable Information Services (Kansas), LLC | Current |
| | Time Warner Cable LLC | Current |
| Toys R-Us Delaware Inc. | Toys "R" Us, Inc. | Current |
| | TWC Communications, LLC | Current |
| Trelleborg Coated Systems US Inc. | Trelleborg AB | Closed |
| TricorBraun | CHS Associates V | Current |
| | CHS Private Equity V LP | Current |
| | Code Hennessy & Simmons IV, LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Verint Americas Inc. | Bryan Spielman | Current |
| Virginia Department of Taxation | Virginia House of Delegates and William J. Howell | Current |
| Washington Gas Energy Services Inc. | WGL Holdings, Inc. | Current |
| York Capital<br>York Capital Management Global Advisors LLC<br>York Capital Management LP | Jeffrey A. Weber | Current |
| Zee Medical Inc.<br>Zee Medical Service Co | CoverMyMeds, LLC | Current |
| Zimmer Inc. | Zimmer Dental, Inc.<br>Zimmer Spine, Inc.<br>Zimmer Technology, Inc. | Closed<br>Closed<br>Closed |

22