## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| EFH.ET | Energy Trading | 13.30 | $7,913.50 |
|  | **TOTAL** | **13.30** | **$7,913.50** |

RLF1 18284959v.1