## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 3.90 | $2,320.50 |
| 813 | Fee/Employment Applications | 16.30 | $6,660.50 |
|  | **TOTAL** | **20.20** | **$8,981.00** |