## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ryan A. Wagner | Associate | $595 | 7.80 | $4,641.00 |
| Ishmael Taylor-Kamara | Paralegal | $350 | 12.40 | $4,340.00 |
| **Total** | | | **20.20** | **$8,981.00** |