## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 2.30 | $1,368.50 |
| 813 | Fee/Employment Applications | 0.40 | $238.00 |
|  | **TOTAL** | **2.70** | **$1,606.50** |

RLF1 18284962v.1