## EXHIBIT B

### Professionals' Information

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ryan A. Wagner | Associate | $595 | 2.70 | $1,606.50 |
| **Total** | | | **2.70** | **$1,606.50** |