## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| EFH.ET | Energy Trading | 1.20 | $714.00 |
| 813 | Fee/Employment Applications | 15.90 | $8,137.50 |
| | **TOTAL** | **17.10** | **$8,851.50** |