## **EXHIBIT B**

**Professionals' Information**

The Greenberg Traurig, LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ryan A. Wagner | Associate | $595 | 11.70 | $6,961.00 |
| Ishmael Taylor-Kamara | Paralegal | $350 | 5.40 | $1,890.00 |
| **Total** | | | **17.10** | **$8,851.50** |