## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| EFH.ET | Energy Trading | 3.30 | $1,963.50 |
|  | **TOTAL** | **3.30** | **$1,963.50** |

RLF1 18284971v.1