**Exhibit E**

**Summary of Time Detail by Professional**

*Exhibit E*

**Combined - EFH & EFIH**
*Summary of Time Detail by Professional*
*May 1, 2017 through August 31, 2017*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 20.5 | $16,400.00 |
| John Stuart | Managing Director | $800.00 | 73.0 | $58,400.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 19.8 | $12,870.00 |
| Matt Frank | Senior Director | $650.00 | 2.8 | $1,820.00 |
| Kevin Sullivan | Director | $575.00 | 20.5 | $11,787.50 |
| Rich Carter | Consultant | $475.00 | 17.1 | $8,122.50 |
| Michael Williams | Consultant | $400.00 | 25.9 | $10,360.00 |
| William Lucas | Analyst | $425.00 | 133.1 | $56,567.50 |
| Jon Rafpor | Analyst | $400.00 | 2.0 | $800.00 |
| Sarah Pittman | Analyst | $400.00 | 18.2 | $7,280.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 13.5 | $4,050.00 |
| | | **Total** | **346.4** | **$188,457.50** |