## Exhibit F

**Summary of Expense Detail by Category**

*Exhibit F*

## Combined - EFH & EFIH
### Summary of Expense Detail by Category
### May 1, 2017 through August 31, 2017

| Expense Category | Sum of Expenses |
|---|---|
| *None to Report for Tenth Interim Period* | |
| | $0.00 |
| *Total* | **$0.00** |