# Exhibit G

## Summary of Time Detail by Task

*Exhibit G*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**May 1, 2017 through August 31, 2017**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 1.9 | $1,060.00 |
| Business Plan | 1.8 | $720.00 |
| Claims | 48.8 | $23,600.00 |
| Contracts | 38.8 | $24,300.00 |
| Fee Applications | 24.7 | $10,052.50 |
| POR / Disclosure Statement | 209.9 | $116,937.50 |
| UST Reporting Requirements | 20.5 | $11,787.50 |
| *Total* | **346.4** | **$188,457.50** |