## **Exhibit H**

**Time Detail by Activity by Professional**

> ### *Combined - EFH & EFIH*
> ### *Time Detail by Activity by Professional*
> ### *May 1, 2017 through August 31, 2017*

## Bankruptcy Support

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 7/17/2017 | 0.9 | Correspondence with K&E and Jenner & Block re: professional fees. |
| Matt Frank | 7/27/2017 | 0.3 | Review and finalize Q2 OCP report for filing. |
| Sarah Pittman | 8/25/2017 | 0.7 | Research/correspond with K&E and Company regarding E-side professional fees. |
| **Subtotal** | | **1.9** | |

## Business Plan

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sarah Pittman | 8/29/2017 | 0.9 | Update EFH tab in professional fees reconciliation file for accruals as of 6/30/17. |
| Sarah Pittman | 8/29/2017 | 0.9 | Update EFIH tab in professional fees reconciliation file for accruals as of 6/30/17. |
| **Subtotal** | | **1.8** | |

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 5/4/2017 | 0.4 | Email correspondence with C. Dobry (EFH) re: updates on claim estimates for accrual purposes. |
| Rich Carter | 5/4/2017 | 0.2 | Review claim register to identify claims filed during Q1, 2017 at the request of the company. |
| Michael Williams | 5/9/2017 | 2.2 | Create asbestos claim summary report re: E-Side entities. |
| Michael Williams | 5/10/2017 | 2.2 | Update A&M database re: latest EPIQ claim register. |
| Michael Williams | 5/16/2017 | 0.8 | Update A&M database re: 9th notice of satisfaction. |
| Michael Williams | 5/19/2017 | 1.1 | Update A&M database re: latest EPIQ claims register. |
| Rich Carter | 5/24/2017 | 0.2 | Prepare report of active tax-related claims for the company to provide an update on. |
| Michael Williams | 5/26/2017 | 1.2 | Update A&M database re: latest EPIQ claim register. |
| Jodi Ehrenhofer | 5/30/2017 | 0.5 | Research recent claim settlements to determine how to incorporate on the claim register. |
| Jodi Ehrenhofer | 5/31/2017 | 0.3 | Review summary of all SWAP claims and corresponding claims settlements. |

*Exhibit H*

**Combined - EFH & EFIH**
**Time Detail by Activity by Professional**
**May 1, 2017 through August 31, 2017**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 5/31/2017 | 0.7 | Discussion with R. Chaikin (K&E) re: claim settlements. |
| Michael Williams | 5/31/2017 | 1.2 | Update A&M database re: claim stipulation. |
| Jodi Ehrenhofer | 6/1/2017 | 0.3 | Discussion with R. Chaikin (K&E) re: current status of remaining claims and case. |
| Jodi Ehrenhofer | 6/1/2017 | 0.4 | Correspondence with K&E and Greenberg Traurig re: claim settlements. |
| Jodi Ehrenhofer | 6/7/2017 | 0.6 | Advise Epiq on settlements to be updated on claim register. |
| Rich Carter | 6/8/2017 | 0.4 | Review spreadsheet provided by the company re: current status of active IRS claims. |
| Jodi Ehrenhofer | 6/9/2017 | 0.3 | Correspondence with R. Carter (A&M) re: remaining tax claims to be withdrawn from register. |
| Jodi Ehrenhofer | 6/9/2017 | 0.3 | Review any late filed claims to ensure they are truly late filed. |
| Rich Carter | 6/9/2017 | 0.3 | Email communication to company Tax department; re: active property tax-related claims. |
| Rich Carter | 6/9/2017 | 0.4 | Run updated claims report to identify active tax-related claims. |
| Rich Carter | 6/9/2017 | 0.2 | Update claim in claims management system based on new information provided by the company. |
| Rich Carter | 6/9/2017 | 0.1 | Email communication to Epiq; re: question regarding the docketing of a specific E-side tax-related claim. |
| Jodi Ehrenhofer | 6/13/2017 | 0.3 | Review current E side claim register to determine current status of claims in preparation for call with K&E. |
| Jodi Ehrenhofer | 6/15/2017 | 0.3 | Review documentation required for upcoming claim objection. |
| Jodi Ehrenhofer | 6/15/2017 | 0.2 | Teleconference with R. Carter, Mi. Williams (Both A&M), P. Venter, R. Chaikin (Both K&E); re: upcoming Omnibus prep. |
| Rich Carter | 6/15/2017 | 0.2 | Teleconference with J. Ehrenhofer, Mi. Williams (Both A&M), P. Venter, R. Chaikin (Both K&E); re: upcoming Omnibus prep. |
| Jodi Ehrenhofer | 6/16/2017 | 0.4 | Review updated report of all remaining E side claims to determine potential resolutions. |
| Jodi Ehrenhofer | 6/16/2017 | 0.3 | Advise M. Williams (A&M) re: updates to outstanding claim report. |
| Michael Williams | 6/16/2017 | 1.2 | Update A&M claim database re: latest EPIQ claim register. |
| Michael Williams | 6/16/2017 | 2.3 | Update E-Side claim summary re: remaining active claims. |
| Michael Williams | 6/26/2017 | 0.7 | Create claims exhibit re 49-50 omnibus claims objection.: |
| Michael Williams | 6/27/2017 | 1.2 | Create claims exhibit re: 49-50 omnibus claims objection. |

> ### Combined - EFH & EFIH
> ### Time Detail by Activity by Professional
> ### May 1, 2017 through August 31, 2017

