## Exhibit D

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Professional Person | Position with the Applicant | Fees Billed In this application | Hours Billed In this application | Hourly Rate Billed | | Fees Billed |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In this Application | In the first Interim Application | In this application at First Interim Application billing rate |
| Gary Germeroth | Managing Director | 15.50 | $11,160.00 | $720 | $720 | $11,160.00 |
| | | | | | | |
| | **Totals:**[1] | **15.50** | **$11,160.00** | **$720.00** | | |

---

[1]    Blended hourly rate shown.

RLF1 18287719v.1