## Exhibit E

**Summary of Actual and Necessary Expenses for the Fee Period**

| **Expense**[1]   | **Amount** |
|------------------|-----------:|
| Lodging          | $0.00      |
| Airfare          | $0.00      |
| Taxi             | $0.00      |
| Travel Meals     | $0.00      |
| Vehicle Rental   | $0.00      |
| Copies & Postage | $0.00      |
| Other            | $37.00     |
| **Totals:**      | **$37.00** |

---

[1] Travel expense categories included in this table have been summarized compared to the Detailed Description of Expenses Incurred (Exhibit H).