**Exhibit G**

**Detailed Description of Services Provided**

RLF1 18287719v.1

FILSINGER ENERGY PARTNERS
EXHIBIT G

| Date | Project | Employee | Title | Rate | Matter | Hours | Fees | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/22/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 13 | 3.5 | $2,520.00 | Court Filings and Related Documents-Analyze the recovery of debt classes under the Disclosure Statement filed relative to the current purchase offer for Oncor/EFIH |
| 8/23/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 15 | 2.0 | $1,440.00 | Disclosure Statement-Analyze the provisions of the currently effective Disclosure Statement filed in the case; develop suggested edits to underlying document |
| 8/25/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 13 | 2.0 | $1,440.00 | Court Filings and Related Documents-Adjust the debt class recovery analysis to incorporate the Sempra Energy offer |
| 8/25/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 15 | 2.0 | $1,440.00 | Disclosure Statement-Review the Disclosure Statement redline documentation incorporating the Sempra offer |
| 8/29/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 13 | 3.0 | $2,160.00 | Court Filings and Related Documents-Analyze Sempra discussions with the Texas Public Utility Commission regarding potential acquisition of Oncor, conversations with PUCT personnel related to Sempra |
| 8/29/2017 | Energy Future Holdings | Gary Germeroth | Managing Director | $720 | 13 | 3.0 | $2,160.00 | Transmission and Distribution Charge Analysis-Analyze specific conditions and returns of latest Oncor rate case filed with the PUCT |
| | | | | | Total: | 15.50 | $11,160.00 | |

**Matter List**

| | |
|---|---|
| 1 Long-Range Forecast | 19 Project Administration |
| 2 Metric Analysis | 20 T&D Forecast |
| 3 Generation Analysis | 21 Fee Objection Discussion & Litigation |
| 4 Retail Analysis | 22 Fee Application |
| 5 Commodity Analysis | 23 Business Services Analysis |
| 6 Competitor Analysis | 24 Retail Margins |
| 7 EBITDA Projection | 25 T&D Market Research |
| 8 Environmental Analysis | 26 Wholesale Market Research |
| 9 Short-Range Forecast | 27 Retail Market Research |
| 10 Capital Projects | 28 Performance Analysis |
| 11 Wholesale Operations | 29 Sales, General & Administrative Analysis |
| 12 Retail Operations | 30 Portfolio Analysis |
| 13 T&D Operations | 31 Oncor Revenue Analysis |
| 14 Data Collection and Diligence | 32 Oncor Capital Analysis |
| 15 Reports | 33 Regulatory Analysis |
| 16 Hearings | 34 Claims & Settlement Issues |
| 17 On-Site Diligence | 35 Property Tax Analysis |
| 18 Project Management | 36 Analysis of Competitive Portfolios |