# EXHIBIT D

### Summary of Jenner & Block LLP Blended Hourly Rates
### (Customary And Comparable Compensation Disclosures)

| Timekeeper Category | | Worked and Billed in 2016 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | $714 | $1,083.02 |
| | Partner - Sr | $773 | $1,117.43 |
| | Partner - Mid | $687 | N/A |
| | Partner - Jr | $620 | $840.00 |
| **Associate** | | $482 | $725.00 |
| | Associate - Sr | $536 | $725.00 |
| | Associate - Mid | $529 | N/A |
| | Associate - Jr | $453 | N/A |
| **Total (including Staff Attys, Paralegals & Project Assistants)** | | $470 | $1,044.81 |

Case Name:            Energy Future Intermediate Holding Company LLC
Case Number:          14-10979 (CSS)
Applicant's Name:     Jenner & Block LLP
Date of Application:  October 17, 2017
Interim or Final:     Interim

2612201.2

=