## <u>EXHIBIT E</u>

**Summary of Jenner & Block LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Restructuring | $1,250 | 183.5 | $222,062.50 |
| Vincent E. Lazar | Partner | 1990 | Restructuring | $1,025 | 144.7 | $144,678.75 |
| Elizabeth Edmonson | Partner | 2007 | Litigation | $840 | 44.7 | $37,548.00 |
| Lorenzo DiSilvio | Associate | 2011 | Litigation | $725 | 10.0 | $7,250.00 |
| Irene Ten Cate | Associate | 2003 | Litigation | $725 | 22.5 | $16,312.50 |
| Toi Hooker | Paralegal | | Restructuring | $365 | 4.8 | $1,752.00 |
| Jeffrey Phillips | Paralegal | | Litigation | $365 | 1.5 | $547.50 |
| **TOTAL** | | | | | **411.7** | **$430,151.25** |

2612201.2

=