## EXHIBIT F

## Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---:|
| Telephone Expense | $477.00 |
| UPS | $14.02 |
| Pacer Charges | $2.10 |
| Color Copy | $6.25 |
| B&W Copy | $71.90 |
| Travel | $2,601.56 |
| **TOTAL** | **$3,172.83** |

2612201.2