# EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 380.3 | $405,970.00 |
| Employment and Fee Applications | 12.6 | $13,230.00 |
| Non-Working Travel | 18.8 | $10,951.25[1] |
| **TOTAL** | **411.7** | **$430,151.25** |

---

[1] Billed at one-half rates.

2612201.2