## EXHIBIT H

### Detailed Time Records for Jenner & Block LLP

## ENERGY FUTURES INTERMEDIATE HOLDING/PLAN AND DISCLOSURE (55152-10034)

| Date | Name | Orig.Hrs | Orig. Amt | Narrative |
|------|------|----------|-----------|-----------|
| 05/01/2017 | RICHARD B. LEVIN | 3.90 | 4,875.00 | Review Board dock to prepare for Board meeting (.7); attend Board meeting (3.2). |
| 05/01/2017 | VINCENT E. LAZAR | 3.20 | 3,280.00 | Participated in board meeting/planning session (3.0); telephone conference with R. Levin re same, potential outcomes (.2). |
| 05/08/2017 | RICHARD B. LEVIN | 0.80 | 1,000.00 | Telephone conferences D. Prager (.3); P. Gelston (.4), V. Lazar (.1) re strategy. |
| 05/09/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Emails with D. Prager, C. Cremens re plan strategy. |
| 05/09/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed board deck (advocacy deck) (.2); office conference with R. Levin re plan structure and financing issue (.1). |
| 05/10/2017 | RICHARD B. LEVIN | 2.40 | 3,000.00 | Confer V. Lazar re strategy (.3); Attend Board meeting (1.8); follow up telephone conference D. Prager (.3). |
| 05/10/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Office conference with R. Levin re chapter 11 plan process, costs, PIK and 2L positions; office conferences re results of board meeting. |
| 05/11/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Reviewed Elliot PI complaint, motion; telephone conference with R. Levin re same, potential conflict matter; reviewed RR report, related materials. |
| 05/11/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Telephone conference P. Gelston re plan strategy. |
| 05/12/2017 | VINCENT E. LAZAR | 1.30 | 1,332.50 | Attended board meeting (.5); reviewed McKane letter re Elliot (.2); attended telephonic status hearing (partial) (.4); telephone conference with R. Levin re Elliot options (.2). |
| 05/12/2017 | RICHARD B. LEVIN | 2.40 | 3,000.00 | Review Elliott complaint (1.0); prepare for and attend Board conference call re same (.7); attend status conference on Elliott complaint (.7). |
| 05/15/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Office conference with R. Levin re Elliot dispute, update. |
| 05/16/2017 | RICHARD B. LEVIN | 0.80 | 1,000.00 | Attend Board meeting re Elliott litigation, plan process. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 05/16/2017 | VINCENT E. LAZAR | 1.40 | 1,435.00 | Attended board update call (.7); reviewed holder list from D. Prager (.1); telephone conference with M. McKane and C. Husnick re K&E GSO and Angelo Gordon conflict re Elliot (.3); internal follow-up re discovery logistics (.3). |
| 05/17/2017 | RICHARD B. LEVIN | 1.50 | 1,875.00 | Meeting L. DiSilvio re Elliott discovery (.5); research re same (.2); telephone conference C. Husnick re same (.3); miscellaneous emails re same (.5). |
| 05/17/2017 | VINCENT E. LAZAR | 1.10 | 1,127.50 | Office conference with L. DiSilvio re background, subpoenas (.3); emails with L. DiSilvio re service, timing issues (.3); reviewed drafts (.2); telephone conference with L. DiSilvio re Angelo Gordon, timing, position on service, and follow-up re same (.3). |
| 05/17/2017 | LORENZO G. DI SILVIO | 5.70 | 4,132.50 | Met with R. Levin & V. Lazar to discuss matter; participated on call with C. Husnick to discuss matter; reviewed background materials; served third-party subpoenas. |
| 05/18/2017 | RICHARD B. LEVIN | 0.80 | 1,000.00 | Attend Board meeting (.5); research re Valuation issues (.3). |
| 05/18/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Emails with L. DiSilvio re service, discovery schedule (.2); reviewed discovery conference notice, email with L. DiSilvio re same (.2). |
| 05/18/2017 | LORENZO G. DI SILVIO | 0.30 | 217.50 | Followed up with Kirkland regarding third-party subpoenas responses. |
| 05/19/2017 | RICHARD B. LEVIN | 0.60 | 750.00 | Telephone conference D. Ying re strategy, valuation issues (.5); miscellaneous emails (.1). |
| 05/19/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Follow-up with L. DiSilvio re response deadline, telephonic hearing (.2); skimmed K&E letter to court (.1); reviewed emails re report on hearing (.2). |
| 05/19/2017 | LORENZO G. DI SILVIO | 1.30 | 942.50 | Email re: telephonic hearing; read discovery dispute letter. Reviewed discovery dispute letter; arranged call in to telephonic hearing on discovery dispute. |
| 05/25/2017 | LORENZO G. DI SILVIO | 0.60 | 435.00 | Spoke with J. Menitove regarding third-party subpoena to GSO. |
| 05/25/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Emails with L. DiSilvio re Elliot PI motion continuance. |
| 05/26/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Review valuation of Elliott proposal. |
| 05/30/2017 | LORENZO G. DI SILVIO | 0.80 | 580.00 | Discussed GSO's third-party subpoena response with J. Menitove. |
| 05/30/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Emails with L. DiSilvio re discovery search terms, GSO negotiations. |

2

2612201.2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 05/31/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Emails with J. Huston re Elliot adversary, reviewed docket and email with R. Levin re same. |
| 06/01/2017 | RICHARD B. LEVIN | 1.70 | 2,125.00 | Conference call C. Husnick, M. Thomas, V. Lazar re plan and break up fee issues (1.0); telephone conference V. Lazar re same (.2); Review board deck (.5). |
| 06/01/2017 | VINCENT E. LAZAR | 0.90 | 922.50 | Conference call re update on Elliot negotiations, fee split, potential conflict matters (.7); telephone conference with R. Levin re same (.2). |
| 06/01/2017 | LORENZO G. DI SILVIO | 0.20 | 145.00 | Discussed response to third-party subpoena with counsel to GSO; wrote memorandum to file summarizing discussion. |
| 06/02/2017 | RICHARD B. LEVIN | 1.70 | 2,125.00 | Attend Board call (.9); telephone conference P. Gelston re strategy (.5); telephone conference D. Prager re same (.3). |
| 06/02/2017 | VINCENT E. LAZAR | 1.20 | 1,230.00 | Attended board meeting. |
| 06/02/2017 | LORENZO G. DI SILVIO | 0.40 | 290.00 | Reviewed GSO objections and responses; discussed third-party subpoena with counsel to Angelo Gordon. |
| 06/05/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Email with L. DiSilvio re comments on discovery scope, reviewed proposals re same. |
| 06/05/2017 | LORENZO G. DI SILVIO | 0.30 | 217.50 | Wrote memorandum to file summarizing GSO proposal on searching for and producing documents in response to third-party subpoena. |
| 06/06/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Follow-up with R. Levin re Elliot, split proposal. |
| 06/09/2017 | LORENZO G. DI SILVIO | 0.10 | 72.50 | Discussed response to third-party subpoena with counsel for GSO. |
| 06/12/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Email with L. DiSilvio re GSO subpoena, timing (.2); reviewed Elliot extension notice (.1). |
| 06/12/2017 | LORENZO G. DI SILVIO | 0.20 | 145.00 | Calendared and communicated to counsel for GSO and Angelo Gordon new discovery deadlines. |
| 06/12/2017 | RICHARD B. LEVIN | 1.30 | 1,625.00 | Telephone conference G. Galardi re Elliott negotiations, allocations (.3); conference call P. Gelston, D. Prager re same (.5); review allocation analysis (.3); follow up emails (.2). |

