## EXHIBIT I

## Detailed Expense Records for Jenner & Block LLP

| Date | Description | Amt | Vendor/Narrative |
|---|---|---|---|
| 05/17/2017 | UPS | 7.01 | UPS tracking# 1Z6134380197093122  Inv# 00000613438207 |
| 05/18/2017 | UPS | 7.01 | UPS tracking# 1Z6134380198562337  Inv# 00000613438207 |
| 05/19/2017 | Other - | 37.00 | Other -, VINCENT E. LAZAR, 05/12/2017; Court Conference. |
| 05/25/2017 | Other Professional Services | 37.00 | Other Professional Services; Elan Corp Payments; 4/27/17 Docket 4/17 Stmt; Conference Call Fee for R. Levin; 4/24/17 |
| 06/28/2017 | Telephone Expense | 12.56 | 06/12/2017 Soundpath Teleconferencing |
| 06/28/2017 | Other Professional Services | 37.00 | Other Professional Services; Elan Corp Payments; 5/26/17 Docket 5/17 Stmt; Conference Call for L. DiSilvio; 5/25/17 |
| 07/06/2017 | Pacer Charges | 2.10 | Pacer Charges; PACER SERVICE CENTER; 07/06/2017 |
| 07/20/2017 | Color Copy | 0.75 | Color Copy |
| 07/21/2017 | Color Copy | 2.50 | Color Copy |
| 07/21/2017 | B&W Copy | 10.30 | B&W Copy |
| 07/25/2017 | B&W Copy | 1.00 | B&W Copy |
| 07/25/2017 | Other - | 30.00 | Other -, VINCENT E. LAZAR, 07/21/2017; Court Conference. |
| 07/25/2017 | Other - | 44.00 | Other -, VINCENT E. LAZAR, 07/12/2017; Court Call 8467768. |
| 07/26/2017 | Telephone Expense | 27.59 | 07/06/2017 Soundpath Teleconferencing |
| 07/26/2017 | Telephone Expense | 13.33 | 06/15/2017 Soundpath Teleconferencing |
| 07/26/2017 | Telephone Expense | 16.67 | 06/13/2017 Soundpath Teleconferencing |
| 07/26/2017 | B&W Copy | 0.80 | B&W Copy |
| 07/27/2017 | B&W Copy | 50.10 | B&W Copy |
| 07/28/2017 | Travel | 1,432.43 | Travel, VINCENT E. LAZAR, 07/25-26/2017; Philadelphia, PA; Hearing. |
| 07/31/2017 | B&W Copy | 6.80 | B&W Copy |
| 08/01/2017 | Other - | 30.00 | Other -, VINCENT E. LAZAR, 07/21/2017; CourtCall hearing. |
| 08/07/2017 | Business Meals | 87.85 | ID=159745 Conducted by Levin, Richard Type: Client Meeting# in Attendance 4 |

2612201.2

=

| Date | Description | Amount | Details |
|---|---|---:|---|
| 08/08/2017 | Color Copy | 1.50 | Color Copy |
| 08/14/2017 | Color Copy | 1.50 | Color Copy |
| 08/14/2017 | B&W Copy | 0.40 | B&W Copy |
| 08/17/2017 | B&W Copy | 0.50 | B&W Copy |
| 08/17/2017 | Travel | 492.23 | Travel, RICHARD LEVIN, 08/07/2017; Chicago, IL; Meeting with Prokauer re Allocation Issues. |
| 08/18/2017 | B&W Copy | 2.00 | B&W Copy |
| 08/22/2017 | Other - | 37.00 | Other -, VINCENT E. LAZAR, 08/11/2017; CourtCall Invoice 8526546. |
| 08/22/2017 | Other - | 30.00 | Other -, VINCENT E. LAZAR, 08/07/2017; CourtCall Invoice 8518883. |
| 08/24/2017 | Travel | 676.90 | Travel, RICHARD LEVIN, 08/20-21/2017; Wilmington, DE; Hearing. |
| 08/29/2017 | Other - | 37.00 | Other -, VINCENT E. LAZAR, 08/18/2017; CourtCall 8545047. |
| | | **3,172.83** | |

2

2612201.2

=