# EXHIBIT J

## Monthly Budgets for Jenner & Block LLP

**Aggregate Budget for All Matter Categories**
**for the Period May 1 through August 31, 2017**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
(Jenner & Block, LLP)

**May - August 2017 Fee Period**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 162 | $170,175 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 18 | $19,800 |
| 9 | Non-Working Travel | 20 | $22,750 |
| 10 | Claims Litigation | 0 | $0 |
| **Total** | | **200** | **$212,725** |

**May-17**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 37 | $38,300 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 0 | $0 |
| 9 | Non-Working Travel | 20 | $22,750 |
| 10 | Claims Litigation | 0 | $0 |
| | **Total** | **58** | **$52,725** |

**Jun-17**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 50 | $52,750 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 10 | $10,700 |
| 9 | Non-Working Travel | 10 | $11,375 |
| 10 | Claims Litigation | 0 | $0 |
| | **Total** | **58** | **$52,725** |

**Jul-17**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 40 | $41,375 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 4 | $4,550 |
| 9 | Non-Working Travel | 0 | $0 |
| 10 | Claims Litigation | 0 | $0 |
| | Total | 58 | $52,725 |

**Aug-17**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 35 | $37,750 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 4 | $4,550 |
| 9 | Non-Working Travel | 0 | $0 |
| 10 | Claims Litigation | 0 | $0 |
| | Total | 58 | $52,725 |

**Aggregate Staffing Plan**
**for the Period May 1 through August 31, 2017**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
(Jenner & Block, LLP)

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | $1,135.45 |
| Associate (4+ years since first admission) | 1 | $725.00 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **3** | **$1,063.63** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **3** | **$1,063.63** |