# EXHIBIT K

## Comparison of Jenner & Block LLP Budgeted and Actual Fees

### May through August 2017

|  |  | 1<br>10010 Ch. 11 | 3<br>10034 Plan | 4<br>10042 Interco | 5<br>10050 Tax | 8<br>10085 Empl. | 9<br>10093 Travel | Total |
|---|---|---|---|---|---|---|---|---|
| **Hours** | | | | | | | | |
| May | Budget | 0 | 37 | 0 | 0 | 0 | 20 | 57 |
|  | Actual | 0 | 33.3 | 0 | 0 | 0.3 | 0 | 33.6 |
|  | Difference | 0 | 3.7 | 0 | 0 | -0.3 | 20 | 23.4 |
| June | Budget | 0 | 50 | 0 | 0 | 10 | 10 | 70 |
|  | Actual | 0 | 31.4 | 0 | 0 | 12.1 | 0 | 43.5 |
|  | Difference | 0 | 18.6 | 0 | 0 | -2.1 | 10 | 26.5 |
| July | Budget | 0 | 40 | 0 | 0 | 4 | 0 | 44 |
|  | Actual | 0 | 95.6 | 0 | 0 | 0.2 | 7.1 | 102.9 |
|  | Difference | 0 | -55.6 | 0 | 0 | 3.8 | -7.1 | -58.9 |
| August | Budget | 0 | 35 | 0 | 0 | 4 | 0 | 39 |
|  | Actual | 0 | 220 | 0 | 0 | 0 | 11.7 | 231.7 |
|  | Difference | 0 | -185 | 0 | 0 | 4 | -11.7 | -192.7 |
| **Total** | **Budget** | 0 | 162 | 0 | 0 | 18 | 30 | 210 |
|  | **Actual** | 0 | 380.3 | 0 | 0 | 24.3 | 0 | 404.6 |
|  | **Difference** | 0 | -218.3 | 0 | 0 | -6.3 | 30 | -194.6 |

|  |  | 1<br>10010 Ch. 11 | 3<br>10034 Plan | 4<br>10042 Interco | 5<br>10050 Tax | 8<br>10085 Empl. | 9<br>10093 Travel | Total |
|---|---|---|---|---|---|---|---|---|
| **Fees** |  |  |  |  |  |  |  |  |
| May | Budget | $0.00 | $38,300.00 | $0.00 | $0.00 | $0.00 | $22,750.00 | $61,050.00 |
|  | Actual | $0.00 | $34,740.00 | $0.00 | $0.00 | $307.50 | $0.00 | $35,047.50 |
|  | Difference | 0.00 | -$3,560.00 | $0.00 | $0.00 | $307.50 | -$22,750.00 | -$26,002.50 |
| June | Budget | $0.00 | $52,750.00 | $0.00 | $0.00 | $10,700.00 | $11,375.00 | $74,825.00 |
|  | Actual | $0.00 | $36,925.00 | $0.00 | $0.00 | $12,717.50 | $0.00 | $49,642.50 |
|  | Difference | $0.00 | -$15,825.00 | $0.00 | $0.00 | $2,017.50 | -$11,375.00 | -$25,182.50 |
| July | Budget | $0.00 | $41,375.00 | $0.00 | $0.00 | $4,550.00 | $0.00 | $45,925.00 |
|  | Actual | $0.00 | $106,556.00 | $0.00 | $0.00 | $205.00 | $3,638.75 | $110,399.75 |
|  | Difference | $0.00 | $65,181.00 | $0.00 | $0.00 | -$4,345.00 | $3,638.75 | $64,474.75 |
| August | Budget | $0.00 | $37,750.00 | $0.00 | $0.00 | $4,550.00 | $0.00 | $42,300.00 |
|  | Actual | $0.00 | $227,749.00 | $0.00 | $0.00 | $0.00 | $7,312.50 | $235,061.50 |
|  | Difference | $0.00 | $189,999.00 | $0.00 | $0.00 | -$4,550.00 | $7,312.50 | $192,761.50 |
| **Total** | **Budget** | $0.00 | $170,175.00 | $0.00 | $0.00 | $19,800.00 | $34,125.00 | $224,100.00 |
|  | **Actual** | $0.00 | $405,970.00 | $0.00 | $0.00 | $13,230.00 | $10,951.25 | $430,151.25 |
|  | **Difference** | $0.00 | -$235,795.00 | $0.00 | $0.00 | $6,570.00 | $23,173.75 | -$206,051.25 |

10/17/2017 SL1 1489167v1 109285.00005

2612201.2