## Exhibit E

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate | |
| Paul Basta, P.C. | Partner | Restructuring | 1993 | 737.50 | 0.50 | N/A | 1,475.00 | 1,245.00 | 622.50 | |
| Andrew Calder, P.C. | Partner | Corporate - M&A/Private Equity | 2003 | 458,135.00 | 310.60 | N/A | 1,475.00 | 1,195.00 | 371,167.00 | |
| Paul D Clement, P.C. | Partner | Litigation - Appellate | 1994 | 1,745.00 | 1.00 | N/A | 1,745.00 | 1,745.00 | 1,745.00 | |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 19,977.50 | 13.10 | N/A | 1,525.00 | 1,195.00 | 15,654.50 | |
| Chad J Husnick, P.C. | Partner | Restructuring | 2004 | 571,665.50 | 490.70 | N/A | 1,165.00 | 915.00 | 448,990.50 | |
| Marc Kieselstein, P.C. | Partner | Restructuring | 1988 | 498,402.50 | 337.90 | N/A | 1,475.00 | 1,125.00 | 380,137.50 | |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | 108,902.50 | 88.90 | N/A | 1,225.00 | 995.00 | 88,455.50 | |
| William A Levy, P.C. | Partner | Taxation | 1988 | 3,562.50 | 2.50 | N/A | 1,425.00 | 1,195.00 | 2,987.50 | |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 293,475.00 | 180.60 | N/A | 1,625.00 | 1,295.00 | 233,877.00 | |
| Andrew R McGaan, P.C. | Partner | Litigation - General | 1986 | 227,635.00 | 171.80 | N/A | 1,325.00 | 1,025.00 | 176,095.00 | |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | 592,552.50 | 504.30 | N/A | 1,175.00 | 925.00 | 466,477.50 | |
| Lee K Morlock, P.C. | Partner | Taxation | 2004 | 2,650.00 | 2.00 | N/A | 1,325.00 | 1,325.00 | 2,650.00 | |
| Erin E Murphy | Partner | Litigation - Appellate | 2006 | 20,802.50 | 15.70 | N/A | 1,325.00 | 1,325.00 | 20,802.50 | |
| Dennis M Myers, P.C. | Partner | Corporate - Capital Markets | 1996 | 27,455.00 | 19.00 | N/A | 1,445.00 | 1,195.00 | 22,705.00 | |
| Linda K Myers, P.C. | Partner | Corporate - Debt Finance | 1990 | 177,147.50 | 120.10 | N/A | 1,475.00 | 1,245.00 | 149,524.50 | |
| John Pitts, P.C. | Partner | Corporate - M&A/Private Equity | 2010 | 136,765.50 | 124.90 | N/A | 1,095.00 | 840.00 | 104,916.00 | |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 228,702.00 | 162.20 | N/A | 1,410.00 | 1,125.00 | 182,475.00 | |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 315,502.50 | 213.90 | N/A | 1,475.00 | 1,245.00 | 266,305.50 | |
| Sara B Zablotney | Partner | Taxation | 2003 | 75,498.50 | 58.30 | N/A | 1,295.00 | 1,095.00 | 63,838.50 | |
| Andrew Barton | Partner | Executive Compensation | 2010 | 1,094.50 | 1.10 | N/A | 995.00 | 795.00 | 874.50 | |
| Aaron M Berlin | Partner | Corporate - Debt Finance | 2011 | 125,200.50 | 131.10 | 1 | 955.00 | 595.00 | 78,004.50 | |
| | | | | 696.50 | 0.70 | | 995.00 | 595.00 | 416.50 | |
| Katherine Bolanowski | Partner | Corporate - Debt Finance | 2009 | 10,660.50 | 10.30 | N/A | 1,035.00 | 795.00 | 8,188.50 | |

RLF1 18293797v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Marin K Boney | Partner | Litigation - Antitrust/Competition | 2008 | 796.00 | 0.80 | N/A | 995.00 | 775.00 | 620.00 |
| Stephen Butler | Partner | Taxation | 2009 | 319.50 | 0.30 | N/A | 1,065.00 | 835.00 | 250.50 |
| Jeanne T Cohn-Connor | Partner | Environment - Transactional | 1985 | 1,827.50 | 1.70 | N/A | 1,075.00 | 895.00 | 1,521.50 |
| Thomas Dobleman | Partner | Corporate - Debt Finance | 2011 | 21,293.00 | 21.40 | N/A | 995.00 | 755.00 | 16,157.00 |
