## Exhibit F

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

RLF1 18293797v.1

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---:|
| Third Party Telephone Charges | Intercall | | 4,088.56 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | 7,131.00 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | 8,672.40 |
| Large Format Copy/Print | Internal (Kirkland & Ellis LLP) | $0.10 per page | 6.00 |
| Production Blowbacks | | | 1,781.50 |
| Overnight Delivery | | | 437.37 |
| Outside Messenger Services | | | 636.73 |
| Local Transportation | | | 1,330.48 |
| Travel Expense | | | 45,935.00 |
| Airfare | | | 58,605.04 |
| Transportation to/from airport | | | 6,349.67 |
| Travel Meals | | | 4,872.23 |
| Other Travel Expenses | | | 2,021.50 |
| Court Reporter Fee/Deposition | | | 27,073.50 |
| Other Court Costs and Fees | | | 3,666.49 |
| Trial Office Expenses | | | 162.60 |
| Other Trial Expenses | | | 230.00 |
| Outside Printing Services | | | 35,892.38 |
| Outside Copy/Binding Services | | | 13,670.33 |
| Working Meals/K&E Only | | | 20.00 |
| Working Meals/K&E and Others | | | 228.31 |
| Catering Expenses | | | 3,488.00 |
| Outside Retrieval Service | | | 1,031.64 |
| Computer Database Research | | | 1,946.44 |
| Westlaw Research | Seamless North America Inc. | | 11,351.95 |
| Overtime Transportation | | | 2,887.18 |
| Overtime Meals - Attorney | | | 1,660.44 |
| Rental Expenses | | | 6,698.40 |
| **Total** | | | **$251,875.14** |

---

[1] Kirkland may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.