**Exhibit G**

**Summary, by Matter Category, of Actual**
**Fees and Expenses Incurred During the Fee Period**

## Summary, by Matter Category, of Actual
## Fees and Expenses Incurred During the Fee Period

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 6 | [ALL E-SIDE] Case Administration | 39.10 | $16,410.00 | $0.00 | $16,410.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 24.80 | $20,210.00 | $0.00 | $20,210.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 5,039.10 | $4,278,934.50 | $0.00 | $4,278,934.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 977.40 | $889,687.00 | $0.00 | $889,687.00 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 0.60 | $573.00 | $0.00 | $573.00 |
| 12 | [ALL E-SIDE] Hearings | 176.60 | $135,778.50 | $0.00 | $135,778.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 299.70 | $132,060.50 | $0.00 | $132,060.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 25.30 | $18,963.50 | $0.00 | $18,963.50 |
| 18 | [ALL E-SIDE] Non-Working Travel | 200.20 | $193,951.50 | $0.00 | $193,951.50 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 3,010.70 | $3,169,605.00 | $0.00 | $3,169,605.00 |
| 23 | [ALL E-SIDE] Regulatory Issues | 8.40 | $10,598.00 | $0.00 | $10,598.00 |
| 29 | [ALL E-SIDE] Tax Issues | 402.00 | $543,889.50 | $0.00 | $543,889.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 836.50 | $764,182.00 | $0.00 | $764,182.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 9.00 | $12,497.00 | $0.00 | $12,497.00 |
| 82 | [EFH] Asset Dispositions and Purchases | 22.00 | $21,208.00 | $0.00 | $21,208.00 |
| 109 | [ALL] Expenses | 0 | $0.00 | $248,068.84 | $248,068.84 |
| 111 | [EFIH] Expenses | 0 | $0.00 | $784.90 | $784.90 |
| 112 | [EFH] Expenses | 0 | $0.00 | $3,021.40 | $3,021.40 |
| Totals | | 11,071.40 | $10,208,548.00 | $251,875.14 | $10,460,423.14 |