# Exhibit H

## Budget and Staffing Plan

## Budget and Staffing Plan for the Fee Period

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 20 - 40 | $12,000 - $20,000 |
| 6 | [ALL] Case Administration | 60 - 80 | $20,000 - $40,000 |
| 7 | [ALL] Cash Management | 20 - 40 | $12,000 - $20,000 |
| 8 | [ALL] Claims Administration and Objections | 280 - 320 | $230,000 - $265,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 2,920 - 3,280 | $2,100,000 - $2,270,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 620 - 680 | $560,000 - $660,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 80 - 100 | $60,000 - $80,000 |
| 12 | [ALL] Hearings | 200 - 220 | $170,000 - $210,000 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 195 - 225 | $110,000 - $150,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 80 - 100 | $60,000 - $80,000 |
| 18 | [ALL] Non-Working Travel | 90 - 115 | $80,000 - $105,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 20 - 40 | $20,000 - $40,000 |
| 21 | [ALL] Plan and Disclosure Statement | 3,560 - 3,990 | $3,000,000 - $3,190,000 |
| 23 | [ALL E-SIDE] Regulatory Issues | 935 - 1,100 | $1,010,000 - $1,080,000 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 60 - 80 | $40,000 - $60,000 |
| 29 | [ALL] Tax Issues | 860 - 965 | $1,040,000 - $1,110,000 |
| 30 | [ALL] U.S. Trustee Issues | 20 - 40 | $4,000 - $20,000 |
| Applicable to EFIH Debtors | | | |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 655 - 825 | $850,000 - $930,000 |
| 67 | [EFIH] Claims Administration & Objection | 125 - 150 | $230,000 - $290,000 |
| 68 | [EFIH] Contested Matters and Adversary Proceedings | 0 | $0.00 |
| 70 | [EFIH] Hearings | 380 - 480 | $200,000 - $240,000 |
| 73 | [EFIH] Non-Working Travel | 40 - 60 | $40,000 - $60,000 |
| Applicable to EFH Corp. Debtors | | | |
| 87 | [EFH] Corporate Governance and Securities Law Issues | 60 - 80 | $40,000 - $60,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 20 - 40 | $12,000 - $20,000 |
| 96 | [EFH] Official Committee Issues and Meetings | 0 | $0.00 |
| **Total** | | **11,300 - 13,050** | **$9,900,000 - $11,000,000** |

2

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 23 | $1,223.50 |
| Associate | 16 | $743.00 |
| Paralegals | 6 | $354.50 |
| Junior Paralegals | 3 | $267.25 |
| Project Assistants (and other support staff) | 3 | $300.75 |
| **Total Attorney** | **39** | **$983.25** |
| **Total Non-Attorney** | **12** | **$307.50** |
| **Total** | **41** | **$1,069.74** |

---

[1] The "Average Hourly Rate" is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.