# Exhibit I

**Summary, by Matter Category, of Fees
Budgeted and Fees Incurred During the Fee Period**

## Summary of Legal Services Rendered

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 0003 | [ALL] Automatic Stay | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0006 | [ALL E-SIDE] Case Administration | 60 - 80 | 39.10 | $20,000 - $40,000 | $16,410.00 |
| 0007 | [ALL] Cash Management | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0008 | [ALL E-SIDE] Claims Admin. & Objections | 280 - 320 | 24.80 | $230,000 - $265,000 | $20,210.00 |
| 0009 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 2,920 - 3,280 | 5,039.10 | $2,100,000 - $2,270,000 | $4,278,934.50 |
| 0010 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 620 - 680 | 977.40 | $560,000 - $660,000 | $889,687.00 |
| 0011 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 80 - 100 | 0.60 | $60,000 - $80,000 | $573.00 |
| 0012 | [ALL E-SIDE] Hearings | 200 - 220 | 176.60 | $170,000 - $210,000 | $135,778.50 |
| 0014 | [ALL E-SIDE] K&E Retention & Fee Apps | 195 - 225 | 299.70 | $110,000 - $150,000 | $132,060.50 |
| 0017 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 80 - 100 | 25.30 | $60,000 - $80,000 | $18,963.50 |
| 0018 | [ALL E-SIDE] Non-Working Travel | 90 - 115 | 200.20 | $80,000 - $105,000 | $193,951.50 |
| 0019 | [ALL] Official Committee Issues & Meet. | 20 - 40 | 0 | $20,000 - $40,000 | $0.00 |
| 0021 | [ALL E-SIDE] Plan & Disclos. Statements | 3,560 - 3,990 | 3,010.70 | $3,000,000 - $3,190,000 | $3,169,605.00 |
| 0023 | [ALL E-SIDE] Regulatory Issues | 935 - 1,100 | 8.40 | $1,010,000 - $1,080,000 | $10,598.00 |
| 0026 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 60 - 80 | 0 | $40,000 - $60,000 | $0.00 |
| 0029 | [ALL E-SIDE] Tax Issues | 860 - 965 | 402.00 | $1,040,000 - $1,110,000 | $543,889.50 |
| 0030 | [ALL] U.S. Trustee Issues | 20 - 40 | 0 | $4,000 - $20,000 | $0.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 655 - 825 | 836.50 | $850,000 - $930,000 | $764,182.00 |
| 0067 | [EFIH] Claims Administration & Objection | 125 - 150 | 0 | $230,000 - $290,000 | $0.00 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 0 | 9.00 | $0.00 | $12,497.00 |
| 0070 | [EFIH] Hearings | 380 - 480 | 0 | $200,000 - $240,000 | $0.00 |
| 0073 | [EFIH] Non-Working | 40 - 60 | 0 | $40,000 - | $0.00 |

2

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| | Travel | | | $60,000 | |
| 0082 | [EFH] Asset Dispositions and Purchases | 0 | 22.00 | $0.00 | $21,208.00 |
| 0086 | [EFH] Claims Administration & Objections | 0 | 0 | $0.00 | $0.00 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 60 - 80 | 0 | $40,000 - $60,000 | $0.00 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 20 - 40 | 0 | $12,000 - $20,000 | $0.00 |
| 0096 | [EFH] Official Committee Issues & Meet. | 0 | 0 | $0.00 | $0.00 |
| **Total** | | **11,300 - 13,050** | **11,071.40** | **$9,900,000 - $11,000,000** | **$10,208,548.00** |

RLF1 18293797v.1