4

## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 9.90 | $11,340.00 |
| Employment and Fee Applications | .90 | $1,125.00 |
| TOTAL | **10.80** | **$12,465.00** |