## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| SOUNDPATH TELEPHONE CONFERENCES | 11.12 |
| TOTAL | $ 11.12 |