# **EXHIBIT D**

## **Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 9/27/2017 | LEVIN, R. | PARTNER | Soundpath Teleconferencing | 11.12 | 8/17/2017 Soundpath Teleconferencing |

NYCorp 3534423v.1

10/17/2017 SL1 1489323v1 109285.00005

109249.1