**<u>EXHIBIT A</u>**

**Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION - GENERAL | .30 | $220.50 |
| COMMUNICATIONS WITH PROFESSIONALS | .30 | $220.50 |
| FEE APPLICATIONS - OTHERS | 1.10 | $420.50 |
| FEE APPLICATIONS – S&L | 3.10 | $1,150.50 |
| HEARINGS | 13.40 | $9,113.00 |
| PLANS OF REORGANIZATION | .60 | $441.00 |
| PLEADINGS, MOTIONS, AND BRIEFS | 1.90 | $1,396.50 |
| NEXTERA ENERGY, INC. ADVERSARY PROC. | 5.30 | $2,817.50 |
| **TOTAL** | **26.00** | **$15,780.00** |