## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| DOCUMENT REPRODUCTION | $25.40 |
| COLOR DOCUMENT REPRODUCTION | $179.00 |
| COMPUTER RESEARCH | $51.40 |
| **TOTAL** | **$255.80** |