# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | |
| 109285-00002 | 9/1/17 | $1.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/1/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/1/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/1/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/1/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/1/17 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/5/17 | $1.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/5/17 | $1.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/5/17 | $1.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/5/17 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $4.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $99.00 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $5.00 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $1.50 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $49.50 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $1.50 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $14.50 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 9/6/17 | $8.00 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | 9/8/17 | $1.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/8/17 | $0.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/8/17 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/11/17 | $51.40 | COMPUTER RESEARCH |
| 109285-00002 | 9/14/17 | $2.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/15/17 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/18/17 | $0.80 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/18/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/18/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/18/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/22/17 | $0.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/22/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/27/17 | $0.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/27/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/27/17 | $0.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/27/17 | $0.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 9/27/17 | $0.40 | DOCUMENT REPRODUCTION |