## EXHIBIT A

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 11.40 | 14,820.00 |
| **TOTAL** | **11.40** | **$14,820.00** |