# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---:|
| Computerized Legal Research/Database Research | 6.86 |
| TOTAL | $ 6.86 |