## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 5/31/2017 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 6.86 | Public Document Retrieval - Pacer |
| | | | | **6.86** | |