## EXHIBIT A

## Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 39.10 | 45,430.00 |
| **TOTAL** | **39.10** | **$45,430.00** |