## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,300 | 24.30 | 31,590.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,300 | 2.80 | 3,640.00 |
| | | | | | | |
| A. Wein | Associate | 2011 | Corporate | 850 | 12.00 | 10,200.00 |
| | | | | | | |
| | | | | | **TOTAL** | **39.10** | **$45,430.00** |