## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---:|
| Computerized Legal Research/Database Research | 3.81 |
| Conference Call/Voice/Data | 4.48 |
| TOTAL | $ 8.29 |