## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 6/30/2017 | Wein, Allison | CONF. CALL/VOICE/DATA | 4.48 | Conference call by Allison Wein |
| 11205-003 | 6/30/2017 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 3.81 | Public Document Retrieval - Pacer |
| | | | | 8.29 | |