## EXHIBIT A

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 66.30 | 68,025.00 |
| **TOTAL** | **66.30** | **$68,025.00** |