## EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,300 | 35.10 | 45,630.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,300 | 3.40 | 4,420.00 |
| | | | | | | |
| A. Wein | Associate | 2011 | Corporate | 850 | 8.30 | 7,055.00 |
| T. Nguyen | Associate | 2017 | Corporate | 560 | 19.50 | 10,920.00 |
| | | | | | **TOTAL** | **66.30** | **$68,025.00** |