## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---:|
| Computerized Legal Research/Database Research | 103.64 |
| Local Transportation | 12.52 |
| | |
| TOTAL | $ 116.16 |