**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 7/12/2017 | Nguyen, Timothy | GROUND TRANSPORTATION | 8.00 | TAXI Local TRIP PURPOSE: Review onramping materials CITIES VISITED: New York RptID: 010018934342 |
| 11205-003 | 7/14/2017 | Nguyen, Timothy | GROUND TRANSPORTATION | 4.52 | TAXI Local TRIP PURPOSE: Project Bobtail - Review notices and consents EFIH - Review NEE/BHE proposals CITIES VISITED: New York RptID: 010018974772 |
| 11205-003 | 7/31/2017 | Nguyen, Timothy | OTHER DATABASE RESEARCH | 20.14 | Public Document Retrieval - Pacer |
| 11205-003 | 7/31/2017 | Del Giorno, J | OTHER DATABASE RESEARCH | 0.54 | Public Document Retrieval - Pacer |
| 11205-003 | 7/31/2017 | Nguyen, Timothy | OTHER DATABASE RESEARCH | 82.96 | Public Document Retrieval - Pacer |
| | | | | **$ 116.16** | |