## EXHIBIT A

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 136.90 | 143,494.50 |
| Non-Working Travel | 11.60 | 7,540.00 |
| **TOTAL** | **148.50** | **$151,034.50** |