## **EXHIBIT B**

## **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,300 | 80.60 | 97,240.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,300 | 6.80 | 8,840.00 |
| | | | | | | |
| A. Wein | Associate | 2011 | Corporate | 850 | 14.40 | 12,240.00 |
| G. Kleeman | Associate | 2014 | Corporate | 770 | 17.60 | 13,552.00 |
| Lillian Bond | Associate | 2016 | Corporate | 675 | 27.60 | 18,630.00 |
| | | | | | | |
| M. Kraus | Lit. Tech. | n/a | Legal Assistant | 355 | 1.50 | 532.50 |
| | | | | | | |
| | | | | **TOTAL** | **148.50** | **$151,034.50** |