## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---|
| Travel | 1,165.11 |
| Local Transportation | 155.85 |
| Miscellaneous | 21.98 |
| Business Meals | 54.00 |
| Conference Calls/Voice/Data | 30.00 |
| Computerized Legal Research/Database Research | 0.87 |
| TOTAL | **$ 1,427.81** |