**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003 | 8/7/2017 | Gelston, P A | TRAVEL | 430.40 | ROUND TRIP AIRFARE CITIES VISITED: Chicago, Illinois ,TICKET NO: 1016-8643747260 TRIP PURPOSE: Attend meeting  RptID: 010019400781 |
| 11205-003 | 8/7/2017 | Gelston, P A | MISCELLANEOUS | 9.99 | INTERNET,  TRIP PURPOSE: Attend meeting CITIES VISITED: Chicago, Illinois RptID: 010019418485 |
| 11205-003 | 8/7/2017 | Gelston, P A | MISCELLANEOUS | 11.99 | INTERNET,  TRIP PURPOSE: Attend meetings CITIES VISITED: Chicago, Illinois RptID: 010019457550 |
| 11205-003 | 8/7/2017 | Gelston, P A | TRAVEL | 116.51 | TAXI Out of Town TRIP PURPOSE: Attend meeting CITIES VISITED: Chicago, Illinois RptID: 010019418485 |
| 11205-003 | 8/7/2017 | Gelston, P A | TRAVEL | 58.20 | TAXI Out of Town TRIP PURPOSE: Attend meeting CITIES VISITED: Chicago, Illinois RptID: 010019418485 |
| 11205-003 | 8/11/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 30.00 | TELEPHONE,  TRIP PURPOSE: Courtcall 14-10979 for P. Gelston 8/11/17 10am CITIES VISITED: DE RptID: 010019339966 |
| 11205-003 | 8/11/2017 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 95.25 | BLS Limousine Service (USA) - Newark Airport |
| 11205-003 | 8/14/2017 | Wein, Allison | CLIENT BUSINESS TRANSPORTATION | 11.76 | TAXI Local TRIP PURPOSE: Client meeting (taxi back to office). CITIES VISITED: New York RptID: 010019689469 |
| 11205-003 | 8/14/2017 | Wein, Allison | CLIENT BUSINESS TRANSPORTATION | 15.95 | TAXI Local TRIP PURPOSE: Document review (taxi to client meeting). CITIES VISITED: New York RptID: 010019689469 |
| 11205-003 | 8/17/2017 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 32.89 | TAXI Local TRIP PURPOSE: conference calls  RptID: 010019663179 |
| 11205-003 | 8/20/2017 | Gelston, P A | BUSINESS MEALS | 7.00 | MEALS: HOTEL - MEALS OTHER BUSINESS PURPOSE: Attend meetings VENUE: Hotel DuPont CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010019663179 |
| 11205-003 | 8/20/2017 | Gelston, P A | BUSINESS MEALS | 7.00 | MEALS: HOTEL - MEALS OTHER BUSINESS PURPOSE: Attend meetings VENUE: Hotel DuPont CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010019663179 |
| 11205-003 | 8/20/2017 | Gelston, P A | BUSINESS MEALS | 40.00 | MEALS: HOTEL - DINNER BUSINESS PURPOSE: Attend |

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| | | | | | meetings VENUE: The Green Room CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010019663179 |
| 11205-003 | 8/20/2017 | Gelston, P A | TRAVEL | 210.00 | ROUND TRIP RAIL TRAVEL CITIES VISITED: Wilmington, Delaware ,TICKET NO: 2300650606322 TRIP PURPOSE: Attend meetings  RptID: 010019663179 |
| 11205-003 | 8/20/2017 | Gelston, P A | TRAVEL | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Attend meetings CITIES VISITED: Wilmington, DE RptID: 010019663179 |
| 11205-003 | 8/31/2017 | Del Giorno, J | OTHER DATABASE RESEARCH | 0.87 | Public Document Retrieval - Pacer |
| | | | | **$1,427.81** | |