## **EXHIBIT D**

## **Summary of Bielli & Klauder, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David Klauder | Partner | 2012 | Bankruptcy | $350.00 | 74.2 | $25,970.00 |
| Thomas Bielli | Partner | 2006 (PA) | Bankruptcy | 350.00 | .5 | $175.00 |
| Cory Stephenson | Associate | 2015 | Bankruptcy | $205.00 | 12.6 | $ 2,583.00 |
| Amy Huber | Paralegal | N/A | Bankruptcy | $125.00 | 11.6 | $1450.00 |
| **TOTAL** | | | | | **98.9** | **$30,178.00** |