## EXHIBIT G

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Task Code | Total Billed Hours | Total Fees |
|---|---|---|
| **[ALL] BK Retention and Fee Applications** | **20.9** | **$4,806.00** |
| | | |
| **[ALL] Case Administration** | **9.4** | **$2,858.50** |
| | | |
| **[ALL] Claims Administration & Objections** | **0.7** | **$245.00** |
| | | |
| **[ALL] Contested Matters & Adv. Proceed.** | **17.1** | **$5,709.50** |
| | | |
| **[ALL] Hearings** | **16.4** | **$6,043.50** |
| | | |
| **[ALL] Non-BK Retention and Fee Applications** | **11.0** | **$2,875.50** |
| | | |
| **[ALL] Plan and Disclosure Statements** | **20.2** | **$7,070.00** |
| | | |
| **[EFH] Contested Matters & Adv. Proceed** | **3.2** | **$1,120.00** |
| | | |
| | **98.9** | **$30,178.00** |