# EXHIBIT H

**Detailed Time Records by Matter Category for Bielli & Klauder, LLC**

| Date | Description | Task | Professional | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/12/17 | Review correspondence from Fee Committee regarding BK's 18th Monthly Fee App. (March 2017). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 5/22/17 | Check Docket to verify no objections have been filed to BK's 18th Monthly Fee Statement (March 2017). Prepare CNO. Finalize for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 5/22/17 | Review CNO for BK monthly fee stmt and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 5/23/17 | Review CNO to BK's 18th Monthly Fee Statement (March 2017) as docketed with the Court. Prepare MFIS. Email to Client. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.5 | $125.00 | $62.50 |
| 5/30/17 | Prep of April fee statement and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 5/30/17 | Begin preparing BK's 19th Monthly Fee Statement (April 2017). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.5 | $125.00 | $62.50 |
| 5/31/17 | Continue preparing and edit BK's 19th Monthly Fee Statement (April 2017). Finalize for filing. Email to Clients providing stamped copy of Fee Statement and LEDES document. Upload to box.com. Email to Epiq detailing instructions to effectuate service. | [ALL] BK Retention and Fee Applications | Huber, Amy | 1.2 | $125.00 | $150.00 |
| 5/31/17 | Final review of April fee stmt and coordinate with A. Huber on filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 6/6/17 | Review previously filed supp declarations in anticipation of retention changes for BK | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 6/14/17 | (3:19 - 5:08;<br>Begin preparing BK's 5th Interim Fee App. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.0 | $125.00 | $0.00 |
| 6/15/17 | Edit BK interim fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.7 | $350.00 | $245.00 |
| 6/15/17 | 10:28 - 11:17; 2:34 - 3:21;<br>Edit BK's fee app. File and email to Epiq to serve. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.0 | $125.00 | $0.00 |
| 6/15/17 | Further edits to BK interim fee app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 6/20/17 | Review correspondence from Fee Committee regarding BK's 19th Monthly Fee App. (April 2017). | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 6/21/17 | Review current status of BK and non-BK fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |

| Date | Description | Matter | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/27/17 | (.4; 9:53 - 10:05; Check Docket to verify no objections have been filed to BK's 19th Monthly Fee Statement (April 2017). Prepare CNO. Finalize for filing. Prepare Monthly Fee Invoice Statement. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.4 | $125.00 | $50.00 |
| 6/27/17 | Discussions with A. Huber re: CNO status for BK fee apps and review of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 6/28/17 | Discussions with A. Huber re: prep and filing of BK retention apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 6/28/17 | Initial prep of BK fee app for May and emails with A. Huber re: same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 6/29/17 | (10:15 - 11:18; 12:00 - Prepare BK's 20th Monthly Fee Statement (May 2017). Finalize for filing. | [ALL] BK Retention and Fee Applications | Huber, Amy | 0.0 | $125.00 | $0.00 |
| 6/29/17 | Review final draft of BK May fee app and various emails with A. Huber re: filing and service of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 7/5/17 | Review status report by fee committee | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/5/17 | Review current status of interim fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/6/17 | Review interim fee app order | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/10/17 | Review order approving BK interim fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/12/17 | Emails with client re: status of fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/21/17 | Coordinate prep and filing of CNO for BK monthly fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/21/17 | Prepared CNO for BK's 20th monthly fee statement (May 2017) and coordinate filing of same | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.5 | $205.00 | $102.50 |
| 7/21/17 | Discussion with DK re CNO for 20th | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 7/24/17 | Review status of CNO filings for BK monthly fee apps | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/27/17 | Review and edit BK June monthly fee stmt | [ALL] BK Retention and Fee Applications | Klauder, David | 0.9 | $350.00 | $315.00 |
| 7/27/17 | Prepared spreadsheet attachment for June time and expense entries for BK monthly fee app | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.4 | $205.00 | $82.00 |
| 7/28/17 | Review of and coordinate filing of BK's 21st monthly fee application | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.6 | $205.00 | $123.00 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/28/17 | Emails with Epiq re: service of BK's 21st monthly fee statement for service | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 7/28/17 | Uploaded 21st monthly fee statement documents and emails with client and other relevant parties re: same | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.3 | $205.00 | $61.50 |
