# **EXHIBIT J**

**Detailed Expenses for Bielli & Klauder, LLC**

| Date | Provider | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|
| 5/12/2017 | PACER | Filing/Court Fees | $0.10 | 2 | $0.20 |
| 5/12/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 45 | $4.50 |
| 6/26/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 45 | $4.50 |
| 7/25/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 52 | $5.20 |
| 7/28/2017 | CourtCall | Conference Call | $30.00 | 1 | $30.00 |
| 8/10/2017 | CourtCall | Conference Call | $30.00 | 1 | $30.00 |
| 8/11/2017 | Reliable | Other Professionals | $6.85 | 1 | $6.85 |
| 8/11/2017 | PACER | Online Research | $4.00 | 1 | $4.00 |
| 8/11/2017 | CourtCall | Conference Call | $30.00 | 1 | $30.00 |
| | | | | | |
| **Grand Total** | | | | | **$115.25** |