## EXHIBIT K

### Summary of Bielli & Klauder, LLC Expenses

| Service Description | Amount |
|---|---|
| Conference Calling | $90.00 |
| Filing/Court Costs | $4.20 |
| Other Professionals | $6.85 |
| In-House Reproduction | $14.20 |
| Total | **$115.25** |