## **Exhibit B**

[Rate Disclosures]

93776298v2

## Rate Disclosures

- The blended hourly rate for all Proskauer domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on September 1, 2016 and ending on August 31, 2017 (the "Comparable Period") was, in the aggregate, approximately $754.96 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Proskauer timekeepers (including both professionals and paraprofessionals) who billed for services rendered to EFH Corp. during the Fee Period was approximately $1,054.32 per hour (the "Debtor Blended Hourly Rate").[3]

- The following chart sets forth a detailed comparison of these rates:[4]

| Category of Timekeeper | Debtor Blended Hourly Rate | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners and Counsel | $1,068.63 | $1,022.87 |
| Associates | $870.58 | $687.20 |
| Paraprofessionals | $330.00 | $274.79 |
| **Total** | **$1,054.32** | **$754.96** |

---

[1] It is the nature of Proskauer's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Proskauer's restructuring group. Non-Bankruptcy Matters consist of matters on which Proskauer domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding as a retained professional; however, such Non-Bankruptcy Matters exclude all time billed by Proskauer domestic timekeepers who primarily work within Proskauer's restructuring group.

[2] Proskauer calculated the blended rate for Non-Bankruptcy Matters by dividing the total dollar amount billed by Proskauer domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the total number of hours billed by Proskauer domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period. The Non-Bankruptcy Blended Hourly Rate excludes from its calculation all Proskauer domestic timekeepers who primarily work within Proskauer's restructuring group.

[3] Proskauer calculated the blended rate for timekeepers who billed to EFH Corp.'s bankruptcy case by dividing the total dollar amount billed by such timekeepers during the Fee Period by the total number of hours billed by such timekeepers during the Fee Period.

[4] The difference in the overall Debtor Blended Hourly Rate and the overall Non-Bankruptcy Blended Hourly Rate is attributable primarily to two factors: (i) the specialized nature of Proskauer's bankruptcy and tax practices (each of which is heavily involved in EFH Corp.'s case), as such specialization impacts billing rates and, therefore, the blended rate; and (ii) the partner-to-associate staffing ratio on EFH Corp.'s case. Proskauer's representation of EFH Corp. has included the consistent involvement of senior-level partners. Given the complexity and uniqueness of the matters EFH Corp. faces, Proskauer believes experienced senior attorneys work more efficiently than assigning tasks to a multitude of junior attorneys with less collective experience. Because partners billed more hours at higher rates during the Fee Period, the overall Debtor Blended Hourly Rate ($1,054.32) is closer to the partners and counsel Debtor Blended Hourly Rate ($1,068.63).

93776298v2