## Exhibit C

[Attorneys' and Paraprofessionals' Information]

93776298v2

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $975 | 39.1 | $38,122.50 | $34,212.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,075 | 54.3 | $58,372.50 | $52,942.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,125 | 5.6 | $6,300.00 | $5,600.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,275 | 0.4 | $510.00 | $450.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,425 | 12.0 | $17,100.00 | $15,300.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,275 | 349.8 | $445,995.00 | $393,525.00 |
|  |  |  |  | $637.50 | 54.5 | $34,743.75[1] | $30,656.25[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,050 | 419.5 | $440,475.00 | $388,037.50 |
|  |  |  |  | $525 | 77.7 | $40,792.50[1] | $35,936.25[1] |
| Muhyung Lee | Associate | 2014 | Tax | $735 | 8.1 | $5,953.50 | $5,953.50 |
| Gary Silber | Associate | 2011 | Tax | $845 | 10.1 | $8,534.50 | $7,019.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $900 | 46.1 | $41,490.00 | $35,266.50 |
| **Total** |  |  |  |  | **1,077.2** | **$1,138,389.25** | **$1,004,899.50** |

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 2 years | Corporate | $330 | 3.7 | $1,221.00 | $1,054.50 |
| **Total** |  |  |  |  | **3.7** | **$1,221.00** | **$1,054.50** |

| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **1,080.9** | **$1,139,610.25** | **$1,005,954.00** |
|---|---|---|---|

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

93776298v2