## Exhibit D

[Summary of Actual and Necessary Expenses for the Fee Period]

93776298v2

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $501.10 |
| Telecommunications | $524.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $3,634.30 |
| Litigation and Corporate Support Services[2] | $111.00 |
| Travel Out-of-Town – Transportation | $13,346.63[3] |
| Taxi, Carfare, Mileage, Parking | $3,090.91[4] |
| Messenger/Delivery | $177.61 |
| Business Meals | $734.06[5] |
| Out-of-Town Lodging | $6,614.15[6] |
| Word Processing | $0.00[7] |
| **Total** | **$28,733.76** |

---

[1] Includes a reduction of $1.40 for telecommunication expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.

[2] Consists of CourtCall, PACER and outside copying expenses.

[3] Includes non-refundable first-class airfare reduced by fifty percent (50%) to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the concerns of the Fee Committee with respect to such expenses.

[4] Includes a reduction of $380.02 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the Fee Committee.

[5] Includes a reduction of $489.68 for business meal expenses in excess of the reimbursable cap imposed by the Fee Committee.

[6] Includes a reduction of $2,094.13 for lodging expenses in excess of the reimbursable cap imposed by the Fee Committee.

[7] Reflects a reduction of $38.35 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.