## **Exhibit E**

[Statement of Fees by Subject Matter]

93776298v2

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 6.0 | $4,716.00 |
| 003 | EFH Business Operations | 8.2 | $8,822.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 84.0 | $96,763.00 |
| 005 | EFH Corporate Governance and Board Matters | 115.5 | $132,845.00 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 139.0 | $156,275.00 |
| 007 | Employment Applications | 3.8 | $4,462.50 |
| 008 | Fee Applications and Objections | 77.5 | $74,910.00 |
| 009 | Financing and Cash Collateral | 7.8 | $8,517.50 |
| 010 | Hearings | 24.0 | $27,420.00 |
| 011 | Claims Investigations, Analyses and Objections | 18.6 | $21,375.00 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 16.2 | $19,822.50 |
| 013 | Other Motions and Applications | 0.4 | $420.00 |
| 014 | Non-Working Travel | 132.2 | $75,536.25 |
| 015 | Plan and Disclosure Statement | 360.5 | $417,959.50 |
| 016 | Tax | 87.2 | $89,765.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,080.9** | **$1,139,610.25** |

93776298v2