# Exhibit G

[Summary, by Matter Number, of Fees Budgeted and Fees Incurred During the Fee Period]

93776298v2

## Summary of Legal Services Rendered

| Matter Number | Matter Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 001 | Case Administration | 20-24 | 6.0 | $20,000-$24,000 | $4,716.00 |
| 003 | EFH Business Operations | 8-12 | 8.2 | $8,000-$12,000 | $8,822.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 45-54 | 84.0 | $53,000-$66,000 | $96,763.00 |
| 005 | EFH Corporate Governance and Board Matters | 200-240 | 115.5 | $232,000-$280,000 | $132,845.00 |
| 006 | Discovery | 0 | 139.0 | 0 | $156,275.00 |
| 007 | Employment Applications | 0 | 3.8 | 0 | $4,462.50 |
| 008 | Fee Applications and Objections | 85-102 | 77.5 | $80,000-$97,000 | $74,910.00 |
| 009 | Financing and Cash Collateral | 8-12 | 7.8 | $8,000-$12,000 | $8,517.50 |
| 010 | Hearings | 150-180 | 24.0 | $170,000-$205,000 | $27,420.00 |
| 011 | Claims Investigations, Analyses and Objections | 280-336 | 18.6 | $244,000-$294,000 | $21,375.00 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 0 | 16.2 | 0 | $19,822.50 |
| 013 | Other Motions and Applications | 0 | 0.4 | 0 | $420.00 |
| 014 | Non-Working Travel | 0 | 132.2 | 0 | $75,536.25 |
| 015 | Plan and Disclosure Statement | 1,160-1,392 | 360.5 | $1,200,000-$1,440,000 | $417,959.50 |
| 016 | Tax | 485-582 | 87.2 | $539,000-$648,000 | $89,765.50 |
| **TOTAL** | | **2,441-2,934** | **1,080.9** | **$2,554,000-$3,078,000** | **$1,139,610.25** |

93776298v2