# Exhibit I

[Detailed Description of Expenses and Disbursements]

93776298v2

**ENERGY FUTURE HOLDINGS CORP.**                                                    **June 15, 2017**
Invoice No. 171500689                                                                                                      **Page 22**

**EXPENSES**
**Client/Matter No. 26969.0019**

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/01/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo O'Hare to Home | 75.00 |
| 05/01/2017 | Mark K. Thomas | Out Of Town Transportation-Uber Hotel to Dallas Airport | 75.00 |
| 05/01/2017 | Peter J. Young | Airplane-Los Angeles to New York 5/1-5/17 | 2,538.20 |
| 05/01/2017 | Peter J. Young | Airplane-GoGoAir Internet | 39.95 |
| 05/01/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Home to LAX | 59.57 |
| 05/02/2017 | Peter J. Young | Out Of Town Transportation-Carey Limo JFK to Hotel | 100.00 |
| 05/02/2017 | Mark K. Thomas | Reproduction | 3.20 |
| 05/02/2017 | Mark K. Thomas | Reproduction | 0.90 |
| 05/03/2017 | Mark K. Thomas | Lodging-2 Nights New York | 1,000.00 |
| 05/03/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Home to O'Hare | 75.00 |
| 05/03/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab LGA to Hotel | 50.00 |
| 05/03/2017 | Mark K. Thomas | Airplane-Chicago to/from New York 5/3-5/17 | 620.50 |
| 05/03/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 05/03/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 05/04/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas, P. Young and T. Horton | 120.00 |
| 05/05/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo O'Hare to Home | 75.00 |
| 05/05/2017 | Mark K. Thomas | Out Of Town Transportation-Uber Hotel to LGA | 66.72 |
| 05/05/2017 | Peter J. Young | Out Of Town Transportation-Carey Limo Hotel to JFK | 100.00 |
| 05/05/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab LAX to Home | 55.00 |
| 05/05/2017 | Peter J. Young | Lodging-4 Nights New York | 2,000.00 |
| 05/05/2017 | Peter J. Young | Airplane-GoGoAir Internet | 33.95 |
| 05/07/2017 | Peter J. Young | Airplane-Los Angeles to/from Chicago 5/7-9/17 | 1,314.20 |
| 05/07/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Home to LAX | 76.47 |
| 05/07/2017 | Peter J. Young | Out Of Town Transportation-Cab O'Hare to Hotel | 65.00 |
| 05/07/2017 | Peter J. Young | Lodging-2 Nights Chicago | 600.00 |
| 05/07/2017 | Peter J. Young | Lodging-Internet | 15.00 |
| 05/09/2017 | Peter J. Young | Out Of Town Transportation-Uber Hotel to O'Hare | 75.00 |

**ENERGY FUTURE HOLDINGS CORP.** **June 15, 2017**
**Invoice No. 171500689** **Page 23**

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---:|
| 05/09/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab LAX to Home | 55.00 |
| 05/09/2017 | Peter J. Young | Airplane-GoGoAir Internet | 26.95 |
| 05/09/2017 | Mark K. Thomas | Reproduction | 3.70 |
| 05/09/2017 | Mark K. Thomas | Reproduction | 6.70 |
| 05/12/2017 | Peter J. Young | Telephone-Court Call | 37.00 |
| 05/16/2017 | Jared Zajac | Reproduction | 0.40 |
| 05/16/2017 | Mark K. Thomas | Reproduction | 0.10 |
| 05/16/2017 | Mark K. Thomas | Reproduction | 4.10 |
| 05/17/2017 | Jared Zajac | Reproduction | 1.80 |
| 05/17/2017 | Jared Zajac | Reproduction | 1.20 |
| 05/18/2017 | Mark K. Thomas | Reproduction | 0.50 |
| 05/18/2017 | Mark K. Thomas | Reproduction | 12.70 |
| 05/19/2017 | Peter J. Young | Telephone-Court Call | 37.00 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 4.70 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 4.10 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 4.20 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 9.70 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 1.40 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 3.50 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 9.00 |