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rich Carter | 6/29/2017 | 1.7 | Prepare data for reporting updated omni/expunged audit counts/amounts based on the latest claims information. |
| Michael Williams | 6/30/2017 | 0.6 | Create claims exhibit re: 49-50 omnibus claims objection. |
| Rich Carter | 6/30/2017 | 1.5 | Prepare updated report of omni/expunged claim counts/amounts at the request of counsel. |
| Rich Carter | 6/30/2017 | 0.5 | Prepare summary for senior director of counts/amounts for omni/expunged report for counsel. |
| Rich Carter | 7/1/2017 | 1.7 | Update counts/amounts relating to expunged/modified claims at the request of counsel. |
| Michael Williams | 7/6/2017 | 1.1 | Update A&M database re latest EPIQ claim register. |
| Jodi Ehrenhofer | 7/7/2017 | 0.6 | Prepare summary of allowed GUC claims for R. Chaikin (K&E). |
| Jodi Ehrenhofer | 7/17/2017 | 0.3 | Correspondence with R. Carter (A&M) re: outstanding tax claims. |
| Rich Carter | 7/17/2017 | 0.2 | Update claims management system for claims recently filed on objection. |
| Rich Carter | 7/17/2017 | 0.4 | Review additional documentation provided by the company pertaining to active payroll-related tax claims. |
| Rich Carter | 7/19/2017 | 0.3 | Email communication with counsel/company; re: active tax-related claims. |
| Rich Carter | 7/24/2017 | 0.1 | Email communication with company/counsel; re: active tax-related claims. |
| Rich Carter | 7/27/2017 | 0.2 | Email communication with company tax department; re: open payroll tax claims. |
| Jodi Ehrenhofer | 7/31/2017 | 0.6 | Correspondence with A. Yenamandra (K&E) and M. Williams (A&M) re: revised claim summary report by plan class. |
| Michael Williams | 7/31/2017 | 2.8 | Update E-Side claim summary report. |
| Michael Williams | 7/31/2017 | 1.8 | Update A&M database re latest EPIQ claim register. |
| Jodi Ehrenhofer | 8/2/2017 | 0.8 | Create mapping of all claim categories to be reported for diligence requests. |
| Jodi Ehrenhofer | 8/2/2017 | 0.5 | Correspondence with A. Yenamandra (K&E) and M. Williams (A&M) re: updated claim estimates for all E side claims. |
| Michael Williams | 8/2/2017 | 2.6 | Update E-Side claim summary report. |
| Jodi Ehrenhofer | 8/3/2017 | 0.6 | Review updated summary of all E side claim estimates for diligence request. |
| Jodi Ehrenhofer | 8/3/2017 | 1.1 | Prepare final report of claim estimates for all E side related claims. |
| Jodi Ehrenhofer | 8/7/2017 | 1.6 | Research documentation to prove claim estimates based on certain plan classes. |

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*May 1, 2017 through August 31, 2017*

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 8/7/2017 | 0.9 | Prepare detailed reports of claims included in certain plan classes. |
| Jodi Ehrenhofer | 8/7/2017 | 0.6 | Correspondence with A. Yenamandra (K&E) re: diligence requests related to certain plan classes. |
| Michael Williams | 8/9/2017 | 1.1 | Update A&M database re latest EPIQ claim register. |
| Jodi Ehrenhofer | 8/14/2017 | 0.6 | Research recently filed claim transfers and impact to the claim register. |
| Rich Carter | 8/17/2017 | 0.2 | Email communication to company tax department re: open tax claims. |
| Rich Carter | 8/20/2017 | 0.6 | Review email communications/documentation from company tax department re: open tax claims. |
| Michael Williams | 8/24/2017 | 1.8 | Update A&M database re latest EPIQ claim register. |
| **Subtotal** | | **48.8** | |

## Contracts

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Emmett Bergman | 6/8/2017 | 0.4 | Review draft plan supplement materials. |
| Emmett Bergman | 6/8/2017 | 0.3 | Communications with K&E team re: contracts analysis for plan supplement. |
| Sarah Pittman | 6/8/2017 | 0.2 | Call with A&M internal team regarding update to E-side plan supplement. |
| Sarah Pittman | 6/8/2017 | 0.4 | Work in "Rejections_E-side" tab of E-side plan supplement file. |
| Sarah Pittman | 6/8/2017 | 0.7 | Work in "Assumptions_E-side" tab of E-side plan supplement file. |
| Emmett Bergman | 6/9/2017 | 0.6 | Review draft plan supplement materials by contract owner. |
| Emmett Bergman | 6/12/2017 | 0.5 | Communications with EFH contract owners re assumption, rejection decisions. |
| Emmett Bergman | 6/12/2017 | 0.3 | Review plan supplement data by contract owner. |
| Sarah Pittman | 6/12/2017 | 0.6 | Draft emails to company contract owners regarding E-side plan supplement file. |
| Sarah Pittman | 6/12/2017 | 0.4 | Work in "Rejections_E-side" tab of E-side plan supplement file. |
| Sarah Pittman | 6/12/2017 | 0.6 | Work in "Assumptions_E-side" tab of E-side plan supplement file. |
| Sarah Pittman | 6/12/2017 | 0.2 | Research contract question from C. Howard (Company); submit findings to A&M internal team. |

> **Combined - EFH & EFIH**
> **Time Detail by Activity by Professional**
> **May 1, 2017 through August 31, 2017**