3

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 06/13/2017 | RICHARD B. LEVIN | 2.90 | 3,625.00 | Review Elliott documents, board materials regarding allocation issues (1.2); telephone conference G. Galardi re background information for allocation (.5); Second telephone conference G. Galardi re same (.5); conference call P. Gelston, D. Prager re same (.7). |
| 06/14/2017 | LORENZO G. DI SILVIO | 0.10 | 72.50 | Discussed negotiations between the parties with counsel to the Debtors. |
| 06/15/2017 | RICHARD B. LEVIN | 1.90 | 2,375.00 | Review Warrant financial analysis (.4); Review Elliott term sheet (1.0); conference call P. Gelston D. Prager re same (.5). |
| 06/16/2017 | RICHARD B. LEVIN | 3.00 | 3,750.00 | Conference call P. Gelston, D. Prager re NEE termination fee analysis (.6); EFIH Board meeting (1.6); telephone conference M. Thomas re termination fee follow up emails (.4); telephone conference M. Kieselstein re same (.4). |
| 06/19/2017 | RICHARD B. LEVIN | 1.70 | 2,125.00 | Conference call C. Cremens, P. Gelston, D. Prager re termination fee negotiations (.6); telephone conference C. Husmick re same (.4); emails A. Needham re same (.2); emails re same (.4); telephone conference M. Thomas re same (.1). |
| 06/20/2017 | RICHARD B. LEVIN | 0.60 | 750.00 | Emails, telephone conference V. Lazar re termination fee issues (.4); telephone conference G. Galardi re same (.1); telephone conference C. Husnick re status of negotiations (.1). |
| 06/20/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Reviewed emails with client, Elliot, Proskauer, and telephone conference with R. Levin re negotiation process, fee allocation issue. |
| 06/21/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Attend Board meeting (.3); telephone conference P. Gelston re termination fee allocation (.2). |
| 06/21/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Attended EFIH board update, emails re same. |
| 06/22/2017 | RICHARD B. LEVIN | 0.80 | 1,000.00 | Termination fee research. |
| 06/22/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Emails with R. Levin, Cravath, Goldin re Elliot meeting, potential strategy. |
| 06/23/2017 | RICHARD B. LEVIN | 0.70 | 875.00 | Conference call C. Cremens, P. Gelston re termination (.5); follow up (.2). |
| 06/23/2017 | RICHARD B. LEVIN | 1.00 | 1,250.00 | Review revised Elliott term sheet (.8); telephone conference C. Husnick re same (.2). |

4

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 06/23/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Conference call with Cravath, Goldin teams, R. Levin re fee allocation methodology, plan updates, response for Elliot (.2); reviewed K&E marked Elliot term sheet (.3). |
| 06/27/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed renewed NextEra petition for rehearing. |
| 06/28/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Telephone conference with C. Husnick re update on plan options, emails to team re same. |
| 06/29/2017 | RICHARD B. LEVIN | 1.70 | 2,125.00 | Meeting Elliott, A. Wein, K. Bhavaraju re allocation issues. |
| 06/29/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Review Board deck. |
| 06/29/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed PUC ruling, press (.2); telephone conference with R. Levin re plan proposal (.2). |
| 06/30/2017 | VINCENT E. LAZAR | 1.60 | 1,640.00 | Reviewed restructuring deck (.4); attended board meeting re plan options (1.2). |
| 06/30/2017 | RICHARD B. LEVIN | 2.80 | 3,500.00 | Research termination fee allocation (.3); telephone conference C. Cremens re same (.3); Board meeting re plan (1.6); conference call P. Gelston, D. Prager re allocation (.6). |
| 07/02/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Telephone conference C. Cremens re allocation issues. |
| 07/03/2017 | RICHARD B. LEVIN | 3.70 | 4,625.00 | Review and comment on revised plan and merger agreement. |
| 07/04/2017 | RICHARD B. LEVIN | 1.40 | 1,750.00 | Telephone conference A. Yenamandra re plan draft (.4); telephone conference A. Sexton re tax issues on plan (.2); review Board resolution drafts (.3); review Motion to approve merger agreement (.5). |
| 07/05/2017 | RICHARD B. LEVIN | 4.90 | 6,125.00 | Conference C. Cremens, P. Gelston, D. Prager re allocation issues (.9); telephone conference M. Kieselstein re BHE termination fee (.3); telephone conference C. Cremens re same (.6); telephone conference P. Gelston re same (.2); emails re plan draft (.2); review revised draft (2.6); Review Elliott letter to Board (.1). |
| 07/05/2017 | VINCENT E. LAZAR | 0.70 | 717.50 | Skimmed draft plan and merger agreement (.5); reviewed R. Levin comments and emailed with R. Levin re same (.2); reviewed draft resolutions from Kirkland & Ellis (.2). |
| 07/06/2017 | RICHARD B. LEVIN | 1.50 | 1,875.00 | Review plan revisions (.1); telephone conference C. Husnick, A. Yanamandra re same (.3); review revised plan draft (.4); review Board deck (.5); telephone conference C. Cremens re status (.2). |