| Lisa G Esayian | Partner | Litigation - General | 1991 | 57,487.50 | 52.50 | N/A | 1,095.00 | 920.00 | 48,300.00 |
| Michael Esser | Partner | Litigation - General | 2009 | 254,953.00 | 264.20 | N/A | 965.00 | 750.00 | 198,150.00 |
| Jonathan F Ganter | Partner | Litigation - General | 2010 | 600,184.00 | 603.20 | N/A | 995.00 | 775.00 | 467,480.00 |
| Stefanie I Gitler | Partner | Environment - Transactional | 2009 | 895.50 | 0.90 | N/A | 995.00 | 795.00 | 715.50 |
| Warren Haskel | Partner | Litigation - General | 2009 | 3,084.50 | 3.10 | N/A | 995.00 | 775.00 | 2,402.50 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | 5,497.00 | 4.60 | N/A | 1,195.00 | 995.00 | 4,577.00 |
| Sam S Hong | Partner | Technology & IP Transactions | 2008 | 477.50 | 0.50 | N/A | 955.00 | 685.00 | 342.50 |
| Ellen M Jakovic | Partner | Litigation - Antitrust/Competition | 1985 | 7,738.50 | 6.70 | N/A | 1,155.00 | 975.00 | 6,532.50 |
| Gregg G Kirchhoefer, P.C. | Partner | Technology & IP Transactions | 1982 | 647.50 | 0.50 | N/A | 1,295.00 | 1,075.00 | 537.50 |
| Daniel Lewis | Partner | Technology & IP Transactions | 2008 | 527.50 | 0.50 | N/A | 1,055.00 | 840.00 | 420.00 |
| Veronica Nunn | Partner | Corporate - M&A/Private Equity | 2010 | 304,072.00 | 305.60 | N/A | 995.00 | 685.00 | 209,336.00 |
| Michael A Petrino | Partner | Litigation - General | 2008 | 129,947.00 | 130.60 | N/A | 995.00 | 775.00 | 101,215.00 |
| Jeffrey S Quinn | Partner | Employee Benefits | 1998 | 5,138.50 | 4.30 | N/A | 1,195.00 | 965.00 | 4,149.50 |
| Anthony Sexton | Partner | Taxation | 2011 | 48,517.00 | 47.80 | 1 | 1,015.00 | 685.00 | 32,743.00 |
| | | | | 107,432.00 | 103.30 | | 1,040.00 | 685.00 | 70,760.50 |
| Alec Solotorovsky | Partner | Litigation - General | 2008 | 9,452.50 | 9.50 | N/A | 995.00 | 775.00 | 7,362.50 |
| Bryan M Stephany | Partner | Litigation - General | 2007 | 591,237.50 | 582.50 | N/A | 1,015.00 | 795.00 | 463,087.50 |
| Christine Strumpen-Darrie | Partner | Corporate - Capital Markets | 2003 | 6,825.00 | 7.00 | N/A | 975.00 | 975.00 | 6,825.00 |
| Michael Thorpe | Partner | Litigation - General | 2010 | 193.00 | 0.20 | N/A | 965.00 | 750.00 | 150.00 |
| Wayne E Williams | Partner | Corporate - Capital Markets | 2006 | 59,017.50 | 54.90 | N/A | 1,075.00 | 875.00 | 48,037.50 |
| Jack N Bernstein | Of Counsel | Employee Benefits | 1995 | 1,792.50 | 1.50 | N/A | 1,195.00 | 965.00 | 1,447.50 |
| Andrew M Kaufman, P.C. | Of Counsel | Corporate - Debt Finance | 1974 | 6,467.50 | 6.50 | N/A | 995.00 | 995.00 | 6,467.50 |
| Galen B Bascom | Associate | Litigation - Appellate | 2015 | 16,443.00 | 20.30 | N/A | 810.00 | 810.00 | 16,443.00 |

RLF1 18293797v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 127,155.00 | 173.00 | 1 | 735.00 | 450.00 | 77,850.00 |
| | | | | 288,409.00 | 345.40 | | 835.00 | 450.00 | 155,430.00 |
| Mary Elizabeth Brady | Associate | Corporate - Debt Finance | 2014 | 32,928.00 | 44.80 | 1 | 735.00 | 450.00 | 20,160.00 |
| | | | | 2,421.50 | 2.90 | | 835.00 | 450.00 | 1,305.00 |
| Maxwell Coll | Associate | Litigation - General | 2016 | 32,800.50 | 59.10 | 1 | 555.00 | 630.00 | 37,233.00 |
| | | | | 216,531.00 | 343.70 | | 630.00 | 630.00 | 216,531.00 |
| Bridget Deiters | Associate | Corporate - M&A/Private Equity | 2012 | 14,570.50 | 16.10 | N/A | 905.00 | 905.00 | 14,570.50 |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 13,694.00 | 16.40 | 1 | 835.00 | 535.00 | 8,774.00 |