| 7/28/17 | Correspondence with DK re BK's 21st monthly fee statement and submission/filing procedures | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 7/28/17 | Final review of BK retention app and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/21/17 | Review filings to determine CNO filing for BK monthly fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/23/17 | Coordinated filing of CNO for BK's 21st MFS | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.2 | $205.00 | $41.00 |
| 8/23/17 | Updated file with respect to CNO for 21st BK MFS; sent to epiq for processing | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.2 | $205.00 | $41.00 |
| 8/23/17 | Review CNO for BK fee app and coordinate filing | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/24/17 | Prepared MFIS for BK's 21st MFS and sent to Epiq | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.4 | $205.00 | $82.00 |
| 8/25/17 | Review necessary documents and begin prep of July fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/25/17 | Edit BK July fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/28/17 | Prepare time and expense spreadsheets for July BK fee application | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.5 | $205.00 | $102.50 |
| 8/28/17 | Discussion with C. Stephenson re: prep of BK July fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/28/17 | Edits to BK July fee app | [ALL] BK Retention and Fee Applications | Klauder, David | 0.8 | $350.00 | $280.00 |
| 8/29/17 | Review and final edits to BK 22nd fee stmt and coordinate filing of same | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/29/17 | Reviewed and edited 22nd monthly fee application for BK; prepared for filing | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.4 | $205.00 | $82.00 |
| 8/29/17 | Coordinated filing of the 22nd monthly fee application for BK | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.3 | $205.00 | $61.50 |
| 8/29/17 | Updated July time and expense spreadsheets | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/29/17 | Coordinated service of BK 22nd monthly fee statement | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/29/17 | Prepared BK 22nd monthly fee application and related documents for submission and sent correspondence enclosing document to Vistra and uploaded to cloud depository | [ALL] BK Retention and Fee Applications | Stephenson, Cory | 0.4 | $205.00 | $82.00 |
| 8/23/17 | Prepared CNO for BK's 20th monthly fee statement | [ALL] BK/Fee Examiner - Retention and Fee Applications | Stephenson, Cory | 0.3 | $205.00 | $61.50 |
| 8/23/17 | Reviewed monthly fee statement CNO submission procedures; sent draft CNO for BK's 20th MFS to DK with comments | [ALL] BK/Fee Examiner - Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/23/17 | Updated CNO for DK's 21st MFS to incorporate language from Fee Committee correspondence; discussed with DK | [ALL] BK/Fee Examiner - Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 5/9/17 | Review report on NextEra motion to reconsider with utility commission | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 5/10/17 | Review Order Scheduling June 15, 2017 Omnibus Hearing | [ALL] Case Administration | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 5/12/17 | Teleconference with CourtCall scheduling DMK's telephonic appearance at this afternoon's status conference. | [ALL] Case Administration | Huber, Amy | 0.2 | $125.00 | $25.00 |
| 5/19/17 | Review notice of telephonic hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 5/19/17 | Review report of rehearing at PUCT | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 5/25/17 | Emails with P. Young re: status of case | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 5/26/17 | Review agenda for 5/31 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 5/30/17 | Review agenda canceling hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 6/6/17 | Review motions for replacement DIP financing and to seal fee letter | [ALL] Case Administration | Klauder, David | 0.6 | $350.00 | $210.00 |
| 6/6/17 | Review Notices of DIP Motion and Motion to File Sealed Docs | [ALL] Case Administration | Huber, Amy | 0.2 | $125.00 | $25.00 |
| 6/7/17 | Review budget for financing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 6/8/17 | Review report on PUCT denial of reconsideration | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 6/12/17 | Review status report filed in asbestos appeal | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 6/13/17 | Review agenda for 6/15 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 6/19/17 | Review First liens response to DIP financing motion | [ALL] Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 |
| 6/19/17 | Review 2nd lien reservations of rights | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 6/22/17 | Review agenda for 6/26 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 6/22/17 | Review debtors' reply to DIP financing objections | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 6/23/17 | Review notice of filing and revised DIP financing order | [ALL] Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 |