**Disbursements and Other Charges** **$    9,532.41**

**ENERGY FUTURE HOLDINGS CORP.** **July 11, 2017**
**Invoice No. 171500774** **Page 19**

**EXPENSES**
**Client/Matter No. 26969.0019**

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---:|
| 05/24/2017 | Jeff J. Marwil | Messenger/delivery | 24.75 |
| 05/24/2017 | Jeff J. Marwil | Messenger/delivery | 24.12 |
| 05/30/2017 | Jeff J. Marwil | Messenger/delivery | 21.18 |
| 05/30/2017 | Jeff J. Marwil | Messenger/delivery | 70.46 |
| 06/01/2017 | Mark K. Thomas | Reproduction | 3.90 |
| 06/01/2017 | Muhyung Lee | Lexis | 258.00 |
| 06/07/2017 | Mark K. Thomas | Reproduction | 24.60 |
| 06/12/2017 | Jared Zajac | Reproduction | 4.10 |
| 06/12/2017 | Jared Zajac | Reproduction | 2.10 |
| 06/12/2017 | Jared Zajac | Reproduction | 3.00 |
| 06/13/2017 | Jared Zajac | Reproduction | 0.40 |
| 06/13/2017 | Jared Zajac | Reproduction | 4.40 |
| 06/14/2017 | Jared Zajac | Reproduction | 0.30 |
| 06/15/2017 | Michele M. Reetz | Reproduction | 0.10 |
| 06/15/2017 | Mark K. Thomas | Reproduction | 4.20 |
| 06/16/2017 | Holly Morris | Westlaw | 3,220.00 |
| 06/19/2017 | Holly Morris | Westlaw | 125.00 |
| 06/23/2017 | Mark K. Thomas | Reproduction | 1.00 |
| 06/23/2017 | Mark K. Thomas | Reproduction | 3.40 |
| 06/26/2017 | Jared Zajac | Reproduction | 4.80 |
| 06/27/2017 | Jared Zajac | Reproduction | 1.80 |

**Disbursements and Other Charges** **$ 3,801.61**

**ENERGY FUTURE HOLDINGS CORP.**  August 15, 2017
Invoice No. 171500892  Page 24

**EXPENSES**
**Client/Matter No. 26969.0019**

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 09/28/2016 | Jeff J. Marwil | Messenger/delivery | 15.65 |
| 09/28/2016 | Jeff J. Marwil | Messenger/delivery | 21.45 |
| 04/30/2017 | Jared Zajac | Other Database Research-Pacer | 2.70 |
| 04/30/2017 | Sherri Cupplo | Other Database Research-Pacer | 3.00 |
| 06/19/2017 | Mark K. Thomas | Airplane-In Air WiFi | 17.95 |
| 07/05/2017 | Mark K. Thomas | Reproduction | 3.10 |
| 07/05/2017 | Mark K. Thomas | Reproduction | 4.00 |
| 07/06/2017 | Peter J. Young | Telephone-Court Call | 30.00 |
| 07/10/2017 | Jared Zajac | Reproduction | 0.80 |
| 07/10/2017 | Jared Zajac | Reproduction | 0.40 |
| 07/11/2017 | Sean Sheridan | Reproduction | 0.80 |
| 07/11/2017 | Sean Sheridan | Reproduction | 13.40 |
| 07/11/2017 | Sean Sheridan | Reproduction | 3.30 |
| 07/11/2017 | Sean Sheridan | Reproduction | 13.60 |
| 07/11/2017 | Sean Sheridan | Reproduction | 1.90 |
| 07/11/2017 | Sean Sheridan | Reproduction | 9.90 |
| 07/11/2017 | Sean Sheridan | Reproduction | 13.90 |
| 07/11/2017 | Sean Sheridan | Reproduction | 7.90 |
| 07/11/2017 | Sean Sheridan | Reproduction | 9.20 |
| 07/12/2017 | Mark K. Thomas | Court Reporting Service-Court Call | 37.00 |
| 07/12/2017 | Peter J. Young | Telephone-Court Call | 44.00 |
| 07/18/2017 | Kimberly White | Reproduction | 2.70 |
| 07/18/2017 | Kimberly White | Reproduction | 10.50 |
| 07/18/2017 | Kimberly White | Reproduction | 2.20 |
| 07/19/2017 | Mark K. Thomas | Airplane-Chicago to/from Dallas | 481.38 |
| 07/19/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 07/19/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 07/19/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from Dallas Airport to Meeting | 75.00 |
| 07/19/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from home to O'Hare | 75.00 |
| 07/19/2017 | Mark K. Thomas | Out Of Town Transportation-Uber from Meeting to Dallas Airport | 97.00 |
| 07/20/2017 | Jared Zajac | Reproduction | 1.70 |
| 07/21/2017 | Mark K. Thomas | Reproduction | 5.00 |
| 07/21/2017 | Peter J. Young | Telephone-Court Call | 30.00 |
| 07/25/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 40.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                             **August 15, 2017**
Invoice No. 171500892                                                              **Page 25**