## Contracts

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Emmett Bergman | 6/13/2017 | 0.4 | Communications with EFH contract owners re: plan supplement data. |
| Emmett Bergman | 6/14/2017 | 0.3 | Review E side contract analysis re: plan supplement. |
| Emmett Bergman | 6/15/2017 | 0.5 | Review contract owner responses re: plan supplement. |
| Emmett Bergman | 6/15/2017 | 0.4 | Communications with EFH contract owners re: plan supplement data. |
| Emmett Bergman | 6/15/2017 | 0.3 | Communications with K&E team re: contracts analysis for plan supplement. |
| Sarah Pittman | 6/15/2017 | 0.4 | Draft follow-up emails to company contract owners regarding E-side plan supplement file. |
| Emmett Bergman | 6/16/2017 | 0.5 | Review additional communications with EFH contract owners re: plan supplement decisions. |
| Sarah Pittman | 6/16/2017 | 0.3 | Update "Rejections_E-side" tab of E-side plan supplement file based on responses from Company. |
| Sarah Pittman | 6/16/2017 | 0.4 | Update "Assumptions_E-side" tab of E-side plan supplement file based on responses from Company. |
| Emmett Bergman | 6/19/2017 | 0.6 | Review revised plan supplement draft. |
| Matt Frank | 6/19/2017 | 0.5 | Correspondence related to contract exhibit review with Pittman (A&M). |
| Matt Frank | 6/20/2017 | 1.0 | Follow up on open contract assumption/rejection questions with EFH personnel to finalize exhibit update. |
| Emmett Bergman | 7/2/2017 | 0.4 | Communications with K&E team re: contracts analysis for plan supplement. |
| Emmett Bergman | 7/2/2017 | 0.7 | Review revised plan supplement. |
| Emmett Bergman | 7/3/2017 | 0.6 | Communications with K&E team re contracts analysis for plan supplement. |
| Emmett Bergman | 7/3/2017 | 0.8 | Review revised plan supplement. |
| Emmett Bergman | 7/4/2017 | 0.6 | Review revised plan supplement data. |
| Sarah Pittman | 7/4/2017 | 0.3 | Review E-side plan supplement file; submit to A&M internal team. |
| Sarah Pittman | 7/4/2017 | 0.8 | Work in "Assumptions_E-side" tab of E-side plan supplement file. |
| Sarah Pittman | 7/4/2017 | 0.5 | Work in "Rejections_E-side" tab of E-side plan supplement file. |
| Emmett Bergman | 7/5/2017 | 0.8 | Communications with EFH contract owners re: plan supplement data, insurance. |
| Emmett Bergman | 7/5/2017 | 0.6 | Communications with K&E team re: cure amounts for plan supplement. |

> **Combined - EFH & EFIH**
> **Time Detail by Activity by Professional**
> **May 1, 2017 through August 31, 2017**

## Contracts

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 7/5/2017 | 0.7 | Correspondence with R. Chaikin (K&E) and S. Pittman (A&M) re: potential updates to cure amounts. |
| Sarah Pittman | 7/5/2017 | 0.2 | Update "Rejections_E-side" tab of E-side plan supplement file. |
| Sarah Pittman | 7/5/2017 | 0.3 | Create Insurance Policies Exhibit. Submit to S. Barbour (Company). |
| Emmett Bergman | 7/6/2017 | 0.3 | Communications with K&E team re plan supplement. |
| Emmett Bergman | 7/10/2017 | 0.8 | Review revised plan supplement based on latest additions. |
| Emmett Bergman | 7/10/2017 | 0.6 | Communications with K&E re: draft plan supplement. |
| Rich Carter | 7/10/2017 | 0.4 | Teleconference with A&M internal team, R. Chaikin, P. Venter (Both K&E); re: E-side executory contracts. |
| Sarah Pittman | 7/10/2017 | 0.4 | Call with K&E and A&M internal team regarding updates to the E-side plan supplement file. |
| Sarah Pittman | 7/10/2017 | 0.3 | Call with A&M internal team regarding updates to "Rejections_E-side" tab of E-side plan supplement file. |
| Sarah Pittman | 7/10/2017 | 1.3 | Update E-side plan supplement file. |
| Emmett Bergman | 7/11/2017 | 0.4 | Review additional communications with EFH contract owners re: plan supplement decisions. |
| Emmett Bergman | 7/11/2017 | 0.4 | Review revised plan supplement draft. |
| Sarah Pittman | 7/11/2017 | 0.3 | Review E-side plan supplement file; submit to A&M internal team. |
| Sarah Pittman | 7/11/2017 | 0.7 | Update E-side plan supplement file for new contracts from K&E. |
| Emmett Bergman | 7/12/2017 | 0.4 | Review additional proposed changes re: plan supplement. |
| Sarah Pittman | 7/12/2017 | 0.2 | Review E-side plan supplement file; submit to A&M internal team. |
| Sarah Pittman | 7/12/2017 | 0.8 | Revise E-side plan supplement file based on comments from A&M internal team. |
| Emmett Bergman | 7/13/2017 | 0.3 | Review updated plan supplement draft. |
| Sarah Pittman | 7/13/2017 | 0.2 | Call with K&E regarding status and outstanding items of E-side plan supplement file. |
| Sarah Pittman | 7/13/2017 | 0.8 | Update E-side plan supplement file; submit to K&E. |
| Emmett Bergman | 7/17/2017 | 0.4 | Communications with K&E re: plan supplement filing status. |
| Emmett Bergman | 8/4/2017 | 0.7 | Review, research questions from K&E re: plan supplement data. |
| Emmett Bergman | 8/7/2017 | 0.9 | Review revised plan supplement. |
| Emmett Bergman | 8/7/2017 | 0.7 | Review correspondence re: plan supplement changes. |

> ## *Combined - EFH & EFIH*
> ### *Time Detail by Activity by Professional*
> ### *May 1, 2017 through August 31, 2017*