5

| | | | | |
|---|---|---|---|---|
| 07/06/2017 | RICHARD B. LEVIN | 1.60 | 2,000.00 | Telephone conference C. Cremens, C. Husnick re Board meeting (.3); Attend Board meeting (1.3). |
| 07/06/2017 | VINCENT E. LAZAR | 1.50 | 1,537.50 | Reviewed Elliot letter to board (.2); attended board meeting re BH plan, Elliot lack of executability and related issues (1.0); reviewed R. Levin, Kirkland emails and comments re escrow issue and impact on fee allocation (.3) |
| 07/07/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Review fee allocation analysis (.2); miscellaneous emails (.3). |
| 07/07/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Reviewed BH, Eilliot press reports and plants (.3); reviewed plan, disclosure statement, termination letters and scheduling motion (.5). |
| 07/10/2017 | RICHARD B. LEVIN | 0.60 | 750.00 | Review and comment on plan draft. |
| 07/10/2017 | RICHARD B. LEVIN | 0.90 | 1,125.00 | Research allocation issues. |
| 07/10/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Reviewed NextEra response letter and press re Elliot plan and recoveries (.3); reviewed Elliot interest and fee allocation materials from D. Prager (.2). |
| 07/11/2017 | RICHARD B. LEVIN | 0.90 | 1,125.00 | Review Elliott letter re deal, supporting materials (.4); emails re same (.2); emails re allocation negotiation (.3). |
| 07/11/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed exchange of letters with Elliott and revised hearing agenda (.3); reviewed email from R. Levin re allocation negotiation meeting (.1). |
| 07/12/2017 | RICHARD B. LEVIN | 1.20 | 1,500.00 | Emails re status conference hearing (.2); conference call P. Gelston, D. Prager re allocation issues (.8); telephone conference B. Williamson re fee allocations (.2). |
| 07/12/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Attended status hearing (telephonic) re plan scheduling, Eilliot and BH issues (.6); reviewed follow-up emails (.2). |
| 07/14/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Attended board meeting with restructuring update. |
| 07/14/2017 | RICHARD B. LEVIN | 2.90 | 3,625.00 | Telephone conference C. Cremens re allocation issues (.2); Attend Board call (1.0); review Elliott correspondence (.2); research re EFH allocation issue (1.3); telephone conference P. Gelston re same (.2). |
| 07/14/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Telephone conferences M. Kieselstein re fee allocations. |
| 07/14/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed Elliot/K&E letters, K&E chart analyzing same. |
| 07/16/2017 | RICHARD B. LEVIN | 1.20 | 1,500.00 | Emails re professional fee allocations (.2); research re allocations (1.0). |

6

| | | | | |
|---|---|---|---|---|
| 07/17/2017 | RICHARD B. LEVIN | 1.30 | 1,625.00 | Research re termination fee allocation (.6); telephone conference T. Horton, A. Yenamandra re allocations (.5); review NEF termination correspondence (.2). |
| 07/17/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Allocation research (.5). |
| 07/17/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed discovery letters, email with R. Levin re background for Tuesday discovery conference. |
| 07/18/2017 | RICHARD B. LEVIN | 3.40 | 4,250.00 | Telephone conference J. Stuart (A&M) re fee allocations (.2); memo re same (3.2). |
| 07/18/2017 | IRENE M. TEN CATE | 1.20 | 870.00 | Reviewed case materials (0.5); discussed matter with V. Lazar, R. Levin and A. Lichtman (0.4); participated in conference call re. proposed scheduling order (0.3). |
| 07/18/2017 | VINCENT E. LAZAR | 0.70 | 717.50 | Telephone conference with R. Levin re discovery, litigation preparation (.2); follow-up emails with I. Ten Cate re documents, background (.1); conference call with Ropes & Gray, Kirkland re discovery disputes, scheduling (.4). |
| 07/19/2017 | RICHARD B. LEVIN | 2.90 | 3,625.00 | Revise allocation memo (.3); conference call P. Gelston, D. Prager re same (.8); revise allocation memo (1.8). |
| 07/19/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Telephone conference with R. Levin, reviewed letters re termination fee dispute and analysis of same. |
| 07/20/2017 | RICHARD B. LEVIN | 2.70 | 3,375.00 | Prepare for board meeting (.2); attend Board meeting (1.1); conference call client, P. Gelston, D. Prager re allocation issues (.6); telephone conference M. Thomas re same (.5); follow up email(.3). |
| 07/20/2017 | VINCENT E. LAZAR | 1.30 | 1,332.50 | Attended board meeting re Elliot, BH update, strategy (1.1); follow-up call with R. Levin re same (.2). |
| 07/21/2017 | RICHARD B. LEVIN | 3.90 | 4,875.00 | Prepare for meeting with Elliott re allocation issues (.7); attend meeting (2.2); telephone conference C. Cremens re same (.3); telephone conference M. Thomas re same (.6); review correspondence re scheduling (.1). |
| 07/21/2017 | VINCENT E. LAZAR | 1.40 | 1,435.00 | Reviewed letters re position on scheduling order (.3); attended scheduling hearing (telephonic) (.5); telephone conference with R. Levin re same, participation in NEE negotiations and workplan (.3); reviewed discovery requests (.3). |

7

2612201.2

| | | | | |
|---|---|---|---|---|
| 07/22/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Telephone conference call M. Kieselstein re status, Elliott issues, scheduling. |
| 07/23/2017 | RICHARD B. LEVIN | 1.10 | 1,375.00 | Telephone conference V. Lazar re status; NEE Termination Fee, Elliott motions, discovery (.4); Prepare materials for E. Edmondson re Elliott and NEE disputes (.5); emails re Cremens, Prager depositions (.2). |
| 07/23/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Telephone conference with R. Levin re update on NEE discussions, potential additional conflict issue, allocation dispute with EFH (.4); skimmed draft NEE complaint (.2); reviewed deposition notices (.2). |
| 07/24/2017 | RICHARD B. LEVIN | 2.30 | 2,875.00 | Telephone conference D. Prager re Elliott depositions (2); Meeting E. Edmondson, I. Ten Cate re background of allocation, termination and BHE agreement issues (1.8); review and revise BHE approval order (.3). |
| 07/24/2017 | IRENE M. TEN CATE | 2.20 | 1,595.00 | Met with V. Lazar, R. Levin and E. Edmondson (1.5); reviewed case materials in advance of meeting (0.7). |
| 07/24/2017 | ELIZABETH A. EDMONDSON | 3.00 | 2,520.00 | Reviewed background documents (1.0); participated in background information meeting and call with R. Levin, V. Lazar, and I. Ten Cate (2.0). |
| 07/24/2017 | VINCENT E. LAZAR | 4.10 | 4,202.50 | Conference call with R. Levin, E. Edmundson, I. Ten Cate, re preparation, background for break-up fee negotiation, NEE litigation, related matters, prepared for same (1.7); emails with A. Terteryan re scheduling, duplicative depositions (.2); reviewed MA order language, R. Levin comments re same (.2); attended BHE 30(b)(96) deposition (2.0). |
| 07/25/2017 | RICHARD B. LEVIN | 1.00 | 1,250.00 | Review motions and objections to motions for scheduling and adjournment of merger agreement hearing (.8); telephone conference V. Lazar re same (.2). |
| 07/25/2017 | VINCENT E. LAZAR | 5.90 | 6,047.50 | Attended Moelis 30(b)(6) deposition (2.5); attended Horton deposition (2.2); emails with J. Huston re Wednesday hearing, NextEra update (.2); emails, telephone conference with R. Levin re update on depositions, potential conflict issues at 7/26 hearing and allocation dispute (.3); reviewed motions, objections for 7/26 hearing (.7). |