| | | | | 7,059.00 | 7.80 | | 905.00 | 535.00 | 4,173.00 |
| Austin Klar | Associate | Litigation - General | 2013 | 138,157.50 | 163.50 | N/A | 845.00 | 520.00 | 85,020.00 |
| Christopher Kochman | Associate | Restructuring | 2015 | 65,268.00 | 117.60 | 1 | 555.00 | 645.00 | 75,852.00 |
| | | | | 49,084.50 | 76.10 | | 645.00 | 645.00 | 49,084.50 |
| Juan P Lopez | Associate | Corporate - General | 2016 | 3,940.50 | 7.10 | N/A | 555.00 | 555.00 | 3,940.50 |
| Kevin McClelland | Associate | Restructuring | 2016 | 22,366.50 | 40.30 | 1 | 555.00 | 645.00 | 25,993.50 |
| | | | | 27,864.00 | 43.20 | | 645.00 | 645.00 | 27,864.00 |
| David Moore | Associate | Corporate - General | 2015 | 25,542.00 | 39.60 | 1 | 645.00 | 735.00 | 29,106.00 |
| | | | | 80,776.50 | 109.90 | | 735.00 | 735.00 | 80,776.50 |
| Carleigh T Rodriguez | Associate | Environment - Transactional | 2013 | 584.50 | 0.70 | N/A | 835.00 | 535.00 | 374.50 |
| Daniel Rudewicz | Associate | Restructuring | 2016 | 37,797.00 | 58.60 | 1 | 645.00 | 285.00 | 16,701.00 |
| | | | | 25,504.50 | 34.70 | | 735.00 | 285.00 | 9,889.50 |
| Matthew Smart | Associate | Restructuring | 2016 | 7,215.00 | 13.00 | 1 | 555.00 | 645.00 | 8,385.00 |
| | | | | 6,708.00 | 10.40 | | 645.00 | 645.00 | 6,708.00 |
| Justin Sowa | Associate | Litigation - General | 2013 | 116,694.50 | 138.10 | 1 | 845.00 | 595.00 | 82,169.50 |
| | | | | 283,174.50 | 312.90 | | 905.00 | 595.00 | 186,175.50 |
| Stella Tang | Associate | Corporate - General | 2015 | 20,124.00 | 31.20 | N/A | 645.00 | 645.00 | 20,124.00 |
| Anna Terteryan | Associate | Litigation - General | 2014 | 130,572.50 | 180.10 | 1 | 725.00 | 450.00 | 81,045.00 |
| | | | | 299,457.00 | 369.70 | | 810.00 | 450.00 | 166,365.00 |

RLF1 18293797v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Sharad Thaper | Associate | Restructuring | 2017 | 10,191.00 | 15.80 | N/A | 645.00 | 645.00 | 10,191.00 |
| David Thompson | Associate | Corporate - M&A/Private Equity | 2013 | 21,459.50 | 25.70 | 1 | 835.00 | 450.00 | 11,565.00 |
| | | | | 117,197.50 | 129.50 | | 905.00 | 450.00 | 58,275.00 |
| McClain Thompson | Associate | Litigation - General | 2014 | 64,008.00 | 101.60 | 1 | 630.00 | 725.00 | 73,660.00 |
| | | | | 365,110.00 | 503.60 | | 725.00 | 725.00 | 365,110.00 |
| Patrick Venter | Associate | Restructuring | 2016 | 143,967.00 | 259.40 | 1 | 555.00 | 645.00 | 167,313.00 |
| | | | | 177,246.00 | 274.80 | | 645.00 | 645.00 | 177,246.00 |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 358,651.50 | 396.30 | 1 | 905.00 | 625.00 | 247,687.50 |
| | | | | 417,812.50 | 437.50 | | 955.00 | 625.00 | 273,437.50 |

RLF1 18293797v.1

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Ashley Britton | Paralegal | Litigation - Appellate | N/A | 1,190.00 | 3.50 | N/A | 340.00 | 340.00 | 1,190.00 |
| Elizabeth Burns | Paralegal | Corporate - General | N/A | 8,892.00 | 22.80 | N/A | 390.00 | 325.00 | 7,410.00 |
| Stephanie Ding | Paralegal | Litigation - General | N/A | 3,805.50 | 12.90 | N/A | 295.00 | 195.00 | 2,515.50 |
| Michael S Fellner | Paralegal | Litigation - General | N/A | 7,995.00 | 24.60 | N/A | 325.00 | 250.00 | 6,150.00 |
| Beth Friedman | Paralegal | Restructuring | N/A | 1,680.00 | 4.00 | N/A | 420.00 | 355.00 | 1,420.00 |