| 6/28/17 | Phone call with P. Young re: status of restructuring deal | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/29/17 | Review PUCT order denying second motion for hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/6/17 | Review email from J. Madron re: hearing date change | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/6/17 | Review notice of rescheduled hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/7/17 | Review report on Berkshire/Oncor | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/7/17 | Emails with P. Young re: Oncor bid | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/7/17 | Review notice and letters of termination of NextEra deal | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/10/17 | Prepared materials for 2017.07.12 hearing and discussed with DK | [ALL] Case Administration | Stephenson, Cory | 0.2 | $205.00 | $41.00 |
| 7/10/17 | Updated file with respect to new filings | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 7/10/17 | Review agenda and discuss with C. Stephenson | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/11/17 | Review amended agenda for 7/12 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/20/17 | Review notice of telephonic hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/21/17 | Updated client file with respect to new filings | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 7/21/17 | Met with DK to discuss fee related filings and reviewed pending applications | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 7/24/17 | Review agenda for 7/26 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/25/17 | Review amended agenda for 7/26 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/27/17 | Review email from debtors' counsel re: hearing date change and coordinate calendaring of relevant hearings | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/28/17 | Updated file with respect to newly filed monthly fee statement documents | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/2/17 | Met with DK to discuss filing adversary and staying pending motions relating to breakup fee | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/3/17 | Conference call to discuss 2017.08.09 hearing and case activity | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/4/17 | Correspondence with DK re consolidation motion hearing; updated file | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/4/17 | Emails with J. Madron re: agenda for 8/11 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/4/17 | Review notice of telephonic hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/7/17 | Review agenda canceling 8/9 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/7/17 | Reviewed hearing schedule and responded to NB re coverage | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/8/17 | Phone call with DK re changes to hearing schedule and case status | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/8/17 | Review correspondence from creditor Gary Bergman | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/8/17 | Review draft agenda for 8/11 hearing and emails with J. Huston and J. Madron re: same | [ALL] Case Administration | Klauder, David | 0.4 | $350.00 | $140.00 |
| 8/9/17 | Emails with RLF re: agenda for 8/11 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/10/17 | Emails with M. Firestein re: telephonic appearance at 8/11 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/10/17 | Review draft amended agenda and emails with J. madron and J. Huston re: same | [ALL] Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/10/17 | Reviewed telephonic appearance requirements and made arrangement for Firestein to dial-in for hearing | [ALL] Case Administration | Stephenson, Cory | 0.2 | $205.00 | $41.00 |
| 8/10/17 | Correspondence with DK and co-counsel re amended agenda for 2017.08.11 hearing and CoC | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/10/17 | Correspondence with DK and co-counsel re filing reply to ISO motion and respective deadline | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/10/17 | Updated file with respect to Order approving stip re motion to reconsider; circulated to co-counsel | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/10/17 | Correspondence with co-counsel and DK re including EFIH in future filings | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/11/17 | Confirmed continuance of upcoming hearing and discussed with DK | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/11/17 | Reviewed correspondence from co-counsel re today's hearing and recent filing | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/11/17 | Reviewed amended agenda and prepared documents for hearing and phone call with DK re matters going forward | [ALL] Case Administration | Stephenson, Cory | 0.2 | $205.00 | $41.00 |
| 8/11/17 | Emails re: 2nd amended agenda for 8/11 hearing | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/14/17 | Met with DK re case status and outcome of previous hearing | [ALL] Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/15/17 | Emails with M. Firestein re: appearance at 8/21 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/17/17 | Review agenda for 8/21 hearing | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/18/17 | Review notice of telephonic hearing and coordinate appearances for Proskauer and BK | [ALL] Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/30/17 | Review Sharyland merger agreement motion | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 5/9/17 | Review 9019 motion to approve stip with Citi | [ALL] Claims Administration & Objections | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/1/17 | Review NExtEra application for admin claim | [ALL] Claims Administration & Objections | Klauder, David | 0.6 | $350.00 | $210.00 |
| 5/11/17 | Initial review of complaint filed by Elliot International | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $350.00 | $105.00 |