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/25/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab to O'Hare | 55.00 |
| 07/25/2017 | Mark K. Thomas | Reproduction | 0.60 |
| 07/25/2017 | Mark K. Thomas | Reproduction | 1.20 |
| 07/25/2017 | Mark K. Thomas | Reproduction | 1.90 |
| 07/25/2017 | Mark K. Thomas | Reproduction | 1.30 |
| 07/25/2017 | Mark K. Thomas | Reproduction | 2.30 |
| 07/25/2017 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia | 914.98 |
| 07/25/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 07/25/2017 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 07/25/2017 | Mark K. Thomas | Out Of Town Meals | 35.70 |
| 07/25/2017 | Mark K. Thomas | Lodging-1 Night Philadelphia | 299.15 |
| 07/26/2017 | Mark K. Thomas | Out Of Town Transportation-Cary Limo from Philadelphia Hotel to Courthouse | 115.08 |
| 07/26/2017 | Mark K. Thomas | Out Of Town Transportation-Uber from Courthouse to Philadelphia Airport | 91.12 |
| 07/26/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 07/26/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas, J. Huston and V. Lazar | 47.50 |
| 07/26/2017 | Peter J. Young | Telephone-Court Call | 212.00 |
| 07/27/2017 | Peter J. Young | Airplane-GoGo Air WiFi | 29.95 |
| 07/27/2017 | Paulette Lindo | Reproduction | 0.20 |
| 07/27/2017 | Paulette Lindo | Reproduction | 1.20 |
| 07/27/2017 | Paulette Lindo | Reproduction | 0.10 |
| 07/27/2017 | Paulette Lindo | Reproduction | 5.10 |
| 07/27/2017 | Paulette Lindo | Reproduction | 0.20 |