## Contracts

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sarah Pittman | 8/7/2017 | 0.4 | Work in "Assumptions_E-side" tab of E-side plan supplement file. |
| Sarah Pittman | 8/7/2017 | 0.6 | Work in "Rejections_E-side" tab of E-side plan supplement file. |
| Emmett Bergman | 8/9/2017 | 0.6 | Review revised plan supplement data. |
| Emmett Bergman | 8/9/2017 | 0.8 | Communications with Claims, K&E team re: ongoing plan supplement diligence. |
| Emmett Bergman | 8/10/2017 | 0.4 | Review updates to plan supplement draft. |
| Sarah Pittman | 8/10/2017 | 0.7 | Work in "Rejections_E-side" tab of E-side plan supplement file. |
| Sarah Pittman | 8/10/2017 | 0.3 | Work in "Assumptions_E-side" tab of E-side plan supplement file. |
| Emmett Bergman | 8/29/2017 | 0.7 | Comms with K&E, claims team re: plan supplement questions. |
| Emmett Bergman | 8/29/2017 | 0.6 | Review updated draft of contract listings re: recent changes. |
| Sarah Pittman | 8/29/2017 | 0.9 | Work in "Assumptions_E-side" tab of E-side plan supplement file. |
| Sarah Pittman | 8/29/2017 | 0.4 | Work in "Rejections_E-side" tab of E-side plan supplement file. |
| Sarah Pittman | 8/29/2017 | 0.7 | Review E-side plan supplement draft. |
| Emmett Bergman | 8/31/2017 | 0.3 | Communications with K&E re: draft plan supplement due diligence. |
| Emmett Bergman | 8/31/2017 | 0.3 | Review correspondence re: outstanding amounts due. |
| Emmett Bergman | 8/31/2017 | 0.6 | Review updates to plan supplement draft. |
| Emmett Bergman | 8/31/2017 | 0.7 | Research questions with regard to plan supplement data. |
| Sarah Pittman | 8/31/2017 | 0.4 | Research questions regarding contracts listed on E-side plan supplement draft. |
| **Subtotal** | | **38.8** | |

## Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mary Napoliello | 5/1/2017 | 1.3 | Review data and work on February statement. |
| Mary Napoliello | 5/3/2017 | 0.8 | Complete first draft of February data and send to J. Ehrenhofer. |
| Rich Carter | 5/4/2017 | 0.2 | Prepare/upload January MFS package to fee examiner Box site. |
| Rich Carter | 5/24/2017 | 0.3 | Prepare E-side monthly invoice for January 2017. |

*Exhibit H*

> ### Combined - EFH & EFIH
> ### Time Detail by Activity by Professional
> ### May 1, 2017 through August 31, 2017

## Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 5/31/2017 | 0.3 | Review updated draft of Exhibit H to 9th interim fee application prepared by M. Napoliello (A&M). |
| Mary Napoliello | 6/2/2017 | 1.6 | Work on exhibits for February (.4); correspond with staff regarding questions (.3); work on exhibits for March and April (.9). |
| Jodi Ehrenhofer | 6/5/2017 | 0.9 | Prepare 35th monthly fee statement to be filed. |
| Jodi Ehrenhofer | 6/5/2017 | 1.1 | Prepare 34th monthly fee statement to be filed. |
| Mary Napoliello | 6/5/2017 | 0.7 | Work on edits to Feb and send to J. Ehrenhofer. |
| Mary Napoliello | 6/6/2017 | 0.4 | Work on March fee exhibits. |
| Mary Napoliello | 6/7/2017 | 1.2 | Continue work on April statement - prepare exhibits and send to J. Ehrenhofer (A&M). |
| Mary Napoliello | 6/8/2017 | 0.5 | Upload revised data - prepare exhibits and send to J. Ehrenhofer. |
| Rich Carter | 6/8/2017 | 0.2 | Update Management Fee tracker to incorporate dates for newly filed Feb/Mar management fee statements. |
| Mary Napoliello | 6/9/2017 | 2.2 | Compile 9th interim fee data and send file to J. Ehrenhofer (A&M). |
| Rich Carter | 6/9/2017 | 1.2 | Prepare initial documents for the 9th interim application fee. |
| Rich Carter | 6/12/2017 | 1.6 | Review/prepare documents related to 9th interim application fee. |
| Jodi Ehrenhofer | 6/13/2017 | 0.1 | Teleconference with R. Carter (A&M); re: 9th interim application status. |
| Rich Carter | 6/13/2017 | 0.1 | Teleconference with J. Ehrenhofer (A&M); re: 9th interim application status. |
| Mary Napoliello | 6/14/2017 | 1.6 | Prepare exhibits for ninth interim fee application and send to R. Carter. |
| Rich Carter | 6/14/2017 | 1.4 | Review/update interim fee document/exhibits prepared by internal team for 9th interim application for accuracy. |
| Jodi Ehrenhofer | 6/15/2017 | 0.3 | Review 9th interim fee application to be filed. |
| Rich Carter | 6/15/2017 | 0.1 | Load interim fee/expenses data to Box for fee committee review. |
| Rich Carter | 6/30/2017 | 0.6 | Prepare draft CNOs for Feb/Mar/Apr '17 MFS fee statements for the E-Side Debtors. |
| Rich Carter | 7/9/2017 | 0.2 | Email communication with senior director containing drafts of CNOs for Feb/Mar/Apr 2017 management fee statements. |
| Jodi Ehrenhofer | 7/11/2017 | 0.3 | Review final CNO's for filing on monthly fee applications. |
| Rich Carter | 7/14/2017 | 0.7 | Prepare E-side invoices for Feb/Mar/Apr 2017 management fee statements. |
| Jodi Ehrenhofer | 7/17/2017 | 0.4 | Review final monthly and eight interim invoices. |