8

2612201.2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 07/25/2017 | ELIZABETH A. EDMONDSON | 0.40 | 336.00 | Reviewed R. Levin memorandum and emails re depositions. |
| 07/26/2017 | RICHARD B. LEVIN | 1.30 | 1,625.00 | Telephone conference V. Lazar re BHE merger agreement (.2); emails re scheduling hearing (.3); review reports on hearing (.8). |
| 07/26/2017 | VINCENT E. LAZAR | 9.00 | 9,225.00 | Prepared for and attended contested hearing on continuance of merger agreement approval hearing. |
| 07/27/2017 | RICHARD B. LEVIN | 0.80 | 1,000.00 | Telephone conference V. Lazar re BHE merger agreement hearing, discovery (.5); telephone conference M. McKane re same, NEE termination fee (.3). |
| 07/27/2017 | RICHARD B. LEVIN | 1.20 | 1,500.00 | Telephone conference V. Lazar re discovery for Elliott (.2); telephone conference P. Gelston re NEE fee, board meeting (.2); telephone conference C. Cremens re status (.2); review recovery analysis (.2); review and revise Elliott discovery (.4). |
| 07/27/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Telephone conference with R. Levin, and prepared discovery requests re Elliot financial interest (.3); follow-up emails with M. McKane, R. Levy re same (.1); reviewed deposition and discovery notices (.2); follow-up re same (.2). |
| 07/27/2017 | IRENE M. TEN CATE | 1.00 | 725.00 | Reviewed background materials in preparation for meeting with NextEra (1.0). |
| 07/28/2017 | RICHARD B. LEVIN | 3.60 | 4,500.00 | Telephone conference B. Stephany re Elliott deposition schedule (.2); emails re same (.2); meeting with Kirkland, NextEra re termination fee issues (1.7); Confer Kirkland team and client re plan issues and strategy (1.2); telephone conference D. Prager re deposition (.1); telephone conference V. Lazar re NEE, Plan (.2). |
| 07/28/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Revise allocation memo (.3); telephone conference V. Lazar re same (.2). |

2612201.2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 07/28/2017 | VINCENT E. LAZAR | 2.30 | 2,357.50 | Attended board update call (.7); follow-up with K&E re discovery requests (.2); telephone conference with R. Levin re results of NextEra meeting (.2); reviewed additional deposition notices (.2); reviewed, commented on expense allocation memorandum (.4); telephone conference with R. Levin re memorandum comments, allocation methodology (.2); emails with I. Ten Cate re preparation for Cremens deposition, hearing testimony (.2); reviewed fee spreadsheet, telephone conference with R. Levin re same (fee allocation (.2). |
| 07/28/2017 | IRENE M. TEN CATE | 2.60 | 1,885.00 | Participated in meeting between EFH and NextEra to discuss dispute re. breakup fee (2.0); participated in meeting EFH representatives and counsel (0.4); exchanged emails with Jenner and Kirkland attorneys re. deposition dates and transcripts (0.2). |
| 07/29/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Reviewed Elliot 60(b) motion, exhibits. |
| 07/31/2017 | VINCENT E. LAZAR | 2.10 | 2,152.50 | Office conference with R. Levin re Elliot 60(b), depositions (.2); reviewed discovery scheduling correspondence, email with R. Levin, K&E re same (.3); reviewed parties' proposed search term parameters (.2); attended discovery conference (.7); emails re coordinating session, Cremens deposition (.1); reviewed NextEra administration expense motion (.3); reviewed deposition notices (.2) skimmer search term proposals (.1). |
| 07/31/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Emails re Elliott discovery. |
| 07/31/2017 | RICHARD B. LEVIN | 1.10 | 1,375.00 | Review Elliott and NexEra motions regarding Termination Fee. |
| 08/01/2017 | RICHARD B. LEVIN | 2.30 | 2,875.00 | Telephone conference M. Thomas re termination fee, allocations (.8); telephone conference Gelston re same (.5); emails re Cremens and Prager depositions (.4); telephone conference M. McKane, M. Thomas re same (.6). Telephone conference C. Cremens re deposition sale (.4); telephone conference P. Gelston re same (.5); telephone conference M. Thomas re potential conflict issue (.3). |
| 08/01/2017 | RICHARD B. LEVIN | 1.20 | 1,500.00 | Emails with R. Levin re coordination on hearing, depositions, potential litigation. |
| 08/01/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed deposition and hearing transcripts in preparation for |
| 08/01/2017 | IRENE M. TEN CATE | 3.30 | 2,392.50 | |