| Joann Gu | Paralegal | IP Litigation | N/A | 345.00 | 1.50 | N/A | 230.00 | 230.00 | 345.00 |
| Travis J Langenkamp | Paralegal | Litigation - General | N/A | 38,727.00 | 99.30 | N/A | 390.00 | 330.00 | 32,769.00 |
| Adrienne Levin | Paralegal | Litigation - General | N/A | 10,582.00 | 28.60 | N/A | 370.00 | 310.00 | 8,866.00 |
| Robert Orren | Paralegal | Restructuring | N/A | 52,088.00 | 153.20 | N/A | 340.00 | 290.00 | 44,428.00 |
| Meghan Rishel | Paralegal | Litigation - General | N/A | 47,450.00 | 146.00 | N/A | 325.00 | 250.00 | 36,500.00 |
| Kenneth J Sturek | Paralegal | Litigation - General | N/A | 41,418.00 | 106.20 | N/A | 390.00 | 330.00 | 35,046.00 |
| Hannah Kupsky | Junior Paralegal | Restructuring | N/A | 902.00 | 4.10 | N/A | 220.00 | 220.00 | 902.00 |
| Rachel Landsman | Junior Paralegal | Litigation - Appellate | N/A | 409.50 | 1.30 | N/A | 315.00 | 315.00 | 409.50 |
| Meg McCarthy | Junior Paralegal | Litigation - General | N/A | 215.00 | 1.00 | N/A | 215.00 | 195.00 | 195.00 |
| Jonathon P Merriman | Junior Paralegal | Litigation - General | N/A | 20,539.00 | 89.30 | N/A | 230.00 | 230.00 | 20,539.00 |
| Theodora Misthos | Junior Paralegal | IP Litigation | N/A | 1,265.00 | 5.50 | N/A | 230.00 | 230.00 | 1,265.00 |
| McKenzie Womack | Junior Paralegal | IP Litigation | N/A | 966.00 | 4.20 | N/A | 230.00 | 230.00 | 966.00 |
| Catalina Benech | Support Staff | Litigation - General | N/A | 5,290.00 | 23.00 | N/A | 230.00 | 230.00 | 5,290.00 |
| Barbara M Siepka | Support Staff | Corporate - General | N/A | 322.00 | 1.40 | N/A | 230.00 | 195.00 | 273.00 |
| Library Factual Research | Support Staff | Admin Services | N/A | 1,452.00 | 4.40 | N/A | 330.00 | 280.00 | 1,232.00 |
| Michael Y Chan | Support Staff | Admin Services | N/A | 3,465.00 | 16.50 | N/A | 210.00 | 210.00 | 3,465.00 |
| Stephen P Garoutte | Support Staff | Admin Services | N/A | 5,618.00 | 21.20 | N/A | 265.00 | 200.00 | 4,240.00 |
| Allison Graybill | Support Staff | Admin Services | N/A | 3,180.00 | 12.00 | N/A | 265.00 | 180.00 | 2,160.00 |
| Leah Lancaster | Support Staff | Admin Services | N/A | 9,660.00 | 46.00 | N/A | 210.00 | 210.00 | 9,660.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Kenneth Sampson | Support Staff | Admin Services | N/A | 2,968.00 | 11.20 | N/A | 265.00 | 195.00 | 2,184.00 |
| Elaine S Santucci | Support Staff | Admin Services | N/A | 1,363.00 | 5.80 | N/A | 235.00 | 195.00 | 1,131.00 |
| Cecilia Tesdahl | Support Staff | Litigation - Antitrust/Competition | N/A | 3,481.00 | 11.80 | N/A | 295.00 | 295.00 | 3,481.00 |
| Kurt J Wunderlich | Support Staff | Litigation - Antitrust/Competition | N/A | 4,148.00 | 6.10 | N/A | 680.00 | 500.00 | 3,050.00 |
| Jigna Dalal | Support Staff | Litigation - General | N/A | 1,598.00 | 4.70 | N/A | 340.00 | 340.00 | 1,598.00 |
| Colleen C Caamano | Support Staff | Litigation - General | N/A | 10,268.00 | 30.20 | N/A | 340.00 | 290.00 | 8,758.00 |
| Kenneth Gazda | Support Staff | Litigation - General | N/A | 68.00 | 0.20 | N/A | 340.00 | 290.00 | 58.00 |
| Katelyn Ye | Support Staff | Litigation - General | N/A | 6,766.00 | 19.90 | N/A | 340.00 | 290.00 | 5,771.00 |
| Joshua L Urban | Support Staff | Litigation - General | N/A | 17,160.00 | 52.80 | N/A | 325.00 | 275.00 | 14,520.00 |