| Date | Description | Matter | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/12/17 | Review order from court setting status conference | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 5/12/17 | Further review of complaint filed by Elliott | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $350.00 | $175.00 |
| 5/12/17 | Review letter by Kirkland re: Elliott complaint/adv proceed | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $350.00 | $105.00 |
| 5/19/17 | Review letters re: discovery dispute in adv proceeding with Elliott | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.4 | $350.00 | $140.00 |
| 7/14/17 | Review local rules on shortening notice and expediting adv proceeding and emails re: same | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/21/17 | Review Debtors' notice of deposition for Elliott | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/23/17 | Review various and notices re: subpoenas and depositions | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/24/17 | Review emails re: deposition schedule | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/30/17 | Review Elliott motion to reconsider termination fee | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $350.00 | $175.00 |
| 7/31/17 | Review notice of amended subpoena | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/2/17 | Review local rules on adv complaints and emails with Kirkland team re: adv proceeding | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.4 | $350.00 | $140.00 |
| 8/2/17 | Review Elliott and NextEra filings on termination fee | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/2/17 | Follow up emails with Kirkland re: filing of adv complaint | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/2/17 | Review Elliott prelim obj to NextEra admin claim motiom | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/3/17 | Review and edit NEE adv complaint, motion to consolidate and motion to shorten | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.8 | $350.00 | $280.00 |
| 8/3/17 | Emails with Kirkland team re: NEE adv complaint, motion to consolidate and motion to shorten | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/3/17 | Review further revisions to adv complaint and accompanying motions | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/3/17 | Review final version of complaint, motion to consolidate and motion to shorten and coordinate filing | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 1.3 | $350.00 | $455.00 |
| 8/3/17 | Review filing notices for complaint and related docs and emails re: same | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/3/17 | Various emails re: service of complaint and related docs | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |

| Date | Description | Matter | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/4/17 | Review various emails re: delivery of adversary filings to chambers | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/4/17 | Review Elliott objection to motion to shorten | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/4/17 | Review email from J. Huston re: court ruling on motion to shorten | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/4/17 | Review COC and order re: motion to shorten and various emails re: same | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/4/17 | Review letter from NextEra to court re: adversary proceeding | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/8/17 | Emails with J. Huston re: 8/11 hearing | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/9/17 | Emails with Kirkland re: filing of COC and prop order in adv case | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/10/17 | Review COC and prop order re: adv case and resolving Elliott motion for consideration and discuss same with C. Stephenson | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.6 | $350.00 | $210.00 |
| 8/10/17 | Emails with Kirkland re: filing of COC and prop order in adv case | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/10/17 | Review filed copies of COC and prop order in adv case and coordinate delivery of same to chambers | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/10/17 | Review NextEra limited objection to motion to consolidate | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/10/17 | Review EFH IT statement re: motion to consolidate adv case | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/10/17 | Emails with Kirkland re: filing of reply in support of motion to consolidate | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/10/17 | Various emails with J. Huston re: COC in adv case and roles going forward for local counsel | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/10/17 | Review draft reply in support of motion to consolidate and emails with Kirkland re: same | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/10/17 | Updated file with respect to CoC; circulated as-filed version | [ALL] Contested Matters & Adv. Proceed. | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/10/17 | Coordinate filing CoC relating to motion for reconsideration in main case and adv case | [ALL] Contested Matters & Adv. Proceed. | Stephenson, Cory | 0.5 | $205.00 | $102.50 |
| 8/10/17 | Looked into inconsistency in referenced documents in CoC relating to motion for reconsideration and discussed same with Kirkland | [ALL] Contested Matters & Adv. Proceed. | Stephenson, Cory | 0.3 | $205.00 | $61.50 |