**Disbursements and Other Charges**          **$    3,149.01**

**ENERGY FUTURE HOLDINGS CORP.**  September 18, 2017
Invoice No. 171500969  Page 32

**EXPENSES**
Client/Matter No. 26969.0019

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---|
| 07/06/2017 | Natasha Petrov | Other Database Research-Pacer | 25.60 |
| 08/01/2017 | Mark K. Thomas | Reproduction | 0.20 |
| 08/01/2017 | Mark K. Thomas | Reproduction | 0.40 |
| 08/01/2017 | Mark K. Thomas | Reproduction | 4.20 |
| 08/01/2017 | Mark K. Thomas | Reproduction | 2.70 |
| 08/02/2017 | Kimberly White | Reproduction | 0.40 |
| 08/03/2017 | Mark K. Thomas | Reproduction | 14.20 |
| 08/03/2017 | Mark K. Thomas | Reproduction | 0.10 |
| 08/03/2017 | Mark K. Thomas | Reproduction | 0.30 |
| 08/04/2017 | Mark K. Thomas | Reproduction | 3.20 |
| 08/04/2017 | Mark K. Thomas | Reproduction | 3.10 |
| 08/04/2017 | Mark K. Thomas | Reproduction | 3.10 |
| 08/04/2017 | Mark K. Thomas | Reproduction | 3.30 |
| 08/04/2017 | Kimberly White | Reproduction | 73.20 |
| 08/04/2017 | Kimberly White | Reproduction | 0.40 |
| 08/04/2017 | Kimberly White | Reproduction | 4.40 |
| 08/06/2017 | Peter J. Young | Airplane-8/6-8/17 Los Angeles to/from Chicago | 934.20 |
| 08/06/2017 | Peter J. Young | Airplane-WiFi | 19.00 |
| 08/06/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Home to LAX | 70.97 |
| 08/06/2017 | Peter J. Young | Out Of Town Transportation-Cab O'Hare to Hotel | 55.00 |
| 08/06/2017 | Peter J. Young | Lodging-2 Nights Chicago | 600.00 |
| 08/07/2017 | Peter J. Young | Out Of Town Meals | 7.24 |
| 08/07/2017 | Peter J. Young | Out Of Town Meals-P. Young and M. Thomas | 44.91 |
| 08/07/2017 | Peter J. Young | Out Of Town Meals-P. Young and J. Stillings | 80.00 |
| 08/07/2017 | Peter J. Young | Out Of Town Transportation-Cab from Hotel to Chicago Office | 10.00 |
| 08/07/2017 | Peter J. Young | Out Of Town Transportation-Cab from Chicago Office to Hotel | 10.00 |
| 08/08/2017 | Peter J. Young | Out Of Town Transportation-Uber from LAX to Home | 90.98 |
| 08/08/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Hotel to O'Hare | 50.00 |
| 08/08/2017 | Peter J. Young | Airplane-WiFi | 26.95 |
| 08/08/2017 | Mark K. Thomas | Reproduction | 2.20 |
| 08/08/2017 | Mark K. Thomas | Reproduction | 0.10 |
| 08/09/2017 | Mark K. Thomas | Lodging-1 Night New York | 500.00 |
| 08/09/2017 | Mark K. Thomas | Out Of Town Meals | 40.00 |

**ENERGY FUTURE HOLDINGS CORP.**  September 18, 2017
Invoice No. 171500969  Page 33

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/09/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1Airport Limo from Home to O'Hare | 75.00 |
| 08/09/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from LaGuardia to Hotel | 55.00 |
| 08/09/2017 | Mark K. Thomas | Airplane-8/9-10/17 Chicago to/from New York | 605.70 |
| 08/09/2017 | Peter J. Young | Airplane-8/9-11/17 Los Angeles to/from New York | 2,548.20 |
| 08/09/2017 | Peter J. Young | Airplane-WiFi | 39.95 |
| 08/09/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 77.21 |
| 08/09/2017 | Peter J. Young | Lodging-2 Nights New York | 1,000.00 |
| 08/09/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 08/10/2017 | Peter J. Young | Out Of Town Transportation-Umber in New York | 53.88 |
| 08/10/2017 | Mark K. Thomas | Taxicab/car Svc.-XYZ Car Service from New York Office to LaGuardia | 57.36 |
| 08/10/2017 | Peter J. Young | Out Of Town Meals-P. Young and G. Richards | 80.00 |
| 08/10/2017 | Mark K. Thomas | Airplane-Agent Service Fees | 105.00 |
| 08/10/2017 | Mark K. Thomas | Out Of Town Transportation-Cab to New York Office | 20.00 |
| 08/10/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 08/10/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas, P. Young and J. Allen | 120.00 |
| 08/11/2017 | Mark K. Thomas | Reproduction | 12.10 |
| 08/11/2017 | Mark K. Thomas | Reproduction | 3.90 |
| 08/11/2017 | Michael A. Firestein | Telephone-CourtCall | 30.00 |
| 08/11/2017 | Peter J. Young | Airplane-WiFi | 33.95 |
| 08/11/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 55.00 |
| 08/11/2017 | Peter J. Young | Out Of Town Meals | 19.27 |
| 08/11/2017 | Michael A. Firestein | Telephone-CourtCall Supplemental Fee | 37.00 |
| 08/11/2017 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service to JFK | 82.42 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.60 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.20 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.10 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.80 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 2.50 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.30 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.70 |