*Exhibit H*

> ### Combined - EFH & EFIH
> ### Time Detail by Activity by Professional
> ### May 1, 2017 through August 31, 2017

## Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mary Napoliello | 7/18/2017 | 0.1 | Follow-up on questions regarding payments allocation. |
| Mary Napoliello | 7/27/2017 | 1.0 | Work on preparation of May statement. |
| Jodi Ehrenhofer | 7/31/2017 | 0.2 | Review drafted monthly fee application for May. |
| Mary Napoliello | 8/1/2017 | 0.5 | Upload new May data, generate new exhibits and send to J. Ehrenhofer. |
| Mary Napoliello | 8/1/2017 | 0.3 | Research payment allocation information and communicate with accounting. |
| Mary Napoliello | 8/8/2017 | 0.6 | Review and edit June fee data; prepare reconciliation. |
| Mary Napoliello | 8/21/2017 | 0.6 | Finalize first draft of June exhibits and send to J. Ehrenhofer. |
| Jodi Ehrenhofer | 8/22/2017 | 0.3 | Review drafted monthly fee application for June. |
| Mary Napoliello | 8/22/2017 | 0.1 | Finalize June data and forward to J. Ehrenhofer. |
| Rich Carter | 8/23/2017 | 0.1 | Review May MFS CNO document for accuracy at the request of senior director. |
| Rich Carter | 8/23/2017 | 0.2 | Review June MFS documents for accuracy at the request of senior director. |
| Rich Carter | 8/25/2017 | 0.2 | Prepare May 2017 E-side MFS invoice. |
| Rich Carter | 8/25/2017 | 0.2 | Prepare/upload June MFS package to Box.com |
| **Subtotal** | | **24.7** | |

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| John Stuart | 6/12/2017 | 0.5 | Correspondence with K&E re: kicking off updated liquidation analysis. |
| John Stuart | 6/12/2017 | 1.0 | Meeting with G. Lucas (A&M) to discuss updates to EFH/EFIH liquidation analysis. |
| William Lucas | 6/12/2017 | 2.8 | Review most recent liquidation analysis. |
| Matt Frank | 6/13/2017 | 0.5 | Email correspondence with K&E, EFH and A&M about updating plan assumption exhibit for emergence. |
| William Lucas | 6/13/2017 | 2.2 | Review most recent liquidation analysis. |
| John Stuart | 6/14/2017 | 2.0 | Review previously filed expert report and exhibit to DS for liquidation analysis in connection with refreshing work. |

**Combined - EFH & EFIH**
**Time Detail by Activity by Professional**
**May 1, 2017 through August 31, 2017**

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| William Lucas | 6/14/2017 | 3.1 | Update claims in liquidation analysis. |
| John Stuart | 6/15/2017 | 2.0 | Continue review of previously filed expert report and exhibit to DS for liquidation analysis in connection with refreshing work. |
| William Lucas | 6/15/2017 | 2.9 | Continue mapping liquidation analysis to new balance sheet. |
| William Lucas | 6/15/2017 | 2.6 | Remap liquidation analysis to new balance sheet. |
| John Stuart | 6/16/2017 | 3.0 | Working session with G. Lucas (A&M) to refresh liquidation analysis and address open issues. |
| John Stuart | 6/16/2017 | 1.0 | Continue review of previously filed expert report and exhibit to DS for liquidation analysis in connection with refreshing work. |
| Matt Frank | 6/16/2017 | 0.5 | Email correspondence with A&M discussing updating plan assumption exhibit for emergence with related open questions from Company. |
| William Lucas | 6/16/2017 | 2.4 | Remap liquidation analysis to new balance sheet. |
| John Stuart | 6/19/2017 | 2.0 | Review support documents for updated claims and forecasted EFH/EFIH cash balance. |
| William Lucas | 6/19/2017 | 1.8 | Revise model for changes relating to T side emergence. |
| William Lucas | 6/19/2017 | 3.2 | Revise model for removed spun off entities. |
| John Stuart | 6/20/2017 | 1.0 | Call with G. Lucas (A&M) to discuss open issues re: liquidation analysis. |
| John Stuart | 6/20/2017 | 1.0 | Review draft documents in connection with refreshing liquidation analysis. |
| William Lucas | 6/20/2017 | 3.1 | Revise opening cash at emergence analysis. |
| William Lucas | 6/20/2017 | 2.7 | Revise expert report. |
| John Stuart | 6/21/2017 | 1.0 | Call with K&E to discuss liquidation update. |
| John Stuart | 6/21/2017 | 1.0 | Continue review of draft documents in connection with refreshing liquidation analysis. |
| William Lucas | 6/21/2017 | 2.9 | Research large changes in balance sheet accounts relating to T side emergence. |
| William Lucas | 6/21/2017 | 2.3 | Incorporate potential sale of Oncor into model assumptions. |
| John Stuart | 6/22/2017 | 1.0 | Continue review of previously filed expert report and exhibit to DS for liquidation analysis in connection with refreshing work. |
| John Stuart | 6/22/2017 | 1.0 | Review open issues with G. Lucas (A&M) re: liquidation analysis refresh. |
| William Lucas | 6/22/2017 | 1.3 | Prepare for review of model draft. |

*Exhibit H*

> ### Combined - EFH & EFIH
> ### Time Detail by Activity by Professional
> ### May 1, 2017 through August 31, 2017