10

2612201.2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | depositions. |
| 08/02/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Emails re plan analysis (.2); telephone conference J. Spraygren re Elliott motion (.2). |
| 08/03/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Emails re termination fee pleading. |
| 08/03/2017 | RICHARD B. LEVIN | 1.60 | 2,000.00 | Review draft termination fee pleadings; (.4); emails re same (.3); telephone conference P. Gelston re same (.1); telephone conference C. Cremens re same (.7); telephone conference J. Huston re same (.1). |
| 08/03/2017 | RICHARD B. LEVIN | 1.40 | 1,750.00 | Prepare for meeting re Elliott discovery (.4); telephone conference V. Lazar re same (.2); Review prior documents re same (.8). |
| 08/03/2017 | VINCENT E. LAZAR | 2.00 | 2,050.00 | Attended meet and confer with K&E, Ropes (.7); emails with R. Levin re hearing, deposition coordination (.1); emails with K&E re need for pricing information from Elliot (.2); emails, telephone conference with R. Levin re position on NextEra motion, merger agreement hearing preparation (.3); reviewed draft motion (.2); reviewed draft complaint (.3); skimmed complaint, motion as filed (.2). |
| 08/03/2017 | IRENE M. TEN CATE | 1.30 | 942.50 | Reviewed draft complaint, motion to consolidate, and motion to shorten notice (1.0); exchanged emails re. deposition and hearing transcripts (0.3). |
| 08/04/2017 | RICHARD B. LEVIN | 3.80 | 4,750.00 | Meeting with Kirkland to prepare for Cremens and Prager depositions, NEE fee litigation (2.9); telephone conference J. Huston re same (.3); telephone conference M. Thomas re same (.2); prepare for EFH allocation meeting (.4). |
| 08/04/2017 | VINCENT E. LAZAR | 2.70 | 2,767.50 | Conference call with K&E team re coordination session on NextEra and Elliot disputes, preparation for depositions, related issues (2.0); conference call re search terms (partial) (.3); conference call with R. Levin re follow-up on same, preparation for depositions and litigation (.3); email with I. Ten Cate re Horton deposition (.1). |
| 08/04/2017 | IRENE M. TEN CATE | 2.30 | 1,667.50 | Coordination meeting with several attorneys from Kirkland and Cravath (1.6); breakout meetings with R. Levin and P. Gelston (0.7). |

11

| 08/06/2017 | RICHARD B. LEVIN | 2.60 | 3,250.00 | Prepare memo re allocation (2.4); emails re depositions (.2). |
|---|---|---|---|---|
| 08/06/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Emails with R. Levin, team, re Prager and Cremens preparation, meeting with M. Thomas (.2); reviewed materials for M. Thomas meeting (.3); reviewed Elliot document requests and IROGs to Debtors (.3). |
| 08/06/2017 | IRENE M. TEN CATE | 0.40 | 290.00 | Discussed developments in matter and preparation for depositions with E. Edmondson. |
| 08/06/2017 | ELIZABETH A. EDMONDSON | 0.50 | 420.00 | Conferred with I. Ten Cate re background on EFIH dispute. |
| 08/07/2017 | RICHARD B. LEVIN | 2.30 | 2,875.00 | Prepare for EFH allocation meeting (.5); attend meeting (1.8). |
| 08/07/2017 | RICHARD B. LEVIN | 1.10 | 1,375.00 | Review miscellaneous pleadings re discovery disputes and emails re discovery schedule (.5); review Elliott Merger Agreement (.6). |
| 08/07/2017 | VINCENT E. LAZAR | 2.30 | 2,357.50 | Attended telephonic hearing re discovery dispute (.9); office conference with M. Thomas et al re negotiations concerning expense allocations (1.2); reviewed updated calendar, deposition schedules (.2). |
| 08/07/2017 | ELIZABETH A. EDMONDSON | 1.30 | 1,092.00 | Reviewed materials (.3); reviewed court filings (.5); emailed  with R. Levin and V. Lazar re depositions (.1); emailed with J. Phillips re preparation for depositions (.4). |
| 08/07/2017 | JEFFREY K. PHILLIPS | 1.50 | 547.50 | Downloaded and organized production and other case files; met with E. Edmondson re case status and upcoming depositions; prepared deposition calendar reminders for attorney. |
| 08/07/2017 | TOI D. HOOKER | 0.80 | 292.00 | Redacted emails documents for production. |
| 08/08/2017 | VINCENT E. LAZAR | 3.20 | 3,280.00 | Reviewed email exchanges re Cremens, Goldin emails and documents, meet and confer discussions, and telephone conference with R. Levin re same (.3); skimmed Ropes changes to draft merger agreement (.2); emails re EFIH DD production (.2); telephone conference with A. Lichtman and emails with K&E re production history, process, update (.4); reviewed Cremens, Prager, Levin emails for relevance, privilege, and follow-up with T. Hooker re production of same (1.5); follow-up re collection, production of documents (.6). |

12

2612201.2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/08/2017 | RICHARD B. LEVIN | 5.30 | 6,625.00 | Prepare for Prager deposition preparation (1.6); confer E. Edmondson re same (.9); meeting D. Prager to prepare for deposition (2.1); emails with Ropes re document production (.4); telephone conferences J. Ganter, V. Lazar re same (.3). |
| 08/08/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Telephone conference V. Lazar re Prager production; review documents (.3). |
| 08/08/2017 | IRENE M. TEN CATE | 2.60 | 1,885.00 | Prepared memorandum re. 8/4/2017 coordination meeting. |
| 08/08/2017 | ELIZABETH A. EDMONDSON | 3.50 | 2,940.00 | Reviewed background materials, including I. Ten Cate memo, R. Levin edits, previous notes, and filings, in preparation for meeting with R. Levin (1.0); participated in meeting with R. Levin re Prager and Cremens depositions (1.0); communicated with Kirkland re access to documents (.3); reviewed additional background documents including board minutes and correspondence between the parties (1.2). |
| 08/08/2017 | TOI D. HOOKER | 1.00 | 365.00 | Redacted email communications (.7); prepared email communications for production (.3). |
| 08/09/2017 | VINCENT E. LAZAR | 3.50 | 3,587.50 | Drafted, revised EFIH production letter (.5); skimmed K&E production (.3); office conferences with T. Hooker re proceeding emails, Accellion (.3); reviewed and designated additional Cremens documents, and reviewed and approved documents for production (1.3); telephone conferences with K&E, Proskauer et al re production, depositions, related matters (.4); reviewed merger agreement objections (.5); forwarded Elliot objection, and emails with client, team, re same (.2). |
| 08/09/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Emails re Elliott document production, regulatory issues. |
| 08/09/2017 | ELIZABETH A. EDMONDSON | 1.00 | 840.00 | Reviewed Elliott's motion and related documents. |
| 08/09/2017 | TOI D. HOOKER | 3.00 | 1,095.00 | Prepared additional documents for production (1.5); service of production to list serve(.5); resolved issues re same (1.0). |