| Date | Description | Matter | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/10/17 | Prepared CoC and exhibit for filing | [ALL] Contested Matters & Adv. Proceed. | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/10/17 | Phone call with DK re status of CoC re motion for reconsideration and filing | [ALL] Contested Matters & Adv. Proceed. | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/10/17 | Correspondence to DK with service copy of CoC re motion for reconsideration | [ALL] Contested Matters & Adv. Proceed. | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/10/17 | Prepared correspondence to Chamber enclosing CoC re motion for reconsideration | [ALL] Contested Matters & Adv. Proceed. | Stephenson, Cory | 0.3 | $205.00 | $61.50 |
| 8/10/17 | Prepared filings and proposed order for submission to Chambers with CoC re motion for reconsideration; sent to Reliable | [ALL] Contested Matters & Adv. Proceed. | Stephenson, Cory | 0.2 | $205.00 | $41.00 |
| 8/11/17 | Review revisions to reply in support of motion to consolidate and emails re: same | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.8 | $350.00 | $280.00 |
| 8/11/17 | Discuss hearing and outcome with C. Stephenson | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/15/17 | Review email from NextEra counsel re: intervening in adv pro | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/17/17 | Review proposed COC and order re: adv proceeding and emails re: same | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.4 | $350.00 | $140.00 |
| 8/23/17 | Correspondence with DK re form Rule 26(f) documents; prepared Word version of form | [ALL] Contested Matters & Adv. Proceed. | Stephenson, Cory | 0.2 | $205.00 | $41.00 |
| 8/23/17 | Review files and samples of rule 26(f) report and emails with Kirkland re: same | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.8 | $350.00 | $280.00 |
| 8/23/17 | Review COC and prop order for EFH committee to intervene in adv pro | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/24/17 | Review NextEra answer to complaint | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/24/17 | Review stipulation for EFH IT to intervene in adv pro and emails re: same | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/25/17 | Review stip allowing UMB bank to intervene into adv proceeding and various emails with Kirkland and Akin re: same | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/25/17 | Review asbestos creditors motion to intervene in adv pro | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/28/17 | Review Elliott motion to intervene and proposed complaint | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/29/17 | Discuss adversary counsel rep with Kirkland | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/30/17 | Various emails with J. Huston re: local counsel rep in adv proc | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/31/17 | Review joinders to adv proceeding | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 5/12/17 | Attend teleconference in Bankruptcy Court | [ALL] Hearings | Klauder, David | 0.7 | $350.00 | $245.00 |
| 6/26/17 | Review documents for hearing on DIP financing | [ALL] Hearings | Klauder, David | 0.2 | $350.00 | $70.00 |
| 6/26/17 | Attend hearing on DIP financing | [ALL] Hearings | Klauder, David | 0.8 | $350.00 | $280.00 |
| 7/12/17 | Attend status conference | [ALL] Hearings | Klauder, David | 1.3 | $350.00 | $455.00 |
| 7/21/17 | Attend telephonic hearing | [ALL] Hearings | Klauder, David | 0.7 | $350.00 | $245.00 |
| 7/26/17 | Review debtors' demonstratives for hearing on scheduling motion | [ALL] Hearings | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/26/17 | Attend hearing on scheduling motion | [ALL] Hearings | Klauder, David | 8.8 | $350.00 | $3,080.00 |
| 8/11/17 | Attended hearing on motion to consolidate and status conference | [ALL] Hearings | Stephenson, Cory | 1.7 | $205.00 | $348.50 |
| 8/18/17 | Attend telephonic hearing with court re: Elliott/Debtors discovery dispute | [ALL] Hearings | Klauder, David | 0.7 | $350.00 | $245.00 |
| 8/21/17 | Attend hearing on merger agreement | [ALL] Hearings | Klauder, David | 1.3 | $350.00 | $455.00 |
| 5/1/17 | Review SOLIC Feb fee statement and various emails with J. Zajac and A. Huber re: filing and service of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 5/1/17 | Review, organize SOLIC's 26th Monthly Fee Statement (February 2017). Edit Notice to make objection deadline 21-days from date of service. Finalize for filing, Email the same to Epiq Bankruptcy Solutions detailing instructions to effectuate service in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.4 | $125.00 | $50.00 |
| 5/12/17 | Review CNO to SOLIC's 25th Monthly Fee Statement (January 2017), and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $125.00 | $25.00 |
| 5/12/17 | Review CNO for SOLIC fee app and coordinate filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 5/16/17 | Review, organize SOLIC's 27th Monthly Fee Statement (March 2017). Finalize for filing, Email the same to Epiq Bankruptcy Solutions detailing instructions to effectuate service in compliance with Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 5/16/17 | Review SOLIC fee stmt and coordinate filing and service of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/17/17 | Review CNO for Proskauer fee app and emails with J. Zajac and A. Huber re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 5/22/17 | Review Proskauer's 29th Monthly Fee Statement (April 2017), finalize the same for filing and email to Epiq detailing instructions to effectuate service. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.4 | $125.00 | $50.00 |