**ENERGY FUTURE HOLDINGS CORP.**  September 18, 2017
Invoice No. 171500969  Page 34

**EXPENSES**
Client/Matter No. 26969.0019

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/16/2017 | Mark K. Thomas | Airplane-gent Service Fee | 70.00 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 1.60 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 0.50 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 0.90 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 4.50 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 4.80 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 5.10 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 3.10 |
| 08/16/2017 | Paulette Lindo | Reproduction | 7.60 |
| 08/17/2017 | Mark K. Thomas | Court Reporting Service-Court Call | 37.00 |
| 08/18/2017 | Mark K. Thomas | Reproduction | 4.90 |
| 08/18/2017 | Mark K. Thomas | Reproduction | 5.30 |
| 08/18/2017 | Peter J. Young | Airplane-8/18-21/17 Los Angeles to Chicago to Philadelphia to Los Angeles | 1,827.00 |
| 08/18/2017 | Michael A. Firestein | Telephone-CourtCall Supplemental Charge | 7.00 |
| 08/18/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 77.05 |
| 08/20/2017 | Peter J. Young | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 35.00 |
| 08/20/2017 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 08/20/2017 | Mark K. Thomas | Airplane-8/20-21/17 Chicago to/from Philadelphia | 929.32 |
| 08/20/2017 | Peter J. Young | Airplane-WiFi | 16.95 |
| 08/20/2017 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 08/20/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Service from Home to O'Hare | 75.00 |
| 08/21/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 08/21/2017 | Mark K. Thomas | Out Of Town Meals | 19.44 |
| 08/21/2017 | Peter J. Young | Airplane-WiFi | 29.95 |
| 08/21/2017 | Kimberly White | Reproduction | 0.30 |
| 08/21/2017 | Peter J. Young | Out Of Town Transportation-Cab from Wilmington to Philadelphia Airport | 110.00 |
| 08/21/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 45.00 |
| 08/21/2017 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Philadelphia to Wilmington | 115.08 |
| 08/21/2017 | Peter J. Young | Other Disbursements-Cash Gratuities | 20.00 |
| 08/22/2017 | Mark K. Thomas | Reproduction | 3.20 |
| 08/22/2017 | Mark K. Thomas | Reproduction | 2.80 |

**ENERGY FUTURE HOLDINGS CORP.**                                September 18, 2017
Invoice No. 171500969                                                      Page 35

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/22/2017 | Mark K. Thomas | Reproduction | 0.30 |
| 08/22/2017 | Kimberly White | Reproduction | 0.40 |
| 08/23/2017 | Jared Zajac | Reproduction | 1.80 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.20 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 13.60 |
| 08/24/2017 | Shirley Brown | Reproduction | 9.30 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.50 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 1.50 |
| 08/24/2017 | Shirley Brown | Reproduction | 1.10 |
| 08/24/2017 | Kimberly White | Reproduction | 1.30 |
| 08/24/2017 | Shirley Brown | Reproduction | 1.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.50 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.20 |
| 08/24/2017 | Shirley Brown | Reproduction | 3.00 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.50 |
| 08/24/2017 | Shirley Brown | Reproduction | 5.50 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.20 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 1.20 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 4.20 |
| 08/24/2017 | Shirley Brown | Reproduction | 2.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.80 |
| 08/24/2017 | Shirley Brown | Reproduction | 9.60 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.50 |
| 08/24/2017 | Michael A. Firestein | Telephone-CourtCall | 60.00 |
| 08/24/2017 | Peter J. Young | Airplane-WiFi | 29.95 |
| 08/24/2017 | Mark K. Thomas | Court Reporting Service-CourtCall | 37.00 |
| 08/27/2017 | Peter J. Young | Airplane-WiFi | 7.50 |
| 08/30/2017 | Mark K. Thomas | Reproduction | 4.80 |
| 08/30/2017 | Mark K. Thomas | Reproduction | 0.50 |

**Disbursements and Other Charges**                                $    12,250.73