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| William Lucas | 6/22/2017 | 2.8 | Prepare additional questions for business related to T side emergence. |
| John Stuart | 6/23/2017 | 2.0 | Meeting with G. Lucas (A&M) at Dallas office to discuss open issues and work through edits to current draft of liquidation analysis exhibits. |
| William Lucas | 6/23/2017 | 2.6 | Update claims with revised values under Oncor sale assumptions. |
| John Stuart | 6/26/2017 | 1.0 | Review draft documents in connection with refreshing liquidation analysis. |
| John Stuart | 6/26/2017 | 1.0 | Call with G. Lucas (A&M) to discuss open issues re: liquidation analysis. |
| William Lucas | 6/26/2017 | 1.6 | Update model for revised cash forecast. |
| William Lucas | 6/26/2017 | 1.8 | Continue to update model for revised cash forecast. |
| John Stuart | 6/27/2017 | 2.0 | Review support documents for updated claims and forecasted EFH/EFIH cash balance. |
| William Lucas | 6/27/2017 | 2.7 | Revise exhibit E for edits. |
| William Lucas | 6/27/2017 | 2.9 | Prepare exhibit E for review. |
| William Lucas | 6/27/2017 | 1.1 | Continue revisions to exhibit E for edits. |
| John Stuart | 6/28/2017 | 1.0 | Call with K&E to discuss liquidation update. |
| John Stuart | 6/28/2017 | 1.0 | Call with G. Lucas (A&M) to discuss open issues / edits re: liquidation analysis. |
| John Stuart | 6/29/2017 | 2.0 | Review updated draft of liquidation analysis exhibits and discuss edits with G. Lucas (A&M). |
| William Lucas | 6/29/2017 | 1.8 | Update expert report. |
| William Lucas | 6/29/2017 | 2.4 | Update cash assumptions for potential Oncor sale. |
| John Stuart | 6/30/2017 | 1.0 | Review updated draft of liquidation analysis exhibits and discuss edits with G. Lucas (A&M). |
| John Stuart | 6/30/2017 | 1.0 | Meeting with G. Lucas (A&M) at Dallas office to discuss open issues and work through edits to current draft of liquidation analysis exhibits. |
| William Lucas | 7/3/2017 | 2.8 | Revise claims values in model. |
| John Stuart | 7/5/2017 | 1.4 | Correspondence with K&E re: liquidation analysis exhibit language. |
| John Stuart | 7/5/2017 | 0.6 | Review updated draft of liquidation analysis exhibits and discuss edits with G. Lucas (A&M). |
| William Lucas | 7/5/2017 | 2.7 | Revise Oncor valuation. |

*Exhibit H*

**Combined - EFH & EFIH**
**Time Detail by Activity by Professional**
**May 1, 2017 through August 31, 2017**

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| John Stuart | 7/6/2017 | 1.3 | Correspondence with K&E re: liquidation analysis exhibit language. |
| John Stuart | 7/6/2017 | 1.7 | Review updated draft of liquidation analysis exhibits and discuss edits with G. Lucas (A&M). |
| William Lucas | 7/6/2017 | 2.9 | Incorporate changes to break up fee treatment. |
| John Stuart | 7/7/2017 | 0.7 | Review current draft of DS exhibit narrative and corresponding support exhibits prepared by G. Lucas (A&M). |
| John Stuart | 7/7/2017 | 0.8 | Correspondence with K&E re: tax assumptions in liquidation analysis. |
| William Lucas | 7/7/2017 | 2.8 | Update exhibit E for footnotes and settlement changes to model. |
| William Lucas | 7/8/2017 | 2.7 | Build out model to reflect Beneficiary claim treatment. |
| William Lucas | 7/8/2017 | 2.9 | Update model for revised cash and claims under new Oncor valuation. |
| William Lucas | 7/9/2017 | 2.9 | Update notation to match model to narrative. |
| William Lucas | 7/9/2017 | 2.9 | Draft list of changes and outstanding questions for review. |
| William Lucas | 7/9/2017 | 2.6 | Verify claims class recoveries and amounts. |
| William Lucas | 7/9/2017 | 1.8 | Draft email to G. Gossett (Vistra) regarding outstanding balance sheet change questions. |
| John Stuart | 7/10/2017 | 2.0 | Continue review current draft of DS exhibit narrative and corresponding support exhibits prepared by G. Lucas (A&M) and discussion of further edits. |
| William Lucas | 7/10/2017 | 2.2 | Continue revisions to liquidation analysis narrative to reflect updated model. |
| William Lucas | 7/10/2017 | 2.1 | Revise liquidation analysis narrative to reflect updated model. |
| Jodi Ehrenhofer | 7/11/2017 | 0.4 | Correspondence with R. Chaikin (K&E) re: E side claim estimates included in liquidation analysis. |
| John Stuart | 7/11/2017 | 1.0 | Continue review current draft of DS exhibit narrative and corresponding support exhibits prepared by G. Lucas (A&M) and discussion of further edits. |
| William Lucas | 7/11/2017 | 2.1 | Edits to liquidation analysis narrative. |
| John Stuart | 7/12/2017 | 1.0 | Continue review current draft of DS exhibit narrative and corresponding support exhibits prepared by G. Lucas (A&M) and discussion of further edits. |
| William Lucas | 7/12/2017 | 2.1 | Edits to liquidation analysis narrative. |
| William Lucas | 7/12/2017 | 2.4 | Continued edits to liquidation analysis narrative. |