13

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/10/2017 | VINCENT E. LAZAR | 7.60 | 7,790.00 | Attended Keglavic deposition (telephonic) (3.9); telephone conference with E. Edmundson re same, potential update to Prager preparation (.3); attended Ying deposition (telephonic), report on same (2.9); reviewed preparation outline, commented on same (.3); skimmed BHE, Elliot discovery responses (.2). |
| 08/10/2017 | RICHARD B. LEVIN | 2.20 | 2,750.00 | Review Elliott objection to BHE agreement (.5); prepare for C. Cremens deposition (1.7). |
| 08/10/2017 | ELIZABETH A. EDMONDSON | 4.30 | 3,612.00 | Participated by phone in Keglevic deposition (3.0); summarized Keglevic deposition in email to R. Levin and V. Lazar (.3); participated by phone in Ying deposition (1.0). |
| 08/11/2017 | RICHARD B. LEVIN | 7.40 | 9,250.00 | Attend Prager deposition (4.0); confer P. Gelston re alternative proposal (.8); telephone conference C. Cremens re deposition preparation (1.3); telephone conference V. Lazar re depositions (.3); Prepare for Board meeting (.2); attend Board meeting (.8). |
| 08/11/2017 | VINCENT E. LAZAR | 6.10 | 6,252.50 | Attended Horton deposition (2.2); attended update call with Kirkland & Ellis and DDs re potential strategy (.5); attended  hearing on consolidation motion (telephonic) and reported on same (.8); conference call re Cremens deposition preparation and reviewed deposition documents and board presentations and worked on same (1.7); attended board meeting re restructuring update and potential strategy (.7); emailed with Ropes re scheduling (.1); followed up with R. Levin re Cremens preparation (.1). |
| 08/11/2017 | ELIZABETH A. EDMONDSON | 5.50 | 4,620.00 | Participated in meeting with R. Levin, D. Prager, and P. Gelston to prepare for Prager deposition (.6); attended Prager deposition (3.5); conferred with R. Levin, P. Gelston, and D. Prager re Sempra offer (.7); participated in call with C. Cremens, R. Levin, P. Gelston, and D. Prager re Sempra offer and preparation for deposition (.7). |
| 08/12/2017 | ELIZABETH A. EDMONDSON | 1.00 | 840.00 | Reviewed email correspondence and case filings. |
| 08/13/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Telephone conference A. McGaan re Cremes deposition. |

14

2612201.2

| | | | | |
|---|---|---|---|---|
| 08/14/2017 | RICHARD B. LEVIN | 1.40 | 1,750.00 | Email re allocation issues (.2); telephone conference A. McGaan re Cremens depo (.2); telephone conference B. Stephany re same (.2); Prepare for C. Cremens meeting re deposition (.5); telephone conference M. McKane re same (.3). |
| 08/14/2017 | RICHARD B. LEVIN | 5.20 | 6,500.00 | Meeting C. Cremens to prepare for deposition (2.0); telephone conference V. Lazar re Cremens direct testimony (.2); telephone conference D. Prager re document production (.5); Confer E. Edmondson re same and Cremens deposition (.7); telephone conference M. Esser re same (.3); prepare response to document production request (1.0); review, emails re pre-trial order (.5). |
| 08/14/2017 | VINCENT E. LAZAR | 3.70 | 3,792.50 | Attended Goodman deposition (partial) (2.0); attended Cremens deposition preparation (1.5); emailed with R. Levin and E. Edmondson re written direct examinations (.2). |
| 08/14/2017 | ELIZABETH A. EDMONDSON | 5.20 | 4,368.00 | Prepared C. Cremens for deposition (with R. Levin) (1.8); conferred with R. Levin re economics of new deal with D. Prager (.5); discussed tasks with V. Lazar and R. Levin (.2); discussed with R. Levin response to Ropes & Gray request for documents (.7); communicated with Kirkland & Ellis re documents and process (.3); drafted response to Ropes re request for additional Prager documents (including review of relevant authorities) (1.0); reviewed documents in preparation for C. Cremens deposition (.7). |
| 08/14/2017 | IRENE M. TEN CATE | 5.60 | 4,060.00 | Prepared memorandum summarizing meeting with NextEra representatives. |
| 08/15/2017 | RICHARD B. LEVIN | 6.10 | 7,625.00 | Attend C. Cremens deposition (5.9); telephone conference V. Lazar re same (.2). |

15

2612201.2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/15/2017 | RICHARD B. LEVIN | 4.90 | 6,125.00 | Telephone conference P. Gelston re regulatory issues, August 21 hearing (.2); telephone conference M. McKane re August 21 hearing (.2); email A. Needham re tax issues (.3); prepare for C. Cremens August 21 testimony (.8); conference call Oncor counsel re regulatory issues (.9) Follow up call V. Lazar re same (.2); Review BHE termination fee (.3); telephone conference P. Villareal re regulatory issues (.4); review BHE termination fee and alternative (.6); review draft reply to Elliott objection to BHE transaction (1.0). |
| 08/15/2017 | VINCENT E. LAZAR | 9.70 | 9,942.50 | Attended Cremens deposition (3.8); attended Abel decision (partial) (2.2); attended regulatory call with Oncor counsel (.7); call with R. Levin and P. Gelston re regulatory analysis (.3); reviewed documents re potential new proposal and emailed re same (.7); worked on Cremens direct testimony (2.0). |
| 08/15/2017 | ELIZABETH A. EDMONDSON | 5.30 | 4,452.00 | Assisted in defense of Cremens deposition (4.8); conferred with Kirkland and R. Levin re preparation for Cremens direct at hearing (.3); follow-up re triggers for termination fee under Berkshire Agreement (.2). |
| 08/16/2017 | RICHARD B. LEVIN | 2.10 | 2,625.00 | Telephone conference P. Villareal re regulatory process (.4); telephone conference P. Gelston re same and re alternative plans (.4); Review revision to BHE Approval Order (.1); telephone conference emails E. Edmondson to prepare for C. Cremens testimony (.3); review Elliott correspondence and filings (.4); telephone conference V. Lazar and emails re same (.5). |
| 08/16/2017 | RICHARD B. LEVIN | 1.50 | 1,875.00 | Revise Cremens direct testimony draft (.8); emails re Tax Matters Agreement (.2); prepare for Cremens live testimony on BHE Agreement (.2); emails re new discovery (.3). |
| 08/16/2017 | ELIZABETH A. EDMONDSON | 2.30 | 1,932.00 | Sent deposition transcript to C. Cremens for review (.3); conducted research re writings used to refresh recollections (1.0); emailed with R. Levin re writings used to refresh recollections (.5); reviewed correspondence between the parties, including letter to C. Cremens from Elliott (.5). |