| 5/22/17 | Review Proskauer monthly fee stmt and coordinate filing and service of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 5/25/17 | Emails with P. Young re: SOLIC retention modification | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 5/26/17 | Review SOLIC supplemental dec and coordinate filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 5/26/17 | Review and edit Supplemental Declaration regarding SOLIC's Retention App. Finalize for filing. Email to Epiq detailing instructions to effectuate service upon core 2002 list. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 5/30/17 | Review SOLIC monthly fee app and coordinate filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 6/12/17 | Review CNO to SOLIC's 26th Monthly Fee Statement (February 2017), and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $125.00 | $25.00 |
| 6/12/17 | Review CNO for SOLIC Feb fee stmt and emails with J. Zajac re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 6/12/17 | Review CNO for SOLIC March fee stmt and emails with J. Zajac re: same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 6/12/17 | Review CNO to SOLIC's 27th Monthly Fee Statement (March 2017), and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $125.00 | $25.00 |
| 6/14/17 | Review CNO to Proskauer's 29th Monthly Fee Statement (April 2017) and finalize for filing. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.2 | $125.00 | $25.00 |
| 6/14/17 | Review CNO for Proskauer fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 6/14/17 | Review email from J. Zajac along with Proskauer interim fee app | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 6/15/17 | Review Proskauer interim fee app and emails with A. Huber re: filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 6/15/17 | Review Proskauer's 8th Interim Fee Application, finalize for filing and email to Epiq detailing instructions to effectuate service of the same. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.7 | $125.00 | $87.50 |
| 6/27/17 | Review CNO for SOLIC fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/28/17 | Review Proskauer's 30th Monthly Fee Statement (May 2017), finalize the same for filing and email to Epiq detailing instructions to effectuate service. | [ALL] Non-BK Retention and Fee Applications | Huber, Amy | 0.4 | $125.00 | $50.00 |
| 6/28/17 | Review Proskauer monthly fee stmt and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 7/7/17 | Review SOLIC interim fee app and coordinate filing and service of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 7/21/17 | Review Proskauer June monthly fee stmt and coordinate filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 7/21/17 | Review CNO for Proskauer May monthly fee stmt and coordinate filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/21/17 | Review of and coordinate filing of Proskauer's 31st monthly fee application | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.3 | $205.00 | $61.50 |
| 7/21/17 | Prepared Proskauer's fee application and exhibits for filing | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 7/21/17 | Coordinate filing of CNO to Proskauer's 30th fee application | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.3 | $205.00 | $61.50 |
| 7/21/17 | Correspondence to Epiq re serving Proskauer's 31st monthly fee statement | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 7/27/17 | Review SOLIC 29th fee stmt and coordinate filing and service of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/14/17 | Review CNO for Proskauer fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/22/17 | Review SOLIC fee app and coordinate filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 8/23/17 | Prepared Proskauer 32nd MFS and exhibits for filing | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/23/17 | Finalized Proskauer 32nd MFS and coordinated filing | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.3 | $205.00 | $61.50 |
| 8/23/17 | Correspondence to Epiq with relevant Order re serving Proskauer 32nd MFS | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/23/17 | Coordinated filing of CNO for SOLIC 29th MFS | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.2 | $205.00 | $41.00 |
| 8/23/17 | Updated file with respect to CNO for SOLIC 29th MFS and Proskauer 32nd MFS | [ALL] Non-BK Retention and Fee Applications | Stephenson, Cory | 0.1 | $205.00 | $20.50 |
| 8/23/17 | Review CNO for SOLIC fee app and coordinate filing | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/23/17 | Review Proskauer monthly fee app and emails with J. Zajac and C. Stephenson re: filing of same | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/29/17 | Review application to employ Shaw Fishman | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 6/9/17 | Review PUCT decision on motion for reconsideration | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 |
| 7/7/17 | Initial review of plan, disc stmt and scheduling motion filings | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |
| 7/8/17 | Review hearing dates for various plan-related motions and coordinate calendaring of same | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |
| 7/10/17 | Review various letters terminating plan support agreement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/10/17 | Review NextEra letter on plan support agreement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/11/17 | Review disclosure statement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.6 | $350.00 | $210.00 |
| 7/11/17 | Review ch 11 plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $350.00 | $140.00 |
| 7/12/17 | Review notice of termination of NextEra Plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/19/17 | Preliminary review of objections filed Elliott and other noteholders | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 |
| 7/19/17 | Review email from Kirkland re: discovery issues | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/21/17 | Review debtors' motion to establish procedures and protocols for E side confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 |
| 7/21/17 | Review motion to approve merger agreement and termination fee and Elliott motion to adjourn | [ALL] Plan and Disclosure Statements | Klauder, David | 0.9 | $350.00 | $315.00 |
| 7/21/17 | Review various letters re: scheduling and discovery dispute | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |
| 7/21/17 | Review letter to District Court dismissing confirmation appeal | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/22/17 | Review debtors' response to scheduling motion objections | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 |
| 7/22/17 | Review joinder by Berskhire | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/24/17 | Review objection by Robert Miller to plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/25/17 | Review responses by debtor and Berkshire to Elliott motion to adjourn | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |
| 7/25/17 | Review debtors' exhibit list for 7/26 hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/26/17 | Review Elliott notices of deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/28/17 | Review revised notice of hearing for merger agreement motion | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/28/17 | Review COC revised and revised scheduling order for plan confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/29/17 | Review debtors' notices of deposition | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |

| Date | Description | Matter | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/31/17 | Review letter from bondholder re: plan objection | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/1/17 | Review notice re: disclosure stmt scheduling | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/2/17 | Review re-notice of merger agreement motion | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/3/17 | Review doc production letter from Kirkland | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/3/17 | Review certain parties plan-related discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $350.00 | $140.00 |
| 8/4/17 | Review letter from M. McKane re: merger agreement hearing protocol | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/5/17 | Review doc production letters | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/7/17 | Review various letters re: discovery dispute | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/7/17 | Review letter from Kirkland re: protocols for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/7/17 | Review email from Kirkland re: depo schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/8/17 | Review letter from Kirkland and objections re: debtors 30(b)(6) depo | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/9/17 | Review email re: depo schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/9/17 | Review doc production letter from Jenner & Block | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/9/17 | Review COC and prop order re: resolution of discovery disputes related to merger agreement motion | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/10/17 | Review numerous emails re: objections to plan-related discovery | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/11/17 | Review letter from G. Galardi re: protocols for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/11/17 | Review letter from M. McKane re: protocols for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/12/17 | Review third re-notice of merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/12/17 | Review email from counsel for Elliott re: depo schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/14/17 | Review email from Kirkland re: depo schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/14/17 | Review scheduling order on confirmation and coordinate calendaring of appropriate dates | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/14/17 | Review draft pretrial order for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/14/17 | Review limited objections to merger agreement motion filed by committee, EFH IT and UMB | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/14/17 | Review COC and prop order re: Elliott motion to adjourn merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/14/17 | Review email from Kirkland re: Ying depo | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/15/17 | Review revised scheduling order for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/15/17 | Review email from Kirkland re: depo schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/15/17 | Review re-notice of disc stmt hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/15/17 | Review revised disc stmt order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/16/17 | Review Elliott and Sunrise objections to merger agreement motion | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/16/17 | Review various emails re: change in depo schedule | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/17/17 | Review Elliott notice of disapproval of plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/17/17 | Review notices of depo filed by Elliott | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/17/17 | Review debtors' reply to merger agreement motion objections | [ALL] Plan and Disclosure Statements | Klauder, David | 0.6 | $350.00 | $210.00 |