**Combined - EFH & EFIH**
**Time Detail by Activity by Professional**
**May 1, 2017 through August 31, 2017**

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| John Stuart | 7/13/2017 | 2.0 | Continue review current draft of DS exhibit narrative and corresponding support exhibits prepared by G. Lucas (A&M) and discussion of further edits. |
| William Lucas | 7/13/2017 | 2.2 | Incorporate TCEH Settlement Claim Turnover Distribution into liq model. |
| William Lucas | 7/13/2017 | 1.8 | Incorporating TCEH Settlement Claim Turnover Distribution into liquidation model. |
| William Lucas | 7/13/2017 | 1.1 | Edits to liquidation analysis narrative. |
| John Stuart | 7/14/2017 | 1.0 | Continue review current draft of DS exhibit narrative and corresponding support exhibits prepared by G. Lucas (A&M) and discussion of further edits. |
| John Stuart | 7/17/2017 | 1.3 | Review and discuss Company / K&E edits to liquidation analysis exhibit. |
| John Stuart | 7/17/2017 | 0.7 | Continue review current draft of DS exhibit narrative and corresponding support exhibits prepared by G. Lucas (A&M) and discussion of further edits. |
| William Lucas | 7/17/2017 | 2.8 | Revise narrative and model. |
| John Stuart | 7/18/2017 | 2.0 | Continue review current draft of DS exhibit narrative and corresponding support exhibits prepared by G. Lucas (A&M) and discussion of further edits. |
| Jon Rafpor | 7/18/2017 | 2.0 | Review draft of liquidation analysis exhibits (1.2) and provide edits (.8). |
| William Lucas | 7/18/2017 | 1.2 | Edits to liquidation analysis narrative. |
| John Stuart | 7/19/2017 | 1.1 | Continue review current draft of DS exhibit narrative and corresponding support exhibits prepared by G. Lucas (A&M) and discussion of further edits. |
| John Stuart | 7/19/2017 | 0.4 | Review and discuss Company / K&E edits to liquidation analysis exhibit. |
| John Stuart | 7/20/2017 | 0.9 | Call with G. Lucas (A&M) to discuss edits to liquidation analysis. |
| John Stuart | 7/20/2017 | 0.6 | Continue review current draft of DS exhibit narrative and corresponding support exhibits prepared by G. Lucas (A&M) and discussion of further edits. |
| John Stuart | 7/21/2017 | 1.0 | Meeting at A&M Dallas offices with G. Lucas (A&M) to discuss final draft of liquidation analysis prior to filing. |
| John Stuart | 7/24/2017 | 2.0 | Begin preparation of expert report for liquidation analysis. |
| John Stuart | 7/25/2017 | 1.0 | Continue preparation of expert report for liquidation analysis. |
| John Stuart | 7/26/2017 | 1.0 | Continue preparation of expert report for liquidation analysis. |

*Exhibit H*

### Combined - EFH & EFIH
### Time Detail by Activity by Professional
### May 1, 2017 through August 31, 2017

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| John Stuart | 7/27/2017 | 1.0 | Continue preparation of expert report for liquidation analysis. |
| John Stuart | 7/28/2017 | 1.0 | Continue preparation of expert report for liquidation analysis, including discussion with G. Lucas (A&M). |
| John Stuart | 7/31/2017 | 2.0 | Review liquidation analysis and exhibit support related to impact of including range of break up fees at both EFH / EFIH. |
| Jodi Ehrenhofer | 8/1/2017 | 0.4 | Correspondence with R. Chaikin (K&E) re: OPEB liabilities. |
| John Stuart | 8/1/2017 | 1.0 | Meeting with G. Lucas (A&M) to discuss updates to EFH/EFIH liquidation analysis. |
| William Lucas | 8/1/2017 | 1.0 | Meeting with J. Stuart (A&M) to discuss updates to EFH/EFIH liquidation analysis. |
| John Stuart | 8/2/2017 | 1.2 | Review previously filed expert report and exhibit to DS for liquidation analysis in connection with refreshing work. |
| John Stuart | 8/3/2017 | 1.8 | Working session with G. Lucas (A&M) to refresh liquidation analysis and address open issues. |
| John Stuart | 8/4/2017 | 1.0 | Continue review of previously filed expert report and exhibit to DS for liquidation analysis in connection with refreshing work. |
| William Lucas | 8/4/2017 | 2.8 | Build out liquidation analysis to reflect breakup fee scenarios. |
| William Lucas | 8/4/2017 | 1.8 | Working session with J. Stuart (A&M) to refresh liquidation analysis and address open issues. |
| William Lucas | 8/7/2017 | 2.9 | Update exhibits for various breakup fee scenarios. |
| William Lucas | 8/8/2017 | 2.9 | Revise liquidation to reflect plan language regarding LBO Notes. |
| William Lucas | 8/9/2017 | 2.2 | Revise and update liquidation after review. |
| William Lucas | 8/10/2017 | 1.0 | Begin revision of asbestos claims treatment. |
| William Lucas | 8/13/2017 | 2.8 | Revise asbestos claims treatment in models. |
| John Stuart | 8/14/2017 | 1.5 | Review draft documents in connection with refreshing liquidation analysis. |
| John Stuart | 8/14/2017 | 1.8 | Review of draft documents in connection with refreshing liquidation analysis. |
| John Stuart | 8/14/2017 | 1.5 | Call with G. Lucas (A&M) to discuss open issues re: liquidation analysis. |
| John Stuart | 8/14/2017 | 1.3 | Continue review of draft documents in connection with refreshing liquidation analysis. |
| John Stuart | 8/14/2017 | 1.4 | Continued review of draft documents in connection with refreshing liquidation analysis. |
| William Lucas | 8/14/2017 | 1.2 | Revise draft liquidation analysis exhibits. |

> ## *Combined - EFH & EFIH*
> ### *Time Detail by Activity by Professional*
> ### *May 1, 2017 through August 31, 2017*