16

2612201.2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/16/2017 | VINCENT E. LAZAR | 8.80 | 9,020.00 | Emails with K&E, R. Levin re potential modifications to BHE approval order (.2); attended Wood deposition (3.7); reviewed additional proposed BHE order changes (.2); emails, telephone conference with R. Levin re Cremens direct testimony issues (.2); telephone conference with R. Levin re designation strategy, Wood testimony, Cremens preparation (.3); reviewed new deposition notices, discovery emails and emails with R. Levin re same (.3); emails re update on Sempra, BHE negotiations (.2); reviewed letter to EFIH board from Elliot re purported fiduciary obligations (.2); prepared direct testimony draft for C. Cremens, circulated same internally and reviewed comments to same (3.5). |
| 08/17/2017 | RICHARD B. LEVIN | 2.10 | 2,625.00 | Telephone conference P. Gelston re new developments, strategy (.5); telephone conference M. McKane re discovery; telephone conference V. Lazar, E. Edmondson re same and re strategy (.3); telephone conference C. Cremens re same (.2); Emails re regulatory due diligence(.4); emails re same (.2); review draft re additional deposition notices (.1); telephone conference M. Kieselstein re pending deals (.4). |
| 08/17/2017 | RICHARD B. LEVIN | 6.60 | 8,250.00 | Conference call C. Cremens, advisors re plan alternatives (1.9); telephone conference M. Thomas re same (.5); emails re same (.2); telephone conference P. Gelston re same (.4); Review deposition designations (1.0); Review BHE vs. alternative deal analysis (.2); emails re designations and discovery (.5); telephone conference V. Lazar re same (.2); review and revise C. Cremens written direct (1.2); Review Board package (.5). |

2612201.2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/17/2017 | ELIZABETH A. EDMONDSON | 5.00 | 4,200.00 | Reviewed and revised Cremens direct testimony draft (.8); conferred with M. McKane, R. Levin et al. re potential depositions (.3); conferred with R. Levin re Sempra offer (.1); corresponded with Kirkland re deposition designations (.3); reviewed Cremens transcript for possible errata (1.3); communicated with team and with C. Cremens re lack of errata (.2); reviewed deposition designations of Prager and Cremens and suggested counter-designations (1.0); communicated with team re deposition designations (.2); reviewed and commented on correspondence from Ropes re allegations re Cremens (.8). |
| 08/17/2017 | VINCENT E. LAZAR | 8.20 | 8,405.00 | Telephone conference with M. Thomas re EFH position on potential pivot (.2); telephone conference with M. McKane re additional depositions, designation fight, Cremens coordination, related matters (.3); telephone conference with R. Levin re Oncor call, independent analysis by EFIH DDAs (.2); emails with K&E, client, re second round of deposition notices (.2); telephone conference with S. Kelly re dispute background, regulatory analysis (.3); emails with R. Levin, P. Gelston re company position on Oncor regulatory risk evaluation (.2); reviewed Elliot, K&E discovery letters re second round (.2); reviewed BHE/Sempra comparison from Goldin (.2); reviewed K&E termination fee matrix (.2); reviewed redline BHE agreement amendment (.2); attended Rosenbaum deposition (4.0); attended Oncor/Sempra update call with client, including fiduciary analysis and preparation for testimony (1.8); skimmed Prager, Cremens deposition designations (.3); reviewed declaration comments from K&E (.2). |
| 08/17/2017 | SUEDEEN G. KELLY | 0.00 | 0.00 | Teleconferenced with V. Lazar re PUCT issue. |

2612201.2

| | | | | |
|---|---|---|---|---|
| 08/18/2017 | RICHARD B. LEVIN | 7.40 | 9,250.00 | Emails with Ropes re discovery issues (.2); conference call C. Cremens, legal team re strategic options (1.3); Board meeting (1.7); Review discovery dispute correspondence, Elliott Board letter (.3); Telephonic hearing re discovery dispute (.9); conference call C. Cremens, legal team re Board meeting follow up (1.3); Revise Cremens direct testimony (1.3). |
| 08/18/2017 | ELIZABETH A. EDMONDSON | 2.20 | 1,848.00 | Listened in to attend court conference (1.0); communicated with R. Levin and V. Lazar re court conference, hearing, meet and confers, etc. (.5); communicated with M. Thompson of K&E re meet and confers (.2); .reviewed filings in preparation for meet and confers (.5). |
| 08/18/2017 | VINCENT E. LAZAR | 6.10 | 6,252.50 | Telephone conference with M. Thomas re case management conference, Sempra proposal (.3); emails with R. Levin, P. Gelston re designation process (.2); conference call with client, EFIH DDAs re update on Sempra, hearing preparation, follow-up re same (.8); reviewed, responded to emails re BHE designation agreement, merger agreement changes (.2); attended board meeting (1.5); attended chambers call re Sempra discovery dispute (.7); conference call with client, P. Gelston, R. Levin et al re update on Sempra, BHE, hearing and preparation for same (1.8); prepared non-confidential Rosenbaum deposition testimony summary for C. Cremens preparation (.5); revised Cremens direct testimony, circulated same (.7); reviewed transcripts, preparation materials for Monday hearing (.4). |
| 08/19/2017 | RICHARD B. LEVIN | 3.80 | 4,750.00 | Revise Cremens written direct testimony (1.2); emails with Kirkland re same (.2); telephone conference C. Cremens re same (.3); Prepare for BHE approval hearing (1.2); telephone conference A. Yenamandra, C. Husnick re BHE amendment (.3); review and revise amendment (.2); telephone conference V. Lazar re Keglevic deposition and emails re same (.3). |