| 8/17/17 | Review email from Kirkland re: depo designations for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/17/17 | Review emails from Elliott counsel re: depo designations for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/18/17 | Review email from Kirkland re: depo designations for Monday hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/18/17 | Review email from Kirkland re: Keglivic depo | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/18/17 | Review various emails re: counterdesignations for Monday's hearing on merger agreement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/19/17 | Review Elliott exhibit and witness list for Monday merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/19/17 | Review Debtor exhibit and witness list for Monday merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/19/17 | Review Elliott objection to disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $350.00 | $140.00 |
| 8/20/17 | Review various emails with objections to evidence at merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/20/17 | Review numerous emails from Kirkland and Ropes & Gray re: merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/20/17 | Review written directs from debtors' witnesses for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.6 | $350.00 | $210.00 |
| 8/20/17 | Review Berkshire witness written direct for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/20/17 | Review Elliott witnesses written directs for merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |
| 8/20/17 | Review notice and amendments to merger agreement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 |

| Date | Description | Matter | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/21/17 | Review various documents in prep for hearing on merger agreement | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 |
| 8/21/17 | Meet with co-counsel after hearing to discuss plan issues and upcoming matters | [ALL] Plan and Disclosure Statements | Klauder, David | 1.0 | $350.00 | $350.00 |
| 8/22/17 | Review renotice of hearing for disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/24/17 | Review revised, proposed confirmation scheduling order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/24/17 | Review letter from Ropes re: depo designations | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/24/17 | Review COC and order shortening notice on merger agreement hearing | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/25/17 | Review amended plan | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $350.00 | $140.00 |
| 8/25/17 | Review amended disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.7 | $350.00 | $245.00 |
| 8/25/17 | Review revised disc stmt order | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/25/17 | Review revised scheduling order re: confirmation | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 8/28/17 | Review merger/PSA agreement motion and related documents | [ALL] Plan and Disclosure Statements | Klauder, David | 0.6 | $350.00 | $210.00 |
| 8/31/17 | Review EFH IT reservations of rights on disc stmt | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/14/17 | Review draft adversary complaint against NextEra | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | $350.00 | $175.00 |
| 7/14/17 | Review motion to expedite adv proceeding | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/14/17 | Various emails with Kirkland, Stevens & Lee re: adv complaint and issues related thereto | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | $350.00 | $140.00 |
| 7/14/17 | Phone call with J. Huston re: adv complaint process | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/14/17 | Review follow up emails from Kirkland re: status of adv complaint filing | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | $350.00 | $35.00 |
| 7/14/17 | Review email from M. Thomas re: suggested edits to adv complaint | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/15/17 | Review and edit motion to shorten and emails re: same | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | $350.00 | $175.00 |
| 7/16/17 | Further review of motion to shorten and motion to expedite adversary | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/16/17 | Review emails from J. Huston with edits to motion to shorten | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 7/16/17 | Review follow up emails from Kirkland with plan for adv pro | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | $350.00 | $70.00 |
| 8/4/17 | Review file with respect to hearing coverage and upcoming filings | [EFH] Contested Matters & Advers. Proc. | Bielli, Thomas | 0.5 | $350.00 | $175.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Grand Total** | | | **98.9** | | **$ 30,178.00** |