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| William Lucas | 8/14/2017 | 1.5 | Call with J. Stuart (A&M) to discuss open issues re: liquidation analysis. |
| John Stuart | 8/21/2017 | 1.0 | Continued review of draft documents in connection with refreshing liquidation analysis. |
| John Stuart | 8/21/2017 | 0.5 | Call with K&E to discuss liquidation update. |
| William Lucas | 8/21/2017 | 1.9 | Update liquidation analysis with revised Oncor Transaction details. |
| William Lucas | 8/22/2017 | 1.4 | Update liquidation analysis with revised Oncor Transaction details. |
| William Lucas | 8/22/2017 | 3.0 | Continued updates to liquidation analysis with revised Oncor Transaction details. |
| William Lucas | 8/22/2017 | 2.2 | Continued updates to liquidation analysis with revised Oncor Transaction details. |
| William Lucas | 8/22/2017 | 2.4 | Continued updates to liquidation analysis with revised Oncor Transaction details. |
| William Lucas | 8/23/2017 | 2.1 | Update liquidation analysis with revised Oncor Transaction details. |
| **Subtotal** | | **209.9** | |

## UST Reporting Requirements

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Kevin Sullivan | 5/8/2017 | 1.1 | Create March MOR and added the MOR-1a, MOR-1b, MOR-2 and MOR-3 data. |
| Kevin Sullivan | 5/8/2017 | 0.3 | Correspondence with C. Howard (EFH) concerning MOR-5. |
| Kevin Sullivan | 5/10/2017 | 0.8 | Add the professional vouchers to MOR-1c of the draft of the March MOR. |
| Kevin Sullivan | 5/17/2017 | 1.3 | Updates payments to professionals to MOR-1c in April MOR. |
| Kevin Sullivan | 5/18/2017 | 0.2 | Update the April MOR for new data received re: professional payments. |
| Kevin Sullivan | 5/23/2017 | 0.5 | Update the March MOR for new data relating to MOR-1, MOR-4, MOR-5 and MOR-4 Rider. |
| Kevin Sullivan | 5/23/2017 | 0.3 | Update the March MOR for new data relating to MOR-2 and MOR-3. |
| Kevin Sullivan | 5/24/2017 | 0.2 | Update the March MOR for new data relating to MOR-4 Rider. |
| Kevin Sullivan | 5/31/2017 | 1.6 | Create April MOR and updated MOR-1a and MOR-1b. |

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*May 1, 2017 through August 31, 2017*

## UST Reporting Requirements

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Kevin Sullivan | 6/1/2017 | 0.9 | Update the draft of the April MOR: add MOR-2, MOR-3, update the Debtor Questionnaire and updated the signature pages. |
| Kevin Sullivan | 6/7/2017 | 0.2 | Update client on state of the draft April MOR and request the schedules needed to complete the MOR. |
| Kevin Sullivan | 6/14/2017 | 1.4 | Update MOR-1c, MOR-4, MOR-4 Rider and MOR-5 of the April MOR. |
| Kevin Sullivan | 6/15/2017 | 0.3 | Create review versions of the April MOR and circulate to the Company and to K&E for review. |
| Kevin Sullivan | 6/16/2017 | 1.3 | Create May MOR including updated signature pages, MOR-1b, MOR-4 Rider and MOR-5 for Company responses. |
| Kevin Sullivan | 6/20/2017 | 0.2 | Update the May MOR draft for new MOR-1a data. |
| Kevin Sullivan | 6/21/2017 | 0.3 | Update May MOR for MOR-4 and MOR-5 data. |
| Kevin Sullivan | 6/21/2017 | 2.6 | Update the May MOR draft for new MOR-1c data, MOR-2 and MOR-3. |
| Kevin Sullivan | 6/22/2017 | 0.2 | Update the MOR for additional responses to MOR-5. |
| Kevin Sullivan | 6/26/2017 | 0.4 | Update the May MOR for new disbursements provided by the Company. |
| Kevin Sullivan | 6/28/2017 | 0.7 | Update the MOR for the new disbursements file and MOR-1. |
| Kevin Sullivan | 6/29/2017 | 0.2 | Provide a review copy of the MOR to K&E for their review and comments. |
| Kevin Sullivan | 6/30/2017 | 0.1 | Provide comments om final May MOR to S. Kotarba (A&M). |
| Kevin Sullivan | 7/20/2017 | 0.5 | Prepare schedule of the US Trustee fees due for 2Q17, by Debtor. |
| Kevin Sullivan | 7/26/2017 | 0.9 | Update the June MOR for the professional fees. |
| Kevin Sullivan | 8/13/2017 | 0.1 | Exchange emails with the Company to discuss filing of the June MOR. |
| Kevin Sullivan | 8/16/2017 | 0.7 | Update the June MOR draft for answers received re: the Debtor Questionnaire, new data for MOR - 4 and MOR - 5 aging tables and reviewed a new MOR-1a. |
| Kevin Sullivan | 8/17/2017 | 0.6 | Update the June MOR draft to include the MOR-4 Rider detail and MOR-1. |
| Kevin Sullivan | 8/21/2017 | 1.7 | Add the payments to professionals to the July MOR. |
| Kevin Sullivan | 8/22/2017 | 0.2 | Update the Company re: certain assumptions made when updating MOR-1c for the payments to professionals. |
| Kevin Sullivan | 8/22/2017 | 0.3 | Update the July MOR for cash balances provided by the Company. |
| Kevin Sullivan | 8/29/2017 | 0.4 | Add the July cash disbursements to the July MOR. |

> ### Combined - EFH & EFIH
> ### Time Detail by Activity by Professional
> ### May 1, 2017 through August 31, 2017

## UST Reporting Requirements

| Professional | Date | Hours | Activity |
|---|---|---|---|
| **Subtotal** | | **20.5** | |
| *Grand Total* | | 346.4 | |