19

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 08/19/2017 | ELIZABETH A. EDMONDSON | 1.10 | 924.00 | Prepared for meet and confer call re objections to Cremens and Prager deposition designations (.5); participated in meet and confer call re objections to Cremens and Prager deposition testimony (.4); summarized results of meet and confer call to team (.2). |
| 08/19/2017 | VINCENT E. LAZAR | 2.30 | 2,357.50 | Reviewed Cremens direct changes, emails with R. Levin re service (.2); attended Keglavic deposition (partial) (1.7); telephone conference with R. Levin re preparation for Monday hearing (.2); emails with P. Gelston, R. Levin re responses to issues raised during Keglavic deposition (.2). |
| 08/20/2017 | RICHARD B. LEVIN | 6.20 | 7,750.00 | Telephone conference M. Thomas re alternative bid, August 21 hearing (.4); telephone conference M. Kieselstein re same (.4); telephone conference P. Gelston re same (.3); Advisors conference call re alternative bid (.7); telephone conference P. Gelston re same (.2); Board pre-call with DDs re same (1.0); Board call re same (1.4); telephone conference B. Stephany, M. McKane, J. Huston re August 21 hearing (.4); emails re same (.2); Prepare for August 21 hearing (1.2). |
| 08/20/2017 | ELIZABETH A. EDMONDSON | 3.10 | 2,604.00 | Prepared for meet and confer call re objections to C. Cremens testimony (1.2); participated in meet and confer call re objections to C. Cremens testimony and simultaneously prepared notes for argument at hearing re objections to C. Cremens testimony (1.2); finalized notes for argument at hearing re objections to C. Cremens testimony (.4); corresponded with R. Levin, V. Lazar, and B. Stephany re preparations for hearing (.3). |
| 08/20/2017 | VINCENT E. LAZAR | 4.10 | 4,202.50 | Conference call with K&E, DDAs re legal background, documentation re Sempra offer (.6); emails with R. Levin, E. Edmondson re Cremens direct, related issues (.2); attended DDA call re analysis of Sempra offer (.9); reviewed board deck, analysis (.3); reviewed BHE merger agreement amendments (.2); attended board call re analysis of Sempra proposal, regulatory risk, related matters (1.6); skimmed Sempra MA, offer, related materials (.3). |
| 08/21/2017 | RICHARD B. LEVIN | 1.20 | 1,500.00 | Attend hearing on merger agreement. |

20

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 08/21/2017 | RICHARD B. LEVIN | 0.80 | 1,000.00 | Confer C. Cremens, P. Gelston re Sempra agreement (.4); confer M. McKane re same (.4). |
| 08/21/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed press, hearing report (.2); telephone conference with R. Levin re Sempra hearing results (.2). |
| 08/21/2017 | ESMERALDA BAKO | 0.00 | 0.00 | Updated correspondence and deposition files on SharePoint. |
| 08/23/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Review and comment on DS revisions; emails re same. |
| 08/23/2017 | VINCENT E. LAZAR | 0.70 | 717.50 | Reviewed term fee emails, NextEra language, and follow-up with R. Levin re same (.2); reviewed PUCT letter to Oncor re Sempra, emails re same (.2); reviewed revised Disclosure Statement (.3). |
| 08/24/2017 | VINCENT E. LAZAR | 1.10 | 1,127.50 | Reviewed emails re allocation dispute, impact on recoveries (.2); office conference with R. Levin re same (.2); reviewed, plan, MA and PSA re plan terms, allocation methodology (.7). |
| 08/24/2017 | RICHARD B. LEVIN | 0.70 | 875.00 | Review DS and revise (.5); telephone conference M. Thomas re same (.2). |
| 08/25/2017 | VINCENT E. LAZAR | 0.40 | 410.00 | Reviewed amended Disclosure Statement language, emails re allocation (.2); reviewed Ellioty intervention motion, emails re same (.2). |
| 08/29/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed report, email with R. Levin re allocation process. |
|  |  | **380.30** | **405,970.00** |  |

## ENERGY FUTURES INTERMEDIATE HOLDING / EMPLOYMENT AND FEE APPLICATIONS (55152-10085)

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 05/22/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed docket, preparation for interim fee application. |
| 06/02/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed files re draft applications, CNOs. |
| 06/13/2017 | VINCENT E. LAZAR | 1.50 | 1,537.50 | Drafted Jenner, Cravath fee applications. |
| 06/14/2017 | VINCENT E. LAZAR | 3.20 | 3,280.00 | Email with R. Gonzales re Cravath rates for fee application, additional information for same (.2); drafted and reviewed shell Jenner fee application (2.0); drafted shell Cravath fee application (1.0). |
| 06/15/2017 | RICHARD B. LEVIN | 1.30 | 1,625.00 | Review and revise Fifth Fee Application (.5); prepare Eighth Supplemental Declaration (.8). |
| 06/15/2017 | VINCENT E. LAZAR | 2.70 | 2,767.50 | Reviewed, finalized supplemental declaration (.2); revised and finalized |

21

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|------|------|----------|----------|-----------|
| | | | | Jenner fee application (.8); revised Cravath application, prepared exhibits and calculations and forwarded same to Cravath for review (1.7). |
| 06/16/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Revised Cravath application, forwarded same to Cravath for approval and arranged for filing. |
| 06/19/2017 | VINCENT E. LAZAR | 1.60 | 1,640.00 | Prepared Jenner budget, budget letter (1.4); email with P. Gelston re Cravath budget information (.2). |
| 06/20/2017 | VINCENT E. LAZAR | 0.70 | 717.50 | Prepared Cravath budget. |
| 06/21/2017 | RICHARD B. LEVIN | 0.10 | 125.00 | Review Jenner budgets. |
| 06/26/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Finalized Cravath budget, forwarded same. |
| 07/06/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed payment order; emailed with fee committee re same. |
| | | **12.60** | **13,230.00** | |

### ENERGY FUTURES INTERMEDIATE HOLDING / NON-WORKING TRAVEL (55152-10093)

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|------|------|----------|----------|-----------|
| 07/25/2017 | VINCENT E. LAZAR | 2.30 | 2,357.50 | Non-productive travel to Philadelphia. |
| 07/26/2017 | VINCENT E. LAZAR | 4.80 | 4,920.00 | Traveled from Philadelphia to Wilmington (.8); non-productive travel from Wilmington to Chicago, including delay (4.0). |
| 08/07/2017 | RICHARD B. LEVIN | 8.80 | 11,000.00 | Travel to and from Chicago for EFH allocation meeting. |
| 08/20/2017 | RICHARD B. LEVIN | 1.40 | 1,750.00 | Travel to Wilmington for August 21 hearing. |
| 08/21/2017 | RICHARD B. LEVIN | 1.50 | 1,875.00 | Return to New York from hearing. |
| | | **18.80** | **21,902.50** | |

2612201.2